From: Pedro Rivera Muret
1510 Bo. Mosquito
Aguirre P.R 00704-2745

RECEIVED & FILED
2020 OCT -2 AM 8 53


UNITED STATES POSTAL SERVICE
SAN JUAN PR
1000

00918

U.S. POSTAGE PAID
FCM LETTER
GUAYAMA, PR
00784
SEP 29, 20
AMOUNT
$0.15
R2304E105464-43


usa forever
1820

To: Secretaria / Clerk's Office
Tribunal de distrito de los Estados unidos
Sala 150 edificio federal
San Juan P.R 00918

ReadyPost
Document Mailer

UNITED STATES POSTAL SERVICE®
6" x 9" Envelope
93300006

1PJE2150 • AIC-093
Product Code 93300006
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.

0 15645 72738 0