RECEIVED & FILED
2020 OCT -2 AM 8: 57

## REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre  *Rosa E. Santos De Russe*

Dirección Postal  *HC 2 Box 6019*
*Morovis, Puerto Rico*
*00687*

Teléfono de contacto res. *787-862-4071* cel. *787-413-9914*

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   *Ley 89 - Retrib. unif.     Julio 1979*
   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   *Ley 164 - Aumento Sueldo - 2003 (Julio)*
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
         Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:
*Ley 89 Retrib. unif.     Julio 1979*
Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008
*Ley 164 Aumento Sueld     Julio de 2003*
Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ Departamento de la Famil[ia] Puerto Rico desde el _1_ de _Julio_ de _1977_ hasta el _31_ de _diciembre_ de _2009_. Culmine mi laborar como _Director Ejecutivo I en Departamento de la Familia_ ~~en Puerto Rico Telephone Company, Ponce,~~ Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Rosa E. Santos De Russe_
Nombre en letra de molde

_Rosa E Santos de Russe_
Firma

Proof of Claim: <CLAIM NUMBER> 137281

Claimant: >CLAIMANT NAME< Rosa E. Santos De Russe

RECEIVED & FILED
2020 OCT -2 AM 8:56

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide _more_ information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ☒ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. What is the amount of your claim (how much money do you claim to be owed):

   _____

3. **Employment**. Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ☒ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:

Departamento de la Familia, PR, ELA.

3(b). Identify the dates of your employment related to your claim:

Desde 1 de julio de 1977 hasta el 31 de diciembre de 2009

3(c). Last four digits of your social security number: 2454

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 89-1979 - Retrib. Unif., Ley 89-1995 - Romero zo, Ley 96-2002 - Aumento Sueld.
Ley 144-2003 - Aumento sueldo, Ley 164-2004 - Sila M. Calderon y
Ley 109-2008 - Escala Salarial - Pasos

4. Legal Action Does your claim relate to a pending or closed legal action?

- ☒ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.

D/A

4(b). Identify the name and address of the court or agency where the action is pending:

D/A

4(c). Case number: D/A

4(d). Title, Caption, or Name of Case: D/A

4(e). Status of the case (pending, on appeal, or concluded): D/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? D/A

RECLAMANTE: Rosa E. Santos De Russe

NÚMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NÚMERO DE RECLAMACION: 137281

Numero DE Celular: 787-413-9914

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 1 de Julio de 1977 hasta el 31 de diciembre de 2009 como Director Ejecutivo I. de Departamento de la Familia, Puerto Rico ELA de la ~~Puerto Rico Telephone Company~~ ELA.

~~1. Ley 89 julio 1995 ROMERAZO CANTIDAD $~~

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Rosa E. Santos De Russe
Nombre en letra de molde

Rosa E Santos De Russe
Firma y fecha

| | Cantidad Adeudada |
|---|---|
| ① Ley 89 - Julio 1979 - Retrib. Unif. | $36,000.00 |
| ② Ley 89 - Julio 1995 - El Romerazo | $16,800.00 |
| ③ Ley 96 - Julio 2002 - Aumento sueldo | $8,400.00 |
| ④ Ley 164 - Julio 2003 - Aumento sueldo | $7,200.00 |
| ⑤ Ley 164 - enero 2004 Sila M. Calderón | $6,000.00 |
| ⑥ Ley 109 - Junio 2008 Escala Salarial Pasos | $1,200.00 |
| Total = | $75,600.00 |

RECLAMANTE Rosa E. Santos De Russe

DIRECCIÓN HC 2 BOX 6019
Morovis, Puerto Rico
00687

Numero Reclamación 137281

Fecha de presentación (envío) 30 de Septiembre de 2020

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el 30 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce,~~ Departamento de La Familia, Puerto Rico – ELA, como Director Ejecutivo I. desde el 1 de Julio de 1977 hasta el 31 de diciembre de 2009. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 75,600.00 .

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Rosa E. Santos De Russe
Nombre en letra de molde

Rosa E. Santos de Russe
Firma y fecha

# Departamento de la Familia







Luis G. Fortuño
Gobernador

Yanitsia Irizarry Méndez
Secretaria

22 de abril de 2009

A: SANTOS DE RUSSE, ROSA E

### CERTIFICACIÓN DE FECHA DE ANTIGÜEDAD EN LA AGENCIA

Surge de los récords de esta Agencia que *SANTOS DE RUSSE, ROSA E* cuyo número de empleado es \*\*\* - \*\* -*2454*, y que ocupa el puesto *Director Ejecutivo I*, tiene una fecha de ingreso al público de *7/1/1977* con una antigüedad total de 31 años *9* meses *6* días (la antigüedad total será la suma de todos los períodos trabajados en el servicio público según lo establecido en la Ley Núm. 7 de 9 de marzo de 2009 y la Carta Circular 2009-02 emitida por la Junta de Reestructuración y Estabilización Fiscal el 3 de abril de 2009)

En la eventualidad de que usted no esté de acuerdo con la antigüedad certificada, tiene derecho a presentar en la Oficina de Recursos Humanos de la Agencia un Formulario de Impugnación de Fecha de Antigüedad Notificada mediante la cual acompañará aquella evidencia documental oficial emitida por la autoridad o entidad gubernamental competente ("evidencia documental fehaciente") que sostenga su posición. Asimismo, tendrá derecho a exponer y fundamentar en dicho Formulario su versión en torno a la antigüedad alegada.

El término para que someta el Formulario de Impugnación de Fecha de Antigüedad y la evidencia documental oficial es de treinta (30) días calendario, a partir de la notificación de la presente. La fecha de notificación es la de la entrega, o de la fecha de envío por correo certificado con acuse de recibo de esta Certificación, según sea el caso.

De no presentar evidencia documental fehaciente, o no refutar dentro del término de treinta (30) días, la antigüedad aquí notificada, ésta será concluyente.

En caso de que presente, dentro del término de treinta (30) días el Formulario con evidencia fehaciente que controvierta la antigüedad notificada, la Agencia no tomará determinación final sobre la antigüedad sin antes darle oportunidad de tener una vista previa.

Atentamente,

Yanitsia Irizarry Méndez
Secretaria

Estado Libre Asociado de Puerto Rico

Rosa E. Santos
HC 2 Box 6019
Morovis, Puerto Rico
00687

RECEIVED & FILED
2020 OCT -2 AM 8:57
CLERK'S OFFICE
SAN JUAN




U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
SEP 29, 20
AMOUNT
$1.20
R2305M147983-8

Clerk's office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
    00918-1767