**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante del <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, <br><br> Deudores.[1] | PROMESA <br> Título III <br><br> Núm. 17 BK 3283-LTS <br><br> (Administrado Conjuntamente) <br><br> **La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

## RÉPLICA DEL RECLAMANTE A LA DUCENTÉSIMA CUADRAGÉSIMA QUINTA OBJECIÓN GLOBAL

**Instrucciones**

1. Solo debe cumplimentar y radicar el presente formulario de réplica si su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico, o si su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada. Si su reclamación no surge de empleo actual o anterior en el Gobierno de Puerto Rico o si su reclamación no guarda relación con una acción judicial pendiente de resolución o finalizada, su réplica debe ser radicada de conformidad con los procedimientos detallados en las páginas 3 a 4 de la Notificación que acompaña a la Ducentésima cuadragésima quinta objeción global.

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa informático).

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamaciones a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamaciones.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

4. Incluya tantos detalles como pueda en sus réplicas.

    a. **Sus respuestas deben proporcionar <u>más</u> información que la contenida en la evidencia de reclamaciones inicial.** Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamación, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamación.

    b. Si está disponible y se aplica a su reclamación, rogamos proporcione, asimismo, lo siguiente:
        - Copia de un escrito; por ejemplo, un Escrito de reclamación o una Contestación;
        - Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
        - Notificación por escrito de la intención de radicar una reclamación acompañada de un comprobante de envío; y
        - Toda la documentación que a su criterio justifica su reclamación.

5. Si no dispone de una copia de su reclamación, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción Global a su reclamación.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) del reclamante que responda; 2) del abogado o representante designado del reclamante al que los abogados del ELA, la ACT o el SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción Global en nombre del reclamante.

    ☐ Nombre: _Tomas Pirado Santiago_

    ☐ Dirección: _BDA! Bordot Calle B #70 Guayama, P.R. 00784_

    ☐ Número de teléfono: _787-557-8209_

2

- Dirección de correo electrónico: _Masito tirado@gmail.com_
2. Número de su evidencia de reclamaciones: _170718_
3. Los Deudores se han opuesto a su Evidencia de reclamaciones porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamación. Marque la casilla con la que guarde relación su Evidencia de reclamaciones y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamación. Adjunte páginas adicionales si fuera necesario.

    - Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

    ☒ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico
    _Corporación Azucarera_

    Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamación.

4. ¿Cuál es el monto de su reclamación (cuánto alega que se le adeuda)?:
    _Desconosco la cantidad_

5. **Empleo.** ¿Su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?
    - No. *Siga con la Pregunta 6.*
    - ☒ Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:
    _Corporación Azucarera - Obrero Campo_

5(b). Indique las fechas de su empleo relativo con su reclamación:
    _Desde 1978 - al 1986_

5(c). Últimos cuatro dígitos de su número del Seguro Social:
    _XXX-XX-5417_

5(d). ¿Cuál es la naturaleza de sus reclamaciones relativas al empleo (marque todas las casillas aplicables)?:

    - Pensión
    - Salarios no pagados
    - ☒ Días de licencia por enfermedad

3

☐ Quejas con sindicato

☐ Vacaciones

☐ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

_____
_____

**6. Acción judicial.** ¿Su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada?

☐ No.

☐ Sí. Responda a las Preguntas 6(a) a (f).

6(a). Indique el departamento o la agencia que sean parte en la acción.
_____

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.
_____

6(c). Caso núm.: _____

6(d). Título, epígrafe o nombre del caso:
_____

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):
_____

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / No (marque su respuesta con un círculo)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?
_____

**FIRME ABAJO SU RÉPLICA**

_[signature]_
Firma

Tomás Virado Santiago
Nombre en letra de molde

21-septiembre-2020
Fecha

4

RECEIVED & FILED
2020 OCT -2 AM 8 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

21 de septiembre del 2020

A quien pueda interesar:

Por este medio les informó que yo Tomas Tirado Santiago, natural del Pueblo de Guayama, P.R. con el número de s.s. xxx-xxx-5437. Mi dirección actual es Barriada Blondet calle B # 70 Guayama, P.R. 00784 y mi correo electrónico es masitotirado@gmail.com. Indicó que comencé a trabajar con la Corporación Azucarera en el año 1978 hasta 1986 con un sueldo de $3.25 por hora $125.00 a la semana sin aumento, sin vacaciones y sin días de enfermedad. No se tenía garantía en el trabajo, estábamos a la disposición del patrono.

Firma
*[signature: Tomas Tirado Santiago]*