

Estado Libre Asociado de Puerto Rico
**OFICINA DEL CONTRALOR**

# Ley 96

## Pérdida de Propiedad y de Fondos Públicos

## Folleto Informativo

### noviembre 2008



Este folleto sustituye la publicación de Ley 96 Pérdida de Propiedad y Fondos Públicos de marzo de 2000.

Esta página ha sido dejada intencionalmente en blanco



Estado Libre Asociado de Puerto Rico
**OFICINA DEL CONTRALOR**

# Ley 96

## Pérdida de Propiedad y de Fondos Públicos

## Folleto Informativo

### noviembre 2008



Autorizado por la Comisión Estatal de Elecciones, Núm. CEE-SA-12-5448

Esta página ha sido dejada intencionalmente en blanco

## ¿QUÉ DISPONE LA LEY NÚM. 96?

La **Ley Núm. 96** impone a las entidades gubernamentales el deber ministerial de informar a la Oficina del Contralor de Puerto Rico cualquier violación de ley o irregularidad relacionada con los fondos o los bienes públicos. En dicha **Ley** se dispone el modo de proceder de toda agencia del Estado Libre Asociado de Puerto Rico cuando determine que cualquiera de sus funcionarios o empleados está al descubierto en sus cuentas, no ha rendido cuenta cabal, ha dispuesto de los fondos o de los bienes públicos para fines no autorizados por ley, o que cualquiera de sus funcionarios o empleados, o persona particular sin autorización legal ha usado, destruido, o dispuesto, o se ha beneficiado de los fondos o de los bienes públicos bajo el dominio, control o custodia de la agencia. Además, se establecen los casos en que la notificación se debe hacer al Departamento de Justicia.

## ¿A QUIÉN APLICA?

Las disposiciones de la **Ley Núm. 96** son aplicables a todos los departamentos, las agencias y las instrumentalidades de las tres ramas del Gobierno, incluyendo los municipios, las corporaciones municipales especiales y los consorcios. El término "instrumentalidades" comprende toda corporación pública y sus subsidiarias, o cualquier entidad gubernamental que tenga personalidad jurídica propia creada en virtud de ley.

## ¿QUÉ CONSTITUYE PÉRDIDA?

- Cuentas al descubierto (sobregiros o dinero faltante)
- Desvío de los fondos o de los bienes públicos
- Disposición o uso de la propiedad y de los fondos públicos sin autoridad en ley o reglamento
- Menoscabo o destrucción de bienes

## ¿CUÁLES SON LAS CAUSAS MÁS COMUNES?

- Negligencia u omisión en el desempeño del deber
- Pago o uso indebido de la propiedad y de los fondos públicos
- Apropiación ilegal
- Falta de controles y supervisión
- Falta de segregación adecuada de funciones
- Robo o escalamiento
- Accidentes

## ¿CÓMO SE PUEDE CONTROLAR LA PÉRDIDA?

- Documentando toda transacción, tanto interna como externa, sobre los fondos y los bienes públicos
- Adoptando controles uniformes y adecuados sobre el uso, la transferencia y la disposición de equipo y materiales
- Manteniendo un inventario actualizado y realizando cotejos periódicos
- Segregando funciones conflictivas

2

Ley 96 - Pérdida de Propiedad y de Fondos Públicos

# FOLLETO INFORMATIVO LEY NÚM. 96
# PÉRDIDA DE PROPIEDAD Y DE FONDOS PÚBLICOS

## INTRODUCCIÓN

Los funcionarios principales de cada entidad gubernamental son responsables del cuidado, la protección, la conservación y el uso adecuado de los bienes públicos bajo su dominio, control o custodia. Esta responsabilidad exige la aprobación de reglamentos internos para regir los procesos relativos a este deber conforme a las leyes aplicables. Estas leyes varían entre las diferentes ramas de Gobierno[1]. Además, cada entidad también tiene la responsabilidad de establecer los controles adecuados para proteger los fondos bajo su dominio, control o custodia.

Sin embargo, existe una ley relacionada con el uso de la propiedad y de los fondos públicos, que es de aplicación a todas las ramas del Gobierno. La **Ley Núm. 96 de 26 de junio de 1964**, según enmendada, que añadió el **Artículo 74-A al Código Político de 1902**, dispone que toda agencia debe notificar a la Oficina del Contralor de Puerto Rico en un término establecido, toda pérdida o irregularidad en el manejo de los fondos o de los bienes públicos. Además, dicho **Artículo** dispone para la imposición de multas por el incumplimiento con las disposiciones de la **Ley** y otros aspectos de notificación.

Es necesario el cumplimiento estricto con las disposiciones estatutarias y reglamentarias promulgadas por el Departamento de Justicia y por esta Oficina para salvaguardar la propiedad del Gobierno. La notificación no sólo comprende pérdidas de mayor cuantía, sino también la disposición ilegal de objetos de menor cuantía cuya sustracción erosiona el tesoro y la capacidad económica del Estado.

De igual modo, el personal de las agencias debe estar atento al cumplimiento con los requisitos y las responsabilidades en la administración de los fondos y de la propiedad establecidos en la **Ley Núm. 230 de 23 de julio de 1974, Ley de Contabilidad del Gobierno de Puerto Rico**, según enmendada, y con la reglamentación creada en virtud de ésta por el Departamento de Hacienda. Así también, el personal de los municipios debe estar atento al cumplimiento con los requisitos y las responsabilidades establecidas en la **Ley Núm. 81 de 30 de agosto de 1991, Ley de Municipios Autónomos del Estado Libre Asociado de Puerto Rico de 1991**, según enmendada, y con los reglamentos correspondientes. Exhortamos a nuestros compañeros en el servicio público a familiarizarse y conocer estas leyes y reglamentos, de forma tal que su desempeño como custodios del erario sea de orgullo para toda la ciudadanía.

---

[1] Véase el folleto informativo **Uso, Control y Contabilidad de la Propiedad**, de septiembre de 2006, publicado por la Oficina del Contralor de Puerto Rico