Tomas Tirado Santiago
Bda Blondet
Calle B #70
Guayama P.R. 00784



Clerk's Office.
United States District Court.
#150 Chardon Avenue.
Federal Building
San Juan. Puerto Rico 00918