RECEIVED & FILED
2020 OCT -2 AM 8 56
CLERK'S OFFICE
SAN JUAN, P.R.

# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre _Jesús F. Russe Cacho_

Dirección Postal _HC 2 Box 6019_
_Morovis, Puerto Rico_
_00687_

Teléfono de contacto res. _787-862-4071_ cel. _787-413-9914_

## II. Epígrafe

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo:
_Ley 89 - Retrib. Unif.    Julio 1979_
#49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

#94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

_Ley 89 Retrif. Unif.    Julio 1979_
Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone~~ Departamento de la Familia ~~Company, Ponce,~~ Puerto Rico desde el __21__ de __Marzo__ de __1977__ hasta el ____ de __abril__ de __2001__. Culmine mi laborar como __Técnico de Servicios Sociales III, Departamento de la Familia__, ~~en Puerto Rico Telephone Company, Ponce,~~ Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

__Jesús F. Russe Cacho__
Nombre en letra de molde

__[signature]__
Firma

Proof of Claim: <CLAIM NUMBER> 137982
Claimant: >CLAIMANT NAME< Jesús F. Russe Cacho

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide _more_ information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ■ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)
    _____

2. What is the amount of your claim (how much money do you claim to be owed):
    _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
Departamento de la Familia, P.R. ELA.

3(b). Identify the dates of your employment related to your claim:
Desde el 21 de Marzo de 1977 hasta abril de 2001

3(c). Last four digits of your social security number: 1889

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 89-Julio 1979- Retro. Unif y Ley 89-Julio 1995- 1/2=1 Romera 20

4. Legal Action  Does your claim relate to a pending or closed legal action?

☒ No
☐ Yes

4(a). Identify the department or agency that is a party to the action.

D/A

4(b). Identify the name and address of the court or agency where the action is pending:

D/A

4(c). Case number: D/A

4(d). Title, Caption, or Name of Case: D/A

4(e). Status of the case (pending, on appeal, or concluded): D/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? D/A

9

2020 OCT -2 AM 8:56

RECLAMANTE: Jesús F. Russe Cacho

NÚMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 137982

Numero de celular: 787-413-9914

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 21 de Marzo de 1977 hasta el ___ de abril de 2001 como Técnico de Servicios Sociales III Departamento DE LA Familia PR., de la ~~Puerto Rico Telephone Company~~ - ELA.

~~1. Ley 89 – julio 1995 – ROMERAZO~~   ~~CANTIDAD $~~

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Jesús F. Russe Cacho
Nombre en letra de molde

_____
Firma y fecha

① Ley 89 - Julio 1979 - Retrib. Unif
② Ley 89 - Julio 1995 - El Romerazo

Cantidad Adeudada
$26,400.00
 7,200.00
Total = 33,600.00

RECLAMANTE  Jesús F. Russe Cacho

DIRECCIÓN  HC 2 Box 6019
Morovis, Puerto Rico
00687

Numero Reclamación  137982

Fecha de presentación (envío)  29 de septiembre de 2020

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el 29 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce~~ Departamento de la Familia, Puerto Rico – ELA, como Tecnico de Servicios Sociales III desde el 21 de Marzo de 1977 hasta el 1 de abril de 2001 (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $33,600.00.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Jesús F. Russe Cacho
Nombre en letra de molde

_Jesús F. Russe Cacho_
Firma y fecha



Dirija toda correspondencia
oficial al Secretario

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE SERVICIOS SOCIALES
SAN JUAN, PUERTO RICO

A QUIEN PUEDA INTERESAR

El Sr. Jesús Felipe Russé Cacho, ocupa un puesto de Asistente de Servicios Sociales con carácter transitorio desde el 21 de marzo de 1977 hasta el presente.

Devenga salario de $330.00 mensuales.

Dado hoy 26 de octubre de 1977, en San Juan, Puerto Rico.

Francisco Suárez Parés
Director
División de Personal

ASR-PA-006
Rev.Ago.12

# RETIRO
### GOBIERNO DE PUERTO RICO

## SOLICITUD DE PENSIÓN

Indique el Tipo de Pensión que Solicita: ☐ Diferida  ☐ Suplementaria  ☐ Mérito
☐ Edad y Años de Servicio  ☐ Alcalde  ☐ Judicatura (Ley Núm. 12)

**SECCIÓN I: DATOS RELACIONADOS CON EL PARTICIPANTE**

Russe Cacho Jesús F.
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social: 1889

Estado Civil: ☒ Casado(a)  ☐ Soltero(a)
Sexo: ☐ Femenino  ☒ Masculino
Fecha de Nacimiento (Día/Mes/Año): 28/07/1952
Teléfono: ___
Lugar de Nacimiento: ___
Correo Electrónico: ___

Dirección Postal:
HC-2 Box 6019
Morovis P.R. 00687

Dirección Física (Si es diferente a la postal): Carr 145 Km. 7 Bo. Torrecillas Morovis, PR

Agencia donde trabaja: Departamento de la Familia
Teléfono: ___
Dirección: ___

Último sueldo Mensual: abril 2001
Años de servicio en el gobierno: 17

Tiene préstamos con el Sistema de Retiro:
- Hipotecario  ☒ No  ☐ Si
- Personal  ☐ No  ☐ Si
- Viaje Cultural  ☐ No  ☐ Si

Indique si ha cotizado en otro sistema de retiro: ☒ No  ☐ Si

**SECCIÓN II: DATOS RELACIONADOS CON LA CUENTA BANCARIA (DEPÓSITO DIRECTO)**

Nombre del Banco: ___
Tipo de Cuenta: ☐ Ahorros  ☐ Cheques  ☐ Otra
Número de Cuenta: ___
Número de Ruta y Tránsito: ___

Certifico que toda la información contenida en esta solicitud es cierta a mi mejor saber y entender.

Firma del Solicitante: Jesús F. Russe Cacho
Fecha: 7 abril 2014

**SECCIÓN III: CERTIFICACIÓN DEL COORDINADOR PARA ASUNTOS DE RETIRO**

CERTIFICO que recibí de ___, Nombre del Solicitante, la presente solicitud, hoy ___ Día de ___ Mes de ___ Año a la(s) ___ Hora ☐ AM ☐ PM.

Nombre en letra de molde: ___
Firma: ___
Fecha (Día/Mes/Año): ___

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO Box 42003 San Juan, PR 00940-2203 • Plaza Retiro, 437 Ave. Ponce de León Pda. 32 ½, San Juan, PR, 00917-3711
Tel. 787.777.1500 • www.retiro.pr.gov

Conservación: Igual que el expediente del cual forma parte.
Ver requisitos generales al dorso.

Página 1 de 2