Jesús F. Russe Cacho
HC 2 Box 6019
Moro vis, Puerto Rico
00687




U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
SEP 29, 20
AMOUNT
$1.20
R2305M147983-8

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00982-1767
00918-

RECEIVED & FILED
2020 OCT -2 AM 8:56