**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Sistema de Retiro para Maestros

22 de enero de 2016

DEPARTAMENTO DE EDUCACION  
Sección de Nombramientos y Cambios  
APARTADO 190759  
SAN JUAN PR 00919 0759

Solicitud No: 855666  
Radicada en: 03 dic 2015

Atención: Sra. Matilde Pedraza

El(la) profesor(a) ELSA VAZQUEZ ROMERO con seguro social XXX-XX-8160 ha radicado una Solicitud de Retiro en nuestro Sistema. Al 23 de noviembre de 2015, fecha de su última aportación recibida,

[X] cualifica  [ ] no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

   29 Años,    5 Meses,    1 Semanas,   3.47 Dias y su edad es 55 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[ ] Reconocimiento de Tiempo  
[ ] Diferencia en % por transferencia recibida  
[ ] Reembolso de Cuotas  
[X] No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Cordialmente,

Gretchen I. Ferra Tirado  
Directora Área De Servicios De Retiro

c    ELSA VAZQUEZ ROMERO                                    XXX-XX-8160  
     PO BOX 800270

     COTO LAUREL, PR 00780 0270



235 Ave. Arterial Hostos, Edif. Capital Center, Torre Norte, Hato Rey  
P.O. Box 191879 Hato Rey, PR 00919-1879  
Tel: (787) 777-1414; Fax:  
http://www.srm.pr.gov     E-mail: srm_correspondenciaconsulta@srm.pr.gov



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Sistema de Retiro para Maestros

12 de octubre de 2016

ELSA VAZQUEZ ROMERO      XXX-XX-8160      Solicitud No:    901307
PO BOX 800270                                                 Radicada en:    16 ago 2016
COTO LAUREL, PR 00780 0270

Profesor(a): Vazquez Romero                    CASO: 281

Deseamos informarle que su Pension Años De Servicio / Merito ha sido aprobada. Su retiro fue efectivo el 29 de julio de 2016 y su renta mensual será de $1,972.50. Recibirá un pago retroactivo desde el 29 de julio de 2016 al 15 de septiembre de 2016.

Si usted no se encuentra conforme con la presente determinación podrá radicar dentro del término de 20 días a partir de la notificación de la determinación del Director o su representante, un Escrito de Reconsideración ante la Junta de Síndicos del SRM. Dicha solicitud puede ser radicada personalmente o enviada por correo.

Radicaciones

Dirección Física: Secretaría Junta de Síndicos, Piso 8, Capital Center, Torre Norte 235 Ave Arterial Hostos, Hato Rey, PR

Dirección Postal: Secretaría Junta de Síndicos, Piso 8, PO Box 191879, San Juan, PR 00919-1879

En las radicaciones por correo, el matasellos debe mostrar que la misma fue cursada dentro del término establecido. Todos los términos mencionados en los incisos para apelar o solicitar reconsideración son en días naturales. El procedimiento de apelación se rige por el Reglamento 7053 de 15 de noviembre de 2005.

Le informamos que cualquier gestión, comunicación o trámite que efectúe con nuestro Sistema, distinto a los escritos antes mencionados, no interrumpe los términos que dispone para ejercer su derecho de apelación.

Cordialmente,

Gretchen I. Perra Tirado
Directora Área De Servicios De Retiro

235 Ave. Arterial Hostos, Edif. Capital Center,
Torre Norte, Hato Rey
P.O. Box 191879 Hato Rey, PR 00919-1879
Tel: (787) 777-1414; Fax:
http://www.srm.pr.gov    E-mail: srm_correspondenciaconsulta@srm.pr.gov





ESTADO LIBRE ASOCIADO DE
PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN

Distrito Escolar de Santa Isabel
Escuela S. U. Zoilo Gracia Zayas
Municipio de Juana Díaz

14 de abril de 2016

Sra. Madeline Nuñez Quiles
Directora
Juana Díaz, P. R. 00795

Respetable Sra. Nuñez:

    Por la presente solicito que se acepte mi renuncia a la plaza de <u>Maestra de Artes Visuales, número R-25916</u> que ocupo con carácter permanente en la escuela la cual usted dirige; para ser efectiva el día <u>29 de julio de 2016.</u>

    Motiva esta petición de renuncia las razones expuestas a continuación:

    a. Años de servicio y edad.

    Sin otro particular al respecto, quedo

Muy atentamente;

*Elsa Vázquez Romero*
Elsa Vázquez Romero
Maestra Artes Visuales

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-5800



El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



ESTADO LIBRE ASOCIADO DE
PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Distrito Escolar de Santa Isabel
Escuela S. U. Zoilo Gracia
Municipio de Juana Díaz

15 de abril de 2016

Sra. Elsa Vázquez
Maestra Artes Visuales
Esc. S. U. Zoilo Gracia Zayas
Juana Díaz, Puerto Rico 00795

Respetable Sra. Vázquez:

Por la presente se le acepta la renuncia de su plaza <u>Maestra Artes Visuales número R-25916</u> en la Escuela Segunda Unidad Zoilo Gracia del Distrito Escolar de Juana Díaz, para ser efectiva el día <u>29 de julio de 2016.</u>

Permítame expresar a usted a nombre del Departamento de Educación y el mío propio nuestra gratitud por los servicios prestados al sistema escolar y desearle éxito.

Respetuosamente,

Sra. Madeline Nuñez Quiles
Directora
Escuela S. U. Zoilo Gracia

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-5800



El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.


ASOCIACIÓN DE EMPLEADOS DEL ELA

La cuenta del socio que se indica a continuación refleja el siguiente balance tentativo sujeto a revisión final:

Nombre del socio: VAZQUEZ ROMERO ELSA

Agencia : DEPARTAMENTO DE EDUCACION

Seguro Social : 8160

Balance deuda a : ABRIL de 2016

Balance deuda aplicando Ahorros y Dividendos: $6,085.51

Para que así conste, firmo la presente, hoy 28 de Abril de 2016, en San Juan, Puerto Rico.

KATHERINE RAMIREZ LEON
Oficial de Servicios II
Sucursal de Ponce
Teléfono: (787) 641-4075.

El artículo 16 de la Ley 9 del 25 de abril de 2013, según enmendada, establece que: "Todo crédito, depósito o sobrante por cualquier concepto en el Gobierno Estatal, o una dependencia o instrumentalidad de éste, a favor de un asociado que habiendo cesado en su puesto estuviere en deuda con la Asociación, que no esté gravado en el sistema de retiro correspondiente será retenido por el Secretario de Hacienda de Puerto Rico o el funcionario competente y transferido a los fondos de la Asociación para solventar parcial o totalmente la deuda pendiente con la misma".