Elsa Vázquez Romero
P.O. Box 800270
Coto Laurel, P.R. 00780-0270



CERTIFIED MAIL®

7020 0090 0001 3296 9202



U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
SEP 29, 20
AMOUNT
$7.80
1000    00918    R2305M147983-8

Clerk's office
Unite States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 OCT -2 AM 9 04