# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

    Nombre: Mirna E. Cruz Santiago
    Direccion Postal: HC-01 Box 4260
    Juana Diaz P.R. 00795

    Teléfono contacto: Res. _____ Cel. 939.428.6111

II. EPIGRAFE

    A. Secretaria (Clerk's Office)
       Tribunal de Distrito de los Estados Unidos
       Room 150 Federal Building
       San Juan, Puerto Rico 00918-1767
    B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
    C. Numero de Procedimiento: 17 BK 3283 – LTS
    D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
       Número de las evidencias por reclamo:

       Ley 124 – Julio 1973 – Aumento de Sueldo
       Ley 89 – Julio 1979 – Retribución Uniforme
       Ley 89 – Julio 1995 – Romerazo
       Ley 134 – Julio 1996 – Aportación Acumulado Retiro
       Ley 96 – Julio 2002 – Aumento de Sueldo
       Ley 164 – Julio 2003 – Aumento de Sueldo
       Ley 164 – Enero 2004 – Gob. Sila M. Calderón
       Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

       Ley 124 – Julio 1973 – Aumento de Sueldo
       Ley 89 – Julio 1979 – Retribución Uniforme
       Ley 89 – Julio 1995 – Romerazo
       Ley 134 – Julio 1996 – Aportación Acumulado Retiro
       Ley 96 – Julio 2002 – Aumento de Sueldo
       Ley 164 – Julio 2003 – Aumento de Sueldo
       Ley 164 – Enero 2004 – Gob. Sila M. Calderón
       Ley 109 – Junio 2008 – Escala Salarial – Pasos

RECEIVED & FILED
2020 OCT -2 AM 8:59
CLERK'S OFFICE
SAN JUAN PR

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 19 de diciembre de 1995 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

_Mirna E. Cruz Santiago_
Nombre en letra de molde

_Mirna Cruz Stgo - 24-Sept-2020_
Firma

RECLAMANTE: Mirna E. Cruz Santiago
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 90004

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 19 de diciembre de 1995 hasta el presente como Profesional de Servicios de Alimentos 1 del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Mirna E. Cruz Santiago
Nombre en letra de molde

_[firma]_ 24 Sept - 202
Firma y fecha

RECLAMANTE: Mirna E. Cruz Santiago
DIRECCION: HC-01 Box 4260
Juana Díaz P.R. 00795

NUMERO DE RECLAMACION: 90004

Fecha de presentacion (envio): 24 DE SEPTIEMBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 24 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como Profesional de alimentos 1 desde 19 desde diciembre de 1995 hasta el presente.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Mirna E. Cruz Santiago
Nombre en letra de molde

*Mirna Cruz Santiago 24-Sept-2020*
Firma y fecha