Mirna E. Cruz Santiago
Hc-01 Box 4260
Juana Diaz P.R. 00795

RECEIVED & FILED
2020 OCT -2 AM 8:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN,



U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
SEP 28, 20
AMOUNT
$1.20
R2305K135197-12

Clerk's Office
United State District court
Room 150 Federal Building
San Juan P.R. 00918-1767