RECEIVED & FILED
2020 OCT -2 AM 9:01
CLERK'S OFFICE
U.S. BANKRUPTCY COURT
SAN JUAN, PR

A quien Pueda interesar:

Yo Diego Fuentes Quiñones, deseo constar con todo respeto, que no habia podido enviar la informacion al tiempo requerido devido a la cituacion existente de la pandemia. apelo a su consideracion, y espero su acostumbrada colaboracion. gracias por su atencion. Dios los Bendiga y prospere grandemente.

Att. Diego Fuentes Quiñones
PD. 787-364-6284