

**GOBIERNO DE PUERTO RICO**
Departamento de Recreación y Deportes

# CERTIFICACIÓN

Certifico que, **Diego Fuentes Quiñonez**, Seguro Social REDACTED-6178, trabajó en la Administración de Parques y Recreo Público y la Compañía de Parques Nacionales:

| | |
|---|---|
| 1 de febrero de 1976 | Provisional<br>Administración de Parques y Recreo Público |
| 31 de julio de 1980 | Cesantía<br>Administración de Parques y Recreo Público |
| 1 de agosto de 1980 | Probatorio |
| 1 de diciembre de 1980 | Regular de Carrera<br>Departamento de Recreación y Deportes |
| 30 de septiembre de 2007 | Renuncia por Jubilación<br>Compañía de Parques Nacionales |

Dada en San Juan de Puerto Rico, hoy 17 de septiembre de 2020.

**CERTIFICO CORRECTO:**

Yinelis Ortiz Pérez
Secretaria Auxiliar de Recursos
Humanos y Relaciones Laborales

Nota: Cualquier alteración a este documento invalidará el mismo.

Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales
PO Box 9023207 San Juan PR 00902-3207
Tels. (787) 721-2800 Fax: (787) 721-8191
www.drdpuertorico.com

