Diego Fuentes Quiñones
P.O Box 376
Loiza, P.R 00772

7016 1370 0002 1667 9437

**CERTIFIED MAIL**

Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan P.R 00918-1767

U.S. POSTAGE PAID
FCM LETTER
LOIZA, PR
00772
SEP 29, 20
AMOUNT
$6.95
R2305K132912-21

00918
1000