ESTADO LIBRE ASOCIADO DE
PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
ESCUELA CARMEN BELÉN VEIGA
JUANA DIAZ, PUERTO RICO

21 de octubre de 2015

Sra. Olga N. León Hernández
Maestra de Español
Escuela Carmen Belén Veiga
Juana Díaz, Puerto Rico

Sra León:

Le informo mediante la presente que luego de recibir su debida notificación de radicación de solicitud de retiro y su correspondiente carta de renuncia al puesto que ocupa en esta escuela superior, acepto su renuncia efectivo el 23 de diciembre de 2015.

Muchas gracias por su excelente labor durante los años de servicio y su compromiso con la educación de nuestros estudiantes. Me llena de orgullo haber contado con su labor y le deseo mucho éxito y bendiciones en el nuevo camino que ha de emprender.

Cordialmente,

Luis R. Hernández Hernández
Director Escolar

# CERTIFICADO VITALICIO

## LA SECRETARIA DE EDUCACION

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
SAN JUAN DE PUERTO RICO



POR LA PRESENTE CONFIERE A:

OLGA N. LEON HERNANDEZ

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE ESCUELA SECUNDARIA

(Español)

EN LAS ESCUELAS PUBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE 1 de julio DE 19 92.

DADO EN SAN JUAN DE PUERTO RICO EL 9 de septiembre DE 19 92.

SECRETARIA DE EDUCACION

Número 937