Olga N. León ~~Case: 17-03283-LTS~~

P. O Box 258

Juana Díaz, Puerto Rico
00795

RECEIVED & FILED

2020 OCT -2 AM 8: 58

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
SEP 29, 20
AMOUNT
$1.20
R2305M147983-8

UNITED STATES
POSTAL SERVICE®

1000        00918

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767