Proof of Claim: <CLAIM NUMBER> _125 799_
Claimant: >CLAIMANT NAME< _Edwin J. Garcia Serrano_

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ☒ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. What is the amount of your claim (how much money do you claim to be owed):

   _____

3. <u>Employment</u>. Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ☒ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
_Negociado de la Policia de Puerto Rico, E.L.A._

3(b). Identify the dates of your employment related to your claim:
_Desde 14 de marzo de 2000 hasta el presente_

3(c). Last four digits of your social security number: _3842_

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 96-2002-Aumento Sueldo, Ley 164-2003-Aumento Sueldo, Ley 164-2004-Sila Calderon y Ley 109-2008. Esc.Sal. Pasos

4. Legal Action  Does your claim relate to a pending or closed legal action?

- ☒ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.

D/A

4(b). Identify the name and address of the court or agency where the action is pending:

D/A

4(c). Case number: D/A

4(d). Title, Caption, or Name of Case: D/A

4(e). Status of the case (pending, on appeal, or concluded): D/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? D/A

RECEIVED & FILED
2020 OCT -2 AM 8:57

RECLAMANTE: Edwin J. Garcia Serrano

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 125797

Numero de celular: 787-949-9040

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 14 de Marzo de 2000 hasta el Presente de _____ de _____ como Policia Estatal, de Negociado de la Policia de P.R. ~~de la Puerto Rico Telephone Company~~ - ELA.

~~1. Ley 89 julio 1995 ROMERAZO           CANTIDAD $~~

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Edwin J. Garcia Serrano
Nombre en letra de molde

Edwin J. Garcia Serrano - 9-30-2020
Firma y fecha

| | Cantidad Adeudada |
|---|---|
| (1) Ley 96-2002 Aumento Sueldo | $21,600.00 |
| (2) Ley 164-2003 Aumento Sueldo | $20,400.00 |
| (3) Ley 164-2004 Sila Calderon | $19,200.00 |
| (4) Ley 109-2008 Esc. Sal. Pasos | $14,400.00 |
| Total = | $75,600.00 |

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Garcia Serrano, Edwin J. | 125797 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Garcia Serrano, Edwin J. | 125797 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

RECLAMANTE Edwin J Garcia Serrano

DIRECCIÓN HC 01 Box 4434
Juana Díaz, Puerto Rico
00795

Numero Reclamación 125797

Fecha de presentación (envío) 30 de septiembre de 2020

Deudor Commonwealth of Puerto Rico

    Por este medio incluyo con mi reclamación presentada el 30 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce~~ Negociado de la Policia, Puerto Rico – ELA, como Policia Estatal desde el 14 de Marzo de 2000 hasta el __ de Presente de _____. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 75,600.00.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Edwin J. Garcia Serrano
Nombre en letra de molde

_Edwin G. Garcia Serrano_ — 9/30/2020
Firma y fecha

3

| DATOS SOBRE EL SUPERVISADO | | NO ESCRIBA EN ESTE ESPACIO | | | | | |
|---|---|---|---|---|---|---|---|
| | | Tipo de Evaluación | | | | | |
| | | | 1 | 2 | 3 | 4 | 5 |

| 1. Apellidos y Nombre | 2. Rango | 3. Número |
|---|---|---|
| GARCIA SERRANO, EDWIN J. | CDTE. | 29337 |

| 4. Clasificación del Puesto | 5. Sitio de Trabajo | 6. Período Cubierto |
|---|---|---|
| ☐ Regular ☒ Probatorio | CUJCPR | 1 julio - 31 DIC. 2000 |

**DATOS DEL SUPERVISOR**

7. Comentarios

8. Se recomienda para continuar en la Fuerza (Solamente para Personal en Período Probatorio)
☒ SI   ☐ NO

| 9. Firma del Supervisor | 10. Rango | 11. Número | 12. Fecha |
|---|---|---|---|
| [signature] | Cpte. | 25926 | 31 Dic. 00 |

**DATOS DEL SUPERVISADO**

| 13. De Acuerdo con el Informe | 14. Firma del Supervisado | 15. Fecha |
|---|---|---|
| ☒ SI   ☐ NO | [signature] 29337 | Dic-31-00 |

**DATOS DE LA JUNTA DE REVISION**

| 16. Revisor | 17. Fecha |
|---|---|
| | |

18. Acción

 

# GOBIERNO DE PUERTO RICO

## Negociado de la Policía de Puerto Rico

SAOC-CP-3-36-1-302

15 de febrero de 2019



Agte. Edwin García Serrano 29337
Plan Zona de Ponce

## ¡FELICITACIONES...!

Nos complace por este medio, extenderle las más cordiales felicitaciones por la labor realizada durante el transcurso del año 2018, que por su compromiso, dedicación y esfuerzo brindo a la sociedad y sentir propio, una mejor calidad de vida, haciendo que las leyes, reglamentaciones ordenanzas y aspectos y políticas de la Reforma Sostenible del NPPR, sean cumplidos a cabalidad.

Usted ha formado parte de un excelente equipo de trabajo **"PLAN ZONA AREA DE PONCE"** cuyas funciones principales están dirigidas a combatir la incidencia criminal en el área de la ciudad de Ponce. Diversos servicios le fueron asignados tantos administrativos como operacionales donde usted colaboro y/o contribuyo de manera significativa, demostrando un sentir de responsabilidad y compromiso para con nuestra agencia, viéndose reflejado en la consecución de las metas y objetivos trazados.



Aspectos que lo distinguen, reflejan su integridad como servidor público y por ende demuestra un insuperable sentir del deber por nuestro honroso cuerpo del Negociado de la Policía de Puerto Rico y usted propio, por lo que lo hace merecedor de este reconocimiento.

¡Le exhortamos a continuar laborando con el mismo ímpetu, responsabilidad y honestidad que a usted lo caracteriza...!!!

*MUCHO ÉXITO...!*

Sgto. Carlos Cancel Alvarado 8-26510
Director Plan Zona Área de Ponce

# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre _Edwin J Garcia Serrano_

Dirección Postal _HC 01 Box 4434_
_Juana Díaz, Puerto Rico_
_00795_

Teléfono de contacto res. _—_  cel. _787-949-9040_

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   _Ley 164 (2003) Aumento sueldo      Julio 2003_
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
         Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   _Ley 144 (2003) Aumento Sueldo     Julio 2003_
   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ *Neg. Policia de PR*, Puerto Rico desde el __14__ de __Marzo__ de __2000__ hasta el _____ de __Presente__ de _____. Culmine mi laborar como __Policia Estatal en Negociado de la Policia__ en ~~Puerto Rico Telephone Company, Ponce~~, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

*Edwin J. Garcia Serrano*
Nombre en letra de molde

*Edwin G. Garcia Serrano*  9/30/2020
Firma