Edwin J. Garcia Serrano
HC01 Box 4434
Juana Diaz, Puerto Rico
00795

RECEIVED & FILED
2020 OCT -2 AM 8:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR




U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
SEP 29, 20
AMOUNT
$1.20
R2305M147983-8

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767