| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Vazquez Romero, Carmen L. | 90231 | 6/25/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Vazquez Romero, Carmen L. | 90231 | 6/25/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 40241 PackID: 925 MMLID: 1854652-P SVC: 169th Omni
Vazquez Romero, Carmen L.
P.O. Box 10974
Juana Diaz, PR 00795

Tel - 844-1476

OCAP-15
Rev. 10/78

**IMPORTANTE**
**INSTRUCCIONES:**
**LEA AL DORSO**

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

**INFORME DE CAMBIO**

1. Número del Cambio: 49

2. Número de Seguro Social del Empleado: -2952

Antes del Cambio 20616 — Después del Cambio

| | Cambio a Efectuarse | Puesto Núm. 16878 | Puesto Núm. |
|---|---|---|---|
| 3. | Nombre del Empleado | Carmen I. Vázquez Romero | |
| 4. | Estado Civil | | |
| 5. | Departamento o Agencia | Instrucción | |
| 6. | División | Func de Esc | |
| 7. | Unidad o Sección | Adm y Sup Dist Esc | |
| 8. | Ubicación geográfica del puesto | Ponce I | |
| 9. | Categoría del Empleado | De Carrera | De Carrera |
| 10. | Status del Empleado | Probatorio | Regular |
| 11. | Título de Clasificación | Ofic Dact I | |
| 12. | Sueldo | $470.00 | |
| 12a. | Diferencial | | |
| 13. | Descuento para Contribución sobre Ingresos | | |
| 14. | Descuento para Seguro Social | | |
| 15. | Descuento para Aportación Sistema de Retiro | 4 5 | |
| 16. | Descuento para Servicios Médicos | | |
| 17. | Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. | Descuento para Seguro (A.E.E.L.A.) | | |
| 19. | Otros Descuentos | | |
| 20. | Fecha de Efectividad | | 21 de dic /84 |

| 21. SIMBOLOS DE CONTABILIDAD | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 84 | 111 | 80 | 66 | 01 | | | | | | | | | |

22. Indique si se trata de: ☐ Ascenso ☐ Cambio de Categoría ☒ Cambio de Status ☐ Ascenso o Traslado Transitorio
☐ Descenso ☐ Reclasificación ☐ Reinstalación ☐ Reubicación ☐ Traslado ☐ Nuevo Nombramiento ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique — Licencia a acreditarse: Compensatorio _____ días.
Licencia Enfermedad _____ días. Concedida _____ días. Licencia Regular _____ días. Concedida _____ días.

| | Fecha de Separación (Ultimo día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo: Duración: De _____ A _____
29. Muerte: Fecha _____ Hora _____ Ultimo día de pago: _____ Participante de Retiro ☐ Sí ☐ No
30. Clase de Licencia: ☐ Para estudio ☐ Especial con paga ☐ Maternidad ☐ Militar sin Sueldo ☐ Sin Sueldo
Duración: _____ DE _____ A _____

31. Comentarios y Explicaciones (si necesita más espacio use el dorso) Adj OP 35

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm. _____
Si el cambio es a otro puesto, indique el nombre del anterior incumbente: _____

33. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:

34. Firma del empleado en casos que fuere necesario

35. Aprobado por:
Frank E. Dubek, Director
Jefe de la Agencia o su Representante Autorizado

**PARA USO EXCLUSIVO DE LA OCAP**

Revisado o Aprobado por: _____ Fecha: _____

DE - 15  
Rev. 7/94

**DEPARTAMENTO DE EDUCACION**  
**HATO REY, PUERTO RICO**

# INFORME DE NOMBRAMIENTO Y CAMBIO

| Número de Cambio: 27 | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|
| 1- Nombre del Empleado | Carmen L. Vazquez Romero | |
| 2- Número Seguro Social | \-2952 | |
| 3- Número de Puesto | C12649 | |
| 4- Cifra de Cuenta | 96-111-081-03-905-001-1110-01-000 | |
| 5- Categoría y Status del Empleado | Ofic. Dact. | |
| 6- Clasificación y Escala Retributiva | Ofic. Dact. II    Er-04 | Ofic. Dact. III    Er-06 |
| 7- Número de Clase | 0031 | 0032 |
| 8- Sueldo | $766.00 | $796.00 |
| 9- Diferencial | | |
| 10- División | Func. de Escuelas | |
| 11- Unidad o Sección | Adm. y Sup. | |
| 12- Ubicación del puesto | Juana Díaz | |
| 13- Acción y Duración | | Reclasificación |
| 14- Descuentos:Contribución Sobre Ingresos | | |
| 15- Seguro Social | | |
| 16- Aportación Sistema de Retiro | 5.775% | 5.775% |
| 17- Servicios Médicos | | |
| 18- Ahorros (A.E.E.L.A.) | | |
| 19- Seguro (A.E.E.L.A.) | | |
| 20- Otros Descuentos | | |
| | | |
| 21- Ultimo Día de Trabajo | | |
| 22- Ultimo Día de Pago | | |
| 23- Fecha de Efectividad | | 1 de julio de 1995 |

| |
|---|
| 24- Comentarios y explicaciones (si necesita más espacio use el dorso) |
| 25- Nombre del anterior incumbente |
| 26- Firma del empleado (si aplica) |
| 27- Firma del Jefe de Agencia o su Representante Autorizado (donde se origina el cambio) |
| 28- Aprobado por: Rafael Sifonte, Director (Jefe de Agencia o su Representante) |

Fecha Preparada: __22/diciembre/95__

ASR-LE70-2011-07
Rev. Ene. 12

**RETIRO**
PO Box 42003 San Juan PR 00940-2203

## LEY 70 (PROGRAMA DE INCENTIVOS, RETIRO Y READIESTRAMIENTO)

| Código en SABI |
|---|
| 4b - 152    4c -113 |

### SOLICITUD DE PENSIÓN

Tipo de Plan: ☐ Retiro Temprano Incentivado (4b) (15 a 29 años de servicios)     ☐ Retiro Incentivado (4c) (30 años o más de servicios)

FOTO 2X2

**SECCIÓN I. DATOS RELACIONADOS CON EL PARTICIPANTE**

Apellido Paterno, Materno, Nombre e Inicial: **Vázquez Romero, Carmen L.**
Seguro Social: **-2952**
Teléfono Residencial: **(787) 215-9157**

Estado Civil: ☐ Casado(a)   ☐ Soltero(a)    Sexo: ☒ Femenino   ☐ Masculino
Fecha de Nacimiento: **16 noviembre 2012**
Lugar de Nacimiento: **Orocovis**

Dirección Postal:
Urbanización, Condominio o Barrio: **HC 03 Box 10974**
PO Box, Núm. y Calle, Edificio, Apartamento, Ruta Rural o Ruta Contrato:
Pueblo: **Juana Díaz**    País: **P. Rico**    Código Postal: **00795**

Dirección Física (si es diferente a la Postal): **Bo. Jacaguas - Sector Cerrito Calle 6 #383 J.Díaz**

Agencia donde trabaja: **Departamento de Educación**    Teléfono: **(787) 843-7171 Ext. 5938**
Dirección: **Región Educativa de Ponce - Recursos Humanos**

Indique el último sueldo: **$1,920.00**
Indique los años de servicio en el gobierno: **34**

Indique si tiene préstamos:
☐ Hipotecario:   ☐ No   ☐ Sí    Número: _____
☒ Personal:   ☐ No   ☐ Sí    Número: _____
☐ Viaje Cultural:   ☐ No   ☐ Sí    Número: _____

Indique si ha cotizado en otro sistema de retiro: ☒ No   ☐ Sí    Especifique cuál: _____

**SECCIÓN II. DATOS RELACIONADOS CON LA CUENTA BANCARIA (DEPÓSITO DIRECTO)**

| Nombre del Banco | Tipo de Cuenta |
|---|---|
| | ☐ Ahorros   ☐ Cheques   ☐ Otra: |
| Número de Cuenta | Número de Ruta y Tránsito |

CERTIFICO que toda la información contenida en esta solicitud es cierta a mi mejor saber y entender.

Firma del Solicitante: **Carmen L. Vázquez Romero**
Fecha (Día/Mes/Año): _____

No se aceptarán solicitudes de pensión sin la información requerida para acogerse al servicio de depósito directo.

**SECCIÓN III. CERTIFICACIÓN DEL COORDINADOR PARA ASUNTOS DE RETIRO**

CERTIFICO que recibí de _____ Nombre del Solicitante _____, la presente solicitud, hoy _____ de _____ Mes de _____ Año a la(s) _____ Hora ☐ AM ☐ PM.

Nombre en letra de molde _____ Firma _____ Fecha (Día/Mes/Año) _____

Conservación: Igual al expediente del cual forma parte.
Nota: Ver requisitos al dorso.



**SOLICITUD DE LIQUIDACIÓN
DE AHORROS Y DIVIDENDOS**

ORIGINAL-ASOCIACIÓN
COPIA-ASOCIADO

## PARTE I — A SER LLENADA POR EL SOCIO

1. Nombre y Apellidos: Carmen L. Vázquez Romero
Núm. Empleado: _____
Núm. Seg. Social: -2952
2. Dirección Residencial: Bo. Jacaguas - Sector Cerrito Calle 6 #383 - Juana Díaz
Teléfono: (787) 215-9157
3. Dirección Postal: HC 03 Box 10974 - Juana Díaz, P. Rico
Código Postal: 00795
4. Indique la agencia anterior donde trabajó:

| Agencia | Puesto - Ofic. Neg. o División | Comenzó Trabajar | Terminó | Fecha de Nacimiento Mes, Día, Año |
|---|---|---|---|---|
| Depto. Educación | Oficinista Mec. III Recursos Humanos | 2 Feb 1978 | 28 sept. 2012 | 16 nov. 1949 |

5. Fecha de Efectividad de la Renuncia: 28 sept. 2012
6. Tiene AE Mastercard: Sí ☐ No ☒
Número de cuenta: _____

Indique Fecha(s) de Licencia(s) sin Sueldo: _____

7. Nombre y dirección del pariente más cercano que no viva con usted: Ana Romero Colón - Bo. Jacaguas - Sector Correa, Juana Díaz

SOLICITO la liquidación de mis ahorros y dividendos acumulados en la Asociación hasta la fecha de mi separación del servicio público.
CERTIFICO que la información aquí ofrecida es correcta:

Firma del Solicitante: Carmen L. Vázquez Romero
Fecha: 28 sept 2012

OFICINA SERVICIOS AL EMPLEADO
PENSIONES NO DOCENTE
OCT 4 - 2012
RECIBIDO

NOTA: Debe acompañarla con las siguientes certificaciones de deuda:
* Administración para el Sustento de Menores (ASUME) (90 días)
* Administración de los Sistemas de Retiro de Empleados del Gobierno y la Judicatura - Certificación del Préstamo Personal y de Viaje Cultural.
(no aplica a socios que se acojan a los beneficios de jubilación)

Firma del Testigo: _____
*Para uso exclusivo de casos en que los socios no sepan firmar

Correo Electrónico (E-Mail): _____

## PARTE II — PARA SER LLENADA POR EL RECLAMANTE DE UN SOCIO FALLECIDO SI ES CÓNYUGE VIUDO (A)

Si es cónyuge viudo, favor de indicar la forma en que se constituyó el matrimonio con el socio fallecido:
☐ Bajo el régimen de Sociedad Legal de Gananciales. ☐ Bajo Capitulaciones Matrimoniales

## PARTE III — A SER LLENADA POR LA AGENCIA

Nombre del Asociado _____
Agencia _____
Seguro Social _____
Fecha(s) de Licencias sin Sueldo Desde: (sea Específico)
1. _____ Hasta _____
2. _____ Hasta _____
3. _____ Hasta _____
Fecha de Efectividad de la Renuncia _____ Razón de Cese _____
Sistema de Retiro al cual pertenece _____
SI VA A COMENZAR A TRABAJAR EN OTRA AGENCIA, FAVOR INDICAR:
a) ¿Cuál? _____ b) Fecha _____

LOS SIGUIENTES DESCUENTOS DE SU SUELDO MENSUAL FUERON REALIZADOS PARA LA ASOCIACIÓN DURANTE LOS ÚLTIMOS TRES (3) MESES DE TRABAJO.

| MES | AHORROS | SEGURO | PRÉSTAMO |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

CANTIDAD ACREDITADA A LA DEUDA DE SUMA GLOBAL DE VACACIONES* $ _____
*NETO ENVIADO A LA ASOCIACIÓN PARA ACREDITAR A LA(S) DEUDA(S).
(Firme en forma legible)

Certifico que he verificado toda la información ofrecida anteriormente y que es completamente correcta:

Preparado por _____
Teléfono Funcionario Autorizado (Indicar Ext.) _____
Dir. de Recursos Humanos o su Representante Autorizado (Use letra de molde)
Nómina Núm. _____
Fecha _____
Fecha de Certificación _____
Firma _____

AE - 61

Modelo OP-11
Rev. 12 Feb. 70

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**OFICINA DE PERSONAL**
SAN JUAN, PUERTO RICO
**NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO**

| 1. SIMBOLOS DE CONTABILIDAD | | | | | | |
|---|---|---|---|---|---|---|
| A. F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto |
| 70 | 210- | 01- | 99 | 81 | | |

2. Cert. Núm.

3. Autorización Núm. Carta Normativa 8-77

4. Fecha: 3/8/70

**INSTRUCCIONES:** Use este formulario para informar todo nombramiento en el Servicio por Oposición y en el Servicio sin Oposición. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona empezar a trabajar. El apartado 16 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Si la persona nombrada no tiene el Historial Personal (Formulario OP-1) radicado en la Oficina de Personal, dicho formulario deberá ser sometido conjuntamente con esta Notificación de Nombramiento. Además, este formulario deberá venir acompañado del Examen Médico (Formulario OP-12) y del acta de nacimiento de la persona nombrada. Prepare cuatro copias de este formulario y someta tres a la Oficina de Personal con los documentos estipulados. Para nombramiento de emergencia no se requiere Historial Personal, Examen Médico ni acta de nacimiento. La cuarta copia es para sus archivos.

5. Nombre del Nombrado: Vázquez    Carmen Lydia
(Apellido Paterno)  (Apellido Materno)  (Nombre)
Si se trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "de"
(2) Apellido del esposo y (3) Nombre          4052

6. Dirección: Superintendente de Escuelas Juana Díaz, Puerto Rico

7. Agencia, Negociado o División, Sección o Unidad: Instrucción Púnc. Esc. Areas Afectadas Juana Díaz

8. Título de Clasificación: Maest. I    Código 18700 Núm. BR 3

9. Sexo: ☐ Varón  ☒ Mujer

10. Clase de nombramiento:
☐ Probatorio  ☒ Transitorio Carrera  ☐ Provisional  ☐ De Emergencia Núm._____
☐ En el Servicio sin Oposición_____
(INDIQUE LA DISPOSICION LEGAL QUE INCLUYE EL PUESTO EN ESTE SERVICIO)

11. Fecha de efectividad de Nombramiento: 2 de febrero de 1970

12. Fecha en que expira el nombramiento si es transitorio o de emergencia en o antes del 30 de septiembre de 1970

13. Sueldo Mensual: $350.00
Obvenciones: No Cotiza

14. Anterior Incumbente: Nueva Creación    Título de clasificación del puesto:

15. Firma de la autoridad nominadora o su representante autorizado:
Firma: Américo Rivera    Título: Func. Ejec. IV    Fecha: 3/8/70

16. **JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO**
Adjunto Juramento

Yo, _____ de _____ _____
(Nombre del Funcionario o Empleado)  (Edad)  (Nombre del cargo o empleo)

juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

_____
(Funcionario o Empleado)

Jurado y firmado ante mí _____
en y para _____ hoy día _____ de _____ del año _____

AFFIDAVIT NUM. _____
(Funcionario que toma el juramento)

NO ESCRIBA DEBAJO DE ESTA LINEA

**OFICINA DE PERSONAL**

17. Nombramiento aprobado por:
    Fecha:

18. Tarjeta:
    Perforada:    Por:
    Verificada:   Por:

19. Núm. asignado al empleado: 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

Núm. Historial Personal

**CONTADURIA**

20. Intervención:

21. Tarjeta Perforada:
    Por:
    Verificada:
    Por:

0981—800B—29—IGPR.



Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE EDUCACION**
**Región Educativa de Ponce**

3 de octubre de 2012

Carmen L. Vázquez Romero
Oficinista Mec. III
Región Educativa de Ponce

Miguel A. Borges Rodríguez
Director Regional
Región Educativa de Ponce

ACEPTACION DE RENUNCIA

Con fecha del 12 de octubre de 2012 se le acepta la renuncia al puesto de Oficinista Mec. III que ocupa en la Región Educativa de Ponce.

Le damos las gracias a nombre del Departamento de Educación por los años de servicios prestados y le deseamos mucho éxito y salud.

MB/



Estado Libre Asociado de Puerto Rico
# DEPARTAMENTO DE EDUCACION
### Región Educativa de Ponce

3 de octubre de 2012

Miguel A. Borges Rodríguez
Director Regional
Región Educativa de Ponce

Carmen L. Vázquez Romero
Oficinista Dact. III
Región Educativa de Ponce

RENUNCIA

Efectivo el 12 de octubre de 2012 renunció al puesto que ocupo en la Región Educativa de Ponce como Oficinista Dact. III. Motiva la misma a que me acogeré a los beneficios de la Jubilación.

Agradezco la oportunidad que me brindaron en ofrecer mis servicios al Departamento de Educación y pertenecer a una gran familia por tantos años.