Carmen L. Vázquez Romero
HC 03 Box 10974
Juana Díaz, P. Rico     00795-9852

U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
SEP 30, 20
AMOUNT
$1.40
R2305M147983-8

1000          00918

Clerk's office
Unite States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

SAN JUAN, PR.
U.S DISTRICT COURT
CLERK'S OFFICE

2020 OCT -6  AM 7: 55

RECEIVED & FILED