RECLAMANTE **Isidro Malave Ramos**

DIRECCION **22-7 Calle -10**
**URB. Miraflores**
**Bayamon, PR. 00957**

Numero Reclamación _____

Fecha de presentación (envío) **9-18-2020**

Deudor <u>Commonwealth of Puerto Rico</u>

Por este medio incluyo con mi reclamación presentada el **9** de **18** de **2020** lo siguiente:

1. Evidencia de trabajo de Puerto Rico Telephone Company en Ponce, Puerto Rico – ELA, como **Certificación** desde el **02** de **16** de **1988** hasta el **07** de **01** de **2003** (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ **8,844.00**.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

**Isidro Malave Ramos**
Nombre en letra de molde

*[signature]*
Firma y fecha

RECLAMANTE: Isidro Malave Ramos

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: _____

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el **02** de **16** de **1988** hasta el **31** de **12** de **1999** como **Empleado** de la Puerto Rico Telephone Company - ELA.

1. Ley 89 – julio 1995 – ROMERAZO    CANTIDAD $ _____

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Isidro Malave Ramos
Nombre en letra de molde

_[firma]_   9-18-2020
Firma y fecha