

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

### ISIDRO MALAVE RAMOS
### XXX-XX-1413

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

- ☐ Ingresó a PRT/Claro efectivo el 02/16/1988.

- ☐ Trabajó como emplead(o)(a) regular hasta 07/01/2003.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a viernes, 18 de septiembre de 2020.

*Abigaíl Alejandro González*
Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords