Urb. Mira
Bayamon, P.R. 00957

U.S. POSTAGE PAID
FCM LG ENV
BAYAMON, PR
00957
SEP 21, 20
AMOUNT
$1.00
R2303S103087-13

1000   60918

Secretaria Clerks Office
Tribunal de Distrito de Los Estados Unidos
Room 150 Federal Buildig
San Juan, P.R.

60918-1767