## REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

　　Nombre: Zenaida Gonzalez Rivera
　　Direccion Postal: Hc-01 Box 4243
　　　　　　　　　　　Juana Diaz PR.00795

　　Teléfono contacto: Res. _____ Cel. 787-374-8732

II. EPIGRAFE
　　A. Secretaria (Clerk's Office)
　　　　Tribunal de Distrito de los Estados Unidos
　　　　Room 150 Federal Building
　　　　San Juan, Puerto Rico 00918-1767
　　B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
　　C. Numero de Procedimiento: 17 BK 3283 – LTS
　　D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
　　　　Número de las evidencias por reclamo:

　　　　Ley 124 – Julio 1973 – Aumento de Sueldo
　　　　Ley 89 – Julio 1979 – Retribución Uniforme
　　　　Ley 89 – Julio 1995 – Romerazo
　　　　Ley 134 – Julio 1996 – Aportación Acumulado Retiro
　　　　Ley 96 – Julio 2002 – Aumento de Sueldo
　　　　Ley 164 – Julio 2003 – Aumento de Sueldo
　　　　Ley 164 – Enero 2004 – Gob. Sila M. Calderón
　　　　Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

　　　　Ley 124 – Julio 1973 – Aumento de Sueldo
　　　　Ley 89 – Julio 1979 – Retribución Uniforme
　　　　Ley 89 – Julio 1995 – Romerazo
　　　　Ley 134 – Julio 1996 – Aportación Acumulado Retiro
　　　　Ley 96 – Julio 2002 – Aumento de Sueldo
　　　　Ley 164 – Julio 2003 – Aumento de Sueldo
　　　　Ley 164 – Enero 2004 – Gob. Sila M. Calderón
　　　　Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico desde 4 de marzo de 1986 hasta el 29 de septiembre de 2017. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Zenaida Gonzalez Rivera
Nombre en letra de molde

*Zenaida González Rivera*
Firma

RECLAMANTE: Zenaida Gonzalez Rivera
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 79775

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 4 de marzo de 1986 hasta el 29 de septiembre de 2017 como Oficinista Mecanógrafo ll del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Zenaida González Rivera
Nombre en letra de molde

*[firma]*
Firma y fecha
2/octubre/2020

RECLAMANTE: Zenaida Gonzalez Rivera
DIRECCION: Hc-01 Box 4243
Juana Diaz PR 00795

NUMERO DE RECLAMACION: 79775

Fecha de presentacion (envio): 2 DE octubre DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 2 de octubre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como Oficinista Mecanógrafo ll desde el 4 de marzo de 1986 hasta el 29 de septiembre de 2017.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Zenaida González Rivera
Nombre en letra de molde

*Zenaida González Rivera*
Firma y fecha
2/octubre/2020