Sra. Zenaida Gonzalez Rivera
H.C. 01 Box 4243
Bo. Guayabal, Sector Cuevitas
Juana Diaz, P.R. 00795



Clerk's office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767