

**GOBIERNO DE PUERTO RICO**

Departamento de Salud
Oficina Recursos Humanos

### A QUIEN PUEDA INTERESAR

Por la presente certifico que la persona indicada a continuación es empleado (a) de este Departamento:

| | |
|---|---|
| **NOMBRE** | : *CARLOS CRUZ GARCIA* |
| **SEGURO SOCIAL** | : *XXX-XX-3127* |
| **PUESTO** | : *TECNICO DE PROGRAMA I* |
| **SUELDO MENSUAL** | : *$2,033.00* |
| **STATUS** | : *REGULAR* |
| **FECHA NOMBRAMIENTO** | : *4 DE OCTUBRE DE 2000* |
| **FECHA COMENZO A COTIZAR** | : *1RO DE JULIO DE 2004* |

Lo que informo es a petición del (la) empleado (a).

CERTIFICO CORRECTO,

*Blanca M. García Carlo*
Blanca M. García Carlo
Administradora Sistema de Oficina
Oficina de Recursos Humanos
Región Metro - Fajardo

Dada en Río Grande, Puerto Rico
Hoy, 1RO de octubre de 2020

**NOTA: NO ES VALIDA SI LA MISMA TIENE ALTERACIONES**

PO BOX 21390, SAN JUAN PR 00928-1350



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

25 de septiembre de 2020

Agencia: 164 - DEPARTAMENTO DE SALUD

Seguro Social: XXX-XX-3127

CARLOS CRUZ GARCIA
P O BOX 1045
CAROLINA PUEBLO STATION
CAROLINA, PR 00986

A base de la información en nuestros registros, al 25 de septiembre de 2020 usted posee:

Género: Masculino

Fecha de Nacimiento: 16 de noviembre de 1969
Fecha de Ingreso al Servicio Público: 29 de junio de 2004
Fecha de Comienzo de Cotización: 29 de junio de 2004

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 8.02 | Tiempo Trabajado: | 4 |
| | | Aportaciones: | 9,698.40 |
| | | Intereses: | 3,928.09 |
| | | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | |
| Pagado: | 0.00 | Aportaciones: | 14,979.80 |
| Tiempo: | 0.00 | Intereses: | 643.72 |
| **Balance Acumulado:** | 0.00 | **Total Aportaciones:** | 29,250.01 |
| **Beneficio:** | 0.00 | **Beneficio:** | 138.43 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



**RETIRO**
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov