Carlos Cruz García
P.O. Box-1045
Carolina P.R. 00986-1045

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

