Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico

**REVISE DETENIDAMENTE LA PRENTE OBJECIÓN Y LOS DOCUMENTOS ADJUNTOS PARA DETERMINAR SI LA OBJECIÓN AFECTA A SU(S) RECLAMOS.**

Luz Esther Sierra Pérez
Bo. Buena Vista
#200 Calle Cerezo
Carolina, PR 00985
Teléfono (787) 980-0292
Email: luzesthersierra52@gmail.com

En el ausnto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,

    como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO y
otros,

PROMESA
Título III

Núm. 17 BK 3283-LTS

(Administrada conjuntamente)

**La presente radicación guarda relación con el ELA, la ACT y el SRE.**

**CASO NÚMERO 120566**

CENTÉSIMA QUINCUAGÉSIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A VARIOS RECLAMOS DEFICIENTES

Motivo: Al Honorable Tribunal

    En el 27 de junio de 2018 se entregó la ducumentación solicitada titulado centésima Quincuagésima Objeción Global ("Promesa") se declara, como deficiente la reclamación presentada por la subcribiente el 27 de junio de 2018 ante este tribunal en el caso de epigrafe # 120566, por

alegadamente no responder o aportado información eficiente. Reclámando; trabajo para el Departamento de Salud programa de Medicaid Carolina pago por vocaciones aumento salarial. Solicitó se declaré no a lugar la objeción de los deudores y que se permita a la subcribiente presentar su evidencia de reclamación corregida.

Durante el tiempo que estoy trabajando no he obtenido ningun ducumento salarial Ley #96 no fueron proporcionados.

Se entrega evidencia de Certificación de Patrono del Departamento de Salud y Certificación de Retiro de lo acumulado y años de servicios.

*[signature]*
Luz Esther Sierra Péréz