# EXHIBIT 1

# TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS
# FROM AUGUST 1, 2020 THROUGH SEPTEMBER 29, 2020

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| 1. | *Nikole Espada Rodríguez in representation of minor C.G.E. v. Commonwealth of Puerto Rico, et als.*,<br><br>Court of First Instance of Puerto Rico, San Juan Part<br><br>Case No. K CD2017-0478<br><br>IDEA action | Nikole Espada Rodríguez on behalf of herself and minor C.G.E. | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to final judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor. | August 3, 2020 |
| 2. | *Zulma Ramos Miranda, et al. v. Diomenes Vazque*<br><br>Court of First Instance of Puerto Rico, San Juan Part<br><br>Case No. K DP2014-0635 (801)<br><br>Torts action | Aireko Construction Corp., Zurich Insurance Company, and plaintiffs Zulma Ramos Miranda, Juan Banuchi Pons and the Conjugal Community Property comprised by both | Puerto Rico Public Buildings Authority | The Title III Stay is hereby modified solely to the limited extent necessary to (i) allow the parties hereto to take all actions necessary to seek entry of a final order dismissing, with prejudice, the Third Party Complaint and for the Prepetition Court to enter a final order with respect thereto; and (ii) allow the Prepetition Action to proceed to final judgment before the Prepetition Court, Court of Appeals of Puerto Rico, and Supreme Court of Puerto Rico, and the execution and enforcement of any judgment in the Prepetition Action; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages, and provisional remedies against PBA or any other Title III Debtor. | August 11, 2020 |
| 3. | *Gladys García Rubiera, et al., v. Asociación de Suscripción Conjunta, et al.,*<br><br>Case No. K DP2001-1441 (907) | Certified class | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Commonwealth and Movants to extend from time to time the deadlines for the insurance premium claim submission and review process on the terms as the Oversight Board agrees to in writing; provided, | August 25, 2020 |

|  | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
|  | Torts Action |  |  | however, that the Title III Stay shall continue to apply in all other respects to the Prepetition Action, except as otherwise set forth in the Stay Order. |  |
| 4. | *Gloribel González Maldonado et al. v. Estado Libre Asociado et al.*, <br><br>Court of First Instance of Puerto Rico, Caguas Part <br><br>Case No. EDP2017-0035 <br><br>Torts action | Gloribel González Maldonado, on behalf of herself and in representation of minor L.O.R.G. | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment for money damages, and provisional remedies against the Commonwealth or any other Title III debtor. | September 9, 2020 |