Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico

> REVISE DETENIDAMENTE LA PRENTE OBJECIÓN Y LOS DOCUMENTOS ADJUNTOS PARA DETERMINAR SI LA OBJECIÓN AFECTA A SU(S) RECLAMOS.

Marilyn Santiago Nieves
HC 867 BOX 15754
Fajardo PR 00738
Teléfono (787) 429-8787 ó (787) 801-5704
Email: marilyn.santiago1970@hotmail.com

| | |
|---|---|
| En el ausnto de: | PROMESA<br>Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante de | (Administrada conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, | **La presente radicación guarda relación con el ELA, la ACT y el SRE.**<br>**CASO NÚMERO 123049** |

**CENTÉSIMA QUINCUAGÉSIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A VARIOS RECLAMOS DEFICIENTES**

Motivo: Al Honorable Tribunal

En el 27 de junio de 2018 se entregó la ducumentación solicitada titulado centésima Quincuagésima Objeción Global ("Promesa") se declara, como deficiente la reclamación presentada por la subcribiente el 27 de junio de 2018 ante este tribunal en el caso de epigrafe # 123049, por alegadamente no responder o aportado información eficiente. Reclámando; trabajo para el

Departamento de Salud programa de Medicaid Carolina pago por vocaciones aumento salarial. Solicitó se declaré no a lugar la objeción de los deudores y que se permita a la subcribiente presenter su evidencia de reclamación corregida.

Durante el tiempo que estoy trabajando no he obtenido ningun ducumento salarial Ley #96 no fueron proporcionados.

Se entrega evidencia de Certificación de Patrono del Departamento de Salud y Certificación de Retiro de lo acumulado y años de servicios.

*Marilyn Santiago Nieves*
Marilyn Santiago Nieves

# GOBIERNO DE PUERTO RICO

Departamento de Salud
Oficina Recursos Humanos

## A QUIEN PUEDA INTERESAR

Por la presente certifico que la persona indicada a continuación es empleado (a) de este Departamento:

| | |
|---|---|
| **NOMBRE** | : *MARILYN SANTIAGO NIEVES* |
| **SEGURO SOCIAL** | : *XXX-XX-9789* |
| **PUESTO** | : *TECNICO DE PROGRAMA I* |
| **SUELDO MENSUAL** | : *$1,908.00* |
| **STATUS** | : *TRANSITORIO* |
| **FECHA NOMBRAMIENTO** | : *16 DE MARZO DE 2011* |

Lo que informo es a petición del (la) empleado (a).

CERTIFICO CORRECTO,

*[firma]*
Blanca M. García Carlo
Administradora Sistema de Oficina
Oficina de Recursos Humanos
Región Metro - Fajardo

Dada en Río Grande, Puerto Rico
Hoy, 1ᴿᴼ de octubre de 2020

**NOTA: NO ES VALIDA SI LA MISMA TIENE ALTERACIONES**

PO BOX 21390, SAN JUAN PR 00928-1350

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

24 de septiembre de 2020

Agencia: 164 - DEPARTAMENTO DE SALUD

MARILYN SANTIAGO NIEVES
HC 867 box 15754

FAJARDO, PR 00738

Seguro Social: XXX-XX-9789

A base de la información en nuestros registros, al 24 de septiembre de 2020 usted posee:

Fecha de Nacimiento: 22 de octubre de 1970
Fecha de Ingreso al Servicio Público: 07 de septiembre de 2000
Fecha de Comienzo de Cotización: 07 de septiembre de 2000

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 1.11 | Tiempo Trabajado: | 4 |
| | | Aportaciones: | 9,098.40 |
| | | Intereses: | 1,321.46 |
| | | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | |
| Pagado: | 0.00 | Aportaciones: | 2,925.50 |
| Tiempo: | 0.00 | Intereses: | 1.12 |
| **Balance Acumulado:** | 0.00 | **Total Aportaciones:** | 13,346.48 |
| **Beneficio:** | 0.00 | **Beneficio:** | 62.31 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

Marilyn Santiago Nevas
HC 867
Box 15754
Fajardo, P.R. 00738-9710

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

