Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico

REVISE DETENIDAMENTE LA PRENTE OBJECIÓN Y LOS DOCUMENTOS ADJUNTOS PARA DETERMINAR SI LA OBJECIÓN AFECTA A SU(S) RECLAMOS.

Luisa Angélica O'Farrill Martínez
Urb. Lomas de Carolina
F-23 Calle Cerro Peñuelas
Carolina, PR 00987
Teléfono (787) 536-0213 ó (787) 429-8787
Email: lofarrill1230@gamil.com

En el ausnto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,

    como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,

PROMESA
Título III

Núm. 17 BK 3283-LTS

(Administrada conjuntamente)

**La presente radicación guarda relación con el ELA, la ACT y el SRE.**

**CASO NÚMERO 164117**

**CENTÉSIMA QUINCUAGÉSIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A VARIOS RECLAMOS DEFICIENTES**

Motivo: Al Honorable Tribunal

    En el 27 de junio de 2018 se entregó la ducumentación solicitada titulado centésima Quincuagésima Objeción Global ("Promesa") se declara, como deficiente la reclamación presentada por la subcribiente el 27 de junio de 2018 ante este tribunal en el caso de epigrafe # 164117, por

alegadamente no responder o aportado información eficiente. Reclámando; trabajo para el Departamento de Salud programa de Medicaid Carolina pago por vocaciones aumento salarial. Solicitó se declaré no a lugar la objeción de los deudores y que se permita a la subcribiente presentar su evidencia de reclamación corregida.

Durante el tiempo que estoy trabajando no he obtenido ningun ducumento salarial Ley #96 no fueron proporcionados.

Se entrega evidencia de Certificación de Patrono del Departamento de Salud y Certificación de Retiro de lo acumulado y años de servicios.

Luisa Angélica O'Farrill Martínez

**GOBIERNO DE PUERTO RICO**

Departamento de Salud
Oficina Recursos Humanos

A QUIEN PUEDA INTERESAR

Por la presente certifico que la persona indicada a continuación es empleado (a) de este Departamento:

| | |
|---|---|
| **NOMBRE** | : *LUISA A. O'FARRILL MARTINEZ* |
| **SEGURO SOCIAL** | : *XXX-XX-1084* |
| **PUESTO** | : *SUPERVISOR DE PROGRAMA I* |
| **SUELDO MENSUAL** | : *$2,550.00* |
| **FECHA NOMBRAMIENTO** | : *15 DE DICIEMBRE DE 1998* |

**FECHA COMENZO A COTIZAR:** *1$^{RO}$ DE JULIO DE 2000*

Lo que informo es a petición del (la) empleado (a).

CERTIFICO CORRECTO,

Blanca M. García Carlo
Administradora Sistema de Oficina
Oficina de Recursos Humanos
Región Metro - Fajardo

Dada en Río Grande, Puerto Rico
Hoy, 30 de septiembre de 2020

**NOTA: NO ES VALIDA SI LA MISMA TIENE ALTERACIONES**

PO BOX 21390, SAN JUAN PR 00928-1350



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

23 de septiembre de 2020

Agencia: 164 - DEPARTAMENTO DE SALUD

LUISA A O'FARRILL MARTINEZ
URB. LOMAS DE CAROLINA
F-23 CALLE CERRO PEÑUELAS
CAROLINA, PR 00987

Seguro Social: XXX-XX-1084

A base de la información en nuestros registros, al 23 de septiembre de 2020 usted posee:

Género: Femenino

Fecha de Nacimiento: 30 de diciembre de 1962
Fecha de Ingreso al Servicio Público: 31 de julio de 1996
Fecha de Comienzo de Cotización: 31 de julio de 1996

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 22.25 | Tiempo Trabajado: | 4 |
| | | Aportaciones: | 12,180.00 |
| | | Intereses: | 981.47 |
| | | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | |
| Pagado: | 0.00 | | |
| Tiempo: | 0.00 | | |
| Balance Acumulado: | 25,622.44 | Total Aportaciones: | 13,161.47 |
| Beneficio: | 672.08 | Beneficio: | 70.48 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov