Septiembre 23, 2020
Salinas, P.R. 00751

A quién pueda interesar.

Yo Ramón Lugo Sirodo Caso # 170365. Doy fe que trabajé en la Cooperación Azucarera, en Aguirre, Puerto Rico.

Durante los años de los cuales entiendo tenía derecho a un aumento de .25 por hora el cual no recibí. Entiendo que soy parte de la demanda al Gobierno de Puerto Rico. La cual espero sea favorable, no solo para mí, sino también para todos los trabajadores que dejaron sus años trabajando con un salario mínimo. Me gustaría ver justicia dándonos lo que por derecho nos corresponde.

Gracias y bendiciones
Ramón Lugo Sirodo

4. Please include as much detail as possible in your responses.

   a. **Your answers should provide <u>more</u> information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim.

   b. If available and applicable to your claim, please provide:
      - Copy of a pleading, such as a Complaint or an Answer;
      - Any unpaid judgment or settlement agreement;
      - Written notice of intent to file a claim with proof of mailing; and
      - Any and all documentation you believe supports your claim.

5. If you do not have a copy of your claim, you may download a copy by visiting Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. You must sign your response where indicated below. If you do not sign your response, the clerk will not accept it for filing.

7. Please file the completed form and any supporting documents as directed in the Notice accompanying the Omnibus Objection to your claim.

**Questionnaire**

1. Please provide a name, address, telephone number, and email address of either (1) the responding claimant; (2) the claimant's attorney or designated representative to whom the attorneys for the Commonwealth, HTA, or ERS should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on the claimant's behalf.
   - Name: _Ramon Lugo Tirado_
   - Address: _Ext. La Carmen D-44 Salinas, P.R. 00751_
   - Telephone number: _(787) 225-0405_
   - Email address: _Nersylugo69@gmail.com_

2. Your Proof of Claim number: _____

3. The Debtors have objected to your Proof of Claim because it does not provide sufficient information for the Debtors to understand the basis for your claim. Please check the box to which your Proof of Claim relates and explain the reason why you oppose the objection by explaining the basis for your claim. Attach additional pages if needed.
   - ☒ A pending or closed legal action with or against the Puerto Rican government
   - ☐ Current or former employment with the Government of Puerto Rico

2

_____
_____
_____
_____
_____

Please attach a copy of any other documentation or other evidence in support of your claim.

4. What is the amount of your claim (how much money do you claim to be owed):
   $15.000 o puede ser más

5. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No. *Please continue to Question 6.*

   ☒ Yes. Answer Questions 5(a)-(d).

5(a). Identify the specific agency or department where you were or are employed:
   Central Cooporacion Aguirre Azucarrera

5(b). Identify the dates of your employment related to your claim:
   Creo que para el año 1985

5(c). Last four digits of your social security number: 5090

5(d). What is the nature of your employment claims (select all applicable):
   ☐ Pension
   ☒ Unpaid Wages
   ☐ Sick Days
   ☐ Union Grievance
   ☐ Vacation
   ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

   Un aumento de .25 que nunca nos pagaron. (El Romerazo)

6. **Legal Action.** Does your claim relate to a pending or closed legal action?
   ☐ No.
   ☒ Yes. Answer Questions 6(a)-(f).

6(a). Identify the department or agency that is a party to the action.
   Central Aguirre, Aguirre, P.R.
   Cooporacion Azucarrera

6(b). Identify the name and address of the court or agency where the action is pending:
Prime Clerk LLC. 1830 3rd Ave. FL.9 N.Y.N.Y 10022-6561

6(c). Case number: 170365

6(d). Title, Caption, or Name of Case: Creo que el (Romerazo)

6(e). Status of the case (pending, on appeal, or concluded): Pending

6(f). Do you have an unpaid judgment? (Yes)/ No (Circle one)

If yes, what is the date and amount of the judgment? Since 1985 to the present 2020

**PLEASE SIGN YOUR RESPONSE BELOW**

Ramon Lugo Tirado
Signature

Ramon Lugo Tirado
Printed Name

Sept. 23, 2020
Date

4

## **ANEXO E**

### Formulario de réplica del reclamante

1. Dirección de correo electrónico: NersyLugo69@gmail.com
2. Número de su evidencia de reclamaciones: 170 365
3. Los Deudores se han opuesto a su Evidencia de reclamaciones porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamación. Marque la casilla con la que guarde relación su Evidencia de reclamaciones y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamación. Adjunte páginas adicionales si fuera necesario.

   ☒ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

   ☒ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico
   
   Cooporación Azucarrera Central Aguirre. Aguirre, Puerto Rico

   Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamación.

4. ¿Cuál es el monto de su reclamación (cuánto alega que se le adeuda)?:
   $15,000 o más

5. **Empleo.** ¿Su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?
   ☐ No. *Siga con la Pregunta 6.*
   ☒ Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:
   Cooporación Azucarrera, Aguirre, P.R.

5(b). Indique las fechas de su empleo relativo con su reclamación:
   más o menos 1995

5(c). Últimos cuatro dígitos de su número del Seguro Social:
   5090

5(d). ¿Cuál es la naturaleza de sus reclamaciones relativas al empleo (marque todas las casillas aplicables)?:
   ☐ Pensión
   ☒ Salarios no pagados
   ☐ Días de licencia por enfermedad

3

- ☐ Quejas con sindicato
- ☐ Vacaciones
- ☐ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

Aumento de .25¢ por hora, el cual nunca lo dieron. (El Romerazo)

**6. Acción judicial.** ¿Su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada?

- ☐ No.
- ☒ Sí. Responda a las Preguntas 6(a) a (f).

6(a). Indique el departamento o la agencia que sean parte en la acción.
ELA

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.
Prime Clerk, LLC / 830 3rd Ave. FL.9 N.Y. N.Y 10022-6561

6(c). Caso núm.: 170365

6(d). Título, epígrafe o nombre del caso:
Romerazo

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):
Puerto Rico

6(f). ¿Tiene una sentencia que no haya sido pagada? (Sí) No (marque su respuesta con un círculo)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?
1985 hasta el presente

**FIRME ABAJO SU RÉPLICA**

*[signature]*
Firma

Ramon Hugo Tirado
Nombre en letra de molde

Sept. 23, 2020
Fecha

4