From: Ramón Lugo Jurado
Ext. La Carmen D-44
Salinas, P.R. 00751



To: Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan (Puerto Rico)
00918-1767

(CD) to Secretaria (Clerk's office)