Proof of Claim: &lt;CLAIM NUMBER&gt; _126230_
Claimant: &gt;CLAIMANT NAME&lt; _Adelina Rodríguez Pérez_

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ☒ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ☒ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
_Departamento de Educación - Luis Muñoz Marín, Ofic. Reg. Educ. Ponce PR, ELA_

3(b). Identify the dates of your employment related to your claim:
_Desde el 23 de junio de 2000 hasta el presente_

3(c). Last four digits of your social security number: _2548_

3(d). What is the nature of your employment claims (select all applicable):
  ☐ Pension
  ■ Unpaid Wages
  ☐ Sick Days
  ☐ Union Grievance
  ☐ Vacation
  ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).
  Ley 96-2002- Aumento Sueldo, Ley 164-2003- Aumento Sueldo, Ley 164-2004 -Sila Calderon y Ley 109-2008- Esc. Sal. Pasos

4. Legal Action  Does your claim relate to a pending or closed legal action?

  ■ No
  ☐ Yes

4(a). Identify the department or agency that is a party to the action.
  D/A

4(b). Identify the name and address of the court or agency where the action is pending:
  D/A

4(c). Case number: D/A

4(d). Title, Caption, or Name of Case: D/A

4(e). Status of the case (pending, on appeal, or concluded): D/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)
  If yes, what is the date and amount of the judgment? D/A

RECLAMANTE: Adelina Rodríguez Pérez

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 126230

Numero de celular: 787-941-9780

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 23 de Junio de 2000 hasta el Presente de _____ de _____ como Oficinista Mecanógrafo I, Esc. Luis Muñoz Marin, Ofic. Reg. Educ. Ponce ~~de la Puerto Rico Telephone Company~~ ELA.

~~1. Ley 89 - julio 1995 - ROMERAZO       CANTIDAD $~~

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Adelina Rodríguez Pérez
Nombre en letra de molde

Adelina Rodrgz Prz 29 sept 2020
Firma y fecha

① Ley 96 - 2002 Aumento Sueldo        $21,600.00
② Ley 164 - 2003 Aumento Sueldo       $20,400.00
③ Ley 164 - 2004 - Sila Calderón      $19,200.00
④ Ley 109 - 2008 - Esc. Sal. Pasos    $14,400.00

Total = 75,600.00

RECLAMANTE *Adelina Rodríguez Pérez*

DIRECCIÓN *Urb. La Providencia*
*2736 Calle Chelin*
*Ponce, Puerto Rico 00728-3145*

Numero Reclamación *126230*

Fecha de presentación (envío) *29 de septiembre de 2020*

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el *29* de *septiembre* de *2020* lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce~~ *Depto. de Educación, Esc. Luis Muñoz Marín, Ofic. Reg Educ Ponce*, Puerto Rico – ELA, como *Oficinista Mecanógrafo I* desde el *23* de *Junio* de *2000* hasta el ___ de *Presente* de _____. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ *75,600.00*.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

*Adelina Rodríguez Pérez*
Nombre en letra de molde

*Adelina Rodríguez Pz - 29-sept. 2020*
Firma y fecha

# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre  *Adelina Rodríguez Pérez*

Dirección Postal  *Urb. La Providencia*
*2736 Calle Chelin*
*Ponce, Puerto Rico 00728-3145*

Teléfono de contacto res.  ———  cel.  *787-941-9780*

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   *Ley 164(2003) Aumento Sueldo Julio 2003*
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
           Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. **El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:**

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008
   *Ley 164(2003) Aumento Sueldo Julio 2003*
   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ *Departamento de Educación* Puerto Rico desde el __23__ de __Junio__ de __2000__ hasta el __de Presente__ de _____. Culmine mi laborar como __Oficinista Mecanografo I, Esc. Luis Muñoz Marin, Ofic Reg Edu.__ ~~en Puerto Rico Telephone Company,~~ Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

__Adelina Rodríguez Pérez__
Nombre en letra de molde

__Adelia Rodrig Pir__
Firma



**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

18 de septiembre de 2020

A quien pueda interesar:

Certifico que **ADELINA RODRIGUEZ PEREZ**, número de seguro social **XXX-XX-2548** labora en nuestra Agencia desde **23 de junio de 2000** al **Presente**.

Actualmente, ocupa puesto en calidad de **OFICINISTA MECANOGRAFO I** en **LUIS MUNOZ MARIN**, **Oficina Regional Educativa de PONCE** y devenga un salario de **$1,721.00** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Adelina Rodríguez Pérez
Urb. La Providencia
2736 Calle Chelín
Ponce, Puerto Rico
00728-3145

RECEIVED
2020 OCT -2 PM 4:45
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767




U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
SEP 30, 20
AMOUNT
$1.20
R2305M147983-8