Jesus M. Vazquez Ferrer
BoxPuente de Jobos com.
Miramar Calle Margarita
683 Bz 49 Guayama P.R. 00784

Secretaria (Clerk's office)
Tribunal de distrito de los Estados
Unidos (United States District Court)
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767