Proof of Claim: <CLAIM NUMBER> 112439

Claimant: >CLAIMANT NAME< *Maria DE LosA. Correa Pérez*

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ☒ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

    _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ☒ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
*Departamento de Educación, Distrito Escolar de Sta. Isabel, PR, El*

3(b). Identify the dates of your employment related to your claim:
*Desde el 15 de septiembre de 1975 hasta el 1 de agosto de 2017*

3(c). Last four digits of your social security number: *7842*

3(d). What is the nature of your employment claims (select all applicable):
  ☐ Pension
  ☒ Unpaid Wages
  ☐ Sick Days
  ☐ Union Grievance
  ☐ Vacation
  ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).
  Ley 89-1979-Retrib·Unif, Ley 89-1995-Romerazo, Ley 96-2002-Aumento Sueldo
  Ley 164-2003-Aumento Sueldo, Ley 164-2004-Sila Calderon y Ley 109-
  2008-Escala Salarial/Pasos.

4. Legal Action  Does your claim relate to a pending or closed legal action?

  ☒ No
  ☐ Yes

4(a). Identify the department or agency that is a party to the action.
  _____ D/A _____

4(b). Identify the name and address of the court or agency where the action is pending:
  _____ D/A _____

4(c). Case number: _____ D/A _____

4(d). Title, Caption, or Name of Case: _____ D/A _____

4(e). Status of the case (pending, on appeal, or concluded): _____ D/A _____

4(f). Do you have an unpaid judgment? Yes/No (Circle one)
  If yes, what is the date and amount of the judgment? _____ D/A _____

RECLAMANTE: María DE LOS A. Correa Pérez

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 112 434

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 15 de septiembre de 1975 hasta el 1 de agosto de 2017 como Auxiliar Administrativo I, Distrito Escolar de Santa Isabel, P.R. ~~de la Puerto Rico Telephone Company~~ - ELA.

~~1. Ley 89 — julio 1995 — ROMERAZO        CANTIDAD $~~

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

María delos A. Correa Pérez
Nombre en letra de molde

_____ 30/09/2020
Firma y fecha

(1) Ley 89 - 1979 - Retrib. Unif.
(2) Ley 89 - 1995 - Romerazo
(3) Ley 96 - 2002 - Aumento Sueldo
(4) Ley 164 - 2003 - Aumento Sueldo
(5) Ley 164 - 2004 - Sila Calderón
(6) Ley 109 - 2008 - Esc. Sal. Pasos

Cantidad Adeudada
$45,600.00
$26,400.00
$18,000.00
$16,800.00
$15,600.00
$10,800.00

Total = $133,200.00

RECLAMANTE Maria de los A. Correa Perez

DIRECCIÓN HC 01 Box 4502
Coamo, Puerto Rico
00769

Numero Reclamación 112434

Fecha de presentación (envío) 22 de septiembre de 2020

Deudor <u>Commonwealth of Puerto Rico</u>

Por este medio incluyo con mi reclamación presentada el ____ de _____ de _____ lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce,~~ Departamento de Educación, Dist Sta. Isabel, Puerto Rico – ELA, como Auxiliar Administrativo I desde el 15 de septiembre de 1975 hasta el 1 de agosto de 2017. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 133,200.00.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Maria de los A Correa Perez
Nombre en letra de molde

_[signature]_ — 30/9/2020
Firma y fecha

# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre *María de los A Correa Pérez*

Dirección Postal *HC 01 Box 4502*
*Coamo, Puerto Rico*
*00769*

Teléfono de contacto res. _____-_____ cel. *787-329-0343*

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   *Ley 89 - Retrib. Unif.      Julio 1979*
   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   *Ley 164 (2003) Aumento Sueldo      Julio 2003*
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
       Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:
   *Ley 89 - Retrib. Unif.      Julio 1979*
   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   *Ley 164 (2003) Aumento Sueldo      Julio 2003*
   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ *Dpto. Educacion* Puerto Rico desde el _15_ de _septiembre_ de _1975_ hasta el _1_ de _agosto_ de _2017_. Culmine mi laborar como _Auxiliar Administrativo I en Departamento de Educación_ ~~en Puerto Rico Telephone Company, Ponce,~~ Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_María de los A. Correa Pérez_
Nombre en letra de molde

_[signature]_
Firma



**GOBIERNO DE PUERTO RICO**

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo Personal No Docente

# CERTIFICACIÓN

Certifico que, **MARÍA DE LOS A. CORREA PÉREZ**, seguro social **XXX-XX-7842**, ocupó el puesto Regular de Auxiliar Administrativo I en el Distrito Escolar de Santa Isabel. Prestó servicios desde el 15 de septiembre de 1975 hasta el 1 de agosto de 2017. Devengó un salario de $2,152.00 mensuales.

Dada en San Juan, Puerto Rico, el 17 de septiembre de 2020 según solicitada por la empleada.

*Alfredo Rodríguez* / Por: *mjs*
Alfredo Rodríguez Leandry
Especialista de Recursos Humanos

P.O Box 190759, San Juan, PR 00919-0759 · Tel.. (787)773-3025 o 3051

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

DEPARTAMENTO DE EDUCACIÓN

Maria DE Los A- Correa Pérez
CO1 Box 4502
Coto and, Puerto Rico
00769

RECEIVED
2020 OCT -2 PM 4:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Secretaria Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767




U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
SEP 30, 20
AMOUNT
$1.20
R2305M147983-8