US POSTAGE PAID
$7.75
Origin: 00769
10/01/20
4227000769-09

PRIORITY MAIL 1-DAY®

0 Lb 2.30 Oz
1005

EXPECTED DELIVERY DAY: 10/02/20

SHIP TO:
San Juan PR 00918

USPS TRACKING® NUMBER

9505 5105 5598 0275 6316 85

- Order supplies online.*
- When used internationally, a customs declaration label may be required.
* Domestic only

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

FROM:
Mildred Casiano Rivera
HC01 Box 31098
Juana Díaz P.R. 00795

TO:
Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767