RECLAMANTE: Felix Torres Rentas
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 121577,121469,121852

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 15 de enero de 1998 hasta el 4 de marzo de 2013 como conserje del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 104,400.00 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Felix Torres Rentas
Nombre en letra de molde

_Felix L. Torres Rentas_  30/09/20
Firma y fecha

RECLAMANTE: Felix Torres Rentas
DIRECCION: Hc-01 Box 31098
Juana Diaz PR 00795

NUMERO DE RECLAMACION: 121577,121469,121852

Fecha de presentacion (envio): 30 DE SEPTIEMBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 30 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como conserje desde el 15 de enero de 1998 hasta el 4 de marzo de 2013.
2. El monto adeudado en mi reclamación es de $104,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Felix Torres Rentas
Nombre en letra de molde

*Felix L. Torres Rentas* 30/09/20
Firma y fecha

## REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

   Nombre: Felix Torres Rentas
   Direccion Postal: Hc-01 Box 31098
   Juana Diaz PR.00795

   Teléfono contacto: Res. _____ Cel. 787-438-1173

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 15 de enero de 1998 hasta el 4 de marzo de 2013. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Felix Torres Rentas
Nombre en letra de molde

*Felix R. Torres Rentas* 30/09/20
Firma



**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

29 de septiembre de 2020

A quien pueda interesar:

Certifico que **FELIX L. TORRES RENTAS**, número de seguro social **XXX-XX-2503** laboró en nuestra Agencia desde **15 de enero de 1998** al **4 de marzo de 2013**.

Ocupó puesto en calidad de **CONSERJE** en **FRANCISCO PRADO PICART**, **JUANA DIAZ**, Oficina Regional Educativa de **PONCE** y devengó un salario de **$1,555.22** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.