

**US POSTAGE PAID**
$7.75
Origin: 00769
10/01/20
4227000769-09

**PRIORITY MAIL 1-DAY®**

0 Lb 2.30 Oz
1005

EXPECTED DELIVERY DAY: 10/02/20

SHIP TO:
San Juan PR 00918

**USPS TRACKING® NUMBER**



9505 5105 5598 0275 6317 08

- Dat
- USP
  inte
- Lim
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.
* Domestic only



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**FROM:**
Felix L. Torres Rentas
HC 01 Box 31098
Juana Diaz Puerto Rico 00795



**TO:**
Clerk's Office
United States Distrit Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767