Hipolita Martinez alicea
P.O. BOX 1118
Santa Isabel P.R. 00757




```
U.S. POSTAGE PAID
FCM LG ENV
SANTA ISABEL, PR
00757
OCT 02, 20
AMOUNT
$1.00
R2303S100796-7
```

Secretaria (clerk's office)
Tribunal de Distrito delos Estados Unidos
Sala 150 Edificio federal
San Juan (Puerto Rico) 00918-1767

2020 OCT -6 AM 7:51