Luz E. Sierra Ruiz
Bo. Buena Vista
#200. Calle Cerezo
Carolina P.R. 00985



Secretaria (Clerk's Office)
Tribunal de Distrito delos Estados unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767