**GOVERNMENT OF PUERTO RICO**
Puerto Rico Public-Private Partnerships Authority

October 4, 2020

LUMA Energy, LLC
644 Fernandez Juncos Ave., Suite 301
San Juan, Puerto Rico 00907
Attention: General Counsel
Email: Legal@lumamc.com

with copy to:
LUMA Energy, LLC
644 Fernandez Juncos Ave., Suite 301
San Juan, Puerto Rico 00907
Attention: President/CEO

**Re: Extension of the Title III Administrative Expense Motion**

Ladies and Gentlemen:

Reference is made to that certain Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement (the "O&M Agreement"), dated as of June 22, 2020, by and among: (i) the Puerto Rico Electric Power Authority ("Owner"); (ii) the Puerto Rico Public-Private Partnerships Authority ("Administrator); (iii) LUMA Energy, LLC ("ManagementCo"); and (iv) LUMA Energy ServCo, LLC (together with ManagementCo, "Operator"). Terms used but not defined herein shall have the meaning set out in the O&M Agreement.

The hearing on Owner's motion regarding administrative expense treatment for any accrued and unpaid amounts required to be paid by Owner under the O&M Agreement during the Front-End Transition Period (the "Administrative Expense Motion") took place on September 16, 2020, and the judge in the Title III Court has yet to approve the Administrative Expense Motion. In light of the foregoing, Administrator hereby notifies Operator that Administrator has elected, pursuant to Section 4.1(c)(ii) of the O&M Agreement, to extend the waiting period for approval by the Title III Court of Owner's Administrative Expense Motion by an additional forty-five (45) days.

If you have any questions, please feel free to contract me at Administrator@p3.pr.gov or (787) 722-2525 Ext. 15330.

Kind Regards,

PUERTO RICO PUBLIC-PRIVATE
PARTNERSHIPS AUTHORITY

By: _____
Name: Fermín E. Fontanés Gómez
Title: Executive Director

PO Box 42001 • San Juan, PR 00940-2001 • Teléfono (787) 722-2525 • www.p3.pr.gov