# **EXHIBIT 2**

**Time, PREPA Transformation Team**

**PREPA Transformation Team Estimates for Hours Between Q2 2018 and August 2019**

| Name | Agg. | S. Sen | S. Mehta | F. Chapados | G. Kantrowitz | J. Orendain | L. Law | J. Iriarte | M. Shones | D. Seixas | D. Bond | A. Yamato | D. Delgado | D. Yu | C. Hall | E. Ramos | S. Ryan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Title | | M. Director | M. Director | Director | Director | Director | V. President | Director | V. President | AV. President | AV. President | Analyst | Analyst | V. President | Analyst | V. President | Analyst |
| Years Experience | | 30 | 15 | 10 | 10 | 10 | 5 | 10 | 5 | 3 | 3 | 2 | 2 | 5 | 2 | 10 | 2 |
| Location | | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY |
| February 2018 | 348 | 63 | 38 | 65 | 22 | 11 | 5 | 11 | 60 | 3 | 50 | 15 | 6 | - | - | - | - |
| March 2018 | 554 | 82 | 23 | 94 | 24 | 23 | - | 4 | 169 | 5 | 121 | - | 10 | - | - | - | - |
| April 2018 | 201 | 26 | 7 | 36 | 6 | 3 | - | - | 55 | - | 71 | - | - | - | - | - | - |
| May 2018 | 301 | 39 | - | 62 | 1 | - | - | - | 100 | - | 100 | - | - | - | - | - | - |
| June 2018 | 239 | 46 | - | 54 | - | - | - | 18 | 43 | - | 79 | - | - | - | - | - | - |
| July 2018 | 285 | 27 | - | 103 | - | - | - | 10 | - | 38 | 75 | - | 20 | - | - | 12 | - |
| August 2018 | 474 | 25 | - | 90 | - | 8 | - | 8 | 78 | - | 153 | - | 18 | - | 54 | 42 | - |
| September 2018 | 361 | 22 | - | 83 | - | 12 | - | - | 68 | - | 93 | - | 21 | - | 42 | 21 | - |
| October 2018 | 477 | 37 | - | 92 | - | 12 | - | - | 142 | - | 66 | - | 6 | 51 | 65 | 6 | - |
| November 2018 | 457 | 23 | - | 56 | - | - | - | - | 139 | - | 122 | - | - | 54 | 63 | - | - |
| December 2018 | 344 | 13 | - | 55 | - | - | - | - | 110 | - | 59 | - | - | 39 | 70 | - | - |
| January 2019 | 759 | 17 | - | 51 | - | - | - | - | 235 | - | 230 | - | - | 75 | 152 | - | - |
| February 2019 | 201 | 22 | - | 29 | - | - | - | - | 47 | - | 22 | - | - | 60 | 21 | - | - |
| March 2019 | 261 | 18 | - | 44 | - | - | - | - | 56 | - | 66 | - | - | 35 | 43 | - | - |
| April 2019 | 580 | 66 | - | 87 | - | - | - | - | 126 | - | 62 | - | - | 129 | 111 | - | - |
| May 2019 | 260 | 45 | - | 73 | - | - | - | - | 58 | - | 14 | - | - | 51 | 21 | - | - |
| June 2019 | 605 | 62 | - | 106 | - | - | - | - | 139 | - | 120 | - | - | 135 | 45 | - | - |
| July 2019 | 262 | 29 | - | 60 | - | - | - | - | 46 | - | 28 | - | - | 50 | 50 | - | - |
| August 2019 | 308 | 25 | - | 53 | - | - | - | - | 12 | - | 56 | - | - | 51 | 57 | - | 55 |