# **EXHIBIT 4**

**Invoices**



Public Finance Department
Municipal Securities Division

**To:**          Natalie Juresko                                         Invoice #: 1028_151
                Executive Director
                PR Financial Oversight and Management Board (PROMESA)

**Date**         December 17, 2018

### Fee Invoice

**Client Name:**          PR Financial Oversight and Management Board (PROMESA)

**Project Description:**   Financial Oversight Board of Puerto Rico

**Engagement Letter Date:**   January 27, 2017

**Description of Services:**   Strategic Advisory Services

**Amount Due:**   October 2018 (Title III - Mainland)        $    457,776.78
                 October 2018 (Title III - Puerto Rico)      $     35,973.22
                 **Total**                                   **$    493,750.00**

**Payment Terms:**   Please remit the Amount Due to **Citigroup Global Markets Inc**
                    (tax ID #11-2418191) by wire transfer of funds, as follows:

|                |                                      |
|----------------|--------------------------------------|
| Bank:          | Citibank,  N.A.                      |
| ABA #:         | 021-000089                           |
| A/C Name:      | Citigroup Global Markets Inc.        |
| Account #:     | 309-50592                            |
| Credit to:     | # 029-32007-13 (Must be included)    |
| Reference:     | Financial Oversight                  |
|                | Board of Puerto Rico                 |
|                | (Dafi: 47PC1046)                     |
| Attention:     | Eileen Garvey (212-723-5616)         |

Or by Check to: Citigroup Global Markets Inc, addressed as follows:

Attn: Michael Hershkowitz
Citigroup Global Markets Inc.
388 Greenwich Street, 8th Floor
New York, NY 10013

**cc:**          Eileen Garvey, Sr. Vice President
                John C Gavin, Managing Director
                Mike Leffler, Director
                Michael Hershkowitz, Managing Director

*Citigroup Global Markets Inc.*



Public Finance Department
Municipal Securities Division

**To:**  Natalie Juresko
Executive Director
PR Financial Oversight and Management Board (PROMESA)

Invoice #: 1028_152

**Date**  December 17, 2018

## Fee Invoice

**Client Name:**  PR Financial Oversight and Management Board (PROMESA)

**Project Description:**  Financial Oversight Board of Puerto Rico

**Engagement Letter Date:** January 27, 2017

**Description of Services:**  Strategic Advisory Services

**Amount Due:**

| | | |
|---|---|---|
| November 2018 (Title III - Mainland) | $ | 457,776.78 |
| November 2018 (Title III - Puerto Rico) | $ | 35,973.22 |
| **Total** | **$** | **493,750.00** |

**Payment Terms:**  Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank,  N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight |
| | Board of Puerto Rico |
| | (Dafi: 47PC1046) |
| Attention: | Eileen Garvey (212-723-5616) |

Or by Check to: Citigroup Global Markets Inc, addressed as follows:

Attn: Michael Hershkowitz
Citigroup Global Markets Inc.
388 Greenwich Street, 8th Floor
New York, NY 10013

**cc:**  Eileen Garvey, Sr. Vice President
John C Gavin, Managing Director
Mike Leffler, Director
Michael Hershkowitz, Managing Director

Citigroup Global Markets Inc.



Public Finance Department
Municipal Securities Division

**To:**   Natalie Juresko                                    Invoice #: 1028_161
          Executive Director
          PR Financial Oversight and Management Board (PROMESA)

**Date**  July 10, 2019

_____

### Fee Invoice

**Client Name:**   PR Financial Oversight and Management Board (PROMESA)

**Project Description:**   Financial Oversight Board of Puerto Rico

**Engagement Letter Date:**  January 27, 2017

**Description of Services:**  Strategic Advisory Services

**Amount Due:**   December 2018 (Title III - Mainland)          $   457,776.78
                  December 2018 (Title III - Puerto Rico)       $    35,973.22
                  **Total**                                      $   **493,750.00**

**Payment Terms:**   Please remit the Amount Due to **Citigroup Global Markets Inc**
                     (tax ID #11-2418191) by wire transfer of funds, as follows:

          Bank:          Citibank, N.A.
          ABA #:         021-000089
          A/C Name:      Citigroup Global Markets Inc.
          Account #:     309-50592
          Credit to:     # 029-32007-13 (Must be included)
          Reference:     Financial Oversight
                         Board of Puerto Rico
                         (Dafi: 47PC1046)
          Attention:     Eileen Garvey (212-723-5616)

          Or by Check to: Citigroup Global Markets Inc, addressed as follows:

          Attn: Michael Hershkowitz
          Citigroup Global Markets Inc.
          388 Greenwich Street, 8th Floor
          New York, NY 10013

**cc:**   Michael Tong, Assistant Vice President
          John C Gavin, Managing Director
          Mike Leffler, Managing Director
          Michael Hershkowitz, Managing Director



Public Finance Department
Municipal Securities Division

**To:**   Natalie Juresko
          Executive Director
          PR Financial Oversight and Management Board (PROMESA)

Invoice #: 1028_162

**Date**   July 10, 2019

---

### Fee Invoice

**Client Name:**   PR Financial Oversight and Management Board (PROMESA)

**Project Description:**   Financial Oversight Board of Puerto Rico

**Engagement Letter Date:**   January 27, 2017

**Description of Services:**   Strategic Advisory Services

**Amount Due:**

| | | |
|---|---|---:|
| January 2019 (Title III - Mainland) | $ | 457,776.78 |
| January 2019 (Title III - Puerto Rico) | $ | 35,973.22 |
| **Total** | **$** | **493,750.00** |

**Payment Terms:**   Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank,  N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight Board of Puerto Rico (Dafi: 47PC1046) |
| Attention: | Eileen Garvey (212-723-5616) |

Or by Check to: Citigroup Global Markets Inc, addressed as follows:

Attn: Michael Hershkowitz
Citigroup Global Markets Inc.
388 Greenwich Street, 8th Floor
New York, NY 10013

**cc:**   Michael Tong, Assistant Vice President
          John C Gavin, Managing Director
          Mike Leffler, Managing Director
          Michael Hershkowitz, Managing Director