# **EXHIBIT 1**

**Time, Core Team**

**Citi Estimates for Hours Between Q2 2018 and August 2019**

| Name<br>Title<br>Years Experience<br>Location | Agg. | T. Green<br>M. Director<br>30+<br>Boston, MA | D. Brownstein<br>M. Director<br>30+<br>New York, NY | J. Gavin<br>M. Director<br>30+<br>San Juan, PR | G. Leung<br>M. Director<br>30+<br>New York, NY | M. Leffler<br>M. Director<br>20<br>New York, NY | D. Cohen<br>Director<br>30+<br>New York, NY | J. Castiglioni<br>Director<br>10<br>New York, NY | S. Zare<br>V. President<br>15<br>Nashville, TN | D. Keca<br>AV. President<br>10<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| April 2018 | 972 | 156 | 166 | 128 | 35 | 64 | 15 | 128 | 130 | - | 150 |
| May 2018 | 1,032 | 200 | 140 | 122 | 60 | 47 | 10 | 149 | 154 | - | 150 |
| June 2018 | 1,055 | 203 | 193 | 130 | 40 | 67 | 15 | 145 | 112 | - | 150 |
| July 2018 | 1,286 | 205 | 220 | 202 | 45 | 75 | 20 | 212 | 132 | - | 175 |
| August 2018 | 1,413 | 193 | 223 | 230 | 125 | 42 | 15 | 245 | 5 | 85 | 250 |
| September 2018 | 1,176 | 107 | 242 | 124 | 55 | - | 25 | 174 | - | 74 | 375 |
| October 2018 | 1,333 | 210 | 265 | 147 | 50 | - | 40 | 177 | - | 69 | 375 |
| November 2018 | 1,170 | 130 | 215 | 127 | 60 | - | 35 | 149 | - | 79 | 375 |
| December 2018 | 1,121 | 127 | 192 | 129 | 45 | - | 55 | 134 | - | 64 | 375 |
| January 2019 | 1,256 | 152 | 222 | 129 | 65 | - | 40 | 204 | - | 69 | 375 |
| February 2019 | 1,328 | 183 | 215 | 145 | 65 | - | 40 | 235 | - | 70 | 375 |
| March 2019 | 1,299 | 173 | 228 | 141 | 45 | - | 25 | 241 | - | 71 | 375 |
| April 2019 | 1,424 | 196 | 226 | 229 | 40 | - | 85 | 244 | - | 79 | 325 |
| May 2019 | 1,229 | 158 | 208 | 146 | 20 | - | 35 | 221 | - | 66 | 375 |
| June 2019 | 1,079 | 138 | 128 | 133 | 15 | - | 35 | 135 | - | 70 | 425 |
| July 2019 | 1,129 | 133 | 133 | 121 | 45 | - | 35 | 151 | - | 61 | 450 |
| August 2019 | 1,114 | 158 | 168 | 126 | 15 | - | 35 | 156 | - | 56 | 400 |
| **April 2018** | | | | | | | | | | | |
|   Commonwealth (GO & GO Guar.) | | | | | | | | | | | |
|     Title III (May 2017) | | | | | | | | | | | |
|       Educate Board and Other Professionals on Muni Market | 17 | 3 | 3 | 2 | - | 3 | - | 3 | 3 | - | - |
|       Modeling & Review of Debt Restructuring Solutions | 24 | 1 | 1 | 1 | - | 1 | - | 15 | 5 | - | - |
|       Develop strategy behind CW POA, including debt sustainability analysis | 85 | 20 | 20 | 10 | 10 | - | - | 10 | 15 | - | - |
|       Review AFFAF Fiscal Plan / Work on FOMB Fiscal Plan | 35 | 5 | 5 | 5 | 5 | 5 | - | 5 | 5 | - | - |
|       Several analyses, calls, meetings regarding CW/COFINA Split | 90 | 25 | 25 | 10 | 5 | 5 | - | 5 | 15 | - | - |
|       Analysis of prior municipal bankruptcy recovery levels | 16 | 2 | 2 | 2 | - | - | - | 5 | 5 | - | - |
|       Catchall for hours not recorded for Core Team and specialist / public side aid*** | 100 | 10 | 10 | 10 | 5 | 5 | - | 5 | 5 | - | 25-75 |
|   COFINA | | | | | | | | | | | |
|     Title III (May 2017) | | | | | | | | | | | |
|       Educate Board and Other Professionals on Muni Market | 17 | 3 | 3 | 2 | - | 3 | - | 3 | 3 | - | - |
|       Modeling of Debt Restructuring Solutions | 24 | 1 | 1 | 1 | - | 1 | - | 15 | 5 | - | - |
|       Several analyses, calls, meetings regarding CW/COFINA Split | 50 | 5 | 15 | 10 | - | 10 | - | 5 | 5 | - | - |
|       Presentations to Board on possible COFINA settlement | 50 | 5 | 15 | 10 | - | 10 | - | 5 | 5 | - | - |
|       Catchall for hours not recorded for Core Team and specialist / public side aid*** | 95 | 10 | 10 | 5 | 5 | 5 | - | 5 | 5 | - | 25-75 |
|   PREPA | | | | | | | | | | | |
|     Title III (July 2017) | | | | | | | | | | | |
|       Educate Board and Other Professionals on Muni Market | 17 | 3 | 3 | 2 | - | 3 | - | 3 | 3 | - | - |
|       Modeling of Current RSA and Alternatives | 19 | 1 | 1 | 1 | - | 1 | - | 10 | 5 | - | - |
|       Numerous calls, meetings and analysis on PREPA RSA | 55 | 20 | 20 | 15 | - | - | - | - | - | - | - |
|       Participate in PREPA Transformation meetings/calls | 25 | 5 | - | 10 | - | - | 10 | - | - | - | - |
|       Catchall for hours not recorded for Core Team and specialist / public side aid*** | 90 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | - | 25-75 |
|   University of Puerto Rico | | | | | | | | | | | |
|     Not in Title III | | | | | | | | | | | |
|       Explore possible UPR debt restructuring ideas | 24 | 3 | 3 | 3 | - | - | - | 5 | 10 | - | - |
|   Metropolitan Bus Authority | | | | | | | | | | | |
|     Not in Title III | | | | | | | | | | | |
|       Review MBA debt and Section 207 restructuring proposal | 12 | 2 | 2 | 2 | - | 1 | - | 2 | 3 | - | - |
|   HTA | | | | | | | | | | | |
|     Title III (May 2017) | | | | | | | | | | | |
|       Analyze potential HTA organizational restructuring and impact on debt | 30 | 5 | 5 | 5 | - | - | - | 5 | 10 | - | - |
|   Government Development Bank | | | | | | | | | | | |
|     Title VI | | | | | | | | | | | |
|       Review GDB AFFAF Agreement and present to the Board | 60 | 15 | 10 | 10 | - | 5 | - | 10 | 10 | - | - |
|   PRASA | | | | | | | | | | | |
|     Not in Title III | | | | | | | | | | | |
|       Follow up calls/meetings with PRASA Senior Bondholders | 25 | 5 | 5 | 5 | - | - | - | 5 | 5 | - | - |
|       Review PRASA Fiscal Plan | 12 | 2 | 2 | 2 | - | 1 | - | 2 | 3 | - | - |
| **May 2018** | | | | | | | | | | | |
|   Commonwealth (GO & GO Guar.) | | | | | | | | | | | |
|     Title III (May 2017) | | | | | | | | | | | |
|       Educate Board and Other Professionals on Muni Market | 17 | 3 | 3 | 2 | - | 3 | - | 3 | 3 | - | - |
|       Modeling & Review of Debt Restructuring Solutions | 24 | 1 | 1 | 1 | - | 1 | - | 15 | 5 | - | - |
|       Meetings / Analysis for CW/COFINA Split | 105 | 25 | 25 | 10 | 5 | 10 | - | 10 | 20 | - | - |

**Citi Estimates for Hours Between Q2 2018 and August 2019**

| Name<br>Title<br>Years Experience<br>Location | Agg. | T. Green<br>M. Director<br>30+<br>Boston, MA | D. Brownstein<br>M. Director<br>30+<br>New York, NY | J. Gavin<br>M. Director<br>30+<br>San Juan, PR | G. Leung<br>M. Director<br>30+<br>New York, NY | M. Leffler<br>M. Director<br>20<br>New York, NY | D. Cohen<br>Director<br>30+<br>New York, NY | J. Castiglioni<br>Director<br>10<br>New York, NY | S. Zare<br>V. President<br>15<br>Nashville, TN | D. Keca<br>AV. President<br>10<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Work on Debt Sustainability Analysis for Fiscal Plan | 15 | 5 | - | - | - | - | - | 5 | 5 | - | - |
| Participate in Pension Liability Calls | 30 | 5 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Prep with Board for Mediation Sessions | 30 | 5 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Participate in calls on Best Interest Test | 20 | 5 | - | 5 | - | - | - | 5 | 5 | - | - |
| Analyze Rating Reports and impact to CW | 30 | 5 | - | 5 | 10 | - | - | 5 | 5 | - | - |
| Analyze and brief Board on Clawback analysis | 25 | 5 | - | 5 | - | 5 | - | - | 10 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 115 | 20 | 20 | 5 | 5 | 5 | - | 5 | 5 | - | 25-75 |
| COFINA | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 17 | 3 | 3 | 2 | - | 3 | - | 3 | 3 | - | - |
| Modeling of Debt Restructuring Solutions | 24 | 1 | 1 | 1 | - | 1 | - | 15 | 5 | - | - |
| Review and analyze creditor analysis on collections | 85 | 15 | 15 | 10 | 10 | 5 | - | 15 | 15 | - | - |
| Meetings / Analysis for CW/COFINA Split | 45 | 10 | 10 | 5 | 5 | - | - | 5 | 10 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 125 | 25 | 25 | 5 | 5 | 5 | - | 5 | 5 | - | 25-75 |
| PREPA | | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 17 | 3 | 3 | 2 | - | 3 | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 24 | 1 | 1 | 1 | - | 1 | - | 15 | 5 | - | - |
| Mediation sessions | 55 | 10 | 10 | 10 | - | - | 5 | 10 | 10 | - | - |
| PREPA P3 Transformation and Market Sounding | 45 | 20 | - | 10 | - | - | - | 5 | 10 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 90 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | - | 25-75 |
| University of Puerto Rico | | | | | | | | | | | |
| Not in Title III | | | | | | | | | | | |
| Explore possible UPR debt restructuring ideas | 24 | 3 | 3 | 3 | - | - | - | 5 | 10 | - | - |
| PRASA | | | | | | | | | | | |
| Not in Title III | | | | | | | | | | | |
| Participate in meetings in DC with EPA and USDA | 40 | 20 | - | 20 | - | - | - | - | - | - | - |
| Analyze bondholder proposals / calls with AFFAF on Federal Loan program | 30 | 5 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| **June 2018** | | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 17 | 3 | 3 | 2 | - | 3 | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 24 | 1 | 1 | 1 | - | 1 | - | 15 | 5 | - | - |
| Meetings / Analysis for CW/COFINA Split | 125 | 30 | 30 | 20 | 5 | 10 | - | 10 | 20 | - | - |
| Meetings with AFFAF re Fiscal Plan forecast model | 30 | 5 | 5 | 5 | - | 5 | - | 5 | 5 | - | - |
| Meetings with Creditors on Pension Liabilities | 30 | 5 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Fiscal Plan Draft work given CW refused to repeal Law 80 | 35 | 5 | 5 | 5 | 5 | 5 | - | 5 | 5 | - | - |
| Participation with Board Advisors on Best Interest Test | 35 | 5 | 5 | 5 | 5 | 5 | - | 5 | 5 | - | - |
| Review AFFAF analysis on ERS | 20 | 5 | 5 | 5 | - | 5 | - | - | - | - | - |
| Two day Board Strategy session | 60 | 15 | 15 | 15 | - | - | - | 15 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 115 | 20 | 20 | 5 | 5 | 5 | - | 5 | 5 | - | 25-75 |
| COFINA | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 17 | 3 | 3 | 2 | - | 3 | - | 3 | 3 | - | - |
| Modeling of Debt Restructuring Solutions | 24 | 1 | 1 | 1 | - | 1 | - | 15 | 5 | - | - |
| Meetings / Analysis for CW/COFINA Split | 135 | 35 | 35 | 20 | 5 | 10 | - | 10 | 20 | - | - |
| Calls with Tax Counsel re COFINA | 12 | 3 | 3 | 3 | - | - | - | 3 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 115 | 20 | 20 | 5 | 5 | 5 | - | 5 | 5 | - | 25-75 |
| PREPA | | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 17 | 3 | 3 | 2 | - | 3 | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 24 | 1 | 1 | 1 | - | 1 | - | 15 | 5 | - | - |
| Various PREPA RSA Meetings and Calls | 60 | 20 | 20 | 5 | - | - | - | 10 | 5 | - | - |
| PREPA Transformation Meetings | 30 | 10 | - | 10 | - | - | 10 | - | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 90 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | - | 25-75 |
| University of Puerto Rico | | | | | | | | | | | |
| Not in Title III | | | | | | | | | | | |
| Fiscal Plan and Debt Discussions | 15 | 3 | 3 | 3 | - | - | - | 3 | 3 | - | - |
| PRASA | | | | | | | | | | | |
| Not in Title III | | | | | | | | | | | |
| PRASA Meetings and Analysis | 25 | 5 | 5 | 5 | - | - | - | 5 | 5 | - | - |
| **July 2018** | | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |

**Citi Estimates for Hours Between Q2 2018 and August 2019**

| Name<br>Title<br>Years Experience<br>Location | Agg. | T. Green<br>M. Director<br>30+<br>Boston, MA | D. Brownstein<br>M. Director<br>30+<br>New York, NY | J. Gavin<br>M. Director<br>30+<br>San Juan, PR | G. Leung<br>M. Director<br>30+<br>New York, NY | M. Leffler<br>M. Director<br>20<br>New York, NY | D. Cohen<br>Director<br>30+<br>New York, NY | J. Castiglioni<br>Director<br>10<br>New York, NY | S. Zare<br>V. President<br>15<br>Nashville, TN | D. Keca<br>AV. President<br>10<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Educate Board and Other Professionals on Muni Market | 17 | 3 | 3 | 2 | - | 3 | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 24 | 1 | 1 | 1 | - | 1 | - | 15 | 5 | - | - |
| Meetings / Analysis for CW/COFINA Split | 150 | 35 | 30 | 30 | 5 | 10 | - | 20 | 20 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 135 | 20 | 20 | 20 | 5 | 5 | - | 10 | 5 | - | 25-75 |
| COFINA | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 17 | 3 | 3 | 2 | - | 3 | - | 3 | 3 | - | - |
| Modeling of Debt Restructuring Solutions | 39 | 1 | 1 | 1 | - | 1 | - | 30 | 5 | - | - |
| Meetings re COFINA Proposal and Settlement | 265 | 50 | 50 | 50 | 15 | 20 | - | 50 | 30 | - | - |
| Draft Bond security terms | 70 | 15 | 15 | 10 | 5 | 5 | - | 10 | 10 | - | - |
| Prep for Mediation sessions | 90 | 15 | 15 | 15 | 5 | 10 | - | 15 | 15 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 160 | 20 | 20 | 20 | 5 | 5 | - | 10 | 5 | - | 50-100 |
| PREPA | | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 17 | 3 | 3 | 2 | - | 3 | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 24 | 1 | 1 | 1 | - | 1 | - | 15 | 5 | - | - |
| Various PREPA RSA Meetings and Calls | 80 | 10 | 30 | 20 | - | - | 5 | 10 | 5 | - | - |
| PREPA Proposals and counter proposals; including security terms | 50 | 15 | 15 | 15 | - | - | 5 | - | - | - | - |
| Debt Sustainability Analysis for PREPA | 15 | - | - | - | - | - | 5 | 5 | 5 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 90 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | - | 25-75 |
| PRASA | | | | | | | | | | | |
| Not in Title III | | | | | | | | | | | |
| PRASA Meetings and Analysis | 25 | 5 | 5 | 5 | - | - | - | 5 | 5 | - | - |
| HTA | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Join calls re Best Interest Test for HTA | 18 | 3 | 3 | 3 | - | 3 | - | 3 | 3 | - | - |
| August 2018 | | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 17 | 3 | 3 | 2 | - | 3 | - | 3 | - | 3 | - |
| Modeling & Review of Debt Restructuring Solutions | 24 | 1 | 1 | 1 | - | 1 | - | 15 | - | 5 | - |
| Meetings / Analysis for CW/COFINA Split | 85 | 10 | 10 | 10 | 5 | 10 | - | 20 | - | 20 | - |
| Review AFFAF proposal on Debt Sustainability | 30 | 5 | 5 | 5 | - | 5 | - | 5 | - | 5 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 85 | 5 | 5 | 5 | 5 | 5 | - | 5 | - | 5 | 25-75 |
| COFINA | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 17 | 3 | 3 | 2 | - | 3 | - | 3 | - | 3 | - |
| Modeling of Debt Restructuring Solutions | 24 | 1 | 1 | 1 | - | 1 | - | 15 | - | 5 | - |
| Weeks of Mediation Sessions | 560 | 100 | 125 | 125 | 100 | - | - | 110 | - | - | - |
| Work with Tax Consel on Tax Exemption | 15 | 5 | 5 | 5 | - | - | - | - | - | - | - |
| Discussions with UST | 15 | 3 | 3 | 3 | - | - | - | 3 | - | 3 | - |
| Begin drafting and review of needed COFINA Docs | 70 | 15 | 15 | 15 | 5 | - | - | 15 | - | 5 | - |
| Update and brief the Board | 25 | 5 | 5 | 5 | - | - | - | 5 | - | 5 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 230 | 15 | 20 | 20 | 5 | 5 | - | 10 | - | 5 | 125-175 |
| PREPA | | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 17 | 3 | 3 | 2 | - | 3 | - | 3 | - | 3 | - |
| Modeling of Current RSA and Alternatives | 24 | 1 | 1 | 1 | - | 1 | - | 15 | - | 5 | - |
| Discussions with UST | 15 | 3 | 3 | 3 | - | - | - | 3 | - | 3 | - |
| Update and brief the Board | 25 | 5 | 5 | 5 | - | - | - | 5 | - | 5 | - |
| Provide update to Citi Power Team covering P3 Transformation | 20 | - | - | 10 | - | - | 10 | - | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 90 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | - | 5 | 25-75 |
| PRASA | | | | | | | | | | | |
| Not in Title III | | | | | | | | | | | |
| Review Bondholder proposal and analysis | 25 | 5 | 5 | 5 | - | - | - | 5 | 5 | - | - |
| September 2018 | | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
| Modeling & Review of Debt Restructuring Solutions | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
| Work and analyses on debt capacity / Strategize for POA | 45 | 5 | 10 | 10 | 5 | - | - | 5 | - | 10 | - |
| Work on Fiscal Plan Draft | 20 | 5 | - | 5 | - | - | - | 5 | - | 5 | - |
| Review rating reports and analyze CW related impacts | 25 | 5 | - | - | 15 | - | - | 5 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 80 | 5 | 5 | 5 | 5 | - | - | 5 | - | 5 | 25-75 |

**Citi Estimates for Hours Between Q2 2018 and August 2019**

| Name<br>Title<br>Years Experience<br>Location | Agg. | T. Green<br>M. Director<br>30+<br>Boston, MA | D. Brownstein<br>M. Director<br>30+<br>New York, NY | J. Gavin<br>M. Director<br>30+<br>San Juan, PR | G. Leung<br>M. Director<br>30+<br>New York, NY | M. Leffler<br>M. Director<br>20<br>New York, NY | D. Cohen<br>Director<br>30+<br>New York, NY | J. Castiglioni<br>Director<br>10<br>New York, NY | S. Zare<br>V. President<br>15<br>Nashville, TN | D. Keca<br>AV. President<br>10<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COFINA | | | | | | | | | | | |
|   Title III (May 2017) | | | | | | | | | | | |
|     Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
|     Modeling of Debt Restructuring Solutions | 13 | 1 | 1 | 1 | - | - | - | 5 | - | 5 | - |
|     COFINA Doc review and drafting | 220 | 20 | 120 | 20 | 10 | - | - | 50 | - | - | - |
|     Work with Tax Consel on Tax Exemption | 35 | 10 | 10 | 10 | - | - | - | 5 | - | - | - |
|     Update and brief the Board | 25 | 5 | 5 | 5 | - | - | - | 5 | - | 5 | - |
|     Catchall for hours not recorded for Core Team and specialist / public side aid*** | 355 | 5 | 35 | 15 | 15 | - | - | 5 | - | 5 | 250-300 |
| PREPA | | | | | | | | | | | |
|   Title III (July 2017) | | | | | | | | | | | |
|     Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
|     Modeling of Current RSA and Alternatives | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
|     PREPA RSA Doc review and drafting | 65 | 5 | 15 | 10 | - | - | 15 | 15 | - | 5 | - |
|     Work with Tax Consel on Tax Exemption | 35 | 5 | 10 | 10 | - | - | - | 5 | - | 5 | - |
|     Update and brief the Board | 30 | 5 | 5 | 5 | - | - | 5 | 5 | - | 5 | - |
|     Catchall for hours not recorded for Core Team and specialist / public side aid*** | 85 | 5 | 5 | 5 | 5 | - | 5 | 5 | - | 5 | 25-75 |
| PRASA | | | | | | | | | | | |
|   Not in Title III | | | | | | | | | | | |
|     Meetings with bondholders re Debt Restructuring Alternatives | 40 | 10 | 10 | 10 | - | - | - | 10 | - | - | - |
| University of Puerto Rico | | | | | | | | | | | |
|   Not in Title III | | | | | | | | | | | |
|     UPR Debt analysis and current holders | 15 | 5 | - | 5 | - | - | - | 5 | - | - | - |
| October 2018 | | | | | | | | | | | |
|   Commonwealth (GO & GO Guar.) | | | | | | | | | | | |
|     Title III (May 2017) | | | | | | | | | | | |
|       Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
|       Modeling & Review of Debt Restructuring Solutions | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
|       Meeting in San Juan on Debt Strategy / Meetings in DC with Board | 70 | 15 | 15 | 15 | 10 | - | - | 15 | - | - | - |
|       Review and analyze Fiscal Plan | 25 | 5 | 5 | 5 | - | - | - | 5 | - | 5 | - |
|       Meetings with certain creditors / meetings with AFFAF | 45 | 10 | 10 | 10 | - | - | - | 10 | - | 5 | - |
|       Catchall for hours not recorded for Core Team and specialist / public side aid*** | 80 | 5 | 5 | 5 | 5 | - | - | 5 | - | 5 | 25-75 |
|   COFINA | | | | | | | | | | | |
|     Title III (May 2017) | | | | | | | | | | | |
|       Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
|       Modeling of Debt Restructuring Solutions | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
|       COFINA Doc review and drafting | 270 | 75 | 120 | 30 | 10 | - | - | 30 | - | 5 | - |
|       Work with Tax Consel on Tax Exemption | 40 | 10 | 10 | 10 | - | - | - | 10 | - | - | - |
|       COFINA Fiscal Plan drafting | 30 | 5 | 5 | 5 | 5 | - | - | 5 | - | 5 | - |
|       Aid Board in developing responses to COFINA Plan | 12 | 3 | 3 | 3 | - | - | - | 3 | - | - | - |
|       Work on alternatives to public COFINA structure | 35 | 5 | 15 | 5 | - | - | - | 10 | - | - | - |
|       Update and brief the Board | 25 | 5 | 5 | 5 | - | - | - | 5 | - | 5 | - |
|       Catchall for hours not recorded for Core Team and specialist / public side aid*** | 370 | 20 | 30 | 15 | 15 | - | - | 5 | - | 10 | 250-300 |
|   PREPA | | | | | | | | | | | |
|     Title III (July 2017) | | | | | | | | | | | |
|       Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
|       Modeling of Current RSA and Alternatives | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
|       Meetings/Calls on PREPA Generation | 45 | 15 | - | 15 | - | - | 15 | - | - | - | - |
|       Meetings/Calls with PREPA Ad Hoc Group & Other Creditors | 50 | 10 | 15 | 10 | - | - | - | 15 | - | - | - |
|       Work with Tax Consel on Tax Exemption and QMA | 35 | 10 | 10 | - | - | - | 15 | - | - | - | - |
|       Catchall for hours not recorded for Core Team and specialist / public side aid*** | 90 | 5 | 5 | 5 | 5 | - | 10 | 5 | - | 5 | 25-75 |
| November 2018 | | | | | | | | | | | |
|   Commonwealth (GO & GO Guar.) | | | | | | | | | | | |
|     Title III (May 2017) | | | | | | | | | | | |
|       Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
|       Modeling & Review of Debt Restructuring Solutions | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
|       Meetings with AFFAF Advisors / Board Advisors on CW Title III POA | 50 | 15 | 10 | 15 | - | - | - | 5 | - | 5 | - |
|       Meetings regarding Cash Analysis | 9 | 3 | 3 | 3 | - | - | - | - | - | - | - |
|       Prepare/present to Board ideas for Debt Restructuring/Review Creditor proposals | 40 | 10 | 10 | 10 | - | - | - | 5 | - | 5 | - |
|       Prepare for future Rating Agency Meetings | 25 | 10 | - | - | 15 | - | - | - | - | - | - |
|       Catchall for hours not recorded for Core Team and specialist / public side aid*** | 80 | 5 | 5 | 5 | 5 | - | - | 5 | - | 5 | 25-75 |
|   COFINA | | | | | | | | | | | |
|     Title III (May 2017) | | | | | | | | | | | |
|       Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
|       Modeling of Debt Restructuring Solutions | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |

**Citi Estimates for Hours Between Q2 2018 and August 2019**

| Name<br>Title<br>Years Experience<br>Location | Agg. | T. Green<br>M. Director<br>30+<br>Boston, MA | D. Brownstein<br>M. Director<br>30+<br>New York, NY | J. Gavin<br>M. Director<br>30+<br>San Juan, PR | G. Leung<br>M. Director<br>30+<br>New York, NY | M. Leffler<br>M. Director<br>20<br>New York, NY | D. Cohen<br>Director<br>30+<br>New York, NY | J. Castiglioni<br>Director<br>10<br>New York, NY | S. Zare<br>V. President<br>15<br>Nashville, TN | D. Keca<br>AV. President<br>10<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COFINA Doc review and drafting | 150 | 20 | 75 | 20 | 10 | - | - | 20 | - | 5 | - |
| Work with Tax Consel on Tax Exemption | 40 | 10 | 10 | 10 | - | - | - | 10 | - | - | - |
| Review COFINA Legislation | 35 | 5 | 5 | 5 | 10 | - | - | 5 | - | 5 | - |
| Work on alternatives to public COFINA structure | 35 | 5 | 15 | 5 | - | - | - | 10 | - | - | - |
| Update and brief the Board | 20 | 5 | 5 | 5 | - | - | - | 5 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 360 | 5 | 30 | 15 | 15 | - | - | 5 | - | 15 | 250-300 |
| PREPA | | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
| Modeling of Current RSA and Alternatives | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
| Meetings/Calls with creditors re PREPA RSA | 70 | 10 | 20 | 10 | - | - | 15 | 10 | - | 5 | - |
| Review expert affidavits re PREPA RSA | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - | - |
| Update and brief the Board | 30 | 5 | 5 | 5 | - | - | 5 | 5 | - | 5 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 90 | 5 | 5 | 5 | 5 | - | 10 | 5 | - | 5 | 25-75 |
| **December 2018** | | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
| Modeling & Review of Debt Restructuring Solutions | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
| Work on PRIFA Ports | 15 | 5 | - | 5 | - | - | - | - | - | 5 | - |
| Prepare/present to Board ideas for Debt Restructuring/Review Creditor proposals | 40 | 10 | 10 | 10 | - | - | - | 5 | - | 5 | - |
| Attend weekend Board Session on Debt | 40 | 10 | 10 | 10 | - | - | - | 10 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 80 | 5 | 5 | 5 | 5 | - | - | 5 | - | 5 | 25-75 |
| COFINA | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
| Modeling of Debt Restructuring Solutions | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
| COFINA Doc review and drafting | 120 | 10 | 75 | 10 | 10 | - | - | 10 | - | 5 | - |
| Work with Tax Consel on Tax Exemption | 40 | 10 | 10 | 10 | - | - | - | 10 | - | - | - |
| Multiple Rating Agency Meetings in NY | 20 | 10 | - | - | 10 | - | - | - | - | - | - |
| Work on alternatives to public COFINA structure | 35 | 5 | 15 | 5 | - | - | - | 10 | - | - | - |
| Update and brief the Board | 20 | 5 | 5 | 5 | - | - | - | 5 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 345 | 5 | 30 | 10 | 15 | - | - | 5 | - | 5 | 250-300 |
| PREPA | | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
| Modeling of Current RSA and Alternatives | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
| Work with Tax Consel on Tax Exemption & QMA | 50 | 10 | 10 | 10 | - | - | 10 | 10 | - | - | - |
| Participate in PREPA T&D RFQ Process | 30 | 5 | - | 10 | - | - | 15 | - | - | - | - |
| Work with AFFAF re FEMA funding | 30 | 5 | - | 10 | - | - | 15 | - | - | - | - |
| Update and brief the Board | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 90 | 5 | 5 | 5 | 5 | - | 10 | 5 | - | 5 | 25-75 |
| PRASA | | | | | | | | | | | |
| Not in Title III | | | | | | | | | | | |
| PRASA Liquidity Analysis | 15 | 5 | - | 5 | - | - | - | - | - | 5 | - |
| Update Board on PRASA Debt Negotiations | 15 | 5 | - | 5 | - | - | - | - | - | 5 | - |
| **January 2019** | | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
| Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | - | 25 | - | 5 | - |
| Work on Rating Agency responses | 25 | 10 | - | - | 15 | - | - | - | - | - | - |
| Follow up work regarding potential avenues to debt restructuring | 50 | 10 | 10 | 10 | 5 | - | - | 10 | - | 5 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 90 | 10 | 10 | 5 | 5 | - | - | 5 | - | 5 | 25-75 |
| COFINA | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
| Modeling of Debt Restructuring Solutions | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
| COFINA Doc review and drafting / COFINA related analysis | 185 | 25 | 75 | 25 | 10 | - | - | 50 | - | - | - |
| Work with Tax Consel on Tax Exemption | 40 | 10 | 10 | 10 | - | - | - | 10 | - | - | - |
| Work on Rating Agency responses | 20 | 10 | - | - | 10 | - | - | - | - | - | - |
| Aid Proskuaer with COFINA Litigation response | 20 | 10 | 10 | - | - | - | - | - | - | - | - |
| Attend Confirmation hearing / Citi declaration in support of COFINA | 70 | 10 | 20 | 20 | - | - | - | 20 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 380 | 20 | 30 | 15 | 15 | - | - | 10 | - | 15 | 250-300 |

**Citi Estimates for Hours Between Q2 2018 and August 2019**

| Name<br>Title<br>Years Experience<br>Location | Agg. | T. Green<br>M. Director<br>30+<br>Boston, MA | D. Brownstein<br>M. Director<br>30+<br>New York, NY | J. Gavin<br>M. Director<br>30+<br>San Juan, PR | G. Leung<br>M. Director<br>30+<br>New York, NY | M. Leffler<br>M. Director<br>20<br>New York, NY | D. Cohen<br>Director<br>30+<br>New York, NY | J. Castiglioni<br>Director<br>10<br>New York, NY | S. Zare<br>V. President<br>15<br>Nashville, TN | D. Keca<br>AV. President<br>10<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PREPA | | | | | | | | | | | |
|   Title III (July 2017) | | | | | | | | | | | |
|     Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
|     Modeling of Current RSA and Alternatives | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
|     Work with Tax Counsel on Tax Exemption and QMA | 35 | - | 10 | - | - | - | 15 | 10 | - | - | - |
|     Participate in P3 Meetings/Calls on Transformation | 35 | 5 | - | 15 | - | - | 15 | - | - | - | - |
|     Various PREPA RSA Meetings and Calls | 70 | 10 | 25 | 10 | - | - | - | 15 | - | 10 | - |
|     Update and brief the Board | 30 | 5 | 5 | 5 | - | - | 5 | 5 | - | 5 | - |
|     Catchall for hours not recorded for Core Team and specialist / public side aid*** | 85 | 5 | 5 | 5 | 5 | - | 5 | 5 | - | 5 | 25-75 |
| February 2019 | | | | | | | | | | | |
|   Commonwealth (GO & GO Guar.) | | | | | | | | | | | |
|     Title III (May 2017) | | | | | | | | | | | |
|       Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
|       Modeling & Review of Debt Restructuring Solutions | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
|       Meetings with Board and AFFAF advsiors re strategy | 55 | 10 | 10 | 10 | 10 | - | - | 10 | - | 5 | - |
|       Analysis of Public Building Authority and Own Source Revenues | 12 | 3 | - | 3 | - | - | - | 3 | - | 3 | - |
|       Design and modeling of Pension Trust | 25 | 5 | 5 | 5 | - | - | - | 5 | - | 5 | - |
|       Mediation sessions | 155 | 40 | 40 | 35 | - | - | - | 40 | - | - | - |
|       Follow up Rating Agency requests | 25 | 10 | - | - | 15 | - | - | - | - | - | - |
|       Catchall for hours not recorded for Core Team and specialist / public side aid*** | 105 | 10 | 10 | 10 | 5 | - | - | 15 | - | 5 | 25-75 |
|   COFINA | | | | | | | | | | | |
|     Title III (May 2017) | | | | | | | | | | | |
|       Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
|       Modeling of Debt Restructuring Solutions | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
|       Follow up Rating Agency requests | 25 | 10 | - | - | 15 | - | - | - | - | - | - |
|       Work with Tax Consel on Tax Exemption | 40 | 10 | 10 | 10 | - | - | - | 10 | - | - | - |
|       Review final COFINA Confirmation Order | 20 | 5 | 5 | 5 | - | - | - | 5 | - | - | - |
|       Aid AFFAF team in executing COFINA Confirmed Plan | 40 | 10 | 10 | 10 | - | - | - | 10 | - | - | - |
|       Answer broader market calls and prepare for market wide presentation on COFINA | 50 | 10 | 20 | 10 | - | - | - | 10 | - | - | - |
|       Catchall for hours not recorded for Core Team and specialist / public side aid*** | 360 | 15 | 30 | 5 | 15 | - | - | 15 | - | 5 | 250-300 |
|   PREPA | | | | | | | | | | | |
|     Title III (July 2017) | | | | | | | | | | | |
|       Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
|       Modeling of Current RSA and Alternatives | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
|       Work with Tax Counsel on Tax Exemption and QMA | 45 | - | 10 | - | - | - | 25 | 10 | - | - | - |
|       Various PREPA RSA Meetings and Calls | 100 | 15 | 35 | 15 | - | - | - | 30 | - | 5 | - |
|       Update and brief the Board | 30 | 5 | 5 | 5 | - | - | 5 | 5 | - | 5 | - |
|       Catchall for hours not recorded for Core Team and specialist / public side aid*** | 90 | 5 | 5 | 5 | 5 | - | 10 | 5 | - | 5 | 25-75 |
|   ERS | | | | | | | | | | | |
|     Title III (May 2017) | | | | | | | | | | | |
|       Multiple calls/meetings re ERS Strategy and with Creditors | 25 | 5 | 5 | 5 | - | - | - | 5 | - | 5 | - |
|   HTA | | | | | | | | | | | |
|     Title III (May 2017) | | | | | | | | | | | |
|       Meetings regarding Clawback Claims | 15 | 3 | 3 | 3 | - | - | - | 3 | - | 3 | - |
| March 2019 | | | | | | | | | | | |
|   Commonwealth (GO & GO Guar.) | | | | | | | | | | | |
|     Title III (May 2017) | | | | | | | | | | | |
|       Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
|       Modeling & Review of Debt Restructuring Solutions | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
|       Multiple calls/meetings on design of possible Security terms/legal structures | 95 | 20 | 20 | 20 | 10 | - | - | 20 | - | 5 | - |
|       Multiple meetings/calls with Creditors | 115 | 25 | 35 | 25 | - | - | - | 25 | - | 5 | - |
|       Review of Cash Analysis of Commonwealth | 25 | 5 | 5 | 5 | - | - | - | 5 | - | 5 | - |
|       Work on PRIFA Ports | 10 | 5 | - | 5 | - | - | - | - | - | - | - |
|       Rating Agency Follow up | 20 | 10 | - | - | 10 | - | - | - | - | - | - |
|       Catchall for hours not recorded for Core Team and specialist / public side aid*** | 105 | 10 | 10 | 10 | 5 | - | - | 15 | - | 5 | 25-75 |
|   COFINA | | | | | | | | | | | |
|     Title III (May 2017) | | | | | | | | | | | |
|       Prepare and present to the market the new COFINA Bonds | 50 | 15 | 15 | - | - | - | - | 15 | - | 5 | - |
|       Answer broader market calls re COFINA | 40 | - | 20 | - | - | - | - | 20 | - | - | - |
|       Work with Assured on possible reissuance of their new COFINA bonds | 45 | 5 | 15 | 5 | - | - | - | 15 | - | 5 | - |
|       Aid AFFAF team in determining Issue Price for new COFINA Bonds | 15 | - | - | - | - | - | - | 10 | - | 5 | - |
|       Work with Tax Consel on Tax Exemption | 40 | 10 | 10 | 10 | - | - | - | 10 | - | - | - |
|       Catchall for hours not recorded for Core Team and specialist / public side aid*** | 380 | 20 | 30 | 20 | 15 | - | - | 15 | - | 5 | 250-300 |
|   PREPA | | | | | | | | | | | |

**Citi Estimates for Hours Between Q2 2018 and August 2019**

| Name<br>Title<br>Years Experience<br>Location | Agg. | T. Green<br>M. Director<br>30+<br>Boston, MA | D. Brownstein<br>M. Director<br>30+<br>New York, NY | J. Gavin<br>M. Director<br>30+<br>San Juan, PR | G. Leung<br>M. Director<br>30+<br>New York, NY | M. Leffler<br>M. Director<br>20<br>New York, NY | D. Cohen<br>Director<br>30+<br>New York, NY | J. Castiglioni<br>Director<br>10<br>New York, NY | S. Zare<br>V. President<br>15<br>Nashville, TN | D. Keca<br>AV. President<br>10<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Title III (July 2017) | | | | | | | | | | | |
|     Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
|     Modeling of Current RSA and Alternatives | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
|     Meetings/Calls on PREPA RSA | 110 | 15 | 35 | 15 | - | - | 15 | 30 | - | - | - |
|     Call protection work on PREPA securities | 40 | 5 | 15 | - | - | - | - | 15 | - | 5 | - |
|     Update and brief the Board | 30 | 5 | 5 | 5 | - | - | 5 | 5 | - | 5 | - |
|     Catchall for hours not recorded for Core Team and specialist / public side aid*** | 85 | 5 | 5 | 5 | 5 | - | 5 | 5 | - | 5 | 25-75 |
| PRASA | | | | | | | | | | | |
|   Not in Title III | | | | | | | | | | | |
|     Calls with AFFAF and Board regarding Federal Loans | 20 | 10 | - | 10 | - | - | - | - | - | - | - |
| **April 2019** | | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | | |
|   Title III (May 2017) | | | | | | | | | | | |
|     Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
|     Modeling & Review of Debt Restructuring Solutions | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
|     Multiple calls/meetings on design of possible Security terms/legal structures | 95 | 20 | 20 | 20 | 10 | - | - | 20 | - | 5 | - |
|     Multiple meetings/calls with Creditors | 115 | 25 | 35 | 25 | - | - | - | 25 | - | 5 | - |
|     PRIFA Ports documentation review | 40 | 10 | 5 | 10 | - | - | - | 10 | - | 5 | - |
|     Negotiations of detailed term sheets / Pension Trust work | 85 | 25 | 25 | 25 | - | - | - | 10 | - | - | - |
|     Work on CW Fiscal Plan / Aid FOMB staff with talking points | 25 | 5 | 5 | 5 | - | - | - | 5 | - | 5 | - |
|     Catchall for hours not recorded for Core Team and specialist / public side aid*** | 110 | 10 | 10 | 20 | 5 | - | - | 10 | - | 5 | 25-75 |
| COFINA | | | | | | | | | | | |
|   Title III (May 2017) | | | | | | | | | | | |
|     Answer broader market calls re COFINA | 20 | - | 10 | - | - | - | - | 10 | - | - | - |
|     Work with Assured on possible reissuance of their new COFINA bonds | 35 | 5 | 10 | 5 | - | - | - | 10 | - | 5 | - |
|     Aid AFFAF team in determining Issue Price for new COFINA Bonds | 25 | - | - | - | - | - | - | 20 | - | 5 | - |
|     Rating Agency Follow up | 30 | 15 | - | - | 15 | - | - | - | - | - | - |
|     Work with Tax Consel on Tax Exemption | 50 | 15 | 10 | 10 | - | - | - | 15 | - | - | - |
|     Catchall for hours not recorded for Core Team and specialist / public side aid*** | 195 | 5 | 5 | 20 | 5 | - | - | 5 | - | 5 | 125-175 |
| PREPA | | | | | | | | | | | |
|   Title III (July 2017) | | | | | | | | | | | |
|     Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
|     Modeling of Current RSA and Alternatives | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
|     Meetings/Calls on PREPA RSA Security Terms | 130 | 20 | 30 | 25 | - | - | 25 | 30 | - | - | - |
|     Meetings/Calls on Demand Protection | 50 | 10 | 10 | 10 | - | - | 15 | 5 | - | - | - |
|     PREPA RSA Documentation and review | 75 | 10 | 15 | 10 | - | - | 20 | 15 | - | 5 | - |
|     Update and brief the Board | 30 | 5 | 5 | 5 | - | - | 5 | 5 | - | 5 | - |
|     Catchall for hours not recorded for Core Team and specialist / public side aid*** | 225 | 5 | 20 | 30 | 5 | - | 20 | 10 | - | 10 | 100-150 |
| HTA | | | | | | | | | | | |
|   Title III (May 2017) | | | | | | | | | | | |
|     Participation in HTA Subcommittee | 15 | 3 | 3 | 3 | - | - | - | 3 | - | 3 | - |
| **May 2019** | | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | | |
|   Title III (May 2017) | | | | | | | | | | | |
|     Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
|     Modeling & Review of Debt Restructuring Solutions | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
|     Multiple meetings/calls with Creditors/AFFAF | 125 | 20 | 50 | 20 | - | - | - | 30 | - | 5 | - |
|     Calls re PRIFA Rum and asserted clawback rights | 25 | 5 | 5 | 5 | - | - | - | 5 | - | 5 | - |
|     Work on Fiscal Plan Draft | 25 | 5 | 5 | 5 | - | - | - | 5 | - | 5 | - |
|     Travel to DC to prep FOMB ED for a series of meetings | 20 | 10 | - | 10 | - | - | - | - | - | - | - |
|     Catchall for hours not recorded for Core Team and specialist / public side aid*** | 120 | 10 | 20 | 10 | 5 | - | - | 20 | - | 5 | 25-75 |
| COFINA | | | | | | | | | | | |
|   Title III (May 2017) | | | | | | | | | | | |
|     Answer broader market calls re COFINA | 20 | - | 10 | - | - | - | - | 10 | - | - | - |
|     Work with Assured on possible reissuance of their new COFINA bonds | 35 | 5 | 10 | 5 | - | - | - | 10 | - | 5 | - |
|     Review draft legislation and compliance with New COFINA | 30 | 10 | 10 | 10 | - | - | - | - | - | - | - |
|     Work with Tax Consel on Tax Exemption | 70 | 20 | 15 | 15 | - | - | - | 20 | - | - | - |
|     Catchall for hours not recorded for Core Team and specialist / public side aid*** | 105 | 5 | 5 | 5 | 5 | - | - | 5 | - | 5 | 50-100 |
| PREPA | | | | | | | | | | | |
|   Title III (July 2017) | | | | | | | | | | | |
|     Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
|     Modeling of Current RSA and Alternatives | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
|     PREPA RSA Summary Deck preparation and presentation to Market | 65 | 10 | 10 | 5 | 5 | - | 10 | 25 | - | - | - |
|     Answer PREPA RSA questions to market/stakeholders | 40 | - | 15 | - | - | - | 10 | 15 | - | - | - |

**Citi Estimates for Hours Between Q2 2018 and August 2019**

| Name<br>Title<br>Years Experience<br>Location | Agg. | T. Green<br>M. Director<br>30+<br>Boston, MA | D. Brownstein<br>M. Director<br>30+<br>New York, NY | J. Gavin<br>M. Director<br>30+<br>San Juan, PR | G. Leung<br>M. Director<br>30+<br>New York, NY | M. Leffler<br>M. Director<br>20<br>New York, NY | D. Cohen<br>Director<br>30+<br>New York, NY | J. Castiglioni<br>Director<br>10<br>New York, NY | S. Zare<br>V. President<br>15<br>Nashville, TN | D. Keca<br>AV. President<br>10<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Work on declaration for PREPA RSA | 40 | 10 | 10 | 10 | - | - | - | 10 | - | - | - |
| Update and brief the Board | 30 | 5 | 5 | 5 | - | - | 5 | 5 | - | 5 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 320 | 10 | 20 | 10 | 5 | - | 10 | 10 | - | 5 | 225-275 |
| University of Puerto Rico | | | | | | | | | | | |
| Not in Title III | | | | | | | | | | | |
| UPR Debt analysis and Pension Shortfall work | 15 | 5 | - | 5 | - | - | - | 5 | - | - | - |
| ERS | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Prepare for ERS mediation sessions | 50 | 10 | 10 | 10 | - | - | - | 10 | - | 10 | - |
| PRASA | | | | | | | | | | | |
| Not in Title III | | | | | | | | | | | |
| Calls with AFFAF and Board regarding Federal Loans | 20 | 10 | - | 10 | - | - | - | - | - | - | - |
| **June 2019** | | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
| Modeling & Review of Debt Restructuring Solutions | 18 | 1 | 1 | 1 | - | - | - | 10 | - | 5 | - |
| Multiple meetings/calls with Creditors/AFFAF | 65 | 15 | 15 | 15 | - | - | - | 15 | - | 5 | - |
| Briefing Calls with Board for announce PSA | 25 | 5 | 5 | 5 | - | - | - | 5 | - | 5 | - |
| Preparation and review of blowout deck | 20 | 5 | 5 | 5 | - | - | - | 5 | - | - | - |
| PRIDCO Fiscal Plan and Calls / PRIFA BANS review | 20 | 5 | 5 | 5 | - | - | - | 5 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 180 | 5 | 5 | 5 | 5 | - | - | 5 | - | 5 | 125-175 |
| COFINA | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Answer broader market calls re COFINA | 20 | - | 10 | - | - | - | - | 10 | - | - | - |
| Review draft legislation and compliance with New COFINA | 30 | 10 | 10 | 10 | - | - | - | - | - | - | - |
| Work with Tax Consel on Tax Exemption | 25 | 10 | 5 | 5 | - | - | - | 5 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 80 | 5 | 5 | 5 | 5 | - | - | 5 | - | 5 | 25-75 |
| PREPA | | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
| Modeling of Current RSA and Alternatives | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
| Work on declaration for PREPA RSA | 55 | 10 | 20 | 10 | - | - | 10 | 5 | - | - | - |
| Fiscal Plan review | 16 | 1 | 5 | 5 | - | - | - | 5 | - | - | - |
| Participation in P3 calls/meetings on Transformation | 30 | 10 | - | 10 | - | - | 10 | - | - | - | - |
| Update and brief the Board | 30 | 5 | 5 | 5 | - | - | 5 | 5 | - | 5 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 265 | 5 | 5 | 5 | 5 | - | 10 | 5 | - | 5 | 200-250 |
| University of Puerto Rico | | | | | | | | | | | |
| Not in Title III | | | | | | | | | | | |
| Fiscal Plan Work | 8 | 2 | - | 2 | - | - | - | 2 | - | 2 | - |
| PRASA | | | | | | | | | | | |
| Not in Title III | | | | | | | | | | | |
| Calls with AFFAF and Board regarding Federal Loans | 20 | 10 | - | 10 | - | - | - | - | - | - | - |
| Fiscal Plan work | 6 | 2 | - | - | - | - | - | 2 | - | 2 | - |
| HTA | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Fiscal Plan review and Budget discussions | 20 | 5 | - | 5 | - | - | - | 5 | - | 5 | - |
| Analysis of Advisor Toll Projection Model and impact on possible restructuring | 20 | 5 | 5 | 5 | - | - | - | 5 | - | - | - |
| ERS | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Prepare for ERS mediation sessions | 25 | 5 | 5 | 5 | - | - | - | 5 | - | 5 | - |
| Mediation sessions | 50 | 10 | 10 | 10 | - | - | - | 10 | - | 10 | - |
| **July 2019** | | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
| Modeling & Review of Debt Restructuring Solutions | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
| Multiple meetings/calls with Creditors/AFFAF | 105 | 25 | 25 | 25 | - | - | - | 25 | - | 5 | - |
| Continue work on POA | 40 | 10 | 10 | 10 | - | - | - | 10 | - | - | - |
| Rating Agency Follow up | 25 | 10 | - | - | 15 | - | - | - | - | - | - |
| Meeting with GDB DRA as it relates to PSA | 25 | 5 | 5 | 5 | - | - | - | 5 | - | 5 | - |
| Prep for Mediation sessions | | 10 | 10 | 10 | - | - | - | 10 | - | 5 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 205 | 5 | 5 | 5 | 5 | - | - | 5 | - | 5 | 150-200 |
| COFINA | | | | | | | | | | | |

**Citi Estimates for Hours Between Q2 2018 and August 2019**

| Name<br>Title<br>Years Experience<br>Location | Agg. | T. Green<br>M. Director<br>30+<br>Boston, MA | D. Brownstein<br>M. Director<br>30+<br>New York, NY | J. Gavin<br>M. Director<br>30+<br>San Juan, PR | G. Leung<br>M. Director<br>30+<br>New York, NY | M. Leffler<br>M. Director<br>20<br>New York, NY | D. Cohen<br>Director<br>30+<br>New York, NY | J. Castiglioni<br>Director<br>10<br>New York, NY | S. Zare<br>V. President<br>15<br>Nashville, TN | D. Keca<br>AV. President<br>10<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Title III (May 2017) | | | | | | | | | | | |
| Answer broader market calls re COFINA | 20 | - | 10 | - | - | - | - | 10 | - | - | - |
| Work with Tax Consel on Tax Exemption | 50 | 5 | 15 | 15 | - | - | - | 15 | - | - | - |
| Rating Agency Follow up | 25 | 10 | - | - | 15 | - | - | - | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 80 | 5 | 5 | 5 | 5 | - | - | 5 | - | 5 | 25-75 |
| PREPA | | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
| Modeling of Current RSA and Alternatives | 13 | 1 | 1 | 1 | - | - | - | 5 | - | 5 | - |
| Work on declaration for PREPA RSA | 30 | 5 | 10 | 5 | - | - | 5 | 5 | - | - | - |
| Multiple calls and meetings re PREPA RSA | 50 | 10 | 10 | 10 | - | - | 10 | 10 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 285 | 5 | 5 | 5 | 5 | - | 20 | 10 | - | 10 | 200-250 |
| HTA | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Review Fiscal Plan | 20 | 5 | - | 5 | - | - | - | 5 | - | 5 | - |
| Multiple meetings/calls with creditors | 40 | 10 | 10 | 10 | - | - | - | 5 | - | 5 | - |
| Follow up with Board advisors re HTA Toll projections | 20 | 5 | 5 | 5 | - | - | - | 5 | - | - | - |
| August 2019 | | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
| Modeling & Review of Debt Restructuring Solutions | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
| Multiple meetings/calls with Creditors/AFFAF | 90 | 25 | 25 | 10 | - | - | - | 25 | - | 5 | - |
| Continue work on POA / Pension Trust | 40 | 10 | 10 | 10 | - | - | - | 10 | - | - | - |
| Advise new AFFAF team given new Governor / Meetings in San Juan | 40 | 10 | 10 | 10 | - | - | - | 10 | - | - | - |
| Mediation sessions | 60 | 15 | 15 | 15 | - | - | - | 15 | - | - | - |
| Host call between FOMB ED and Mediation Team | 25 | 5 | 5 | 5 | - | - | - | 5 | - | 5 | - |
| Cash Analysis calls/meetings | 25 | 5 | 5 | 5 | - | - | - | 5 | - | 5 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 235 | 20 | 20 | 5 | 5 | - | - | 5 | - | 5 | 150-200 |
| COFINA | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 90 | 10 | 10 | 5 | 5 | - | - | 5 | - | 5 | 25-75 |
| PREPA | | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | - | 3 | - | 3 | - |
| Modeling of Current RSA and Alternatives | 23 | 1 | 1 | 1 | - | - | - | 15 | - | 5 | - |
| Multiple calls and meetings re PREPA RSA | 60 | 10 | 20 | 10 | - | - | 10 | 10 | - | - | - |
| PREPA P3 T&D work | 30 | 5 | - | 10 | - | - | 15 | - | - | - | - |
| Aid Proskuaer re PREPA litigation response | 20 | - | 10 | - | - | - | - | 10 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 260 | 20 | 20 | 20 | 5 | - | 10 | 5 | - | 5 | 150-200 |
| HTA | | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | | |
| Calls and presentations regarding HTA Tolls | 20 | 5 | - | 5 | - | - | - | 5 | - | 5 | - |
| Mediation sessions | 45 | 10 | 10 | 10 | - | - | - | 10 | - | 5 | - |

*As noted previously, Citi only submitted hours for certain members of its core team, as a result, this schedule does not fully reflect the totality of Citi personnel time committed to the firm's PROMESA FOMB assignments. To assist the Fee Examiner's review, we have added a column for the various industry specialists and "public side" employees who also devoted substantial time and expertise to the firm's FOMB assignments.

**Due to the fact that the specific individual specialists varied frequently depending on the specific PROMESA topics involved, we have labelled the "industry specialists and public side employees" column by job function and not by individual personnel name.

***For calculation purposes, the specialists and public side employees are estimated to have contributed approximately mid-point of the range of hours per month to Citi's work for the FOMB, with Citi estimating that the hours dedicated by these non-core team members had a range depending on the month. Once the various COFINA and Commonwealth and PREPA restructuring proposals, "blow out" notices, plan support agreements (PSAs and RSAs) and proposed plans of adjustment began to become public starting in early calendar year 2018, the involvement of Citi's public side employees, in-house counsel and industry specialists increased materially and that higher level of involvement has continued into 2020.