# **EXHIBIT 3**

**Expense Itemization**

Citigroup Global Markets Inc. Expense Detail - February 2019

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description 1 | Expense Description 2 |
|---|---|---|---|---|---|---|---|---|---|
| 1028_163 | 47PC1046 | 2019-02-04 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - TAXI | 73.26 | | 73.26 | NYCTAXI3G20 | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-08 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - TAXI | 9.96 | | 9.96 | CURB- TAXI APP | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-04 00:00:00 | Gavin, John C | LODGING TAX | 27.25 | | 27.25 | Westin Hotels and Resorts | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-04 00:00:00 | Gavin, John C | HOTEL/LODGING | 161 | | 161 | Westin Hotels and Resorts | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-05 00:00:00 | Gavin, John C | LODGING TAX | 61.02 | | 61.02 | Westin Hotels and Resorts | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-05 00:00:00 | Gavin, John C | HOTEL/LODGING | 390 | | 390 | Westin Hotels and Resorts | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-06 00:00:00 | Gavin, John C | LODGING TAX | 52.33 | | 52.33 | Westin Hotels and Resorts | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-06 00:00:00 | Gavin, John C | HOTEL/LODGING | 331 | | 331 | Westin Hotels and Resorts | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-07 00:00:00 | Gavin, John C | LODGING TAX | 27.25 | | 27.25 | Westin Hotels and Resorts | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-07 00:00:00 | Gavin, John C | HOTEL/LODGING | 161 | | 161 | Westin Hotels and Resorts | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-04 00:00:00 | Gavin, John C | TELECOMMUNICATIONS - INTERNET ACCESS | 19.95 | | 19.95 | Westin Hotels and Resorts | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-05 00:00:00 | Gavin, John C | TELECOMMUNICATIONS - INTERNET ACCESS | 19.95 | | 19.95 | Westin Hotels and Resorts | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-05 00:00:00 | Gavin, John C | TELECOMMUNICATIONS - INTERNET ACCESS | 19.95 | | 19.95 | Westin Hotels and Resorts | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-06 00:00:00 | Gavin, John C | TELECOMMUNICATIONS - INTERNET ACCESS | 19.95 | | 19.95 | Westin Hotels and Resorts | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-06 00:00:00 | Gavin, John C | TELECOMMUNICATIONS - HOTEL PHONE | 1.75 | | 1.75 | Westin Hotels and Resorts | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-07 00:00:00 | Gavin, John C | TELECOMMUNICATIONS - INTERNET ACCESS | 19.95 | | 19.95 | Westin Hotels and Resorts | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-01 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | 124 | | 124 | AMTRAK AGE0320946005727 | PROMESA meeting |
| 1028_163 | 47PC1046 | 2019-02-08 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 16 | | 16 | I Love NY | PROMESA meeting |
| 1028_163 | 47PC1046 | 2019-02-08 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 18 | | 18 | I LOVE NY | PROMESA meeting |
| 1028_163 | 47PC1046 | 2019-02-04 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 25 | | 25 | I LOVE NY | PROMESA meeting |
| 1028_163 | 47PC1046 | 2019-02-05 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 16 | | 16 | I Love NY | PROMESA meeting |
| 1028_163 | 47PC1046 | 2019-02-07 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 18 | | 18 | I LOVE NY | PROMESA meeting |
| 1028_163 | 47PC1046 | 2019-02-07 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 15 | | 15 | I LOVE NY | PROMESA meeting |
| 1028_163 | 47PC1046 | 2019-02-05 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 20 | | 20 | I LOVE NY | PROMESA meeting |
| 1028_163 | 47PC1046 | 2019-02-04 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 17.3 | | 17.3 | I LOVE NY | PROMESA meeting |
| 1028_163 | 47PC1046 | 2019-02-12 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 25 | | 25 | I LOVE NY | PROMESA Meetings |
| 1028_163 | 47PC1046 | 2019-02-12 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 17 | | 17 | I LOVE NY | PROMESA Meetings |
| 1028_163 | 47PC1046 | 2019-02-11 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 20 | | 20 | I LOVE NY | PROMESA Meetings |
| 1028_163 | 47PC1046 | 2019-02-11 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 15 | | 15 | I LOVE NY | PROMESA Meetings |
| 1028_163 | 47PC1046 | 2019-02-11 00:00:00 | Green, Thomas H | NORMAL FARE | 0 | | 0 | (null) | PROMESA Meetings |
| 1028_163 | 47PC1046 | 2019-02-11 00:00:00 | Green, Thomas H | OTHER FEES | 0 | | 0 | (null) | PROMESA Meetings |
| 1028_163 | 47PC1046 | 2019-02-13 00:00:00 | Green, Thomas H | NORMAL FARE | 0 | | 0 | (null) | PROMESA Meetings |
| 1028_163 | 47PC1046 | 2019-02-13 00:00:00 | Green, Thomas H | OTHER FEES | 0 | | 0 | (null) | PROMESA Meetings |
| 1028_163 | 47PC1046 | 2019-02-01 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TRANSACTION FEES | 14.39 | | 14.39 | CARLSON W 89000000665461 | PROMESA meeting |
| 1028_163 | 47PC1046 | 2019-02-11 00:00:00 | Green, Thomas H | AIRFARE - TRAVEL TRANSACTION FEES | 30.9 | | 30.9 | CARLSON W 00672416019731 | New business and workshop meetings with Bond Attorney |
| 1028_163 | 47PC1046 | 2019-02-11 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TRANSACTION FEES | 14.39 | | 14.39 | CARLSON W 89000000667871 | PROMESA Meetings |
| 1028_163 | 47PC1046 | 2019-02-11 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | 186 | | 186 | AMTRAK AGE0420946103173 | PROMESA Meetings |
| 1028_163 | 47PC1046 | 2019-02-11 00:00:00 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | 30.9 | | 30.9 | CARLSON W 27972492075171 | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-11 00:00:00 | Gavin, John C | AIRFARE | 472.4 | | 472.4 | JetBlue | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-07 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - TRAIN | 288 | | 288 | AMTRAK AGE0380946125305 | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-10 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - TRAIN | -144 | | -144 | AMTRAK AGE0380946125313 | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-07 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - TRANSACTION FEES | 14.39 | | 14.39 | CARLSON W 89000000667001 | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-12 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | -186 | | -186 | AMTRAK AGE0420946103173 | PROMESA Meetings |
| 1028_163 | 47PC1046 | 2019-02-12 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | 144 | | 144 | AMTRAK AGE0430946020863 | PROMESA Meetings |
| 1028_163 | 47PC1046 | 2019-02-12 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TRANSACTION FEES | 14.39 | | 14.39 | CARLSON W 89000000668011 | PROMESA Meetings |
| 1028_163 | 47PC1046 | 2019-02-04 00:00:00 | Gavin, John C | CAR MILEAGE | 12.31 | | 12.31 | (null) | MEDIATION PREP & MEDIATION IN NYC FOR PROMESA |
| 1028_163 | 47PC1046 | 2019-02-11 00:00:00 | Cohen, Daniel | MEALS - EMPLOYEE TRAVEL | 5.46 | | 5.46 | PROSKAUER CAFE18211060 | 2/13 Ohio Treasurer of State (TOS) & American Municipal Power (AMP) Meetings 2/11 Coffee in midtown during the Puerto Rico meetings |
| 1028_163 | 47PC1046 | 2019-02-22 00:00:00 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | 67.58 | | 67.58 | CARLSON W 27972531810761 | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-27 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - TAXI | 30.96 | | 30.96 | CURB- TAXI APP | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-25 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - TAXI | 12.36 | | 12.36 | CREATIVE MOBILE | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-22 00:00:00 | Gavin, John C | AIRFARE | 147.58 | | 147.58 | JetBlue | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-27 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - TAXI | 11.76 | | 11.76 | CURB- TAXI APP | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-22 00:00:00 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | 14.39 | | 14.39 | CARLSON W 00672529299311 | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-27 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - TAXI | 9.96 | | 9.96 | CURB- TAXI APP | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-27 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - TAXI | 9.96 | | 9.96 | CREATIVE MOBILE | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-27 00:00:00 | Gavin, John C | MEALS - EMPLOYEE TRAVEL | 8.5 | | 8.5 | PROSKAUER CAFE18211060 | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-27 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - TAXI | 12.96 | | 12.96 | CURB- TAXI APP | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-22 00:00:00 | Gavin, John C | AIRFARE | 221.7 | | 221.7 | Delta Air Lines | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-26 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - TAXI | 10.56 | | 10.56 | CURB- TAXI APP | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-27 00:00:00 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | 34.39 | | 34.39 | Delta | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-27 00:00:00 | Gavin, John C | LODGING TAX | 69.63 | | 69.63 | Westin Hotels and Resorts | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-27 00:00:00 | Gavin, John C | HOTEL/LODGING | 253.82 | | 253.82 | Westin Hotels and Resorts | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-25 00:00:00 | Gavin, John C | LODGING TAX | 41.86 | | 41.86 | 246 SPRING STREET NY | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-25 00:00:00 | Gavin, John C | HOTEL/LODGING | 260 | | 260 | 246 SPRING STREET NY | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-26 00:00:00 | Gavin, John C | LODGING TAX | 41.86 | | 41.86 | 246 SPRING STREET NY | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-26 00:00:00 | Gavin, John C | HOTEL/LODGING | 260 | | 260 | 246 SPRING STREET NY | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-28 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - PARKING/TOLLS | 74.75 | | 74.75 | SJU AIRPORT PARKING | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-28 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - TAXI | 73.27 | | 73.27 | TAXI SVC NEW YORK | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-07 00:00:00 | Keca, Dashmir | GROUND TRANSPORTATION - TAXI | 22.56 | | 22.56 | TAXI SVC LONG ISALND C | Taxis and Ubers while working late and on weekends |
| 1028_163 | 47PC1046 | 2019-02-27 00:00:00 | Gavin, John C | AIRFARE | 280 | | 280 | Delta Air Lines | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-14 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - PARKING/TOLLS | 206.75 | | 206.75 | SJU AIRPORT PARKING | NR TICKET CHARGES; MEETINGS CANCELLED. PROMESA meetings |
| 1028_163 | 47PC1046 | 2019-02-15 00:00:00 | Gavin, John C | AIRFARE | 243.32 | | 243.32 | JetBlue | NR TICKET CHARGES; MEETINGS CANCELLED. PROMESA MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-15 00:00:00 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | 30.9 | | 30.9 | CARLSON W 27972507188371 | NR TICKET CHARGES; MEETINGS CANCELLED. PROMESA MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-19 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | 166 | | 166 | AMTRAK AGE0500946069027 | PROMESA meetings |
| 1028_163 | 47PC1046 | 2019-02-20 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 20 | | 20 | I Love NY | PROMESA meetings |
| 1028_163 | 47PC1046 | 2019-02-20 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 17 | | 17 | I Love NY | PROMESA meetings |
| 1028_163 | 47PC1046 | 2019-02-20 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 17 | | 17 | I Love NY | PROMESA meetings |
| 1028_163 | 47PC1046 | 2019-02-20 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 18 | | 18 | I Love NY | PROMESA meetings |
| 1028_163 | 47PC1046 | 2019-02-20 00:00:00 | Green, Thomas H | MEALS - EMPLOYEE TRAVEL | 15.3 | | 15.3 | Dean & Deluca | PROMESA meetings |
| 1028_163 | 47PC1046 | 2019-02-25 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | 186 | | 186 | AMTRAK AGE0560946133181 | PROMESA meetings |
| 1028_163 | 47PC1046 | 2019-02-26 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TRANSACTION FEES | -14.39 | | -14.39 | CARLSON W 89000000665461 | PROMESA meetings |
| 1028_163 | 47PC1046 | 2019-02-26 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TRANSACTION FEES | -14.39 | | -14.39 | CARLSON W 89000000659311 | PROMESA meetings |
| 1028_163 | 47PC1046 | 2019-02-26 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TRANSACTION FEES | -14.39 | | -14.39 | CARLSON W 89000000667871 | PROMESA meetings |
| 1028_163 | 47PC1046 | 2019-02-26 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TRANSACTION FEES | -14.39 | | -14.39 | CARLSON W 89000000656081 | PROMESA meetings |
| 1028_163 | 47PC1046 | 2019-02-26 00:00:00 | Green, Thomas H | AIRFARE - TRAVEL TRANSACTION FEES | -14.39 | | -14.39 | CARLSON W 89000000657101 | PROMESA meetings |
| 1028_163 | 47PC1046 | 2019-02-26 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TRANSACTION FEES | -14.39 | | -14.39 | CARLSON W 89000000668011 | PROMESA meetings |
| 1028_163 | 47PC1046 | 2019-02-26 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TRANSACTION FEES | -14.39 | | -14.39 | CARLSON W 89000000664951 | PROMESA meetings |
| 1028_163 | 47PC1046 | 2019-02-25 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 15 | | 15 | Boston Cab | PROMESA meetings |

| 1028_163 | 47PC1046 | 2019-02-26 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 12 | 12 | Boston Cab | PROMESA meetings |
| 1028_163 | 47PC1046 | 2019-02-26 00:00:00 | Green, Thomas H | MEALS - EMPLOYEE TRAVEL | 8.14 | 8.14 | Dunkin Donuts | PROMESA meetings |
| 1028_163 | 47PC1046 | 2019-02-25 00:00:00 | Gavin, John C | HOTEL/LODGING | 220 | 220 | Westin Hotels and Resorts | NO SHOW HOTEL CHARGES TRIP CANCELLED; MEDIATION PREP & MEDIATION MEETINGS IN NYC FOR PUERTO RICO (PROMESA) & BOARD MEETINGS |
| 1028_163 | 47PC1046 | 2019-02-04 00:00:00 | Gavin, John C | HOTEL/LODGING | 199 | 199 | HILTON TIMES SQUARE | NO SHOW HOTEL CHARGES TRIP CANCELLED; MEDIATION PREP & MEDIATION MEETINGS IN NYC FOR PUERTO RICO (PROMESA) & BOARD MEETINGS |

Citigroup Global Markets Inc. Expense Detail - March 2019

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description 1 | Expense Description 2 |
|---|---|---|---|---|---|---|---|---|---|
| 1028_164 | 47PC1046 | 2019-03-02 00:00:00 | Gavin, John C | TELECOMMUNICATIONS - INTERNET ACCESS | 36 | | 36 | HTTP://WWW.GOGOAIR.COM | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_164 | 47PC1046 | 2019-03-02 00:00:00 | Gavin, John C | CAR MILEAGE | 12.31 | | 12.31 | (null) | PUERTO RICO ELECTRIC AND POWER AUTHORITY (PREPA) P3 MEETINGS |
| 1028_164 | 47PC1046 | 2019-03-09 00:00:00 | Keca, Dashmir | GROUND TRANSPORTATION - TAXI | 11.16 | | 11.16 | TAXI SVC NEW YORK | Taxis and Ubers while working late and on weekends |
| 1028_164 | 47PC1046 | 2019-03-11 00:00:00 | Gavin, John C | AIRFARE | 793.4 | | 793.4 | Delta Air Lines | NR TICKET CHARGES; MEETINGS CANCELLED. PROMESA MEETINGS |
| 1028_164 | 47PC1046 | 2019-03-11 00:00:00 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | 14.39 | | 14.39 | CARLSON W 00672584804561 | NR TICKET CHARGES; MEETINGS CANCELLED. PROMESA MEETINGS |
| 1028_164 | 47PC1046 | 2019-03-04 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | 166 | | 166 | AMTRAK AGE0630946016551 | PROMESA meetings |
| 1028_164 | 47PC1046 | 2019-03-05 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 18 | | 18 | I Love NY | PROMESA meetings |
| 1028_164 | 47PC1046 | 2019-03-05 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 26 | | 26 | I Love NY | PROMESA meetings |
| 1028_164 | 47PC1046 | 2019-03-06 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 15 | | 15 | I Love NY | PROMESA meetings |
| 1028_164 | 47PC1046 | 2019-03-07 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 20 | | 20 | I Love NY | PROMESA meetings |
| 1028_164 | 47PC1046 | 2019-03-21 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 18 | | 18 | I Love NY | PROMESA meetings |
| 1028_164 | 47PC1046 | 2019-03-20 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 16 | | 16 | I Love NY | PROMESA meetings |
| 1028_164 | 47PC1046 | 2019-03-20 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 15 | | 15 | I Love NY | PROMESA meetings |
| 1028_164 | 47PC1046 | 2019-03-11 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 15 | | 15 | I Love NY | PROMESA meetings |
| 1028_164 | 47PC1046 | 2019-03-11 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 16 | | 16 | I Love NY | PROMESA meetings |
| 1028_164 | 47PC1046 | 2019-03-27 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TRAIN | 144 | | 144 | AMTRAK AGE0850946130661 | PROMESA and FOMB Board Strategy meeings |
| 1028_164 | 47PC1046 | 2019-03-25 00:00:00 | Green, Thomas H | MEALS - EMPLOYEE TRAVEL | 57.18 | | 57.18 | MAISON KAYSER-TRIBECA | PROMESA and FOMB Board Strategy meeings |
| 1028_164 | 47PC1046 | 2019-03-25 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 17 | | 17 | I Love NY | PROMESA and FOMB Board Strategy meeings |
| 1028_164 | 47PC1046 | 2019-03-25 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 22 | | 22 | I Love NY | PROMESA and FOMB Board Strategy meeings |
| 1028_164 | 47PC1046 | 2019-03-25 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 16 | | 16 | I Love NY | PROMESA and FOMB Board Strategy meeings |
| 1028_164 | 47PC1046 | 2019-03-26 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 35 | | 35 | I Love NY | PROMESA and FOMB Board Strategy meeings |
| 1028_164 | 47PC1046 | 2019-03-26 00:00:00 | Green, Thomas H | GROUND TRANSPORTATION - TAXI | 23 | | 23 | I Love NY | PROMESA and FOMB Board Strategy meeings |
| 1028_164 | 47PC1046 | 2019-03-26 00:00:00 | Green, Thomas H | MEALS - EMPLOYEE TRAVEL | 12.5 | | 12.5 | AMTRAK | PROMESA and FOMB Board Strategy meeings |
| 1028_164 | 47PC1046 | 2019-03-27 00:00:00 | Green, Thomas H | MEALS - EMPLOYEE TRAVEL | 8.69 | | 8.69 | Dunkin Donuts | PROMESA and FOMB Board Strategy meeings |
| 1028_164 | 47PC1046 | 2019-03-26 00:00:00 | Cohen, Daniel | AIRFARE | 347.4 | | 347.4 | Delta Air Lines | 4/2 - 4/4 Puerto Rico Electric Power Authority (PREPA) Bidder Management Meeting |
| 1028_164 | 47PC1046 | 2019-03-26 00:00:00 | Cohen, Daniel | AIRFARE | 283 | | 283 | Delta Air Lines | 4/2 - 4/4 Puerto Rico Electric Power Authority (PREPA) Bidder Management Meeting |
| 1028_164 | 47PC1046 | 2019-03-22 00:00:00 | Cohen, Daniel | AIRFARE - TRAVEL TRANSACTION FEES | 50.9 | | 50.9 | CARLSON W 00673423095811 | 4/2 - 4/4 Puerto Rico Electric Power Authority (PREPA) Bidder Management Meeting |
| 1028_164 | 47PC1046 | 2019-03-26 00:00:00 | Cohen, Daniel | AIRFARE - TRAVEL TRANSACTION FEES | 50.9 | | 50.9 | CARLSON W 00673437967631 | 4/2 - 4/4 Puerto Rico Electric Power Authority (PREPA) Bidder Management Meeting |
| 1028_164 | 47PC1046 | 2019-03-22 00:00:00 | Cohen, Daniel | AIRFARE - TRAVEL TRANSACTION FEES | 30.9 | | 30.9 | CARLSON W 00673423096791 | 4/2 - 4/4 Puerto Rico Electric Power Authority (PREPA) Bidder Management Meeting |
| 1028_164 | 47PC1046 | 2019-03-22 00:00:00 | Cohen, Daniel | AIRFARE | 79.88 | | 79.88 | Delta Air Lines | 4/2 - 4/4 Puerto Rico Electric Power Authority (PREPA) Bidder Management Meeting |
| 1028_164 | 47PC1046 | 2019-03-28 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - PARKING/TOLLS | 80.75 | | 80.75 | SJU AIRPORT PARKING | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-26 00:00:00 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | 47.58 | | 47.58 | CARLSON W 27973435730701 | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-26 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - TAXI | 31.5 | | 31.5 | CREATIVE MOBILE | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-25 00:00:00 | Gavin, John C | SUNDRY - TIPS/GRATUITIES | 10.25 | | 10.25 | UBER   PENDING | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-26 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - TRAIN | 166 | | 166 | AMTRAK AGE0850010046926 | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-20 00:00:00 | Gavin, John C | AIRFARE - TRAVEL TRANSACTION FEES | 50.9 | | 50.9 | CARLSON W 27973417318011 | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-25 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - TAXI | 23.16 | | 23.16 | CREATIVE MOBILE | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-25 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - TAXI | 21.36 | | 21.36 | CURB- TAXI APP | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-26 00:00:00 | Gavin, John C | AIRFARE | 313.52 | | 313.52 | JetBlue | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-26 00:00:00 | Gavin, John C | GROUND TRANSPORTATION - TRANSACTION FEES | 30.2 | | 30.2 | CARLSON W 89020776031480 | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-20 00:00:00 | Gavin, John C | AIRFARE | 478.22 | | 478.22 | JetBlue | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-26 00:00:00 | Gavin, John C | CAR MILEAGE | 12.31 | | 12.31 | (null) | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-25 00:00:00 | Gavin, John C | NORMAL FARE | 44.13 | | 44.13 | UBER   TRIP | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-25 00:00:00 | Gavin, John C | OTHER FEES | 8.51 | | 8.51 | UBER   TRIP | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-24 00:00:00 | Gavin, John C | LODGING TAX | 28.43 | | 28.43 | Westin Hotels and Resorts | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-24 00:00:00 | Gavin, John C | HOTEL/LODGING | 169 | | 169 | Westin Hotels and Resorts | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-24 00:00:00 | Gavin, John C | TELECOMMUNICATIONS - INTERNET ACCESS | 19.95 | | 19.95 | Westin Hotels and Resorts | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-25 00:00:00 | Gavin, John C | LODGING TAX | 33.45 | | 33.45 | Westin Hotels and Resorts | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-25 00:00:00 | Gavin, John C | HOTEL/LODGING | 203 | | 203 | Westin Hotels and Resorts | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-25 00:00:00 | Gavin, John C | TELECOMMUNICATIONS - INTERNET ACCESS | 16.95 | | 16.95 | Westin Hotels and Resorts | PROMESA (PUERTO RICO) MEETINGS WITH THE BOARD |
| 1028_164 | 47PC1046 | 2019-03-22 00:00:00 | Gavin, John C | HOTEL/LODGING | 254 | | 254 | Westin Hotels and Resorts | HOTEL NO SHOW CHARGES - PROMESA MEETINGS FOR PUERTO RICO |
| 1028_164 | 47PC1046 | 2019-03-27 00:00:00 | Brownstein, David M. | AIRFARE | 385.95 | | 385.95 | United Airlines | PROMESA Assignment - Puerto Rico - Strategic Planning |
| 1028_164 | 47PC1046 | 2019-03-27 00:00:00 | Brownstein, David M. | AIRFARE - TRAVEL TRANSACTION FEES | 50.9 | | 50.9 | CARLSON W 01673437969531 | PROMESA Assignment - Puerto Rico - Strategic Planning |
| 1028_164 | 47PC1046 | 2019-03-31 00:00:00 | Brownstein, David M. | LODGING TAX | 61.65 | | 61.65 | CONDADO VANDERBILT H | PROMESA Assignment - Puerto Rico - Strategic Planning |
| 1028_164 | 47PC1046 | 2019-03-31 00:00:00 | Brownstein, David M. | HOTEL/LODGING | 199 | | 199 | CONDADO VANDERBILT H | PROMESA Assignment - Puerto Rico - Strategic Planning |
| 1028_164 | 47PC1046 | 2019-03-31 00:00:00 | Brownstein, David M. | GROUND TRANSPORTATION - TAXI | 20 | | 20 | Taxi | PROMESA Assignment - Puerto Rico - Strategic Planning |
| 1028_164 | 47PC1046 | 2019-03-31 00:00:00 | Brownstein, David M. | GROUND TRANSPORTATION - TAXI | 21 | | 21 | Taxi | PROMESA Assignment - Puerto Rico - Strategic Planning |
| 1028_164 | 47PC1046 | 2019-03-31 00:00:00 | Brownstein, David M. | NORMAL FARE | 85.23 | | 85.23 | (null) | PROMESA Assignment - Puerto Rico - Strategic Planning |
| 1028_164 | 47PC1046 | 2019-03-31 00:00:00 | Brownstein, David M. | OTHER FEES | 21 | | 21 | (null) | PROMESA Assignment - Puerto Rico - Strategic Planning |
| 1028_164 | 47PC1046 | 2019-03-28 00:00:00 | Castiglioni, James | AIRFARE | 597.68 | | 597.68 | Delta Air Lines | PROMESA Assignment - Puerto Rico - Strategic Planning |
| 1028_164 | 47PC1046 | 2019-03-28 00:00:00 | Castiglioni, James | AIRFARE - TRAVEL TRANSACTION FEES | 50.9 | | 50.9 | CARLSON W 00673442646611 | PROMESA Assignment - Puerto Rico - Strategic Planning |
| 1028_164 | 47PC1046 | 2019-03-31 00:00:00 | Castiglioni, James | LODGING TAX | 51.23 | | 51.23 | Marriott Hotels | PROMESA Assignment - Puerto Rico - Strategic Planning |
| 1028_164 | 47PC1046 | 2019-03-31 00:00:00 | Castiglioni, James | HOTEL/LODGING | 179 | | 179 | Marriott Hotels | PROMESA Assignment - Puerto Rico - Strategic Planning |
| 1028_164 | 47PC1046 | 2019-03-31 00:00:00 | Castiglioni, James | GROUND TRANSPORTATION - TAXI | 26 | | 26 | Taxi | PROMESA Assignment - Puerto Rico - Strategic Planning |