**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On October 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused a customized request for additional claim information, in the form of letters attached hereto as **Exhibit A** to be served via first class mail on the CW Notice Parties Service List attached hereto as **Exhibit B**.

    On October 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused a customized request for additional claim information, in the form of letters attached hereto as **Exhibit C** to be served via first class mail on the ERS Notice Parties Service List attached hereto as **Exhibit D**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: October 12, 2020

*/s/ Christian Rivera*
Christian Rivera

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 12, 2020, by Christian Rivera,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 46889

**<u>Exhibit A</u>**



**GOVERNMENT OF PUERTO RICO**

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

7 de octubre de 2020

**Re:   Reclamación Núm.        - <u>REQUIERE RESPUESTA/ FAVOR COMPLETAR REQUERIMIENTO DE INFORMACIÓN ADJUNTO</u>**

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s) cual(es) fue(ron) presentada(s) contra el **Estado Libre Asociado de Puerto Rico** y registrada(s) por Prime Clerk como Evidencia de Reclamación Núm.        (la "Reclamación").

El 7 de octubre de 2020 los Deudores transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés, o "Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los procesos administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En específico, su Reclamación se resolverá por la Administración de Sistemas de Retiro ("ASR") utilizando los procesos de revisión de pensión/retiro, según descrito en la orden autorizando el Procedimiento [Caso Núm. 17-bk-3283, ECF Núm. 12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto con cualquier documentación suplementaria que usted haya proporcionado. Basado en la información provista por usted, aparenta que su Reclamación solo afirma su derecho a recibir pensión, sin más. Es decir, no surge de su Reclamación que usted dispute o esté impugnando el monto de los pagos de pensión que está recibiendo o que espere recibir en el futuro, al momento de su jubilación. Usted puede determinar el monto del pago de la pensión que la ASR actualmente estima que usted estará recibiendo mediante una consulta de su estado de cuenta de pensión más reciente.

---

[1] Copias de todos los escritos, alegaciones y mociones están disponibles en la página electrónica de Prime Clerk: https://cases.primeclerk.com/puertorico/.

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo a la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica que el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de 6 de noviembre de 2020 enviando el Formulario de Requerimiento de Información adjunto completado, en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección:

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Prime Clerk LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamadas internaciones), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



GOVERNMENT OF PUERTO RICO

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

October 6, 2020

**Re: Claim No.          - RESPONSE REQUIRED**
           **COMPLETE ATTACHED INFORMATION REQUEST**

Dear

We write with respect to your proof(s) of claim, which was filed on                  against **Commonwealth of Puerto Rico** and logged by Prime Clerk as Proof of Claim No. (the "Claim").

On October 7, 2020, the Debtors transferred your Claim into the Administrative Claims Reconciliation ("ACR") process.  This means that your Claim will be resolved using the Commonwealth's existing administrative processes.  Specifically, your claim will be resolved by ERS using the Pension/Retiree Procedures, as described in the order authorizing the ACR process [Case No. 17-bk-3283, ECF No. 12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that you have provided.  Based on the information you have provided, it appears that your Claim is only asserting your right to receive your pension and nothing else.  It does not appear that you dispute the amount of the pension payments you are receiving or can expect to receive upon your retirement.  You can determine the pension payment amount ERS presently expects you will receive by consulting your most recent pension benefit statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount of your pension or whether you have any independent claim against ERS unrelated to your right to pension benefits.  Please confirm whether or not you dispute the amount of your pension or have an independent claim unrelated to your pension benefits by completing the box marked

---

[1] Copies of all pleadings are available on Prime Clerk's website, https://cases.primeclerk.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment.  If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**<u>Please respond to this letter on or before November 6, 2020 by returning the enclosed information request form with the requested information and documentation.</u>**

Please send the completed form and any supporting documents via email to PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Evidencia de Reclamación:*
*Reclamante:*

## FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

### CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO.

_____ Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm.          NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

_____ Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm.          o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____
_____
_____


**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

---

*Proof of Claim:*
*Claimant:*

## INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box.  Please return this form and any additional documentation via email to: PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

### CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO.

**_____** I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No.          and DO NOT have an independent claim against ERS unrelated to my/our pension benefits.  I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

**OR**

**_____** I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim No.          or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____

_____

_____


**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

---

3

**<u>Exhibit B</u>**

Exhibit B

CW Notice Parties Service List
Served via first class mail

| MMLID | Name | Address |
|---|---|---|
| 1418455 | Amalbert Ramos, Irmarelis | Address on File |
| 1162138 | APONTE RAMOS, AMANDA  I | Address on File |
| 1470119 | APONTE, JUAN | Address on File |
| 1464943 | Carrillo Calzada, Edward | Address on File |
| 99343 | Colon Ortiz, Evelinda | Address on File |
| 884639 | FRANCO VILLAFANE, ANTONIO | Address on File |
| 835121 | Guevara Munoz, Rosalinda M | Address on File |
| 247113 | JOSE E GARCES RIVERA | Address on File |
| 328436 | Mercado Gomez, Siomara | Address on File |
| 1423995 | Montes Santiago, Enio E | Address on File |
| 902736 | PARRILLA MUNIZ, HERIBERTO | Address on File |
| 1247159 | PEREZ CRUZ, LEILA M | Address on File |
| 403516 | Perez Maldonado, Efrain | Address on File |
| 1418480 | Rivera Marrero, Fernando | Address on File |
| 467798 | RODRIGUEZ COLLADO, GRISELDA | Address on File |
| 768857 | Santoni , Yolanda Aviles | Address on File |
| 835014 | Tirado Fonseca, Carlos Manuel | Address on File |
| 1466074 | VISBAL DE SANTOS, GLADYS NILDA | Address on File |

**Exhibit C**



GOVERNMENT OF PUERTO RICO

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

7 de octubre de 2020

**Re:    Reclamación Núm.          - <u>REQUIERE RESPUESTA/ FAVOR COMPLETAR
REQUERIMIENTO DE INFORMACIÓN ADJUNTO</u>**

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s) cual(es)
fue(ron) presentada(s) contra el **Sistema de Retiro de los Empleados** y registrada(s) por Prime
Clerk como Evidencia de Reclamación Núm.        (la "Reclamación").

El 7 de octubre de 2020 los Deudores transfirieron su Reclamación al Procedimiento de
Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés, o
"Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los procesos
administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En específico, su
Reclamación se resolverá por la Administración de Sistemas de Retiro ("ASR") utilizando los
procesos de revisión de pensión/retiro, según descrito en la orden autorizando el Procedimiento
[Caso Núm. 17-bk-3283, ECF Núm. 12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto con cualquier
documentación suplementaria que usted haya proporcionado. Basado en la información provista
por usted, aparenta que su Reclamación solo afirma su derecho a recibir pensión, sin más. Es decir,
no surge de su Reclamación que usted dispute o esté impugnando el monto de los pagos de pensión
que está recibiendo o que espere recibir en el futuro, al momento de su jubilación. Usted puede
determinar el monto del pago de la pensión que la ASR actualmente estima que usted estará
recibiendo mediante una consulta de su estado de cuenta de pensión más reciente.

---

[1] Copias de todos los escritos, alegaciones y mociones están disponibles en la página electrónica de Prime Clerk:
https://cases.primeclerk.com/puertorico/.

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo a la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica que el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de 6 de noviembre de 2020 enviando el Formulario de Requerimiento de Información adjunto completado, en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección:

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Prime Clerk LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamadas internaciones), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



**GOVERNMENT OF PUERTO RICO**

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

October 7, 2020

<u>**Re: Claim No.           - RESPONSE REQUIRED**</u>
<u>**COMPLETE ATTACHED INFORMATION REQUEST**</u>

Dear

We write with respect to your proof(s) of claim, which was filed on                against
**Employees Retirement System** and logged by Prime Clerk as Proof of Claim No.
(the "<u>Claim</u>").

On October 7, 2020, the Debtors transferred your Claim into the Administrative Claims
Reconciliation ("<u>ACR</u>") process.  This means that your Claim will be resolved using the
Commonwealth's existing administrative processes.  Specifically, your claim will be resolved by
ERS using the Pension/Retiree Procedures, as described in the order authorizing the ACR
process [Case No. 17-bk-3283, ECF No. 12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that you have
provided.  Based on the information you have provided, it appears that your Claim is only
asserting your right to receive your pension and nothing else.  It does not appear that you dispute
the amount of the pension payments you are receiving or can expect to receive upon your
retirement.  You can determine the pension payment amount ERS presently expects you will
receive by consulting your most recent pension benefit statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount of your
pension or whether you have any independent claim against ERS unrelated to your right to
pension benefits.  Please confirm whether or not you dispute the amount of your pension or have
an independent claim unrelated to your pension benefits by completing the box marked

---

[1] Copies of all pleadings are available on Prime Clerk's website,
https://cases.primeclerk.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment.  If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**<u>Please respond to this letter on or before November 6, 2020 by returning the enclosed information request form with the requested information and documentation.</u>**

Please send the completed form and any supporting documents via email to PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Evidencia de Reclamación:*
*Reclamante:*

## FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

### CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO.

**_____** Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. _____ NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

**_____** Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. _____ o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____

_____

_____


**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

---

*Proof of Claim:*
*Claimant:*

## <u>INFORMATION REQUEST FORM</u>

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box.  Please return this form and any additional documentation via email to: <u>PRACRprocess@primeclerk.com,</u> <u>or by</u> mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

### <u>CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO.</u>

**_____**   I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No.        and DO NOT have an independent claim against ERS unrelated to my/our pension benefits.  I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

### <u>OR</u>

**_____**   I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim No.        or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____

_____

_____


**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

---

**<u>Exhibit D</u>**

Exhibit D

ERS Notice Parties Service List

Served via first class mail

| MMLID | Name | Address |
|---|---|---|
| 960421 | ACEVEDO RAMOS, ARMANDO | Address on File |
| 1096301 | AGUILAR MARTINEZ, TIRSA I | Address on File |
| 11581 | ALEJANDRO CLAUSELL, EMMA | Address on File |
| 1458833 | BAEZ MARENGO, IRMA | Address on File |
| 69858 | CARDEC REYES, SANDRA W. | Address on File |
| 92071 | Carrero Mercado, Clara | Address on File |
| 1464923 | CARRILLO CALZADA, EDWARD | Address on File |
| 1462466 | Carrillo Maldonado, Lourdes M. | Address on File |
| 87380 | CEPEDA ESCOBAR, ANGEL | Address on File |
| 929406 | COLLAZO SANTOS, OLGA | Address on File |
| 127941 | DE JESUS MELENDEZ, BEGONA | Address on File |
| 1454966 | DELERME BONANO, PAULINA | Address on File |
| 544147 | Delgado Soto, Tania | Address on File |
| 879440 | Diaz Ramirez, Adalberto | Address on File |
| 1439966 | Fonseca Casillas, Pablo | Address on File |
| 793320 | GARCIA GONZALEZ, JOHN | Address on File |
| 741214 | GONZALEZ NEVAREZ, RAFAELA | Address on File |
| 206564 | GONZALEZ, JENINE | Address on File |
| 1443780 | Guzman Marquez, Lisaura | Address on File |
| 1076546 | HERRERA OSPINA, PAOLA | Address on File |
| 1453710 | Ledesma Munoz, Brenda | Address on File |
| 1253503 | LUIS E DOMINGUEZ ROSARIO | Address on File |
| 1045402 | LUZ GUZMAN TORRES | Address on File |
| 1060360 | MATOS, MEILYNG A | Address on File |
| 1445538 | Melendez Aviles, Deila | Address on File |
| 1470291 | Melendez, Gualbert Gonzalez | Address on File |
| 1437182 | MOLINA PEREZ, CARLOS A | Address on File |
| 1465586 | Ortega Rios, Grisel | Address on File |
| 853962 | ORTEGA SANTIAGO, ELIZABETH | Address on File |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit D

ERS Notice Parties Service List

Served via first class mail

| MMLID | Name | Address |
|---|---|---|
| 1459643 | PARRILLA MUNIZ, HERIBERTO | Address on File |
| 1418480 | Rivera Marrero, Fernando | Address on File |
| 477877 | RODRIGUEZ RIOS, JOHNNY | Address on File |
| 858419 | ROMERO RAMIREZ, MIRIAM | Address on File |
| 692868 | ROSA CORREA, JULIO A | Address on File |
| 1461572 | Soto Torres, Ineabelle | Address on File |
| 1477749 | VELAZQUEZ VEGA , JOSE  M | Address on File |
| 1443950 | Velez Negron, Milagros | Address on File |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)