**Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico**

> **REVISE DETENIDAMENTE LA PRENTE OBJECIÓN Y LOS DOCUMENTOS ADJUNTOS PARA DETERMINAR SI LA OBJECIÓN AFECTA A SU(S) RECLAMOS.**

Idaliz Vélez Rojas
Urb. Country Club
1159 Humboldt
San Juan, PR 00924
Teléfono (787) 648-2099
Email: ida_16@hotmail.com

| | |
|---|---|
| En el ausnto de: | PROMESA<br>Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante de | (Administrada conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, | **La presente radicación guarda relación con el ELA, la ACT y el SRE.**<br>**CASO NÚMERO 133631** |

CENTÉSIMA QUINCUAGÉSIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A VARIOS RECLAMOS DEFICIENTES

Motivo: Al Honorable Tribunal

En el 27 de junio de 2018 se entregó la ducumentación solicitada titulado centésima Quincuagésima Objeción Global ("Promesa") se declara, como deficiente la reclamación presentada por la subcribiente el 27 de junio de 2018 ante este tribunal en el caso de epigrafe # 133631, por

alegadamente no responder o aportado información eficiente. Reclámando; trabajo para el Departamento de Salud programa de Medicaid Carolina pago por vocaciones aumento salarial. Solicitó se declaré no a lugar la objeción de los deudores y que se permita a la subcribiente presentar su evidencia de reclamación corregida.

Durante el tiempo que estoy trabajando no he obtenido ningun ducumento salarial Ley #96 no fueron proporcionados.

Se entrega evidencia de Certificación de Patrono del Departamento de Salud y Certificación de Retiro de lo acumulado y años de servicios.

Idaliz Vélez Rojas