

## GOBIERNO DE PUERTO RICO

Departamento de Salud
Oficina Recursos Humanos

### A QUIEN PUEDA INTERESAR

Por la presente certifico que la persona indicada a continuación es empleado (a) de este Departamento:

| | |
|---|---|
| **NOMBRE** | : *IDALIS VELEZ ROJAS* |
| **SEGURO SOCIAL** | : *XXX-XX-2305* |
| **PUESTO** | : *TECNICO DE PROGRAMA I* |
| **SUELDO MENSUAL** | : *$1,908.00* |
| **STATUS** | : *TRANSITORIO* |
| **FECHA NOMBRAMIENTO** | : *30 DE AGOSTO DE 2012* |

Lo que informo es a petición del (la) empleado (a).

CERTIFICO CORRECTO,

Blanca M. García Carlo
Administradora Sistema de Oficina
Oficina de Recursos Humanos
Región Metro - Fajardo

Dada en Río Grande, Puerto Rico
Hoy, 30 de septiembre de 2020

**NOTA: NO ES VALIDA SI LA MISMA TIENE ALTERACIONES**

PO BOX 21390, SAN JUAN PR 00928-1350

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

25 de septiembre de 2020

Agencia: 164 - DEPARTAMENTO DE SALUD

IDALIZ VELEZ ROJAS
URB COUNTRY CLUB
1159 CALLE HUMBOLT
SAN JUAN, PR 00924

Seguro Social: XXX-XX-2305

A base de la información en nuestros registros, al 25 de septiembre de 2020 usted posee:

Fecha de Nacimiento: 23 de septiembre de 1983                Género: Femenino
Fecha de Ingreso al Servicio Público: 30 de octubre de 2013
Fecha de Comienzo de Cotización: 30 de octubre de 2013

| No Aplica | | Ley 3 - 2013 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 0 | Tiempo Trabajado: | 3.09 |
| | | Aportaciones: | 8,556.00 |
| | | Intereses: | 622.37 |
| | | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | |
| Pagado: | 0.00 | | |
| Tiempo: | 0.00 | | |
| Balance Acumulado: | 0.00 | Total Aportaciones: | 9,178.37 |
| Beneficio: | 0.00 | Beneficio: | 37.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov