Idaliz Velez Rojas

Urb. Country Club

1159 Humboldt

San Juan, P.R 00924

RECEIVED & FILED
2020 OCT -9 PM 3:38
CLERK'S OFFICE



Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan P.R 00918-1767