**ASOCIACIÓN DE EMPLEADOS DE GOBIERNO DE PUERTO RICO**

## SOLICITUD DE LIQUIDACIÓN DE AHORROS Y DIVIDENDOS

RECIBIDO OCT 22 2013

ORIGINAL - ASOCIACIÓN
COPIA - ASOCIADO

### PARTE I — A SER LLENADA POR EL SOCIO

1. Nombre y Apellidos: Angel Luis Ramos Molina
   Núm. Empleado: [Contratos y ...]
   Núm. Seg. Social: ...25205

2. Dirección Residencial: Urb Villa Navarro Casa #2 Maunabo P.R.
   Teléfono: ___

3. Dirección Postal: ___
   Código Postal: 00707

4. Indique la agencia anterior donde trabajó: Departamento Educación
   Puesto - Ofic. Neg. o División: Educación
   Fechas Comenzó Trabajar: 2000
   Terminó: 2011
   Zona o Pueblo: Maunabo
   Fecha de Nacimiento Mes, Día, Año: ___

5. Fecha de Efectividad de la Renuncia: 2011
   Indique Fecha(s) de Licencia(s) sin Sueldo: ___

6. Tiene AE Mastercard: Sí ☐ No ☑
   Número de cuenta: ___

7. Nombre y dirección del pariente más cercano que no viva con usted: ___

SOLICITO la liquidación de mis ahorros y dividendos acumulados en la Asociación hasta la fecha de mi separación del servicio público.
CERTIFICO que la información aquí ofrecida es correcta:

*Firma del Solicitante*   Fecha   *Firma del Testigo*

NOTA: Debe acompañarla con las siguientes certificaciones de deuda:
* Administración para el Sustento de Menores (ASUME) (90 días)
* Administración de los Sistemas de Retiro de Empleados del Gobierno y la Judicatura - Certificación del Préstamo Personal y de Viaje Cultural.
(no aplica a socios que se acojan a los beneficios de jubilación)

Correo Electrónico (E-Mail): ___

### PARTE II — PARA SER LLENADA POR EL RECLAMANTE DE UN SOCIO FALLECIDO SI ES CÓNYUGE VIUDO (A)

Si es cónyuge viudo, favor de indicar la forma en que se constituyó el matrimonio con el socio fallecido.
☐ Bajo el régimen de Sociedad Legal de Gananciales.   ☐ Bajo Capitulaciones Matrimoniales

### PARTE III — A SER LLENADA POR LA AGENCIA

Nombre del Asociado: ___
Agencia: ___   Seguro Social: ___
Fecha(s) de Licencias sin Sueldo Desde: (sea Específico)
1. ___   Hasta ___
2. ___   Hasta ___
3. ___   Hasta ___

Fecha de Efectividad de la Renuncia: ___   Razón de Cese: ___
Sistema de Retiro al cual pertenece: ___

SI VA A COMENZAR A TRABAJAR EN OTRA AGENCIA, FAVOR INDICAR:
a) ¿Cuál? ___   b) Fecha ___

LOS SIGUIENTES DESCUENTOS DE SU SUELDO MENSUAL FUERON REALIZADOS PARA LA ASOCIACIÓN DURANTE LOS ÚLTIMOS TRES (3) MESES DE TRABAJO.

| MES | AHORROS | SEGURO | PRÉSTAMO |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

CANTIDAD ACREDITADA A LA DEUDA DE SUMA GLOBAL DE VACACIONES* $ ___
*NETO ENVIADO A LA ASOCIACIÓN PARA ACREDITAR A LA(S) DEUDA(S).
(Firme en forma legible)

Certifico que he verificado toda la información ofrecida anteriormente y que es completamente correcta:

Preparado por: ___
Teléfono Funcionario Autorizado (Indicar Ext.): ___
Dir. de Recursos Humanos o su Representante Autorizado (Use letra de molde)

Nómina Núm.: ___
Fecha: ___
Fecha de Certificación: ___   Firma: ___

AE - 61 pdf
9-2012 (Rev.)

Ave. Ponce de León 463, Pda. 35 Hato Rey - P O Box 364508 San Juan, Puerto Rico 00936-4508

**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919

Grupo de Pago: Mensual
Desde: 01/01/2010
Hasta: 01/15/2010

Aviso #: 8554776
Fecha Aviso: 01/15/2010

| | |
|---|---|
| ANGEL L RAMOS MOLINA | # Empleado: 1205 |
| URB. VILLA NAVARRO #2 | Dept: 8103047-Humacao Maunabo |
| MAUNABO, PR 00707 | Lugar: Elemental Urbana |
| | Titulo: DEPARTAMENTO DE EDUCACION |
| SS: -1205 | Sueldo: $1,601.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | --------------- Corriente --------------- | | | ------ Acumulado ------ | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | 18.473077 | 43.33 | 800.44 | 43.33 | 800.44 |
| Total: | | 43.33 | 800.44 | 43.33 | 800.44 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 11.61 | 11.61 |
| Fed OASDI/Disability - EE | 49.63 | 49.63 |
| PR Withholding | 42.03 | 42.03 |
| Total: | 103.27 | 103.27 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 66.24 | 66.24 |
| Total: | 66.24 | 66.24 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 74.24 | 74.24 |
| SC-NATIONAL LIFE INS. | 25.54 | 25.54 |
| SC-ATLANTIC SOUTH INS CO | 11.75 | 11.75 |
| RC-Pres Pers Ret Cen-E Clasif | 51.16 | 51.16 |
| OS-SIND TRAB AFL SEIU | 12.74 | 12.74 |
| Ahorros-AEELA | 24.01 | 24.01 |
| Total: | 199.44 | 199.44 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 74.24 | 74.24 |
| FSED Disability Plan | 13.61 | 13.61 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 800.44 | 0.00 | 103.27 | 265.68 | 431.49 |
| Acumulado: | 800.44 | 0.00 | 103.27 | 265.68 | 431.49 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8554776 | 431.49 |
| Total: | 431.49 |

MENSAJE:

---

**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/15/2010

Aviso No.
8554776

Cant. Deposito: $431.49

A la
Cuenta(s) De

ANGEL L RAMOS MOLINA
URB. VILLA NAVARRO #2
MAUNABO, PR 00707

Localizacion: Elemental Urbana

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $431.49 |
| Total: | | $431.49 |

## NO-NEGOCIABLE

| DEPT DE EDUCACION-CLASIFICADOS<br>Ave. Teniente Cesar Gonzalez, Esquina Calaf<br>HATO REY, PR 00919 | Grupo de Pago: SM -Quincenal<br>Desde: 06/16/2008<br>Hasta: 06/30/2008 | Aviso #: 0116491<br>Fecha Aviso: 06/30/2008 |
|---|---|---|

| ANGEL L RAMOS MOLINA<br>URB. VILLA NAVARRO #2<br>MAUNABO, PR 00707<br>SS: -1205 | # Empleado: 1205<br>Dept: 8103047-Humacao Maunabo<br>Lugar: Elemental Urbana<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $1,501.00 Monthly | DATA IMP: Federal PR<br>Estado Civil: Single Single<br>Concesiones: 0 0<br>Pct. Adcl.:<br>Cant. Adcl.: |
|---|---|---|

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 17.319231 | 43.33 | 750.44 | 519.96 | 8,955.29 |
| Pago Retroactivo Regular | | | 0.00 | | 50.00 |
| Total: | | 43.33 | 750.44 | 519.96 | 9,005.29 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 10.88 | 130.58 |
| Fed OASDI/Disability - EE | 46.53 | 558.33 |
| PR Withholding | 38.53 | 462.82 |
| Total: | 95.94 | 1,151.73 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 62.10 | 745.20 |
| Total: | 62.10 | 745.20 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 40.71 | 488.52 |
| SC-TRANS OCEANIC LIFE | 16.40 | 164.00 |
| RC-Pres Pers Ret Cen-E Clasif | 51.16 | 470.92 |
| OS-SIND TRAB AFL SEIU | 11.99 | 143.88 |
| Ahorros-AEELA | 22.51 | 270.12 |
| SC-NATIONAL LIFE INS. | 0.00 | 45.30 |
| SC-ATLANTIC SOUTH INS CO | 0.00 | 15.00 |
| Total: | 142.77 | 1,597.74 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 69.60 | 835.21 |
| FSED Disability Plan | 12.76 | 153.12 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUTABLE | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 750.44 | 0.00 | 95.94 | 204.87 | 449.63 |
| Acumulado: | 9,005.29 | 0.00 | 1,151.73 | 2,342.94 | 5,510.62 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0116491 | 449.63 |
| Total: | 449.63 |

### PKG HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

---

DEPT DE EDUCACION-CLASIFICADOS
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
06/30/2008

Aviso No.
116491

Cant. Deposito: $449.63

A la
Cuenta(s) De

ANGEL L RAMOS MOLINA
URB. VILLA NAVARRO #2
MAUNABO, PR 00707

Localizacion: Elemental Urbana

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | | $449.63 |
| Total: | | $449.63 |

## NO-NEGOCIABLE



**ASOCIACIÓN DE EMPLEADOS** de Gobierno de Puerto Rico

P.O. BOX 364508 San Juan P.R. 00936-4508

27 de febrero de 2013

RAMOS MOLINA ANGEL L
2 VILLA NAVARRO
MAUNABO, PR   00707

Estimado(a) ex asociado(a):

Reciba un saludo cordial de nuestra parte. Su cuenta de ahorros y dividendos fue liquidada administrativamente, y cumpliendo con la reglamentación aplicable.

Actualmente su cuenta en la Asociación refleja un balance a su favor que podría corresponderle.* Para comenzar el trámite correspondiente, es necesario que complete el formulario **Solicitud de Liquidación de Ahorros y Dividendos (AE-61)** adjunto, **la certificación de la Administración para el Sustento de Menores (ASUME) y la certificación de Préstamo Personal y de Viaje Cultural de la Administración de los Sistemas de Retiro de Empleados de Gobierno y la Judicatura.**

Una vez complete la documentación necesaria, puede pasar por nuestras oficinas en el Piso 2 del Edificio 463 de la Avenida Ponce de León en Hato Rey, visitar alguna de nuestras Sucursales o enviar los documentos solicitados por correo a la siguiente dirección: Departamento de Cobros, PO Box 364508, San Juan, PR  00936-4508.

De necesitar información adicional, favor comunicarse con la Sección de Gestión de Cobro del Departamento de Cobros, al teléfono (787) 641-2021, ext. 1342 a la 1347.

Atentamente,

Mariely Suárez, Supervisora
Sección Gestión de Cobro
Departamento de Cobros

Anejo

*Balance Sujeto a Revisión

**ASOCIACION DE EMPLEADOS DEL ELA**

28 de Enero de 2014

**ADM. DE LOS SISTEMAS DE RETIRO DEL ELA
ESTACIÓN MINILLAS
APTO 42003 SAN JUAN
PUERTO RICO 00940**

Estimado(a) señor(a):

De acuerdo a nuestros informes **RAMOS MOLINA ANGEL L** ex-empleado de DEPARTAMENTO DE EDUCACION con el seguro social número -1205

{X}   No tiene deuda.

Balance sujeto a revisión final.

Atentamente,

**MARIBEL QUIÑONES ALVAREZ**

**Departamento de Cobros**

# 009400000

**ADM. DE LOS SISTEMAS DE RETIRO DEL ELA
ESTACIÓN MINILLAS
APTO 42003 SAN JUAN
PUERTO RICO 00940**

ZAEELA-CERT_RET2  P1