From: Virgen M. Molina
52 W. Bayard St
Apt #1
Seneca Falls NY 13148

7019 2970 0000 1642 2972




To: Secretarial Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (P.R.) 00918-1767



ReadyPost
Document Mailer

6" x 9" Envelope
Product Co...
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.

0 15645 72738 0

OCT 5 2020 USPS