# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: JOSE A. RODRIGUEZ SANCHEZ
Direccion Postal: Urb. Paseo Sol y Mar 626 calle Perla
Juana Diaz PR 00795

Teléfono contacto: Res. _____ Cel. 939-249-6039

II. EPIGRAFE

   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico desde 27 de Agosto del 1992 hasta el Presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

JOSE A. RODRIGUEZ SANCHEZ
Nombre en letra de molde

*José A. Rodríguez Sánchez*
Firma

RECLAMANTE: JOSE A. RODRIGUEZ SANCHEZ
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 94890,87281

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 27 de agosto de 1992 hasta el Presente como MA.EDUC.NIVEL ELEMENTA(4-6) del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

JOSE A. RODRIGUEZ SANCHEZ
Nombre en letra de molde

*José A. Rodríguez Sánchez* – 7 de octubre de 2020.
Firma y fecha

RECLAMANTE: JOSE A. RODRIGUEZ SANCHEZ
DIRECCION: Urb. Paseo Sol y Mar 626 calle Perla
Juana Diaz PR00795

NUMERO DE RECLAMACION: 94890, 87281

Fecha de presentacion (envio): 5 DE octubre DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 5 de octubre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA. EDUC. NIVEL ELEMENTAL (4-6) desde el 27 de agosto de 1992 hasta el presente.
2. El monto adeudado en mi reclamación es de $134,400.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

JOSE A. RODRIGUEZ SANCHEZ
Nombre en letra de molde

*José A. Rodríguez Sánchez* - 7 de octubre de 2020.
Firma y fecha