

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

3 de octubre de 2020

A quien pueda interesar:

Certifico que **JOSE A. RODRIGUEZ SANCHEZ**, número de seguro social **XXX-XX-0944** labora en nuestra Agencia desde **27 de agosto de 1992** al **Presente**.

Actualmente, ocupa puesto en calidad de **MA. EDUC. NIVEL ELEMENTAL (4-6)** en **JUAN SERAPIO MANGUAL**, **Oficina Regional Educativa de PONCE** y devenga un salario de **$2,821.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.