José Angel Rodríguez Sánchez
Urb. Paseo Sol y Mar
626 Calle Perla
Juana Díaz, Puerto Rico
00795-9532



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767