# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre __Fernando L. Perez Rodriguez__

Dirección Postal __Urb. Jaime L. Drew__
__Calle 7 #95__
__Ponce PR 00730__

Teléfono de contacto res. __787-651-6750__ cel. __939-640-5698__

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
           Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. **Documentación Justificativa**

Se incluyen documentos que evidencian los anos de servicio con __A.A.A.__ Ponce, Puerto Rico desde el __9__ de __marzo__ de __1978__ hasta el __15__ de __marzo__ de __2006__. Culmine mi laborar como __Representante de Servicio al Consumidor__ en __A.A.A.__ Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

__FERNANDO L. Perez Rodriguez__
Nombre en letra de molde

__Fernando S. Perez Rodriguez__
Firma

Proof of Claim: <CLAIM NUMBER>
Claimant: >CLAIMANT NAME< Fernando Perez Rodriguez

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:
- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ☒ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ☒ Yes, Answer Questions 3(a) – (d).

   3(a). Identify the specific agency or department where you were or are employed:
   Autoridad de Acueductos y Alcantarrillado — Representante Servicio al Cliente

   3(b). Identify the dates of your employment related to your claim:
   _____

   3(c). Last four digits of your social security number: 7315

3(d). What is the nature of your employment claims (select all applicable):
▫Pension
☒Unpaid Wages
▫Sick Days
▫Union Grievance
▫Vacation
▫Other (Provide as much detail as possible. Attach additional pages if necessary).
_Ley 89 Julio 1979 - Retribucion Uniforme_
_Ley 89 Julio 1995 - El Romerazo_

4. **Legal Action** Does your claim relate to a pending or closed legal action?

☒ No
▫ Yes

4(a). Identify the department or agency that is a party to the action.

_N/A_

4(b). Identify the name and address of the court or agency where the action is pending:

_N/A_

4(c). Case number: _N/A_

4(d). Title, Caption, or Name of Case: _N/A_

4(e). Status of the case (pending, on appeal, or concluded): _N/A_

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? _N/A_

RECLAMANTE **Fernando L Pérez Rodriguez**

DIRECCION **Urb. Jaime L. Drew**
**Calle 7 #95**
**Ponce PR 00730**

Numero Reclamación _____

Fecha de presentación (envío) _____

Deudor <u>Commonwealth of Puerto Rico</u>

    Por este medio incluyo con mi reclamación presentada el ____ de _____ de _____ lo siguiente:

1. Evidencia de trabajo de **Autoridad de Acueductos y Alcantarillados**, Ponce, Puerto Rico – ELA, como **Representante de Servicio al Cliente - Consumidor** desde el **9** de **marzo** de **1978** hasta el **15** de **marzo** de **2006**. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $_____.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

**Fernando L. Pérez Rodriguez**
Nombre en letra de molde

*Fernando L Pérez Rodriguez*
Firma y fecha

RECLAMANTE: _____

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: _____

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el  9  de   marzo   de 1978 hasta el  15  de  marzo  de  2006  como  Representante de Servicio al Consumidor en A.A.A. Ponce.

~~une Company~~ - ELA.

1. Ley 89 – julio 1995 – ROMERAZO            CANTIDAD  $ _____
2. Ley 89 – Julio 1979 Retribución Uniforme —

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

*FerNANDO L. Perez Rodriguez*
Nombre en letra de molde

*Fernando L. Perez Rodriguez*
Firma y fecha