# GOBIERNO DE PUERTO RICO

Autoridad de Acueductos y Alcantarillados

24 de julio de 2020

## CERTIFICACION

Certifico que el Sr. *Fernando L. Perez Rodríguez* número de seguro social XXX-XX-7315 fue empleado Regular de la Autoridad de Acueductos y Alcantarillados desde el 9 de marzo de 1978 hasta el 15 de marzo de 2006. Ocupaba un puesto de Representante de Servicio al Consumidor.

Observaciones:

Certificado por:

Jessica M. Rodríguez Vargas
Oficial de Recursos Humanos y Rel. Lab.
Región Sur



Autoridad de Acueductos y Alcantarillados

Recursos Humanos SUR: Centro Regional El Tuque Marginal Carr. #2 Km. 222.1, Salida 223, Ponce, PR 00728 · PO Box 7697, Ponce, PR 00732

787.259.5700 / 787.993.9130 ♦ www.acueductospr.com