Fernando R'
Calle 7 #95
Urb. Jaime L. Drew
Ponce PR 00730

Secretaria
Tribunal de Distrito de Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1763

2020 OCT -9 AM 7:55
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

USPS OCT 2020 SAN JUAN, PR 00936