Proof of Claim: &lt;CLAIM NUMBER&gt; _____
Claimant: &gt;CLAIMANT NAME&lt; ___Fernando Pérez López___

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**
Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:
- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Questionnaire**

1. **What is the basis of your claim?**

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ■ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)
   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**
   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ■ Yes, **Answer Questions 3(a) – (d).**

3(a). Identify the specific agency or department where you were or are employed:
___Autoridad de Acueductos y Alcantarillados - Ponce, PR___

3(b). Identify the dates of your employment related to your claim:
_____

3(c). Last four digits of your social security number: _____

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ■ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_Ley 89 julio 1979 - Retribucion Uniforme_
_Ley 89 julio 1995 - El Romerazo_

4. **Legal Action**  Does your claim relate to a pending or closed legal action?
- ■ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.
_N/A_

4(b). Identify the name and address of the court or agency where the action is pending:
_N/A_

4(c). Case number: _N/A_

4(d). Title, Caption, or Name of Case: _N/A_

4(e). Status of the case (pending, on appeal, or concluded): _N/A_

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? _N/A_

# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre ___Fernando Perez Lopez___

Dirección Postal ___Calle 7 #95___
___Urb. Jaime L. Drew___
___Ponce, PR 00730___

Teléfono de contacto res. _____ cel. ___787-391-9057___

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

### IV. Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio con __A.A.A.__ Ponce, Puerto Rico desde el __13__ de __mayo__ de __1992__ hasta el __del Presente__ __MCC Equipo Purif__ en l __A.A.A.__ Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos anos de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

__Fernando Luis Perez López__
Nombre en letra de molde


__[signature]__
Firma

RECLAMANTE: Fernando Pérez López

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: _____

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 13 de mayo de 1992 hasta el ~~de~~ Presente. ~~de~~ _____ como McA. Equipo Purif. de la Autoridad de Acueductos y Alcantarillados.

1. Ley 89 – julio 1995 – ROMERAZO     CANTIDAD $ _____

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Fernando Luis Pérez López
Nombre en letra de molde

_[firma]_
Firma y fecha

RECLAMANTE  Fernando Pérez López

DIRECCION  Calle 7 #95
Urb. Jaime L. Drew
Ponce PR 00730

Numero Reclamación _____

Fecha de presentación (envío) _____

Deudor <u>Commonwealth of Puerto Rico</u>

Por este medio incluyo con mi reclamación presentada el ____ de _____ de _____ lo siguiente:

1. Evidencia de trabajo de A.A.A. en Ponce, Puerto Rico – ELA, como __Med Equipo turi__ desde el __13__ de __mayo__ de __1992__ hasta el ____ de __Presente__. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $_____.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Fernando Luis Perez López
Nombre en letra de molde

[signature]
Firma y fecha

RECEIVED & FILED
2020 OCT -9 AM 7:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN