### CERTIFICACIÓN DE EMPLEO Y SUELDO

Certifico que el señor (a) **FERNANDO L. PEREZ LOPEZ**, seguro social **XXX-XX-6151** trabaja en la Autoridad de Acueductos y Alcantarillados desde el **05/13/1992**.

Número de Empleado: **00000298**

Puesto que ocupa actualmente: **MEC EQUIPO PURIF**

Lugar: **Reg. Sur - Dist. Ponce**

Estatus: **Regular**

**INGRESOS Y/O SALARIOS:**

Salario por hora: **$16.49607**

Salario Mensual: **$2,680.58**

Ingresos adicionales por hora: **$0.21** incentivos

Último bono de Navidad pagado: **$600.00**

Certifico correcto,

*Glorimar Chiclana Ocasio*

Glorimar Chiclana Ocasio
Directora de Recursos Humanos y Relaciones Laborales

20 de Agosto de 2020

El presente documento no podrá ser alterado ni modificado, ni en su contenido ni en su apariencia. En caso de modificación del mismo, la Autoridad se reserva las acciones que estime pertinentes para la defensa de sus legítimos intereses.