Fernando Pérez
Calle 7 #95
Urb. Jaime L. Drew
Ponce PR 00730

Secretaria
Tribunal de Distrito de Estados Unidos
Room 150 Federa Building
San Juan PR 00918-1767

SAN JUAN
U.S. DISTRICT COURT
CLERK'S OFFICE

2020 OCT -9  AM 7: 55

RECEIVED & FILED