



William Santiago Cabrera
0-28 Feliciano Delgado
Nueva Vida Ponce, Puerto Rico
00728

Clerk's Office
United States District Court
United States Federal Building
Room 150
San Juan, Puerto Rico
00918-1767
150 Carlos Chardon Ave.