Pedro Rodriguez Sánchez
HC 02 Box 9974
Juana Diaz, Puerto Rico
00795-9414

Clerk's Office
United States District Court
Room 100 Federal Building
San Juan, Puerto Rico
00918-1767