Arminda Vázquez Romero
P.O. Box 800270
Coto Laurel, P.R. 00780-0270

 

U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
OCT 06, 20
AMOUNT
$1.20
1000   00918   R2304W119590-8

Clerk's office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

