# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: Berguedis Cintron Deliz
Direccion Postal: Urb. Colinas de Verde Azul calle Florencia #118
Juana Diaz PR.00795

Teléfono contacto: Res. _____ Cel. 939-429-1937

II. EPIGRAFE

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767
B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
C. Numero de Procedimiento: 17 BK 3283 – LTS
D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Número de las evidencias por reclamo:

Ley 124 – Julio 1973 – Aumento de Sueldo
Ley 89 – Julio 1979 – Retribución Uniforme
Ley 89 – Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 124 – Julio 1973 – Aumento de Sueldo
Ley 89 – Julio 1979 – Retribución Uniforme
Ley 89 – Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 13 de octubre de 2004 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Berguedis Cintron Deliz
Nombre en letra de molde

*B. Cintrón*   2-oct-2020
Firma

RECLAMANTE: Berguedis Cintron Deliz
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 54814

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 13 de octubre del 2004 hasta el presente, como MA. EDUC.SALUD ESCOLAR (K-12) del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 33,600 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Berguedis Cintrón Deliz
Nombre en letra de molde

*B. Cintrón  2-oct.-2020*
Firma y fecha

RECEIVED & FILED 2020 OCT -9 AM 7:48 CLERK'S OFFICE U.S. DISTRICT COURT

RECLAMANTE: Berguedis Cintron Deliz
DIRECCION: Urb.Colinas de Verde Azul calle Florencia #118
Juana Diaz PR 00795

NUMERO DE RECLAMACION: _____

Fecha de presentacion (envio): 30 DE SEPTIEMBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 30 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA. EDUC.SALUD ESCOLAR (K-12) desde 13 de octubre de 2004 hasta el presente.
2. El monto adeudado en mi reclamación es de $33,600.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Berguedis Cintrón Deliz
Nombre en letra de molde

*B. Cintrón    2-oct.-2020*
Firma y fecha