Berguedis Cintrón
Urb. Colinas de Verde Azul
C/ Florencia #118
Juana Diaz, P.R. 00795



Clerk's office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

