# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: Maria de los Angeles Santiago Cabrera
Direccion Postal: Q-171 FELICIANODELGADO NUEVA VIDA PONCE PR.00728

Teléfono contacto: Res. _____ Cel. 787-841-8104 – 939-416-0448

II. EPIGRAFE

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767
B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
C. Numero de Procedimiento: 17 BK 3283 – LTS
D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Número de las evidencias por reclamo:

Ley 124 – Julio 1973 – Aumento de Sueldo
Ley 89 – Julio 1979 – Retribución Uniforme
Ley 89 – Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 124 – Julio 1973 – Aumento de Sueldo
Ley 89 – Julio 1979 – Retribución Uniforme
Ley 89 – Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico desde 13 DE AGOSTO DE 1980 hasta el 28 DE JULIO DE 2011. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Maria de los Angeles Santiago Cabrera
_____
Nombre en letra de molde

*María Santiago Cabrera*
Firma

RECLAMANTE: Maria de los Angeles Santiago Cabrera
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 141005,154819,117386,116608

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 13 de agosto de 1980 hasta el 28 de julio de 2011 como MA.EDUC.SEC INGLES del Departamento de Educación de Puerto Rico – ELA.

|   | Cantidad |
|---|---|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Maria de los Angeles Santiago Cabrera
Nombre en letra de molde

*Maria Santiago Cabrera*
Firma y fecha    6/oct/2020

RECLAMANTE: Maria de los Angeles Santiago Cabrera
DIRECCION: Q-171 FELICIANODELGADO NUEVA VIDA PONCE PR.00728

NUMERO DE RECLAMACION: 141005,154819,117386,116608

Fecha de presentacion (envio): 5 DE octubre DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 5 de octubre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA. EDUC. INGLES desde el 13 de AGOSTO DE 1980 hasta el 28 de JULIO de 2011.
2. El monto adeudado en mi reclamación es de $134,400.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Maria de los AngelesSantiagoCabrera
Nombre en letra de molde

Firma y fecha  6/oct.2020