María De los Ángeles Santiago Cabrera
Q 171 Feliciano Delgado
Nueva Vida, Ponce P.R. 00728






Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767