# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: Luz Amelia Burgos Cruz
Direccion Postal: Hc-01 Box 4302
Coamo PR 00769

Teléfono contacto: Res. _____ Cel. 787-248-5002

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 124 – Julio 1973 – Aumento de Sueldo
   Ley 89 – Julio 1979 – Retribución Uniforme
   Ley 89 – Julio 1995 – Romerazo
   Ley 134 – Julio 1996 – Aportación Acumulado Retiro
   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico desde 7 DE SEPTIEMBRE DE 1988 hasta el 5 DE JUNIO DE 2020. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Luz Burgos Cruz
Nombre en letra de molde

*[signature]* 5/oct./2020
Firma

RECLAMANTE: Luz Amelia Burgos Cruz
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 73067

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 7 de septiempre de 1988 hasta el 5 de junio de 2020 como MA.EDUC.SEC INGLES del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Luz A. Burgos Cruz
Nombre en letra de molde

_[firma]_ / 5/oct/2020
Firma y fecha

RECLAMANTE: Luz A. Burgos Cruz
DIRECCION: Hc-01 Box 4302
Coamo,PR 00769

NUMERO DE RECLAMACION: 73067

Fecha de presentacion (envio): 5 DE octubre DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 5 de octubre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA.EDUC.SEC INGLES desde el 7 de septiembre de 1988 hasta el 5 de junio de 2020.
2. El monto adeudado en mi reclamación es de $134,400.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Luz Burgos Cruz
Nombre en letra de molde

*[firma]* 5/oct/2020
Firma y fecha



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

3 de octubre de 2020

A quien pueda interesar:

Certifico que **LUZ A. BURGOS CRUZ**, número de seguro social **XXX-XX-5368** laboró en nuestra Agencia desde **7 de septiembre de 1988** al **5 de junio de 2020**.

Ocupó puesto en calidad de **MA. EDUC. SEC (INGLES)** en **DR. MAXIMO DONOSO SANCHEZ**, **Oficina Regional Educativa de PONCE** y devengó un salario de **$3,021.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Luz A. Burgos Cruz
HC-01 Box 4302
Coamo, P.R. 00769

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED & FILED
2020 OCT -9 AM 7:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.





U.S. POSTAGE PAID
FCM LG ENV
GUAYAMA, PR
00784
OCT 06, 20
AMOUNT
$1.20
R2305E125717-08