ÁNGEL E NIEVES MORALES
HC 6 BOX 12923
SAN SEBASTIAN, PR 00685

SAN JUAN PR 009
6 OCT 2020 PM 2 L

WOMEN VOTE
19th AMENDMENT
FOREVER USA

U.S. DISTRICT COURT
CLERK'S OFFICE
2020 OCT -9 AM 8:12
RECEIVED & FILED

SECRETARIA
TRIBUNAL DE DISTRITO DE LOS
ESTADOS UNIDOS
SALA 150 EDIFICIO FEDERAL
SAN JUAN, PUERTO RICO 00918-1767

00918899999