8 de octubre de 2020.

A quien pueda interesar:

Yo Aida L. Montalvo Malavé, soy hija de Juan Montalvo Vélez, conocido también por José Montalvo Vélez. Soy la persona que hago constar que mi padre ya fallecido, trabajó para La central azucarera del gobierno de P.R. por largos años, desde su adultez en años productivos. Fecha exacta no puedo precisar. Me orienté en oficina de Ponce P.R. donde me indicaron podía hacer reclamación de posibles impagos. Se dedicó al corte de caña, trabajo que cumplió con humildad y responsabilidad.

Le pagaban en efectivo, y aunque reclamaba tiempo Xtra trabajado, siempre había una excusa y no llegaba el dinero completo adeudado. La obligación era de la compañía para la que trabajaba o el sindicato de obrero patronal. Cantidad yo no puedo precisar con certeza, pero se fue acumulando, y la central cerró operaciones en algunos pueblos y aunque otras seguían funcionando, no lo llamaron jamás a trabajar, siendo productivo todavía; y sufriendo los acontecimientos de pobreza extrema para todo trabajador con deseos de rendir lo mejor.

Sólo tengo presente su palabra firme y fiel. De ser posible toda esta información la única que puedo expresar, más la que la Central azucarera tenga o los sindicatos obreros hago un estimado como máximo de $6,000.00 (seis mil dólares)

No salió por jubilación, ni por vacaciones pagadas. Fue por cierre pero no lo reubicaron pudiendo ser útil al trabajo y al país.

Gracias,
Aida L. Montalvo Malavé
Box 1231 Santa Isabel, P.R.
00757
#Celular 939-600-4650
correo electrónico montalvomalave aida
@gmail.com

P.D. contestando anexo C
caso 17-03283-LTS
Doc# 14217-4
# evidencia reclamación 169548
Deudor = commonwealth of Puerto Rico

Favor corregir mi segundo apellido en el exhibit A