De Aida L. [illegible]
Box 1231
Santa Isabel, P.R.
00757

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, Puerto Rico
00918-1767