AFTER 10 DAYS RETURN TO

Lizette Cruz
HC-01 Box 4252
Jdiaz PR 00795

SAN JUAN PR 009
6 OCT 2020 PM 2 L

Clerk's Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan Puerto Rico 00918

00918-170399