# EXHIBIT A

## Voluntary Disclosure of the QTCB Noteholder Group[1]

---

[1] The information set forth herein is based upon information provided to Counsel by the members of the QTCB Noteholder Group. To the best of Counsel's knowledge, the information included herein is accurate as of the dates indicated. The amounts set forth herein include only outstanding principal and do not include any other amounts that may be due and owing under the applicable debt documents and laws, including but not limited to any overdue or compounded interest.

**Canyon Capital Advisors LLC ("Canyon")**
**2000 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067**

**Voluntary Disclosure of GO & PBA Holdings**

- **April 22, 2019**: Canyon receives MNPI.
    - *Aggregate holdings as of April 22, 2019*: $686,344,370
    - Trades executed in the aggregate amount of $3,320,000 on April 22, 2019 <u>prior to</u> receiving MNPI, which trades are reflected/included in the April 22, 2019 holdings information above.
    - Other than the April 22, 2019 pre-MNPI trades, Canyon did not trade GO or PBA Bonds between April 22, 2019 and June 16, 2019.
- **June 16, 2019**: Cleansing disclosure of Initial PSA[1]
    - *Aggregate holdings as of June 16, 2019*: $686,344,370
- **Interim Trading Activity Dates**:
    - 6/17/2019
    - 6/18/2019
    - 6/19/2019
    - 6/20/2019
    - 6/24/2019
    - 7/10/2019
    - 8/26/2019
    - 9/05/2019
    - 9/09/2019
    - 9/10/2019
    - 9/12/2019
    - 9/18/2019
    - 9/25/2019
    - 9/26/2019
    - 9/27/2019
- **October 2, 2019**: Canyon receives MNPI.
    - *Aggregate holdings as of October 2, 2019*: $722,984,370

---

[1] *See* "Oversight Board Releases Executed PSA," Reorg Research, June 16, 2019.

**Canyon Capital Advisors LLC ("Canyon")**
**2000 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067**

**Voluntary Disclosure of GO & PBA Holdings**

- o Canyon did not trade GO or PBA Bonds between October 2, 2019 and October 18, 2019.

- **October 17- 18, 2019** Cleansing disclosure of Cash Restriction Analysis (disclosed Oct. 17, 2019)[2] and Bank Account Analysis (disclosed on Oct. 18, 2019)[3]

    - o *Aggregate holdings as of October 18, 2019*: $722,984,370

- **Interim Trading Activity Dates**:

    - o 10/22/2019
    - o 10/23/2019
    - o 10/24/2019
    - o 10/25/2019

- **October 27, 2019**: Canyon receives MNPI.

    - o *Aggregate holdings as of October 27, 2019*: $828,522,370

    - o Canyon did not trade GO or PBA Bonds between October 27, 2019 and February 9, 2020.

    - o In December 2019, Canyon received from Monoline paydowns on certain of its insured bonds. The change in Canyon's holdings of GO and PBA Bonds between October 27, 2019 and February 9, 2020 is solely attributable to receipt of Monoline paydowns.

- **February 9, 2020**: Cleansing disclosure of Amended PSA[4]

    - o *Aggregate holdings as of Feb. 9, 2020*: $827,924,120

- **Interim Trading Activity Dates**:

    - o 2/10/2020
    - o 2/11/2020
    - o 2/12/2020
    - o 2/19/2020
    - o 2/21/2020

---

[2] *See* "Mediation-Related Cleansing Materials Reveal $6.9B Unrestricted Cash Estimate, Discuss Risks to Commonwealth Fiscal Plan," Reorg Research, October 18, 2019.
[3] *See* "AAFAF Posts Oversight Board Mediation Materials Related to Bank Account Analysis," Reorg Research, October 18, 2019.
[4] *See* "BREAKING: PROMESA Oversight Board Discloses 'Global Settlement' With Holders of $8B in GO, PBA Bonds," Reorg Research, February 9, 2020.

**Canyon Capital Advisors LLC ("Canyon")**
**2000 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067**

**Voluntary Disclosure of GO & PBA Holdings**

- o 2/26/2020
- o 3/11/2020
- o 3/12/2020
- o 5/06/2020
- o 5/12/2020
- o 5/13/2020
- o 5/15/2020
- o 5/18/2020
- o 5/29/2020
- o 6/02/2020
- o 6/11/2020
- o 7/15/2020

- **August 15, 2020**: Canyon receives MNPI.
  - *Aggregate holdings as of August 15, 2020*: $895,812,920
  - Canyon did not trade GO or PBA Bonds between August 15, 2020 and September 30, 2020.

- **September 30, 2020**: Cleansing disclosure of Board & PSA Creditor Proposals[5]
  - *Aggregate holdings as of September 30, 2020*: $895,812,920

---

[5] *See* "Revised Plan Proposals From PROMESA Oversight Board, PSA Creditors Would Increase Cash Consideration by $2B, Lower Cap on Maximum Annual Debt Service; Proposals Differ Over Composition of Total Consideration," Reorg Research, September 30, 2020.

**Davidson Kempner Capital Management LP ("DK")**
**520 Madison Avenue, 30th Floor, New York, NY 10022**

**Voluntary Disclosure of GO & PBA Holdings**

- **April 22, 2019**: DK receives MNPI.
    - *Aggregate holdings as of April 22, 2019: $ 433,873,000.00*
    - DK did not trade GO or PBA Bonds between April 22, 2019 and June 16, 2019.
- **June 16, 2019**: Cleansing disclosure of Initial PSA[1]
    - *Aggregate holdings as of June 16, 2019: $433,873,000.00*
- **Interim Trading Activity Dates**:
    - 06/17/19
    - 06/18/19
    - 06/19/19
    - 06/20/19
    - 06/21/19
    - 06/24/19
    - 06/25/19
    - 06/26/19
    - 06/27/19
    - 06/28/19
    - 07/01/19
    - 07/02/19
    - 07/09/19
    - 07/10/19
    - 07/11/19
    - 07/12/19
- **October 2, 2019**: DK receives MNPI.
    - *Aggregate holdings as of October 2, 2019: $458,338,000.00*
    - DK did not trade GO or PBA Bonds between October 2, 2019 and October 18, 2019.

---

[1] *See* "Oversight Board Releases Executed PSA," Reorg Research, June 16, 2019.

**Davidson Kempner Capital Management LP ("DK")**
**520 Madison Avenue, 30th Floor, New York, NY 10022**

**Voluntary Disclosure of GO & PBA Holdings**

- **October 17-18, 2019**: Cleansing disclosure of Cash Restriction Analysis (disclosed Oct. 17, 2019)[2] and Bank Account Analysis (disclosed on Oct. 18, 2019)[3]

    o *Aggregate holdings as of October 18, 2019: $458,338,000.00*

- **Interim Trading Activity Dates**:

    o 10/22/19

    o 10/23/19

    o 10/24/19

- **October 25, 2019 –** DK receives MNPI.

    o *Aggregate holdings as of October 25, 2019: $503,186,000.00*

    o DK did not trade GO or PBA Bonds between October 25, 2019 and February 9, 2020.

- **February 9, 2020**: Cleansing disclosure of Amended PSA[4]

    o *Aggregate holdings as of Feb. 9, 2020: $503,186,000.00*

- **Interim Trading Activity Dates**:

    o 05/15/20

- **August 15, 2020**: DK receives MNPI.

    o *Aggregate holdings as of August 15, 2020: $512,686,000.00*

    o DK did not trade GO or PBA Bonds between August 15, 2020 and September 30, 2020.

- **September 30, 2020**: Cleansing disclosure of Board & PSA Creditor Proposals[5]

    o *Aggregate holdings as of September 30, 2020: $512,686,000.00*

---

[2] *See* "Mediation-Related Cleansing Materials Reveal $6.9B Unrestricted Cash Estimate, Discuss Risks to Commonwealth Fiscal Plan," Reorg Research, October 18, 2019.
[3] *See* "AAFAF Posts Oversight Board Mediation Materials Related to Bank Account Analysis, Reorg Research, October 18, 2019.
[4] *See* "BREAKING: PROMESA Oversight Board Discloses 'Global Settlement' With Holders of $8B in GO, PBA Bonds," Reorg Research, February 9, 2020.
[5] *See* "Revised Plan Proposals From PROMESA Oversight Board, PSA Creditors Would Increase Cash Consideration by $2B, Lower Cap on Maximum Annual Debt Service; Proposals Differ Over Composition of Total Consideration," Reorg Research, September 30, 2020.

**Sculptor Capital Management ("Sculptor")**
**9 West 57th Street, 39th Floor, New York, NY 10019**

**Voluntary Disclosure of GO & PBA Bond Holdings**

- **April 22, 2019**: Sculptor receives MNPI.
    - Aggregate holdings as of April 22, 2019: $312,135,000.00
    - Sculptor did not trade GO or PBA Bonds between April 22, 2019 and June 16, 2019.

- **June 16, 2019**: Cleansing disclosure of Initial PSA[1]
    - Aggregate holdings as of June 16, 2019: $312,135,000.00

- **Interim Trading Activity Dates** (June 16, 2019 – October 1, 2019):
    - Sculptor initiated trades of GO and/or PBA Bonds on June 17-21, June 24-25, July 1, September 16 and 26, 2019.
    - Aggregate holdings at the end of this period: $378,683,000.00

- **October 2, 2019**: Sculptor receives MNPI.
    - Aggregate holdings as of October 2, 2019: $378,683,000.00
    - Sculptor did not trade GO or PBA Bonds between October 2, 2019 and October 18, 2019.

- **October 17 and 18, 2019**: Cleansing disclosure of Cash Restriction Analysis (disclosed on Oct. 17, 2019)[2] and Bank Account Analysis (disclosed on Oct. 18, 2019)[3]
    - Holdings as of October 18, 2019: $378,683,000.00

- **Interim Trading Activity Dates** (October 18, 2019 – October 24, 2019):
    - Sculptor initiated trades of GO and/or PBA Bonds on October 22-23, 2019.
    - Aggregate holdings at the end of this period: $342,798,000.00

- **October 25, 2019:** Sculptor receives MNPI.
    - Aggregate holdings as of October 25, 2019: $342,798,000.00
    - Sculptor did not trade GO or PBA Bonds between October 25, 2019 and February 9, 2020.

---

[1] *See* "Oversight Board Releases Executed PSA," Reorg Research, June 16, 2019.
[2] *See* "Mediation-Related Cleansing Materials Reveal $6.9B Unrestricted Cash Estimate, Discuss Risks to Commonwealth Fiscal Plan," Reorg Research, October 18, 2019.
[3] *See* "AAFAF Posts Oversight Board Mediation Materials Related to Bank Account Analysis, Reorg Research, October 18, 2019.

**Sculptor Capital Management ("Sculptor")**
**9 West 57th Street, 39th Floor, New York, NY 10019**

**Voluntary Disclosure of GO & PBA Bond Holdings**

- **February 9, 2020**: Cleansing disclosure of Amended PSA[4]

    o Aggregate holdings as of Feb. 9, 2020: $342,798,000.00

- **Interim Trading Activity Dates** (February 9, 2020 – August 14, 2020):

    o Sculptor initiated trades of GO and/or PBA Bonds on February 10-14, March 4-6, March 25, and July 6-7, 2020.

    o Aggregate holdings at the end of this period: $528,286,000.00

- **August 15, 2020**: Sculptor receives MNPI.

    o Aggregate holdings as of August 15, 2020: $528,286,000.00

    o Sculptor did not trade GO or PBA Bonds between August 15, 2020 and October 1, 2020.

- **September 30, 2020**: Cleansing disclosure of Board & PSA Creditor Counter Proposals[5]

    o Holdings as of September 30, 2020: $528,286,000.00

---

[4] *See* "BREAKING: PROMESA Oversight Board Discloses 'Global Settlement' With Holders of $8B in GO, PBA Bonds," Reorg Research, February 9, 2020.
[5] *See* "Revised Plan Proposals From PROMESA Oversight Board, PSA Creditors Would Increase Cash Consideration by $2B, Lower Cap on Maximum Annual Debt Service; Proposals Differ Over Composition of Total Consideration," Reorg Research, September 30, 2020.