# Reorg

*2020-10-11 16:46:41*

Puerto Rico

## BREAKING: PROMESA Oversight Board Discloses 'Global Settlement' With Holders of $8B in GO, PBA Bonds

Sun 02/09/2020 18:05 PM

*Editor's Note: A prior version of this story incorrectly stated that the amended plan support agreement contemplates an $11 billion reduction in Puerto Rico's debt and other liabilities. The story has been updated to reflect that the deal reflects a debt reduction of approximately $24 billion, from about $35 billion to about $11 billion.*

In a filing posted to EMMA, the PROMESA oversight board has just disclosed that it has reached a "global settlement" and entry into an amended plan support agreement with holders of approximately $8 billion in general obligation, or GO, and Public Buildings Authority, or PBA, bonds. The settlement builds upon the proposed September 2019 plan of adjustment, which had the support of holders of approximately $3 billion in GO and PBA bonds, and contemplates the filing of an amended plan of adjustment that would consensually restructure approximately $35 billion of outstanding liabilities.

**The oversight board states in the filing that it intends to file an amended plan of adjustment on or before Feb. 28.** The amended deal calls for an average 30% haircut for bondholders, a $24 billion reduction in Puerto Rico's debt and other liabilities from $35 billion to $11 billion and protecting existing pension agreements with government employees, according to the filing. The filing also states that the PSA provides a framework for a plan of adjustment with $10.7 billion of new debt and $3.8 billion of cash as consideration. The security structure of the new debt would be divided evenly between GO bonds and COFINA junior bonds. That 50-50 split differs from the previous PSA, which contemplated 100% GO bonds.

Additionally, the filing states that through the mediation process, the oversight board says that it has **reached a settlement on both the validity of the post-2011 GO bonds and on the priority of the GO bonds**. Under the settlement of the GO bond priority litigation, the oversight board indicates that it has realized $6.8 billion in total upfront savings and $11 billion of total debt service savings. With respect to the GO bond validity litigation, the oversight board cites $435 million in total upfront savings and $704 million of total debt service savings. According to the filing, the oversight board asserts that the settlement will protect the funding of the pension trust and the ongoing payments to retirees.

The settlement does not include other bond litigation, including ERS bonds, bond subject to clawback or claims against underwriters or other avoidance actions, the filing says.

More to come....

This publication has been prepared by Reorg Research, Inc. or one of its affiliates (collectively, "Reorg") and is being provided to the recipient in connection with a subscription to one or more Reorg products. Recipient's use of the Reorg platform is subject to Reorg's Terms of Use or the user agreement pursuant to which the recipient has access to the platform (the "Applicable Terms"). The recipient of this publication may not redistribute or republish any portion of the information contained herein other than with Reorg's express written consent or in accordance with the Applicable Terms. The information in this publication is for general informational purposes only and should not be construed as legal, investment, accounting or other professional advice on any subject matter or as a substitute for such advice. The recipient of this publication must comply with all applicable laws, including laws regarding the purchase and sale of securities. Reorg obtains information from a wide variety of sources, which it believes to be reliable, but Reorg does not make any representation, warranty, or certification as to the materiality or public availability of the information in this publication or that such information is accurate, complete, comprehensive or fit for a particular purpose. Recipients must make their own decisions about investment strategies or securities mentioned in this publication. Reorg and its officers, directors, partners and employees expressly disclaim all liability relating to or arising from actions taken or not taken based on any or all of the information contained in this publication. © 2020 Reorg. All rights reserved. Reorg® is a registered trademark of Reorg Research, Inc.

© Copyright 2012 - 2020