Case:17-03283-LTS Doc#:14554-6 Filed:10/13/20 Entered:10/13/20 15:40:03 Desc: Exhibit Confidentiality Order 2020 Page 1 of 2

Case:17-03283-LTS Doc#:8680 Filed:09/11/19 Entered:09/11/19 14:53:21 Desc: Main Document Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### ORDER REGARDING MEDIATION CONFIDENTIALITY RESTRICTIONS

    On July 24, 2019, the Court entered an Order (see Docket Entry No. 8244) imposing a stay of various adversary proceedings, as well as contested matters, and directing certain parties to participate in a mandatory procedural and substantive mediation process. Additional matters and parties have subsequently been made subject to that Order. As stated on the record at the omnibus hearing held on September 11, 2019, various media reports have indicated that unnamed sources have disclosed what purport to be very specific details regarding the ongoing mediation activities.

    The mediation process in this case was established as a confidential one. (See Docket Entry No. 430.) For the avoidance of doubt and in order to safeguard the confidentiality and efficacy of the ongoing mediation efforts, the Court hereby orders that all participants in the mediation process are bound by the confidentiality restrictions imposed by this Court and the Mediation Team. In the event that any further breaches of mediation confidentiality appear to

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

occur, the Court will not hesitate to take appropriate action to determine the source of the leak and to evaluate whether to impose sanctions as may be appropriate.

       SO ORDERED.

Dated: September 11, 2019

                                              /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         United States District Judge