**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA DE PONCE**

603

| | |
|---|---|
| **ROSA HERMIDA VELEZ TORRES**<br>PETICIONARIA<br><br>EX-PARTE<br><br>**GUMERCINDA MARIA TORRES MERCADO**<br>*t/c/c GUMERSINDA MARIA TORRES*<br>*MERCADO t/c/c GUMERSINDA TORRES*<br>*MERCADO*<br>(CAUSANTE) | CIVIL   NUM:<br><br>JJV2012-0651<br><br>SOBRE:<br>**DECLARATORIA DE HEREDEROS** |

## *RESOLUCIÓN*

La parte Peticionaria presentó ante este Tribunal una Petición de Declaratoria de Herederos acompañada de los documentos pertinentes y necesarios, solicitando el que se emita Resolución declarando los herederos de la Sra. **GUMERCINDA MARIA TORRES MERCADO** *t/c/c GUMERSINDA MARIA TORRES MERCADO t/c/c GUMERSINDA TORRES MERCADO*. Luego de examinar toda la documentación y atender la solicitud de la Declaratoria de Herederos, este Tribunal hace las siguientes determinaciones:

La peticionaria, **ROSA HERMIDA VELEZ TORRES**, es mayor de edad, soltera, con número de seguro social número xxx-xx-5688 y vecina de Ponce, Puerto Rico.  Su dirección física y postal es la siguiente: Calle G-A, P-39 Nueva Vida, Ponce, Puerto Rico 00728.

La causante **GUMERCINDA MARIA TORRES MERCADO** *t/c/c GUMERSINDA MARIA TORRES MERCADO t/c/c GUMERSINDA TORRES MERCADO*, falleció el 16 de marzo de 2012 en Ponce, Puerto Rico, según consta del Certificado de Defunción, el cual se presentó como evidencia. La causante murió siendo viuda del Sr. Ramón Vélez Padua *t/c/c* Ramón

Vélez, quien a su vez falleció el 11 de diciembre de 1991 en Ponce, Puerto Rico, y para el cual se realizó la correspondiente Declaratoria de Herederos en el caso TD93-2548, ante el Tribunal de Primera Instancia, Sala de Ponce, la cual se presentó como evidencia.

Según la información provista por la Peticionaria, al momento de fallecer la causante, su último domicilio fue el siguiente: Calle G-A, P-39 Nueva Vida, Ponce, Puerto Rico 00728. La causante dejó bienes sujetos a partición en Puerto Rico.

En el matrimonio de la causante con el Sr. Ramón Vélez Padua *t/c/c* Ramón Vélez, estos procrearon los siguientes siete (7) hijos:

a) *ROSA HERMIDA VELEZ TORRES,* mayor de edad, con seguro social número xxx-xx-5588, soltera y vecina de Ponce, Puerto Rico, nacida el 3 de junio de 1953 en Ponce, Puerto Rico, según consta del Certificado de Nacimiento, el cual se anejó como evidencia.

b) **LIDIA ESTHER VELEZ TORRES**, mayor de edad, número de seguro social xxx-xx-4301, casada y vecina de Ponce, Puerto Rico, nacida el 26 de marzo de 1942 en Ponce, Puerto Rico, según consta del Certificado de Nacimiento, el cual se anejó como evidencia.

c) **CARMEN LEIDA VELEZ TORRES**, mayor de edad, con número de seguro social xxx-xx-6342, soltera y vecina de Ponce, Puerto Rico, nacida el 21 de octubre de 1946 en Ponce, Puerto Rico, según consta del Certificado de Nacimiento, el cual se anejó como evidencia.

d) **SAMUEL VELEZ TORRES**, mayor de edad, con número de seguro social xxx-xx-0626, soltero y vecino de Ponce, Puerto Rico, nacido el 22 de abril de 1949 en Ponce, Puerto Rico, según

consta del Certificado de Nacimiento, el cual se anejó como evidencia.

e) **LUIS ALFREDO VELEZ TORRES**, mayor de edad, con número de seguro social xxx-xx-0398, casado y vecino de Ponce, Puerto Rico, nacido el 31 de agosto de 1951 en Ponce, Puerto Rico, según consta del Certificado de Nacimiento, el cual se anejó como evidencia.

f) **SARA VELEZ TORRES**, mayor de edad, con seguro social número xxx-xx-0494, casada y vecina de Ponce, Puerto Rico, nacida el 19 de septiembre de 1940 en Adjuntas, Puerto Rico, según consta del Certificado de Nacimiento, el cual se anejó como evidencia.

g) **HECTOR RAMON VELEZ TORRES**, nacido el 29 de julio de 1944 en Ponce, Puerto Rico y quien falleció el 29 de noviembre de 2008, en Ponce, Puerto Rico, según consta del Certificado de Defunción, el cual se anejó como evidencia. Al momento de fallecer su último domicilio era: Barrio San Patricio, Sector La Mocha, Carr. 503 km 20.8, Ponce, Puerto Rico, 00731-9711. Como éste **premurió** a la causante *GUMERCINDA MARIA TORRES MERCADO t/c/c GUMERSINDA MARIA TORRES MERCADO t/c/c GUMERSINDA TORRES MERCADO*, en representación de él se encuentran sus <u>únicos</u> cinco (5) hijos, ya que este no procreó ni adoptó ninguno otro:

   1. **Héctor Gabriel Vélez Vázquez**, nacido el 28 de marzo de 1968 en Ponce, Puerto Rico y quien falleció siendo menor de edad el 18 de diciembre de 1984, en Bayamón, Puerto Rico, según consta del Certificado de Defunción, el cual se anejó como evidencia.

   2. **Carlos Vélez Vázquez**, mayor de edad, casado, con seguro social número xxx-xx-5929 y vecino Ponce, Puerto Rico, nacido el 18 de abril de 1969 en Ponce,

Puerto Rico, según consta del Certificado de Nacimiento, el cual se anejó como evidencia.

3. **José Luis Vélez Vázquez**, mayor de edad, soltero, con seguro social xxx-xx-5968 y vecino de Adjuntas, Puerto Rico, nacido el 12 de agosto de 1971, en Adjuntas, Puerto Rico, según consta del Certificado de Nacimiento, el cual se anejó como evidencia.

4. **Martín Vélez Vázquez**, mayor de edad, soltero, con seguro social xxx-xx-5982 y vecino de Ponce, Puerto Rico, nacido el 12 de agosto de 1971 en Adjuntas, Puerto Rico, según consta del Certificado de Nacimiento, el cual se anejó como evidencia.

5. *Zulma Vélez Vázquez,* mayor de edad, soltera, con seguro social xxx-xx-6014 y vecina de Ponce, Puerto Rico, nacida el 14 de mayo de 1977 en Ponce, Puerto Rico, según consta del Certificado de Nacimiento, el cual se anejó como evidencia.

Además de dichos herederos antes mencionados, la causante *GUMERCINDA MARIA TORRES MERCADO t/c/c GUMERSINDA MARIA TORRES MERCADO t/c/c GUMERSINDA TORRES MERCADO*, no procreó o adoptó otros hijos que aquéllos mencionados en dicha petición.

La causante, *GUMERCINDA MARIA TORRES MERCADO t/c/c GUMERSINDA MARIA TORRES MERCADO t/c/c GUMERSINDA TORRES MERCADO*, falleció sin otorgar testamento o memoria alguna, hecho que le consta a la peticionaria, por no haberse encontrado entre sus papeles y pertenencias documento alguno de última voluntad a pesar de la búsqueda efectuada por ella, así como por la Certificación Negativa de Testamento, expedida por el Tribunal Supremo de Puerto Rico, la cual se presentó en evidencia.

Los nombres de las personas con derecho a la herencia o sucesión de *GUMERCINDA MARIA TORRES MERCADO t/c/c GUMERSINDA MARIA TORRES MERCADO t/c/c GUMERSINDA TORRES MERCADO*, son sus seis (6) hijos y sus cuatro (4) nietos, respectivamente: **Rosa Hermida Vélez Torres, Lidia Esther Vélez Torres, Carmen Leida Vélez Torres, Samuel Vélez Torres, Luis Alfredo Vélez Torres, Sara Vélez Torres, Carlos Vélez Vázquez, José Luis Vélez Vázquez, Martín Vélez Vázquez, Zulma Vélez Vázquez,** cuyas circunstancias se expresaron anteriormente.

De conformidad con la prueba documental sometida y examinada la petición jurada y luego de verificar la misma cumple con lo establecido en el Código de Enjuiciamiento Civil de Puerto Rico, Artículo 552, 32 L.P.R.A. §2301; el Tribunal declara **CON LUGAR** la misma y, en consecuencia, declara como únicos y universales herederos de la causante, de *GUMERCINDA MARIA TORRES MERCADO t/c/c GUMERSINDA MARIA TORRES MERCADO t/c/c GUMERSINDA TORRES MERCADO*, a: **Rosa Hermida Vélez Torres, Lidia Esther Vélez Torres, Carmen Leida Vélez Torres, Samuel Vélez Torres, Luis Alfredo Vélez Torres, Sara Vélez Torres, Carlos Vélez Vázquez, José Luis Vélez Vázquez, Martín Vélez Vázquez, Zulma Vélez Vázquez,** estos últimos cuatro (4) en representación de su padre e hijo de la causante, **Héctor Ramón Vélez Torres.**

**REGÍSTRESE Y NOTIFÍQUESE:**

En Ponce, Puerto Rico, a 3 de agosto de 2012.

JUEZ SUPERIOR
ROSALINE SANTANA RIOS
JUEZ SUPERIOR

# En el Registro de la Propiedad de ___ADJUNTAS___ Puerto Rico

GONZALO TORRES MALDONADO

**Sobre:**

DECLARATORIA DEHEREDEROS

**Promovente:**

## INSTANCIA AL HON. REGISTRADOR DE LA PROPIEDAD

## ARMANDO IRIZARRY HERNANDEZ
### Abogado de la Parte Promovente

EN EL TRIBUNAL SUPERIOR DE PUERTO RICO
SALA DE PONCE

GONZALO TORRES MALDONADO                    CIVIL NUM. CS-69 - 3134

Peticionario

EX PARTE                                                    sobre:

DECLARATORIA DE HEREDEROS

S E N T E N C I A

POR CUANTO: El peticionario en este caso radicó solicitud sobre declaratoria de herederos alegando en síntesis: que es mayor de edad, soltero y vecino de Adjuntas, Puerto Rico; que Martín Torres Torres, siendo mayor de edad, casado con Monserrate Mercado Martínez, propietario y vecino de Adjuntas, Puerto Rico, lugar de su último domicilio, falleció en dicho pueblo, el día 20 de noviembre de 1925, dejando como sus únicos y universales herederos a sus hijos legítimos llamados, Gonzalo, Dulce Nombre de Jesús, Emeterio, Gumersinda María y Geralda de apellidos Torres Mercado, y a su esposa, Monserrate Mercado Martínez.

Que Monserrate Mercado Martínez, siendo mayor de edad, viuda de Martín Torres Torres, propietaria y vecina de ponce, Puerto Rico, falleció en dicha ciudad, lugar de su último domicilio el día 8 de mayo de 1953, dejando como sus únicos y universales herederos a sus hijos legítimos llamados, Gonzalo, Dulce Nombre de Jesús, Emeterio, Gumersinda María y Geralda de apellidos Torres Mercado.

POR CUANTO: Celebrada la vista del caso el día 20 de agosto de 1969, con la asistencia del peticionario y su abogado, se presentó evidencia testifical y documental en apoyo a su solicitud, probándose a satisfacción del Tribunal los hechos de la misma

POR TANTO: El Tribunal dicta sentencia declarando con lugar la petición y declarando únicos y universales herederos de los causantes a las personas mencionadas como tales anteriormente.

Regístrese y notifíquese.

Dada en ponce, Puerto Rico, a 30 de octubre de 1969.

(fdo)

Víctor Vargas Negrón
JUEZ SUPERIOR

CERTIFICO es copia fiel y exacta del contenido de su original.

Ponce, P. R., a 4 de novbe de 196 9

R Colón
Secretario

Por: A L Montero
Subsecretario

Sr. Registrador
Registro De la Propiedad
Sección de ~~Ponce~~ Adjuntas

# I N S T A N C I A

Con vista de la Sentencia sobre Declaratoria de Herederos dicta-
da por el Tribunal Superior de Puerto Rico, Sala de Ponce, en el
caso civil número CS-69-3134 sírvase inscribir a favor de los he-
rederos de Martín Torres Torres, las participaciones que les co-
rresponden en las propiedades descritas anteriormente.

NUMERO UNO: Predio de terreno dedicado a café, plátanos, pas-
tos sito en el Barrio Portuguez del término Muncipal de Ad-
juntas, con cabida de diez y seis y media cuerdas,equivalen-
te a siete hectáreas, treinta y tres áreas, quince centiáreas
y linda al Este, con don Ambrosio Díaz y Juan Hilario Rangel,
al Rur, con don José Manuel Cornier y Rivera, al Oeste con
la Sucesión de don Nicomedes Maldonado y al Norte con el ex-
presado con Juan Hilario Rangel y la referida Sucesión Maldo-
nado. Contiene este predio las siguientes casas: Casa de made-
ra del país, terrera, con balcón techada de hierro galvaniza-
do, teniendo su cocina anexa, la cual mide ocho metros de -
frente por seis metros de fondo.  Otra casa de maderas, del
país, terrera, techada de zinc, sin balcón destinada a depósi-
to de provisiones y frutos de la misma finca,decinco metros de
frente por cuatro de fundo, y dos bohíos techados y cercados
de yaguas y piso de maderas del país destinados a vivienda de
los peones.

Inscrita al folio 20 del tomo 33 de Adjuntas, finca número
1,551 , inscripción cuarta.

-NUMERO DOS: Predio de terreno radicado en el Barrio Portugués
término municipal de Adjuntas con cabida deseis cuerdas, equi-
valentes a dos hectáreas, treinta y cinco áreas y ochenta y-
dos hectáreas, dedicadas a café y plátanos. --Linda por el Nor-
te, con terrenos de don Ignacio Maldonado, Sur, con terrenos
de doña Gregoria Maldonado, Este Terrenos de doña Mercedes -
Maldonado y por el Oeste, con otros terrenos de don Ambrosio
Díaz.  Los puntos son desde un corcho limitado con José Ma-
nuel Corniel a una guaba, de ésta con Antonio Ruiz a un gua-
raguao en la boca de una quebrada seca, de allí con don Juan
Baué a un capá prieto y de éste con don Ambrosoio Díaz, hasta
lµgar al primera punto.

Inscrita al folio 24 del tomo 33 de Adjuntas, finca número
1,552, inscripción cuarta.

Se acompaña la suma de $_____ en pago del arancel correspon-
diente.



Atentamente,

ARMANDO IRIZARRY HERNANDEZ

Sr. Registrador
Registro de la Propiedad
Sección de Adjuntas


I N S T A N C I A


Con vista de la sentencia sobre declaratoria de herederos dic-
tada por el Tribunal Superior de Puerto Rico, Sala de Ponce, en el
caso civil número CS-69-3134 sírvase inscribir a nombre de los
herederos de Monserrate Mercado Martínez, las participaciones que
les corresponde en las propiedades descritas anteriormente.

NUMERO UNO: Predio de terreno dedicado a café, plátanos, pas-
tos, sito en el Barrio Portugués del término municipal de
Adjuntas, con cabida de diez y seis y media cuerdas, equiva-
lentes a siete hectáreas, treinta y tres áreas, quince centi-
áreas y linda al Este con don Ambrosoio Díaz y Juan Hilario
Rangel, al Sur, con don José Manuel Cornier y Rivera al Oes-
te con la Sucesión de don Nicomedes Maldonado y al Norte con
el expresado don Juan Hilario Rangel y la referida Sucesión
Maldonado.  Contiene este predio las siguientes casas: Casa
de maderas del país, terrera, con balcón techada de hierro
galvanizado teniendo su cocina anexa, la cual mide ocho metros
de frente por seis metros de fondo, otra casa de maderas del
país terrera, techada de zinc, sin balcón destinada a depósi-
to de provisiones y frutos de la misma finca, de cinco metros
de frente por cuatro de fondo y dos bohíos techados de yagua
y cercados de yaguas, y piso de maderas del país destinados a
vivienda de los peones.

Inscrita al folio 20 del tomo 33 de Adjuntas, finca número
1,551, inscripción cuarta.

NUMERO DOS:  Predio de terreno radicado en el Barrio Portu-
gués término municipal de Adjuntas con cabida de seis cuerdas
equivalentes a dos hectáreas, treinta y cinco áreas y ochenta
y dos hectáreas, dedicadas a café y plátanos.  Linde poar, -
digo Linda por el Norte con terrenos de don Ignacio Maldonado
Sur, Linda con terrenos de doña Gregoria Maldonado, Este te-
rrenos de doña Mercedes Maldonado y por el Oeste, con otros
terrenos de don Ambrosio Díaz.  Los puntos son desde un cor-
cho limitando con José Manuel Corniel a una guaba, de ésta
con Antonio Ruiz a un guaraguao en la boñca de una quebrada
seca, de allí con don Juan Bagué a un capá=prieto y de éste
con don Ambrosio Díaz, hasta llegar al primer punto.

Inscrita al folio 24 del tomo 33 de Adjuntas, finca nú-
mero 1,552, inscripción cuarta.

Se acompaña la suma de $_____ den sellos de Rentas Inter-
nas en pago del arancel correspondiente.

Atentamente,

ARMANDO L. ZARRY HERNANDEZ





DEPARTAMENTO DE JUSTICIA
REGISTRO DE LA PROPIEDAD
SECCION DE OTOÑO PR.

# CERTIFICACION

relativa a la finca número __1714__

inscrita al folio __157__ del tomo __37__

de __Adjuntas__

Expedida en __21__ de __junio__ de __1996__

a instancia de __DOÑA LYDIA E. VELEZ__



*Estado Libre Asociado de Puerto Rico*
*Departamento de Justicia*
*Registro de la Propiedad*
Sección de Utuado

20 Junio 96
_____
Fecha

LCDA. DORIS M. DE FIGUEROA
Registrador de la Propiedad
Sección de UTUADO

Estimada señora Registradora:

Por la presente solicito CERTIFICACION REGISTRAL de la finca número *1714*
inscrita al folio *157* del Tomo *37* de *Adjuntas* en cuanto a
los siguientes extremos:

_____ A) Descripción de la propiedad, cargas y gravámenes.

_____ B) En relación a la escritura # _____ otorgada en
_____ el _____ de _____ de
_____ ante el notario _____
presentada al Asiento _____ del Diario _____.

_____ C) En relación a la escritura número _____ otorgada
el _____ de _____ de _____ ante el
notario _____ que fue inscrita a
virtud de otra copia al folio _____ del Tomo _____
de _____, finca número _____, inscrip-
ción _____.

_____ D) Certificación literal de todas las inscripciones.

_____✓_____ E) Certificación literal de las siguientes inscripciones
*ya* _____; _____; _____; _____

*Falo copia*

Adjunto le incluyo COMPROBANTE por la suma de *$6.60* Número *4320837*

Cordialmente,

*Lydia R. Velez*

*Calle GA 120 Nueva Vida, Ponce, P.R.*
Dirección
*00731*

*841-2081*
_____
Teléfono

ESTADO LIBRE ASOCIADO DE PUERTO RICO

D E P A R T A M E N T O D E J U S T I C I A

REGISTRO DE LA PROPIEDAD

Sección de Utuado PR

Yo, Lic. _____ do. JOSE M. ROMAN _____ Registrador de la Propiedad de Puerto Rico, Sección DE UTUADO

a solicitud de _____ DOÑA LYDIA E. VELEZ _____ pidiendo se libre Certificación fotocopiada de la(s) Inscripción(es) de la finca ——

número ___ 1714 ___ de ___ Adjuntas _____

C E R T I F I C O

Que lo(s) Asiento(s) que forma(n) parte del historial de la finca número _____ 1714 _____ son fotocopias selladas e iniciadas ——

de lo(s) folio(s) ___ 157, 157/vto. _____

de la finca inscrita a los Tomo(s) ___ 37 ___ de _____ Adjuntas _____

Que no se Certifica en cuanto a otros extremos por no haberse solicitado. Expido la presente en ___ Utuado _____, Puerto Rico,

siendo las ___ 3:00pm. ___ del día ___ 21 ___ de ___ Junio ___ de 198 96 .

DERECHOS $ 6.00

NUM. 3 ARANCEL

COMPROBANTE NUM. 4320837

REGISTRADOR DE LA PROPIEDAD



Sec. Expropiam

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE SAN JUAN**
**SAN JUAN, PUERTO RICO**

**LA AUTORIDAD DE CARRETERAS Y**
**TRANSPORTACIÓN DE PUERTO RICO**
representada por el Honorable
Secretario del Departamento de
Transportación y Obras Públicas
de Puerto Rico

Peticionaria

Vs.

**SUCN. MARTIN TORRES TORRES**
**Y MONSERRATE MERCADO**

Parte con Interés

CIVIL NÚM. KEF- 2011-

Sala: 100

SOBRE:

EXPROPIACION FORZOSA

**EMPLAZAMIENTO**

**ESTADOS UNIDOS DE AMERICA**
**EL PRESIDENTE DE LOS EE.UU.**
**EL ESTADO LIBRE ASOCIADO DE P. R.**

**A: Gumercinda Torres Mercado**

**Dirección:**

**Carr. 10, Km. 24.6 Interior**
**Bo. Guaraguao, Sector Rodríguez**
**Ponce, PR 00731**
**HC-08 Box 1274**
**Ponce, PR**

parte y/o entidad con interés.

Por el presente se le emplaza y requiere, que notifique con copia de su contestación a la Petición, cuya copia se le entrega con este emplazamiento, al abogado de la Peticionaria:

**Lcda. Aida Arroyo Díaz**
**Autoridad de Carreteras y Transportación**
**PO Box 42007**
**San Juan PR 00940-2007**
**Tel. 787-721-8787, Ext. 1229**

En adición se le notifica que:

a) Si usted desea presentar objeción o defensa por la incautación de la propiedad, debe radicar su contestación en este Tribunal y notificar al abogado de la parte peticionaria a la dirección antes mencionada, dentro del término de veinte (20) días, y si no lo hiciere, renunciará a todas las defensas y objeciones, en la vista sobre justa compensación podrá ofrecer evidencia en cuanto a la cuantía y y compensación que debe pagarse por su propiedad y podrá participar en la distribución de la suma adjudicada.

EMPLAZAMIENTO                    -2-

   b)    Debe notificar al Tribunal cualquier cambio de dirección, bien sea postal o
residencial, a los fines de ser notificado de cualquier señalamiento, orden, resolución o
sentencia; disponiéndose que si cambia usted de dirección y no lo notifica, esto no podrá
ser obstáculo para celebrar en su ausencia cualquier vista, y para que luego se le
notifique la orden, resolución o sentencia a la dirección que aparece en el expediente del
caso.

   c)    Para retirar los fondos consignados a su favor debe acreditar su título sobre
el terreno, estructura o derecho expropiado, trayendo consigo los documentos que
evidencien su título.  De existir algún gravamen hipotecario, embargo registrado, deuda
por concepto de contribuciones sobre la propiedad, mención de precio aplazado, etc.,
debe traer consigo y remitir al Tribunal y al abogado de la Peticionaria, evidencia
acreditativa de que los ha pagado o algún documento donde el acreedor autorice que los
fondos le sean entregados a usted.

   Si los fondos consignados pertenecen a los miembros de alguna sucesión debe
acreditarse quienes son, mediante la correspondiente Declaratoria de Herederos y el
Relevo o Certificación de Cancelación de Gravámenes Sobre Herencia o Bienes Relictos,
expedido por el Departamento de Hacienda.

   En San Juan, Puerto Rico, a ___ de MAY 1 8 2011 de _____.

                                                      LCDA. REBECCA RIVERA TORRES
                                                      SECRETARIA REGIONAL

                                                      *Amarilis Rodríguez Hani*
                                                      *Secretaria Auxiliar*

## DILIGENCIAMIENTO POR ALGUACIL

Yo, _____, previamente juramentado, Declaro:

   Que me llamo como queda dicho, soy mayor de edad, sé leer y escribir, no soy

parte ni abogado en el caso, no tengo interés en el mismo.

   Que recibí este emplazamiento el día _11_ de ____07____ de _2011_,

notificándolo personalmente a _____parte y/o entidad con interés, el día _14_ de

07 de 20K, a las _10:50_ en ___Pona_____, Puerto Rico, entregándole copia de

la Petición y copia de este Emplazamiento en el cual hice constar, bajo mi firma, la fecha

lugar de su entrega.

                                        **Diligenciante**

   Jurado y suscrito ante mí por _____, quien es mayor de edad,

_____, y vecino de _____, Puerto Rico, a quien conozco

personalmente, en San Juan, Puerto Rico, a___ de _____ de _____.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE SAN JUAN**

ESTADOS UNIDOS DE AMERICA          )
EL PRESIDENTE DE LOS ESTADOS UNIDOS) SS

**EL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

POR CUANTO: Con fecha ___ de _____ de _____Hon. _____,

Juez de este Tribunal dictó una Resolución en el caso de epígrafe, copia de la cual se

acompaña con este Mandamiento, haciéndose formar parte del mismo, en la que procede,

entre otras, que se notifique y entregue una copia de dicha Resolución a las partes con

interés, o en ausencia de éstas, a la persona o persona encargadas de la propiedad objeto

de este procedimiento y en el caso que después de haber notificado a dichas personas y

haber transcurrido el término concedido por el Tribunal para entregar la posesión material

de las propiedades sin que lo hayan hecho, proceda a hacer entrega designada en la

referida Resolución o a sus agentes, subalternos o representantes autorizados.

POR TANTO, por la presente se le requiere y ordena a usted, alguacil, se sirva dar

cumplimiento a lo mandado en la referida Resolución y luego de lo cual deberá usted

devolver el original de este Mandamiento con la debida constancia de las diligencias

practicadas por usted en su cumplimiento.

Extendida bajo mi firma y sello de este Tribunal, en San Juan, Puerto Rico, a

___ de _____ MAY 1 8 2011 de _____.



Secretaria

*Amarilis Rodrí...*
*Secretaria Auxil...*

Por: _____

Subsecretaria

## CERTIFICADO DE DILIGENCIAMIENTO

Yo, _Edita Col_ _____, alguacil, Certifico:

Que recibí el presente Mandamiento el día _11_ de _07_ de _2011_, y en cumplimiento con lo ordenado en el mismo, procedí a notificarlo a las siguientes partes con interés:

Dumercindo Torres Mercedo
Calle J A P 39
Nueva Vida, El Tuque

00728

En _Ponce_, Puerto Rico, a la(s) de la _10:50_ del día _14_ de _07_ de _2011_.

_Edita Col_
**Alguacil**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

LA AUTORIDAD DE CARRETERAS Y
TRANSPORTACION DE PUERTO RICO

PETICIONARIA

VS.

Adquisición de 29,292.039 metros
cuadrados de terreno radicados
en el Barrio Portugués del término
municipal de Adjuntas, Puerto
Rico,

Y

Sucn. Martin Torres Torres y
Monserrate Mercado Martínez,
compuesta por: Sucn. de Jesus
Torres Mercado, hoy su Sucn.
compuesta por: Inés Torres
Vazquez; Gonzalo Torres Mercado,
hoy su Sucn., compuesta por Cruz
Torres Maldonado, Rosa Torres
Maldonado y, Carlos, Wilfredo,
Gonzalo, Inés, Ada y Josefina de
apellidos Torres Maldonado, Alicia
Torres Maldonado, hoy su sucesión,
compuesta por, Wanda, Johana, Aixa
y Linneth, de apellidos Escobales
Torres, Gumersinda y Geralda Torres
Mercado, Emeterio Torres Mercado,
hoy su sucesion, compuesta por,
Jorge, Narciso, Angela, Ana Luisa,
Raquel, Carmen y Josefina de
apellidos Torres Colón, John
Doe y Richard Roe,

Parte con Interés

CASO NUM. KEF-2010-

K EF 11 022

1003

SOBRE:

EXPROPIACION FORZOSA

PAG. 01

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE SAN JUAN

AUT DE CARRETERAS Y TRANSP DE PR
----------------------------------------
DEMANDANTE
VS.
TORRES TORRES, MARTIN (SUCN)
----------------------------------------
DEMANDADO

CASO NUM:  K EF2011-0022
SALON: 1003

EXPROPIACION FORZOSA
EXPROPIACION FORZOSA
CAUSAL/DELITO

VELEZ, ROSA EN REP. DE GUMERSIDA TORRES
NUEVA VIDA CALLE GA P39
EL TUQUE
PONCE PR 00728

N O T I F I C A C I O N

CERTIFICO QUE EN RELACION CON MOCION SOLIC ENMIENDA A EXHIBIT A - EL DIA
19 DE AGOSTO DE 2013    EL TRIBUNAL DICTO LA RESOLUCION ----------- QUE SE
TRANSCRIBE A CONTINUACION:

NOTA:  SE ANEJA ORDEN, RESOLUCION Y EXHIBIT A ENMENDADO.

FDO.  LETICIA D. ORTIZ FELICIANO
JUEZ

CERTIFICO  ADEMAS QUE EN EL DIA DE HOY  ENVIE POR CORREO  COPIA DE ESTA
NOTIFICACION A LAS SIGUIENTES PERSONAS A SUS DIRECCIONES INDICADAS, HABIENDO
EN ESTA MISMA FECHA ARCHIVADO EN LOS AUTOS COPIA DE ESTA NOTIFICACION.

ARROYO DIAZ AIDA
CENTRO GUBERNAMENTAL MINILLAS
EDIFICIO SUR   OFICINA LEGAL
SAN JUAN, PR 00908

ESCOBALES TORRES, IXCIA
HC-02 BOX 6425
ADJUNTAS PR 00601-9604

PAG. 02

CASO NUM:K EF2011-0022
SALON:1003

ESCOBALES TORRES, WANDA
HC-02 BOX 6425
ADJUNTAS PR 00601-9604

TORRES COLON, ANA LUISA
BOX 982
YAUCO PR 00698

TORRES COLON, ANGELA
CALLE QUETZAL 2070
COM PUNTA DIAMANTE
PONCE PR 00728-2392

TORRES COLON, CARMEN
125 PUTNAM AVENUE
APT 317
HAMDEM CT 06517

TORRES COLON, JORGE
1205 PUNTA DIAMANTE
PONCE PR 00728

TORRES COLON, JOSEFINA
646 ADAMS AVE
PHILADELPHIA
PA 17120

TORRES COLON, NARCISO
1630 KENDRICK DR. APT D
KISSIMMEE FL 34741

TORRES COLON, RAQUEL
URB VILLA DEL CARMEN
NO 3205 CALLE TOSCANIA
PONCE PR 00716

TORRES MALDONADO, ADA
HC-08
BUZON 443
PONCE PR 00731-9707

TORRES MALDONADO, CARLOS
HC 09 BOX 1458
PONCE PR 00731

PAG. 03

CASO NUM:K EF2011-0022
SALON:1003

TORRES MALDONADO, CRUZ
HC-01 BOX 3790
ADJUNTAS PR 00601-9708

TORRES MALDONADO, GONZALO
URB VILLA DEL CARMEN
4649 AVE CONSTANCIA
PONCE PR 00716

TORRES MALDONADO, INES
PO BOX 640
ADJUNTAS PR 00601

TORRES MALDONADO, JOSEFINA
HC-08 BUZON 1273
PONCE PR 00731-9707

TORRES MALDONADO, ROSA
CALLE 7 P-20
EL MADRIGAL
PONCE PR 00730

TORRES MALDONADO, WILFREDO
HC-01 BOX3790
ADJUNTAS PR 00601

TORRES MERCADO, GERALDA
COND CHURCHILL PARK
BOX 22
SAN JUAN, PR 00926

TORRES MERCADO, GUMERSINDA
NUEVA VIDA CALLE GA
P39 EL TUQUE
PONCE PR 00728

TORRES VAZQUEZ, INES
HC 08 BOX 1272
PONCE PR 00731

VALENTIN TORRES, DAMARIS (HIJA)
COND CHURCHILL PARK
BOX 22
SAN JUAN PR 00926

SAN JUAN, PUERTO RICO, A 03 DE SEPTIEMBRE DE 2013

LCDA. REBECCA RIVERA TORRES
------------------------------------------------
SECRETARIO
POR: EMMA I. HERNANDEZ ADAMES
------------------------------------------------
SECRETARIO AUXILIAR

O.A.T.750-NOTIFICACION DE RESOLUCIONES Y ORDENES
WWW.RAMAJUDICIAL.PR/TELETRIBUNALES(787)759-1888/ISLA 1-877-759-1888 LIBRE DE COSTO

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE SAN JUAN**
**SALA SUPERIOR**

| | |
|---|---|
| AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO <br> **parte peticionaria** <br><br> V. <br><br> SUCN. MARTÍN TORRES TORRES Y OTROS <br> **parte con interés** | CIVIL NÚM.: **KEF2011-0022** <br> SALA: 1003 <br><br> SOBRE: <br><br> EXPROPIACIÓN FORZOSA |

**ORDEN**

En cuanto a la "Moción de enmienda al Exhibit A" presentada por la parte peticionaria, el Tribunal dispone lo siguiente:

**Ha lugar. Véase Resolución enmendándolo.**

NOTIFÍQUESE.

En San Juan, Puerto Rico, a 19 de agosto de 2013

**LETICIA D. ORTIZ FELICIANO**
**JUEZ SUPERIOR**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE SAN JUAN
SALA SUPERIOR

| | |
|---|---|
| AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO<br>**parte peticionaria**<br><br>V.<br><br>SUCN. MARTÍN TORRES TORRES  Y OTROS<br>**parte con interés** | CIVIL NÚM.: **KEF2011-0022**<br>SALA: 1003<br><br>SOBRE:<br><br>EXPROPIACIÓN FORZOSA |

## RESOLUCIÓN

Considerada la "Moción de enmienda al Exhibit A" presentada en el caso de epígrafe por la parte peticionaria, se declara la misma **Ha Lugar** y se ordena:

    1) **dar por enmendado el Exhibit "A" que radicó con dicha Moción, el cual se hace formar parte de esta Resolución para todos los efectos legales.**

Esta Resolución es complementaria a la dictada por este Tribunal el 19 de abril de 2011 y demás enmiendas, en todas aquellas partes que no conflijan con ésta.

REGÍSTRESE Y NOTIFÍQUESE.

En San Juan, Puerto Rico, a 19 de agosto de 2013

LETICIA D. ORTIZ FELICIANO
**JUEZ SUPERIOR**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE SAN JUAN**
**SALA SUPERIOR**

E X H I B I T "A" ENMENDADO
KEF-2011-0022

Relación de la descripción de las propiedades a expropiarse, de la justa compensación a consignarse y de las personas y/o entidades con interés en este procedimiento.

**PARCELA NUM.: 019-00**          **COD. NUM.: 291-000-001-14-000 (parte)**

**RUSTICA**: Parcela de terreno radicada en el Barrio Portugues del término Municipal de Adjuntas, Puerto Rico, con una cabida superficial de 28,516.70 metros cuadrados, equivalentes a 7.255 cuerdas, según mensura realizada por la Autoridad de Carreteras y Transportación. En lindes **por el Norte**, con la parcela 020-02  a ser adquiridas; **por el Sur**, con el Rio Portuguez; **por el Este**, con la parcela 019-01 y 005-02 del plano de adquisición; **por el Oeste**, con la parcela 020-01 y 003-00 del plano de adquisición.

**PARCELA NUM.: 019-01**          **COD. NUM.: 291-000-001-14-000 (parte)**

**RUSTICA**: Parcela de terreno radicada en el Barrio Portugues del término Municipal de Adjuntas, Puerto Rico, con una cabida superficial de 775.3390 metros cuadrados, equivalentes a 0.1973 cuerdas, según mensura realizada por la Autoridad de Carreteras y Transportación. En lindes **por el Norte**, con la parcela 002-02 del plano de adquisición; **por el Sur**, con la parcela 005-02 del plano de adquisición; **por el Este**, con la parcela 005-01; **por el Oeste**, con la parcela 019-00 del plano de adquisición.

Sobre dichas parcelas no enclavan estructuras ni mejoras.

Las predescritas parcelas se segregan de la finca número 1,551, folios 17, 18, 19, 20 y 21 de los tomos 33, 1, 3, 4, 5, y 21 de Adjuntas del Registro de la Propiedad de Utuado.

**PARTES  O  ENTIDADES CON INTERES**                    **COMPENSACION**

1. Sucn. de Martin Torres Torres y su esposa                         $22,357.00
   Monserrate Mercado Martínez, como dueños del
   terreno, compuesta por:

    A. Jesús Torres Mercado, hoy su sucesión, compuesta por:

        1. Ines Torres Vazquez
          Calle B-3  #156
          Bda. Borinquen
          Ponce, PR  00731

    B. Gonzálo Torres Mercado, hoy su sucesión, compuesta por:

    1. Cruz Torres Maldonado

        Carr. PR-135, Km  76
        Bo. Yahuecas – Sector Villa Pérez
        Adjuntas, PR

    2.  Rosa Torres Maldonado
        Carr. PR-10,  KM  25lle B-3  #156
        Bo. Guaraguao
        Ponce, PR

        HC-08- Buzón  1304
        Ponce, PR   00731

Sucn. de Martin Torres Torres
KEF-2011-0022

3. Carlos Torres Maldonado
   Carr. PR-503,  Km  17.00
   Ponce, PR

4. Wilfredo Torres Maldonado
   Carr. PR-135,  KM  76
   Bo. Yahuecas – Sector Villa Pérez
   Adjuntas, PR

5. Gonzalo Torres Maldonado
   El Madrigal
   Ponce, PR

6. Ines Torres Maldonado
   (se desconoce dirección)

7. Josefina Torres Maldonado

   Carr. PR-10,  KM  2
   Bo. Guaraguao
   Ponce, PR

   HC-08- Buzón  1273
   Ponce, PR   00731

8. Ada Torres Maldonado

   Carr. PR-19,  KM  20.8
   Bo. Guaraguao
   Ponce, PR

9. Alicia Torres Maldonado, hoy su sucesión, compuesta por:

   a. Wanda Escobales Torres
   b. Johann Escobales, t/c por Johanna Escobales
   c. Ixcia Escobales Torres
   d. Linneth Escobales Torres
      (Se desconoce direcciones)

C. Gumersinda Torres Mercado
   Carr. PR-10 – Km 24.6 Interior
   Bo. Guaragua, Sector Portuguez
   Ponce, PR   00731

   HC-08- Buzón  1274
   Ponce, PR   00731

D. Geralda Torres Mercado

   460 Wood Road Lince
   Alto Monte Sprit  32714

E. Emeterio Torres Mercado, hoy su sucesión, compuesta por:

   1. Jorge Torres Colón

   Comunidad El Paraíso
   Calle  156-A
   Ponce, PR   00731

Sucn. de Martin Torres Torres
KEF-2011-0022                                                                  Pág. 3

2. Narciso Torres Colón

   111 Hunbold  St.
   Brooklyn,  NY  11206

3. Angela Torres Colón

   Calle Sojos  Núm.  138
   Ponce, PR

4. Ana Luisa Torres Colón
   Calle C- Núm. 37  Box  982
   Pueblo Nuevo
   Yauco,  PR 00698

5. Rafael Torres Colón

   824  W-176  St.
   New Yor,  NY  10033

6. Josefina Torres Colón

   932 JOE Ave.  Apt.  5-A
   Bronx,  NY  10459

7. Carmen Torres Colón

   125 Putnam Ave.
   Apartment  317
   Hamden,  CT  06517

3. El Estado Libre Asociado de Puerto Rico por concepto de las contribuciones
   territoriales que se adeuden.

4. **Cargas y/o gravámenes: libre**

5. John Doe y Richard Roe, nombres ficticios que se emplean para designar cualquier
   persona y/o entidades desconocidas con posible interés en esta acción.

**FINALIDAD DE LA EXPROPIACION:**
**PROYECTO ACT-001069**
**PONCE-ADJUNTAS, PR**

20/1/12

Yo Gumersinda Torres Mercado
autorizo a mi hija, Rosa Velez
a retirar el dinero en la corte.

att;
Gumersinda Torres