Rosa H. Vélez Torres
Calle José F. Rivera P39
Nueva Vida, Ponce, P.R. 00728





Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

2020 OCT -9 PM 3:33
RECEIVED & FILED