Noemi Santiago Cabrera
Urb. Los Reyes
#54 Calle Estrella
Juana Diaz, P.R. 00745





CERTIFIED MAIL

7020 1810 0000 5511 9701

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
   00918 - 1767