Vicenta Matos Anoyr
PMB 376 Box 1283
San Lorenzo, Puerto Rico 00754



Secretaria
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2020 OCT 13 PM 5:33