# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

2020 OCT 13 PM 5: 14

Nombre: PEDRO RODRIGUEZ SANCHEZ
Direccion Postal: Hc-02 Box 9974
Juana Diaz PR.00795

Teléfono contacto: Res. _____ Cel. 787-486-6707

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 23 DE SEPTIEMBRE DE 1991 HASTA EL 28 DE JUNIO DE 2019. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

PEDRO RODRIGUEZ SANCHEZ
Nombre en letra de molde

_[firma]_ 5/10/2020
Firma