RECLAMANTE: PEDRO RODRIGUEZ SANCHEZ
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 95221, 94660

RECEIVED & FILED
2020 OCT 13 PM 5: 14

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 23 DE SEPTIEMBRE DE 1991 hasta el 28 DE JUNIO DE 2019 cómo MA. EDUCACION FISICA (K-12) del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

PEDRO RODRIGUEZ SANCHEZ
Nombre en letra de molde

_[firma]_ 5/10/2020
Firma y fecha

RECLAMANTE: PEDRO RODRIGUEZ SANCHEZ
DIRECCION: Hc-02 Box 9974
Juana Diaz PR 00795

NUMERO DE RECLAMACION: 95221,94660

Fecha de presentacion (envio): 24 DE SEPTIEMBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 24 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA. EDUCACION FISICAK-12 desde 23 DE SEPTIEMBRE DE 1991 HASTA 28 DE JUNIO DE 2019.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

PEDRO RODRIGUEZ SANCHEZ
Nombre en letra de molde

*[firma]* 5/10/2020
Firma y fecha



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

7 de octubre de 2020

A quien pueda interesar:

Certifico que **PEDRO RODRIGUEZ SANCHEZ**, número de seguro social **XXX-XX-9692** laboró en nuestra Agencia desde **23 de septiembre de 1991** al **28 de junio de 2019**.

Ocupó puesto en calidad de **MA. EDUCACION FISICA (K-12)** en **FELIPE COLON DIAZ**, **Oficina Regional Educativa de PONCE** y devengó un salario de **$2,705.00** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.