Pedro Rodriguez Sanchez
Hc-02 Box 9974
Juana Diaz P.R 00795



Clerk's office
United State Distric Court
Room 150 Federal Building
San Juan, P.R. 00918-1767