# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: ROSA M. VELAZQUEZ BATISTAS
Direccion Postal: Po Box 254
Coamo PR.00769

Teléfono contacto: Res. _____ Cel. 787-533-1033

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 124 – Julio 1973 – Aumento de Sueldo
   Ley 89 – Julio 1979 – Retribución Uniforme
   Ley 89 – Julio 1995 – Romerazo
   Ley 134 – Julio 1996 – Aportación Acumulado Retiro
   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 31 de octubre de 2005 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

ROSA M. VELAZQUEZ BATISTAS
Nombre en letra de molde

Firma  8-octubre-2020

RECLAMANTE: ROSA M. VELAZQUEZ BATISTAS
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 85338

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 31 DE OCTUBRE DEL 2005 hasta el presente cómo TRABAJADOR SOCIAL ESCOLAR del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 14,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

ROSA M. VELAZQUEZ BATISTAS
Nombre en letra de molde

Firma y fecha   8-octubre-2020

Document Page 4 of 5

RECLAMANTE: ROSA M. VELAZQUEZ BATISTAS
DIRECCION: PO BOX 254
COAMO PR 00769

NUMERO DE RECLAMACION: 85338

Fecha de presentacion (envio): 7 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 7 de octubre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como Trabajador Social Escolar desde 31 de octubre de 2005 hasta el presente.
2. El monto adeudado en mi reclamación es de $14,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

ROSA M. VELAZQUEZ BATISTAS
Nombre en letra de molde

Firma y fecha   8-Octubre-2020



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

7 de octubre de 2020

A quien pueda interesar:

Certifico que **ROSA M. VELAZQUEZ BATISTA**, número de seguro social **XXX-XX-9410** labora en nuestra Agencia desde **31 de octubre de 2005** al **Presente**.

Actualmente, ocupa puesto en calidad de **TRABAJADOR SOCIAL ESCOLAR** en **FELIPE COLON DIAZ, Oficina Regional Educativa de PONCE** y devenga un salario de **$2,016.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.