Rosa Velázquez Batista
PO Box 254
Coamo P.R. 00769

RECEIVED & FILED
2020 OCT 13 PM 5:11



Clerks Office
United State Distric Court.
Room 150 federal Building
San Juan P.R. 00918-1767