



# CERTIFICACIÓN

Certifico la siguiente información, según obra en el expediente de personal de **Joaquín Rivera Calderón**, Seguro Social REDACTED 0946, quien trabajó en la Compañía de Parques Nacionales:

| | |
|---|---|
| 27 de enero de 1983 | Transitorio |
| 16 de julio de 1984 | Regular de Carrera |
| 31 de mayo de 2007 | Renuncia por Jubilación |

Dada en San Juan de Puerto Rico, hoy 25 de septiembre de 2020.

**CERTIFICO CORRECTO:**

_____
Yinelis Ortiz Pérez
Secretaria Auxiliar de Recursos
Humanos y Relaciones Laborales

_____

Nota: Cualquier alteración a este documento invalidará el mismo.

_____

Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales
PO Box 9023207 San Juan PR  00902-3207
Tels. (787) 721-2800  Fax: (787) 721-8191
www.drdpuertorico.com



Joaquin Rivera Calderon
PO Box 76
Morovis, PR 00687

Secretaria Clerk's Office
Tribunal de Distrito de los Estados Unidos
#150 Chardon Avenue
Federal Building
San Juan, PR 00918

00918-170625

SAN JUAN PR 009
5 OCT 2020 PM 1 L