UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Puerto Rico Electric Power Authority, *et al.*<br><br>             Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780(LTS) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies: (i) that on October 14, 2020 she electronically filed the following document using the CM/ECF system of the U.S. Bankruptcy Court for the District of Puerto Rico for Case Nos. 17-BK-4780 and 17-BK-3283, which sent notification of such filing to all counsel of record participating in the CM/ECF system; and (ii) that on same date she caused the following document to be served on the Standard Parties and Affected Parties via the CM/ECF System and by email to all persons in the Master Service List of 17-BK-4780, and in addition by U.S Mail Overnight Delivery to the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922.

Respectfully Submitted, in San Juan, Puerto Rico,

This 14th day of October, 2020, in San Juan, Puerto Rico.

**RIVERA, TULLA AND FERRER, LLC**
*/s/ Iris J. Cabrera-Gomez*
Iris J. Cabrera-Gomez
USDC-DPR No. 221101
Email: icabrera@riveratulla.com
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438/Fax: (787)767-5784

ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE