UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER REGARDING NOTICES OF ADJOURNED OMNIBUS OBJECTIONS TO CLAIMS

The Court has received and reviewed the notices of presentment filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") on October 6, 2020 (Docket Entry Nos. 14467, 14468, 14469, 14470, 14471, 14472, 14473, 14474, 14475, and 14476, the "Notices of Presentment"). The Notices of Presentment request entry of orders disallowing certain claims and approving Satellite Hearing Notices.[2]

The Satellite Hearing Notices are approved substantially in the form of and incorporating the redlined changes in the notice attached hereto as Exhibit A. They must be served on each of the claimants associated with the Deficient Claims to Be Set for Hearing.

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Capitalized terms used but not otherwise defined herein have the meanings given to them in the Notices of Presentment.

The Oversight Board must submit PDF copies of the exhibits to the proposed orders in the Notices of Presentment (excluding the Satellite Hearing Notices), including any appropriate revisions thereto, by October 19, 2020.

SO ORDERED.

Dated: October 14, 2020

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge