UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER IN CONNECTION WITH INFORMATIVE MOTION REGARDING MOTION REQUESTING
RELIEF OF STAY UNDER 362(D)(1) OF THE BANKRUPTCY CODE (DOCKET ENTRY NO. 14588)

The Court has received and reviewed the *Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code* (Docket Entry No. 14588 in Case No. 17-3283, the "Informative Motion") filed by the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"). In the Informative Motion, the Oversight Board states that the parties to the *Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code* (Docket Entry No. 2434 in Case No. 17-3283, the "Lift Stay Motion") have "finalized a stipulation memorializing the agreement in principle to resolve the Lift Stay Motion," and that the parties have agreed to adjourn the Lift Stay Motion to the omnibus hearing scheduled for December 9,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2020. The parties therefore request that the Court adjourn the October 28, 2020, hearing on the Lift Stay Motion to the December 9, 2020, omnibus hearing.

The hearing in connection with the Lift Stay Motion is hereby adjourned to the omnibus hearing scheduled for **December 9, 2020**.

SO ORDERED.

Dated: October 16, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge