5 de octubre, 2020.

A quien interese.

Por este medio dirijo este escrito para dar fe que soy María Elsa Ramos Ramos, que luego de leer el documento enviado, por el Tribunal de Distrito de P.R 17-03-283, envío lo que me corresponde responder por el conocimiento que tengo.

He firmado y solicito que se me reconozca e. derecho de seguir adelante en la reclamación.

Gracias

María E. Ramos Ramos
# Reclamación
170352.

RECEIVED & FILED 2020 OCT 13 PM 5:13

☐ Dirección de correo electrónico: _merr59@aol.com_

2. Número de su evidencia de reclamaciones: _170352_

3. Los Deudores se han opuesto a su Evidencia de reclamaciones porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamación. Marque la casilla con la que guarde relación su Evidencia de reclamaciones y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamación. Adjunte páginas adicionales si fuera necesario.

   ☑ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

   ☐ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

   _____
   _____
   _____
   _____

   **Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamación.**

4. ¿Cuál es el monto de su reclamación (cuánto alega que se le adeuda)?:
   _$15,000.00_

5. **Empleo.** ¿Su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?
   ☐   No. *Siga con la Pregunta 6.*
   ☑   Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:
   _Depto. Educación de P.R. — ELA_

5(b). Indique las fechas de su empleo relativo con su reclamación:
   _1971 — 2001_

5(c). Últimos cuatro dígitos de su número del Seguro Social:
   _1614_

5(d). ¿Cuál es la naturaleza de sus reclamaciones relativas al empleo (marque todas las casillas aplicables)?:
   ☐   Pensión
   ☑   Salarios no pagados _(aumentos de sueldo anuales)_
   ☑   Días de licencia por enfermedad

3

- ☐ Quejas con sindicato
- ☐ Vacaciones
- ☐ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

_____

_____

**6. Acción judicial.** ¿Su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada?

- ☐ No.
- ☑ Sí. **Responda a las Preguntas 6(a) a (f).**

6(a). Indique el departamento o la agencia que sean parte en la acción.
*Depto. Educacion de P.R.    (ELA)*

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.
*United States District Court for the District of Puerto Rico*

6(c). Caso núm.: *17 BK 3283 - LTS*

6(d). Título, epígrafe o nombre del caso:
*The Financial Oversight and Management Board for P.R.*

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):
*Pendiente de resolución*

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / (No) (marque su respuesta con un círculo)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?

_____

**FIRME ABAJO SU RÉPLICA**

*María E. Ramos Ramos*
**Firma**

*María Elsa Ramos Ramos*
**Nombre en letra de molde**

*10-05-2020*
**Fecha**