Maria Elsa Ramos
4490 Old Colony Rd.
Mulberry, Fl. 33860

Secretaria (clerk's Office)
Tribunal de Distrito de EU.
Sala 150 Edificio Federal
San Juan, Puerto Rico
00918-1767



**PRIORITY® ★ MAIL ★**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

APPLY PRIORITY MAIL POSTAGE HERE

RECEIVED & FILED
2020 OCT 13 PM 5:13
CLERK'S
U.S. DISTRICT COURT





1006    00918

U.S. POSTAGE PAID
PM 3-Day
MULBERRY, FL
33860
OCT 08, 20
AMOUNT
**$7.75**
R2305M143568-07



EXPECTED DELIVERY DAY: 10/13/20
USPS TRACKING® NUMBER

EP14H July 2013 Outer Dimension: 10 x 5