**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**
<u>Transmittal of Abbreviated Record to the Court of Appeals</u>

**DATE:** October 16, 2020

**BK #:** 17-3283 LTS

**APPEAL FEE PAID:**  YES  _X_   NO ____

**CASE CAPTION:**  In re: **COMMONWEALTH OF PUERTO RICO**

**IN FORMA PAUPERIS:**  YES ____   NO _X_

**MOTIONS PENDING:**  YES ____   NO _X_

**NOTICE OF APPEAL FILED BY:** Official Committee of Unsecured Creditors

**APPEAL FROM:**  Order entered on 10/5/2020, Order entered on 09/17/2020

**SPECIAL COMMENTS:**  Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entries   14590, 14331, 14452**

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated record on appeal in the case.

MARIA ANTONGIORGI, ESQ
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez Rivera
Deputy Clerk

s/c:  CM/ECF Parties, Appeals Clerk