# EXHIBIT A

## Additional Interested Parties as of October 5, 2020 MSL

**Administrative Claims**
LUMA Energy

**Litigation Parties**
Consejo de Salud de la Comunidad de la Playa de Ponce, Inc. d/b/a Med Centro, Inc.
Samuel A. Ramirez & Co., Inc.

**Parties Filing Lift Stay Motions**
Acevedo, Rubén García
Aireko Construction Corp.
Álvarez-Gerena, Yesenia on behalf of the minor A.A.A.
Ares, Carmen M. Conde
Bachiller, Aixa Correa
Brignoni, Carlos Pagán
Calderón, Gloria Martínez
Castellanos, Víctor de la Cruz
Castellar, Virgenmina Perez
Citizen Renovation & Development
Codesu & Development Socioeconomic Sustainable Fideicomiso of Vieques
Codesu, Inc.
Colón, Victor Negrón
Contreras, Anderson González
Correa, Glamarys Rodríguez
Cruz, Glorivet Zayas
Cruz, Luz C. Delia
Cruz, Martiza Resto
Domenech, Ettienne Rosado
Dorado SE, Efron
Estrada, Pedro Acevedo
Figueroa-Marrero, Amarilys on behalf of the minor J.T.F.
Gómez, Alberto Quirós
González, Ivy Martínez
González, Lyzmarie J. Pérez
Guzman, Nitza Ortiz
Guzmán, Vivian Rosario
Hernández, Verónica Abraeau
Hernández, Verónica Abreu
Johnson, Obe E.
Jupiter Property Management, LLC
López, Brenda Rodríguez
Lugo, Myrtha Ramírez
Maldonado, L.O.R.G., Gloribel Gonzalez
Martínez, German Robles
Martínez, Gloria Ortiz
Martínez, Luz B. Calixto
Martínez, Miriam Pérez
Medina, César Rodríguez
Meléndez, Magda Figueroa
Melgarejo, Raul Nuñez
Mercado, Antonio Hernández
Mercado, Martha Torres
Montezuma, Brenda Cartagena
Nieves, Aurea Méndez
Orama, Maribel Pons
Ortiz, Carmen I. Eliza
Ortiz, Felícita Ortiz
Ortiz, Marisol Rodríguez
Oyola, Susiemar Vazquez in representation of minor I.A.V.
Pérez, Karen E. López
Ramos, Nilsa Cotto
Reyes, Myra E. Mercado
Rivera, Belinda Rivera
Rivera, Carmen Rodríguez and other 67
Rivera, Dorcas Ruperto in representation of minor A.R.R.
Rivera Raúl Berríos
Rivera, Ramón Valentín
Rodríguez, Joel Ruiz
Rodríguez, Ubaldo Figueroa
Rosario, Pedro Duarte
Rosario, Yashei
Salas, Carmen B. Ríos
Sánchez, Nilda Cruz
Sepúlveda, Cedonio Crespo
Soldevilla, Yadira Sánchez
Solís, Héctor R. Martínez
Tellado, Ada Vega
Torres, José Torres
Vargas, Eliza Rios
Vazquez, Carlota Sanchez in representation of D.R.E.
Vázquez, Miguel A. Rivas
Vázquez, Miguel Rivas
Vázquez, Yamaris Rosario
Vargas, Miguel González

**Parties Filing Notice of Appearance**
Alyssa Marie Schoenberg Grantor Trust
American Century Investment Management, Inc.
GS Fajardo Solar LLC
Horizon Energy LLC
Industria Lechera De Puerto Rico, Inc.
Johnson Controls, Inc.
Lawful Constitutional Debt Coalition:
    Marble Ridge Capital LP
Portalatin, Milton
Portalatin Perez, Milton
Puerto Rico Ban (CE) LLC

Puerto Rico Ban (CI) LLC
Puerto Rico Ban (IV) LLC
Puerto Rico Ban (V) LLC
Puerto Rico Ban (VL) LLC
Puerto Rico Central Recovery and Reconstruction Office
Puerto Rico Public-Private Partnerships Authority
QTCB Noteholder Group:
    Sculptor Capital LP
Schoenberg, Steve and Sharon
Sculptor Capital LP (f/k/a OZ Management LP)
Sculptor Capital Management
Sculptor Credit Opportunities Master Fund, Ltd. (f/k/a OZ Credit Opportunities Master Fund, Ltd.)
Sculptor Enhanced Master Fund, Ltd. (f/k/a OZ Enhanced Mater Fund, Ltd.)
Sculptor GC Opportunities Master Fund, Ltd. (f/k/a OZ GC Opportunities Master Fund, Ltd.)
Sculptor Master Fund, Ltd. (f/k/a OZ Master Fund, Ltd.)
Sculptor SC II, LP (f/k/a OZSC II L.P.)
SFT Holdings LP
Sonnedix USA Services Limited
Steve Schoenberg IRA
Whitehaven Asset Management, LP

**Professionals**
Diaz & Vazquez Law Firm P.S.C.

**Rejected Agreements**
Cabo Solar Farm, LLC
Carolina Solar Farm LLC
EIF PR Resource Recovery, Llc
Energy Answers Arecibo, LLC
Energy Systems, LLC
GG Alternative Energy Corporation
Hatillo Solar LLC
HSEA PR Isla Solar I, LLC
Interamerican Energy Sources, LLC
Jonas Solar Energy LLC
Juncos Solar Energy, LLC
Lajas Solar Project, LLC
Moca Solar Farm, LLC
North Coast Solar, LLC
NRG Solar Isabela LLC
Rea Energy Ceiba Solar Plant, LLC
Rea Energy Luquillo Solar Plant, LLC
Renewable Power Group, Inc.
ReSun (Farjado), LLC
Solar Project Ponce, LLC
South Solar Two Project, LLC
Tradewinds Energy LLC
Tropical Solar Farm, LLC
Vega Baja Solar Energy LLC
Yabucoa Solar, LLC

YFN Yabucoa Solar, LLC

**Responses to Omnibus Objections to Claims**
Abrams, Carmen Hernandez
Acevedo, Idalia Lopez
Acevedo, Isaac Oquendo
Acevedo, Isidro Lasalle
Acevedo, Juan D. Torres
Acevedo, Moises
Acevedo, Noemi Acevedo
Acosta, Luz Selenia Baez
Adames, Angel Lopez
Agostini, Victor Jose Fernandini
Aguayo, Luis A. Cruz
Aguayo, Marta D. Reyes
Aguayo, Sara N. Reyes
Albarran, Carmen Iris Rodriguez
Albino, Carmen B. Fuentes
Alemany, Daisy Ariza
Alfaro, Evelia Ortiz
Alicea, Awilda Montalvo
Alicea, Gisela Montalvo
Alicea, Guillermina Cotto
Alicea, Margot Santa
Alicea, Marianni Alvarez
Alicea, Yenitza Ruiz
Alier, Jose Morales
Almodovar, Luz E Rosario
Almodovar, Ramon
Alomar, Vicenta Paradizo
Alsina, Elizabeth Melendez
Alvarado, Betty Melendez
Alvarado, Denisse I. Rivera
Alvarado, Juan E. Cruz
Alvarado, Maribel Negron
Alvarado, Olga I. Alvarado
Alvarado, Wanda Enid Gonzalez
Alvarez, Adan L. Serrano
Alvarez, Aida M.
Alvarez, Carmen E. Vazquez
Alvarez, Carmen Lydia Bultron
Alvarez, Juana B. Anaya
Alvarez, Miguelina Rodriguez
Alvarez, Nellie Y. Torres
Alvarez, Samuel Lozada
Alvarez, Sor I. Ponce
Alvarez, Yolanda Rosario
Alvarez, Zenaida Zabaleta
Alvarez-Velez, Jose A.
Amaro, Andrea Ramos
Amill, Irma Montalvo
Anaya, Carmen Maria Acosta
Angulo, Jacqueline A. Negron
Anzalota, Brenda I. Emmanuelli
Aponte, Luis M. Ocasio
Aponte, Maribel Alicea

Aponte, Mayra Rivera
Aponte, Migdalia Davila
Aponte, Victor M. Rivera
Aquino, Josea A. Gonzalez
Arocho, Diana Milagros Guzman
Arroyo, Angela L. Velazquez
Arroyo, Juanita Muller
Arroyo, Maria De los Angeles Matos
Arroyo, Maria M. Carrasquillo
Arroyo, Maria Victoria Rios
Arroyo, Sandra N. Garcia
Arroyo, Vicenta Matos
Avila, Clemencia Ramos
Aviles, Maria M. Cabrera
Aviles, Milagros Cabrera
Aviles, Ricardo Torres
Aviles, Yamily Torres
Ayala, Cheryl L. Santana
Ayala, Eleuterio Reyes
Ayala, Milagros Perez
Ayala, Ramon Torres
Ayala, Yaira Liz Semidey
Bachier, Nestor R. Rodriguez
Badillo, Jorge H. Valentin
Baez, Elba G. Baez
Baez, Gerhil Medina
Baez, Gloria E. Torres
Baez, Mayra R. Doelter
Baez, Merida Rivera
Ballester, Luz M. David
Balzac, Jesmary Nieves
Barreiro, Carmen Iris Olmo
Barrios, Rafael Ramos
Bastian, Vivian N. Martinez
Bauza, Lourdes Rodriguez
Berdiel-Lopez, Blanca I
Berio, Jorge L. Malave
Berio, William Edgardo Malave
Bermudez, Carmen M. Torres
Bermudez, Maria M. Antuna
Bernard, Kenia Ramos
Bernier, Carmen L.
Bernier, Jose V. Silva
Betancourt, Vivian J. Saldana
Betancourt-Collazo, Romualdo
Biblioteca Y Centro de Estudios de Puerto Rico Inc.
Bisbal, Sylvette Santisteban
Blanco, Carmen M. Maldonado
Bobet, Yessicca L. Negron
Bocachica, Grisel Davila
Bonilla, Edwin Rivera
Bonilla, Eugenio Chinea
Bonilla, Maria E. Santiago
Borrero, Juanita Vega
Borrero, Mayra Rivera
Borrero, Miguel A. Ortiz

Borrero, Vivian O. Correa
Bota, Lissette Pola
Bracety, Elsa Maria Rivera
Brooks, Diana H. Ares
Burgos, Ana L. Febo
Burgos, Arnaldo Nieves
Burgos, Cynthia Cabrera
Burgos, Fernando Roldan
Burgos, Ivonne Santiago
Burgos, Nilda Sastre
Burgos, Nilda Vega
Burgos, Walter Rodriguez
Cabrera, Cynthia E. Aponte
Cajigas, Elsa Toledo
Calderon, Juan Alberto Rosado
Calderon, Julia F. Alvira
Calderon, Zoraida Escalera
Camacho, Evelio Vega
Camacho, Wilfredo Hernandez
Campusano, Sonia M. Torres
Canales, Felicita Isaac
Canales, Maria A. Silva
Canales, Olga Isaac
Candanedo, Ivan Miranda
Candelaria, Ana R. Torres
Candelario, Carmen Gloria Santiago
Candelario, Delia E. Clavell
Capo, Magda E. Rivera
Caraballo, Carmen L. Diaz
Cardenales, Antonio L. Torres
Cardona, Lillian E. Vinas
Carmona, Luz S. Rosario
Carrasquillo, Lisa M. Agosto
Carrero, Brunilda Feneque
Carrion, Amparo Figueroa
Cartagena, Elba I. Gonzalez
Cartagena, Sara L. Lopez
Cartagena, Zoraida M. Miranda
Casanova, Josefina Rivera
Casasnovas, Jose E. Baez
Castillo, Olga Carrero
Castillo, Sandra V. Rivera
Ceide, Teresa Zamora
Cemex Concretos Inc.
Christian, Elena Laboy
Cintron, Abigail Vazquez
Cintron, Blanca E. Deliz
Cintron, Carmen Rosario Rodriguez
Cintron, Elga M. Rivera
Cintron, Jose A. Alvarado
Cintron, Jose Miguel Rivera
Cintron, Luz E. Rivera
Cintron, Maria I. Colon
Cintron, Marisely Rivera
Cintron, Norma Rodriguez
Cintron, Sonia M. Vazquez

Cintron, Wanda I. Negron
Class, Mayra Gutierrez
Claudio, Ana Raquel Perdomo
Clemente, Carmen Penaloza
Clemente, Celia Isaac
Clemente, Zenia Enid Gonzalez
Coll, Fernando G. Marrero
Collazo, Aracelis Gonzalez
Collazo, Nydia I.
Colon, Abigail Bocachica
Colon, Ada I. Rodriguez
Colon, Anita Bonilla
Colon, Bilma Bernier
Colon, Carmen Milagros Lugo
Colon, Dilfia Rodriguez
Colon, Eduardo Rodriguez
Colon, Harry Rodriguez
Colon, Hector Jesus Dones
Colon, Hilda Luz Vega
Colon, Irma Esther Ortiz
Colon, Ismael Coriano
Colon, Jorge E. Liboy
Colon, Leslie Santiago
Colon, Lilliam Alicea
Colon, Luis A. Torres
Colon, Luz N. Alemany
Colon, Maria I. Bocachica
Colon, Maria J. Rivera
Colon, Maritza Bocachica
Colon, Miguel Angel Gonzalez
Colon, Mirna L. Rodriguez
Colon, Nachelyn M. Rivera
Colon, Nelly Castro
Colon, Norma I. Morales
Colon, Norma I. Torres
Colon, Priscilla Rivera
Colon, Rosa del P. Cotto
Colon, Rosa M. Garcia
Colon, Rosana Morales
Colon, Samuel D. Padilla
Colon, Veronica Amador
Colon, Vilmarie Morales
Concepcion, Carlos M. Reymundi
Conjugal Partnership of Luis P Costas Elena and Hazel Russell
Cooperativa de Ahorro y Credito Naguabena
Cora, Carmen D. Cora
Cora, Herminia Devarie
Cordero, Bernardita Pabon
Cordero, Guadalupe Solis
Cordero, Madeline Fernandez
Cordero, Sylvia E. Vazquez
Corner, Luis A. Carrasquillo
Correa, Ileana Astacio
Correa, Lydia M. Ortiz
Cosme, Francisca Rolon
Cotto, Carmen J. Vega
Cotto, Irma I. Gonzalez
Crespo, Carolyn Chaparro
Cruz, Ada E. Alicea
Cruz, Ada L. Berrios
Cruz, Amarilys Aponte
Cruz, Ana Deborah Mojica
Cruz, Barbara Rivera
Cruz, Carmen D. Lozada
Cruz, Carmen N. Cruz
Cruz, Edna I. Sanchez
Cruz, Elizabeth Mojica
Cruz, Ida L. Aguayo
Cruz, Jellie N Molina
Cruz, Jesus M. Soto
Cruz, Julia Trinidad Oyola
Cruz, Lemuel Ostolaza
Cruz, Lorraine Colon
Cruz, Luz Minerva Cruz
Cruz, Manuel Ortiz
Cruz, Marisol Rivera
Cruz, Migdalia Lopez
Cruz, Migdalia Mas
Cruz, Miguel A. Garcia
Cruz, Miosotis Cruz
Cruz, Nelson Sanabria
Cruz, Norma I. Mojica
Cruz, Olga Iris Morales
Cruz, Lorraine Colon
Cruz, Pedro Crespo
Cruz, Ramon E. Cruz
Cruz, Reuben Aponte
Cruz, Ruthiris E. Torres
Cuevas, Jose Manuel Alamo
Cuevas, Luz N. Casasnovas
Cuevas, Sandra Gonzalez
David, Evelyn M Espada
Davila, Carmen Daisy Galarza
Davila, Tanya E. Marrero
de Imbert, Maria Del C. Beniquez Rios
De Jesus, Elsa I. Cintron
De Jesus, Grisel Perez
De Jesus, Nereida Rivera
De Jesus, Ramonita Resto
De Jesus, Rebecca Ileana Torres
De Leon, Aida L. Torres
de Leon, Damaris Rivera
de Leon, Hilda I. Medina
de Leon, Miriam Anaya
de Ortiz, Maria Velazquez
Deida, Lissette Estremera
Delfi, Clotilde Hernandez
Delgado, Aurelina Febres
Delgado, Hector J. Santiago
Delgado, Irisbell Gonzalez
Delgado, Lucia Torres

4

Delgado, Maria Rivera
Delgado, Mariluz Collazo
De Russe, Rosa E. Santos
Diana, Carmen M. Baez
Diaz, Ada Esther Rivera
Diaz, Betzaida Rosado
Diaz, Carmen Ana Arroyo
Diaz, Efrain Cintron
Diaz, Eneida Perez
Diaz, Irma L. Cintron
Diaz, Maria J. Rivera
Diaz, Mariam L. Colon
Diaz, Maribel Ramos
Diaz, Marrero Nidza Ivette
Diaz, Norma L. Rosado
Diaz, Raul Montalvo
Diaz, Yesenia Pena
Diez, Jesus R. Malave
Dominguez, Osvaldo Rivera
Donato, Amarilis Alicea
Dones, Abraham Limery
Echevarria, Mirta I. Soto
Elizabeth Rosario Gonzalez
Emmanuelli, Norma E. Santiago
Enriquez, Rafael A. Sobrino
Espada, Marta I. Rivera
Espada, Ramon Rivera
Espinosa, Maria Del C. Garcia
Esteves, Gudelia Hernandez
Estrella, Carlos M. Rivera
Falu, Carmen M. Rivera
Fargas, Luz Celeste Abreu
Fargas, Nestor A. Abreu
Febres, Ana A. Garcia
Feder, Jeffrey Feder Mel
Feder, Jill
Feliciano, Aidza E. Ortiz
Feliciano, Francis I. Gonzalez
Feliciano, Lourdes S. Garcia
Feliciano, Minerva Torres
Feliciano, Nilda Mercado
Felix, Moises Quinones
Figueroa, Aracelis Sierra
Figueroa, Brenda Torres
Figueroa, Maria De Armas
Fernandez, Julia B. Rodriguez
Ferreira, Sharon Cora
Figueroa, Adrian Morales
Figueroa, Altagracia Carrero
Figueroa, Ana Aurea Irizarry
Figueroa, Carmen A. Morales
Figueroa, Carmen M. Rivera
Figueroa, Enaida Troche
Figueroa, Lidia Rodriguez
Figueroa, Luis A. Quinones
Figueroa, Luz E. Vega
Figueroa, Luz Minerva Alicea
Figueroa, Margarita Morales
Figueroa, Mildred Morales
Figueroa, Minerva Manfredy
Figueroa, Neida I. Vega
Figueroa, Neldys E. Cruz
Figueroa, Pedro Ivan Morales
Figueroa, Rafael Rivera
Figueroa, Yaditza Torres
Figueroa, Zoraida Morales
Figueroa-Fajardo, Amparo
Filomeno, Josian Olivero
Flores, Amarilys Lebron
Flores, Mayra G. Cardona
Flores, Miriam V. Cruz
Fonseca, Carlos Alberto Alicea
Fonseca, Elias Perez
Fonseca, Maria Nereida Alicea
Fonseca, Yolanda I. Correa
Font, Wanda I. Colon
Fontanez, Maria M. Rivera
Fontanez, Ruben Martinez
Fortes, Maria del Carmen Garcia
Francisca, Colon Figueroa
Franco, Altagracia Zurita
Franco, Rosaura Rivera
Fuentes, Augusto Sanchez
Fuentes, Carmen Aida Gonzalez
Fuentes, Luis A. Velazquez
Galindo, Moises M. Mercado
Galib, Lucas Valdivieso
Galib, Maria Cristina Valdivieso
Galib, Maria Teresa Valdivieso
Galib, Yesmin Marie Valdivieso
Galio, Mario Solis
Garcia, Edna L. Lazu
Garcia, Enaida Colon
Garcia, Fernando Rivera
Garcia, Gladys Cruz
Garcia, Irma M. Rivera
Garcia, Irma Violeta Reyes
Garcia, Janice A. Perez
Garcia, Jose E. Cruz (aka Figueroa, Jose E. Cruz)
Garcia, Joel Pagan
Garcia, Juanita Ortiz
Garcia, Lorenne E. Montalvo
Garcia, Luis A. Maldonado
Garcia, Maria De Lourdes Medina
Garcia, Milagros Garcia
Garcia, Nelly M. Garcia
Garcia, Quintin Borges
Garcia, Rafael Garcia
Garcia, Rosa H. Martinez
Garcia, Sonia Rosa
Garcia, Tomas Diaz
Garcia, Zulma Correa

5

Gerena, Dionisio Rosaly
Gerena, Dora H. Rosaly
Godineaux, Juan T. Borges
Godreau, Ana L. Ruiz
Gomez, Angel M. Orlandi
Gomez, Carmen Elisa Medina
Gomez, Higinio Hernandez
Gonez, Hector L. Santiago
Gomez, Luz D. Rivera
Gomez, Milagritos Pena
Gonzalez, Ana Maria Arocho
Gonzalez, Ana M. Vazquez
Gonzalez, Angel L. Melendez
Gonzalez, Anibal Torres
Gonzalez, Enid Rosa
Gonzalez, Ermelinda Rivera
Gonzalez, Herohilda Mari
Gonzalez, Iraida O. Mari
Gonzalez, Irma M. Soto
Gonzalez, Isabel Amaral
Gonzalez, Janet Colon
Gonzalez, Jazmine Martinez
Gonzalez, Jose L. Rivera
Gonzalez, Julio E. Landro
Gonzalez, Lisandra Castro
Gonzalez, Luzgardy Saldana
Gonzalez, Maria Rey
Gonzalez, Maria Santiago
Gonzalez, Marisel Bocanegra
Gonzalez, Milta E. Bermudez
Gonzalez, Nestor Gonzalez
Gonzalez, Norma I. Vargas
Gonzalez, Orlando Ramos
Gonzalez, Pedro Rivera
Gonzalez, Raquel M. Vicens
Gonzalez, Reynaldo Saldana
Gonzalez, Rosaulino Santiago
Gonzalez, Sonia I. Rivera
Gonzalez, Sonia Quirindongo
Gonzalez, Sonia Soto
Goyco, Doris B. Ruiz
Gracia, Eduardo Sanchez
Guerrero, Luz M. Adames
Guevara, Violeta Mariani
Guevara, Zulma I. Godreau
Guilbe, Jose M. Mangual
Guilbe, Miguel Mangual
Guilbel, Maria E. Rodriguez
Gutierrez, Carmen Margarita Martinez
Guzman, Emerito Rivera
Guzman, Hiram Mercado
Guzman, Juanita Arzuaga
Guzman, Lourdes Torres
Guzman, Luis Gonzalez
Harris, Michael
Hermidas, Carmen M. Torres
Hernandez, Carmen M. Mendez
Hernandez, Carmen Nereida Burgos
Hernandez, Gladys Alonso
Hernandez, Gladys M. Ortiz
Hernandez, Miguel Nieves
Hernandez, Milta R. Leon
Hernandez, Rosa E. Rosario
Hernandez, Sonia Rivera
Hernandez, Victor L. Cintron
Herrera, Antonia Hernandez
Herrera, Elizabeth Melendez
Huertas, Elsa Rivas
Huertas, Lucila Cora
Iglesia, Daisy Guadalupe
Iglesias, Margarita R. Alvarado
Iglesias, Noemi Guadalupe
Irizarry, Agripina Portalatin
Irizarry, Aida Sanchez
Irizarry, Damaris Ramirez
Irizarry, Elizabeth Irizarry
Irizarry, Johanna Garcia
Irizarry, Jose A. Munoz
Irizarry, Richard Cruz
Jimenez, Angel L. Jimenez
Jimenez, Carmen Cristina Vega
Jimenez, Felix A. Figueroa
Jimenez, Felix Serrano
Jimenez, Isidora Rivera
Jimenez, Jesus Serrano
Jimenez, Jose Javier Claudio
Jimenez, Ramon A. Serrano
Juarbe, Sonia Gonzalez
Klimezek, Saray N. Vega
La Menza, Nadja Cruz
Laboy, Carmen M. Rodriguez
Lacot, Evelyn Rodriguez
Lamm, Leonard
Lanausse, Esther Martinez
Lanausse, Yolanda Martinez
Lanzar, Carmen E. Rodriguez
Laureano, Carmen A. Serrano
Lebron, Carmen I. Font
Lebron, Irma L. Matias
Lebron, Jaime A. Ruiz
Lebron, Josefina Morales
Lebron, Josefina Overman
Lebron, Wanda I. Cotto
Lebron, Wanda I. Reveron
Leon, Awilda M. Hernandez
Leon, Jose A. Marrero
Leon, Miriam Sosa
Leon, Zulma E. Perez
Levante, Rosabel Avenaut
Lisboa, Marcelina Vargas
Llanos, Iris Llanos
Llanos, Olga M. Llanos

Llera, Maria V. Ortiz
Lopez, Alicia J. Rivera
Lopez, Carmen Eneida Alsina
Lopez, Gloria Collazo
Lopez, Gloricela Medina
Lopez, Glorimar Pagan
Lopez, Hector L. Vazquez
Lopez, Lisandra Gallardo
Lopez, Lucila Bristol
Lopez, Maria V. Diaz
Lopez, Noel Ortiz
Lopez, Noemi Rodriguez
Lopez, Oda Liz Sanabria
Lopez, Olga L. Santana
Lopez, Paula Lopez
Lopez, Pauline Pantoja
Lopez, Rafaela Vazquez
Lozada, Aida L. Ramos
Lozada, Emily Colon
Lozada, Margarita Rivera
Lozano, Carmen M. Ruiz
Lozano, Evelyn Ramirez
Lucca, Migdalia Cuyar
Lugo, Arelis Rodriguez
Lugo, Carlos Javier Irizarry
Lugo, Carlos R. Irizarry
Luna, Jackeline Rivera
Luque, Francisca Cardona
Machado, Aida M. Robles
Machado, Maria M. Robles
Madera, Amado Velazquez
Malaret, Myriam L. Costa
Malave, Zulma B. Reyes
Maldonado Torres, Lydia E.
Maldonado, Adelaida Colon
Maldonado, Diana Albertorio
Maldonado, Emice Cartagena
Maldonado, Enid Y. Correa
Maldonado, Idaliz Borrero
Maldonado, Maria C. Rodriguez
Maldonado, Maria Del Carmen
Maldonado, Maria E. Rodriguez
Maldonado, Mirian Castillo
Mangual, Edna Santiago
Manon, Aida Miranda
Marcano, Rosa I. Santana
Marcucci, David Lopez
Marquez, Carmen G. Camacho
Marquez, Rose Gilbert
Marrero, Delfina Santiago
Marrero, Evelia Nervaez
Marshall, Johanne I. O'Neill
Martinez, Aixa Alers
Martinez, Anibal Miranda
Martinez, Blanca I.
Martinez, Carmen E. Andujar

Martinez, Carmen I. Cambrelen
Martinez, Carmen I. Faria
Martinez, Carmen Nilas Tristani
Martinez, Edwin G. Garcia
Martinez, Francisco Santana
Martinez, Gracia M. Ruiz
Martinez, Ivette Ramos
Martinez, Jose A. Diaz
Martinez, Jose F. Concepcion
Martinez, Juana Mercedes Hernandez
Martinez, Luis A. Morales
Martinez, Luis A. Rivera
Martinez, Luis A. Santana
Martinez, Luz E. Ramos
Martinez, Maria Garcia
Martinez, Maria V. Canales
Martinez, Myrta Joubert
Martinez, Norberto Montalvo
Martinez, Orlando Rivera
Martinez, Rosa A. Zavala
Martinez, William Vega
Marty, Argentina Sanabria
Matos, Carmen L. Matos
Matos, Enoelia Carrasquillo
Matos, Jesus Morales
Matos, Nancy I. Ortiz
Mattey, Angelica Vargas
Maysonet, Agustina Garcia
Medina, Nilsa I. Colon
Medina, Saturnino Rosa
Medina, Veronica Cruz
Mejias, Adanelly Pagan
Mejias, Armanda Rivera
Melendez, Jose R. Santiago
Melendez, Santiago Nunez
Melendez, Yolanda Alverio
Melendez-Rivera, Carmen Doris
Mendez, Blanca E. Aviles
Mendez, Carmen Maria
Mendez, Damian Striker
Mendez, Jeicyka Castillo
Mendez, Maribel Rabell
Mendez, Milagros Aviles
Mendez, Nora Silvia Cintron
Mercado, Alan Salgado
Mercado, Alicia Guilbe
Mercado, Brunilda Velez
Mercado, Laura E. Pineiro
Mercado, Rosa M. Cosme
Milagros Rodriguez Ramos
Milian, David Echevarria
Millan, Manuel Martinez
Millan, Maria A. Amalbert
Miranda, Olga I. Rivera
Mojica, Isabel Aviles
Mojica, Maria Rodriguez

Molina, Nydia I. Gonzalez
Montalvo, Eddie
Montalvo, Nylma Gonzalez
Montanez, Carlos Alfonzo Gonzalez
Montanez, Rolando Colon
Montano, Gloria Perez
Montano, Juanita Perez
Montano, Maria Dolores Perez
Montero, Nestor A. Ortiz
Montero, Ruben J. Ortiz
Monzon, Angelica Rohena
Morales, Aida Liz Rodriguez
Morales, Aracelis Coriano
Morales, Aurea Rodriguez
Morales, Carmen Y.
Morales, Clara I. Hernandez
Morales, Jose A. Rodriguez
Morales, Jose A Vargas
Morales, Lucy Santisteban
Morales, Luis Jimenez
Morales, Margarita Orona
Morales, Maribel Mas
Morales, Marta I. Montero
Morales, Marta J. Roman
Morales, Martina
Morales, Milagros I. Dominguez
Morales, Noemi Lugo
Morales, Norma I. Montero
Morales, Pedro Fernando Rivera
Morales, Ricardo H. Torres
Morales, Sonia M. Silva
Morales, Waleska Hernandez
Morales, Wanda I. Arvelo
Morales, Wanda Milagros Colon
Morciglio, Ricardo Colon
Moret, Carmen M. Alicea
Moret, Pedro Rivera
Moringlane, Myrna G. Collazo
Moulier, Zenaida Ledesma
Muniz, Ilia M. Cruz
Muniz, Isaac Oquendo
Munoz, William Sanders
Navas, Alicette M Sepulveda
Nazario, Celsa Maldonado
Nazario, Gladys Gonzalez
Nazario, Herminio Rivera
Nazario, Marta E. Maldonado
Negron, Blanca I. Gonzalez
Negron, Elizabeth Flores
Negron, Jesus Morales
Negron, Mariconchi Rivera
Negron, Miriam Gonzalez
Negron, Nilda Luz Colon
Negron, Rebeca Rivera
Negron, Zoraida Castellon
Negroni, Migdalia Arroyo

Nieves, Carmen Delia Garcia
Nieves, Carmen S. Robles
Nieves, Lydia E Garcia
Nieves, Maria Del Carmen Reyes
Nieves, Maritza Cabrera
Nieves, Tamy Anaya
Nogueras, Adonis Ruiz
Nunez, Freddie Justiano
Nunez, Jacqueline A. Ramirez
Nunez, Julia M. Rivera
Ocasio, Awilda Arroyo
Ocasio, Luis A. Ortiz
Oliver, Ariel M. Lopez
Oliveras, Angel Alfonso Perez
Oliveras, Jan A. Rosado
Oliveras, Myriam C. Ortiz
Olivo, Ana E. Sanchez
Olivo, Leila W. Rodriguez
Oquendo, Maria M. Montanez
Oquendo, Walter Rodriguez
Ortiz, Alba L. Candelario
Ortiz, Angel Roque
Ortiz, Carlos Valedon
Ortiz, Carmen M. Yera
Ortiz, Domingo Negron
Ortiz, Enid I. Perez
Ortiz, Felix Hernandez
Ortiz, Hilda Cruz
Ortiz, Ines A. Toledo
Ortiz, Irma Ortiz
Ortiz, Jorge David Capielo
Ortiz, Karem Y. Garcia
Ortiz, Lillian Alicea
Ortiz, Luis A. Gierbolini
Ortiz, Margarita Cruz
Ortiz, Margarita Figueroa
Ortiz, Maria I. Silva
Ortiz, Marta M. Espada
Ortiz, Mayda Anaya
Ortiz, Mercedes Marrero
Ortiz, Miriam Diaz
Ortiz, Nereida Gomez
Ortiz, Noelia Cruz
Ortiz, Olga Morales
Ortiz, Saidy Matias
Ortiz, Sonia I. Espada
Ortiz, Sonia I. Reyes
Ortiz, Sotero Carrasquillo
Ortiz, Vanessa De Leon
Ortiz, Virginia Hernandez
Ortiz, Yaritza Santiago
Osorio, Brenda W. Muniz
Osorio, Marilena Velazquez
Osorio, Marta Villanueva
Ostolaza, Alba E. Ramos
Ostolaza, Luz G. Chamorro

Ostolaza, Marta I. Chamorro
Ostolaza, Mary Luz Chamorro
Pabon, Carmen D Burgos
Padilla, Cynthia Balbin
Padilla, Felicita Santana
Padilla, Nancy Velazquez
Pagan, Aurea Faria
Pagan, Carmen Medrano
Pagan, Ibrahim A. Rodriguez
Pagan, Lizzie J. Ruiz
Pagan, Marie Ivette Galarza
Pagan, Mayra R. Perez
Paradizo, Sonia M. Salazar
Pedrosa, Daisy Cardona
Pena, Celso Perez
Pena, Edna J. Figueroa
Pena, Jean de Lourdes Cora
Penaloza, Zhadya P. Perez
Pereira, Edwin Santiago
Perez, Annette Gonzalez
Perez, Carmen D. Ramos
Perez, Doris Negron
Perez, Elena Toro
Perez, Felix Davila
Perez, Geovanny Ortiz
Perez, Ines V. Rivera
Perez, Isidoro Ramirez
Perez, Jose E. Class
Perez, Juan Rodriguez
Perez, Lizette Maldonado
Perez, Lydia Fernandez
Perez, Myrtha E. Rivera
Perez, Nicolas Sonera
Perez, Petronila Davila
Perez, Rosario C. Davis
Perez, Santa Iris Lopez
Perez, Sonia Vega
Perez, Yessenia Velazquez
Perez, Yolanda Gonzalez
Pimentel, Elda Mical Ortiz
Pintado, Nelly Lasanta
Pitre, Angel Soto
Pitre, Edwin Montalvo
Pitre, Juan Valentin
Planas, Annette Strubbe
Plumey, Alma M. Arvelo
Pomales, Itsven Ramos
Power Technologies Corp.
Prinicpe, Jose E. Alvarez
Quiles, Angel L. Valentin
Quiles, Eva Lydia aka Eva L. Del Toro Ruiz
Quiles, Manuel Rivera
Quiles, Sol Teresa
Quinones, Jose L. Mendez
Quinones, Julia Medina
Quinones, Maria C Romero
Quinones, Migdonia Serrano
Quinones, Osvaldo Pabon
Ramirez, Edgardo Marcucci
Ramirez, Maria De L. Sala
Ramirez, Pascual Cruz
Ramos, Alex Rodriguez
Ramos, Ana Lydia Santiago
Ramos, Emma Valles
Ramos, Gilberto Espinosa
Ramos, Gloria Guzman
Ramos, Iris N. Espinosa
Ramos, Jose Ledee
Ramos, Leidaliz Rivera
Ramos, Lisette Arroyo
Ramos, Lourdes Soto
Ramos, Miriam I. Torres
Ramos, Norma I. Torres
Ramos, Ruth Reyes
Rangel, Elba E. Matos
Rey, Alba N. Ramos
Reyes, Alejo Ortiz
Reyes, Ana F. Cruz
Reyes, Carmen Cecilia Acevedo
Reyes, Janice Velez
Reyes, Maria Rosa Torres
Reyes, Miriam Melendez
Rios, Awilda Bonilla
Rios, Betzaida Oyola
Rios, Elma Bonilla
Rios, Haydee Crespo
Rios, Iris B. Oyola
Rios, Jose J. Alvarez
Rios, Jose M. Alvarez
Rios, Maria Angelica
Rios, Samuel Mercado
Rios, Yolanda Acevedo
Rivas, Margarita Nieves
Rivera, Ada Ivette Ortiz
Rivera, Aida I. Cintron
Rivera, Ana Myriam Santiago
Rivera, Angelina Torres
Rivera, Angelita Plaza
Rivera, Ariel Rosado
Rivera, Berto L. Leon
Rivera, Betzaida Rios
Rivera, Carlos Rodriguez
Rivera, Carmen E. Quinones
Rivera, Carmen J. Negron
Rivera, Carmen Luz Negron
Rivera, Carmen M. Ruiz
Rivera, Daisy Olivencia
Rivera, Elisandra Melendez
Rivera, Evelyn Gonzalez
Rivera, Felix L Gonzalez
Rivera, Genoveva Suarez
Rivera, Gladys Carrion

9

Rivera, Hector M. Padilla
Rivera, Heriberto Arocho
Rivera, Hilda M. Martinez
Rivera, Idalia Cotto
Rivera, Irca I Colon
Rivera, Iris M. Sanabria
Rivera, Joanne Colon
Rivera, Jose Luis Rodriguez
Rivera, Jose R. Perez
Rivera, Juan Cruz
Rivera, Lillian Burgos
Rivera, Lillian Landron
Rivera, Lourdes Gonzalez
Rivera, Luz D. Suarez
Rivera, Luz E. Calderon
Rivera, Lydia E. Santiago
Rivera, Lydia E. Suarez
Rivera, Margarita Casiano
Rivera, Margarita Rosario
Rivera, Maria del C. Lopez
Rivera, Maria Del Pilar Torres
Rivera, Maria R. Torres
Rivera, Marilyn Rivera
Rivera, Marlene Burgos
Rivera, Marta E. Rios
Rivera, Marylin Santiago
Rivera, Miriam Ferrer
Rivera, Noel Rosa
Rivera, Noris Montanez
Rivera, Valerie Rodriguez
Rivera, Wilmer A. Cardona
Rivera, Yesenia Perez
Rivera-Ortiz, Adyliz
Robles, Miguel Bonilla
Roche, Carlos Luis Cruz
Rodriguez, Alberto Rosado
Rodriguez, Ana H. Butler
Rodriguez, Andrea Rodriguez
Rodriguez, Annette Soto
Rodriguez, Bernardo Damoudt
Rodriguez, Bienvenida Prado
Rodriguez, Carlos Alfonso Rodriguez
Rodriguez, Carmen J. Chardon
Rodriguez, Carmen M. Garrafa
Rodriguez, Carmen S. Torres
Rodriguez, Delia A. Renta
Rodriguez, Diana Raquel Torres
Rodriguez, Dixie E. Reyes
Rodriguez, Edwin Hernandez
Rodriguez, Elba Sisco
Rodriguez, Elizabeth Garrafa
Rodriguez, Elizabeth Gueits
Rodriguez, Elvira Burgos
Rodriguez, Emilio Rodriguez
Rodriguez, Ernesto Colon
Rodriguez, Eva Luz Vinales

Rodriguez, Francisco Alicea
Rodriguez, Haydee Montanez
Rodriguez, Heliodora Alicea
Rodriguez, Hilda Milagros Nieves
Rodriguez, Irene Rodriguez
Rodriguez, Jacquelyn Rodriguez
Rodriguez, Janet
Rodriguez, Janette R. Bonilla
Rodriguez, Jorge L. Latorre
Rodriguez, Juan Martinez
Rodriguez, Lilliam E. Santana
Rodriguez, Luis E. Caraballo
Rodriguez, Luis F. Mendoza
Rodriguez, Luis Rosado
Rodriguez, Luis Velez
Rodriguez, Maria De los A. Renta
Rodriguez, Maria del C. Vinales
Rodriguez, Maria M. Cruz
Rodriguez, Maria S Diez De Andino
Rodriguez, Maria S. Garcia
Rodriguez, Maria V. Rodriguez
Rodriguez, Mayra Garcia
Rodriguez, Myriam Touset
Rodriguez, Myrna L. Casillas
Rodriguez, Myrna Torres
Rodriguez, Nelson G. Jimenez
Rodriguez, Nilda E. Marrero
Rodriguez, Nilda M. Mendez
Rodriguez, Noemi Colon
Rodriguez, Norma I. Llera
Rodriguez, Paulette Casiano
Rodriguez, Raul Rijos
Rodriguez, Ruth Davila
Rodriguez, Sandra E. Vargas
Rodriguez, Widaliz Maldonado
Rodriguez, Yanet Jimenez
Rodriguez, Yaritza Figueroa
Rodriguez, Zoraida Rotger
Roman, Ayleen L De Jesus
Roman, Dinelia E. Acevedo
Roman, Edna L. Pacheco
Roman, Luis Raul Nieves
Roman, Lydia Soler
Roman, Migdalia Quinones
Roman, Nelson Rivera
Roman, Wilda Ramos
Romero, Dubel Rodriguez
Romero, Elsa Vazquez
Romero, Luz Delia Navarro
Romero, Soraida Calderon
Romero, Virgenmina Vazquez
Rosa, Cesar A. Rodriguez
Rosa, Maria A. Clemente
Rosa, Maria A. Osorio
Rosa, Maria I.
Rosa, Mayra Torres

Rosa, Oscar Rodriguez
Rosado, Cruz N. Melendez
Rosado, Guillermo Arocho
Rosado, Lillian Morales
Rosado, Maribel Alvarez
Rosado, Norma L. Ruiz
Rosado, Orlando Rivera
Rosario, Ana E. Irizarry
Rosario, Bianca A. Diaz
Rosario, Dolores R. Francis
Rosario, Edwin Rivera
Rosario, Ines M. Rivera
Rosario, Ivette M. Irizarry
Rosario, Norma Iris Lopez
Rosario, Samuel Gonzalez
Rosas, Virgen Mercado
Ruiz, Alma Iris Terron
Ruiz, Carmen Dolores Rivera
Ruiz, Franklin Rivera
Ruiz, Georgia J. Cardona
Ruiz, Gloria M. Martinez
Ruiz, Helen Gonzalez
Ruiz, Luciano Vazquez
Ruiz, Marilyn Rivera
Ruiz, Olga I. Belmont
Ruiz, Teresita Guzman
Sabater, Sader Rodriguez
Salamo, Marcelino Burgos
Salas, Pablo Antonio Rodriguez
Saldana, Ana Elba Bonilla
Salgado, Lillian Soto
Salgado, Marta B. Rivera
Sanchez, Awilda Coriano
Sanchez, Doris E. Caceres
Sanchez, Edgardo Verdejo
Sanchez, Edna M. Kercado
Sanchez, Efrain Rivera
Sanchez, Gilberto Gonzalez
Sanchez, Gloria M. Colon
Sanchez, Hipolito Cintron
Sanchez, Lisett Cuevas
Sanchez, Luz M. Abrams
Sanchez, Minerva Quinones
Sanchez, Paulina Laboy
Sanchez, Teresa Laboy
Sanchez, Zoraida Lozada
Sandoval, Roman Pastrana
Santana, Brunilda Torres
Santana, Delia J. Rodriguez
Santana, Irma Doris Santana
Santiago, Aladino Irizarry
Santiago, Armando Perez
Santiago, Brenda L. Santiago
Santiago, Carmen L. Figueroa
Santiago, Carmen Ramos
Santiago, Genoves Rosario

Santiago, Iraida Torres
Santiago, Israel Martinez
Santiago, Joel Martinez
Santiago, Josue R. Garcia
Santiago, Julia M. Troncoso
Santiago, Lymari Lopez
Santiago, Maria de Lourdes Torres
Santiago, Maria T. Santiago
Santiago, Maribel Rivera
Santiago, Martha Perez
Santiago, Martha Santiago
Santiago, Nancy David
Santiago, Natalia Rodriguez
Santiago, Nilda Roman
Santiago, Rosa E. Schmidt
Santiago, Rosa M. Rodriguez
Santiago, Sandra M. Colon
Santiago, Socorro De Jesus
Santiago, Sonia E. Martinez
Santiago, Sonia Milagros Torres
Santiago, Tomas Tirado
Santiago, William Hernandez
Santiago, Zobeida Morales
Santiago-Valentin, Angel L.
Santiesteban, Caroll Santiago
Santos, Carmen Milagros Gonzalez
Santos, Luz A. Rivera
Santos, Margarita Ibanez
Santos, Maria del Carmen Rivera
Santos, Rafael Diaz
Santos, Sandra Vargas
Santos, Victor L. Pena
Schelmety, Luz Nidia Medina
Sepulveda, Luz E Vazquez
Serrano, Angel L Valentin
Serrano, Irma Serrano
Serrano, Ivette M. Vega
Serrano, Luz M. Declet
Serrano, Nilda Santiago
Serrano, Yolanda Rodriguez
Serrano-Cedeno, Luis
Siberon, Doris H. Borrero
Siberon, Elena Borrero
Sierra, Ana R. Colon
Sierra, Elba I. Rodriguez
Sifre, Yadira Enit Nieves
Silva, Angel L. Melendez
Silva, Edna I. Fuentes
Sola, Isaac Ruiz
Solis, Norma L. Morales
Solivan, Melva R. Quintero
Soto, Adamila Mejias
Soto, Anatilde Rubert
Soto, Edwin Alberto De Armas
Soto, Irma T. Moreno
Soto, Juan J. Muniz

Soto, Laura E. Gutierrez
Soto, Rene Ruiz
Soto, Waleska Nieves
Suarez, Eduardo R. Cintron
Suarez, Evelyn Diaz
Suarez, Noe Lugo
Suarez, Sonia Diaz
Suren, Lydia Velazquez
Suren, Rosa Enid Velazquez
Texidor, Ana Amalia Quinones
Thillet, Geyla G.
Tirado, Eneida Rodriguez
Tirado, Luis R. Merced
Tirado, Luz M. Martinez
Toledo, Nilda Jirau
Toro, Kany Segarra
Torres, Agustin Soto
Torres, Amalia Kuilan
Torres, Amarilis Miranda
Torres, Angel Ramon Feliciano
Torres, Bienvenido Rodriguez
Torres, Carlos Arill
Torres, Carmen De Leon
Torres, Carmen L. Colon
Torres, Cecilia Rodriguez
Torres, Cereida Colon
Torres, Dannette Burgos
Torres, Diana A. Vazquez
Torres, Elsie Battle
Torres, Enid Colon
Torres, Eudosia Torres
Torres, Eulalia Lopez
Torres, Felix Rivera
Torres, Fernando Alvarado
Torres, Francisca Colon
Torres, Ida Arill
Torres, Ivonne Noble
Torres, Jimmy Feliciano
Torres, Jorge L. Garcia
Torres, Jose L. Rosa
Torres, Jose L. Santiago
Torres, Luvia I. Martinez
Torres, Maria Consuelo Figueroa
Torres, Maria E. Villanueva
Torres, Maria I. Fonseca
Torres, Maria M. Rodriguez
Torres, Miguel M. Cubi
Torres, Mirta del R. Martinez
Torres, Monserrate Rodriguez
Torres, Myrna Baez
Torres, Nilsa E. Rodriguez
Torres, Nitsa Roque
Torres, Noel Ruiz
Torres, Noelia Alvarado
Torres, Norma I. Cruz
Torres, Suheil Ortiz

Torres, Wilma E. Cruz
Torres-Garcia, Yesenia
Triack, David Alonso
Troche, Diana Rivera
Trossi, Doris A. Alvarez
Tzschoppe, Iliana Burgos
Valdespino, Yamelitte Burgos
Valdivieso P. Jr., Jorge Lucas
Valentin, Carmen M. Rosado
Valentin, Isabel Hernandez
Valentin, Jose A. Santiago
Valentin, Luis A. Rodriguez
Valentin, Luz S. Munoz
Valentin, Maria Isabel Rodriguez
Valentin, Sandra F. Lugo
Vargas, Audry B. Ortiz
Vargas, Edgardo Rentas
Vargas, Orlando Rentas
Vargas, Yadira Torres
Vazquez, Carlos Alberto Montalvo
Vazquez, Carmen J. Cordero
Vazquez, Carmen Z. Santos
Vazquez, Esperanza Colon
Vazquez, Felix Leon
Vazquez, Griselle Colon
Vazquez, Jose R. Martorell
Vazquez, Leila Pablos
Vazquez, Luz Eneida Vazquez
Vazquez, Maria I. Pacheco
Vazquez, Miriam Ramos
Vazquez, Raquel Burgos
Vazquez, Victor Rodriguez
Vega, Amanda Pinto
Vega, Coral Ortiz
Vega, Domingo Melendez
Vega, Francisco Javier Rodriguez
Vega, Hexor M. Guzman
Vega, Irma Colon
Vega, Josefina Hernandez
Vega, Nilda L. Sanchez
Vega, Rosa E. Figueroa
Vega, Sonia M. Santiago
Velazquez, Iris O. Rodriguez
Velazquez, Juan Rodriguez
Velazquez, Loida Rodriguez
Velazquez, Mabel Diaz
Velazquez, Margarita Torres
Velazquez, Maria Rodriguez
Velazquez, Martha Rodriguez
Velazquez, Nelka Liz Morales
Velazquez, Rafael Valentin
Velazquez, Thamar Rodriguez
Velez, Ana Miriam Garcia
Velez, Anisa M. Ayala
Velez, Diana Fornes
Velez, Elizabeth Hernandez

Velez, Juan A. Barnes
Velez, Matilde Aviles
Velez, Mayra T. Sanchez
Velez, Ruth Dalia Luisa Martinez
Vera, Santos Cortes
Viana, Elizabeth
Vicente, Aracelis Quinones
Viera, Nancy Nieves
Viera, Pedro J. Rivera
Villalongo, Wilmarie Bosques
Vinales, Gissel Torres
Vinas, Gloria Caballer
Vinas, Santos Caballer
Vincenty, Evelyn Acosta
Vincenty, Milton Acosta
Virola, Luz N. Vera
Virola, Saturnino Danzot (c/o Felix Danzot Lopez)
Vizcarrondo, Karen E. Ortiz
Williams, Myrna L Berrios
Zambrana, Carmen Acevedo
Zayas, Alberto Vega
Zayas, Doris Ivette Santiago
Zayas, Fernando L. Vega

Zayas, John Mieles
Zayas, Lourdes Vega
Zayas, Lydia Maria Vega
Zayas, Wilfredo Negron

**Other**
Gonzalez, Victor
Johnson, Obe E.
Rivera-George, Luis
Rodriguez, Luz Neida Negron
Willmore, Charles E.