# EXHIBIT B

### Additional Interested Parties and Other Interested Parties[1] (or Their Affiliates), Which Paul Hastings Represents or Has Represented in the Past in Matters *Unrelated* to the Title III Cases[2]

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| Petrobras America Inc. | June 2019 PREPA Parties | Not a client. Related entity is a current client. |
| Petroleo Brasileiro S.A. | June 2019 PREPA Parties | Not a client. Related entity is a current client. |
| Aurelius Capital Management LP | Litigation Parties | Current client. |
| BB&T Securities, LLC | Litigation Parties | Not a client. Entities related to parent are current clients. |
| Branch Banking and Trust Company | Litigation Parties | Not a client. Entities related to parent are current clients. |
| Centerbridge Partners | Litigation Parties | Former client and parent. Related entity is a current client. |
| Interactive Brokers Retail Equity Clearing | Litigation Parties | Not a client. Entity related to parent is a current client. |
| John Hancock Investments | Litigation Parties | Current client. Entity related to parent is a current client. |
| King Street | Litigation Parties | Not a client. Entity related to parent is a current client. |
| Samuel A. Ramirez & Co., Inc. | Litigation Parties | Not a client. Related entity is a former client. |
| N. Harris Computer Corporation | Litigation Parties | Not a client. Entity related to parent is a current client. |
| [25G] | Litigation Parties (confidential)[3] | Not a client. Parent and related entities are current clients. |
| [10L] | Litigation Parties (confidential) | Not a client. Parent and related entities are current clients. |

---

[1] This Exhibit B also includes Interested Parties identified on Exhibit A to Prior Declarations with respect to which a new connection has arisen.

[2] Please note that several individuals identified on Exhibit A have submitted a response to the omnibus claim objections in the Title III Cases. While Paul Hastings does not believe that it has any connection to these individuals, Paul Hastings does not have sufficient information to definitively determine whether or not it has any connection to these individuals.

[3] With respect to certain adversary proceedings, namely Ad. Proc. Nos. 19-284, 19-285, 19-286, 19-287, 19-288, 19-358, 19-359, and 19-361, the names of defendants are to be treated confidentially. *See* Docket No. 6967. Paul Hastings is providing the names of these defendants, including for purposes of Exhibit B hereto, to the Oversight Board, the U.S. Trustee, and the Fee Examiner.

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| [95A] | Litigation Parties (confidential) | Not a client. Entities related to parent are current clients. |
| [99A] [13W] | Litigation Parties (confidential) | Not a client. Parent is a current client. |
| [12W] | Litigation Parties (confidential) | Not a client. Parent is a current client. |
| [14T] | Litigation Parties (confidential) | Current client. |
| [09C] | Litigation Parties (confidential) | Not a client. Entity related to parent is a current client. |
| Prime Clerk LLC | Other | Not a client. Entity related to parent is a current client. |
| Sonnedix Solar L.P. | Other | Former client. Related entity is a current client. |
| Cardinal Health PR 120, Inc. | Parties Filing Notice of Appearance | Former client. Entity related to parent is a current client. |
| Duff & Phelps LLC | Professionals | Not a client. Entity related to parent is a current client. |
| Epiq Corporate Restructuring, LLC | Professionals | Not a client. Entity related to parent is a current client. |
| EIF PR Resource Recovery, Llc | Rejected Agreements | Not a client. Related entities and parent are current clients. |

2