UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                                      Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING URGENT MOTION OF NATIONAL
PUBLIC FINANCE GUARANTEE CORPORATION FOR LEAVE TO
EXCEED PAGE LIMIT FOR OMNIBUS REPLY IN FURTHER SUPPORT OF
THE MOTION OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
FOR ENTRY OF AN ORDER DIRECTING AN INDEPENDENT INVESTIGATION

       Upon the *Urgent Motion of National Public Finance Guarantee Corporation for Leave to Exceed Page Limit for Omnibus Reply in Further Support of the Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing an Independent Investigation* (the "Urgent Motion");[2] and the Court having found it has subject matter jurisdiction over this matter under PROMESA section 306(a); and it appearing that venue in this district is proper under PROMESA section 307(a); and the Court having found that the Urgent Motion is unopposed, that movant provided adequate and appropriate notice of the Urgent

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined herein shall have the meanings given to them in the Urgent Motion.

Motion under the circumstances and that no other further notice is required; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief as set forth herein, IT IS HEREBY ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein;

2. National may file an Omnibus Reply that is not to exceed thirty (30) pages exclusive of the cover page, the table of contents, the table of authorities, the signature page, exhibits, and the certificate of service;

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and

4. This Order resolves Docket Entry No. 14597.

SO ORDERED.

Dated: October 19, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge