**SUPPLEMENTAL APPENDIX**

| Defendant | Adversary Proceeding No. |
|---|---|
| Avant Technologies of Puerto Rico, Inc. | 19-00079 |
| Carrasquillo Flores | 19-00124 |
| Centro Psicologicos del Sur Este P.S.C | 19-00140 |
| Estrada Bus Line | 19-00090 |
| Estrada Maisonet | 19-00059 |
| Forcelink, Corp. | 19-00096 |
| Fridma Corporation | 19-00100 |
| Hernandez Barreras | 19-00201 |
| L.L.A.C. | 19-00122 |
| Perfect Cleaning Services, Inc. | 19-00249 |
| Postage by Phone Reserve Account | 19-00181 |
| Puerto Nuevo Security Guards, Inc. | 19-00384 |
| Service Group Consultant Inc. | 19-00204 |
| Servicios Profesionales Integrados a la Salud, Inc | 19-00207 |
| Tactical Equipment Consultants, Inc. | 19-00222 |
| Tatito Transport Service Inc | 19-00224 |
| Trinity Metal Roof | 19-00187 |
| Vazquez y Pagan Bus Line | 19-00197 |
| WF Computer Services, Inc. | 19-00200 |
| William Rivera Transport Service Inc. | 19-00209 |