# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

### NOTICE OF FILING OF REVISED EXHIBITS IN CONNECTION WITH THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO'S OCTOBER 6, 2020 NOTICES OF PRESENTMENT REGARDING ADJOURNED OMNIBUS OBJECTIONS

To the Honorable United States District Judge Laura Taylor Swain:

1. Scheduled for hearing on October 29, 2020, pursuant to this Court's *Order Regarding Pending Omnibus Objections to Claims* [ECF No. 14419] (the "Satellite Hearing Procedures Order"), are various omnibus objections to proofs of claim filed against the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth and HTA, the "Debtors") as set forth more fully in the notices of presentment filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") on October 6, 2020 [ECF Nos. 14467, 14468, 14469, 14470, 14471, 14472, 14473, 14474, 14475, and 14476] (the "Notices of Presentment").

2. Attached to each of the Notices of Presentment were exhibits setting forth (*i*) the Deficient Claims to be Set for Hearing,[2] as identified on Exhibit A; (*ii*) the ADR/ACR Eligible Claims, as identified on Exhibit B; (*iii*) the Claims to Be Disallowed Via Notice of Presentment, as identified on Exhibit C; and (*iv*) the Claims with Undeliverable Addresses, as identified on Exhibit D.

3. On October 14, 2020, this Court entered the *Order Regarding Notices of Adjourned Omnibus Objections to Claims* [ECF No. 14580] (the "Order Regarding Notices of Adjourned Omnibus Objections to Claims").

4. The Order Regarding Notices of Adjourned Omnibus Objections to Claims (*i*) approved the Satellite Hearing Notice subject to certain modifications, (*ii*) ordered the Oversight Board to serve the revised Satellite Hearings Notices on each claimant associated with a Deficient Claim to be Set for Hearing, and (*iii*) ordered the Oversight Board to submit "PDF copies of the exhibits to the proposed orders in the Notices of Presentment (excluding the Satellite Hearing

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Notices of Presentment.

Notices), including any appropriate revisions thereto, by October 19, 2020." Order Regarding Notices of Adjourned Omnibus Objections to Claims at 1–2.

5. In light of additional information received, pursuant to the Order Regarding Notices of Adjourned Omnibus Objections to Claims, the Oversight Board respectfully submits as Attachment 1 hereto revised Exhibits A, Exhibit B, Exhibits C, and Exhibits D to the proposed orders included in the Notices of Presentment.

[*Remainder of Page Intentionally Left Blank*]

Dated: October 19, 2020
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brian S. Rosen*

Martin J. Bienenstock
Brian S. Rosen
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
      brosen@proskauer.com

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: Hermann.bauer@oneillborges.com

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*