Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Asunto:
Solicito el dinero que me corresponde por los años Trabajados bajo la administración de Carlos Romero Barceló y Sila María Calderón.

Según solicitado se incluye evidencia de empleo desde la Administración del entonces gobernador de P.R. Carlos Romero Barceló y la Administración de Sila María Calderón.

Firma: [signature]