

# CERTIFICACIÓN

Certifico la siguiente información, según obra en el expediente de personal de **Juan Figueroa Carrasquillo**, Seguro Social REDACTED , quien trabajó en la Compañía de Parques Nacionales:

| | |
|---|---|
| 2 de septiembre de 1980 | Transitorio |
| 1 de septiembre de 1981 | Probatorio |
| 31 de diciembre de 1981 | Regular de Carrera |
| 30 de septiembre de 2007 | Renuncia por Retiro Temprano |

Dada en San Juan de Puerto Rico, hoy 25 de septiembre de 2020.

**CERTIFICO CORRECTO:**

*(firma)*

Yinelis Ortiz Pérez
Secretaria Auxiliar de Recursos
Humanos y Relaciones Laborales

Nota: Cualquier alteración a este documento invalidará el mismo.

Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales
PO Box 9023207 San Juan PR 00902-3207
Tels. (787) 721-2800 Fax: (787) 721-8191
www.drdpuertorico.com