Juan Figueroa Carrasquillo
Urb. La Riviera B-14
Arroyo, P.R. 00714





1000    00918

U.S. POSTAGE PAID
FCM LETTER
ARROYO, PR
00714
OCT 15, 20
AMOUNT
**$6.40**
R2304M114202-15



RECEIVED
UNITED STATES
POSTAL SERVICE

2020 OCT 16   PM 4: 03

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**



7019 1640 0000 8620 9775

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R 00918-1767



Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019