9 de octubre de 2020

**Secretaria (Clerk's Office)**
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

**Estimados señores:**

Trabajé en la Compañía Fomento Recreativo desde 1981 hasta el 2001, en el cual fui trasladada a la Compañía de Parques Nacionales, ya que fisionaron la Compañía de Fomento Recreativo con el Fideicomiso de Parques para crear la Compañía de Parques Nacionales, en el cual estuve laborando hasta el año 2007.

La demanda se determinó a favor de los empleados en el mes de febrero de 2020.

El 15 de marzo se declara una pandemia a nivel mundial hasta el presente, por tal razón no habíamos podido hacer nuestra petición.

Hago esta reclamación de $100.00 efectivo a julio de 1985 otorgado por el Hon. Carlos Romero Barcelo y con el cambio al Hon. Rafael Hernández Colon la administración en el poder se opuso a otorgar dicha aumento. Adicional los $50.00 de aumento de la Hon. Sila María Calderón también dejado de Otorgar de la ley 96.

Cordialmente,

**Joaquina Rivera Lebrón**
**Dirección Física:**
Urb. Milagrosa
Calle 5 Casa B3, Arroyo, PR 00714
**Dirección Postal:**
PO Box 717
Arroyo, PR 00714



**GOBIERNO DE PUERTO RICO**
Departamento de Recreación y Deportes

# CERTIFICACIÓN

Certifico que, **Joaquina Rivera Lebrón**, Seguro Social REDACTED trabajó en la Compañía de Parques Nacionales:

| | |
|---|---|
| 1 de septiembre de 1981 | Transitorio – Compañía de Fomento Recreativo |
| 1 de noviembre de 1982 | Regular de Carrera |
| 30 de septiembre de 2007 | Renuncia por Jubilación |

Dada en San Juan de Puerto Rico, hoy 17 de septiembre de 2020.

CERTIFICO CORRECTO:

Yinelis Ortiz Pérez
Secretaria Auxiliar de Recursos
Humanos y Relaciones Laborales

Nota: Cualquier alteración a este documento invalidará el mismo.

Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales
PO Box 9023207 San Juan PR 00902-3207
Tels. (787) 721-2800 Fax: (787) 721-8191
www.drdpuertorico.com





Joaquina Rivera Lebrón
PO Box 717
Arroyo, PR 00714

**Secretaria (Clerk's Office)**
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767

