# Exhibit A

## Schedule of Deficient Claims to Be Set for Hearing

Eighty-Eighth Omnibus Objection
Exhibit A - Schedule of Deficient Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | MUNIZ TIRADO, MAGALY<br>PO BOX 1117<br>RINCON, PR 00677 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 61531 | $ 71,500.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 71,500.00 |