ÁNGEL C ROSADO GONZALEZ
HC 6 BOX 17492
SAN SEBASTIAN, PR 00685



SECRETARIA
TRIBUNAL DE DISTRITO DE LOS
ESTADOS UNIDOS
SALA 150 EDIFICIO FEDERAL
SAN JUAN, PUERTO RICO 00918-1767