## Exhibit A

**Schedule of Deficient Claims to Be Set for Hearing**

# N/A – Currently, the Debtors do not anticipate setting any claims from the Ninety-First Omnibus Objection for hearing at the November 18, 2020 Satellite Hearing.