**Exhibit B**

**Schedule of ADR/ACR Eligible Claims**

Ninety-Third Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | VILLARREAL LOPEZ, MARIA V.<br>PO BOX 255<br>OROCOVIS, PR 00720 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 66062 | $ 25,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | VILLARREAL LOPEZ, MARIA VERONICA<br>PO BOX 255<br>OROCOVIS, PR 00720 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56238 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | VIVES NEGRON, MIGUELINA<br>P.O. BOX 800176<br>COTO LAUREL, PR 00780 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70318 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | YOLANDA PARRILLA MATOS<br>VIA 45 4PS4 URB. VILLA FONTANA<br>CAROLINA, PR 00983 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68938 | $ 40,300.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | YORDAN CENTENO , NELLY<br>HC-01 BOX 7380<br>GUAYANILLA, PR00656 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139951 | $ 40,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 105,300.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts