**Exhibit B**

**Schedule of ADR/ACR Eligible Claims**

## Ninety-Fourth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO SEPULVEDA, ILIA RAQUEL<br>CALLE ISMAD ROSADO<br>BO. ALGAINSBO<br>MAYAGUEZ, PR00680 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 138167 | $ 7,200.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | AGOSTO BENCEBI, JULIA<br>HC 05 BOX 46967<br>VEGA BAJA, PR 00693 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 52858 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | ALVARADO LOPEZ, MARTA<br>JARDINES DEL CARIBE CALLE 2 # 417<br>PONCE, PR 00728 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 40591 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | ALVARADO RODZ, ADABEL<br>URB LA LULA CALLE 9-J-19<br>PONCE, PR 00730 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 143396 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | ALVAREZ CORDERO, ALEJANDRO<br>CALLE FRANA 528<br>URB. MATIENZO CINTRON<br>SAN JUAN, PR 00923 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 144830 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | ANDUJAR QUINONES, JUDITH<br>9546 CALLE DIAZ WAY<br>APTO 1015<br>CAROLINA, PR 00979 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 118923 | $ 8,100.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | BUXEDA DIAZ, IVAN R.<br>609 CALLE BOLIVAR<br>SAN JUAN, PR 00909 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 55080 | $ 100,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## Ninety-Fourth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | CALERO FERNANDEZ, DORIS N.<br>CALLE 4 D-24 VILLA COOPERATIVA<br>CAROLINA, PR 00985 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 61488 | $ 12,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | CARRION LOPEZ, LUIS M.<br>PO BOX 394<br>LUQUILLO, PR 00773 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 155906 | $ 150,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | CLASS DELGADO, MARIBEL<br>PO BOX 1292<br>AGUADA, PR 00602 | 7/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 97175 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | COTTO, MARGARITA AYALA<br>498 COND. VILLAS DE HATO TEJAS<br>EDF. 13 APT. 201<br>BAYAMON, PR 00959-4315 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 62215 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | CRUZ MARTAS, JULIO C<br>456 USS NEW MEXICO COURT<br>APT. 7<br>STATEN ISLAND, NY 10305 | 3/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 965 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | CUBERO VEGA, BLANCA M<br>BO SAN ANTONIO APDO 626<br>QUEBRADILLA, PR 00678 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43868 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Ninety-Fourth Omnibus Objection
## Exhibit B - Schedule of ADR/ACR Eligible Claims

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | DEGRAFF RAMOS, JAIME<br>CDT<br>CALLE CERRA 900<br>SAN JUAN, PR 00907 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39094 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | DIAZ DIAZ, RUBEN<br>URB. LA GRANJA<br>CALLE CRISTINO RODRIGUEZ<br>D7<br>CAGUAS, PR 00725 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53819 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | FLORES MORA, LINDA ROSE<br>URBANIZACION ALTURAS DE RIO GRANDE<br>CALLE 14G H-118<br>RIO GRANDE, PR 00745-5122 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57096 | $ 75,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | FLORES SUAREZ, MARISOL<br># 190 AVE LAS MARIAS<br>HYDE PARK<br>SAN JUAN, PR 00927 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 33364 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | FORES GALARZA, EDWARD<br>PO BOX 395<br>ANASCO, PR 00610-0395 | 8/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 163361 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | GARCIA IRIZARRY, JOAQUIN<br>BOX. 56<br>VEGA ALTA, PR00692 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53374 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

## Ninety-Fourth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | GARCIA NIEVES, LYDIA E.<br>PO BOX 337<br>COROZAL, PR 00783 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53714 | $ 15,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | GARCIA PIÑERO, ARIANA<br>HC02 BOX 9906<br>JUNCOS, PR 00777 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 54266 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | GARCIA RIVERA, ENRIQUE<br>HC -1 BOX 3224<br>VILLALBA, PR 00766 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109846 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | GARCIA ROMAN, RAQUEL<br>P.O. BOX 56<br>VEGA ALTA, PR 00692 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53608 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | GONZALEZ RIVERA, ANTONIO<br>CALLE SALVADOR LUGO#33<br>URB. LOS MAESTROS<br>ADJUNTAS, PR 00601 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 69236 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | GONZALEZ TORRES, LESTER A.<br>CALLE SALVADOR LUGO#33<br>ADJUNTAS, PR 00601 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 61358 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | HERNANDEZ PEREZ, CARLOS J<br>P.O. BOX 9<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140194 | $ 48,568.25* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Ninety-Fourth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | LABOY CASTILLO, IRMA<br>U 26 LEILA LEVITTOWN LAKES<br>TOA BAJA, PR 00949 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 167276 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | LAMPON NORA, MARTA<br>AT#10 46A- VALLE ARRIBA HEIGHTS<br>CAROLINA, PR 00983 | 7/31/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 159696 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | LAUREANO MONTALVO, PEDRO JUAN<br>P.O. BOX - 27<br>COMERIO, PR 00782 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 108053 | $ 75,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 30 | LOPEZ GONZALEZ, LUIS A.<br>HC-01 BOX 2301<br>JAYAYE, PR00664 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 131571 | $ 15,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | LOPEZ LAMADRID, ROBERTO EMILIO<br>U-26 LEILA URB LEVITTOWN LAKES<br>TOA BAJA, PR 00949 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 105994 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | LUGO SEGARRA, DANIEL<br>22 CALLE MANUEL RODRIGUEZ<br>LAJAS, PR 00667 | 4/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5448 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Ninety-Fourth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 33 | LUGO VAZQUEZ, GENOVEVA<br>CARR. 100 INTERIOR BARRIO<br>CABO ROJO, PR 00623 | 10/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 167736 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 34 | MARTINEZ SANTIAGO, MARIA DEL CARMEN<br>URB JARDINES M BLANCO 13-26 CALLE BAMBA<br>YAUCO, PR 00698 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 116275 | $ 20,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 35 | MASSANET , YARA<br>COOP. LOS ROBLES APT.1011A<br>AVE. AMERICO MIRANDA405<br>SAN JUAN, PR 00927 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 54607 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 36 | MASSANET, YARA<br>COOP. LOS ROBLES APT1011A<br>AVE. AMERICO MIRANDA405<br>SAN JUAN, PR 00927 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 60171 | $ 39,962.88 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 37 | MELENDEZ COLON, MODESTA<br>HC-03 BOX 11061<br>JUANA DIAZ, PR 00795-9856 | 6/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 95335 | $ 30,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 38 | MENDEZ FIGUEROA, ROSA M.<br>PO BOX 512<br>QUEBRADILLAS, PR 00678 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 58628 | $ 55,800.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

## Ninety-Fourth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 39 | MENDEZ MENDEZ, MARCELINO<br>INSTITUCION PONCE PRINCIPAL FASE3<br>ANEXO A #25 PO BOX 7285<br>PONCE, PR 00732 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14969 | $ 310,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | MORALES RODRIGUEZ, ZORAIDA<br>HC-01 BOX 6087<br>AIBONITO, PR 00705 | 6/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30734 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | MORALES RODRIGUEZ, ZORAIDA<br>HC 01 BOX 6087<br>AIBONITO, PR 00705 | 6/3/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 30617 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | MORAN SANTIAGO, ERMELINDA<br>PO BOX 212<br>VEGA ALTA, PR 00692 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 54294 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | MORERA RIVERA, EDDIE<br>COND. VILLAS EL DIAMANTINO<br>APT. A-4 BO. MARTIN GONZALEZ<br>CAROLINA, PR 00987 | 6/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 51264 | $ 45,600.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | MUNIZ BELTRAN, EDWIN<br>RES. LA MONTANA<br>EDIF. 24 APT. 212<br>AGUADILLA, PR 00603 | 8/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 158409 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Ninety-Fourth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 45 | NIMIA FERRER SANJURJO<br>HC 01 BOX 4211<br>LOIZA, PR 00772 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 62526 | $ 10,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | OCASIO MIRANDA, EVA M<br>PO BOX 1344<br>OROCOVIS, PR 00720 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 48187 | $ 86,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | ORTIZ CINTRON, CARMEN Y.<br>P.O. BOX 1872 BO. GATO CARRETERA 155<br>OROCOVIS, PR 00720 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53748 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | ORTIZ ORTIZ, IRMA<br>HC05 BOX 6076<br>JUANA DIAZ, PR 00795 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53615 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | PACHECO RUIZ, AGUSTIN<br>URB. JARD. M BLANCO<br>CALLE BAMBU B-26<br>YAUCO, PR 00698 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 148404 | $ 10,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | PAGAN MENDEZ, CARLOS J<br>N 52 CALLE DEGETAU<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 150818 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 1,113,231.13* |
|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts