## Exhibit A

**Schedule of Deficient Claims to Be Set for Hearing**

## Ninety-Fifth Omnibus Objection
### Exhibit A - Schedule of Deficient Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | RODRIGUEZ CRUZ, INES<br>BO. GUIPINAS CARRTERA 144 R. 527 K.1.4.<br>JAYUYA, PR00664 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 161854 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | SANCHEZ MALTES, CARMEN D<br>URB VALLE HERMOSO<br>R12 CALLE CEDRO<br>HORMIGUEROS, PR 00660 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44934 | $ 4,800.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | TROCHE VARGAS, NEVEIDA<br>102 URB. VALLE DE ANASCO<br>ANASCO, PR 00610-9625 | 7/10/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 161279 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | YOLANDA RIVERA, CARMEN<br>URB. BUCARE, ESMERALDA 19<br>GUAYNABO, 00969 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31525 | $ 121,128.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 125,928.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts