octubre /2020

A quien pueda interesar:

Los documentos enviados es
con relación al reclamo de muchos
años que he hecho Ley 89 - Ley 164
Ley 34

Cualquier atención que puedan
brindar a dicho asunto, estaré muy
agradecida. Gracias.

att:

Maria E. Colón
Ext Jard. Arroyo E 4-B
Arroyo PR 00714

Nota: Ley Promesa
      título III
      num. 17 BK 3283-LTS

**Prime Clerk** ⍉
830 Third Ave, 9ᵗʰ Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 133062

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Maria Elena Colon Rodriguez
Ext. Jarad De Aprroyo
E4 Calle B
Arroyo, PR 00726

**aeela**
ASOCIACION DE EMPLEADOS DEL ELA

Ave. Ponce de León 463, Pda. 35 Hato Rey - P O Box 364508 San Juan, Puerto Rico 00936-4508

ASOCIACION DE EMPLEADOS DEL E.L.A.

ORIGINAL - ASOCIACION
COPIA - ASOCIADO

## SOLICITUD DE LIQUIDACION DE AHORROS Y DIVIDENDOS 2005

(VEA INSTRUCCIONES AL DORSO)

### PARTE I  A SER LLENADA POR EL SOCIO

FIRMA VERIFICADA

Núm. Empleado PERSONAL DE NOMINA / Seguro Social REDACTED

1. Nombre y Apellidos **Maria Elena Colón Rodríguez**

Teléfono **271-4877**

2. Dirección Residencial **Ext. Jard. Arroyo, calle: B-E4-Arroyo, PR 00714**

3. Dirección Postal **Ext. Jard. Arroyo, calle: B-E4-Arroyo PR**

Zip Code **00714**

4. Indique las ultimas dos (2) agencias donde trabajó

| Agencia | Puesto - Ofic. Neg. o División | Comenzó Trabajar | Terminó | Zona o Pueblo |
|---|---|---|---|---|
| a) Depto. Salud | Reg. Drug - Reg | 1/sept/76 | 30/junio/05 | Guayama |
| b) Depto de Educación | ofic Sub. Personal clasif | ago/1969 | 1974 | Guayama |

5. Fecha de Efectividad de la Renuncia **30/junio/05**

Indique Fecha (s) de Licencia (s) sin Sueldo

6. Tiene AEELA Mastercard  SI ☐  No ☒  Indique su número

7. Nombre y dirección del pariente más cercano que no viva con usted. **Edda Berdeguez, Urb Monte olivo #345**

SOLICITO la liquidación de mis ahorros y dividendos acumulados en esa Asociación hasta la fecha de mi separación del servicio público.

CERTIFICO que la información aquí ofrecida es correcta:

_Maria Elena Colón Rodríguez_  Firma del Solicitante   **7/jul/05**  Fecha

Firma del Testigo

### PARTE II  PARA SER LLENADA POR EL RECLAMANTE DE UN SOCIO FALLECIDO QUE HAYA TENIDO MATRIMONIO

Nombre del Cónyuge anterior _____

Dirección _____

Fecha de Matrimonio y Div... _____

...bre y firma de la persona que ofrece la información _____

### PARTE III  A SER LLENADA POR LA AGENCIA

Nombre del Asociado **MARIA E. COLON RODRIGUEZ**

Agencia **SALUD**   Seguro Social REDACTED

Fecha (s) de Licencia sin Sueldo Desde 1. **n/a**  Hasta **n/a**
(sea Especifico)

2. _____  Hasta _____

3. _____  Hasta _____

Fecha de Efectividad de la Renuncia **30 de junio de 2005**   Razón de Cese **renuncia por Mérito**

SI VA A COMENZAR A TRABAJAR EN OTRA AGENCIA FAVOR INDICAR:

a) ¿Cuál? _____   b) Fecha _____

c) Clase de Nombramiento _____

LOS SIGUIENTES DESCUENTOS DE SU SUELDO MENSUAL FUERON REALIZADOS PARA LA ASOCIACION DURANTE LOS ULTIMOS CUATRO (4) MESES DE TRABAJO.

| MES | AHORROS | SEGURO | PRESTAMO |
|---|---|---|---|
| marzo 2005 | $53.50 | $9.00 | $7.03 |
| abril 2005 | $53.50 | $9.00 | —— |
| mayo 2005 | $67.02 | $9.00 | —— |
| junio 2005 | $53.50 | $9.00 | —— |

CANTIDAD ACREDITADA A SU DEUDA DE SUMA GLOBAL DE VACACIONES $ _____
NETO ENVIADO A LA ASOCIACION PARA ACREDITAR A PRESTAMO.
(Firme en forma legible)

Preparado por _____   **787 - 844-2855**  Telefono Funcionario Autorizado

Nómina Núm _____

Fecha _____   **7 de julio de 2005**  Fecha de Certificación

Certifico que he verificado toda la información Ofrecida anteriormente y que es completamente correcta:

**VIVIAN I. LABOY SANTIAGO**
Jefe de Personal o su Representante Autorizado
(Use letra de molde)

_Vivian I Laboy Santiago_  Firma

AEELA - 61
7 - 97 (Rev.)



Estado Libre Asociado de Puerto Rico
ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO BOX 42003 • SAN JUAN PR 00940-2003

8 de agosto de 2005

**MARIA COLON RODRIGUEZ**
**EXT JARD DE ARROYO**
**E 4 B**
**ARROYO PR 00714**

Estimado (a) señor (a) **COLON:**                    S.S: REDACTED

Deseamos informarle que su solicitud de pensión por **MERITO** ha sido aprobada efectiva el **1 DE JULIO DE 2005**. La pensión que le corresponde de acuerdo con la legislación vigente es de **$1,188.45** mensuales. Si posteriormente esta Administración determina la existencia de deficiencias que afecten esta decisión, se procederá a hacer los ajustes pertinentes.

Los pensionados por años de servicio y edad o por mérito, podrán servir al Gobierno, sus instrumentalidades, municipios o corporaciones públicas, sin que se le suspendan sus pagos de pensión, en las siguientes circunstancias; prestar servicios profesionales y consultivos mediante contrato a base de honorarios; servir en puestos regulares con horario parcial que no exceda de la mitad de la jornada completa de trabajo y recibiendo una retribución que no exceda la mitad de lo que correspondería al mismo puesto si fuera a jornada completa.

Le informamos que usted se acogió al Plan Coordinado y su pensión será reajustada al usted adquirir la condición de plenamente asegurado bajo la Ley Federal del Seguro Social. De usted interesar cambiar al Plan de Completa Suplementación deberá solicitarlo en nuestras oficinas.

Si necesita información adicional al respecto, puede solicitar la misma en nuestras oficinas o comunicarse libre de costo, a través de TELERETIRO AL 1-877-777-2020.

**Le extendemos el más sincero reconocimiento por su dedicación al servicio público.**

Cordialmente,

Juan A. Cancel Alegría
Administrador

Daniel Rodríguez Cotto
Director
Area de Servicios al Pensionado

mrm

**aeela**
ASOCIACION DE EMPLEADOS DEL ELA

## SOLICITUD DE BENEFICIOS POR AÑOS DE SERVICIO ASEGURADO

VER INTRUCCIONES AL DORSO

### I-INFORMACION SOBRE EL SOLICITANTE

| NOMBRE | SEGURO SOCIAL | NUM. EMPLEADO | TELEFONO |
|---|---|---|---|
| Maria Elena Colón Rodriguez | REDACTED | | 271-4877 |

DIRECCION RESIDENCIAL: Ext. Jard. Arroyo, Calle: B - E4 - Arroyo, PT
PUEBLO: Arroyo  ZIP CODE: 00714

DIRECCION POSTAL: Ext. Jard. Arroyo Calle: B - E4 - Arroyo, PT 00714
PUEBLO: Arroyo  ZIP CODE: 00714

| INDIQUE AGENCIA DONDE HA TRABAJADO ANTES | FECHAS DESDE | HASTA |
|---|---|---|
| A) Depto Justicia - Div Rey Arroy. | 1/sept/76 | 30/junio/05 |
| B) Depto de Educación | ago/1969 | 1974 |
| C) | ene/1970 | |

### Conteste las siguientes preguntas

¿Cuándo ingreso al seguro?
Fecha 1/sept/1976

¿Cambió de categoría de Seguro?
☐ Sí  ☒ No Fecha _____

7/jul/05
FECHA DE SOLICITUD

¿Perdió el seguro alguna vez?
☐ Sí  ☒ No Fecha _____

¿Ha vuelto a ingresar al seguro alguna vez?
☐ Sí  ☐ No Fecha _____

Maria Elena Colón Rodz
FIRMA DEL SOLICITANTE

### II-CERTIFICACION DE LA AGENCIA

Certifico que __MARIA E. COLON RODRIGUEZ__ Seguro Social __REDACTED__

Cesó de trabajar en esta agencia el __30 de junio de 2005__

Disfrutó de Licencia sin Sueldo desde __n/a__ Mes/Día/Año Hasta __n/a__ Mes/Día/Año

Fecha Ultimo descuento de Seguro __30 de junio de 2005__

__DEPARTAMENTO DE SALUD__
Nombre de la Agencia

__7 de julio de 2005__
Fecha de Certificación

__VIVIAN L. LABOY SANTIAGO__
Nombre Director de Personal o su Representante Autorizado

Vivian J Laboy Santiago
Firma Director de Personal o su Representante Autorizado

### III-CERTIFICACION DE SISTEMA DE RETIRO

**UNA VEZ SE LE APRUEBE LA PENSION DEBERA CERTIFICAR ESTE FORMULARIO EN EL SISTEMA DE RETIRO AL CUAL PERTENECE.**

Certifico que __Maria E. Colón Rodriguez__ Seguro Social _____

Pensionado Número _____ se le aprobó la pensión efectivo al __1 julio 2005__

__ASR__
Nombre del Sistema de Retiro ol cual Pertenece

Nombre Director de Sistema de Retiro o su Representante Autorizado

__1 agosto 2005__
Fecha de Certificación

Firma Director de Sistema de Retiro o su Representante Autorizado

### USO EXCLUSIVO DE LA ASOCIACION — HOJA DE TRABAJO Y COMPUTOS

| * (1) | (2) | (3) | (4) CESE DESPUES 7/94 | (5) | (6) |
|---|---|---|---|---|---|
| 68-06 | 89-06 | | | | |
| | | 89-06 | 68-06 | | |
| | | | | | |

| MESES | CANTIDAD |
|---|---|
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| TOTAL A PAGAR = $ | |
| MENOS DEUDA = $ | |
| MENOS DEUDA = $ | |

Categoría _____

* % antes de junio 1968. (primera . 833, segunda . 208).

CLASE DE PAGO 70.

NUM. DE CUENTA: FONDO 30. OBJ. 632. SEC. 2. TRANS. 13S. CLASE- - A.T.

NUM. DE CUENTA: FONDO 20. OBJ. 111. SEC. 4. TRANS. 163. CLASE- - G.E.

NUM. DE CUENTA: FONDO 30. OBJ. 501. SEC. 4. TRANS. 03. CLASE- - C.S.

| REV. POR PRE-INTERVENCION | EMPLEADO DEPTO. DE SEGUROS | JEFE DEPTO. DE SEGUROS |
|---|---|---|
| FECHA_____ | FECHA_____ | FECHA_____ |

AEELA - 42
4 - 99 (REV.)

María E. Colón
Ext. Jard. Arroyo
E4-B Arroyo P.R.
00714.

SAN JUAN PR

13 OCT 202

FOREVER USA    FOREVER USA

Energy Awareness Month

Tribunal de Dtto. de los E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED
2020 OCT 16 AM 8:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.