

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

17 de marzo de 2018

**Agencia: 122 - ADMINISTRACION DE TRIBUNALES**

NORMA ROCHE RABELL  
URB UNIVERSITY GARDENS  
277-B CALLE CLEMSON  
SAN JUAN, PR 00927

Seguro Social: XXX-XX-6148

A base de la información en nuestros registros, al 17 de marzo de 2018 usted posee:

**Fecha de Nacimiento:** REDACTED     **Género: Femenino**

**Fecha de Ingreso al Servicio Público: 17 de mayo de 1989**

**Fecha de Comienzo de Cotización: 17 de mayo de 1989**

| Ley 447 al 30 de junio de 2013 | | | Ley 3 al 30 de junio de 2017 | | |
|---|---|---|---|---|---|
| Años Acreditados: | 24.00 | | Tiempo Trabajado: | 4.07 | |
| Aportaciones: | | $38,675.20 | Aportaciones: | | $14,287.41 |
| Intereses: | | $11,478.30 | Intereses: | | $1,009.49 |
| Gastos Teneduría: | | $0.00 | Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $50,153.50 | Total Aportaciones: | | $15,296.90 |
| SNC Pagado: | | $0.00 | Beneficio: | | $0.00 |
| SNC Tiempo: | 0.00 | | | | |
| Beneficio: | | $0.00 | | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta  
Área de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711  
PO Box 42003, San Juan, PR 00940-2203  
Tel: 787-754-4545  
www.retiro.pr.gov



RETIRO  
ESTADO LIBRE ASOCIADO DE PUERTO RICO



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de los Sistemas de Retiro de los
Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: NORMA ROCHE RABELL**                                      Seguro Social: XXX-XX-6148

URB UNIVERSITY GARDENS

277-B CALLE CLEMSON

SAN JUAN, PR 00927

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

Corporación:                    ADMINISTRACION DE TRIBUNALES

Años de Servicio:               --

Balance de Aportaciones:        $65,450.40

Esta certificación fue emitida el 17 de marzo de 2018.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2018031736068889

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov



RETIRO
ESTADO LIBRE ASOCIADO DE PUERTO RICO