# Exhibit A

**Schedule of Deficient Claims to Be Set for Hearing**

## Ninety-Seventh Omnibus Objection
### Exhibit A - Schedule of Deficient Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CASIANO AYALA, PEDRO A<br>HC 2 BOX 5126<br>COAMO, PR 00769-9682 | 3/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1045 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | TOTAL | Undetermined* |
|---|---|---|---|