## Exhibit A

**Schedule of Deficient Claims to Be Set for Hearing**

Ninety-Ninth Omnibus Objection
Exhibit A - Schedule of Deficient Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | DOMINGUEZ GONZALEZ, ADA IRIS<br>HC-01 BOX 24165<br>VEGA BAJA, PR 00693 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 105579 | $ 19,687.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|  | TOTAL | $ 19,687.00* |
|---|---|---|

* Indicates claim contains unliquidated and/or undetermined amounts