## Exhibit A

**Schedule of Deficient Claims to Be Set for Hearing**

One Hundred and First Omnibus Objection
Exhibit A - Schedule of Deficient Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | LOPEZ BURGOS, MARILYN JANEL<br>CALLE 1 # 325<br>APT 5<br>JARDINES MONTE ALTO<br>TRUJILLO ALTO, PR 00976 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43360 | $ 70,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | LUNA RIOS, ANA L<br>PO BOX 1983<br>CIDRA, PR 00739 | 5/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13241 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 70,000.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts