Porfirio Ortiz Rodriguez
HC-01 Box 4665
Juana Diaz P.R. 00795

Case:17-03283-LTS Doc#:14638-2 Filed:10/16/20 Entered:10/20/20 13:08:03 Desc Envelope Page 1 of 1

SAN JUAN PR 009
13 OCT 2020 PM 1 L

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan (Puerto Rico) 00918-1767