Iris Rivera Figueroa
P.O Box 800562
Coto Laurel P.R. 00780

Room 150 Federal Building
San Juan P.R. 00918-1767

00918-999955