## Exhibit A

**Schedule of Deficient Claims to Be Set for Hearing**

One Hundred and Tenth Omnibus Objection
Exhibit A - Schedule of Deficient Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CASTILLO LOPEZ, SYLVIA<br>1213 CALLE BAMBLE LOS CAOBOS<br>PONCE, PR 00716 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 104956 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | CASTILLO LOPEZ, SYLVIA<br>1213 CALLE BAMBA LOS CAOBOS<br>PONCE, PR 00716 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 92983 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | CASTILLO LOPEZ, SYLVIA<br>1213 CALLE BAMBU<br>URB LOS CAOBOS<br>PONCE, PR 00716 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 94640 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | CASTILLO LOPEZ, SYLVIA<br>1213 CALLE BAMBU LOS CAOBOS<br>PONCE, PR 00716 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 91584 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 5 | COLON RIVERA, JOSE A.<br>PO BOX 2115<br>AIBONITO, PR 00705 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 100877 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | Undetermined* |

\* Indicates claim contains unliquidated and/or undetermined amounts