**Exhibit B**

**Schedule of ADR/ACR Eligible Claims**

## One Hundred and Tenth Omnibus Objection
## Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BETANCOURT COLLAZO, ROMUALDO<br>PO BOX 1629<br>JUANA DIAZ, PR 00795 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57163 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CARDONA SEPULVEDA, LUZ E.<br>#32 CALLE RAMOS ANTONINI<br>HORMIGUEROS, PR 00660 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 107351 | $ 15,600.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CARRASQUILLO MALDONADO, LUIS A.<br>BO.PALOMAS SECTOR HIGUERO<br>BOX 181<br>COMERIO, PR 00782 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 96299 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CASTRO HERNANDEZ, WILLIAM<br>26 CALLE DIEGO DEYNES<br>MOCA, PR 00676 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 108208 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | CENTENO ALVARADO, RAFAEL<br>E38 CALLE 8<br>ALTURAS DE PENUELAS III<br>PENUELAS, PR 00624 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 84867 | $ 18,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | CENTENO DE ALVARADO, MIGNA IRIS<br>HC - 02 BOX 6284<br>GUAYANILLA, PR00656 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 96663 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | CHARDON RODRIGUEZ, CARMEN J<br>QTAS DE ALTAMIRA<br>1100 CALLE YUNQUE<br>JUANA DIAZ, PR 00795-9128 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 92383 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Tenth Omnibus Objection
## Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | CHARDON RODRIGUEZ, CARMEN J.<br>QTAS DE ALTAMIRA1100 CALLE EL YANQUE<br>JUANA DIAZ, PR 00795-9128 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 93174 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | CHARDON RODRIGUEZ, CARMEN J.<br>QTAS DE ALTAMIRA1100 CALLE EL YUNQUE<br>JUANA DIAZ, PR 00795-9128 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101562 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | CHARDON RODRIGUEZ, CARMEN J.<br>QTUS DE ALHAMBRA<br>1100 CALLE EL YUNQUE<br>JUANA DIAZ, PR 00795-9128 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 106789 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | CINTRON DIAZ, EFRAN<br>PO BOX 37-1695<br>CAYEY, PR00737 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 82238 | $ 4,650.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | CINTRON DIAZ, EFRAIN<br>PO BOX 37-1695<br>CAYEY, PR00737 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 84715 | $ 5,800.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | CINTRON HERNANDEZ, VICTOR L.<br>VILLA RICA AE-7 GLADYS<br>BAYAMON, PR00959 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 103298 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | CINTRON HERNANDEZ, VICTOR LUIS<br>CALLE GLADYS AE-7<br>VILLA RECA<br>BAYAMON, PR00959 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110922 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Tenth Omnibus Objection
## Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | CINTRON MORALES, RADAMES<br>CALLE GUANAJIBO<br>154 URB PROVINCIO DEL RIO<br>COAMO, PR 00769 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 97605 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 16 | CINTRON ROSARIO, JOHNNY<br>HC -03 BOX 15455<br>JUANA DIAZ, PR 00795 | 6/26/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 95164 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors | | | | | |
| 17 | CLEMENTE ROSA, MARIA A.<br>9546 CALLE DIAZ WAY APT311<br>CONDOMINIO ASTRALIS<br>TORRE #6<br>CAROLINA, PR 00979 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 92159 | $ 20,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 18 | COLLAZO DELGADO, MARILUZ<br>HC 63 BZN. 3023<br>PATILLAS, PR00723 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 83933 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 19 | COLLAZO NIEVES, LYDIA E.<br>URB. SANTA MARIA<br>7144 DIVINA PROVIDENCIA<br>PONCE, PR 00717-1019 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80924 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 20 | COLON CRUZ, LORRAINE<br>VILLA FRANCES #3<br>JUANA DIAZ, PR 00795 | 6/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46685 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

## One Hundred and Tenth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | COLON FIGUEROA, FRANCISCA<br>74 OESTE - RETIRO<br>GUAYAMA, PR00784 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 97638 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 22 | COLON FIGUEROA, JUAN JOSE<br>URB. SABANERA DE DORADO<br>CAMINO DEL ZORZAL #50<br>DORADOS, PR 00646 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110746 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 23 | COLON MALDONADO, ADELAIDA<br>#65 CALLE 4 URB DEL CARMEN<br>JUANA DIAZ, PR 00795 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86448 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 24 | COLON MARTINEZ, ZULMA<br>HC - 02 BOX 9998<br>JUANA DIAZ, PR 00795 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 100973 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 25 | COLON MARTINEZ, ZULMA<br>HC-02 BOX 9998<br>JUANA DIAZ, PR 00795 | 6/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50530 | $ 32,400.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 26 | COLON MORCIGLIO, RICARDO<br>URB LOS CAOBOS<br>ACEITILLOS #573<br>PONCE, PR 00716 | 5/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13368 | $ 15,600.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 27 | COLON NEGRON , CARLOTA<br>CALLE 14<br>URB LOMAS<br>JUANA DIAZ, PR 00795 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 97969 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Tenth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | COLON NEGRON, CARLOTA<br>CALLE 14<br>URB. LOMAS<br>JUANA DIAZ, PR 00795 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 93720 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | COLON NEGRON, JOSEFINA<br>BO. AGUILITA<br>SECT. PENONCILLO<br>JUANA DIAZ, PR 00795 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 97339 | $ 45,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | COLON NEGRON, JOSEFINA<br>SECTOR PERONCILLO APT. 963<br>JUANA DIAZ, PR 00795 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101398 | $ 45,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | COLON NEGRON, JOSEFINA<br>BARRIO AGUILILA<br>SECTOR PENONCILLO, APT. 963<br>JUANA DIAZ, PR 00795-0963 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101162 | $ 45,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | COLON NEGRON, JOSEFINA<br>BO. AGUILITA<br>SECT. PENONCILL.<br>JUANA DIAZ, PR 00795 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 111044 | $ 45,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | COLON NEGRON, JOSEFINA<br>BARRIO AGUILITA<br>SECTOR PENONCILLO APT. 963<br>JUANA DIAZ, PR 00795 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 104949 | $ 45,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Tenth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | COLON NEGRON, ROSAEL<br>VILLA DEL CARMEN<br>1424 SALIENTE<br>PONCE, PR 00716-2131 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 105240 | $ 34,800.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 35 | COLON NEGRON, ROSAEL<br>1424 SALIENTE VILLA DEL CARMEN<br>PONCE, PR 00716-2131 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 105506 | $ 34,800.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 36 | COLON NEGRON, ROSAEL<br>VILLA DEL CARMEN<br>1424 SALIENTE<br>PONCE, PR 00716-2131 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101160 | $ 34,800.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 37 | COLON NEGRON, ROSAEL<br>1424 SALIENTE<br>PONCE, PR 00716-2131 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101171 | $ 34,800.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 38 | COLON NEGRON, ROSAEL<br>1424 SALIENTE<br>PONCE, PR 00716-2131 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109839 | $ 34,800.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 39 | COLON RIVERA , IRCA I.<br>URB. SAN MARTIN<br>CALLE 1 B-3<br>JUANA DIAZ, PR 00795 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109386 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 40 | COLON RIVERA, IRCA I.<br>URB. SAN MARTIN CALLE B-3<br>JUANA DIAZ, PR 00795 | 6/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 77263 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Tenth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | COLON RIVERA, JOSE A.<br>PO BOX 2115<br>AIBONITO, PR 00705 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 102284 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | COLON RIVERA, NILDA<br>HC-01 BOX 7208<br>VILLALBA, PR 00766-9856 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 94278 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | COLON RODRIGUEZ, NOEMI<br>B-16 CALLE MAGNOLIA<br>URB. EL DORADO<br>GUAYAMA, PR 00784 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 102818 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | COLON SANTIAGO, LUZ IRAIDA<br>#97 BO. VELAZQUEZ BOX 949<br>SANTA ISABEL, PR 00757 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 96720 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | COLON SIERRA, ANA R.<br>HC 3 BOX 17346<br>AGUAS BUENAS, PR 00703 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 102906 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | COLON TORRES, CARMEN L.<br>PO BOX 792<br>JUANA DIAZ, PR 00795-0792 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 97757 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | COLON TORRES, CEREIDA<br>PO BOX 792<br>JUANA DIAZ, PR 00795-0792 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 98552 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Tenth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | COLON TORRES, CEREIDA<br>PO BOX 792<br>JUANA DIAZ, PR 00795 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 96854 | $ 28,800.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 49 | COLON TORRES, ENID<br>URB. RELLA JAUCA Al3<br>SANTA ISABEL, PR 00757 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99397 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 50 | COLON TORRES, TAMARA<br>1391 SAN LUCAS, ALTAMESA<br>SAN JUAN, PR 00921 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 96621 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 51 | COLON VAZQUEZ, NANCY R<br>URB. COUNTRY CLUB<br>CALLE DURBEC 963<br>SAN JUAN, PR 00924-3343 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 108897 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 52 | CORA CORA, CARMEN D.<br>PO BOX 452<br>ARROYO, PR 00714 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 107492 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 53 | CORA PENA, JEAN DE L.<br>BOLDORIOTY #52-ESTE<br>GUAYANA, PR 00784 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 89836 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 54 | COTAY HAYS, NITZA<br>317 CALLE LOS OLIVOS<br>URB. CANAS HOUSING<br>PONCE, PR 00728 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35361 | $ 7,500.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Tenth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 55 | CRESPO RIOS, HAYDEE<br>P.O. BOX 21<br>ANASCO, PR 00610 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 98547 | $ 9,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | CRUZ CRUZ, ANA R<br>LOS CAOBOS<br>CALLE COJOBA 2833<br>PONCE, PR 00731 | 6/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 72562 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | CRUZ CRUZ, CARMEN N.<br>CALLE 12 #130E BO. MAMEYAL<br>DORADO, PR 00646 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 98452 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | CRUZ ESCUTE, CARMEN NITZA<br>CALLE BETANCES #76<br>CANOVANAS, PR 00729 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 94723 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | CRUZ FIGUEROA, NELDYS E.<br>BOX 531<br>PENUELAS, PR 00624 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80629 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | CRUZ FIGUEROA, NELDYS E.<br>BOX 531<br>PENUELAS, PR 00624 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80859 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | CRUZ GARCIA, GLADYS<br>URB. JACAGUAX<br>CALLE 2 #11<br>JUANA DIAZ, PR 00795 | 6/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46708 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Tenth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 62 | CRUZ ROCHE, CARLOS LUIS<br>BOX 750<br>JUANA DIAZ, PR 00795 | 6/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71778 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | CRUZ SANTIAGO, NILDA<br>90-1 URB. JACAGUAX<br>JUANA DIAZ, PR 00795 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 91026 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | CUASCUT CORDERO, LEONARDA<br>101 A 19<br>DORADO, PR 00646 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101463 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | DALECCIO RODRIGUEZ, SONIA V<br>4 CALLE M NADAL<br>JUANA DIAZ, PR 00795-2306 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 24672 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | DAVID SANTIAGO, NANCY<br>PMB 137 PO BOX 3502<br>JUANA DIAZ, PR 00795 | 6/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 88217 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 67 | DAVILA APONTE, MIGDALIA<br>URB. SANTA MARIA B-33<br>TOA BAJA, PR 00949 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 97673 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 68 | DAVILA BOCACHICA, GRISEL<br>BO. EL PINO HC-01 BOX 4040<br>VILLALBA, PR 00766 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 66939 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Tenth Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 69 | DAVILA RODRIGUEZ, RUTH<br>HC 01 BOX 4026<br>VILLALBA, PR 00766 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67910 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 70 | DAVIS PEREZ, ROSARIO C.<br>745 AUGUSTO PEREA GUANAJIBO HOMES<br>MAYAGUEZ, PR00682 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101535 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 71 | DAVIS PEREZ, ROSARIO C.<br>745 AUGUSTO PEREA GUANAJIBO HOMES<br>MAYAGUEZ, PR00682 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79021 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 72 | DE ARMAS SOTO, EDWIN A.<br>PO BOX 1102<br>GUAYAMA, PR00785-1102 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 102343 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 73 | DE JESUS ALICEA, MARIA TERESA<br>PO BOX 224<br>ARROYO, PR 00714 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110344 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 558,350.00* |