Secretaria (Clerk's Office)
Tribunal de Destrito de los Estados Unidos
Room 150 Federal Bui
San Juan, (Puerto Rico) 00918-1767

Fecha: 13 Octubre 2020
Asunto: Acción pendiente de resolución
De: Abegail Vazquez Centeno
Urb. La Riviera
Calle 4 C-4
Arroyo, P.R. 00714-2708
Num. reclamación 153303
Tel. 787-307-0074

Por la presente certifico que Soy Empleada del Departamento de salud, Desde 1 Junio de 1987 hasta el presente.

Durante los pasados meses me han llegado correspondencia, en donde se me endosa que cualifico para obtener los beneficios de las ley 39- Romerazo, ley 30 Sistema de Retiro, ley 34 Rosello, Ley 164 Sila Calderón. Al informarme sobre ellos me indicaron que debía enviar los siguientes documentos como parte del proceso. Entre los mismos se encuentran, Designación de beneficiarios (AEELA 201) Plan 106, Petición de reclamación, Identificación de Empleada.