

Centésima cuadragésima octava Objeción Global
Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 268 | VAZQUEZ CINTRON, ABIGAIL URB LA RIVERA C 6 CALLE 4 ARROYO, PR 00714 | 7/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 153303 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

## PARA EL DISTRITO DE PUERTO RICO

JUNTA DE SUPERVISION Y ADMINISTRACION

FINANCIERA PARA PUERTO RICO,

COMO REPRESENTANTE DE

ESTADO LIBRE ASOCIADO DE PUERTORICO Y

OTROS,

               DEUDORES

PROMESA

TITULO 111  Núm. 17 BK 3283-LTS

(Administrada conjuntamente)

La presente radicación guarda

relación con el ELA, la ACT y el SRE

I.     Datos:  Abigail Vázquez Cintrón ( reclamo #) 153303. Dirección: Urb. La Riviera Calle 4 C-6 Arroyo PR 00714 (cell ) 787-307-0074  email: charlotm2003@gmail.com

II.     Epígrafe:     NOTIFICACION DE LA CENTESIMA CUADRAGESIMA SEGUNDA OBJECION GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE UNAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS

III.     Motivos:  Yo Abigail Cintrón Vázquez soy empleada del Departamento de Salud de Puerto Rico desde el junio 1ro del 1987 Por la cual estoy reclamando la cantidad de 26,310.00 por la ley 89, la ley 34 y la ley 164 según estipula las leyes del Estado Libre Asociado de Puerto Rico

IV.     Documentación Justificativa. Adjunto la evidencia de documentos que incluye las leyes arriba mencionadas. De necesitar alguna otra información favor de notificarme de inmediato:

    1.  Certificación de empleo
    2.  Notificación de nombramiento

Abigail Vázquez Cintrón

18 de febrero de 2020

AP-15 Especial B
(8/89)

Estado Libre Asociado de Puerto Rico
Departamento de Salud
ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD
Area de Personal

INFORME DE CAMBIO ESPECIAL

Número del cambio  P-1062

SALUD SUR
Región u Hospital

Nombre del empleado:  Abigail Vázquez Cintrón

Seguro Social      :    REDACTED

Se notifica el siguiente cambio de status del empleado, de conformidad con el Artículo 4 de la Ley 56 del 16 de agosto de 1989. Este cambio de status del empleado es efectivo el 1ro. de julio de 1989.

| | | ANTES DEL CAMBIO | DESPUES DEL CAMBIO |
|---|---|---|---|
| 1. | Número del puesto | D-9237 | D-3974 |
| 2. | Título de clasificación | Oficinista I | |
| 3. | Programa | Nivel Primario | |
| 4. | Departamento | Centro Diagnóstico y Trat. | |
| 5. | Ubicación geográfica del puesto | Arroyo | |
| 6. | Categoría del empleado | | De carrera |
| 7. | Status del empleado | Transitorio (h. 30-junio-89 | Regular |
| 8. | Sueldo — | $620.00 | |
| 9. | Diferencial | — | |
| 10. | Descuento para aportación Sistema de Retiro | No cotiza | 7% |

Cifra de Cuenta de Nómina Antes del Cambio

| Fondo | TC | Prog. | Sub. Prog. | Proy. | Act. | Región | Fac. | Ofic. | Div. | Secc. | Uni. | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 5 | 03 | 25 | 00 | 00 | 60 | PL | 2T | 2T | 00 | 1 | 112 |

Cifra de Cuenta de Nómina Después del Cambio

| Fondo | TC | Prog. | Sub. Prog. | Proy. | Act. | Región | Fac. | Ofic. | Div. | Secc. | Uni. | Objeto |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 5 | 03 | 25 | 00 | 00 | 60 | PL | 2T | 2T | 00 | 1 | 111 |

CERTIFICACION DE LA AUTORIDAD NOMINADORA

Certifico que los servicios prestados por (el) (la) empleada desde el 1 de junio de 1987 hasta el 30 de junio de 1989 han sido satisfactorios. (fecha del nombramiento

Comentarios: _____

APROBADO

9 de abril de 1990                          1990
Fecha

Lourdes T. Napoleoni Ofic. de Pers. Int
Firma de la Autoridad Nominadora
o su Representante Autorizado

OFICINA DE PERSONAL
DEPARTAMENTO DE SALUD
REGION SUR

./ ggv

Revisado 4/79

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO SALUD**

ADMINISTRACION DE FACILIDADES Y SERVICIOS DE SALUD
Area de Personal

SOLICITUD DE: ☐ LICENCIA PARA ESTUDIOS POR FRACCIONES DE DIAS

☐ CAMBIO DE HORARIO

| Nombre: VAZQUEZ CINTRON, ABIGAIL | Puesto: OFICINISTA | Status Empleo REGULAR |
|---|---|---|

Dirección:
URB. LA RIVIERA CALLE 4 C-6
ARROYO, PUERTO RICO

Negociado o División: (Dirección y Teléfono)
DEPT. DE SALUD
PROGRAMA ASISTENCIA MEDICA
ARROYO, PUERTO RICO

Solicito me autorice a matricularme en
(Nombre de Institución y Dirección)

Fecha de comienzo:

01     06    1987
(día)  (mes)  (año)

Fecha de terminación:

(día)  (mes)  (a

Estudiaré las siguientes asignaturas:

Relación con mi trabajo:

Días y horas de clases: (fotocopia del Prog.)

Horario regular de trabajo:

☐ Fijo: 7:00 - 12:00        1:00 - 3:30
         A. M.                P. M.

☐ Rotativo: _____

Tiempo que toma en ir del trabajo a la institución de estudio y viceversa:

Medio de transporte:

Me comprometo a compensar las horas laborables utilizadas para mis estudios:

( ) Descontando ese tiempo de la licencia regular acumulada hasta esta fecha.
( ) Horario Especial

Firma de la persona que supervisará fuera del horario regular de trabajo y carta que lo certifique.

Fecha: _____

*Abigail Vázquez Cintrón*
Firma del empleado:

( ) Recomendada favorablemente. El servicio se beneficiará de la siguiente forma:

( ) No recomendada por las siguientes razones:

Balance vacaciones regulares: _____

Firma del Oficial de Personal

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Vazquez Cintron, Abigail | 153303 | 7/16/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Vazquez Cintron, Abigail | 153303 | 7/16/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

# Tome el control de su futuro financiero



072794-1205FC-T138 - P1-034163
ABIGAIL VAZQUEZ ABIGAIL
URB LA RIVIERA
C-6 CALLE 4
ARROYO, PR 00714

diciembre 2019

Estimado participante:

La Junta de Retiro del Gobierno de Puerto Rico le permite asumir las riendas de su futuro financiero y tomar el control de su cuenta en el Plan de Retiro Ley 106.

El Plan de Retiro Ley 106 es independiente de los planes de pensiones anteriores de los sistemas de retiro. Para más detalles acerca de la nueva página web y el calendario de eventos visite **plan106info.com**. Aquí encontrará:



- **Guía de Transición:** Información acerca de su Plan de Retiro Ley 106, la nueva página web y otras herramientas.

- **P & R:** Respuestas a las preguntas más frecuentes.

- **Video:** Descripción general del Plan de Retiro Ley 106.

El lanzamiento del Plan de Retiro Ley 106 consiste en dos fases principales. La primera fase es el periodo de registro en línea. Antes del comienzo de esta fase usted recibirá por correo postal la información necesaria para registrarse en su cuenta.

- Durante la primera fase que comienza el 19 de diciembre de 2019 usted podrá acceder a su cuenta, elegir fondos de inversión y designar beneficiarios entre otras transacciones. Adicional a ello, tendrá disponible herramientas y recursos educativos que le ayudarán a obtener el conocimiento necesario de acuerdo con sus intereses y necesidades.

- Durante la segunda fase usted tendrá acceso a ver su balance acumulado. Será durante esta fase que los fondos de inversión que usted seleccionó durante la primera fase serán efectivos. Usted recibirá próximamente información adicional vía correo regular y/o electrónico indicándole la fecha de comienzo de esta fase.

Recuerde que todos los detalles que necesita para comenzar a tomar control de su futuro financiero están disponibles en plan106info.com.

¡Tome el control de su retiro!

Cordialmente,

Junta de Retiro
Gobierno de Puerto Rico

Carta de anuncio del Plan de Retiro Ley 106 de la Junta de Retiro del Gobierno de Puerto Rico





 **PLAN 106**

Fecha de notificación: 21 de enero de 2020

 **UPoint™**
www.digital.alight.com/plan106

A000160

ABIGAIL VAZQUEZ ABIGAIL
URB LA RIVIERA
C-6 CALLE 4
ARROYO PR 00714

# Sus preferencias de contacto han cambiado

Esta declaración confirma que usted ha cambiado una o más de sus preferencias de contacto el 21 de enero de 2020. Revise esta información para asegurarse de que está correcta.

## Preferencia de entrega
Usted ha elegido recibir comunicaciones vía correo postal.

## Si usted no cambió su información, llámenos inmediatamente
Para garantizar su seguridad y confirmar su información, llame al Administrador del Plan 106 a 1-844-752-6106, si no cambió su información el 21 de enero de 2020.

## Para más información

   **En línea**
UPoint™
www.digital.alight.com/plan106

   **Por teléfono**
lunes a viernes de 9 a.m. a 5 p.m., hora del Atlántico
libre de cargos al 1-844-PLAN106 (844-752-6106)
Generalmente, usted tendrá un tiempo menor de espera si llama entre miércoles y viernes.

UPoint™ es una marca registrada de Alight Solutions LLC.



 **PLAN 106**

Fecha de la notificación: 22 de enero de 2020

A000802

ABIGAIL VAZQUEZ ABIGAIL
URB LA RIVIERA
C-6 CALLE 4
ARROYO PR 00714

 **Upoint™**
www.digital.alight.com/plan106

 **Administrador del Plan 106**
1-844-PLAN106 (844-752-6106)
9 am - 5 pm

# Su información de acceso fue modificada

Esta notificación confirma que el 21 de enero de 2020 creó o actualizó su:

- ID del usuario
- Contraseña
- PIN telefónico
- Respuestas de seguridad

## Si no cambió su información: contáctenos inmediatamente

Para garantizar su seguridad y confirmar su información, llame al Administrador del Plan 106 al 1-844-PLAN106 (844-752-6106) si no cambió su información el 21 de enero de 2020.

332100000 16707-A000802 

 **PLAN 106**

Fecha de notificación: 21 de enero de 2020

 A000096

🌐 **UPoint™**
www.digital.alight.com/plan106

ABIGAIL VAZQUEZ ABIGAIL
URB LA RIVIERA
C-6 CALLE 4
ARROYO PR 00714

# Su información de contacto ha cambiado

Esta notificación confirma que realizó cambios a su información de contacto el 21 de enero de 2020. Revise la información para asegurarse que sea correcta.

## Número de teléfono móvil
Usted añadió o cambió su Número de teléfono móvil.

Su nuevo Número de teléfono móvil es (787) 307-0074.

## Número de teléfono residencial
Usted añadió o cambió su Número de teléfono residencial.

Su nuevo Número de teléfono residencial es (787) 226-2493.

## Si no cambió su información – llámenos inmediatamente
Para garantizar su seguridad y confirmar su información, llame a Administrador del Plan 106 al número libre de cargos 1-844-752-6106, si no cambió su información el 21 de enero de 2020.





**aeela**
ASOCIACIÓN DE EMPLEADOS DEL ELA

18 de julio de 2019

Número de Registro: 4891

VAZQUEZ CINTRON ABIGAIL
URB LA RIVIERA
C6 CALLE 4
ARROYO PR 00714

Estimado (a) señor (a):

**DESIGNACION DE BENEFICIARIOS (AEELA-201)**

Adjunto copia de su Designación de Beneficiarios (AEELA-201), integrada en nuestros registros. El formulario original se mantendrá custodiado en nuestros archivos hasta que usted la sustituya por otra Designación de Beneficiarios (AEELA-201) o hasta su fallecimiento.

Esta designación será utilizada para pagar el Seguro por Muerte y por Años de Servicio Asegurados, y/o los beneficios que provee el Reglamento del Fondo de Beneficios Especiales para el Socio y sus Familiares (BENES) de nuestra Asociación, según aplique. Este documento no establece derecho a ningún seguro ni beneficio, sino la forma de distribución de los mismos.

Recomendamos que conserve la copia de su Designación de Beneficiarios (AEELA-201) entre sus documentos personales importantes y oriente a sus seres queridos sobre éste y otros asuntos relacionados con la Asociación de Empleados del ELA.

De tener alguna duda, comuníquese con nosotros a través del (787) 641-2021 Ext. 1615, 1128 o seguros@aeela.com.

Coordialmente,

Yahaira Llanos
Oficial Administrativo I
Departamento de Seguros

Epiq Bankruptcy Solutions, LLC
PO Box 4470
Beaverton, OR 97076

Legal Documents Enclosed –
Please direct to the attention
of the Addressee,
Legal Department or President.

Address Service Requested



PR2 POC 2-26-2018 (MERGE2,TXNUM2)
000 0031226 00000000 0001 0005 06246 INS: 0 0
****4000148043****BAR(23) MAIL ID *** 000125706278 ***
ABIGAIL VAZQUEZ
URB LA RIVIERA
C6 CALLE 4
ARROYO PR 00714

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule F – Participant Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule F – Obligaciones de los participantes como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibira por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

PLEASE SEND COMPLETED PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE APPLICABLE BAR DATE:

**General Bar Date:** May 29, 2018 at 4:00 p.m., Atlantic Standard Time
Please send completed Proof(s) to Claim to:

**If by first class mail:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**If by overnight courier or hand delivery/Para enviar por por mensajería o entrega al siguiente dia:**

Refer to "Section 6 – Where and How to File" in the enclosed notice for additional locations in the Commonwealth accepting hand delivery of completed proof of claim forms.

Consulte la "Sección 6: Para ver dónde y cómo presentar su formulario" del aviso adjunto. Habran varias ubicaciones en el Commonwealth donde se aceptara la entrega de estos formularios de prueba de reclamo completados.

If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944, (international), email PuertoRicoInfo@primeclerk.com, or visit https://cases.primeclerk.com/puertorico

Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envíe un correo electrónico a PuertoRicoInfo@PrimeClerk.com, o visite https://cases.primeclerk.com /puertorico

You may also submit your claim electronically by visiting https://cases.primeclerk.com/puertorico/EPOC-Index

También puede enviar su reclamo electrónicamente visitando http://cases.primeclerk.com/puertorico/EPOC-Index

EPOC ID: 170356600208225

U0501 v.01 02.15.2018



SRF 45731

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF ADJOURNMENT OF OMNIBUS OBJECTIONS**
**SCHEDULED FOR HEARING AT THE SEPTEMBER 16, 2020 OMNIBUS HEARING**
**TO THE OCTOBER 28, 2020 OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

      1.      Pursuant to notice, various omnibus objections to claims were filed and scheduled for hearing on December 11, 2019 (the "December Hearing"), as set forth in Section A of Appendix 1 hereto (collectively, the "December Objections"). The December Objections were adjourned, by notices and by the Court's *Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

SRF 40176

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO et al., | |
| Debtors.[1] | |

ORDER REGARDING SPANISH-LANGUAGE RESPONSES TO
124TH THROUGH 150TH AND 155TH THROUGH 157TH OMNIBUS OBJECTIONS TO CLAIMS

The Court has received and reviewed the One Hundred Twenty-Fourth, One Hundred Twenty-Fifth, One Hundred Twenty-Sixth, One Hundred Twenty-Seventh, One Hundred Twenty-Eighth, One Hundred Twenty-Ninth, One Hundred Thirtieth, One Hundred Thirty-First, One Hundred Thirty-Second, One Hundred Thirty-Third, One Hundred Thirty-Fourth, One Hundred Thirty-Fifth, One Hundred Thirty-Sixth, One Hundred Thirty-Seventh, One Hundred Thirty-Eighth, One Hundred Thirty-Ninth, One Hundred Fortieth, One Hundred Forty-First, One Hundred Forty-Second, One Hundred Forty-Third, One Hundred Forty-Fourth, One Hundred Forty-Fifth, One Hundred Forty-Sixth, One Hundred Forty-Seventh, One Hundred Forty-Eighth, One Hundred Forty-Ninth, One Hundred Fiftieth, One Hundred Fifty-Fifth, One Hundred Fifty-Sixth, and One Hundred Fifty-Seventh omnibus objections to claims (respectively, Docket Entry Nos. 9892, 9894, 9895, 9897, 9900, 9901, 9903, 9905, 9906, 9907,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

9908, 9911, 9912, 9915, 9917, 9921, 9933, 9934, 9935, 9936, 9937, 9938, 9939, 9940, 9941, 9942, 9943, 9944, 9945, and 9946 in Case No. 17-3283) (collectively, the "Objections") that were filed by the Debtors and are currently scheduled to be heard at the Omnibus Hearing on March 4 and 5, 2020.  In connection with the Objections, the Court has received, and anticipates continuing to receive, responses (the "Responses") of various claimants (each a "Respondent" and collectively, the "Respondents") that are in Spanish, contain attachments in Spanish, and/or are based upon proofs of claim that were filed in Spanish.  It appears possible that the Respondents may wish to appear in Court in connection with the Objections and that, in such event, Spanish-English interpretation services may be necessary.

The Court understands that the Debtors intend to file a notice or notices of adjournment of the Responses to the Omnibus Hearing scheduled for **April 22, 2020**.  The Debtors are directed to promptly meet and confer with the Respondents.  To the extent that the Debtors intend to continue to prosecute the Objections relating to the Respondents' claims, the Oversight Board is directed to file certified translations of any Spanish-language portions of the Responses contemporaneously with the Debtors' replies in support of the Objections.  To the extent that any Respondent intends to appear at the hearing in connection with the Objections, the Oversight Board shall provide any necessary interpretation services for such Respondent. The Oversight Board is directed to consult with the Court Services Section of the United States District Court for the District of Puerto Rico to procure suitable interpreter services.

Each Respondent is free to bring to the hearing at his or her own expense a certified Spanish-English interpreter if such Respondent does not wish to utilize the services of the interpreter provided by the Debtors.

The Debtors are directed to serve a copy of this Order on each Respondent and file a certificate of such service within five (7) days of the date hereof.

SO ORDERED.

Dated: February 25, 2020

 _/s/ Laura Taylor Swain_____
LAURA TAYLOR SWAIN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                          Debtors. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") has filed voluntary petitions under section 304(a) of *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] initiating Title III cases under PROMESA (each, a "Title III Case" and collectively, the "Title III Cases") for the debtors listed below (each, a "Debtor" and collectively, the "Debtors"). **You may be a creditor of one of the Debtors, and you may be required to file a proof of claim** ("Proof of Claim").

A list of the names of the Debtors, their case numbers, and the commencement date of the Debtors' Title III Cases is as follows:

| Title III Cases | Federal Tax ID No. | Case No. | Commencement Date |
|---|---|---|---|
| Commonwealth of Puerto Rico | 3481 | 17 BK 3283 | May 3, 2017 |
| Puerto Rico Sales Tax Financing Corporation ("COFINA") | 8474 | 17 BK 3284 | May 5, 2017 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") | 9686 | 17 BK 3566 | May 21, 2017 |
| Puerto Rico Highways and Transportation Authority ("HTA") | 3808 | 17 BK 3567 | May 21, 2017 |
| Puerto Rico Electric Power Authority ("PREPA") | 3747 | 17 BK 4780 | July 2, 2017 |

---

[1]    PROMESA is codified at 48 U.S.C. §§ 2101-2241.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO ("ERS"),

     Debtor.

PROMESA
Title III

No. 17 BK 3566-LTS

(Jointly Administered)

-------------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).

SRF 40211

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| | No. 17 BK 3283-LTS |
| as representative of | |
| | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

## NOTICE OF ADJOURNMENT AS TO CERTAIN CLAIMS SUBJECT TO OMNIBUS OBJECTIONS (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

To the Honorable United States District Judge Laura Taylor Swain:

1.    Scheduled for hearing on March 4, 2020 are various objections to proofs of claim filed against the Commonwealth of Puerto Rico (the "Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("ERS," and together with HTA and the Commonwealth, the "Debtors").

2.    Since the filing of the objections scheduled for hearing, numerous responses have

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

SRF 40278

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente) |

**NOTIFICACIÓN DE MOCIÓN CONJUNTA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO PARA SOLICITAR UNA ORDEN (I) QUE APRUEBE LA DECLARACIÓN DE DIVULGACIÓN, (II) QUE FIJE LA FECHA DE REGISTRO DE LA VOTACIÓN, (III) QUE APRUEBE LA NOTIFICACIÓN DE LA VISTA DE CONFIRMACIÓN Y EL CRONOGRAMA DE CONFIRMACIÓN, (IV) QUE APRUEBE LOS PAQUETES DE CONVOCATORIA Y LOS PROCEDIMIENTOS PARA SU DISTRIBUCIÓN, (V) QUE APRUEBE MODELOS DE BOLETAS Y LOS PROCEDIMIENTOS DE VOTACIÓN y elección, (VI) QUE APRUEBE LA NOTIFICACIÓN DE LA CONDICIÓN DE MIEMBRO SIN DERECHO A VOTO, (VII) QUE FIJE LAS <u>FECHAS LÍMITE</u> PARA LA VOTACIÓN, ELECCIÓN Y CONFIRMACIÓN, <u>Y (VIII) QUE APRUEBE PROCEDIMIENTOS DE RECUENTO DE VOTOS</u>**

---

[1]    Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son (i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17-BK-4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP") (núm. de procedimiento de quiebra 19-BK-5233-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

SRF 40278

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente) |

**NOTIFICACIÓN DE MOCIÓN CONJUNTA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO PARA SOLICITAR UNA ORDEN (I) QUE APRUEBE LA DECLARACIÓN DE DIVULGACIÓN, (II) QUE FIJE LA FECHA DE REGISTRO DE LA VOTACIÓN, (III) QUE APRUEBE LA NOTIFICACIÓN DE LA VISTA DE CONFIRMACIÓN Y EL CRONOGRAMA DE CONFIRMACIÓN, (IV) QUE APRUEBE LOS PAQUETES DE CONVOCATORIA Y LOS PROCEDIMIENTOS PARA SU DISTRIBUCIÓN, (V) QUE APRUEBE MODELOS DE BOLETAS Y LOS PROCEDIMIENTOS DE VOTACIÓN y elección, (VI) QUE APRUEBE LA NOTIFICACIÓN DE LA CONDICIÓN DE MIEMBRO SIN DERECHO A VOTO, (VII) QUE FIJE LAS <u>FECHAS LÍMITE</u> PARA LA VOTACIÓN, ELECCIÓN Y CONFIRMACIÓN, <u>Y (VIII) QUE APRUEBE PROCEDIMIENTOS DE RECUENTO DE VOTOS</u>**

---

[1]   Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son (i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17-BK-4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP") (núm. de procedimiento de quiebra 19-BK-5233-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

1

SRF 40278

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente) |

**NOTIFICACIÓN DE MOCIÓN CONJUNTA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO PARA SOLICITAR UNA ORDEN (I) QUE APRUEBE LA DECLARACIÓN DE DIVULGACIÓN, (II) QUE FIJE LA FECHA DE REGISTRO DE LA VOTACIÓN, (III) QUE APRUEBE LA NOTIFICACIÓN DE LA VISTA DE CONFIRMACIÓN Y EL CRONOGRAMA DE CONFIRMACIÓN, (IV) QUE APRUEBE LOS PAQUETES DE CONVOCATORIA Y LOS PROCEDIMIENTOS PARA SU DISTRIBUCIÓN, (V) QUE APRUEBE MODELOS DE BOLETAS Y LOS PROCEDIMIENTOS DE VOTACIÓN y elección, (VI) QUE APRUEBE LA NOTIFICACIÓN DE LA CONDICIÓN DE MIEMBRO SIN DERECHO A VOTO, (VII) QUE FIJE LAS <u>FECHAS LÍMITE</u> PARA LA VOTACIÓN, ELECCIÓN Y CONFIRMACIÓN, <u>Y (VIII) QUE APRUEBE PROCEDIMIENTOS DE RECUENTO DE VOTOS</u>**

---

[1]   Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son (i) el Estado Libre Asociado de Puerto Rico (el "<u>ELA</u>") (núm. de procedimiento de quiebra 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("<u>COFINA</u>") (núm. de procedimiento de quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "<u>ACT</u>") (núm. de procedimiento de quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "<u>SRE</u>") (núm. de procedimiento de quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico (la "<u>AEE</u>") (núm. de procedimiento de quiebra 17-BK-4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico (la "<u>AEP</u>") (núm. de procedimiento de quiebra 19-BK-5233-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

SRF 40278

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF JOINT MOTION OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY FOR AN ORDER (I) APPROVING DISCLOSURE STATEMENT, (II) FIXING VOTING RECORD DATE, (III) APPROVING CONFIRMATION HEARING NOTICE AND CONFIRMATION SCHEDULE, (IV) APPROVING SOLICITATION PACKAGES AND DISTRIBUTION PROCEDURES, (V) APPROVING FORMS OF BALLOTS, AND VOTING AND ELECTION PROCEDURES, (VI) APPROVING NOTICE OF NON-VOTING STATUS, (VII) FIXING VOTING, ELECTION, AND CONFIRMATION DEADLINES, AND (VIII) APPROVING VOTE TABULATION PROCEDURES

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| 071 Departamento de Salud<br>Centro Medico<br>Antiguo Hospital Psiquiatrico<br>Rio Piedras, PR 00936 | Grupo de Pago: SM -Quincenal<br>Desde: 10/01/2020<br>Hasta: 10/15/2020 | | Aviso #: 0472411<br>Fecha Aviso: 10/15/2020 |
|---|---|---|---|
| ABIGAIL VAZQUEZ CINTRON<br>URB LA RIVIERA<br>C 6 CALLE 4<br>ARROYO, PR 00714<br>SS: REDACT | # Empleado: 583691992<br>Dept: 071016-Medicaid<br>Lugar: Arroyo<br>Titulo: Oficinista Servicios de Salud<br>Sueldo: $1,930.00 Monthly | DATA IMP: Federal | PR |
| | | Estado Civil: | Married claiming 1/2 |
| | | Concesiones: 0 | 2 |
| | | Pct. Adcl.: | |
| | | Cant. Adcl.: | |

**HORAS E INGRESOS**

| Descripcion | Sueldo | Corriente | | Acumulado | | IMPUESTOS Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | Horas | Ingresos | Horas | Ingresos | | | |
| Pago de Salarios Regulares | | 965.00 | 1,552.50 | | 18,335.00 | Fed FICA Med Hospital Ins / EE | 13.99 | 265.86 |
| | | | | | | Fed OASDI/Disability - EE | 59.83 | 1,136.77 |
| | | | | | | PR Withholding | 3.40 | 64.60 |
| Total: | | 965.00 | 1,552.50 | | 18,335.00 | Total: | 77.22 | 1,467.23 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 82.03 | 1,558.57 |
| Total: | 82.03 | 1,558.57 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.41 | 45.79 |
| AE-Asoc Emp ELA-Prest Regular | 68.35 | 1,298.65 |
| SM-First Medical Health Plan | 16.88 | 284.42 |
| CO-COOP CRE MAUNABO | 50.00 | 950.00 |
| DM-FONDOS UNIDOS | 2.00 | 38.00 |
| SC-AMER FAM LIFE ASS CO | 84.57 | 1,606.83 |
| AE-Seguro por Muerte Asoc ELA | 8.90 | 169.10 |
| OS-UGT-DIVISION EMP PUBLICOS | 8.66 | 164.54 |
| Ahorros-AEELA | 28.95 | 550.05 |
| Total: | 270.72 | 5,107.38 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 32.33 | 614.27 |
| SM-First Medical Health Plan | 0.00 | 1,800.00 |

* Tributable

| | INGRESO BRUTO | IMPUESTO UNIDAD | HORAS IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 965.00 | 0.00 | 77.22 | 352.75 | 535.03 |
| Acumulado: | 18,335.00 | 0.00 | 1,467.23 | 6,665.95 | 10,201.82 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

**DISTRIBUCION PAGA NETA**

| Aviso #0472411 | 535.03 |
|---|---|
| Total: | 535.03 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

| Departamento de Salud<br>Centro Medico<br>Antiguo Hospital Psiquiatrico<br>Rio Piedras, PR 00936 | Fecha<br>10/15/2020 | Aviso No.<br>472411 |
|---|---|---|

Cant. Deposito:   $535.03

A la
Cuenta(s) De

ABIGAIL VAZQUEZ CINTRON
URB LA RIVIERA
C 6 CALLE 4
ARROYO, PR 00714
Localizacion: Arroyo

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 535.03 |
| Total: | | 535.03 |

# NO-NEGOCIABLE