Abigail Vazquez Cintron
Urb La Riviera
Calle 4 -C-6
Arroyo, P.R. 00714-2708



Secretaria (Clerk's Office)
Tribunal de Destrito de los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767