## **Exhibit A**

**Schedule of Deficient Claims to Be Set for Hearing**