## Exhibit A

**Schedule of Deficient Claims to Be Set for Hearing**

One Hundred and Thirteenth Omnibus Objection
Exhibit A - Schedule of Deficient Claims to be Set for Hearing

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|------|------------|-------------|--------|---------|------------------------|
| 1 | MONTES ALICEA, PETRA<br>URB. LA ARBOLEDA CALLE 17 3959255<br>SALINAS, PR 00751 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80705 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|  |  |  |  |  | TOTAL | Undetermined* |
|--|--|--|--|--|-------|---------------|

* Indicates claim contains unliquidated and/or undetermined amounts