# Exhibit D

**Schedule of Deficient Claims with Undeliverable Addresses**

Case:17-03283-LTS Doc#:14653-4 Filed:10/20/20 Entered:10/20/20 14:40:08 Desc: Exhibit D Page 1 of 8

## One Hundred and Fifthteenth Omnibus Objection
### Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | PINO ROMAN, ESTHER E<br>PO BOX 1247<br>COLUMBIA, MD 21044 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 72565 | $ 6,600.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | PIZARRO VAZQUEZ, EVELYN<br>PO BOX 129<br>SALINAS, PR 00751 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 102511 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | PIZARRO, CLARIBEL CLEMENTE<br>URB LA RIVIERA<br>977 CALLE 5 SO<br>SAN JUAN, PR 00921-2509 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 110936 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | QUILES ORTIZ, HECTOR<br>HC3 BOX 9259<br>COMERIO, PR 00782 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 87030 | $ 50,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | QUIRINDONGO PEREZ, MILAGROS<br>HC 09 BOX 1650<br>PONCE, PR 00731 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 107485 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | RAMIREZ ORTIZ, ANGEL L.<br>HC-01 BOX 5848<br>OROCOVIS, PR 00720 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90269 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | RAMIREZ VASQUEZ, ELENA<br>RR4 BOX 817<br>BAYAMON, PR00956 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67515 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Fifthteenth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | RAMOS DAVILA, TONY<br>URB SALIMAR E-6<br>SALINAS, PR 00751 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109022 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | RAMOS GONZALEZ, ANTONIO E.<br>URBANIZACION SALIMAR CALLE 6 E6<br>SALINAS, PR 00751 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 103401 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | RAMOS LUCIANO, MARITZA<br>CALLE ANAEZ<br>4018 PUNTO ORO<br>PONCE, PR 00728 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 103914 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | RAMOS MOLINA, NOELIA<br>PO BOX 381<br>AGUAS BUENAS, PR 00703 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 66613 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | RAMOS MOLINA, NOELIA<br>PO BOX 381<br>AQUAS BUENAS, 00703 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 63021 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | RAMOS RAMOS, GILA D.<br>UBR. SANTA IZIDRA3 C20 CALLE 4<br>FAJARDO, PR 00738 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 77490 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | RAMOS RODRIGUEZ, CARMEN C.<br>PARQUE #III 160 ST APT. 126<br>PONCE, PR 00717 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90040 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Fifthteenth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | RAMOS SANTIAGO, MAXIMINA<br>P.O. BOX 573<br>AGUAS BUENAS, PR 00703 | 6/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93800 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | RENTAS BERMUDEZ, LUIS ARYEL<br>URB VALLE ARRIBA ALMADJO N9<br>COAMO, PR 00769 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 93209 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | REYES FELICIANO, ZOILO<br>P.O. BOX 848<br>JUNCOS, PR 00777 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79886 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | REYES ROLON, DIALY<br>CARR 171 RAMAL 709 BUZON 3402<br>BO RINCON<br>CIDRA, PR 00739 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110719 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | RIOS CRUZ, MILAGROS<br>CALLE 7 PARCELE 227<br>GUANICA, PR 00653 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 86565 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | RIOS MENDEZ, PASTOR F.<br>CALLE 41 BLOQUE BL<br>#R5 REXVILLE<br>BAYAMON, PR 00957 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 102003 | $ 20,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Fifthteenth Omnibus Objection
### Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | RIOS NIEVES, RUPERTO ANTONIO<br>S16 12<br>#155 NUEVA VIDA<br>EL TUQUE<br>PONCE, PR 00728 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90507 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | RIOS RIVERA, MILAGROS<br>PO BOX 747<br>UTUADO, PR 00641 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 82838 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | RIOS RIVERA, MILAGROS<br>PO BOX 747<br>UTUADO, PR 00641 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 84670 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | RIVERA BENET, LUZ ELENA<br>7 VERIDIANA URB. JARDINES FACOT<br>PONCE, PR 00716 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 87736 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | RIVERA CRESPR, EDNA J.<br>CONDO. PASER RIO HONDR APARTADO<br>LEVITTOWN, PR 00949 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99970 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | RIVERA DAVILA, JUDITH<br>CALLE JOSEFINA FLORES<br>CONOVANA, PR 00729 | 6/27/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 108667 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | RIVERA FIGUROA, HECTOR I<br>REC. CAYABO CALLE5 CASA C15<br>JUANA DIAZ, PR 00795 | 6/4/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 72674 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Fifthteenth Omnibus Objection
### Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | RIVERA JIMENEZ, LUIS RAUL<br>PARCELA LA TEA<br>#154 CALLE F<br>SAN GERMAN, PR 00683 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 103234 | $ 19,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | RIVERA MUNEZ, MARIA E<br>PO BOX 10160<br>COMAO, PR 00769 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 89884 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | RIVERA ORSINI, MYRNA O<br># 38 CALLE GABRIELA<br>AIBONITO, PR 00705 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99749 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | RIVERA ORSINI, MYRNA O.<br>#38 CALLE GABRIELA<br>AIBONITO, PR 00705 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101914 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | RIVERA ORSINI, MYRNA O.<br>#38 CALLE GABRIELA<br>AIBONITO, PR 00705 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101541 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | RIVERA ORSINI, MYRNA O.<br>#38 CALLE GABRIELA<br>AIBONITO, PR 00705 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 104802 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | RIVERA RAMOS, LUZ MERCEDES<br>HC 73 BOX 4371<br>NARANJITO, PR 00719 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64906 | $ 80,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Fifthteenth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 35 | RIVERA RAMOS, NIURCA V.<br>BO JAGUEYES<br>HC-02 BOX 4756<br>VILLALBA, PR 00766 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 102964 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | RIVERA RIOS, JULIA ISABEL<br>33 BALDORIOTY<br>CIDRA, PR 00739-0489 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 91035 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 37 | RIVERA RIVERA , AWILDA<br>APARTADO P.O. BOX978<br>OROCOVIS, PR 00720 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 103506 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | RIVERA RIVERA, AWILDA<br>HC-01 BOX 6791<br>OROCOVIS, PR 00720 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 103397 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 39 | RIVERA RIVERA, AWILDA<br>APARTADO P.O. BOX978<br>OROCOVIS, PR 00720 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 100538 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | RIVERA RIVERA, AWILDA<br>APARTADO P.O. BOX978<br>OROCOVIS, PR 00720 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101745 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | RIVERA RIVERA, AWILDA<br>APARTADO P.O. BOX978<br>OROCOVIS, PR 00720 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109734 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Fifthteenth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 42 | RIVERA RIVERA, RICHARD<br>42 CALLE MANUEL A NEGRON<br>YAUCO, PR 00698 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 37417 | $ 8,400.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 43 | RIVERA RODRIGUEZ, MILDRED<br>PO BOX 2606<br>SAN GERMAN, PR 00683 | 6/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 77725 | $ 9,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 44 | RIVERA RUIZ, MARTA M<br>URB. EL CAFETAL 2 CALLE O.T.<br>CUPRIL 3-27<br>YAUCO, PR 00698 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90600 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 45 | RIVERA SALOME, ANA HILDA<br>706 CALLE 7 JARDINES DE CARIBE<br>PONCE, PR 00728 | 6/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 96982 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| 46 | RIVERA SANTIAGO, RAQUEL<br>45-22 24 SANTA ROSA<br>BAYAMON, PR 00959 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 92930 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 193,400.00* |