**Exhibit B**

**Schedule of ADR/ACR Eligible Claims**

Case:17-03283-LTS Doc#:14654-2 Filed:10/20/20 Entered:10/20/20 14:43:28 Desc:
Exhibit B Page 1 of 8

## One Hundred and Sixteenth Omnibus Objection
## Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | RIVERA TORRES, SONIA EDITH<br>APARTADO 1635<br>JUAN DIAZ, PR 00795-1635 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 85596 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | RIVERA VILLALOBOS, GLORIA M.<br>4803 CREEKSIDE DR<br>KILLEEN, TX 76543 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 85446 | $ 14,400.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | RIVERA, NILDA COLON<br>HC 1 BOX 4073<br>JUANA DIAZ, PR 00795-9702 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57682 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | RODRIGUEZ BACHIER, NESTOR R.<br>MORSE #84<br>BOX 1046<br>ARROYO, PR 00714 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 102807 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | RODRIGUEZ CHAPARRO, MARIA<br>MSC 784<br>PO BOX 5000<br>AGUADA, PR 00602 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26107 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | RODRIGUEZ COLON, CARMEN T.<br>URBANIZACION SAN MARTIN AVENIDA DEL PLATA 19N<br>CAYEY, PR 00736 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 88760 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | RODRIGUEZ COLON, JACQUELINE<br>HC 01 BOX 3924<br>VILLALBA, PR 00766 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 104413 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Sixteenth Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | RODRIGUEZ CRUZ, EVELYN<br>URB. STARLIGHT NOVAS3017<br>PONCE, PR 00717-1477 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 81832 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | RODRIGUEZ GUILBE, MARIA E.<br>PO BOX 8939-8939<br>PONCE, PR 00732 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31987 | $ 15,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | RODRIGUEZ LACOT, EVELYN<br>191 CALLE MORSE<br>ARROYO, PR 00714 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110201 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | RODRIGUEZ PEREZ, JUAN<br>PO BOX 1524<br>AGUADILLA, PR 00605 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109304 | $ 22,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | RODRIGUEZ RODRIGUEZ, MARIA V.<br>200 CALLE EXTENSION BETANCES<br>VEGA BAJA, PR 00693 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 105916 | $ 2,700.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | RODRIGUEZ ROMERO, DUBEL<br>DR. MANUEL ZAVALA177 ST<br>BDA GUAYDIA<br>GUAYANILLA, PR00656 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24789 | $ 9,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | RODRIGUEZ SANCHEZ, MARTA<br>11031 MONTE BELLO<br>VILLALBA, PR 00766-2356 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 92470 | $ 31,200.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Sixteenth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | RODRIGUEZ SANTRAGO, MARIA M.<br>PO BOX 370-323<br>CAYEY, PR00737-0323 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 85279 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 16 | RODRIGUEZ SHARDENS, MARIA MONSERATE<br>HC01 BOX 10751 CARR. 119<br>CAIN BAJO<br>SAN GERMAN, PR 00683 | 6/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 81099 | $ 15,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 17 | RODRIGUEZ VALENTIN, WILLIAM<br>CALLE 1 B4<br>URB. VALLE ALTO<br>PATILLAS, PR00723 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109947 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 18 | RODRIGUEZ VEGA, FRANCISCO JAVIER<br>65 CALLE 4 URB. DEL CARMEN<br>JUANA DIAZ, PR 00795 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 88534 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 19 | RODRIGUEZ VELAZQUEZ, JUAN<br>X-10 CALLE 17<br>URB VALLE DE GUAYAMA<br>GUAYAMA, PR00784 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 76588 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 20 | RODRIGUEZ VELAZQUEZ, LOIDA<br>PO BOX 1255<br>GUAYAMA, PR00785 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 92716 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 21 | RODRIGUEZ VELAZQUEZ, MARIA<br>PO BOX 1256<br>GUAYAMA, PR00785 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 97534 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Sixteenth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | ROJAS CORDERO, HILDA L<br>B-22 C<br>GUAYAMA, PR 00784 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 84053 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | ROMAN MIRO, GLADYS ANA<br>COND. PARADISE COURT II<br>APT. 201 PARANA 1605<br>SAN JUAN, PR 00926 | 5/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 23362 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | ROMAN RAMOS, SONIA S<br>HC-04 BOX 17334<br>BARRIO PUENTE<br>CAMUY, PR 00627 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 91626 | $ 18,600.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | ROSADO RODRIGUEZ, LUIS MANUEL<br>D-4 CALLE 3<br>PO BOX 766<br>SALINAS, PR 00751 | 6/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 66045 | $ 16,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | ROSADO SANCHEZ, MILDRED<br>P.O. BOX 1332<br>LAS PIEDRAS, PR 00771-1332 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67886 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | ROSADO SANCHEZ, MILDRED<br>P.O. BOX 1332<br>LAS PIEDRAS, PR 00771-1332 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 69110 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Sixteenth Omnibus Objection
## Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | RUIZ MARTINEZ, MIGDALIA<br>PO BOX 424<br>JUANA DIAZ, PR 00795 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 85593 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | RUIZ RIVERA, CARMEN M.<br>P.O. BOX 5011<br>CAGUAS, PR 00726 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 106544 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | RUIZ RIVERA, CARMEN M.<br>P.O BOX 5011<br>CAGUAS, PR 00726 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 108152 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | RUIZ SOLA, ISAAC<br>1575 AVE. MUNOZ RIVERA PMB331<br>PONCE, PR 00717-0211 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67823 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | SAAVEDRA BARRETO, ZORAIDA<br>40622 CARR. 478<br>QUEBRADILLAS, PR 00678-9448 | 7/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101579 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | SAEZ HERNANDEZ , ONELIA<br>12 SECTOR 3 CAMINO<br>BARRANQUITA, PR 00794 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 82141 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | SAEZ HERNANDEZ, ONELIA<br>12 SECTOR 3 CAMINO<br>BARRANQUITA, PR 00794 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90623 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Sixteenth Omnibus Objection
## Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 35 | SAEZ HERNANDEZ, ONELIA<br>12 SECTOR 3 CAMINO<br>BARRANQUITA, PR 00794 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 82128 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 36 | SAEZ HERNANDEZ, ONELIA<br>12 SECTOR 3 CAMINO<br>BARRANQUITA, PR 00794 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 80910 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 37 | SALGADO MERCADO, ALAN<br>HC 46 BOX 6030<br>DORADO, PR 00646 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 93261 | $ 75,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 38 | SALGADO MERCADO, ALAN<br>HC 46 BOX 6030<br>DORADO, PR 00646 | 6/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 96373 | $ 75,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 39 | SALICETI PIAZZA, SONIA<br>65A CALLE RUDOLFO GONZALEZ<br>ADJUNTAS, PR 00601 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110838 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 40 | SALICHS RODRIGUEZ, MARGARITA J.<br>19 CALLE DEGETAY<br>JUANA DIAZ, PR 00795 | 6/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 61923 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Sixteenth Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | SANABRIA RIVERA, ANGELA<br>P.O. BOX 2248<br>SAN GERMAN, PR 00683 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110744 | $ 17,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 42 | SANCHEZ MARCANO, LILLIAM<br>URB LAS ALONDRAS<br>E 5 CALLE 3<br>VILLALBA, PR 00766 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80554 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | TOTAL | $ 311,300.00* |
|---|---|---|---|