**Exhibit B**

**Schedule of ADR/ACR Eligible Claims**

One Hundred and Eighteenth Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | TORRES LABOY, MARIA L<br>PO BOX 411<br>VILLALBA, PR 00766 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 102509 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | TORRES NICOT, CRUCITA<br>864 CORTADA URB. CONSTANCIA<br>PONCE, PR 00717-2202 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 82372 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | TORRES NICOT, CRUCITA<br>864 CORTADA URB. CONSTANCIA<br>PONCE, PR 00717-2202 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 94805 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | TORRES NICOT, CRUCITA<br>864 CORTADA URB. CONSTANCIA<br>PONCE, PR 00717-2202 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 97842 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 5 | TORRES ORTIZ, RITA M<br>BARRIO LIMON APT 224<br>VILLALBA, PR 00766 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79641 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 6 | TORRES ORTIZ, RITA M.<br>CARR. 151 KM 8.4 APT. 224<br>VILLALBA, PR 00766 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 88764 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 7 | TORRES RAMOS, MILDRED<br>35 C/HERA URB. MONTE OLIVO<br>GUAYAMA, PR00784-6621 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86305 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Eighteenth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | TORRES RIVERA, RAINIER MANUEL<br>HC 05 BOX 13804<br>JUANA DIAZ, PR 00795-9518 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 111007 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | TORRES RODRIGUEZ, MARIA MONSERRATE<br>HC 02 BOX 4414<br>VILLALBA, PR 00766 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 102342 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | TORRES SANTANA, BRUNILDA<br>HC 01 BOX 10651<br>COAMO, PR 00769 | 6/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 77955 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | TORRES SUAREZ, GLORIA I.<br>A42 CALLE BUCORE - URB. EL PLANTIO<br>TOA BAJA, PR 00949 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 105378 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | TORRES VELEZ, DORA M.<br>PO BOX 594<br>CAMUY, PR 00627 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110613 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | TORRES, TAMARA COLON<br>1391 SAN LUCAS, ALTAMESA<br>SAN JUAN, PR 00921 | 6/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49762 | $ 56,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | TOUSET RODRIGUEZ, MYRIAM<br>HC-01 BOX 9371<br>GUAYANILLA, PR 00656 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 97708 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Eighteenth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | VALLE IZQUIERDO, MIGDALIA<br>ESTANCIAS DEL RIO 2082 CALLE CAMELIA<br>SABANA GRANDE, PR 00637 | 6/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58434 | $ 10,200.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | VAZQUEZ ALVAREZ, CARMEN E.<br>BOX 698<br>ARROYO, PR 00714 | 7/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 91432 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | VAZQUEZ OLIVIERI, MILDRED M<br>URB VILLAS DE JUAN 602 LADY PL<br>PONCE, PR 00716 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86802 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | VEGA CADAVEDO, SILVIA<br>1020 CALLE JAREA BRISAS<br>DE JULIANA<br>COTO LAUREL, PR 00780 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71612 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | VEGA COTTO, CARMEN JULIA<br>HC-03 BOX 10852<br>JUANA DIAZ, PR 00795-9502 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 89999 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | VEGA SERRANO, IVETTE M<br>P.O. BOX 7867<br>PONCE, PR 00732 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 100970 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Eighteenth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | VELAZQUEZ ARROYO, ANGELA<br>#41 CALLE PILAR<br>BO SANTO DOMINGO<br>HC-02 BOX 5846<br>PENUELAS, PR 00624 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90963 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | VELAZQUEZ ARROYO, ANGELA LUISA<br>#41 CALLE PILAR BO.<br>SANTO DOMINGO<br>HC-02 BOX 5846<br>PENUELAS, PR 00624 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 85046 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | VELAZQUEZ LOPEZ, MARTHA M.<br>1854 EYMORE AVE<br>DELTONA, FL 32725 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 97559 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | VELAZQUEZ OSORIO, MARILENA<br>PO BOX 1441<br>AGUAS BUENAS, PR 00703-1441 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99612 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | VELAZQUEZ OSORIO, MARILENA<br>PO BOX 1441<br>AGUAS BUENAS, PR 00703 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109300 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | VELAZQUEZ OSORIO, MARILENA<br>PO BOX 1441<br>AGUAS BUENAS, PR 00703-1441 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 105304 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Eighteenth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | VELAZQUEZ SUREN, LYDIA<br>URB. COSTA AZUL<br>L2 CALLE 19<br>GUAYAMA, PR00784 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67802 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | VELAZQUEZ SUREN, ROSA ENID<br>URB. VALLES DE GUAYANA<br>X-10 CALLE 17<br>GUAYANA, PR00784 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99373 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | VELEZ MARTINEZ, ELIZABETH<br>URB RIO CANAS<br>3131 CALLE TAMESIS<br>PONCE, PR 00728 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 84203 | $ 94,500.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | VELEZ MARTINEZ, ELIZABETH<br>URB. RIO CANAS<br>3131 CALLE TAMESIS<br>PONCE, PR 00728 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 98792 | $ 10,500.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | VELEZ RODRIGUEZ, GLORIA ESTHER<br>3548 CALLE STA JUANITA<br>EXT  SANTA TERESITA<br>PONCE, PR 00730-4612 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 105724 | $ 15,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | ZAYAS CINTRON, IVELISSE<br>HC02 BOX 4781<br>VILLALBA, PR 00766 | 5/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22303 | $ 9,600.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 196,600.00* |
|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts