**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante de <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*, <br><br> Deudores.[1] | PROMESA, <br> Título III <br><br> Núm. 17 BK 3283-LTS <br><br> (Administrada Conjuntamente) <br><br> **La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

# RÉPLICA DE LA DEMANDANTE A LA CENTÉSIMA SEXAGÉSIMA TERCERA OBJECIÓN GLOBAL

**Introducciones**

1. Solo debe cumplimentar y radicar el presente formulario de réplica si su reclamo guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico, o si su reclamo guarda relación con una acción judicial pendiente de resolución o finalizada. Si su reclamo no surge de empleo actual o anterior en el Gobierno de Puerto Rico o si su reclamo no guarda relación con una acción judicial pendiente de resolución o finalizada, su réplica debe ser radicada de conformidad con los procedimientos detallados en las páginas 3 a 4 de la Notificación que acompaña a la Centésima sexagésima tercera objeción global.

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamo a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamo.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19-BK-5532-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

4. Incluya tantos detalles como pueda en sus réplicas.

   a. **Sus respuestas deben proporcionar más información que la contenida en la evidencia de reclamos inicial**. Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamo, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamo.

   b. Si está disponible y se aplica a su reclamo, rogamos proporcione, asimismo, lo siguiente:
      - Copia de un escrito; por ejemplo, un Escrito de demanda o una Contestación;
      - Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
      - Notificación por escrito de la intención de radicar un reclamo acompañada de un comprobante de envío; y
      - Toda la documentación que a su criterio justifica su reclamo.

5. Si no dispone de una copia de su reclamo, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción global a su reclamo.

## Cuestionario

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

   ☐ **Nombre:** Elba E. Meléndez Rodríguez

   ☐ **Dirección:** 535 Antonio R. Barceló, Cayey P.R. 00736

   ☐ **Número de teléfono:** (787) 604-0657

   ☐ **Dirección de correo electrónico:** eemro101@gmail.com

2. **Número de su evidencia de reclamos:** 52064 - 89701 - 86089

3. Los Deudores se han opuesto a su Evidencia de reclamos porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamo. Marque la casilla con la que guarde relación su Evidencia de reclamos y explique el

2

☐ Dirección de correo electrónico: _____

2. Número de su evidencia de reclamaciones: _____

3. Los Deudores se han opuesto a su Evidencia de reclamaciones porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamación. Marque la casilla con la que guarde relación su Evidencia de reclamaciones y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamación. Adjunte páginas adicionales si fuera necesario.

☒ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

☒ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

_Ver hoja suelta._

Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamación.

4. ¿Cuál es el monto de su reclamación (cuánto alega que se le adeuda)?:
   $20,000 aprox. por cada reclamación

5. Empleo. ¿Su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?
   ☐ No. Siga con la Pregunta 6.
   ☒ Sí. Responda a las Preguntas 5(a) a (d).

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:
   Departamento de Educación Pública de Puerto Rico

5(b). Indique las fechas de su empleo relativo con su reclamación:
   1968 - 1998

5(c). Últimos cuatro dígitos de su número del Seguro Social:
   9940

5(d). ¿Cuál es la naturaleza de sus reclamaciones relativas al empleo (marque todas las casillas aplicables)?:
   ☒ Pensión
   ☒ Salarios no pagados
   ☐ Días de licencia por enfermedad

3

- ☐ Quejas con sindicato
- ☐ Vacaciones
- ☐ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

_____

_____

**6. Acción judicial.** ¿Su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada?

- ☐ No.
- ☑ Sí. Responda a las Preguntas 6(a) a (f).

6(a). Indique el departamento o la agencia que sean parte en la acción.
_Departamento de Educ. - Junta de Supervisión y Administración Financiera para P.R._

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.
_Tribunal de Distrito de los E.U. para el distrito de P.R._

6(c). Caso núm.: _17 BK 3283-LTS - Promesa Titulo III_

6(d). Título, epígrafe o nombre del caso:
_COFINA - Corporación del Fondo de interes apremiante_

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):
_Pendiente de resolución_

6(f). ¿Tiene una sentencia que no haya sido pagada? (Sí) No (marque su respuesta con un círculo)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?
_29 junio 1ro 2018 - 19 sept. 2020_

### FIRME ABAJO SU RÉPLICA

_Elba E. Meléndez Rodríguez_
**Firma**

_Elba E. Meléndez Rodríguez_
**Nombre en letra de molde**

_14 de octubre, 2020_
**Fecha**

Pregunta 3- pag.3

3- Me opongo a la objeción por las siguientes razones: En los años 80, hubo unos aumentos que nunca recibí. En esos años la situación de los maestros era precaria. El Departamento de Educación no enviaba los materiales ~~self~~ suficientes para llevar a cabo el proceso enseñanza aprendizaje. Teniamos que comprar nuestros propios materiales. El maestro gastaba dinero en ropa y zapatos, para vestir apropiadamente. Adicional si nos tocaba una escuela lejos, teniamos que pagar transportacion, ya que era difícil comprarse un carro. Con este dinero que nos deben, nos ayudaria a tener mejor calidad de vida ya que estamos en la Edad Dorada. Los poco que recibo de pensión se me va en medicamentos, etc. ya que mi pensión es de $1,140 mensuales Dios le bendiga.

Elba E. Meléndez Rodríguez