Elba E. Meléndez Rodríguez
535 Antonio R. Barceló
Cayey, Puerto Rico 00736

  

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED
2020 OCT 20 AM 8:15
CLERK'S OFFICE
U.S. DISTRICT COURT