**Exhibit B**

**Schedule of ADR/ACR Eligible Claims**

## One Hundred and Twenty-Second Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | PELLOT CRUZ, HECTOR J.<br>SECTOR TOCONES<br>509 CALLE VIRTUD<br>ISABELA, PR 00662 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27736 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | PEREZ AUILES, CRISTINA<br>URB. PRADERA REAL 1314<br>ISABELA, PR 00662 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31216 | $ 29,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | PEREZ FELICIANO, JOSE<br>AVE JOBOS<br>295 CALLE PALMERAS<br>ISABELA, PR 00662-2299 | 4/10/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6592 | $ 25,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | PEREZ NIEVES, LUIZ A.<br>URB LIANOS ISABELA<br>455 CALLE ORTEGON<br>ISABELA, PR 00662 | 6/7/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 61421 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | PEREZ NIEVES, LUZ A<br>URB LLANOS ISABELA<br>455 CALLE ORTEGON<br>ISABELA, PR 00662 | 6/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 61222 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | PEREZ SANTIAGO , MARTHA E<br>D 11 CALLE 3 URB. EL MADRIGAL<br>PONCE, PR 00731-1410 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79691 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Twenty-Second Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | PEREZ TALAVERA, IVELISSE<br>HC 05 BOX 10975<br>MOCA, PR 00676 | 6/4/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 48264 | $ 75,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | PINET, LISANDRA<br>HC-01BOX 2804<br>LOIZA, PR 00772 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68476 | $ 200.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | PIZARRO CARABALLO, RUTH EILEEN<br>URB VILLA UNIVERSITARIA<br>BC 21 CALLE 31<br>HUMACAO, PR 00791 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41564 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | QUILES RODRIGUEZ, SOL TERESA<br>URB. MEDINA<br>CALLE 8 P11<br>ISABELA, PR 00662 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 73271 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | QUILES RODRIGUEZ, SOL TERESA<br>URB. MEDINA CALLE 8 P11<br>ISABELA, PR 00662 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 64052 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | QUINONES RIVERA , VICTOR M.<br>PO BOX 763<br>SAN LORENZO, PR 00754 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79905 | $ 10,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | RAMOS RODRIGUEZ, JOSE A<br>PO BOX 366917<br>SAN JUAN, PR 00936-6917 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 105512 | $ 15,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Twenty-Second Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | RIVERA ALONSO, MARIA M.<br>COORDINADORA UNITARIA DE TRABAJADORES DEL ESTADO (CUTE), INC.<br>1214 CALLE CADIZ, URB PUERTO NUEVO<br>SAN JUAN, PR 00920 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110962 | $ 102,500.35 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | RIVERA BALAY, ELIEZER<br>SECTOR VILLA POMPENE<br>2174 CAMARON<br>PONCE, PR 00716 | 6/22/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 87846 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | RIVERA FELICIANO, NEREIDA<br>PO BOX 1102<br>VICTORIA STATION<br>AGUADILLA, PR 00605 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42190 | $ 40,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | RIVERA FELICIANO, NEREIDA<br>PO BOX 1102<br>VICTORIA STATION<br>AGUADILLA, PR 00605 | 5/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 42220 | $ 40,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | RIVERA GARCIA, IRMA M.<br>URB. BELINDA CALLE 1 B-20<br>ARROYO, PR 00714 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 97172 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | RIVERA MALDONADO, ANGEL L.<br>URB. LA LULA C-12 M27<br>PONCE, PR 00730 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64424 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Twenty-Second Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | RIVERA MARRERO, GLADYVEL<br>COND. LA ARBOLEDA<br>APT. 2706<br>GUAYNABO, PR 00966 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 36421 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | RIVERA MEJIAS, ARMANDA<br>URB. PARQUE DEL MONTE 2<br>CAGUAS, PR 00727 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 63518 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | RIVERA PEREIRA, ALBA N.<br>URB. LA HACIENDA<br>C-12 CALLE B<br>COMERIO, PR 00782 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86930 | $ 90,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | RIVERA VALENTIN, GLORIA M<br>VISTA ALEGRE<br>42 CALLE LAS FLORES<br>BAYAMON, PR 00959 | 5/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14839 | $ 38,593.56* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | ROBERTO VAZQUEZ, JOSE L.<br>J-8 MARGINAL MERCEDITA<br>PONCE, PR 00715 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56538 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | RODRIGUEZ ECHEVARRIA, GRACE J.<br>BOX 607<br>SANTA ISABEL, PR 00757 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70582 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Twenty-Second Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | RODRIGUEZ MARTES, MELISA M<br>F-7 CALLE C QUINTAS DE HUMACAO<br>HUMACAO, PR 00791 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38627 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | RODRIGUEZ RAMOS, AMPARO<br>PO BOX 1914<br>JUANA DIAZ, PR 00795 | 4/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7755 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | RODRIGUEZ RAMOS, AMPARO<br>PO BOX 1914<br>JUANA DIAZ, PR 00795 | 4/19/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7797 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | RODRIGUEZ RIVERA, LIZBETH<br>PO BOX 1483<br>CHAMPLAIN, NY 12919 | 6/8/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 79101 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | RODRIGUEZ RUIZ, ELLIOTT<br>2 CALLE TENIENTE ALVARADO<br>YAUCO, PR 00698 | 5/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21831 | $ 55,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | ROSA MORALES, MORAIMA<br>60 CARR. 474<br>ISABELA, PR 00662 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 36765 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Twenty-Second Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | ROSADO CORDERO, JOSE D.<br>PO BOX 826<br>CAMUY, PR 00627 | 6/18/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 72514 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 33 | ROSADO MENDEZ, YAHAIRA<br>COMUNIDAD CABAN<br>CALLE PARQUE #150<br>AGUADILLA, PR 00603 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23025 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | ROSADO MENDEZ, YAHAIRA<br>COMUNIDAD CABAN<br>CALLE PARQUE #150<br>AGUADILLA, PR 00603 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 34059 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | TOTAL | $ 520,293.91* |
|---|---|---|