## **Exhibit A**

**Schedule of Deficient Claims to Be Set for Hearing**

One Hundred and Twenty-Third Omnibus Objection
Exhibit A - Schedule of Deficient Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | VALLEJO MORENO, HECTOR F<br>URB VALLE DE ENSUENO<br>VALLE DEL SUR 605<br>GURABO, PR 00778 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41566 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | Undetermined* |