RECLAMANTE: LIDA G. TORRES SANCHEZ
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 80903

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 13 de agosto de 1984 hasta el 20 de diciembre de 2019 como MA. EDUC. ESPECIAL K-12 del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

LIDA G. TORRES SANCHEZ
Nombre en letra de molde

*[firma]* 14 octubre 2020
Firma y fecha

RECLAMANTE: LIDA G. TORRES SANCHEZ
DIRECCION: HC-03 BOX 16426
COAMO PR.00769

NUMERO DE RECLAMACION: 80903

Fecha de presentacion (envio): 15 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 15 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA. EDUC. ESPECIAL K-12 desde 13 de agosto del 1984 hasta el 20 de diciembre de 2019.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

LIDA G. TORRES SANCHEZ
Nombre en letra de molde

*[signature]* 14 octubre 2020
Firma y fecha

## REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: LIDA G. TORRES SANCHEZ
Direccion Postal: HC-03 BOX 16426
COAMO PR 00769

Teléfono contacto: Res. _____ Cel. 787- 320-1103

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
   Número de las evidencias por reclamo:

   Ley 124 – Julio 1973 – Aumento de Sueldo
   Ley 89 – Julio 1979 – Retribución Uniforme
   Ley 89 – Julio 1995 – Romerazo
   Ley 134 – Julio 1996 – Aportación Acumulado Retiro
   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 124 – Julio 1973 – Aumento de Sueldo
   Ley 89 – Julio 1979 – Retribución Uniforme
   Ley 89 – Julio 1995 – Romerazo
   Ley 134 – Julio 1996 – Aportación Acumulado Retiro
   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 13 de agosto de 1984 hasta el 20 de diciembre de 2019. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

LIDA G. TORRES SANCHEZ
Nombre en letra de molde

_[firma]_ 14 octubre 2020
Firma