Lida G. Torres Sanchez
HC-03 Box 16426
Coamo, P.R. 00769



RECEIVED
2020 OCT 20 AM 8:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Clerk's Office
United State Distric Court
Room 150 Federal Court Building
San Juan, PR. 00918-1767

**FROM:**

Lida G Torres
HC-03 Box 16426
Coamo P.R. 00769



U.S. POSTAGE PAID
FCM LG ENV
COAMO, PR
00769
OCT 15, 20
AMOUNT
$1.60
R2305K141763-06

**TO:**

Clerk Office
United State District Court
Room 150 Federal Court Bldng
San Juan P.R. 00918-1767