Lyda Marta Rivera Rivera
P.O. Box. 371768
Cayey, P.R 00737




U.S. POSTAGE PAID
FCM LG ENV
CAYEY, PR
00736
OCT 15, 20
AMOUNT
$1.20
R2305K136532-08

1000    00918

Secretaria / Clerk's Office
Tribunal de Distrito de los Estados Unidos
(United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767