Proof of Claim: <CLAIM NUMBER> 178616

Claimant: >CLAIMANT NAME< Mabel Casiano Santiago

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide more information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ■ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. What is the amount of your claim (how much money do you claim to be owed):

    _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:

Departamento de Educación - Servicios de Alimentos

3(b). Identify the dates of your employment related to your claim:

Desde el 24 de agosto de 1979 hasta el 28 de junio de 2013.

3(c). Last four digits of your social security number: 1769.

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 89-1979 - Retrib. Unif., Ley 89-1995 - Romerazo, Ley 96-2002 Aumento Sueldo, Ley 164-2003 - Aumento Sueldo, Ley 164-2004 Sila Calderon y Ley 107-2008 - Esc. Sal. Pasos

4. Legal Action Does your claim relate to a pending or closed legal action?

☒ No
☐ Yes

4(a). Identify the department or agency that is a party to the action.

D/A

4(b). Identify the name and address of the court or agency where the action is pending:

D/A

4(c). Case number: D/A

4(d). Title, Caption, or Name of Case: D/A

4(e). Status of the case (pending, on appeal, or concluded): D/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? D/A

RECLAMANTE: Mabel Casiano Santiago

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 118616

Numero de celular: 939-383-6196

correo electronico: mabelcasiano2526@gmail.com

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 24 de agosto de 1979 hasta el 28 de junio de 2013 como Profesional de Servicios de Alimentos II en Pedro Albizu Campus - Oficina Regional Educativa de Ponce, de la Puerto Rico Telephone Company - ELA.

1. ~~Ley 89 - julio 1995 - ROMERAZO CANTIDAD $~~

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Mabel Casiano Santiago
Nombre en letra de molde

_Mabel Casiano Santiago_  10/13/2020
Firma y fecha

| | Cantidad Adeudada |
|---|---|
| ① Ley 89 - 1979 - Retribución Uniforme | $40,800.00 |
| ② Ley 89 - 1995 - El Romerazo | $21,600.00 |
| ③ Ley 96 - 2002 - Aumento Sueldo | $13,200.00 |
| ④ Ley 164 - 2003 - Aumento Sueldo | $12,000.00 |
| ⑤ Ley 164 - 2004 - Sila M. Calderón | $10,800.00 |
| ⑥ Ley 109 - 2008 - Escala Salarial Pasos | $6,000.00 |
| Total | $104,400.00 |

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Casiano Santiago, Mabel | 118616 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Casiano Santiago, Mabel | 118616 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000994

RECLAMANTE **Mabel Casiano Santiago**

DIRECCIÓN **HC 01 Box 4689**
**Juana Díaz, Puerto Rico**
**00795-9706**

Numero Reclamación **118616**

Fecha de presentación (envío) **13 de octubre de 2020**

Deudor <u>Commonwealth of Puerto Rico</u>

Por este medio incluyo con mi reclamación presentada el **13** de **octubre** de **2020** lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce,~~ **Dpto. DE Educación - Servicios de Alimentos** Puerto Rico – ELA, como **Profesional de Alimentos (Servicios) II** desde el **24** de **octubre** de **1979** hasta el **28** de **junio** de **2013**. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ **104,400.00**.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

**Mabel Casiano Santiago**
Nombre en letra de molde

*[firma]* 10/13/2020
Firma y fecha

# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre *Mabel Casiano Santiago*

Dirección Postal *HC 01 Box 4689*
*Juana Díaz, Puerto Rico*
*00795-9706*

Teléfono de contacto res. *939-383-6196* cel. —

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   *Ley 89 Retrib. Unif.    Julio 1979*
   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   *Ley 164 2003 Aumento Sueldo    Julio 2003*
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:
   *Ley 89 Retrib Unif    Julio 1979*
   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008
   *Ley 164 (2003) Aumento Sueldo    Julio 2003*
   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ Dpto. Educación Puerto Rico desde el _26_ de _agosto_ de _1979_ hasta el _28_ de _Junio_ de _2013_. Culmine mi laborar como _Profesional de Servicios de Alimentos II_ en ~~Puerto Rico Telephone Company, Ponce,~~ Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo.~~

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Mabel Casiano Santiago_
Nombre en letra de molde

_[signature]_  10/13/2020
Firma

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

5 de octubre de 2020

A quien pueda interesar:

Certifico que **MABEL CASIANO SANTIAGO**, número de seguro social **XXX-XX-1769** laboró en nuestra Agencia desde **24 de agosto de 1979** al **28 de junio de 2013**.

Ocupó puesto en calidad de **PROFESIONAL DE SERVICIOS DE ALIMENTOS II** en **PEDRO ALBIZU CAMPOS, Oficina Regional Educativa de PONCE** y devengó un salario de **$1,900.00** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Mabel Casiano Santogo
HC01 Box 4689
Juana Díaz, Puerto Rico
       00795-9706

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
              00918-1767