**Presentment Date**: October 28, 2020
**Objection Deadline**: October 27, 2020 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>**This filing relates to the Commonwealth, HTA, and ERS** |

### NOTICE OF PRESENTMENT OF PROPOSED ORDER (A) GRANTING IN PART THE ONE HUNDRED THIRTY-SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED, (B) APPROVING FORM OF NOTICE FOR CLAIMS TO BE SET FOR HEARING, AND (C) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that, on October 20, 2020, the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA") and the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth and HTA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole representative of the Debtors pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), hereby submit a *Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Thirty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided, (B) Approving Form of Notice for Claims to Be Set for Hearing, and (C) Granting Related Relief* (this "Notice").

**PLEASE TAKE FURTHER NOTICE** that, on January 14, 2020, the Debtors, by and through the Oversight Board, filed the *One Hundred Thirty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* [ECF No. 9906] (the "One Hundred Thirty-Second Omnibus Objection") to the proofs of claim listed on Exhibit A thereto.

**PLEASE TAKE FURTHER NOTICE** that the One Hundred Thirty-Second Omnibus Objection was initially scheduled for hearing on March 4 and March 5, 2020 (the "March Hearing").

**PLEASE TAKE FURTHER NOTICE** that any party against whom the One Hundred Thirty-Second Omnibus Objection was served, or any other party to the Debtors' Title III cases

2

who objected to the relief sought therein, was required to file and serve a response to the One Hundred Thirty-Second Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by 4:00 p.m. (Atlantic Time) on February 18, 2020 (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that, as set forth in Exhibit C to the One Hundred Thirty-Second Omnibus Objection, if no response was filed by the Response Deadline, the One Hundred Thirty-Second Omnibus Objection "will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise." Ex. C to One Hundred Thirty-Second Omnibus Objection, ECF No. 9906-4, at 2.

**PLEASE TAKE FURTHER NOTICE** that at the March Hearing, the Court granted, *inter alia*, One Hundred Thirty-Second Omnibus Objection as to those claimants who had neither filed responses nor submitted supplemental mailings as of the March Hearing (collectively, the "Non-Responding Claimants"). By orders dated April 3, 2020, and April 7, 2020, the Court disallowed, *inter alia*, the Non-Responding Claimants' claims. As to claims filed by individuals who filed responses to the One Hundred Thirty-Second Omnibus Objection, or who had submitted a supplemental mailing (collectively, the "Responding Claimants"), the One Hundred Thirty-Second Omnibus Objection was adjourned, by notices, to the omnibus hearing scheduled for October 28, 2020.

**PLEASE TAKE FURTHER NOTICE** that, on September 29, 2020, this Court entered the *Order Regarding Pending Omnibus Objections to Claims* [ECF No. 14419] (the "Satellite Hearing Procedures Order"), scheduling a hearing to consider, *inter alia*, the One Hundred Thirty-Second Omnibus Objection for **November 18, 2020, at 9:30 a.m. (Atlantic Time)** (the

3

"November 18 Satellite Hearing") at the Prime Clerk collection center located at Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918 (the "Satellite Site"). Satellite Hearing Procedures Order at 1.

**PLEASE TAKE FURTHER NOTICE** that, as of the filing of this Notice, the Responding Claimants associated with the claims listed on **Exhibit A** hereto have responded to the One Hundred Thirty-Second Omnibus Objection (the "Deficient Claims to Be Set for Hearing") on or before the Response Deadline via either (*i*) ECF filing, (*ii*) mailing to Prime Clerk, LLC ("Prime Clerk"), (*iii*) mailing to counsel for the Oversight Board, or (*iv*) mailing to counsel for the Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico (the "UCC") (collectively, the "Deficient Responses") and, upon review of the Deficient Responses, the Debtors (a) have determined that the Deficient Responses fail to provide sufficient information to enable the Debtors to reconcile the Deficient Claims to Be Set for Hearing and (b) intend to prosecute the One Hundred Thirty-Second Omnibus Objection as to the Deficient Claims to Be Set for Hearing at the November 18 Satellite Hearing. The notice for the November 18 Satellite Hearing is attached hereto as **Exhibit C** (the "Satellite Hearing Notice") and will be served on all Claimants associated with the claims listed on Exhibit A and made publically available on the Prime Clerk website.

**PLEASE TAKE FURTHER NOTICE** that, as of the Response Deadline, the Claimants associated with the claims listed on **Exhibit B** hereto have responded to the One Hundred Thirty-Second Omnibus Objection (the "ADR/ACR Eligible Claims") on or before the Response Deadline via either (*i*) ECF filing, (*ii*) mailing to Prime Clerk, (*iii*) mailing to counsel for the Oversight Board, or (*iv*) mailing to counsel for the UCC, and pursuant to the Satellite Hearing Procedures Order, the Debtors will file a notice of transfer with respect to the ADR/ACR Eligible

4

Claims on or before the deadline to file replies in support of the One Hundred Thirty-Second Omnibus Objection, or November 11, 2020. The ADR/ACR Eligible Claims will not be heard at the November 18 Satellite Hearing, and the claimants associated with the ADR/ACR Eligible Claims need not appear at the November 18 Satellite Hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the requirements of Federal Rule of Bankruptcy Procedure 3007, made applicable to this Title III case by PROMESA section 310, the Claimants associated with the claims listed on **Exhibit D** hereto were served with copies of the One Hundred Thirty-Second Omnibus Objection via "first-class mail to the person most recently designated on the claimant's original or amended proof of claim as the person to receive notices, at the address so indicated," but the Debtors' mailings were returned as undeliverable (the "Claims with Undeliverable Addresses").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit E** is a proposed order (the "Proposed Order") (*i*) approving the Satellite Hearing Notice and (*ii*) disallowing the Claims with Undeliverable Addresses.

**PLEASE TAKE FURTHER NOTICE** that, unless a written objection to the Proposed Order is filed with the Court by 4:00 p.m. (Atlantic Time) on October 27, 2020, the relief requested in the One Hundred Thirty-Second Omnibus Objection shall be deemed unopposed, and the Proposed Order disallowing the Claims with Undeliverable Addresses may be entered without a further hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph III.H of the Court's *Thirteenth Amended Notice, Case Management and Administrative Procedures* [ECF No. 13512-1], "the presentment of a proposed order for administrative relief must be filed and served at least seven (7) calendar days before the presentment date, and Objections thereto must be filed and

5

served at least one (1) calendar day before the presentment date," and accordingly, unless a written objection to the Proposed Order is filed with the Court no later than **4:00 p.m. (Atlantic Time) on October 27, 2020**, the relief requested shall be deemed unopposed, and the Court may enter an order granting the relief sought without a hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

*[Remainder of page intentionally left blank]*

Dated: October 20, 2020
      San Juan, Puerto Rico

Respectfully submitted,

/s/ Brian S. Rosen

Martin J. Bienenstock
Brian S. Rosen
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
        brosen@proskauer.com

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ Hermann D. Bauer

Hermann D. Bauer
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: Hermann.bauer@oneillborges.com

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*