Proof of Claim: <CLAIM NUMBER> 150111

Claimant: >CLAIMANT NAME< _Ivette Perez Castellar_

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Questionnaire**

1. What is the basis of your claim?

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ■ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. What is the amount of your claim (how much money do you claim to be owed):

    _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ■ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
_Policia de Puerto Rico, P.R. ELA._

3(b). Identify the dates of your employment related to your claim:
_Desde 8 de Junio de 1966 hasta el 31 de enero de 1998_

3(c). Last four digits of your social security number: _2046_

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary). Ley 124 - 1973 - Aumento Sueldo, Ley 89 - 1979 Retribución Uniforme y Ley 89 - 1995 - El Romperazo

4. Legal Action  Does your claim relate to a pending or closed legal action?

☒ No
☐ Yes

4(a). Identify the department or agency that is a party to the action.
D/A

4(b). Identify the name and address of the court or agency where the action is pending:
D/A

4(c). Case number: D/A

4(d). Title, Caption, or Name of Case: D/A

4(e). Status of the case (pending, on appeal, or concluded): D/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)
If yes, what is the date and amount of the judgment? D/A

RECLAMANTE: Ivette Pérez Castellar

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 150 111

Numero de célular: 787-203-6762 & 787-259-8479

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 8 de Junio de 1966 hasta el 31 de enero de 1998 como Secretaria III de la ~~Puerto Rico Telephone Company~~ Policia de Puerto Rico ELA.

~~1. Ley 89 - julio 1995 - ROMERAZO           CANTIDAD $         4~~

Así como otras leyes que me apliquen y no se me otorga la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Ivette Pérez Castellar
Nombre en letra de molde

Ivette Pérez Castellar  -10/13/2020
Firma y fecha

Cantidad Adeudada

① Ley 124 - Julio - 1973 - Aumento Sueldo           $30,000.00
② Ley 89 - Julio 1979 - Retribución Uniforme        $23,800.00
③ Ley 89 - Julio 1995 - El Romerazo                 $ 3,600.00

Total = $56,400.00

RECLAMANTE **Ivette Pérez Castellar**

DIRECCIÓN **HC 1 Box 10289**
**Peñuelas, Puerto Rico 00624-9725**

Numero Reclamación **150111**

Fecha de presentación (envío) **10/13/2020**

Deudor <u>Commonwealth of Puerto Rico</u>

    Por este medio incluyo con mi reclamación presentada el **13** de **octubre** de **2020** lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en~~ **Policia de Puerto Rico** Ponce, Puerto Rico – ELA, como **Secretaria III** desde el **8** de **Junio** de **1966** hasta el **31** de **enero** de **1998**. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ **56,400.00**.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

**Ivette Pérez Castellar**
Nombre en letra de molde

**Ivette Pérez Castellar  10/13/2020**
Firma y fecha

# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre *Ivette Pérez Castellar*

Dirección Postal *HC 1 Box 10289*
*Peñuelas, Puerto Rico*
*00624-9725*

Teléfono de contacto res. *787-259-8479* cel. *787-203-6762*

II. Epígrafe

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo:
*Ley 124 - Aumento Sueldo         Julio 1973*
#49762 - Ley #89 – Romerazo – Efectiva en 1 de julio de 1995
*Ley 89 - Retribución Uniforme   Julio 1979*
#94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:
*Ley 124 - Aumento Sueldo    Julio 1973*
Ley 89 Romerazo – Efectiva en 1 de julio de 1995
*Ley 89 Retrib. Unif          Julio 1979*
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company~~ *Policia de P.R.*, Ponce, Puerto Rico desde el __8__ de __Junio__ de __1966__ hasta el __31__ de __enero__ de __1998__. Culmine mi laborar como _Secretaria III en Policia de Puerto Rico_ en ~~Puerto Rico Telephone Company,~~ Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo.~~

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Ivette Pérez Castellar_
Nombre en letra de molde

_Ivette Pérez Castellar_  10/13/2020
Firma

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Perez Castellar, Ivette | 150111 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Perez Castellar, Ivette | 150111 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

000852

**GOBIERNO DE PUERTO RICO**
**POLICIA DE PUERTO RICO**

NRH-2-2-1-281



DIRIJA TODA LA
CORRESPONDENCIA OFICIAL
AL SUPERINTENDENTE
P O BOX 70166
SAN JUAN, P.R. 00936-8166

CUARTEL GENERAL
TEL. (787) 793-1234

19 de marzo de 1998

Sra. Ivette Pérez Castellar
Secretaria III
Div. Investigaciones Administrativas
Area de Ponce
P/C Superintendente Auxiliar
en Operaciones de Campo

Estimada señora Pérez Castellar:

    Tengo ante mi consideración su comunicación del 25 de junio de 1997, en la cual presenta su renuncia al puesto que ocupa en la Policía de Puerto Rico, para acogerse a los beneficios de la Ley de Retiro por años de servicio.

    Lamento su determinación de dejar la Policía después de haber prestado valiosos servicios a esta Agencia y a nuestro país. Sin embargo, debido a que la razón es de por sí meritoria, no me queda otra alternativa que acceder a sus deseos aceptando su renuncia efectivo el 31 de enero de 1998.

    De acuerdo con la Ley Núm. 94 del 19 de junio de 1968, usted es elegible para recibir los beneficios de seguro por años de servicio de la Asociación de Empleados del Gobierno. Además, si usted lo desea puede continuar acogida al seguro por muerte.

    Es nuestro ferviente deseo que disfrute por largos años su merecido retiro y esté en la completa seguridad que estaremos siempre dispuestos a servirle, por lo que no vacile en solicitar nuestros servicios cuantas veces usted lo crea conveniente.

Cordialmente,

Lcdo. Pedro A. Toledo
Superintendente

Lcdo. Frankie Amador Rodríguez
Superintendente Asociado

ESTADO LIBRE ASOCIADO DE PUERTO RICO
POLICIA DE PUERTO RICO

División Investigaciones
Administrativas Area de Ponce

AP/28/6/46

# M E M O R A N D O

A : SR. PABLO RODRIGUEZ GUZMAN
    DIRECTOR, NEGOCIADO RECURSOS
    HUMANOS

DE : INSP. RAFAEL RIVERA FLORES 4-7625
    DIRECTOR, DIVISION INVESTIGACIONES
    ADMINISTRATIVAS DEL AREA DE PONCE

ASUNTO : RECOMENDACION PAGO LEY 89

                    RE: IVETTE PEREZ CASTELLAR

FECHA : 8 DE JUNIO DE 1999

La Sra. Ivette Pérez Castellar, con número de seguro social -2046, laboró para la Policía de Puerto Rico por espacio de 32 años. (1966-1998).

Se acogió a los beneficos del Sistema de Retiro, por años de servicio, el 31 de enero de 1998.

Actualmente se desempeña como Reservista en la División de Investigaciones Administrativas del Area de Ponce.

Durante el tiempo que laboró en la Agencia, como Secretaria III, nunca se le consideró ni recibió paso o aumento alguno en su sueldo, por lo que creo es merecedora de que se le pague la Ley 89, según sea su caso.

Su número de empleado era el 34339 (10-10341)

ipc

CC: Sr. Vladimir Ojeda
    Oficina de Demandas

Ivette Pérez Castellar
HC 1 Box 10289
Peñuelas, Puerto Rico
00624-9725



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767