Proof of Claim: <CLAIM·NUMBER> *64905*
Claimant: >CLAIMANT NAME< *Benjamin Cintrón Pérez*

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide more information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

   ☐ A pending or closed legal actions with or against the Puerto Rico goverment

   ☒ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

2. What is the amount of your claim (how much money do you claim to be owed):

3. **Employment**. Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ☒ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:

*Departamento de Educación, PR, ELA.*

3(b). Identify the dates of your employment related to your claim:

*Desde el 5 de octubre de 1970 hasta el 26 Julio de 2002*

3(c). Last four digits of your social security number: *5835*

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

*Ley 124 - 1973 · Aumento Sueldo , Ley 89 - 1979 · Retrib. Unify Ley 89 - 1995 · El Romerazo*

4. **Legal Action** Does your claim relate to a pending or closed legal action?

☒ No
☐ Yes

4(a).  Identify the department or agency that is a party to the action.

_____ D/A _____

4(b). Identify the name and address of the court or agency where the action is pending:

_____ D/A _____

4(c). Case number: ___ D/A _____

4(d). Title, Caption, or Name of Case: ___ D/A _____

4(e). Status of the case (pending, on appeal, or concluded): ___ D/A _____

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? ___ D/A _____

RECLAMANTE: _Benjamin Cintrón Pérez_

NUMERO DE PROCEDIMIENTO <u>17 BK 3283 - LTS</u>

NUMERO DE RECLAMACION: <u>64905</u>
Numero DE Telefono: <u>787-837-5357</u>

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el <u>5</u> de <u>octubre</u> de <u>1970</u> hasta el <u>26</u> de <u>Julio</u> de <u>2002</u> como <u>Maestro Nivel Elemental en S.U Jose Gonzalez Ginorio Villalba, Ofic. Regional Educativa d Ponce, PR</u> ~~de la Puerto Rico Telephone Company~~ ELA.

~~1. Ley 89 – julio 1995 – ROMERAZO~~   ~~CANTIDAD $~~

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

_Benjamin Cintrón Pérez_  10/15/2020
FIRMA

_Benjamin Cintrón Pérez_
Nombre - Fecha

① Ley 124 - 1973 - Aumento Sueldo
② Ley 89 - 1979 - Retribución Uniforme
③ Ley 89   1995  El Romerazo

Cantidad
Adeudada
$ 34,800.00
$ 27,600.00
$ 8,400.00

Total = $ 70,800.00

RECLAMANTE __Benjamin Cintrón Pérez__

DIRECCIÓN __HC 03 BOX 10891__
__Juana Díaz, Puerto Rico__
__00795__

Numero Reclamación __64905__

Fecha de presentación (envío) __15 de octubre de 2020__

Deudor <u>Commonwealth of Puerto Rico</u>

   Por este medio incluyo con mi reclamación presentada el __15__ de __octubre__ de __2020__ lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce~~ __Depto de Educación en Villalba__, Puerto Rico – ELA, como __Maestro Nivel Elemental__ desde el __5__ de __octubre__ de __1970__ hasta el __26__ de __Julio__ de __2002__. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $__70,800.00__.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

_Benjamin Cintrón Pérez_  10/15/2020
FIRMA

_Benjamin Cintrón Pérez_
Nombre y fecha

# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre _Benjamin Cintrón Pérez_

Dirección Postal _HC 03 Box 10891_
_Juana Díaz, Puerto Rico_
_00795_

Teléfono de contacto res. _787-837-5357_ cel. _____

## II. Epígrafe

A.  Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan Puerto Rico 00918-1767

B.  Estado Libre Asociado de Puerto Rico y otros (Deudores)

C.  Número de Procedimiento: 17 BK 3283 – LTS

D.  Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

    Número de las evidencias por reclamo:
    _Ley 124 - Aumento Sueldo     Julio 1973_
    #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
    _Ley 89 Retrib. Unif.     Julio 1979_
    #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

    #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
          Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

_Ley 124 Aumento Sueldo     Julio 1973_
Ley 89 Romerazo – Efectiva en 1 de julio de 1995
_Ley 89 Retrib. Unif.     Julio 1979_
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company, Ponce~~ *Dpto de Educacion 1/6/1902*, Puerto Rico desde el **5** de **Octubre** de **1970** hasta el **26 de Julio** de **2002**. Culmine mi laborar como *Maestro Nivel Elemental en S.U. Jose González Ginorio Villalbe, P.* en ~~Puerto Rico Telephone Company, Ponce,~~ Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

*Benjamin Cintrón Pérez* 10/15/2020

_____
Firma

*Benjamin Cintrón Pérez*
_____
Nombre