Benjamin Cintrón Pérez
HC 03 Box 10891
Juana Díaz, Puerto Rico
00795



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767