UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING URGENT MOTION OF NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION TO FILE UNDER SEAL CERTAIN PORTIONS OF ITS REPLY IN FURTHER
SUPPORT OF ITS MOTION FOR ENTRY OF AN ORDER DIRECTING AN INDEPENDENT INVESTIGATION

Upon consideration of the *Urgent Motion of National Public Finance Guarantee Corporation to File Under Seal Certain Portions of Its Reply in Further Support of Its Motion for Entry of an Order Directing an Independent Investigation* (Docket Entry No. 14663 in Case No. 17-3283, the "Motion");[2] and the Court having jurisdiction to consider the Motion and the

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Capitalized terms not defined herein have the meanings given to them in the Motion.

relief requested therein pursuant to section 306(a) of PROMESA; and notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Motion is GRANTED to the extent set forth herein.

2. National is authorized to redact and file under seal, on a temporary basis, any references to the Confidential Material in its Reply.

3. Access to the unredacted version of the Reply while the LCDC Seal Motion remains under consideration will be restricted to Court personnel, but the Court will not review the Confidential Material, if at all, until after a final decision regarding the LCDC Seal Motion has been issued.

4. The duration of the period that the unredacted version of the Reply will remain under seal shall be determined by the Court.

5. This Order is without prejudice to the rights of any party in interest to seek to unseal the Confidential Material.

6. This Order resolves Docket Entry No. 14663 in Case No. 17-3283.

SO ORDERED.

Dated: October 20, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge