# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: JORGE L. GARCIA TORRES
Direccion Postal: PO BOX 323
Villalba PR. 00766

Teléfono contacto: Res. _____ Cel. 787-378-4861

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 19 de agosto de 1987 hasta el 30 de agosto de 2017. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

JORGE L. GARCIA TORRES
Nombre en letra de molde

*[signature]*
Firma

RECLAMANTE: JORGE L. GARCIA TORRES
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 63415, 106466, 1139276

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 19 de agosto de 1987 hasta el 30 de agosto de 2017 como MA. EDUC. TEMPRANA (NIVEL ELEMTAL K-3) del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

JORGE L. GARCIA TORRES
Nombre en letra de molde

_[signature] Jorge L Garcia Torres 16 oct. 2020_
Firma y fecha

RECLAMANTE: JORGE L. GARCIA TORRES
DIRECCION: PO BOX 323
villalba PR 00766

NUMERO DE RECLAMACION: 63415, 106466, 1139276

Fecha de presentacion (envio): 15 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 5 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA. EDUC. TEMPRANA (NIVEL ELEMENTAL K-3) desde 19 de agosto del 1987 hasta el 30 de agosto de 2017.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

JORGE L. GARCIA TORRES
Nombre en letra de molde

*[signature]* 16 oct 2020
Firma y fecha