Jorge L. [Carrasco Torres?]
D.O Box 323 Villalba, PR
00766

Clerk's Office
United Satate Distric Court
Room 150 Federal court Building
San Juan P.R. 00918-1767