## Exhibit D

**Schedule of Deficient Claims with Undeliverable Addresses**

One Hundred and Fortieth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | HERNANDEZ GONZALES, MILAGROS<br>C-27 ALELI<br>JUNCOS, PR 00777 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 155940 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | HERNANDEZ HERNANDEZ, XIOMARA<br>BO BAROS CARR 567 KM 18<br>OROCOVIS, PR 00720 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 138164 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | HERNANDEZ MIRANDA, NITZA<br>#10 CALLE RIGEL URB. LOS ANGELS<br>CAROLINA, PR 00979 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 123132 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | HERNANDEZ ORTIZ, JUAN ERNESTO<br>CARRETERA 155 KM 26<br>OROCOVIS, PR 00720 | 7/12/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 152288 | $ 2,600.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | HERNANDEZ ROCHE, JUAN<br>HC 03 BOX 11315<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 141920 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | HERNANDEZ RUIZ , GLORIA<br>HH1 LIZZIE GRAHAM<br>LEVITTOWN LAKES<br>TOA BAJA, PR 00949 | 7/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 160963 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | HERNANDEZ RUIZ, GLORIA<br>HH1 LIZZIE GRAHAM<br>LEVITTOWN LAKES<br>TOA BAJA, PR 00949 | 7/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 142244 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Fortieth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | HERNANDEZ RUIZ, GLORIA<br>HH1 LIZZIE GRAHAM<br>LEVITTOWN LAKES<br>TOA BAJA, PR 00949 | 7/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 161090 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | HERNANDEZ VALLE, IRIS<br>PO BOX 2731<br>CAGUAS, PR 00725 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 116773 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | HIRALDO VELAZQUEZ, ROSA MERCEDES<br>#4 B.O. CAMBUTE SECT. PALMA REAL<br>CAROLINA, PR 00986 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 167051 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | IBARRONDO RODRIGUEZ, ILIANA<br>P.O. BOX 990<br>YAUCO, PR 00698 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 134972 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | IRIZARRY ARROYO , LUIS A.<br>HACIENDA LA MONSERRATE<br>3 AVENIDA CENTRAL<br>SAN GERMAN, PR 00683 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 128532 | $ 17,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | IRIZARRY CRUZ, MILAGROS<br>FRANCISCO AMADEO EH38 6 SECTION<br>LEVITTOWN<br>TOA BAJA, PR 00949 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 136054 | $ 20,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Fortieth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | IRIZARRY NAZARIO, JUAN MANUEL<br>CAM.102 INT.38.0 SECTOS LOS COCAS MINILLAS<br>SAN GERMAN, PR 00683 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 145279 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 15 | IRIZARRY SANTIAGO, MILAGROS<br>C-29 SANTA RITA<br>GUANICA, PR 00653 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 135193 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| 16 | IRIZARRY VAZQUEZ, YARI L.<br>#2486 C/ SAN FRANCISCO URB. CONSTANCIA<br>PONCE, PR 00730 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 135952 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 17 | IRIZARY CASIANO, EDGAR<br>CARRETERA #121 K.M. 9.1<br>BARRIO SUSIA BAJA<br>SABANA GRANDE, PR 00637 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 143641 | $ 3,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 18 | IRIZARY MONTALEU, HILDA A.<br>BA FUIG HC38 BOX 8423<br>GUANICA, PR 00653-9712 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 117257 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 19 | IVAN BURGOS, RICARDO<br>APT 91166<br>JUANA DIAZ, PR 00795 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 122926 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 20 | JRIZARY NAZARIO, JUAN MANUEL<br>CARR 102 INT. 38.0 SECTOR LOS COCAS MONILLAS<br>SAN GERMAN, PR 00683 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 147712 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Fortieth Omnibus Objection
### Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | KERCADO, MARIA DE LOS ANGELES<br>1740 CALLE CEFIRO<br>SAN JUAN, PR 00926 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 120204 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | LATIMER RIVERA, CLARA<br>CARRT. 848 KM.3 H6<br>CAROLINA, PR 00957 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140939 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | LATIMER RIVERA, CLARA<br>CARRT. 848 KM. 3 H-6<br>CAROLINA, PR 00957 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126748 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | LEBRON RIVERA, NAYDA I.<br>BO. GUARDARRAYA<br>PATILLAS, PR 00723 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 123281 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | LEON AMADOR, HEYDA I.<br>105D CALLE AMOR<br>CAGUAS, PR 00725 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 145442 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | LEON CINTRON, JOSEFINA<br>#264 CALLE 5 PARCELAS JACAGUAS<br>APARTADO 796<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 140699 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors

## One Hundred and Fortieth Omnibus Objection
## Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | LOPES LOPES, JUANITA<br>CALLE 787 C PARCELA GILBRALTAR<br>SAN JUAN, PR 00924 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 162587 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | LOPEZ AYALA, EUNICE<br>96 8 CALLE<br>LOIZA, PR 00772 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 155142 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | LOPEZ BERRIOS, WILMA Y<br>1322 CARR 733<br>CIDRA, PR 00739 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 142919 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | LOPEZ CAMUY, SANDRA I.<br>CALLE LOS MILLONARIOS #63<br>CASTANER, PR 00631 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 114817 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | LOPEZ CARABALLO, CARLOS M<br>REPARTO OASIS C- #D-9<br>GUANICA, PR 00653 | 6/8/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 112379 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | LOPEZ CONTRERAS, CAMEN L<br>APARTADO 865<br>AGUAS BUENAS, PR 00703 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 120501 | $ 75,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Fortieth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 33 | LOPEZ DE VICTORIA, RAUL<br>CALLE 27 BLOQUE 3B-B<br>LA PROVIDENCIA<br>TOA ALTA, PR 00953 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 120850 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | LOPEZ GONZALEZ, OLGA GISELA<br>LA TORRE MIRAMAR 709 AVE. MIRAMAR APTO.8- C<br>SAN JUAN, PR 00907 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 151377 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 35 | LOPEZ MARRERO, MYRIAM<br>2798 WINSOR HEIGTS ST<br>DELTONA, FL 32738 | 7/3/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 145355 | $ 35,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | LOPEZ MARTINEZ, MONICA<br>P.O. BOX 1944<br>BARIO RABANAL<br>CIDRA, PR 00739 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 127989 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 37 | LOPEZ MIRANDA, MARIA L.<br>CARR. 185 K-18 H4 LA PINAS<br>JUNCOS, PR 00777 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139775 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | LOPEZ MIRANDA, MARIA L.<br>CARR. 185 K-18 H4 LAS PINAS<br>JUNCOS, PR 00777 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 119193 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Fortieth Omnibus Objection
## Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 39 | LOPEZ MIRANDA, MARIA L.<br>CARRETERA 185 K. 18 H4 LA PINAS<br>JUNCOS, PR 00777 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 145365 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | LOPEZ NEGRON, NITZA<br>CALLE 11 A-16 URB. PRADERA ALMIRA<br>BAYAMON, PR 00949 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 127475 | $ 40,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | LOPEZ ROSARIO, IRIS BELIA<br>#960 CALLE TURQUEZA<br>URB. QUINTAS DE CANOVANAS II<br>CANOVANAS, PR 00729 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 138471 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | LOPEZ RUIZ, ELSIE<br>PO BOX 571<br>ISABELA, PR 00662 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 114217 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | LOPEZ RUIZ, ELSIE<br>PO BOX 571<br>ISABELA, PR 00662 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139746 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | LOPEZ SANCHEZ, GABRIEL TOMEI<br>ARART-10 783<br>VILLALBA, PR 00766 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 149293 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | LUGO NIEVES, FRANCISCA<br>HC 38 BOX 8705<br>GUANICA, PR 00653 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 156365 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Fortieth Omnibus Objection
### Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | LUGO RODRIGUEZ, ISRAEL<br>15 BR. VERDIN PITINE<br>GUAYANILLA, PR00656 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 145487 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 47 | LUGO RODRIGUEZ, VIRGILIO<br>385 SAN JOSE<br>ALTURAS BELGICA<br>GUANICA, PR 00653 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 145970 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | LUNA SASTRE, LARRY<br>HC 03 BOX 10819<br>BARRIO CAYABO<br>JUANA DIAZ, PR 00795-9502 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 133366 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 49 | MACEIRA MARTINEZ, ANTONIA M.<br>B4 CALLE REINA<br>TOA BAJA, PR 00949 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 153227 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 50 | MACHUCA GARCIA, OLGA<br>CALLE 5 #329 BARRIO JUAN SANCHEZ DIRRECION RESIDENSIAL<br>BAYAMON, PR00960 | 6/28/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 155153 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 51 | MADERA RIVERA, JASSIE JAMES<br>211 CALLE LOMA BONITA<br>PENUELAS, PR 00624 | 8/16/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 163362 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Fortieth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 52 | MALAVE DIEZ, JUAN E.<br>EST DE JUANA DIAZ<br>123 CALLE SANDALO<br>JUANA DIAZ, PR 00795 | 6/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 123216 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | MALAVE MORELL, MARIA L.<br>L-4 42<br>CAGUAS, PR 00727 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 128393 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | MALAVE MORELL, MARIA L.<br>L-4 42<br>CAGUAS, PR 00727 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 136426 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | MALDONADO BERRIOS, VILMA H.<br>URB. VILLA DEL CARMEN IC-7<br>CIDRA, PR 00739 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 138813 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | MALDONADO CANDELARIA, HECTOR LUIS<br>PO BOX 8554<br>HUMACAO, PR 00792 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 150478 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | MALDONADO MARTINEZ, MARGARITA<br>O-ZO 23 URB. ALTA VISTA<br>PONCE, PR 00716-4264 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 122101 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

TOTAL $ 193,000.00*

* Indicates claim contains unliquidated and/or undetermined amounts