**Exhibit A**

**Schedule of Deficient Claims to Be Set for Hearing**

One Hundred and Forty-Eighth Omnibus Objection
Exhibit A - Schedule of Deficient Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | VEGA FIGUEROA, NEIDA I<br>1545 OAKWOOD CT<br>APOPKA, FL 32703 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 165203 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | TOTAL | Undetermined* |
|---|---|---|---|