**Exhibit B**

**Schedule of ADR/ACR Eligible Claims**

## One Hundred and Forty-Ninth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO ROMAN, DINELIA E<br>1402 KIMDALE ST. E<br>LEHIGH ACRES, FL 33936 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 155132 | $ 18,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ALICEA COLON, LILLIAM I.<br>PO BOX 285<br>PUNTA SANTIAGO, PR 00741 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 137384 | $ 57,807.07 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | ALVAREZ PRINCIPE, JOSE E<br>VIA REXVILLE DD-55A<br>BO. BUENA VISTA<br>BAYAMON, PR 00957 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 149389 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | AVILES RAMOS, MIGDALIA<br>URB. JARDINES DE MONACO II<br>30 CALLE HOLANDA<br>MANATI, PR 00674 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126851 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | BURGOS TZSCHOPPE, ILIANA<br>URB. VALLE ALTO<br>F 17 CALLE C<br>CAYEY, PR 00736 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 164306 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | CASTILLO COLON, GLADYS<br>URB. COUNTRY CLUB<br>511 O L #16<br>CAROLINA, PR 00982-1903 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 148221 | $ 36,500.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | CLAVIJO MARRERO, CARMEN IRIS<br>1305 7787<br>CIDRA, PR 00739 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 134455 | Undetermined* |

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Forty-Ninth Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 8 | COLON NEGRON, NILDA L.<br>G-6 CALLE GAUDI<br>QUINTAS DE MONSERRATE<br>PONCE, PR 00730-1725 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 166526 | $ 100,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 9 | CRUZ BRITO, CARMEN S.<br>URB. SANTA ELENA A-1 CALLE 10<br>YABUCOA, PR 00767 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 113237 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 10 | DIAZ FELIX, MARIA J.<br>1884 MAIN ST.<br>BRIDGEPORT, CT 06610 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 155312 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 11 | DIAZ MARTINEZ, JOSE A<br>P.O.BOX 54 ARECIBO P.1<br>ARECIBO, PR 00613 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 133799 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 12 | DIAZ, AWILDA<br>567 SANTANA<br>ARECIBO, PR 00612-6727 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 113725 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 13 | ECHEVARRIA LUGO, JORGE<br>HC 10 BOX E20<br>SABANA GRANDE, PR 00637 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 157516 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Forty-Ninth Omnibus Objection
## Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | FIGUEROA FELICIANO, NATIVIDAD<br>VICTOR ROJAS 1 CALLE ATOCHA CASA46<br>ARECIBO, PR 00612 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 159283 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 15 | FIGUEROA PENA, EDNA<br>CALLE DEL MONTE 144<br>BO. CAMPANILLA<br>TOA BAJA, PR 00949 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139353 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 16 | GARCIA MAYSONET, AGUSTINA<br>URB COLINAS VERDES<br>F 1 CALLE 4<br>SAN JUAN, PR 00924 | 7/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 150166 | $ 18,250.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 17 | GARCIA MAYSONET, AGUSTINA<br>URB. COLINAS VERDES F-1 CALLE 4<br>SAN JUAN, PR 00924 | 7/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 127008 | $ 36,500.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 18 | GONZALEZ MOLINA, NYDIA I.<br>PO BOX 1844<br>AIBONITO, PR 00705 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 128740 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 19 | HARRIS, MICHAEL<br>CALLE CASIMIRO DUCHESNE 690<br>URB. VILLA PRADES<br>SAN JUAN, PR 00924 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 147531 | $ 10,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Forty-Ninth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | HERNANDEZ JIRAU, ZAIDA<br>P.O. BOX 1234<br>LARES, PR 00669 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 127019 | $ 12,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | IRIZARRY RODRIGUEZ, REINALDO<br>RR 03 BOX 9094<br>ANASCO, PR 00610 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 164079 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | JIRAU TOLEDO, NILDA A.<br>HC 2 BOX 43841<br>ARECIBO, PR 00612 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 124692 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | LASALLE ACEUEDO, ISIDRO<br>148 CALLE JUAN LASALLE<br>QUEBRIDILLAS, PR 00678 | 7/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 149265 | $ 9,252.14* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | LOPEZ ORTIZ , JUAN O.<br>4 B<br>CAYEY, PR00736 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139139 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | LOZADA ALVAREZ, SAMUEL<br>CARR. 184 KM 1.3 BO. CACAO BAJO<br>PATILLAS, PR00723 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 123626 | $ 16,800.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | MARTINEZ MASSENOT, JOSE V.<br>RR-7 BOX 7078<br>SAN JUAN, PR 00926 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 142036 | $ 10,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Forty-Ninth Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | MATOS ARROYO, MARIA DE LOS A<br>CALLE 4 B-29<br>URB REPARTO HORIZONTE<br>YABUCOA, PR 00767-3717 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 158245 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 325,109.21* |