## Exhibit D

**Schedule of Deficient Claims with Undeliverable Addresses**

One Hundred and Fifty-Fifth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO MORA, EDGAR F<br>154 CALLE HERNANDEZ HUERTAS<br>ARECIBO, PR 00612 | 7/2/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 106193 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | ACEVEDO RODRIGUEZ, JOAN  LEONARDO<br>URB. LAS FLORES CALLE E #8<br>VEGA BAJA, PR 00693 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 96379 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | ACEVEDO RODRIGUEZ, JOAN LEONARDO<br>URB. LAS FLORES CALLE E #8<br>VEGA BAJA, PR 00693 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 93138 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | ACEVEDO RODRIGUEZ, JOAN LEONARDO<br>URB. LAS FLORES CALLE E #8<br>VEGA BAJA, PR 00693 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 95826 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 5 | ACEVEDO RODRIGUEZ, JOAN LEONARDO<br>URB. LAS FLORES CALLE E #8<br>VEGA BAJA, PR 00693 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99718 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 6 | ACEVEDO RODRIGUEZ, JOAN LEONARDO<br>URB. LAS FLORES<br>CALLE E #8<br>VEGA BAJA, PR 00693 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 95913 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

One Hundred and Fifty-Fifth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | ALICEA PINERO, ARLENE<br>3619 AVALON<br>PHILADELPHIA, PA 19114 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 131359 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 8 | ALICEA ROLON, PABLO<br>CHALETS DE BAYAMON APT.1821<br>BAYAMON, PR 00959 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 86329 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 9 | ALVARADO PRATTS, FLOR A<br>B-4 CALLE DIAMANTE<br>SABANA GRANDE, PR 00637 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 96520 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 10 | ALVAREZ DEL PILAR, HENRY<br>CARR 480 KO. 6 BO. SAN ANTONIO<br>QUABRADILLAS, PR 00678 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 165915 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 11 | ALVERADO RIVERA, JOSE R<br>BARRIO COAMO ARRIBA<br>SECTOR VILLALBA<br>COAMO, PR 00769 | 6/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 83142 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 12 | AMALBERT MILLAN, ROSA M.<br>CONDOMINIO ARMONIA<br>LOS PRADOS<br>CAGUAS, PR 00727-3248 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 114464 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

One Hundred and Fifty-Fifth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | ANGELES RODRIGUEZ RODRIGUEZ, MARIA DE LOS<br>EXT. MARIO BRASCHI 61<br>JUANA DIAZ, PR 00795 | 6/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109474 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | ARIAS MENDEZ, ANA<br>SANTA ROSA<br>CALLE 19 23 # 3<br>BAYAMON, PR00959 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 91245 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | AYALA RIVERA, JAVIER<br>CAR. 420 KN 4.4 CERRO GORDO<br>MOCA, PR 00676 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 165667 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | BAEZ ALVARADO, MIGUEL<br>4198 CARR 511<br>COTO LAUREL, PR 00780-9000 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 84129 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | BAEZ SANTIAGO, JANET<br>PO BOX 327<br>LAJAS, PR 00667 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 88702 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | BERRIOS LOPEZ , MARICELY<br>C 13 MAJESTAD MANSIONES<br>COAMO, PR 00769 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 98648 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Fifty-Fifth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | BLANCO TORRES, VICTOR M<br>CAL. 508 KM 23 PONCE<br>HC-07-3969<br>PONCE, PR 00731 | 7/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 165417 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | BOSQUES SERRANO, NOEMI DEL C.<br>CALLE 3 D-6 S URB. JARD DE GUATEMALA<br>SAN SEBASTIAN, PR 00685 | 7/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 89119 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | BURGOS RODRIGUEZ, MARIA<br>APARTAMENTO346<br>CAROLINA, PR 00985 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 46774 | $ 48,700.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | CALDERON ACEVEDO, AMOS<br>MRB. FLORAL PARK #302 CALLE ES PARTA<br>HR, PR 00919 | 7/3/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 111484 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | CAMACHO MEDINA, CARMEN E<br>#16 CALLE-MANUEL RODRIGUEZ<br>PREDROS BLANCAS<br>LARGOS, PR 00667 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90113 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | CARABALLO FELICIANO, BERTA<br>URB. CAFETAL II CALLE CARAWLIO RODR<br>YAUCO, PR 00698 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 103194 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Fifty-Fifth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | CARABELLO CARABELLO, LISSETTE<br>URB. LA CONCEPCION<br>B8 CALLE NUESTRA SENORA DE ATOCHA<br>GUAYANILLA, PR00656 | 6/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 84723 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 26 | CARRASQUILLO AYALA, ABIGAIL<br>PMB 186 PO BOX 1981<br>LOIZA, PR | 7/16/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 90058 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 27 | CINTRON OQUENDO, ISMAEL<br>URB. VILLA DE PRADO 443 CALLE INPERIAL<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 166734 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 28 | COCHRAN RIVERA, LAURA E<br>CALLE ARIZONA #2 ESQ 5 #10<br>ARROYO, PR 00714 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 165865 | $ 60,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 29 | COLLAZO VAZQUES, GABRIEL<br>HC 06 BOX 4232<br>COTO LAUREL, PR 00980 | 7/18/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169806 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 30 | COLON ALVARADO, NALIX<br>P.O. BOX 556<br>JUANA DIAZ, PR 00795 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 166618 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

One Hundred and Fifty-Fifth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | COLON DE JESUS, MANUEL A.<br>URB. REPARTO MARQUEZ<br>CALLE 5 F-16<br>ARECIBO, PR 00612 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 95029 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | COLON GARCIA, MINERVA<br>URB VILLA CAROLINA<br>6753 CALLE 55<br>CAROLINA, PR 00985 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103599 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 33 | COLON LORENZI, ANA B.<br>URB. SAN MARTIN DON ROMANO<br>CALLE 5 F3<br>JUANA DIAZ, PR 00795 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 83875 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 108,700.00* |

* Indicates claim contains unliquidated and/or undetermined amounts