## Exhibit A

### Schedule of Deficient Claims to Be Set for Hearing

**N/A – Currently, the Debtors do not anticipate setting any claims from the One Hundred Fifty-Sixth Omnibus Objection for hearing at the November 18, 2020 Satellite Hearing.**