**Exhibit A**

**Schedule of Deficient Claims to Be Set for Hearing**

One Hundred and Sixty-First Omnibus Objection
Exhibit A - Schedule of Deficient Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | GONZALEZ NEGRON, MIRIAM<br>#18 LEHATTI<br>VILLALBA, PR 00766 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 162778 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | GONZALEZ NEGRON, MIRIAM<br>#18 LUCHETTI<br>VILLALBA, PR 00766 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 130367 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | LEBRON SANTIAGO, JOSE CARLOS<br>LIC.PANTOJA OQUENDO, JOSEFINA<br>PO BOX 21370<br>SAN JUAN, PR 00928 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34505 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | Undetermined* |