**Exhibit A**

**Schedule of Deficient Claims to Be Set for Hearing**

## One Hundred and Sixty-Second Omnibus Objection
### Exhibit A - Schedule of Deficient Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | MONTANEZ RODRIGUEZ, HAYDEE<br>PO BOX 395<br>MARICAO, PR 00606 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 158008 | $ 12,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | MONTES ALICEA, PETRA<br>URB LA ARBOLEDA CALLE 17 CASA 255<br>SALINAS, PR 00751 | 7/18/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169807 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 12,000.00* |

* Indicates claim contains unliquidated and/or undetermined amounts