**Exhibit D**

**Schedule of Deficient Claims with Undeliverable Addresses**

### One Hundred and Sixty-Third Omnibus Objection
### Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | MORALES RIVERA, ADALIA<br>BOX 9242<br>CAGUAS, PR 00726 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 135897 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | MORALES RODRIGUEZ, RUBEN<br>RES-LA CEIBA BQ.18 APT.146<br>PONCE, PR 00716 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 157147 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | MORALES VARGAS, MABEL<br>43 B<br>AGUADA, PR 00602 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 137307 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | MORALES VAZQUEZ, VICENTE<br>CALLE 7 E-19 BRISAS COMPANERO #2<br>TOA BAJO, PR 00950 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 145566 | $ 6,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | MORELL MARTELL , JUDITH<br>4335 LAFITEC CHALET PUNTO ORO<br>PONCE, PR 00732-8621 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 134868 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | MORELL MARTELL, CARLOS<br>897 CAPITANEJO CARR 1 KM 116<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 142044 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | MORELL MARTELL, JUDITH<br>4335 LAFITEC CHALET PUNTO ORO<br>PONCE, PR 00732-8621 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 146076 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Sixty-Third Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | MORELL MARTELL, JUDITH<br>4335 LAFITEC CHULET PUNTO ORO<br>PONCE, PR 00732-8621 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 136552 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|  | | | | | | |
|---|---|---|---|---|---|---|
| 9 | MORELL MARTELL, JUDITH<br>4335 LAFITEE CHALET PUNTO DRO<br>PONCE, PR 00732-8621 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 109622 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

|  | | | | | | |
|---|---|---|---|---|---|---|
| 10 | MORELL MARTELL, OLGA<br>897 CAPITANEJO CARR 1 KM. 116<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 133929 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|  | | | | | | |
|---|---|---|---|---|---|---|
| 11 | MORELL RIVERA, RENE<br>RES LA TORRE BUZON 43<br>SABANA GRANDE, PR 00637 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 155283 | $ 75,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|  | | | | | | |
|---|---|---|---|---|---|---|
| 12 | MORENO RUIZ, NEFF AMID<br>BO. ENSENADA<br>CARR 413 KM03<br>RINCON, PR 00677 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154546 | $ 1,500.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|  | | | | | | |
|---|---|---|---|---|---|---|
| 13 | MORI RODRIGUEZ, JOSE A<br>723 TOWER POINT CIRCLE<br>LAKE WALES, FL 33859 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 161720 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|  | | | | | | |
|---|---|---|---|---|---|---|
| 14 | MORI RODRIGUEZ, JOSE A.<br>723 TOWER POINT CIRCLE<br>LAKE WALES, FL 33859 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 162822 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Sixty-Third Omnibus Objection
### Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | MOYETT MARTINEZ, GLADYS<br>URB. JARDINEZ DE ADENIUM A-8<br>JUNCOS, PR 00777 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 125042 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 16 | MULERO FELIX, ALBERTO<br>P.O. BOX 400<br>SABANA SECA, PR 00952 | 7/5/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 166896 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 17 | MUNIZ TORRES, ALICIA I<br>URB LAS FLORA CALLE 2 H63 BOX 32<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 128766 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 18 | MUNOZ CORREA, CARLOS A.<br>4002 BOX 9212<br>GUAYNABO, PR 00971 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 97826 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 19 | MUNOZ DE LEON, MARIA F.<br>RR #18 BOX 785<br>SAN JUAN, PR 00926 | 8/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 108148 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 20 | MUNOZ DE LEON, MARIA F.<br>RR #18 BOX 785<br>SAN JUAN, PR 00926 | 8/2/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 91348 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 21 | MUNOZ ROCKE, LOURDES<br>BOX 157<br>JUANA DIAZ, PR 00795 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110620 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

## One Hundred and Sixty-Third Omnibus Objection
## Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | MUNOZ ROMAN, NERIS D.<br>URB. VILLA GRILLASCA<br>1869 CALLE COSMETISOL<br>PONCE, PR 00717 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 89566 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | MURIEL CANCEL, LUIS ALBERTO<br>BARRIO BUYONES HC-6. BZ 4046<br>PONCE, PR 00731 | 4/4/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 168476 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | MURIEL CARABALLO, MANUEL<br>DEBERIAN DE ENVIARSE A MI CORREO ELECTONICO<br>HC 5 BOX 7305<br>YAUCO, PR 00698 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 101123 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | MURILLO RIVERA, DELIZ<br>609 AVE. TITO CASTRO STE.102<br>PMB 405<br>PONCE, PR 00716 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 94565 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | MURILLO RIVERA, DELIZ<br>PMB 405 609 AVE<br>TITO CASTRO STE 102<br>PONCE, PR 00716 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 91990 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | MURILLO RIVERA, DIRALIZ<br>P.O. BOX 561412<br>GUAYANILLA, PR 00656-1412 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 87231 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Sixty-Third Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | MURILLO RIVERA, DIRALIZ<br>P.O. BOX 561412<br>GUAYANILLA, PR 00656-1412 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 87853 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | NARVAEZ POLS, MIRNA I.<br>CARRETERA 132 #41 BO. ANGOLA<br>PONCE, PR 00728 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 149694 | $ 32,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | NEGRON CALDERO, EVELYN<br>36 3 URB. JARDINES DE TOA ALTA<br>TOA ALTA, PR 00953 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 165382 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | NEGRON SANTIAGO, ESMERALDA<br>EDIF. 408 CARR. 149 APT 3 HECTOR SOTO<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 151434 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | NEGRON SANTIAGO, KAREN<br>P.O. BOX 2141<br>COAMO, PR 00769 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 98616 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | NIEVES ALBINO, JUAN J.<br>HC 01 BOX 13006<br>GUAYANILLA, PR 00656 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140617 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | NIEVES ALBINO, ZENAIDA<br>PO BOX 1909<br>YAUCO, PR 00698 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 118694 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Sixty-Third Omnibus Objection
## Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 35 | NIEVES FELICIANO, ARELIS<br>HC-02 BOX 7658<br>GUAYANILLA, PR00656 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 87330 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | NIEVES FIGUEROA, JAMIE<br>8687 CALLEJON LOS GONZALEZ<br>QUEBRADILLAS, PR 00678 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 95866 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | NIEVES MERCED, ANA M<br>3 ANTONIO LOPEZ<br>AGUAS BUENAS, PR 00703 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 112229 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | NIEVES MERCED, ANA M.<br>3 ANTONIO LOPEZ<br>AGUAS BUENAS, PR 00703 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 113347 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | NIEVES MERCED, ANA M.<br>3 ANTONIO LOPEZ<br>AGUAS BUENAS, PR 00703 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126712 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | NIEVES MERCED, ANA M.<br>3 ANTONIO LOPEZ<br>AGUAS BUENAS, PR 00703 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 111606 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | NIEVES PEREZ, DANIEL<br>302 C/CARRETA URB. VALLEY<br>CAGUAS, PR 00725 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 86925 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Sixty-Third Omnibus Objection
## Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 42 | NIEVES PEREZ, WALESKA<br>HC 06 BOX 17693<br>SAN SEBASTIAN, PR 00685 | 6/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 114348 | $ 4,800.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 43 | NIEVES REYES, WILLIAM<br>PO BOX 287<br>NARANJITO, PR 00719 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 105549 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 44 | NORAT ORTIZ, AIDA<br>REPARTO NIAGARA<br>LA CASILLA #54<br>COAMO, PR 00769 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140134 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 45 | NUNEZ GARCIA, LOURDES<br>3223 CALLE ORION STATIGHT<br>PONCE, PR 00717-1481 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 104648 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | NUNEZ ORTIZ, WILMARYS<br>HC-01 BOX 6673<br>OROCOVIS, PR 00720 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 113412 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 47 | NUNEZ ZAYAS, MILDRED J.<br>BO. CAONILLAS ABAJO<br>CARR 150 KM 5.8<br>VILLALBA, PR 00766 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90922 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | O'FARRILL MORALES, JULIA<br>HC-02 BOX 145-64<br>CAROLINA, PR 00987 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 153925 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Sixty-Third Omnibus Objection
### Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 49 | OLIVERAS RAMOS, FELIPE<br>P - 812 CALLE RIO GRANDE<br>BRISAS DE TORTUGUERO<br>VEGA BAJA, PR 00693 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 145046 | $ 15,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 50 | OLIVIERI HERNANDEZ, OMAYRA<br>PO BOX 1163<br>AIBONITO, PR 00705 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 120461 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 51 | OQUENDO ORTEGA, GREGORIA<br>PO BOX 416<br>TOA BAJA, PR 00951 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 87318 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 52 | ORENCE HERMINA, CARMEN LYDIA<br>#63 SAN JUAN<br>CAMUY, PR 00627 | 7/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 160438 | $ 18,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 53 | ORENCE HERMINA, CARMEN LYDIA<br>63 CALLE SAN JUAN<br>CAMUY, PR 00627 | 7/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 160862 | $ 45,600.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 54 | ORTA MANSO, MARGARITA<br>SANILILLANA DEL MAR#1 APARTMENTO#12C<br>LORZA, PR 00772 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139420 | $ 100,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 55 | ORTIZ ARROYO, JULIO CESAR<br>HC 1 BOX 13109<br>PENUELAS, PR 00624 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 112236 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Sixty-Third Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 56 | ORTIZ CARTAGENA, LUZ M<br>PO BOX 964<br>OROCOVIS, PR 00720 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 165325 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | ORTIZ CARTAGENA, LUZ M.<br>CARR. 155 KM. 32.5 INT.<br>P.O. BOX 964<br>OROCOVIS, PR 00720 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 124727 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | ORTIZ COLON, JOSE L.<br>URB. LLANOS DEL SUR<br>B-12<br>COTO LAUREL, PR 00780 | 3/19/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 168295 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | ORTIZ FELICIANO, AIDZA E<br>G6 CALLE 9<br>SABANA GRANDE, PR 00637 | 7/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 151612 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | ORTIZ FRANQUIE, VICENTE<br>RR-3 3500 BO. TORTUGO<br>SAN JUAN, PR 00926 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 158945 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | ORTIZ FRANQUIE, VICENTE<br>RR-3 3500<br>BO. TORTUGO<br>SAN JUAN, PR 00926 | 7/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 159118 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Sixty-Third Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 62 | ORTIZ GARCIA, JORGE L.<br>BOX 520<br>AGUIRRE, PR 00704 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 103692 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | ORTIZ IRIZARRY, NANCY I.<br>APARTADO 632<br>VILLALBA, PR 00766 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 122323 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | ORTIZ LOPEZ, SANTOS<br>MONTESORIA PRINCIPAL #12<br>AGUIRRE, PR 00704 | 7/26/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169928 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | ORTIZ MARRERO, CARMEN M,<br>URB. VALLE SAN LUIS 235 CALLE SAN LUCAS<br>MOROVIS, PR 00687 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 87840 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | ORTIZ MEDINA, GLORIA A<br>636 URB. VILLA PRADES<br>CALLE DOMINGO CRUZ<br>SAN JUAN, PR 00924-2112 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 139337 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 67 | ORTIZ ORTIZ, MAYRA A.<br>URB. BELLA VISTA ESTATES #17 CALLE VISTA AL BOSQUE<br>COAMO, PR 00769 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 83447 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 68 | ORTIZ ORTIZ, YOLANDA ENID<br>URB. LA CONCEPCION<br>CALLE NUESTRA SEÑORA LA MILAGROSA #297<br>GUAYANILLA, PR 00656 | 6/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 89011 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Sixty-Third Omnibus Objection
## Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 69 | ORTIZ PIZARRO, JORGE L<br>HC-01 BOX 4658<br>LOIZA, PR 00772 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 111628 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 70 | ORTIZ QUINONES, JOSE A.<br>URB. ESTANCIAS DE MOUNTAIN VIEW BLOQUEZ EASA 8<br>COAMO, PR 00769 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139506 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 71 | ORTIZ RAMIREZ, JADIRA<br>HC-01 BOX 6101<br>OROCOVIS, PR 00720 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 87721 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 72 | ORTIZ RAMIREZ, LYMARI<br>HC-01 BOX 6101<br>OROCOVIS, PR 00720 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 92455 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 73 | ORTIZ RAMIREZ, NELSON<br>HC 01 BOX 6101<br>OROCOVIS, PR 00720 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 104586 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 74 | ORTIZ RAMIREZ, NELSON<br>HC 01 BOX 6101<br>OROCOVIS, PR 00720 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 165846 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 75 | ORTIZ RIVERA, ODETTE<br>BRISAS DELLAUREL CALLE RUBLES 71S<br>COTO LAUREL, PR 00780 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 164834 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Sixty-Third Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 76 | ORTIZ RODRIGUEZ, JOSE A.<br>BO. SABANA LLONA HC 04 7107<br>JUANA DIAZ, PR 00795 | 4/2/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 168463 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 77 | ORTIZ RODRIGUEZ, RICARDO<br>HC-03 BOX 8319<br>BARRANQUITAS, PR 00794 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 164704 | $ 13,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 311,300.00* |