**Exhibit B**

**Schedule of ADR/ACR Eligible Claims**

## One Hundred and Sixty-Fourth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ORTIZ ROSARIO, ELDA<br>URB SAN AUGUSTO<br>B 15 CALLE HACIENDA LA ELISA<br>GUAYANILLA, PR 00656 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 124273 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | PABON PEREZ, CARMEN<br>ALTURAS DE VILLA DEL REY<br>CALLE 28 C-11<br>CAGUAS, PR 00727 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109785 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | PABON PEREZ, CARMEN D.<br>ALTURAS DE VILLA DEL REY<br>C 11 CALLE 28<br>CAGUAS, PR 00725 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 163097 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | PADILLA RIVERA, HECTOR M<br>CALLE 1 #9 BDA MONSERRATE<br>SANTA ISABEL, PR 00757 | 7/30/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169997 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 5 | PENA ALEJANDRO, CYNTHIA E<br>HC 12 BOX 7263<br>HUMACAO, PR 00791 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 108962 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 6 | PEREZ HERNANDEZ, MIGUEL ANGEL<br>HC-1 BOX 4916 BDA MARIN<br>ARROYO, PR 00714 | 6/7/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169161 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

One Hundred and Sixty-Fourth Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | PEREZ MAESTRE, RAMON<br>URB VILLA RITA CALLE3 G8<br>SAN SEBASTIAN, PR 00685 | 7/24/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169866 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 8 | PEREZ MONTANO, JUANITA<br>CALLE JADE 967<br>HATILLO, PR 00659 | 7/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 165304 | $ 4,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 9 | PEREZ PENA, CELSO<br>HC-06 BOX 17173<br>SAN SEBASTIAN, PR 00685 | 7/26/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169936 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 10 | PEREZ RIVERA, YESENIA<br>5190 TRAPICHE HCDA. LA MATILDE<br>PONCE, PR 00728-2426 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 108833 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 11 | PEREZ RIVERA, YESENIA<br>5190 CALLE TRAPICHE<br>HACIENDA LA MATILDE<br>PONCE, PR 00728-2426 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110082 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 12 | PEREZ SANTIAGO, ARMANDO<br>HC-06 BOX 17173<br>SAN SEBASTIAN, PR 00685 | 7/26/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169942 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 13 | PEREZ VARGAS, EDWIN<br>HC7-BOX 76341<br>SAN SEBASTIAN, PR 00685 | 7/19/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169778 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

One Hundred and Sixty-Fourth Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | PICOT MARQUEZ, WILFREDO<br>BRISAS DE ARROYO<br>EDIF 3 APTO 25<br>ARROYO, PR 00714 | 9/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 167246 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | PICOT MARQUEZ, WILFREDO<br>BRISAS DE ARROYO<br>EDIF 3 APTO 25<br>ARROYO, PR 00714 | 9/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 167252 | $ 30,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | QUINONES TEXIDOR, ANA A<br>URB. CHALETS DE BRISAS DEL MAR<br>19 CALLE VELERO<br>GUAYAMA, PR 00784 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139638 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | TOTAL | $ 34,000.00* |
|---|---|---|---|