## **Exhibit A**

**Schedule of Deficient Claims to Be Set for Hearing**

One Hundred and Sixty-Fifth Omnibus Objection
Exhibit A - Schedule of Deficient Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | RAMOS AMARO, ANDREA<br>HC 63 BOX 3352<br>PATILLAS, PR00723 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 113394 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | RAMOS ROMAN, WILDA<br>URB LEVITTOWN LAKE<br>C18 CALLE MARIA OESTE<br>TOA BAJA, PR 00949 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43537 | $ 150,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 150,000.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts