**Exhibit B**

**Schedule of ADR/ACR Eligible Claims**

## One Hundred and Sixty-Fifth Omnibus Objection
## Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | RAMIREZ PEREZ, ISIDORO<br>HC03 BOX 33960<br>SAN SEBASTIAN, PR 00685 | 9/30/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171050 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | RAMOS BERNARD, RENIA<br>PO BOX 453<br>ADJUNTAS, PR 00601 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99938 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | RAMOS CINTRON, ERMIS Z<br>PO BOX 563<br>JUANA DIAZ, PR 00795 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 92431 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | RAMOS CINTRON, ERMIS Z.<br>P.O. BOX 563<br>JUANA DIAZ, PR 00795 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101036 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | RAMOS CRUZ, OLGA<br>HC 71 BOX 7195<br>CAYEY, PR00736 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 123421 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | RAMOS GONZALEZ, ORLANDO<br>PO BOX 222<br>CASTANER, PR 00631-0222 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 123071 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | RAMOS MARTINEZ, IVETTE<br>URB. JARDINES DE ARROYO<br>CALLE Y CASA A1-8<br>ARROYO, PR 00714 | 9/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 167239 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

# One Hundred and Sixty-Fifth Omnibus Objection
## Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | RAMOS RODRIGUEZ, CARMELA<br>PO BOX 388 PO<br>PATILLAS, PR00723 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 132839 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | RENTA RODRIGUEZ, MARIA DE LOS A<br>H-46 CALLE-5 URB LAS FLORES<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 145227 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | RENTA RODRIQUEZ, DELIA A<br>B-3 CALLE-3 URB LAS FLORES<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 144624 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | REYES MALAVE, ZULMA B<br>JARDINES DE ARROYO<br>CALLE Y - AI-17<br>ARROYO, PR 00714 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 89284 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | REYES RIVERA, EDGARDO L.<br>HC-02 BOX 6326<br>JAYUYA, PR00664-9604 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 135548 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | REYES RIVERA, SONIA I.<br>HC1 BOX 13372<br>COAMO, PR 00769 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 105414 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | RIVERA BRACETY, ELSA M<br>VILLA ROSA 3<br>F4 CALLE 2<br>GUAYAMA, PR00784 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 100051 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Sixty-Fifth Omnibus Objection
## Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | RIVERA CINTRON, ELGA M.<br>HC 7 BOX 5214<br>JUANA DIAZ, PR 00795-9735 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 106733 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | RIVERA COLON, NACHELYN<br>PO BOX 550<br>CANOVANAS, PR 00729 | 6/22/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 78398 | $ 8,472.00* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | RIVERA DE JESUS, NEREIDA<br>HC-03 BOX 15429<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 128563 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | RIVERA FONTANEZ, MARIA M.<br>CC-28 JUMACAO PARQUE DEL MONTE<br>CAGUAS, PR 00727 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 121592 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | RIVERA FRANCO, ROSAURA<br>HC 03 BOX 11239<br>JUANA DIAZ, PR 00795 | 6/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 120825 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | RIVERA LOPEZ, ALICIA J.<br>P.O BOX 3000 SUITE 117<br>ANGELES, PR 00611-3000 | 7/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 156115 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 8,472.00* |
|---|---|---|---|---|---|---|