## Exhibit A

**Schedule of Deficient Claims to Be Set for Hearing**

One Hundred and Sixty-Seventh Omnibus Objection
Exhibit A - Schedule of Deficient Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ROJAS RIVERA, HECTOR M.<br>RES. BRISAS DEL MAR EDIFICIO 4<br>APT. 29<br>SALINAS, PR 00751-3006 | 7/23/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169848 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ROTGER RODRIGUEZ, ZORAIDA<br>R.R.03 BOX 9094<br>ANASCO, PR 00610 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 100798 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | SANCHEZ AYALA, BENJAMIN<br>HC 2 BOX 3636<br>SANTA ISABEL, PR 00757 | 6/18/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169354 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | Undetermined* |

\* Indicates claim contains unliquidated and/or undetermined amounts