**Exhibit A**

**Schedule of Deficient Claims to Be Set for Hearing**

Case:17-03283-LTS Doc#:14717-1 Filed:10/20/20 Entered:10/20/20 19:30:24 Desc:
Exhibit A Page 1 of 2

One Hundred and Sixty-Eighth Omnibus Objection
Exhibit A - Schedule of Deficient Claims to be Set for Hearing

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|------|------------|-------------|--------|---------|----------------------|
| 1 | SANTOS PAGAN, ALBERT<br>SUITE 296 APT. 10007<br>GUAYAMA, PR00784 | 9/20/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171002 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|------|------------|-------------|--------|---------|----------------------|
| 2 | SERRANO HERNANDEZ, LUZ NEREIDA<br>HC 5 BOX 4682<br>LAS PIEDRAS, PR 00771-9630 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 159500 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|------|------------|-------------|--------|---------|----------------------|
| 3 | STRIKER MENDEZ, DAMIAN<br>URB. VILLA EL ENCANTO<br>CALLE #5 S-2<br>JUANA DIAZ, PR 00795 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103610 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|------|------------|-------------|--------|---------|----------------------|
| 4 | TOLEDO ORTIZ, INES A.<br>P.O. BOX 1085<br>MOCA, PR 00676 | 7/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 153491 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

TOTAL    Undetermined*

* Indicates claim contains unliquidated and/or undetermined amounts