## **Exhibit A**

**Schedule of Deficient Claims to Be Set for Hearing**

One Hundred and Seventy-First Omnibus Objection
Exhibit A - Schedule of Deficient Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ROMERO QUINONES, MARIA C<br>PO BOX 6415<br>BAYAMON, PR00960 | 3/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3836 | $ 5,000,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | ROMERO QUINONES, MARIA C<br>PO BOX 6415<br>BAYAMON, PR00960 | 3/22/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 3997 | $ 100,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 5,100,000.00* |