**Exhibit B**

**Schedule of ADR/ACR Eligible Claims**

One Hundred and Seventy-First Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COLON TORRES, ENID<br>URB. VILLA JAUCA A13<br>SANTA ISABEL, PR 00757 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152506 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CORDERO HERNANDEZ, JORGE W.<br>BOX 807<br>CAMUY, PR 00627 | 7/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139121 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CORDERO HERNANDEZ, JORGE W.<br>BOX 807<br>CAMUY, PR 00627 | 7/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 161406 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | FIGUEROA MENDEZ, WILLIAM<br>JUNCAL CONTROL STATION 2606<br>SAN SEBASTIAN, PR 00685 | 7/18/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169803 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | GARCIA SANTIAGO, JOSUE R<br>URB. JARDINES DE SANTA ISABEL CALLE 5 I-6<br>SANTA ISABEL, PR 00757 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 62052 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | GONZALEZ FUENTES, CARMEN<br>HC 03 BOX 34190<br>SAN SEBASTIAN, PR 00685 | 5/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 32595 | $ 54,764.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | HERNANDEZ CRUZ, RAIMUNDO<br>HC 7 BOX 76801<br>SAN SEBASTIAN, PR 00685 | 8/2/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170119 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Seventy-First Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | LEON TORRES, ELSA M<br>PO BOX 350<br>JAYUYA, PR00664 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 102999 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 9 | MALAVE VARGAS, EDWIN<br>H-02 BOX 20764<br>SAN SEBASTIAN, PR 00685 | 8/2/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170060 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 10 | MUNIZ BATISTA, IVAN A.<br>HC 7 BOX 76650<br>SAN SEBASTIAN, PR 00685 | 7/23/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169858 | $ 1,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 11 | NADAL, JAIME<br>BALLASTORRES 140<br>PONCE, PR 00715 | 3/26/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 168388 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 12 | PACHECO COLON, ADELAIDA<br>AQ-11 CALLE 41<br>URB. HACIENDA<br>GUAYAMA, PR00784 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 102836 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 13 | PEREZ VALDIVIESO, LUCAS AND JORGE L.<br>CHARLES A. CUPRILL, ESQ.<br>356 FORTALEZA STREET 2ND FLOOR<br>SAN JUAN, PR 00901 | 2/22/2019 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 168187 | $ 329,550.08* |
| | Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors | | | | | |
| 14 | QUINONES FIGUEROA, LUIS A.<br>HC 2 BOX 12312<br>MOCA, PR 00676 | 7/18/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169795 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Seventy-First Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | RIOS ACEVEDO, ANGEL<br>HC3 BOX 32078<br>SAN SEBASTIAN, PR 00685 | 7/11/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169638 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 16 | ROMAN DIAZ, ANGEL F.<br>HC 9 BOX 95865<br>SAN SEBASTIAN, PR 00685 | 7/23/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169907 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 17 | SANCHEZ ORTIZ, JOHNNY<br>1502 - MOTT AVE APT. A1H<br>FAR ROCKAWAY, NY11691 | 5/20/2019 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 168645 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| 18 | SANCHEZ ORTIZ, RAMON<br>LA CUARTA, CALLE-C#251<br>MERCEDITA, PR 00715 | 5/13/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 168843 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 19 | SANTIAGO GONEZ, HECTOR L.<br>HC 3 BOX 15404<br>JUANA DIAZ, PR 00795 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 118554 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| 20 | SANTIAGO RIVERA , EDWIN<br>HC-01 BOX 5004<br>SALINAS, PR 00751 | 5/15/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 168832 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 21 | SANTIAGO VALENTIN, JOSE A.<br>HC 5 BOX 51520<br>SAN SEBASTIAN, PR 00685 | 7/26/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169938 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Seventy-First Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | SOTO GONZALEZ, IRMA M<br>P.O BOX 2517<br>MOCA, PR 00676 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 141987 | $ 10,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 23 | TORRES TORRES, EUDOSIA<br>URB. JARDINES DE PATILLAS<br>57 CALLE MARGARITA<br>PATILLAS, PR00723 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 135637 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 395,314.08* |