**Exhibit B**

**Schedule of ADR/ACR Eligible Claims**

## One Hundred and Seventy-Second Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CARDONA CARDONA, DIANA<br>REPARTO VILLAYMAR5020<br>CALLE ULTRAMAR<br>ISABELA, PR 00662 | 11/7/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172317 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | CINTRON SANTANA, HECTOR RAMON<br>HC #5 BOX 4605<br>YABUCOA, PR 00767 | 10/23/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171933 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | CUEVAS RUIZ, JOSE R<br>HC 1 BOX 5938<br>LAS MARIAS, PR 00670 | 10/9/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171760 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | HERRERA RAMOS, JORGE EDGARDO<br>HC #30 BOX 31503<br>SAN LORENZO, PR 00757-9715 | 10/7/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171377 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 5 | MORALES RIVERA, RICARDO<br>BOX 1014<br>PATILLAS, PR 00723 | 10/24/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171849 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 6 | NIEVES CEDENO, DOMINGO<br>HC #12 BOX 13224<br>HUMACAO, PR 00791 | 10/17/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171571 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 7 | ORTIZ BORRERO, MIGUEL<br>HC 05 BUZON 51850<br>SAN SEBASTIAN, PR 00685 | 10/11/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171703 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Seventy-Second Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | ORTIZ, CANDIDO MORALES<br>URB. JAIME C. RODRIGUEZ<br>G2 CALLE #1<br>YABUCOA, PR 00767 | 10/15/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171717 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | OTERO ABREU, NANCY I<br>URB SANS SOUCI<br>Z-3 CALLE 18<br>BAYAMON, PR 00957 | 10/17/2019 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 171657 | $ 153,356.22 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | RENTAS, RAFAEL<br>4844 CALLE LANCEODA<br>PONCE, PR 00728 | 4/11/2019 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 168446 | $ 1,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Sales Tax Financing Corporation (COFINA), but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | RENTAS, RAFAEL<br>JOSEY ANN RODRIGUEZ TORRES,ESQ.<br>609 AVE TITO CASTRO SUITE102,<br>PMB504<br>PONCE, PR 00716 | 8/12/2019 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 170129 | $ 1,000,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Sales Tax Financing Corporation (COFINA), but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | RENTAS, RAFAEL<br>JOSEY ANN RODRIGUEZ<br>P.O. BOX 310121<br>MIAMI, FL 33231 | 8/11/2019 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 170128 | $ 1,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Sales Tax Financing Corporation (COFINA), but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | RENTAS, RAFEAL<br>JOSEY A. RODRIGUEZ, ESQ<br>P.O. BOX 310121<br>MIAMI, FL 33231 | 8/18/2019 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 170238 | $ 1,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Sales Tax Financing Corporation (COFINA), but fails to provide any basis or supporting documentation for asserting a claim against COFINA, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA or any of the other Title III debtors

One Hundred and Seventy-Second Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | SANCHEZ ORTIZ, MANUEL<br>BARRIO JACANOS<br>HC #5 BOX 5887<br>YABUCOA, PR 00767 | 10/7/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171556 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | SANTANA MEDINA, JOSE DOLORES<br>D-66 URB. MENDEZ<br>YABUCOA, PR 00767 | 10/7/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171379 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | SANTIAGO COTTO, PEDRO JUAN<br>HC2 BOX 7905<br>SANTA ISABEL, PR 00757 | 10/23/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172033 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | VAILLANT PEREZ, PEDRO REGALDO<br>HC 02 BOX 7619<br>YABUCOA, PR 00767 | 10/7/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171490 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | VINAS CARDONA, LILLIAN E<br>PO BOX 211<br>HATILLO, PR 00659-0211 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 121687 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 1,156,356.22* |

\* Indicates claim contains unliquidated and/or undetermined amounts