## Exhibit A

**Schedule of Deficient Claims to Be Set for Hearing**

One Hundred and Ninety-Second Omnibus Objection
Exhibit A - Schedule of Deficient Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | PORTALATIN PEREZ, MILTON<br>P.O. BOX 9021803<br>SAN JUAN, PR 00902-1803 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32046 | $ 316,100.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 316,100.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts