## **Exhibit B**

**Schedule of ADR/ACR Eligible Claims**

## One Hundred and Ninety-Second Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO ZAMBRANA, CARMEN<br>N11 CALLE 9 SANTA ANA<br>VEGA ALTA, PR 00692 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 92166 | $ 75,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | BAEZ VALENTIN, RUBEN<br>HC#6 BOX 10117<br>YABUCOA, PR 00767 | 12/16/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172785 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CEMEX CONCRETOS, INC. (AND/OR CEMEX DE PUERTO RICO, INC.) SUCCESSOR IN INTEREST OF READY MIX CONCRETE, INC.<br>GONZALEZ & ROIG<br>PO BOX 193077<br>SAN JUAN, PR 00919-3077 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 78288 | $ 45,175.30 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | COLLAZO CRUZ, GLORIBEL<br>HC-04 BOX 7092<br>JUANA DIAZ, PR 00795 | 12/19/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172853 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | CONCEPCION RODRIGUEZ, MILTON<br>HC 01 BOX 8756<br>CABO ROJO, PR 00623 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39597 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | DIAZ DE JESUS, ALFONSO<br>206 CALLE CARIBE ARROYO DEL MAR<br>ARROYO, PR 00714 | 12/27/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172906 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | DIAZ LOPEZ, GLORIA<br>AVE. BOLIVIA 299 CIUDAD CRISTIANA<br>HUMACAO, PR 00791 | 11/14/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172412 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Ninety-Second Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | HERNÁNDEZ MARTÍNEZ, JUANA M<br>JAIME PICÓ MUÑOZ<br>PO BOX 70199<br>SAN JUAN, PR 00936-8190 | 5/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17811 | $ 8,015.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 9 | JANICE OLIVERAS RIVERA Y JAN A. ROSADO OLIVERAS<br>P O BOX 365<br>CAMUY, PR 00627 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47495 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 10 | JIMENEZ RODRIGUEZ, NELSON G.<br>P.O. BOX 1845<br>JUANA DIAZ, PR 00795 | 12/18/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172880 | $ 75,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 11 | LAO GARCIA, ISRAEL<br>HC 03 BOX 6112<br>HUMACAO, PR 00791 | 1/9/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172991 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 12 | MEDINA VAZQUEZ, CARLOS M<br>HC 5 BOX 4912<br>YABUCOA, PR 00767-9607 | 11/14/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172468 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 13 | MEDINA VAZQUEZ, JESUS<br>HC #5 BOX 4912<br>YABUCOA, PR 00767-9607 | 11/14/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172433 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 14 | ORTIZ CADIZ, INGRID<br>LIC. PANTOJA OQUENDO, JOSEFINA<br>PO BOX 21370<br>SAN JUAN, PR 00928 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32371 | $ 60,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Ninety-Second Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | ORTIZ PÉREZ, GEOVANNY<br>GEOVANNY ORTIZ PEREZ (CONFINADO)<br>PO BOX 10009<br>GUAYAMA, PR 00785 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4809 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | RAMOS RIVERA, MAYRA<br>URB VISTA AZUL<br>Q 2 CALLE 16<br>ARECIBO, PR 00612 | 6/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35429 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | REYES GONZALEZ, JUAN LUIS<br>BDA SANTA ANA B245-8<br>GUAYAMA, PR 00784 | 12/5/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172743 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | RODRIGUEZ MARIN, MIRLA M.<br>PO BOX 800726<br>COTO LAUREL, PR 00780-0726 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 119452 | $ 105,509.60* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | SANTANA BRITO, MARIA J.<br>HC#3 BOX 11854<br>YABUCOA, PR 00767 | 11/21/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172571 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | SANTIAGO PEREZ, JULIAN<br>HC 02 BOX 8401<br>YABUCOA, PR 00767 | 12/9/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172706 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | VEGA KLIMEZEK, SARAY N.<br>P.O. BOX 3116<br>SAN SEBASTIAN, PR 00685 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 134201 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Ninety-Second Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | VELAZQUEZ RIVERA, LUIS<br>HC#2 BOX 8609<br>YABUCOA, PR 00767 | 12/16/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172790 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 368,699.90* |