# Exhibit D

**Schedule of Deficient Claims with Undeliverable Addresses**

One Hundred and Ninety-Second Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AGUILAR MORALES, FELIX<br>HC04<br>BOX 47646<br>MAYAGUEZ, PR 00680 | 6/20/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 87784 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ALVARADO PAGAN, NORVIN<br>BO MAGAS ARRIBA CALLE 353 KO 4<br>GUAYANILLA, PR 00656 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39048 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | ALVARADO, GLEN DAVID<br>BARRIO RIO JUYES SECTOR<br>SABE HAYAS CON376<br>BOX 19244<br>COAMO, PR 00769 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58524 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | ANDINO SANTIAGO, JUAN M<br>HC 5 BOX 5508<br>YABUCOA, PR 00767 | 1/7/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173005 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | AYALA ACEVEDO, EMANUEL<br>JOSE R. SANTIAGO PERELES<br>1705 PASEO LAS COLONIAS URB.VISTA ALEGRE<br>PONCE, PR 00717-2234 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 151841 | $ 500.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | AYALA PACHECO, ABEL C.<br>HC 04 11802<br>YAUCO, PR 00698 | 6/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80369 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Ninety-Second Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | BALESTIER RODRIGUEZ, CARLOS<br>PLAYA DE PONCE<br>42 CALLE FRANCISCO GARCIA<br>PONCE, PR 00731 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 164010 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 8 | BERRIOS SANCHEZ, JULIO C.<br>HC #5 BOX<br>YABUCOA, PR 00767 | 11/29/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172658 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 9 | CANO RODRIGUEZ, ROBERTO<br>ISRAEL ROLDAN GONZALEZ<br>49 BETANCES ST.<br>AGUADILLA, PR 00603 | 5/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16390 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 10 | CARRASQUILLO ARROYO, HERMINIA<br>PO BOX 370<br>PUNTA SANTIAGO, PR 00741 | 11/14/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172381 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 11 | CASTRO HERNANDEZ, ANA T<br>P.O. BOX 359 VICTORIA STATION<br>AGUADILLA, PR 00603 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 149757 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 12 | COLON ALVARADO, RAYMOND<br>URB VILLA MADRID CALLE 47 #0-22<br>COAMO, PR 00769 | 1/14/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173028 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 13 | COLON CORREA, MAGDA T<br>HC 7 BOX 5018<br>JUANA DÍAZ, PR 00795 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 136767 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

One Hundred and Ninety-Second Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | COLON GONZALEZ, JOEL<br>HC 02 BOX 4716<br>COAMO, PR 00769 | 6/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 62653 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | COLON RODRIGUEZ, MAGDALENA<br>BORINQUEN TOWERS 1 APT 207<br>1484 AVE FD ROOSEVELT<br>SAN JUAN, PR 00920 | 11/12/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172443 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | CORDERO CRUZ, NICOLAS<br>HC #1 BOX 3350<br>YABUCOA, PR 00767 | 11/15/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172480 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | CRUZ BAEZ, JACKSON<br>CAMINO SAN MARTIN B248<br>GUAYAMA, PR 00784 | 12/13/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172780 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | CRUZ LUGO, NEREIDA<br>P.O. BOX 463<br>YABUCOA, PR 00767 | 12/9/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172757 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | CRUZ SAEZ, BIBIANO<br>URB CIUDAD CRISTIANA, CALLE PERU N-12<br>APT 224<br>HUMACAO, PR 00791 | 12/30/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172902 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | CRUZ SANTIAGO, NELSON V.<br>CALLE DOCTOR LOYOLA<br>NUMERO 611<br>PENUELAS, PR 00624 | 6/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 55446 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Ninety-Second Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | DEL CARMEN TORRES FIGUERAS, ANA<br>1050 LAS PALMAS ST PUERTA DE LA BAHIA<br>APT 301<br>SAN JUAN, PR 00902 | 12/19/2019 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 172811 | $ 112,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | DELUCCHI OLIVARES, ANDRES<br>LCDA. NYDIA E. RODRIGUEZ MARTINEZ<br>PO BOX 4155<br>CAROLINA, PR 00984-4155 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46483 | $ 16,700.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | FALTO DE ROMAN, ELBA I<br>ROLDAN GONZALEZ Y ASOCIADOS<br>35 CALLE PROGRESI<br>AGUADILLA, PR 00603-5016 | 5/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17900 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | FERRER HERRERA, BERNALDO<br>HC1 BOX 4243<br>YABUCOA, PR 00767 | 1/10/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173006 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | FONSECA CARDONA, LEONCIO<br>BOLA PICA<br>CARR 3 KM 10.5<br>MAUNABO, PR 00707-9829 | 12/30/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172907 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | GOMEZ ESCOBAR, YASHIRA<br>HC 01 BOX 13921<br>RIO GRANDE, PR 00745 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68359 | $ 259,200.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Ninety-Second Omnibus Objection
### Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | GOMEZ RIVERA, ESTEPHANIE & GOMEZ Y YESENIA GOMEZ FUENTES<br>C/O JUAN CORCHADO JUARBE<br>URB HERMANAS DAVILAS AVE. BETANCES I2<br>BAYAMON, PR 00659 | 5/24/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 24380 | $ 500,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | GONZALEZ FLORES, FELICITA<br>URB. LA CEIBA<br>138 CALLE LOS NARDOS<br>JUNCOS, PR 00777 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30471 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | JESUS ECHEVARRIA / INTEC SOLAR DE PR<br>COLINAS DE CUPEY<br>AE 11 CALLE 6<br>SAN JUAN, PR 00926-7548 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33257 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 30 | JOSE VALCOURT CRUZ V. ADMINISTRACION DE INSTITUCIONES JUVENALES<br>LCDO. MANUEL MORAZA ORTIZ<br>EL MONTE SUR TOWNHOUSES<br>APT G #806<br>AVE DE HOSTOS 145<br>SAN JUAN, PR 00918 | 5/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41827 | $ 300,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | LAZU MELENDEZ, MARIA C.<br>CALLE 1-6-5<br>URB JAIME C RODRIGUEZ<br>YABUCOA, PR 00767 | 12/31/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172942 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | LIZBETH RODRIGUEZ DIAZ<br>URB LAS LEANDRAS<br>P 9 CALLE 9<br>HUMACAO, PR 00791 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 132513 | $ 50,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Ninety-Second Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 33 | LUCIANO, AGREIN ALICEA<br>URB LUCHETTI<br>CALLE MARGINAL A13<br>YAUCO, PR 00698 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35984 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | LUIS COLLADO, JORGE<br>PO BOX 1496<br>GUALICIA, PR 00693 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31224 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | MARCANO RODRIGUEZ, ALQUINO<br>URB MIRAFLORES<br>148 CALLE 28<br>BAYAMON, PR 00957-3737 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 96141 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | MARTINEZ OCASIO, SIGFREDO A.<br>BOX 2775<br>BAJATERO, PR 00616 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 105019 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | MARTINEZ RIVERA, NASARIO<br>PO BOX 5001<br>YABUCOA, PR 00767 | 12/9/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172707 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | MEDINA MIRANDA, ROSEANNE<br>PO BOX 88<br>AGUIRRE, PR 00704 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35208 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | MERCEDES RODRIGUEZ RODRIGUEZ Y OTROS<br>C/O JUAN CORCHADO JUARBE<br>CALLE ESTEBAN PADILLA, 60-E<br>BAYAMON, PR 00959 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26214 | $ 100,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Ninety-Second Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | MIRANDA LEON, HECTOR<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 60598 | $ 400.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 41 | MOCTEZUMA APONTE, RAMON<br>HC 5 BOX 5182<br>YABUCOA, PR 00767 | 1/17/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173024 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 42 | MOLINA MARTINEZ, JESUS<br>LEONOR RODRIGUEZ RODRIGUEZ<br>URB. CIUDAD INTERAMERICANA 684 CALLE MARLIN<br>BAYAMÓN, PR 00957 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50075 | $ 40,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 43 | MORALES VALENTIN, FELIX SAMUEL<br>URB JAIME C RODRIGUEZ<br>CALLE 2 6-28<br>YABUCOA, PR 00767 | 12/31/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172918 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 44 | NIEVES JIMENEZ, RAUL<br>P.O. BOX 1302<br>YABUCOA, PR 00767 | 12/16/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172805 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 45 | NIEVES JIMENEZ, RAUL<br>P.O. BOX 1302<br>YABUCOA, PR 00767 | 12/10/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172720 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

One Hundred and Ninety-Second Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | NUNEZ VEGA, RADAMES<br>DEMANDANTE POR DERECHO PROPIO<br>INDUSTRIAL LUCHETTI<br>50 CARR 5 UNIT 501-1-C<br>BAYAMON, PR00961 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4948 | $ 300,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | ORTIZ BAEZ, LYDIA E.<br>VILLA RETIRO A-4<br>SANTA ISABEL, PR 00757 | 6/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 78363 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | OTERO CRISTOBAL, JUANITA<br>URB. PABELLONES<br>PO BOX 736<br>TOA BAJA, PR 00951 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152782 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | OYOLA CRUZ, MARTA J.<br>HC1 PO BOX 1083<br>ARECIBO, PR 00612 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140843 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | PAGAN SOLGADO, GAMALIER<br>NUEVA VIDA EL TUQUE<br>CALLE E #L66<br>PONCE, PR 00728 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 165602 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | PELLICIER PAGAN, WILMER<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 60601 | $ 400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

One Hundred and Ninety-Second Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 52 | PENA MEJIAS, JOSE J<br>PARC NUEVA VIDA<br>5136 CALLE LORENCITA FERRER<br>PONCE, PR 00728-4830 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 40701 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | QUINONES COTTO, JESUS<br>VILLA CONTESA<br>CALLE NAVARRA B20<br>BAYAMON, PR00958 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 26201 | $ 25,061.89* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | RAMOS RIVERA, ZANDRA IVELISSE<br>EXTENSION VILLA AMERICANA<br>CALLE 8 H-17<br>SAN GERMAN, PR 00637 | 6/8/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 56993 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | RENEE PAGAN SANTANA, YSABEL FLORIAN<br>EMILIO SOLER RAMIREZ<br>EDIF COBIANS PLAZA<br>1607 AVE<br>PONCE DE LEON STE 213<br>SAN JUAN, PR 00909 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 160264 | $ 1,000,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | RENTAS, RAFAEL<br>4844 CALLE LANCEODA<br>PONCE, PR 00728 | 8/18/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170235 | $ 1,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Ninety-Second Omnibus Objection
### Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 57 | RENTAS, RAFAEL<br>JOSEY A. RODRIGUEZ, ESQ.<br>PO BOX 310121<br>MIAMI, FL 33231 | 8/18/2019 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 170239 | $ 1,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 58 | RENTAS, RAFAEL<br>4844 CALLE LANCEODA<br>PONCE, PR 00728 | 8/18/2019 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 170236 | $ 1,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 59 | REYES MOYET, RAMON H<br>BO. QUEBRADA<br>P.O.BOX 8000<br>SANTURCE, PR 00910 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31118 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 60 | RIVERA BERMUDEZ, ROSA M.<br>B-11 C/ALAMEDA (4SECCION)<br>BAYAMON, PR 00956 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 151322 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 61 | RIVERA CARABALLO, LUIS<br>SECTOR MANTE BELLO<br>CALLE PETUNIA 59<br>RIO GRANDE, PR 00721 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30413 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 62 | RIVERA COLÓN, DANIEL<br>INSTITUCIÓN CORRECCIONAL BAYAMÓN ANEXO 292<br>EDIFICIO 5 SECCIÓN A CELDA#2 50<br>CARR. UNIT 700-607073 INDUSTRIAL LUCHETTI<br>BAYAMÓN, PR 00961-7403 | 3/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4998 | $ 75,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## One Hundred and Ninety-Second Omnibus Objection
### Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 63 | RIVERA DE JESUS, VICTOR<br>HC 2 BOX 8083<br>YABUCOA, PR 00767-9584 | 12/9/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172724 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | RODRIGUEZ BURGOS, GREGORIO<br>P.O. BOX 8584<br>HUMACAO, PR 00792 | 12/9/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172712 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | RODRIGUEZ DIAZ, LIZBETH<br>URB LAS LEANDRAS<br>P 9 CALLE 9<br>HUMACAO, PR 00791 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 59103 | $ 50,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | RODRIGUEZ RODRIGUEZ, DANIEL<br>PAROLAS DEL TAGUI 2128 C-MARIO CAROLES<br>PONCE, PR 00728 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43774 | $ 5,925.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 67 | ROSADO SANTIAGO, IRIS J<br>EXT. FOREST HILL<br>T604 CALLE TRINIDAD<br>BAYAMON, PR 00959 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33219 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 68 | SANTIAGO GUZMAN, MERARI<br>ASOCIACIÓN DE EMPLEADOS GERENCIALES<br>AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN<br>APARTADO 40177<br>ESTACIÓN MINILLAS<br>SAN JUAN, PR 00940 | 4/12/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 5770 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Ninety-Second Omnibus Objection
## Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 69 | SANTIAGO ROSADO, ENRIQUE<br>HC-01 BOX 3289<br>VILLALBA, PR 00786-9701 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53705 | $ 17,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 70 | SAURI GONZALEZ, ARLENE<br>PO BOX 1267<br>BOQUERON, PR 00622-1267 | 6/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49754 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 71 | TORO ESTRELLA, DAVID<br>URB PUERTO NUEVO 1205 CALLE CATOLINA<br>SAN JUAN, PR 00920-5130 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33194 | $ 12,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 72 | TORO MONTALVO, WENDELL<br>URB. SADONAL CALLE 11 BB5<br>SOBRA GRATE, PR 00637 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30872 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 73 | VALLADARES ARROYO, MARGARITA<br>215 MAGALLAN DR.<br>KISSIMMEE, FL 34758 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 54353 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 74 | VAZQUEZ FERRER, GERONIMO<br>BO PALMAS HC-1<br>SECTOR LA GRANJA #27<br>ARROYO, PR 00714 | 12/16/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172775 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 75 | VAZQUEZ FERRER, GERONIMO<br>BO PALMAS HC 1<br>SECTOR LA GRANJA 27<br>ARROYO, PR 00714 | 12/12/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172776 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Ninety-Second Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 76 | VELEZ PEREZ, EDGAR<br>PO BOX 612<br>LAS MARIAS, PR 00670 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 40555 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 77 | VILLEGAS CORREA, FRANCISCO JAVIER<br>HC 2 BOX 14377<br>CAROLINA, PR 00987-9715 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 165302 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 2,867,186.89* |