## Exhibit B

**Schedule of ADR/ACR Eligible Claims**

## Two Hundred and Fifth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | DELGADO CINTRON, ALMA M.<br>24 CALLE ENSANCHEZ CRUZ ROJA<br>YABUCOA, PR 00767 | 2/5/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173148 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | GARCIA GARCIA, MILAGROS<br>HC 2 BOX 9589<br>JUANA DIAZ, PR 00795-9784 | 2/4/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173165 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | GOMEZ ORTIZ, NEREIDA<br>URB RIO GRANDE ESTATE C/E27 BLG X-17<br>RIO GRANDE, PR 00745 | 2/25/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173328 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | NIEVES VIERA, NANCY<br>PO BOX 165<br>RIO GRANDE, PR 00745 | 2/25/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173308 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | ORTIZ DIAZ, RUBEN<br>39 URB MENDEZ<br>YABUCOA, PR 00767-3920 | 2/18/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173269 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | ORTIZ MEDINA, ANGEL LUIS<br>HC #4 BOX 6434<br>YABUCOA, PR 00767 | 1/31/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173085 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | ORTIZ ROSADO, CRUZ<br>HC11 BOX 11974<br>HUMACAO, PR 00791 | 2/14/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173222 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Two Hundred and Fifth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | PASTRANA SANDOVAL, ROMAN<br>RR6 BOX 11143<br>BO CAPEY ALTO<br>SAN JUAN, PR 00926 | 2/18/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173263 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | PRADO RODRIGUEZ, BIENVENIDA<br>HC-01 BOX 4156<br>NAGUABO, PR 00718 | 2/3/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173108 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | RIVERA APONTE, VICTOR M.<br>HC-2 BOX 6121<br>VILLALBA, PR 00766 | 2/13/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173232 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | RIVERA REYES, RUTH B.<br>H 11 JARDINES LAFAYETTE<br>ARROYO, PR 00714 | 2/13/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173236 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | RIVERA VIERA, PEDRO J.<br>URB. RIO GRANDE ESTATE<br>CALLE 27 BLOQUE X-17<br>RIO GRANDE, PR 00745 | 2/25/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173301 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | RIVERA VIERA, PEDRO J.<br>URB. RIO GRANDE ESTATE<br>CALLE 27 BLOQUE X-17<br>RIO GRANDE, PR 00745 | 2/25/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173299 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Two Hundred and Fifth Omnibus Objection
## Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | RIVERA VIERA, PEDRO J.<br>URB. RIO GRANDE ESTATE<br>CALLE 27 BLOQUE X-17<br>RIO GRANDE, PR 00745 | 2/25/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173294 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 15 | RIVERA VIERA, PEDRO J.<br>URB. RIO GRANDE ESTATE<br>CALLE 27 BLOQUE X-17<br>RIO GRANDE, PR 00745 | 2/25/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173298 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 16 | RIVERA VIERA, PEDRO J.<br>URB. RIO GRANDE ESTATE<br>CALLE 27 BLOQUE X-17<br>RIO GRANDE, PR 00745 | 2/25/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173300 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 17 | SANTANA MARTINEZ, FRANCISCO<br>HC - 3 BOX 6197<br>HUMACAO, PR 00791 | 2/14/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173197 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 18 | SANTANA MARTINEZ, LUIS A.<br>HC - 3 BOX 6879<br>HUMACAO, PR 00791 | 2/14/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173193 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 19 | SANTIAGO VALENTIN, NORBERTO<br>PO BOX 657<br>HORMIGUEROS, PR 00660 | 2/10/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173180 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 20 | TORRES HERNANDEZ, LUISA A.<br>CALLE G-152 URB. SAN ANTONIO<br>ARROYO, PR 00714 | 2/18/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173229 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Two Hundred and Fifth Omnibus Objection
## Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | VALLS FERRAIUOLI, GLORIA ELENA<br>CONDADO GARDENS #1436<br>ESTRELLA ST. APT.1001<br>SAN JUAN, PR 00907 | 2/4/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173177 | $ 11,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | VAZQUEZ GONZALEZ, ANA M.<br>URB VIVES CALLE I #271<br>GUAYAMA, PR00784 | 1/28/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173117 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | VEGA MARTINEZ, WILLIAM<br>URB. TURABO GARDENS<br>CALLE 33 R6-17<br>CAGUAS, PR 00727 | 2/4/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173136 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | VEGA MARTINEZ, WILLIAM<br>URB. TURABO GARDENS<br>CALLE 33 R6-17<br>CAGUAS, PR 00727 | 2/4/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173135 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | VEGA MARTINEZ, WILLIAM<br>URB TURABO GARDENS<br>CALLE 33 R6-17<br>CAGUAS, PR 00727 | 2/4/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173143 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | VEGA MARTINEZ, WILLIAM<br>URB TURABO GARDENS<br>CALLE 33 R6-17<br>CAGUAS, PR 00727 | 2/4/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173142 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## Two Hundred and Fifth Omnibus Objection
## Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | VEGA MARTINEZ, WILLIAM<br>URB TURABO GARDENS<br>CALLE 33 R6-17<br>CAGUAS, PR 00727 | 2/4/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173139 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | VEGA SOTO, RADAMES<br>HC 02 - BOX 11146<br>HUMARAO, PR 00791 | 2/25/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173313 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | VELEZ RODRIGUEZ, GERALDO<br>P.O. BOX 1824<br>YABUCOA, PR 00767 | 2/3/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173131 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 11,400.00* |
|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts