## Exhibit A

**Schedule of Deficient Claims to Be Set for Hearing**

**N/A – Currently, the Debtor does not anticipate setting any claims from the Two Hundred Eighth Omnibus Objection for hearing at the November 18, 2020 Satellite Hearing.**