## Exhibit C

**Schedule of Deficient Claims to Be Disallowed via Notice of Presentment**

Two Hundred and Eighth Omnibus Objection
Exhibit C - Schedule of No Basis Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COLON CRESPO, ERNESTO<br>HC 02 BOX 11373<br>MOCA, PR 00676 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 144379 | Undetermined* |
| | Reason: Proof of Claim does not provide a basis for asserting a claim against the Commonwealth of Puerto Rico. | | | | | |
| 2 | ENRIQUEZ SANCHEZ, MARIA E<br>HC64 BOX 8028<br>PATILLAS, PR00723 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14935 | Undetermined* |
| | Reason: Proof of Claim does not provide a basis for asserting a claim against the Commonwealth of Puerto Rico. | | | | | |
| 3 | SOTO CAMPOS, ADINA<br>PO BOX 988<br>PATILLAS, PR00723 | 4/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3924 | Undetermined* |
| | Reason: Proof of Claim does not provide a basis for asserting a claim against the Commonwealth of Puerto Rico. | | | | | |
| 4 | WITTE, ARACELIS<br>819 WASHINGTON ST<br>WENATCHEE, WA98801 | 3/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1816 | Undetermined* |
| | Reason: Proof of Claim does not provide a basis for asserting a claim against the Commonwealth of Puerto Rico. | | | | | |
| | | | | | TOTAL | Undetermined* |

\* Indicates claim contains unliquidated and/or undetermined amounts