## **Exhibit B**

**Schedule of ADR/ACR Eligible Claims**

**N/A – Currently, the Debtor has not identified any ACR/ADR Eligible Claims subject to the Two Hundred Nineteenth Omnibus Objection.**