**Exhibit B**

**Schedule of ADR/ACR Eligible Claims**

## Two Hundred and Thirty-Second Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ABREU LABOY, MARTIZA<br>HC 3 BOX 12155<br>YABUCOA, PR 00767 | 3/11/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173483 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CLAUSELL CARRION, JOSE LUIS<br>EXTENSION VILLA NAVARRO<br>D-33<br>MAUNABO, PR 00707 | 5/6/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173917 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CRUZ CRUZ, VENTURA<br>HC # 8165<br>YABUCOA, PR 00767-9505 | 2/28/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173346 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CRUZ CRUZ, VENTURA<br>HC # 8165<br>YABUCOA, PR 00767 | 2/28/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173345 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | DANZOT VIROLA, SATUENINO<br>HC #1 BOX 4160<br>YABUCOA, PR 00767 | 3/14/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173490 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | GARCÍA, ESPERANZA ORTIZ<br>HC1 BOX 4060<br>NAGUABO, PR 00718 | 3/17/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173567 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | LAO GARCIA, JOSE<br>HC-3 BOX 5969<br>HUMACAO, PR 00791 | 3/17/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173591 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Two Hundred and Thirty-Second Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | LOPEZ MALDONADO, DOMINGO<br>HC04 BOX 4296<br>HUMACAO, PR 00791 | 3/20/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173621 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | LÓPEZ TORRES, EULALIA<br>HC #1 BOX 4160<br>YABUCOA, PR 00767 | 3/9/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173462 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | LUZUNARIS HERNANDEZ, ELIAS<br>HC04 BOX 4671<br>HUMACAO, PR 00791 | 3/17/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173558 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | MARIANO NIEVES, JESUS<br>PO BOX 204<br>PUNTA SANTIAGO, PR 00741 | 3/25/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173648 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | MARQUEZ LUZUNARIS, ANDRES<br>HC2 BOX 12332<br>VIQUES, PR 00765-9456 | 3/5/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173420 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | MARTINO VIERA, AWILDA<br>PO BOX 30027<br>SAN JUAN, PR 00929-1027 | 4/23/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173758 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | ORTIZ GARCIA, GUILLERMO<br>HC-1 BOX 4060<br>BARRIO RIO SECTOR BRAZO SECO<br>NAGUABO, PR 00718 | 3/17/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173533 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Thirty-Second Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | ORTIZ GARCIA, RUDULFO<br>HC 1 BOX 4060<br>NAGUABO, PR 00718 | 3/17/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173557 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 16 | ORTIZ ORTIZ, UBALDO<br>BDA STA ANA#236 CALLE-C<br>GUAYAMA, PR 00784 | 2/25/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173375 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 17 | PEREZ CASANOVA, RAMON<br>HC04 BOX 4381<br>HUMACAO, PR 00791 | 3/6/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173450 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 18 | RAMON CASTENEDA, JUAN<br>EXTENCION VERDEMON<br>CALLE PIEDRA LUNA CASA 933<br>PUNTA SANTIAGO, PR 00741 | 3/17/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173537 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 19 | RODRIGUEZ GARCIA, FELIX MANUEL<br>BARRIO PALO SECO<br>BUZON 202<br>MAUNABO, PR 00707 | 5/27/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174048 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 20 | ROSARIO TORRES, ISRAEL<br>HC03 BOX 5972<br>HUMACAO, PR 00791-9568 | 5/14/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173978 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

## Two Hundred and Thirty-Second Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | ROSAS VELEZ, OLGA B.<br>MANS DE VISTAMAR MARINA<br>1226 CALLE MARBELLA<br>CAROLINA, PR 00983-1594 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 110135 | $ 924.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | VASQUEZ SALOME, CARMEN M<br>HC-01 BOX 3404<br>VILLALBA, PR 00766 | 3/10/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173498 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 924.00* |
|---|---|---|---|---|---|---|