# Exhibit A

**Schedule of Deficient Claims to Be Set for Hearing**

Two Hundred and Thirty-Forth Omnibus Objection
Exhibit A - Schedule of No Basis Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AMERICAN MODERN HOME INSURANCE COMPANY<br>ATTN: KENNETH KUHN, VICE PRESIDENT<br>PO BOX 5323<br>CINCINNATI, OH 45201-5323 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3370 | Undetermined* |

Reason: Proof of Claim does not provide a basis for asserting a claim against the Commonwealth of Puerto Rico.

| | | | | | TOTAL | Undetermined* |