## Exhibit B

### Schedule of ADR/ACR Eligible Claims

**N/A – Currently, the Debtor has not identified any ACR/ADR Eligible Claims subject to the Two Hundred Thirty-Fourth Omnibus Objection.**