# Exhibit C

**Schedule of Deficient Claims to Be Disallowed via Notice of Presentment**

Two Hundred and Thirty-Forth Omnibus Objection
Exhibit C - Schedule of No Basis Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACCEPTANCE INDEMNITY INSURANCE COMPANY<br>1314 DOUGLAS ST<br>OMAHA, NE 68102 | 4/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3538 | Undetermined* |

Reason: Proof of Claim does not provide a basis for asserting a claim against the Commonwealth of Puerto Rico.

| | | TOTAL | Undetermined* |
|---|---|---|---|