## Exhibit A

**Schedule of Deficient Claims to Be Set for Hearing**

## Two Hundred and Forty-Fifth Omnibus Objection
### Exhibit A - Schedule of Deficient Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | MONTALVO MALONE, AIDA L.<br>BOX 1231 SANTA ISABEL<br>SANTA ISABEL, PR 00757 | 7/2/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169548 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | PLAUD GUTIERREZ, WILMAN M.<br>URB. JARDINES DEL MAMEY C/. A-6<br>PATILLAS, PR 00723 | 9/19/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170898 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | RODRIGUEZ SANTIAGO, MIGUEL A<br>HC 63 BOX 3849<br>PATILLAS, PR 00723 | 9/12/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170731 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | SANTIAGO MARTINEZ, MARIA L.<br>APARTADO #520<br>SANTURCE, PR 00751 | 8/22/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170395 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | Undetermined* |
|---|---|---|---|---|---|---|