**Exhibit B**

**Schedule of ADR/ACR Eligible Claims**

Two Hundred and Forty-Fifth Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | LAPORTE, FRANCES M.<br>URB. JARDINES CALLE-7<br>J-18<br>SANTA ISABEL, PR 00757 | 10/7/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171336 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | LEBRON CINTRON, LUIS M<br>B1 URB MENDEZ<br>YABUCOA, PR 00767 | 5/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 40324 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | LEON GONZALEZ, MIGUEL A.<br>HC1 BOX 5083<br>SALINA, PR 00751 | 8/20/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170414 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | LOPEZ ENRIQUEZ, JULIO ANGEL<br>565 ORQUIDEA<br>GUAYAMA, PR 00784 | 12/31/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172939 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | LUGO MELBELT, FELIX<br>BO MOSQUIT PD6 BUZON 1514<br>AGUIRRE, PR 00704 | 8/20/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170350 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | LUGO TIRADO, RAMON<br>EXT - LA CARMEN D-44<br>SALINAS, PR 00751 | 8/19/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170365 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | MARTINEZ ALICEA, HIPOLITA<br>P.O BOX 1178<br>SANTA ISABEL, PR 00737 | 6/13/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169263 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Two Hundred and Forty-Fifth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | MATEO MELENDEZ, BLAS<br>EXT JARD DE COAMO<br>K21 CALLE 23<br>COAMO, PR 00769-2130 | 8/15/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170269 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | MELENDEZ RODRIGUEZ, ELBA E.<br>535 ANTONIO R. BARCELO<br>CAYEY, PR 00736 | 8/13/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170281 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | MOCTEZUMA ALVAREZ, LUZ M<br>BO. JUAN MARTIN<br>PO BOX 1680<br>YABUCON, PR 00767 | 9/23/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170858 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | MONGE BENABE, LUIS F.<br>APARTADO 37<br>LUQUILLO, PR 00773 | 9/16/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170641 | $ 14,400.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | NIEVES MORALES, ANGEL ENRIQUE<br>HC-6 BOX 12923<br>SAN SEBASTIAN, PR 00685 | 8/9/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170199 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | PEREZ MAESTRE, VIRGINIA<br>HC-7 BOX 7001<br>SAN SEBASTIAN, PR 00685 | 7/29/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170008 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | QUILES RIVERA, ISMAEL<br>P.O. BOX 112<br>LAS MARIAS, PR 00670 | 9/20/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170924 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

## Two Hundred and Forty-Fifth Omnibus Objection
### Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | RAMIREZ MONTES, EVELYN<br>URB. MONTE BRISAS 5, CALLE 5-12, 5L-21<br>FAJARDO, PR 00738 | 9/23/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170859 | $ 17,625.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | RAMOS RAMOS, MARIA ELSA<br>4490 OLD COLONY RD<br>MULBERRY, FL 33860 | 8/27/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170352 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | RIVERA MORET, PEDRO<br>1510 BO MOSQUITO<br>AGUIRRE, PR 00704-2745 | 8/19/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170429 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | RIVERA PACHECO, JORGE<br>PO BOX 411<br>LAS MARIAS, PR 00670-0411 | 9/5/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170591 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | RIVERA RIVERA, LYDA MARTA<br>PO BOX 371768<br>CAYEY, PR 00737 | 8/13/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170256 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | RODRIGUEZ BONILLA, CESAR<br>AL TURAS DE SANTA ISABEL CALLE 3-B-15<br>SANTA ISABEL, PR 00757 | 8/29/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170495 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | RODRIGUEZ CARABALLO, MYRIAM<br>BOX 371142<br>CAYEY, PR 00736 | 9/9/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170614 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

Two Hundred and Forty-Fifth Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | RODRIGUEZ CINTRON, EDWIN<br>URB. JARD. DEL MAMEY<br>C-2 CALLE #3<br>PATILLAS, PR 00723 | 9/9/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170604 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | RODRIGUEZ ROSA, CESAR A<br>HC 5 BOX 53366<br>SAN SEBASTIAN, PR 00685 | 9/23/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170853 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | RODRIGUEZ ROSA, OSCAR<br>CALLE CON FESOR JIMENEZ - 53<br>SAN SEBASTIAN, PR 00685 | 9/23/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170936 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | RODRIGUEZ SANCHEZ, ARNOLD<br>COND. LUCERNA EDF. A-l<br>APT. M-1<br>CAROLINA, PR 00983 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 62872 | $ 41,645.63 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | RODRIGUEZ, LIZETTE CRUZ<br>HC 01 BOX 4252<br>JUANA DIAZ, PR 00795 | 6/4/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169050 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | ROSA, ELMER PAGAN<br>HC01 BUZON 6007<br>STA ISABEL, PR 00757 | 8/12/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170250 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | ROSADO COLON, ALEJANDRO<br>BO. MARIANA 1051<br>NAGUABO, PR 00718 | 5/18/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174011 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Forty-Fifth Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | SANCHEZ GLZ, FELIX M.<br>BO. JAUCA CALLE 4 452<br>SANTA ISABEL, PR 00757 | 8/15/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170329 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | SANTIAGO ACEVEDO, ROBERTO<br>HC 02 BOX 9704<br>LAS MARIAS, PR 00670 | 9/13/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170623 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | SANTIAGO ASTACIO, IRMA L<br>51 HIGHLAND AVE APT3L<br>NEWARK, NJ 07104 | 6/3/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169048 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | SANTIAGO SANTIAGO, CESAR<br>HC 64 BUZON 7818<br>PATILLAS, PR 00723 | 9/12/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170737 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | SIERRA PEREZ, LUZ ESTHER<br>BUENA VISTA#200<br>CALLE CEREZO<br>CAROLINA, PR 00985 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 120566 | $ 37,855.56* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | SOSA ORTIZ, EDELMIRA<br>287 CALLE PABONA<br>COTO LAUREL, PR 00780 | 3/26/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 168366 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | TIRADO SANTIAGO, TOMAS<br>BDA BLONDET CALLE- B #70<br>GUAYAMA, PR 00784 | 9/11/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170718 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Forty-Fifth Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | TORRES ACEVEDO, JUAN D.D.<br>HC7 75035<br>SAN SEBASTIAN, PR 00685 | 8/9/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170215 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 37 | TRISTANI MARTINEZ, CARMEN NILAS<br>URB VALLE VERDE VEREDA838<br>PONCE, PR 00716 | 9/10/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170699 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | VELEZ VELEZ, GILBERTO<br>H.C 03 BOX 16545<br>QUEBRADILLAS, PR 00678 | 8/13/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170287 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

TOTAL $ 111,526.19*