**Exhibit D**

**Notice**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                        Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**NOTICE OF HEARING AS TO CERTAIN CLAIMS SUBJECT TO THE TWO HUNDRED FORTY-FIFTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO MISCELLANEOUS DEFICIENT CLAIMS**

**PLEASE TAKE NOTICE THAT**, on September 11, 2020, the Commonwealth of Puerto Rico (the "Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," collectively with the Commonwealth and HTA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Commonwealth and ERS pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] filed the *Two Hundred Forty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* (the "Omnibus Objection") with the United States District Court for the District of Puerto Rico (the "Court").[2]

**PLEASE TAKE FURTHER NOTICE THAT**, on October 20, 2020, the Debtors filed the *Notice of Presentment of Proposed Order (A) Granting in Part the Two Hundred Forty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government*

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

1

*of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims, (B) Approving Form of Notice, and (C) Granting Related Relief* (the "Notice of Presentment") with the Court.

**PLEASE TAKE FURTHER NOTICE THAT** if your claim(s) is/are listed on **Exhibit A** to the Notice of Presentment, a hearing will be held on your claim(s) on **November 18, 2020 at 9:30AM (Atlantic Time)** (the "November 18 Satellite Hearing"). You may participate in the hearing by going to the Prime Clerk collection center located at **Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918** (the "Satellite Site"). You should complete and return the claimant response form (the "Response Form"), attached to this Notice of Hearing as Attachment 1, to indicate whether you intend to attend the November 18 Satellite Hearing.

---

### KEY POINTS

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON EXHIBIT A TO THE NOTICE OF PRESENTMENT.**

- If your claim(s) is/are listed on Exhibit A to the Notice of Presentment, a hearing regarding your claim(s) against the Commonwealth, HTA, or ERS has been scheduled for November 18, 2020 at 9:30 a.m. (Atlantic Time). To indicate whether you intend to attend the November 18 Satellite Hearing, please complete and return the Response Form attached to this Notice of Hearing as Attachment 1.

- If your claim(s) is/are listed on Exhibit B to the Notice of Presentment, your claim(s) will be transferred into either the alternative dispute resolution or the administrative claims reconciliation process, and you DO NOT need to appear at the November 18 Satellite Hearing.

- Copies of the Notice of Presentment, the Omnibus Objection, and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.

- **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

---

**November 18 Satellite Hearing on the Omnibus Objection**. If your claim is listed on **Exhibit A** to the Notice of Presentment, a hearing will be held on the Omnibus Objection as to your claim at **9:30 a.m. (Atlantic Time) on November 18, 2020,** before The Honorable Laura Taylor Swain of the United States District Court for the District of Puerto Rico. **You may appear and speak at the hearing from the Prime Clerk collection center located at Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918**.

If your claim is listed on **Exhibit B** to the Notice of Presentment, your claim will be transferred into either the alternative dispute resolution procedure or the administrative claims

2

reconciliation process. If your claim is listed on Exhibit B, **YOU DO NOT NEED TO APPEAR AT THE NOVEMBER 18 SATELLITE HEARING**.

**Availability of Interpretation Services at November 18 Satellite Hearing**. For any claimant that may require Spanish-language interpretation services, the Debtors will provide a certified Spanish-language interpreter at the Satellite Site. Each claimant is also free to bring to the hearing, at his or her own expense, a certified Spanish-English interpreter if such claimant does not wish to utilize the services of the interpreter provided by the Debtors.

**Response Forms to Be Submitted Prior to the November 18 Satellite Hearing**. To assist in preparing for and managing traffic flow at the Satellite Site, any party whose claim is listed on **Exhibit A** to the Notice of Presentment should submit the Response Form. The Response Form will provide the Debtors and the Court staff important information regarding which claimants intend to appear at the Satellite Hearing, whether claimants intend to bring their own interpreters to the Satellite Hearing or to rely on the interpreter provided by the Debtors, and whether claimants intend to submit additional supporting documentation in connection with their claim at the Satellite Hearing.

Response Forms should be submitted to Prime Clerk by **4:00 p.m. (Atlantic Time)** on **November 10, 2020**. You may submit your Response Form to Prime Clerk by email and/or mail.

**Email**: puertoricoinfo@primeclerk.com
**Mailing Address**: Commonwealth of Puerto Rico Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue
Suite 412
Brooklyn, NY 11232.

**Additional Documentation in Support of Your Claim(s)**. If you wish to present any additional documentation in support of your claim at the November 18 Satellite Hearing, you **must** submit that documentation with your Response Form.

**Safety Procedures at the Satellite Site**. A maximum of eight people, including staff, claimants, claimants' attorneys, and interpreters, will be allowed inside the Satellite Site at any given time. One Prime Clerk staff member will be present inside the Satellite Site to assist in managing traffic flow inside the Satellite Site. Additional Prime Clerk personnel will be available at the facility to assist claimants outside the premises, in the lobby, or in the hallways, as necessary, but to reduce congestion and prevent the spread of disease within close quarters, will not be physically present within the Satellite Site.

**Face masks are mandatory while inside the Satellite Site.**

The Satellite Site contains three rooms, each of which may contain a claimant, along with their attorney and either the Debtors' or the claimant's interpreter. The Prime Clerk staff member onsite will assist with directing you to one of the three rooms when it is your turn to speak.

Each of the three rooms inside the Satellite Site will be equipped with a conference phone with speaker phone capabilities. The conference phones will be dialed in to the main court hearing line. Claimants will not need to touch this conference phone in order to speak and be heard. The Prime Clerk staff member will assist. All frequently touched surfaces, such as tables or chair arms, will be sanitized in between use.

If you have any questions about this Notice of Hearing, about the November 18 Satellite Hearing, or about the Response Form, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

---

**Additional Resources and Who to Contact with Questions**

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico. This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the Notice of Presentment, the status of your response, your claim, this notice, or your Response Form, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available). Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

---

**Attachment 1**
**Claimant Response Form for November 18 Satellite Hearing**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**RESPONSE FORM FOR CLAIMS TO BE HEARD
AT THE NOVEMBER 18, 2020 SATELLITE HEARING**

Claim Number(s): _____
Claimant(s): _____
Attorney Name (if applicable): _____

Best Contact Information for Claimant:
Address: _____
Telephone Number: _____
Email Address: _____

[*Additional pages follow*]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Please respond to the following questions by answering |
| :---: |
| -Yes *or* No - |
| on the line next to the question. |

I.   <u>Attendance</u>

\_\_\_\_\_   I will attend the November 18 Satellite Hearing.

\_\_\_\_\_   I will not attend the November 18 Satellite Hearing.

II.  <u>Interpreter Services</u>

\_\_\_\_\_   I do not need an interpreter.

\_\_\_\_\_   I do need an interpreter, and I intend to use the interpreter provided by the Debtors.

\_\_\_\_\_   I do need an interpreter, but I intend to bring my own certified Spanish-English interpreter.

III. <u>Documents and Information</u>

\_\_\_\_\_   I have attached additional documentation in support of my claim(s) to this Response Form.

\_\_\_\_\_   I do not have any additional documentation that I intend to use in support of my claim(s) at the November 18 Satellite Hearing beyond what I previously included with my claim(s) and what I filed with my response to the Omnibus Objection.

[Signature of the Claimant or the Claimant's Authorized Representative]

By: _____

[Printed Name]

3

**<u>Anexo D</u>**

**Notificación**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante del <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, <br><br> Deudores. | PROMESA <br> Título III <br><br> Núm. 17 BK 3283-LTS <br><br> (Administrado Conjuntamente) <br><br> **La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

**NOTIFICACIÓN DE VISTA SOBRE DETERMINADAS RECLAMACIONES RELATIVAS A DUCENTÉSIMA CUADRAGÉSIMA QUINTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A VARIOS RECLAMOS DEFICIENTES**

**SEPA POR LA PRESENTE QUE** el 11 de septiembre de 2020, el Estado Libre Asociado de Puerto Rico (el "ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE", y junto con el ELA y la ACT, los "Deudores"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA y del SRE conforme a la sección 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[1] radicaron la *ducentésima cuadragésima quinta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Varios reclamos deficientes* (la "Objeción Global") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal").[2]

**SEPA, ADEMÁS, QUE** el 20 de octubre de 2020, los Deudores radicaron la *Notificación de Presentación de una orden propuesta que A) conceda en parte* la *ducentésima cuadragésima quinta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Varios reclamos*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción Global.

1

*deficientes, B) apruebe formulario de notificación y C) conceda el remedio relacionado* (la "Notificación de Presentación") ante el Tribunal.

**ASIMISMO, SEPA QUE** si su(s) reclamación(es) aparece(n) en el Anexo A de la Notificación de Presentación, se celebrará una vista sobre su(s) reclamación(es) el **29 de octubre de 2020, a las 9:30 a.m. (Hora del Atlántico)** (la "Vista Satélite de Octubre"). Usted puede participar en la vista yendo al centro de entregas (*collection center*) del Prime Clerk ubicado en **Citi Towers, 250 Ave. Ponce de León, Oficina 503, Hato Rey, San Juan, PR 00918** (la "Ubicación Satélite"). Debe cumplimentar y devolver el formulario de réplica del reclamante (el "Formulario de Réplica"), adjunto a la presente Notificación de Vista como Documento Adjunto 1, para indicar su intención de asistir a la Vista Satélite de Octubre.

---

**PRINCIPALES CONSIDERACIONES**

- **COMPRUEBE SI SU(S) RECLAMACIÓN(ES) APARECE(N) EN EL LISTADO DEL ANEXO A DE LA NOTIFICACIÓN DE PRESENTACIÓN.**

- Si su(s) reclamación(es) aparece(n) en el Anexo A de la Notificación de Presentación, se ha programado una vista sobre su(s) reclamación(es) contra el ELA, la ACT o el SRE que se celebrará el 29 de octubre de 2020, a las 9:30 a.m. (Hora del Atlántico). Para indicar si tiene intenciones de asistir a la Vista Satélite de Octubre, cumplimente y devuelva el Formulario de Réplica adjunto a la presente Notificación de Vista como Documento Adjunto 1.

- Si su(s) reclamación(es) aparece(n) en el Anexo B de la Notificación de Presentación, estas será(n) trasladada(s) al proceso de resolución alternativa de controversias o al de reconciliación de reclamaciones administrativas, por lo que usted NO tendrá que comparecer durante la Vista Satélite de Octubre.

- Copias de la Notificación de Presentación, de la Objeción Global y de todos los escritos radicados en el marco de los Casos de Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 7:00 p.m. (Hora del Atlántico) (hablamos español).**

---

**Vista Satélite de Octubre sobre la Objeción Global**. Si su reclamación aparece en el Anexo A de la Notificación de Presentación, se celebrará una vista sobre la Objeción Global relativa a su reclamación a las **9:30 a.m. (Hora del Atlántico) del 29 de octubre de 2020** ante la Honorable Laura Taylor Swain en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. **Usted puede aparecer y hablar en la vista desde el centro de entregas (*collection center*) de Prime Clerk ubicado en Citi Towers, 250 Ave. Ponce de León, Oficina 503, Hato Rey, San Juan, PR 00918**.

Si su reclamación aparece en el **Anexo B** de la Notificación de Presentación, esta será trasladada al proceso de resolución alternativa de controversias o al de reconciliación de reclamaciones administrativas. Si su reclamación aparece en el Anexo B, **USTED NO TENDRÁ QUE COMPARECER DURANTE LA VISTA SATÉLITE DE OCTUBRE**.

**Disponibilidad de servicios de interpretación durante la Vista Satélite de Octubre**. Si algún reclamante necesita servicios de interpretación al español, los Deudores proporcionarán los servicios de interpretación al español en la Ubicación Satélite. Cada reclamante también está en libertad de traer un intérprete certificado de inglés-español, pagado por dicho reclamante, si no desea hacer uso de los servicios de interpretación proporcionados por los Deudores.

**Formularios de Réplica que han de radicarse antes de la Vista Satélite de Octubre**. Para ayudar con el proceso de preparación y gestión del flujo de personas en la Ubicación Satélite, todas las partes cuya reclamación aparezca en el **Anexo A** de la Notificación de Presentación deberán radicar el Formulario de Réplica. El Formulario de Réplica brindará a los Deudores y al personal del Tribunal información importante sobre cuáles reclamantes tiene la intención de comparecer durante la Vista Satélite, si los reclamantes piensan traer sus propios intérpretes a la Ubicación Satélite o si harán uso de los servicios prestados por los/las intérpretes que los Deudores proporcionen, y si los reclamantes piensan radicar documentación justificativa adicional en relación con su reclamación durante la Vista Satélite.

Los Formularios de Réplica deberán enviarse a Prime Clerk antes de las **4:00 p.m. (Hora del Atlántico)** del **22 de octubre de 2020**. Podrá presentar sus Formularios de Réplica a Prime Clerk por correo electrónico y/o correo postal.

**Correo Electrónico**: puertoricoinfo@primeclerk.com
**Correo Postal**: Commonwealth of Puerto Rico Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue
Suite 412
Brooklyn, NY 11232.

**Documentación adicional en apoyo de su(s) reclamación(es)**. Si desea radicar cualquier documentación adicional en apoyo de su reclamación durante la Vista Satélite de Octubre, **deberá** radicar dicha documentación con su Formulario de Réplica.

**Procedimientos de seguridad en la Ubicación Satélite**. Se permitirá, en todo momento, la presencia de un máximo de ocho personas, incluido el personal, los reclamantes, los abogados de los reclamantes y los intérpretes, en el interior de la Ubicación Satélite. Un miembro del personal de Prime Clerk estará presente en el interior de la Ubicación Satélite para ayudar con el movimiento de personas en el interior de dicha ubicación. Habrá personal adicional de Prime Clerk en las instalaciones para ayudar a los reclamantes en el exterior de los predios, en el recibidor o en los pasillos, según sea necesario, aunque para reducir congestiones y evitar la propagación de enfermedades por aglomeraciones, dicho personal no estará físicamente presente en el interior de la Ubicación Satélite.

**El uso de las mascarillas es obligatorio en el interior de la Ubicación Satélite**.

La Ubicación Satélite cuenta con tres salas, dentro de las cuales podrá estar un reclamante junto con sus abogados y el intérprete proporcionado por los Deudores o el del reclamante. El integrante del personal de Prime Clerk presente le estará dirigiendo hacia una de las tres salas cuando sea su turno para hablar.

Cada una de las tres salas en el interior de la Ubicación Satélite estará equipada con un teléfono para conferencias con parlantes. Estos teléfonos se conectarán con la línea principal de la vista del tribunal. Los reclamantes no tendrán que tocar dichos teléfonos para poder hablar y que se les escuche. El personal de Prime Clerk les estará asistiendo. Todas las superficies que se toquen con frecuencia (por ejemplo, las mesas o los brazos de las sillas) se desinfectarán luego de cada uso.

Si tiene alguna pregunta sobre la presente Notificación de Vista, sobre la Vista Satélite de Octubre o sobre el Formulario de Réplica, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

---

**Recursos adicionales y con quién comunicarse en caso de que tenga preguntas**

Todos los documentos radicados en el marco de los Casos de Título III, incluyendo copias de las reclamaciones radicadas utilizando CM/ECF, se encuentran disponibles en línea de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Notificación de Presentación, el estado de su réplica, su reclamación, la presente notificación o su Formulario de Réplica, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 7:00 p.m. (**Hora del Atlántico**) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

**Documento Adjunto 1**
**Formulario de Réplica del Reclamante relativo a la Vista Satélite de 18 de Noviembre**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante del <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, <br><br> Deudores.[1] | PROMESA <br> Título III <br><br> Núm. 17 BK 3283-LTS <br><br> (Administrado Conjuntamente) |

**FORMULARIO DE RÉPLICA RELATIVO A LAS RECLAMACIONES QUE SE ATENDERÁN DURANTE LA VISTA SATÉLITE DE 18 DE NOVIEMBRE**

Número(s) de reclamación: _____
Reclamante(s): _____
Nombre del abogado (en su caso): _____

Información de contacto más adecuada del Reclamante:
Dirección: _____
Número de teléfono: _____
Dirección de correo electrónico: _____

[*Siguen páginas adicionales*]

---

[1] Los Deudores en estos Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación federal de contribuyente de cada Deudor, en su caso, son: i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5532-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

| **Responda a las siguientes preguntas contestando -Sí *o* No - utilizando la línea al lado de la propia pregunta**. |
|---|
| IV. <u>Asistencia</u><br><br>\_\_\_\_\_ Asistiré a la Vista Satélite de 18 de Noviembre.<br><br>\_\_\_\_\_ No asistiré a la Vista Satélite de 18 de Noviembre.<br><br><br>V. <u>Servicios de interpretación</u><br><br>\_\_\_\_\_ No necesito intérprete.<br><br>\_\_\_\_\_ Necesito intérprete y deseo hacer uso del/de la intérprete proporcionado/a por los Deudores.<br><br>\_\_\_\_\_ Necesito intérprete, pero deseo traer a mi propio/a intérprete certificado a/ de español e inglés.<br><br><br>VI. <u>Documentos e información</u><br><br>\_\_\_\_\_ He adjuntado al presente Formulario de Réplica documentación adicional en apoyo de mi(s) reclamación(es)<br><br>\_\_\_\_\_ No tengo documentación adicional que desee utilizar en apoyo de mi(s) reclamación(es) durante la Vista Satélite de 18 de Noviembre más allá de la que ya haya adjuntado a mi(s) reclamación(es) y la que haya radicado con mi réplica a la Objeción Global. |

[Firma del Reclamante o del representante autorizado del Reclamante]

Por: _____
[Nombre en letra de molde]

3