## Exhibit A

**Schedule of Deficient Claims to Be Set for Hearing**

# N/A – Currently, the Debtors do not anticipate setting any claims from the Two Hundred Forty-Sixth Omnibus Objection for hearing at the November, 18 2020 Satellite Hearing.