**Exhibit B**

**Schedule of ADR/ACR Eligible Claims**

Two Hundred and Forty-Sixth Omnibus Objection
Exhibit B - Schedule of ADR/ACR Eligible Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CLAUDIO JIMENEZ, JOSE J.<br>HC 03 BOX 37834<br>CAGUAS, PR 00725 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44714 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | MATOS ARROYO, VICENTA<br>PMB 376 BOX 1283<br>SAN LORENZO, PR 00754 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110866 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | TORRES MERCADO, GUMERSINDA<br>EL TUQUE CALLE GA D20<br>PONCE, PR 00731 | 6/28/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 121466 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors | | | | | |
| | | | | TOTAL | | Undetermined* |

* Indicates claim contains unliquidated and/or undetermined amounts