*17 de octubre de 2020*

Secretaria (Clerk's Office)
Tribunal de Distrito de Los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767

Abogado de la Junta de Supervision
(Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin Jo. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores
(Counsel for the Creditors Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

**Asunto:**

Solicito el dinero que me corresponde por los años trabajados bajo la Administración de Carlos Romero Barceló y la administración de Sila María Calderón.

Documentos incluidos:

**a)** Notificación de nombramientos y juramentación del 2 de septiembre de 1980 hasta el 30 de septiembre de 2007.

**b)** Certificación por años de servicio los cuales incluye los años transitorios mas la culminación de años de servicio por jubilación el 30 de septiembre se 2007.

**c)** Certificaciones de varios años donde indica que fui empleado del gobierno de Puerto Rico, bajo el Departamento de Recreación y Deportes, luego pase a la

Compañía de Fomento Recreativo la cual cambio de nombre a Compañía de Parques nacionales en el año 2010 bajo la administración de Sila María Calderón donde para el año 2007 llego mi jubilación.

**d)** Se incluye talonarios de varios años de trabajo hasta septiembre 30 de 2007.

Entiendo que he cumplido cabalmente con la documentación que respalda se me debe pagar el dinero no recibido bajo la administración de Carlos Romero Barceló y Sila María Calderón. La tardanza en someter esta documentación se debió a los contratiempos causados por la pandemia del Covid 19 ya que el gobierno completo estaba cerrado.

Espero su pronta atención a esta misiva.

Cordialmente,

*[signature]*
**Miguel A. Ortiz Martínez**
**P.O. Box 487**
**Arroyo, Puerto Rico 00714-0487**