| Miguel A Ortiz Martinez | REDACTED | | | Centro Vacacional de Guilarte | | |
|---|---|---|---|---|---|---|
| 01-MAR-2003 15-MAR-2003 14-MAR-2003 Num. 3746 | | | | 1504.00 | 0 | 0 |

| Earnings | Hours | Amount | YTD | Deductions | Amount | YTD |
|---|---|---|---|---|---|---|
| Regular Salary | 75.00 | 752.00 | 3760.00 | MEDICARE | 10.91 | 55.54 |
| Pago Estipulac | 0.00 | 0.00 | 70.00 | SS | 46.62 | 237.46 |
| | | | | (PR) SIT | 17.50 | 93.10 |
| | | | | AEELA Ahorros | 22.56 | 112.80 |
| | | | | AEELA IRA | 20.00 | 100.00 |
| | | | | AEELA Prest Per | 64.41 | 322.05 |
| | | | | AEELA Seguro | 3.00 | 15.00 |
| | | | | Aport Retiro | 55.35 | 276.75 |
| | | | | Cuota Union | 9.00 | 45.00 |
| | | | | Fondos Unidos | 1.00 | 5.00 |
| | Gross | 752.00 | 3830.00 | Prest Per Retir | 49.11 | 245.55 |
| | Tax | 75.03 | 386.10 | | | |
| Others Deductions | | 224.43 | 1122.15 | | | |
| | Net Pay | 452.54 | 2321.75 | | | |

**COMPAÑIA DE PARQUES NACIONALES**                                                                 No. 097143

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 06/01/2017 |
| Hasta: | 06/15/2017 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 8351840 |
| Fecha Aviso: | 06/15/2017 |

**MIGUEL ORTIZ MARTINEZ**
PO BOX 487
ARROYO PR 00714-0487

SS: XXX-XX-8717

| | |
|---|---|
| # Empleado: | P: REDACTED |
| Dept: | 530400-Ret Temp Parques Nacionales |
| Lugar: | Ley 447 de 15 de mayo de 1951 |
| Titulo: | Pensionado |
| Sueldo: | $1,364.25 Monthly |

| | DATA IMP: | Federal | PR |
|---|---|---|---|
| | Estado Civil: | Single | Single |
| | Concesiones: | 0 | 0 |
| | Pct. Adcl.: | | |
| | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 682.13 | 892.50 | 7,503.43 |
| Total: | | | 682.13 | 892.50 | 7,503.43 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 77.96 | 77.96 |
| AE-Seguro por Muerte Asoc ELA | 2.50 | 27.50 |
| AS-ASOC PENSIONADOS | 1.00 | 11.00 |
| AS-AS BONAFI SERV PUB UNIDOS | 1.00 | 11.00 |
| Ahorros-AEELA | 20.46 | 225.06 |
| RC-Pres Pers Ret Cen-E Clasif | 0.00 | 1,058.41 |
| Total: | 102.92 | 1,410.93 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 500.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 682.13 | 0.00 | 102.92 | 579.21 |
| Acumulado: | 7,503.43 | 0.00 | 1,410.93 | 6,092.50 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8351840 | 579.21 |
| Total: | 579.21 |

**¡Atención Pensionados!**

Solicitamos a todos los Pensionados que tenían cuentas en los bancos: Doral, Westernbank, RG y Bilbao Vizcaya a realizar los cambios de ruta y tránsito correspondients con el proposito de que sus depósitos directos no se vean afectados próximamente.

**Para información llame al 787-777-1500**

---

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Fecha
06/15/2017

Aviso No.
8351840

Cant. Deposito: _$579.21_

TRAY 21 SQ 5048••••••••••••••••••SCH 5-DIGIT 00714    5048 2 AV 0.446
MIGUEL ORTIZ MARTINEZ
PO BOX 487
ARROYO PR 00714-0487

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | REDACTED | $579.21 |
| Total: | | $579.21 |

**NO-NEGOCIABLE**



**GOBIERNO DE PUERTO RICO**
Departamento de Recreación y Deportes

# CERTIFICACIÓN

Certifico que, **Miguel A. Ortiz Martínez**, Seguro Social REDACTED , trabajó en la Compañía de Parques Nacionales:

| | |
|---|---|
| 2 de septiembre de 1980 | Transitorio Compañía de Fomento Recreativo |
| 1 de septiembre de 1981 | Probatorio Compañía de Fomento Recreativo |
| 31 de diciembre de 1981 | Regular de carrera |
| 30 de septiembre de 2007 | Renuncia por Jubilación |

Dada en San Juan de Puerto Rico, hoy 17 de septiembre de 2020.

**CERTIFICO CORRECTO:**

*[signature]*

Yinelis Ortiz Pérez
Secretaria Auxiliar de Recursos
Humanos y Relaciones Laborales

Nota: Cualquier alteración a este documento invalidará el mismo.

Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales
PO Box 9023207 San Juan PR  00902-3207
Tels. (787) 721-2800  Fax: (787) 721-8191
www.drdpuertorico.com

