MIGUEL A. ORTIZ MARTINEZ
P.O. BOX 487
ARROYO, PR 00714-0487







U.S. POSTAGE PAID
FCM LETTER
ARROYO, PR
00714
OCT 19, 20
AMOUNT
$7.10
R2305K131158-08

SECRETARIA (Clerk's Office)

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

ROOM 150 FEDERAL BUILDING

SAN JUAN, PR 00918-1767