14 de oct. 2020

Secretaria (Clerk's Office)
Tribunal de Distrito de Los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

Isaac Laboy
A5 Urb La Riviera
Arroyo, PR 00714

Yo Isaac Laboy Rivera, Regular de Carrera 1981 hasta el 2000 donde me Jubile para ese entonces trabaje para la estadia de Hon. Carlos Romero Barcelo Como Gobernador de Puerto Rico. Donde espero que se me Corosponda el aumento que el nos dio para ese tiempo que hasta ahora no lo han pagado hacer Le estoy enviando Copia de mis Documentos.

P.D. Entiendo que he Cumplido Cabarmente Con la documentacion que respalda. El dinero no recibido del honorable Carlos Romero Barcelo para el tiempo de Sila Calderon yo me habia Jubilado

Quedo de usted muy att. Isaac Laboy R.

RECEIVED & FILED 2020 OCT 20 PM 3:28