

**GOBIERNO DE PUERTO RICO**
Departamento de Recreación y Deportes



Isaac Laboy
A5 Urb La Riviera
Arroyo, PR 00714

# CERTIFICACIÓN

Certifico la siguiente información, según obra en el expediente de personal de **Isaac Laboy Rivera**, Seguro Social **REDACTED**, quien trabajó en la Compañía de Parques Nacionales:

| | |
|---|---|
| 1 de agosto de 1978 | Probatorio |
| 1 de febrero de 1979 | Regular de Carrera |
| 15 de abril de 1979 | Renuncia |
| 16 de julio de 1980 | Probatorio |
| 7 de enero de 1981 | Regular de Carrera |
| 31 de diciembre de 2000 | Renuncia por Jubilación |

Dada en San Juan de Puerto Rico, hoy 28 de septiembre de 2020.

**CERTIFICO CORRECTO:**

Yinelis Ortiz Pérez
Secretaria Auxiliar de Recursos
Humanos y Relaciones Laborales

Nota: Cualquier alteración a este documento invalidará el mismo.



Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales
PO Box 9023207 San Juan PR 00902-3207
Tels. (787) 721-2800  Fax: (787) 721-8191
www.drdpuertorico.com

