Isaac [illegible]
urb. La Riviera A-5
Arroyo, P.R. 00714



U.S. POSTAGE PAID
FCM LETTER
ARROYO, PR
00714
OCT 15, 20
AMOUNT
**$6.95**
R2304M114202-15

1000   00918

CERTIFIED MAIL

7019 1640 0000 8620 6057

Secretaria / clerks office
Tribunal de Distrito de los Estados Un.
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767