

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Junta de Retiro para Maestros
P O Box 191879
San Juan, P. R. 00919-1879
Teléfono (787) 754-8611

17 de octubre del 2001

PROF: CRUZ AMELIA RIVERA RIVERA
P O BOX 339
JUANA DIAZ P R 00795

CASO 689

SS: -4234

Estimada profesora Rivera:

Nos referimos a su solicitud de retiro por **Años de Servicio y Edad** la cual ha sido aprobada. Su retiro será efectivo el **28 de julio de 2001** y recibirá una renta mensual de **$1,415.82**.

Le informamos que usted puede autorizar a la Junta de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como, el seguro médico de su preferencia u otras deducciones permitidas por Ley.

Se incluye información de interés para los maestros pensionados.

**CERTIFICO CORRECTO**　　　　　　　Cordialmente,

Gloria E. Navas Pérez　　　　　　　　Irma A. Giménez López
Directora　　　　　　　　　　　　　　Secretaria Ejecutiva
Area Servicios de Retiro

Anexo
lp

"Sirviéndole a la Clase Magisterial Puertorriqueña"