

Cruz Amelia Rivera
P.O. Box 339
Juana Diaz, PR 00795



7020 1290 0000 9307 4859

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7020 1290 0000 9307 4859



U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
OCT 16, 20
AMOUNT

$4.75

R2304M110228-01

1000
00918

CLERK'S OFFICE

UNITED SATATE DISTRIC COURT

ROOM 150 FEDERAL COURT BUILDING

SAN JUAN PR.00918-1767