Luz A. Burgos Cruz
HC-01 Box 4302
Coamo, P.R. 00769



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R.
00918-1767