7 de octubre de 2020

Tribunal de Distrito de los Estados Unidos

Para el Distrito de Puerto Rico (el Tribunal)

Como es de su conocimiento en Puerto Rico desde el 28 de Diciembre de 2019 hemos estado siendo afectados por una serie de terremotos.

El Presidente de Estados Unidos Donald Trump declaro a Puerto Rico zona de desastre. Por tal motivo tuve incovenientes para recopilar y hacerles llegar toda la evidencia necesaria de reclamación, debido a que las oficinas y dependencias del Gobierno de Puerto Rico permanecieron cerradas por un extenso periodo de tiempo. Fueron abiertas durante un corto tiempo, pero actualmente permanecen cerradas, debido a la pandemia del coronavirus.

Los casos reclamados son los siguientes:

Todos fueron presentados el 28 de junio de 2018.

Solicito una extensión de la gestión y justificación que les estoy presentando por escrito y tomen en consideración dicha causa y procedan a validar mis evidencias enviadas.

Sin más nada queda de ustedes:

[signature]

RECEIVED & FILED
2020 OCT 20 PM 3:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17 BK 03566 LTS, número de reclamación

Distrito Federal de E.U. para Distrito Estado Libre Asociado de P.R.

Soy *Sary L. Corillasca Lopez* Mi dirección postal es *Calle San Bernardo H-11 Urb. Mariolga Caguas P.R. 00725*. Mi teléfono es *787-212-5299*

Llevo *28 años* Trabajando para el Departamento de Educación de Puerto Rico, desde *1992* hasta el presente.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los anos correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envio copia de la evidencia que me confirman dichas alegaciones ( numero de reclamación *106414* ).

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente,

*[signature]*

Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17 BK 03566 LTS, número de reclamación

Distrito Federal de E.U. para Distrito Estado Libre Asociado de P.R.

Soy Sary L. Corillasca Lopez Mi dirección postal es Calle San Bernardo H-11 Urb. Mariolga Caguas P.R. 00725. Mi teléfono es 787-212-5299

Llevo 28 años Trabajando para el Departamento de Educación de Puerto Rico, desde 1992 hasta el presente.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los anos correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envio copia de la evidencia que me confirman dichas alegaciones ( numero de reclamación

146708 ).

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente,