

SECRETARIA AUXILIAR DE RECURSOS HUMANOS
Oficina Regional Educativa de Caguas

# CERTIFICACIÓN

Certifico que la Sra. Sary L. Grillasca López, seguro social ‑8349 ocupa con status permanente el puesto R67204 Maestra Educación Salud Escolar K-12 adscrito a la Escuela Dr. Juan José Osuna, Municipio de Caguas, Distrito de Gurabo.

Labora para la Agencia desde el 26 de agosto de 1992.

Devenga un salario bruto de $2,805.00 mensuales.

Cualquier información adicional, puede comunicarse al teléfono 787-743-1234 Ext. 4440.

Dado hoy 21 de septiembre de 2020, en Caguas, Puerto Rico.

*María M. Aponte Santos*
María M. Aponte Santos

Directora Recursos Humanos

DEPARTAMENTO DE EDUCACION
Región Educativa de Caguas
PO Box 398
Caguas, PR 00725



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.