Glorisel Negrón Martínez
Urb. Las Flores C.8 Calle 3
Juana Díaz, P.R. 00795



CERTIFIED MAIL
7020 1290 0001 6421 6317




U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
OCT 16, 20
AMOUNT
$7.60
R2303S101370-8

To: Clerk's Office
United State District Court
150 Ave. Carlos Chardon Street
Room 150 Federal Court Building
San Juan, P.R. 00918-1767