7 de octubre de 2020

Tribunal de Distrito de los Estados Unidos

Para el Distrito de Puerto Rico (el Tribunal)

Como es de su conocimiento en Puerto Rico desde el 28 de Diciembre de 2019 hemos estado siendo afectados por una serie de terremotos.

El Presidente de Estados Unidos Donald Trump declaro a Puerto Rico zona de desastre. Por tal motivo tuve incovenientes para recopilar y hacerles llegar toda la evidencia necesaria de reclamación, debido a que las oficinas y dependencias del Gobierno de Puerto Rico permanecieron cerradas por un extenso periodo de tiempo. Fueron abiertas durante un corto tiempo, pero actualmente permanecen cerradas, debido a la pandemia del coronavirus.

Los casos reclamados son los siguientes:

Todos fueron presentados el 28 de junio de 2018.

Solicito una extensión de la gestión y justificación que les estoy presentando por escrito y tomen en consideración dicha causa y procedan a validar mis evidencias enviadas.

Sin más nada queda de ustedes:

[signature]

RECEIVED & FILED
2020 OCT 20 PM 3:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178 K 3283-LTS

COMMONWEALTH OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of claim- _128 194    135337_

Name and Address

_Sary L. Corillasca Lopez_
_Urb. Mariolga calle San Bernardo H-11_
_Caguas P.R. 00725_

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico y al Departamento de Educacion de Puerto Rico.

Ley _96_  _Ley 9 (Costa de vida Retiro de maestros)_

Anos reclamados _____

Cantidad reclamada _lo que ustedes consideren que me corresponda._

Adjunto evidencia de trabajo con el Departamento de Educacion de Puerto Rico.

1- _Certificación de empleo_

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente especificadas.

Nombre: Sary L. Grillasca Lopez

Firma: _[signature]_

Fecha: 7 de octubre de 2020

Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17 BK 03566 LTS, número de reclamación

Distrito Federal de E.U. para Distrito Estado Libre Asociado de P.R.

Soy *Savy L. Grillasca López* Mi direccion postal es *Calle San Bernardo H-11 Urb. Mariolga Caguas, PR. 00725*. Mi teléfono es

Llevo *28* Trabajando para el Departamento de Educacion de Puerto Rico, desde *1992* hasta el presente.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los anos correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envio copia de la evidencia que me confirman dichas alegaciones ( numero de reclamación

*129428* ).

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente,

*[signature]*

Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17 BK 03566 LTS, número de reclamación

Distrito Federal de E.U. para Distrito Estado Libre Asociado de P.R.

Soy Sary L. Cerillasca Lopez  Mi dirección postal es Calle San Bernardi H-11 Urb. Mariolga Caguas P.R. 00725 . Mi teléfono es 787-212-5299

Llevo 28 años Trabajando para el Departamento de Educación de Puerto Rico, desde 1992 hasta el presente.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los anos correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envio copia de la evidencia que me confirman dichas alegaciones ( numero de reclamación 128154 ).

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente,

[signature]

Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17 BK 03566 LTS, número de reclamación

Distrito Federal de E.U. para Distrito Estado Libre Asociado de P.R.

Soy _Sary L. Carillasca López_ Mi dirección postal es _Calle San Bernardo H-11 Urb Mariolga Caguas, P.R. 00725_. Mi teléfono es _787-212-5299_

Llevo _28_ Trabajando para el Departamento de Educación de Puerto Rico, desde _1992_ hasta el presente.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los anos correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envio copia de la evidencia que me confirman dichas alegaciones ( numero de reclamación

_135337_ ).

De necesitar alguna otra evidencia favor de comunicarse conmigo.


Atentamente,

_[signature]_