From: Sary L. Grimaldi López
Calle San Bernardo H-11 Urb. Mariolga
Caguas P.R. 00725





To: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767