RECLAMANTE: LOIDA T. RIVERA RIVERA
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 95062

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 1 de agosto de 1973 hasta 29 de julio de 2004 como MA. EDUC SECUNDARIA del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

LOIDA T. RIVERA RIVERA
Nombre en letra de molde

*[signature: Loida T. Rivera Rivera]*
Firma y fecha
16-octubre-2020

RECLAMANTE: LOIDA T. RIVERA RIVERA
DIRECCION: URB. MONCLOVA – B-10
BOX 339
JUANA DIAZ PR.00795

NUMERO DE RECLAMACION: 95062

Fecha de presentacion (envio):
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 16 de octubre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA. EDUC SECUNDARIA desde 1 de agosto de 1973 hasta 29 de julio de 2004.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

LOIDA T. RIVERA RIVERA
Nombre en letra de molde

*Loida T. Rivera Rivera*
Firma y fecha
16-octubre-2020

# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

    Nombre: LOIDA T. RIVERA RIVERA
    Direccion Postal: URB. MONCLOVA – B-10
    BOX 339 Juana Diaz PR.00795

    Teléfono contacto: Res. _____ Cel. 939-248-5335

II. EPIGRAFE
    A. Secretaria (Clerk's Office)
    Tribunal de Distrito de los Estados Unidos
    Room 150 Federal Building
    San Juan, Puerto Rico 00918-1767
    B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
    C. Numero de Procedimiento: 17 BK 3283 – LTS
    D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
    Número de las evidencias por reclamo:

        Ley 124 – Julio 1973 – Aumento de Sueldo
        Ley 89 – Julio 1979 – Retribución Uniforme
        Ley 89 – Julio 1995 – Romerazo
        Ley 134 – Julio 1996 – Aportación Acumulado Retiro
        Ley 96 – Julio 2002 – Aumento de Sueldo
        Ley 164 – Julio 2003 – Aumento de Sueldo
        Ley 164 – Enero 2004 – Gob. Sila M. Calderón
        Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

        Ley 124 – Julio 1973 – Aumento de Sueldo
        Ley 89 – Julio 1979 – Retribución Uniforme
        Ley 89 – Julio 1995 – Romerazo
        Ley 134 – Julio 1996 – Aportación Acumulado Retiro
        Ley 96 – Julio 2002 – Aumento de Sueldo
        Ley 164 – Julio 2003 – Aumento de Sueldo
        Ley 164 – Enero 2004 – Gob. Sila M. Calderón
        Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico desde 1 de agosto de 1973 hasta 29 de julio de 2004. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

LOIDA T. RIVERA RIVERA
Nombre en letra de molde

*[signature: Loida T. Rivera Rivera]*
Firma