

30 de agosto de 2004

PROF LOIDA T RIVERA RIVERA
PO BOX 339
JUANA DÍAZ   PR   00795

Caso Núm: 61
SS: REDACTED 6835

Estimada profesora:

Nos referimos a su Solicitud de Retiro por **Ley 91** la cual ha sido aprobada. Su retiro fue efectivo el **29 de julio de 2004** y recibirá una renta mensual de **$1,599.59.**

Le informamos que usted puede autorizar al Sistema de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como; seguro médico de su preferencia u otras deducciones permitidas por ley.

Se incluye información de interés para los maestros pensionados.

Cordialmente,

Irma García Hernández
Directora
Área Servicios de Retiro

MTM/lod

PO Box 191879 San Juan, PR 00919-1879  Teléfonos (787) 754-8611 o 1-877-JRETIRO (573-8476)
http://www.jrm.gobierno.pr   E-mail: consulta@jrm.gobierno.pr