Leida T. Rivera Rivera
Box 339
Juana Diaz, P.R.
00795

RECEIVED & FILED
7020 1290 0000 9307 0479
2020 OCT 20 PM 3:27



U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
OCT 16, 20
AMOUNT
$4.75
R2305K132895-05

1000   00918

CLERK'S OFFICE

UNITED SATATE DISTRIC COURT

ROOM 150 FEDERAL COURT BUILDING

SAN JUAN PR.00918-1767