RECLAMANTE: SANDRA VEGA DUQUE

NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS

NUMERO DE RECLAMACION: 125153

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 18 de septiembre de 2000hasta el presente, como MA. EDUC. INGLES NIVEL ELEMENTAL K-6 del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 75,600 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

SANDRA VEGA DUQUE
Nombre en letra de molde


Firma y fecha



RECLAMANTE:   CARMEN A. CABRERA RODRIGUEZ
DIRECCION:    PO.BOX 1147
              VILLALBA PR 00766


NUMERO DE RECLAMACION:    125153


Fecha de presentacion (envio):   13 DE OCTUBRE DE 2020
Deudor:    COMMONWEALTH OF PUERTO RICO


Por este medio incluyo con mi reclamación presentada el 13 DE OCTUBRE DE 2020 lo siguiente:

1.  Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA.
    EDUC. INGLES NIVEL ELEMENTAL DE K-6 desde 18 de septiembre del 2000 hasta el
    presente.
2.  El monto adeudado en mi reclamación es de $75,600.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

SANDRA VEGA DUQUE
Nombre en letra de molde


Firma y fecha

# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre:   SANDRA VEGA DUQUE

Direccion Postal:   PO. BOX 1147

VILLALBA PR.00766

Teléfono contacto:  Res. _____  Cel.   787-458-2859

II. EPIGRAFE

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767
B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
C. Numero de Procedimiento: 17 BK 3283 – LTS
D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
   Número de las evidencias por reclamo:

   Ley 124 – Julio 1973 – Aumento de Sueldo
   Ley 89 – Julio 1979 – Retribución Uniforme
   Ley 89 – Julio 1995 – Romerazo
   Ley 134 – Julio 1996 – Aportación Acumulado Retiro
   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 124 – Julio 1973 – Aumento de Sueldo
   Ley 89 – Julio 1979 – Retribución Uniforme
   Ley 89 – Julio 1995 – Romerazo
   Ley 134 – Julio 1996 – Aportación Acumulado Retiro
   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 18 de septiembre de 2000 hasta el PRESENTE. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.


SANDRA VEGA DUQUE
Nombre en letra de molde


Firma

Case:17-03283-LTS  Doc#:14742-1  Filed:10/21/20  Entered:10/21/20 13:13:25  Desc:
Defective filing re: Sandra Vega Duque  Page 5 of 6



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

13 de octubre de 2020

A quien pueda interesar:

Certifico que **SANDRA VEGA DUQUE**, número de seguro social **XXX-XX-5076** labora en nuestra Agencia desde **18 de septiembre de 2000** al **Presente**.

Actualmente, ocupa puesto en calidad de **MA. INGLES NIVEL ELEMENTAL (K-6)** en **RAMON LOPEZ BERRIOS (EMILIA BONILLA)**, **Oficina Regional Educativa de PONCE** y devenga un salario de **$3,186.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Sandra Vega Duque
P.O. Box 1147
Villalba P.R. 00766



CERTIFIED MAIL®

7020 1290 0000 9307 4941





UNITED STATES
POSTAL SERVICE®

1000

00918

U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
OCT 16, 20
AMOUNT

$7.60

R2304M110228-01

RECEIVED & FILED
2020 OCT 20 PM 3:27

Clerk's Office
United State Distric Court
Room 150 Federal Court
Building

San Juan, P.R. 00918-1767