5 de octubre de 2020

Centésima cuadragésima octava objecion global relacionada con Prime Clerk # caso 17 BK 03566 LTS, número de reclamación

Distrito Federal de E.U. para Distrito Estado Libre Asociado de P.R.

Soy Zinnia M. Grillasca López     Mi dirección postal es Calle San Bernardo H-10 Urb. Mariolga Caguas, PR 00 725. Mi teléfono es 787-473-5299

Llevo 25 años     Trabajando para el Departamento de Educacion de Puerto Rico, desde 1995     hasta el presente.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los anos correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envío copia de la evidencia que me confirman dichas alegaciones ( número de reclamación

107160 ).

De necesitar alguna otra evidencia favor de comunicarse conmigo.


Atentamente,

Zinnia Grillasca

RECEIVED & FILED
CLERK'S OFFICE
OCT 20 2020
US DISTRICT COURT
SAN JUAN, PR