Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17 BK 03566 LTS, número de reclamación

Distrito Federal de E.U. para Distrito Estado Libre Asociado de P.R.

Soy Zinnia M. Grillasca López    Mi dirección postal es Calle San Bernardo H-10 Urb. Mariolga Caguas P.R. 00725. Mi teléfono es 787-473-5299

Llevo 25 años Trabajando para el Departamento de Educacion de Puerto Rico, desde 1995 hasta el presente.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los anos correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envio copia de la evidencia que me confirman dichas alegaciones ( número de reclamación

142084 ).

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente, [signature]

*RECEIVED & FILED CLERK'S OFFICE OCT 20 2020 US DISTRICT COURT SAN JUAN, PR*