From: Zinnia Cevilla�z López
calle San Bernardo H-10 Urb. Mariolga
Caguas, P.R. 00725





To: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

2020 OCT 20 PM 3:26
RECEIVED & FILED