5 de octubre de 2020

Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17 BK 03566 LTS, número de reclamación

Distrito Federal de E.U. para Distrito Estado Libre Asociado de P.R.

Soy Zinaia M. Grillasca López  Mi dirección postal es Calle San Bernardo H-10 Urb. Mariolga, Caguas, P.R. 00725. Mi teléfono es 787-473-5299

Llevo 25 años Trabajando para el Departamento de Educacion de Puerto Rico, desde 1995 hasta el presente.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los anos correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envío copia de la evidencia que me confirman dichas alegaciones ( número de reclamación

115562 ).

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente,

*[signature]*

*[Received & Filed stamp: OCT 20 2020, US District Court, San Juan, PR]*

5 de octubre de 2020

Centésima cuadragésima octava objeción global relacionada con Prime Clerk # caso 17 BK 03566 LTS, número de reclamación

Distrito Federal de E.U. para Distrito Estado Libre Asociado de P.R.

Soy Zinnia M. Grillasca López. Mi dirección postal es Calle San Bernardo H-10 Urb. Mariolga Caguas, P.R. 00725. Mi teléfono es 787-473-5299

Llevo 25 años Trabajando para el Departamento de Educacion de Puerto Rico, desde 1995 hasta el presente.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los anos correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envío copia de la evidencia que me confirman dichas alegaciones ( número de reclamación

#47701 ).

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente,

[signature]

[Stamp: RECEIVED & FILED CLERK'S OFFICE OCT 20 2020 US DISTRICT COURT SAN JUAN, PR]

Centésima cuadragésima octava objecion global relacionada con Prime Clerk # caso 17 BK 03566 LTS, número de reclamación

Distrito Federal de E.U. para Distrito Estado Libre Asociado de P.R.

Soy *Zinnia M. Grillasca López* Mi direccion postal es *calle San Bernardo H-10 Urb. Mariolga, Caguas, P.R. 00725*. Mi teléfono es *787-473-5299*

Llevo *25 años* Trabajando para el Departamento de Educacion de Puerto Rico, desde *1995* hasta el presente.

Estoy escribiendo esta carta para indicarles que continúen este caso de reclamación hacia adelante los anos correspondientes a la ley 89, ley 96 y ley 164.

Adjunto le envío copia de la evidencia que me confirman dichas alegaciones ( número de reclamación

*156 531* ).

De necesitar alguna otra evidencia favor de comunicarse conmigo.

Atentamente,

RECEIVED & FILED
CLERK'S OFFICE
OCT 20 2020
US DISTRICT COURT
SAN JUAN, PR

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 178 K 3283-LTS

COMMONWEALTH OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of claim- 156531

Name and Address
Zinnia M. Corillasca Lopez
Calle San Bernardo H-11 Urb. Mariolga
Caguas P.R. 00725

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico y al Departamento de Educacion de Puerto Rico.

Ley 96

Anos reclamados _____

Cantidad reclamada la cantidad que ustedes consideren me corresponde

Ley _____

Anos reclamados _____

Cantidad _____

Adjunto evidencia de trabajo con el Departamento de Educacion de Puerto Rico.

1- *certificacion de empleo*

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente especificadas.

Nombre: *Zinnia M. Grillasca López*

Firma: *Zoaca luo*    Fecha: *5 de octubre de 2020*



**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

14 de septiembre de 2020

A quien pueda interesar:

Certifico que **ZINNIA M. GRILLASCA LOPEZ**, número de seguro social **XXX-XX-8229** labora en nuestra Agencia desde **15 de marzo de 1995** al **Presente**.

Actualmente, ocupa puesto en calidad de **BIBLIOTECARIO I** en **LUIS RAMOS GONZALEZ**, **Oficina Regional Educativa de CAGUAS** y devenga un salario de **$2,377.00** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

5 de octubre de 2020

Tribunal de Distrito de los Estados Unidos

Para el Distrito de Puerto Rico (el Tribunal)

Como es de su conocimiento en Puerto Rico desde el 28 de Diciembre de 2019 hemos estado siendo afectados por una serie de terremotos.

El Presidente de Estados Unidos Donald Trump declaro a Puerto Rico zona de desastre. Por tal motivo tuve incovenientes para recopilar y hacerles llegar toda la evidencia necesaria de reclamación, debido a que las oficinas y dependencias del Gobierno de Puerto Rico permanecieron cerradas por un extenso periodo de tiempo. Fueron abiertas durante un corto tiempo, pero actualmente permanecen cerradas, debido a la pandemia del coronavirus.

Los casos reclamados son los siguientes:

Todos fueron presentados el 28 de junio de 2018.

Solicito una extensión de la gestión y justificación que les estoy presentando por escrito y tomen en consideración dicha causa y procedan a validar mis evidencias enviadas.

Sin más nada queda de ustedes:

*[signature]*

