From: Zinnia Cevillases López
Calle San Bernardo H-10 Urb. Mariolga
Caguas, P.R. 00725


7020 1290 0000 9221 4904





U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
OCT 17, 20
AMOUNT
$4.75
R2304M114409-44

To: Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

2020 OCT 20 PM 3:26
RECEIVED & FILED