## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | **PROMESA** |
| | **Title III** |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | **No. 17 BK 3283-LTS** |
| As a representative of | **(Jointly Administered)** |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | **Re:** ECF Dkt. Nos. 622, 940, 941, 953 [Case No. 17-3566], 867, 890, 934, 935 [Case No. 17-3567], 1938, 2066, 2073, 2075, 2078, 2094, 2261, 2262 [Case No. 17-4780], 7717, 8006, 12405, 13361, 13557, 13614, 13624, 13652, 13659, 13655, 13673, 13675, 13676, 13677, 13678, 13680, 13684, 13689, 13690, 13692, 13694, 13714, 13756, 13759, 13829, 14045, 14750, 14751, 14753, 14754 |
| **Debtors.**[1] | |
| | **Hearing date**: October 28, 2020 at 9:30 a.m. (AST) |

### FEE EXAMINER'S REPORT ON UNCONTESTED PROFESSIONAL FEE MATTERS FOR CONSIDERATION IN CONNECTION WITH THE OCTOBER 28, 2020 OMNIBUS HEARING

I.   **SUMMARY OF UNCONTESTED FEE APPLICATIONS FOR THE NINTH INTERIM (FEBRUARY 1, 2020-MAY 31, 2020) AND PRIOR COMPENSATION PERIODS**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

II.   **NOTICE OF DEFERRAL OF SPECIFIC FEE APPLICATIONS FOR
CONSIDERATION AT THE DECEMBER 9, 2020 OMNIBUS HEARING
OR A LATER DATE**

TO:   HON. LAURA TAYLOR SWAIN,
      UNITED STATES DISTRICT JUDGE

## INTRODUCTION

Notwithstanding the disruption wrought by the continuing pandemic, natural disasters,
and political change, these proceedings have continued, and professionals have continued to file
fee applications and the Fee Examiner has continued the review and reporting process without
interruption.  The quantitative effects of COVID-19 on professional compensation remain
difficult to assess.  The full brunt of the pandemic—both on the island and on the mainland—
was felt neither uniformly nor universally during the first part of the compensation period.  The
recent motion practice reflects an increasing frustration among some stakeholders about the
myriad ways in which COVID-19 has impacted the progress of the case.  Ongoing controversy
surrounding PREPA and its transformation also continue to occupy a central role in the
Commonwealth's overall reorganization.  The Court's stay orders and the mediation process
affected some professional firms more than others.  For some firms, moreover, the pandemic and
other challenges visited on the island have meant even more effort and time in trying to respond
to dramatic economic changes, changing fiscal plans and projections, and federal support.

Many professionals working on these cases, both on and off the island, including
professionals for the Fee Examiner and the Fee Examiner, continue to work from home.  In
several instances, this has caused delays in the submission of data or other supporting
documentation.  To that extent, the Fee Examiner recommends the deferral of a number of
applications to December 9, 2020 or a subsequent omnibus hearing date.  The Fee Examiner and
counsel will continue to work with firms on data and application backlogs, whether or not

2

attributable to COVID-19, to give the Court and the public the most accurate picture of the

professional compensation cost of the Title III cases.

This report addresses compensation applications for the period from February 1, 2020

through May 31, 2020 (the Ninth Interim Compensation Period) and prior interim fee periods.  It

recommends the Court's approval of 34 negotiated, adjusted, and uncontested applications for

professional compensation pursuant to PROMESA.  Professionals have requested about

$808 million in fees and expenses through the Title III compensation process as of October 21,

2020.

## SUMMARY OF RECOMMENDATIONS

With this report, the Fee Examiner:

--Recommends Court approval of the interim fee applications
detailed on **Exhibit A**;

--Recommends Court approval of the final fee application detailed
on **Exhibit B**; and

--Notifies the Court, consistent with paragraphs 2.h and 2.k of the
*Second Amended Order Setting Procedures for Interim
Compensation and Reimbursement of Expenses of Professionals*
[Dkt. No. 3269] (the "**Interim Compensation Order**"), that the
Fee Examiner and the applicants listed on **Exhibit C** and
**Exhibit D** are in productive discussions and—to continue their
dialogue—have agreed to adjourn their consideration to the
December 9, 2020 omnibus hearing or another date convenient for
the Court.

## INTERIM FEE APPLICATIONS

This Report addresses many of the professional fees and expenses timely submitted for

the Ninth Interim Fee Period (February 1–May 31, 2020), along with one application for the

COFINA Final Fee Period.

A number of flat fee financial professionals continue to submit applications, including

McKinsey & Company, which continues in its role as strategic consultant to the Oversight Board

with respect to the Commonwealth, HTA and PREPA Title III cases.[2]  This report recommends

for court approval a series of McKinsey's interim fee applications for services performed in the

last three periods (June 1, 2019-May 31, 2020) totaling $28.8 million of the approximately

$42.7 million in total fees recommended for Court approval with this report.  Notably, McKinsey

has begun providing modest discounts to its fees, apparently at the request of the Oversight

Board.

      **Exhibit A** lists 34 interim fee applications recommended for the Court's approval, with

adjustment.  **Exhibit B** lists one final fee application recommended for approval—with any

remaining final fee applications recommended for deferral on **Exhibit D**.  **Exhibit C** identifies

those pending interim applications recommended for deferral, including those filed after the Fee

Examiner's deadlines or initially supported by incomplete data or documentation, or simply

because of the pandemic's effect.

### RELIEF REQUESTED

      For the reasons stated in this report and, once again in the continued and confirmed

absence of any objection, the Fee Examiner recommends that the Court approve, under

PROMESA sections 316 and 317, the applications listed on **Exhibits A** and **B**, and permit the

deferral of the applications listed on **Exhibits C** and **D** to the omnibus hearing scheduled for

December 9, 2020 or a later date.  Attached to this report as **Attachment 1** is a proposed order

consistent with the recommendations above, should the Court wish to enter it in advance of the

upcoming omnibus hearing.

---

[2] Effective July 1, 2019, McKinsey Puerto Rico is the entity providing services to the Oversight Board in the
Title III cases.  *See First Interim Fee Application of McKinsey & Company Puerto Rico Consulting, Inc. as
Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative
of Debtors, the Commonwealth of Puerto Rico, for the Period From July 1, 2019 Through May 31, 2020.*

Dated:  October 21, 2020.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing report

with the Clerk of the Court using the CM/ECF system that will send notification of such filing to

all attorneys of record registered in the use of the CM/ECF system.

EDGE Legal Strategies, PSC

_s/Eyck O. Lugo_
Eyck O. Lugo
Vilmarys M. Quiñones Cintrón
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone: (787) 522-2000
Facsimile: (787) 522-2010

*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Brady C. Williamson (*Pro Hac Vice*)
*Fee Examiner*

Katherine Stadler (*Pro Hac Vice*)
*Counsel for the Fee Examiner*

23037824.1

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Ninth Fee Period Applications RECOMMENDED:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Sixth Interim Fee Period (February 1 - May 31, 2019)* | | | | | | | |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 1 | **Brown Rudnick LLP [17-3566 Dkt. No. 622]** | 2/1 - 5/31/2019 | $ 47,518.00 | $ 916.55 | $ - | $ - | $ 46,601.45 | $ - |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 2 | **Marini Pietrantoni Muniz LLC [Dkt. No. 8006]** | 2/1 - 5/31/2019 | $ 195,857.30 | $ 4,425.95 | $ 4,793.02 | $ 1,724.70 | $ 191,431.35 | $ 3,068.32 |
| | *Seventh Interim Fee Period (June 1 - September 30, 2019)* | | | | | | | |
| | *Consulting Services to the FOMB - Commonwealth* | | | | | | | |
| 3-a | **McKinsey & Company, Inc. Washington D.C. [Dkt. No. 13756]** | 6/1 - 6/30/2019 | $ 1,417,500.00 | $ - | $ - | $ - | $ 1,417,500.00 | $ - |
| | *Consulting Services to the FOMB - HTA* | | | | | | | |
| 3-b | **McKinsey & Company, Inc. Washington D.C. [Dkt. No. 14751 AND 17-3567 Dkt. No. 934]** | 6/1 - 6/30/2019 | $ 310,000.00 | $ - | $ - | $ - | $ 310,000.00 | $ - |
| | *Consulting Services to the FOMB - PREPA* | | | | | | | |
| 3-c | **McKinsey & Company, Inc. Washington D.C. [Dkt. No. 14750 AND 17-4780 Dkt. No. 2261]** | 6/1 - 6/30/2019 | $ 740,000.00 | $ - | $ - | $ - | $ 740,000.00 | $ - |
| | *Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)* | | | | | | | |
| | *Puerto Rico Counsel to PREPA* | | | | | | | |
| 4 | **Diaz & Vazquez Law Firm, P.S.C. [Dkt. No. 12405 and 17-4780 Dkt. No. 1938]** | 8/1/2019 - 1/31/2020 | $ 1,880,695.00 | $ 14,447.95 | $ 13,883.56 | $ 1,425.21 | $ 1,866,247.05 | $ 12,458.35 |
| | *Ninth Interim Fee Period (February 1, 2020 - May 31, 2020)* | | | | | | | |
| | *Advisor to the FOMB - Commonwealth* | | | | | | | |
| 5-a | **Alvarez & Marsal North America, LLC [Dkt. No. 13690]** | 2/1 - 5/31/2020 | $ 3,074,881.77 | $ 9,062.10 | $ 11,867.78 | $ - | $ 3,065,819.67 | $ 11,867.78 |
| | *Advisor to the FOMB - ERS* | | | | | | | |
| 5-b | **Alvarez & Marsal North America, LLC [Dkt. No. 13694 and 17-3566 Dkt. No. 941]** | 2/1 - 5/31/2020 | $ 355,793.13 | $ - | $ - | $ - | $ 355,793.13 | $ - |
| | *Advisor to the FOMB - HTA* | | | | | | | |
| 5-c | **Alvarez & Marsal North America, LLC [Dkt. No. 13692 and 17-3567 Dkt. No. 867]** | 2/1 - 5/31/2020 | $ 78,511.68 | $ - | $ - | $ - | $ 78,511.68 | $ - |
| | *Puerto Rico Counsel to the Official Committee of Retired Employees* | | | | | | | |
| 6 | **Bennazar Garcia & Milan, C.S.P. [Dkt. No. 13361]** | 2/1 - 5/31/2020 | $ 345,741.25 | $ 743.50 | $ 2,226.97 | $ - | $ 344,997.75 | $ 2,226.97 |
| | *Consulting Services to the FOMB - PREPA* | | | | | | | |
| 7 | **Berkeley Research Group, LLC [Dkt. No. 13689 AND 17-4780 Dkt. No. 2078]** | 2/1 - 5/31/2020 | $ 370,305.00 | $ 845.44 | $ 1,732.04 | $ - | $ 369,459.56 | $ 1,732.04 |
| | *Economic Consultant to Proskauer Rose as legal counsel to FOMB* | | | | | | | |
| 8-a | **Brattle Group, Inc., The [Dkt. No. 13675]** | 2/1 - 5/31/2020 | $ 684,656.30 | $ - | $ - | $ - | $ 684,656.30 | $ - |
| | *Economic Consultant to Proskauer Rose as legal counsel to FOMB- ERS* | | | | | | | |
| 8-b | **Brattle Group, Inc., The [Dkt. No. 13676 AND 17-3566 Dkt no. 940]** | 1/30 - 5/31/2020 | $ 1,135,049.42 | $ - | $ 8,460.51 | $ - | $ 1,135,049.42 | $ 8,460.51 |
| | *Puerto Rico Conflicts Counsel to the FOMB* | | | | | | | |
| 9-a | **Cardona Fernandez, Esq., Ileana C. [Dkt. No. 13673]** | 2/1 - 5/31/2020 | $ 8,595.00 | $ - | $ - | $ - | $ 8,595.00 | $ - |
| | *Puerto Rico Conflicts Counsel to the FOMB- PREPA* | | | | | | | |
| 9-b | **Cardona Fernandez, Esq., Ileana C. [17-4780 Dkt. No. 2073]** | 2/1 - 5/31/2020 | $ 2,295.00 | $ 225.00 | $ - | $ - | $ 2,070.00 | $ - |
| | *Puerto Rico Counsel to Official Committee of Unsecured Creditors* | | | | | | | |
| 10 | **Casillas Santiago & Torres LLC [Dkt. No. 13684]** | 2/1 - 5/31/2020 | $ 401,341.50 | $ 40.00 | $ 6,163.75 | $ - | $ 401,301.50 | $ 6,163.75 |
| | *Financial Advisor to the FOMB - Commonwealth* | | | | | | | |
| 11-a | **DiCicco, Gulman & Company LLP [Dkt. No. 13829]** | 2/1 - 5/31/2020 | $ 976,837.50 | $ 16,074.38 | $ - | $ - | $ 960,763.12 | $ - |

as of 10/21/2020

**EXHIBIT A**

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

Sixth - Ninth Fee Period Applications RECOMMENDED:

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Financial Advisor to the FOMB - ERS* | | | | | | | |
| 11-b | DiCicco, Gulman & Company LLP [17-3566 Dkt. No. 953] | 2/1 - 5/31/2020 | $ 61,762.50 | $ - | $ - | $ - | $ 61,762.50 | $ - |
| | *Financial Advisor to the FOMB - HTA* | | | | | | | |
| 11-c | DiCicco, Gulman & Company LLP [17-3567 Dkt. No. 890] | 2/1 - 5/31/2020 | $ 26,962.50 | $ - | $ - | $ - | $ 26,962.50 | $ - |
| | *Financial Advisor to the FOMB - PREPA* | | | | | | | |
| 11-d | DiCicco, Gulman & Company LLP [17-4780 Dkt. No. 2094] | 2/1 - 5/31/2020 | $ 36,937.50 | $ - | $ - | $ - | $ 36,937.50 | $ - |
| | *Puerto Rico Counsel to Special Claims Committee* | | | | | | | |
| 12 | Estrella, LLC [Dkt. No. 14045] | 1/1 - 4/30/2020 | $ 391,386.50 | $ 5,618.50 | $ 3,593.22 | $ 98.89 | $ 385,768.00 | $ 3,494.33 |
| | *Chief Financial Advisor to PREPA* | | | | | | | |
| 13 | Filsinger Energy Partners [Dkt. No. 13624 AND 17-4780 Dkt. No. 2066] | 2/1 - 5/31/2020 | $ 811,835.92 | $ - | $ 2,862.99 | $ - | $ 811,835.92 | $ 2,862.99 |
| | *Financial Advisor for the Official Committee of Retired Employees* | | | | | | | |
| 14 | FTI Consulting, Inc. [Dkt. No. 13652] | 2/1 - 5/31/2020 | $ 1,013,856.50 | $ 30,000.00 | $ 10,478.42 | $ - | $ 983,856.50 | $ 10,478.42 |
| | *Counsel to the Official Committee of Retired Employees* | | | | | | | |
| 15 | Jenner & Block LLP [Dkt. No. 13678] | 2/1 - 5/31/2020 | $ 1,868,971.73 | $ 71,327.39 | $ 105,122.89 | $ - | $ 1,797,644.34 | $ 105,122.89 |
| | *Communications Advisor to Official Committee of Unsecured Creditors* | | | | | | | |
| 16 | Kroma Advertising, Inc. [Dkt. No. 13680] | 1/16 - 5/15/2020 | $ 95,000.00 | $ - | $ - | $ - | $ 95,000.00 | $ - |
| | *Special Counsel to the FOMB* | | | | | | | |
| 17 | Luskin Stern & Eisler LLP [Dkt. No. 13714] | 2/1 - 5/31/2020 | $ 54,879.00 | $ - | $ 5.52 | $ - | $ 54,879.00 | $ 5.52 |
| | *Information Agent to the Official Committee of Retired Employees* | | | | | | | |
| 18 | Marchand ICS Group [Dkt. No. 13655] | 2/1 - 5/31/2020 | $ 112,243.50 | $ 57.00 | $ 10,276.15 | $ - | $ 112,186.50 | $ 10,276.15 |
| | *Consulting Services to the FOMB - Commonwealth* | | | | | | | |
| 19-a | McKinsey & Company, Inc. Puerto Rico [Dkt. No. 13759] | 7/1/2019 - 5/31/2020 | $ 15,138,625.00 | $ - | $ - | $ - | $ 15,138,625.00 | $ - |
| | *Consulting Services to the FOMB - HTA* | | | | | | | |
| 19-b | McKinsey & Company, Inc. Puerto Rico [Dkt. No. 14754 AND 17-3567 Dkt. No. 935] | 7/1/2019 - 5/31/2020 | $ 3,329,500.00 | $ - | $ - | $ - | $ 3,329,500.00 | $ - |
| | *Consulting Services to the FOMB - PREPA* | | | | | | | |
| 19-c | McKinsey & Company, Inc. Puerto Rico [Dkt. No. 14753 AND 17-4780 Dkt. No. 2262] | 7/1/2019 - 5/31/2020 | $ 7,907,000.00 | $ - | $ - | $ - | $ 7,907,000.00 | $ - |
| | *Special Debt Financing Counsel to PREPA* | | | | | | | |
| 20 | Norton Rose Fulbright US LLP [Dkt. No. 13677 and 17-4780 Dkt. No. 2075] | 2/1 - 5/31/2020 | $ 37,062.50 | $ - | $ - | $ - | $ 37,062.50 | $ - |
| | *Financial Advisor to the Mediation Team* | | | | | | | |
| 21 | Phoenix Management Services, LLC [Dkt. No. 13614] | 2/3- 5/31/2020 | $ 59,047.10 | $ 374.50 | $ - | $ - | $ 58,672.60 | $ - |
| | *Actuaries and Consultants to the Official Committee of Retired Employees* | | | | | | | |
| 22 | Segal Consulting [Dkt. No. 13659] | 2/1 - 5/31/2020 | $ 142,025.00 | $ 2,344.80 | $ - | $ - | $ 139,680.20 | $ - |
| | *Macroeconomic Consultant to the FOMB* | | | | | | | |
| 23 | Wolfe, Andrew [Dkt. No. 13557] | 2/1 - 5/31/2020 | $ 90,500.00 | $ - | $ 2,769.84 | $ 90.00 | $ 90,500.00 | $ 2,679.84 |

22840242.1

as of 10/21/2020

**EXHIBIT B**

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**FINAL Fee Applications RECOMMENDED:**

| | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Puerto Rico Counsel to FOMB* | | | | | | | |
| 1 | **O'Neill & Borges LLC [Dkt. No. 7717]** | 5/5/2017 - 2/12/2019 | $ 183,261.60 | $ 208.42 | $ 8,022.35 | $ 353.44 | $ 183,053.18 | $ 7,668.91 |

22840242.1

EXHIBIT C

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Ninth Fee Period Applications Recommended for Deferral:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Fourth Interim Fee Period (June 1 - September 30, 2018)* | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 1-a | Ankura Consulting Group, LLC [Dkt. No. 4358] | 6/01 - 9/30/2018 | $ 2,373,633.63 | | $ 199,003.27 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 1-b | Ankura Consulting Group, LLC [17-4780 Dkt. No. 1048] | 6/01 - 9/30/2018 | $ 2,779,593.00 | $ - | $ 216,596.27 | $ - | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 2 | Citigroup Global Markets Inc. [Dkt. No. 4897] | 6/01 - 9/30/2018 | $ 1,975,000.00 | | $ 20,450.63 | | | |
| | *Debtors' Consultant* | | | | | | | |
| 3 | Deloitte  Consulting LLP [Dkt. No. 9274] | 8/01 - 9/30/2018 | $ 653,692.09 | | $ - | | | |
| | *Debtors' Financial Advisor* | | | | | | | |
| 4 | Deloitte Financial Advisory Services LLP [Dkt. No. 8520] | 6/01 - 9/30/2018 | $ 3,055,552.20 | | $ 116,696.34 | | | |
| | *Fifth Interim Fee Period (October 1, 2018 - January 31, 2019)* | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 5-a | Ankura Consulting Group, LLC [Dkt. No. 8454] | 10/1/2018 - 1/31/2019 | $ 3,223,148.50 | | $ 181,809.03 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 5-b | Ankura Consulting Group, LLC [17-4780 Dkt. No. 1137] | 10/1/2018 - 1/31/2019 | $ 3,080,936.50 | | $ 228,902.66 | | | |
| | *Puerto Rico Counsel for PREPA* | | | | | | | |
| 6 | Cancio Nadal Rivera & Diaz P.S.C. [Dkt. No. 5810 and 17-4780 Dkt. No. 1133] | 10/1/2018 - 1/31/2019 | $ 541,280.00 | | $ 756.22 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 7 | Citigroup Global Markets Inc. [Dkt. No. 14522] | 10/1/2018 - 1/31/2019 | $ 1,975,000.00 | | $ 41,623.98 | | | |
| | *Debtors' Consultant* | | | | | | | |
| 8 | Deloitte  Consulting LLP [Dkt. No. 9275] | 10/01/2018 - 1/31/2019 | $ 1,757,608.44 | | $ 304,050.65 | | | |
| | *Debtors' Advisor* | | | | | | | |
| 9 | Deloitte Financial Advisory Services LLP [Dkt. No. 10530] | 10/01/2018 - 1/31/2019 | $ 2,040,973.20 | | $ 77,313.82 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 10-a | O'Melveny & Myers [Dkt. No. 6042 and 17-4780 Dkt. No. 1147] | 10/1/2018 - 1/31/2019 | $ 4,076,587.31 | | $ 57,507.47 | | | |
| | *Counsel to AAFAF - COFINA* | | | | | | | |
| 10-b | O'Melveny & Myers [Dkt. No. 6043] | 10/1/2018 - 1/31/2019 | $ 1,412,850.36 | | $ 16,394.02 | | | |
| | *Counsel for AAFAF - ERS* | | | | | | | |
| 10-c | O'Melveny & Myers [Dkt. No. 6044] | 10/1/2018 - 1/31/2019 | $ 188,464.21 | | $ 10,558.23 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 10-d | O'Melveny & Myers [Dkt. No. 6045] | 10/1/2018 - 1/31/2019 | $ 180,162.60 | | $ 6,214.30 | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 10-e | O'Melveny & Myers [Dkt. No. 6047] | 10/1/2018 - 1/31/2019 | $ 4,402,648.26 | | $ 136,119.82 | | | |
| | *Sixth Interim Fee Period (February 1 - May 31, 2019)* | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 11-a | Ankura Consulting Group, LLC [Dkt. No. 12180] | 2/1 - 5/31/2019 | $ 4,069,840.50 | | $ 219,612.81 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 11-b | Ankura Consulting Group, LLC [17-4780 Dkt. No. 1604] | 2/1 - 5/31/2019 | $ 2,890,183.50 | | $ 276,996.38 | | | |
| | *Debtors' Advisor* | | | | | | | |
| 12 | Deloitte Financial Advisory Services LLP [Dkt. No. 14573] | 2/1 - 5/31/2019 | $ 5,891,411.40 | | $ 313,178.46 | | | |

as of 10/21/2020

EXHIBIT C

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

Fourth - Ninth Fee Period Applications Recommended for Deferral:

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 13 | **Citigroup Global Markets Inc. [Dkt. No. 14523]** | 2/1 - 5/31/2019 | $ 4,300,000.00 | | $ 26,187.61 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 14 | **Nixon Peabody LLP [Dkt. No. 9538]** | 2/1 - 5/31/2019 | $ 371,931.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 15-a | **O'Melveny & Myers [Dkt. No. 8180]** | 2/1 - 5/31/2019 | $ 2,873,762.15 | | $ 244,200.68 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 15-b | **O'Melveny & Myers [17-3567 Dkt. No. 615]** | 2/1 - 5/31/2019 | $ 85,817.14 | | $ 1,037.31 | | | |
| | *Counsel for AAFAF - ERS* | | | | | | | |
| 15-c | **O'Melveny & Myers [17-3566 Dkt. No. 658]** | 2/1 - 5/31/2019 | $ 2,292,671.25 | | $ 64,457.00 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 15-d | **O'Melveny & Myers [17-4780 Dkt. No. 1489]** | 2/1 - 5/31/2019 | $ 4,809,921.59 | | $ 129,968.65 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 16 | **PJT Partners LP [Dkt. No. 8014]** | 2/1 - 5/31/2019 | $ 5,000,000.00 | | $ 333.16 | | | |
| | **Seventh Interim Fee Period (June 1 - September 30, 2019)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 17-a | **Ankura Consulting Group, LLC [Dkt. No. 13725]** | 6/1 - 9/30/2019 | $ 5,355,672.59 | | $ 309,366.13 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 17-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1788]** | 6/1 - 9/30/2019 | $ 2,778,349.50 | | $ 230,089.53 | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 18-a | **Brown Rudnick LLP [Dkt. No. 9316]** | 6/1 - 9/30/2019 | $ 1,261,053.00 | | $ 205,804.25 | | | |
| | *Claims Counsel to FOMB - HTA* | | | | | | | |
| 18-b | **Brown Rudnick LLP [17-3567 Dkt. No. 654]** | 6/1 - 9/30/2019 | $ 2,817.00 | | $ - | | | |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 18-c | **Brown Rudnick LLP [17-3566 Dkt. No. 717]** | 6/1 - 9/30/2019 | $ 29,348.00 | | $ - | | | |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 18-d | **Brown Rudnick LLP [17-4780 Dkt. No. 1778]** | 6/1 - 9/30/2019 | $ 439,667.00 | | $ 9,138.57 | | | |
| | *Financial Advisor to FOMB* | | | | | | | |
| 19 | **Ernst & Young LLP [Dkt. No. 10829]** | 6/1 - 9/30/2019 | $ 5,034,312.80 | | $ 116,907.08 | | | |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 20 | **Marini Pietrantoni Muniz LLC [Dkt. No. 9245]** | 6/1 - 9/30/2019 | $ 211,088.64 | | $ 2,648.66 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 21 | **Nixon Peabody LLP [Dkt. No. 9539]** | 6/1 - 9/30/2019 | $ 80,805.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 22-a | **O'Melveny & Myers [Dkt. No. 9332]** | 6/1 - 9/30/2019 | $ 5,369,124.54 | | $ 183,905.55 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 22-b | **O'Melveny & Myers [17-3567 Dkt. No. 657]** | 6/1 - 9/30/2019 | $ 58,957.87 | | $ 2,178.58 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 22-c | **O'Melveny & Myers [17-3566 Dkt. No. 724]** | 6/1 - 9/30/2019 | $ 512,322.11 | | $ 56,015.15 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 22-d | **O'Melveny & Myers [Dkt. No. 9354 and 17-04780 Dkt. No. 1786]** | 6/1 - 9/30/2019 | $ 3,574,768.47 | | $ 126,501.00 | | | |
| | *Puerto Rico Counsel to FOMB* | | | | | | | |
| 23 | **O'Neill & Borges LLC [Dkt. No. 13849]** | 6/1 - 9/30/2019 | $ 496,363.95 | | $ 9,654.18 | | | |

as of 10/21/2020

EXHIBIT C

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

Fourth - Ninth Fee Period Applications Recommended for Deferral:

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Consultant to FOMB* | | | | | | | |
| 24 | PFM Group Consulting LLC [Dkt. No. 9212] | 6/3 - 8/31/2019 | $ 244,842.50 | | $ - | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 25 | PJT Partners LP [Dkt. No. 9215] | 6/1 - 9/30/2019 | $ 5,000,000.00 | | $ 6,980.89 | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 26-a | Proskauer Rose LLP [Dkt. No. 9624] | 6/1 - 9/30/2019 | $ 11,293,301.10 | | $ 292,282.61 | | | |
| | *Counsel to Debtors - ERS* | | | | | | | |
| 26-b | Proskauer Rose LLP [Dkt. No. 9630 and 17-3566 Dkt. No. 747] | 6/1 - 9/30/2019 | $ 1,811,241.00 | | $ 139,973.00 | | | |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 26-c | Proskauer Rose LLP [Dkt. No. 9628 and 17-3567 Dkt. No. 664] | 6/1 - 9/30/2019 | $ 491,537.70 | | $ 13,238.66 | | | |
| | *Counsel to Debtors - PREPA* | | | | | | | |
| 26-d | Proskauer Rose LLP [Dkt. No. 9626 and 17-04780 Dkt. No. 1838] | 6/1 - 9/30/2019 | $ 5,893,697.40 | | $ 151,543.10 | | | |
| | **Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 27-a | Ankura Consulting Group, LLC [Dkt. No. 14031] | 10/1/2019 - 1/31/2020 | $ 4,568,311.20 | | $ 226,836.98 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 27-b | Ankura Consulting Group, LLC [17-4780 Dkt. No. 1977] | 10/1/2019 - 1/31/2020 | $ 2,129,389.00 | | $ 170,218.54 | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 28-a | Brown Rudnick LLP [Dkt. No. 12847] | 10/1/2019 - 1/31/2020 | $ 643,562.50 | | $ 40,133.81 | | | |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 28-b | Brown Rudnick LLP [17-3566 Dkt. No. 864] | 10/1/2019 - 1/31/2020 | $ 178,082.50 | | $ 598.20 | | | |
| | *Claims Counsel to FOMB - HTA* | | | | | | | |
| 28-c | Brown Rudnick LLP [17-3567 Dkt. No. 766] | 10/1/2019 - 1/31/2020 | $ 2,885.00 | | $ - | | | |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 28-d | Brown Rudnick LLP [17-4780 Dkt. No. 1965] | 10/1/2019 - 1/31/2020 | $ 261,844.00 | | $ 2,889.11 | | | |
| | *Servicing Agent for PROMESA* | | | | | | | |
| 29 | Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions [Dkt. No. 14454] | 12/1/2018 - 12/31/2019 | $ 78,640.00 | | $ 96,562.23 | | | |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 30 | Marini Pietrantoni Muniz LLC [Dkt. No. 12262] | 10/1/2019 - 1/31/2020 | $ 247,098.80 | | $ 668.80 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 31 | Nixon Peabody LLP [Dkt. No. 13600] | 10/1/2019 - 1/31/2020 | $ 80,352.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 32-a | O'Melveny & Myers [Dkt. No. 12907] | 10/1/2019 - 1/31/2020 | $ 3,667,195.71 | | $ 161,626.21 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 32-b | O'Melveny & Myers [17-3567 Dkt. No.770] | 10/1/2019 - 1/31/2020 | $ 193,824.05 | | $ 3,277.17 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 32-c | O'Melveny & Myers [17-3566 Dkt. No. 873] | 10/1/2019 - 1/31/2020 | $ 1,825,934.30 | | $ 46,865.14 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 32-d | O'Melveny & Myers [17-04780 Dkt. No. 1970] | 10/1/2019 - 1/31/2020 | $ 2,610,546.25 | | $ 145,263.53 | | | |
| | *Puerto Rico Counsel to FOMB* | | | | | | | |
| 33 | O'Neill & Borges LLC [Dkt. No. 13891] | 10/1/2019 - 1/31/2020 | $ 341,410.50 | | $ 8,989.93 | | | |

22840242.1

as of 10/21/2020

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

Fourth - Ninth Fee Period Applications Recommended for Deferral:

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Consultant to FOMB* | | | | | | | |
| 34 | **PFM Group Consulting LLC [Dkt. No. 12347]** | 9/1 - 11/30/2019 | $ 44,793.50 | | $ - | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 35 | **PJT Partners LP [Dkt. No. 12401 ]** | 10/1/2019 - 1/31/2020 | $ 5,000,000.00 | | $ 19,449.79 | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 36-a | **Proskauer Rose LLP [Dkt. No. 12831]** | 10/1/2019 - 1/31/2020 | $ 11,904,959.70 | | $ 488,281.95 | | | |
| | *Counsel to Debtors - ERS* | | | | | | | |
| 36-b | **Proskauer Rose LLP [Dkt. No. 12833 and 17-3566 Dkt. No. 862]** | 10/1/2019 - 1/31/2020 | $ 1,732,608.90 | | $ 72,528.81 | | | |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 36-c | **Proskauer Rose LLP [Dkt. No. 12827 and 17-3567 Dkt. No. 764]** | 10/1/2019 - 1/31/2020 | $ 2,967,593.10 | | $ 82,253.31 | | | |
| | *Counsel to Debtors - PBA* | | | | | | | |
| 36-d | **Proskauer Rose LLP [Dkt. No. 12835 and 19-5523 Dkt. No. 70]** | 9/1/2019 - 1/31/2020 | $ 264,301.80 | | $ 105.80 | | | |
| | *Counsel to Debtors - PREPA* | | | | | | | |
| 36-e | **Proskauer Rose LLP [Dkt. No. 12829 and 17-4780 Dkt. No. 1963]** | 10/1/2019 - 1/31/2020 | $ 5,694,120.30 | | $ 316,994.84 | | | |
| | **Ninth Interim Fee Period (February 1, 2020 - May 31, 2020)** | | | | | | | |
| | *Puerto Rico Counsel to Special Claims Committee* | | | | | | | |
| 37 | **Estrella, LLC [Dkt. No. 14045]** | 1/1 - 4/30/2020 | $ 391,386.50 | | $ 3,593.22 | | | |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 38 | **Marini Pietrantoni Muniz LLC [Dkt. No. 13685]** | 2/1 - 5/31/2020 | $ 321,504.60 | | $ 2,143.45 | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 39-a | **O'Melveny & Myers [Dkt. No. 14179]** | 2/1 - 5/31/2020 | $ 7,065,558.67 | | $ 211,500.79 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 39-b | **O'Melveny & Myers [17-3566 Dkt. No. 967]** | 2/1 - 5/31/2020 | $ 2,486,200.45 | | $ 51,467.03 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 39-c | **O'Melveny & Myers [17-3567 Dkt. No. 920]** | 2/1 - 5/31/2020 | $ 135,148.72 | | $ 4,217.61 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 39-d | **O'Melveny & Myers [17-4780 Dkt. No. 2175]** | 2/1 - 5/31/2020 | $ 1,036,139.40 | | $ 129,247.99 | | | |
| | *Counsel to Official Committee of Unsecured Creditors* | | | | | | | |
| 40 | **Paul Hastings LLP [Dkt. No. 13682]** | 2/1 - 5/31/2020 | $ 4,788,916.50 | | $ 139,072.95 | | | |
| | *Consultant to FOMB* | | | | | | | |
| 41 | **PFM Group Consulting LLC [Dkt. No. 13742]** | 2/1 - 5/31/2020 | $ 26,825.00 | | $ - | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 42 | **PJT Partners LP [Dkt. No. 14041 ]** | 2/1 - 5/31/2020 | $ 5,000,000.00 | | $ 30,021.86 | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 43-a | **Proskauer Rose LLP [Dkt. No. 14348]** | 2/1 - 5/31/2020 | $ 16,498,056.60 | | $ 812,642.95 | | | |
| | *Counsel to Debtors - ERS* | | | | | | | |
| 43-b | **Proskauer Rose LLP [Dkt. No. 14350 and 17-3566 Dkt. No. 988]** | 2/1 - 5/31/2020 | $ 1,866,775.20 | | $ 49,926.81 | | | |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 43-c | **Proskauer Rose LLP [Dkt. No. 14352 and 17-3567 Dkt. No. 925]** | 2/1 - 5/31/2020 | $ 657,568.80 | | $ 27,280.77 | | | |
| | *Counsel to Debtors - PBA* | | | | | | | |
| 43-d | **Proskauer Rose LLP [Dkt. No. 14356 and 19-5523 Dkt. No. 96]** | 2/1 - 5/31/2020 | $ 162,451.80 | | $ 443.90 | | | |
| | *Counsel to Debtors - PREPA* | | | | | | | |
| 43-e | **Proskauer Rose LLP [Dkt. No. 14354 and 17-4780 Dkt. No. 2208]** | 2/1 - 5/31/2020 | $ 2,997,464.10 | | $ 255,819.76 | | | |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | |
| 44 | **Zolfo Cooper, LLC [Dkt. No. 13681]** | 2/1 - 5/31/2020 | $ 966,883.00 | | $ 1,006.22 | | | |

**EXHIBIT D**

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**FINAL Fee Applications Recommend for Deferral:**

| | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Counsel to AAFAF* | | | | | | | |
| 1 | **DLA Piper [Dkt. No. 7973]** | 6/1/2017 - 4/30/2019 | $    3,144,379.59 | | $    40,693.07 | | | |
| | *Counsel to AAFAF - COFINA* | | | | | | | |
| 2 | **O'Melveny & Myers [17-3284 Dkt. No. 640]** | 5/5/2017 - 2/12/2019 | $    8,674,704.03 | | $    78,506.01 | | | |

as of 10/20/2020

# ATTACHMENT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **In re** | ) | **PROMESA** |
| | ) | **Title III** |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | **No. 17 BK 3283-LTS** |
| | ) | |
| As a representative of | ) | **(Jointly Administered)** |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO | ) | **Re:** ECF Dkt. Nos. 622, 940, 941, 953 |
| *et al.,* | ) | [Case No. 17-3566], 867, 890, 934, 935 |
| | ) | [Case No. 17-3567], 1938, 2066, 2073, |
| **Debtors.**[1] | ) | 2075, 2078, 2094, 2261, 2262 [Case |
| | ) | No. 17-4780], 7717, 8006, 12405, 13361, |
| | ) | 13557, 13614, 13624, 13652, 13659, 13655, |
| | ) | 13673, 13675, 13676, 13677, 13678, 13680, |
| | ) | 13684, 13689, 13690, 13692, 13694, 13714, |
| | ) | 13756, 13759, 13829, 14045, 14750, 14751, |
| | ) | 14753, 14754 |
| | ) | |
| | ) | **Hearing Date:** October 28, 2020 at 9:30 a.m. (AST) |
| | ) | |

OMNIBUS ORDER AWARDING:
I. INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE NINTH INTERIM
(FEBRUARY 1, 2020-MAY 31, 2020) AND PRIOR COMPENSATION PERIODS;
II. FINAL ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE FINAL FEE PERIOD

This matter coming before the Court on the interim and final fee applications (together

Docket Entry Nos. 622, 940, 941, 953 [Case No. 17-3566], 867, 890, 934, 935 [Case

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

No. 17-3567], 1938, 2066, 2073, 2075, 2078, 2094, 2261, 2262 [Case No. 17-4780], 7717, 8006,

12405, 13361, 13557, 13614, 13624, 13652, 13659, 13655, 13673, 13675, 13676, 13677, 13678,

13680, 13684, 13689, 13690, 13692, 13694, 13714, 13756, 13759, 13829, 14045, 14750, 14751,

14753, 14754, the ("**Applications**")), all as indicated as "Recommended for Approval" on the

attached **Exhibit A** and **Exhibit B**, pursuant to sections 316 and 317 of the Puerto Rico

Oversight, Management, and Economic Stability Act ("PROMESA), Pub. L. No. 114-187,

§§ 316, 317, 130 Stat., 549, 584-85 (2016), and Rule 2016 of the Local Rules of Bankruptcy

Practice and Procedure of the U.S. Bankruptcy Court for the District of Puerto Rico, for the

interim allowance of certain fees, including all holdbacks and expenses incurred by the

Applicants for the specific period of time set forth in each of the Applications (the

"**Compensation Periods**"); filed in accordance with the *Order Setting Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 1150] (the "**Interim

Compensation Order**"); the *First Amended Order Setting Procedures for Interim Compensation

and Reimbursement of Expenses of Professionals* [Dkt. No. 1715] (the "**First Amended Interim

Compensation Order**"); the *Second Amended Order Setting Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269] (the "**Second

Amended Interim Compensation Order**"); the *Order Pursuant to PROMESA Sections 316

and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief*

[Dkt. No. 1416] (the "**Fee Examiner Order**"); and the *First Amended Order Pursuant to

PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee

Examiner and Related Relief* [Dkt. No. 3324] (the "**First Amended Fee Examiner Order**"); and

the Court having reviewed the Applications and/or the report filed by the Fee Examiner with

respect to the Applications [*see* Dkt. No. ____]; and the Court finding that:  (a) the Court has

jurisdiction over this matter pursuant to PROMESA section 306(a); and (b) notice of the

Applications and the hearing thereon being adequate under the circumstances; and (c) all parties

with notice of the Applications having been afforded the opportunity to be heard on the

Applications;

IT IS HEREBY ORDERED THAT:

1.      The Applications are GRANTED on an interim basis as set forth on the attached

**Exhibit A**.

2.      Each of the Applicants is allowed (a) interim compensation for services rendered

during the Compensation Periods and (b) interim reimbursement for actual and necessary

expenses incurred during the Compensation Periods, each in the respective and adjusted amounts

set forth on the attached **Exhibit A**, including, except as otherwise indicated, any and all

holdbacks.

3.      To the extent not already paid pursuant to the Interim Compensation Order, the

Debtors are hereby authorized and directed to pay each of the Applicants 100 percent of the fees

and 100 percent of the expenses listed on **Exhibit A** under the columns "Interim Fees

Recommended for Approval" and "Interim Expenses Recommended for Approval," respectively,

for services rendered and expenses incurred during the Compensation Periods.

4.      The Applications listed on the attached **Exhibit B** are GRANTED on a final basis

with the adjustments outlined therein.  To the extent not already paid pursuant to the Interim

Compensation Order, the Debtors are hereby authorized and directed to pay the Applicants listed

on **Exhibit B** 100 percent of the fees and 100 percent of the expenses listed under the columns

"Final Fees Recommended for Approval" and "Final Expenses Recommended for Approval."

5.      Pursuant to the Fee Examiner's report, the interim fee applications listed on

**Exhibit C** and the final applications listed on **Exhibit D** of the report [Docket Entry Nos. 640

[Case No. 17-3284], 658, 717, 724, 747, 862, 864, 873, 967, 988 [Case No. 17-3566], 615, 654,

657, 664, 764, 766, 770, 920, 925 [Case No. 17-3567], 1048, 1133, 1137, 1147, 1489, 1604,

1778, 1786, 1788, 1838, 1963, 1965, 1970, 1977, 2066, 2175, 2208 [Case No. 17-4780], 70, 96

[Case No. 19-5523], 4358, 4897, 5810, 6042, 6043, 6044, 6045, 6047, 7973, 8014, 8180, 8454,

8520, 9212, 9215, 9245, 9274, 9275, 9316, 9332, 9354, 9538, 9539, 9624, 9626, 9628, 9630,

10530, 10829, 12180, 12262, 12347, 12401, 12827, 12829, 12831, 12833, 12835, 12847, 12907,

13600, 13624, 13681, 13682, 13685, 13725, 13742, 13849, 13891, 14031, 14041, 14179, 14348,

14350, 14352, 14354, 14356, 14454, 14522, 14523, 14573] remain adjourned for consideration

at a later hearing date.

6.      This Order resolves Docket Entry Nos. 622, 940, 941, 953 [Case No. 17-3566],

867, 890, 934, 935 [Case No. 17-3567], 1938, 2066, 2073, 2075, 2078, 2094, 2261, 2262 [Case

No. 17-4780], 7717, 8006, 12405, 13361, 13557, 13614, 13624, 13652, 13659, 13655, 13673,

13675, 13676, 13677, 13678, 13680, 13684, 13689, 13690, 13692, 13694, 13714, 13756, 13759,

13829, 14045, 14750, 14751, 14753, 14754.

SO ORDERED.

Dated:  October _____, 2020

_____
LAURA TAYLOR SWAIN
United States District Judge

23041586.1

EXHIBIT A

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Ninth Fee Period Applications RECOMMENDED:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Sixth Interim Fee Period (February 1 - May 31, 2019)* | | | | | | | |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 1 | **Brown Rudnick LLP [17-3566 Dkt. No. 622]** | 2/1 - 5/31/2019 | $ 47,518.00 | $ 916.55 | $ - | $ - | $ 46,601.45 | $ - |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 2 | **Marini Pietrantoni Muniz LLC [Dkt. No. 8006]** | 2/1 - 5/31/2019 | $ 195,857.30 | $ 4,425.95 | $ 4,793.02 | $ 1,724.70 | $ 191,431.35 | $ 3,068.32 |
| | *Seventh Interim Fee Period (June 1 - September 30, 2019)* | | | | | | | |
| | *Consulting Services to the FOMB - Commonwealth* | | | | | | | |
| 3-a | **McKinsey & Company, Inc. Washington D.C. [Dkt. No. 13756]** | 6/1 - 6/30/2019 | $ 1,417,500.00 | $ - | $ - | $ - | $ 1,417,500.00 | $ - |
| | *Consulting Services to the FOMB - HTA* | | | | | | | |
| 3-b | **McKinsey & Company, Inc. Washington D.C. [Dkt. No. 14751 AND 17-3567 Dkt. No. 934]** | 6/1 - 6/30/2019 | $ 310,000.00 | $ - | $ - | $ - | $ 310,000.00 | $ - |
| | *Consulting Services to the FOMB - PREPA* | | | | | | | |
| 3-c | **McKinsey & Company, Inc. Washington D.C. [Dkt. No. 14750 AND 17-4780 Dkt. No. 2261]** | 6/1 - 6/30/2019 | $ 740,000.00 | $ - | $ - | $ - | $ 740,000.00 | $ - |
| | *Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)* | | | | | | | |
| | *Puerto Rico Counsel to PREPA* | | | | | | | |
| 4 | **Diaz & Vazquez Law Firm, P.S.C. [Dkt. No. 12405 and 17-4780 Dkt. No. 1938]** | 8/1/2019 - 1/31/2020 | $ 1,880,695.00 | $ 14,447.95 | $ 13,883.56 | $ 1,425.21 | $ 1,866,247.05 | $ 12,458.35 |
| | *Ninth Interim Fee Period (February 1, 2020 - May 31, 2020)* | | | | | | | |
| | *Advisor to the FOMB - Commonwealth* | | | | | | | |
| 5-a | **Alvarez & Marsal North America, LLC [Dkt. No. 13690]** | 2/1 - 5/31/2020 | $ 3,074,881.77 | $ 9,062.10 | $ 11,867.78 | $ - | $ 3,065,819.67 | $ 11,867.78 |
| | *Advisor to the FOMB - ERS* | | | | | | | |
| 5-b | **Alvarez & Marsal North America, LLC [Dkt. No. 13694 and 17-3566 Dkt. No. 941]** | 2/1 - 5/31/2020 | $ 355,793.13 | $ - | $ - | $ - | $ 355,793.13 | $ - |
| | *Advisor to the FOMB - HTA* | | | | | | | |
| 5-c | **Alvarez & Marsal North America, LLC [Dkt. No. 13692 and 17-3567 Dkt. No. 867]** | 2/1 - 5/31/2020 | $ 78,511.68 | $ - | $ - | $ - | $ 78,511.68 | $ - |
| | *Puerto Rico Counsel to the Official Committee of Retired Employees* | | | | | | | |
| 6 | **Bennazar Garcia & Milan, C.S.P. [Dkt. No. 13361]** | 2/1 - 5/31/2020 | $ 345,741.25 | $ 743.50 | $ 2,226.97 | $ - | $ 344,997.75 | $ 2,226.97 |
| | *Consulting Services to the FOMB - PREPA* | | | | | | | |
| 7 | **Berkeley Research Group, LLC [Dkt. No. 13689 AND 17-4780 Dkt. No. 2078]** | 2/1 - 5/31/2020 | $ 370,305.00 | $ 845.44 | $ 1,732.04 | $ - | $ 369,459.56 | $ 1,732.04 |
| | *Economic Consultant to Proskauer Rose as legal counsel to FOMB* | | | | | | | |
| 8-a | **Brattle Group, Inc., The [Dkt. No. 13675]** | 2/1 - 5/31/2020 | $ 684,656.30 | $ - | $ - | $ - | $ 684,656.30 | $ - |
| | *Economic Consultant to Proskauer Rose as legal counsel to FOMB- ERS* | | | | | | | |
| 8-b | **Brattle Group, Inc., The [Dkt. No. 13676 AND 17-3566 Dkt no. 940]** | 1/30 - 5/31/2020 | $ 1,135,049.42 | $ - | $ 8,460.51 | $ - | $ 1,135,049.42 | $ 8,460.51 |
| | *Puerto Rico Conflicts Counsel to the FOMB* | | | | | | | |
| 9-a | **Cardona Fernandez, Esq., Ileana C. [Dkt. No. 13673]** | 2/1 - 5/31/2020 | $ 8,595.00 | $ - | $ - | $ - | $ 8,595.00 | $ - |
| | *Puerto Rico Conflicts Counsel to the FOMB- PREPA* | | | | | | | |
| 9-b | **Cardona Fernandez, Esq., Ileana C. [17-4780 Dkt. No. 2073]** | 2/1 - 5/31/2020 | $ 2,295.00 | $ 225.00 | $ - | $ - | $ 2,070.00 | $ - |
| | *Puerto Rico Counsel to Official Committee of Unsecured Creditors* | | | | | | | |
| 10 | **Casillas Santiago & Torres LLC [Dkt. No. 13684]** | 2/1 - 5/31/2020 | $ 401,341.50 | $ 40.00 | $ 6,163.75 | $ - | $ 401,301.50 | $ 6,163.75 |
| | *Financial Advisor to the FOMB - Commonwealth* | | | | | | | |
| 11-a | **DiCicco, Gulman & Company LLP [Dkt. No. 13829]** | 2/1 - 5/31/2020 | $ 976,837.50 | $ 16,074.38 | $ - | $ - | $ 960,763.12 | $ - |

as of 10/21/2020

EXHIBIT A

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Ninth Fee Period Applications RECOMMENDED:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Financial Advisor to the FOMB - ERS* | | | | | | | |
| 11-b | DiCicco, Gulman & Company LLP [17-3566 Dkt. No. 953] | 2/1 - 5/31/2020 | $ 61,762.50 | $ - | $ - | $ - | $ 61,762.50 | $ - |
| | *Financial Advisor to the FOMB - HTA* | | | | | | | |
| 11-c | DiCicco, Gulman & Company LLP [17-3567 Dkt. No. 890] | 2/1 - 5/31/2020 | $ 26,962.50 | $ - | $ - | $ - | $ 26,962.50 | $ - |
| | *Financial Advisor to the FOMB - PREPA* | | | | | | | |
| 11-d | DiCicco, Gulman & Company LLP [17-4780 Dkt. No. 2094] | 2/1 - 5/31/2020 | $ 36,937.50 | $ - | $ - | $ - | $ 36,937.50 | $ - |
| | *Puerto Rico Counsel to Special Claims Committee* | | | | | | | |
| 12 | Estrella, LLC [Dkt. No. 14045] | 1/1 - 4/30/2020 | $ 391,386.50 | $ 5,618.50 | $ 3,593.22 | $ 98.89 | $ 385,768.00 | $ 3,494.33 |
| | *Chief Financial Advisor to PREPA* | | | | | | | |
| 13 | Filsinger Energy Partners [Dkt. No. 13624 AND 17-4780 Dkt. No. 2066] | 2/1 - 5/31/2020 | $ 811,835.92 | $ - | $ 2,862.99 | $ - | $ 811,835.92 | $ 2,862.99 |
| | *Financial Advisor for the Official Committee of Retired Employees* | | | | | | | |
| 14 | FTI Consulting, Inc. [Dkt. No. 13652] | 2/1 - 5/31/2020 | $ 1,013,856.50 | $ 30,000.00 | $ 10,478.42 | $ - | $ 983,856.50 | $ 10,478.42 |
| | *Counsel to the Official Committee of Retired Employees* | | | | | | | |
| 15 | Jenner & Block LLP [Dkt. No. 13678] | 2/1 - 5/31/2020 | $ 1,868,971.73 | $ 71,327.39 | $ 105,122.89 | $ - | $ 1,797,644.34 | $ 105,122.89 |
| | *Communications Advisor to Official Committee of Unsecured Creditors* | | | | | | | |
| 16 | Kroma Advertising, Inc. [Dkt. No. 13680] | 1/16 - 5/15/2020 | $ 95,000.00 | $ - | $ - | $ - | $ 95,000.00 | $ - |
| | *Special Counsel to the FOMB* | | | | | | | |
| 17 | Luskin Stern & Eisler LLP [Dkt. No. 13714] | 2/1 - 5/31/2020 | $ 54,879.00 | $ - | $ 5.52 | $ - | $ 54,879.00 | $ 5.52 |
| | *Information Agent to the Official Committee of Retired Employees* | | | | | | | |
| 18 | Marchand ICS Group [Dkt. No. 13655] | 2/1 - 5/31/2020 | $ 112,243.50 | $ 57.00 | $ 10,276.15 | $ - | $ 112,186.50 | $ 10,276.15 |
| | *Consulting Services to the FOMB - Commonwealth* | | | | | | | |
| 19-a | McKinsey & Company, Inc. Puerto Rico [Dkt. No. 13759] | 7/1/2019 - 5/31/2020 | $ 15,138,625.00 | $ - | $ - | $ - | $ 15,138,625.00 | $ - |
| | *Consulting Services to the FOMB - HTA* | | | | | | | |
| 19-b | McKinsey & Company, Inc. Puerto Rico [Dkt. No. 14754 AND 17-3567 Dkt. No. 935] | 7/1/2019 - 5/31/2020 | $ 3,329,500.00 | $ - | $ - | $ - | $ 3,329,500.00 | $ - |
| | *Consulting Services to the FOMB - PREPA* | | | | | | | |
| 19-c | McKinsey & Company, Inc. Puerto Rico [Dkt. No. 14753 AND 17-4780 Dkt. No. 2262] | 7/1/2019 - 5/31/2020 | $ 7,907,000.00 | $ - | $ - | $ - | $ 7,907,000.00 | $ - |
| | *Special Debt Financing Counsel to PREPA* | | | | | | | |
| 20 | Norton Rose Fulbright US LLP [Dkt. No. 13677 and 17-4780 Dkt. No. 2075] | 2/1 - 5/31/2020 | $ 37,062.50 | $ - | $ - | $ - | $ 37,062.50 | $ - |
| | *Financial Advisor to the Mediation Team* | | | | | | | |
| 21 | Phoenix Management Services, LLC [Dkt. No. 13614] | 2/3- 5/31/2020 | $ 59,047.10 | $ 374.50 | $ - | $ - | $ 58,672.60 | $ - |
| | *Actuaries and Consultants to the Official Committee of Retired Employees* | | | | | | | |
| 22 | Segal Consulting [Dkt. No. 13659] | 2/1 - 5/31/2020 | $ 142,025.00 | $ 2,344.80 | $ - | $ - | $ 139,680.20 | $ - |
| | *Macroeconomic Consultant to the FOMB* | | | | | | | |
| 23 | Wolfe, Andrew [Dkt. No. 13557] | 2/1 - 5/31/2020 | $ 90,500.00 | $ - | $ 2,769.84 | $ 90.00 | $ 90,500.00 | $ 2,679.84 |

as of 10/21/2020

EXHIBIT B

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**FINAL Fee Applications RECOMMENDED:**

| | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Puerto Rico Counsel to FOMB* | | | | | | | |
| 1 | **O'Neill & Borges LLC [Dkt. No. 7717]** | 5/5/2017 - 2/12/2019 | $ 183,261.60 | $ 208.42 | $ 8,022.35 | $ 353.44 | $ 183,053.18 | $ 7,668.91 |

22840242.1

as of 10/20/2020