**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**<u>CERTIFICATE OF SERVICE</u>**

    I, Nicholas Vass, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On October 15, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Master Service List attached hereto as **<u>Exhibit A</u>**, and (2) via first class mail on A.J. Amadeo Murga Law Offices, Attn: A.J. Amadeo Murga 1225 Ave. Ponce de Leon Suite 904 San Juan,  PR 00907:

- Informative Motion Regarding Motion Requesting Relief of Stay [Docket No. 14588]

    On October 15, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 78th Omnibus Notice Parties Service List attached hereto as **<u>Exhibit B</u>**:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Notice Of Hearing as To Certain Claims Subject to the Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of The Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided (a copy of which is attached hereto as **Exhibit C**)

On October 15, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 79th Omnibus Notice Parties Service List attached hereto as **Exhibit D**:

- Notice Of Hearing as To Certain Claims Subject to the Seventy-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of The Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided (a copy of which is attached hereto as **Exhibit E**)

On October 15, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 80th Omnibus Notice Parties Service List attached hereto as **Exhibit F**:

- Notice Of Hearing as To Certain Claims Subject to the Eightieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of The Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided (a copy of which is attached hereto as **Exhibit G**)

On October 15, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 82nd Omnibus Notice Parties Service List attached hereto as **Exhibit H**:

- Notice Of Hearing as To Certain Claims Subject to the Eighty Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of The Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided (a copy of which is attached hereto as **Exhibit I**)

On October 15, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 83rd Omnibus Notice Parties Service List attached hereto as **Exhibit J**:

- Notice Of Hearing as To Certain Claims Subject to the Eighty Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of The Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided (a copy of which is attached hereto as **Exhibit K**)

On October 15, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Ana Elba Bonilla Saldana (MML ID: 1738322) at an address that has been redacted in the interest of privacy:

- Notice Of Hearing as To Certain Claims Subject to the Eighty Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of The Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided (a copy of which is attached hereto as **Exhibit L**)

On October 15, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Ivett S. Matos (MML ID: 1598432) at an address that has been redacted in the interest of privacy:

- Notice Of Hearing as To Certain Claims Subject to the Eighty Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of The Government of The Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided (a copy of which is attached hereto as **Exhibit M**)

Dated: October 21, 2020

/s/ Nicholas Vass
Nicholas Vass

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 21, 2020, by Nicholas Vass, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 47140

## **Exhibit A**

# Exhibit A

Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Co-Attorney for the Financial Oversight and Management Board as representative of the Debtors | A&S Legal Studio, PSC | Attn: Ricardo Burgos-Vargas<br>434 Avenida Hostos<br>San Juan PR 00918 | rburgos@adameslaw.com | Email |
| Counsel to National Public Finance Guarantee Corporation, Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, Lex Claims, LLC, and Voya Institutional Trust Company, Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216, Abengoa S.A. and Abengoa Puerto Rico, S.E. | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, Katarina Stipec Rubio, Sharlene M. Malavé-Vallines, Pedro Jimenez-Rodriguez, & Luis A. Oliver Fraticelli<br>PO Box 70294<br>San Juan PR 00936-8294 | epo@amgprlaw.com<br>larroyo@amgprlaw.com<br>acasellas@amgprlaw.com<br>loliver@amgprlaw.com<br>kstipec@amgprlaw.com<br>pjime@icepr.com | Email |
| Aguirre Offshore Gasport, LLC | Aguirre Offshore Gasport, LLC | Attn: Daniel Bustos, Chief Development Officer<br>Excelerate Energy Limited Partnership<br>2445 Technology Forest Blvd., Level 6<br>The Woodlands TX 77381 | daniel.bustos@excelerateenergy.com | Email |
| Co-counsel to Cobra Acquisitions LLC | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Stephen M. Baldini<br>One Bryant Park<br>New York NY 10036 | idizengoff@akingump.com<br>pdublin@akingump.com<br>sbaldini@akingump.com | Email |
| Co-counsel to Cobra Acquisitions LLC | Akin Gump Strauss Hauer & Feld LLP | Attn: Thomas P. McLish, Scott M. Heimberg, Allison S. Thornton<br>2001 K Street, N.W.<br>Washington DC 20006 | tmclish@akingump.com<br>sheimberg@akingump.com<br>athornton@akingump.com | Email |
| Counsel to Thomas Rivera - Schatz, in his official capacity and on behalf of the Senate of Puerto Rico, Plaintiff in Adversary Proceeding 18-00081/Defendant in Adv Case 19-00014 and Counsel to proposed Intervenor-Defendant Federación de Alcaldes de Puerto Rico, Inc. in Adversary Proceeding 19-00393 | Aldarondo & López-Bras, P.S.C. | Attn: Ivan M. Castro Ortiz, Sheila J. Torres-Delgado, Claudio Aliff-Ortiz, Eliezer Aldarondo-Ortiz, David R. Rodríguez-Burns<br>ALB Plaza, Suite 400<br>16 Rd. 199<br>Guaynabo PR 00969 | icastro@alblegal.net<br>storres@alblegal.net<br>ealdarondo@alblegal.net<br>drodriguez.alb@gmail.com<br>drodriguez@alblegal.net | Email |
| Counsel to Salvador Rovira Rodriguez, Salvador Rovira Rodriguez Attorneys at Law and Puerto Rico Legal Advocates, PSC | Alexandra Bigas Valedon | PO Box 7462<br>Ponce PR 00732-7462 | alexandra.bigas@gmail.com | Email |
| Counsel to Alianza Comunitaria Ambientalista del Sureste, Inc. (ACASE) | Alianza Comunitaria Ambientalista del Sureste, Inc. | Attn: Timmy Boyle<br>Apartado 10140<br>Humacao PR 00972 | acasepr@gmail.com | Email |
| Counsel to Cooperativa De Ahorro Y Credito Dr. Manuel Zeno Gandia, Cooperativa De Ahorro Y Credito Abraham Rosa, Cooperativa De Ahorro Y Credito De Aguada, Cooperativa De Ahorro Y Credito Vega Alta, Cooperativa De Ahorro Y Credito El Valenciano, Fidecoop, Cooperativa De Ahorro Y Credito De Rincon, Cooperativa De Ahorro Y Credito De Lares Y Region Central, Fondo de Inversión y Desarrollo Cooperativo, Inc., Cooperativa De Ahorro Y Credito De Ciales, Cooperativa De Ahorro Y Credito Juana Diaz | Almeida & Dávila, P.S.C. | Attn: Enrique M. Almeida Bernal and Zelma Dávila Carrasquillo<br>PO Box 191757<br>San Juan PR 00919-1757 | ealmeida@almeidadavila.com<br>zdavila@almeidadavila.com<br>enrique.almeida@almeidadavila.com | First Class Mail |
| Counsel to American Federation of State, County and Municipal Employees, Intervenor in Adversary Proceeding 17-00250 and Plaintiff in Adversary Proceeding 18-00134 | American Federation of State, County and Municipal Employees | Attn: Judith Rivlin, Teague P. Paterson, & Michael L. Artz<br>1101 17th Street NW<br>Suite 900<br>Washington DC 20011 | jrivlin@afscme.org<br>tpaterson@afscme.org<br>martz@afscme.org | Email |
| Federal Agency | AmeriCorps | Attn: Kim Mansaray<br>1201 New York Ave., NW<br>Washington DC 20525 | | First Class Mail |
| AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority | AmeriNat | Attn: Mark Fredericks, Francisco De Armas<br>Ponce de Leon Ave. #1519<br>Firstbank Bldg., Suite 1406<br>San Juan PR 00908 | mfredericks@amerinatls.com<br>fdearmas@ciacpr.com | Email |
| Counsel to Levy Echeandia Trust, Inmobiliaria Levy, Inc., Francisco Levy Hijo, Inc., Ricardo Levy Echeandia and Lourdes Arce Rivera, and Laura Levy | Andrés L. Córdova | PO Box 195355<br>San Juan PR 00919-533 | acordova@juris.inter.edu | Email |
| Counsel to Sidley Austin LLP | Andrew Jimenez LLC | Attn: Andrew Jiménez-Cancel, Esq.<br>420 Ave. Ponce de Leon, Suite 910<br>San Juan PR 00918 | ajimenez@ajlawoffices.com | Email |
| Counsel to Sidley Austin LLP | Andrew Jimenez LLC | Attn: Andrew Jiménez-Cancel, Esq.<br>PO Box 9023654<br>San Juan PR 00902-3654 | ajimenez@ajlawoffices.com | Email |
| Antilles Power Depot, Inc. | Antilles Power Depot, Inc. | Attn: Raymond Texidor<br>PO Box 810190<br>Carolina PR 00981-0190 | | First Class Mail |
| Counsel to Sistema de Retiro de la Universidad de Puerto Rico, Marathon Asset Management, LP, Solus Alternative Asset Management LP, Sola Ltd, Ultra Master Ltd, Ultra NB LLC, Solus Opportunities Fund 5 LP, AES Puerto Rico, L.P., Arc American, Inc., and Duff & Phelps LLC | Antonetti Montalvo & Ramirez Coll | Attn: Kelly Rivero Alen, Jose L. Ramirez-Coll & Carolina V. Cabrera Bou<br>PO Box 13128<br>San Juan PR 00908 | Jramirez@amrclaw.com<br>Kellyrivero@hotmail.com<br>ccabrera@amrclaw.com | Email |
| Counsel to Antonio Fuentes González, María Y. Viguie Fernández and the conjugal partnership constituted by them | Antonio Fuentes-González | G.PO Box 7764<br>Ponce PR 00732-7764 | antoniofuentesgonzalez@yahoo.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Whitebox Asymmetric Partners, LP, et al., Co-Counsel to Whitebox Multi-Strategy Partners, L.P., Whitebox Asymmetric Partners, L.P., Whitebox Institutional Partners, L.P., Whitebox Term Credit Fund I L.P., Pandora Select Partners, L.P., Defendant 27k, Defendant 28k, Defendant 48k, Defendant 55H, and Defendant 56H | Arroyo & Rios Law Offices, PSC | Attn: Moraima S. Rios Robles & Jessica A. Figueroa-Arce PMB 688 1353 Ave. Luis Vigoreaux Guaynabo PR 00966 | mrios@arroyorioslaw.com jfigueroa@arroyorioslaw.com | Email |
| Interested Party | Arthur Samodovitz | 200 Rano Blvd. #4C-27 Vestal NY 13850 | Arthursail@stny.rr.com | Email |
| Asociación de Empleados Gerenciales del Fondo del Seguro del Estado | Asociación de Empleados Gerenciales del Fondo del Seguro del Estado | PO Box 71325 Suite 84 San Juan PR 00936 | asociacióngerencialescfse@gmail.com | First Class Mail |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. | Asociación de Profesoras y Profesores del Recinto Universitario de Mayagüez, Inc. | Apartado Postal 2227 Mayagüez PR 00681 | | First Class Mail |
| Autonomous Municipality of Ponce, creditor and party-in-interest | Autonomous Municipality of Ponce | PO Box 331709 Ponce PR 00733-1709 | Marieli.Paradizo@ponce.pr.gov | First Class Mail |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol Urb. Matienzo Cintron Calle Montellano 518 San Juan PR 00923 | xavier.carol@abertis.com | Email |
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez 48 Carr. 165 Ste. 500 Guaynabo PR 00968-8033 | julian.fernandez@metropistas.com gonzalo.alcalde@metropistas.com yanira.belen@metropistas.com | Email |
| Counsel to Roche Diagnostics Corporation | Barnes & Thornburg, LLP | Attn: David M. Powlen, Esq., Kevin Collins, Esq. 1000 N. West Street Suite 1500 Wilmington DE 19801 | david.powlen@btlaw.com kevin.collins@btlaw.com | Email |
| Counsel to Mitsubishi Motor Sales of Caribbean, Inc. | Belk & Grovas Law Offices | Attn: James Belk-Arce & Carlos J. Grovas-Porrata PO Box 194927 San Juan PR 00919-4927 | belkgrovas@gmail.com | Email |
| Counsel to the Official Committee of Retired Employees of Puerto Rico & the Official Committee of Retirees | Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira, Héctor M. Mayol Kauffmann, Francisco del Castillo Orozco Edificio Unión Plaza, Piso 17, Oficina 1701 Avenida Ponce de León #416 Hato Rey, San Juan PR 00918 | ajb@bennazar.org bgm.csp@bennazar.org hector.mayol@bennazar.org francisco.delcastillo@bennazar.org | Email |
| Counsels for Tradewinds Energy Barceloneta, LLC and Tradewinds Energy Vega Baja, LLC | Bermúdez Díaz & Sánchez LLP | Attn: José J. Sánchez Vélez, Esq. & Reggie Diaz Hernandez, Esq. Edificio Ochoa Suite 200 500 Calle de la Tanca San Juan PR 00901 | jsanchez@bdslawpr.com rdiaz@bdslawpr.com | Email |
| Counsel to the University of Puerto Rico and, in his official capacity, Dr. Darrel Hillman, Co-Counsel to Bank of America, N.A., Co-Counsel to Merrill Lynch, Pierce, Fenner & Smith Inc., and Merrill Lynch Capital Services, Inc. | Bobonis, Bobonis & Rodríguez Poventud | Attn: Carlos Bobonis González, Enrique G. Figueroa-Llinás 129 De Diego Avenue San Juan PR 00911-1927 | cbg@bobonislaw.com efl@bobonislaw.com | Email |
| Claims Counsel to The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee | Brown Rudnick LLP | Attn: Edward S. Weisfelner 7 Times Square New York NY 10036 | eweisfelner@brownrudnick.com | Email |
| Claims Counsel to The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee | Brown Rudnick LLP | Attn: Stephen A. Best, Esq., Benjamin G. Chew, Esq. 601 Thirteenth Street NW Washington DC 20005 | sbest@brownrudnick.com bchew@brownrudnick.com | Email |
| Claims Counsel to The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee | Brown Rudnick LLP | Attn: Sunni P. Beville, Esq. One Financial Center Boston MA 02111 | sbeville@brownrudnick.com | Email |
| Counsel to Oracle America, Inc. and Oracle Caribbean, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. & Valerie Bantner Peo, Esq. 55 Second Street, 17th Floor San Francisco CA 94105-3493 | schristianson@buchalter.com vbantnerpeo@buchalter.com | Email |
| Counsel to Unión de Trabajadores de la Industria Eléctrica y Riego & Asociación de Profesoras & Profesores del Recinto Universitario de Mayagüez, Inc. and Hermandad de Empleados del Fondo del Seguro del Estado, Inc., et al. Plaintiff in Adversary Proceeding 18-00091 | Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg, Esq. Urb. Constancia 2803 Calle San Francisco Ponce PR 00717 | jessica@bufete-emmanuelli.com | Email |
| Counsel to Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica, Union de Empleados de la Corporacion del Fondo del Seguro del Estado, Asociacion de Empleados Gerenciales del Fondo del Seguro del Estado Corp., Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp., Prosol-Utier and Federación de Maestros de Puerto Rico and Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica (SREAEE), Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. ("APRUM"), Plaintiff in Adversary Proceeding 17-00197, Hermandad de Empleados del Fondo del Seguro del Estado, Inc., et al. Plaintiff in Adversary Proceeding 18-00091, and Unión de Trabajadores de la Industria Eléctrica y Riego ("UTIER") | Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Jessica E. Méndez Colberg, Wilbert López Moreno PO Box 10779 Ponce PR 00732 | rolando@bufete-emmanuelli.com jessica@bufete-emmanuelli.com notificaciones@bufete-emmanuelli.com wilbert_lopez@yahoo.com remmanuelli@me.com | Email |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 2 of 25

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica, Union de Empleados de la Corporacion del Fondo del Seguro del Estado, Asociacion de Empleados Gerenciales del Fondo del Seguro del Estado Corp., Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp., Prosol-Utier and Federación de Maestros de Puerto Rico and Sistema de Retiro de los Empleados de la Autoridad de Energa Elctrica (SREAEE), Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. ("APRUM"), Plaintiff in Adversary Proceeding 17-00197, Hermandad de Empleados del Fondo del Seguro del Estado, Inc., et al. Plaintiff in Adversary Proceeding 18-00091, and Unión de Trabajadores de la Industria Eléctrica y Riego Inc ("UTIER") | Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Jessica E. Méndez Colberg, Wilbert López Moreno, Wendolyn Torres Rivera 472 Tito Castro Ave Edificio Marvesa, Suite 106 Ponce PR 00716 | rolando@bufete-emmanuelli.com jessica@bufete-emmanuelli.com notificaciones@bufete-emmanuelli.com wilbert_lopez@yahoo.com wendolyn@bufete-emmanuelli.com | Email |
| Counsel to Morovis Community Health Center, Corporacion De Servicios De Salud Y Medicina De Avanzada, HPM Foundation, Inc., Concilio De Salud Integral De Loiza, Inc., & Neomed Center, Inc., Attorneys for Migrant Health Center, Inc., Attorneys for Salud Integral en la Montana | Bufete Rodríguez Miranda, C.S.P. | Attn: María Celeste Rodríguez Miranda PO Box 365072 San Juan PR 00936-5072 | mcrm100@msn.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Adam M Langley, James E. Bailey III Crescent Center, Suite 500 6075 Poplar Avenue Memphis TN 38187 | adam.langley@butlersnow.com jeb.bailey@butlersnow.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Christopher R. Maddux & J. Mitchell Carrington 1020 Highland Colony Parkway Suite 1400 Ridgeland MS 39157 | chris.maddux@butlersnow.com mitch.carrington@butlersnow.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Jason W. Callen 150 3rd Avenue, South Suite 1600 Nashville TN 37201 | jason.callen@butlersnow.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Martin Sosland, Esq. 5430 LBJ Freeway Suite 1200 Dallas TX 75240 | martin.sosland@butlersnow.com Chris.Maddux@butlersnow.com Mitch.Carrington@butlersnow.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Stanford G. Ladner 1700 Broadway, 41st Floor New York NY 10019 | stan.ladner@butlersnow.com | Email |
| Counsel to Whitefish Energy Holdings, LLC, Integra Design Group, PSC, Huellas Therapy, Corp. and Procesos de Informatica, Inc., Bacardi International Limited, Bacardi Corporation | C. Conde & Assoc. | Attn: Carmen D. Conde Torres, Esq. & Luisa S. Valle Castro, Esq. San Jose Street #254 Suite 5 Old San Juan PR 00901-1253 | condecarmen@condelaw.com ls.valle@condelaw.com notices@condelaw.com | Email |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Cadwalader, Wickersham & Taft, LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, Casey J. Servais, Nathan Bull, William J. Natbony, and Jaclyn A. Hall 200 Liberty Street New York NY 10281 | howard.hawkins@cwt.com mark.ellenberg@cwt.com ellen.halstead@cwt.com thomas.curtin@cwt.com casey.servais@cwt.com bill.natbony@CWT.com NATHAN.BULL@CWT.com jaclyn.hall@cwt.com | Email |
| Counsel to Assured Guaranty Corp. | Cadwalader, Wickersham & Taft, LLP | Attn: Mark Ellenberg, Esq. 700 Sixth Street, NW Washington DC 20001 | mark.ellenberg@cwt.com | Email |
| Counsel to Defendants GDB Debt Recovery Authority and its Trustees Mathew Karp, Jorge L. Padilla, and David Pauker, in their official capacities, and Inspectorate America Corporation | Cancio Covas & Santiago, LLP | Attn: Ileana M. Oliver Falero, Esq. MCS Plaza, Suite A-267 255 Ave. Ponce de León San Juan PR 00917 | ioliver@ccsllp.com | Email |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for Puerto Rico Electric Power Authority | Cancio, Nadal, Rivera & Diaz, PSC | Attn: Arturo Diaz-Angueira & Katiuska Bolanos-Lugo, Angel J. Valencia PO Box 364966 403 Muoz Rivera Avenue San Juan PR 00918-3345 | Adiaz@cnrd.com Kbolanos@cnrd.com avalencia@cnrd.com | Email |
| Counsel to Constructora Santiago II, Corp., Tamrio Inc., Peerless Oil & Chemicals, Inc., Ferrovial Agroman, SA & TEC General Contractors, Corp. (TEC), Jimenez-Gandara Estate and Dr. Carlos Suarez Vazquez | Cardona-Jimenez Law Offices, PSC | Attn: Jose F. Cardona Jimenez PO Box 9023593 San Juan PR 00902-3593 | jf@cardonalaw.com | Email |
| Caribbean Hospital Corporation | Caribbean Hospital Corporation | Attn: Dr. Sylvia Lourdes de la Peña PO Box 11691 San Juan PR 00922 | delapena.sylvia@gmail.com | Email |
| Counsel to Norma Bernier Casanova, Creditor | Carla T. Rodríguez Bernier | PO Box 7743 Ponce PR 00732 | carla.rodriguezbernier@yahoo.com | Email |
| Counsel to Cooperativa A/C Vegabajeña, Cooperativa A/C Roosevelt Roads, Quality Equipment, Inc., and Cooperativa A/C La Comerieña | Carlos A. Quilichini Paz & Jessica M. Quilichini Ortiz | PO Box 9020895 San Juan PR 00902-0895 | quilichinipazc@microjuris.com | Email |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 3 of 25

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| | | Attn: Carlos C. Alsina Batista | | |
| | | 638 Aldebaran St., #201 | | |
| Counsel to Aida Rossy Clemente and Local Counsel to KDC Solar LLC | Carlos Alsina Batista Law Offices, PSC | San Juan PR 00920 | | First Class Mail |
| Counsel to Puerto Rico Land Administration | Carlos E. Cardona-Fernández | PO Box 810412 | carloscardonafe@hotmail.com | |
| | | Carolina PR 00981-0412 | | Email |
| Counsel to Carlos J. Mendez Nunez, in his official capacity and on behalf of the House of Representatives of Puerto Rico, Plaintiff in Adversary Proceeding 18-00081 | Carlos E. Rivera-Justiniano | C-2 C/6 Urb. Terrazas de Cupey | lcdo.carlos.e.riverajustiniano@gmail.com | |
| | | Trujillo Alto PR 00976 | | Email |
| | | Attn: Carlos M. Vergne Vargas | | |
| | | 24 Mariana Bracetti | | |
| | | 2nd Floor | carlosvergne@aol.com | |
| Counsel to Cooperativa De Ahorro Y Crédito De Isabela | Carlos M. Vergne Law Offices | San Juan PR 00925 | | Email |
| | | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, Diana Pérez-Seda, Mariano A. Mier Romeu | hburgos@cabprlaw.com | |
| | | | rcasellas@cabprlaw.com | |
| | | | dperez@cabprlaw.com | |
| | | PO Box 364924 | mmier@cabprlaw.com | |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Casellas Alcover & Burgos, PSC | San Juan PR 00936-4924 | | Email |
| | | Attn: Juan J. Casillas Ayala, Esq., Diana M. Batlle-Barasorda, Esq., Alberto J. E. Añeses Negrón, Esq., Ericka C. Montull-Novoa, Esq., Luis Torres & Alberto J. E. Añeses-Negrón, Esq. | jcasillas@cstlawpr.com | |
| | | | dbatlle@cstlawpr.com | |
| | | | aaneses@cstlawpr.com | |
| | | | emontull@cstlawpr.com | |
| | | El Caribe Office Building | emontull@cstlawpr.com | |
| | | 53 Palmeras Street, Ste. 1601 | ltorres@cstlawpr.com | |
| Counsel to the Official Committee of Unsecured Creditors, Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) | Casillas, Santiago & Torres, LLC | San Juan PR 00901-2419 | AAneses@cstlawpr.com | Email |
| | | Attn: Juan J. Casillas-Ayala, Esq. & Alberto J. E. Añeses-Negrón, Esq., Ericka C. Montull-Novoa, Esq. | jcasillas@cstlawpr.com | |
| | | PO Box 195075 | aaneses@cstlawpr.com | |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) & Genesis Security Services, Inc. | Casillas, Santiago & Torres, LLC | San Juan PR 00919-5075 | | Email |
| | | Attn: Luis F. Llach-Zúñiga | | |
| | | PO Box 195075 | | |
| Local Counsel to the Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA) | Casillas, Santiago & Torres, LLC | San Juan PR 00919-5075 | lllach@cstlawpr.com | Email |
| | | Puerto Rico Chambers Copy | | |
| | | Daniel Patrick Moynihan United States Courthouse | | |
| | | 500 Pearl St., Suite No. 3212 | | |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | New York NY 10007-1312 | SwainDPRCorresp@nysd.uscourts.gov | Email |
| | | Attn: Charles A. Cuprill–Hernández | | |
| | | 356 Fortaleza Street | | |
| Counsel to Pedro L. Casasnovas Balado, Olga I. Trinidad Nieves, Raúl E. Casasnovas Balado, Lolita Gandarilla de Casasnovas, Luis A Rivera Siaca, & Asociación de Empleados del Estado Libre Asociado de Puerto Rico | Charles A. Cuprill, PSC, Law Offices | Second Floor | ccuprill@cuprill.com | |
| | | San Juan PR 00901 | | Email |
| | | Attn: Charlie M. Hernández | | |
| | | 206 Tetuán Street, Suite 701 | charliehernandezlaw@gmail.com | |
| Attorneys for Proposed Amicus Curiae the Autonomous Municipality of San Juan | Charlie Hernandez Law Offices | Old San Juan PR 00901-1839 | | Email |
| | | Attn: Robert E. Nies, George A. Spadoro, Marc R. Lepelstat, Michael R. Caruso | rnies@csglaw.com | |
| | | | gspadoro@csglaw.com | |
| | | | mlepelstat@csglaw.com | |
| | | One Boland Drive | mcaruso@csglaw.com | |
| Counsel to Arc American, Inc. | Chiesa Shahinian & Giantomasi PC | West Orange NJ 07052 | | Email |
| | | Attn: Saige Jutras Oftedal & Douglas R. Gooding | softedal@choate.com | |
| | | | mbarulli@choate.com | |
| | | Two International Place | jsantiago@choate.com | |
| Counsel to John Hancock Investments | Choate, Hall & Stewart, LLP | Boston MA 02110 | dgooding@choate.com | Email |
| | Coalición de Organizaciones Anti Incineración, Inc. & Amigos del Río Guaynabo, Inc. | Attn: Myrna Conty | | |
| | | Valle Escondido #9 | gmchg24@gmail.com | |
| Counsel to Coalición de Organizaciones Anti Incineración, Inc. (COAI), Amigos del Río Guaynabo, Inc. (ARG) | | Guaynabo PR 00971-8000 | | Email |
| | | Attn: Eduardo J. Cobián Roig | | |
| | | PO Box 9478 | eduardo@cobianroig.com | |
| Counsel to Integrand Assurance Company | Cobián Roig Law Offices | San Juan PR 00908-9478 | | Email |
| | | Attn: Peter D. DeChiara | | |
| | | 330 West 42nd Street | pdechiara@cwsny.com | |
| Counsel to Service Employees International Union and United Auto Workers International Union | Cohen, Weiss and Simon, LLP | New York NY 10036-6979 | | Email |
| | | Attn: Francisco E. Colón Ramírez | | |
| | | 1225 Ponce de León Ave | | |
| | | VIG Tower Ste 1503 | fecolon@colonramirez.com | |
| Counsel to Gladys García Rubiera, et al. v. Hon. Luis G. Fortuño, et al; and Gladys García Rubiera et al, v. Asociación de Suscripción Conjunta, et al, Civil Number K DP2001-1441 | Colón Ramírez, LLC | San Juan PR 00907 | | Email |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 4 of 25

Exhibit A
Master Service List
Served as set forth below

| | | | |
|---|---|---|---|
| Counsel to Comité Diálogo Ambiental, Inc. (CDA) | Comité Diálogo Ambiental, Inc. | Attn: Victor Alvarado<br>Urb. Las Mercedes<br>Calle 13 #71<br>Salinas PR 00751 | valvarados@gmail.com<br><br>Email |
| Counsel to Comité Yabucoeño Pro-Calidad de Vida, Inc. (YUCAE) | Comité Yabucoeño Pro-Calidad de Vida, Inc. | Attn: Lydia Díaz<br>HC04 Box 6901<br>Yabucoa PR 00767-9511 | ausubopr88@gmail.com<br><br>Email |
| Constructora Santiago II, Corp. | Constructora Santiago II, Corp. | Attn: Eng. José López<br>PO Box 364925<br>San Juan PR 00936-4925 | jlopez@constructorasantiago.com<br><br>Email |
| Counsel to Ad Hoc Group of Noteholders of FGIC-Insured Notes | Córdova & Dick, LLC | Attn: Brian M. Dick Biascoechea<br>#403 Calle 12 de Octubre<br>Urb. El Vedado<br>San Juan PR 00918 | bmd@bmdcounselors.com<br><br>Email |
| Counsel to Ad Hoc Group of Noteholders of FGIC-Insured Notes | Córdova & Dick, LLC | Attn: Brian M. Dick Biascoechea<br>PO Box 194021<br>San Juan PR 00919-4021 | bmd@bmdcounselors.com<br><br>Email |
| Counsel to the QTCB Noteholder Group (Canyon Capital Advisors LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management LP, OZ Management LP, OZ Management LP, OZ Management II LP) and to Davidson Kempner Distressed Opportunities Fund L.P., Davidson Kempner Distressed Opportunities International Ltd., Davidson Kempner Institutional Partners, L.P., Davidson Kempner International, Ltd., Davidson Kempner Partners, M.H. Davidson & Co., Gordel Capital Limited, Sculptor Credit Opportunities Master Fund, Ltd. (f/k/a OZ Credit Opportunities Master Fund, Ltd.), Sculptor Enhanced Master Fund, Ltd. (f/k/a OZ Enhanced Mater Fund, Ltd.), Sculptor GC Opportunities Master Fund, Ltd. (f/k/a OZ GC Opportunities Master Fund, Ltd.), Sculptor Capital LP (f/k/a OZ Management LP), Sculptor Master Fund, Ltd. (f/k/a OZ Master Fund, Ltd.), and Sculptor SC II, LP (f/k/a OZSC II L.P.),Canyon Balanced Master Fund, Ltd., Canyon Blue Credit Investment Fund L.P., Canyon Distressed Opportunity Investing Fund II, L.P., Canyon Distressed Opportunity Master Fund II, L.P., Canyon NZ-DOF Investing, L.P., Canyon Value Realization Fund, L.P., Canyon Value Realization MAC 18, Ltd., Canyon-ASP Fund, L.P., Canyon-GRF Master Fund II, L.P., Canyon-SL Value Fund, L.P., EP Canyon LTD, and the Canyon Value Realization Master Fund, L.P. | Correa Acevedo & Abesada Law Offices, PSC | Attn: Roberto Abesada-Agüet, Sergio E. Criado & Rocío Del Mar Valentín Colón<br>Centro Internacional de Mercadeo, Torre II<br># 90 Carr. 165, Suite 407<br>Guaynabo PR 00968 | ra@calopsc.com<br>scriado@calopsc.com<br>rvalentin@calopsc.com<br><br>Email |
| Counsel to Metric Engineering, Inc. | Coto & Associates | Attn: Ramón Coto-Ojeda & Gladira Robles-Santiago<br>MCS Plaza, Suite 800<br>255 Ponce de León Ave.<br>Hato Rey PR 00918 | rco@crlawpr.com<br>gar@crlawpr.com<br><br>Email |
| Counsel to Metric Engineering, Inc. | Coto & Associates | Attn: Ramón Coto-Ojeda & Gladira Robles-Santiago<br>PO Box 71449<br>San Juan PR 00936-8549 | rco@crlawpr.com<br>gar@crlawpr.com<br><br>Email |
| Counsel to Roche Diagnostics Corporation | Daniel Molina López, Esq. | PO Box 223<br>Las Piedras PR 00771 | dmolinalaw@gmail.com<br><br>Email |
| Counsel to PFZ Properties, Inc. | David Carrion Baralt | PO Box 364463<br>San Juan PR 00936-4463 | davidcarrionb@aol.com<br><br>Email |
| Counsel to The PBA Sub-Group of the Commonwealth Bondholder Group | Davis Polk & Wardwell LLP | Attn: Donald S. Bernstein, Brian M. Resnick, Angela M. Libby<br>450 Lexington Avenue<br>New York NY 10017 | donald.bernstein@davispolk.com<br>brian.resnick@davispolk.com<br>angela.libby@davispolk.com<br><br>Email |
| Counsel to Administración De Seguros De Salud De Puerto Rico | De Diego Law Offices, PSC | Attn: William Santiago-Sastre, Esq.<br>PO Box 79552<br>Carolina PR 00984-9552 | wssbankruptcy@gmail.com<br><br>Email |
| Counsel to Syncora Guarantee. Inc. and Syncora Capital Assurance, Inc. | Debevoise & Plimpton, LLP | Attn: My Chi To, Esq., Craig A. Bruens, Esq., & Elie J. Worenklein, Esq.<br>919 Third Avenue<br>New York NY 10022 | mcto@debevoise.com<br>cabruens@debevoise.com<br>eworenklein@debevoise.com<br><br>Email |
| Counsel to Peaje Investments LLC and Davidson Kempner Capital Management LP | Dechert, LLP | Attn: Allan S. Brilliant & Yehuda Goor<br>1095 Avenue of the Americas<br>New York NY 10036 | allan.brilliant@dechert.com<br>yehuda.goor@dechert.com<br><br>Email |
| Counsel to Peaje Investments LLC and Davidson Kempner Capital Management LP | Dechert, LLP | Attn: G. Eric Brunstad, Jr.<br>90 State House Square<br>Hartford CT 06103 | eric.brunstad@dechert.com<br><br>Email |
| Counsel to Peaje Investments LLC and Davidson Kempner Capital Management LP | Dechert, LLP | Attn: Stuart T. Steinberg & Michael S. Doluisio<br>Cira Centre<br>2929 Arch Street<br>Philadelphia PA 19104 | stuart.steinberg@dechert.com<br>michael.doluisio@dechert.com<br><br>Email |
| Del Valle Group, SP | Del Valle Group, SP | Attn: Humberto Reynolds, President, Del Valle Group, S.P.,<br>PO Box 2319<br>Toa Baja PR 00951-2319 | hreynolds@delvallegroup.net<br><br>Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to ERS Bondholders Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management, LP, Glendon Opportunities Fund, LP, Mason Capital Management, LLC, Nokota Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), LP, Oaktree Value Opportunities Fund, LP, Ocher Rose and SV Credit, LP, Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree Opportunities Fund IX, L.P., and Mason Capital Master Fund LP, Counsel to ERS Bondholders Andalusian Global Designated Activity Company, Mason Capital Master Fund, LP, Ocher Rose, L.L.C., SV Credit, L.P., Crown Managed Accounts for and on behalf of Crown/PW SP, LMA SPC for and on behalf of Map 98 Segregated Portfolio, Oceana Master Fund Ltd., Pentwater Merger Arbitrage Master Fund Ltd., and PWCM Master Fund Ltd. Counsel to ERS Bondholders Glendon Opportunities Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., and Oaktree Value Opportunities Fund, L.P., Counsel to ERS Bondholders Andalusian Global Designated Activity Company, Mason Capital Master Fund, LP, Ocher Rose, L.L.C., SV Credit, L.P., Crown Managed Accounts for and on behalf of Crown/PW SP; LMA SPC for and on behalf of Map 98 Segregated Portfolio, Oceana Master Fund Ltd., Pentwater Merger Arbitrage Master Fund Ltd., and PWCM Master Fund Ltd. | Delgado & Fernandez, LLC | Attn: Alfredo Fernandez Martinez PO Box 11750 Fernández Juncos Station San Juan PR 00910-1750 | afernandez@delgadofernandez.com | Email |
| Counsel to Management Consultants & Computer Services. Inc. | Delgado Miranda Law Offices, LLC | Attn: Briseida Y. Delgado-Miranda PMB 112, 130 Winston Churchill Ave., Ste. 1 San Juan PR 00926 | delgadomirandalaw@gmail.com | Email |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | Apartado 9020192 San Juan PR 00902-0192 | | First Class Mail |
| Federal Agency | Department of Defense (DOD) | Attn: Patrick Shanahan 1400 Defense Pentagon Washington DC 20301-1400 | | First Class Mail |
| Federal Agency | Department of Energy (DOE) | Attn: Rick Perry 1000 Independence Ave., SW Washington DC 20585 | | First Class Mail |
| Federal Agency | Department of Homeland Security (DHS) | Attn: Kirstjen M. Nielsen 245 Murray Lane., SW Washington DC 20528-0075 | | First Class Mail |
| Federal Agency | Department of Housing and Urban Development (HUD) | Attn: Ben Carson 451 7th Street., SW Washington DC 20410 | | First Class Mail |
| Federal Agency | Department of Human and Health Services | Attn: Alex Azar 200 Independence Ave, SW Washington DC 20201 | | First Class Mail |
| Counsel to Governor Ricardo Rosselló, Hon. Raúl Maldonado Gautier, and Hon. José Iván Marrero Rosado | Department of Justice | Attn: Wandymar Burgos Vargas, Deputy Secretary in Charge of Litigation PO Box 9020192 San Juan PR 00902-0192 | wburgos@justicia.pr.gov | Email |
| Federal Agency | Department of the Interior (DOI) | Attn: David Bernhardt 1849 C St., NW Washington DC 20240 | | First Class Mail |
| Federal Agency | Department of Transportation (DOT) | Attn: Elaine L. Chao 1200 New Jersey Ave., SE Washington DC 20590 | | First Class Mail |
| Federal Agency | Department of Veterans Affairs (VA) | Attn: Robert Wilkie 810 Vermont Ave., NW Washington DC 20420 | | First Class Mail |
| Counsel to UTIER, Plaintiff in Adversary Proceeding 19-00298 | Despacho Juridico Ramos Luina LLC | Attn: Guillermo J Ramos Luina PO Box 22763 UPR Station San Juan PR 00931 | gramlui@yahoo.com | Email |
| Counsel to Hon. Carlos Contreras Aponte, Executive Director of the Puerto Rico Highways & Transportation Authority and the Puerto Rico Highways & Transportation Authority | Development & Construction Law Group, LLC | Attn: Raúl Castellanos Malavé PMB 443 Suite 112 100 Grand Paseos Blvd San Juan PR 00926-5902 | rcastellanos@devconlaw.com | Email |
| Counsel to Voz Activa, Inc. | Diaz Soto Law Office | Attn: Ricardo L. Diaz Soto PO Box 2000 Caguas PR 00726-2000 | diazsotolaw@gmail.com | Email |
| Counsel to Cooperativa de Ahorro y Crédito Abraham Rosa, Cooperativa de Ahorro y Crédito de Ciales, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito Vega Alta, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía, and Cooperativa de Ahorro y Crédito de Juana Diaz | Diego Corral González | Attn: Diego Corral González 1454 Fernández Juncos Avenue San Juan PR 00909 | corraldieg@gmail.com | Email |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 6 of 25

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to the University of Puerto Rico, Puerto Rico Fiscal Agency and Financial  Advisory Authority and the Puerto Rico Treasury Department | DLA Piper (Puerto Rico), LLC | Attn: Jose A. Sosa-Llorens<br>Edificio Ochoa, Suite 401<br>500 Calle de la Tanca<br>San Juan PR 00901-1969 | jose.sosa@dlapiper.com | Email |
| Counsel to The University of Puerto Rico, Puerto Rico Fiscal Agency and Financial  Advisory Authority and the Puerto Rico Treasury Department | DLA Piper, LLP (US) | Attn: Richard A. Chesley & Rachel Ehrlich Albanese<br>1251 Avenue of the Americas<br>New York NY 10020 | richard.chesley@dlapiper.com<br>rachel.albanese@dlapiper.com | Email |
| Counsel to Popular, Inc., Popular Securities, LLC and Banco Popular de Puerto Rico | Donna A. Maldonado-Rivera | Popular Center-9th Floor<br>209 Muñoz Rivera Ave.<br>San Juan PR 00918 | Donna.Maldonado@popular.com | First Class Mail and Email |
| Federal Agency | Economic and Statistics Administrations | c/o Bureau of Economic Analysis (BEA)<br>4600 Silver Hill Rd.<br>Washington DC 20233 | | First Class Mail |
| Counsel to the University of Puerto Rico, Plaintiff in Adversary Proceeding 17-00217 | Edgardo Barreto Law Office | Attn: Edgardo Barreto-Pagan<br>894 Munoz Rivera Ave.<br>M.A.S. Building - Suite 206<br>Rio Piedras PR 00927 | edgardo_barreto@yahoo.com | Email |
| Counsel to Cooperativa De Ahorro y Crédito De Isabela | Edgardo Muñoz, PSC | Attn: Edgardo Muñoz<br>PO Box 360971<br>San Juan PR 00936-0971 | emunozPSC@gmail.com | Email |
| Counsel to El Puente de Williamsburg, Inc.-Enlace Latino de Acción Climática (ELAC) | El Puente de Williamsburg, Inc.-Enlace Latino de Acción Climática | Attn: David Ortiz<br>800 Ave. RH Todd<br>Suite 318 (Piso 3), Comercial 18, Pda. 18<br>Santurce PR 00907 | dortiz@elpuente.us | Email |
| Counsel to Bella International, LLC, Bella Retail Group, LLC, International Automotive Distributors Group, LLC, Bella Export Corporation, Jeronimo Esteve Abril and Carlos Lopez-Lay | Elián N. Escalante de Jesús, Esq. | PMB 401 PO Box 7891<br>Guaynabo PR 00970 | elian.escalante@gmail.com | Email |
| Federal Agency | Environmental Protection Agency (EPA) | Attn: Mark Gallagher<br>1200 Pennsylvania Ave., NW<br>Washington DC 20460 | mark.gallagher@usdoj.gov | Email |
| Counsel to The Financial Oversight and Management Board for Puerto Rico and local Counsel to Brown Rudnick LLP, the Claims Counsel to The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee, Local Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its Member. | Estrella, LLC | Attn: Alberto Estrella, Kenneth C. Suria, Francisco A. Ojeda-Diez<br>P. O. Box 9023596<br>San Juan PR 00902-3596 | agestrella@estrellallc.com<br>kcsuria@estrellallc.com<br>fojeda@estrellallc.com | Email |
| Counsel to Bermudez, Longo, Diaz-Mosso, LLC | Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq.<br>PO Box 11397<br>Fernández Juncos Station<br>San Juan PR 00910-2497 | lpabonroca@microjuris.com<br>clarisasola@hotmail.com | Email |
| Counsel to Bermudez, Longo, Diaz-Mosso, LLC | Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq.<br>Urb. Hyde Park<br>249 Las Marías St.<br>San Juan PR 00927 | lpabonroca@microjuris.com<br>clarisasola@hotmail.com | Email |
| Counsel to Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216 | Faegre Baker Daniels, LLP | Attn: Robert L. Schnell & Michael B. Fisco<br>2200 Wells Fargo Center<br>90 S. 7th Street<br>Minneapolis MN 55402 | robert.schnell@faegrebd.com<br>pjime@icepr.com | Email |
| Federación de Maestros de Puerto Rico | Federación de Maestros de Puerto Rico | Urbanización El Caribe No. 1572<br>Ponce de León Avenue<br>San Juan PR 00927 | legal.fmpr@gmail.com | Email |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Ajit Pai<br>445 12th St., SW<br>Washington DC 20554 | | First Class Mail |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Bob Fenton<br>500 C St., SW<br>Washington DC 20472 | | First Class Mail |
| Counsel to Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227 | Feldesman Tucker Leifer Fidell, LLP | Attn: James L. Feldesman<br>1129 20th Street, NW<br>Fourth Floor<br>Washington DC 20036 | jfeldesman@FTLF.com | Email |
| Counsel to Bank of America Merrill Lynch | Félix J. Montañez-Miranda | PO Box 364131<br>San Juan PR 00936-4131 | fmontanezmiran@yahoo.com | Email |
| Counsel to American Century Investment Management, Inc. | Fernández Cuyar Rovira & Plá LLC | Attn: Juan A. Cuyar Cobb<br>P.O. Box 9023905<br>San Juan PR 00902-3905 | jcc@fccplawpr.com<br>jcc@fclawpr.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Ambac Assurance Corporation | Ferraiuoli, LLC | Attn: Roberto A. Cámara Fuertes & Sonia E. Colón<br>221 Ponce de León Avenue<br>5th Floor<br>San Juan PR 00917 | rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com | Email |
| Counsel to Municipio de San Juan | Ferrari Law, PSC | Attn: Carla Ferrari-Lugo<br>PO Box 988<br>Aguadilla PR 00605-0988 | ferraric@ferrarilawpr.com | Email |
| Interested Party | Ferrovial Agroman, SA and Ferrovial Agroman, LLC | Attn: Eng. Nassin E. Tactuk Diná<br>1250 Ponce de Leon Ave.<br>San José Building Suite 901<br>San Juan PR 00902 | n.tactuk@ferrovial.com | First Class Mail |
| Counsel to Pan American Grain Co., Inc. | Figueroa y Morgade Law | Attn: María Mercedes Figueroa y Morgade, Esq.<br>3415 Alejandrino Ave., Apt 703<br>Guaynabo PR 00969-4956 | figueroaymorgadelaw@yahoo.com | Email |
| Counsel to Whitefish Energy Holdings, LLC | Foley & Lardner LLP | Attn: Tamar Dolcourt<br>500 Woodward Ave., Suite 2700<br>Detroit MI 48226 | tdolcourt@foley.com | Email |
| Counsel to Santander Asset Management, LLC | Fortuño Law | Attn: Juan C. Fortuño Fas<br>PO Box 9300<br>San Juan PR 00908 | bkfilings@fortuno-law.com | Email |
| Counsel to Angely M. Aponte-Pagán and other Plaintiffs in the Civil Case No. CC-2016-1153 & Javier Andino-Gaudín and other Plaintiffs in the Civil Case No. K AC2002-5558 | Francisco González Law Office | Attn: Francisco R. González-Colón<br>1519 Ponce de León Ave.<br>First Federal Bldg. Suite 805<br>San Juan PR 00909 | bufetefrgonzalez@gmail.com | Email |
| Counsel to Puerto Rico Hospital Supply, Inc. | Fuentes Law Offices, LLC | Attn: Alexis Fuentes Hernández<br>PO Box 9022266<br>San Juan PR 00902-2726 | alex@fuenteslaw.com | Email |
| Counsel to an ad hoc group of certain holders of Government Facilities Revenue Bonds, Government Facilities Revenue Refunding Bonds (PBA Funds), Black Rock Financial Management, Inc., Deutsche Bank Securities, Inc., First Pacific Advisors, LLC, JNL Multi-Manager Alternative Fund, a Series of JNL Services Trust, Pelican Fund, LP, Silver Point Capital Fund, L.P., and Silver Point Capital Offshore Master Fund, L.P., and co-counsel for Candlewood Constellation SPC Ltd., Acting for and on behalf of Candlewood Puerto Rico SP, Emso Asset Management Ltd. Mason Capital Master Fund, L.P. and VR Advisory Services Ltd. in Adversary Proceeding 19-00291 and co-counsel to Defendant FPA Crescent Fund in Adversary Proceeding 19-00292 and co-counsel to Defendants Fir Tree Capital Opportunity Master Fund III, LP; Fir Tree Capital Opportunity Master Fund, LP; Fir Tree Value Master Fund, LP; FPA Global Opportunity Fund, a Series of FPA Hawkeye Fund, LLC; FPA Hawkeye Fund, a Series of FPA Hawkeye Fund, LLC, FPA Select Fund, L.P.; FPA Value Partners Fund, a Series of FPA Hawkeye Fund, LLC; FT COF (E) Holdings, LLC; FT SOF IV Holdings, LLC; Global Flexible Fund, a sub-fund of Nedgroup Investment Funds PLC; Lannan Foundation; Litman Gregory Masters Alternative Strategies Fund, a series of Litman Gregory Funds Trust; Ulysses Offshore Fund, Ltd.; Ulysses Partners, LP; and VR Global Partners, LP in Adversary Proceeding 19-00295 | G. Carlo-Altieri Law Offices, LLC | Attn: Gerardo A. Carlo, Kendra Loomis<br>254 San Jose St., Third Floor<br>San Juan PR 00901 | gacarlo@carlo-altierilaw.com<br>loomislegal@gmail.com<br>gaclegal@gmail.com | Email |
| Counsel to the Insurance Commissioner of Puerto Rico as Liquidator of National Insurance Company, Preferred Health, Inc., and Agro Industrias del Este, Corp. | Garay Massey Law Office | Attn: Juan Carlos Garay Massey<br>PMB 347<br>#5900 Isla Verde Ave. L-2<br>Carolina PR 00979-4901 | juans@prtc.net | Email |
| Counsel to Finca Matilde Inc. | Garcia-Arregui & Fullana PSC | Attn: Isabel M. Fullana<br>252 Ponce de Leon Ave<br>Suite 1101<br>San Juan PR 00918 | ifullana@gaflegal.com | Email |
| Counsel to Public Buildings Authority of Puerto Rico | Garffer & Jusino Attorneys at Law | Attn: William Marrero Quiñones<br>254 Ave. Jesús T. Piñero<br>San Juan PR 00927 | wmq@wmarrerolaw.com | Email |
| Counsels for Tradewinds Energy Barceloneta, LLC and Tradewinds Energy Vega Baja, LLC | Genovese Joblove & Batista, P.A. | Attn: John H. Genovese, Mariaelena Gayo-Guitian, Jesus M Suarez, John Arrastia<br>100 SE 2nd Street, Suite 4400<br>Miami FL 33131 | jgenovese@gjb-law.com<br>mguitian@gjb-law.com<br>jsuarez@gjb-law.com<br>jarrastia@gjb-law.com | Email |
| Counsel to Migrant Health Center, Inc. | Gerena Law Office | Attn: Jorge L. Gerena-Méndez, Esq.<br>PO Box 363524<br>San Juan PR 00936-3524 | jlgere@gmail.com | Email |
| Counsel to Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, Lex Claims, LLC, Assured Guaranty Municipal Corp and Assured Guaranty Corp., Plaintiff in Adversary Case No. 18-00087 | Gibson, Dunn & Crutcher, LLP | Attn: Theodore B. Olson, Matthew D. McGill,  Lochlan F. Shelfer & Jeremy M. Christiansen<br>1050 Connecticut Ave., NW<br>Washington DC 20036 | mmcgill@gibsondunn.com<br>jchristiansen@gibsondunn.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | |
|---|---|---|---|
| Representative of Plaintiff the Financial Oversight and Management Board for Puerto Rico (the "FOMB") | Gierbolini & Carroll Law Offices, P.S.C. | Attn: Courtney R. Carroll, Miguel E. Gierbolini<br>PO Box 9022936<br>San Juan PR 00902-2936 | courtneyrcarroll@gierbolinicarroll.com<br>miguelgierbolini@gierbolinicarroll.com<br>Email |
| Counsel to the Ad Hoc Puerto Rico Municipalities Committee and GMS Group, LLC and Mark Elliott | Godreau & Gonzalez Law, LLC | Attn: F. David Godreau Zayas & Rafael A. Gonzalez Valiente<br>PO Box 9024176<br>San Juan PR 00902-4176 | dg@g-glawpr.com<br>rgv@g-glawpr.com<br>Email |
| Counsel to Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc. | Goldman Antonetti & Cordova, LLC | Attn: Carlos A. Rodriguez Vidal & Solymar Castillo Morales<br>Post Office Box 70364<br>San Juan PR 00936-8364 | crodriguez-vidal@gaclaw.com<br>scastillo@gaclaw.com<br>Email |
| Counsel to Cooperativa de Ahorro y Crédito de Santa Isabel | González López & López Adames LLC | Attn: Marie Elsie López Adames<br>1126 Ashford Ave. Suite C-10<br>The Diplomat Condominium<br>San Juan PR 00907 | marielopad@gmail.com<br>Email |
| Counsel to Ms. Marcia Gil Caraballo | Gonzalez Munoz Law Offices, PSC | Attn: Juan C. Nieves Gonzalez<br>PO Box 9024055<br>San Juan PR 00902-4055 | Jnieves@gonzalezmunozlaw.com<br>Email |
| Co-Counsel to Goldman Sachs & Co. LLC | Goodwin Procter LLP | Attn: Brian E. Pastuszenski, Charles A. Brown<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018 | bpastuszenski@goodwinlaw.com<br>cbrown@goodwinlaw.com<br>Email |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for Puerto Rico Electric Power Authority | Greenberg Traurig, LLP | Attn: David Cleary, John Hutton, Kevin D. Finger, Nathan A. Haynes<br>200 Park Avenue<br>New York NY 10016 | Huttonj@gtlaw.com<br>Haynesn@gtlaw.com<br>fingerk@gtlaw.com<br>haynesn@gtlaw.com<br>Email |
| Counsel to José Ramón Rivera Rivera, Ralphie Dominicci Rivera, Ángel R. Figueroa Jaramillo and Erasto Zayas López, Plaintiffs in Adversary Proceeding 18-00047, and Cooperativa De Ahorro Y Crédito Abraham Rosa, et al., Plaintiff in Adversary Proceeding 18-00028 and Co-Counsel to Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía and Cooperativa de Ahorro y Crédito de Juana Díaz | Guillermo Ramos Luiña | P. O. Box 22763, UPR Station<br>San Juan PR 00931-2763 | gramlui@yahoo.com<br>Email |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger, collectively the Marrero Plaintiffs | Hagens Berman Sobol Shapiro LLP | Attn: Mark T. Vazquez<br>455 N. Cityfront Plaza Dr., Suite 2410<br>Chicago IL 60611 | MARKV@HBSSLAW.com<br>Email |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger, collectively the Marrero Plaintiffs | Hagens Berman Sobol Shapiro LLP | Attn: Steve W. Berman<br>1918 Eighth Avenue, Suite 3300<br>Seattle WA 98101 | steve@hbsslaw.com<br>Email |
| Counsel to the Puerto Rico Energy Commission | HALS, PSC | Attn: Yarymar González Carrasquillo<br>PO Box 365061<br>San Juan PR 00936-5061 | ygc@rclopr.com<br>ygc1@prtc.net<br>Email |
| Counsel to Cooperativa de Ahorro Y Credito Abraham Rosa, Plaintiff in Adversary Proceeding 18-00028 | Harry Anduze Montano | 1454 Fernández Juncos Avenue<br>San Juan PR 00909 | handuze@microjuris.com<br>Email |
| Counsel to Luis R. Santini-Gaudier, Plaintiff in Adversary Proceeding Case No. 18-00053, Cooperativa de Ahorro y Crédito Abraham Rosa, Cooperativa de Ahorro y Crédito de Ciales, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito Vega Alta, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía, and Cooperativa de Ahorro y Crédito de Juana Díaz | Harry Anduze Montano Law Offices | Attn: Harry Anduze Montaño<br>1454 Fernandez Juncos Ave<br>San Juan PR 00909 | jmorales@microjuris.com<br>corraldieg@gmail.com<br>Email |
| Counsel to Data Access Communication Inc, Netwave Equipment Corp., and Nustream Communications Corp | Hector Figueroa Vincenty | Calle San Francisco #310<br>Suite 32<br>San Juan PR 00901 | QUIEBRAS@ELBUFETEDELPUEBLO.com<br>Email |
| Counsel to Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón | Hernandez & Rodriguez Law Offices | Attn: Fernando L. Rodriguez Mercado<br>PO Box 1291<br>San Lorenzo PR 00754 | hernandezrodriguezlaw@gmail.com<br>Email |
| Counsel to the Estate of Delia Hernandez | Hernandez-Oharriz & Santiago, P.S.C. | Attn: Edgardo José Hernández Ohárriz<br>Centro Internacional de Mercadeo 1<br>100 PR-165, Suite 612<br>Guaynabo PR 00908 | ehernandez@lawservicespr.com<br>Email |
| Counsel to US Bank, National Association and US Bank Trust, National Association, each as Trustee for Various Bond Issues | Hogan Lovells US, LLP | Attn: Robin E. Keller, Ronald J. Silverman, Michael C Hefter<br>390 Madison Avenue<br>New York NY 10017 | robin.keller@hoganlovells.com<br>ronald.silverman@hoganlovells.com<br>michael.hefter@hoganlovells.com<br>Email |
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight, LLP | Attn: Jesús E. Cuza<br>701 Brickell Avenue<br>Suite 3300<br>Miami FL 33131 | jesus.cuza@hklaw.com<br>Email |
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight, LLP | Attn: John J. Monaghan, Esq., Lynne B. Xerras, Esq., & Kathleen M. St. John, Esq.<br>10 St. James Avenue<br>Boston MA 02116 | bos-bankruptcy@hklaw.com<br>Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Honorable Rosanna López León, Plaintiff in Adv. Case No. 17-00137 | Honorable Rosanna López León | El Capitolio<br>PO Box 9023431<br>San Juan PR 00902-3431 | mvega@senado.pr.gov | Email |
| Counsel to Learning Alliances, LLC | Hunton Andrews Kurth LLP | Attn: Robert A. Rich, Esq.<br>200 Park Avenue<br>New York NY 10166 | rrich2@huntonak.com | Email |
| Counsel to Asociación Puertorriqueña de la Judicatura and Depository Trust Company | Indiano & Williams, PSC | Attn: David C. Indiano, Leticia Casalduc-Rabell, & Claudia Quiñones-Vila<br>207 del Parque Street<br>3rd Floor<br>San Juan PR 00912 | claudia.quinones@indianowilliams.com<br>david.indiano@indianowilliams.com<br>leticia.casalduc@indianowilliams.com | Email |
| Defendant | Ing. José F. Ortiz Vázquez | Director Ejecutivo de la Autoridad de Energía Eléctrica. S<br>Avenida Ponce de León, Parada 17 ½, Edificio NEOS<br>Octavo Piso<br>Santurce PR 00936-4267 | | First Class Mail |
| Integrand Assurance Company | Integrand Assurance Company | PO Box 70128<br>San Juan PR 00936-8128 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Insolvency Unit<br>City View Plaza<br>48 Carr 165, Suite 2000<br>Guaynabo PR 00968 | Thomas.M.Rath@IRSCOUNSEL.TREAS.gov | Email |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger, collectively the Marrero Plaintiffs | Ismael Marrero Rolon | Attn: Jane Becker Whitaker<br>PO Box 9023914<br>San Juan PR 00902 | janebeckerwhitaker@gmail.com | Email |
| Counsel to Carlos J. Mendez Nunez, in his official capacity and on behalf of the House of Representatives of Puerto Rico, Plaintiff in Adversary Proceeding 18-00081 | Israel Roldán González & Isis Aimée Roldán Márquez | 49 Betances Street<br>Aguadilla PR 00603 | irg@roldanlawpr.com<br>irm@roldanlawpr.com | Email |
| Counsel to PFZ Properties, Inc. | Jack Katz | ESJ Towers<br>6165 Isla Verde Ave<br>Carolina PR 00979-5729 | | First Class Mail |
| Jaime Rodríguez Avilés | Jaime Rodríguez Avilés | P.O. Box 347<br>Yauco PR 00698 | | First Class Mail |
| Counsel to Lauren De Pablo by her, Rolando Martínez by him and as inheritor of Ondina Finale, Conjugal Partnership of Rolando Martínez and Lauren de Pablo, Deianeira Martínez De Pablo by her, Pedro Rolando Martínez Torres by him and as in heritor of Ondina Finale, and Olga Martínez Finale as inheritor of Ondina Finale | James Law Offices | Attn: Glenn Carl James<br>PMB 501<br>1353 Rd. 19<br>Guaynabo PR 00966-2700 | glenncarljameslawoffices@gmail.com | Email |
| Counsel to Corporación Publica para la Supervisión y Seguro de Cooperativas de Puerto Rico ("COSSEC") | Jean Philip Gauthier Law Offices | Attn: Jean Philip Gauthier, Cristine M. Ramos Martínez<br>1250 Ponce de Leon Avenue, Suite 700<br>San Juan PR 00907 | JPGLaw@outlook.com<br>ramosmartinezlaw@yahoo.com<br>ramosmartinezlaw7@gmail.com | Email |
| Counsel to Corporación Publica para la Supervisión y Seguro de Cooperativas de Puerto Rico ("COSSEC") | Jean Philip Gauthier Law Offices | Attn: Jean Philip Gauthier, Cristine M. Ramos Martínez<br>PO Box 8121<br>San Juan PR 00910-8121 | JPGLaw@outlook.com<br>ramosmartinezlaw@yahoo.com<br>ramosmartinezlaw7@gmail.com | Email |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block, LLP | Attn: Melissa Root, Catherine Steege<br>353 N. Clark Street<br>Chicago IL 60654 | mroot@jenner.com<br>csteege@jenner.com | Email |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block, LLP | Attn: Robert Gordon, Richard Levin, Carl N. Wedoff, Catherine Steege<br>919 Third Ave<br>New York NY 10022-3908 | rgordon@jenner.com<br>rlevin@jenner.com<br>cwedoff@jenner.com<br>csteege@jenner.com | Email |
| Counsel to the Ad Hoc Group of General Obligation Bondholders, Autonomy Capital (Jersey) LP & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | Jiménez, Graffam & Lausell | Attn: Andrés F. Picó Ramírez & J. Ramón Rivera Morales<br>PO Box 366104<br>San Juan PR 00936-6104 | rrivera@jgl.com<br>apico@jgl.com | Email |
| Counsel to Autonomy Capital (Jersey) L.P. | Jiminez, Graffam & Lausell | Attn: J. Ramón Rivera Morales<br>PO Box 366104<br>San Juan PR 00936-6104 | rrivera@jgl.com | Email |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management, LP, Glendon Opportunities Fund, LP, Mason Capital Management, LLC, Nokota Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), LP, Oaktree Value Opportunities Fund, LP, Ocher Rose and SV Credit, LP | Jones Day | Attn: Benjamin Rosenblum, James M. Gross<br>250 Vesey Street<br>New York NY 10281 | brosenblum@jonesday.com<br>jgross@jonesday.com | Email |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 10 of 25

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management, LP, Glendon Opportunities Fund, LP, Mason Capital Management, LLC, Nokota Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), LP, Oaktree Value Opportunities Fund, LP, Ocher Rose and SV Credit, LP, ERS Bondholders Glendon Opportunities Fund, LP, Oaktree-Forrest Multi Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., and Oaktree Value Opportunities Fund, L.P. | Jones Day | Attn: Bruce Bennett 555 South Flower Street 50th Floor Los Angeles CA 90071 | bbennett@jonesday.com | Email |
| Counsel to ERS Bondholders Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi- Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose, L.L.C., Mason Capital Master Fund LP, and SV Credit, L.P., Counsel to ERS Bondholders Andalusian Global Designated Activity Company, Mason Capital Master Fund, LP, Ocher Rose, L.L.C., SV Credit, L.P., Crown Managed Accounts for and on behalf of Crown/PW SP, LMA SPC for and on behalf of Map 98 Segregated Portfolio, Oceana Master Fund Ltd., Pentwater Merger Arbitrage Master Fund Ltd., and PWCM Master Fund Ltd.C Counsel to ERS Bondholders Glendon Opportunities Fund, L.P., Oaktree-Forrest Multi-Strategy,LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., and Oaktree Value Opportunities Fund, L.P. | Jones Day | Attn: Sparkle Sooknanan, Geoffrey S. Stewart, Beth Heifetz, Christopher J. DiPompeo 51 Louisiana Ave. N.W. Washington DC 20001 | ssooknanan@jonesday.com gstewart@jonesday.com bheifetz@jonesday.com cdipompeo@jonesday.com | Email |
| Counsel to María Elena Alonso Fuentes and Laura E. Climent Garcia | Jorge Luis Guerrero-Calderon | 301  Calle Recinto Sur Suite 502 San Juan PR 00901-1945 | tuttieguerrero@yahoo.com | Email |
| Counsel to Nydia M. Morales | Jorge P. Sala Colon | 8169 Calle Concordia Suite 102, Cond. San Vicente Ponce PR 00717-1556 | jpsala_pr@yahoo.com salalawyers@yahoo.com | Email |
| Counsel to Del Valle Group, SP, Pablo Del Valle Rivera and María A. Martínez, Tenants in Common, Fideicomiso Del Valle Martinez II and Reliable Equipment Corporation | Jorge R. Quintana-Lajara | 400 Calle Calaf PMB 165 San Juan PR 00918-1314 | jorgequintanalajara@gmail.com | Email |
| Counsel to Asociación de Maestros de Puerto Rico - Local Sindical and Co-Counsel to the American Federation of Teachers, AFL-CIO | José Luis Barrios-Ramos | 1801 McLeary Ave. Suite 303 San Juan PR 00911 | barrios.jl@outlook.com | Email |
| Counsel to WorldNet Telecommunications, Inc. | José Luis Barrios-Ramos | PO Box 364966 San Juan PR 00936-4966 | barrios.jl@outlook.com | Email |
| Counsel to Jose Angel Rey, Julie I. Escudero, and Hilda O. Cartagena | Jose W. Cartagena | 701 Ave Ponce de Leon Suite 401 San Juan PR 00907-3248 | jwc@jwcartagena.com | Email |
| Counsel to the Municipality of Guayanilla | JRAF Law Firm, PSC | Attn: Juan P. Rivera Roman PO Box 7498 Ponce PR 00732 | riveraroman@hotmail.com | Email |
| Counsel to PV Properties, Inc., Windmar Renewable Energy, Inc. and Coto Laurel Solar Farm, Inc. | JRJ Consultants & Legal Advisors, LLC | Attn: Javier Rua-Jovet, Esq. Centro de Seguros Bldg. 701 Ponce de Leon Ave., Ste 414 San Juan PR 00907 | javrua@gmail.com | Email |
| Counsel to Orlando Torres Berrios, Germán Torres Berrios, Viviana Ortiz Mercado, Juan Alberto Torres Berrios, Vilma Teresa Torres López, Ramón A. Bonilla Martínez, and Hermanos Torres Torres, Inc. | Juan A. Hernández Rivera, Esq. | PMB #108 HC 72 Box 3766 Naranjito PR 00719 | juan@jahrlaw.com | Email |
| Counsel to Adrian Mercado Jimenez, Municipio de Gurabo | Juan B. Soto Law Offices, PSC | Attn: Juan B. Soto Balbás 1353 Luis Vigoreaux Ave. PMB 270 Guaynabo PR 00966 | jsoto@jbsblaw.com | Email |
| Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Com. Punta Diamante Calle Naira #1561 Ponce PR 00728 | ileanaortix@outlook.com | Email |
| The Board of Trustees of the Puerto Rico Electric Power Authority Employees' Retirement System, Juan Carlos Adrover, Sammy Ramírez and Alvin Román | Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | Sistema de Retiro AEE PO Box 13978 San Juan PR 00908-3978 | | First Class Mail |
| Counsel to NextGen Healthcare, Inc. and Quality Systems, Inc. | Kane Russell Coleman Logan PC | Attn: Paul J. Hammer 5051 Westheimer Road, 10th Floor Houston TX 77056 | phammer@krcl.com | First Class Mail |
| Counsel to Kanoso Auto Sales Inc. | Kanoso Auto Sales Inc. | Attn: Jose A. Crespo Gonzalez, President PO Box 1446 San German PR 00683 | | First Class Mail |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | Karon LLC | Attn: Daniel R. Karon 700 W. St. Clair Ave., Suite 200 Cleveland OH 44113 | dkaron@karonllc.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Whitebox Asymmetric Partners, L.P., Whitebox Institutional Partners, L.P., Whitebox Multi-Strategy Partners, L.P., Pandora Select Partners, L.P., and Whitebox Term Credit Fund I L.P. | Kasowitz Benson Torres LLP | Attn: Andrew K. Glenn, Shai Schmidt, Trevor J. Welch<br>1633 Broadway<br>New York NY 10019 | AGlenn@kasowitz.com<br>SSchmidt@kasowitz.com<br>TWelch@kasowitz.com | Email |
| Counsel to ManpowerGroup, Inc. | Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey, Esq., Ryan M. Billings, Esq.<br>4650 N. Port Washington Road<br>Milwaukee WI 53212 | swisotzkey@kmksc.com<br>rbillings@kmksc.com | Email |
| Top 20 Unsecured Creditor, COFINA | KPMG, LLC | Attn: Angel Perez & Luisette Negron<br>American Intl. Plaza, 250 Ave.<br>Luis Munoz Negron<br>San Juan PR 00918 | aperez@kpmg.com<br>Lnegron@kpmg.com | Email |
| Counsel to Major COFINA Bondholders, Oppenheimer Funds, Franklin Funds, First Puerto Rico Family of Funds, Ad Hoc Group of PREPA Bondholders, and Invesco/Oppenheimer Funds | Kramer Levin Naftalis & Frankel, LLP | Attn: Amy Caton, Thomas Moers Mayer, David E. Blabey, Jr., Douglas Buckley, P. Bradley O'Neill, Gregory A. Horowitz, Natan Hamerman, Alice J. Byowitz, and Natan Hamerman<br>1177 Avenue of the Americas<br>New York NY 10036 | acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>dblabey@kramerlevin.com<br>dbuckley@kramerlevin.com<br>nhamerman@kramerlevin.com<br>abyowitz@kramerlevin.com<br>ghorowitz@kramerlevin.com<br>boneill@kramerlevin.com | First Class Mail and Email |
| Counsel to Autonomy Capital (Jersey) LP | Latham & Watkins LLP | Attn: Adam J. Goldberg, Yelizaveta L. Burton, Christopher Harris<br>885 Third Avenue<br>New York NY 10022 | adam.goldberg@lw.com<br>liza.burton@lw.com<br>christopher.harris@lw.com | Email |
| Counsel to Autonomy Capital (Jersey) LP | Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. & Michael J. Reiss, Esq.<br>355 South Grand Avenue, Suite 100<br>Los Angeles CA 90071 | jeff.bjork@lw.com<br>michael.reiss@lw.com | Email |
| Counsel to Autonomy Capital (Jersey) L.P. | Latham & Watkins LLP | Attn: Michael J. Reiss<br>355 South Grand Avenue<br>Suite 100<br>Los Angeles CA 90071 | michael.reiss@lw.com | Email |
| Counsel to Instituto de Competitividad Y Sostenibilidad Economica de Puerto Rico (ICSE) | Law Firm of Fernando E. Agrait | Attn: Fernando E. Agrait<br>701 Avenida Ponce De Leon<br>Edificio Centro de Seguros, Oficina 414<br>San Juan PR 00907 | agraitfe@agraitlawpr.com | Email |
| Counsel to M.L. & R.E. Law Firm, the Popular Democratic Party House of Representatives Delegation, and the plaintiffs-intervenors in Adversary Proceeding 18-00081 | Law Office Anibal Acevedo-Vilá | Attn: Anibal Acevedo-Vilá<br>894 Muñoz Rivera Ave.<br>Suite 202<br>San Juan PR 00927 | acevedovila1@gmail.com | Email |
| Counsel to Depository Trust Company | Law Office of Frank Pola, Jr. | Attn: Frank Pola, Jr.<br>El Centro II, Suite 260<br>#500 Muñoz Rivera Avenue<br>San Juan PR 00918 | pola@frankpolajr.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | Law Offices of Giselle López Soler | Attn: Giselle López Soler<br>PMB 257<br>Rd. 19 1353<br>Guaynabo PR 00966 | gls@lopezsolerlaw.com | Email |
| Counsel to CMA Architects & Engineers, LLC, Municipality of San Sebastian, the Corporación de Servicios Integrales de Salud del Area de Barranquitas, Comerío, Corozal, Naranjito y Orocovis, Asociacion de Salud Primaria de Puerto Rico, Inc., Plaintiff in Adversary Proceeding 17-00227, and Corporacion de Servicios Integrales de Salud del Area de Barranquitas, Comero, Corozal, Naranjito Y Orocovis, Plaintiff in Adversary Proceedings 17-00292 and 17-00298 | Law Offices of John E. Mudd | Attn: John E. Mudd<br>PO Box 194134<br>San Juan PR 00919 | jemudd@yahoo.com | Email |
| Counsel to Del Valle Group, SP, Pablo Del Valle Rivera and María A. Martínez, Tenants in Common, Fideicomiso Del Valle Martinez II and Reliable Equipment Corporation | Law Offices of Michael Craig McCall | Attn: Michael Craig McCall<br>PO Box 362634<br>San Juan PR 00936-2634 | craigmcc@me.com | Email |
| Attorney for Rosa E. Lespier Santiago | Lcdo. Norberto Colón Alvarado | Attn: Norberto Colón Alvarado<br>46 Calle Castillo<br>Ponce PR 00730- | norbertocolonalvarado@yahoo.com | Email |
| Counsel to M Solar Generating, LLC | Ledesma & Vargas, LLC | Attn: Fransheska Pabón López<br>PO Box 194089<br>San Juan PR 00919 | fpabon@lvvlaw.com | Email |
| Counsel to Centro de Periodismo Investigativo Inc., Plaintiff in Adversary Proceeding 17-00167 | Legal Aid Clinic, UIA | Attn: Rafael E. Rodriguez Rivera<br>PO Box 194735<br>San Juan PR 00919-4735 | rrodriguez@juris.inter.edu | Email |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 12 of 25

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Interested Party | Legal Partners, PSC | Attn: Juan M. Suarez-Cobo<br>138 Winston Churchill<br>Suite 316<br>San Juan PR 00926-6023 | suarezcobo@gmail.com | Email |
| Counsel to Employees Retirement System, Plaintiff in Adversary Proceeding 17-00213 and the Financial Oversight and Management Board in Adversary Proceeding 19-00297 | Legal Partners, PSC | Attn: Luis F. Del Valle Emmanuelli<br>Box 316<br>Senorial Station<br>San Juan PR 00926-6023 | dvelawoffices@gmail.com | Email |
| Counsel to the Financial Oversight and Management Board in Adversary Proceeding 17-00213 and 18-00149 and A&S Legal Studio, PSC | Legal Partners, PSC | Attn: Luis F. Del Valle Emmanuelli<br>PO Box 79897<br>Carolina PR 00984-9897 | dvelawoffices@gmail.com | Email |
| Top 20 Unsecured Creidtor, COFINA | Lehman Brothers Holdings, Inc. | Attn: Thomas Hommell, Abhishek Kalra & Pamela Simons<br>1271 Avenue of the Americas 35th Floor<br>New York NY 10020 | abhishek.kalra@lehmanholdings.com | Email |
| Counsel to Cooperativa de Ahorro y Crédito Jayucoop | Lemuel Negrón Colón | PO Box 801478<br>Coto Laurel PR 00780-1478 | lemuel.law@gmail.com | Email |
| PBJL Energy Corporation, Plaintiff in Adversary Proceeding 18-00063 | Lex Services PSC | Attn: Ivan Diaz Lopez<br>1612 Ponce de Leon, 1st Floor<br>San Juan PR 00909 | ivandialo2001@yahoo.com | Email |
| Interested Party | Liberty Cablevision of Puerto Rico, LLC | Attn: Alexandra Verdiales<br>PO Box 192296<br>San Juan PR 00919-2296 | | First Class Mail |
| Counsel to Stericycle | Linares Palacios Law Offices | Attn: Adrián R. Linares Palacios<br>PMB 456 Suite 102<br>405 Ave. Esmeralda<br>Guaynabo PR 00969 | alinares2020@yahoo.com | Email |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, et al., Plaintiff in Adversary Proceedings 17-00219 and 17-00220 | López Sánchez & Pirillo, LLC | Attn: Alicia I Lavergne Ramirez<br>PO Box 11917<br>San Juan PR 00922-1917 | alavergne@lsplawpr.com | Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | López Sánchez & Pirillo, LLC | Attn: José C. Sánchez-Castro, Alicia I. Lavergne Ramírez, & Maraliz Vázquez-Marrero<br>270 Muñoz Rivera Avenue<br>Suite 1110<br>San Juan PR 00918 | jsanchez@lsplawpr.com<br>alavergne@lsplawpr.com | Email |
| Counsel to Cooperativa de Ahorro y Crédito de Aguada, Cooperativa de Ahorro y Crédito de Dr. Manuel Zeno Gandía, Cooperativa de Ahorro y Crédito del Valenciano, Cooperativa de Ahorro y Crédito de Juana Díaz, & Cooperativa de Crédito y Ahorros de Rincón | Lugo Mender Group, LLC | Attn: Wigberto Lugo Mender, Esq.<br>100 Carr. 165<br>Suite 501<br>Guaynabo PR 00968-8052 | wlugo@lugomender.com | Email |
| Counsel to Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón | Lugo-Emanuelli Law Offices | Attn: Luis R. Lugo Emanuelli<br>PO Box 34<br>Fajardo PR 00738 | lawlugo1@gmail.com | Email |
| Counsel to Cooperativa de Ahorro y Credito de Empleados Municipales de Guaynabo (a/k/a MUNICOOP) | Luis Fred Salgado, Esq. | PMB 15<br>267 Sierra Morena St.<br>San Juan PR 00926-5583 | luisfredsalgado@hotmail.com | Email |
| Counsel to the plaintiffs-intervenors in Adversary Proceeding 18-00081 and 18-00090 | M.L. & R.E. Law Firm | Attn: Jorge Martinez-Luciano, Emil Rodriguez-Escudero<br>513 Juan J. Jimenez St.<br>San Juan PR 00918 | jorge@mlrelaw.com<br>emil@mlrelaw.com | Email |
| Counsel to Centro Del Sur Mall, LLC, 65 Infanteria Shopping Center, LLC and Bard Shannon Limited | María Fernanda Vélez Pastrana | PO Box 195582<br>San Juan PR 00919-5582 | mfvelezquiebras@gmail.com | Email |
| Attorneys for Proposed Amicus Curiae the Autonomous Municipality of San Juan | Mariani Franco Law, P.S.C. | Attn: Raúl S. Mariani Franco<br>PO Box 9022864<br>San Juan PR 00902-2864 | marianifrancolaw@gmail.com | Email |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo PR 00968 | | First Class Mail |
| Counsel to Cooperativa A/C, et.al and Industria Lechera de Puerto Rico, Inc. | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa, Vanessa Medina-Romero, José Negrón-Fernández<br>PO Box 190095<br>San Juan PR 00919-0095 | jnegron@mhlex.com<br>rsantiago@mhlex.com | Email |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority and Wanda Vazques Garced, Plaintiff in Adversary Proceedings 20-00082 - 20-00085, Ricardo Rossello Nevares, and Government Development Bank for Puerto Rico | Marini Pietrantoni Muñiz, LLC | Attn: Luis C. Marini-Biaggi, Esq., Carolina Velaz-Rivero, Esq., Iván Garau-González, Esq., Valerie M. Blay-Soler, Hans E. Riefkohl-Hernández<br>250 Ave Ponce De Leon, Suite 900<br>San Juan PR 00918 | lmarini@mpmlawpr.com<br>cvelaz@mpmlawpr.com<br>igarau@mpmlawpr.com<br>vblay@mpmlawpr.com<br>hriefkohl@mpmlawpr.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | |
|---|---|---|---|
| Counsel to John Hancock Investments | Martínez-Alvarez, Menéndez Cortada & Lefranc Romero, PSC | Attn: Roberto Lefranc Morales & Francisco J. Ramos Martinez<br>Edif. Centro de Seguros, Ofic. 407<br>Ave. Ponce de León 701<br>San Juan PR 00907-3248 | rlm@martilaw.com<br>jnazario@martilaw.com<br>fjramos@martilaw.com<br>jnazario@martilaw.com<br><br>Email |
| Counsel to US Bank National Association as Indenture Trustee | Maslon LLP | Attn: Clark T. Whitmore, Esq., Brian J. Klein, Esq., Jason M. Reed, Esq. & Ana Chilingarishvili, Esq., William Z. Pentelovitch & John T. Duffey<br>90 South Seventh Street, Suite 3300<br>Minneapolis MN 55402 | Clark.whitmore@maslon.com<br>Brian.klein@maslon.com<br>Jason.reed@maslon.com<br>Ana.chilingarishvili@maslon.com<br>bill.pentelovitch@maslon.com<br>john.duffey@maslon.com<br><br>Email |
| Counsel to Interamericas Turnkey, Inc. and Interamerican Turnkey Development Co., Inc. | Maximiliano Trujillo-Gonzalez, Esq. | PMB 429<br>100 Grand Paseos Blvd., Suite 112<br>San Juan PR 00926-5902 | maxtruj@gmail.com<br><br>Email |
| Counsel to Mayagüezanos por la Salud y el Ambiente, Inc. (MSA) | Mayagüezanos por la Salud y el Ambiente, Inc. | Attn: Julia Mignucci<br>P.O. Box 3422<br>Mayaguez PR 00681-3422 | julia.mignuccisanchez@gmail.com<br><br>Email |
| Counsel to Monarch Alternative Capital LP, Highfields Capital I LP, Highfields Capital II LP, and Highfields Capital III LP. | McConnell Valdes LLC | Attn: Leslie Y. Flores-Rodriguez, Esq.<br>270 Munoz Rivera Avenue, Suite 7<br>Hato Rey PR 00918 | lfr@mcvpr.com<br><br>Email |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, Puerto Rico Telephone Company d/b/a Claro and Rexach Hermanos, Inc., Aguirre Offshore Gasport, LLC, Scotiabank de Puerto Rico & Vitol Inc., Pattern Santa Isabel LLC, AmeriNational Community Services, Inc., UBS Financial Services Inc., UBS Securities LLC., RBC Capital Markets, LLC, RBC Dominion Securities Inc., Barclays Capital Inc./LE, Limited Cousel to Cantor-Katz Collateral Monitor LLC, and Counsel to Wells Fargo Bank, National Association, Wells Fargo Clearing Services LLC AKA or FKA First Clearing LLC, Wells Fargo Securities, LLC, Raymond James, TransCore Atlantic, Inc., N. Harris Computer Corporation, ManpowerGroup, Inc., Populicom, Inc. and Ramírez & Co., TD Ameritrade Clearing, Inc.,  Scottrade, Inc., Barclays Cap/Fixed, and Barclays Cap/ London, the Bank of Nova Scotia, Badillo Saatchi & Saatchi Inc., Destilerias Serralles, Inc., AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority, the Schoenberg/SFT Bondholders, Evertec Group, LLC, Bio-Medical Applications of Puerto Rico, Inc., Promotions & Direct, Inc., MMM Healthcare, LLC, Auotpistas Metropolitanas de Puerto Rico, LLC | McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., Rosamar García-Fontán, Esq., Eduardo A. Zayas-Marxuach, Rosamar Garcia-Fontan, Esq., Alejandro J. Cepeda-Diaz & Eduardo A. Zayas-Marxuach Roberto C. Quiñones-Rivera, Esq.<br>PO Box 364225<br>San Juan PR 00936-4225 | nzt@mcvpr.com<br>aaa@mcvpr.com<br>rgf@mcvpr.com<br>ezm@mcvpr.com<br>rcq@mcvpr.com<br>ajc@mcvpr.com<br><br>Email |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, Puerto Rico Telephone Company d/b/a Claro and Rexach Hermanos, Inc., Aguirre Offshore Gasport, LLC, Scotiabank de Puerto Rico & Vitol Inc., Pattern Santa Isabel LLC, AmeriNational Community Services, Inc., UBS Financial Services Inc., UBS Securities LLC., RBC Capital Markets, LLC, RBC Dominion Securities Inc., Barclays Capital Inc./LE, Limited Cousel to Cantor-Katz Collateral Monitor LLC, and Counsel to Wells Fargo Bank, National Association, Wells Fargo Clearing Services LLC AKA or FKA First Clearing LLC, Wells Fargo Securities, LLC, Raymond James, TransCore Atlantic, Inc., N. Harris Computer Corporation, ManpowerGroup, Inc., Populicom, Inc. and Ramírez & Co., TD Ameritrade Clearing, Inc.,  Scottrade, Inc., Barclays Cap/Fixed, and Barclays Cap/ London, the Bank of Nova Scotia, Badillo Saatchi & Saatchi Inc., Destilerias Serralles, Inc., AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority, the Schoenberg/SFT Bondholders, Evertec Group, LLC, Bio-Medical Applications of Puerto Rico, Inc., Promotions & Direct, Inc., MMM Healthcare, LLC, UBS Financial Services of Puerto Rico, and UBS Trust Company of Puerto Rico | McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., Rosamar García-Fontán, Esq., Eduardo A. Zayas-Marxuach, Rosamar Garcia-Fontan, Esq., Eduardo A. Zayas-Marxuach, Alejandro J. Cepeda-Diaz & Roberto C. Quiñones-Rivera, Esq., Myrgia M. Palacios-Cabrera, Esq.<br>270 Muñoz Rivera Avenue<br>Suite 7<br>Hato Rey PR 00918 | nzt@mcvpr.com<br>aaa@mcvpr.com<br>rgf@mcvpr.com<br>ezm@mcvpr.com<br>rcq@mcvpr.com<br>ajc@mcvpr.com<br>MPC@mcvpr.com<br><br>Email |
| Counsel to Cesar Castillo, Inc. | MCD Law, LLC | Attn: Hernando A. Rivera<br>416 Ponce de Leon Ave.<br>Suite 1002<br>San Juan PR 00918 | harlawpr@gmail.com<br><br>Email |
| Counsel to Goldman Sachs Asset Management, LP | McDermott Will and Emery | Attn: Brandon Q. White, Esq, Nathan Coco, Esq.<br>444 West Lake Street<br>Chicago IL 60606-0029 | bqwhite@mwe.com<br>ncoco@mwe.com<br><br>Email |
| Co-counsel to Jefferies LLC and BMO Capital Markets GKST, Inc. | McGuire Woods, LLC | Attn: Aaron G. McCollough<br>77 West Wacker Drive, Suite 4100<br>Chicago IL 60601-1818 | amccollough@mcguirewoods.com<br><br>Email |
| Co-counsel to Jefferies LLC and BMO Capital Markets GKST, Inc. | McGuire Woods, LLC | Attn: E Andrew Southerling<br>2001 K street N.W., Suite 400<br>Washington DC 20006-1040 | asoutherling@mcguirewoods.com<br><br>Email |
| Counsel to Steve Schoenberg IRA, Steve and Sharon Schoenberg, Alyssa Marie Schoenberg Grantor Trust, and SFT Holdings LP (collectively, the "Schoenberg/SFT Bondholders") | McNamee Lochner P.C. | Attn: Peter A. Pastore<br>677 Broadway #500<br>Albany NY 12207 | PASTOREPA@mltw.com<br><br>Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Metro Pavia Health System | Metro Pavia Health System | Attn: Zarel J Soto Acaba<br>PO Box 3180<br>Carolina PR 00984 | | First Class Mail |
| Counsel to Luis Modesto Rodríguez Rivera, Juan Alberto Santiago Meléndez, César Caminero Ramos, Rafael Bonilla Rivera, Julio Rancel López, & Emmanuel Rodríguez Collazo | Miguel Ángel Serrano-Urdaz | PO Box 1915<br>Guayama PR 00785 | serrano.urdaz.law@hotmail.com | Email |
| Counsel to Ambac Assurance Corporation | Milbank LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, Grant R. Mainland, John J. Hughes, III, Jonathan Ohring<br>55 Hudson Yards<br>New York NY 10001 | ddunne@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com<br>jhughes2@milbank.com<br>johring@milbank.com | Email |
| Unsecured Creditor | Miriam Sanchez Lebron | HC-04 Box 4001<br>Humacao PR 00791-8900 | sanchez.lebron501@gmail.com | Email |
| Counsel to Peaje Investments LLC, Service Employees International Union and United Auto Workers International Union and Davidson Kempner Capital Management LP | Monserrate Simonet & Gierbolini, LLC | Attn: Dora L. Monserrate Peñagarícano, Miguel Simonet-Sierra, Fernando J. Gierbolini-González, Richard J. Schell; Ricardo R. Lozada-Franco<br>101 San Patricio Avenue<br>Maramar Plaza, Suite 1120<br>Guaynabo PR 00968 | dmonserrate@msglawpr.com<br>fgierbolini@msglawpr.com<br>msimonet@msglawpr.com<br>rschell@msglawpr.com | Email |
| Counsel to Branch Banking and Trust Company, BB&T Securities, LLC, Regions Bank and The Huntington National Bank | Moore & Van Allen PLLC | Attn: Luis M. Lluberas<br>100 North Tryon Street, Suite 4700<br>Charlotte NC 28211 | luislluberas@mvalaw.com | Email |
| Counsel to Goldman Sachs Asset Management, LP, Goldman Sachs & Co., LLC., Citigroup Inc., Citigroup Global Markets Inc., and Citibank, N.A. | Morell, Cartagena & Dapena | Attn: Ramón E. Dapena, Víctor J. Quiñones Martínez and Ivan J Llado<br>PO Box 13399<br>San Juan PR 00908 | ramon.dapena@mbcdlaw.com<br>ivan.llado@mbcdlaw.com | Email |
| Counsel to the QTCB Noteholder Group (Canyon Capital Advisors LLC, River Canyon Fund Management LLC, Davidson Kempner Capital Management LP, OZ Management LP, OZ Management II LP) and to Davidson Kempner Distressed Opportunities Fund L.P., Davidson Kempner Distressed Opportunities International Ltd., Davidson Kempner Institutional Partners, L.P., Davidson Kempner International, Ltd., Davidson Kempner Partners, M.H. Davidson & Co., Gordel Capital Limited, Sculptor Credit Opportunities Master Fund, Ltd. (f/k/a OZ Credit Opportunities Master Fund, Ltd.), Sculptor Enhanced Master Fund, Ltd. (f/k/a OZ Enhanced Master Fund, Ltd.), Sculptor GC Opportunities Master Fund, Ltd. (f/k/a OZ GC Opportunities Master Fund, Ltd.), Sculptor Capital LP (f/k/a OZ Management LP), Sculptor Master Fund, Ltd. (f/k/a OZ Master Fund, Ltd.), and Sculptor SC II, LP (f/k/a OZSC II L.P.),Canyon Balanced Master Fund, Ltd., Canyon Blue Credit Investment Fund L.P., Canyon Distressed Opportunity Investing Fund II, L.P., Canyon Distressed Opportunity Master Fund II, L.P., Canyon NZ-DOF Investing, L.P., Canyon Value Realization Fund, L.P., Canyon Value Realization MAC 18, Ltd., Canyon-ASP Fund, L.P., Canyon-GRF Master Fund II, L.P., Canyon-SL Value Fund, L.P, EP Canyon LTD, and the Canyon Value Realization Master Fund, L.P. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, David L. Lawton, Shannon B. Wolf<br>One State Street<br>Hartford CT 06103-3178 | kurt.mayr@morganlewis.com<br>david.lawton@morganlewis.com<br>shannon.wolf@morganlewis.com | Email |
| Attorneys for Edward D. Jones & Corp. | Morgan, Lewis & Bockius LLP | Attn: Rachel J. Mauceri<br>1701 Market Street<br>Philadelphia PA 19103-2921 | rachel.mauceri@morganlewis.com | Email |
| Counsel to an ad hoc group of certain holders of Government Facilities Revenue Bonds, Government Facilities Revenue Refunding Bonds (PBA Funds), Black Rock Financial Management, Inc., Deutsche Bank Securities, Inc., First Pacific Advisors, LLC, JNL Multi-Manager Alternative Fund, a Series of JNL Services Trust, Pelican Fund, LP, Silver Point Capital Fund, L.P., and Silver Point Capital Offshore Master Fund, L.P., and co-counsel for Candlewood Constellation SPC Ltd., Acting for and on behalf of Candlewood Puerto Rico SP, Emso Asset Management Ltd. Mason Capital Master Fund, L.P. and VR Advisory Services Ltd. in Adversary Proceeding 19-00291 and co-counsel to Defendant FPA Crescent Fund in Adversary Proceeding 19-00292 and co-counsel to Defendants Fir Tree Capital Opportunity Master Fund III, LP; Fir Tree Capital Opportunity Master Fund, LP; Fir Tree Value Master Fund, LP; FPA Global Opportunity Fund, a Series of FPA Hawkeye Fund, LLC; FPA Hawkeye Fund, a Series of FPA Hawkeye Fund, LLC, FPA Select Fund, L.P.; FPA Value Partners Fund, a Series of FPA Hawkeye Fund, LLC; FT COF (E) Holdings, LLC; FT SOF IV Holdings, LLC; Global Flexible Fund, a sub-fund of Nedgroup Investment Funds PLC; Lannan Foundation; Litman Gregory Masters Alternative Strategies Fund, a series of Litman Gregory Funds Trust; Ulysses Offshore Fund, Ltd.; Ulysses Partners, LP; and VR Global Partners, LP in Adversary Proceeding 19-00295 | Morrison & Foerster LLP | Attn: James M. Peck & Gary S. Lee<br>250 West 55th Street<br>New York NY 10019 | JPeck@mofo.com<br>GLee@mofo.com | Email |
| Counsel to Universidad Interamericana, Inc. | Muñoz Benitez Brugueras & Cruz | Attn: Jaime Brugueras<br>PO Box 191979<br>San Juan PR 00919-1979 | jbrugue@mbbclawyers.com | Email |
| N. Harris Computer Corporation | N. Harris Computer Corporation | Attn: President or General Counsel<br>100 Quannapowitt Parkway Suite 405<br>Wakefield MA 01880 | JArmstrong@harriscomputer.com | Email |
| Counsel to Trinity Services I, LLC | Nazario Briceño Law Offices, LLC | Attn: Miguel A. Nazario, Jr., Esq.<br>701 Ponce de León<br>Suite 401, Centro de Seguros Bldg.<br>San Juan PR 00907 | man@nblawpr.com | Email |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 15 of 25

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Debtor and to the Oversight Board and UTIER | O'Neill & Borges, LLC | Attn: Hermann Bauer, Esq., Ubaldo M. Fernández, Daniel J. Perez Refojos, & Carla García Benítez<br>American International Plaza<br>250 Munoz Rivera Ave., Suite 800<br>San Juan PR 00918-1813 | hermann.bauer@oneillborges.com<br>daniel.perez@oneillborges.com<br>ubaldo.fernandez@oneillborges.com<br>Carla.garcia@oneillborges.com<br>gabriel.miranda@oneillborges.com | Email |
| Counsel to the Office of Government Ethics of Puerto Rico | Office of Government Ethics of Puerto Rico | Attn: Lillian T. de la Cruz Torres; Nino F Rivera Hernandez<br>Urb. Industrial El Paraiso<br>108 Calle Ganges<br>San Juan PR 00926 | ldelacruz@oeg.pr.gov | Email |
| Counsel to AIG Insurance Company & P. R. Used Oil Collectors, Inc. | Oliveras & Ortiz Law Offices, PSC | Attn: Luis Ramón Ortiz Segura, Esq.<br>171 Chardón Ave.<br>Suite 406<br>San Juan PR 00918-1722 | l.ortizsegura@ploolaw.com | Email |
| Counsel to Antilles Power Depot, Inc. | Olivieri-Geigel & Co. | Attn: Rafael V. Olivieri-Geigel, Esq.<br>PO Box 361289<br>San Juan PR 00936-1289 | lawrog@gmail.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers, LLP | Attn: Elizabeth Lemond McKeen & Ashley Pavel<br>610 Newport Center Drive<br>17th Floor<br>Newport Beach CA 92660 | emckeen@omm.com<br>apavel@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., Daniel L. Cantor, Esq., William J. Sushon,  Maria J. DiConza, Esq.<br>7 Times Square<br>New York NY 10036 | jrapisardi@omm.com<br>pfriedman@omm.com<br>dperez@omm.com<br>dcantor@omm.com<br>mdiconza@omm.com<br>wsushon@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: M. Randall Oppenheimer<br>400 South Hope Street<br>18th Floor<br>Los Angeles CA 90071 | roppenheimer@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: Madhu Pocha<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles CA 90067-6035 | mpocha@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: Peter Friedman<br>1625 Eye Street, NW<br>Washington DC 20006 | pfriedman@omm.com | Email |
| Counsel to Liberty Cablevision of Puerto Rico, LLC | Orlando Fernández Law Offices | Attn: Orlando Fernández<br>#27 Calle González Giusti<br>Ste. 300<br>Guaynabo PR 00968-3076 | ofernandez@oflawoffice.com | Email |
| Counsel to Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Orlando Ortiz-Cintron, Esq. | Urb. Jardines Fagot<br>C-19 Calle Almendra<br>Ponce PR 00716-4018 | orlando1701@gmail.com | Email |
| Counsel to Gladys García Rubiera, et al. v. Hon. Luis G. Fortuño, et al; and Gladys García Rubiera, et al, v. Asociación de Suscripción Conjunta, et al, Civil Number K DP2001-1441 | Oronoz & Oronoz | Attn: Mario M. Oronoz Rodríguez<br>Urb. Torrimar<br>K-4 Bambú St.<br>Guaynabo PR 00966-3109 | mmo@oronozlaw.com | Email |
| Counsel to TD Ameritrade Clearing Inc., and Scottrade, Inc. | Orrick, Herrington & Sutcliffe, LLP | Attn: Tiffany Rowe<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington DC 20005 | TRowe@orrick.com | Email |
| Counsel to Universidad Central del Caribe, Inc. | Oscar Gonzalez Badillo | 1055 Marginal J.F. Kennedy<br>Suite 303<br>San Juan PR 00920-1708 | gonzalezbadillo@gmail.com | Email |
| Counsel to Ismael Rivera Grau, Lourdes Morales Reyes, La Sociedad Legal de Gananciales Compuesta Por Ambos, Maria Elena Garcia Caballero T/C/C Maria E. Garcia, Elena Garcia Caballero, Luís Enrique Pacheco Núñez T/C/C Luís Pacheco Núñez, Hector Cesario Santiago Rivera, Virginia Diaz Delagdo, Félix Omar Colón Bernard, José Vázquez Feliciano, Marta Vázquez Torres, Neftaly Méndez Vázquez, Joseph Negrón Vázquez, and the Succession of Armando Negrón Vázquez Comprised by his heirs, Raymond Armando Negrón López and Alondra Janisse Negrón Santana, Rey Reyes Reyes, Ruth Rosado Berrios by herself and respresentation of her Son Janzel Daniel Quintana Rosado, Jetstream Federal Credit Union, Carmen Lydia Rios Arroyo, Pablo Juan Rios Arroyo, Elena Marie Marrero Rios By Herself and in representation of her sons, Deborah Marie Santana Marrero and Erick Joel Santana Marrero, Lorna Lee Marrero Rios by herself and in representation of her daughter Dariana Liz Marrero Marrero and Elena Arroyo Vázquez | Osvaldo Toledo Martínez, Esq. | PO Box 190938<br>San Juan PR 00919-0938 | toledo.bankruptcy@gmail.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| | | Attn: George Otero Calero<br>PO Box 732 | | |
| Counsel to Samuel Rodriguez Claudio | Otero and Associates | Bayamon PR 00960 | Otero_and_assoc@hotmail.com | Email |
| Counsel to Pablo Del Valle Rivera and María A. Martínez, Tenants in Common and Fideicomiso Del Valle Martinez II | Pablo Del Valle Rivera | PO Box 2319<br>Toa Baja PR 00951-2319 | | First Class Mail |
| | | Attn: General Counsel<br>Pier 1, Bay 3 | | |
| Counsel to Pattern Santa Isabel LLC | Pattern Energy Group Inc. | San Francisco CA 94111 | daniel.elkort@patternenergy.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Paul Hastings, LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq.<br>200 Park Avenue<br>New York NY 10166 | lucdespins@paulhastings.com<br>andrewtenzer@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>anthonybuscarino@paulhastings.com<br>michaelcomerford@paulhastings.com<br>alexbongartz@paulhastings.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Paul Hastings, LLP | Attn: Nicholas Bassett<br>875 15th Street, N.W.<br>Washington DC 20005 | nicholasbassett@paulhastings.com | Email |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189, PBA Sub-Group of the Commonwealth Bondholder Group Plaintiff in Adversary Proceeding 18-00149 | Paul, Weiss, Rifkind, Wharton & Garrison, LLP | Attn: Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | arosenberg@paulweiss.com<br>rrosen@paulweiss.com<br>wrieman@paulweiss.com<br>kkimpler@paulweiss.com<br>kzeituni@paulweiss.com | Email |
| Counsel to Super Asphalt Pavement Corporation | Pavia & Lazaro, PSC | Attn: Gerardo Pavía Cabanillas<br>PO Box 9746<br>San Juan PR 00908 | gpavia@pavialazaro.com<br>gerardopavialaw@msn.com | Email |
| Plaintiff in Adv. Proc. No. 17-00151, 17-00152 & 19-00363 | Peaje Investments, LLC | National Corporate Research, Ltd.<br>850 New Burton Road<br>Suite 201<br>Dover DE 19904 | peajeinfo@dechert.com | Email |
| Pedro A. Vargas-Fontánez, Interested Party | Pedro A. Vargas-Fontánez | Reparto Caguaz<br>G-14 Calle Bohio<br>Caguas PR 00725-3310 | pevarfon@gmail.com | Email |
| Counsel to Caribbean Hospital Corporation | Pedro Nicot Santana, Esq. | PO Box 360486<br>San Juan PR 00936-0486 | pedronicot@gmail.com | Email |
| Peerless Oil & Chemicals, Inc. | Peerless Oil & Chemicals, Inc. | Attn: Eng.. Luis R. Vazquez<br>671 Road 337<br>Peñuelas PR 00624-7513 | luis.vazquez@peerlessoil.com | Email |
| Counsel to GMS Group, LLC | Perkins Coie LLP | Attn: Gary F. Eisenberg<br>30 Rockefeller Plaza<br>22nd Floor<br>New York NY 10112 | geisenberg@perkinscoie.com | Email |
| Counsel to Backyard Bondholders | Picó & Blanco, LLC | Attn: Ana M. del Toro Sabater, Esq.<br>District View Plaza, Penthouse<br>644 Fernandez Juncos Avenue<br>San Juan PR 00907 | adtoro@pico-blanco.com | Email |
| Counsel to Eduardo Bhatia Gautier | Pietrantoni Mendez & Alvarez | Attn: Margarita Mercado-Echegaray<br>802 Avenida Fernández Juncos<br>Esquina Calle La Paz Miramar<br>San Juan PR 00907 | mmercado@mercado-echegaray-law.com<br>margaritalmercado@gmail.com | Email |
| Counsel to the Government Development Bank for Puerto Rico | Pietrantoni Méndez & Alvarez LLC | Attn: Oreste R. Ramos & María D. Trelles Hernández<br>Popular Center – 19th Floor<br>208 Ponce de León Avenue<br>San Juan PR 00918 | oramos@pmalaw.com<br>mtrelles@pmalaw.com | Email |
| Counsel to Puerto Rico Industrial Development Company (PRIDCO) | PLC Law | Attn: Luis R. Ramos-Cartagena<br>53 Palmeras St., PH1<br>San Juan PR 00901-2407 | lramos@plclawpr.com | Email |
| Populicom, Inc. | Populicom, Inc. | Attn: President or General Counsel<br>Calle Recinto Sur 255<br>Viejo San Juan PR 00901 | gpaz@populicom.com | Email |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Guy Brenner & Colin Kass<br>1001 Pennsylvania Avenue, NW<br>Suite 600 South<br>Washington DC 20004 | gbrenner@proskauer.com<br>ckass@proskauer.com | Email |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 17 of 25

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Lary Alan Rappaport, Michael A. Firestein, Stephen L. Ratner, Timothy W. Mungovan, Bradley R. Bobroff, Chantel L. Febus, Kevin J. Perra, Julia D. Alonzo, Jonathan E. Richman, Jeffrey W. Levitan, Brian S. Rosen, Kevin J. Perra, Margaret A. Dale, Gregg M. Mashberg, Margaret A. Dale, Gregg M. Mashberg, Mark Harris<br>Eleven Times Square<br>New York NY 10036 | mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com<br>sratner@proskauer.com<br>tmungovan@proskauer.com<br>bbobroff@proskauer.com<br>mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>cfebus@proskauer.com<br>kperra@proskauer.com<br>jerichman@proskauer.com<br>JLevitan@proskauer.com<br>BRosen@proskauer.com<br>dmunkittrick@proskauer.com | Email |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Michael R. Hackett, William D. Dalsen<br>One International Place<br>Boston MA 02110 | wdalsen@proskauer.com<br>MHackett@proskauer.com | Email |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Steven O. Weise, Lary Alan Rappaport, Michael A. Firestein<br>2029 Century Park East<br>Suite 2400<br>Los Angeles CA 90067-3010 | sweise@proskauer.com<br>LRappaport@proskauer.com<br>mfirestein@proskauer.com | Email |
| Prosol-Utier | Prosol-Utier | 612 Calle Cerra<br>San Juan PR 00907-3619 | prosol@utier.org | Email |
| Counsel to EcoEléctrica, L.P. | PRV Law Office | Attn: Paúl A. Rodríguez Vélez<br>Centro Internacional de Mercado<br>100 Carr. 165, Torre I, Oficina 404<br>Guaynabo PR 00968 | prodriguez@prvlaw.com | Email |
| Counsel to Commonwealth of Puerto Rico in Adversary Proceeding 17-00292 | Puerto Rico Department of Justice | Attn: Susana I Penagaricano-Brown<br>PO Box 9020192<br>San Juan PR 00902-0192 | penagaricanobrownusdc@gmail.com | Email |
| Counsel to Eli Díaz Atienza, Ralph A. Kreil, Christian Sobrino Vega, David K. Owens, Charles Bayles, Robert Pou, María Palou Abasolo, and José Ortiz, Defendants in Adversary Proceeding (18-00047) | Puerto Rico Electric Power Authority | Attn: Carlos M. Aquino-Ramos<br>Litigation Division<br>PO Box 363928<br>San Juan PR 00936-3928 | c-aquino@prepa.com | Email |
| Debtors | Puerto Rico Electric Power Authority | Attn: Office Of The General Counsel<br>PO Box 364267<br>San Juan PR 00936-4267 | | First Class Mail |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Mohammad S. Yassin, Christian Sobrino Vega, Carlos Saavedra, Esq., Rocío Valentin, Esq.<br>Roberto Sánchez Vilella (Minillas) Government Center<br>De Diego Ave. Stop 22<br>San Juan PR 00907 | CEO@aafaf.pr.gov<br>Carlos.Saavedra@aafaf.pr.gov<br>Rocio.Valentin@aafaf.pr.gov | Email |
| Members of Creditor's Committee | Puerto Rico Hospital Supply | Call Box 158<br>Carolina PR 00986-0158 | | First Class Mail |
| Puerto Rico Industrial Development Company | Puerto Rico Industrial Development Company | Attn: Gabriel Maldonado<br>PO Box 362350<br>San Juan PR 00936-2350 | | First Class Mail |
| Puerto Rico Telephone Company d/b/a Claro | Puerto Rico Telephone Company d/b/a Claro | Attn: Francisco J. Silva<br>PO Box 360998<br>San Juan PR 00936-0998 | fsilva@claropr.com | Email |
| Counsel to the COFINA Senior Bondholders, Lawful Constitutional Debt Coalition | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Eric Winston, Daniel Salinas, Eric Kay, Kate Scherling, Zachary Russell, Matthew Scheck, K. John Shaffer<br>51 Madison Avenue<br>22nd Floor<br>New York NY 10010-1603 | susheelkirpalani@quinnemanuel.com<br>ericwinston@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>erickay@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>johnshaffer@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br>zacharyrussell@quinnemanuel.com | Email |
| Counsel to IKON Solutions, Inc. and Milton Portalatin Perez | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo PR 00623 | damarisqv@bufetequinones.com | Email |
| Counsel to The Board of Trustees of the Puerto Rico Electric Power Authority Employees' Retirement System, Juan Carlos Adrover, Sammy Ramírez and Alvin Román | Rafael A. Ortiz-Mendoza | Edificio Banco Cooperativo Plaza<br>623 Avenida Ponce de León, Ste. 501-A<br>San Juan PR 00917-4805 | rafael.ortiz.mendoza@gmail.com | Email |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 18 of 25

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Silvia Consuelo Blasini Batista, Annette Mary Blasini Batista, Antonia Rita Blasini Batista and Silvia Batista Castresana | Ramon Torres Rodriguez, Esq. | PO Box 361163<br>San Juan PR 00936-1163 | rtorres@torresrodlaw.com | Email |
| Counsel to Saybolt L.P., a d/b/a SAYBOLT | Ramos Gonzalez & Toyos Olascoaga, CSP | Attn: José O. Ramos-González<br>PO Box 193317<br>San Juan PR 00919-3317 | rgtolaw@gmail.com | Email |
| Counsel to Carmen Rodriguez Colon | RB Law Offices | Attn: Enid S. Rodriguez-Binet<br>1645 Adams St.<br>San Juan PR 00920 | erb@rodriguezbinetlaw.com | Email |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn: C. Neil Gray, David M. Schlecker<br>599 Lexington Avenue<br>New York NY 10022 | cgray@reedsmith.com<br>dschlecker@reedsmith.com | Email |
| Counsel to Siemens Transportation Partnership Puerto Rico, S.E. and Siemens Corporation | Reed Smith, LLP | Attn: Claudia Springer<br>Three Logan Square<br>1717 Arch Street, Suite 3100<br>Philadelphia PA 19103 | cspringer@reedsmith.com | Email |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn: Eric A. Schaffer, Luke A. Sizemore, and Jared S. Roach<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh PA 15222 | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com<br>jroach@reedsmith.com | Email |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn: Kurt F. Gwynne, Esq.<br>1201 Market Street<br>Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com | Email |
| Counsel to Cobra Acquisitions LLC | Reichard & Escalera, LLC | Attn: Alana M. Vizcarrondo-Santana<br>PO Box 364148<br>San Juan PR 00936-4148 | vizcarrondo@reichardescalera.com | Email |
| Counsel to the COFINA Senior Bondholders Coalition, Lawful Constitutional Debt Coalition, Cobra Acquisitions LLC | Reichard & Escalera, LLC | Attn: Rafael Escalera Rodriguez, Sylvia M. Arizmendi, Alana Vizcarrondo-Santana, Fernando Van Derdys, Carlos R. Rivera-Ortiz<br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan PR 00917-1913 | escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>vizcarrondo@reichardescalera.com<br>fvander@reichardescalera.com<br>riverac@reichardescalera.com | Email |
| Reliable Equipment Corporation | Reliable Equipment Corporation | Attn: Marylin Del Valle, General Manager, Reliable Equipment Corporation<br>PO Box 2316<br>Toa Baja PR 00951-2316 | | First Class Mail |
| Rene Pinto-Lugo, et al., Plaintiff in Adversary Proceeding 18-00041 | Rene Pinto-Lugo | PO Box 13531<br>San Juan PR 00908 | | First Class Mail |
| Counsel to Morovis Community Health Center, Corporacion De Servicios De Salud Y Medicina De Avanzada, HPM Foundation Inc., Concilio De Salud Integral De Loiza, Inc., & Neomed Center, Inc., Attorneys for Migrant Health Center, Inc., Attorneys for Salud Integral en la Montana | Reno & Cavanaugh, PLLC | Attn: Iyen A. Acosta<br>455 Massachusetts Avenue, NW<br>Suite 400<br>Washington DC 20001 | iacosta@renocavanaugh.com | Email |
| Counsel to Morovis Community Health Center, Corporacion De Servicios De Salud Y Medicina De Avanzada, Concilio De Salud Integral De Loiza, Inc. & Neomed Center, Inc., Migrant Health Center, Inc., and Salud Integral en la Montana | Reno & Cavanaugh, PLLC | Attn: Thomas T. Pennington<br>424 Church Street<br>Suite 2910<br>Nashville TN 37129 | tpennington@renocavanaugh.com | Email |
| Counsel to ReSun (Barceloneta), LLC | ReSun (Barceloneta), LLC | Attn: Maria I. Baco Alfaro<br>PO Box 13332<br>San Juan PR 00908-3332 | maria.baco@msn.com | Email |
| Counsel to Financial Guaranty Insurance Company | Rexach & Picó, CSP | Attn: María E. Picó<br>802 Ave. Fernández Juncos<br>San Juan PR 00907-4315 | mpico@rexachpico.com | Email |
| Rexach Hermanos, Inc. | Rexach Hermanos, Inc. | Attn: Paul R. Cortes-Rexach<br>1719 San Etanislao<br>Urb. San Ignacio<br>San Juan PR 00927 | prcr@mcvpr.com | Email |
| Counsel to Carlos Ifarraguerri Gomez, MD and Helvia Cruz Ybarra | Rhonda M. Castillo Gammill | 9 Cruz Haddock, Suite 3<br>Cidra PR 00739 | rhoncat@netscape.net | Email |
| Counsel to Milagros Méndez Arvelo and Maritza Nieves Torres | Ricardo L. Castillo Filippetti, Esq. | Paseo Las Colonias<br>Ste. 1705<br>Ponce PR 00717 | filippetti_r@hotmail.com<br>castilloricardo977@gmail.com | Email |
| Counsel to Management Consultants & Computer Services. Inc. | Ricardo L. Ortiz-Colón, Esq. | PO Box 195236<br>San Juan PR 00919-5236 | ortizcolonricardo@gmail.com<br>rortiz@rloclaw.onmicrosoft.com | Email |
| Ricardo Rosello Nevares, Defendant in Adversary Proceeding 17-00250 and 18-00053 | Ricardo Rosello Nevares | Through the Secretary of Justice<br>Calle Fortaleza #63<br>Viejo San Juan PR 00901 | | First Class Mail |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 19 of 25

Exhibit A

Master Service List

Served as set forth below

| | | | |
|---|---|---|---|
| Counsel to Lord Electric Company of Puerto Rico | Rickenbach Ojeda Attorneys at Law PSC | Attn: Nanette Rickenbach<br>400 Juan Calaf PMB 232<br>San Juan PR 00918 | nrickenbach@rickenbachpr.com<br><br>Email |
| Counsel to South Parcel of Puerto Rico, SE and Caribbean Airport Facilities, Inc. | Rivera Colón, Rivera Torres & Ríos Berly, PSC | Attn: Victor M. Rivera-Rios<br>1502 Fernandez Juncos Ave.<br>San Juan PR 00909 | victorriverarios@rcrtrblaw.com<br><br>Email |
| Counsel to US Bank, National Association and US Bank Trust, National Association, each as Trustee for various Bond Issues; U.S. Bank National Association, in its capacity as Indenture Trustee | Rivera Tulla & Ferrer, LLC | Attn: Eric A. Tulla, Iris J. Cabrera-Gómez, Manuel Rivera Aguiló<br>Rivera Tulla & Ferrer Building<br>50 Quisqueya Street<br>San Juan PR 00917-1212 | etulla@riveratulla.com<br>icabrera@riveratulla.com<br>marivera@riveratulla.com<br><br>Email |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189, PBA Sub-Group of the Commonwealth Bondholder Group Plaintiff in Adversary Proceeding 18-00149 | Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP | Attn: Lawrence S. Robbins, Gary A. Orseck, Kathryn S. Zecca, Donald Burke & Joshua S. Bolian<br>1801 K Street, NW<br>Washington DC 20006 | lrobbins@robbinsrussell.com<br>gorseck@robbinsrussell.com<br>kzecca@robbinsrussell.com<br>dburke@robbinsrussell.com<br>jbolian@robbinsrussell.com<br><br>Email |
| Counsel to Rene Pinto-Lugo, et al., Plaintiff in Adversary Proceeding 18-00041, and Manuel Natal-Albelo Plaintiff in Adversary Proceeding 19-00003 | Roberto Maldonado Law Office | Attn: Roberto O. Maldonado-Nieves<br>344 Street #7 NE<br>Office 1-A<br>San Juan PR 00920 | romn1960@gmail.com<br><br>Email |
| Interested Party | Roberto Quiles | PO Box 1337<br>San Sebastian PR 00685-1337 | estudiolegalrivera2@gmail.com<br><br>Email |
| Counsel to the Ad Hoc Puerto Rico Municipalities Committee | Rochelle McCullough, LLP | Attn: Michael R. Rochelle, Esq. & Kevin D. McCullough, Esq.<br>325 N. St. Paul, Suite 4500<br>Dallas TX 75201 | buzz.rochelle@romclaw.com<br>kdm@romclaw.com<br><br>Email |
| Counsel to American Federation of State, County and Municipal Employees and Federación Central de Trabajadores, U.F.C.W., Local 481, Plaintiff in Adversary Proceeding 17-00227, Counsel to SOMOS, Inc. | Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs & Rosa M. Seguí-Cordero<br>PO Box 368006<br>San Juan PR 00936-8006 | manuel@rodriguezbanchs.com<br>rosasegui@yahoo.com<br><br>Email |
| Counsel to Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227 | Rodriguez Marxuach Law Offices, PSC | Attn: Miguel J. Rodriguez-Marxuach<br>PO Box 16636<br>San Juan PR 00908-6636 | mrm@rmlawpr.com<br><br>Email |
| Counsel to Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it | Ropes & Gray LLP | Attn: Douglas H. Hallward-Driemeier<br>2099 Pennsylvania Avenue, NW<br>Washington DC 20006-6807 | Douglas.Hallward-Driemeier@ropesgray.com<br><br>Email |
| Counsel to Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it | Ropes & Gray LLP | Attn: Keith H. Wofford, Daniel G. Egan<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | Keith.Wofford@ropesgray.com<br>Daniel.Egan@ropesgray.com<br><br>Email |
| Counsel to Fideicomiso Hernandez Castrodad | Rosendo E. Miranda López, Esq. | PO Box 192096<br>San Juan PR 00919-2096 | r.miranda@rmirandalex.net<br><br>Email |
| Counsel to Gila, LLC | RPP Law, PSC | Attn: Roberto L. Prats, Esq.<br>American Airlines Building<br>1509 López Landrón, Piso 10<br>San Juan PR 00911 | rprats@rpplaw.com<br><br>Email |
| Counsel to United Surety & Indemnity Company | Saldaña & Saldaña Egozcue, PSC | Attn: Héctor Saldaña-Egozcue, Esq. & Carlos Lugo-Fiol, Esq.<br>Popular Center - Suite 1420<br>208 Ponce de León Avenue<br>San Juan PR 00918-1050 | carlos.lugo@saldanalaw.com<br>hector.saldana@saldanalaw.com<br><br>Email |
| Counsel to Morgan Stanley & Co. LLC and Morgan Stanley Smith Barney LLC | Saldaña, Carvajal & Vélez Rivé, P.S.C. | Attn: Luis N. Saldaña-Román & Ángel E. Rotger-Sabat<br>166 Ave. de la Constitución<br>San Juan PR 00901 | lsaldana@scvrlaw.com<br>arotger@scvrlaw.com<br><br>Email |
| Counsel to Western Surety Company and Continental Casualty Company, Plaintiffs in Adversary Case No. 18-00065, and MapFre PRAICO Insurance Company | Saldaña, Carvajal & Vélez-Rivé, PSC | Attn: José A. Sánchez-Girona, Esq.<br>166 Avenida de la Constitución<br>San Juan PR 00901 | jsanchez@scvrlaw.com<br><br>Email |
| Counsel to Doral Financial Corporation | Salichs Pou & Associates, PSC | Attn: Juan C. Salichs<br>PO Box 195553<br>San Juan PR 00919-5533 | jsalichs@splawpr.com<br><br>Email |
| Counsel to Asociación de Jubilados de la Judicatura de Puerto Rico, Inc. | Sanabria Bauermeister Garcia & Berio | Attn: Jose R. Dávila-Acevedo, Arturo V. Bauermeister, Jaime L. Sanabria Montanez<br>Corporate Center – Ste. 202<br>33 Calle Resolución<br>San Juan PR 00920-2744 | avb@sbgblaw.com<br>avb@sbgblaw.com<br>jsanabria@sbgblaw.com<br>jdavila@sbgblaw.com<br><br>Email |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 20 of 25

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Filsinger Energy Partners, Inc., Attorneys for Edward D. Jones & Corp. and counsel for Puerto Rico AAA Portfolio Bond Fund II, Inc. Puerto Rico AAA Portfolio Bond Fund, Inc. Puerto Rico AAA Portfolio Target Maturity Fund, Inc. Puerto Rico Fixed Income Fund, Inc. Puerto Rico Fixed Income Fund II, Inc. Puerto Rico Fixed Income Fund III, Inc. Puerto Rico Fixed Income Fund IV, Inc. Puerto Rico Fixed Income Fund V, Inc. Puerto Rico GNMA & US Government Target Maturity Fund, Inc. Puerto Rico Mortgage-Backed & US Government Securities Fund, Inc. Tax-Free Puerto Rico Target Maturity Fund, Inc. Tax-Free Puerto Rico Fund, Inc. Tax-Free Puerto Rico Fund I, Inc. Puerto Rico Investors Bond Fund I, Inc. Puerto Rico Investors Tax-Free Fund, Inc. Puerto Rico Investors Tax-Free Fund II, Inc. Puerto Rico Investors Tax-Free Fund III, Inc. Puerto Rico Investors Tax-Free Fund IV, Inc. Puerto Rico Investors Tax-Free Fund V, Inc. Puerto Rico Investors Tax-Free Fund VI, Inc. UBS IRA Select Growth & Income in Adversary Proceeding 19-00367 | Sanchez Pirillo LLC | Attn: Gustavo Viviani-Meléndez, Janelle Reyes-Maisonet, José C. Sánchez-Castro, Alicia I. Lavergne-Ramírez 270 Muñoz Rivera Avenue Suite 1110 San Juan PR 00918 | gviviani@sanpir.com jreyes@sanpir.com jsanchez@sanpir.com alavergne@sanpir.com | Email |
| Counsel to Cooperativa de Ahorro Y Credito San Jose and Counsel to Cooperativa de Ahorro Y Credito de Barranquitas | Santi Law Office | Attn: Jose Angel Santini Bonilla PO Box 552 Aibonito PR 00705 | santilawoffice@yahoo.com | Email |
| Counsel to NeoMed Center, Inc. and Concilio de Salud Integral de Loiza, Inc. | Sarlaw LLC | Attn: Sergio A. Ramirez De Arellano Banco Popular Center, Suite 1022 209 Muñoz Rivera Avenue San Juan PR 00918-1009 | sramirez@sarlaw.com | Email |
| Counsel to Duff & Phelps LLC | Schulte Roth & Zabel LLC | Attn: Michael L. Cook 919 Third Avenue New York NY 10022 | michael.cook@srz.com | Email |
| Scotiabank de Puerto Rico | Scotiabank de Puerto Rico | GA 20 Calle Paseo del Parque Garden Hills Sur Guaynabo PR 00969 | Roy.purcell@scotiabank.com | Email |
| Scotiabank de Puerto Rico | Scotiabank de Puerto Rico | Scotiabank Plaza 290 Jesus T. Pinero Avenue, 8th Floor San Juan PR 00918 | Rgf@mcvpr.com Roy.purcell@scotiabank.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury 100 F Street, NE Washington DC 20549 | secbankruptcy@sec.gov NYRObankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department Brookfield Place 200 Vesey Street, Suite 400 New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Counsel to National Public Finance Guarantee Corporation | Seda & Perez Ochoa, PSC | Attn: Eric Perez Ochoa PO Box 70294 San Juan PR 00936-8294 | epo@amgprlaw.com | Email |
| Counsel to The Bank of New York Mellon, as trustee, Total Petroleum Puerto Rico Corp., Siemens Transportation Partnership Puerto Rico, S.E., and Siemens Corporation | Sepulvado & Maldonado, & Couret | Attn: Elaine Maldonado Matias, Aníbal J. Núñez González, Aurivette Deliz Delgado, & Albéniz Couret Fuentes 304 Ponce de Leon Avenue Suite 990 San Juan PR 00918-2029 | anunez@smlawpr.com emaldonado@smlawpr.com acouret@smlawpr.com adeliz@smlawpr.com jsantos@smlawpr.com | First Class Mail |
| Counsel to Siemens Transportation Partnership Puerto Rico, S.E. | Sepulvado Maldonado & Couret | Attn: Albéniz Couret Fuentes 304 Ponce de Leon Ave. Ste 990 San Juan PR 00918 | acouret@smlawpr.com jsantos@smlawpr.com | Email |
| Counsel to EcoEléctrica, L.P. | Shearman & Sterling LLP | Attn: Fredric Sosnick 599 Lexington Avenue New York NY 10022 | FSosnick@Shearman.com | Email |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger, collectively the Marrero Plaintiffs | Shindler, Anderson, Goplerud & Weese, P.C. | Attn: J. Barton Goplerud, Andrew Howie 5015 Grand Ridge Drive, Suite 100 West Des Moines IA 50265-5749 | goplerud@sagwlaw.com howie@sagwlaw.com | Email |
| Attorneys for AES Puerto Rico, L.P. | Sidley Austin LLP | Attn: Bojan Guzina, Blair M. Warner One South Dearborn Street Chicago IL 60603 | bguzina@sidley.com blair.warner@sidley.com | Email |
| Counsel to Sierra Club Puerto Rico, Inc. (Sierra Club PR) | Sierra Club Puerto Rico, Inc. | Attn: José Menéndez 1016 Avenida Ponce de León Río Piedras PR 00925 | jmenen6666@gmail.com | Email |
| Counsel to J.P. Morgan Securities, LLC | Simpson Thacher & Bartlett LLP | Attn: Jonathan K. Youngwood & David Elbaum 425 Lexington Avenue New York NY 10017 | jyoungwood@stblaw.com david.elbaum@stblaw.com | Email |
| Counsel to Sola Ltd, Ultra Master Ltd, Ultra NB LLC and Solus Opportunities Fund 5 LP | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Bryce L. Friedman, Nicholas Baker 425 Lexington Avenue New York NY 10017-3954 | squsba@stblaw.com bfriedman@stblaw.com nbaker@stblaw.com edward.linden@stblaw.com | First Class Mail and Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| | | | MARIAE.HERNANDEZ@prepa.com | |
| Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | Sistema de Retiro AEE | PO Box 13978<br>San Juan PR 00908-3978 | carmen.herrero@prepa.com | Email |
| Counsel to Vitol Inc. and Vitol S.A. | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Mark A. McDermott, Christine A. Okike, & Bram A. Strochlic<br>One Manhattan West<br>New York NY 10001 | mark.mcdermott@skadden.com<br>Christine.Okike@skadden.com<br>Bram.Strochlic@skadden.com | Email |
| Counsel to UBS Trust Company of Puerto Rico | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul J. Lockwood, Esq<br>One Rodney Square<br>920 N. King St.<br>Wilmington DE 19801 | Paul.lockwood@skadden.com | Email |
| Federal Agency | Small Business Administration (SBA) | Attn: Linda McMahon<br>409 3rd St., SW<br>Washington DC 20416 | | First Class Mail |
| HTA Creditor | Stanley J. Teich | 14 South Main Street<br>New City NY 10956 | stansoffice@aol.com | Email |
| Counsel to Autonomous Municipality of Ponce | Stradling Yocca Carlson & Rauth, PC | Attn: Paul R. Glassman<br>100 Wilshire Boulevard<br>Santa Monica CA 90401 | pglassman@sycr.com | First Class Mail and Email |
| Counsel to American Federation of State, County and Municipal Employees, Plaintiff in Adversary Proceedings 17-00242 & 17-00243, and Intervener in Adversary Proceeding 17-00250 | Stroock & Stroock & Lavan LLP | Attn: Curt C. Mechling & Sherry J. Millman<br>180 Maiden Lane<br>New York NY 10038 | cmechling@stroock.com<br>smillman@stroock.com | Email |
| Counsel to the Ad Hoc Group of Noteholders of FGIC-Insured Notes and American Federation of Teachers, AFL-CIO | Stroock & Stroock & Lavan, LLP | Attn: Curtis C. Mechling, Sherry Millman, Kristopher M. Hansen, Jonathan D. Canfield<br>180 Maiden Lane<br>New York NY 10038-4982 | cmechling@stroock.com<br>smillman@stroock.com<br>khansen@stroock.com<br>jcanfield@stroock.com | Email |
| Counsel to Tamrio, Inc. | Tamrio, Inc. | Attn: Eng. Claudio Torres Serrano<br>PO Box 455<br>Mayaguez PR 00681 | jlopez@constructorasantiago.com | Email |
| TEC General Contractors, Corp. | TEC General Contractors, Corp | Attn: Eng. Saul Toledo Mejias<br>Ave. Miramar, Bldg. 5, Suite 801<br>Paseo Caribe<br>San Juan PR 00901 | Saultoledo22@yahoo.com | Email |
| Members of Creditor's Committee | The American Federation of Teachers (AFT) | Attn: Mark Richard<br>555 New Jersey Ave., NW<br>11th Floor<br>Washington DC 20001 | | First Class Mail |
| Creditor and Party-in-Interest | The Bank of Nova Scotia | Attn: Luis Pablo Bautista<br>40 King St. W.<br>Toronto ON M5H1H1 Canada | luis.bautista@scotiabank.com | Email |
| Cantor-Katz Collateral Monitor LLC | The Collateral Monitor | Attn: Matthew Cantor<br>235 West 71st Street, Unit 3<br>New York NY 10023 | Mcantor4@mac.com | Email |
| Cantor-Katz Collateral Monitor LLC | The Collateral Monitor | Attn: Richard Katz<br>1915 Vallejo Street<br>San Francisco CA 94123 | rich.katz@torquepointllc.com | Email |
| Counsel to BEC Co, Inc. d/b/a Empacadora Hill Brothers | The Financial Attorneys, P.S.C. | Attn: Rafael Ferreira Cintron, Esq.<br>PMB 274<br>405 Esmeralda Avenue Suite 2<br>Guaynabo PR 00969 | rfc@thefinancialattorneys.com | Email |
| Counsel to Vitol S.A., Defendant in Adversary Proceeding 17-00221 | The Law Offices of Andres W. Lopez, P.S.C. | Attn: Andres W. Lopez<br>902 Fernandez Juncos Ave<br>San Juan PR 00907 | andres@awllaw.com | First Class Mail and Email |
| Counsel to Oppenheimer Funds, Franklin Funds, First Puerto Rico Family of Funds, the Ad Hoc Group of PREPA Bondholders, and Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it, and Invesco/Oppenheimer Funds | Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figuerosa-Torres, Nadya Pérez-Román, Jane Patricia Van Kirk<br>PO Box 195383<br>San Juan PR 00919-5383 | Mfb@tcmrslaw.com<br>Lft@tcmrslaw.com<br>nperez@tcmrslaw.com<br>jvankirk@tcmrslaw.com | Email |
| TransCore Atlantic, Inc. | TransCore Atlantic, Inc. | Attn: President or General Counsel<br>150 4th Ave North, Suite 1200<br>Nashville TN 37219 | Paula.Flowers@TransCore.com | Email |
| Counsel to the United States | U.S. Department of Justice, Civil Division | Attn: Jean Lin, Laura Hunt, and Rebecca M. Curti-Kohart<br>Federal Programs Branch<br>20 Massachusetts Ave., N.W.<br>Washington DC 20530 | Jean.lin@usdoj.gov<br>rebecca.cutri-kohart@usdoj.gov | Email |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 22 of 25

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to the United States | U.S. Department of Justice, Civil Division | Attn: Thomas G. Ward<br>950 Pennsylvania Ave., NW<br>Rm 3131<br>Washington DC 20530 | Thomas.g.ward@usdoj.gov | First Class Mail |
| Counsel for Luis J. Costas-Russell | Ubarri & Roman Law Office | Attn: David W. Roman<br>PO Box 79564<br>Carolina PR 00984-9564 | doman@ubarri-romanlaw.com | First Class Mail |
| Unión de Empleados de la Corporación del Fondo del Seguro del Estado | Unión de Empleados de la Corporación del Fondo del Seguro del Estado | Calle Encina 1550<br>Caparra Heights<br>San Juan PR 00920 | unionecfse@yahoo.com | Email |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | Unión de Médicos de la Corporación del Fondo del Seguro del Estado | Calle Pomarrosa G10, Valle Arriba Heights,<br>Carolina PR 00983 | migade19@hotmail.com<br>jaimeenriquecruzalvarez@gmail.com | Email |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | Unión de Médicos de la Corporación del Fondo del Seguro del Estado | PO Box 70344, CMM33<br>San Juan PR 00936-8344 | | First Class Mail |
| Members of Creditor's Committee | Unitech Engineering | Attn: Ramón Ortiz Carro<br>Urb Sabanera<br>40 Camino de la Cascada<br>Cidra PR 00739 | | First Class Mail |
| Counsel to the Government of the United States of America | United States Attorney for the Southern District of New York | Attn: Christopher Connolly<br>86 Chambers Street<br>New York NY 10007 | christopher.connolly@usdoj.gov | Email |
| Counsel to the Environmental Protection Agency | United States Department of Justice | Attn: Héctor Vélez Cruz, Associate Regional Counsel<br>Office of Regional Counsel, U.S. EPA Region 2<br>City View Plaza II, Suite 7000, #48 RD. 165 km 1.2<br>Guaynabo PR 00968-8069 | velez.hector@epa.gov | Email |
| Counsel to the Environmental Protection Agency | United States Department of Justice | Attn: Mark A. Gallagher<br>Environment and Natural Resources Division, Environmental Enforcement Section<br>PO Box 7611<br>Washington DC 20044-7611 | mark.gallagher@usdoj.gov | Email |
| Counsel to Universal Insurance Company, Eastern American Insurance Agency, and Universal Group, Inc. | Universal Insurance Company | Attn: Roberto Del Toro Morales<br>P.O. Box 11155<br>San Juan PR 00922-1155 | rtoro@universalpr.com | Email |
| Federal Agency | US Army Corps of Engineers | Attn: Todd T. Semonite<br>441 G St., NW<br>Washington DC 20548 | | First Class Mail |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodríguez-Vélez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan PR 00918 | | First Class Mail |
| Federal Agency | US Department of Agriculture | Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington DC 20250 | | First Class Mail |
| Federal Agency | US Department of Commerce | Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington DC 20230 | | First Class Mail |
| Federal Agency | US Department of Education (ED) | Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington DC 20202 | | First Class Mail |
| Federal Agency | US Department of Health and Services | Attn: Amanda Barlow<br>330 C St., SW<br>Washington DC 20201 | | First Class Mail |
| Counsel to the United States of America on behalf of its agencies the Internal Revenue Service and the Alcohol and Tobacco Tax and Trade Bureau | US Department of Justice | Attn: Ward W. Benson, Trial Attorney, Tax Division<br>Post Office Box 227<br>Ben Franklin Station<br>Washington D.C. 20044 | wardlow.w.benson@usdoj.gov | Email |
| Federal Agency | US Department of Justice (DOJ) | Attn: William Barr<br>950 Pennsylvania Ave., NW<br>Washington DC 20530 | | First Class Mail |
| Federal Agency | US Department of Labor (DOL) | Attn: Alexander R. Acosta<br>Office of the Solicitor, N-2700<br>Frances Perkins Building, 200 Constitution Ave<br>Washington DC 20210 | | First Class Mail |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 23 of 25

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Office of the United States Trustee for the District of Puerto Rico - Region 21 | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Maria D. Giannirakis, & Nancy J. Gargula<br>Edificio Ochoa<br>500 Tanca Street Suite 301<br>San Juan PR 00901-1922 | USTP.Region21@usdoj.gov | Email |
| Counsel to Cooperativa de Seguros Múltiples de Puerto Rico | Valdes Ortiz Law Offices, PA | Attn: Hector E. Valdes Ortiz<br>8461 Lake Worth Rd.<br>Suite 420<br>Lake Worth FL 33467 | hvaldes@v-olaw.com | Email |
| Counsel to creditors Carlos Pérez Molina, Ana Figueroa Colón and their Legal Partnership of Acquisitions | Valenzuela-Alvarado, LLC | Attn: José Enrico Valenzuela-Alvarado<br>MCS Plaza, 255 Ponce de León Avenue<br>Suite 825, Hato Rey<br>San Juan PR 00917-1942 | jeva@valenzuelalaw.net<br>jose.enrico.valenzuela1@gmail.com | Email |
| Attorney for Maria C. Figueroa Torres | Vanessa Hernández Rodríguez | Attn: Vanessa Hernández Rodríguez<br>Street Aurora 4140, Suite 1<br>Ponce PR 00717-1203 | hernandezrodriguez.v@gmail.com | Email |
| Counsel to Carlos J. Mendez Nunez, in his official capacity and on behalf of the House of Representatives of Puerto Rico, Plaintiff in Adversary Proceeding 18-00081 | Veronica Ferraiuoli Hornedo | PO Box 195384<br>San Juan PR 00919-5384 | vero@ferraiuoli.com | Email |
| Counsel to Carlos J. Mendez Nunez, in his official capacity and on behalf of the House of Representatives of Puerto Rico, Plaintiff in Adversary Proceeding 18-00081 | Victor Calderón Cestero | 137 Calle O Ramey<br>Aguadilla PR 00603 | victor@calderon-law.com | Email |
| Counsel to Learning Alliances, LLC | Vidal, Nieves & Bauzá, LLC | Attn: Roxana Cruz-Rivera, Esq.<br>B7 Tabonuco Street, Suite 1108<br>Guaynabo PR 00968 | rcruz@vnblegal.com | Email |
| Counsel to Arcos Dorados Puerto Rico LLC, Encanto Restaurants, Inc, Carnegie Learning, Inc. | Vilariño & Associates LLC | Attn: Javier Vilariño, Esq.<br>PO Box 9022515<br>San Juan PR 00902-2515 | jvilarino@vilarinolaw.com | Email |
| Counsel to Medical Card System, Inc., MCS Health Management Options, Inc., and MCS Advantage, Inc. | Viñas Law Office, LLC | Attn: Ramón L. Viñas Bueso<br>1225 Ave. Ponce de León<br>Suite 1503<br>San Juan PR 00907-3984 | ramonvinas@vinasllc.com | Email |
| Counsel to MCS Life Insurance Company | Viñas Law Office, LLC | Attn: Ramón L. Viñas Bueso<br>623 Ave. Ponce de León<br>Suite 1202B<br>San Juan PR 00917-4831 | ramonvinas@vinasllc.com | Email |
| Counsel to Scotiabank De Puerto Rico | Wachtell, Lipton, Rosen & Katz | Attn: Richard G. Mason, Esq., Amy R. Wolf, Esq., Emil A. Kleinhaus, Esq., Angela K. Herring, Esq.<br>51 West 52nd Street<br>New York NY 10019 | Rgmason@wlrk.com<br>Arwolf@wlrk.com<br>Eakleinhaus@wlrk.com<br>AKHerring@wlrk.com | Email |
| Counsel to National Public Finance Guarantee Corporation | Weil, Gotshal & Manges, LLP | Attn: Marcia L. Goldstein, Esq., Kelly DiBlasi, Robert Berezin, Todd Larson, Gabriel A. Morgan, Jonathan D. Polkes, & Gregory Silbert<br>767 Fifth Avenue<br>New York NY 10153-0119 | marcia.goldstein@weil.com<br>kelly.diblasi@weil.com<br>gabriel.morgan@weil.com<br>jonathan.polkes@weil.com<br>gregory.silbert@weil.com<br>robert.berezin@weil.com | Email |
| Counsel to Elias Sánchez-Sifonte, Attorneys for Defendants State Insurance Fund Corporation and Jesús M. Rodríguez Rosa. | Weinstein-Bacal, Miller & Vega, P.S.C. | Attn: Stuart A. Weinstein-Bacal, Peter W. Miller, & Javier A. Vega-Villalba<br>González-Padín Building - Penthouse<br>154 Rafael Cordero Street, Plaza de Armas<br>Old San Juan PR 00901 | swb@wbmvlaw.com<br>sawbacal@aol.com<br>pwm@wbmvlaw.com<br>prwolverine@gmail.com<br>jvv@wbmvlaw.com<br>javier.a.vega@gmail.com | Email |
| Counsel to Doral Financial Corporation and UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case, LLP | Attn: Glenn M. Kurtz, John K. Cunningham, Brian D. Pfeiffer, Esq. & Michele J. Meises, Esq.<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | gkurtz@whitecase.com<br>jcunningham@whitecase.com<br>brian.pfeiffer@whitecase.com<br>michele.meises@whitecase.com | Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case, LLP | Attn: John K. Cunningham, Jason N. Zakia, Fernando de la Hoz, Cheryl Tedeschi Sloane, & Jesse Green<br>Southeast Financial Center<br>200 South Biscayne Blvd Ste 4900<br>Miami FL 33131-2352 | jzakia@whitecase.com<br>jcunningham@whitecase.com<br>fdelahoz@whitecase.com<br>csloane@whitecase.com<br>jgreen@whitecase.com | Email |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 24 of 25

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Union de Empleados de la Corporacion del Fondo del Seguro del Estado, Asociacion de Empleados Gerenciales del Fondo del Seguro del Estado Corp., Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp., and and Hermandad de Empleados del Fondo del Seguro del Estado, Inc , et al. Plaintiff in Adversary Proceeding 18-00091 | Wilbert Lopez Moreno & Asociados | Attn: Wilbert Lopez Moreno 1272 Ave. Jesus T. Pinero San Juan PR 00921 | wilbert_lopez@yahoo.com | Email |
| Counsel to Softek, Inc. and Insight Management Group, Inc., | William M. Vidal-Carvajal Law Office, P.S.C. | Attn: William M. Vidal-Carvajal, Esq. MCS Plaza, Ponce de Leon Avenue Suite 801 San Juan PR 00917 | william.m.vidal@gmail.com | Email |
| Counsel to Comité Diálogo Ambiental, Inc., El Puente de Williamsburg, Inc.-Enlace Latino de Acción Climática, Comité Yabucoeño Pro-Calidad de Vida, Inc. (YUCAE), Alianza Comunitaria Ambientalista del Sureste, Inc., Sierra Club Puerto Rico, Inc., Mayagüezanos por la Salud y el Ambiente, Inc., Coalición de Organizaciones Anti Incineración, Inc. and Amigos del Río Guaynabo, Inc. | William Santiago-Sastre | P.O. Box 1801 Sabana Seca PR 00952-1801 | wssbankruptcy@gmail.com | Email |
| Interested Party | William Santiago-Sastre, Esq. | Attn: William Santiago-Sastre, Esq. USDCPR 201106 PO Box 1801 Sabana Seca PR 00952-1801 | wssbankruptcy@gmail.com | Email |
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Willkie Farr & Gallagher LLP | Attn: Mark T. Stancil 1875 K Street, N.W. Washington DC 20006-1238 | mstancil@willkie.com | Email |
| Co-Counsel to Bank of America, N.A., Co-Counsel to Merrill Lynch, Pierce, Fenner & Smith Inc. and Merrill Lynch Capital Services, Inc. | Winston & Strawn LLP | Attn: Carrie V. Hardman 200 Park Avenue New York NY 10166 | chardman@winston.com | Email |
| Co-Counsel to Merrill Lynch, Pierce, Fenner & Smith Inc. and Merrill Lynch Capital Services, Inc. | Winston & Strawn LLP | Attn: Joseph L. Motto 35 W. Wacker Drive Chicago IL 60601 | jmotto@winston.com | Email |
| Counsel to KDC Solar, LLC | Wollmuth Maher & Deutsch LLP | Attn: James Lawlor, Esq. 200 Madison Ave Morristown NJ 07960 | JLawlor@wmd-law.com | Email |
| Counsel to Popular, Inc., Popular Securities, LLC and Banco Popular de Puerto Rico | Young Conaway Stargatt & Taylor, LLP | Attn: James L. Patton, Robert S. Brady, Michael S. Neiburg Rodney Square 1000 North King Street Wilmington DE 19801 | jpatton@ycst.com rbrady@ycst.com mneiburg@ycst.com | Email |

**<u>Exhibit B</u>**

Exhibit B

78th Omnibus Notice Service List

Served via first class mail

| MML ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|--------|------|-----------|-----------|------|-------|-------------|---------|
| 1558015 | Colon Gonzalez, Maricely | Address on File | | | | | |
| 1678509 | CRUZ AVILES, NILDA E | Address on File | | | | | |

**Exhibit C**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**NOTICE OF HEARING AS TO CERTAIN CLAIMS SUBJECT TO THE SEVENTY-EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

      **PLEASE TAKE NOTICE THAT**, on October 24, 2019, the Commonwealth of Puerto Rico (the "Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," collectively with the Commonwealth and HTA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Commonwealth and ERS pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] filed the *Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* (the "Omnibus Objection") with the United States District Court for the District of Puerto Rico (the "Court").[2]

      **PLEASE TAKE FURTHER NOTICE THAT**, on October 6, 2020, the Debtors filed the *Notice of Presentment of Proposed Order (A) Granting in Part the Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary*

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

1

*Demands, Employment or Services Provided, (B) Approving Form of Notice, and (C) Granting Related Relief* (the "Notice of Presentment") with the Court.

**PLEASE TAKE FURTHER NOTICE THAT** if your claim(s) is/are listed on **Exhibit A** to the Notice of Presentment, a hearing will be held on your claim(s) on **October 29, 2020 at 9:30AM (Atlantic Time)** (the "October Satellite Hearing"). You may participate in the hearing by going to the Prime Clerk collection center located at **Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918** (the "Satellite Site"). You should complete and return the claimant response form (the "Response Form"), attached to this Notice of Hearing as Attachment 1, to indicate whether you intend to attend the October Satellite Hearing.

---

### KEY POINTS

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON EXHIBIT A TO THE NOTICE OF PRESENTMENT.**

- If your claim(s) is/are listed on Exhibit A to the Notice of Presentment, a hearing regarding your claim(s) against the Commonwealth, HTA, or ERS has been scheduled for October 29, 2020 at 9:30 a.m. (Atlantic Time). To indicate whether you intend to attend the October Satellite Hearing, please complete and return the Response Form attached to this Notice of Hearing as Attachment 1.

- If your claim(s) is/are listed on Exhibit B to the Notice of Presentment, your claim(s) will be transferred into either the alternative dispute resolution or the administrative claims reconciliation process, and you DO NOT need to appear at the October Satellite Hearing.

- Copies of the Notice of Presentment, the Omnibus Objection, and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.

- **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

---

**October Satellite Hearing on the Omnibus Objection**. If your claim is listed on **Exhibit A** to the Notice of Presentment, a hearing will be held on the Omnibus Objection as to your claim at **9:30 a.m. (Atlantic Time) on October 29, 2020,** before The Honorable Laura Taylor Swain of the United States District Court for the District of Puerto Rico. **You may appear and speak at the hearing from the Prime Clerk collection center located at Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918**.

If your claim is listed on **Exhibit B** to the Notice of Presentment, your claim will be transferred into either the alternative dispute resolution procedure or the administrative claims reconciliation process. If your claim is listed on Exhibit B, **YOU DO NOT NEED TO APPEAR AT THE OCTOBER SATELLITE HEARING**.

**Availability of Interpretation Services at October Satellite Hearing**.  For any claimant that may require Spanish-language interpretation services, the Debtors will provide a certified Spanish-language interpreter at the Satellite Site.  Each claimant is also free to bring to the hearing, at his or her own expense, a certified Spanish-English interpreter if such claimant does not wish to utilize the services of the interpreter provided by the Debtors.

**Response Forms to Be Submitted Prior to the October Satellite Hearing**.  To assist in preparing for and managing traffic flow at the Satellite Site, any party whose claim is listed on **Exhibit A** to the Notice of Presentment should submit the Response Form.  The Response Form will provide the Debtors and the Court staff important information regarding which claimants intend to appear at the Satellite Hearing, whether claimants intend to bring their own interpreters to the Satellite Hearing or to rely on the interpreter provided by the Debtors, and whether claimants intend to submit additional supporting documentation in connection with their claim at the Satellite Hearing.

Response Forms should be submitted to Prime Clerk by **4:00 p.m. (Atlantic Time)** on **October 22, 2020**.  You may submit your Response Form to Prime Clerk by email and/or mail.

**Email**:  puertoricoinfo@primeclerk.com
**Mailing Address**:  Commonwealth of Puerto Rico Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue
Suite 412
Brooklyn, NY 11232.

**Additional Documentation in Support of Your Claim(s)**.  If you wish to present any additional documentation in support of your claim at the October Satellite Hearing, you **must** submit that documentation with your Response Form.

**Safety Procedures at the Satellite Site**.  A maximum of eight people, including staff, claimants, claimants' attorneys, and interpreters, will be allowed inside the Satellite Site at any given time.  One Prime Clerk staff member will be present inside the Satellite Site to assist in managing traffic flow inside the Satellite Site.  Additional Prime Clerk personnel will be available at the facility to assist claimants outside the premises, in the lobby, or in the hallways, as necessary, but to reduce congestion and prevent the spread of disease within close quarters, will not be physically present within the Satellite Site.

## Face masks are mandatory while inside the Satellite Site.

The Satellite Site contains three rooms, each of which may contain a claimant, along with their attorney and either the Debtors' or the claimant's interpreter.  The Prime Clerk staff member onsite will assist with directing you to one of the three rooms when it is your turn to speak.

Each of the three rooms inside the Satellite Site will be equipped with a conference phone with speaker phone capabilities.  The conference phones will be dialed in to the main court hearing line.  Claimants will not need to touch this conference phone in order to speak and be

3

heard.  The Prime Clerk staff member will assist.  All frequently touched surfaces, such as tables or chair arms, will be sanitized in between use.

If you have any questions about this Notice of Hearing, about the October Satellite Hearing, or about the Response Form, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

---

**Additional Resources and Who to Contact with Questions**

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico.  This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the Notice of Presentment, the status of your response, your claim, this notice, or your Response Form, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available).  Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

---

**Attachment 1**
**Claimant Response Form for October Satellite Hearing**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

**RESPONSE FORM FOR CLAIMS TO BE HEARD**
**AT THE OCTOBER 29, 2020 SATELLITE HEARING**

Claim Number(s): _____

Claimant(s): _____

Attorney Name (if applicable): _____

Best Contact Information for Claimant:

Address: _____

Telephone Number: _____

Email Address: _____

*[Additional pages follow]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Please respond to the following questions by answering
-Yes *or* No -
on the line next to the question.**

I.    Attendance

_____   I will attend the October Satellite Hearing.

_____   I will not attend the October Satellite Hearing.

II.    Interpreter Services

_____   I do not need an interpreter.

_____  I do need an interpreter, and I intend to use the interpreter provided by the Debtors.

_____  I do need an interpreter, but I intend to bring my own certified Spanish-English
interpreter.

III.    Documents and Information

_____   I have attached additional documentation in support of my claim(s) to this Response
Form.

_____   I do not have any additional documentation that I intend to use in support of my
claim(s) at the October Satellite Hearing beyond what I previously included with my
claim(s) and what I filed with my response to the Omnibus Objection.

[Signature of the Claimant or the Claimant's Authorized Representative]

By: _____

[Printed Name]

3

## **Anexo E**

**Notificación**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: | PROMESA<br>Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante del | (Administrado Conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*., | **La presente radicación guarda relación con el ELA, la ACT y el SRE.** |
| Deudores. | |

**NOTIFICACIÓN DE VISTA SOBRE DETERMINADAS RECLAMACIONES
RELATIVAS A LA SEPTUAGÉSIMA OCTAVA OBJECIÓN GLOBAL (NO
SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA
AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL
SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE
ASOCIADO DE PUERTO RICO A RECLAMACIONES DEFICIENTES EN LAS QUE
SE ALEGAN INTERESES SOBRE LA BASE DE LAS EXIGENCIAS SALARIALES,
LABORALES O SERVICIOS PRESTADOS**

  **SEPA POR LA PRESENTE QUE** el 24 de octubre de 2019, el Estado Libre Asociado de Puerto Rico (el "ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE", y junto con el ELA y la ACT, los "Deudores"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA y del SRE conforme a la sección 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[1] radicaron la *Septuagésima octava objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se alegan intereses sobre la base de exigencias salariales, laborales o servicios prestados* (la "Objeción Global") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal").[2]

  **SEPA, ADEMÁS, QUE** el 6 de octubre de 2020, los Deudores radicaron la *Notificación de Presentación de una orden propuesta que A) conceda en parte la Septuagésima octava*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción Global.

*objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de
Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del
Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones deficientes en las que se
alegan intereses sobre la base de las exigencias salariales, laborales o servicios prestados, B)
apruebe el formulario de notificación y C) conceda el remedio relacionado* (la "Notificación de
Presentación") ante el Tribunal.

   **ASIMISMO, SEPA QUE** si su(s) reclamación(es) aparece(n) en el **Anexo A** de la
Notificación de Presentación, se celebrará una vista sobre su(s) reclamación(es) el **29 de octubre
de 2020, a las 9:30 a.m. (Hora del Atlántico)** (la "Vista Satélite de Octubre").  Usted puede
participar en la vista yendo al centro de entregas (*collection center*) del Prime Clerk ubicado en
**Citi Towers, 250 Ave. Ponce de León, Oficina 503, Hato Rey, San Juan, PR 00918** (la
"Ubicación Satélite"). Debe cumplimentar y devolver el formulario de réplica del reclamante (el
"Formulario de Réplica"), adjunto a la presente Notificación de Vista como Documento Adjunto
1, para indicar su intención de asistir a la Vista Satélite de Octubre.

---

### PRINCIPALES CONSIDERACIONES

- **COMPRUEBE SI SU(S) RECLAMACIÓN(ES) APARECE(N) EN EL LISTADO
DEL ANEXO A DE LA NOTIFICACIÓN DE PRESENTACIÓN.**

- Si su(s) reclamación(es) aparece(n) en el Anexo A de la Notificación de Presentación,
se programó una vista sobre su(s) reclamación(es) contra el ELA, la ACT o el
SRE que se celebrará el 29 de octubre de 2020, a las 9:30 a.m. (Hora del Atlántico).
Para indicar si tiene intenciones de asistir a la Vista Satélite de Octubre, cumplimente y
devuelva el Formulario de Réplica adjunto a la presente Notificación de Vista como
Documento Adjunto 1.

- Si su(s) reclamación(es) aparece(n) en el Anexo B de la Notificación de Presentación,
estas será(n) trasladada(s) al proceso de resolución alternativa de controversias o al de
reconciliación de reclamaciones administrativas, por lo que usted NO tendrá que
comparecer durante la Vista Satélite de Octubre.

- Copias de la Notificación de Presentación, de la Objeción Global y de todos los
escritos radicados en el marco de los Casos de Título III, están disponibles, de manera
gratuita, en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844)
822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944
(para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 7:00 p.m.
(**Hora del Atlántico**) (hablamos español).**

---

   **Vista Satélite de Octubre sobre la Objeción Global**. Si su reclamación aparece en el
**Anexo A** de la Notificación de Presentación, se celebrará una vista sobre la Objeción Global
relativa a su reclamación a las **9:30 a.m. (Hora del Atlántico) del 29 de octubre de 2020** ante la

Honorable Laura Taylor Swain en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. **Usted puede aparecer y hablar en la vista desde el centro de entregas (*collection center*) de Prime Clerk ubicado en Citi Towers, 250 Ave. Ponce de León, Oficina 503, Hato Rey, San Juan, PR 00918**.

Si su reclamación aparece en el **Anexo B** de la Notificación de Presentación, esta será trasladada al proceso de resolución alternativa de controversias o al de reconciliación de reclamaciones administrativas. Si su reclamación aparece en el Anexo B, **USTED NO TENDRÁ QUE COMPARECER DURANTE LA VISTA SATÉLITE DE OCTUBRE**.

**Disponibilidad de servicios de interpretación durante la Vista Satélite de Octubre**. Si algún reclamante necesita servicios de interpretación al español, los Deudores proporcionarán los servicios de interpretación al español en la Ubicación Satélite. Cada reclamante también está en libertad de traer un intérprete certificado de inglés-español, pagado por dicho reclamante, si no desea hacer uso de los servicios de interpretación proporcionados por los Deudores.

**Formularios de Réplica que han de radicarse antes de la Vista Satélite de Octubre**. Para ayudar con el proceso de preparación y gestión del flujo de personas en la Ubicación Satélite, todas las partes cuya reclamación aparezca en el **Anexo A** de la Notificación de Presentación deberán radicar el Formulario de Réplica. El Formulario de Réplica brindará a los Deudores y al personal del Tribunal información importante sobre cuáles reclamantes tiene la intención de comparecer durante la Vista Satélite, si los reclamantes piensan traer sus propios intérpretes a la Ubicación Satélite o si harán uso de los servicios prestados por los/las intérpretes que los Deudores proporcionen, y si los reclamantes piensan radicar documentación justificativa adicional en relación con su reclamación durante la Vista Satélite.

Los Formularios de Réplica deberán enviarse a Prime Clerk antes de las **4:00 p.m. (Hora del Atlántico)** del **22 de octubre de 2020**. Podrá presentar sus Formularios de Réplica a Prime Clerk por correo electrónico y/o correo postal.

**Correo Electrónico**: puertoricoinfo@primeclerk.com
**Correo Postal**:      Commonwealth of Puerto Rico Claims Processing Center
                        c/o Prime Clerk LLC
                        850 Third Avenue
                        Suite 412
                        Brooklyn, NY 11232.

**Documentación adicional en apoyo de su(s) reclamación(es)**. Si desea radicar cualquier documentación adicional en apoyo de su reclamación durante la Vista Satélite de Octubre, **deberá** radicar dicha documentación con su Formulario de Réplica.

**Procedimientos de seguridad en la Ubicación Satélite**. Se permitirá, en todo momento, la presencia de un máximo de ocho personas, incluido el personal, los reclamantes, los abogados de los reclamantes y los intérpretes, en el interior de la Ubicación Satélite. Un miembro del personal de Prime Clerk estará presente en el interior de la Ubicación Satélite para ayudar con el movimiento de personas en el interior de dicha ubicación. Habrá personal adicional de Prime Clerk en las instalaciones para ayudar a los reclamantes en el exterior de los predios, en el

3

recibidor o en los pasillos, según sea necesario, aunque para reducir congestiones y evitar la propagación de enfermedades por aglomeraciones, dicho personal no estará físicamente presente en el interior de la Ubicación Satélite.

## El uso de las mascarillas es obligatorio en el interior de la Ubicación Satélite.

La Ubicación Satélite cuenta con tres salas, dentro de las cuales podrá estar un reclamante junto con sus abogados y el intérprete proporcionado por los Deudores o el del reclamante. El integrante del personal de Prime Clerk presente le estará dirigiendo hacia una de las tres salas cuando sea su turno para hablar.

Cada una de las tres salas en el interior de la Ubicación Satélite estará equipada con un teléfono para conferencias con parlantes. Estos teléfonos se conectarán con la línea principal de la vista del tribunal. Los reclamantes no tendrán que tocar dichos teléfonos para poder hablar y que se les escuche. El personal de Prime Clerk les estará asistiendo. Todas las superficies que se toquen con frecuencia (por ejemplo, las mesas o los brazos de las sillas) se desinfectarán luego de cada uso.

Si tiene alguna pregunta sobre la presente Notificación de Vista, sobre la Vista Satélite de Octubre o sobre el Formulario de Réplica, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

---

**Recursos adicionales y con quién comunicarse en caso de que tenga preguntas**

Todos los documentos radicados en el marco de los Casos de Título III, incluyendo copias de las reclamaciones radicadas utilizando CM/ECF, se encuentran disponibles en línea de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Notificación de Presentación, el estado de su réplica, su reclamación, la presente notificación o su Formulario de Réplica, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 7:00 p.m. (**Hora del Atlántico**) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

---

**Documento Adjunto 1**
**Formulario de Réplica del Reclamante relativo a la Vista Satélite de Octubre**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: | PROMESA<br>Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante del | (Administrado Conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, | |
| Deudores.[1] | |

**FORMULARIO DE RÉPLICA RELATIVO A LAS RECLAMACIONES QUE SE
ATENDERÁN DURANTE LA VISTA SATÉLITE DEL 29 DE OCTUBRE DE 2020**

Número(s) de reclamación: _____

Reclamante(s): _____

Nombre del abogado (en su caso): _____

Información de contacto más adecuada del Reclamante:

Dirección: _____

Número de teléfono: _____

Dirección de correo electrónico: _____

*[Siguen páginas adicionales]*

---

[1] Los Deudores en estos Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación federal de contribuyente de cada Deudor, en su caso, son: i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5532-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

**Responda a las siguientes preguntas contestando
-Sí *o* No -
utilizando la línea al lado de la propia pregunta**.

IV.    Asistencia

\_\_\_\_\_    Asistiré a la Vista Satélite de Octubre.

\_\_\_\_\_    No asistiré a la Vista Satélite de Octubre.

V.    Servicios de interpretación

\_\_\_\_\_    No necesito intérprete.

\_\_\_\_\_    Necesito intérprete y deseo hacer uso del/de la intérprete proporcionado/a por los
Deudores.

\_\_\_\_\_    Necesito intérprete, pero deseo traer a mi propio/a intérprete certificado a/ de español e
inglés.

VI.    Documentos e información

\_\_\_\_\_    He adjuntado al presente Formulario de Réplica documentación adicional en apoyo de
mi(s) reclamación(es)

\_\_\_\_\_    No tengo documentación adicional que desee utilizar en apoyo de mi(s)
reclamación(es) durante la Vista Satélite de Octubre más allá de la que ya haya
adjuntado a mi(s) reclamación(es) y la que haya radicado con mi réplica a la Objeción
Global.

[Firma del Reclamante o del representante autorizado del Reclamante]

Por: _____
[Nombre en letra de molde]

3

**<u>Exhibit D</u>**

Exhibit D

79th Omnibus Notice Service List

Served via first class mail

| MML ID | Name | Address1 | Address2 | City | State | Postal Code | Country |
|--------|------|----------|----------|------|-------|-------------|---------|
| 1726651 | Cuevas, Teobaldo | Address on File | | | | | |
| 1686059 | FIGUEROA PAGAN, MARCEL M | Address on File | | | | | |
| 1458357 | Fundacion Sila M. Calderon | Address on File | | | | | |
| 1656856 | HERNANDEZ ALMODOVAR, MARYSOL | Address on File | | | | | |

**<u>Exhibit E</u>**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**NOTICE OF HEARING AS TO CERTAIN CLAIMS SUBJECT TO THE SEVENTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

**PLEASE TAKE NOTICE THAT**, on October 24, 2019, the Commonwealth of Puerto Rico (the "Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," collectively with the Commonwealth and HTA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Commonwealth and ERS pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] filed the *Seventy-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* (the "Omnibus Objection") with the United States District Court for the District of Puerto Rico (the "Court").[2]

**PLEASE TAKE FURTHER NOTICE THAT**, on October 6, 2020, the Debtors filed the *Notice of Presentment of Proposed Order (A) Granting in Part the Seventy-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary*

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

1

*Demands, Employment or Services Provided, (B) Approving Form of Notice, and (C) Granting Related Relief* (the "<u>Notice of Presentment</u>") with the Court.

**PLEASE TAKE FURTHER NOTICE THAT** if your claim(s) is/are listed on **<u>Exhibit A</u>** to the Notice of Presentment, a hearing will be held on your claim(s) on **October 29, 2020 at 9:30AM (Atlantic Time)** (the "<u>October Satellite Hearing</u>"). You may participate in the hearing by going to the Prime Clerk collection center located at **Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918** (the "<u>Satellite Site</u>"). You should complete and return the claimant response form (the "<u>Response Form</u>"), attached to this Notice of Hearing as Attachment 1, to indicate whether you intend to attend the October Satellite Hearing.

---

### <u>KEY POINTS</u>

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON <u>EXHIBIT A</u> TO THE NOTICE OF PRESENTMENT.**

- If your claim(s) is/are listed on <u>Exhibit A</u> to the Notice of Presentment, a hearing regarding your claim(s) against the Commonwealth, HTA, or ERS has been scheduled for October 29, 2020 at 9:30 a.m. (Atlantic Time). To indicate whether you intend to attend the October Satellite Hearing, please complete and return the Response Form attached to this Notice of Hearing as Attachment 1.

- If your claim(s) is/are listed on <u>Exhibit B</u> to the Notice of Presentment, your claim(s) will be transferred into either the alternative dispute resolution or the administrative claims reconciliation process, and you DO NOT need to appear at the October Satellite Hearing.

- Copies of the Notice of Presentment, the Omnibus Objection, and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.

- **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

---

**<u>October Satellite Hearing on the Omnibus Objection</u>**. If your claim is listed on **<u>Exhibit A</u>** to the Notice of Presentment, a hearing will be held on the Omnibus Objection as to your claim at **9:30 a.m. (Atlantic Time) on October 29, 2020,** before The Honorable Laura Taylor Swain of the United States District Court for the District of Puerto Rico. **You may appear and speak at the hearing from the Prime Clerk collection center located at Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918**.

If your claim is listed on **<u>Exhibit B</u>** to the Notice of Presentment, your claim will be transferred into either the alternative dispute resolution procedure or the administrative claims reconciliation process. If your claim is listed on Exhibit B, **<u>YOU DO NOT NEED TO APPEAR AT THE OCTOBER SATELLITE HEARING</u>**.

**Availability of Interpretation Services at October Satellite Hearing**.  For any claimant that may require Spanish-language interpretation services, the Debtors will provide a certified Spanish-language interpreter at the Satellite Site.  Each claimant is also free to bring to the hearing, at his or her own expense, a certified Spanish-English interpreter if such claimant does not wish to utilize the services of the interpreter provided by the Debtors.

**Response Forms to Be Submitted Prior to the October Satellite Hearing**.  To assist in preparing for and managing traffic flow at the Satellite Site, any party whose claim is listed on **Exhibit A** to the Notice of Presentment should submit the Response Form.  The Response Form will provide the Debtors and the Court staff important information regarding which claimants intend to appear at the Satellite Hearing, whether claimants intend to bring their own interpreters to the Satellite Hearing or to rely on the interpreter provided by the Debtors, and whether claimants intend to submit additional supporting documentation in connection with their claim at the Satellite Hearing.

Response Forms should be submitted to Prime Clerk by **4:00 p.m. (Atlantic Time)** on **October 22, 2020**.  You may submit your Response Form to Prime Clerk by email and/or mail.

**Email**:  puertoricoinfo@primeclerk.com
**Mailing Address**:  Commonwealth of Puerto Rico Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue
Suite 412
Brooklyn, NY 11232.

**Additional Documentation in Support of Your Claim(s)**.  If you wish to present any additional documentation in support of your claim at the October Satellite Hearing, you **must** submit that documentation with your Response Form.

**Safety Procedures at the Satellite Site**.  A maximum of eight people, including staff, claimants, claimants' attorneys, and interpreters, will be allowed inside the Satellite Site at any given time.  One Prime Clerk staff member will be present inside the Satellite Site to assist in managing traffic flow inside the Satellite Site.  Additional Prime Clerk personnel will be available at the facility to assist claimants outside the premises, in the lobby, or in the hallways, as necessary, but to reduce congestion and prevent the spread of disease within close quarters, will not be physically present within the Satellite Site.

## Face masks are mandatory while inside the Satellite Site.

The Satellite Site contains three rooms, each of which may contain a claimant, along with their attorney and either the Debtors' or the claimant's interpreter.  The Prime Clerk staff member onsite will assist with directing you to one of the three rooms when it is your turn to speak.

Each of the three rooms inside the Satellite Site will be equipped with a conference phone with speaker phone capabilities.  The conference phones will be dialed in to the main court hearing line.  Claimants will not need to touch this conference phone in order to speak and be

3

heard.  The Prime Clerk staff member will assist.  All frequently touched surfaces, such as tables or chair arms, will be sanitized in between use.

If you have any questions about this Notice of Hearing, about the October Satellite Hearing, or about the Response Form, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

---

**Additional Resources and Who to Contact with Questions**

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico.  This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the Notice of Presentment, the status of your response, your claim, this notice, or your Response Form, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available).  Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

---

**Attachment 1**
**Claimant Response Form for October Satellite Hearing**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

## RESPONSE FORM FOR CLAIMS TO BE HEARD
## AT THE OCTOBER 29, 2020 SATELLITE HEARING

Claim Number(s): _____

Claimant(s): _____

Attorney Name (if applicable): _____

Best Contact Information for Claimant:

Address: _____

Telephone Number: _____

Email Address: _____

*[Additional pages follow]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Please respond to the following questions by answering
-Yes *or* No -
on the line next to the question.**

I.     Attendance

\_\_\_\_\_   I will attend the October Satellite Hearing.

\_\_\_\_\_   I will not attend the October Satellite Hearing.

II.    Interpreter Services

\_\_\_\_\_   I do not need an interpreter.

\_\_\_\_\_   I do need an interpreter, and I intend to use the interpreter provided by the Debtors.

\_\_\_\_\_   I do need an interpreter, but I intend to bring my own certified Spanish-English
interpreter.

III.   Documents and Information

\_\_\_\_\_   I have attached additional documentation in support of my claim(s) to this Response
        Form.

\_\_\_\_\_   I do not have any additional documentation that I intend to use in support of my
        claim(s) at the October Satellite Hearing beyond what I previously included with my
        claim(s) and what I filed with my response to the Omnibus Objection.

[Signature of the Claimant or the Claimant's Authorized Representative]

By: _____
                                    [Printed Name]

3

## **<u>Anexo E</u>**

**Notificación**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

|  |  |
|---|---|
| *In re*: | PROMESA<br>Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante del | (Administrado Conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*., | **La presente radicación guarda relación con el ELA, la ACT y el SRE.** |
| Deudores. | |

**NOTIFICACIÓN DE VISTA SOBRE DETERMINADAS RECLAMACIONES
RELATIVAS A LA SEPTUAGÉSIMA NOVENA OBJECIÓN GLOBAL (NO
SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA
AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL
SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE
ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE
ALEGAN INTERESES SOBRE LA BASE DE LAS EXIGENCIAS SALARIALES,
LABORALES O POR SERVICIOS PRESTADOS**

       **SEPA POR LA PRESENTE QUE** el 24 de octubre de 2019, el Estado Libre Asociado de Puerto Rico (el "ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE", y junto con el ELA y la ACT, los "Deudores"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA y del SRE conforme a la sección 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[1] radicaron la *Septuagésima novena objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en los que se alegan intereses sobre la base de las exigencias salariales, laborales o por servicios prestados*(la "Objeción Global") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal").[2]

       **SEPA, ADEMÁS, QUE** el 6 de octubre de 2020, los Deudores radicaron la *Notificación de Presentación de una orden propuesta que A) conceda en parte la Septuagésima novena*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción Global.

*objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de
Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del
Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en los que se alegan
intereses sobre la base de las exigencias salariales, laborales o por servicios prestados, B)
apruebe formulario de notificación y C) conceda el remedio relacionado* (la "Notificación de
Presentación") ante el Tribunal.

**ASIMISMO, SEPA QUE** si su(s) reclamación(es) aparece(n) en el **Anexo A** de la
Notificación de Presentación, se celebrará una vista sobre su(s) reclamación(es) el **29 de octubre
de 2020, a las 9:30 a.m. (Hora del Atlántico)** (la "Vista Satélite de Octubre").  Usted puede
participar en la vista yendo al centro de entregas (*collection center*) del Prime Clerk ubicado en
**Citi Towers, 250 Ave. Ponce de León, Oficina 503, Hato Rey, San Juan, PR 00918** (la
"Ubicación Satélite"). Debe cumplimentar y devolver el formulario de réplica del reclamante (el
"Formulario de Réplica"), adjunto a la presente Notificación de Vista como Documento Adjunto
1, para indicar su intención de asistir a la Vista Satélite de Octubre.

---

### PRINCIPALES CONSIDERACIONES

- **COMPRUEBE SI SU(S) RECLAMACIÓN(ES) APARECE(N) EN EL LISTADO
  DEL ANEXO A DE LA NOTIFICACIÓN DE PRESENTACIÓN.**

- Si su(s) reclamación(es) aparece(n) en el Anexo A de la Notificación de Presentación,
  se ha programado una vista sobre su(s) reclamación(es) contra el ELA, la ACT o el
  SRE que se celebrará el 29 de octubre de 2020, a las 9:30 a.m. (Hora del Atlántico).
  Para indicar si tiene intenciones de asistir a la Vista Satélite de Octubre, cumplimente y
  devuelva el Formulario de Réplica adjunto a la presente Notificación de Vista como
  Documento Adjunto 1.

- Si su(s) reclamación(es) aparece(n) en el Anexo B de la Notificación de Presentación,
  estas será(n) trasladada(s) al proceso de resolución alternativa de controversias o al de
  reconciliación de reclamaciones administrativas, por lo que usted NO tendrá que
  comparecer durante la Vista Satélite de Octubre.

- Copias de la Notificación de Presentación, de la Objeción Global y de todos los
  escritos radicados en el marco de los Casos de Título III, están disponibles, de manera
  gratuita, en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844)
  822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944
  (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 7:00 p.m.
  (**Hora del Atlántico**) (hablamos español).**

---

**Vista Satélite de Octubre sobre la Objeción Global**. Si su reclamación aparece en el
**Anexo A** de la Notificación de Presentación, se celebrará una vista sobre la Objeción Global
relativa a su reclamación a las **9:30 a.m. (Hora del Atlántico) del 29 de octubre de 2020** ante la

Honorable Laura Taylor Swain en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. **Usted puede aparecer y hablar en la vista desde el centro de entregas (*collection center*) de Prime Clerk ubicado en Citi Towers, 250 Ave. Ponce de León, Oficina 503, Hato Rey, San Juan, PR 00918**.

Si su reclamación aparece en el **Anexo B** de la Notificación de Presentación, esta será trasladada al proceso de resolución alternativa de controversias o al de reconciliación de reclamaciones administrativas. Si su reclamación aparece en el Anexo B, **USTED NO TENDRÁ QUE COMPARECER DURANTE LA VISTA SATÉLITE DE OCTUBRE**.

**Disponibilidad de servicios de interpretación durante la Vista Satélite de Octubre**. Si algún reclamante necesita servicios de interpretación al español, los Deudores proporcionarán los servicios de interpretación al español en la Ubicación Satélite. Cada reclamante también está en libertad de traer un intérprete certificado de inglés-español, pagado por dicho reclamante, si no desea hacer uso de los servicios de interpretación proporcionados por los Deudores.

**Formularios de Réplica que han de radicarse antes de la Vista Satélite de Octubre**. Para ayudar con el proceso de preparación y gestión del flujo de personas en la Ubicación Satélite, todas las partes cuya reclamación aparezca en el **Anexo A** de la Notificación de Presentación deberán radicar el Formulario de Réplica. El Formulario de Réplica brindará a los Deudores y al personal del Tribunal información importante sobre cuáles reclamantes tiene la intención de comparecer durante la Vista Satélite, si los reclamantes piensan traer sus propios intérpretes a la Ubicación Satélite o si harán uso de los servicios prestados por los/las intérpretes que los Deudores proporcionen, y si los reclamantes piensan radicar documentación justificativa adicional en relación con su reclamación durante la Vista Satélite.

Los Formularios de Réplica deberán enviarse a Prime Clerk antes de las **4:00 p.m. (Hora del Atlántico)** del **22 de octubre de 2020**. Podrá presentar sus Formularios de Réplica a Prime Clerk por correo electrónico y/o correo postal.

**Correo Electrónico**: [puertoricoinfo@primeclerk.com](mailto:puertoricoinfo@primeclerk.com)
**Correo Postal**:      Commonwealth of Puerto Rico Claims Processing Center
                        c/o Prime Clerk LLC
                        850 Third Avenue
                        Suite 412
                        Brooklyn, NY 11232.

**Documentación adicional en apoyo de su(s) reclamación(es)**. Si desea radicar cualquier documentación adicional en apoyo de su reclamación durante la Vista Satélite de Octubre, **deberá** radicar dicha documentación con su Formulario de Réplica.

**Procedimientos de seguridad en la Ubicación Satélite**. Se permitirá, en todo momento, la presencia de un máximo de ocho personas, incluido el personal, los reclamantes, los abogados de los reclamantes y los intérpretes, en el interior de la Ubicación Satélite. Un miembro del personal de Prime Clerk estará presente en el interior de la Ubicación Satélite para ayudar con el movimiento de personas en el interior de dicha ubicación. Habrá personal adicional de Prime Clerk en las instalaciones para ayudar a los reclamantes en el exterior de los predios, en el

3

recibidor o en los pasillos, según sea necesario, aunque para reducir congestiones y evitar la propagación de enfermedades por aglomeraciones, dicho personal no estará físicamente presente en el interior de la Ubicación Satélite.

### El uso de las mascarillas es obligatorio en el interior de la Ubicación Satélite.

La Ubicación Satélite cuenta con tres salas, dentro de las cuales podrá estar un reclamante junto con sus abogados y el intérprete proporcionado por los Deudores o el del reclamante. El integrante del personal de Prime Clerk presente le estará dirigiendo hacia una de las tres salas cuando sea su turno para hablar.

Cada una de las tres salas en el interior de la Ubicación Satélite estará equipada con un teléfono para conferencias con parlantes. Estos teléfonos se conectarán con la línea principal de la vista del tribunal. Los reclamantes no tendrán que tocar dichos teléfonos para poder hablar y que se les escuche. El personal de Prime Clerk les estará asistiendo. Todas las superficies que se toquen con frecuencia (por ejemplo, las mesas o los brazos de las sillas) se desinfectarán luego de cada uso.

Si tiene alguna pregunta sobre la presente Notificación de Vista, sobre la Vista Satélite de Octubre o sobre el Formulario de Réplica, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

---

**Recursos adicionales y con quién comunicarse en caso de que tenga preguntas**

Todos los documentos radicados en el marco de los Casos de Título III, incluyendo copias de las reclamaciones radicadas utilizando CM/ECF, se encuentran disponibles en línea de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Notificación de Presentación, el estado de su réplica, su reclamación, la presente notificación o su Formulario de Réplica, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 7:00 p.m. (**Hora del Atlántico**) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

---

**Documento Adjunto 1**
**Formulario de Réplica del Reclamante relativo a la Vista Satélite de Octubre**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: | PROMESA |
| | Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante del | (Administrado Conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, | |
| Deudores.[1] | |

**FORMULARIO DE RÉPLICA RELATIVO A LAS RECLAMACIONES QUE SE
ATENDERÁN DURANTE LA VISTA SATÉLITE DEL 29 DE OCTUBRE DE 2020**

Número(s) de reclamación: _____

Reclamante(s): _____

Nombre del abogado (en su caso): _____

Información de contacto más adecuada del Reclamante:

Dirección: _____

Número de teléfono: _____

Dirección de correo electrónico: _____

*[Siguen páginas adicionales]*

---

[1] Los Deudores en estos Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación federal de contribuyente de cada Deudor, en su caso, son: i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5532-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

**Responda a las siguientes preguntas contestando
-Sí *o* No -
utilizando la línea al lado de la propia pregunta.**

IV.   Asistencia

\_\_\_\_\_   Asistiré a la Vista Satélite de Octubre.

\_\_\_\_\_   No asistiré a la Vista Satélite de Octubre.

V.   Servicios de interpretación

\_\_\_\_\_   No necesito intérprete.

\_\_\_\_\_   Necesito intérprete y deseo hacer uso del/de la intérprete proporcionado/a por los Deudores.

\_\_\_\_\_   Necesito intérprete, pero deseo traer a mi propio/a intérprete certificado a/ de español e inglés.

VI.   Documentos e información

\_\_\_\_\_   He adjuntado al presente Formulario de Réplica documentación adicional en apoyo de mi(s) reclamación(es)

\_\_\_\_\_   No tengo documentación adicional que desee utilizar en apoyo de mi(s) reclamación(es) durante la Vista Satélite de Octubre más allá de la que ya haya adjuntado a mi(s) reclamación(es) y la que haya radicado con mi réplica a la Objeción Global.

[Firma del Reclamante o del representante autorizado del Reclamante]

Por: _____

[Nombre en letra de molde]

**<u>Exhibit F</u>**

80th Omnibus Notice Service List

Served via first class mail

| MML ID | Name | Address1 | Address2 | City | State | Postal Code | Country |
|--------|------|----------|----------|------|-------|-------------|---------|
| 1196648 | LUNA COLON, ELENA | Address on File | | | | | |
| 1648158 | MALPICA ORTIZ, RENE | Address on File | | | | | |
| 1631233 | MIRANDA, RAFAEL VASSALLO | Address on File | | | | | |
| 1661852 | Montijo Correa , Antonio | Address on File | | | | | |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

**<u>Exhibit G</u>**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**NOTICE OF HEARING AS TO CERTAIN CLAIMS SUBJECT TO THE EIGHTIETH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

      **PLEASE TAKE NOTICE THAT**, on October 24, 2019, the Commonwealth of Puerto Rico (the "Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," collectively with the Commonwealth and HTA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Commonwealth and ERS pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] filed the *Eightieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* (the "Omnibus Objection") with the United States District Court for the District of Puerto Rico (the "Court").[2]

      **PLEASE TAKE FURTHER NOTICE THAT**, on October 6, 2020, the Debtors filed the *Notice of Presentment of Proposed Order (A) Granting in Part the Eightieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary*

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

*Demands, Employment or Services Provided, (B) Approving Form of Notice, and (C) Granting Related Relief* (the "<u>Notice of Presentment</u>") with the Court.

**PLEASE TAKE FURTHER NOTICE THAT** if your claim(s) is/are listed on **Exhibit A** to the Notice of Presentment, a hearing will be held on your claim(s) on **October 29, 2020 at 9:30AM (Atlantic Time)** (the "<u>October Satellite Hearing</u>"). You may participate in the hearing by going to the Prime Clerk collection center located at **Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918** (the "<u>Satellite Site</u>"). You should complete and return the claimant response form (the "<u>Response Form</u>"), attached to this Notice of Hearing as Attachment 1, to indicate whether you intend to attend the October Satellite Hearing.

---

### <u>KEY POINTS</u>

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON <u>EXHIBIT A</u> TO THE NOTICE OF PRESENTMENT.**

- If your claim(s) is/are listed on <u>Exhibit A</u> to the Notice of Presentment, a hearing regarding your claim(s) against the Commonwealth, HTA, or ERS has been scheduled for October 29, 2020 at 9:30 a.m. (Atlantic Time). To indicate whether you intend to attend the October Satellite Hearing, please complete and return the Response Form attached to this Notice of Hearing as Attachment 1.

- If your claim(s) is/are listed on <u>Exhibit B</u> to the Notice of Presentment, your claim(s) will be transferred into either the alternative dispute resolution or the administrative claims reconciliation process, and you DO NOT need to appear at the October Satellite Hearing.

- Copies of the Notice of Presentment, the Omnibus Objection, and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.

- **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

---

**<u>October Satellite Hearing on the Omnibus Objection</u>**. If your claim is listed on **Exhibit A** to the Notice of Presentment, a hearing will be held on the Omnibus Objection as to your claim at **9:30 a.m. (Atlantic Time) on October 29, 2020,** before The Honorable Laura Taylor Swain of the United States District Court for the District of Puerto Rico. **You may appear and speak at the hearing from the Prime Clerk collection center located at Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918**.

If your claim is listed on **Exhibit B** to the Notice of Presentment, your claim will be transferred into either the alternative dispute resolution procedure or the administrative claims reconciliation process. If your claim is listed on Exhibit B, **YOU DO NOT NEED TO APPEAR AT THE OCTOBER SATELLITE HEARING**.

2

**Availability of Interpretation Services at October Satellite Hearing**.  For any claimant that may require Spanish-language interpretation services, the Debtors will provide a certified Spanish-language interpreter at the Satellite Site.  Each claimant is also free to bring to the hearing, at his or her own expense, a certified Spanish-English interpreter if such claimant does not wish to utilize the services of the interpreter provided by the Debtors.

**Response Forms to Be Submitted Prior to the October Satellite Hearing**.  To assist in preparing for and managing traffic flow at the Satellite Site, any party whose claim is listed on **Exhibit A** to the Notice of Presentment should submit the Response Form.  The Response Form will provide the Debtors and the Court staff important information regarding which claimants intend to appear at the Satellite Hearing, whether claimants intend to bring their own interpreters to the Satellite Hearing or to rely on the interpreter provided by the Debtors, and whether claimants intend to submit additional supporting documentation in connection with their claim at the Satellite Hearing.

Response Forms should be submitted to Prime Clerk by **4:00 p.m. (Atlantic Time)** on **October 22, 2020**.  You may submit your Response Form to Prime Clerk by email and/or mail.

**Email**:  puertoricoinfo@primeclerk.com
**Mailing Address**:  Commonwealth of Puerto Rico Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue
Suite 412
Brooklyn, NY 11232.

**Additional Documentation in Support of Your Claim(s)**.  If you wish to present any additional documentation in support of your claim at the October Satellite Hearing, you **must** submit that documentation with your Response Form.

**Safety Procedures at the Satellite Site**.  A maximum of eight people, including staff, claimants, claimants' attorneys, and interpreters, will be allowed inside the Satellite Site at any given time.  One Prime Clerk staff member will be present inside the Satellite Site to assist in managing traffic flow inside the Satellite Site.  Additional Prime Clerk personnel will be available at the facility to assist claimants outside the premises, in the lobby, or in the hallways, as necessary, but to reduce congestion and prevent the spread of disease within close quarters, will not be physically present within the Satellite Site.

## Face masks are mandatory while inside the Satellite Site.

The Satellite Site contains three rooms, each of which may contain a claimant, along with their attorney and either the Debtors' or the claimant's interpreter.  The Prime Clerk staff member onsite will assist with directing you to one of the three rooms when it is your turn to speak.

Each of the three rooms inside the Satellite Site will be equipped with a conference phone with speaker phone capabilities.  The conference phones will be dialed in to the main court hearing line.  Claimants will not need to touch this conference phone in order to speak and be

3

heard.  The Prime Clerk staff member will assist.  All frequently touched surfaces, such as tables or chair arms, will be sanitized in between use.

If you have any questions about this Notice of Hearing, about the October Satellite Hearing, or about the Response Form, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

---

**<u>Additional Resources and Who to Contact with Questions</u>**

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico.  This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the Notice of Presentment, the status of your response, your claim, this notice, or your Response Form, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available).  Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

---

**Attachment 1**
**Claimant Response Form for October Satellite Hearing**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

**RESPONSE FORM FOR CLAIMS TO BE HEARD
AT THE OCTOBER 29, 2020 SATELLITE HEARING**

Claim Number(s): _____

Claimant(s): _____

Attorney Name (if applicable): _____

Best Contact Information for Claimant:

Address: _____

Telephone Number: _____

Email Address: _____

*[Additional pages follow]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

---

**Please respond to the following questions by answering**
**-Yes *or* No -**
**on the line next to the question.**

I.    <u>Attendance</u>

**_____**   I will attend the October Satellite Hearing.

**_____**   I will not attend the October Satellite Hearing.

II.    <u>Interpreter Services</u>

**_____**   I do not need an interpreter.

**_____**   I do need an interpreter, and I intend to use the interpreter provided by the Debtors.

**_____**   I do need an interpreter, but I intend to bring my own certified Spanish-English interpreter.

III.    <u>Documents and Information</u>

**_____**   I have attached additional documentation in support of my claim(s) to this Response Form.

**_____**   I do not have any additional documentation that I intend to use in support of my claim(s) at the October Satellite Hearing beyond what I previously included with my claim(s) and what I filed with my response to the Omnibus Objection.

---

[Signature of the Claimant or the Claimant's Authorized Representative]

By: _____

[Printed Name]

## **<u>Anexo E</u>**

**Notificación**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: | PROMESA<br>Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante del | (Administrado Conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*., | **La presente radicación guarda relación con el ELA, la ACT y el SRE.** |
| Deudores. | |

**NOTIFICACIÓN DE VISTA SOBRE DETERMINADAS RECLAMACIONES RELATIVAS A LA OCTOGÉSIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS EXIGENCIAS SALARIALES, LABORALES O POR SERVICIOS PRESTADOS**

   **SEPA POR LA PRESENTE QUE** el 24 de octubre de 2019, el Estado Libre Asociado de Puerto Rico (el "ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE", y junto con el ELA y la ACT, los "Deudores"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA y del SRE conforme a la sección 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[1] radicaron la *Octogésima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en los que se alegan intereses sobre la base de las exigencias salariales, laborales o por servicios prestados*(la "Objeción Global") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal").[2]

   **SEPA, ADEMÁS, QUE** el 6 de octubre de 2020, los Deudores radicaron la *Notificación de Presentación de una orden propuesta que A) conceda en parte la Octogésima objeción global*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción Global.

1

*(no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en los que se alegan intereses sobre la base de las exigencias salariales, laborales o por servicios prestados, B) apruebe formulario de notificación y C) conceda el remedio relacionado* (la "Notificación de Presentación") ante el Tribunal.

**ASIMISMO, SEPA QUE** si su(s) reclamación(es) aparece(n) en el **Anexo A** de la Notificación de Presentación, se celebrará una vista sobre su(s) reclamación(es) el **29 de octubre de 2020, a las 9:30 a.m. (Hora del Atlántico)** (la "Vista Satélite de Octubre").  Usted puede participar en la vista yendo al centro de entregas (*collection center*) del Prime Clerk ubicado en **Citi Towers, 250 Ave. Ponce de León, Oficina 503, Hato Rey, San Juan, PR 00918** (la "Ubicación Satélite"). Debe cumplimentar y devolver el formulario de réplica del reclamante (el "Formulario de Réplica"), adjunto a la presente Notificación de Vista como Documento Adjunto 1, para indicar su intención de asistir a la Vista Satélite de Octubre.

---

### PRINCIPALES CONSIDERACIONES

- **COMPRUEBE SI SU(S) RECLAMACIÓN(ES) APARECE(N) EN EL LISTADO DEL ANEXO A DE LA NOTIFICACIÓN DE PRESENTACIÓN.**

- Si su(s) reclamación(es) aparece(n) en el Anexo A de la Notificación de Presentación, se programado una vista sobre su(s) reclamación(es) contra el ELA, la ACT o el SRE que se celebrará el 29 de octubre de 2020, a las 9:30 a.m. (Hora del Atlántico). Para indicar si tiene intenciones de asistir a la Vista Satélite de Octubre, cumplimente y devuelva el Formulario de Réplica adjunto a la presente Notificación de Vista como Documento Adjunto 1.

- Si su(s) reclamación(es) aparece(n) en el Anexo B de la Notificación de Presentación, estas será(n) trasladada(s) al proceso de resolución alternativa de controversias o al de reconciliación de reclamaciones administrativas, por lo que usted NO tendrá que comparecer durante la Vista Satélite de Octubre.

- Copias de la Notificación de Presentación, de la Objeción Global y de todos los escritos radicados en el marco de los Casos de Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 7:00 p.m. (Hora del Atlántico) (hablamos español).**

---

**Vista Satélite de Octubre sobre la Objeción Global**. Si su reclamación aparece en el **Anexo A** de la Notificación de Presentación, se celebrará una vista sobre la Objeción Global relativa a su reclamación a las **9:30 a.m. (Hora del Atlántico) del 29 de octubre de 2020** ante la

Honorable Laura Taylor Swain en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. **Usted puede aparecer y hablar en la vista desde el centro de entregas (*collection center*) de Prime Clerk ubicado en Citi Towers, 250 Ave. Ponce de León, Oficina 503, Hato Rey, San Juan, PR 00918**.

Si su reclamación aparece en el **Anexo B** de la Notificación de Presentación, esta será trasladada al proceso de resolución alternativa de controversias o al de reconciliación de reclamaciones administrativas. Si su reclamación aparece en el Anexo B, **USTED NO TENDRÁ QUE COMPARECER DURANTE LA VISTA SATÉLITE DE OCTUBRE**.

**Disponibilidad de servicios de interpretación durante la Vista Satélite de Octubre**. Si algún reclamante necesita servicios de interpretación al español, los Deudores proporcionarán los servicios de interpretación al español en la Ubicación Satélite. Cada reclamante también está en libertad de traer un intérprete certificado de inglés-español, pagado por dicho reclamante, si no desea hacer uso de los servicios de interpretación proporcionados por los Deudores.

**Formularios de Réplica que han de radicarse antes de la Vista Satélite de Octubre**. Para ayudar con el proceso de preparación y gestión del flujo de personas en la Ubicación Satélite, todas las partes cuya reclamación aparezca en el **Anexo A** de la Notificación de Presentación deberán radicar el Formulario de Réplica. El Formulario de Réplica brindará a los Deudores y al personal del Tribunal información importante sobre cuáles reclamantes tiene la intención de comparecer durante la Vista Satélite, si los reclamantes piensan traer sus propios intérpretes a la Ubicación Satélite o si harán uso de los servicios prestados por los/las intérpretes que los Deudores proporcionen, y si los reclamantes piensan radicar documentación justificativa adicional en relación con su reclamación durante la Vista Satélite.

Los Formularios de Réplica deberán enviarse a Prime Clerk antes de las **4:00 p.m. (Hora del Atlántico)** del **22 de octubre de 2020**. Podrá presentar sus Formularios de Réplica a Prime Clerk por correo electrónico y/o correo postal.

**Correo Electrónico**: puertoricoinfo@primeclerk.com
**Correo Postal**:     Commonwealth of Puerto Rico Claims Processing Center
                       c/o Prime Clerk LLC
                       850 Third Avenue
                       Suite 412
                       Brooklyn, NY 11232.

**Documentación adicional en apoyo de su(s) reclamación(es)**. Si desea radicar cualquier documentación adicional en apoyo de su reclamación durante la Vista Satélite de Octubre, **deberá** radicar dicha documentación con su Formulario de Réplica.

**Procedimientos de seguridad en la Ubicación Satélite**. Se permitirá, en todo momento, la presencia de un máximo de ocho personas, incluido el personal, los reclamantes, los abogados de los reclamantes y los intérpretes, en el interior de la Ubicación Satélite. Un miembro del personal de Prime Clerk estará presente en el interior de la Ubicación Satélite para ayudar con el movimiento de personas en el interior de dicha ubicación. Habrá personal adicional de Prime Clerk en las instalaciones para ayudar a los reclamantes en el exterior de los predios, en el

3

recibidor o en los pasillos, según sea necesario, aunque para reducir congestiones y evitar la propagación de enfermedades por aglomeraciones, dicho personal no estará físicamente presente en el interior de la Ubicación Satélite.

## El uso de las mascarillas es obligatorio en el interior de la Ubicación Satélite.

La Ubicación Satélite cuenta con tres salas, dentro de las cuales podrá estar un reclamante junto con sus abogados y el intérprete proporcionado por los Deudores o el del reclamante. El integrante del personal de Prime Clerk presente le estará dirigiendo hacia una de las tres salas cuando sea su turno para hablar.

Cada una de las tres salas en el interior de la Ubicación Satélite estará equipada con un teléfono para conferencias con parlantes. Estos teléfonos se conectarán con la línea principal de la vista del tribunal. Los reclamantes no tendrán que tocar dichos teléfonos para poder hablar y que se les escuche. El personal de Prime Clerk les estará asistiendo. Todas las superficies que se toquen con frecuencia (por ejemplo, las mesas o los brazos de las sillas) se desinfectarán luego de cada uso.

Si tiene alguna pregunta sobre la presente Notificación de Vista, sobre la Vista Satélite de Octubre o sobre el Formulario de Réplica, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

---

**Recursos adicionales y con quién comunicarse en caso de que tenga preguntas**

Todos los documentos radicados en el marco de los Casos de Título III, incluyendo copias de las reclamaciones radicadas utilizando CM/ECF, se encuentran disponibles en línea de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Notificación de Presentación, el estado de su réplica, su reclamación, la presente notificación o su Formulario de Réplica, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 7:00 p.m. (**Hora del Atlántico**) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

---

**Documento Adjunto 1**
**Formulario de Réplica del Reclamante relativo a la Vista Satélite de Octubre**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: | PROMESA<br>Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante del | (Administrado Conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, | |
| Deudores.[1] | |

**FORMULARIO DE RÉPLICA RELATIVO A LAS RECLAMACIONES QUE SE**
**ATENDERÁN DURANTE LA VISTA SATÉLITE DEL 29 DE OCTUBRE DE 2020**

Número(s) de reclamación: _____

Reclamante(s): _____

Nombre del abogado (en su caso): _____

Información de contacto más adecuada del Reclamante:

Dirección: _____

Número de teléfono: _____

Dirección de correo electrónico: _____

*[Siguen páginas adicionales]*

---

[1] Los Deudores en estos Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación federal de contribuyente de cada Deudor, en su caso, son: i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5532-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

2

| **Responda a las siguientes preguntas contestando -Sí _o_ No - utilizando la línea al lado de la propia pregunta.** |
| --- |

IV.   Asistencia

_____  Asistiré a la Vista Satélite de Octubre.

_____  No asistiré a la Vista Satélite de Octubre.

V.   Servicios de interpretación

_____  No necesito intérprete.

_____  Necesito intérprete y deseo hacer uso del/de la intérprete proporcionado/a por los Deudores.

_____  Necesito intérprete, pero deseo traer a mi propio/a intérprete certificado a/ de español e inglés.

VI.   Documentos e información

_____  He adjuntado al presente Formulario de Réplica documentación adicional en apoyo de mi(s) reclamación(es)

_____  No tengo documentación adicional que desee utilizar en apoyo de mi(s) reclamación(es) durante la Vista Satélite de Octubre más allá de la que ya haya adjuntado a mi(s) reclamación(es) y la que haya radicado con mi réplica a la Objeción Global.

[Firma del Reclamante o del representante autorizado del Reclamante]

Por: _____

[Nombre en letra de molde]

**Exhibit H**

Exhibit F

82nd Omnibus Notice Service List
Served via first class mail

| MML ID | Name | Address1 | Address2 | City | State | Postal Code | Country |
|--------|------|----------|----------|------|-------|-------------|---------|
| 1666973 | Rosado Santana, Cynthia | Address on File | | | | | |
| 1689992 | Salinas Santiago, Gualberto | Address on File | | | | | |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 1 of 1

**<u>Exhibit I</u>**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                        Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**NOTICE OF HEARING AS TO CERTAIN CLAIMS SUBJECT TO THE EIGHTY-SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

**PLEASE TAKE NOTICE THAT**, on October 24, 2019, the Commonwealth of Puerto Rico (the "Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," collectively with the Commonwealth and HTA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Commonwealth and ERS pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] filed the *Eighty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* (the "Omnibus Objection") with the United States District Court for the District of Puerto Rico (the "Court").[2]

**PLEASE TAKE FURTHER NOTICE THAT**, on October 6, 2020, the Debtors filed the *Notice of Presentment of Proposed Order (A) Granting in Part the Eighty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and*

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

*Transportation Authority, and Employees Retirement System of the Government of the
Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary
Demands, Employment or Services Provided, (B) Approving Form of Notice, and (C) Granting
Related Relief* (the "Notice of Presentment") with the Court.

      **PLEASE TAKE FURTHER NOTICE THAT** if your claim(s) is/are listed on **Exhibit
A** to the Notice of Presentment, a hearing will be held on your claim(s) on **October 29, 2020 at
9:30AM (Atlantic Time)** (the "October Satellite Hearing").  You may participate in the hearing
by going to the Prime Clerk collection center located at **Citi Towers, 250 Ponce de León Ave.,
Suite 503, Hato Rey, San Juan, PR 00918** (the "Satellite Site").  You should complete and
return the claimant response form (the "Response Form"), attached to this Notice of Hearing as
Attachment 1, to indicate whether you intend to attend the October Satellite Hearing.

---

### KEY POINTS

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON EXHIBIT A TO
  THE NOTICE OF PRESENTMENT.**

- If your claim(s) is/are listed on Exhibit A to the Notice of Presentment, a hearing
  regarding your claim(s) against the Commonwealth, HTA, or ERS has been scheduled
  for October 29, 2020 at 9:30 a.m. (Atlantic Time).  To indicate whether you intend to
  attend the October Satellite Hearing, please complete and return the Response Form
  attached to this Notice of Hearing as Attachment 1.

- If your claim(s) is/are listed on Exhibit B to the Notice of Presentment, your claim(s)
  will be transferred into either the alternative dispute resolution or the administrative
  claims reconciliation process, and you DO NOT need to appear at the October Satellite
  Hearing.

- Copies of the Notice of Presentment, the Omnibus Objection, and all other filings in
  the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.

- **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free
  for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available
  10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

---

      **October Satellite Hearing on the Omnibus Objection**.  If your claim is listed on
**Exhibit A** to the Notice of Presentment, a hearing will be held on the Omnibus Objection as to
your claim at **9:30 a.m. (Atlantic Time) on October 29, 2020,** before The Honorable Laura
Taylor Swain of the United States District Court for the District of Puerto Rico.  **You may
appear and speak at the hearing from the Prime Clerk collection center located at Citi
Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918**.

      If your claim is listed on **Exhibit B** to the Notice of Presentment, your claim will be
transferred into either the alternative dispute resolution procedure or the administrative claims

2

reconciliation process.  If your claim is listed on Exhibit B, **YOU DO NOT NEED TO
APPEAR AT THE OCTOBER SATELLITE HEARING**.

      **Availability of Interpretation Services at October Satellite Hearing**.  For any claimant
that may require Spanish-language interpretation services, the Debtors will provide a certified
Spanish-language interpreter at the Satellite Site.  Each claimant is also free to bring to the
hearing, at his or her own expense, a certified Spanish-English interpreter if such claimant does
not wish to utilize the services of the interpreter provided by the Debtors.

      **Response Forms to Be Submitted Prior to the October Satellite Hearing**.  To assist in
preparing for and managing traffic flow at the Satellite Site, any party whose claim is listed on
**Exhibit A** to the Notice of Presentment should submit the Response Form.  The Response Form
will provide the Debtors and the Court staff important information regarding which claimants
intend to appear at the Satellite Hearing, whether claimants intend to bring their own interpreters
to the Satellite Hearing or to rely on the interpreter provided by the Debtors, and whether
claimants intend to submit additional supporting documentation in connection with their claim at
the Satellite Hearing.

      Response Forms should be submitted to Prime Clerk by **4:00 p.m. (Atlantic Time)** on
**October 22, 2020**.  You may submit your Response Form to Prime Clerk by email and/or mail.

      **Email**:  puertoricoinfo@primeclerk.com
      **Mailing Address**:  Commonwealth of Puerto Rico Claims Processing Center
                         c/o Prime Clerk LLC
                         850 Third Avenue
                         Suite 412
                         Brooklyn, NY 11232.

      **Additional Documentation in Support of Your Claim(s)**.  If you wish to present any
additional documentation in support of your claim at the October Satellite Hearing, you **must**
submit that documentation with your Response Form.

      **Safety Procedures at the Satellite Site**.  A maximum of eight people, including staff,
claimants, claimants' attorneys, and interpreters, will be allowed inside the Satellite Site at any
given time.  One Prime Clerk staff member will be present inside the Satellite Site to assist in
managing traffic flow inside the Satellite Site.  Additional Prime Clerk personnel will be
available at the facility to assist claimants outside the premises, in the lobby, or in the hallways,
as necessary, but to reduce congestion and prevent the spread of disease within close quarters,
will not be physically present within the Satellite Site.

## Face masks are mandatory while inside the Satellite Site.

      The Satellite Site contains three rooms, each of which may contain a claimant, along with
their attorney and either the Debtors' or the claimant's interpreter.  The Prime Clerk staff
member onsite will assist with directing you to one of the three rooms when it is your turn to
speak.

Each of the three rooms inside the Satellite Site will be equipped with a conference phone with speaker phone capabilities.  The conference phones will be dialed in to the main court hearing line.  Claimants will not need to touch this conference phone in order to speak and be heard.  The Prime Clerk staff member will assist.  All frequently touched surfaces, such as tables or chair arms, will be sanitized in between use.

If you have any questions about this Notice of Hearing, about the October Satellite Hearing, or about the Response Form, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

---

### Additional Resources and Who to Contact with Questions

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico.  This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the Notice of Presentment, the status of your response, your claim, this notice, or your Response Form, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available).  Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

---

**Attachment 1**
**Claimant Response Form for October Satellite Hearing**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## RESPONSE FORM FOR CLAIMS TO BE HEARD
## AT THE OCTOBER 29, 2020 SATELLITE HEARING

Claim Number(s): _____
Claimant(s): _____
Attorney Name (if applicable): _____

Best Contact Information for Claimant:
Address: _____
Telephone Number: _____
Email Address: _____

*[Additional pages follow]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

---

**Please respond to the following questions by answering
-Yes *or* No -
on the line next to the question.**

I.  __Attendance__

_____  I will attend the October Satellite Hearing.

_____  I will not attend the October Satellite Hearing.


II.  __Interpreter Services__

_____  I do not need an interpreter.

_____  I do need an interpreter, and I intend to use the interpreter provided by the Debtors.

_____  I do need an interpreter, but I intend to bring my own certified Spanish-English interpreter.


III.  __Documents and Information__

_____  I have attached additional documentation in support of my claim(s) to this Response Form.

_____  I do not have any additional documentation that I intend to use in support of my claim(s) at the October Satellite Hearing beyond what I previously included with my claim(s) and what I filed with my response to the Omnibus Objection.

---

[Signature of the Claimant or the Claimant's Authorized Representative]

By: _____

[Printed Name]

3

## **<u>Anexo E</u>**

**Notificación**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*.,<br><br>                    Deudores. | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

**NOTIFICACIÓN DE VISTA SOBRE DETERMINADAS RECLAMACIONES
RELATIVAS A LA OCTOGÉSIMA SEGUNDA OBJECIÓN GLOBAL (NO
SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO PUERTO RICO,
DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y
DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO
LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE
SE ALEGAN INTERESES SOBRE LA BASE DE LAS EXIGENCIAS SALARIALES,
LABORALES O POR SERVICIOS PRESTADOS**

        **SEPA POR LA PRESENTE QUE** el 24 de octubre de 2019, el Estado Libre Asociado de Puerto Rico (el "ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE", y junto con el ELA y la ACT, los "Deudores"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA y del SRE conforme a la sección 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[1] radicaron la *Octogésima segunda objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en los que se alegan intereses sobre la base de las exigencias salariales, laborales o por servicios prestados* (la "Objeción Global") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal").[2]

        **SEPA, ADEMÁS, QUE** el 6 de octubre de 2020, los Deudores radicaron la *Notificación de Presentación de una orden propuesta que A) conceda en parte la Octogésima segunda*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción Global.

1

*objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico Puerto Rico, de la
Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los
Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en
los que se alegan intereses sobre la base de las exigencias salariales, laborales o por servicios
prestados, B) apruebe formulario de notificación y C) conceda el remedio relacionado* (la
"Notificación de Presentación") ante el Tribunal.

**ASIMISMO, SEPA QUE** si su(s) reclamación(es) aparece(n) en el **Anexo A** de la
Notificación de Presentación, se celebrará una vista sobre su(s) reclamación(es) el **29 de octubre
de 2020, a las 9:30 a.m. (Hora del Atlántico)** (la "Vista Satélite de Octubre").  Usted puede
participar en la vista yendo al centro de entregas (*collection center*) del Prime Clerk ubicado en
**Citi Towers, 250 Ave. Ponce de León, Oficina 503, Hato Rey, San Juan, PR 00918** (la
"Ubicación Satélite"). Debe cumplimentar y devolver el formulario de réplica del reclamante (el
"Formulario de Réplica"), adjunto a la presente Notificación de Vista como Documento Adjunto
1, para indicar su intención de asistir a la Vista Satélite de Octubre.

---

### PRINCIPALES CONSIDERACIONES

- **COMPRUEBE SI SU(S) RECLAMACIÓN(ES) APARECE(N) EN EL LISTADO
  DEL ANEXO A DE LA NOTIFICACIÓN DE PRESENTACIÓN.**

- Si su(s) reclamación(es) aparece(n) en el Anexo A de la Notificación de Presentación,
  se ha programado una vista sobre su(s) reclamación(es) contra el ELA, la ACT o el
  SRE que se celebrará el 29 de octubre de 2020, a las 9:30 a.m. (Hora del Atlántico).
  Para indicar si tiene intenciones de asistir a la Vista Satélite de Octubre, cumplimente y
  devuelva el Formulario de Réplica adjunto a la presente Notificación de Vista como
  Documento Adjunto 1.

- Si su(s) reclamación(es) aparece(n) en el Anexo B de la Notificación de Presentación,
  estas será(n) trasladada(s) al proceso de resolución alternativa de controversias o al de
  reconciliación de reclamaciones administrativas, por lo que usted NO tendrá que
  comparecer durante la Vista Satélite de Octubre.

- Copias de la Notificación de Presentación, de la Objeción Global y de todos los
  escritos radicados en el marco de los Casos de Título III, están disponibles, de manera
  gratuita, en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844)
  822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944
  (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 7:00 p.m.
  (Hora del Atlántico) (hablamos español).**

---

**Vista Satélite de Octubre sobre la Objeción Global**. Si su reclamación aparece en el
**Anexo A** de la Notificación de Presentación, se celebrará una vista sobre la Objeción Global
relativa a su reclamación a las **9:30 a.m. (Hora del Atlántico) del 29 de octubre de 2020** ante la

Honorable Laura Taylor Swain en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. **Usted puede aparecer y hablar en la vista desde el centro de entregas (*collection center*) de Prime Clerk ubicado en Citi Towers, 250 Ave. Ponce de León, Oficina 503, Hato Rey, San Juan, PR 00918**.

Si su reclamación aparece en el **Anexo B** de la Notificación de Presentación, esta será trasladada al proceso de resolución alternativa de controversias o al de reconciliación de reclamaciones administrativas. Si su reclamación aparece en el Anexo B, **USTED NO TENDRÁ QUE COMPARECER DURANTE LA VISTA SATÉLITE DE OCTUBRE**.

**Disponibilidad de servicios de interpretación durante la Vista Satélite de Octubre**. Si algún reclamante necesita servicios de interpretación al español, los Deudores proporcionarán los servicios de interpretación al español en la Ubicación Satélite. Cada reclamante también está en libertad de traer un intérprete certificado de inglés-español, pagado por dicho reclamante, si no desea hacer uso de los servicios de interpretación proporcionados por los Deudores.

**Formularios de Réplica que han de radicarse antes de la Vista Satélite de Octubre**. Para ayudar con el proceso de preparación y gestión del flujo de personas en la Ubicación Satélite, todas las partes cuya reclamación aparezca en el **Anexo A** de la Notificación de Presentación deberán radicar el Formulario de Réplica. El Formulario de Réplica brindará a los Deudores y al personal del Tribunal información importante sobre cuáles reclamantes tiene la intención de comparecer durante la Vista Satélite, si los reclamantes piensan traer sus propios intérpretes a la Ubicación Satélite o si harán uso de los servicios prestados por los/las intérpretes que los Deudores proporcionen, y si los reclamantes piensan radicar documentación justificativa adicional en relación con su reclamación durante la Vista Satélite.

Los Formularios de Réplica deberán enviarse a Prime Clerk antes de las **4:00 p.m. (Hora del Atlántico)** del **22 de octubre de 2020**. Podrá presentar sus Formularios de Réplica a Prime Clerk por correo electrónico y/o correo postal.

**Correo Electrónico**: puertoricoinfo@primeclerk.com
**Correo Postal**:       Commonwealth of Puerto Rico Claims Processing Center
                        c/o Prime Clerk LLC
                        850 Third Avenue
                        Suite 412
                        Brooklyn, NY 11232.

**Documentación adicional en apoyo de su(s) reclamación(es)**. Si desea radicar cualquier documentación adicional en apoyo de su reclamación durante la Vista Satélite de Octubre, **deberá** radicar dicha documentación con su Formulario de Réplica.

**Procedimientos de seguridad en la Ubicación Satélite**. Se permitirá, en todo momento, la presencia de un máximo de ocho personas, incluido el personal, los reclamantes, los abogados de los reclamantes y los intérpretes, en el interior de la Ubicación Satélite. Un miembro del personal de Prime Clerk estará presente en el interior de la Ubicación Satélite para ayudar con el movimiento de personas en el interior de dicha ubicación. Habrá personal adicional de Prime Clerk en las instalaciones para ayudar a los reclamantes en el exterior de los predios, en el

recibidor o en los pasillos, según sea necesario, aunque para reducir congestiones y evitar la propagación de enfermedades por aglomeraciones, dicho personal no estará físicamente presente en el interior de la Ubicación Satélite.

### El uso de las mascarillas es obligatorio en el interior de la Ubicación Satélite.

La Ubicación Satélite cuenta con tres salas, dentro de las cuales podrá estar un reclamante junto con sus abogados y el intérprete proporcionado por los Deudores o el del reclamante. El integrante del personal de Prime Clerk presente le estará dirigiendo hacia una de las tres salas cuando sea su turno para hablar.

Cada una de las tres salas en el interior de la Ubicación Satélite estará equipada con un teléfono para conferencias con parlantes. Estos teléfonos se conectarán con la línea principal de la vista del tribunal. Los reclamantes no tendrán que tocar dichos teléfonos para poder hablar y que se les escuche. El personal de Prime Clerk les estará asistiendo. Todas las superficies que se toquen con frecuencia (por ejemplo, las mesas o los brazos de las sillas) se desinfectarán luego de cada uso.

Si tiene alguna pregunta sobre la presente Notificación de Vista, sobre la Vista Satélite de Octubre o sobre el Formulario de Réplica, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

---

**Recursos adicionales y con quién comunicarse en caso de que tenga preguntas**

Todos los documentos radicados en el marco de los Casos de Título III, incluyendo copias de las reclamaciones radicadas utilizando CM/ECF, se encuentran disponibles en línea de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Notificación de Presentación, el estado de su réplica, su reclamación, la presente notificación o su Formulario de Réplica, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 7:00 p.m. (**Hora del Atlántico**) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

---

**Documento Adjunto 1**
**Formulario de Réplica del Reclamante relativo a la Vista Satélite de Octubre**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: | PROMESA |
| | Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante del | (Administrado Conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, | |
| Deudores.[1] | |

**FORMULARIO DE RÉPLICA RELATIVO A LAS RECLAMACIONES QUE SE
ATENDERÁN DURANTE LA VISTA SATÉLITE DEL 29 DE OCTUBRE DE 2020**

Número(s) de reclamación: _____

Reclamante(s): _____

Nombre del abogado (en su caso): _____

Información de contacto más adecuada del Reclamante:

Dirección: _____

Número de teléfono: _____

Dirección de correo electrónico: _____

[*Siguen páginas adicionales*]

---

[1] Los Deudores en estos Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación federal de contribuyente de cada Deudor, en su caso, son: i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5532-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

2

| **Responda a las siguientes preguntas contestando<br>-Sí _o_ No -<br>utilizando la línea al lado de la propia pregunta.** |
|---|

IV.   Asistencia

\_\_\_\_\_   Asistiré a la Vista Satélite de Octubre.

\_\_\_\_\_   No asistiré a la Vista Satélite de Octubre.

V.   Servicios de interpretación

\_\_\_\_\_   No necesito intérprete.

\_\_\_\_\_   Necesito intérprete y deseo hacer uso del/de la intérprete proporcionado/a por los Deudores.

\_\_\_\_\_   Necesito intérprete, pero deseo traer a mi propio/a intérprete certificado a/ de español e inglés.

VI.   Documentos e información

\_\_\_\_\_   He adjuntado al presente Formulario de Réplica documentación adicional en apoyo de mi(s) reclamación(es)

\_\_\_\_\_   No tengo documentación adicional que desee utilizar en apoyo de mi(s) reclamación(es) durante la Vista Satélite de Octubre más allá de la que ya haya adjuntado a mi(s) reclamación(es) y la que haya radicado con mi réplica a la Objeción Global.

[Firma del Reclamante o del representante autorizado del Reclamante]

Por: _____
                                            [Nombre en letra de molde]

3

**Exhibit J**

83rd Omnibus Notice Service List
Served via first class mail

| MML ID | Name | Address1 | Address2 | City | State | Postal Code |
|--------|------|----------|----------|------|-------|-------------|
| 1642153 | Vázquez Torres, Heidi W. | Address on File | | | | |
| 1517459 | Vicente Arias, Vilma I. | Address on File | | | | |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)                                        Page 1 of 1

**<u>Exhibit K</u>**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | **This filing relates to the Commonwealth, HTA, and ERS.** |
| Debtors. | |

**NOTICE OF HEARING AS TO CERTAIN CLAIMS SUBJECT TO THE EIGHTY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

**PLEASE TAKE NOTICE THAT**, on October 24, 2019, the Commonwealth of Puerto Rico (the "Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," collectively with the Commonwealth and HTA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Commonwealth and ERS pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] filed the *Eighty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* (the "Omnibus Objection") with the United States District Court for the District of Puerto Rico (the "Court").[2]

**PLEASE TAKE FURTHER NOTICE THAT**, on October 6, 2020, the Debtors filed the *Notice of Presentment of Proposed Order (A) Granting in Part the Eighty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary*

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

*Demands, Employment or Services Provided, (B) Approving Form of Notice, and (C) Granting Related Relief* (the "<u>Notice of Presentment</u>") with the Court.

  **PLEASE TAKE FURTHER NOTICE THAT** if your claim(s) is/are listed on **Exhibit A** to the Notice of Presentment, a hearing will be held on your claim(s) on **October 29, 2020 at 9:30AM (Atlantic Time)** (the "<u>October Satellite Hearing</u>"). You may participate in the hearing by going to the Prime Clerk collection center located at **Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918** (the "<u>Satellite Site</u>"). You should complete and return the claimant response form (the "<u>Response Form</u>"), attached to this Notice of Hearing as Attachment 1, to indicate whether you intend to attend the October Satellite Hearing.

---

### <u>KEY POINTS</u>

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON <u>EXHIBIT A</u> TO THE NOTICE OF PRESENTMENT.**

- If your claim(s) is/are listed on <u>Exhibit A</u> to the Notice of Presentment, a hearing regarding your claim(s) against the Commonwealth, HTA, or ERS has been scheduled for October 29, 2020 at 9:30 a.m. (Atlantic Time). To indicate whether you intend to attend the October Satellite Hearing, please complete and return the Response Form attached to this Notice of Hearing as Attachment 1.

- If your claim(s) is/are listed on <u>Exhibit B</u> to the Notice of Presentment, your claim(s) will be transferred into either the alternative dispute resolution or the administrative claims reconciliation process, and you DO NOT need to appear at the October Satellite Hearing.

- Copies of the Notice of Presentment, the Omnibus Objection, and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.

- **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

---

  **<u>October Satellite Hearing on the Omnibus Objection</u>**. If your claim is listed on **<u>Exhibit A</u>** to the Notice of Presentment, a hearing will be held on the Omnibus Objection as to your claim at **9:30 a.m. (Atlantic Time) on October 29, 2020,** before The Honorable Laura Taylor Swain of the United States District Court for the District of Puerto Rico. **You may appear and speak at the hearing from the Prime Clerk collection center located at Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918**.

  If your claim is listed on **<u>Exhibit B</u>** to the Notice of Presentment, your claim will be transferred into either the alternative dispute resolution procedure or the administrative claims reconciliation process. If your claim is listed on Exhibit B, **<u>YOU DO NOT NEED TO APPEAR AT THE OCTOBER SATELLITE HEARING</u>**.

<div align="center">2</div>

**Availability of Interpretation Services at October Satellite Hearing**.  For any claimant that may require Spanish-language interpretation services, the Debtors will provide a certified Spanish-language interpreter at the Satellite Site.  Each claimant is also free to bring to the hearing, at his or her own expense, a certified Spanish-English interpreter if such claimant does not wish to utilize the services of the interpreter provided by the Debtors.

**Response Forms to Be Submitted Prior to the October Satellite Hearing**.  To assist in preparing for and managing traffic flow at the Satellite Site, any party whose claim is listed on **Exhibit A** to the Notice of Presentment should submit the Response Form.  The Response Form will provide the Debtors and the Court staff important information regarding which claimants intend to appear at the Satellite Hearing, whether claimants intend to bring their own interpreters to the Satellite Hearing or to rely on the interpreter provided by the Debtors, and whether claimants intend to submit additional supporting documentation in connection with their claim at the Satellite Hearing.

Response Forms should be submitted to Prime Clerk by **4:00 p.m. (Atlantic Time)** on **October 22, 2020**.  You may submit your Response Form to Prime Clerk by email and/or mail.

**Email**:  puertoricoinfo@primeclerk.com
**Mailing Address**:  Commonwealth of Puerto Rico Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue
Suite 412
Brooklyn, NY 11232.

**Additional Documentation in Support of Your Claim(s)**.  If you wish to present any additional documentation in support of your claim at the October Satellite Hearing, you **must** submit that documentation with your Response Form.

**Safety Procedures at the Satellite Site**.  A maximum of eight people, including staff, claimants, claimants' attorneys, and interpreters, will be allowed inside the Satellite Site at any given time.  One Prime Clerk staff member will be present inside the Satellite Site to assist in managing traffic flow inside the Satellite Site.  Additional Prime Clerk personnel will be available at the facility to assist claimants outside the premises, in the lobby, or in the hallways, as necessary, but to reduce congestion and prevent the spread of disease within close quarters, will not be physically present within the Satellite Site.

## Face masks are mandatory while inside the Satellite Site.

The Satellite Site contains three rooms, each of which may contain a claimant, along with their attorney and either the Debtors' or the claimant's interpreter.  The Prime Clerk staff member onsite will assist with directing you to one of the three rooms when it is your turn to speak.

Each of the three rooms inside the Satellite Site will be equipped with a conference phone with speaker phone capabilities.  The conference phones will be dialed in to the main court hearing line.  Claimants will not need to touch this conference phone in order to speak and be

3

heard. The Prime Clerk staff member will assist. All frequently touched surfaces, such as tables or chair arms, will be sanitized in between use.

If you have any questions about this Notice of Hearing, about the October Satellite Hearing, or about the Response Form, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

---

### Additional Resources and Who to Contact with Questions

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico. This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the Notice of Presentment, the status of your response, your claim, this notice, or your Response Form, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available). Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

---

**Attachment 1**
**Claimant Response Form for October Satellite Hearing**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

**RESPONSE FORM FOR CLAIMS TO BE HEARD**
**AT THE OCTOBER 29, 2020 SATELLITE HEARING**

Claim Number(s): _____

Claimant(s): _____

Attorney Name (if applicable): _____

Best Contact Information for Claimant:

Address: _____

Telephone Number: _____

Email Address: _____

*[Additional pages follow]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Please respond to the following questions by answering
-Yes *or* No -
on the line next to the question.**

I.   Attendance

_____   I will attend the October Satellite Hearing.

_____   I will not attend the October Satellite Hearing.

II.   Interpreter Services

_____   I do not need an interpreter.

_____   I do need an interpreter, and I intend to use the interpreter provided by the Debtors.

_____   I do need an interpreter, but I intend to bring my own certified Spanish-English
interpreter.

III.   Documents and Information

_____   I have attached additional documentation in support of my claim(s) to this Response
Form.

_____   I do not have any additional documentation that I intend to use in support of my
claim(s) at the October Satellite Hearing beyond what I previously included with my
claim(s) and what I filed with my response to the Omnibus Objection.

[Signature of the Claimant or the Claimant's Authorized Representative]

By: _____

[Printed Name]

**<u>Anexo E</u>**

**Notificación**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: | PROMESA<br>Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante del | (Administrado Conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*., | **La presente radicación guarda relación con el ELA, la ACT y el SRE.** |
| Deudores. | |

**NOTIFICACIÓN DE VISTA SOBRE DETERMINADAS RECLAMACIONES
RELATIVAS A LA OCTOGÉSIMA TERCERA OBJECIÓN GLOBAL (NO
SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA
AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL
SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE
ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE
ALEGAN INTERESES SOBRE LA BASE DE LAS EXIGENCIAS SALARIALES,
LABORALES O POR SERVICIOS PRESTADOS**

  **SEPA POR LA PRESENTE QUE** el 24 de octubre de 2019, el Estado Libre Asociado de Puerto Rico (el "ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE", y junto con el ELA y la ACT, los "Deudores"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA y del SRE conforme a la sección 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[1] radicaron la *Octogésima tercera objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en los que se alegan intereses sobre la base de las exigencias salariales, laborales o por servicios prestados* (la "Objeción Global") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal").[2]

  **SEPA, ADEMÁS, QUE** el 6 de octubre de 2020, los Deudores radicaron la *Notificación de Presentación de una orden propuesta que A) conceda en parte la Octogésima tercera*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción Global.

*objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en los que se alegan intereses sobre la base de las exigencias salariales, laborales o por servicios prestados , B) apruebe formulario de notificación y C) conceda el remedio relacionado* (la "Notificación de Presentación") ante el Tribunal.

**ASIMISMO, SEPA QUE** si su(s) reclamación(es) aparece(n) en el **Anexo A** de la Notificación de Presentación, se celebrará una vista sobre su(s) reclamación(es) el **29 de octubre de 2020, a las 9:30 a.m. (Hora del Atlántico)** (la "Vista Satélite de Octubre"). Usted puede participar en la vista yendo al centro de entregas (*collection center*) del Prime Clerk ubicado en **Citi Towers, 250 Ave. Ponce de León, Oficina 503, Hato Rey, San Juan, PR 00918** (la "Ubicación Satélite"). Debe cumplimentar y devolver el formulario de réplica del reclamante (el "Formulario de Réplica"), adjunto a la presente Notificación de Vista como Documento Adjunto 1, para indicar su intención de asistir a la Vista Satélite de Octubre.

---

### PRINCIPALES CONSIDERACIONES

- **COMPRUEBE SI SU(S) RECLAMACIÓN(ES) APARECE(N) EN EL LISTADO DEL ANEXO A DE LA NOTIFICACIÓN DE PRESENTACIÓN.**

- Si su(s) reclamación(es) aparece(n) en el Anexo A de la Notificación de Presentación, se ha programado una vista sobre su(s) reclamación(es) contra el ELA, el ACT o el SRE que se celebrará el 29 de octubre de 2020, a las 9:30 a.m. (Hora del Atlántico). Para indicar si tiene intenciones de asistir a la Vista Satélite de Octubre, cumplimente y devuelva el Formulario de Réplica adjunto a la presente Notificación de Vista como Documento Adjunto 1.

- Si su(s) reclamación(es) aparece(n) en el Anexo B de la Notificación de Presentación, estas será(n) trasladada(s) al proceso de resolución alternativa de controversias o al de reconciliación de reclamaciones administrativas, por lo que usted NO tendrá que comparecer durante la Vista Satélite de Octubre.

- Copias de la Notificación de Presentación, de la Objeción Global y de todos los escritos radicados en el marco de los Casos de Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 7:00 p.m. (**Hora del Atlántico**) (hablamos español).**

---

**Vista Satélite de Octubre sobre la Objeción Global**. Si su reclamación aparece en el **Anexo A** de la Notificación de Presentación, se celebrará una vista sobre la Objeción Global relativa a su reclamación a las **9:30 a.m. (Hora del Atlántico) del 29 de octubre de 2020** ante la

2

Honorable Laura Taylor Swain en el Tribunal de Distrito de los Estados Unidos para el Distrito
de Puerto Rico. **Usted puede aparecer y hablar en la vista desde el centro de entregas
(*collection center*) de Prime Clerk ubicado en Citi Towers, 250 Ave. Ponce de León, Oficina
503, Hato Rey, San Juan, PR 00918**.

Si su reclamación aparece en el **Anexo B** de la Notificación de Presentación, esta será
trasladada al proceso de resolución alternativa de controversias o al de reconciliación de
reclamaciones administrativas. Si su reclamación aparece en el Anexo B, **USTED NO
TENDRÁ QUE COMPARECER DURANTE LA VISTA SATÉLITE DE OCTUBRE**.

**Disponibilidad de servicios de interpretación durante la Vista Satélite de Octubre**. Si
algún reclamante necesita servicios de interpretación al español, los Deudores proporcionarán los
servicios de interpretación al español en la Ubicación Satélite. Cada reclamante también está en
libertad de traer un intérprete certificado de inglés-español, pagado por dicho reclamante, si no
desea hacer uso de los servicios de interpretación proporcionados por los Deudores.

**Formularios de Réplica que han de radicarse antes de la Vista Satélite de Octubre**.
Para ayudar con el proceso de preparación y gestión del flujo de personas en la Ubicación
Satélite, todas las partes cuya reclamación aparezca en el **Anexo A** de la Notificación de
Presentación deberán radicar el Formulario de Réplica. El Formulario de Réplica brindará a los
Deudores y al personal del Tribunal información importante sobre cuáles reclamantes tiene la
intención de comparecer durante la Vista Satélite, si los reclamantes piensan traer sus propios
intérpretes a la Ubicación Satélite o si harán uso de los servicios prestados por los/las intérpretes
que los Deudores proporcionen, y si los reclamantes piensan radicar documentación justificativa
adicional en relación con su reclamación durante la Vista Satélite.

Los Formularios de Réplica deberán enviarse a Prime Clerk antes de las **4:00 p.m. (Hora
del Atlántico)** del **22 de octubre de 2020**. Podrá presentar sus Formularios de Réplica a Prime
Clerk por correo electrónico y/o correo postal.

**Correo Electrónico**: puertoricoinfo@primeclerk.com
**Correo Postal**:         Commonwealth of Puerto Rico Claims Processing Center
                          c/o Prime Clerk LLC
                          850 Third Avenue
                          Suite 412
                          Brooklyn, NY 11232.

**Documentación adicional en apoyo de su(s) reclamación(es)**. Si desea radicar
cualquier documentación adicional en apoyo de su reclamación durante la Vista Satélite de
Octubre, **deberá** radicar dicha documentación con su Formulario de Réplica.

**Procedimientos de seguridad en la Ubicación Satélite**. Se permitirá, en todo momento,
la presencia de un máximo de ocho personas, incluido el personal, los reclamantes, los abogados
de los reclamantes y los intérpretes, en el interior de la Ubicación Satélite. Un miembro del
personal de Prime Clerk estará presente en el interior de la Ubicación Satélite para ayudar con el
movimiento de personas en el interior de dicha ubicación. Habrá personal adicional de Prime
Clerk en las instalaciones para ayudar a los reclamantes en el exterior de los predios, en el

3

recibidor o en los pasillos, según sea necesario, aunque para reducir congestiones y evitar la propagación de enfermedades por aglomeraciones, dicho personal no estará físicamente presente en el interior de la Ubicación Satélite.

### El uso de las mascarillas es obligatorio en el interior de la Ubicación Satélite.

La Ubicación Satélite cuenta con tres salas, dentro de las cuales podrá estar un reclamante junto con sus abogados y el intérprete proporcionado por los Deudores o el del reclamante. El integrante del personal de Prime Clerk presente le estará dirigiendo hacia una de las tres salas cuando sea su turno para hablar.

Cada una de las tres salas en el interior de la Ubicación Satélite estará equipada con un teléfono para conferencias con parlantes. Estos teléfonos se conectarán con la línea principal de la vista del tribunal. Los reclamantes no tendrán que tocar dichos teléfonos para poder hablar y que se les escuche. El personal de Prime Clerk les estará asistiendo. Todas las superficies que se toquen con frecuencia (por ejemplo, las mesas o los brazos de las sillas) se desinfectarán luego de cada uso.

Si tiene alguna pregunta sobre la presente Notificación de Vista, sobre la Vista Satélite de Octubre o sobre el Formulario de Réplica, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

---

**Recursos adicionales y con quién comunicarse en caso de que tenga preguntas**

Todos los documentos radicados en el marco de los Casos de Título III, incluyendo copias de las reclamaciones radicadas utilizando CM/ECF, se encuentran disponibles en línea de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Notificación de Presentación, el estado de su réplica, su reclamación, la presente notificación o su Formulario de Réplica, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 7:00 p.m. (**Hora del Atlántico**) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

---

**Documento Adjunto 1**
**Formulario de Réplica del Reclamante relativo a la Vista Satélite de Octubre**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: | PROMESA |
| | Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante del | (Administrado Conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, | |
| Deudores.[1] | |

**FORMULARIO DE RÉPLICA RELATIVO A LAS RECLAMACIONES QUE SE
ATENDERÁN DURANTE LA VISTA SATÉLITE DEL 29 DE OCTUBRE DE 2020**

Número(s) de reclamación: _____

Reclamante(s): _____

Nombre del abogado (en su caso): _____

Información de contacto más adecuada del Reclamante:

Dirección: _____

Número de teléfono: _____

Dirección de correo electrónico: _____

*[Siguen páginas adicionales]*

---

[1] Los Deudores en estos Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación federal de contribuyente de cada Deudor, en su caso, son: i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5532-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

**Responda a las siguientes preguntas contestando
-Sí *o* No -
utilizando la línea al lado de la propia pregunta**.

IV.    Asistencia

_____    Asistiré a la Vista Satélite de Octubre.

_____    No asistiré a la Vista Satélite de Octubre.

V.    Servicios de interpretación

_____    No necesito intérprete.

_____    Necesito intérprete y deseo hacer uso del/de la intérprete proporcionado/a por los Deudores.

_____    Necesito intérprete, pero deseo traer a mi propio/a intérprete certificado a/ de español e inglés.

VI.    Documentos e información

_____    He adjuntado al presente Formulario de Réplica documentación adicional en apoyo de mi(s) reclamación(es)

_____    No tengo documentación adicional que desee utilizar en apoyo de mi(s) reclamación(es) durante la Vista Satélite de Octubre más allá de la que ya haya adjuntado a mi(s) reclamación(es) y la que haya radicado con mi réplica a la Objeción Global.

[Firma del Reclamante o del representante autorizado del Reclamante]

Por: _____

[Nombre en letra de molde]

3

**Exhibit L**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**NOTICE OF HEARING AS TO CERTAIN CLAIMS SUBJECT TO THE EIGHTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES**

**PLEASE TAKE NOTICE THAT**, on October 24, 2019, the Commonwealth of Puerto Rico (the "Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," collectively with the Commonwealth and HTA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Commonwealth and ERS pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] filed the *Eighty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* (the "Omnibus Objection") with the United States District Court for the District of Puerto Rico (the "Court").[2]

**PLEASE TAKE FURTHER NOTICE THAT**, on October 6, 2020, the Debtors filed the *Notice of Presentment of Proposed Order (A) Granting in Part the Eighty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified*

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

1

*Puerto Rico Statutes, (B) Approving Form of Notice, and (C) Granting Related Relief* (the
"<u>Notice of Presentment</u>") with the Court.

**PLEASE TAKE FURTHER NOTICE THAT** if your claim(s) is/are listed on **Exhibit
A** to the Notice of Presentment, a hearing will be held on your claim(s) on **October 29, 2020 at
9:30AM (Atlantic Time)** (the "<u>October Satellite Hearing</u>").  You may participate in the hearing
by going to the Prime Clerk collection center located at **Citi Towers, 250 Ponce de León Ave.,
Suite 503, Hato Rey, San Juan, PR 00918** (the "<u>Satellite Site</u>").  You should complete and
return the claimant response form (the "<u>Response Form</u>"), attached to this Notice of Hearing as
Attachment 1, to indicate whether you intend to attend the October Satellite Hearing.

---

### <u>KEY POINTS</u>

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON <u>EXHIBIT A</u> TO
  THE NOTICE OF PRESENTMENT.**

- If your claim(s) is/are listed on <u>Exhibit A</u> to the Notice of Presentment, a hearing
  regarding your claim(s) against the Commonwealth, HTA, or ERS has been scheduled
  for October 29, 2020 at 9:30 a.m. (Atlantic Time).  To indicate whether you intend to
  attend the October Satellite Hearing, please complete and return the Response Form
  attached to this Notice of Hearing as Attachment 1.

- If your claim(s) is/are listed on <u>Exhibit B</u> to the Notice of Presentment, your claim(s)
  will be transferred into either the alternative dispute resolution or the administrative
  claims reconciliation process, and you DO NOT need to appear at the October Satellite
  Hearing.

- Copies of the Notice of Presentment, the Omnibus Objection, and all other filings in
  the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.

- **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free
  for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available
  10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

---

**<u>October Satellite Hearing on the Omnibus Objection</u>**.  If your claim is listed on
**<u>Exhibit A</u>** to the Notice of Presentment, a hearing will be held on the Omnibus Objection as to
your claim at **9:30 a.m. (Atlantic Time) on October 29, 2020,** before The Honorable Laura
Taylor Swain of the United States District Court for the District of Puerto Rico.  **You may
appear and speak at the hearing from the Prime Clerk collection center located at Citi
Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918**.

If your claim is listed on **<u>Exhibit B</u>** to the Notice of Presentment, your claim will be
transferred into either the alternative dispute resolution procedure or the administrative claims
reconciliation process.  If your claim is listed on Exhibit B, **<u>YOU DO NOT NEED TO
APPEAR AT THE OCTOBER SATELLITE HEARING</u>**.

**Availability of Interpretation Services at October Satellite Hearing**.  For any claimant that may require Spanish-language interpretation services, the Debtors will provide a certified Spanish-language interpreter at the Satellite Site.  Each claimant is also free to bring to the hearing, at his or her own expense, a certified Spanish-English interpreter if such claimant does not wish to utilize the services of the interpreter provided by the Debtors.

**Response Forms to Be Submitted Prior to the October Satellite Hearing**.  To assist in preparing for and managing traffic flow at the Satellite Site, any party whose claim is listed on **Exhibit A** to the Notice of Presentment should submit the Response Form.  The Response Form will provide the Debtors and the Court staff important information regarding which claimants intend to appear at the Satellite Hearing, whether claimants intend to bring their own interpreters to the Satellite Hearing or to rely on the interpreter provided by the Debtors, and whether claimants intend to submit additional supporting documentation in connection with their claim at the Satellite Hearing.

Response Forms should be submitted to Prime Clerk by **4:00 p.m. (Atlantic Time)** on **October 22, 2020**.  You may submit your Response Form to Prime Clerk by email and/or mail.

**Email**:  puertoricoinfo@primeclerk.com
**Mailing Address**:  Commonwealth of Puerto Rico Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue
Suite 412
Brooklyn, NY 11232.

**Additional Documentation in Support of Your Claim(s)**.  If you wish to present any additional documentation in support of your claim at the October Satellite Hearing, you **must** submit that documentation with your Response Form.

**Safety Procedures at the Satellite Site**.  A maximum of eight people, including staff, claimants, claimants' attorneys, and interpreters, will be allowed inside the Satellite Site at any given time.  One Prime Clerk staff member will be present inside the Satellite Site to assist in managing traffic flow inside the Satellite Site.  Additional Prime Clerk personnel will be available at the facility to assist claimants outside the premises, in the lobby, or in the hallways, as necessary, but to reduce congestion and prevent the spread of disease within close quarters, will not be physically present within the Satellite Site.

## Face masks are mandatory while inside the Satellite Site.

The Satellite Site contains three rooms, each of which may contain a claimant, along with their attorney and either the Debtors' or the claimant's interpreter.  The Prime Clerk staff member onsite will assist with directing you to one of the three rooms when it is your turn to speak.

Each of the three rooms inside the Satellite Site will be equipped with a conference phone with speaker phone capabilities.  The conference phones will be dialed in to the main court hearing line.  Claimants will not need to touch this conference phone in order to speak and be

heard.  The Prime Clerk staff member will assist.  All frequently touched surfaces, such as tables or chair arms, will be sanitized in between use.

If you have any questions about this Notice of Hearing, about the October Satellite Hearing, or about the Response Form, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

---

**<u>Additional Resources and Who to Contact with Questions</u>**

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico.  This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the Notice of Presentment, the status of your response, your claim, this notice, or your Response Form, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available).  Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

---

**Attachment 1**
**Claimant Response Form for October Satellite Hearing**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## RESPONSE FORM FOR CLAIMS TO BE HEARD
## AT THE OCTOBER 29, 2020 SATELLITE HEARING

Claim Number(s): _____

Claimant(s): _____

Attorney Name (if applicable): _____

Best Contact Information for Claimant:

Address: _____

Telephone Number: _____

Email Address: _____

*[Additional pages follow]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Please respond to the following questions by answering
-Yes *or* No -
on the line next to the question.**

I.    Attendance

_____   I will attend the October Satellite Hearing.

_____   I will not attend the October Satellite Hearing.


II.    Interpreter Services

_____   I do not need an interpreter.

_____   I do need an interpreter, and I intend to use the interpreter provided by the Debtors.

_____   I do need an interpreter, but I intend to bring my own certified Spanish-English
interpreter.


III.    Documents and Information

_____   I have attached additional documentation in support of my claim(s) to this Response
Form.

_____   I do not have any additional documentation that I intend to use in support of my
claim(s) at the October Satellite Hearing beyond what I previously included with my
claim(s) and what I filed with my response to the Omnibus Objection.

[Signature of the Claimant or the Claimant's Authorized Representative]

By: _____

[Printed Name]

3

## <u>Anexo E</u>

**Notificación**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*,<br><br>Deudores. | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

**NOTIFICACIÓN DE VISTA SOBRE DETERMINADAS RECLAMACIONES RELATIVAS A LA OCTOGÉSIMA CUARTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS**

       **SEPA POR LA PRESENTE QUE** el 24 de octubre de 2019, el Estado Libre Asociado de Puerto Rico (el "ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE", y junto con el ELA y la ACT, los "Deudores"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA y del SRE conforme a la sección 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[1] radicaron la *Octogésima cuarta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en los que se alegan intereses sobre la base de las leyes puertorriqueñas no especificadas* (la "Objeción Global") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal").[2]

       **SEPA, ADEMÁS, QUE** el 6 de octubre de 2020, los Deudores radicaron la *Notificación de Presentación de una orden propuesta que A) conceda en parte la Octogésima cuarta objeción*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción Global.

*global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en los que se alegan intereses sobre la base de las leyes puertorriqueñas no especificadas, B) apruebe formulario de notificación y C) conceda el remedio relacionado* (la "Notificación de Presentación") ante el Tribunal.

**ASIMISMO, SEPA QUE** si su(s) reclamación(es) aparece(n) en el **Anexo A** de la Notificación de Presentación, se celebrará una vista sobre su(s) reclamación(es) el **29 de octubre de 2020, a las 9:30 a.m. (Hora del Atlántico)** (la "Vista Satélite de Octubre").  Usted puede participar en la vista yendo al centro de entregas (*collection center*) del Prime Clerk ubicado en **Citi Towers, 250 Ave. Ponce de León, Oficina 503, Hato Rey, San Juan, PR 00918** (la "Ubicación Satélite"). Debe cumplimentar y devolver el formulario de réplica del reclamante (el "Formulario de Réplica"), adjunto a la presente Notificación de Vista como Documento Adjunto 1, para indicar su intención de asistir a la Vista Satélite de Octubre.

---

### PRINCIPALES CONSIDERACIONES

- **COMPRUEBE SI SU(S) RECLAMACIÓN(ES) APARECE(N) EN EL LISTADO DEL ANEXO A DE LA NOTIFICACIÓN DE PRESENTACIÓN.**

- Si su(s) reclamación(es) aparece(n) en el Anexo A de la Notificación de Presentación, se ha programado una vista sobre su(s) reclamación(es) contra el ELA, la ACT o el SRE que se celebrará el 29 de octubre de 2020, a las 9:30 a.m. (Hora del Atlántico). Para indicar si tiene intenciones de asistir a la Vista Satélite de Octubre, cumplimente y devuelva el Formulario de Réplica adjunto a la presente Notificación de Vista como Documento Adjunto 1.

- Si su(s) reclamación(es) aparece(n) en el Anexo B de la Notificación de Presentación, estas será(n) trasladada(s) al proceso de resolución alternativa de controversias o al de reconciliación de reclamaciones administrativas, por lo que usted NO tendrá que comparecer durante la Vista Satélite de Octubre.

- Copias de la Notificación de Presentación, de la Objeción Global y de todos los escritos radicados en el marco de los Casos de Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 7:00 p.m. (Hora del Atlántico) (hablamos español).**

---

**Vista Satélite de Octubre sobre la Objeción Global**. Si su reclamación aparece en el **Anexo A** de la Notificación de Presentación, se celebrará una vista sobre la Objeción Global relativa a su reclamación a las **9:30 a.m. (Hora del Atlántico) del 29 de octubre de 2020** ante la

Honorable Laura Taylor Swain en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. **Usted puede aparecer y hablar en la vista desde el centro de entregas (*collection center*) de Prime Clerk ubicado en Citi Towers, 250 Ave. Ponce de León, Oficina 503, Hato Rey, San Juan, PR 00918**.

Si su reclamación aparece en el **Anexo B** de la Notificación de Presentación, esta será trasladada al proceso de resolución alternativa de controversias o al de reconciliación de reclamaciones administrativas. Si su reclamación aparece en el Anexo B, **USTED NO TENDRÁ QUE COMPARECER DURANTE LA VISTA SATÉLITE DE OCTUBRE**.

**Disponibilidad de servicios de interpretación durante la Vista Satélite de Octubre**. Si algún reclamante necesita servicios de interpretación al español, los Deudores proporcionarán los servicios de interpretación al español en la Ubicación Satélite. Cada reclamante también está en libertad de traer un intérprete certificado de inglés-español, pagado por dicho reclamante, si no desea hacer uso de los servicios de interpretación proporcionados por los Deudores.

**Formularios de Réplica que han de radicarse antes de la Vista Satélite de Octubre**. Para ayudar con el proceso de preparación y gestión del flujo de personas en la Ubicación Satélite, todas las partes cuya reclamación aparezca en el **Anexo A** de la Notificación de Presentación deberán radicar el Formulario de Réplica. El Formulario de Réplica brindará a los Deudores y al personal del Tribunal información importante sobre cuáles reclamantes tiene la intención de comparecer durante la Vista Satélite, si los reclamantes piensan traer sus propios intérpretes a la Ubicación Satélite o si harán uso de los servicios prestados por los/las intérpretes que los Deudores proporcionen, y si los reclamantes piensan radicar documentación justificativa adicional en relación con su reclamación durante la Vista Satélite.

Los Formularios de Réplica deberán enviarse a Prime Clerk antes de las **4:00 p.m. (Hora del Atlántico)** del **22 de octubre de 2020**. Podrá presentar sus Formularios de Réplica a Prime Clerk por correo electrónico y/o correo postal.

> **Correo Electrónico**: puertoricoinfo@primeclerk.com
> **Correo Postal**:        Commonwealth of Puerto Rico Claims Processing Center
>                           c/o Prime Clerk LLC
>                           850 Third Avenue
>                           Suite 412
>                           Brooklyn, NY 11232.

**Documentación adicional en apoyo de su(s) reclamación(es)**. Si desea radicar cualquier documentación adicional en apoyo de su reclamación durante la Vista Satélite de Octubre, **deberá** radicar dicha documentación con su Formulario de Réplica.

**Procedimientos de seguridad en la Ubicación Satélite**. Se permitirá, en todo momento, la presencia de un máximo de ocho personas, incluido el personal, los reclamantes, los abogados de los reclamantes y los intérpretes, en el interior de la Ubicación Satélite. Un miembro del personal de Prime Clerk estará presente en el interior de la Ubicación Satélite para ayudar con el movimiento de personas en el interior de dicha ubicación. Habrá personal adicional de Prime Clerk en las instalaciones para ayudar a los reclamantes en el exterior de los predios, en el

recibidor o en los pasillos, según sea necesario, aunque para reducir congestiones y evitar la propagación de enfermedades por aglomeraciones, dicho personal no estará físicamente presente en el interior de la Ubicación Satélite.

## El uso de las mascarillas es obligatorio en el interior de la Ubicación Satélite.

La Ubicación Satélite cuenta con tres salas, dentro de las cuales podrá estar un reclamante junto con sus abogados y el intérprete proporcionado por los Deudores o el del reclamante. El integrante del personal de Prime Clerk presente le estará dirigiendo hacia una de las tres salas cuando sea su turno para hablar.

Cada una de las tres salas en el interior de la Ubicación Satélite estará equipada con un teléfono para conferencias con parlantes. Estos teléfonos se conectarán con la línea principal de la vista del tribunal. Los reclamantes no tendrán que tocar dichos teléfonos para poder hablar y que se les escuche. El personal de Prime Clerk les estará asistiendo. Todas las superficies que se toquen con frecuencia (por ejemplo, las mesas o los brazos de las sillas) se desinfectarán luego de cada uso.

Si tiene alguna pregunta sobre la presente Notificación de Vista, sobre la Vista Satélite de Octubre o sobre el Formulario de Réplica, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

---

**Recursos adicionales y con quién comunicarse en caso de que tenga preguntas**

Todos los documentos radicados en el marco de los Casos de Título III, incluyendo copias de las reclamaciones radicadas utilizando CM/ECF, se encuentran disponibles en línea de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Notificación de Presentación, el estado de su réplica, su reclamación, la presente notificación o su Formulario de Réplica, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 7:00 p.m. (**Hora del Atlántico**) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

---

**Documento Adjunto 1**
**Formulario de Réplica del Reclamante relativo a la Vista Satélite de Octubre**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: | PROMESA |
| | Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante del | (Administrado Conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, | |
| Deudores.[1] | |

**FORMULARIO DE RÉPLICA RELATIVO A LAS RECLAMACIONES QUE SE
ATENDERÁN DURANTE LA VISTA SATÉLITE DEL 29 DE OCTUBRE DE 2020**

Número(s) de reclamación: _____

Reclamante(s): _____

Nombre del abogado (en su caso): _____

Información de contacto más adecuada del Reclamante:

Dirección: _____

Número de teléfono: _____

Dirección de correo electrónico: _____

*[Siguen páginas adicionales]*

---

[1] Los Deudores en estos Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación federal de contribuyente de cada Deudor, en su caso, son: i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5532-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

| |
|---|
| **Responda a las siguientes preguntas contestando<br>-Sí *o* No -<br>utilizando la línea al lado de la propia pregunta**. |

IV.   Asistencia

_____   Asistiré a la Vista Satélite de Octubre.

_____   No asistiré a la Vista Satélite de Octubre.


V.   Servicios de interpretación

_____   No necesito intérprete.

_____   Necesito intérprete y deseo hacer uso del/de la intérprete proporcionado/a por los
Deudores.

_____   Necesito intérprete, pero deseo traer a mi propio/a intérprete certificado a/ de español e
inglés.


VI.   Documentos e información

_____   He adjuntado al presente Formulario de Réplica documentación adicional en apoyo de
mi(s) reclamación(es)

_____   No tengo documentación adicional que desee utilizar en apoyo de mi(s)
reclamación(es) durante la Vista Satélite de Octubre más allá de la que ya haya
adjuntado a mi(s) reclamación(es) y la que haya radicado con mi réplica a la Objeción
Global.

[Firma del Reclamante o del representante autorizado del Reclamante]

Por: _____

[Nombre en letra de molde]

**Exhibit M**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                  Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**NOTICE OF HEARING AS TO CERTAIN CLAIMS SUBJECT TO THE EIGHTY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES**

      **PLEASE TAKE NOTICE THAT**, on October 24, 2019, the Commonwealth of Puerto Rico (the "Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," collectively with the Commonwealth and HTA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Commonwealth and ERS pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] filed the *Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* (the "Omnibus Objection") with the United States District Court for the District of Puerto Rico (the "Court").[2]

      **PLEASE TAKE FURTHER NOTICE THAT**, on October 6, 2020, the Debtors filed the *Notice of Presentment of Proposed Order (A) Granting in Part the Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified*

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

*Puerto Rico Statutes, (B) Approving Form of Notice, and (C) Granting Related Relief* (the "Notice of Presentment") with the Court.

**PLEASE TAKE FURTHER NOTICE THAT** if your claim(s) is/are listed on **Exhibit A** to the Notice of Presentment, a hearing will be held on your claim(s) on **October 29, 2020 at 9:30AM (Atlantic Time)** (the "October Satellite Hearing"). You may participate in the hearing by going to the Prime Clerk collection center located at **Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918** (the "Satellite Site"). You should complete and return the claimant response form (the "Response Form"), attached to this Notice of Hearing as Attachment 1, to indicate whether you intend to attend the October Satellite Hearing.

---

### KEY POINTS

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON EXHIBIT A TO THE NOTICE OF PRESENTMENT.**

- If your claim(s) is/are listed on Exhibit A to the Notice of Presentment, a hearing regarding your claim(s) against the Commonwealth, HTA, or ERS has been scheduled for October 29, 2020 at 9:30 a.m. (Atlantic Time). To indicate whether you intend to attend the October Satellite Hearing, please complete and return the Response Form attached to this Notice of Hearing as Attachment 1.

- If your claim(s) is/are listed on Exhibit B to the Notice of Presentment, your claim(s) will be transferred into either the alternative dispute resolution or the administrative claims reconciliation process, and you DO NOT need to appear at the October Satellite Hearing.

- Copies of the Notice of Presentment, the Omnibus Objection, and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.

- **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

---

**October Satellite Hearing on the Omnibus Objection**. If your claim is listed on **Exhibit A** to the Notice of Presentment, a hearing will be held on the Omnibus Objection as to your claim at **9:30 a.m. (Atlantic Time) on October 29, 2020,** before The Honorable Laura Taylor Swain of the United States District Court for the District of Puerto Rico. **You may appear and speak at the hearing from the Prime Clerk collection center located at Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918**.

If your claim is listed on **Exhibit B** to the Notice of Presentment, your claim will be transferred into either the alternative dispute resolution procedure or the administrative claims reconciliation process. If your claim is listed on Exhibit B, **YOU DO NOT NEED TO APPEAR AT THE OCTOBER SATELLITE HEARING**.

2

**Availability of Interpretation Services at October Satellite Hearing**.  For any claimant that may require Spanish-language interpretation services, the Debtors will provide a certified Spanish-language interpreter at the Satellite Site.  Each claimant is also free to bring to the hearing, at his or her own expense, a certified Spanish-English interpreter if such claimant does not wish to utilize the services of the interpreter provided by the Debtors.

**Response Forms to Be Submitted Prior to the October Satellite Hearing**.  To assist in preparing for and managing traffic flow at the Satellite Site, any party whose claim is listed on **Exhibit A** to the Notice of Presentment should submit the Response Form.  The Response Form will provide the Debtors and the Court staff important information regarding which claimants intend to appear at the Satellite Hearing, whether claimants intend to bring their own interpreters to the Satellite Hearing or to rely on the interpreter provided by the Debtors, and whether claimants intend to submit additional supporting documentation in connection with their claim at the Satellite Hearing.

Response Forms should be submitted to Prime Clerk by **4:00 p.m. (Atlantic Time)** on **October 22, 2020**.  You may submit your Response Form to Prime Clerk by email and/or mail.

**Email**:  puertoricoinfo@primeclerk.com
**Mailing Address**:  Commonwealth of Puerto Rico Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue
Suite 412
Brooklyn, NY 11232.

**Additional Documentation in Support of Your Claim(s)**.  If you wish to present any additional documentation in support of your claim at the October Satellite Hearing, you **must** submit that documentation with your Response Form.

**Safety Procedures at the Satellite Site**.  A maximum of eight people, including staff, claimants, claimants' attorneys, and interpreters, will be allowed inside the Satellite Site at any given time.  One Prime Clerk staff member will be present inside the Satellite Site to assist in managing traffic flow inside the Satellite Site.  Additional Prime Clerk personnel will be available at the facility to assist claimants outside the premises, in the lobby, or in the hallways, as necessary, but to reduce congestion and prevent the spread of disease within close quarters, will not be physically present within the Satellite Site.

## Face masks are mandatory while inside the Satellite Site.

The Satellite Site contains three rooms, each of which may contain a claimant, along with their attorney and either the Debtors' or the claimant's interpreter.  The Prime Clerk staff member onsite will assist with directing you to one of the three rooms when it is your turn to speak.

Each of the three rooms inside the Satellite Site will be equipped with a conference phone with speaker phone capabilities.  The conference phones will be dialed in to the main court hearing line.  Claimants will not need to touch this conference phone in order to speak and be

3

heard.  The Prime Clerk staff member will assist.  All frequently touched surfaces, such as tables or chair arms, will be sanitized in between use.

If you have any questions about this Notice of Hearing, about the October Satellite Hearing, or about the Response Form, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

---

**Additional Resources and Who to Contact with Questions**

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico.  This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the Notice of Presentment, the status of your response, your claim, this notice, or your Response Form, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available).  Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

---

**Attachment 1**
**Claimant Response Form for October Satellite Hearing**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

## RESPONSE FORM FOR CLAIMS TO BE HEARD
## AT THE OCTOBER 29, 2020 SATELLITE HEARING

Claim Number(s): _____

Claimant(s): _____

Attorney Name (if applicable): _____

Best Contact Information for Claimant:

Address: _____

Telephone Number: _____

Email Address: _____

*[Additional pages follow]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

---

**Please respond to the following questions by answering
-Yes *or* No -
on the line next to the question.**

I.     <u>Attendance</u>

\_\_\_\_\_   I will attend the October Satellite Hearing.

\_\_\_\_\_   I will not attend the October Satellite Hearing.

II.    <u>Interpreter Services</u>

\_\_\_\_\_   I do not need an interpreter.

\_\_\_\_\_  I do need an interpreter, and I intend to use the interpreter provided by the Debtors.

\_\_\_\_\_  I do need an interpreter, but I intend to bring my own certified Spanish-English
interpreter.

III.   <u>Documents and Information</u>

\_\_\_\_\_   I have attached additional documentation in support of my claim(s) to this Response
Form.

\_\_\_\_\_   I do not have any additional documentation that I intend to use in support of my
claim(s) at the October Satellite Hearing beyond what I previously included with my
claim(s) and what I filed with my response to the Omnibus Objection.

---

[Signature of the Claimant or the Claimant's Authorized Representative]

By: _____
                                    [Printed Name]

**<u>Anexo E</u>**

**Notificación**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: | PROMESA<br>Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante del | (Administrado Conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*., | **La presente radicación guarda relación con el ELA, la ACT y el SRE.** |
| Deudores. | |

**NOTIFICACIÓN DE VISTA SOBRE DETERMINADAS RECLAMACIONES
RELATIVAS A LA OCTOGÉSIMA SÉPTIMA OBJECIÓN GLOBAL (NO
SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA
AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL
SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE
ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE
ALEGAN INTERESES SOBRE LA BASE DE LAS LEYES PUERTORRIQUEÑAS NO
ESPECIFICADAS**

      **SEPA POR LA PRESENTE QUE** el 24 de octubre de 2019, el Estado Libre Asociado de Puerto Rico (el "ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE", y junto con el ELA y la ACT, los "Deudores"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA y del SRE conforme a la sección 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[1] radicaron la *Octogésima séptima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en los que se alegan intereses sobre la base de las leyes puertorriqueñas no especificadas* (la "Objeción Global") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal").[2]

      **SEPA, ADEMÁS, QUE** el 6 de octubre de 2020, los Deudores radicaron la *Notificación de Presentación de una orden propuesta que A) conceda en parte la Octogésima séptima*

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción Global.

*objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de
Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del
Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos deficientes en los que se alegan
intereses sobre la base de las leyes puertorriqueñas no especificadas , B) apruebe formulario de
notificación y C) conceda el remedio relacionado* (la "Notificación de Presentación") ante el
Tribunal.

**ASIMISMO, SEPA QUE** si su(s) reclamación(es) aparece(n) en el **Anexo A** de la
Notificación de Presentación, se celebrará una vista sobre su(s) reclamación(es) el **29 de octubre
de 2020, a las 9:30 a.m. (Hora del Atlántico)** (la "Vista Satélite de Octubre").  Usted puede
participar en la vista yendo al centro de entregas (*collection center*) del Prime Clerk ubicado en
**Citi Towers, 250 Ave. Ponce de León, Oficina 503, Hato Rey, San Juan, PR 00918** (la
"Ubicación Satélite"). Debe cumplimentar y devolver el formulario de réplica del reclamante (el
"Formulario de Réplica"), adjunto a la presente Notificación de Vista como Documento Adjunto
1, para indicar su intención de asistir a la Vista Satélite de Octubre.

---

### PRINCIPALES CONSIDERACIONES

- **COMPRUEBE SI SU(S) RECLAMACIÓN(ES) APARECE(N) EN EL LISTADO
  DEL ANEXO A DE LA NOTIFICACIÓN DE PRESENTACIÓN.**

- Si su(s) reclamación(es) aparece(n) en el Anexo A de la Notificación de Presentación,
  se ha programado una vista sobre su(s) reclamación(es) contra el ELA, la ACT o el
  SRE que se celebrará el 29 de octubre de 2020, a las 9:30 a.m. (Hora del Atlántico).
  Para indicar si tiene intenciones de asistir a la Vista Satélite de Octubre, cumplimente y
  devuelva el Formulario de Réplica adjunto a la presente Notificación de Vista como
  Documento Adjunto 1.

- Si su(s) reclamación(es) aparece(n) en el Anexo B de la Notificación de Presentación,
  estas será(n) trasladada(s) al proceso de resolución alternativa de controversias o al de
  reconciliación de reclamaciones administrativas, por lo que usted NO tendrá que
  comparecer durante la Vista Satélite de Octubre.

- Copias de la Notificación de Presentación, de la Objeción Global y de todos los
  escritos radicados en el marco de los Casos de Título III, están disponibles, de manera
  gratuita, en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844)
  822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944
  (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 7:00 p.m.
  (Hora del Atlántico) (hablamos español).**

---

**Vista Satélite de Octubre sobre la Objeción Global**. Si su reclamación aparece en el
**Anexo A** de la Notificación de Presentación, se celebrará una vista sobre la Objeción Global
relativa a su reclamación a las **9:30 a.m. (Hora del Atlántico) del 29 de octubre de 2020** ante la

Honorable Laura Taylor Swain en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. **Usted puede aparecer y hablar en la vista desde el centro de entregas (*collection center*) de Prime Clerk ubicado en Citi Towers, 250 Ave. Ponce de León, Oficina 503, Hato Rey, San Juan, PR 00918**.

Si su reclamación aparece en el **Anexo B** de la Notificación de Presentación, esta será trasladada al proceso de resolución alternativa de controversias o al de reconciliación de reclamaciones administrativas. Si su reclamación aparece en el Anexo B, **USTED NO TENDRÁ QUE COMPARECER DURANTE LA VISTA SATÉLITE DE OCTUBRE**.

**Disponibilidad de servicios de interpretación durante la Vista Satélite de Octubre**. Si algún reclamante necesita servicios de interpretación al español, los Deudores proporcionarán los servicios de interpretación al español en la Ubicación Satélite. Cada reclamante también está en libertad de traer un intérprete certificado de inglés-español, pagado por dicho reclamante, si no desea hacer uso de los servicios de interpretación proporcionados por los Deudores.

**Formularios de Réplica que han de radicarse antes de la Vista Satélite de Octubre**. Para ayudar con el proceso de preparación y gestión del flujo de personas en la Ubicación Satélite, todas las partes cuya reclamación aparezca en el **Anexo A** de la Notificación de Presentación deberán radicar el Formulario de Réplica. El Formulario de Réplica brindará a los Deudores y al personal del Tribunal información importante sobre cuáles reclamantes tiene la intención de comparecer durante la Vista Satélite, si los reclamantes piensan traer sus propios intérpretes a la Ubicación Satélite o si harán uso de los servicios prestados por los/las intérpretes que los Deudores proporcionen, y si los reclamantes piensan radicar documentación justificativa adicional en relación con su reclamación durante la Vista Satélite.

Los Formularios de Réplica deberán enviarse a Prime Clerk antes de las **4:00 p.m. (Hora del Atlántico)** del **22 de octubre de 2020**. Podrá presentar sus Formularios de Réplica a Prime Clerk por correo electrónico y/o correo postal.

**Correo Electrónico**: puertoricoinfo@primeclerk.com
**Correo Postal**:        Commonwealth of Puerto Rico Claims Processing Center
                          c/o Prime Clerk LLC
                          850 Third Avenue
                          Suite 412
                          Brooklyn, NY 11232.

**Documentación adicional en apoyo de su(s) reclamación(es)**. Si desea radicar cualquier documentación adicional en apoyo de su reclamación durante la Vista Satélite de Octubre, **deberá** radicar dicha documentación con su Formulario de Réplica.

**Procedimientos de seguridad en la Ubicación Satélite**. Se permitirá, en todo momento, la presencia de un máximo de ocho personas, incluido el personal, los reclamantes, los abogados de los reclamantes y los intérpretes, en el interior de la Ubicación Satélite. Un miembro del personal de Prime Clerk estará presente en el interior de la Ubicación Satélite para ayudar con el movimiento de personas en el interior de dicha ubicación. Habrá personal adicional de Prime Clerk en las instalaciones para ayudar a los reclamantes en el exterior de los predios, en el

3

recibidor o en los pasillos, según sea necesario, aunque para reducir congestiones y evitar la
propagación de enfermedades por aglomeraciones, dicho personal no estará físicamente presente
en el interior de la Ubicación Satélite.

### El uso de las mascarillas es obligatorio en el interior de la Ubicación Satélite.

La Ubicación Satélite cuenta con tres salas, dentro de las cuales podrá estar un
reclamante junto con sus abogados y el intérprete proporcionado por los Deudores o el del
reclamante. El integrante del personal de Prime Clerk presente le estará dirigiendo hacia una de
las tres salas cuando sea su turno para hablar.

Cada una de las tres salas en el interior de la Ubicación Satélite estará equipada con un
teléfono para conferencias con parlantes. Estos teléfonos se conectarán con la línea principal de
la vista del tribunal. Los reclamantes no tendrán que tocar dichos teléfonos para poder hablar y
que se les escuche. El personal de Prime Clerk les estará asistiendo. Todas las superficies que se
toquen con frecuencia (por ejemplo, las mesas o los brazos de las sillas) se desinfectarán luego
de cada uso.

Si tiene alguna pregunta sobre la presente Notificación de Vista, sobre la Vista Satélite de
Octubre o sobre el Formulario de Réplica, comuníquese con **Prime Clerk** llamando al **número
directo (844) 822-9231**.

---

**Recursos adicionales y con quién comunicarse en caso de que tenga preguntas**

Todos los documentos radicados en el marco de los Casos de Título III, incluyendo copias de las
reclamaciones radicadas utilizando CM/ECF, se encuentran disponibles en línea de manera
gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo
realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que
ayuda a localizar documentos.

Para obtener información adicional sobre la Notificación de Presentación, el estado de su réplica,
su reclamación, la presente notificación o su Formulario de Réplica, comuníquese con Prime Clerk
llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto
Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y
las 7:00 p.m. (**Hora del Atlántico**) (hablamos español). También podrá enviar consultas a la
siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

---

4

**Documento Adjunto 1**
**Formulario de Réplica del Reclamante relativo a la Vista Satélite de Octubre**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente) |

**FORMULARIO DE RÉPLICA RELATIVO A LAS RECLAMACIONES QUE SE
ATENDERÁN DURANTE LA VISTA SATÉLITE DEL 29 DE OCTUBRE DE 2020**

Número(s) de reclamación: _____

Reclamante(s): _____

Nombre del abogado (en su caso): _____

Información de contacto más adecuada del Reclamante:

Dirección: _____

Número de teléfono: _____

Dirección de correo electrónico: _____

*[Siguen páginas adicionales]*

---

[1] Los Deudores en estos Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación federal de contribuyente de cada Deudor, en su caso, son: i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5532-LTS) (Últimos cuatro dígitos de la identificación federal de contribuyente: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

| **Responda a las siguientes preguntas contestando -Sí _o_ No - utilizando la línea al lado de la propia pregunta.** |
| :--- |

IV.    Asistencia

_____   Asistiré a la Vista Satélite de Octubre.

_____   No asistiré a la Vista Satélite de Octubre.

V.    Servicios de interpretación

_____    No necesito intérprete.

_____   Necesito intérprete y deseo hacer uso del/de la intérprete proporcionado/a por los Deudores.

_____   Necesito intérprete, pero deseo traer a mi propio/a intérprete certificado a/ de español e inglés.

VI.    Documentos e información

_____    He adjuntado al presente Formulario de Réplica documentación adicional en apoyo de mi(s) reclamación(es)

_____   No tengo documentación adicional que desee utilizar en apoyo de mi(s) reclamación(es) durante la Vista Satélite de Octubre más allá de la que ya haya adjuntado a mi(s) reclamación(es) y la que haya radicado con mi réplica a la Objeción Global.

[Firma del Reclamante o del representante autorizado del Reclamante]

Por: _____

[Nombre en letra de molde]