UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

               Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REGARDING REPLY MEMORANDUM IN FURTHER
SUPPORT OF MOTION OF NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION FOR ENTRY OF AN ORDER DIRECTING AN INDEPENDENT INVESTIGATION

        The Court has received and reviewed the *Response and Limited Objection of National Public Finance Guarantee Corporation to the Urgent Motion of the Lawful Constitutional Debt Coalition to File Under Seal Certain Portions of Its Objection to the Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing an Independent Investigation* (Docket Entry No. 14755 in Case No. 17-3283,[2] the "Urgent Motion Response") filed by National Public Finance Guarantee Corporation ("National"). National states in the Urgent Motion Response that it did not have a completely unredacted copy of the *Objection of the Lawful Constitutional Debt Coalition to the Motion of National Public Finance*

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     All docket entry references herein are to entries in Case No. 17-3283, unless otherwise specified.

*Guarantee Corporation for Entry of an Order Directing an Independent Investigation* (Docket Entry No. 14562-2, the "LCDC Objection") before it was required to file its *Reply Memorandum in Further Support of Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing an Independent Investigation* (Docket Entry No. 14672, the "Reply"), on October 20, 2020.

National may file either an amended version of its Reply or a supplemental brief (the "Supplemental Reply") including any changes or additions that it deems necessary to address the Confidential Material[3] that had previously been redacted from the LCDC Objection, by **October 23, 2020, at 12:00 p.m. (Atlantic Standard Time)**.  In accordance with the *Order Granting Urgent Motion of National Public Finance Guarantee Corporation to File Under Seal Certain Portions of Its Reply in Further Support of Its Motion for Entry of an Order Directing an Independent Investigation* (Docket Entry No. 14687), National shall redact and file under seal any references to the Confidential Material in the Supplemental Reply.  Access to the unredacted version of the Supplemental Reply while the Urgent Motion to Seal remains under consideration will be restricted to Court personnel, but the Court will not review the Confidential Material, if at all, until after a final decision regarding the Urgent Motion to Seal has been issued.

SO ORDERED.

Dated: October 22, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[3] Capitalized terms not defined herein have the meanings given to them in the Urgent Motion Response.