## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]

               Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

### INFORMATIVE MOTION OF SCULPTOR CAPITAL LP
### REGARDING OCTOBER 28, 2020 OMNIBUS HEARING

Sculptor Capital LP ("Sculptor") hereby submits this informative motion pursuant to the Court's *Order Regarding Procedures for October 28-29, 2020, Omnibus Hearing* (Case No. 17-BK- 3283, Dkt. No. 14619), and respectfully states as follows:

1.        Thaddeus D. Wilson of King & Spalding LLP will appear telephonically on behalf of Sculptor at the October 28, 2020, omnibus hearings to address, as necessary, the following matters:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

a.  *Motion of National Public Finance Corporation for Entry of an Order Directing Independent Investigation* (the "National Motion") [ECF No. 14450];

b.  *Official Committee of Unsecured Creditors' Limited Joinder in Motion of National Public Finance Corporation for Entry of an Order Directing Independent Investigation* (the "UCC Joinder") [ECF No. 14527];

c.  *Objection of QTCB Noteholder Group* to the National Motion and UCC Joinder (the "QTCB Objection") [ECF No. 14553];

d.  *Response of Sculptor Capital LP* to the National Motion (the "Sculptor Response") [ECF No. 14554]; and

e.  Any objections, responses, statements, joinders, or replies to the National Motion, UCC Joinder, QCTB Objection, or Sculptor Response.

2.  Counsel reserves the right to be heard on any matter presented to the Court and  to respond to any statements made by any party in connection with the above-captioned Title III cases, and/or any adversary proceeding pending in the Title III cases.

**WHEREFORE**, Sculptor Capital LP respectfully requests that the Court take notice of the foregoing.

Dated:  October 22, 2020
San Juan, Puerto Rico

*[Remainder of page intentionally left blank]*

**RESPECTFULLY SUBMITTED,**

KING & SPALDING LLP

CORREA-ACEVEDO & ABESADA LAW OFFICES, PSC

*/s/ Richard H. Walker*
Richard H. Walker (*pro hac vice*)
1700 Pennsylvania Avenue, 2nd Floor
Washington, D.C. 20006
Tel. (202) 737-0500
rwalker@kslaw.com

*/s/ Sergio Criado*
Sergio Criado
USDC-PR No. 226307
Roberto Abesada-Agüet
USDC-PR No. 216706
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300
Fax (787) 273-8379
ra@calopsc.com
scriado@calopsc.com

Thaddeus D. Wilson (*pro hac vice*)
Jonathan W. Jordan (*pro hac vice*)
1180 Peachtree Street, 35th Floor
Atlanta, Georgia 30309
Tel: (404) 572-4600
thadwilson@kslaw.com
jjordan@kslaw.com

*Co-Counsel for Sculptor Capital LP*

**I HEREBY CERTIFY** that on October 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

**CORREA ACEVEDO & ABESADA**
**LAW OFFICES, P.S.C.**

*/s/ Sergio Criado*
Sergio Criado
USDC-PR No. 226307
E-Mail: scriado@calopsc.com
Centro Internacional de Mercadeo,
Torre II # 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300; Fax (787) 273-8379

WORKAMER\30731\240001\37651032.v1-10/22/20