# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION OF ASSURED GUARANTY CORP. AND ASSURED GUARANTY MUNICIPAL CORP. REGARDING THE OCTOBER 28-29, 2020, OMNIBUS HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured") hereby submit this informative motion in compliance with the *Order Regarding Procedures for October 28-29, 2020, Omnibus Hearing* (ECF No. 14619)[2], and respectfully state as follows:

1. Mark C. Ellenberg and/or William J. Natbony of Cadwalader, Wickersham & Taft LLP will speak on behalf of Assured at the October 28-29, 2020, Omnibus Hearing, which will be conducted telephonically via CourtSolutions due to the ongoing public health crisis.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] "ECF No." refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted.

-2-

2.  Mr. Ellenberg and/or Mr. Natbony will present oral argument on behalf of Assured related to the *Objection of Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Ambac Assurance Corporation to the Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for an Order Approving Stipulation and Agreed Order (A) Allowing PRIFA BANs Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing the Dismissal of Litigation with Prejudice* (ECF No. 12699) and all other related papers.

3.  Mr. Ellenberg and/or Mr. Natbony reserve the right to be heard on any matter raised by any party at the October 28-29, 2020, Omnibus Hearing as concerns Assured related to the Title III Cases, or any adversary proceeding pending in the Title III Cases, or the interests of Assured.

[*Remainder of Page Intentionally Omitted*]

Dated: October 22, 2020
       New York, New York

| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
|---|---|
| By: /s/ *Heriberto Burgos Pérez* <br>    Heriberto Burgos Pérez <br>    USDC-PR No. 204,809 <br>    Ricardo F. Casellas-Sánchez <br>    USDC-PR No. 203,114 <br>    Diana Pérez-Seda <br>    USDC–PR No. 232,014 <br>    P.O. Box 364924 <br>    San Juan, PR 00936-4924 <br>    Tel.: (787) 756-1400 <br>    Fax: (787) 756-1401 <br>    E-mail: hburgos@cabprlaw.com <br>               rcasellas@cabprlaw.com <br>               dperez@cabprlaw.com <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: /s/ *Howard R. Hawkins, Jr.* <br>    Howard R. Hawkins, Jr.* <br>    Mark C. Ellenberg* <br>    William J. Natbony* <br>    Ellen M. Halstead* <br>    Thomas J. Curtin* <br>    Casey J. Servais* <br>    200 Liberty Street <br>    New York, New York 10281 <br>    Tel.: (212) 504-6000 <br>    Fax: (212) 406-6666 <br>    Email: howard.hawkins@cwt.com <br>             mark.ellenberg@cwt.com <br>             bill.natbony@cwt.com <br>             ellen.halstead@cwt.com <br>             thomas.curtin@cwt.com <br>             casey.servais@cwt.com <br><br> * Admitted pro hac vice <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 22nd day of October, 2020.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted pro hac vice