# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

Martin A. Sosland, counsel for Financial Guaranty Insurance Company, hereby gives notice to the court of the following change of addresses:

>   Martin A. Sosland
>   **BUTLER SNOW LLP**
>   2911 Turtle Creek Blvd.
>   Suite 1400
>   Dallas, TX 75219
>   Telephone No.: (469) 680-5502
>   Facsimile: (469) 680-5501
>   martin.sosland@butlersnow.com

THIS, the 22nd day of October 2020.

>   Respectfully submitted,
>
>   FINANCIAL GUARANTY INSURANCE
>   COMPANY
>
>
>   By: /s/ Martin A. Sosland
>       MARTIN A. SOSLAND
>       One of Its Attorneys

Case:17-03283-LTS   Doc#:14776   Filed:10/22/20   Entered:10/22/20 14:40:44   Desc: Main
Document    Page 2 of 2

OF COUNSEL:

Martin A. Sosland
**BUTLER SNOW LLP**
2911 Turtle Creek Blvd.
Suite 1400
Dallas, TX 75219
Telephone No.: (469) 680-5502
Facsimile: (469) 680-5501
martin.sosland@butlersnow.com

## CERTIFICATE OF SERVICE

I, Martin Sosland, certify that the *Notice of Change of Address* was filed electronically through the Court's ECF system, which provides notice to all parties of interest.

Dated: October 22, 2020.

/s/ *Martin A. Sosland*
MARTIN A. SOSLAND

55145967.v1