UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
| | : |
| as representative of | : Case No. 17-BK-3283 (LTS) |
| | : |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | : (Jointly Administered) |
| | : |
| Debtors. | : |

---

## MOTION FOR ADMISSION
### *PRO HAC VICE* OF ANDREW J. CERESNEY

**TO THE HONORABLE COURT:**

COMES NOW, Andrew J. Ceresney, Esq., applicant herein, and pursuant to L. Civ. R. 83A(f) of the United States District Court for the District of Puerto Rico, respectfully states as follows:

1. Applicant is an attorney at the law firm of Debevoise & Plimpton, LLP, with offices at:

>   919 Third Avenue
>   New York, New York 10022
>   aceresney@debevoise.com
>   Telephone: (212) 909 6000
>   Facsimile: (212) 909 6836

2. Applicant will sign all pleadings with the name "Andrew J. Ceresney."

3. Applicant has been retained by GoldenTree Asset Management LP ("GoldenTree") to provide legal representation in connection with the above-styled matter pending before the United States District Court for the District of Puerto Rico.

4. Since April 14, 1997, applicant has been, and presently is, a member in good standing of the highest court of the State of New York, Registration Number 2820918.

5. Applicant is also admitted to practice before the following courts:

| Court | Admission Date |
|---|---|
| New York Appellate Division First Department | April 14, 1997 |
| U.S. Court of Appeals for the First Circuit | May 2, 2018 |
| U.S. Court of Appeals for the Second Circuit | July 28, 2020 |
| U.S. District Court, Eastern District of New York | April 6, 2009 |
| U.S. District Court, Southern District of New York | September 11, 2003 |

6. Applicant is a member in good standing of the bar of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. On October 17, 2020, a meritless civil complaint (the "Civil Complaint") alleging counts including malpractice and fraud was filed against Debevoise & Plimpton LLP, applicant and others by a former client, Collector's Coffee, Inc., and its CEO, Mykalai Kontilai. *See Collector's Coffee, Inc. v. Debevoise & Plimpton LLP*, No. 20-cv-2988 (D.D.C. Oct. 17, 2020). Mr. Kontilai is on the FBI's Most Wanted List and is currently living as a fugitive in Russia. He has been indicted by the U.S. Department of Justice on charges that include money laundering, wire fraud, securities fraud, obstruction, tampering with documents, and false statements. The indictments contain allegations that directly contradict the allegations set forth in the Civil Complaint. Collector's Coffee is also being sued in the U.S. District Court for the Southern

District of New York by the U.S. Securities and Exchange Commission and several investors. *See SEC v. Collector's Coffee, Inc.*, No. 19-cv-04355 (S.D.N.Y. May 14, 2019). Other than the Civil Complaint, applicant is not – and has never been – the subject of any disciplinary or criminal proceeding before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter are:

> Rafael Escalera-Rodríguez
> USDC-PR No. 122609
> Sylvia M. Arizmendi
> USDC-PR No. 210714
> Carlos R. Rivera Ortiz
> USDC-PR No. 303409
>
> REICHARD & ESCALERA
> 255 Ponce de León Avenue
> Hato Rey, San Juan, PR 00917-1913
> MCS Plaza, Tenth Floor
> PO Box 364148
> San Juan, PR 00936-4148
> (787) 777-8888

11. Applicant has read the Local Rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee will be made through the Clerk of the Court.

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

DATED: October 22, 2020

3

By: */s/Andrew J. Ceresney*
Andrew J. Ceresney
919 Third Avenue
New York, New York 10022
aceresney@debevoise.com
Telephone: (212) 909 6000
Facsimile: (212) 909 6836

**WE HEREBY CERTIFY**, pursuant to L. Civ. R. 83A(f), that we consent to the designation of local counsel of record for all purposes.

*/s/Rafael Escalera-Rodríguez*
Rafael Escalera-Rodríguez
USDC-PR No. 122609


*/s/Sylvia M. Arizmendi*
Sylvia M. Arizmendi
USDC-PR No. 210714


*/s/Carlos R. Rivera Ortiz*
Carlos R. Rivera Ortiz
USDC-PR No. 303409

4

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and will make the corresponding payment of the $300.00 *pro hac vice* admission fee through the Clerk of the Court.

*/s/Carlos R. Rivera-Ortiz*
Carlos R. Rivera Ortiz