UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- x
:
In re: :
:
: PROMESA
THE FINANCIAL OVERSIGHT AND : Title III
MANAGEMENT BOARD FOR PUERTO RICO, :
: Case No. 17-BK-3283 (LTS)
    as representative of :
: (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO, *et al.*, :
:
    Debtors. :
------------------------------------------------------------------- x

## MOTION FOR ADMISSION
### *PRO HAC VICE* OF LISA ZORNBERG

**TO THE HONORABLE COURT:**

    COMES NOW, Lisa Zornberg, Esq., applicant herein, and pursuant to L. Civ. R. 83A(f) of the United States District Court for the District of Puerto Rico, respectfully states as follows:

    1.    Applicant is an attorney at the law firm of Debevoise & Plimpton, LLP, with offices at:

> 919 Third Avenue
> New York, New York 10022
> lzornberg@debevoise.com
> Telephone: (212) 909 6000
> Facsimile: (212) 909 6836

    2.    Applicant will sign all pleadings with the name "Lisa Zornberg."

    3.    Applicant has been retained by party GoldenTree Asset Management LP ("GoldenTree") to provide legal representation in connection with the above-styled matter pending before the United States District Court for the District of Puerto Rico.

4. Since June 28, 1995, applicant has been, and presently is, a member in good standing of the highest court of the State of New York, Registration Number 2680130.

5. Applicant is also admitted to practice before the following courts:

| Court | Admission Date |
|---|---|
| New York Appellate Division Second Department | June 28, 1995 |
| United States Supreme Court | June 6, 2016 |
| U.S Court of Appeals for the Second Circuit | February 8, 2001 |
| U.S. District Court, Eastern District of New York | December 12, 2003 |
| U.S. District Court, Southern District of New York | April 9, 1996 |

6. Applicant is a member in good standing of the bar of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Likewise, as far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter are:

Rafael Escalera-Rodríguez
USDC-PR No. 122609
Sylvia M. Arizmendi
USDC-PR No. 210714
Carlos R. Rivera Ortiz
USDC-PR No. 303409

REICHARD & ESCALERA
255 Ponce de León Avenue
Hato Rey, San Juan, PR 00917-1913

       MCS Plaza, Tenth Floor
       PO Box 364148
       San Juan, PR 00936-4148
       (787) 777-8888

11.    Applicant has read the Local Rules of this court and will comply with same.

12.    Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee will be made through the Clerk of the Court.

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

DATED: October 22, 2020

                                                   By: */s/Lisa Zornberg*
                                                     Lisa Zornberg
                                                     919 Third Avenue
                                                     New York, New York 10022
                                                     lzornberg@debevoise.com
                                                     Telephone: (212) 909 6000
                                                     Facsimile: (212) 909 6836

**WE HEREBY CERTIFY**, pursuant to L. Civ. R. 83A(f), that we consent to the designation of local counsel of record for all purposes.

                                                 */s/Rafael Escalera-Rodríguez*
                                                 Rafael Escalera-Rodríguez
                                                 USDC-PR No. 122609

                                                 */s/Sylvia M. Arizmendi*
                                                 Sylvia M. Arizmendi
                                                 USDC-PR No. 210714

<u>*/s/Carlos R. Rivera Ortiz*</u>
Carlos R. Rivera Ortiz
USDC-PR No. 303409

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and will make the corresponding payment of the $300.00 *pro hac vice* admission fee through the Clerk of the Court.

*/s/Carlos R. Rivera-Ortiz*
Carlos R. Rivera Ortiz