# Eighty-Sixth Omnibus Objection
## Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | FONTANEZ MARQUEZ, LYNNETTE<br>HC-03 BOX 19081<br>RIO GRANDE, PR 00745 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 82258 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | FONTANEZ MARQUEZ, LYNNETTE<br>HC-03 BOX 19081<br>RIO GRANDE, PR 00745 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 84427 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | GACÍA CALDERON, AWILDA<br>RR2 BUZON 5950<br>TOA ALTA, PR00953 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 91703 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | GALARZA SANTIAGO, CARMEN N.<br>PO BOX 1154<br>YAUCO, PR 00698 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 75941 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 5 | GARCIA FIGUEROA, CARMEN M<br>PO BOX 1045<br>RINCON, PR 00677-1045 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 52084 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 6 | GARCIA JIMENEZ, RICHARD<br>URB. VALLE DE ANDALUCIA3333<br>PONCE, PR 00728 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 72837 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 7 | GARCIA, NOEMI MARTINEZ<br>PO BOX 548<br>JUANA DIAZ, PR 00795 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50879 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Eighty-Sixth Omnibus Objection
## Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | GARRASTEGUI PACHECO, NORMA I<br>HC 3 BOX 14892<br>YAUCO, PR 00698 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 65186 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | GASTON ABRANTE, ETHEL<br>7 F-1 JARDINES DE CAPARRA<br>BAYAMON, PR 00959 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 116295 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | GHIGLIOTTY RIVERA, NANCY E.<br>URB. LA LULA CALLE 8I-18<br>PONCE, PR 00731-1577 | 6/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 59773 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | GOMEZ RODRIGUEZ, JOSE E.<br>APARTADO 891<br>PATILLAS, PR 00723 | 6/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50247 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | GONZALEZ DIAZ, CARMEN B.<br>39 CALLE VILLA VERDE<br>CAYEY, PR 00736 | 7/2/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 140094 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | GONZALEZ HERNANDEZ, ANTONIO<br>A-32 BRISAS LI MER<br>YAUCO, PR 00698 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 104170 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | GONZALEZ LOPEZ, SANDRA J.<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126021 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

## Eighty-Sixth Omnibus Objection
## Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | GONZALEZ VAZQUEZ, DELIA D<br>APARTADO124<br>CAGUAS, PR 00726-0124 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 85149 | $ 33,600.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | GONZALEZ VAZQUEZ, DELIA D<br>APARTADO124<br>CAGUAS, PR 00726-0124 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86455 | $ 27,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | GONZALEZ VAZQUEZ, DELIA D<br>APARTADO124<br>CAGUAS, PR 00726-0124 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 85335 | $ 23,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | GONZALEZ VAZQUEZ, DELIA D.<br>APARTADO124<br>CAGUAS, PR 00726-0124 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86713 | $ 27,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | GONZÁLEZ, FELÍCITA<br>CALLE 7 D-43<br>AGUADA, PR 00602 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50353 | $ 1,200.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | GUTIERREZ SANTOS, ZORAIDA<br>P.O. BOX 371691<br>CAYEY, PR00737 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51603 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | HERNANDEZ DE JESUS, ANA ROSA<br>314 PARCELAS JUAN DEL VALLE<br>CIDRA, PR 00739 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 55472 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

Eighty-Sixth Omnibus Objection
Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | HERNANDEZ DEL VALLE, LUIS R<br>BARRIO CACAO CARR 853<br>CAROLINA, PR 00987 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 73023 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | HERNANDEZ MALAVE , MARIA  L<br>URB PARAISO DE GURABO<br>CALLE PARAISO ENCANTADO<br>GURABO, PR 00778 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51830 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | HERNANDEZ SOTO, NANCY<br>CALLE 4 #25<br>URBANIZACIÓN DORILINDA<br>BO. ARENA<br>LAS PIEDRAS, PR 00771 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 54510 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | HERRERA ROSARIO, AURELLYS<br>PO BOX 4445<br>AGUADILLA, PR 00605 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 54511 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | IBARRA CANINO, LUZ  MARIA<br>947 CALLE SE URB. LAS RIVIERAS<br>SAN JUAN, PR 00921-2609 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 62283 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | IGARTUA PELLOT, AWILDA<br>PO BOX P.M.B. 0508<br>AQUADILLA, PR 00605 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126943 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | IRIZARRY QUIÑONES, MADELINE<br>PO BOX 56912<br>GUAYANILLA, PR00656 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 81823 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

## Eighty-Sixth Omnibus Objection
## Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | ISAAC APONTE, LUISA J.<br>200 CALLE JOAQUINA APT 408-B<br>CAROLINA, PR 00979 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51246 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 111,800.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts