## Eighty-Fifth Omnibus Objection
### Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CHAMORRO GONZALEZ, VICTOR A.<br>HC 08 BOX 215<br>PONCE, PR 00731 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58769 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CINTRON CRUZ, MARIA DEL SOCORRO<br>CALLE 502 BLOQ. 18 #14 VILLA CAROLINA<br>CAROLINA, PR 00985 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 53519 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CLASS MIRANDA, ZAIDA IVERTE<br>22 CALLE ROSE<br>URB. ROSE VALLEY<br>MOROVIS, PR 00687-7203 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 75393 | $ 84,400.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CLAUDIO VEGA, MARTHA<br>C/RUISENOR B-23 REPARTO SAN JOSE<br>CAGUAS, PR 09727 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 59561 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | COLLAZO GARCIA, ANGIE M<br>HC 01 BOX 4450<br>MAUNABO, PR 00707 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 87251 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | COLLAZO HERNANDEZ, JOHANNA<br>URB. LA PLATA CALLE JADE D27<br>CAYEY, PR00736 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38164 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | COLLAZO SANTIAGO, ZULMA<br>HC-02 BOX 7939<br>JAYUYA, PR00664 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 88622 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Eighty-Fifth Omnibus Objection
### Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | COLLAZO, JOHANNA<br>URB. LA PLATA CALLE JADE D27<br>CAYEY, PR00736 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39611 | $ 34,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | COLOM RIOS, EMMA I<br>URB. SAN DEMETRIO CALLE SABALO 521<br>VEGA BAJA, PR 00693 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 93645 | $ 40,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | COLON HERNANDEZ, OLGA<br>CARR 143 KM 50.0<br>INT BARRIO HAYALES<br>COAMO, PR 00769 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 56762 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | COLON HERNANDEZ, OLGA<br>HC 2 BOX 4649-4<br>BARRIO HAYALES<br>COAMO, PR 00769 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 55845 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | COLON LABRADON, EDWIN<br>PO BOX 201<br>JUANA DIAZ, PR 00795 | 6/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50587 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | COLÓN LÓPEZ, ADA S.<br>URB. BRISAS DE LOIZA C/GEMINIS #248<br>CANÓVANAS, PR 00729 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 54892 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

## Eighty-Fifth Omnibus Objection
### Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | COLON RODRIGUEZ, MAGDALENA<br>BORINQUEN TOWERS 1 APT 207<br>1484 AVE FD ROOSEVELT<br>SAN JUAN, PR 00920-2718 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 84550 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | COLON SIFONTE, MARISABEL<br>404 CALLE DE DIEGO<br>CONDOMINIO BALCONES DE SAN JUAN<br>APT #30<br>SAN JUAN, PR 00923 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 74376 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | CORA GARCIA, ADELA<br>URB. QUINTA WASHINGTON<br>CALLE UE 8<br>ARROYO, PR 00714 | 7/5/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 153259 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | CORREA RIVERA, RENE O.<br>152 CALLE GUAYACAN<br>URB. VALLE ARRIBA<br>COAMO, PR 00769 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 119719 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | COSME GONZALEZ, ALEXIS<br>#25 CALLE ALONDRA<br>JUANA DIAZ, PR 00795 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 141458 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | CRUZ AGUIRRE, ELIZABETH<br>103 B BO.CERNLLO ENT. BRONEL<br>PONCE, PR 00731 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57154 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Eighty-Fifth Omnibus Objection
### Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | CRUZ CRUZ, ELSA MARIA<br>ALTURAS PIZA COLLORES<br>JAYUYA, PR00664 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 147376 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | CRUZ RIVERA, WILDA<br>BARRIO SUD ARRIBA<br>SECTOR MONTALVAN<br>APARTADO#2<br>CIDRA, PR 00739 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53723 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | CRUZ RIVERA, WILDA<br>SECTOR MONTALVAN<br>APARTADO#2<br>CIDRA, PR 00739 | 6/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 53054 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | CRUZ VELAZQUEZ, CARMEN L.<br>URB. LIRIOS CALA 33 CALLE SAN MATEO<br>JUNCOS, PR 00777 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 62823 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | DAVILA ADORNO, CARMEN M<br>BUZON 1198<br>VEGA ALTA, PR00692 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 85258 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | DE GRACIA ROSADO, NELSON A.<br>CALLE 1 #23 URB. JARDINES DE TOA ALTA<br>TOA ALTA, PR00953 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71954 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

## Eighty-Fifth Omnibus Objection
## Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | DE JESÚS GARCÍA, LUIS M<br>BO. MALPICA CALLE 9<br>PARCELA 128 B<br>RÍO GRANDE, PR 00745 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 94408 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | DEL VALLE NUÑEZ, ROSA N<br>CALLE 408 BLOQUE 149 #8<br>URB. VILLA<br>CAROLINA, PR 00985 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64353 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | DEL VALLE NUÑEZ, ROSA N.<br>CALLE 408 BLOQUE 149 #8<br>URB. VILLA<br>CAROLINA, PR 00985 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64877 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | DELGADO GONZALEZ, IRMA D.<br>P.O. BOX 316<br>LAS PIEDRAS, PR 00771-0316 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58844 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | DELGADO GUZMÁN, OMAR M.<br>1174 CALLE ESMERALDA<br>LAS PRADERAS<br>BARCELONETA, PR 00617 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 82771 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | DELGADO MARQUEZ, MILAGROS<br>URB. VILLA CAROLINA<br>122 A 14 CALLE A<br>CAROLINA, PR 00985 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 100284 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Eighty-Fifth Omnibus Objection
## Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | DÍAZ DÍAZ, ZAIDA<br>CARR. 171 KM 0.9<br>BO. SUD ARRIBA<br>CIDRA, PR 00739 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90523 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| 33 | DIAZ LEBRON, GRISEL I.<br>NN-7 ALMIRANTE MANSIONES DE CAROLINA<br>CAROLINA, PR 00987 | 6/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 52477 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| 34 | DÍAZ SANTINI, LOURDES<br>CALLE 214 4-O #5 COLINAS FAIR VIEW<br>TRUJILLO ALTO, PR 00976 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53681 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| 35 | EFRE ROSADO, VIRGINIA<br>ALTURAS DE JOYUDA CALLE NINOSKA 4014<br>CABO ROJO, PR 00623 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70922 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| 36 | ENRIQUEZ VEGA, ILSA A.<br>P.O. BOX 711<br>MARICAO, PR 00606 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 55647 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| 37 | FELICIANO RIVERA, GASPAR<br>HEOL BOX 5340<br>ADJUNTAS, PR 00601 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 133950 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| 38 | FERNANDEZ MARRERO, MYRIAM<br>CALLE DDEE #15<br>ESTANCIAS DE TORTUGUERO<br>VEGA BAJA, PR 00963 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 77126 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

\* Indicates claim contains unliquidated and/or undetermined amounts

## Eighty-Fifth Omnibus Objection
## Exhibit D - Schedule of Deficient Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 39 | FERNANDEZ TORRES, YAMET<br>H-42 CALLE 7<br>JUANA DIAZ, PR 00795 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51774 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | FERRER SERVIA, MILDRED<br>HC-01 BOX 9425<br>GUAYANILLA, PR 00656 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 52836 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | FIGUEROA CINTRON, NORMA IRIS<br>HC 03 BOX 13061<br>YAUCO, PR 00698 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 112743 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | TOTAL | $ 158,400.00* |
|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts