UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the mailing address for Luskin, Stern & Eisler LLP ("LS&E"), Special Counsel to the Financial Oversight and Management Board for Puerto Rico, as representative of the Debtors in the above-captioned title III cases, has changed to the following:

> LUSKIN, STERN & EISLER LLP
> 50 Main Street
> White Plains, New York 10606

**PLEASE TAKE FURTHER NOTICE** that all of the e-mail addresses and telephone numbers affiliated with LS&E remain the same.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence, and other documents served in the above-referenced proceeding are to be directed to the above address.

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Dated: White Plains, New York<br>October 22, 2020 | **LUSKIN, STERN & EISLER LLP**<br><br>*/s/ Michael Luskin*<br>Michael Luskin (admitted *pro hac vice*)<br>Lucia T. Chapman (admitted *pro hac vice*)<br>Stephan E. Hornung (admitted *pro hac vice*)<br><br>50 Main Street<br>White Plains, New York 10606<br>Telephone: (212) 597-8200<br>Facsimile: (212) 597-8240<br>luskin@lsellp.com<br>chapman@lsellp.com<br>hornung@lsellp.com<br><br>*Special Counsel to the Financial Oversight and Management Board for Puerto Rico*<br><br>*/s/ Hermann D. Bauer*<br>Hermann D. Bauer<br>USDC No. 215205<br><br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, Puerto Rico 00918-1813<br>Telephone: (787) 764-8181<br>Facsimile: (787) 753-8944<br><br>*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico* |