**EXHIBIT A**

**Schedule of Third ACR Designated Claims**

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 1814 | ECHEVARRIA, CARMEN | Public Employee Claims | $20,000.00 |
| 4314 | PORTALATIN TORRES, CRUZ M | Pension/Retiree Claims | $60,000.00 |
| 5583 | GARCIA CINTRON, GENARA | Public Employee & Pension/Retiree Claims | $210,600.00 |
| 5724 | MACHUCA QUEVEDO, LISSETTE | Public Employee & Pension/Retiree Claims | $190.00 |
| 8161 | SOTO JIMENEZ, DENISE | Public Employee & Pension/Retiree Claims | $0.00 |
| 8197 | VARGAS MANTILLA, FRANK | Public Employee Claims | $0.00 |
| 8279 | ROSA BRAVO, SAIRA | Public Employee & Pension/Retiree Claims | $0.00 |
| 8706 | GARCIA PADIN, GAMALIEL | Public Employee & Pension/Retiree Claims | $0.00 |
| 10211 | LAUREANO, YASIRA | Public Employee Claims | $0.00 |
| 11376 | LUNA COLON, ELENA | Public Employee & Pension/Retiree Claims | $0.00 |
| 12898 | TRINIDAD GONZALEZ, WILMA | Public Employee Claims | $15,000.00 |
| 12977 | GONZALEZ RIVERA, LUCIA I | Pension/Retiree Claims | $0.00 |
| 13039 | ROSA RAMOS, RAMON | Public Employee & Pension/Retiree Claims | $65,000.00 |
| 13302 | PEREZ RIVERA, YESENIA | Public Employee & Pension/Retiree Claims | $0.00 |
| 13339 | MARTINEZ MALDONADO, ANGEL L | Public Employee & Pension/Retiree Claims | $0.00 |
| 13756 | FIGUEROA VEGA, LUIS A | Public Employee & Pension/Retiree Claims | $0.00 |
| 13868 | SANTOS VAZQUEZ, FRANCISCO | Pension/Retiree Claims | $32,762.16 |
| 13896 | MARTINEZ HERNANDEZ, KELLIAMS L | Pension/Retiree Claims | $0.00 |
| 13898 | DIAZ RAMOS, LUZ E | Pension/Retiree Claims | $0.00 |
| 16903 | GONZALEZ TORRES, MARIELA | Public Employee & Pension/Retiree Claims | $0.00 |
| 17047 | COLLAZO ROSADO, MONICA | Pension/Retiree Claims | $96,421.00 |
| 17190 | RAMOS RIVERA, EILLEEN | Public Employee Claims | $0.00 |
| 17915 | MOLINA GONZALEZ, JOSE M. | Public Employee & Pension/Retiree Claims | $63,628.72 |
| 17958 | RAMOS BAEZ, ERIC | Public Employee & Pension/Retiree Claims | $60,000.00 |
| 17983 | GALINDEZ AGOSTO, JOSUE | Pension/Retiree Claims | $60,000.00 |
| 18164 | RODRIGUEZ ADORNO, ORLANDO | Public Employee & Pension/Retiree Claims | $100,000.00 |
| 18596 | SANTOS VEGA, CHARMAINE | Pension/Retiree Claims | $32,762.16 |
| 18714 | ACOSTA RAMIREZ, MARIA T | Pension/Retiree Claims | $120,000.00 |
| 18740 | SANTOS VEGA, CHARMAINE | Pension/Retiree Claims | $34,956.27 |
| 18784 | COLON DE JESUS, SONIA N | Pension/Retiree Claims | $37,999.02 |
| 18920 | FIGUEROA CRUZ, SANDRA | Pension/Retiree Claims | $52,000.00 |
| 19026 | CINTRON MALDONADO, ANNETTE | Pension/Retiree Claims | $100,000.00 |
| 19176 | CRUZ FLORES, MADELINE | Pension/Retiree Claims | $45,000.00 |
| 19706 | ROMAN ROMAN, IVELISSE | Public Employee & Pension/Retiree Claims | $0.00 |
| 19725 | RIVERA CRUZ, MAGALY | Pension/Retiree Claims | $0.00 |
| 19773 | GONZALEZ OLIVERO, VIVIAN | Public Employee Claims | $0.00 |
| 19780 | RIVERA VAZQUEZ, WILLIAM | Pension/Retiree Claims | $4,600.00 |
| 19891 | RIVERA DAVILA, NANCY I | Pension/Retiree Claims | $70,000.00 |
| 19950 | MELENDEZ FIGUEROA, VANESSA | Pension/Retiree Claims | $150,000.00 |
| 20019 | MORA TORO, JOSE R | Pension/Retiree Claims | $0.00 |
| 20141 | TORRES, MARIELA GONZALEZ | Public Employee & Pension/Retiree Claims | $0.00 |
| 20174 | ESTRADA SILVA , RAUL J. | Public Employee & Pension/Retiree Claims | $43,019.62 |
| 20287 | GONZALEZ TORRES, LIZETTE | Public Employee Claims | $0.00 |

| | | | |
|---|---|---|---|
| 20303 | VEGA GONZALEZ, SOAMI | Pension/Retiree Claims | $116,073.16 |
| 20449 | MAYRA MERCED RAMOS | Pension/Retiree Claims | $62,699.00 |
| 20617 | GONZALEZ, KAREN I. | Pension/Retiree Claims | $150,000.00 |
| 21100 | RIVERA CRUZ, MAGALY | Public Employee & Pension/Retiree Claims | $0.00 |
| 21191 | GONZALEZ TORRES, LIZETTE | Public Employee & Pension/Retiree Claims | $0.00 |
| 21197 | GONZALEZ OLIVERO, VIVIAN | Public Employee Claims | $0.00 |
| 21265 | TORRES RAMOS, ANGEL | Pension/Retiree Claims | $0.00 |
| 21402 | SEPULVEDA GLADYS, GLADYS C | Pension/Retiree Claims | $200,000.00 |
| 21417 | PORTELA LEBRON, VANESSA E. | Pension/Retiree Claims | $90,000.00 |
| 21428 | ONEILL MARTINEZ, AGNES M | Pension/Retiree Claims | $52,247.94 |
| 21455 | SANCHEZ ACEVEDO, JOSE J | Pension/Retiree Claims | $975,344.12 |
| 21717 | SANCHEZ ROJAS, JOSE D | Pension/Retiree Claims | $146,550.00 |
| 21755 | MOLINA GONZALEZ, JOSE M | Public Employee & Pension/Retiree Claims | $0.00 |
| 21820 | SOLANO VELEZ, DILAILA I | Public Employee & Pension/Retiree Claims | $0.00 |
| 22027 | LOPEZ FELICIANO, MYRIAM | Pension/Retiree Claims | $66,000.00 |
| 22271 | FUENTES GONZALEZ, VILMA | Public Employee, Pension/Retiree, Union Grievance Claims | $0.00 |
| 22383 | ESCOBAR, YANIS MANSO | Public Employee & Pension/Retiree Claims | $38,255.40 |
| 22449 | OLIVERO RODRIGUEZ, GLADYS M | Public Employee & Pension/Retiree Claims | $0.00 |
| 22492 | MEDINA TORRES, LUZ E. | Public Employee & Pension/Retiree Claims | $0.00 |
| 22574 | PEREZ SOTO, FRANCES | Pension/Retiree Claims | $21,979.35 |
| 22604 | GARCÍA RODRÍGUEZ, ELVIRA | Public Employee & Pension/Retiree Claims | $648.00 |
| 22710 | MEAUX PEREDA, MARTA T | Pension/Retiree Claims | $47,483.00 |
| 23943 | TORO CRUZ, AXEL HERNAN | Pension/Retiree Claims | $75,000.00 |
| 25112 | ACOSTA ACOSTA, RICARDO | Pension/Retiree Claims | $96,193.15 |
| 25329 | ROMAN RODRIGUEZ, WEENA E | Pension/Retiree Claims | $600,000.00 |
| 25492 | MEDINA RIOS, NATHANAEL | Public Employee & Pension/Retiree Claims | $0.00 |
| 26171 | GARCIA SERRANO, MARITZA | Public Employee & Pension/Retiree Claims | $30,000.00 |
| 26424 | GINES LOPEZ, DEYRA J | Pension/Retiree Claims | $61,758.39 |
| 27027 | MARTINEZ FELICIANO, MARISEL | Public Employee & Pension/Retiree Claims | $49,632.71 |
| 27082 | MOLINA MEDINA, JOSE M | Public Employee & Pension/Retiree Claims | $43,637.22 |
| 27134 | MEDINA TORRES, LUZ E. | Public Employee & Pension/Retiree Claims | $63,628.72 |
| 27258 | ORTIZ CLASS, ALEXIS | Pension/Retiree Claims | $60,000.00 |
| 27411 | PORTELA LEBRON, VANESSA E. | Pension/Retiree Claims | $25,000.00 |
| 27430 | RIVERA MALDONADO, ANDRES | Public Employee & Pension/Retiree Claims | $60,000.00 |
| 27803 | TORRES TORRES, CARLOS R. | Public Employee & Pension/Retiree Claims | $0.00 |
| 27977 | CRUZ BELTRÁN, ARIEL A. | Pension/Retiree Claims | $63,786.16 |
| 28314 | MARRERO SÁEZ, JACQUELINE | Pension/Retiree Claims | $35,000.00 |
| 28428 | TIRADO RIVERA, RAYMOND | Public Employee & Pension/Retiree Claims | $27,276.62 |
| 28443 | BENITEZ UBARRI, MARITZA | Public Employee & Pension/Retiree Claims | $40,000.00 |
| 28991 | VEGA RIVERA, MARIA M | Public Employee Claims | $20,000.00 |
| 29050 | FUENTES FELIX, FERNANDO E. | Pension/Retiree Claims | $95,000.00 |
| 29948 | MEDINA TORRES, LUZ E | Public Employee & Pension/Retiree Claims | $63,628.72 |
| 31731 | IBARRONDO MALAVE, MARIBEL | Public Employee & Pension/Retiree Claims | $40,000.00 |
| 31751 | QUINONES CRUZ, MAYTE | Pension/Retiree Claims | $26,000.00 |
| 31816 | RODRIGUEZ JIMENEZ, MARIA E. | Pension/Retiree Claims | $66,000.00 |

| | | | |
|---|---|---|---|
| 32148 | MARIA L PEREZ MAYSONET | Public Employee & Pension/Retiree Claims | $21,448.00 |
| 32946 | PIZARRO BISBAL, EDGARDO | Public Employee & Pension/Retiree Claims | $45,192.22 |
| 34771 | FELICIANO VELEZ, IRENE | Public Employee & Pension/Retiree Claims | $0.00 |
| 36494 | HERNANDEZ SANTIAGO, WILLIAM | Public Employee & Pension/Retiree Claims | $0.00 |
| 36642 | MARTINEZ SIERRA, MIGDALIA R | Public Employee & Pension/Retiree Claims | $8,640.00 |
| 37252 | INFANTE RIOS, EVELYN | Public Employee & Pension/Retiree Claims | $0.00 |
| 37456 | MATOS TORRES, MIRTA | Public Employee & Pension/Retiree Claims | $50,000.00 |
| 37694 | TORRES, CARMEN RUIZ | Public Employee & Pension/Retiree Claims | $0.00 |
| 37729 | SOTO ACEVEDO, SHEILYMAR | Public Employee Claims | $0.00 |
| 37740 | FLORES ROSELLO, MARIA DE F | Public Employee Claims | $0.00 |
| 38194 | LATORRE ORTIZ, DORIS | Public Employee Claims | $10,000.00 |
| 38225 | ORTIZ LOPEZ, HERMINIA | Pension/Retiree Claims | $75,000.00 |
| 38254 | CINTRON JURADO, MARIA L. | Public Employee Claims | $15,000.00 |
| 38261 | FIGUEROA RODRIGUEZ, YARITZA | Public Employee & Pension/Retiree Claims | $11,000.00 |
| 38321 | BARRETO RAMOS , JOSE R. | Public Employee Claims | $7,000.00 |
| 38691 | HERNANDEZ SANTIAGO, LILLIAM | Public Employee & Pension/Retiree Claims | $0.00 |
| 38840 | MARTINEZ SANTANA, AIDA L. | Public Employee & Pension/Retiree Claims | $75,000.00 |
| 38891 | REYES RIVERA, NIVIA E. | Pension/Retiree Claims | $55,000.00 |
| 38892 | BERRIOS RODRIGUEZ, MARIA F | Public Employee Claims | $0.00 |
| 39270 | IRIZARRY SINIGAGLIA, MIGDALIA | Public Employee Claims | $0.00 |
| 39373 | ROSSY PADILLA, ZAIDA | Public Employee & Pension/Retiree Claims | $0.00 |
| 39449 | QUINTANA VELAZQUEZ, DAISY | Pension/Retiree Claims | $93,895.00 |
| 39534 | RODRIGUEZ RUIZ, HILDA | Public Employee & Pension/Retiree Claims | $4,989.00 |
| 39643 | HERNANDEZ SANTIAGO, WILLIAM | Public Employee & Pension/Retiree Claims | $0.00 |
| 39804 | ESCALERA TORRES, MARÍA L. | Pension/Retiree Claims | $24,324.50 |
| 39995 | SANTIAGO SANTIAGO, BRENDA L | Public Employee & Pension/Retiree Claims | $0.00 |
| 40034 | GARCIA RIVERA, EFRAIN | Pension/Retiree Claims | $66,356.57 |
| 40303 | GONZALEZ COTTO, IRMA IRIS | Public Employee & Pension/Retiree Claims | $0.00 |
| 41282 | CAMACHO LOZADA, PETRA | Public Employee & Pension/Retiree Claims | $0.00 |
| 41605 | MARTELL MORALES, CARMEN M. | Public Employee & Pension/Retiree Claims | $0.00 |
| 41731 | MALDONADO, IVELISSE CASTILLO | Public Employee & Pension/Retiree Claims | $0.00 |
| 42022 | FLORES, ELIZABETH | Public Employee & Pension/Retiree Claims | $0.00 |
| 42032 | MORALES SALOME, BRENDA M. | Pension/Retiree Claims | $58,500.09 |
| 42324 | HERNANDEZ SANTIAGO, WILLIAM | Public Employee & Pension/Retiree Claims | $0.00 |
| 42773 | HERNÁDEZ TORRES, AIXA M. | Public Employee & Pension/Retiree Claims | $0.00 |
| 42810 | FLORES NEGRÓN, ELIZABETH | Public Employee & Pension/Retiree Claims | $0.00 |
| 42860 | COLON LOPEZ, NORIEL I. | Pension/Retiree Claims | $49,736.83 |
| 42863 | VIDAL DEL VALLE, MARIA M | Public Employee & Pension/Retiree Claims | $0.00 |
| 43072 | ORTIZ BENITEZ, JULIO | Public Employee Claims | $0.00 |
| 43209 | GARCIA RODRIGUEZ, MARIA S | Public Employee & Pension/Retiree Claims | $50,000.00 |
| 43480 | GONZALEZ COTTO, IRMA IRIS | Public Employee & Pension/Retiree Claims | $0.00 |
| 43483 | KUILAN PEREZ, ESTHER | Public Employee Claims | $0.00 |
| 43493 | GONZALEZ COTTO, IRMA IRIS | Public Employee & Pension/Retiree Claims | $0.00 |
| 43578 | ALBARRAN REYES, ZAHIRA | Public Employee Claims | $0.00 |
| 43612 | RAMOS LUGO, CARMEN | Public Employee Claims | $0.00 |
| 43639 | ALVARADO SANTOS, GLADYS M | Public Employee & Pension/Retiree Claims | $0.00 |

| | | | |
|---|---|---|---|
| 43893 | LÓPEZ RIPOLL, YANIRA | Pension/Retiree Claims | $75,000.00 |
| 44104 | BARLUCEA, REBECA ARBELO | Public Employee Claims | $10,000.00 |
| 44166 | ROBLES DE LEON, MIGDALIA | Public Employee & Pension/Retiree Claims | $78,741.59 |
| 44298 | LUGO CRESPO, LUIS F | Public Employee & Pension/Retiree Claims | $0.00 |
| 44368 | MIRANDA, RAFAEL VASSALLO | Public Employee & Pension/Retiree Claims | $35,563.69 |
| 44419 | SANTIAGO FIGUEROA, CARMEN L | Public Employee & Pension/Retiree Claims | $49,584.02 |
| 44547 | TORRES HUERTAS, NELLY C | Public Employee & Pension/Retiree Claims | $0.00 |
| 44782 | COLON MANDRY, NILDA I. | Public Employee & Pension/Retiree Claims | $0.00 |
| 45156 | HERNANDEZ VALENTIN, ISABEL | Public Employee Claims | $0.00 |
| 45162 | FELICIANO HERNÁNDEZ, ZULMA I | Public Employee Claims | $10,000.00 |
| 45358 | GONZÁLEZ ALVAREZ, RAMONITA | Public Employee Claims | $0.00 |
| 45535 | JOSE GIMENEZ, LUIS | Public Employee Claims | $0.00 |
| 45574 | CORREA IRIZARRY, HELGA MARIA | Public Employee Claims | $0.00 |
| 45936 | LABOY RIVERA, NEREYDA | Public Employee Claims | $0.00 |
| 46163 | CINTRON RIVERA, AIDA I. | Public Employee & Pension/Retiree Claims | $0.00 |
| 46777 | MARRERO MARRERO, LETICIA | Public Employee & Pension/Retiree Claims | $0.00 |
| 46941 | LABOY NAZARIO, MYRNA | Public Employee Claims | $0.00 |
| 46975 | COLON SANTIAGO, LYNES M | Public Employee & Pension/Retiree Claims | $4,761.62 |
| 46991 | CABRERA, WILMA G. | Public Employee Claims | $0.00 |
| 47998 | GONZALEZ RIVERA, JAMES A. | Public Employee Claims | $50,000.00 |
| 48009 | MEDINA DOMENECH, MARIA S. | Pension/Retiree Claims | $180,000.00 |
| 48159 | VARGAS MOYA, DAVID N | Public Employee & Pension/Retiree Claims | $55,000.00 |
| 48219 | GARCÍA RODRÍGUEZ, MARTA | Public Employee Claims | $0.00 |
| 48502 | CRUZ MARTINEZ, ARSENIA | Public Employee Claims | $15,150.00 |
| 48629 | TORRES ROSADO, JULIO | Public Employee Claims | $42,000.00 |
| 48756 | LRIZARRY, ALMA IRIS | Pension/Retiree Claims | $60,000.00 |
| 49036 | GALAN CRESPO, CARMEN I. | Public Employee Claims | $10,000.00 |
| 49181 | SANTIAGO SANTIAGO, BRENDA L. | Public Employee Claims | $0.00 |
| 49184 | HERRERA, EVELYN RODRIGUEZ | Public Employee & Pension/Retiree Claims | $0.00 |
| 49289 | DEGRO LEON, FELIX J | Public Employee Claims | $0.00 |
| 49304 | SOTO ACEVEDO, SHEILYMAR | Public Employee Claims | $0.00 |
| 49358 | SANTIAGO SANTIAGO, BRENDA L. | Public Employee & Pension/Retiree Claims | $0.00 |
| 49470 | ORTIZ RIVERA, MARIA M. | Pension/Retiree Claims | $40,000.00 |
| 49479 | IRIZARRY SINIGAGLIA, MIGDALIA | Public Employee & Pension/Retiree Claims | $0.00 |
| 49592 | HERNANDEZ SANTIAGO, WILLIAM | Public Employee & Pension/Retiree Claims | $0.00 |
| 49622 | CANCEL, ALMIDA ORTIZ | Public Employee Claims | $0.00 |
| 49673 | HERNANDEZ ALMODOVAR, MARYSOL | Public Employee Claims | $75,000.00 |
| 49675 | VELEZ-VELAZQUEZ, MARIA M. | Public Employee & Pension/Retiree Claims | $0.00 |
| 49702 | HERNANDEZ SANTIAGO, WILLIAM | Public Employee & Pension/Retiree Claims | $0.00 |
| 49862 | BENITEZ MELENDEZ, ROSA M | Public Employee & Pension/Retiree Claims | $43,345.88 |
| 49906 | ECHEVARRIA RIVERA, ELVIN | Pension/Retiree Claims | $52,994.00 |
| 50076 | HERNANDEZ SANTIAGO, LILLIAM | Public Employee & Pension/Retiree Claims | $0.00 |
| 50124 | HERNANDEZ SANTIAGO, WILLIAM | Public Employee & Pension/Retiree Claims | $0.00 |
| 50126 | RIVERA SANTANA, MARGARITA | Public Employee & Pension/Retiree Claims | $0.00 |
| 50282 | GONZÁLEZ ALVAREZ, RAMONITA | Public Employee Claims | $0.00 |
| 50448 | PEREZ MORALES, EDNA M | Pension/Retiree Claims | $114,625.07 |

| | | | |
|---|---|---|---|
| 50470 | LOZADA , YAZMIN ORTIZ | Public Employee & Pension/Retiree Claims | $50,000.00 |
| 50513 | MARTINEZ SIERRA, MIGDALIA R. | Public Employee & Pension/Retiree Claims | $0.00 |
| 50591 | BERRIOS CINTRON, PATRIA A | Public Employee & Pension/Retiree Claims | $58,000.00 |
| 50635 | VALLE VALENTIN, PEDRO E. | Public Employee & Pension/Retiree Claims | $6,480.00 |
| 50710 | MARTINEZ SIERRA, MIGDALIA R, | Public Employee & Pension/Retiree Claims | $0.00 |
| 50743 | MALDONADO TORRES, ZENAIDA | Public Employee & Pension/Retiree Claims | $0.00 |
| 50767 | TORRES CARDENALES, ANTONIO LUIS | Public Employee Claims | $0.00 |
| 50872 | FELICIANO NATAL, PRISCILLA | Public Employee & Pension/Retiree Claims | $0.00 |
| 51057 | CATALA DE JESUS, ANTONIO | Public Employee & Pension/Retiree Claims | $12,000.00 |
| 51068 | GARCIA CRUZ, ANIDXA Y. | Public Employee Claims | $21,000.00 |
| 51198 | BARRETO RAMOS, JOSE R. | Public Employee Claims | $14,000.00 |
| 51232 | GARCIA, MARY FONSECA | Pension/Retiree Claims | $68,786.16 |
| 51408 | RODRIGUEZ CARABALLO, ROSA ESTHER | Public Employee & Pension/Retiree Claims | $0.00 |
| 51502 | BAUERMEISTER BALDRICH, FRANCISCO J | Public Employee & Pension/Retiree Claims | $5,800.00 |
| 51587 | MATEO BERMUDEZ, VIVIAN  E. | Public Employee & Pension/Retiree Claims | $0.00 |
| 51777 | ALMODOVAL TIRADO, ZULMA | Public Employee Claims | $0.00 |
| 51800 | REYES RIVERA, SONIA I. | Public Employee Claims | $0.00 |
| 51816 | JIMENEZ ECHEVARRIA, SONIA N | Public Employee, Pension/Retiree, Union Grievance Claims | $0.00 |
| 51942 | RIVERA RODRIGUEZ, MARIA M | Public Employee Claims | $0.00 |
| 51982 | VELAZQUEZ NIEVES, PEDRO L. | Public Employee & Pension/Retiree Claims | $0.00 |
| 52071 | RODRIGUEZ QUINONES, WANDA I. | Public Employee & Pension/Retiree Claims | $0.00 |
| 52102 | BERRIOS CINTRÓN, IRENE | Public Employee & Pension/Retiree Claims | $58,000.00 |
| 52326 | MORALES VILLANUEVA, ANA D | Public Employee & Pension/Retiree Claims | $0.00 |
| 52452 | ROSA, MILAGROS | Public Employee & Pension/Retiree Claims | $70,000.00 |
| 52545 | ROSADO SANTANA, CYNTHIA | Public Employee & Pension/Retiree Claims | $55,909.61 |
| 52632 | TORRES, JEANNETTE CALCORZI | Public Employee & Pension/Retiree Claims | $0.00 |
| 52637 | MERCADO GONZALEZ, NAISY I | Public Employee & Pension/Retiree Claims | $0.00 |
| 52700 | VARGAS FIGUEROA, WILFREDO | Pension/Retiree Claims | $60,000.00 |
| 52733 | BERRIOS CINTRON , LUZ  E. | Public Employee & Pension/Retiree Claims | $50,000.00 |
| 52770 | BERRIOS CINTRON, NEREIDA | Public Employee & Pension/Retiree Claims | $50,000.00 |
| 52808 | MORA PARRENO, OLGA L. | Public Employee & Pension/Retiree Claims | $0.00 |
| 52970 | GONZALEZ MENDOZA, LESLIE | Public Employee Claims | $0.00 |
| 53083 | FIGUEROA TORRES, NILDA I | Public Employee Claims | $0.00 |
| 53245 | DÍAZ SANTINI, CYNTHIA | Public Employee & Pension/Retiree Claims | $0.00 |
| 53272 | BURGOS PANTOJA, EPPIE | Public Employee Claims | $0.00 |
| 53360 | ACOSTA LUCIANO, GLORIA M | Public Employee & Pension/Retiree Claims | $0.00 |
| 53456 | FUENTES QUIÑONES, AUREA | Public Employee & Pension/Retiree Claims | $3,000.00 |
| 53525 | CINTRON LOPEZ, HAYDEE | Public Employee Claims | $0.00 |
| 53541 | CINTRON SERRANO, LUZ V. | Public Employee Claims | $0.00 |
| 53563 | GARCIA NIEVES, CARMEN DELIA | Public Employee Claims | $0.00 |
| 53941 | LOPEZ RIPOLL, YANIRA | Public Employee Claims | $0.00 |
| 53987 | EGIPCIACO-RODRIGUEZ, BELKYS Y | Public Employee Claims | $0.00 |
| 53989 | CRUZ, ANDRÉS CRUZ | Public Employee Claims | $3,600.00 |
| 54024 | LANDRÓN RIVERA, LILLIAN | Public Employee & Pension/Retiree Claims | $75,000.00 |

| | | | |
|---|---|---|---|
| 54201 | CINTRON RIVERA, AIDA I | Public Employee & Pension/Retiree Claims | $0.00 |
| 54238 | PENA SANTOS, VICTOR L | Public Employee & Pension/Retiree Claims | $0.00 |
| 54369 | FLORES NEGRON, ELIZABETH | Public Employee & Pension/Retiree Claims | $0.00 |
| 54483 | GUILIANI RODRÍGUEZ, DARYL | Public Employee Claims | $0.00 |
| 54550 | GIERBOLINI ALVARADO, AGNERIS | Public Employee & Pension/Retiree Claims | $0.00 |
| 54573 | GIERBOLINI HOYOS , OCTAVIO  H. | Public Employee & Pension/Retiree Claims | $0.00 |
| 54591 | GUERRA QUINONES, WILNELIA | Pension/Retiree Claims | $5,018.63 |
| 54831 | MARTINEZ HERNANDEZ , BLANCA  I | Public Employee & Pension/Retiree Claims | $0.00 |
| 54835 | GARCIA MEDINA, YOBANIE | Public Employee Claims | $0.00 |
| 54978 | PEREZ CUBERO, AUREA I. | Public Employee & Pension/Retiree Claims | $50,000.00 |
| 55127 | MARTINEZ MIRABAL, BEXAIDA | Public Employee, Pension/Retiree, Union Grievance Claims | $0.00 |
| 55164 | DE JESÚS RÍOS, MARIANETTE | Public Employee & Pension/Retiree Claims | $30,000.00 |
| 55194 | GONZALEZ COTTO, IRMA IRIS | Public Employee & Pension/Retiree Claims | $0.00 |
| 55241 | SANTA GUZMAN, NORMA | Pension/Retiree Claims | $60,000.00 |
| 55266 | COLON RIVERA, JOANNE | Public Employee & Pension/Retiree Claims | $0.00 |
| 55347 | GIMENEZ, LUIS JOSE | Public Employee Claims | $0.00 |
| 55365 | TRAVERSO VAZQUEZ, DORIS M. | Public Employee Claims | $0.00 |
| 55386 | MORALES SANCHEZ , MARIA | Public Employee & Pension/Retiree Claims | $0.00 |
| 55413 | GIBOYEAUX VALENTIN , AMALIA | Public Employee Claims | $0.00 |
| 55543 | MEDINA RODRIGUEZ, CAMILLE IVETTE | Public Employee Claims | $15,000.00 |
| 55557 | ALVAREZ CIFUENTES, MONICA L | Pension/Retiree Claims | $101,473.16 |
| 55560 | LOPEZ OSTOLAZA, ELVIN | Public Employee Claims | $0.00 |
| 55579 | CRUZ GONZALEZ, JOSEFINA | Public Employee Claims | $21,000.00 |
| 55599 | MARTINEZ MARRERO, CARMEN M | Public Employee & Pension/Retiree Claims | $0.00 |
| 55650 | VAZQUEZ BURGOS, CARMEN A. | Public Employee & Pension/Retiree Claims | $0.00 |
| 55712 | LORENZO LORENZO, EVELYN | Public Employee & Pension/Retiree Claims | $18,000.00 |
| 55750 | SANTIAGO MARTINEZ, ADA  I. | Public Employee & Pension/Retiree Claims | $0.00 |
| 55767 | RIVERA, LILLIAM D. | Public Employee Claims | $10,000.00 |
| 55784 | NIEVES MALDONADO, DELIA M. | Public Employee & Pension/Retiree Claims | $0.00 |
| 55801 | DELGADO CAJIGAS, LUISOL | Public Employee Claims | $10,000.00 |
| 55811 | RODRIGUEZ VAZQUEZ, VICTOR M. | Public Employee Claims | $0.00 |
| 55950 | VÁZQUEZ TORRES, HEIDI W. | Public Employee & Pension/Retiree Claims | $29,700.00 |
| 55984 | PEREZ RIVERA, ELIZABETH | Public Employee & Pension/Retiree Claims | $57,457.65 |
| 56039 | LANDRON RIVERA, LILLIAN | Public Employee & Pension/Retiree Claims | $5,000.00 |
| 56134 | GONZALEZ VELEZ, JOSE B | Public Employee & Pension/Retiree Claims | $0.00 |
| 56204 | VÉLEZ-VELÁZQUEZ, MARÍA  M. | Public Employee & Pension/Retiree Claims | $0.00 |
| 56258 | LIBRAN EFRE, ISABEL | Public Employee Claims | $6,000.00 |
| 56281 | SEDA SEDA, LIZZETTE | Public Employee & Pension/Retiree Claims | $75,000.00 |
| 56296 | CORIANO MORALES, ARACELIS | Public Employee & Pension/Retiree Claims | $0.00 |
| 56351 | DELGADO CAJIGAS, LUISOL | Public Employee & Pension/Retiree Claims | $80,000.00 |
| 56357 | TERESA QUILES RODRIGUEZ, SOL | Public Employee Claims | $0.00 |
| 56366 | SANTANA AYALA, CHERYL L. | Public Employee & Pension/Retiree Claims | $75,000.00 |
| 56511 | BURGOS PANTOJA, EPPIE | Public Employee Claims | $0.00 |
| 56534 | LOPEZ SALGADO, PAULA I. | Public Employee Claims | $0.00 |
| 56535 | CINTRON RIVERA, AIDA I. | Public Employee & Pension/Retiree Claims | $0.00 |

| | | | |
|---|---|---|---|
| 56573 | DELGADO CAJIGAS, LUISOL | Public Employee Claims | $15,000.00 |
| 56588 | AGOSTO CRUZ , MIGDALIA | Public Employee Claims | $0.00 |
| 56633 | MORALES VILLANUEVA, ANA D | Public Employee Claims | $0.00 |
| 56657 | MARTINEZ ROBLES, LOURDES M | Public Employee Claims | $0.00 |
| 56681 | ALVARADO SANTOS, GLADYS M | Public Employee & Pension/Retiree Claims | $0.00 |
| 56775 | CAJIGAS MARTINEZ, SOLDOINA | Public Employee Claims | $25,000.00 |
| 56781 | ORTIZ LOPEZ, HERMINIA | Pension/Retiree Claims | $75,000.00 |
| 56786 | ROSAS AVILES, ROGELIO A | Pension/Retiree Claims | $38,000.00 |
| 56838 | CINTRON FLORES, SIRI A. | Public Employee & Pension/Retiree Claims | $5,000.00 |
| 56879 | VEGA, RUT TORRACA | Pension/Retiree Claims | $38,000.00 |
| 56937 | CAJIGAS MARTINEZ, LUZ D. | Public Employee Claims | $25,000.00 |
| 56999 | ALVARADO SANTOS, GLADYS M | Public Employee & Pension/Retiree Claims | $0.00 |
| 57027 | MENDRELL HERNANDEZ, HILDA | Public Employee & Pension/Retiree Claims | $75,000.00 |
| 57054 | SOTO ACEVEDO, SHEILYMAR | Public Employee Claims | $0.00 |
| 57055 | GIERBOLINI ALVARADO, GLENDA I | Public Employee & Pension/Retiree Claims | $0.00 |
| 57077 | FUENTES GUTIERREZ, SONIA I | Public Employee Claims | $10,000.00 |
| 57150 | HERNANDEZ PEREZ, MARITZA | Public Employee & Pension/Retiree Claims | $0.00 |
| 57160 | PENA GONZALEZ, OMAYRA | Public Employee Claims | $5,000.00 |
| 57211 | CINTRÓN DE JESÚS, ELSA I. | Public Employee & Pension/Retiree Claims | $0.00 |
| 57243 | RODRIGUEZ VAZQUEZ, VICTOR M. | Public Employee & Pension/Retiree Claims | $0.00 |
| 57246 | GUERRA QUINONES, JULIO | Pension/Retiree Claims | $4,700.70 |
| 57318 | OCASIO ACEVEDO, NANCY A. | Public Employee Claims | $0.00 |
| 57375 | ALVARADO SANTOS, MINERVA | Public Employee & Pension/Retiree Claims | $0.00 |
| 57400 | MASSANET, YARA | Public Employee Claims | $0.00 |
| 57418 | SOTO, IDALISE RIOS | Pension/Retiree Claims | $136,000.00 |
| 57429 | TORRES GONZALEZ, MARVIN | Pension/Retiree Claims | $28,000.00 |
| 57455 | BURGOS PANTOJA, EPPIE | Public Employee & Pension/Retiree Claims | $75,780.24 |
| 57457 | MORALES RODRIGUEZ, ZORAIDA | Public Employee & Pension/Retiree Claims | $3,300.00 |
| 57477 | RODRIGUEZ RAMIREZ, ILEANA I. | Public Employee & Pension/Retiree Claims | $90,609.65 |
| 57481 | RODRÍGUEZ ARGUELLES, VILMARIE | Public Employee Claims | $0.00 |
| 57571 | PASTRANA COLÓN, RAFAEL | Public Employee & Pension/Retiree Claims | $748,810.00 |
| 57735 | TORRES DE JESUS, CARMEN AMELIA | Public Employee & Pension/Retiree Claims | $5,000.00 |
| 57815 | BERRIOS MALDONADO, JOSE A. | Public Employee & Pension/Retiree Claims | $30,401.96 |
| 57863 | RIVERA FIGUEROA, DALILA | Public Employee Claims | $3,300.00 |
| 58016 | GARCIA NIEVES, CARMEN DELIA | Public Employee Claims | $0.00 |
| 58033 | MONTIJO CORREA , ANTONIO | Public Employee & Pension/Retiree Claims | $20,000.00 |
| 58071 | BETANCOURT ALAMO, MARIA TERESA | Public Employee Claims | $375,000.00 |
| 58089 | SANTIAGO DELGADO, HECTOR JUAN | Public Employee & Pension/Retiree Claims | $60,000.00 |
| 58174 | BURGOS PARIS, LEIDA I. | Public Employee & Pension/Retiree Claims | $0.00 |
| 58247 | RAMOS ROBLES, BLANCA INES | Pension/Retiree Claims | $180,000.00 |
| 58252 | CARDONA CASTRO, ZAIDA | Public Employee Claims | $10,200.00 |
| 58263 | BARRIOS PEREZ, MAYRA L | Public Employee & Pension/Retiree Claims | $0.00 |
| 58316 | CARDONA JIMENEZ, MARIA DE LOS A | Public Employee Claims | $14,000.00 |
| 58324 | ALVARADO SANTOS, MINERVA | Public Employee & Pension/Retiree Claims | $0.00 |
| 58421 | MIRANDA MONTES, AIDA ISABEL | Public Employee & Pension/Retiree Claims | $50,000.00 |
| 58432 | ALMODOVAN TIRADO, ZULMA | Public Employee Claims | $0.00 |

| | | | |
|---|---|---|---|
| 58492 | SANTIAGO SANTIAGO, IRENE | Public Employee Claims | $80,000.00 |
| 58527 | BRUNO HERNANDEZ, FELIX | Public Employee & Pension/Retiree Claims | $0.00 |
| 58573 | GONZALEZ RIVERA, ENRIQUE | Public Employee Claims | $50,000.00 |
| 58618 | ESPINOSA VAZQUEZ, ADRIAN | Public Employee & Pension/Retiree Claims | $75,000.00 |
| 58673 | CORIANO MORALES, ARACELIS | Public Employee & Pension/Retiree Claims | $0.00 |
| 58782 | CARRION CHEVEREZ, CLARIBEL | Public Employee Claims | $0.00 |
| 58811 | ORTIZ MONTAÑEZ, HERNÁN | Public Employee & Pension/Retiree Claims | $0.00 |
| 58873 | GONZALEZ MARTINEZ, ELISA EILEEN | Public Employee Claims | $19,002.60 |
| 58888 | RIVERA PÉREZ, CARMEN L. | Public Employee Claims | $0.00 |
| 58956 | LAUREANO RODRIGUEZ, ESTHER | Public Employee Claims | $0.00 |
| 58960 | FIGUEROA PAGAN, MARCEL M | Public Employee & Pension/Retiree Claims | $43,488.03 |
| 59030 | CORIANO MORALES, ARACELIS | Public Employee & Pension/Retiree Claims | $0.00 |
| 59132 | SANTIAGO ARROYO, IRIS B | Public Employee & Pension/Retiree Claims | $2,225.00 |
| 59266 | ROBLES LARACUENTE, IRENE | Public Employee & Pension/Retiree Claims | $0.00 |
| 59368 | GUZMÁN VILLEGAS, CARMEN M. | Public Employee Claims | $0.00 |
| 59408 | ORTIZ COTTO, NORBERTO | Pension/Retiree Claims | $78,338.40 |
| 59472 | ROSAS VEGA, YANIRA | Pension/Retiree Claims | $0.00 |
| 59573 | RODRIGUEZ RAMIREZ, ILEANA I. | Public Employee Claims | $100.00 |
| 59668 | GONZALEZ LABOY, JESUS | Pension/Retiree Claims | $0.00 |
| 59670 | HERNANDEZ, EILEEN | Public Employee & Pension/Retiree Claims | $0.00 |
| 59684 | RAMIREZ NIN, JULIO JUAN | Public Employee Claims | $20,000.00 |
| 59695 | MALDONADO, IVELISSE CASTILLO | Public Employee & Pension/Retiree Claims | $0.00 |
| 60005 | GONZALEZ MARTINEZ, ELISA EILEEN | Public Employee & Pension/Retiree Claims | $20,000.00 |
| 60091 | MASSANET VAZQUEZ, YARA | Public Employee Claims | $0.00 |
| 60481 | RIVERA RODRIGUEZ, NELIDA | Public Employee Claims | $7,800.00 |
| 60624 | COLON MARTINEZ, ZULMA | Public Employee Claims | $0.00 |
| 60715 | VALLE VALENTIN, PEDRO E | Public Employee & Pension/Retiree Claims | $55,000.00 |
| 60731 | FIGUEROA SANTOS, EDUARDO | Public Employee & Pension/Retiree Claims | $35,467.00 |
| 60738 | SALINAS SANTIAGO, GUALBERTO | Public Employee & Pension/Retiree Claims | $30,301.00 |
| 60806 | LUGO RODRIGUEZ, LEE SANDRA | Public Employee & Pension/Retiree Claims | $75,000.00 |
| 60809 | RAMIREZ NIN, JULIO JUAN | Public Employee Claims | $17,274.60 |
| 60946 | REYES MARTINEZ, CARMEN J | Public Employee & Pension/Retiree Claims | $0.00 |
| 60952 | RIOS SANABRIA, VIRGINIA M | Public Employee Claims | $76,356.31 |
| 61065 | RODRIGUEZ GUZMAN, MARIA DEL C. | Pension/Retiree Claims | $0.00 |
| 61236 | MONTFORT RODRÍGUEZ, YVONNE | Pension/Retiree Claims | $100,000.00 |
| 61406 | FIGUEROA GUERRA, JUAN A. | Public Employee Claims | $0.00 |
| 61437 | GARCIA NIEVES, CARMEN DELIA | Public Employee Claims | $0.00 |
| 61555 | ACOSTA SANTIAGO, ZUZETH ENID | Public Employee Claims | $0.00 |
| 61561 | RIVERA TORRES, RAMON | Public Employee & Pension/Retiree Claims | $100,000.00 |
| 61709 | BURGOS PARIS, LEIDA I. | Public Employee Claims | $0.00 |
| 61775 | CRUZADO NIEVES, GLORIA M | Public Employee & Pension/Retiree Claims | $0.00 |
| 62082 | COIRA REPOLLET, MARYLIN | Pension/Retiree Claims | $25,619.33 |
| 62185 | COLON TORRES, ELBA M | Public Employee & Pension/Retiree Claims | $0.00 |
| 62269 | COLON HERNANDEZ, DIONISIA | Public Employee Claims | $0.00 |
| 62293 | RIVERA ROSARIO, GERALDO | Public Employee Claims | $0.00 |
| 62404 | GINES DE LEON, YUDELKA | Public Employee & Pension/Retiree Claims | $0.00 |

| | | | |
|---|---|---|---|
| 62466 | SANTOS RAMIREZ, BLANCA C | Public Employee Claims | $3,300.00 |
| 62517 | TORRES VARGAS, JOSE ARNALDO | Public Employee & Pension/Retiree Claims | $0.00 |
| 62620 | FIGUEROA DE LA CRUZ, YOLANDA I. | Public Employee & Pension/Retiree Claims | $150,000.00 |
| 62659 | ROMAN GOTAY, MAYRA | Public Employee & Pension/Retiree Claims | $33,284.32 |
| 62840 | HUERTAS RIVERA, MARIA R | Public Employee & Pension/Retiree Claims | $0.00 |
| 62842 | RIVERA, GLORIA RIVERA | Public Employee & Pension/Retiree Claims | $0.00 |
| 63093 | MARCANO , REBECCA CARRASQUILLO | Pension/Retiree Claims | $0.00 |
| 63303 | MORAN, JULIA | Public Employee & Pension/Retiree Claims | $0.00 |
| 63322 | LAZU LOZADA, LUIS | Pension/Retiree Claims | $0.00 |
| 63417 | MALPICA RIVERA, MOIRA I | Pension/Retiree Claims | $0.00 |
| 63470 | JOSE G SILVA JIMENEZ | Pension/Retiree Claims | $189,511.68 |
| 63793 | KUILAN PEREZ, ESTHER | Public Employee Claims | $0.00 |
| 63817 | MALDONADO VAZQUEZ, ESPERANZA | Public Employee, Pension/Retiree, Union Grievance Claims | $0.00 |
| 63987 | ILARRAZA, CARMEN CAMACHO | Public Employee & Pension/Retiree Claims | $0.00 |
| 64421 | CARDONA CASTRO, ZAIDA | Public Employee Claims | $3,000.00 |
| 65201 | BONILLA SALDANA, ANA ELBA | Public Employee Claims | $14,400.00 |
| 65313 | GONZALEZ MAYSONET, MIGUEL A | Public Employee & Pension/Retiree Claims | $0.00 |
| 65348 | GUEVAREZ FERNANDEZ, YOLANDA | Public Employee & Pension/Retiree Claims | $0.00 |
| 65415 | LOPEZ ACEVEDO, MARIA S. | Public Employee & Pension/Retiree Claims | $0.00 |
| 65796 | GUZMAN RUIZ, TERESITA | Public Employee & Pension/Retiree Claims | $0.00 |
| 66094 | HERNANDEZ MONTERO, LISBETH | Public Employee Claims | $0.00 |
| 66147 | CINTRON SERRANO, LUZ V | Public Employee Claims | $0.00 |
| 66451 | LASEN CIRINO, NILDA | Public Employee & Pension/Retiree Claims | $0.00 |
| 67170 | DE LA ROSA PEREZ, LINDA | Public Employee & Pension/Retiree Claims | $0.00 |
| 67417 | HERNANDEZ MONTERO, LISBETH | Public Employee Claims | $0.00 |
| 67430 | IRIZARRY ORTIZ, JUDITH | Public Employee & Union Grievance Claims | $1,200.00 |
| 67638 | IRIZARRY ORTIZ, JUDITH | Public Employee & Union Grievance Claims | $14,400.00 |
| 68285 | HERNÁNDEZ MONTERO, LISBETH | Public Employee Claims | $0.00 |
| 68608 | GONZALEZ NEGRÓN, BLANCA I. | Public Employee & Pension/Retiree Claims | $0.00 |
| 69047 | GARCÍA APONTE, NANETTE J | Public Employee Claims | $0.00 |
| 69098 | DIAZ MARIN, AUREA L. | Public Employee Claims | $0.00 |
| 69325 | GUEVAREZ FERNANDEZ, YOLANDA | Public Employee & Pension/Retiree Claims | $0.00 |
| 69397 | COLON RIVERA, KATTY | Public Employee Claims | $9,800.00 |
| 69672 | GARCIA CRUZ, LUZ V | Public Employee Claims | $15,600.00 |
| 70059 | GARCIA, ANGELA | Public Employee & Pension/Retiree Claims | $0.00 |
| 70163 | DIAZ MARIN, AUREA L. | Public Employee Claims | $0.00 |
| 70362 | DIAZ MARIN , AUREA L. | Public Employee Claims | $0.00 |
| 70436 | BENÍTEZ DELGADO, EVELYN | Public Employee Claims | $0.00 |
| 70657 | LOPEZ SANTIAGO, CARMEN M. | Public Employee & Pension/Retiree Claims | $21,600.00 |
| 70998 | COLON RIVERA, KATTY | Public Employee Claims | $9,600.00 |
| 71316 | CABALLER VINAS, GLORIA | Public Employee Claims | $0.00 |
| 71885 | GONZALEZ GARCIA, ELBA | Public Employee Claims | $0.00 |
| 73006 | FIGUEROA RIVERA, JEANETTE | Public Employee Claims | $0.00 |
| 73166 | CONCEPCION DE JESUS, AIDA | Public Employee Claims | $20,000.00 |
| 73569 | LAMOURT BAEZ, ORLANDO V. | Public Employee & Pension/Retiree Claims | $0.00 |

| | | | |
|---|---|---|---|
| 73707 | FLORES ZAYAS, WIGNA | Public Employee & Pension/Retiree Claims | $0.00 |
| 74357 | CATALA DE JESUS, ANTONIO | Public Employee & Pension/Retiree Claims | $20,000.00 |
| 74426 | CARRION AGOSTO, MARIA SOCORRO | Public Employee Claims | $10,800.00 |
| 75993 | BURGOS CRUZ, IRMA | Public Employee Claims | $0.00 |
| 76045 | DELGADO GRAULAU , BEVERLY | Public Employee Claims | $20,000.00 |
| 76194 | DE LA ROSA PEREZ, ELENA H. | Public Employee & Pension/Retiree Claims | $0.00 |
| 76307 | MALDONADO NAZARIO, CELSA | Public Employee Claims | $0.00 |
| 76360 | CRUZ CRUZ, LUZ MINERVA | Public Employee & Pension/Retiree Claims | $0.00 |
| 76455 | DELGADO GRAULAU, BEVERLY | Public Employee Claims | $20,000.00 |
| 76481 | MARTINEZ RAMIREZ, RUTH E. | Public Employee & Pension/Retiree Claims | $0.00 |
| 77536 | PEREZ ALVIRA, VIRGINIA | Public Employee & Pension/Retiree Claims | $0.00 |
| 77569 | ALMODOVOR TIRADO, ZULMA | Public Employee & Pension/Retiree Claims | $0.00 |
| 77922 | BRUNO PAGAN, SONIA N | Pension/Retiree Claims | $0.00 |
| 77936 | GARCIA IRIZARRY, JOHANNA | Public Employee Claims | $0.00 |
| 78057 | LÓPEZ MÁRQUEZ, NELLY R. | Public Employee & Pension/Retiree Claims | $0.00 |
| 78159 | DELGADO GRAULAU, BEVERLY | Public Employee Claims | $20,000.00 |
| 78231 | ALICEA VEGA, RAMONITA | Public Employee Claims | $0.00 |
| 78609 | MARTINEZ GONZALEZ, LUIS | Public Employee Claims | $24,000.00 |
| 81164 | COLON CORA, WENDY J | Public Employee Claims | $0.00 |
| 82109 | COLON RIVERA, JOANNE | Public Employee & Pension/Retiree Claims | $0.00 |
| 83771 | MARTINEZ RAMIREZ, CARMEN LEONOR | Public Employee & Pension/Retiree Claims | $0.00 |
| 83908 | DELGADO GRAULAU, BEVERLY | Public Employee Claims | $20,000.00 |
| 83951 | MARTINEZ RAMIREZ, RUTH E. | Public Employee & Pension/Retiree Claims | $0.00 |
| 83998 | FIGUEROA RIVERA, JEANETTE | Public Employee Claims | $0.00 |
| 84144 | JIMENEZ VAZQUEZ, DINORAH | Public Employee Claims | $0.00 |
| 84306 | CRUZ FIGUEROA, CARMEN A. | Public Employee & Pension/Retiree Claims | $2,400.00 |
| 85998 | HERNANDEZ SOSTRE, ELSA A. | Public Employee & Pension/Retiree Claims | $41,000.00 |
| 86362 | DIAZ DE JESUS, ROSA I | Public Employee Claims | $0.00 |
| 86725 | LUGO OLIVERAS, IRIS BELSIE | Public Employee Claims | $0.00 |
| 86793 | MALDONADO NAZARIO, CELSA | Public Employee & Pension/Retiree Claims | $0.00 |
| 89054 | HEREDIA RODRIGUEZ, AWILDA | Public Employee Claims | $70,000.00 |
| 89082 | GARCES O'NEILL, GABINO E. | Public Employee & Pension/Retiree Claims | $0.00 |
| 90061 | GONZALEZ ACEVEDO, ROSA IVETTET | Public Employee, Pension/Retiree, Union Grievance Claims | $20,000.00 |
| 91012 | MEDINA GONZALEZ, IDA N | Public Employee & Pension/Retiree Claims | $0.00 |
| 91024 | MARTIR TORRES, MIGNA B. | Public Employee & Pension/Retiree Claims | $20,000.00 |
| 91581 | BURGOS HERNANDEZ, CARMEN N. | Public Employee & Pension/Retiree Claims | $0.00 |
| 92563 | CASTRO RIVERA, ANGEL L. | Public Employee Claims | $0.00 |
| 93630 | BURGOS VELAZQUEZ, FELICITA | Public Employee Claims | $0.00 |
| 94912 | MEDINA LUGO, EDNA V. | Pension/Retiree Claims | $0.00 |
| 95168 | BAEZ ORTIZ, CARLINA | Public Employee & Pension/Retiree Claims | $78,000.00 |
| 95926 | BURGOS HERNANDEZ, CARMEN NEREIDA | Public Employee & Pension/Retiree Claims | $0.00 |
| 97758 | BASORA RUIZ, MILAGROS S | Public Employee Claims | $20,000.00 |
| 97948 | FERNANDEZ COLON, CARMEN E | Public Employee & Pension/Retiree Claims | $0.00 |
| 98245 | LORENZO CARRERO, MINERVA | Public Employee Claims | $20,000.00 |
| 98427 | LORENZO CARRERO, MINERVA | Public Employee Claims | $18,000.00 |

| | | | |
|---|---|---|---|
| 99265 | MARTINEZ ARROYO, ELBA IRIS | Public Employee & Pension/Retiree Claims | $0.00 |
| 99969 | BUJOSA ROSARIO, VILMA ESTHER | Public Employee Claims | $0.00 |
| 100968 | MARTINEZ ACOSTA, EDWIN J | Public Employee Claims | $0.00 |
| 106359 | JULIA RIVERA, MUTA | Public Employee Claims | $0.00 |
| 106873 | LORENZO CARRERO, MINERVA | Public Employee Claims | $18,000.00 |
| 106932 | IRIS LUGO, ADA | Public Employee Claims | $4,200.00 |
| 107082 | CABAN HERNANDEZ, HECTOR L. | Public Employee Claims | $10,800.00 |
| 108451 | LOPEZ CHANZA, NEREIDA | Public Employee Claims | $0.00 |
| 115613 | MALPICA PADILLA, LYDIA M | Public Employee & Pension/Retiree Claims | $0.00 |
| 116024 | LUGO, ADA IRIS | Public Employee Claims | $4,200.00 |
| 116432 | CANDELARIO RUIZ, KETTY | Public Employee, Pension/Retiree, Union Grievance Claims | $0.00 |
| 116645 | COSS MARTINEZ, CARMEN GLORIA | Public Employee & Pension/Retiree Claims | $0.00 |
| 122746 | LLANOS LLANOS, IRIS | Public Employee & Pension/Retiree Claims | $0.00 |
| 123788 | GONZALEZ ORTIZ, EDWIN | Public Employee Claims | $0.00 |
| 123835 | DROZ DOMINGUEZ, TERESITA | Public Employee Claims | $0.00 |
| 125496 | FIGUEROA ORTIZ, RUBEN | Public Employee Claims | $0.00 |
| 125799 | IRIS LUGO, ADA | Public Employee Claims | $6,600.00 |
| 126966 | GONZALES ORTIZ, EDWIN | Public Employee Claims | $0.00 |
| 127988 | REYES COLON, ALEJANDRINO | Public Employee & Pension/Retiree Claims | $0.00 |
| 128066 | MARTINEZ COLON, CARMEN J. | Public Employee & Pension/Retiree Claims | $0.00 |
| 131877 | FLORES ZAYAS, WIGNA | Public Employee Claims | $0.00 |
| 135052 | LEBRON MARTINEZ, CESAR AUGUSTO | Public Employee Claims | $5,400.00 |
| 138858 | FLORES DEL VALLE, MERCEDES | Public Employee & Pension/Retiree Claims | $0.00 |
| 139367 | HERNANDEZ ESTRADA, JUSTINA V. | Public Employee Claims | $15,600.00 |
| 139541 | LARACUENTE RIVERA, AIDA R. | Public Employee & Pension/Retiree Claims | $0.00 |
| 141932 | DAVILA QUINONES, MAYRA M. | Public Employee & Pension/Retiree Claims | $0.00 |
| 144780 | ESPADA ORTIZ, ANGEL SANTOS | Public Employee & Pension/Retiree Claims | $0.00 |
| 144811 | CRUZ CRUZ, ELSA MARIA | Public Employee Claims | $0.00 |
| 145699 | LAMBOY MERCADO, ANGEL S. | Public Employee & Pension/Retiree Claims | $0.00 |
| 147560 | LABOY SANCHEZ, PAULINA | Public Employee & Pension/Retiree Claims | $0.00 |
| 150841 | ALVARADO TORRI, JAIME E. | Public Employee Claims | $20,400.00 |
| 153145 | CRUZ CODENO, ROSA ESTHER | Public Employee Claims | $0.00 |
| 153941 | HERNANDEZ CUEVAS, MYRNA | Public Employee & Pension/Retiree Claims | $69,984.00 |
| 155135 | GONZALEZ CARRERO, NANCY I. | Public Employee Claims | $0.00 |
| 156208 | HERNANDEZ ESTRADA, JUSTINA V. | Public Employee Claims | $8,400.00 |
| 157502 | HERNANDEZ REY, LILLIAN | Public Employee Claims | $8,400.00 |
| 157734 | IRIS MARTINEZ, ANA | Public Employee Claims | $45,600.00 |
| 158213 | HEVIA COLON, LUZ MINERVA | Public Employee & Pension/Retiree Claims | $0.00 |
| 159197 | GONZALEZ SANTIAGO, PEDRO A. | Public Employee Claims | $10,200.00 |
| 159654 | LUGO VALENTIN, SANDRA F. | Public Employee & Pension/Retiree Claims | $7,200.00 |
| 160243 | LORENZO RAMOS, AWILDA | Public Employee Claims | $10,200.00 |
| 162076 | LUGO VALENTIN, SANDRA F. | Public Employee & Pension/Retiree Claims | $5,400.00 |
| 165607 | FUENTES SILVA, EDNA I. | Public Employee & Pension/Retiree Claims | $16,000.00 |
| 167213 | HERIBERTO RIOS CRUZ | Public Employee Claims | $0.00 |
| 167751 | LLANOS LLANOS, OLGA M | Pension/Retiree Claims | $0.00 |

| 167760 | LLANOS LLANOS, OLGA M | Pension/Retiree Claims | $0.00 |
| 169351 | FELICIANO TORRES, ELBA N. | Public Employee Claims | $0.00 |
| 169524 | LANDRO GONZALEZ, JULIO E. | Public Employee & Pension/Retiree Claims | $0.00 |