# EXHIBIT A

**Schedule of Fourth ADR Designated Claims**

# Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| VAZQUEZ ESMURRIA, MAGALY | 7232 | c | Litigation Claim | 2016-03-1340, AQ-12-0008 | Initial Transfer |
| ROBLES GARCÍA, ELIEZER | 10535 | a | Litigation Claim | AQ-15-0223, AQ-15-0263, AQ-15-0272, AQ-18-0078, AQ-18-0097, AQ-19-0240 | Initial Transfer |
| SANTIAGO RENTA, ANAIDA M. | 11726 | a | Litigation Claim | KAC-2007-0214, KAC-2009-0809, KLAN-2015-00004, KLAN-2015-01434 | Initial Transfer |
| RODRÍGUEZ RODRÍGUEZ, CARMEN M. | 12922 | b | Litigation Claim | CU-13-003, KLRA-2015-00555 | Initial Transfer |
| TORRES CORREA, GERARDO | 13108 | b | Litigation Claim | CU-13-003, KLRA-2015-00555 | Initial Transfer |
| TORRES LOPEZ, IVETTE G | 13765 | a | Litigation Claim | KAC-2007-0214, KAC-2009-0809, KLAN-2015-00004, KLAN-2015-01434, KPE-2005-0608 | Initial Transfer |
| TORRES LOPEZ, IVETTE G | 13935 | a | Litigation Claim | KAC-2007-0214, KAC-2009-0809, KLAN-2015-00004, KLAN-2015-01434, KPE-2005-0608 | Initial Transfer |
| RODRIGUEZ FARIA, MARILYN | 14149 | a | Litigation Claim | KPE-2005-0607, KAC-2009-0908, KLRA-2015-01434 | Initial Transfer |
| MENDEZ LARACUENTE, RAMON | 14449 | a | Litigation Claim | KAC-2007-0214, KAC-2009-0809, KLAN-2015-00004, KLAN-2015-01434, KPE-2005-0608 | Initial Transfer |
| SANTIAGO RENTA, ANAIDA M | 14659 | a | Litigation Claim | KLAN-2015-00004, KAC-2009-0809, KLAN-2015-01434, KAC-2007-0214 | Initial Transfer |
| SANTIAGO RENTA, ANAIDA M | 15717 | a | Litigation Claim | KAC-2007-0214, KAC-2009-0809, KLAN-2015-00004, KLAN-2015-01434, KPE-2005-0608 | Initial Transfer |

---

[1] For Claim Amount Ranges, please refer to the Claims Amount Key at the end of Exhibit A.

| | | | | | |
|---|---|---|---|---|---|
| ESCUDERO ORTIZ, JUDITH | 16070 | a | Litigation Claim | KAC-2009-0809 | Initial Transfer |
| FRANCO SOTO, MARIA | 16543 | c | Litigation Claim | 3:15-CV-02571 | Initial Transfer |
| CALDERON RIVERA, LUZ E | 16780 | a | Litigation Claim | KAC-2012-1259 | Initial Transfer |
| SANES FERRER, MARISOL | 16971 | a | Litigation Claim | KPE-2011-1581, KPE-2007-4170 | Initial Transfer |
| SANES FERRER, MARISOL | 17702 | a | Litigation Claim | KPE-2011-1581, KPE-2007-4170 | Initial Transfer |
| URBINA REYES, GLORIMAR | 18424 | c | Litigation Claim | 2014-0415 | Initial Transfer |
| MENDEZ LARACUENTE, RAMON | 18494 | a | Litigation Claim | KAC-2007-0214, KAC-2009-0809, KLAN-2015-00004, KLAN-2015-01434, KPE-2005-0608 | Initial Transfer |
| MILAGROS LUNA SANTIAGO, MARTA | 19652 | d | Litigation Claim | 2000-06-1639, KLRA-2012-00155, KLRA-2012-00156 | Initial Transfer |
| VIVIAN NEGRON RODRIGUEZ REPRESENTING GENOVEVA RIOS QUINTERO | 20771 | c | Litigation Claim | 2000-03-1325 | Initial Transfer |
| GONZALEZ OLIVERO, VIVIAN | 21218 | a | Litigation Claim | N/A | Initial Transfer |
| VAZQUEZ MELENDEZ, JOAQUIN | 22648 | a | Litigation Claim | AQ-16-0955 | Initial Transfer |
| RAMIREZ LOZANO, EVELYN | 23633 | a | Litigation Claim | KAC-2009-0809 | Initial Transfer |
| TORRES TORRES, CARLOS R. | 26309 | a | Litigation Claim | N/A | Initial Transfer |
| TORRES TORRES, CARLOS R. | 26368 | a | Litigation Claim | N/A | Initial Transfer |
| FRANCO SOTO, MARIA M. | 28633 | d | Litigation Claim | 3:15-CV-92571 | Initial Transfer |
| FERRER ALMA, CARMEN | 29224 | a | Litigation Claim | KPE-2011-1581, KPE-2007-4170 | Initial Transfer |

| Name | | | | | |
|---|---|---|---|---|---|
| MEDINA TORRES, BRENDA I. | 33866 | c | Litigation Claim | KAC-2000-5670 | Initial Transfer |
| MALDONADO MARTINEZ, VÍCTOR | 43118 | a | Litigation Claim | KAC-2000-5670 | Initial Transfer |
| RAMOS DIAZ, MILDRED ANGELITA | 43745 | c | Litigation Claim | 2013-04-1542, 2013-11-0224 | Initial Transfer |
| LOPEZ RUYOL, CARMEN MERCEDES | 46946 | c | Litigation Claim | 2013-04-1542, 2013-11-0224, KAC-1996-1381, KAC-1998-0530 | Initial Transfer |
| RIVERA AYALA, MARIA I. | 50673 | c | Litigation Claim | KAC-2005-0608 | Initial Transfer |
| MEDINA TORRES, BRENDA I. | 50704 | a | Litigation Claim | KAC-2000-5670 | Initial Transfer |
| BESSOM CABANILLAS, BRENDA | 51392 | c | Litigation Claim | 2013-04-1542 | Initial Transfer |
| MELÉNDEZ NEGRÓN, MARIBEL Y. | 52082 | a | Litigation Claim | KAC-2009-0809 | Initial Transfer |
| RODRIGUEZ LUGO, LUZ C. | 52239 | a | Litigation Claim | KAC-1998-0532 | Initial Transfer |
| MARTINEZ HERNANDEZ, BLANCA I. | 54009 | a | Litigation Claim | 2013-04-1542 | Initial Transfer |
| TORRES ROSADO, JULIO | 54400 | c | Litigation Claim | SJ-2017-CV-00542 | Initial Transfer |
| ALBETORIO DIAZ, MARIA E | 55356 | a | Litigation Claim | 2014-03-0746 | Initial Transfer |
| KERCADO SANCHEZ, EDNA MARIA | 56107 | a | Litigation Claim | 2013-04-1542, 2013-11-0224 | Initial Transfer |
| MARTINEZ HERNANDEZ, BLANCA I. | 56605 | a | Litigation Claim | 2013-04-1542 | Initial Transfer |
| CINTRON, MARIA L. | 56803 | b | Litigation Claim | SJ-2019-CV-07914 | Initial Transfer |
| GONZÁLEZ MARTÍNEZ, ELISA EILEEN | 59090 | c | Litigation Claim | SJ-2017-CV-00542 | Initial Transfer |
| RAMIREZ ALAMEDA, ISRAEL | 60026 | a | Litigation Claim | 2000-06-1639 | Initial Transfer |

| Name | Claim # | | Type | Case # | Transfer |
|---|---|---|---|---|---|
| RIVERA AYALA, MARIA I | 60071 | e | Litigation Claim | KAC-2005-0608 | Initial Transfer |
| ACOSTA SANTIAGO, ZUZETH ENID | 61019 | a | Litigation Claim | SJ-2019-CV-07914 | Initial Transfer |
| VILLEGAS FALU, EDNA M. | 62656 | c | Litigation Claim | KAC-1999-0669 | Initial Transfer |
| MALDONADO BLANCO, CARMEN M. | 62712 | a | Litigation Claim | 3013-04-1542 | Initial Transfer |
| MALDONADO BLANCO, CARMEN M. | 63000 | a | Litigation Claim | 2012-05-2084 | Initial Transfer |
| RUIZ, RAFAEL PARES | 63004 | c | Litigation Claim | KAC-2009-1173 | Initial Transfer |
| LUGO SUAREZ, NOE | 65667 | a | Litigation Claim | N/A | Initial Transfer |
| LUGO SANTANA, INES M | 72847 | a | Litigation Claim | KDP-2001-1441 | Initial Transfer |
| MARRERO GARCIA, MIRIAM | 73965 | a | Litigation Claim | KAC-2000-5670 | Initial Transfer |
| LEDESMA-MOULIER, ZENAIDA | 74709 | a | Litigation Claim | 2013-04-1542, 2013-11-0224 | Initial Transfer |
| MARTINEZ MENENDEZ, WILLIAM | 78037 | a | Litigation Claim | 2013-04-1542, 2013-11-0224, 2013-11-0224, 2012-05-2084 | Initial Transfer |
| AGOSTO VEGA, ANA | 78258 | b | Litigation Claim | N/A | Initial Transfer |
| COLON MALDONADO, ADELAIDA | 78327 | a | Litigation Claim | 2013-04-1542 | Initial Transfer |
| GONZALEZ RODRIGUEZ, JUANA | 79322 | c | Litigation Claim | KAC-1996-1381, KAC-2002-4604 | Initial Transfer |
| COLON MALDONADO, CARMEN G | 80160 | b | Litigation Claim | KAC-2003-4295 | Initial Transfer |
| DIAZ GONZALEZ, ILIA | 100878 | c | Litigation Claim | KAC-2001-6412 | Initial Transfer |
| COLON NEGRON, CARLOTA | 103321 | a | Litigation Claim | 2013-04-1542 | Initial Transfer |

| | | | | | |
|---|---|---|---|---|---|
| LABOY SANCHEZ, TERESA | 109990 | a | Litigation Claim | KAC-2003-3304 | Initial Transfer |
| FIGUEROA FIGUEROA, JOSE | 111251 | c | Litigation Claim | KAC-2001-6412 | Initial Transfer |
| DIAZ ORTIZ, LISSETTE | 123297 | a | Litigation Claim | AQ-11-0227 | Initial Transfer |
| COLON NEGRON, CARLOTA | 130316 | a | Litigation Claim | 2013-04-1542, 2013-11-0224 | Initial Transfer |
| CRUZ MADERA, WALTER L. | 138231 | a | Litigation Claim | N/A | Initial Transfer |
| DIAZ CARRASQUILLO, JOSUE A. | 140259 | d | Litigation Claim | 05-4-2-1-128 | Initial Transfer |

| **Claim Amount Key** |
|---|
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |