# EXHIBIT A

SRF 36961

Case:17-03283-LTS  Doc#:14790-1  Filed:10/22/20  Entered:10/22/20 19:07:18  Desc: 03394
Exhibit A (Teobaldo Cuevas Response)  Page 2 of 16

**Hearing Date: December 11, 2019, at 9:30AM (Atlantic Standard Time)**
**Response Deadline: November 26, 2019 at 4:00PM (Atlantic Standard Time)**

---

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO**
> **TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

---

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

*RECEIVED 2019 DEC -3 P 12: 21*

---

### SEVENTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED

---

The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways

and Transportation Authority ("HTA") and the Employees Retirement System of the Government

of the Commonwealth of Puerto Rico ("ERS"), by and through the Financial Oversight and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

63394

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

En el asunto de:
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,
       como representante de
ESTADO LIBRE ASOCIADO DE PUERTO RICO y
otros,

                            Deudores.¹

PROMESA,
Título III
Núm. 17 BK 3283-LTS
(Administrada conjuntamente)

La presente radicación guarda
relación con el ELA, la ACT y
el SRE.

**DECLARACIÓN DE JAY HERRIMAN EN APOYO DE LA SEPTUAGÉSIMA NOVENA
OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE
PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE
PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL
GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS
DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE
REIVINDICACIONES SALARIALES, LABORALES O POR SERVICIOS PRESTADOS**

Yo, Jay Herriman, de conformidad con el Título 28 U.S.C., § 1746, por medio de la

presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi

fiel saber y entender:

1.      Soy director general de Alvarez & Marsal North America, LLC ("A&M"). La Junta

de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") contrató

---

¹ Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo
número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de
contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de
procedimiento de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481); ii) la
Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK
3284-LTS) (últimos cuatro dígitos del número federal de contribuyente: 8474); iii) la Autoridad de Carreteras y
Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (últimos cuatro
dígitos del número federal de contribuyente: 3808); iv) Sistema de Retiro de los Empleados del Gobierno del Estado
Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (últimos cuatro
dígitos del número federal de contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE")
(núm. de procedimiento de quiebra 17 BK 4780-LTS) (últimos cuatro dígitos del número federal de contribuyente:
3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA,
COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19-BK-5532-LTS) (últimos
cuatro dígitos del número federal de contribuyente: 3801) (los números de causas radicadas conforme al Título III
figuran como números de procedimiento de quiebra debido a limitaciones del programa informático).

63394

a A&M para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamos en relación con las causas de los Deudores radicadas conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"). [2] Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2.      En mi capacidad de director general de A&M, soy una de las personas responsables de supervisar el proceso de reconciliación y objeciones relativo a los reclamos en el marco de las causas de los Deudores radicadas conforme a PROMESA. El proceso continuo de reconciliación de los reclamos de los Deudores implica un esfuerzo colectivo de un equipo de los empleados de A&M, así como de Proskauer Rose LLP y O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal del ELA, de la ACT y del SRE.

3.      Realizo esta declaración en apoyo de la *Septuagésima novena objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos satisfechos* (la "Septuagésima novena objeción global"). [3] He revisado personalmente la Septuagésima novena objeción global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4.      Durante el proceso de preparación para radicar la Septuagésima novena objeción global, bajo mi dirección y/o supervisión, cada uno de los reclamos controvertidos en la Septuagésima novena objeción global fue examinado y analizado cuidadosamente, de buena fe y aplicando la debida diligencia por el personal pertinente de A&M, o fue examinado y analizado por el personal de otros agentes contratados por la Junta de Supervisión. Dichos esfuerzos

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

[3] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Septuagésima novena objeción global.

63394

RECEIVED

$\frac{\text{ANEXO}}{\text{Notificación}}$ C   DEC -3 P 12: 21

Teobaldo Cuevas
Post Corners Traill
Apt. 5814-F
Centreville VA 20120-6321

teobaldocuevas1@hotmail.com
787-941-2265

Received
DEC 10 2019
Prime Clerk LLC

CDS 12 / 3 / 2019

63394

## Seventy-Ninth Omnibus Objection
## Exhibit A - Deficient

| NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|------|-----------|-------------|--------|---------|----------------------|

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| 28 | CUEVAS, TEOBALDO<br>POST CORNER TRAIL<br>APRT 5814 F<br>CENTREVILLE, VA 20120 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 63394 | $ 400,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| 29 | CUMMINGS TORRES, ANGELA R.<br>URB. ALTURAS SABANERAS E-90<br>SABANA GRANDE, PR 00637 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 54215 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 30 | CUPELES JUSTINIANO, JACQULINE<br>CARR. 310 #78 URB. MONTE GRANDE<br>CABO ROJO, PR 00623 | 6/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42204 | $ 11,270.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 31 | CUPRILL ARROYO, MARIA D<br>URB. MONTECASINO<br>6 CALLE ALMENDROS<br>TOA ALTA, PR 00953 | 6/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 46166 | $ 64,059.08 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| 32 | CURBELO RODRIGUEZ, MARIA E.<br>1006 CALLE SAN MIGUEL<br>QUEBRADILLAS, PR 00678 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45225 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| 33 | CUSTODIO CRUZ, OLGA E<br>PO BOX 800127<br>COTO LAUREL, PR 00780 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 48097 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement Tetent System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

---

* Indicates claim contains unliquidated and/or undetermined amounts

63394

permitieron identificar los reclamos que han de ser rechazados, que se indican en el Anexo A relativo a la Septuagésima novena objeción global.

5.      A mi fiel saber y entender, los reclamos identificados en el Anexo A de la Septuagésima novena objeción global (conjuntamente, los "Reclamos deficientes") alegan la concurrencia de responsabilidad contra el ELA, la ACT o el SRE sobre la base de reivindicaciones salariales, por empleo o por servicios prestados, pero no proporcionan la información necesaria para comprender qué servicios se prestaron y qué salario devengó pero no se pagó. Es más, a mi fiel saber y entender, se envió una carta a cada demandante que radicó Reclamos deficientes solicitando información adicional y documentación justificativa, pero las demandantes no respondieron. En consecuencia, el ELA, la ACT y el SRE solicitan que los Reclamos deficientes sean rechazados en su totalidad.

6.      Sobre la base de lo que antecede, y a mi fiel saber y entender, la información contenida en la Septuagésima novena objeción global y en sus anexos es veraz y correcta, y el remedio allí solicitado redunda en el mejor interés del ELA, de la ACT, del SRE y de sus acreedores.

7.      Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi fiel saber y entender.

Fecha: 24 de octubre de 2019

Por: *[Firma en la versión en inglés]*
Jay Herriman

Teobaldo Cuevas
Post Corners Trail
Apt. 5814-F
Centreville, VA 20120-6321

Received

DEC 10 2019

Prime Clerk LLC



U.S. POSTAGE PAID
FCM LG ENV
CENTREVILLE, VA
20120
NOV 26, 19
AMOUNT

$4.10
R2304E106580-08

1000          00918



USA
FOREVER

7019 1120 0001 1716 8164



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7019 1120 0001 1716 8164

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

**FedEx Express**

**International Air Waybill**

Origin Copy

### 1 From

Date

Sender's FedEx Account Number

Sender's Name: _Prime Clerk_ (handwritten, unclear)

Phone

Company

Address

Address

City

State / Province

ZIP / Postal Code

Country

Email Address

Internal Billing Reference

### 2 To

☐ 28 Residential Delivery

Recipient's Name

Phone: 2622574669 (handwritten, unclear)

Company: PRIME CLERK

Address

Address: 850 3RD AVE STE 412

Dept./Floor

City: BROOKLYN

State / Province: NY

Country: US

ZIP / Postal Code: 11232

Email Address

Recipient's Tax ID Number for Customs Purposes

### 3 Shipment Information

Total Packages / Shipper's Load and Count/SLAC

Total Weight _____ lbs. ☐ kg ☐

DIM ___ / ___ / ___ in. ☐ cm ☐

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| RECEIVED<br><br>DEC 10 2019<br><br>PRIME CLERK LLC | | | |

Has EEI been filed in AES?
For U.S. Export Only: Check One
☐ No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
☐ No EEI required, enter exemption number: _____
☐ Yes – Enter AES proof of filing citation: _____

Total Declared Value for Carriage

If other than NLR, enter License Exception: _____

Total Value for Customs (Specify Currency)

FedEx Tracking Number: 8124 5395 0179

0402  Form ID No.

### 4 Express Package Service

NOTE: Service order has changed. Please select carefully.

☐ 06 FedEx Intl. First   ☐ 01 FedEx Intl. Priority   ☐ 03 FedEx Intl. Economy

### 5 Packaging

☐ 06 FedEx Envelope   ☑ 02 FedEx Pak   ☐ 03 FedEx Box   ☐ 04 FedEx Tube

☐ 15 FedEx 10kg Box   ☐ 25 FedEx 25kg Box   ☐ 01 Other

### 6 Special Handling and Delivery Signature Options

Fees may apply. See the FedEx Service Guide.

☐ 01 HOLD at FedEx Location   ☐ 03 SATURDAY Delivery

☐ 10 Direct Signature — Someone at recipient's address may sign for delivery.

☐ 34 Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

### 7 Payment

Complete payment options for both transportation charges and duties and taxes.

Bill transportation charges to:

☐ 1 Sender — Acct. No. in Section 1 will be billed.   ☑ 2 Recipient   ☐ 3 Third Party   ☐ 4 Credit Card   ☐ 5 Cash/Check/Cheque

Total Transportation

FedEx Acct. No. 7095-8996-7

Credit Card Exp. Date

Specify Currency

Bill duties and taxes to:

☐ 1 Sender — Acct. No. in Section 1 will be billed.   ☐ 2 Recipient   ☐ 3 Third Party   ☐ 5 Cash/Check/Cheque

FedEx Acct. No.

### 8 Required Signature

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw or Montreal Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

Received above shipment in good order and condition. We agree to pay all charges, including Customs duties and taxes as applicable, and we agree to the Conditions of Carriage as stated on the reverse side of the Recipient's Copy.

Recipient's Signature:

662

| Origin Station ID | Country Code/Destination Station ID | URSA Routing | Handling Units |
|---|---|---|---|
| | FBTO | LATBTA | Total Volume (cm) |

Received At: ☐ 1 Reg. Stop   ☐ 2 On-Call Stop   ☐ 3 Drop Box   ☐ 4 World Service Center   ☐ 5 Station

Forms Attached: ☐ CI ☐ CO

Base Charges / Declared Val. Chrg. / Other / ODA/OPA / Credit Card Auth.

FedEx Emp. # / Audit Emp. # / Date / Time / Del. Courier Emp. # / Date / Time

PART 158409 • Rev. Date 9/13 • ©1994–2013 FedEx • PRINTED IN U.S.A. RRDA • Non-Negotiable International Air Waybill

PACKAGE LABEL
COMMERCIAL INVOICE LABEL
DELIVERY RECORD LABEL
DELIVERY REATTEMPT LABEL

8124 5395 0179 (repeated vertically)

63394

ANEXO C
Notificación

DEC 0 2 2019

Teobaldo Cuevas

Post Corners Traill

Apt. 5814-F

Centreville, VA 20120-6321

teobaldocuevas1@hotmail.com

787-942-2265

Twenty-Ninth Omnibus Objection

Exhibit A – Debtor

| NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|
| 28 CUEVAS, TEOBALDO POST CORNER TRAIL APRT 5814 F CENTREVILLE, VA 20120 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 63394 | $400,000.00 |
| Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 29 CUMMINGS TORRES, ANGELA R. URB. ALTURAS SABANERAS E-90 SABANA GRANDE, PR 00637 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 54215 | Undetermined |
| Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico or any of the other Title III debtors such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico | | | | | |
| 30 CUPELES JUSTINIANO, JACQULINE CARR. 310 #78 URB. MONTE GRANDE CABO ROJO, PR 00623 | 6/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42204 | $11,270.00 |
| Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico or any of the other Title III debtors such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico | | | | | |
| 31 CUPRILL ARROYO, MARIA D URB. MONTECASINO 6 CALLE ALMENDROS TOA ALTA, PR 00953 | 6/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 46166 | $64,059.00 |
| Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 32 CURBELO RODRIGUEZ, MARIA E. 1006 CALLE SAN MIGUEL QUEBRADILLAS, PR 00678 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45225 | Undetermined |
| Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico or any of the other Title III debtors such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico | | | | | |
| 33 CUSTODIO CRUZ, OLGA E PO BOX 800127 COTO LAUREL, PR 00780 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 48097 | Undetermined* |
| Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

Hearing Date: December 11, 2019, at 9:30AM (Atlantic Standard Time)
Response Deadline: November 26, 2019 at 4:00PM (Atlantic Standard Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

---

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

---

**SEVENTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

---

The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways

and Transportation Authority ("HTA") and the Employees Retirement System of the Government

of the Commonwealth of Puerto Rico ("ERS"), by and through the Financial Oversight and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

En el asunto de:
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,
     como representante de
ESTADO LIBRE ASOCIADO DE PUERTO RICO y
otros,

                         Deudores.[1]

PROMESA,
Título III
Núm. 17 BK 3283-LTS
(Administrada conjuntamente)

La presente radicación guarda
relación con el ELA, la ACT y
el SRE.

**DECLARACIÓN DE JAY HERRIMAN EN APOYO DE LA SEPTUAGÉSIMA NOVENA
OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE
PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE
PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL
GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS
DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE
REIVINDICACIONES SALARIALES, LABORALES O POR SERVICIOS PRESTADOS**

Yo, Jay Herriman, de conformidad con el Título 28 U.S.C., § 1746, por medio de la

presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi leal

fiel saber y entender:

1.     Soy director general de Alvarez & Marsal North America, LLC ("A&M"), la Junta

de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión" o la

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el
número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de
contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de
procedimiento de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481); ii) la
Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK
3284-LTS) (últimos cuatro dígitos del número federal de contribuyente: 8474); iii) la Autoridad de Carreteras y
Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (últimos cuatro
dígitos del número federal de contribuyente: 3808); iv) Sistema de Retiro de los Empleados del Gobierno del Estado
Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (últimos cuatro
dígitos del número federal de contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE")
(núm. de procedimiento de quiebra 17 BK 4780-LTS) (últimos cuatro dígitos del número federal de contribuyente:
3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA,
COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19-BK-5523-LTS) (últimos
cuatro dígitos del número federal de contribuyente: 3801) (los números de causas radicadas conforme al Título III se
figuran como números de procedimiento de quiebra debido a limitaciones del programa informático).

a A&M para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamos en relación con las causas de los Deudores radicadas conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2] Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2.   En mi capacidad de director general de A&M, soy una de las personas responsables de supervisar el proceso de reconciliación y objeciones relativo a los reclamos en el marco de las causas de los Deudores radicadas conforme a PROMESA. El proceso continuo de reconciliación de los reclamos de los Deudores implica un esfuerzo colectivo de un equipo de los empleados de A&M, así como de Proskauer Rose LLP y O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal del ELA, de la ACT y del SRE.

3.   Realizo esta declaración en apoyo de la *Septuagésima novena objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos satisfechos* (la "Septuagésima novena objeción global").[3] He revisado personalmente la Septuagésima novena objeción global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4.   Durante el proceso de preparación para radicar la Septuagésima novena objeción global, bajo mi dirección y/o supervisión, cada uno de los reclamos controvertidos en la Septuagésima novena objeción global fue examinado y analizado cuidadosamente, de buena fe y aplicando la debida diligencia por el personal pertinente de A&M, o fue examinado y analizado por el personal de otros agentes contratados por la Junta de Supervisión. Dichos esfuerzos

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

[3] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Septuagésima novena objeción global.

2

permitieron identificar los reclamos que han de ser rechazados, que se indican en el Anexo ⬚ relativo a la Septuagésima novena objeción global.

5.    A mi fiel saber y entender, los reclamos identificados en el Anexo ⬚ de la Septuagésima novena objeción global (conjuntamente, los "Reclamos deficientes") alegan la concurrencia de responsabilidad contra el ELA, la ACT o el SRE sobre la base de reiv⬚ salariales, por empleo o por servicios prestados, pero no proporcionan la informaci⬚ para comprender qué servicios se prestaron y qué salario devengó pero no se pagó. Es más, a mi fiel saber y entender, se envió una carta a cada demandante que radicó Reclamos deficientes solicitando información adicional y documentación justificativa, pero las demandantes ⬚ respondieron. En consecuencia, el ELA, la ACT y el SRE solicitan que los Reclamos deficientes sean rechazados en su totalidad.

6.    Sobre la base de lo que antecede, y a mi fiel saber y entender, la informació⬚ contenida en la Septuagésima novena objeción global y en sus anexos es veraz y correcta y el remedio allí solicitado redunda en el mejor interés del ELA, de la ACT, del SRE y de los acreedores.

7.    Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi fiel saber y entender.

Fecha: 24 de octubre de 2019

Por: *[Firma en la versión en inglés]*
Jay Herriman

3

Cuevas
ners Trail
4-F
b, VA 20120-6321

1120 0001 1716 8157


STICKER AT TOP OF ENVELOPE TO THE RIGHT
HE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®

1120 0001 1716 8157

 

U.S. POSTAGE PAID
FCM LG ENV
CENTREVILLE, VA
20120
NOV 26, 19
AMOUNT
$4.10
R2304E106580-08

1000    10166


USA
FOREVER

Abogado del Comité de Acreedores (Counsel for the Creditors Committee)

Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A Despins
James Bliss, James Worthington
G. Alexander Bongartz