# EXHIBIT A-1

SRF 36961

63344

Hearing Date: December 11, 2019, at 9:30AM (Atlantic Standard Time)
Response Deadline: November 26, 2019 at 4:00PM (Atlantic Standard Time)

> PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED 2019 DEC -3 P 12: 21

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the Commonwealth, HTA, and ERS.**

**SEVENTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED**

The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), by and through the Financial Oversight and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Certified to be a true and exact translation from the source text in Spanish to the target language English. 21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906 Targem Translations Inc.*

63394

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
# PARA EL DISTRITO DE PUERTO RICO

En el asunto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,

como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,

Deudores.[1]

PROMESA,
Título III
Núm. 17 BK 3283-LTS
(Administrada conjuntamente)

La presente radicación guarda relación con el ELA, la ACT y el SRE.

## DECLARACIÓN DE JAY HERRIMAN EN APOYO DE LA SEPTUAGÉSIMA NOVENA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE REIVINDICACIONES SALARIALES, LABORALES O POR SERVICIOS PRESTADOS

Yo, Jay Herriman, de conformidad con el Título 28 U.S.C., § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi fiel saber y entender:

1. Soy director general de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión")

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: ____); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3808); iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (últimos cuatro dígitos del número federal de contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19-BK-5532-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (los números de causas radicadas conforme al Título III figuran como números de procedimiento de quiebra debido a limitaciones del programa informático).

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*

63394

a A&M para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamos en relación con las causas de los Deudores radicadas conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2] Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2. En mi capacidad de director general de A&M, soy una de las personas responsables de supervisar el proceso de reconciliación y objeciones relativo a los reclamos en el marco de las causas de los Deudores radicadas conforme a PROMESA. El proceso continuo de reconciliación de los reclamos de los Deudores implica un esfuerzo colectivo de un equipo de los empleados de A&M, así como de Proskauer Rose LLP y O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal del ELA, de la ACT y del SRE.

3. Realizo esta declaración en apoyo de la *Septuagésima novena objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos satisfechos* (la "Septuagésima novena objeción global").[3] He revisado personalmente la Septuagésima novena objeción global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4. Durante el proceso de preparación para radicar la Septuagésima novena objeción global, bajo mi dirección y/o supervisión, cada uno de los reclamos controvertidos en la Septuagésima novena objeción global fue examinado y analizado cuidadosamente, de buena fe y aplicando la debida diligencia por el personal pertinente de A&M, o fue examinado y analizado por el personal de otros agentes contratados por la Junta de Supervisión. Dichos esfuerzos

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.
[3] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Septuagésima novena objeción global.

2

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*

RECEIVED

**EXHIBIT C**
**Notification**

*Certified to be a true and exact translation from the source text in Spanish to the target language English. 21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906 Targem Translations Inc.*

Teobaldo Cuevas
Post Corners Traill
Apt. 5814-F
Centreville VA 20120-6321

teobaldocuevas1@hotmail.com
787-941-2265

Received
DEC 10 2019
Prime Clerk LLC

CDS 12/3/2019

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*

63394

## Seventy-Ninth Omnibus Objection
### Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 28 | CUEVAS, TEOBALDO<br>POST CORNER TRAIL<br>APRT 5814 F<br>CENTREVILLE, VA 20120 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 63394 | $400,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 29 | CUMMINGS TORRES, ANGELA R.<br>URB. ALTURAS SABANERAS E-90<br>SABANA GRANDE, PR 00637 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 54215 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 30 | CUPELES JUSTINIANO, JACQULINE<br>CARR. 310 #78 URB. MONTE GRANDE<br>CABO ROJO, PR 00623 | 6/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42204 | $11,270.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 31 | CUPRILL ARROYO, MARIA D<br>URB. MONTECASINO<br>6 CALLE ALMENDROS<br>TOA ALTA, PR 00953 | 6/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 46166 | $64,059.08 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 32 | CURBELO RODRIGUEZ, MARIA E.<br>1006 CALLE SAN MIGUEL<br>QUEBRADILLAS, PR 00678 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45225 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 33 | CUSTODIO CRUZ, OLGA E<br>PO BOX 800127<br>COTO LAUREL, PR 00780 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 48097 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*

63394

permitieron identificar los reclamos que han de ser rechazados, que se indican en el Anexo A relativo a la Septuagésima novena objeción global.

5. A mi fiel saber y entender, los reclamos identificados en el Anexo A de la Septuagésima novena objeción global (conjuntamente, los "Reclamos deficientes") alegan la concurrencia de responsabilidad contra el ELA, la ACT o el SRE sobre la base de reivindicaciones salariales, por empleo o por servicios prestados, pero no proporcionan la información necesaria para comprender qué servicios se prestaron y qué salario devengó pero no se pagó. Es más, a mi fiel saber y entender, se envió una carta a cada demandante que radicó Reclamos deficientes solicitando información adicional y documentación justificativa, pero las demandantes no respondieron. En consecuencia, el ELA, la ACT y el SRE solicitan que los Reclamos deficientes sean rechazados en su totalidad.

6. Sobre la base de lo que antecede, y a mi fiel saber y entender, la información contenida en la Septuagésima novena objeción global y en sus anexos es veraz y correcta, y el remedio allí solicitado redunda en el mejor interés del ELA, de la ACT, del SRE y de sus acreedores.

7. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi fiel saber y entender.

Fecha: 24 de octubre de 2019

Por: [*Firma en la versión en inglés*]
Jay Herriman

3

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*



*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*

# FedEx International Air Waybill Express

Origin Copy

**1 From**
Date:
Sender's FedEx Account Number:
Sender's Name: Wine Clark
Phone:
Company:
Address:
Address:
City:
State/Province:
ZIP/Postal Code:
Country:
Email Address:
Internal Billing Reference: 1845-107

**2 To**
28 ☐ Residential Delivery
Recipient's Name:
Phone: 7622574669
Company: PRIME CLERK
Address:
Address: 850 3RD AVE STE 412
Dept/Floor:
City: BROOKLYN
State/Province: NY
Country: US
ZIP/Postal Code: 11232
Email Address:
Recipient's Tax ID Number for Customs Purposes:

**3 Shipment Information**
Total Packages:
Total Weight: lbs/kg
DIM: in/cm
Shipper's Load and Count/SLAC:

Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs

RECEIVED
DEC 10 2019
PRIME CLERK LLC

Has EEI been filed in AES?
☐ No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
For U.S. Export Only. Check One
☐ No EEI required. _____ enter exemption number
☐ If other than NLR, enter License Exception:
☐ Yes – Enter AES proof of filing citation: _____

Total Declared Value for Carriage:
Total Value for Customs (Specify Currency):

FedEx Tracking Number: 8124 5395 0179   0402   Form ID No.

**4 Express Package Service**
NOTE: Service order has changed. Please select carefully.
06 ☐ FedEx Intl. First   01 ☐ FedEx Intl. Priority   03 ☑ FedEx Intl. Economy

**5 Packaging**
06 ☐ FedEx Envelope   02 ☑ FedEx Pak   03 ☐ FedEx Box   04 ☐ FedEx Tube
15 ☐ FedEx 10kg Box   25 ☐ FedEx 25kg Box   01 ☐ Other

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide.
01 ☐ HOLD at FedEx Location   03 ☐ SATURDAY Delivery
10 ☐ Direct Signature   34 ☐ Indirect Signature

**7 Payment** Complete payment options for both transportation charges and duties and taxes.
Bill transportation charges to:
1 ☐ Sender   2 ☑ Recipient   3 ☐ Third Party   4 ☐ Credit Card   5 ☐ Cash/Cheque
FedEx Acct. No.: 7075-8776-7
Credit Card Exp. Date:
Bill duties and taxes to:
1 ☐ Sender   2 ☐ Recipient   3 ☐ Third Party   5 ☐ Cash/Cheque
FedEx Acct. No.:

**8 Required Signature**
Sender's Signature:
Recipient's Signature: 662

Origin Station ID: JWN
Country Code/Destination Station ID: FBIO
URSA Routing: ATBTA
Handling Units:
Total Volume (cm):

Received At: 1 ☐ Reg. Stop   2 ☐ On-Call Stop   3 ☐ Drop Box   4 ☐ World Service Center   5 ☐ Station
Forms Attached: ☐ CI ☐ CO

Base Charges   Declared Val. Chrg.   Other   ODA/OPA   Credit Card Auth.
FedEx Emp. #   Audit Emp. #   Date   Time   Del. Courier Emp. #   Date   Time

PART 158409 • Rev. Date 9/13 • ©1994–2013 FedEx • PRINTED IN U.S.A. RRDA • Non-Negotiable International Air Waybill

---

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Pura Reyes Gilestra-ATA # 244688 ♦ NAJIT # 3449, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

> the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: 63394 (1)

Signed this 21st day of October 2020

_____
Pura Reyes Gilestra



[hw:] *63394*

DEC 02 2019

**EXHIBIT C**
**Notification**

Teobaldo Cuevas
Post Corners Trail
Apt. 5814-F
Centreville, VA 20120-6321

teobaldocuevas1@hotmail.com

787-942-2265

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*

Seventy-Ninth Omnibus Objection

Exhibit A – Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | CUEVAS, TEOBALDO<br>POST CORNER TRAIL<br>APRT 5814 F<br>CENTREVILLE, VA 20120 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 63394 | $400,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 29 | CUMMINGS TORRES, ANGELA R.<br>URB. ALTURAS SABANERAS E-90<br>SABANA GRANDE, PR 00637 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 54215 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 30 | CUPELES JUSTINIANO, JACQULINE<br>CARR. 310 #78 URB. MONTE GRANDE<br>CABO ROJO, PR 00623 | 6/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42204 | $11,270.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 31 | CUPRILL ARROYO, MARIA D<br>URB. MONTECASINO<br>6 CALLE ALMENDROS<br>TOA ALTA, PR 00953 | 6/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 46166 | $64,059.08 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 32 | CURBELO RODRIGUEZ, MARIA E.<br>1006 CALLE SAN MIGUEL<br>QUEBRADILLAS, PR 00678 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45225 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 33 | CUSTODIO CRUZ, OLGA E<br>PO BOX 800127<br>COTO LAUREL, PR 00780 | 6/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 48097 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

Page 5 of 164

Certified to be a true and exact translation from the source text in Spanish to the target language English.
21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906
Targem Translations Inc.

SRF 36961

63394

Hearing Date: December 11, 2019, at 9:30AM (Atlantic Standard Time)
Response Deadline: November 26, 2019 at 4:00PM (Atlantic Standard Time)

> PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO
> TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

### SEVENTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED

The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), by and through the Financial Oversight and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*

63494

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>como representante de<br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>Deudores.[1] | PROMESA,<br>Título III<br>Núm. 17 BK 3283-LTS<br>(Administrada conjuntamente)<br><br>La presente radicación guarda relación con el ELA, la ACT y el SRE. |

**DECLARACIÓN DE JAY HERRIMAN EN APOYO DE LA SEPTUAGÉSIMA NOVENA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE REIVINDICACIONES SALARIALES, LABORALES O POR SERVICIOS PRESTADOS**

Yo, Jay Herriman, de conformidad con el Título 28 U.S.C., § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi leal saber y entender:

1. Soy director general de Alvarez & Marsal North America, LLC ("A&M"), la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión")

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (procedimiento de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente: 8474); iii) la Autoridad de Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3808); iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (últimos cuatro dígitos del número federal de contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19-BK-5523-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3801) (los números de causas radicadas conforme al Título III figuran como números de procedimiento de quiebra debido a limitaciones del programa informático).

Targem Translations Inc.



63394

a A&M para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamos en relación con las causas de los Deudores radicadas conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2] Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2. En mi capacidad de director general de A&M, soy una de las personas responsables de supervisar el proceso de reconciliación y objeciones relativo a los reclamos en el marco de las causas de los Deudores radicadas conforme a PROMESA. El proceso continuo de reconciliación de los reclamos de los Deudores implica un esfuerzo colectivo de un equipo de los empleados de A&M, así como de Proskauer Rose LLP y O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal del ELA, de la ACT y del SRE.

3. Realizo esta declaración en apoyo de la *Septuagésima novena objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos satisfechos* (la "Septuagésima novena objeción global").[3] He revisado personalmente la Septuagésima novena objeción global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4. Durante el proceso de preparación para radicar la Septuagésima novena objeción global, bajo mi dirección y/o supervisión, cada uno de los reclamos controvertidos en la Septuagésima novena objeción global fue examinado y analizado cuidadosamente, de buena fe y aplicando la debida diligencia por el personal pertinente de A&M, o fue examinado y analizado por el personal de otros agentes contratados por la Junta de Supervisión. Dichos esfuerzos

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.
[3] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Septuagésima novena objeción global.

2

*Certified to be a true and exact translation from the source text in Spanish to the target language English. 21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906 Targem Translations Inc.*

63394

permitieron identificar los reclamos que han de ser rechazados, que se indican en el Anexo A relativo a la Septuagésima novena objeción global.

5. A mi fiel saber y entender, los reclamos identificados en el Anexo A de la Septuagésima novena objeción global (conjuntamente, los "Reclamos deficientes") alegan la concurrencia de responsabilidad contra el ELA, la ACT o el SRE sobre la base de reivindicaciones salariales, por empleo o por servicios prestados, pero no proporcionan la información necesaria para comprender qué servicios se prestaron y qué salario devengó pero no se pagó. Es más, a mi fiel saber y entender, se envió una carta a cada demandante que radicó Reclamos deficientes solicitando información adicional y documentación justificativa, pero las demandantes no respondieron. En consecuencia, el ELA, la ACT y el SRE solicitan que los Reclamos deficientes sean rechazados en su totalidad.

6. Sobre la base de lo que antecede, y a mi fiel saber y entender, la información contenida en la Septuagésima novena objeción global y en sus anexos es veraz y correcta, y el remedio allí solicitado redunda en el mejor interés del ELA, de la ACT, del SRE y de los acreedores.

7. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi fiel saber y entender.

Fecha: 24 de octubre de 2019

Por: [Firma en la versión en inglés]
Jay Herriman

3

*Certified to be a true and exact translation from the source text in Spanish to the target language English. 21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906 Targem Translations Inc.*



*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906 Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

### TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Pura Reyes Gilestra-ATA # 244688 ♦ NAJIT # 3449, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: 63394 (2)

Signed this 21st day of October 2020

_____
Pura Reyes Gilestra

