# EXHIBIT A-1

*Proof of Claim Number:*
*Claimant:* [hw:] *52668*

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Answer the four (4) applicable questions and sub-questions. Include as much detail as possible in your replies. **Your replies should provide more information than is included in the initial claim evidence.** For example, if you wrote previously as the basis for your claim "Law 96," please explain now what specific laws you intend to base your claim on, the year in which the law in question was approved, and how and why you believe this law in particular is a basis for your claim.

Likewise, if available and applicable to your claim, provide:

- A copy of an initial application, such as a Lawsuit or Response;
- An unpaid sentence or conciliation agreement;
- Notification in writing of your intent to file a claim with record of sending by mail;
- Any documentation which, in your judgment, is a basis for your claim.

Send the completed form and supporting documents by e-mail to PRClaimsInfo@primeclerk.com, or by **postal mail** or **courier** to the following address:

| **By mail** | **Courier or 24-hour Postal Mail Service** |
| --- | --- |
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Questionnaire**

> RECEIVED
> NOV 25 2019
> PRIME CLERK LLC

1. **What is the basis for your claim?**

   [x] Legal action pending resolution or concluded with the government of Puerto Rico or against it

   [ ] Current or former employment with the Puerto Rico government

   [ ] Other (provide as much detail as possible. Attach additional pages if necessary.)

2. **What is the amount of your claim (how much money are you claiming you are owed)?**

   [hw:] *$43,000.00*

---

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*

*Proof of Claim Number:*
*Claimant:*

1. **Employment. Is your claim related to <u>current</u> or former <u>employment</u> with the government of Puerto Rico?**

    [x]   No. *Go to Question 4.*

    [ ]   Yes. **Answer questions 3(a)-(d).**

3(a).   Identify the specific agency or department in which you work or worked:

   _____

3(b).   Identify the dates of your employment in relation to your claim:

   _____

3(c).   The last four digits of your social security number: _____

3(d).   What is the nature of your employment claims? (Select all that apply.):

   [ ] Retirement

   [ ] Unpaid salaries

   [ ] Sick leave

   [ ] Union complaint

   [ ] Vacations

   [ ] Other (Provide as much detail as possible. Attach additional pages if necessary).

   _____

2. **Legal Action. Is your claim related to legal action that is already closed or pending resolution?**

    [ ]   No.

    [x]   Yes. **Answer questions 4(a)-(f).**

4(a).   Identify the department or agency that is a party to this action.

   [hw:] *Administration of the Retirement Systems of the Commonwealth of P.R.*

4(b).   Identify the name and address of the court or agency where the action is pending resolution.

   [hw:] *District Court of the United States for the District of Puerto Rico*

4(c).   Case number: [hw:] *52668*

4(d).   Title, heading or name of the case:

[hw:] *Promesa title III No. 17 BK 3283-LTS*

2

---

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*

*Proof of Claim Number:*
*Claimant:* [hw:] *52668*

4(e). Status of the case (pending resolution, in appeals, or closed):

[hw:] *Pending Resolution*

4(f). Do you have an unpaid sentence? Yes / [Circled: No] (choose one)

If so, what is the date and amount of the sentence?

3

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*

René Malpica Ortiz
HC-91 Box 8962
Vega Alta, P.R. 00692

SAN JUAN PR 009
21 NOV 2019 PM 2 L

RECEIVED
NOV 25 2019
PRIME CLERK LLC

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

112321523 C010

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*



718.384.8040  
TargemTranslations.com  
projects@targemtranslations.com  
185 Clymer St. Brooklyn, NY 11211

# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)  
TARGEM Translations Inc.

I, Pura Reyes Gilestra-ATA # 244688 ♦ NAJIT # 3449, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: 52668

Signed this 21st day of October 2020

_____  
Pura Reyes Gilestra

