# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD REGARDING OCTOBER 28–29 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

    Pursuant to the Court's *Order Regarding Procedures for October 28-29, 2020 Omnibus Hearing* [Case No. 17-3283, ECF No. 14619], the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth") pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),[2] the Oversight Board respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

1. The following parties will appear telephonically to address questions and comments, if any, related to the Oversight Board's status report: Martin J. Bienenstock and Brian S. Rosen of Proskauer Rose LLP.

2. Martin J. Bienenstock and/or Brian S. Rosen of Proskauer Rose LLP will appear telephonically and seek to be heard on *Ambac Assurance Corporation's Motion to Strike Certain Provisions of the Amended Plan Support Agreement* **[Case No. 17-3283, ECF No. 13573]**.

3. Martin J. Bienenstock and/or Brian S. Rosen of Proskauer Rose LLP will appear telephonically and seek to be heard on *National Public Finance Guarantee Corporation's Motion for Independent Investigation* **[Case No. 17-3283, ECF No. 14450]**.

4. Paul V. Possinger and/or Marc E. Rosenthal of Proskauer Rose LLP will appear telephonically and seek to be heard on *PREPA's Motion for an Order Approving the Settlement Agreement with Certain Insurers* **[Case No. 17-3283, ECF No. 14477; Case No. 17-1470, ECF No. 2234;** *Sciemus Ltd. v. PREPA,* **Adv. No. 19-369, ECF No. 92]**.

5. Martin J. Bienenstock and/or Brian S. Rosen of Proskauer Rose LLP will appear telephonically and seek to be heard on *PSA Creditors' Motion to Impose Deadlines for Plan of Adjustment* **[Case No. 17-3283, ECF No. 14478]**.

6. Martin J. Bienenstock, Brian S. Rosen, Paul V. Possinger and Marc E. Rosenthal reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent it impacts the interests of the Oversight Board or any of the Debtors in these Title III cases.

[*Remainder of Page Intentionally Left Blank*]

**WHEREFORE**, the parties respectfully request that the Court take notice of the foregoing.

Dated: October 22, 2020.
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*