# EXHIBIT A-1

Case:17-03283-LTS Doc#:14795-2 Filed:10/22/20 Entered:10/22/20 19:27:35 Desc:
Exhibit A-1 (Translation of Vilma I. Vicente Arias Response) Page 2 of 9

*Proof of Claim Number:*
*Claimant:*
　　　　[handwritten:] *Vilma I: Vicente Arias*

### INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Answer the four (4) applicable questions and sub-questions. Include as much detail as possible in your replies. **Your replies should provide more information than is included in the initial proof of claim.** For example, if you wrote previously as the basis for your claim "Law 96," please explain now what specific laws you intend to base your claim on, the year in which the law in question was approved, and how and why you believe this law in particular is a basis for your claim.

Likewise, if available and applicable to your claim, provide:

- A copy of an initial document, such as a Complaint or Response;
- An unpaid sentence or conciliation agreement;
- Notification in writing of your intent to file a claim with record of sending by mail;
- Any documentation which, in your judgment, is a basis for your claim.

Send the completed form and supporting documents by e-mail to PRClaimsInfo@primeclerk.com, or by **postal mail** or **courier** to the following address:

| **By mail** | **Courier or 24-hour Postal Mail Service** |
|---|---|
| [hw:] *<br>Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk LLC<br>Grand Central Station, PO Box 4708<br>New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk LLC<br>850 Third Avenue, Suite 412<br>Brooklyn, NY 11232 |

RECEIVED
NOV 14 2019
PRIME CLERK LLC

Questionnaire

1. **What is the basis for your claim?**

   [ ] Legal action pending resolution or concluded with the government of Puerto Rico or against it

   [ ] Current or former employment with the Puerto Rico government

   [x] Other (provide as much detail as possible. Attach additional pages if necessary.)

   [hw:] *(Law 66-2014) (amount owed) Christmas Bonus 2014 – PREPA employee*

2. **What is the amount of your claim (how much money are you claiming you are owed)?**

   [hw:] *Approximately $3,000. The Payroll Department of Electrical Energy has the exact amount, because it is a percentage of the salary in 2014 (8% of the annual salary).*

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*

**Reply to this letter by September 25, 2019, or earlier, returning the attached questionnaire with the requested information and documentation.**

Send the completed form and supporting documentation by e-mail to PRClaimsInfo@primeclerk.com, or by mail, courier, or by 24-hour postal mail service to the following addresses:

| **By mail** | **Courier or 24-hour Postal Mail Service** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

If you do <u>not</u> respond to this request and do <u>not</u> provide the requested information and documentation to support your claim, the Debtors may be obligated to object to your claim.

**If you have any questions regarding this letter or your claim, call Prime Clerk LLC or (844) 822-9231 (toll-free calls from the United States and Puerto Rico) or (646) 486-7944 (for international calls), available from 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time)** (Spanish available) **, or e-mail address PRClaimsInfo@primeclerk.com.**

NOTE: Prime Clerk, LLC is the claims and notifications agent in Title III Cases and cannot provide legal or financial advice.

Sincerely,

Prime Clerk, LLC

2

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*

*Proof of Claim Number:*
*Claimant:*

3. **Employment. Is your claim related to current or former employment with the government of Puerto Rico?**

   [ ]     No. *Go to Question 4.*

   [x]     Yes. **Answer questions 3(a)-(d).**

3(a).   Identify the specific agency or department in which you work or worked:

   [hw:] *PREPA, Appraisals Department for Real Estate Properties, Legal Div.*

3(b).   Identify the dates of your employment in relation to your claim:

   [hw:] *Christmas bonus for 2014.*

3(c).   The last four digits of your social security number: [hw:] *9845*

3(d).   What is the nature of your employment claims (select all that apply):

   [ ] Retirement

   [x] Unpaid salaries

   [ ] Sick leave

   [ ] Union complaint

   [ ] Vacations

   [x] Other (Provide as much detail as possible. Attach additional pages if necessary).

   [hw:] Reduction in my salary from not receiving full payment of the Christmas bonus 2014.

4. **Legal Action. Is your claim related to legal action that is already closed or pending resolution?**

   [ ]     No.

   [x]     Yes. **Answer questions 4(a)-(f).**

4(a).   Identify the department or agency that is a party to this action.

   [hw:] *PREPA, Law 66-20414 (Title III).*

4(b).   Identify the name and address of the court or agency where the action is pending resolution.

   [hw:] *Court of first instance, San Juan*

4(c).   Case number: [hw:] *K CD 2014-2659*

4(d).   Title, heading or name of the case:

[hw:] *Rafael Carrasquillo vs. PREPA; collection of money.*

2

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*

*Proof of Claim Number:*
*Claimant:*

4(e).   Status of the case (pending resolution, in appeals, or closed):

[hw:] *Closed*

4(f).   Do you have an unpaid sentence [circled: Yes] / No (choose one)

If so, what is the date and amount of the sentence?

[hw:] *I have a Christmas Bonus from 2014 that was not paid in full to any management employee that worked for the Electric Energy Authority at that time.*

-   *The bonus should have been paid based on that established in Law 34 of June 12, 1969 (Christmas Bonus law).*
-   *Law 66 has no retroactive effect, but rather prospective; as established in Article 3 of the Civil Code.*

3

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*

PRIME CLERK
GRAND CENTRAL STATION, PO BOX 4850
NEW YORK NY 10163-4850



**USPS PRIORITY MAIL®**

US POSTAGE PAID

TOPPAN MERRILL

**LEGAL NOTICE ENCLOSED.**
**DIRECT TO ATTENTION OF ADDRESSEE**
**OR PRESIDENT/GENERAL COUNSEL.**

***CUST PR 1845 SRF 36961 PackID: 902 MMLID: 1517459 SVC: 83rd Omni
Vicente Arias, Vilma I.
425 Carr. 693 Ste. 1
Dorado, PR 00646 ← PMB 328

Zone 8

2

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Vicente Arias, Vilma I. | 20678 | 6/7/18 | Commonwealth of Puerto Rico | $3,000.00 |
| Reason: | The proof of claim is intended to formulate the responsibilities associated with the Commonwealth of Puerto Rico, but does not provide the supporting bases or documentation to formulate a claim against the Commonwealth of Puerto Rico, so Debtors cannot determine if the complainant has a valid claim against the Commonwealth of Puerto Rico or any of the other debtors by virtue of Title III. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Vicente Arias, Vilma I. | 20678 | 6/7/18 | Commonwealth of Puerto Rico | $3,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*

ılıılıllılıllılıllılıllılıllıllılıllılıllıllıllıllıllıl

**Vilma I. Vicente Arias**
**425 Carr. 693 Ste.1**
**PMB 328**
**Dorado, PR 00646-4817**



SAN JUAN P&DC

FRI 08 NOV 2019

RECEIVED

NOV 1 4 2019

Prime Clerk LLC

Commonwealth of Puerto Rico Supplemental
Information Processing Center
c/o Prime Clerk, LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*21/October/2020 – ♦ Pura Reyes Gilestra-ATA #244688/NAJIT #3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*



**T** 718.384.8040

**W** TargemTranslations.com

**E** projects@targemtranslations.com

**A** 185 Clymer St. Brooklyn, NY 11211

### TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Pura Reyes Gilestra-ATA # 244688 ♦ NAJIT # 3449, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: 20678

Signed this 21st day of October 2020

_____
Pura Reyes Gilestra

