UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------  x
                                                                     :
In re:                                                               :
                                                                     :   PROMESA
THE FINANCIAL OVERSIGHT AND                                          :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                                    :
                                                                     :   Case No. 17-BK-3283 (LTS)
            as representative of                                     :
                                                                     :   (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO, et al.,                             :
                                                                     :
            Debtors.¹                                                :
-------------------------------------------------------------------  x
```

**JOINT INFORMATIVE MOTION REGARDING OCTOBER 28-29, 2020 HEARING
ON JOINT MOTION OF PSA CREDITORS PURSUANT TO SECTION 312
OF PROMESA AND SECTION 105 OF THE BANKRUPTCY CODE
TO IMPOSE DEADLINES FOR PLAN OF ADJUSTMENT**

To the Honorable United States District Court Judge Laura Taylor Swain:

The PSA Creditors,² The Commonwealth of Puerto Rico (the "Commonwealth" or the "Debtor"), as Title III debtor, by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), the Puerto Rico Fiscal Agency and Financial Advisory

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Joint Motion of PSA Creditors pursuant to Sections 312 of the PROMESA and Section 105 of the Bankruptcy Code to Impose Deadlines with respect to a Plan of Adjustment* [ECF No. 14478].

Authority ("AAFAF"), Ambac Assurance Corporation ("Ambac"), the Official Committee of Unsecured Creditors (the "Committee"), and certain holders of bonds issues by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "ERS Bondholders," and collectively with the PSA Creditors, the Oversight Board, AAFAF, Ambac, and the Committee, the "Parties")[3] respectfully submit this joint informative motion pursuant to the Court's *Order Regarding Procedures for October 28-29, 2020, Omnibus Hearing* [ECF No. 14619] (the "Procedures Order") and respectfully state as follows:

1. The foregoing Parties will appear telephonically at the October 28, 2020 hearing on the *Joint Motion of PSA Creditors pursuant to Sections 312 of the PROMESA and Section 105 of the Bankruptcy Code to Impose Deadlines for Plan of Adjustment* [ECF No. 14478] (the "PSA Creditors' Motion") as well as any and all objections, responses, statements, joinders, and replies to the PSA Creditors Motion.

2. The following individuals may appear and speak on behalf of the Parties:

    a. LCDC: Susheel Kirpalani of Quinn Emanuel Urquhart & Sullivan, LLP [ECF No. 14478 & 14666]

    b. GO Group: Mark Stancil of Willkie Farr & Gallagher LLP [ECF No. 14478 & 14666]

    c. Constitutional Debt Group: Joseph Palmore of Morrison & Foerster LLP [ECF No. 14478 & 14666]

    d. QTCB Group: Kurt Mayr of Morgan, Lewis & Bockius LLP [ECF No. 14478 & 14666]

    e. Oversight Board: Martin Bienenstock and/or Brian Rosen of Proskauer Rose LLP [ECF No. 14547]

    f. AAFAF: Peter Friedman of O'Melveny & Myers LLP [ECF No. 14558]

---

[3] The ERS Bondholders are identified in the *Statement of Certain ERS Bondholders Regarding the Joint Motion of PSA Creditors pursuant to Sections 312 of the PROMESA and Section 105 of the Bankruptcy Code to Impose Deadlines with respect to a Plan of Adjustment* [ECF No. 14664].

  g. <u>Ambac</u>: Atara Miller of Milbank LLP [ECF No. 14559]

  h. <u>Committee</u>: Luc Despins of Paul Hastings LLP [ECF No. 14576]

  i. <u>ERS Bondholders</u>: Benjamin Rosenblum of Jones Day [ECF No. 14664]

3. The Parties request that the Court allocate 60 minutes for a hearing on the PSA Creditors' Motion. The Parties have agreed to allocate such time as follows, listed in the order in which the Parties shall present:

  a. Movants Opening Argument: 25 minutes

   i. LCDC: 10 minutes

   ii. GO Group: 5 minutes

   iii. Constitutional Debt Group: 5 minutes

   iv. QTCB Group: 5 minutes

  b. Objecting Parties' Argument: 30 minutes

   i. Oversight Board: 12 minutes

   ii. AAFAF: 6 minutes

   iii. Ambac: 5 minutes

   v. Committee: 5 minutes

   vi. ERS Bondholders: 2 minutes

  c. Movants' Rebuttal Argument: 5 minutes

   i. LCDC: 5 minutes

WHEREFORE, the Parties respectfully request that the Court take notice of the above.

DATED: October 22, 2020
San Juan, Puerto Rico

Respectfully submitted,

| **REICHARD & ESCALERA** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| By : */s/ Rafael Escalera*<br>**Rafael Escalera**<br>USDC No. 122609<br>escalera@reichardescalera.com<br><br>**Sylvia M. Arizmendi**<br>USDC-PR 210714<br>arizmendis@reichardescalera.com<br><br>**Carlos R. Rivera-Ortiz**<br>USDC-PR 303409<br>riverac@reichardescalera.com<br><br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, Puerto Rico 00917-1913<br>Telephone: (787) 777-8888 | **Susheel Kirpalani** (*pro hac vice*)<br>susheelkirpalani@quinnemanuel.com<br><br>**Daniel Salinas**<br>USDC-PR 224006<br>danielsalinas@quinnemanuel.com<br><br>**Eric Kay** (*pro hac vice*)<br>erickay@quinnemanuel.com<br><br>**Zachary Russell** (*pro hac vice*)<br>zacharyrussell@quinnemanuel.com<br><br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1603<br>Telephone: (212) 849-7000 |

*Co-Counsel for the Lawful Constitutional Debt Coalition*

| | |
|---|---|
| **G. CARLO-ALTIERI LAW OFFICES, LLC** | **MORRISON & FOERSTER LLP** |
| By: */s/ Gerardo A. Carlo* <br> Gerardo A. Carlo <br> USDC PR No. 112009 <br> Telephone: (787) 247-6680 <br> gacarlo@carlo-altierilaw.com | By: */s/ Gary S. Lee* <br> James M. Peck (admitted *pro hac vice*) <br> Gary S. Lee (admitted *pro hac vice*) <br> Lena H. Hughes <br> Andrew R. Kissner (admitted *pro hac vice*) <br> 250 West 55th Street |
| By: */s/ Mª Mercedes Figueroa y Morgade* <br> Mª Mercedes Figueroa y Morgade <br> USDC PR No. 207108 <br> Telephone: (787) 234-3981 <br> figueroaymorgadelaw@yahoo.com | New York, New York 10019 <br> Telephone: (212) 468-8000 <br> Facsimile: (212) 468-7900 <br> jpeck@mofo.com <br> glee@mofo.com <br> lhughes@mofo.com |
| 254 San Jose St., Third Floor <br> San Juan, Puerto Rico 00901 <br> Telephone: (787) 247-6680 <br> Facsimile: (787) 919-0527 | akissner@mofo.com <br><br> -and- <br><br> Joseph R. Palmore <br> 2000 Pennsylvania Avenue, NW <br> Washington, D.C. 20006 <br> Telephone: (202) 887-6940 <br> Facsimile: (202) 887-0763 <br> jpalmore@mofo.com |

*Counsel for the Ad Hoc Group of Constitutional Debtholders*

| | |
|---|---|
| **JIMÉNEZ, GRAFFAM & LAUSELL** | **WILLKIE FARR & GALLAGHER LLP** |
| /s/ *Ramón Rivera Morales* | /s/ *Mark T. Stancil* |
| J. Ramón Rivera Morales | Mark T. Stancil (admitted *pro hac vice*) |
| USDC-PR Bar No. 200701 | 1875 K Street, N.W. |
| Andrés F. Picó Ramírez | Washington, DC 20006 |
| USDC-PR Bar No. 302114 | Telephone: (202) 303-1133 |
| P.O. Box 366104 | Facsimile: (202) 303-2133 |
| San Juan, PR 00936 | Email: mstancil@willkie.com |
| Telephone: (787) 767-1030 | |
| Facsimile: (787) 751-4068 | |
| Email: rrivera@jgl.com | |
| | |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP** |
| /s/ *Andrew N. Rosenberg* | /s/ *Lawrence S. Robbins* |
| Andrew N. Rosenberg (admitted *pro hac vice*) | Lawrence S. Robbins (admitted *pro hac vice*) |
| Karen R. Zeituni (admitted *pro hac vice*) | Gary A. Orseck (admitted *pro hac vice*) |
| 1285 Avenue of the Americas | Donald Burke (admitted *pro hac vice*) |
| New York, NY 10019 | 2000 K Street, N.W., 4th Floor |
| Telephone: (212) 373-3000 | Washington, DC 20006 |
| Email: arosenberg@paulweiss.com | Telephone: (202) 775-4500 |
| | Facsimile: (202) 775-4510 |
| | Email: lrobbins@robbinsrussell.com |

*Co-Counsel for the Ad Hoc Group of General Obligation Bondholders*

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP** | **CORREA-ACEVEDO & ABESADA LAW OFFICES, PSC** |
| */s/ Kurt A. Mayr* <br> Kurt A. Mayr (admitted pro hac vice) <br> David L. Lawton (admitted pro hac vice) <br> Shannon B. Wolf (admitted pro hac vice) <br> One State Street <br> Hartford, CT 06103-3178 <br> Tel. (860) 240-2700 <br> Fax: (860) 240-2701 <br> kurt.mayr@morganlewis.com <br> david.lawton@morganlewis.com <br> shannon.wolf@morganlewis.com <br><br> Sabin Willett (admitted pro hac vice) <br> One Federal Street <br> Boston, MA 02110-1726 <br> Tel: (617) 951-8775 <br> sabin.willett@morganlewis.com | Sergio Criado <br> USDC-PR No. 226307 <br> Roberto Abesada-Agüet <br> USDC-PR No. 216706 <br> Centro Internacional de Mercadeo, Torre II <br> # 90 Carr. 165, Suite 407 <br> Guaynabo, P.R. 00968 <br> Tel. (787) 273-8300 <br> Fax (787) 273-8379 <br> ra@calopsc.com <br> scriado@calopsc.com |

*Co-Counsel for the QTCB Noteholder Group*

| | |
|---|---|
| */s/ Peter Friedman* | */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Nancy A. Mitchell | USDC No. 222301 |
| (Admitted *Pro Hac Vice*) | Email: lmarini@mpmlawpr.com |
| **O'MELVENY & MYERS LLP** | |
| 7 Times Square | Carolina Velaz-Rivero |
| New York, New York 10036 | USDC No. 300913 |
| Tel: (212) 326-2000 | Email: cvelaz@mpmlawpr.com |
| Fax: (212) 326-2061 | |
| -and | **MARINI PIETRANTONI MUÑIZ LLC** |
| Peter Friedman | 250 Ponce de León Ave., Suite 900 |
| (Admitted Pro Hac Vice) | San Juan, Puerto Rico 00917 |
| 1625 Eye Street, NW | Tel: (787) 705-2171 |
| Washington, D.C. 20006 | Fax: (787) 936-7494 |
| Tel: (202) 383-5300 | |
| Fax: (202) 383-5414 | |

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

| | |
|---|---|
| */s/ Paul V. Possinger* | */s/ Hermann D. Bauer* |
| Paul V. Possinger | Hermann D. Bauer |
| Martin J. Bienenstock | USDC No. 215205 |
| Brian S. Rosen | **O'NEILL & BORGES LLC** |
| Ehud Barak | 250 Muñoz Rivera Ave., |
| (Admission *pro hac vice*) | Suite 800 San Juan, PR 00918-1813 |
| **PROSKAUER ROSE LLP** | Tel: (787) 764-8181 |
| Eleven Times Square | Fax: (787) 753-8944 |
| New York, NY 10036 | |
| Tel: (212) 969-3000 | |
| Fax: (212) 969-2900 | |

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

| | |
|---|---|
| **FERRAIUOLI LLC** | **MILBANK LLP** |
| By: */s/ Roberto Cámara-Fuertes* | By: */s/ Atara Miller* |
| Roberto Cámara-Fuertes | Dennis F. Dunne |
| (USDC-PR No. 219002) | (admitted *pro hac vice*) |
| Sonia Colón | Atara Miller |
| (USDC-PR No. 213809) | (admitted *pro hac vice*) |
| 221 Ponce de León Avenue, 5th Floor | Grant R. Mainland |
| San Juan, PR 00917 | (admitted *pro hac vice*) |
| Telephone: (787) 766-7000 | John J. Hughes, III (admitted *pro hac vice*) |
| Facsimile: (787) 766-7001 | 55 Hudson Yards |
| Email: rcamara@ferraiuoli.com s | New York, NY 10001 |
| scolon@ferraiuoli.com | Telephone: (212) 530-5000 |
| | Facsimile: (212) 530-5219 Email: |
| | ddunne@milbank.com amiller@milbank.com |
| | gmainland@milbank.com |
| | jhughes2@milbank.com |

*Attorneys for Ambac Assurance Corporation*

| | |
|---|---|
| */s/Luc A. Despins* <br> Luc A. Despins, Esq., <br> Andrew V. Tenzer, Esq., <br> James R. Bliss, Esq., <br> James B. Worthington, Esq., <br> Anthony F. Buscarino, Esq., <br> Michael E. Comerford, Esq., <br> G. Alexander Bongartz, Esq. <br><br> **PAUL HASTINGS, LLP** <br> 200 Park Avenue <br> New York, NY 10166 <br> Telephone: 212-318-6000 <br> Facsimile: 212-319-4090 <br> lucdespins@paulhastings.com <br> andrewtenzer@paulhastings.com <br> jamesbliss@paulhastings.com <br> jamesworthington@paulhastings.com <br> anthonybuscarino@paulhastings.com <br> michaelcomerford@paulhastings.com <br> alexbongartz@paulhastings.com | */s/Juan J. Casillas Ayala* <br> **CASILLAS, SANTIAGO & TORRES LLC** <br> Juan J. Casillas Ayala, Esq., <br> (USDC-PR 218312) <br> Israel Fernández Rodriguez, Esq., <br> (USDC-PR 225004) <br> Juan C. Nieves González, Esq., <br> (USDC-PR 231707) <br> Cristina B. Fernández Niggemann, Esq. <br> (USDC-PR 306008) <br> El Caribe Office Building <br> 53 Palmeras Street, Ste. 1601 <br> San Juan, PR 00901-2419 <br> Telephone: (787) 523-3434 <br> Facsimile: 787-523-3433 <br> jcasillas@cstlawpr.com <br> aaneses@cstlawpr.com <br> ifernandez@cstlawpr.com <br> jnieves@cstlawpr.com <br> cfernandez@cstlawpr.com |

*Counsel to the Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA and PBA)*

| | |
|---|---|
| */s/ Alfredo Fernández-Martínez* | */s/ Bruce Bennett* |
| Alfredo Fernández-Martínez | Bruce Bennett (*pro hac vice*) |
| DELGADO & FERNÁNDEZ, LLC | JONES DAY |
| PO Box 11750 | 555 South Flower Street |
| Fernández Juncos Station | Fiftieth Floor |
| San Juan, Puerto Rico 00910-1750 | Los Angeles, California 90071 |
| Tel. (787) 274-1414 | Tel. (213) 489-3939 |
| Fax: (787) 764-8241 | Fax: (213) 243-2539 |
| afernandez@delgadofernandez.com | bbennett@jonesday.com |
| USDC-PR 210511 | |
| | Benjamin Rosenblum (*pro hac vice*) |
| | JONES DAY |
| | 250 Vesey Street |
| | New York, New York 10281 |
| | Tel. (212) 326-3939 |
| | Fax: (212) 755-7306 |
| | brosenblum@jonesday.com |
| | |
| | Geoffrey S. Stewart (*pro hac vice*) |
| | Beth Heifetz (*pro hac vice*) |
| | Sparkle L. Sooknanan (*pro hac vice*) |
| | JONES DAY |
| | 51 Louisiana Ave. N.W. |
| | Washington, DC 20001 |
| | Tel. (202) 879-3939 |
| | Fax: (202) 626-1700 |
| | gstewart@jonesday.com |
| | bheifetz@jonesday.com |
| | ssooknanan@jonesday.com |

*Counsel for ERS Bondholders Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, Glendon Opportunities Fund, L.P., LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., Redwood Master Fund, Ltd., and SV Credit, L.P.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the parties of record.

*/s/Carlos R. Rivera Ortiz*
USDC-PR 303409