# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## INFORMATIVE MOTION OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION REGARDING THE OCTOBER 28-29, 2020 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

National Public Finance Guarantee Corporation ("National") respectfully submits this informative motion in connection with the October 28-29, 2020 Omnibus Hearing (the "Hearing") and respectfully state as follows:

1.　　Marc E. Kasowitz and Adam L. Shiff will appear telephonically on behalf of National at the Hearing to address National's *Motion of National Public Finance Corporation for Entry of an Order*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Directing Independent Investigation* [Dkt. No. 14450] (the "Motion") and all objections, responses, statements, joinders, and replies regarding the Motion.

2. Counsel further reserves the right to be heard on any matter presented to the Court and to respond to any statement made by any party in connection with the above-captioned Title III cases, and/or any adversary proceeding pending in the Title III cases.

WHEREFORE, National respectfully requests that the Court take notice of the above.

Dated: October 23, 2020

| | |
|---|---|
| **ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC**<br>208 Ponce de León Avenue, Suite 1600<br>San Juan, PR 00936<br>Telephone: (787) 756-9000<br>Facsimile: (787) 756-9010<br><br>By: */s/ Eric Perez-Ochoa*<br>   Eric Pérez-Ochoa<br>   USDC-PR No. 206,314<br>   Email: epo@amgprlaw.com<br><br>By: */s/ Luis Oliver-Fraticelli*<br>   Luis A. Oliver-Fraticelli<br>   USDC-PR No. 209,204<br>   Email: loliver@amgprlaw.com<br><br>*Attorneys for National Public Finance Guarantee Corporation* | **KASOWITZ BENSON TORRES LLP**<br><br>By: */s/ Marc E. Kasowitz*<br>   Marc E. Kasowitz<br>   Adam L. Shiff<br>   Kenneth R. David<br>   Sondra D. Grigsby<br>   1633 Broadway<br>   New York, New York 10019<br>   Telephone: (212) 506-1700<br>   Facsimile:   (212) 506-1800<br>   Email:  mkasowitz@kasowitz.com<br>             ashiff@kasowitz.com<br>             kdavid@kasowitz.com<br>             sgrigsby@kasowitz.com<br><br>*Special Counsel for National Public Finance Guarantee Corporation* |

2