Angel F. Otero Negron
P. O. Box 323
Villalba P.R 00766




U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
OCT 19, 20
AMOUNT
$1.20
R2303S101580-08

1000    00918

RECEIVED & FILED
2020 OCT 23 AM 8:17
CLERK'S OFFICE
U.S. DISTRICT COURT

Clerk's Office
United SAtate Distric Court
Room 150 federal Court Building
San Juan P.R 00918-1767