# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO
   Nombre: JUDITH LOPEZ DE JESUS
   Direccion Postal: HC-4 BOX 8075
   VILLALBA PR.00766-9866

   Teléfono contacto: Res. _____ Cel. 787-718-3588

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:
      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 124 – Julio 1973 – Aumento de Sueldo
   Ley 89 – Julio 1979 – Retribución Uniforme
   Ley 89 – Julio 1995 – Romerazo
   Ley 134 – Julio 1996 – Aportación Acumulado Retiro
   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico desde el 2 de septiembre de 1993 hasta el 5 de junio de 2020. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

JUDITH LOPEZ DE JESUS
Nombre en letra de molde

_[firma]_
Firma

| | |
|---|---|
| RECLAMANTE: | JUDITH LOPEZ DE JESUS |
| NUMERO DE PROCEDIMIENTO: | 17 BK-3283 – LTS |
| NUMERO DE RECLAMACION: | 104540 |

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 2 de septiembre de 1993 hasta 5 de junio de 2020 como MA.EDU. ELEMNTAL 4-6 del Departamento de Educación de Puerto Rico – ELA.

| | Cantidad |
|---|---|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

JUDITH LOPEZ DE JESUS
Nombre en letra de molde

*[firma]* 19/oct/2020
Firma y fecha

RECLAMANTE: JUDITH LOPEZ DE JESUS
DIRECCION: HC-4 BOX 8075
VILLALBA PR.00766-9866

NUMERO DE RECLAMACION: 104540

Fecha de presentacion (envio): 19 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 19 desde 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA.EDU. ELEMENTAL 4-6 desde el 2 de septiembre de 1993 hasta el 5 de junio de 2020.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

JUDITH LOPEZ DE JESUS
Nombre en letra de molde

_[firma]_ 19/oct/2020
Firma y fecha