Judith López de Jesús
HC-4 Box 8025
Villalba, P.R. 00766



RECEIVED & ENTERED
2020 OCT 23 AM 8:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

To: Clerk's office
United State District court
Room 150 Federal Court
Building
San Juan P.R.
00918-1767