## Exhibit A

### Schedule of Claims to Be Set for Hearing

**N/A – Currently, the Debtors do not anticipate setting any claims from the One Hundred Seventy-Fourth Omnibus Objection for hearing at the November 20, 2020 Satellite Hearing.**