## Exhibit C

**Schedule of Claims with Undeliverable Addresses**

One Hundred and Seventy-Fifth Omnibus Objection
Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | NUSTREAM COMMUNICATIONS INC<br>HECTOR FIGUEROA VINCENTY ESQ.<br>CALLE SAN FRANCISCO 310 STE. 32<br>SAN JUAN, PR 00901 | 4/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8689 | $ 13,224.00 |

Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 8740, 8768, 8795, 8822, and 8849. The records of the Puerto Rico House of Representatives show such invoices have been fully satisfied. Invoice No. 87040 was satisfied via Check No. 041546 dated 06/30/2017. Invoice No. 8768 was satisfied via Check No. 041748 dated 07/14/2017. Invoice No. 8795 was satisfied via Check No. 042167 dated 08/28/2017. Invoice No. 8822 was satisfied via Check No. 042407 dated 9/27/2017. Invoice No. 8849 was satisfied via Check No. 042819 dated 11/09/2017.

| | | | | | TOTAL | $ 13,224.00 |