# Exhibit B

**Schedule of Claims to Be Disallowed via Notice of Presentment**

## Two Hundred and Ninth Omnibus Objection
## Exhibit B - Schedule of No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COMISIÓN DE DESARROLLO COOPERATIVO<br>EDIF. COSVI, URB. VILLA NEVAREZ<br>400 AVE. AMERICO MIRANDA<br>SAN JUAN, PR 00927-5142 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19437 | $ 12,500.00 |
| | Reason: Claim asserts liability for work performed under contract number 067170272 related to the economic assistance for the enhancement of work opportunities. The books and records of the Comision de Desarrollo Cooperative de Puerto Rico show no liability for such invoice. Pursuant to the contract the claimant needed to properly submit invoices for reimbursement on or before June 30, 2017. The claimant did not submit required documentation until April 2018. Therefore, claimant does not have a right to payment from the Debtors' on account of the asserted Claim. | | | | | |
| 2 | DAVILA RIVERA, BRUNILDA<br>URB. GOLDEN HILLS<br>BOX 1318 CALLE ESTRELLA<br>DORADO, PR 00646 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 108713 | $ 20,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with various laws and litigation. Claimant responded to supplemental mailing that he/she is no longer applying for the liabilities as outlined in Claim 108713. Therefore, the Debtors have no liability related to this claim. | | | | | |
| 3 | DE LOS A HERRERA PUMAREJO, MARIA<br>5275 110TH ST<br>JACKSONVILLE, FL 32244-2269 | 5/3/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 10433 | Undetermined* |
| | Reason: Claimant asserted he/she has no claim against the Debtors. | | | | | |
| 4 | ISERN HUERTAS, HAYDEE T<br>PO BOX 1324<br>BOQUERON, PR 00622 | 3/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1324 | Undetermined* |
| | Reason: Claimant asserted he/she has no claim against the Debtors. | | | | | |
| 5 | SANCHEZ VELAZQUEZ, IVELISSE<br>URB BAIROA<br>DR 8 CALLE 43<br>CAGUAS, PR 00725 | 3/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 553 | $ 40,479.60 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 72,979.60* |

\* Indicates claim contains unliquidated and/or undetermined amounts