## Exhibit A

**Schedule of Claims to Be Set for Hearing**

One Hundred and Seventy-Sixth Omnibus Objection
Exhibit A - Schedule of No Liability Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23654 | $ 416.57 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Humacao which is not part of the Title III proceedings. | | | | | |
| 2 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23662 | $ 170.80 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Anatomia y Neurologia Recinto de Ciencias Medicas which is not part of the Title III proceedings. | | | | | |
| 3 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23665 | $ 13,157.68 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Arecibo which is not part of the Title III proceedings. | | | | | |
| 4 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23667 | $ 1,320.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Recinto Riopiedras which is not part of the Title III proceedings. | | | | | |
| 5 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23130 | $ 63,769.18 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados Region Oeste which is not part of the Title III proceedings. | | | | | |
| 6 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23671 | $ 5,047.51 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Administración Central Contabilidad which is not part of the Title III proceedings. | | | | | |
| 7 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21133 | $ 14,100.18 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Recinto de Ciencias Medica Universidad de Puerto Rico/ dental Centro Medico which is not part of the Title III proceedings. | | | | | |

One Hundred and Seventy-Sixth Omnibus Objection
Exhibit A - Schedule of No Liability Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22881 | $ 2,186.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Fideicomiso Institucional de la Guardia Nacional which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24326 | $ 33,745.79 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Recinto Ciencias Medicas which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24334 | $ 5,710.99 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Consejo de Salud de Puerto Rico which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24348 | $ 455.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24263 | $ 4,987.78 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de los Puertos which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28145 | $ 608.88 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Ponce which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28040 | $ 251.32 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and CDT Maricao Medical Center which is not part of the Title III proceedings.

## One Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Schedule of No Liability Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27826 | $ 6,075.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28156 | $ 22,078.99 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Comercio y Exportación de Puerto Rico which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26646 | $ 14,441.93 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28056 | $ 596.14 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Bayamon which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28174 | $ 11,953.78 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28182 | $ 1,335.96 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados laboratorios which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28082 | $ 1,238.14 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Compañía de Fomento Industrial de Puerto Rico which is not part of the Title III proceedings.

### One Hundred and Seventy-Sixth Omnibus Objection
### Exhibit A - Schedule of No Liability Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28110 | $ 11,105.83 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Administración Central which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28112 | $ 22,090.35 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Compañia de Turismo de Puerto Rico which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35800 | $ 27,284.68 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Hospital Universidad de Puerto Rico Dr. Federico Trilla which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28131 | $ 2,363.08 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Instituto de Cultura Puertorriquen which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28135 | $ 14,369.96 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Hospital Universidad de Puerto Rico Dr. Federico Trilla which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28141 | $ 949.90 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico de Mayaguez which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35855 | $ 11,823.09 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad para el Financiamiento de la Infraestructura de Puerto Rico which is not part of the Title III proceedings.

One Hundred and Seventy-Sixth Omnibus Objection
Exhibit A - Schedule of No Liability Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35996 | $ 28,485.27 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados Region Este which is not part of the Title III proceedings.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 30 | LANDFILL TECHNOLOGIES OF FAJARDO<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27063 | $ 2,268.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad Acueductos y Alcantarillados which is not part of the Title III proceedings.

| | | | | | TOTAL | $ 324,387.78 |
|---|---|---|---|---|---|---|