## Exhibit B

**Schedule of Claims to Be Disallowed via Notice of Presentment**

One Hundred and Seventy-Sixth Omnibus Objection
Exhibit B - Schedule of No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ANTILLAS SHOE CORPORATION<br>#2007 AVENIDA A ESQUINA CALLE 5<br>BARRIO OBRERO<br>SANTURCE, PR 00915 | 1/3/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 168049 | $ 39,358.86 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Distribuidora Lequar Inc. which is not part of the Title III proceedings. | | | | | |
| 2 | BANKRUPTCY ESTATE OF FIDDLER GONZALEZ & RODRIGUEZ, PSC BANK CASE NO. 17-03403<br>C/O NOREEN WISCOVITCH, TRUSTEE<br>PMB 136 / 400 CALLE JUAN CALAF<br>SAN JUAN, PR 00918-1314 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79439 | $ 20,380.21 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico which is not part of the Title III proceedings. | | | | | |
| 3 | C E & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR 00960 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11847 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Administración Servicios Médicos de Puerto Rico which is not part of the Title III proceedings. | | | | | |
| 4 | COMMUNICATION LEASING LEASING CORPORATION<br>ANA ALBERTORIO<br>PO BOX 362526<br>SAN JUAN, PR 00936-2565 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27519 | $ 2,835.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico which is not part of the Title III proceedings. | | | | | |
| 5 | CONCEJO VECINAL URB. FRONTERAS DE BAYAMON<br>PO BOX 1718<br>TRUJILLO ALTO, PR 00977 | 8/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 163624 | $ 780.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Jose L. Martinez which is not part of the Title III proceedings. | | | | | |
| 6 | COQUI BLOOD SALVAGE, INC<br>URB. BOSQUE VERDE<br>112 CALLE AGUILA<br>CAGUAS, PR 00727 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18572 | $ 17,750.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Corporación del Fondo del Seguro del Estado, Administración Servicios Médicos de Puerto Rico which is not part of the Title III proceedings. | | | | | |

## One Hundred and Seventy-Sixth Omnibus Objection
### Exhibit B - Schedule of No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | COTTO GONZALEZ, EDGAR<br>HC 02 BOX 37772<br>ARECIBO, PR 00612 | 6/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 73167 | $ 75.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados which is not part of the Title III proceedings. | | | | | |
| 8 | DOUBLE S STATIONERY INC<br>PO BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 143811 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Fondo del Seguro del Estado which is not part of the Title III proceedings. | | | | | |
| 9 | DOUBLE S STATIONERY INC<br>PO BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 138025 | $ 14.12 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Consorcio del Noreste which is not part of the Title III proceedings. | | | | | |
| 10 | DOUBLE S STATIONERY INC<br>PO BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152753 | $ 8.39 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Corporación Centro de Bellas Artes which is not part of the Title III proceedings. | | | | | |
| 11 | DOUBLE S STATIONERY INC<br>PO BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152810 | $ 61.50 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Banco de Desarrollo Económico para Puerto Rico which is not part of the Title III proceedings. | | | | | |
| 12 | DOUBLE STATIONARY INC<br>D/B/A THE OFFICE SHOP<br>PO BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152771 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Individual Management and Consultant, Inc. which is not part of the Title III proceedings. | | | | | |
| 13 | DOUBLE STATIONERY INC<br>D/B/A THE OFFICE SHOP<br>PO BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109326 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Inn Capital Housing Division which is not part of the Title III proceedings. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Seventy-Sixth Omnibus Objection
Exhibit B - Schedule of No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | DOUBLE STATIONERY INC<br>D/B/A THE OFFICE SHOP<br>PO BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154748 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipio Autonomo de Carolina which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | DOUBLE STATIONERY INC<br>D/B/A THE OFFICE SHOP<br>P O BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152711 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Mora Housing Management, Inc. which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | DOUBLE STATIONERY INC<br>D/B/A THE OFFICE SHOP<br>P O BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 151383 | $ 65.88 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Martinal Property Corporation which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | DOUBLE STATIONERY INC<br>D/B/A THE OFFICE SHOP<br>P O BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 153089 | $ 787.50* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | DOUBLE STATIONERY INC.<br>D/B/A THE OFFICE SHOP<br>PO BOX 195497<br>SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 156012 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and MJ Consulting and Development, Inc. which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | FERNANDO L MARTINEZ / MARTINEZ AMBULANCE<br>H 1 A URB SAN CRISTOBAL<br>BARRANQUITAS, PR 00794 | 4/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9906 | $ 20,000.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Medicare First Coast Service Option Inc. which is not part of the Title III proceedings.

## One Hundred and Seventy-Sixth Omnibus Objection
### Exhibit B - Schedule of No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | FIDDLER GONZALEZ & RODRIGUEZ, PSC BANK CASE NO. 17-03403<br>PMB 136<br>400 CALLE JUAN CALAF<br>SAN JUAN, PR 00918-1314 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 93615 | $ 3,243.85* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Recinto de Ciencias Medicas which is not part of the Title III proceedings. | | | | | |
| 21 | GOMEZ BUS LINE<br>HC 06 BOX 2225<br>PONCE, PR 00731 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34987 | $ 45,228.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipio Autonomo de Ponce which is not part of the Title III proceedings. | | | | | |
| 22 | HERBARIUM SUPPLY<br>POB 10966<br>BOZEMAN, MT 59719 | 9/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 167076 | $ 213.75 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and University of Puerto Rico which is not part of the Title III proceedings. | | | | | |
| 23 | HOSPITAL DAMAS INC<br>2213 PONCE BAY PASS<br>PONCE, PR 00717-1317 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152167 | $ 77,986.79 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Corporación del Fondo del Seguro del Estado which is not part of the Title III proceedings. | | | | | |
| 24 | HOSPITAL LAFAYETTE<br>PO BOX 207<br>ARROYO, PR 00714 | 6/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49657 | $ 72,535.33 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Corporación Fondo de Seguro del Estado Póliza Patrono, Humana Health Plans of Puerto Rico, Inc., Asociación de Seguros de Salud de Puerto Rico, Asociación de Maestros de Puerto Rico, Administración de Compensaciones por Accidentes de Automoviles, Fondo de Seguro de Estado Póliza de Empleados Accidentados which is not part of the Title III proceedings. | | | | | |
| 25 | INTEROC COM INTERNET SERVICES<br>33 FRENCH MEADOW LN<br>ROCHESTER, NY 14618-5219 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15438 | $ 675.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Eduardo Bhatia 2004 Campaign Committee which is not part of the Title III proceedings. | | | | | |
| 26 | ORIENTAL BANK AS ASIGNEE OF FIDDLER GONZALEZ & RODRIGUEZ, PSC<br>WILLIAM SANTIAGO SASTRE<br>PO BOX 79552<br>CAROLINA, PR 00984 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 69193 | $ 3,243.85 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Recinto de Ciencias Medicas which is not part of the Title III proceedings. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Seventy-Sixth Omnibus Objection
### Exhibit B - Schedule of No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | ORIENTAL BANK AS ASIGNEE OF FIDDLER GONZALEZ AND RODRIGUEZ PSC<br>ATTN: WILLIAM SANTIAGO SASTRE<br>PO BOX 79552<br>CAROLINA, PR 00984 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80613 | $ 49,322.34 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Financiamiento de Vivienda de Puerto Rico, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | PR STORAGE FORKLIFT DIVISION<br>PO BOX 250060<br>AGUADILLA, PR 00604 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45496 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados Region Oeste which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | REYES, HECTOR JIMENEZ<br>15 A, REPARTO CURIEL<br>MANATI, PR 00674-0224 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19691 | $ 3,625.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Banco Gobernamental de Fomento which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | S.P. SURGICAL PRODUCTS, INC.<br>P.O. BOX 9265<br>CAGUAS, PR 00726 | 5/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23634 | $ 594,978.60 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Administración Servicios Médicos de PR; First Medical Mi Salud, Corporación del Fondo del Seguro del Estado which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | SPECIAL OCASIONS<br>CALLE HECTOR R. BURKER 34<br>CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46378 | $ 8,298.60 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Administración Central which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | TECHNICAL DISTIBUTORS, INC.<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26273 | $ 2,600.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Administración Central which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | TECHNICAL DISTRIBUTERS, INC.<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24478 | $ 22,231.22 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Administración Central Contabilidad which is not part of the Title III proceedings.

## One Hundred and Seventy-Sixth Omnibus Objection
### Exhibit B - Schedule of No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | TECHNICAL DISTRIBUTERS, INC.<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26661 | $ 21,440.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Recinto de Arecibo which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | TECHNICAL DISTRIBUTORS INC<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25857 | $ 30,875.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Administración Servicios Médicos de Puerto Rico which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | TECHNICAL DISTRIBUTORS,INC.<br>P.O.BOX 3826<br>GUAYNABO, PR 00970 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23967 | $ 1,120.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Recinto de Mayaguez which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28818 | $ 525.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Recinto de Ciencias Medicas which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29572 | $ 6,304.17 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de los Puertos which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28913 | $ 695.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Arecibo departamento de Contabilidad which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30841 | $ 3,912.35 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados which is not part of the Title III proceedings.

One Hundred and Seventy-Sixth Omnibus Objection
Exhibit B - Schedule of No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | TECHNICAL MAINTENANCE SERVICES<br>P.O. BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27955 | $ 2,037.72 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Recinto de Rio Piedras which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31355 | $ 2,940.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Recinto de Rio Piedras which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30035 | $ 3,480.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad para el Financiamiento de la Vivienda which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26587 | $ 380.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico de Puerto Rico Recinto Rio Piedras which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32851 | $ 2,781.30 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Compañia de Comercio y Exportación de Puerto Rico which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32868 | $ 1,080.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Mayaguez which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34378 | $ 460.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Banco de Desarrollo Económico para Puerto Rico which is not part of the Title III proceedings.

## One Hundred and Seventy-Sixth Omnibus Objection
### Exhibit B - Schedule of No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32820 | $ 2,803.17 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Gobierno de la Ciudad Autonoma de Cayey which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32821 | $ 560.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Transporte Maritimo which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | TECHNICAL MAINTENANCE SERVICES CORP<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29461 | $ 3,333.72 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Administración Central which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | TECHNICAL POWER SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34374 | $ 3,000.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | TECHNICAL POWER SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34376 | $ 11,350.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de los Puertos which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | TECHNICAL POWER SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34383 | $ 600.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Administración Servicios Médicos de Puerto Rico which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | TECHNICAL POWER SERVICES INC.<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27598 | $ 6,300.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Recinto de Rio Piedras which is not part of the Title III proceedings.

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Seventy-Sixth Omnibus Objection
Exhibit B - Schedule of No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 55 | TROPICAL MUSIC OF PUERTO RICO<br>MIGUEL A. NEGRON MATTA, LAW OFFICE<br>654 PLAZA<br>SUITE 1024<br>AVE. MUNOZ RIVERA<br>SAN JUAN, PR 00918 | 6/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33709 | $ 12,886.47 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | WDC PUERTO RICO, INC.<br>PO BOX 309<br>CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32214 | $ 2,048.36* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Mayaguez which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | WDC PUERTO RICO, INC.<br>CAMIELLE ROMAN<br>PO BOX 309<br>CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 37997 | $ 21,301.40 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados Region Norte Arecibo which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | WDC PUERTO RICO, INC.<br>PO BOX 309<br>CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43016 | $ 14,027.47 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados Region Sur which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | WDC PUERTO RICO, INC.<br>PO BOX 309<br>CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42261 | $ 2,356.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Universidad de Puerto Rico Carolina which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | WDC PUERTO RICO, INC.<br>PO BOX 309<br>CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42294 | $ 63,947.26 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados Region Metro which is not part of the Title III proceedings.

One Hundred and Seventy-Sixth Omnibus Objection
Exhibit B - Schedule of No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 61 | WDC PUERTO RICO, INC.<br>PO BOX 309<br>CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42314 | $ 738.94 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados Region Oeste Mayaguez which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 62 | WDC PUERTO RICO,INC.<br>P.O.BOX 309<br>CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38542 | $ 2,646.02 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados Region Este Caguas which is not part of the Title III proceedings.

| | | | | | TOTAL | $ 1,212,228.14* |