# Exhibit B

**Schedule of Claims to Be Disallowed via Notice of Presentment**

One Hundred and Seventy-Eighth Omnibus Objection
Exhibit B - Schedule of Bondholder No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CASTRO MARTINEZ, CARLOS I<br>URB SULTANA<br>57 CALLE MALLORCA<br>MAYAGUEZ, PR 00680 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99844 | $ 872,312.75 |
| | Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. | | | | | |
| 2 | DIB TOMAS CAMPOS ROS /DBA/ CAMPOS RENTAL<br>URB VILLA BLANCA<br>16 CALLE JASPA<br>CAGUAS, PR 00725 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14142 | $ 48,680.25 |
| | Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. | | | | | |
| 3 | HANDSCHUH, JEANNE<br>O'NEIL & GILMORE LAW OFFICE, LLC<br>PATRICK D. O'NEILL<br>252 PONCE DE LEON AVE. SUITE 1701<br>SAN JUAN, PR 00918 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17384 | $ 4,900.00 |
| | Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. | | | | | |
| 4 | MUBARAK RIZEK, JOSE<br>PO BOX 478<br>GUAYAMA, PR 00785-0478 | 5/4/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10711 | $ 48,700.00 |
| | Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. | | | | | |
| 5 | REICHARD SILVA, SARAH E.<br>DIAMANTE A24 GOLDEN GATE<br>GUAYNABO, PR 00968 | 3/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3846 | $ 280,000.00 |
| | Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. | | | | | |
| | | | | | TOTAL | $ 1,254,593.00 |