## Exhibit A

**Schedule of Claims to Be Set for Hearing**

**N/A – Currently, the Debtor does not anticipate setting any claims from the Two Hundred Thirty-Sixth Omnibus Objection for hearing at the November 20, 2020 Satellite Hearing.**