# Exhibit B

### Schedule of Claims to Be Partially Disallowed via Notice of Presentment

One Hundred and Eightieth Omnibus Objection
Exhibit B - Schedule of Bond Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | ALVAREZ, ETHEL<br>CALLE PASEO DEL MONTE<br>MD -6 URB MONTE CLARO<br>BAYAMON, PR 00961 | 8738 | Commonwealth of Puerto Rico | Unsecured | $258,000.00 | Commonwealth of Puerto Rico | Unsecured | $73,631.25 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.Another portion of the claim will remain as asserted against the Commonwealth.

| 2 | FERNANDEZ TORRES, AUREA M.<br>58 KRUG STREET<br>SAN JUAN, PR 00911-1617 | 6929 | Commonwealth of Puerto Rico | Unsecured | $55,000.00 | Puerto Rico Electric Power Authority | Unsecured | $5,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority.

| 3 | FRANCISCO BRIQANTTY, ROSA M. PIERLUISI<br>339 MIRAMELINDA SABANERA DEL RIO<br>GURABO, PR 00778-5248 | 155831 | Commonwealth of Puerto Rico | Secured | $236,145.00 | Puerto Rico Electric Power Authority | Secured | $115,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority.

| 4 | GUZMAN DE AMADOR, IRMITA<br>5 CARR 833 APT 1203 B<br>GUAYNABO, PR 00969 | 40391 | Commonwealth of Puerto Rico | Secured | $80,000.00 | Commonwealth of Puerto Rico | Secured | $25,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Convention Center District Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Eightieth Omnibus Objection
Exhibit B - Schedule of Bond Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 5 | HECTOR MENDEZ CARATINI & ANNETTE G. LOPEZ DE MENDEZ FERNANDO VAN DERDYS, ESQ. PO BOX 9021888 SAN JUAN, PR 00902-1888 | 24543 | Commonwealth of Puerto Rico | Unsecured | $151,978.15 | Commonwealth of Puerto Rico | Unsecured | $16,426.40 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | LIBERATOR, JOHN D. 86 BROOKS RD LITCHFIELD, CT 06759 | 12555 | Commonwealth of Puerto Rico | Unsecured | $275,000.00* | Commonwealth of Puerto Rico | Unsecured | $50,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $125,000.00 |
| | | | | | | | Subtotal | $175,000.00 |

Reason: Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.
Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | ORTIZ RAMIREZ DE ARELLANO, CECILE WASHINGTON 65 CONDADO SAN JUAN, PR 00907-2106 | 6041 | Commonwealth of Puerto Rico | Unsecured | $4,033,100.00* | Commonwealth of Puerto Rico | Unsecured | $190,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $210,000.00 |
| | | | | | | | Subtotal | $400,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | ORTIZ RAMIREZ DE ARELLANO, CECILE WASHINGTON 65 CONDADO SAN JUAN, PR 00907-2106 | 6252 | Commonwealth of Puerto Rico | Unsecured | $4,033,100.00* | Commonwealth of Puerto Rico | Unsecured | $190,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $210,000.00 |
| | | | | | | | Subtotal | $400,000.00 |

* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Eightieth Omnibus Objection
Exhibit B - Schedule of Bond Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| | Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 9 | QUINONES SOTO, RAFAEL A<br>F1 TREBOL URB JARD DE PONCE<br>PONCE, PR 00730-1845 | 15312 | Commonwealth of Puerto Rico | Secured | $65,000.00 | Commonwealth of Puerto Rico | Secured | $40,000.00 |
| | Reason: Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 10 | R HUGHES & J HUGHES TTEE<br>HUGHES FAMILY TRUST<br>10957 SW 82ND TER<br>OCALA, FL 34481 | 5008 | Commonwealth of Puerto Rico | Secured | $125,000.00 | Puerto Rico Electric Power Authority | Secured | $75,000.00 |
| | Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant asserts, in part, liabilities associated with bonds issued by HTA, but the bonds claimant purports to hold have already been refunded, either through redemption or defeasance. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 11 | RUBEN NIEVES LUGARDO &<br>CARMEN FELIX MENDEZ<br>PO BOX 2442<br>CANOVANAS, PR 00729-2442 | 3369 | Commonwealth of Puerto Rico | 503(b)(9) | $100,250.00 | Puerto Rico Electric Power Authority | 503(b)(9) | $25,312.50 |
| | | | Commonwealth of Puerto Rico | Secured | $100,250.00 | Puerto Rico Electric Power Authority | Secured | $25,312.50 |
| | | | Commonwealth of Puerto Rico | Unsecured | $100,250.00 | Puerto Rico Electric Power Authority | Unsecured | $25,312.50 |
| | | | | Subtotal | $300,750.00 | | Subtotal | $75,937.50 |
| | Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Eightieth Omnibus Objection
Exhibit B - Schedule of Bond Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 12 | SHUB, MAURICIO<br>PARQUE DE CALDAS 1977-D<br>FIDALGO DIAZ ST<br>SAN JUAN, PR 00926 | 22651 | Commonwealth of Puerto Rico | Secured | $5,051,947.22 | Commonwealth of Puerto Rico | Secured | $209,350.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | | | TOTAL | | $ 14,665,020.37* | TOTAL | | $ 1,610,345.15 |

\* Indicates claim contains unliquidated and/or undetermined amounts