## Exhibit A

**Schedule of Claims to Be Set for Hearing**

# ONE HUNDRED EIGHTY-FOURTH OMNIBUS OBJECTION
### Exhibit A – Subsequently Amended Claims to be Set for Hearing

## CLAIMS TO BE DISALLOWED | REMAINING AMENDED CLAIMS

| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | POWER TECHNOLOGIES CORP. P.O. BOX 337 CAGUAS, PR 00726 | 5/8/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 10965 | $17,188,400.10 | POWERS TECHNOLOGIES CORP. P.O. BOX 337 CAGUAS, PR 00726 | 6/13/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 38197 | $17,188,400.10 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 2 | POWER TECHNOLOGIES CORP. P.O. BOX 337 CAGUAS, PR 00726 | 5/8/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 10971 | $17,188,400.10 | POWERS TECHNOLOGIES CORP. P.O. BOX 337 CAGUAS, PR 00726 | 6/13/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 38197 | $17,188,400.10 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.