## Exhibit B

**Schedule of Claims to Be Disallowed via Notice of Presentment**

# ONE HUNDRED EIGHTY-FOURTH OMNIBUS OBJECTION
### Exhibit B – Subsequently Amended Claims to be Disallowed via Notice of Presentment

## CLAIMS TO BE DISALLOWED | REMAINING AMENDED CLAIMS

| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BENABE MOJICA, GERMAN<br>4008 RUBY RUN<br>HAINES CITY, FL 33844 | 7/12/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 161416 | $15,600.00 | BENABE MOJICA, GERMAN<br>4008 RUBY RUN<br>HAINES CITY, FL 33844 | 7/17/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 134225 | $12,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 2 | C P MULHEARN AND JESSICA R MULHEARN JTWROS<br>311 BEAN CREEK RD<br>APT 312<br>SCOTTS VALLEY, CA 95066 | 5/1/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 9929 | $1,370.28 | CP MULHEARN AND JESSICA R MULHEARN JTWROS<br>311 BEAN CREEK RD<br>APT 312<br>SCOTTS VALLEY, CA 95066 | 5/2/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 8308 | $3,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 3 | CHARLES H MCCALL REVOCABLE TRUST<br>EMPRISE BANK, INV TRUSTEE<br>ATT: JANEEN HUGHES<br>P.O. BOX 2970<br>WICHITA, KS 67201 | 5/9/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 12451 | $35,000.00 | CHARLES H MCCALL REVOCABLE TRUST<br>EMPRISE BANK, INV TRUSTEE<br>ATT: JANEEN K HUGHES<br>P.O. BOX 2970<br>WICHITA, KS 67201 | 5/9/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 12385 | $35,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 4 | COSTA MARCUCCI, NAIDA<br>3362 CALLE RIOLLANO<br>URB. CONSTANCIA<br>PONCE, PR 00717-2238 | 5/10/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 14387 | $3,706.42 | COSTA MARCUCCI, NAIDA<br>3362 CALLE RIOLLANO<br>URB. CONSTANCIA<br>PONCE, PR 00717-2238 | 6/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 137525 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 5 | ISLA DEL RÍO, INC.<br>MARÍA E. VICÉNS<br>9140 CALLE MARINA<br>SUITE 801<br>PONCE, PR 00717 | 4/20/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 5958 | $302,432.06 | ISLA DEL RIO, INC.<br>MARÍA E. VICENS<br>9140 CALLE MARINA<br>SUITE 801<br>PONCE, PR 00717 | 5/8/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 11464 | $195,019.30 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 6 | ISLA DEL RÍO, INC.<br>MARÍA E. VICÉNS<br>9140 CALLE MARINA<br>SUITE 801<br>PONCE, PR 00717 | 5/8/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 11461 | $195,019.30 | ISLA DEL RIO, INC.<br>MARÍA E. VICENS<br>9140 CALLE MARINA<br>SUITE 801<br>PONCE, PR 00717 | 5/8/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 11464 | $195,019.30 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |

# ONE HUNDRED EIGHTY-FOURTH OMNIBUS OBJECTION
### Exhibit B – Subsequently Amended Claims to be Disallowed via Notice of Presentment

## CLAIMS TO BE DISALLOWED      REMAINING AMENDED CLAIMS

| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | MALDONAO, ADA E<br>EST DE SAN FERNANDO A12<br>CALLE 4<br>CAROLINA, PR 00985-5208 | 4/13/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 6757 | $4,924.29 | MALDONADO, ADA ENID<br>EST DE SAN FERNANDO A12<br>CALLE 4<br>CAROLINA, PR 00985-5208 | 4/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 7748 | $3,662.49 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 8 | MARIE E. AND CREIGHTON CATLIN<br>2800 DANBURY LN.<br>TOMS RIVER, NJ 08755 | 5/21/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 58084 | Undetermined* | MARIE E. AND CREIGHTON CATLIN<br>2800 DANBURY LANE<br>TOMS RIVER, NJ 08775 | 5/21/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 33435 | $6,513.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 9 | MEDICOOP<br>PO BOX 194450<br>SAN JUAN, PR 00919 | 2/14/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 451 | $888,591.51 | MEDICOOP<br>PO BOX 194450<br>SAN JUAN, PR 00919 | 2/15/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 512 | $888,591.51 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 10 | MEDICOOP<br>PO BOX 194450<br>SAN JUAN, PR 00919 | 2/14/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 452 | $787,040.37 | MEDICOOP<br>PO BOX 194450<br>SAN JUAN, PR 00919 | 2/15/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 456 | $787,040.37 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 11 | MEDICOOP<br>PO BOX 194450<br>SAN JUAN, PR 00919 | 2/14/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 453 | $1,013,693.27 | MEDICOOP<br>PO BOX 194450<br>SAN JUAN, PR 00919 | 2/15/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 457 | $1,013,693.27 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 12 | MEDICOOP<br>PO BOX 194450<br>SAN JUAN, PR 00919 | 2/14/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 454 | $3,204,887.80 | MEDICOOP<br>PO BOX 194450<br>SAN JUAN, PR 00919 | 2/15/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 459 | $3,204,887.80 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |

Case:17-03283-LTS Doc#:14820-2 Filed:10/23/20 Entered:10/23/20 11:57:30 Desc:
Exhibit B Page 4 of 8

ONE HUNDRED EIGHTY-FOURTH OMNIBUS OBJECTION
Exhibit B – Subsequently Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 13 | MEDICOOP<br>PO BOX 194450<br>SAN JUAN, PR 00919 | 2/14/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 455 | $12,018,281.30 | MEDICOOP<br>PO BOX 194450<br>SAN JUAN, PR 00919 | 2/15/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 458 | $12,018,281.30 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 14 | MEDICOOP<br>PO BOX 194450<br>SAN JUAN, PR 00919 | 2/15/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 456 | $787,040.37 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA<br>P.O. BOX 194450<br>SAN JUAN, PR 00919-4450 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 166389 | $787,040.37 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 15 | MEDICOOP<br>PO BOX 194450<br>SAN JUAN, PR 00919 | 2/15/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 457 | $1,013,693.27 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA<br>ATTN: ORLANDO RAMOS-MALAVE<br>PO BOX 194450<br>SAN JUAN, PR 00919-4450 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 166396 | $1,013,693.27 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 16 | MEDICOOP<br>PO BOX 194450<br>SAN JUAN, PR 00919 | 2/15/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 458 | $12,018,281.30 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA<br>PO BOX 194450<br>SAN JUAN, PR 00919-4450 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 167200 | $12,018,281.30 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 17 | MEDICOOP<br>PO BOX 194450<br>SAN JUAN, PR 00919 | 2/15/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 459 | $3,204,887.80 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA<br>ATTN: ORLANDO RAMOS-MALAVE<br>PO BOX 194450<br>SAN JUAN, PR 00919-4450 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 166439 | $3,204,887.80 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |

ONE HUNDRED EIGHTY-FOURTH OMNIBUS OBJECTION
Exhibit B – Subsequently Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 18 | MEDICOOP<br>PO BOX 194450<br>SAN JUAN, PR 00919 | 2/15/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 512 | $888,591.51 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA<br>P.O. BOX 194450<br>SAN JUAN, PR 00919-4450 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 166476 | $888,591.51 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 19 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD<br>ATTN: ORLANDO RAMOS-MALAVE<br>PO BOX 194450<br>SAN JUAN, PR 00919-4450 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 166396 | $1,013,693.27 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA<br>ATTN: ORLANDO RAMOS-MALAVE<br>PO BOX 194450<br>SAN JUAN, PR 00919-4450 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 166590 | $1,013,693.27 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 20 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD<br>ATTN: ORLANDO RAMOS-MALAVE<br>PO BOX 194450<br>SAN JUAN, PR 00919-4450 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 166439 | $3,204,887.80 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA<br>PO BOX 194450<br>SAN JUAN, PR 00919-4450 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 166586 | $3,204,887.80 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 21 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD<br>ATTN: ORLANDO RAMOS-MALAVE<br>PO BOX 194450<br>SAN JUAN, PR 00919-4450 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 166573 | $888,591.51 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA<br>P.O. BOX 194450<br>SAN JUAN, PR 00919-4450 | 9/12/2019 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 170618 | $0.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |

Case:17-03283-LTS Doc#:14820-2 Filed:10/23/20 Entered:10/23/20 11:57:30 Desc:
Exhibit B Page 6 of 8

ONE HUNDRED EIGHTY-FOURTH OMNIBUS OBJECTION
Exhibit B – Subsequently Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 22 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD ATTN: ORLANDO RAMOS-MALAVE PO BOX 194450 SAN JUAN, PR 00919-4450 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 166590 | $1,013,693.27 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA P.O. BOX 194450 SAN JUAN, PR 00919-4450 | 9/12/2019 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 170617 | $0.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 23 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD P.O. BOX 194450 SAN JUAN, PR 00919-4450 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 166389 | $787,040.37 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA P.O. BOX 194450 SAN JUAN, PR 00919-4450 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 166580 | $787,040.37 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 24 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD P.O. BOX 194450 SAN JUAN, PR 00919-4450 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 166476 | $888,591.51 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA ATTN: ORLANDO RAMOS-MALAVE PO BOX 194450 SAN JUAN, PR 00919-4450 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 166573 | $888,591.51 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 25 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD P.O. BOX 194450 SAN JUAN, PR 00919-4450 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 166580 | $787,040.37 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA P.O. BOX 194450 SAN JUAN, PR 00919-4450 | 9/12/2019 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 170619 | $0.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 26 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD PO BOX 194450 SAN JUAN, PR 00919-4450 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 166586 | $3,204,887.80 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA P.O. BOX 194450 SAN JUAN, PR 00919-4450 | 9/12/2019 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 170616 | $0.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |

## ONE HUNDRED EIGHTY-FOURTH OMNIBUS OBJECTION
### Exhibit B – Subsequently Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | REMAINING AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 27 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD<br>PO BOX 194450<br>SAN JUAN, PR 00919-4450 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 166593 | $12,018,281.30 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA<br>P.O. BOX 194450<br>SAN JUAN, PR 00919-4450 | 9/12/2019 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 170620 | $0.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 28 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD<br>PO BOX 194450<br>SAN JUAN, PR 00919-4450 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 167200 | $12,018,281.30 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA<br>PO BOX 194450<br>SAN JUAN, PR 00919-4450 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 166593 | $12,018,281.30 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 29 | MORALES-GONZALEZ, PEDRO JUAN<br>P. O. BOX 3093<br>LAJAS, PR 00667-3093 | 5/27/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 24520 | $22,315.16 | MORALES-GONZALEZ, PEDRO JUAN<br>P. O. BOX 3093<br>LAJAS, PR 00667 | 5/27/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 24211 | $22,315.16 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 30 | MURILLO TRISTANI, LUIS A<br>URB. GLENVIEW GARDENS<br>CALLE E-12 #P-11<br>PONCE, PR 00730 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 17562 | $4,242.33 | MURILLO TRISTANI, LUIS A.<br>URB. JARDINES FAGOT<br>CALLE 10-J-7<br>PONCE, PR 00730 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 48511 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 31 | RIEFKOHL, ALEXY G<br>URB LOS FAROLES<br>500 CARR 861 APT 43<br>BAYAMON<br>BAYAMON, PR 00956 | 5/24/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 162361 | $144,483.11 | RIEFKOHL, ALEXY G<br>URB LOS FAROLES<br>500 CARR 861 APT 43<br>BAYAMON, PR 00956 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 38845 | $144,483.11 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 32 | RIVERA AROCHO, MANUEL J<br>52 CALLE CONFESOR JIMENEZ<br>SAN SEBASTIAN, PR 00685 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 25656 | Undetermined* | RIVERA AROCHO, MANUEL<br>52 CALLE CONFESOR JIMENEZ<br>SAN SEBASTIAN, PR 00685 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 29987 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |

## ONE HUNDRED EIGHTY-FOURTH OMNIBUS OBJECTION
### Exhibit B – Subsequently Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | REMAINING AMENDED CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 33 SALVATORE C & JILL D BRACCO<br>3 PROSPECT ST<br>MENDHAM, NJ 07945 | 4/2/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 5740 | $153,750.00 | SALVATORE C & JILL D BRACCO<br>3 PROSPECT ST<br>MANDHAM, NJ 07945 | 4/30/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 9634 | $100,000.00 |
| Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 34 SCOTT, FRANKLIN L. & ESTHER J.<br>RODNEY M. SCOTT, ATTORNEY AT LAW<br>12 PUBLIC SQUARE<br>MURFREESBORO, TN 37130 | 5/16/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 14126 | $5,250.00 | SCOTT, FRANKLIN L. & ESTHER J.<br>RODNEY M. SCOTT, ATTORNEY AT LAW<br>12 PUBLIC SQUARE<br>MURFREESBORO, TN 37130 | 5/16/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 14114 | $5,250.00 |
| Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 35 VEGA FRANQUI, JOSE M<br>PO BOX 762<br>HATILLO, PR 00659 | 5/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 23377 | $200,000.00 | VEGA FRANQUI, JOSE M.<br>PO BOX 762<br>HATILLO, PR 00659 | 6/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 86383 | $100,000.00 |
| Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 36 VELEZ RAMIREZ, JOSE A<br>VILLA FONTANA ML 16 VIA 22<br>CAROLINA, PR 00983-3937 | 5/20/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 13596 | $79,625.75 | VELEZ RAMIEREZ, JOSE A<br>VILLA FONTANA<br>ML16 VIA 22<br>CAROLINA, PR 00983-3937 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 31797 | $79,625.75 |
| Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 37 WINDMAR RENEWABLE ENERGY, INC<br>JRJ CONSULTANTS & LEGAL ADVISORS, LLC<br>701 PONCE DE LEON AVE., SUITE 414<br>SAN JUAN, PR 00907 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 23512 | $6,484,105.70 | WINDMAR RENEWABLE ENERGY, INC.<br>JRJ CONSULTANTS & LEGAL ADVISORS, LLC.<br>701 PONCE DE LEÓN AVE. SUITE 414<br>SAN JUAN, PR 00907 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 23023 | $6,484,105.70 |
| Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |