UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | : |
| | : PROMESA |
| THE FINANCIAL OVERSIGHT AND | : Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | : |
| | : Case No. 17-BK-3283 (LTS) |
| as representative of | : |
| | : (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | : |
| | : |
| Debtors. | : |

---

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF LEE S. RICHARDS III

**TO THE HONORABLE COURT:**

COMES NOW, Lee S. Richards III, Esq., applicant herein, and pursuant to L. Civ. R. 83A(f) of the United States District Court for the District of Puerto Rico, respectfully states as follows:

1. Applicant is an attorney at the law firm of Richards Kibbe & Orbe LLP, with offices at:

> 200 Liberty Street
> 29th Floor
> New York, New York 10281
> lrichards@rkollp.com
> Telephone: (212) 530 1800
> Facsimile: (212) 530 1801

2. Applicant will sign all pleadings with the name "Lee S. Richards III."

      3.      Applicant has been retained by party White Box Advisors LLC ("White Box") to provide legal representation in connection with the above-styled matter pending before the United States District Court for the District of Puerto Rico.

      4.      Since March 1, 1976, applicant has been, and presently is, a member in good standing of the highest court of the State of New York, Registration Number 1300201.

      5.      Applicant is also admitted to practice before the following courts [TBC]:

| Court | Admission Date |
|---|---|
| New York Appellate Division First Department[ | March 1, 1976 |
| United States Supreme Court | October 9, 2012 |
| U.S Court of Appeals for the Second Circuit | February 18, 1983 |
| U.S. District Court, Southern District of New York | November 4, 1976 |
| U.S. District Court, Eastern District of New York | November 30, 1976 |

      6.      Applicant is a member in good standing of the bar of the courts listed in paragraph 5.

      7.      Applicant is not currently suspended from the practice of law before any court or jurisdiction.

      8.      Likewise, as far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

      9.      During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

      10.      Local counsel of record associated with applicant in this matter are:

      Rafael Escalera-Rodríguez
      USDC-PR No. 122609

>Sylvia M. Arizmendi
>USDC-PR No. 210714
>Carlos R. Rivera Ortiz
>USDC-PR No. 303409
>
>REICHARD & ESCALERA
>255 Ponce de León Avenue
>Hato Rey, San Juan, PR 00917-1913
>MCS Plaza, Tenth Floor
>PO Box 364148
>San Juan, PR 00936-4148
>(787) 777-8888

11. Applicant has read the Local Rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee will be made through the Clerk of the Court.

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

DATED: October 23, 2020

>By: */s/Lee S. Richards III*
>Lee S. Richards III
>200 Liberty Street, 29th Floor
>New York, New York 10281
>lrichards@rkollp.com
>Telephone: (212) 530 1800
>Facsimile: (212) 530 1801

**WE HEREBY CERTIFY**, pursuant to L. Civ. R. 83A(f), that we consent to the designation of local counsel of record for all purposes.

3

*/s/Rafael Escalera-Rodríguez*
Rafael Escalera-Rodríguez
USDC-PR No. 122609

*/s/Sylvia M. Arizmendi*
Sylvia M. Arizmendi
USDC-PR No. 210714

*/s/Carlos R. Rivera Ortiz*
Carlos R. Rivera Ortiz
USDC-PR No. 303409

4

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and will make the corresponding payment of the $300.00 *pro hac vice* admission fee through the Clerk of the Court.

*/s/Carlos R. Rivera-Ortiz*
Carlos R. Rivera Ortiz