UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------- x
                                                                     :
In re:                                                               :
                                                                     :
                                                                     : PROMESA
THE FINANCIAL OVERSIGHT AND                                          : Title III
MANAGEMENT BOARD FOR PUERTO RICO,                                    :
                                                                     : Case No. 17-BK-3283 (LTS)
       as representative of                                          :
                                                                     : (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO, et al.,                             :
                                                                     :
       Debtors.                                                      :
-------------------------------------------------------------------- x
```

### MOTION FOR ADMISSION
### *PRO HAC VICE* OF PAUL J. DEVLIN

**TO THE HONORABLE COURT:**

COMES NOW, Paul J. Devlin, Esq., applicant herein, and pursuant to L. Civ. R. 83A(f) of the United States District Court for the District of Puerto Rico, respectfully states as follows:

1. Applicant is an attorney at the law firm of Richards Kibbe & Orbe LLP, with offices at:

> 200 Liberty Street
> 29th Floor
> New York, New York 10281
> pdevlin@rkollp.com
> Telephone: (212) 530 1800
> Facsimile: (212) 530 1801

2. Applicant will sign all pleadings with the name "Paul J. Devlin."

=

3. Applicant has been retained by White Box Advisors LLC ("White Box") to provide legal representation in connection with the above-styled matter pending before the United States District Court for the District of Puerto Rico.

4. Since May 23, 2005, applicant has been, and presently is, a member in good standing of the highest court of the State of New York, Registration Number 4324620.

5. Applicant is also admitted to practice before the following courts:

| Court | Admission Date |
|---|---|
| New York Appellate Division First Department | May 23, 2005 |
| U.S. Court of Appeals for the Sixth Circuit | March 29, 2017 |
| U.S. District Court, Southern District of New York | June 16, 2009 |
| U.S. District Court, Eastern District of New York | July 16, 2009 |
| U.S. District Court, Eastern District of Michigan | March 1, 2017 |

6. Applicant is a member in good standing of the bar of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Likewise, as far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter are:

Rafael Escalera-Rodríguez
USDC-PR No. 122609
Sylvia M. Arizmendi
USDC-PR No. 210714

      Carlos R. Rivera Ortiz
      USDC-PR No. 303409

      REICHARD & ESCALERA
      255 Ponce de León Avenue
      Hato Rey, San Juan, PR 00917-1913
      MCS Plaza, Tenth Floor
      PO Box 364148
      San Juan, PR 00936-4148
      (787) 777-8888

11.     Applicant has read the Local Rules of this court and will comply with same.

12.     Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee will be made through the Clerk of the Court.

    **WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

    DATED: October 23, 2020

                                              By: */s/Paul J. Devlin*
                                              Paul J. Devlin
                                              200 Liberty Street
                                              29th Floor
                                              New York, New York 10281
                                              pdevlin@rkollp.com
                                              Telephone: (212) 530 1800
                                              Facsimile: (212) 530 1801

    **WE HEREBY CERTIFY**, pursuant to L. Civ. R. 83A(f), that we consent to the designation of local counsel of record for all purposes.

                                              */s/Rafael Escalera-Rodríguez*
                                              Rafael Escalera-Rodríguez
                                              USDC-PR No. 122609

<u>/s/Sylvia M. Arizmendi</u>
Sylvia M. Arizmendi
USDC-PR No. 210714

<u>/s/Carlos R. Rivera Ortiz</u>
Carlos R. Rivera Ortiz
USDC-PR No. 303409

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and will make the corresponding payment of the $300.00 *pro hac vice* admission fee through the Clerk of the Court.

*/s/Carlos R. Rivera-Ortiz*
Carlos R. Rivera Ortiz