## Exhibit A

## Schedule of Claims to Be Set for Hearing

# ONE HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION
### Exhibit A – Duplicate Claims to be Set for Hearing

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | CONJUGAL PARTNERSHIP OF LUIS COSTAS ELENA AND HAZELL RUSSELL<br>LUIS P. COSTAS ELENA, ESQ.<br>URB. SANTA MARIA 34 CALLE ORQUIDIA<br>SAN JUAN, PR 00927 | 2/19/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 503 | $80,000.00 | RUSSELL, HAZEL<br>LUIS P. COSTAS ELENA, ESQ<br>URB. SANTA MARIA 34 CALLE ORQUIDIA<br>SAN JUAN, PR 00927 | 2/19/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 502 | $80,000.00 |

Reason: Proof of Claim asserts liabilities which are duplicative of liabilities asserted in another filed Proof of Claim.

\* - Indicates claim contains unliquidated and/or undetermined amounts.

**Page 1 of 1**