## Exhibit B

**Schedule of Claims to Be Disallowed via Notice of Presentment**

Two Hundred and Thirty-Eighth Omnibus Objection
Exhibit B - Schedule of Satisfied Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 65 INFANTERIA SHOPPING CENTER, LLC<br>P.O. BOX 195582<br>SAN JUAN, PR 00949 | 7/14/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25 | $ 123,102.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 1/2017, 2/2017, 3/2017, 4/2017, 5/2017, 6/2017, and 7/2017. The records of the Department of Family show such invoices have been full satisfied, pursuant to Check Nos. 00177942, 00177941, 00181112, 00182604, 00182605, 00227595, 00196892 dated 10/30/2017, 10/30/2017, 11/22/2017, 12/7/2017, 12/7/2017, 8/1/2018, and 3/12/2018, respectively. | | | | | |
| 2 | EDUCON MANAGEMENT<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 25894 | $ 514,912.98 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. MAR-2018-006, ABR-18-004, and MAY-18-004. The records of the Department of Transportation and Public Works show such invoices have been full satisfied, pursuant to EFT Nos. 100089323, 00089322, and 00089321 dated 7/15/2018. | | | | | |
| 3 | GYC, LLC<br>MARIA F. VELEZ-PASTRANA, ESQ.<br>PO BOX 195582<br>SAN JUAN, PR 00919-5582 | 2/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 530 | $ 167,600.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. 2015230002. The records of the State Office of Energy Public Policy (OPECPE) show such invoice has been full satisfied, pursuant to Check No. 100188288 dated 1/23/2018. | | | | | |
| 4 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9039 | $ 15,288.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 6717, 6718, 6794, and 6828. The records of the Environmental Quality Board (JCA) show such invoices have been full satisfied, pursuant to Check Nos. 00004955, 00005269, 00005270, and 00005267 dated 6/1/2018, 7/3/2018, 7/3/2018 and 7/3/2018, respectively. | | | | | |
| 5 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO SUITE 32<br>SAN JUAN, PR 00901 | 5/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8919 | $ 2,000.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No 6816. The records of the Controller's Office show such invoice has been full satisfied, pursuant to EFT No. 00074854 dated 4/25/2018. | | | | | |
| 6 | NETWAVES EQUIPMENTO CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9042 | $ 204,835.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 6395, 6549, 6605, 6736, 6737, 6773, 6774, 6823, and 6824. The records of the Department of Transportation and Public Works show such invoices have been full satisfied, pursuant to EFT Nos. 00096353, 00089419, 00078408, 00078407, 00081347, 00081348, 00081505, 00093733, and 00081506 dated 8/24/2018, 7/5/2018, 5/16/2018, 5/16/2018, 5/30/2018, 5/30/2018, 5/31/2018, 8/6/2018, and 5/31/2018, respectively. | | | | | |

Two Hundred and Thirty-Eighth Omnibus Objection
Exhibit B - Schedule of Satisfied Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | S.O.P. INC.<br>PO BOX 1914<br>GUAYNABO, PR 00970-1914 | 5/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 23586 | $ 132.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No 7022550-IN. The records of the Department of Transportation and Public Works show such invoice has been full satisfied, pursuant to EFT No. 100099616 dated 9/14/2018. | | | | | |
| 8 | TEC CONTRACTOR LLC/DBA UNITED SURETY & INDEMNITY CO.<br>1554 CALLE LOPEZ LANDRON PH 1<br>SAN JUAN, PR 00911 | 5/22/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 33546 | $ 239,462.24 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 21 and 22. The records of the Department of Transportation and Public Works show such invoices have been full satisfied, pursuant to Check Nos. 00236424 and 00236423 dated 9/19/2018. | | | | | |
| | | | | | TOTAL | $ 1,267,332.22 |