## Exhibit C

**Schedule of Claims with Undeliverable Addresses**

Case:17-03283-LTS Doc#:14832-3 Filed:10/23/20 Entered:10/23/20 12:17:11 Desc: Exhibit C Page 1 of 2

One Hundred and Eighty-Eighth Omnibus Objection
Exhibit C - Schedule of Incorrect Debtor Claims with Undeliverable Addresses

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS<br>GARRETT A. NAIL<br>TWO ALLIANCE<br>3560 LENOX ROAD, SUITE 1600<br>ATLANTA, GA30326 | 76191 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $10,169.73 | Puerto Rico Electric Power Authority | Unsecured | $10,169.73 |

Reason: Claimant identifies as obligor as Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | TOTAL | | $ 10,169.73 | TOTAL | | $ 10,169.73 |
|---|---|---|---|---|---|---|---|---|