### Exhibit A

### Schedule of Claims to Be Set for Hearing

## N/A – Currently, the Debtor does not anticipate setting any claims from the One Hundred Ninety-First Omnibus Objection for hearing at the November 20, 2020 Satellite Hearing.