## **Exhibit B**

**Schedule of Claims to Be Disallowed via Notice of Presentment**

One Hundred and Ninety-First Omnibus Objection
Exhibit B - Schedule of No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19978 | $ 48,594.60 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Compania de Parques Nacionales, which is not part of the Title III proceedings. | | | | | |
| 2 | DEPARTMENT OF NATURAL AND ENVIRONMENT RESOURCES<br>P O BOX 366147<br>SAN JUAN, PR 00936 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30550 | $ 5,998.10 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and The University of Puerto Rico, which is not part of the Title III proceedings. | | | | | |
| 3 | DEPARTMENT OF NATURAL AND ENVIRONMENT RESOURCES<br>PO BOX 366147<br>SAN JUAN, PR 00936 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35297 | $ 96,884.69 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Compania de Parques Nacionales, which is not part of the Title III proceedings. | | | | | |
| 4 | DEPARTMENT OF NATURAL AND ENVIRONMENT RESOURCES<br>PO BOX 366147<br>SAN JUAN, PR 00936 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 59984 | $ 510,629.95 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the Solid Waste Authority, which is not part of the Title III proceedings. | | | | | |
| | | | | | TOTAL | $ 662,107.34 |