### Exhibit A

### Schedule of Claims to Be Set for Hearing

## N/A – Currently, the Debtors do not anticipate setting any claims from the Two Hundred Thirteenth Omnibus Objection for hearing at the November 20, 2020 Satellite Hearing.