**<u>Exhibit A</u>**

**Schedule of Claims to Be Set for Hearing**

**N/A – Currently, the Debtors do not anticipate setting any claims from the Two Hundred Thirty-Ninth Omnibus Objection for hearing at the November 20, 2020 Satellite Hearing**