# Exhibit B

**Schedule of Claims to Be Disallowed via Notice of Presentment**

## Two Hundred and Thirty-Ninth Omnibus Objection
### Exhibit B - Schedule of Substantive Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | BONILLA SOTO, LOURDES M. PARQUE SAN RAMON APT 503 3415 AVE ALEJANDRINO GUAYNABO, PR 00969 | 06/05/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 46785 | $ 69,464.46* | BONILLA SOTO, LOURDES M. PARQUE SAN RAMON APT 503 3415 AVE ALEJANDRINO GUAYNABO, PR 00969 | 06/05/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 46985 | $ 69,464.46* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | CARLOS M. FLORES LABAULT DBA C.E.& L.F CARLOS LABAULT D B A C E & L FIRE EXTING PO BOX 3092 BAYAMON, PR 00960 | 05/07/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 12292 | Undetermined* | FLORES LABAULT, CARLOS M. DBA CEL FIRE EXTINGUISHERS PO BOX 3092 BAYAMON, PR 00960 | 05/02/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 9860 | $ 72.00 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | FIGUEROA VELAZQEZ, WANDA I CALLE ANTONIO ROBLES VEGA DD22 URB. LAS VEGAS CATANO, PR 00962 | 06/15/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 39742 | $ 16,324.63 | FIGUEROA VELAZQUEZ, WANDA I CALLE ANTONIO ROBLES VEGA DD22 URB, LAS VEGAS CATANO, PR 00962 | 06/15/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 39938 | $ 16,324.63 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | MONCLOVA LEBRON, IDALIA RR7 BOX 6852 SAN JUAN, PR 00926 | 06/14/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 40452 | $ 43,189.47* | MONCLOVA LEBRON, IDALIA RR 7 BOX 6852 SAN JUAN, PR 00926 | 06/14/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 41579 | $ 43,189.87* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | MUNOZ-DIAZ, VILMA S. 5 TOPACIO VILLA BLANCO CAGUAS, PR 00725 | 06/28/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 147994 | Undetermined* | MUNOZ DIAZ, VILMA S. 5 TOPACIO VILLA BLANCA CAGUAS, PR 00725 | 06/28/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 101410 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

\* Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 3

Two Hundred and Thirty-Ninth Omnibus Objection
Exhibit B - Schedule of Substantive Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | NEGRON FLORES, MARIA D<br>HC6 BOX 6658<br>GUAYNABO, PR 00971 | 05/24/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 19474 | $ 60,102.69* | NEGRÓN FLORES, MARIA DE LOS A.<br>HC 6 BOX 6658<br>GUAYNABO, PR 00971 | 05/24/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 20197 | $ 60,102.69 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 7 | P.D.C.M. ASSOCIATES, S.E.<br>ATTN: ROSENDO E. MIRANDA LOPEZ<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 05/27/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 27454 | $ 238,201.45 | DOWNTOWN DEVELOPMENT, CORP.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 05/28/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 27707 | $ 238,201.45 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 8 | RODRIGUEZ ALBELO, ALMARYS<br>PO BOX 181<br>HORMIGUEROS, PR 00660 | 05/22/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 18137 | $ 32,591.52 | RODRIGUEZ ALBELO, ALMARIS<br>PO BOX 181<br>HORMIGUEROS, PR 00660 | 05/23/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 13928 | $ 32,591.52* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 9 | RODRIGUEZ FLORES, ZORAIDA<br>HC 1 BOX 5712<br>YABUCOA, PR 00767-9803 | 07/06/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 158407 | $ 93,500.00* | RODRIGUEZ FLORES, ZORAIDA<br>HC 5 BOX 5712<br>YABUCOA, PR 00767 | 07/06/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 159157 | $ 93,500.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 10 | ROSADO RIVERA, MAYDA<br>HC01 BOX 5826<br>SAN GERMAN, PR 00683 | 05/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 34327 | Undetermined* | ROSADO RIVERA, NAYDA<br>HC 1 BOX 5826<br>SAN GERMAN, PR 00683 | 05/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 32395 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 11 | SALAS PAGAN, LOYDA<br>P.O. BOX 8049<br>TOA BAJA, PR 00949 | 07/03/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 153016 | $ 23,970.86 | SALAS PAGÁN, LOYDA<br>HC-01 BOX 8049<br>TOA BAJA, PR 00949 | 07/03/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 154666 | $ 23,970.86 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Thirty-Ninth Omnibus Objection
Exhibit B - Schedule of Substantive Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12 | SOFTEK INC.<br>MARIA R LONDONO<br>650 MUNOZ RIVERA AVE. SUITE 601<br>SAN JUAN, PR 00918 | 04/23/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 7968 | $ 5,619,802.78 | SOFTEK, INC.<br>MARIA R LONDONO<br>650 MUNOZ RIVERA AVENUE SUITE 601<br>SAN JUAN, PR 00918 | 04/19/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 5920 | $ 5,619,802.78 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.