## Exhibit B

**Schedule of Claims to Be Disallowed via Notice of Presentment**

TWO HUNDRED FORTIETH OMNIBUS OBJECTION

Exhibit B – Litigation No Liability to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CIVIL ACTION NUMBER | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | CARABALLO, MARCIA GIL<br>GONZALEZ MUNOZ LAW OFFICES, PSC<br>PO BOX 9024055<br>SAN JUAN, PR 00902-4055 | 3/19/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 16CV03005 PG | 3195 | $500,000.00* |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | | |
| 2 | CONJUGAL PARTNERSHIP OF ROLANDO MARTINEZ AND LAUREN DE PABLO<br>JAMES LAW OFFICES<br>ATTN: GLENN CARL JAMES, PMB 501<br>1353 RD. 19<br>GUAYNABO, PR 00966-2700 | 5/15/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | FDP20080286;<br>FDP20120114 | 16444 | $1,000,000.00* |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | | |
| 3 | DE PABLO, LAUREN<br>JAMES LAW OFFICES<br>ATTN: GLEN CARL JAMES, PMB 501<br>1353 RD. 19<br>GUAYNABO, PR 00966-2700 | 5/15/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | FDP20080286;<br>FDP20120114 | 15570 | $500,000.00* |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | | |
| 4 | MARTINEZ DE PABLO, DEIANEIRA<br>GLENN CARL JAMES, ESQ<br>LUIS VIGOREAUX<br>PMB 501, 1353 AVE.<br>GUAYNABO, PR 00966 | 5/15/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | FDP20080286;<br>FDP20120114 | 16418 | $500,000.00* |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | | |
| 5 | MARTINEZ FINALE, ROLANDO<br>C/O JORGE L. GONZALEZ BURGOS<br>PMB 501 1353 RD. 19<br>GUAYNABO, PR 00966-2700 | 5/15/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | FDP20080286;<br>FDP20120114 | 15548 | $2,500,000.00* |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | | |

TWO HUNDRED FORTIETH OMNIBUS OBJECTION

Exhibit B – Litigation No Liability to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CIVIL ACTION NUMBER | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|
| 6 | OLGA MARTINEZ FINALE AS INHERITOR OF ONDINA FINALE CARDENAS<br>GLENN CARL JAMES, ESQ.<br>LUIS VIGOREAUX<br>PMB 501, 1353 AVE.<br>GUAYNABO, PR 00966 | 5/15/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | FDP20080286; FDP20120114 | 15577 | $1,000,000.00* |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | | |
| 7 | PEDRO ROLANDO MARTINEZ TORRES AS INHERITOR OF OLGA FINALE<br>JAMES LAW OFFICES<br>ATTN: GLENN CARL JAMES<br>PMB 501, 1353 RD. 19<br>GUAYNABO, PR 00966-2700 | 5/15/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | FDP20080286; FDP20120114 | 16439 | $1,500,000.00* |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | | |
| 8 | PEDRO ROLANDO MARTINEZ TORRES BY HIM AND AS INHERITOR OF ONDINA FINALE CARDENAS<br>GLENN CARL JAMES, ESQ, LUIS VIGOREAUX<br>PMB 501, 1353 AVE.<br>GUAYNABO, PR 00966 | 5/15/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | FDP20080286; FDP20120114 | 15588 | $2,500,000.00* |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | | |
| 9 | RAMOS AGUIAR, GLORIA CONSUELO<br>C/O CHARLES M BRIERE BELLO<br>BRIERE LAW OFFICES<br>PO BOX 10360<br>PONCE, PR 00732-0360 | 5/14/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | KDP20151183 | 11103 | $300,000.00* |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | | |
| 10 | ROLANDO MARTINEZ FINALE AS INHERITOR OF ONDINA FINALE CARDENAS<br>GLENN CARL JAMES, ESQ<br>PMB 501, 1353 AVE. LUIS VIGOREAUX<br>GUAYNABO, PR 00966 | 5/15/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | FDP20080286; FDP20120114 | 16441 | $1,000,000.00* |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | | |