## Exhibit A

## Schedule of Claims to Be Set for Hearing

One Hundred and Ninety-Third Omnibus Objection
Exhibit A - Schedule of Satisfied Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BALLANTINE WORKMAN, DAVID<br>500 SOUTH HENRY STREET<br>ALEXANDRIA, VA 22314 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3686 | $ 11,380.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/09/2017. | | | | | |
| 2 | BOURET ECHEVARRIA, POULLETTE<br>PO BOX 159<br>TOA BAJA, PR 00951 | 3/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5158 | $ 2,333.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 05/17/2017. | | | | | |
| 3 | COLON ANDUJAR, ISMAEL<br>HC 03 BOX 12706<br>JUANA DIAZ, PR 00795 | 5/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20695 | $ 774.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19240114 dated 06/15/2017. | | | | | |
| 4 | COLON VERDEJO, EDITH<br>VISTAS DEL OCEANO<br>8347 CALLE ASTORIA<br>LOIZA, PR 00772 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17378 | $ 1,111.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/01/2017. | | | | | |
| 5 | JIMENEZ RODRIGUEZ, YANET<br>VISTALAGO 79<br>CALLE LAGO GUAJATACA<br>GURABO, PR 00778 | 5/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23756 | $ 1,295.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19276235 dated 07/24/2017. | | | | | |
| 6 | MARTINEZ SANTIAGO, JOEL<br>URB ALTURAS DEL CAFETAL B15<br>CALLE ARTURIO<br>YAUCO, PR 00698 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 37093 | $ 604.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/10/2017. | | | | | |
| 7 | MONTALVO GARCIA, LORENNE<br>13760 SW 149 CIRCLE LANE, APT 2<br>MIAMI, FL 33186 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28972 | $ 2,763.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19301256 dated 07/31/2017. | | | | | |

One Hundred and Ninety-Third Omnibus Objection
Exhibit A - Schedule of Satisfied Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | ORLANDI GOMEZ, ANGEL M<br>HC01 BOX 4301<br>ARROYO, PR 00714 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4072 | $ 691.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19226456 dated 05/22/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | ORTIZ, NARMO LUIS<br>7513 VIA GRANDE<br>BOYNTON BEACH, FL 33437 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14798 | $ 1,443.00* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19279335 dated 07/24/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | RAMOS BARRIOS, RAFAEL<br>URB SANTA PAULA<br>A27 CALLE 8<br>GUAYNABO, PR 00969 | 4/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7883 | $ 1,202.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/24/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | RODRIGUEZ SIERRA, ELBA<br>13449 MEADOW BAY LOOP<br>ORLANDO, FL 32824 | 3/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3988 | $ 2,640.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check Nos. 19302059 and 19536399 dated 07/31/2017 and 04/18/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | ROSARIO ALVAREZ, YOLANDA<br>URB METROPOLIS<br>1P 27 CALLE 41<br>CAROLINA, PR 00987 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23069 | $ 4,798.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to a Direct Deposit dated 05/17/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | RUIZ NOGUERAS, ADONIS<br>URB MONTE MAR<br>3 CALLE B<br>FAJARDO, PR 00738 | 3/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2406 | $ 1,780.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/15/2017.

| | | | | | TOTAL | $ 32,814.00* |
|---|---|---|---|---|---|---|