## **Exhibit D**

Proposed Order

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
|      as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
|      Debtors.[1] | |

### FIRST ORDER (A) GRANTING IN PART THE TWO HUNDRED FORTY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO SATISFIED CLAIMS, (B) APPROVING FORM OF NOTICE, AND (C) GRANTING RELATED RELIEF

Upon the *Notice of Presentment of Proposed Order (A) Granting in Part the Two Hundred Forty-Third Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Satisfied Claims, (B) Approving Form of Notice, and (C) Granting Related Relief*,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

dated October 23, 2020 (Docket Entry No. _____, the "Notice"),[2] filed by the Puerto Rico Electric

Power Authority ("PREPA" or "Debtor"), by and through the Financial Oversight and

Management Board for Puerto Rico (the "Oversight Board"), as sole representative of the Debtor

pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability*

*Act* ("PROMESA"), for entry of an order (*i*) approving the Satellite Hearing Notice (as defined

below) and (*ii*) disallowing the Claims to Be Disallowed via Notice of Presentment (as defined

below), as more fully set forth in the Notice; and the Court having found it has subject matter

jurisdiction over this matter pursuant to section 306 of PROMESA; and it appearing that venue in

this district is proper pursuant to section 307 of PROMESA; and the Court having found that the

relief requested is in the best interests of the Debtor, its creditors, and other parties in interest; and

the Court having found that the Debtor provided adequate and appropriate notice under the

circumstances and that no other or further notice is required; and after due deliberation and

sufficient cause appearing therefor, it is hereby:

ORDERED that the Two Hundred Forty-Third Omnibus Objection is GRANTED

IN PART as set forth herein; and it is further

ORDERED that the each of the claims identified on Exhibit B hereto (the "Claims

to Be Disallowed via Notice of Presentment") are hereby disallowed in their entirety; and it is

further

ORDERED that the Satellite Hearing Notice is approved and shall be served on

each of the claimants associated with the Claims to Be Set for Hearing; and it is further

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the
Notice.

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the Claims to Be Disallowed via Notice of Presentment from the official claims registry in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2020
San Juan, Puerto Rico

_____
LAURA TAYLOR SWAIN
United States District Judge