## Exhibit A

**Schedule of Claims to Be Set for Hearing**

Two Hundred and Forty-Fourth Omnibus Objection
Exhibit A - Schedule of Amended Claims to be Set for Hearing

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | PORTALATIN PEREZ, MILTON P.O. BOX 9021803 SAN JUAN, PR 00902-1803 | 05/25/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 32046 | $ 316,100.00* | PORTALATIN PEREZ, MILTON P.O. BOX 9021803 SAN JUAN, PR 00902-1803 | 06/23/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174175 | $ 316,000.00 |

Reason: Amended and superseded by a later filed Proof of Claim.

* Indicates claim contains unliquidated and/or undetermined amounts