## Exhibit B

**Schedule of Claims to Be Disallowed via Notice of Presentment**

## Two Hundred and Forty-Fourth Omnibus Objection
### Exhibit B - Schedule of Amended Claims to be Disallowed via Notice of Presentment

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | MORA VELAZQUEZ, CARMEN E. CALLE 7NDO. VELAZQUEZ #57 PO BOX 208 HATILLO, PR 00659 | 07/02/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 151986 | $ 75,000.00 | MORA VELAZQUEZ, CARMEN E. CALLE 7NDO. VELAZQUEZ #57 PO BOX 208 HATILLO, PR 00659 | 07/01/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 174130 | $ 20,361.60 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | ROSA DIAZ, RAFAEL P.O. BOX 310 PUNTA SANTIAGO, PR 00741 | 05/05/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 173887 | Undetermined* | DIAZ, RAFAEL ROSA PO BOX 310 PUNTA SANTIAGO, PR 00741 | 06/30/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174177 | $ 20,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts