| IF YOUR CLAIM IS LISTED HERE ONE OR MORE OF THE DEBTORS ARE SEEKING TO DESALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT |

| NAME | CLAIMS # | DATE FILE | DEBTOR | ASSETED CLAIM AMOUNT |
|---|---|---|---|---|
| Palmira M. Santiago Díaz | 17-03283 | 01-09-20 | Commonwealth of Puerto Rico | $0.00 |
| Reason | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fail to provide any basis of supporting documentation of asserting a claim againt the Commonwealth of Puerto Rico, such the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico of any of the other Title III debtors | | | |

| SI SU RECLAMO ESTA INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE |

| NOMBRE | NO DE RECLAMACION | FECHA DE PRESENTACION | DEUDOR | MONTO DE LA RECLAMACION ALEGADA |
|---|---|---|---|---|
| Palmira M. Santiago Díaz | 17-03283 | 01-09-20 | Commonwealth of Puerto Rico | $0.00 |
| Base para | La evidencia de reclamación tiene la intención de formular responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III | | | |

Copies of the Omnibus Objection and all other filing in the Title III Case are available free online at https://cases.primeclerk.com/puertorico. **If you have question, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico ) or (646) 486-7944 (for international Callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available)**

Copias de la Objecion global y todos los escritos radicados en el marco de las causas conforme al Titulo III, están disponibles, de manera gratuita en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (numero gratuito para Estados Unidos y Puerto Rico ) or (646) 486-7944 (para llamadas desde el extranjeros), disponible entre las 10:00 a.m. y las 7:00 p.m. (AST) (hablamos español)**

Réplica de objeción global

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

de sept. de 2020
RE

Reclamo objeción global establecida por el tribunal el 12 de diciembre de 2019, referente a la solicitud de dinero no pagado por el Estado Libre Asociado de Puerto Rico.
- ✓ Número de caso:
- ✓ Deudor: The Commonwealth of Puerto Rico
- ✓ Número de reclamación:
- ✓ Monto/Cantidad de reclamación:
- ✓ Y los intereses del dinero dejado de devengar. Así como otras, leyes aprobadas y en las cuales no se me otorgó el dinero que me correspondía.
- ✓ Nombre:
- ✓ Dirección postal: *Ponce* ~~Juana Díaz~~, Puerto Rico, 00795
- ✓ Email:
- ✓ Número Seguro social: xxx-xx-*1319*

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

El Tribunal no puede declarar a lugar la objeción global en relación a mis reclamos en base al derecho y hechos de dinero no pagado por el Estado Libre Asociado de Puerto Rico, siendo empleada del Sistema de Educación durante los años en que se firmaron dichas leyes.

Me opongo a dicha objeción de la Ley PROMESA. Evidencia del derecho son los años trabajados durante las fechas que fueron efectivas dichas leyes y que me cobijaron.

La evidencia para mi reclamo y/o derechos de la Ley PROMESA no pude sustentarla a tiempo debido a la crisis que surgió y existía en Puerto Rico por los sismos acaecidos y a mi propia condición emocional sufrida durante ese tiempo de gran impacto para nuestra isla.

Luego de esos sucesos surgió la segunda situación crítica que se venía observando en otros países del mundo por la propagación del COVID19 y que llega a nuestro país. Como respuesta en tratar de contener la propagación del virus la gobernadora Wanda Vázquez Garced decreta que la ciudadanía tenía que mantenerse dentro de sus hogares y cierra todas las dependencias gubernamentales. Ese cierre se mantuvo por más de 90 días.

Al abrir las oficinas gubernamentales recientemente llamé a las oficinas de Prime Clerk para inquirir si aún podía realizar mi reclamación y me informaron que tenía oportunidad para hacer la misma.

Se incluyen documentos que evidencian este reclamo:
- Certificación del Sistema de Retiro para Maestros
- Copia de la evidencia del reclamo emitida por su oficina

Narrativo:
Comencé a trabajar en el Departamento de Educación de Puerto Rico en 8-14-1962, hasta mi retiro el 31 de diciembre de 2020.

Favor de enmendar mi reclamación con la evidencia aquí presentada. De ser necesario presentar algún informe adicional, favor de comunicarse con la que suscribe.

Con gracias anticipadas,

Celular: 787-607-9156
Email:

Réplica de objeción global

Abogado del Comité de Acreedores (Counsel for the Creditors' Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

1 de sept de 2020
RE:

Reclamo objeción global establecida por el tribunal el 12 de diciembre de 2019, referente a la solicitud de dinero no pagado por el Estado Libre Asociado de Puerto Rico.

- ✓ Número de caso:
- ✓ Deudor:                                    The Commonwealth of Puerto Rico
- ✓ Número de reclamación:
- ✓ Monto/Cantidad de reclamación:
- ✓ Y los intereses del dinero dejado de devengar. Así como otras, leyes aprobadas y en las cuales no se me otorgó el dinero que me correspondía.
- ✓ Nombre:
- ✓ Dirección postal:                          Ponce
                                               ~~Juana Díaz~~, Puerto Rico, 00795
- ✓ Email:
- ✓ Número Seguro social:                      xxx-xx;

Abogado del Comité de Acreedores (Counsel for the Creditors' Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

El Tribunal no puede declarar a lugar la objeción global en relación a mis reclamos en base al derecho y hechos de dinero no pagado por el Estado Libre Asociado de

Me opongo a dicha objeción de la Ley PROMESA. Evidencia del derecho son los años trabajados durante las fechas que fueron efectivas dichas leyes y que me cobijaron.

La evidencia para mi reclamo y/o derechos de la Ley PROMESA no pude sustentarla a tiempo debido a la crisis que surgió y existía en Puerto Rico por los sismos acaecidos y a mi propia condición emocional sufrida durante ese tiempo de gran impacto para nuestra isla.

Luego de esos sucesos surgió la segunda situación crítica que se venía observando en otros países del mundo por la propagación del COVID19 y que llega a nuestro país. Como respuesta en tratar de contener la propagación del virus la gobernadora Wanda Vázquez Garced decreta que la ciudadanía tenía que mantenerse dentro de sus hogares y cierra todas las dependencias gubernamentales. Ese cierre se mantuvo por más de 90 días.

Al abrir las oficinas gubernamentales recientemente llamé a las oficinas de Prime Clerk para inquirir si aún podía realizar mi reclamación y me informaron que tenía oportunidad para hacer la misma.

Se incluyen documentos que evidencian este reclamo:
- Certificación del Sistema de Retiro para Maestros
- Copia de la evidencia del reclamo emitida por su oficina

Narrativo:
Comencé a trabajar en el Departamento de Educación de Puerto Rico en 8-14-62 hasta mi retiro el 31 de diciembre de 2000.

Favor de enmendar mi reclamación con la evidencia aquí presentada. De ser necesario presentar algún informe adicional, favor de comunicarse con la que suscribe.

Con gracias anticipadas,

Celular: 787-607-9156

Réplica de objeción global

Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

/ de sept de 2020
RE

Reclamo objeción global establecida por el tribunal el 12 de diciembre de 2019, referente a la solicitud de dinero no pagado por el Estado Libre Asociado de Puerto Rico.
- ✓ Número de caso:
- ✓ Deudor: The Commonwealth of Puerto Rico
- ✓ Número de reclamación:
- ✓ Monto/Cantidad de reclamación:
- ✓ Y los intereses del dinero dejado de devengar. Así como otras, leyes aprobadas y en las cuales no se me otorgó el dinero que me correspondía.
- ✓ Nombre:
- ✓ Dirección postal:
  Juana Díaz, Puerto Rico, 00795
- ✓ Email:
- ✓ Número Seguro social: xxx-xx-

Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

El Tribunal no puede declarar a lugar la objeción global en relación a mis reclamos en base al derecho y hechos de dinero no pagado por el Estado Libre Asociado de Puerto Rico, siendo empleada del Sistema de Educación durante los años en que se firmaron dichas leyes.

Puerto Rico, siendo empleada del Sistema de Educación durante los años en que se firmaron dichas leyes.

Me opongo a dicha objeción de la Ley PROMESA. Evidencia del derecho son los años trabajados durante las fechas que fueron efectivas dichas leyes y que me cobijaron.

La evidencia para mi reclamo y/o derechos de la Ley PROMESA no pude sustentarla a tiempo debido a la crisis que surgió y existía en Puerto Rico por los sismos acaecidos y a mi propia condición emocional sufrida durante ese tiempo de gran impacto para nuestra isla.

Luego de esos sucesos surgió la segunda situación crítica que se venía observando en otros países del mundo por la propagación del COVID19 y que llega a nuestro país. Como respuesta en tratar de contener la propagación del virus la gobernadora Wanda Vázquez Garced decreta que la ciudadanía tenía que mantenerse dentro de sus hogares y cierra todas las dependencias gubernamentales. Ese cierre se mantuvo por más de 90 días.

Al abrir las oficinas gubernamentales recientemente llamé a las oficinas de Prime Clerk para inquirir si aún podía realizar mi reclamación y me informaron que tenía oportunidad para hacer la misma.

Se incluyen documentos que evidencian este reclamo:
- Certificación del Sistema de Retiro para Maestros
- Copia de la evidencia del reclamo emitida por su oficina

Narrativo:
Comencé a trabajar en el Departamento de Educación de Puerto Rico en 8-14-1962 hasta mi retiro el: 31 de diciembre de 2000.

Favor de enmendar mi reclamación con la evidencia aquí presentada. De ser necesario presentar algún informe adicional, favor de comunicarse con la que suscribe.

Con gracias anticipadas,


Celular: 787-607-9156



**DEPARTAMENTO DE EDUCACION**

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

9 de octubre de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | PALMIRA M. SANTIAGO DIAZ |
| Seguro Social | : | REDACTED |
| Categoría | : | EJECUTIVO II |
| Distrito Escolar | : | REG. PONCE |
| Sueldo Mensual | : | $2,744.00 |
| Status | : | CONFIANZA |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 31 de diciembre de 2000 |
| Otros | : | Presto servicios para el Departamento de Educación por un periodo de 37 años. Nuestro Sistema de Recursos Humanos refeja que ocupó un puesto desde el 08/14/1962. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Palacios Stgo. Diaz
536 Calle Salamanca
Villa del Carmen
Ponce, P.R. 00716

RECEIVED & FILED
2020 OCT 23 AM 8:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00730
OCT 20, 20
AMOUNT
$1.20
R2305K133237-08

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767