## Exhibit A

**Schedule of Claims to Be Set for Hearing**

# N/A – Currently, the Debtors do not anticipate setting any claims from the Two Hundred Forty-Eighth Omnibus Objection for hearing at the November 20, 2020 Satellite Hearing.