## Exhibit B

**Schedule of Claims to Be Modified via Notice of Presentment**

Two Hundred and Forty-Ninth Omnibus Objection

Exhibit B - Schedule of Incorrect Debtor Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | BANCO POPULAR DE PUERTO RICO LEGAL DIVISION (745) PO BOX 362708 SAN JUAN, PR 00936 | 20267 | Commonwealth of Puerto Rico | Unsecured | $30,921.84 | Puerto Rico Electric Power Authority | Unsecured | $30,921.84 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 2 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 47142 | Commonwealth of Puerto Rico | Unsecured | $18,366.88 | Puerto Rico Electric Power Authority | Unsecured | $18,366.88 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 3 | DEYA ELEVATOR SERVICE GPO BOX 362411 SAN JUAN, PR 00936-2411 | 34133 | Commonwealth of Puerto Rico | 503(b)(9) | $48,433.39 | Puerto Rico Electric Power Authority | 503(b)(9) | $48,433.39 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 4 | PHOENIX INDUSTRIAL SALES INC. PO BOX 363336 SAN JUAN, PR 00936-3336 | 3507 | Puerto Rico Highways and Transportation Authority | Unsecured | $43,409.88* | Puerto Rico Electric Power Authority | Unsecured | $43,409.88* |
| | Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 5 | PUERTO RICO WIRE PRODUCTS, INC. PO BOX 363167 SAN JUAN, PR 00936-3167 | 42618 | Commonwealth of Puerto Rico | Unsecured | $505.00 | Puerto Rico Electric Power Authority | Unsecured | $505.00 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 6 | ROSARIO FELICIANO, SAMUEL EL PLANTIO L1A CALLE 9 TOA BAJA, PR 00949 | 6538 | Commonwealth of Puerto Rico | 503(b)(9) | $1,249.00 | Puerto Rico Electric Power Authority | 503(b)(9) | $1,249.00 |
| | | | Commonwealth of Puerto Rico | Unsecured | $1,249.00 | Puerto Rico Electric Power Authority | Unsecured | $1,249.00 |
| | | | | Subtotal | $2,498.00 | | Subtotal | $2,498.00 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Forty-Ninth Omnibus Objection

Exhibit B - Schedule of Incorrect Debtor Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 7 | WDC PUERTO RICO, INC. PO BOX 309 CAGUAS, PR 00726 | 28682 | Commonwealth of Puerto Rico | 503(b)(9) | $8,563.32 | Puerto Rico Electric Power Authority | 503(b)(9) | $8,563.32 |
| | | | Commonwealth of Puerto Rico | Unsecured | $2,489,076.71 | Puerto Rico Electric Power Authority | Unsecured | $2,489,076.71 |
| | | | | Subtotal | $2,497,640.03 | | Subtotal | $2,497,640.03 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | TOTAL | $ 2,641,775.02* | TOTAL | $ 2,641,775.02* |
| --- | --- | --- | --- | --- | --- |

\* Indicates claim contains unliquidated and/or undetermined amounts