

# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

9 de octubre de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | JAMES R. LANDERS HOLSTEINE |
| Seguro Social | : | REDACTED |
| Categoría | : | MA. INGLES NIVEL ELEMENTAL (K-6) |
| Distrito Escolar | : | PONCE I |
| Sueldo Mensual | : | $1,361.00 |
| Status | : | TRANSITORIO PROVISIONAL |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de julio de 2001 |
| Otros | : | Presto servicios para el Departamento de Educación por un periodo de 13 años. Nuestro Sistema de Recursos Humanos refeja que ocupó un puesto desde el 10/02/1984. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo