James R. Sanders
536 Calle Salamanca
Villa del Coronel
Ponce, P.R. 00716

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767