## Exhibit A

**Schedule of Claims to Be Set for Hearing**

## Two Hundred and Fiftieth Omnibus Objection
### Exhibit A - Schedule of Satisfied Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | GARRASTEGUI MALDONADO, SHEILA<br>108 WEST MAIN ST JARDINES DEL CARIBE<br>PONCE, PR 00728 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2528 | $ 1,719.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 05/22/2017.

| | | | | | TOTAL | $ 1,719.00 |