# Exhibit B

**Schedule of Claims to Be Disallowed via Notice of Presentment**

Two Hundred and Fiftieth Omnibus Objection
Exhibit B - Schedule of Satisfied Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | A DUIE PYLE INC<br>650 WESTTOWN ROAD<br>WEST CHESTER, PA 19382 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4735 | $ 3,100.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90134790 dated 02/14/2018. | | | | | |
| 2 | ADIESTRAMIENTO Y DESAROLLO ORGANIZACIONAL INC<br>506-A CALLE JUAN JIMENEZ<br>SAN JUAN, PR 00918-2506 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14804 | $ 2,009.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90140462 dated 06/20/2018. | | | | | |
| 3 | GARCIA CASTRO, JOSE<br>PO BOX 11457<br>SAN JUAN, PR 00922 | 5/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11784 | $ 1,083.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 07/31/2017. | | | | | |
| 4 | HERNANDEZ BERRIOS, CHRISTOPHER<br>URB LOMAS VERDES<br>Z-6 CALLE DRAGON<br>BAYAMON, PR 00956 | 5/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8225 | $ 1,099.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19279017 dated 07/24/2017. | | | | | |
| 5 | LABORATORIO METABOLICO INC<br>757 CALLE HIPODROMO<br>SAN JUAN, PR 00909 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2264 | $ 3,022.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90128436 dated 9/15/2017. | | | | | |
| 6 | LEFFINGWELL INFORMATION ASSOCIATES INC<br>PO BOX 373067<br>CAYEY, PR 00737-3067 | 4/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8682 | $ 662.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90129222 dated 09/15/2017. | | | | | |
| 7 | RIVERA FERNANDEZ, ALLAN<br>COND SANTA ANA<br>1026 AVE LUIS VIGOREAUX APT PHN<br>GUAYNABO, PR 00966 | 4/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5211 | $ 2,137.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 07/24/2017. | | | | | |

Two Hundred and Fiftieth Omnibus Objection
Exhibit B - Schedule of Satisfied Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | RIVERA SIACA, LUIS A.<br>CHARLES A. CUPRILL P.S.C LAW OFFICES<br>356 FORTALEZA STREET 2ND FLOOR<br>SAN JUAN, PR 00901 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50044 | $ 296,226.69 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 1293C and DCAAA111. The records of the Dept. of Correction and Rehabilitation show that such invoices have been fully satisfied, pursuant to Check Nos. 00301168 and 00296967 dated 10/23/2019 and 9/27/2019. | | | | | |
| 9 | RODRIGUEZ CARRASQUILLO, DENISE<br>HC 20 BOX 28435<br>SAN LORENZO, PR 00754 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3645 | $ 2,393.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 07/31/2017. | | | | | |
| 10 | ROSADO & ORDONEZ LAW OFFICE, P S C<br>PMB 165 #1353<br>RD. 19<br>GUAYNABO, PR 00966 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4568 | $ 867.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90127741 dated 09/15/2017. | | | | | |
| 11 | SANTANA GARCIA, ANGEL<br>URB LA COLINA<br>35B CALLE B<br>GUAYNABO, PR 00969 | 5/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8517 | $ 1,309.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 07/31/2017. | | | | | |
| 12 | SARRO PEREZ-MORIS, JOSE M<br>PO BOX 16023<br>SAN JUAN, PR 00908-6023 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4268 | $ 3,000.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19292527 dated 07/31/2017. | | | | | |
| | | | | | TOTAL | $ 316,907.69 |