MIGUEL ÁNGEL MONTALVO PITRE
HC 5 BOX 54830
SAN SEBASTIAN, PR 00685



SAN JUAN PR 009
20 OCT 2020 PM 2 L



SECRETARIA
TRIBUNAL DE DISTRITO DE LOS
ESTADOS UNIDOS
SALA 150 EDIFICIO FEDERAL
SAN JUAN, PUERTO RICO 00918-1767

00918-999955