## Exhibit B

**Schedule of Claims to Be Modified via Notice of Presentment**

Two Hundred and Fifty-Seventh Omnibus Objection

Exhibit B - Schedule of Incorrect Debtor Bond Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CASTELLAR, ISABEL M.<br>2017 CALLE DUQUESA<br>URB. VALLE REAL<br>PONCE, PR 00716 | 9607 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $85,000.00 | Commonwealth of Puerto Rico | Unsecured | $85,000.00 |

Reason: Claimant identifies bonds claimed as obligor ERS, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

| 2 | STRICKLAND, DAVID<br>2 CALLAHAN PLACE<br>HINGHAM, MA 02043 | 4015 | Puerto Rico Highways and Transportation Authority | Unsecured | $115,000.00 | Commonwealth of Puerto Rico | Unsecured | $35,000.00 |
| | | | | | | Puerto Rico Highways and Transportation Authority | Unsecured | $80,000.00 |
| | | | | | | | Subtotal | $115,000.00 |

Reason: Claimant identifies, in part, bonds claimed as obligor HTA, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

| | | | TOTAL | | $ 200,000.00 | TOTAL | | $ 200,000.00 |