**Presentment Date**: November 2, 2020
**Objection Deadline**: October 30, 2020 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>            Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>**This filing relates to the Commonwealth.** |

## NOTICE OF PRESENTMENT OF PROPOSED ORDER (A) GRANTING IN PART THE TWO HUNDRED FIFTY-EIGHTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO NO LIABILITY AND DUPLICATE BONDHOLDER CLAIMS, (B) APPROVING FORM OF NOTICE FOR CLAIMS TO BE SET FOR HEARING, AND (C) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that, on October 23, 2020, the Commonwealth of Puerto Rico

(the "Commonwealth" or "Debtor"), by and through the Financial Oversight and Management

Board for Puerto Rico (the "Oversight Board"), as sole representative of the Debtor pursuant to

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), hereby submit a *Notice of Presentment of Proposed Order (A) Granting in Part the Two Hundred Fifty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to No Liability and Duplicate Bondholder Claims, (B) Approving Form of Notice for Claims to Be Set for Hearing, and (C) Granting Related Relief* (this "Notice").

**PLEASE TAKE FURTHER NOTICE** that, on September 11, 2020, the Debtor, by and through the Oversight Board, filed the *Two Hundred Fifty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to No Liability and Duplicate Bondholder Claims* [ECF No. 14234] (the "Two Hundred Fifty-Eighth Omnibus Objection") to the proofs of claim listed on Exhibit A thereto.

**PLEASE TAKE FURTHER NOTICE** that the Two Hundred Fifty-Eighth Omnibus Objection was initially scheduled for hearing on October 28, 2020 (the "October Hearing").

**PLEASE TAKE FURTHER NOTICE** that any party against whom the Two Hundred Fifty-Eighth Omnibus Objection was served, or any other party to the Debtor's Title III case who objected to the relief sought therein, was required to file and serve a response to the Two Hundred Fifty-Eighth Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by 4:00 p.m. (Atlantic Time) on October 14, 2020 (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that, as set forth in Exhibit C to the Two Hundred Fifty-Eighth Omnibus Objection, if no response was filed by the Response Deadline, the Two Hundred Fifty-Eighth Omnibus Objection "will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3)

in the opinion of the court, the interest of justice requires otherwise." Ex. C to Two Hundred Fifty-Eighth Omnibus Objection, ECF No. 14234-4, at 2.

PLEASE TAKE FURTHER NOTICE that, due to restrictions imposed by (*i*) the Governor of Puerto Rico's executive orders concerning COVID-19[2] and (*ii*) the United States District Court for the District of Puerto Rico's *Fourth Amended Order Continuing Civil and Criminal Proceedings* [Misc. No. 20-0088-GAG, ECF No. 22], directing all civil and criminal proceedings in the District of Puerto Rico requiring an in-person hearing be continued until Monday, November 9, 2020, the Debtors understand that claimants who wish to appear and be heard at the hearing on the Two Hundred Fifty-Eighth Omnibus Objection may be unable to attend the October Hearing.

PLEASE TAKE FURTHER NOTICE that, on September 29, 2020, this Court entered the *Order Regarding Pending Omnibus Objections to Claims* [ECF No. 14419] (the "Satellite Hearing Procedures Order"), scheduling a hearing to consider, *inter alia*, the Two Hundred Fifty-Eighth Omnibus Objection for **November 20, 2020 at 9:30 a.m. (Atlantic Time)** (the "November 20 Satellite Hearing") at the Prime Clerk collection center located at Citi Towers, 250 Ponce de

---

[2] The executive orders include (*i*) *Executive Order of the Governor of Puerto Rico, Hon. Wanda Vázquez Garced, to Make Viable the Necessary Government and Private Closures to Fight the Effects of Coronavirus (COVID-19) and Control the Risk of Contagion on Our Island*, Administrative Bulletin No. OE-2020-023, (*ii*) *Executive Order of the Governor of Puerto Rico, Hon. Wanda Vázquez Garced, in Order to Continue the Measures Taken to Control the Risk of Contagion of the Coronavirus (COVID-19) in Puerto Rico*, Administrative Bulletin No. OE-2020-033, (*iii*) *Executive Order of the Governor of Puerto Rico, Hon. Wanda Vázquez Garced, to Extend the Curfew, Continue the Gradual Reopening of Several Economic Sectors, and Other Related Purposes Regarding the Measures Taken to Control the Risk of Coronavirus Contagion (COVID-19) in Puerto Rico*, Administrative Bulletin No. OE-2020-041, (*iv*) *Executive Order of the Governor of Puerto Rico Hon. Wanda Vázquez Garced, in Order to Establish a New Curfew, Continue the Economic Reopening, and Other Purposes Relating to COVID-19*, Administrative Bulletin No. OE-2020-044; (*v*) *Executive Order of the Governor of Puerto Rico Hon. Wanda Vázquez Garced, for the Purposes of Extending the Implemented Lockdown and Curtailing the Measures Implemented to Control the Spread of COVID-19 in Puerto Rico*, Administrative Bulletin No. OE-2020-062, and (vi) *Executive Order of the Governor of Puerto Rico Hon. Wanda Vázquez Garced, in Order to Extend the Established Curfew and Continue the Measures Taken to Control the Spread of COVID-19 in Puerto Rico*, Administrative Bulletin No. OE-2020-077.

León Ave., Suite 503, Hato Rey, San Juan, PR 00918 (the "Satellite Site"). Satellite Hearing Procedures Order at 1.

PLEASE TAKE FURTHER NOTICE that, as of the filing of this Notice, the Claimants associated with the claims listed on **Exhibit A** hereto have responded to the Two Hundred Fifty-Eighth Omnibus Objection (the "Claims to be Set for Hearing") on or before the Response Deadline via either (*i*) ECF filing, (*ii*) mailing to Prime Clerk, LLC ("Prime Clerk"), (*iii*) mailing to counsel for the Oversight Board, or (*iv*) mailing to counsel for the Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico (the "UCC") (collectively, the "Responses") and, upon review of the Responses, the Debtor (a) has determined that the Responses fail to provide sufficient information to enable the Debtor to reconcile the Claims to Be Set for Hearing and (b) intends to prosecute the Two Hundred Fifty-Eighth Omnibus Objection as to the Claims to Be Set for Hearing at the November 20 Satellite Hearing.

PLEASE TAKE FURTHER NOTICE that, as of the Response Deadline, the Claimants associated with the claims listed on **Exhibit B** hereto failed to respond to, or otherwise oppose, the Two Hundred Fifty-Eighth Omnibus Objection (the "Claims to Be Disallowed via Notice of Presentment").

PLEASE TAKE FURTHER NOTICE that, unless a written objection to the Proposed Order (as defined below) is filed with the Court by 4:00 p.m. (Atlantic Time) on October 30, 2020, the relief requested in the Two Hundred Fifty-Eighth Omnibus Objection shall be deemed unopposed, and the Proposed Order disallowing the Claims to Be Disallowed via Notice of Presentment may be entered without a further hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Satellite Hearing Procedures Order, the Claims to Be Set for Hearing will be heard at the November 20 Satellite Hearing and

4

the notice thereof, a copy of which is attached hereto as **Exhibit C** (the "Satellite Hearing Notice")

shall be served on all Claimants associated with the claims listed on Exhibit A and made publically

available on the Prime Clerk website.

      **PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit D** is a proposed

order (the "Proposed Order") (*i*) approving the Satellite Hearing Notice; and (*ii*) disallowing the

Claims to Be Disallowed via Notice of Presentment.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph III.H of the Court's

*Thirteenth Amended Notice, Case Management and Administrative Procedures* [ECF No. 13512-

1], "the presentment of a proposed order for administrative relief must be filed and served at least

seven (7) calendar days before the presentment date, and Objections thereto must be filed and

served at least one (1) calendar day before the presentment date," and accordingly, unless a written

objection to the Proposed Order is filed with the Court no later than **4:00 p.m. (Atlantic Time) on**

**October 30, 2020**, the relief requested shall be deemed unopposed, and the Court may enter an

order granting the relief sought without a hearing.

      **PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title

III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by

calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject

to the procedures and fees set forth therein.


*[Remainder of page intentionally left blank]*

Dated: October 23, 2020
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brian S. Rosen*

Martin J. Bienenstock
Brian S. Rosen
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
     brosen@proskauer.com

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtor*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
/s/ Carla García Benítez
USDC No. 203708
/s/ Daniel J. Perez-Refojos
USDC No. 303909
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: Hermann.bauer@oneillborges.com

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtor*