**Exhibit B**

**Schedule of Claims to Be Disallowed via Notice of Presentment**

Two Hundred and Fifty-Eighth Omnibus Objection
Exhibit B - Schedule of  Duplicate + No Liability Bond Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALVAREZ MENDEZ, CARLOS<br>ATTN: JOSE E. ROSARIO<br>P.O. BOX 191089<br>SAN JUAN, PR 00919-1089 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 113246 | $ 560,078.00 |

Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant also asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.  Claimant also purports to assert, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and that are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor

| 2 | COOPERATIVA DE AHORRO Y CREDITO DE ISABELA<br>COOPERATIVA DE AHORRO Y<br>CREDITO DE ISABELA<br>C/O EDGARDO MUNOZ PSC<br>364 LAFAYETTE<br>SAN JUAN, PR 00917-3113 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46513 | $ 31,644,497.66* |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.  Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interest in note(s) that have not been guaranteed by the Commonwealth, that are already matured, for which bondholders have received their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority,  that is not a Title III Debtor.

| 3 | LEIBOWITZ, EDWARD<br>1019 WILLOWBROOK RD<br>STATEN ISALND, NY 10314 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39641 | $ 75,000.00 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that have not been guaranteed by the Commonwealth, for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority,  that is not a Title III Debtor.

## Two Hundred and Fifty-Eighth Omnibus Objection
### Exhibit B - Schedule of  Duplicate + No Liability Bond Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | LOZADA MORALES, JUAN E.<br>URB CIUDAD JARDIN, 60 CALLE ALHELI<br>TOA ALTA, PR 00953 | 6/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 78846 | $ 463,288.05 |

Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant also asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.  Claimant also purports to assert, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority,  that is not a Title III Debtor. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interest in note(s) that have not been guaranteed by the Commonwealth, that are already matured, for which bondholders have received their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority,  that is not a Title III Debtor.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | MOLINA CAINS, SERGIO<br>PO BOX 9343<br>SAN JUAN, PR 00908 | 4/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5365 | $ 153,048.00* |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.  Claimant also purports to assert, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that have not been guaranteed by the Commonwealth, for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority,  that is not a Title III Debtor.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | OLAZAGASTI, JORGE<br>64 CORDERO ST.<br>SAN JUAN, PR 00911 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30635 | $ 124,180.00 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that have not been guaranteed by the Commonwealth, for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority,  that is not a Title III Debtor.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | RIVERA, VICTOR  M.<br>VICTOR M. RIVERA & ALIDA CASTRO<br>C/2 #14 PASEO ALTO<br>LOS PASEOS<br>SAN JUAN, PR 00976-5917 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43660 | $ 555,000.00 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and that are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor.

Two Hundred and Fifty-Eighth Omnibus Objection
Exhibit B - Schedule of  Duplicate + No Liability Bond Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | UNIVERSAL INSURANCE COMPANY<br>MARITERE JIMÉNEZ, TREASURER<br>PO BOX 71338<br>SAN JUAN, PR 00936-8438 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 123577 | $ 3,500,000.00 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are associated with an entity,  The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | TOTAL | $ 37,075,091.71* |
|---|---|---|---|---|---|

* Indicates claim contains unliquidated and/or undetermined amounts