19 de octubre 2020

De: JANICE GALARZA VELAZQUEZ
   Maestra EE del DEPR
   Claim # 19328

A: Secretaría (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building San Juan (Puerto Rico) 00918-1767

   Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
   Proskauer Rose LLP
   Eleven Times Square
   Nueva York, Nueva York 10036-8299
   A/A: Martin J. Bienenstock
   Brian S. Rosen

   Abogado del Comité de Acreedores (Counsel for the Creditors' Committee)
   Paul Hastings LLP
   200 Park Avenue Nueva York, Nueva York 10166
   A/A: Luc A. Despins
   James Bliss
   James Worthington
   G. Alexander Bongartz

Por este medio notifico que estoy reclamando una deuda del gobierno de Puerto Rico a mi persona por la Ley de carrera magisterial (Ley Núm. 158 de 30 de junio de 1999, según enmendada). En una visita a la oficina de carrera magisterial una técnica me informa de forma verbal que estoy activa en la Carrera Magisterial pero que no puede dar evidencia escrita. El aumenta que se supone se reflejara en mi sueldo era de $125.00 al mes desde el 14 de abril de 2014. Poseo evidencia de los documentos sometidos en aquel momento. Al hacer el calculo desde esa fecha hasta la fecha de hoy son $9,000 o más la cantidad que se me adeuda. Mis documentos fueron sometidos y aprobado correctamente pero no se efectuó ningún pago a mi persona. El Gobierno de Puerto Rico emitió dos leyes que evitan el pago correspondiente siendo una de ellas la Ley Especial de Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de Puerto Rico (LEY NUM. 66 DE 17 DE JUNIO DE 2014) y otra ley que al momento no recuerdo, pero las mismas evitan que se otorguen los aumentos correspondientes a muchos empleados públicos incluyéndome. Espero que con la demanda actual el Gobierno de Puerto Rico libere el dinero que le debe a muchos puertorriqueños. En adición el Departamento de Educación no emitió pagos por exceso de días de enfermedad el cual al momento tengo un exceso de 12 días y la ley Para establecer la Ley de Salario Mínimo, Vacaciones y Licencia por Enfermedad de Puerto Rico (LEY NUM. 180 DEL 27 DE JULIO DE 1998) establecía los pagos de esos días.

Cordialmente,

Janice Galarza Velázquez
Maestra EE del DEPR
Claim # 19328

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☒ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
    9,000.00 o más

*Número de Evidencia de Reclamación:*
*Reclamante:*

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☐ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: *Departamento de Educación*

3(b). Identifique las fechas de su empleo con relación a su reclamación: *14/abril/2014*

3(c). Últimos cuatro dígitos de su número de seguro social: *5251*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☒ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

   _____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

   _____

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso:

   _____

2

*Número de Evidencia de Reclamación del Reclamante*:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

3