**GALARZA VELAZQUEZ, JANICE (133134)**

[ Cambiar Correo Electrónico - Cambiar Contraseña SistemaTAL - Salir ]

Menu   DE14   Licencias Extraordinarias   Licencias Locales   Notificaciones

- **Menu**
  - Inicio

- **DE14**
  - Crear DE-14
  - DE-14 sometidas (102)
  - Justificar Paro

- **Licencias Extraordinarias**
  - Solicitud de Licencias Extraordinarias
  - Licencias Extraordinarias Sometidas (0)

- **Licencias Locales**
  - Solicitud de Licencias Locales
  - Licencias Locales sometidas (0)

- **Notificaciones**
  - Mis Cartas de Descuento
  - Mis Cartas de Asistencia

Fecha: 10/19/2020        Hora: 07:21:27 PM

| Balances de Licencias Disponibles | | | |
|---|---|---|---|
| Licencias | Días | Horas | Minutos |
| VACACIONES | 11 | 0 | 0 |
| ENFERMEDAD | 102 | 5 | 40 |

El balance aquí anotado podría variar en caso de que nos notifiquen ausencias incurridas por usted no informadas anteriormente.