Janice Galarza  
Maginas  
Calle Papayo 105  
Sab. Grande P.R. 00637

SAN JUAN PR 009
20 OCT 2020 PM 2 L

Secretaría (*Clerk's Office*)  
Tribunal de Distrito de los Estados Unidos  
Room 150 Federal Building  
San Juan (Puerto Rico) 00918-1767