## Exhibit A

### Schedule of Claims to Be Set for Hearing

**N/A – Currently, the Debtor does not anticipate setting any claims from the Two Hundred Sixtieth Omnibus Objection for hearing at the November 20, 2020 Satellite Hearing.**