Myriam I. Rodriguez
P.O Box 371142
Cayey, PR 00737

SAN JUAN PR  009
20 OCT 2020  PM 2  L



Energy Awareness Month

Secretario (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767