## Exhibit A

**Schedule of Claims to Be Set for Hearing**

One Hundred and Ninety-Fourth Omnibus Objection
Exhibit A - Schedule of Satisfied Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | SANABRIA CRUZ, NELSON<br>PO BOX 347<br>JUNCOS, PR 00777 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21119 | $ 3,644.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to a Direct Deposit dated 07/31/2017. | | | | | |
| 2 | SERRANO ALVAREZ, ADAN<br>PO BOX 711<br>FLORIDA, PR 00650 | 4/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7529 | $ 731.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/09/2017. | | | | | |
| 3 | SIERRA FIGUEROA, ARACELIS<br>URB TERRA DEL VALLE#11<br>CAYEY, PR00736 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22705 | $ 6,515.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19004719 dated 02/24/2017. | | | | | |
| 4 | TORRES AYALA, RAMON<br>MONTE BRISAS<br>4H-30 CALLE 4-10<br>FAJARDO, PR 00738 | 3/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3828 | $ 3,384.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to a Direct Deposit dated 07/24/2017. | | | | | |
| 5 | TORRES RIVERA, YANEIRY<br>VILLA PALMERA<br>315 CALLE LUTZ<br>SAN JUAN, PR 00915 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18404 | $ 1,011.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19226908 dated 05/22/2017. | | | | | |
| 6 | TORRES ROSA, MAYRA<br>URB FAJARDO GARDENS<br>199 CALLE LAUREL<br>FAJARDO, PR 00738 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 60292 | $ 1,212.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19288625 dated 07/31/2017. | | | | | |
| 7 | VELAZQUEZ PEREZ, YESSENIA<br>PO BOX 432<br>CAMUY, PR 00627 | 3/19/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 2838 | $ 1,708.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/27/2017. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Ninety-Fourth Omnibus Objection
Exhibit A - Schedule of Satisfied Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | VELEZ VELAZQUEZ, MARIA<br>PO BOX 800561<br>COTO LAUREL, PR 00780 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19391 | $ 2,412.00* |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to a Direct Deposit dated 07/31/2017. | | | | | |
| 9 | VIDAL SANTIAGO, ESTHER<br>RR 4 BOX 1309<br>BAYAMON, PR00956 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29147 | $ 2,360.00* |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19297419 dated 07/31/2017. | | | | | |
| | | | | | TOTAL | $ 22,977.00* |