# **Exhibit B**

**Schedule of Claims to Be Disallowed via Notice of Presentment**

ONE HUNDRED NINETY-FIFTH OMNIBUS OBJECTION

Exhibit B – Bondholder No Liability to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | RAFAEL DIAZ SANCHEZ AND RAFAELA SANCHEZ RODRIGUEZ<br>P.O Box 1548<br>Dorado, PR 00646-1548 | 5/30/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 43460 | $18,463.45 |
| | Reason: Claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by PREPA. Because the claim was filed based on the claimant's status as an alleged creditor of an alleged creditor of PREPA, the claim was not filed by an actual creditor of PREPA. The claim is derivative of claims that must be asserted by the mutual fund directly for any claimed recovery. | | | | | |
| 2 | RODRIGUEZ RIVERA , CARLOS R<br>L-9 8 Cupey Gardens<br>San Juan, PR 00926-7323 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 43726 | $1,697.34 |
| | Reason: Claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by PREPA. Because the claim was filed based on the claimant's status as an alleged creditor of an alleged creditor of PREPA, the claim was not filed by an actual creditor of PREPA. The claim is derivative of claims that must be asserted by the mutual fund directly for any claimed recovery. | | | | | |
| 3 | SIFONTES, TOMÁS C<br>M1 Calle 9<br>Urb. Prado Alto<br>Guaynabo, PR 00966 | 4/6/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4211 | Undetermined* |
| | Reason: Claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by PREPA. Because the claim was filed based on the claimant's status as an alleged creditor of an alleged creditor of PREPA, the claim was not filed by an actual creditor of PREPA. The claim is derivative of claims that must be asserted by the mutual fund directly for any claimed recovery. | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.