## Exhibit C

**Schedule of Claims with Undeliverable Addresses**

One Hundred and Ninety-Seventh Omnibus Objection
Exhibit C - Schedule of Substantive Duplicate Claims with Undeliverable Addresses

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | MARTINEZ CRESPO, JUAN C. INSTITUCION FASE III 3793 PONCE BY PASS M-NARANJA-224 PONCE, PR 00728 | 04/16/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 7489 | $ 150,000.00* | MARTINEZ CRESPO, JUAN CARLOS INSTITUCIÓN FASE III 3793 PONCE BY PASS M-NARANJA-224 PONCE, PR 00728 | 04/16/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 7469 | $ 150,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

\* Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1