## Exhibit A

**Schedule of Claims to Be Set for Hearing**

One Hundred and Ninety-Eighth Omnibus Objection
Exhibit A - Schedule of Duplicate Bond Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | LAMM, LEONARD<br>10401 GROSVENOR PLACE #108<br>ROCKVILLE, MD 20852 | 6/6/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 48727 | $ 14,890.75 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | TOTAL | $ 14,890.75 |