## Exhibit B

**Schedule of Claims to Be Disallowed via Notice of Presentment**

## One Hundred and Ninety-Eighth Omnibus Objection
### Exhibit B - Schedule of Duplicate Bond Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ANDREA MUROWSKI & MARK DEGAETANO<br>1140 WYOMING DRIVE<br>MOUNTAINSIDE, NJ 07092 | 5/8/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 9670 | $ 65,000.00 |
| | Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 2 | APRIL L AND ROBRTL SEVCIK TTEE SEVCIK FAMILY LIV TRUST<br>PO BOX 1926<br>JACKSONVILLE, OR 97530 | 3/9/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 1719 | $ 15,000.00 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 3 | BONILLA, EUGENIO CHINEA<br>URB PINERO<br>CALLE ALHAMBRA #109<br>SAN JUAN, PR 00917-3129 | 5/7/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 12558 | $ 98,173.39 |
| | Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 4 | BRIGADE CAPITAL MANAGEMENT, LP<br>ATTN: PATRICK CRISCILLO<br>399 PARK AVENUE, 16TH FLOOR<br>NEW YORK, NY 10022 | 5/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 21572 | $ 11,395,000.00 |
| | Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 5 | BROWN, STEVEN D<br>23855 BUTTEVILLE RD<br>AURORA, OR 97002 | 3/8/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 1480 | $ 35,000.00 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 6 | BROWN, STEVEN D<br>23855 BUTTEVILLE RD<br>AURORA, OR 97002 | 3/8/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 1556 | $ 20,000.00 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 7 | CARUSO, CONSTANCE S. & DENNIS M.<br>6106 TENNYSON DRIVE<br>WEST CHESTER, OH 45069 | 4/24/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 6994 | $ 213,505.00 |

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Ninety-Eighth Omnibus Objection
### Exhibit B - Schedule of Duplicate Bond Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| | Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 8 | CHAN, CORA S<br>500 106TH AVE NE<br>UNIT 1603<br>BELLEVUE, WA 98004 | 5/28/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 24932 | $ 5,000.00 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 9 | COHEN, FRANCINE R<br>42 MYRTLE ST<br>#A1<br>SOMMERVILLE, MA 02145-4314 | 4/26/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 8847 | $ 65,000.00 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 10 | DAVIDSON, BRYAN & DEENA<br>4058 FLORA PL<br>SAINT LOUIS, MO 63110-3604 | 4/5/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 4102 | $ 10,000.00 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 11 | DAVIS, ANDREW P.<br>333 WEST END AVE (#4B)<br>NEW YORK, NY 10023 | 3/16/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 3074 | $ 25,000.00* |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 12 | DAVIS, JESSICA G<br>333 WEST END AVE (#4B)<br>NEW YORK, NY 10023 | 3/16/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 3121 | $ 95,000.00* |
| | Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 13 | FABER, ROBERT B.<br>19 ROBIN CIRCLE<br>STOUGHTON, MA 02072 | 5/14/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 15277 | $ 231,305.25 |
| | Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |

## One Hundred and Ninety-Eighth Omnibus Objection
### Exhibit B - Schedule of Duplicate Bond Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | GARMON, WOODROW E. & MARY W.<br>14214 MEGANS FALLS CT<br>HUMBLE, TX 77396 | 3/15/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 2579 | $ 100,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | GONZE, JOSHUA<br>223 N. GUADALUPE ST. #436<br>SANTE FE, NM 87501 | 3/13/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 2234 | $ 20,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | GONZE, JOSHUA<br>223 N. GUAPALUPE ST. #436<br>SANTA FE, NM 87501 | 3/13/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 2280 | $ 15,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | GREGORY, FRED A.<br>11227 136TH AVE<br>KENOSHA, WI 53142 | 4/3/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 5980 | $ 10,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | HOFFMAN, LAURIE<br>23212 SANABRIA LOOP<br>BONITA SPRINGS, FL 34135 | 3/11/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 1209 | $ 10,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | HOFFMAN, LAURIE S<br>23212 SANABRIA LOOP<br>BONITA SPRINGS, FL 34135-5364 | 3/11/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 1189 | $ 10,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | HONORABLE FRANCIS P. CULLAN SCHOLARSHIP TRUST<br>MICHAEL C. CULLEN, TRUSTEE<br>230 KIRBY AVE.<br>WARWICK, RI 02889 | 5/24/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 34385 | $ 20,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

## One Hundred and Ninety-Eighth Omnibus Objection
### Exhibit B - Schedule of Duplicate Bond Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | JACQUOT, THOMAS G<br>414 JANSSEN AVE<br>MAYVILLE, WI 53050 | 3/30/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 4626 | $ 50,650.83 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | JAVIA 2005 FAMILY TRUST - MANOJKUMAR JAVIYA, TTEE<br>3804 TIFFANY DRIVE<br>EASTON, PA 18045 | 4/30/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 9871 | $ 40,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | KAZIMOUR, ROBERT F AND JANIS L<br>321 NASSAU ST. SE<br>CEDAR RAPIDS, IA 52403 | 5/4/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 10622 | $ 90,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | KOLANKO, FRANK<br>600 PROVIDENCE PIKE<br>NORTH SMITHFIELD, RI 02896 | 4/3/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 5906 | $ 170,000.00 |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | LAZAROFF, FAYE<br>6 PAMRAPO COURT EAST<br>GLEN ROCK, NJ 07452 | 3/15/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 1563 | $ 5,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | LUDACK LIVING TRUST DATED JULY 10, 2000<br>EUGENE LUDACK, TRUSTEE<br>2448 RIVERVIEW DR<br>EAU CLAIRE, WI 54703 | 5/16/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 11709 | $ 10,194.58 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | MARILYN CHINEA AND GERMAN URIBE J.T.W.R.O.S<br>117 CALLE REINA MARGARITA<br>GUAYNABO, PR 00969 | 4/17/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 7634 | $ 215,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

## One Hundred and Ninety-Eighth Omnibus Objection
### Exhibit B - Schedule of Duplicate Bond Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | MCGUIRE, DAVID F & RUTH A.<br>2115 FIRST AVE. SE<br>UNIT 3310<br>CEDAR RAPIDS, IA 52402 | 5/4/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 10579 | $ 30,000.00 |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | MILLER, NANCY D.<br>PO BOX 1015<br>BOULDER, CO 80306 | 5/3/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 8443 | $ 50,000.00 |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | MONTALVO, IVAN<br>101 BRADY ROAD<br>SACKETS HARBOR, NY 13685-9510 | 5/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 30747 | $ 9,997.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | MORGAN STANLEY WEALTH MANAGEMENT (ON BEHALF OF SAKAMOTO-HATA LIVING TRUST)<br>SIMON SAKAMOTO<br>7692 ALBANY POST RD<br>RED HOOK, NY 12571 | 5/6/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 10743 | $ 35,000.00* |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | ORCHARD FAMILY TRUST IMA<br>200 RIVER'S EDGE DRIVE<br>SUITE 300<br>MEDFORD, MA 02155 | 6/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 89102 | $ 10,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | OSWALD, WESLEY<br>3369 CR 2182<br>GREENVILLE, TX 75402 | 4/9/2020 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 173721 | $ 15,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

## One Hundred and Ninety-Eighth Omnibus Objection
### Exhibit B - Schedule of Duplicate Bond Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | PACINI, MAUREEN<br>1437 LAST OAK CT<br>FORT COLLINS, CO 80525 | 3/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4621 | $ 9,764.75 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with bond(s) issued by HTA, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | PAINE WEBBER INCORPORATED<br>1200 HARBOR BLVD.<br>WEEHAWKEN, NJ 07087 | 4/3/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 5963 | $ 5,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | PAPANDREA, BARBARA<br>182 FISHER RD<br>ORWELL, VT 05760 | 5/1/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 8418 | $ 165,000.00 |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | PEARLMAN TTEE, HARRIET E<br>36965 WEXFORD DRIVE<br>SOLON, OH 44139 | 3/19/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 3287 | $ 50,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | PLAYA AZUL, CRL<br>ATTN: EDGARDO MUNOZ<br>ATTORNEY FOR CLAIMANT<br>364 LAFAYETTE<br>SAN JUAN, PR 00917-3113 | 6/27/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 56508 | $ 15,179.41 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | QUEBRADA BONITA CRL<br>RE: EDGARDO MUNOZ<br>364 LAFAYETTE<br>SAN JUAN, PR 00917-3113 | 6/27/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 55001 | $ 126,753.43 |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

## One Hundred and Ninety-Eighth Omnibus Objection
### Exhibit B - Schedule of Duplicate Bond Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | RAMOS VERA, ELIGIO<br>BRISAS PARQUE ESCORIAL<br>APTO 1601<br>CAROLINA, PR 00987 | 5/7/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 11395 | $ 15,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | RAMUNDO SR, PETER V<br>8783 NAPLES HERITAGE DRIVE<br>NAPLES, FL 34112 | 3/14/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 1651 | $ 11,024.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | REVOCABLE TRUST OF JOEL BARRY BROWN 10/20/2006; JOEL BARRY BROWN, TRUSTEE<br>2 HENLOPEN COURT<br>LEWES, DE 19958-1768 | 4/20/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 7897 | $ 10,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | RICHARD S WEINBERG & EILEEN E WEINBERG JT-TEN<br>RICHARD WEINBERG<br>241 IRONWOOD CIR<br>ELKINS PARK, PA 19027 | 4/6/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 6569 | $ 25,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | SABIN, JONATHAN<br>MARC PANE - ATTORNEY<br>300 PANTIGO PLACE<br>STE 102<br>EAST HAMPTON, NY 11937 | 5/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 22202 | $ 5,611.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | SVEINSON, JAMES THOMAS. & KRISTINE A.<br>PO BOX 211<br>HELENA, MT 59624 | 5/22/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 15475 | $ 85,000.00 |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

One Hundred and Ninety-Eighth Omnibus Objection
Exhibit B - Schedule of Duplicate Bond Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | TAO, RONGJIA<br>21 W HIGH RIDGE ROAD<br>CHERRY HILL, NJ 08003 | 5/26/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 19010 | $ 91,233.75 |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | THE HEFLER FAMILY TRUST<br>JOHN J. & ELEN A.HEFLER TTEE<br>PO BOX 1643<br>CHARLESTOWN, RI 02813-0921 | 5/22/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 23990 | $ 10,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | THE HEFLER FAMILY TRUST JOHN J. & ELLEN A. HEFLER TTEE<br>PO BOX 1643<br>CHARLESTOWN, RI 02813-0921 | 5/22/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 23963 | $ 50,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | THE MEDICAL PROTECTIVE COMPANY<br>MEDPRO GROUP, ATTN.: ANTHONY BOWSER<br>5814 REED RD<br>FORT WAYNE, IN 46835 | 5/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 22142 | $ 1,081,550.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | TORREY, ANTHONY J<br>38 BISCAYNE BLVD.<br>WOODBURY, NJ 08096 | 3/10/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 1787 | $ 10,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | WEDGEWOOD TACOMA LLC<br>312 112TH ST. SO.<br>TACOMA, WA 98444 | 4/30/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 9655 | $ 10,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | WELLS FARGO WISCONSIN TAX FREE FUND<br>100 HERITAGE RESERVE<br>MENOMONEE FALLS, WI 53051 | 3/28/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 5192 | $ 300,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

One Hundred and Ninety-Eighth Omnibus Objection
Exhibit B - Schedule of Duplicate Bond Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 53 | WIDDER, DONALD<br>12 MARIN BAY PARK CT<br>SAN RAFAEL, CA 94901 | 4/30/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 9199 | $ 95,000.00 |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 54 | WILLIAMS, MARION I AND CATHERINE E<br>2040 N BRIDGETON CT<br>FAYETTEVILLE, AR 72701 | 3/14/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 2810 | $ 65,000.00 |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 55 | WLODARCZYK, MATTHEW J<br>20 REID ST.<br>SAYREVILLE, NJ 08872 | 3/22/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 3958 | $ 10,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | TOTAL | $ 15,434,942.39* |
|---|---|---|---|---|---|---|