# Exhibit C

**Schedule of Claims with Undeliverable Addresses**

One Hundred and Ninety-Ninth Omnibus Objection
Exhibit C - Schedule of No Liability Bond Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | JOEL T KELNER SEP IRA<br>T&T CAPITAL MANAGEMENT<br>7242 E CORTEZ RD<br>SCOTTSDALE, AZ 85260 | 3/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1718 | $ 10,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | TOTAL | $ 10,000.00 |
|---|---|---|---|