20 de octubre de 2020

A quien pueda interesar:

Por este medio, yo, Joaquín Rivera Calderón, informo que debido al cierre gubernamental por el COVID 19, no pude conseguir la certificación del Dpto de Recreación y Deportes, sino hasta el 25 de sept. de 2020.

Basado en lo antes expuesto, solicito respetuosamente acepten la certificación antes mencionada para que puedan proceder con el caso.

Atentamente,

*Joaquín Rivera Calderón*

Joaquín Rivera Calderón
Apartado 76
Morovis, PR 00687

cc  Commonwealth of Puerto Rico claims
    Secretaria Clerk's Office, Tribunal de Distrito d EU
    Abogados del Comité de Acreedores, Councel for the Creditors Committee