Joaquin Rivera (Alvarado)
P.O. Box 76
Morovis, PR 00687

U.S. POSTAGE PAID
FCM LETTER
MOROVIS, PR
00687
OCT 21, 20
AMOUNT
$0.55
R2305K134383-07

Secretaria Clerk's Office
Tribunal de Distrito de los E.U.
150 Chardón Avenue
Federal Building
San Juan, PR 00918

00918-170999