**Presentment Date**: November 2, 2020
**Objection Deadline**: October 30, 2020 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>**This filing relates to PREPA.** |

### NOTICE OF PRESENTMENT OF PROPOSED ORDER (A) GRANTING IN PART THE TWO HUNDREDTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR, (B) APPROVING FORM OF NOTICE FOR CLAIMS TO BE SET FOR HEARING, AND (C) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that, on October 23, 2020, the Puerto Rico Electric Power Authority (the "PREPA" or "Debtor"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole representative of the Debtor pursuant to

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), hereby submit a *Notice of Presentment of Proposed Order (A) Granting in Part the Two Hundredth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserted Against the Incorrect Debtor, (B) Approving Form of Notice for Claims to Be Set for Hearing, and (C) Granting Related Relief* (this "Notice").

**PLEASE TAKE FURTHER NOTICE** that, on June 11, 2020, the Debtor, by and through the Oversight Board, filed the *Two Hundredth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserted Against the Incorrect Debtor* [ECF No. 13408] (the "Two Hundredth Omnibus Objection") to the proofs of claim listed on Exhibit A thereto.

**PLEASE TAKE FURTHER NOTICE** that the Two Hundredth Omnibus Objection was initially scheduled for hearing on July 29, 2020.

**PLEASE TAKE FURTHER NOTICE** that any party against whom the Two Hundredth Omnibus Objection was served, or any other party to the Debtor's Title III case who objected to the relief sought therein, was required to file and serve a response to the Two Hundredth Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by 4:00 p.m. (Atlantic Time) on July 14, 2020 (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that, as set forth in Exhibit C to the Two Hundredth Omnibus Objection, if no response was filed by the Response Deadline, the Two Hundredth Omnibus Objection "will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise." Ex. C to Two Hundredth Omnibus Objection, ECF No. 13408-4, at 2.

2

**PLEASE TAKE FURTHER NOTICE** that consideration of the Two Hundredth Omnibus Objection was adjourned by notices to the omnibus hearing scheduled for October 28, 2020.

**PLEASE TAKE FURTHER NOTICE** that, on September 29, 2020, this Court entered the *Order Regarding Pending Omnibus Objections to Claims* [ECF No. 14419] (the "Satellite Hearing Procedures Order"), scheduling a hearing to consider, *inter alia*, the Two Hundredth Omnibus Objection for **November 20, 2020, at 9:30 a.m. (Atlantic Time)** (the "November 20 Satellite Hearing") at the Prime Clerk collection center located at Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918 (the "Satellite Site"). Satellite Hearing Procedures Order at 1.

**PLEASE TAKE FURTHER NOTICE** that, as of the filing of this Notice, the Claimants associated with the claims listed on **Exhibit A** hereto have responded to the Two Hundredth Omnibus Objection (the "Claims to Be Set for Hearing") on or before the Response Deadline via either (*i*) ECF filing, (*ii*) mailing to Prime Clerk, LLC ("Prime Clerk"), (*iii*) mailing to counsel for the Oversight Board, or (*iv*) mailing to counsel for the Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico (the "UCC") (collectively, the "Responses") and, upon review of the Responses, the Debtor (a) has determined that the Responses fail to provide sufficient information to enable the Debtors to reconcile the Claims to Be Set for Hearing and (b) intend to prosecute the Two Hundredth Omnibus Objection as to the Claims to Be Set for Hearing at the November 20 Satellite Hearing.

**PLEASE TAKE FURTHER NOTICE** that, as of the Response Deadline, the Claimants associated with the claims listed on **Exhibit B** hereto failed to respond to, or otherwise oppose, the Two Hundredth Omnibus Objection (the "Claims to Be Modified via Notice of Presentment").

**PLEASE TAKE FURTHER NOTICE** that, unless a written objection to the Proposed Order (as defined below) is filed with the Court by 4:00 p.m. (Atlantic Time) on October 30, 2020, the relief requested in the Two Hundredth Omnibus Objection shall be deemed unopposed, and the Proposed Order reclassifying the Claims to Be Modified via Notice of Presentment may be entered without a further hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Satellite Hearing Procedures Order, the Claims to Be Set for Hearing will be heard at the November 20 Satellite Hearing and the notice thereof, a copy of which is attached hereto as **Exhibit C** (the "Satellite Hearing Notice") shall be served on all Claimants associated with the claims listed on Exhibit A and made publically available on the Prime Clerk website.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit D** is a proposed order (the "Proposed Order") (*i*) approving the Satellite Hearing Notice; and (*ii*) reclassifying the Claims to Be Modified via Notice of Presentment.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph III.H of the Court's *Thirteenth Amended Notice, Case Management and Administrative Procedures* [ECF No. 13512-1], "the presentment of a proposed order for administrative relief must be filed and served at least seven (7) calendar days before the presentment date, and Objections thereto must be filed and served at least one (1) calendar day before the presentment date," and accordingly, unless a written objection to the Proposed Order is filed with the Court no later than **4:00 p.m. (Atlantic Time) on October 30, 2020**, the relief requested shall be deemed unopposed, and the Court may enter an order granting the relief sought without a hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by

4

calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

*[Remainder of page intentionally left blank]*

Case:17-03283-LTS Doc#:14873 Filed:10/23/20 Entered:10/23/20 14:33:05 Desc: Main Document Page 5 of 6

| | |
|---|---|
| Dated: October 23, 2020<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/ Brian S. Rosen*<br><br>Martin J. Bienenstock<br>Brian S. Rosen<br>(Admitted *Pro Hac Vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>Email: mbienenstock@proskauer.com<br>    brosen@proskauer.com<br><br>*Attorneys for the Financial Oversight and Management Board as representative for the Debtor*<br><br>*/s/ Hermann D. Bauer*<br><br>Hermann D. Bauer<br>USDC No. 215205<br>/s/ Carla García Benítez<br>USDC No. 203708<br>/s/ Daniel J. Perez-Refojos<br>USDC No. 303909<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br>Email: Hermann.bauer@oneillborges.com<br><br>*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtor* |