# Exhibit B

## Schedule of Claims to Be Modified via Notice of Presentment

## TWO HUNDREDTH OMNIBUS OBJECTION

### Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BEDARD, MADELYN<br>RR1 BOX 6676<br>GUAYAMA, PR 00784 | 251 | PUERTO RICO ELECTRIC POWER AUTHORITY | $1,220.00 | COMMONWEALTH OF PUERTO RICO | $1,220.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim and/or supporting documentation provided includes documentation related to tax refunds for the claim, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | MACHADO VARGAS, JUAN<br>HC 3 BOX 7512<br>DORADO, PR 00646 | 10039 | PUERTO RICO ELECTRIC POWER AUTHORITY | $2,561.00 | COMMONWEALTH OF PUERTO RICO | $2,561.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim and/or supporting documentation provided includes documentation related to tax refunds for the claim, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | MATOS RODRIGUEZ, LUIS<br>HC 3 BOX 71167<br>BARRANQUITAS, PR 00794 | 121450 | PUERTO RICO ELECTRIC POWER AUTHORITY | $2,810.00 | COMMONWEALTH OF PUERTO RICO | $2,810.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim and/or supporting documentation provided includes documentation related to tax refunds for the claim, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | OCASIO-GONZALEZ, MANUEL ANTONIO<br>URB. METROPOLIS 2M-84 AVE. D<br>CAROLINA, PR 00987 | 93007 | PUERTO RICO ELECTRIC POWER AUTHORITY | $2,363.00 | COMMONWEALTH OF PUERTO RICO | $2,363.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim and/or supporting documentation provided includes documentation related to tax refunds for the claim, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | RODRIGUEZ TORRES, JOSEY<br>609 AVENIDA TITO CASTRO<br>STE 102 PMB 504<br>PONCE, PR 00716 | 168512 | PUERTO RICO ELECTRIC POWER AUTHORITY | $2,387.00 | COMMONWEALTH OF PUERTO RICO | $2,387.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim and/or supporting documentation provided includes documentation related to tax refunds for the claim, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

TWO HUNDREDTH OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | NAME | CLAIM # | ASSERTED DEBTOR | CLAIM AMOUNT | CORRECTED DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | VIERA-PLANAS, GILBERTO<br>URB LOS ALMENDROS<br>760 CALLE RIACHUELO<br>PONCE, PR 00716 | 33984 | PUERTO RICO ELECTRIC POWER AUTHORITY | $2,671.32 | COMMONWEALTH OF PUERTO RICO | $2,671.32 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim and/or supporting documentation provided includes documentation related to tax refunds for the claim, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico