RECLAMANTE: TERESA SUAREZ VAZQUEZ
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 131402

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 3 de septiembre de 1992 hasta el 31 de julio de 2020 como MA. EDUC. ELEMENTAL 4-6 del Departamento de Educación de Puerto Rico – ELA.

| | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

TERESA SUAREZ VAZQUEZ
Nombre en letra de molde

*Teresa Suárez Vázquez* — 20 de octubre de 2020
Firma y fecha

RECLAMANTE: TERESA SUAREZ VAZQUEZ
DIRECCION: URB LAS MARÍAS N-1
JUANA DÍAZ PR 00795

NUMERO DE RECLAMACION: 131402

Fecha de presentacion (envio): 15 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 15 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA. EDUC. ELEMENTAL 4-6 desde 3 de septiembre del 1992 hasta el 31 de julio de 2020.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

TERESA SUAREZ VAZQUEZ
Nombre en letra de molde

*Teresa Suárez Vázquez* 20 de octubre de 2020
Firma y fecha

## REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: TERESA SUAREZ VAZQUEZ
Direccion Postal: URB LAS MARÍAS N-1
JUANA DÍAZ PR 00795

Teléfono contacto: Res. _____ Cel. 787- 900-2229

II. EPIGRAFE
    A. Secretaria (Clerk's Office)
       Tribunal de Distrito de los Estados Unidos
       Room 150 Federal Building
       San Juan, Puerto Rico 00918-1767
    B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
    C. Numero de Procedimiento: 17 BK 3283 – LTS
    D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
       Número de las evidencias por reclamo:

       Ley 124 – Julio 1973 – Aumento de Sueldo
       Ley 89 – Julio 1979 – Retribución Uniforme
       Ley 89 – Julio 1995 – Romerazo
       Ley 134 – Julio 1996 – Aportación Acumulado Retiro
       Ley 96 – Julio 2002 – Aumento de Sueldo
       Ley 164 – Julio 2003 – Aumento de Sueldo
       Ley 164 – Enero 2004 – Gob. Sila M. Calderón
       Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

       Ley 124 – Julio 1973 – Aumento de Sueldo
       Ley 89 – Julio 1979 – Retribución Uniforme
       Ley 89 – Julio 1995 – Romerazo
       Ley 134 – Julio 1996 – Aportación Acumulado Retiro
       Ley 96 – Julio 2002 – Aumento de Sueldo
       Ley 164 – Julio 2003 – Aumento de Sueldo
       Ley 164 – Enero 2004 – Gob. Sila M. Calderón
       Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 3 de septiembre de 1992 hasta el 31 de julio de 2020. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

TERESA SUAREZ VAZQUEZ
Nombre en letra de molde

*Teresa Suárez Vázquez*
Firma



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

14 de octubre de 2020

A quien pueda interesar:

Certifico que **TERESA SUAREZ VAZQUEZ**, número de seguro social **XXX-XX-8086** laboró en nuestra Agencia desde **3 de septiembre de 1992** al **31 de julio de 2020**.

Ocupó puesto en calidad de **MA. EDUC. NIVEL ELEMENTAL (4-6)** en **RUTHFORD B HAYES (SIGLO 21)**, **Oficina Regional Educativa de PONCE** y devengó un salario de **$2,821.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



PRIORITY MAIL 1-DAY®

0 Lb 2.30 Oz
1005

EXPECTED DELIVERY DAY: 10/22/20

SHIP TO:
San Juan PR 00918

USPS TRACKING® NUMBER

9505 5114 1102 0295 2948 43

FROM:
Teresa Suárez Vázquez
Urb. Las Marías N-1
Juana Díaz, P.R.
00795

TO:
Clerk's Office
United State Distric Court
Room 150 Federal Court Building
San Juan, P.R. 00918-1767

- Date of delivery
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.
* Domestic only

To schedule free Package Pickup, scan the QR code.




PS00001000014
EP14F Oct 2018
OD: 12 1/2 x 9 1/2
USPS.COM/PICKUP