## <u>Exhibit A</u>

**Schedule of Claims to Be Set for Hearing**

# N/A – Currently, the Debtor does not anticipate setting any claims from the Two Hundred Eighteenth Omnibus Objection for hearing at the November 20, 2020 Satellite Hearing.