## **Exhibit B**

**Schedule of Claims to Be Disallowed via Notice of Presentment**

Two Hundred and Eighteenth Omnibus Objection
Exhibit B - Schedule of Duplicate + No Liability Bond Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | FIRST BALLANTYNE LLC AND AFFILIATES<br>C/O MICHAEL JOHNSON<br>13950 BALLANTYNE CORPORATE PLACE<br>SUITE 185<br>CHARLOTTE, NC 28277 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22231 | $ 1,615,000.00 |

Reason: Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interest in note(s) that are already matured, for which bondholders have received their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Claimant also asserts, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | TOTAL | $ 1,615,000.00 |