**Exhibit C**

**Schedule of Claims with Undeliverable Addresses**

Two Hundred and Eighteenth Omnibus Objection
Exhibit C - Schedule of Duplicate + No Liability Bond Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COOPERATIVA DE AHORRO Y CREDITO DE HATILLO<br>ATTN: LUIS GERENA RUIZ<br>EDIFICIO GREGORIO PADILLA<br>AVE. PABLO J. AGUILAR #76<br>HATILLO, PR 00659 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50870 | $ 1,502,948.27 |

Reason: Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Claimant also asserts, in part, liability associated with bond(s) issued by the Puert Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | TOTAL | $ 1,502,948.27 |