## Exhibit B

**Schedule of Claims to Be Disallowed via Notice of Presentment**

## TWO HUNDRED TWENTIETH OMNIBUS OBJECTION

### Exhibit B – Satisfied Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BAEZ DIAZ, MICHAEL<br>39 VIRGINIA STREET<br>SPRINGFIELD, MA 01108 | 4/9/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4310 | $150.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full | | | | | |
| 2 | CAROLINA SHOPPING COURT, INC.<br>Legal Partners, PSC<br>Juan M. Suarez Cobo, Box 316, Senorial Station<br>USDCPR-211010<br>San Juan, PR 00926 | 5/23/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 19611 | $330,359.19 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full | | | | | |
| 3 | COMISION DE ENERGIA DE PUERTO RICO<br>Edificio World Plaza<br>268 Ave. Muñoz Rivera, Suite 702<br>San Juan, PR 00918 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 28764 | $2,900,000.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full | | | | | |
| 4 | CRG ENGINEERING CORP<br>Urb. Estancias del Golf #212<br>Ponce, PR 00730 | 5/25/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 21181 | $329,511.25 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full | | | | | |
| 5 | DEPARTMENT OF NATURAL AND ENVIRONMENT RESOURCES<br>PO Box 366147<br>San Juan, PR 00936 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 36223 | $22,431.45 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full | | | | | |
| 6 | FALK, MINDY<br>14260 Vista Hills Drive<br>Lakeside, CA 92040 | 4/18/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 5785 | $118.24 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full | | | | | |
| 7 | INDUSTRIAL CHEMICALS CORPORATION<br>G. Carlo-Altieri Law Offices<br>254 Calle San Jose, Third Floor<br>San Juan, PR 00901 | 5/24/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 20897 | $95,441.53 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full | | | | | |

TWO HUNDRED TWENTIETH OMNIBUS OBJECTION

Exhibit B – Satisfied Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | J & M DEPOT, INC.<br>Mayra Nieves<br>Directora de Finanzas<br>PO Box 29427<br>San Juan, PR 00929 | 5/25/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 15564 | $1,019.16 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full | | | | | |
| 9 | LA QUINTA SHOPPING CENTER, CORP.<br>Hector Figueroa Vicenty<br>310 San Francisco Street<br>San Juan, PR 00901 | 11/20/2017 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 271 | $8,063.28 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full | | | | | |
| 10 | ROSA MARTINEZ, AGAPITO<br>Urb. Gran Vista 2<br>9 Plaza 1<br>Gurabo, PR 00778-5053 | 5/25/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 34182 | $540.39 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full | | | | | |
| 11 | RUBBER & GASKET CO OF PR<br>381 ANGEL BOUNOMO ST<br>SAN JUAN, PR 00918-1308 | 5/15/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 14040 | $2,789.50 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full | | | | | |
| 12 | SM ELECTRICAL CONTRACTO<br>AVE SAN CRISTOBAL 3006<br>COTTO LAUREL<br>PONCE, PR 00731 | 5/15/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 31105 | $240,390.55 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full | | | | | |
| 13 | U.S. DEPARTMENT OF THE INTERIOR, U.S. GEOLOGICAL SURVEY<br>PO Box 71362<br>Philadelphia, PA 19176-1362 | 5/7/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 13032 | $171,701.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full | | | | | |