## Exhibit A

**Schedule of Claims to Be Set for Hearing**

Two Hundred and Second Omnibus Objection
Exhibit A - Schedule of No Liability Bond Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | SANTOS DIAZ, HECTOR<br>URB EL ROCIO<br>37 CALLE LIMONCILLO<br>CAYEY, PR00736-4880 | 2/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1337 | $ 106,991.31 |

Reason: Claim purports to assert liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | | | | | TOTAL | $ 106,991.31 |