## **Exhibit B**

**Schedule of Claims to Be Disallowed via Notice of Presentment**

Two Hundred and Second Omnibus Objection
Exhibit B - Schedule of No Liability Bond Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | JORGE L. IRIZARRY DOMINICCI Y MARIAN I. ROIG FRANCESCHINI<br>URB. PUNTO ORO 4447 CALLE EL ANGEL<br>PONCE, PR 00728-2048 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36574 | Undetermined* |
| | Reason: Claim purports to assert liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. | | | | | |
| 2 | LIMARDO SANCHEZ, ABNER<br>CALLE BRASIL B10 GARDENVILLE<br>GUAYNABO, PR 00966-2023 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11124 | Undetermined* |
| | Reason: Claim purports to assert liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. | | | | | |
| 3 | MERLY PEREZ, ANGEL<br>PO BOX 366313<br>SAN JUAN, PR 00936-6313 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79785 | $ 161,179.50 |
| | Reason: Claim purports to assert liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. | | | | | |
| | | | | | TOTAL | $ 161,179.50* |

\* Indicates claim contains unliquidated and/or undetermined amounts