## **Exhibit B**

**Schedule of Claims to Be Disallowed via Notice of Presentment**

## Two Hundred and Sixth Omnibus Objection
### Exhibit B - Schedule of Cross Debtor Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | NATIONAL BUILDING MAINTENANCE CORP 1350 EUCLID AVENUE SUITE 1600 CLEVELAND, OH 44115 | 05/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 27969 | $ 334,021.00 | NATIONAL BUILDING MAINTENANCE CORP. 1350 EUCLID AVENUE,SUITE 1600 CLEVELAND, OH 44115 | 05/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 28252 | $ 334,021.00 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 2 | NATIONAL BUILDING MAINTENANCE CORP. 1350 EUCLID AVENUE, SUITE 1600 CLEVELAND, OH 44115 | 05/29/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 27697 | $ 334,021.00 | NATIONAL BUILDING MAINTENANCE CORP. 1350 EUCLID AVENUE,SUITE 1600 CLEVELAND, OH 44115 | 05/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 28252 | $ 334,021.00 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 3 | RODRIGUEZ TORRES, JOSEY 609 AVENIDA TITO CASTRO STE 102 PMB 504 PONCE, PR 00716 | 04/13/19 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 168508 | $ 2,387.00 | RODRIGUEZ TORRES, JOSEY 609 AVENIDA TITO CASTRO STE 102 PMB 504 PONCE, PR 00716 | 04/13/19 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 168457 | $ 2,387.00 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 4 | RODRIGUEZ TORRES, JOSEY 609 AVENIDA TITO CASTRO STE 102, PMB 504 PONCE, PR 00716 | 04/13/19 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 168510 | $ 2,387.00 | RODRIGUEZ TORRES, JOSEY 609 AVENIDA TITO CASTRO STE 102 PMB 504 PONCE, PR 00716 | 04/13/19 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 168457 | $ 2,387.00 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |