## Exhibit A

**Schedule of Claims to Be Set for Hearing**

## TWO HUNDRED TWENTY-SECOND OMNIBUS OBJECTION

### Exhibit A – Bondholder No Liability to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | JILL FEDER, JEFFREY FEDER MEL FEDER JT TEN<br>Attn: Mel Feder<br>612 Woodmere Blvd<br>Woodmere, NY  11598 | 3/26/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4692 | $5,625.00 |

Reason: Claimant asserts liabilities associated with bonds issued by PREPA that claimants held at one time, but sold their position. Because claimant sold their bonds they purport to assert, they no longer have any right to payment from PREPA in respect of bonds issued by PREPA and accordingly, have no claim against PREPA for alleged unpaid interest and/or loss on investment.

\* - Indicates claim contains unliquidated and/or undetermined amounts.