# Exhibit B

## Schedule of Claims to Be Disallowed via Notice of Presentment

TWO HUNDRED TWENTY-SECOND OMNIBUS OBJECTION

Exhibit B – Bondholder No Liability to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CIURO REYES, NELSON<br>URB PORTAL DE LOS PINOS<br>D63 CALLE 2<br>SAN JUAN, PR 00926 | 5/28/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 24918 | $39,131.47 |
| | Reason: Claimant asserts liabilities associated with bonds issued by PREPA that claimants held at one time, but sold their position. Because claimant sold their bonds they purport to assert, they no longer have any right to payment from PREPA in respect of bonds issued by PREPA and accordingly, have no claim against PREPA for alleged unpaid interest and/or loss on investment. | | | | | |
| 2 | CIURO, NELSON<br>URB PORTAL DE LOS PINOS<br>D63 CALLE 2<br>SAN JUAN, PR 00926 | 5/31/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 19740 | $3,643.66 |
| | Reason: Claimant asserts liabilities associated with bonds issued by PREPA that claimants held at one time, but sold their position. Because claimant sold their bonds they purport to assert, they no longer have any right to payment from PREPA in respect of bonds issued by PREPA and accordingly, have no claim against PREPA for alleged unpaid interest and/or loss on investment. | | | | | |
| 3 | DEL PRADO ESCOBAR MD, RAMON<br>PO BOX 7505<br>PONCE, PR 00732 | 5/22/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 23738 | $24,587.57 |
| | Reason: Claimant asserts liabilities associated with bonds issued by PREPA that claimants held at one time, but sold their position. Because claimant sold their bonds they purport to assert, they no longer have any right to payment from PREPA in respect of bonds issued by PREPA and accordingly, have no claim against PREPA for alleged unpaid interest and/or loss on investment. | | | | | |
| 4 | FARRANT JR, JAMES<br>Apt 502 Calle Ebano I-7<br>Guaynabo, PR 00968-3134 | 4/30/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 9782 | $20,980.92 |
| | Reason: Claimant asserts liabilities associated with bonds issued by PREPA that claimants held at one time, but sold their position. Because claimant sold their bonds they purport to assert, they no longer have any right to payment from PREPA in respect of bonds issued by PREPA and accordingly, have no claim against PREPA for alleged unpaid interest and/or loss on investment. | | | | | |
| 5 | MAY, FRANCOIS AND MATTHEW JTWROS<br>7310 Rindge Avenue<br>Playa del Rey, CA 90293 | 4/4/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 6348 | $11,617.65 |
| | Reason: Claimant asserts liabilities associated with bonds issued by PREPA that claimants held at one time, but sold their position. Because claimant sold their bonds they purport to assert, they no longer have any right to payment from PREPA in respect of bonds issued by PREPA and accordingly, have no claim against PREPA for alleged unpaid interest and/or loss on investment. | | | | | |

### TWO HUNDRED TWENTY-SECOND OMNIBUS OBJECTION
Exhibit B – Bondholder No Liability to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | OTTO MIGUEL BUSTELO GARREIA, JUANA MARIA ARRECHEA TARRANAGA<br>613 PONCE DE LEON AVE APT 903<br>SAN JUAN, PR 00907-3160 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 47593 | $6,050.00 |
| | Reason: Claimant asserts liabilities associated with bonds issued by PREPA that claimants held at one time, but sold their position. Because claimant sold their bonds they purport to assert, they no longer have any right to payment from PREPA in respect of bonds issued by PREPA and accordingly, have no claim against PREPA for alleged unpaid interest and/or loss on investment. | | | | | |
| 7 | OTTO MIGUEL BUSTELO GARRIGA & JUANA MARIA ARRECHEA LANANAGA<br>Cond Water View Mans Apt 903<br>613 Ponce De Leon Ave<br>San Juan, PR 00907-3100 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 41281 | $6,050.00 |
| | Reason: Claimant asserts liabilities associated with bonds issued by PREPA that claimants held at one time, but sold their position. Because claimant sold their bonds they purport to assert, they no longer have any right to payment from PREPA in respect of bonds issued by PREPA and accordingly, have no claim against PREPA for alleged unpaid interest and/or loss on investment. | | | | | |
| 8 | OTTO MIGUEL BUSTELO GARRIGA & JUANA MARIA ARRECHEA LARRIAGA<br>613 PONCE DE LEON AVE<br>APT. 903<br>SAN JUAN, PR 00907-3160 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 47921 | $45,107.31 |
| | Reason: Claimant asserts liabilities associated with bonds issued by PREPA that claimants held at one time, but sold their position. Because claimant sold their bonds they purport to assert, they no longer have any right to payment from PREPA in respect of bonds issued by PREPA and accordingly, have no claim against PREPA for alleged unpaid interest and/or loss on investment. | | | | | |
| 9 | OTTO MIGUEL BUSTELO GARRIGA, JUANA MARIA ARRECHEA<br>613 Ponce de Leon Ave.,Apt 903<br>San Juan, PR 00907-3160 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 41215 | $45,107.31 |
| | Reason: Claimant asserts liabilities associated with bonds issued by PREPA that claimants held at one time, but sold their position. Because claimant sold their bonds they purport to assert, they no longer have any right to payment from PREPA in respect of bonds issued by PREPA and accordingly, have no claim against PREPA for alleged unpaid interest and/or loss on investment. | | | | | |
| 10 | PETER COLLOTTA & DARLA WITMER<br>PO Box 594<br>Stowe, VT 05672 | 4/30/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 9641 | $13,162.00 |
| | Reason: Claimant asserts liabilities associated with bonds issued by PREPA that claimants held at one time, but sold their position. Because claimant sold their bonds they purport to assert, they no longer have any right to payment from PREPA in respect of bonds issued by PREPA and accordingly, have no claim against PREPA for alleged unpaid interest and/or loss on investment. | | | | | |

TWO HUNDRED TWENTY-SECOND OMNIBUS OBJECTION

Exhibit B – Bondholder No Liability to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | ROMERO LOPEZ, LUIS R<br>P.O. Box 577<br>Isabela, PR  00662 | 5/2/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 8369 | $73,986.25 |
| | Reason: Claimant asserts liabilities associated with bonds issued by PREPA that claimants held at one time, but sold their position. Because claimant sold their bonds they purport to assert, they no longer have any right to payment from PREPA in respect of bonds issued by PREPA and accordingly, have no claim against PREPA for alleged unpaid interest and/or loss on investment. | | | | | |
| 12 | SHAKIN, ERIC<br>600 northern blvd<br>suite 216<br>great neck, NY  11021 | 3/17/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 1808 | $45,739.00 |
| | Reason: Claimant asserts liabilities associated with bonds issued by PREPA that claimants held at one time, but sold their position. Because claimant sold their bonds they purport to assert, they no longer have any right to payment from PREPA in respect of bonds issued by PREPA and accordingly, have no claim against PREPA for alleged unpaid interest and/or loss on investment. | | | | | |