## **Exhibit B**

**Schedule of Claims to Be Modified via Notice of Presentment**

Two Hundred and Seventh Omnibus Objection
Exhibit B - Schedule of Incorrect Debtor Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS<br>GARRETT A. NAIL<br>TWO ALLIANCE CENTER<br>3560 LENOX ROAD, SUITE 1600<br>ATLANTA, GA 30326 | 75872 | Puerto Rico Highways and Transportation Authority | Unsecured | $10,169.73 | Puerto Rico Electric Power Authority | Unsecured | $10,169.73 |
| | Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 2 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS<br>GARRETT A. NAIL<br>TWO ALLIANCE CENTER<br>3560 LENOX ROAD, SUITE 1600<br>ATLANTA, GA 30326 | 81938 | Commonwealth of Puerto Rico | 503(b)(9) | $572.50 | Puerto Rico Electric Power Authority | 503(b)(9) | $572.50 |
| | | | Commonwealth of Puerto Rico | Unsecured | $9,597.23 | Puerto Rico Electric Power Authority | Unsecured | $9,597.23 |
| | | | | Subtotal | $10,169.73 | | Subtotal | $10,169.73 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 3 | MORALES-LARA, CARLOS<br>DL-8 VIA EMILIA<br>VILLA FONTANA<br>CAROLINA, PR 00983 | 167964 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 4 | P.D.C.M. ASSOCIATES, S.E.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 29610 | Commonwealth of Puerto Rico | Unsecured | $214,604.27 | Puerto Rico Electric Power Authority | Unsecured | $214,604.27 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 5 | PUERTO RICO WIRE GROUP<br>CORUJO INDUSTRIAL PARK<br>ROAD 866<br>BAYAMON, PR 00961 | 47423 | Commonwealth of Puerto Rico | Administrative | $0.00 | Puerto Rico Electric Power Authority | Administrative | $0.00 |
| | | | Commonwealth of Puerto Rico | Unsecured | $3,563.00 | Puerto Rico Electric Power Authority | Unsecured | $3,563.00 |
| | | | | Subtotal | $3,563.00 | | Subtotal | $3,563.00 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Seventh Omnibus Objection

Exhibit B - Schedule of Incorrect Debtor Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | RUCKER, JOHNNIE<br>115 AVE. ELEANOR ROOSEVELT, SUITE 102<br>SAN JUAN, PR 00918 | 5656 | Commonwealth of Puerto Rico | Unsecured | $200.00 | Puerto Rico Electric Power Authority | Unsecured | $200.00 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | WISCOVITCH-RENTAS, NOREEN<br>400 CALLE JUAN CALAF, PMB 136<br>SAN JUAN, PR 00918 | 166294 | Commonwealth of Puerto Rico | Unsecured | $93.20 | Puerto Rico Electric Power Authority | Unsecured | $93.20 |
| | | | TOTAL | | $ 238,799.93* | TOTAL | | $ 238,799.93* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

\* Indicates claim contains unliquidated and/or undetermined amounts