## Exhibit C

**Schedule of Claims with Undeliverable Addresses**

Case:17-03283-LTS   Doc#:14881-3   Filed:10/23/20   Entered:10/23/20 14:47:45   Desc:
Exhibit C   Page 1 of 2

Two Hundred and Seventh Omnibus Objection

Exhibit C - Schedule of Incorrect Debtor Claims with Undeliverable Addresses

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | ROCHE MALDONADO, DAMASO E DBA BAIROA EXTERMINATING SERVICES PO BOX 7954 CAGUAS, PR 00726 | 40536 | Commonwealth of Puerto Rico | Unsecured | $33,588.45 | Puerto Rico Electric Power Authority | Unsecured | $33,588.45 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | TOTAL | | $ 33,588.45 | TOTAL | | $ 33,588.45 |
|---|---|---|---|---|---|---|