**Exhibit B**

**Schedule of Claims to Be Modified via Notice of Presentment**

Case:17-03283-LTS   Doc#:14882-2   Filed:10/23/20   Entered:10/23/20 14:50:17   Desc:
Exhibit B   Page 1 of 3

Two Hundred and Twenty-Third Omnibus Objection
Exhibit B - Schedule of Incorrect Debtor Bond Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | BUSIGO CIFRE, DONALD HC 8 BOX 2551 SABANA GRANDE, PR 00637 | 31084^ | Commonwealth of Puerto Rico | Unsecured | $200,000.00 | Commonwealth of Puerto Rico | Unsecured | $25,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $175,000.00 |
| | | | | | | Subtotal | | $200,000.00 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

^ Claim also appears on "Exhibit A - Incorrect Debtor Bond Claims" of the Two Hundred and Twenty-Third Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| 2 | EDELSTEIN, HANNA 9425 CLUBLANDS DRIVE JOHNS CREEK, GA 30022 | 3667^ | Commonwealth of Puerto Rico | Unsecured | $52,701.00* | Commonwealth of Puerto Rico | Unsecured | $27,685.00* |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $25,016.00* |
| | | | | | | Subtotal | | $52,701.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

^ Claim also appears on "Exhibit A - Incorrect Debtor Bond Claims" of the Two Hundred and Twenty-Third Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Sixth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| 3 | LLOMPART, SUCESION JUAN EXT VILLA CAPARRA D22 CALLE ROMA GUAYNABO, PR 00969 | 36761^ | Commonwealth of Puerto Rico | Unsecured | $330,000.00 | Commonwealth of Puerto Rico | Unsecured | $230,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $100,000.00 |
| | | | | | | Subtotal | | $330,000.00 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Incorrect Debtor Bond Claims" of the Two Hundred and Twenty-Third Omnibus Objection

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| 4 | MARIA ANTONUCCI, SHIRLEY 1172 VIA DELLA COSTRELLA HENDERSON, NV 89011 | 172971^ | Commonwealth of Puerto Rico | Unsecured | $195,000.00 | Commonwealth of Puerto Rico | Unsecured | $145,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $50,000.00 |
| | | | | | | Subtotal | | $195,000.00 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

^ Claim also appears on "Exhibit A - Incorrect Debtor Bond Claims" of the Two Hundred and Twenty-Third Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection

* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Twenty-Third Omnibus Objection

Exhibit B - Schedule of Incorrect Debtor Bond Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 5 | MORET RIVERA, ADALBERTO E. 88 CALLE COLON AGUADA, PR 00602 | 16866^ | Commonwealth of Puerto Rico | Secured | $358,133.29 | Commonwealth of Puerto Rico | Secured | $311,569.04 |
| | | | | | | Puerto Rico Electric Power Authority | Secured | $46,564.25 |
| | | | | | | | Subtotal | $358,133.29 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

^ Claim also appears on "Exhibit A - Incorrect Debtor Bond Claims" of the Two Hundred and Twenty-Third Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Sixth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Thirtieth Omnibus Objection

| | | TOTAL | | | $ 1,135,834.29* | TOTAL | | $ 1,135,834.29* |

* Indicates claim contains unliquidated and/or undetermined amounts