# Exhibit B

## Schedule of Claims to Be Modified via Notice of Presentment

Two Hundred and Twenty-Fifth Omnibus Objection
Exhibit B - Schedule of Duplicate Bond Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | ANDREW P. DAVIS & JESSICA G. DAVIS, TRUSTEES V/A 8/18/15: ANDREW P. DAVIS 2015 GRAT 1 333 WEST END AVE (#4B) NEW YORK, NY 10023 | 3046^ | Commonwealth of Puerto Rico | Secured | Undetermined* | Commonwealth of Puerto Rico | Secured | Undetermined* |
| | | | | Unsecured | $160,000.00* | Commonwealth of Puerto Rico | Unsecured | $95,000.00* |
| | | | | Subtotal | $160,000.00* | | Subtotal | $95,000.00* |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Fourth Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection

| 2 | CAMARA WEINRICH , EUGENE URB BUENA VISTA ALOIA ST # 1433 PONCE, PR 00717 | 11330^ | Commonwealth of Puerto Rico | Unsecured | $530,000.00 | Commonwealth of Puerto Rico | Unsecured | $150,000.00 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also asserts, in part, liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Sixth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| 3 | CINTRON VILLARONGA, JOSE R 605 CONDADO,STE 602 SANTURCE, PR 00907 | 121884^ | Commonwealth of Puerto Rico | Unsecured | $255,000.00 | Commonwealth of Puerto Rico | Unsecured | $90,000.00 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Seventh Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| 4 | DHEIN, IRENE A 940 POLK LANE CLEVELAND, WI 53015 | 5850^ | Commonwealth of Puerto Rico | Unsecured | $51,262.90 | Commonwealth of Puerto Rico | Unsecured | $46,012.90 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Twenty-Fifth Omnibus Objection
Exhibit B - Schedule of Duplicate Bond Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | EDWARD F. AUL, JR. & MARGARET A. DEUTSCH (JT TEN) 2407 HONEYSUCKLE ROAD CHAPEL HILL, NC 27514 | 29343^ | Commonwealth of Puerto Rico | Unsecured | $235,000.00 | Commonwealth of Puerto Rico | Unsecured | $200,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Fourth Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | ESTATE OF CARLOS A. QUILICHINI ROIG PO BOX 9020895 SAN JUAN, PR 00902-0895 | 23840^ | Commonwealth of Puerto Rico | Secured | $362,940.00 | Commonwealth of Puerto Rico | Secured | $212,934.75 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Fourth Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Seventh Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | GOLDSTEIN, SYLVIA 8 EAST NORMANDY DRIVE WEST HARTFORD, CT 06107 | 10954^ | Commonwealth of Puerto Rico | Unsecured | $1,290,000.00 | Commonwealth of Puerto Rico | Unsecured | $990,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | GONZALEZ MORALES, SANTOS COOPERATIVA DE AHORRO Y CREDITO CUPEY ALTO RR 17 BOX 11100 SAN JUAN, PR 00926-9483 | 59428^ | Commonwealth of Puerto Rico | Secured | $1,200,000.00 | Commonwealth of Puerto Rico | Secured | $200,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection

\* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Twenty-Fifth Omnibus Objection
Exhibit B - Schedule of Duplicate Bond Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | JESSICA G. DAVIS & ANDREW P. DAVIS, TRUSTEES U/A 8/18/15: JESSICA G. DAVIS 2015 GRAT 1 333 WEST END AVE (#4B) NEW YORK, NY 10023 | 6447^ | Commonwealth of Puerto Rico | Secured | Undetermined* | Commonwealth of Puerto Rico | Secured | Undetermined* |
| | | | | Unsecured | $155,000.00* | Commonwealth of Puerto Rico | Unsecured | $75,000.00* |
| | | | | Subtotal | $155,000.00* | | Subtotal | $75,000.00* |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Fourth Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | MARIA ANTONUCCI, SHIRLEY 1172 VIA DELLA COSTRELLA HENDERSON, NV 89011 | 172971^ | Commonwealth of Puerto Rico | Unsecured | $145,000.00 | Commonwealth of Puerto Rico | Unsecured | $75,000.00 |
| | | | Puerto Rico Electric Power Authority | Unsecured | $50,000.00 | Puerto Rico Electric Power Authority | Unsecured | $50,000.00 |
| | | | | Subtotal | $195,000.00 | | Subtotal | $125,000.00 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Incorrect Debtor Bond Claims" of the Two Hundred and Twenty-Third Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | MORET RIVERA, ADALBERTO E. 88 CALLE COLON AGUADA, PR 00602 | 16866^ | Commonwealth of Puerto Rico | Secured | $311,569.04 | Commonwealth of Puerto Rico | Secured | $304,278.86 |
| | | | Puerto Rico Electric Power Authority | Secured | $46,564.25 | Puerto Rico Electric Power Authority | Secured | $46,564.25 |
| | | | | Subtotal | $358,133.29 | | Subtotal | $350,843.11 |

Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

^ Claim also appears on "Exhibit A - Incorrect Debtor Bond Claims" of the Two Hundred and Twenty-Third Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Sixth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Thirtieth Omnibus Objection

* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Twenty-Fifth Omnibus Objection
Exhibit B - Schedule of Duplicate Bond Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | NOVO PORTO LLC<br>342 CALLE SAN LUIS, STE 201<br>SAN JUAN, PR 00920 | 1992^ | Commonwealth of Puerto Rico | Unsecured | $335,000.00 | Commonwealth of Puerto Rico | Unsecured | $35,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Fourth Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Seventh Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | OCASIO-ESTEBAN, RAFAEL<br>185 CANDELERO DR. APT 613<br>HUMACAO, PR 00791 | 32623^ | Commonwealth of Puerto Rico | Secured | $98,248.35 | Commonwealth of Puerto Rico | Secured | $90,368.33 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Sixth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Thirtieth Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | SNYDER DE LA VEGA, ERIC<br>COND LAS OLAS 1503<br>AVE ASHFORD APT 15 A<br>SAN JUAN, PR 00911-1136 | 13363^ | Commonwealth of Puerto Rico | Unsecured | $50,000.00 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | STILLMAN, ROBERT<br>RAFAEL OJEDA-DIEZ ESQ.<br>PO BOX 9023392<br>SAN JUAN, PR 00902-3392 | 23486^ | Commonwealth of Puerto Rico | Unsecured | $1,335,000.00 | Commonwealth of Puerto Rico | Unsecured | $75,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection

* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Twenty-Fifth Omnibus Objection
Exhibit B - Schedule of Duplicate Bond Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 16 | VAZQUEZ OLIVENCIA, WILFREDO<br>2225 PONCE BYPASS #909<br>PONCE, PR 00717 | 19767^ | Commonwealth of Puerto Rico | Secured | $85,000.00 | Commonwealth of Puerto Rico | Secured | $55,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 17 | WILLIAM SHAKIN IRREVOCABLE TRUST<br>JEFFERY L SHAKIN<br>9 TATEM WAY<br>OLD WESTBURY, NY 11568 | 8472^ | Commonwealth of Puerto Rico | Unsecured | $627,490.47 | Commonwealth of Puerto Rico | Unsecured | $606,843.76 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | | | TOTAL | | $ 7,276,510.76* | TOTAL | | $ 3,360,438.60* |

* Indicates claim contains unliquidated and/or undetermined amounts