# Exhibit A

## Schedule of Claims to Be Set for Hearing

Case:17-03283-LTS Doc#:14887-1 Filed:10/23/20 Entered:10/23/20 15:02:39 Desc: Exhibit A Page 1 of 2

Two Hundred and Twenty-Seventh Omnibus Objection
Exhibit A - Schedule of Bondholder No Liability Claims to be Set for Hearing

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CHINEA BONILA, EUGENIO<br>URB. PINERO<br>CALLE ALHAMBRA #109<br>SAN JUAN, PR 00917-3129 | 12827^ | Commonwealth of Puerto Rico | Unsecured | $683,841.27 | Commonwealth of Puerto Rico | Unsecured | $198,536.07 |

Reason: Claimant asserts liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Seventh Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | | | | TOTAL | $ 683,841.27 | TOTAL | | $ 198,536.07 |