# Exhibit B

## Schedule of Claims to Be Modified via Notice of Presentment

Two Hundred and Twenty-Seventh Omnibus Objection
Exhibit B - Schedule of Bondholder No Liability Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CINTRON VILLARONGA, JOSE R<br>605 CONDADO, STE 602<br>SANTURCE, PR 00907 | 121884^ | Commonwealth of Puerto Rico | Unsecured | $90,000.00 | Commonwealth of Puerto Rico | Unsecured | $45,000.00 |

Reason: Claimant asserts liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Seventh Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ESTATE OF CARLOS A. QUILICHINI ROIG<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 23840^ | Commonwealth of Puerto Rico | Secured | $212,934.75 | Commonwealth of Puerto Rico | Secured | $20,000.00 |

Reason: Claimant asserts liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Fourth Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Seventh Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | NOVO PORTO LLC<br>342 CALLE SAN LUIS, STE 201<br>SAN JUAN, PR 00920 | 1992^ | Commonwealth of Puerto Rico | Unsecured | $35,000.00 | Commonwealth of Puerto Rico | Unsecured | $25,000.00 |

Reason: Claimant asserts liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Fourth Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Seventh Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | SANTOS MULERO SIERRA AND ELIZABETH GONZALEZ<br>SANTOS MULERO SIERRA<br>PO BOX 1143<br>JUNCOS, PR 00777 | 8765^ | Commonwealth of Puerto Rico | Secured | $325,000.00 | Commonwealth of Puerto Rico | Secured | $210,000.00 |

Reason: Claimant asserts liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Seventh Omnibus Objection

| | | | | TOTAL | $ 662,934.75 | TOTAL | | $ 300,000.00 |
|---|---|---|---|---|---|---|---|---|