## Exhibit A

### Schedule of Claims to Be Set for Hearing

One Hundred and Seventy-Third Omnibus Objection
Exhibit A - Schedule of Amended Claims to be Set for Hearing

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ORTIZ CASTRO, FELIX LUIS<br>P.O. BOX 1316<br>ARROYO, PR 00714 | 06/29/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 164442 | Undetermined* | ORTIZ CASTRO, FELIX L.<br>P.O. BOX 1316<br>ARROYO, PR 00714 | 10/15/19 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 171828 | Undetermined* |

Reason: Amended and superseded by a later filed Proof of Claim.

\* Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1