## Exhibit C

**Schedule of Claims with Undeliverable Addresses**

One Hundred and Seventy-Third Omnibus Objection
Exhibit C - Schedule of Amended Claims with Undeliverable Addresses

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | FELICIANO PABON, WIGBERTO<br>348 17 BARRIO<br>JUANA DIAZ, PR 00795 | 03/07/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 168242 | Undetermined* | FELICIANO PABON, WIGBERTO<br>HC-04 BOX 7972<br>JUANA DIAZ, PR 00795 | 05/14/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 168903 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | UNIVERSAL CARE CORPORATION<br>PO BOX 1051<br>SABANA SECA, PR 00951-1051 | 07/27/17 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 17 | $ 114,495.34 | UNIVERSAL CARE CORPORATION<br>PO BOX 1051<br>SABANA SECA, PR 00952-1051 | 05/23/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 19242 | $ 71,481.34 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts