## Exhibit B

**Schedule of Claims to Be Modified via Notice of Presentment**

Two Hundred and Twenty-Eighth Omnibus Objection
Exhibit B - Schedule of Bondholder No Liability Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BONNIN, JOSE M<br>2815 EL MONTE ST.<br>URB. EL MONTE<br>PONCE, PR 00717-1308 | 24844^ | Commonwealth of Puerto Rico | Secured | $265,000.00 | Commonwealth of Puerto Rico | Secured | $70,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | BOONIN, JOSE M.<br>2815 EL MONTE STREET URB. EL MONTE<br>PONCE, PR 00716-4837 | 34490^ | Commonwealth of Puerto Rico | Secured | $900,000.00 | Commonwealth of Puerto Rico | Secured | $450,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | BUONO ALBARRAN, IVELISSE<br>PO BOX 7293<br>PONCE, PR 00732-7293 | 15581^ | Commonwealth of Puerto Rico | Secured | $3,875,000.00 | Commonwealth of Puerto Rico | Secured | $3,825,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | BUSIGO CIFRE, DONALD<br>HC 8 BOX 2551<br>SABANA GRANDE, PR 00637 | 31084^ | Commonwealth of Puerto Rico | Unsecured | $25,000.00 | Commonwealth of Puerto Rico | Unsecured | $0.00 |
| | | | Puerto Rico Electric Power Authority | Unsecured | $175,000.00 | Puerto Rico Electric Power Authority | Unsecured | $175,000.00 |
| | | | | Subtotal | $200,000.00 | | Subtotal | $175,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

^ Claim also appears on "Exhibit A - Incorrect Debtor Bond Claims" of the Two Hundred and Twenty-Third Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | CAMARA WEINRICH, EUGENE<br>URB BUENA VISTA ALOIA ST # 1433<br>PONCE, PR 00717 | 11330^ | Commonwealth of Puerto Rico | Unsecured | $80,000.00 | Commonwealth of Puerto Rico | Unsecured | $65,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Sixth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

* Indicates claim contains unliquidated and/or undetermined amounts

Case:17-03283-LTS   Doc#:14890-2   Filed:10/23/20   Entered:10/23/20 15:05:29   Desc:
Exhibit B   Page 3 of 6

Two Hundred and Twenty-Eighth Omnibus Objection
Exhibit B - Schedule of Bondholder No Liability Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 6 | CINTRON VILLARONGA, JOSE R
605 CONDADO, STE 602
SANTURCE, PR 00907 | 121884^ | Commonwealth of Puerto Rico | Unsecured | $45,000.00 | Commonwealth of Puerto Rico | Unsecured | $40,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Seventh Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | DHEIN, IRENE A
940 POLK LANE
CLEVELAND, WI 53015 | 5850^ | Commonwealth of Puerto Rico | Unsecured | $46,012.90 | Commonwealth of Puerto Rico | Unsecured | $36,012.90 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | DSP PROPERTIES PARTNERSHIP
6345 SMITH RD
BELLVILLE, TX 77418-8304 | 6545^ | Commonwealth of Puerto Rico | Unsecured | $26,334.13 | Commonwealth of Puerto Rico | Unsecured | $21,074.95 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | EDELSTEIN, HANNA
9425 CLUBLANDS DRIVE
JOHNS CREEK, GA 30022 | 3667^ | Commonwealth of Puerto Rico | Unsecured | $19,954.00* | Commonwealth of Puerto Rico | Unsecured | $18,579.00* |
| | | | Puerto Rico Electric Power Authority | Unsecured | $25,016.00* | Puerto Rico Electric Power Authority | Unsecured | $25,016.00* |
| | | | | Subtotal | $44,970.00* | | Subtotal | $43,595.00* |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Incorrect Debtor Bond Claims" of the Two Hundred and Twenty-Third Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Sixth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Twenty-Eighth Omnibus Objection
Exhibit B - Schedule of Bondholder No Liability Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | EDWARD F. AUL, JR. & MARGARET A. DEUTSCH (JT TEN)<br>2407 HONEYSUCKLE ROAD<br>CHAPEL HILL, NC 27514 | 29343^ | Commonwealth of Puerto Rico | Unsecured | $200,000.00 | Commonwealth of Puerto Rico | Unsecured | $100,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Fourth Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | MARIA DAVILA, CARMEN<br>PO BOX 801221<br>COTO LAUREL, PR 00780-1221 | 23760^ | Commonwealth of Puerto Rico | Secured | $95,000.00 | Commonwealth of Puerto Rico | Secured | $25,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interest in note(s) that are already matured, for which bondholders have received their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | MARISTANY, JOSEFINA<br>P.O. BOX 330185<br>PONCE, PR 00733 | 26835^ | Commonwealth of Puerto Rico | Secured | $1,170,000.00 | Commonwealth of Puerto Rico | Secured | $1,090,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | MORET RIVERA, ADALBERTO E.<br>88 CALLE COLON<br>AGUADA, PR 00602 | 16866^ | Commonwealth of Puerto Rico | Secured | $233,028.86 | Commonwealth of Puerto Rico | Secured | $227,873.61 |
| | | | Puerto Rico Electric Power Authority | Secured | $46,564.25 | Puerto Rico Electric Power Authority | Secured | $46,564.25 |
| | | | | Subtotal | $279,593.11 | | Subtotal | $274,437.86 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

^ Claim also appears on "Exhibit A - Incorrect Debtor Bond Claims" of the Two Hundred and Twenty-Third Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Sixth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Thirtieth Omnibus Objection

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | OCASIO-ESTEBAN, RAFAEL<br>185 CANDELERO DR. APT 613<br>HUMACAO, PR 00791 | 32623^ | Commonwealth of Puerto Rico | Secured | $89,741.78 | Commonwealth of Puerto Rico | Secured | $84,460.30 |

\* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Twenty-Eighth Omnibus Objection
Exhibit B - Schedule of Bondholder No Liability Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full. | | | | | | | |
| | ^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection<br>Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Sixth Omnibus Objection<br>Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection<br>Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Thirtieth Omnibus Objection | | | | | | | |
| 15 | OLSEN, JAMES E.<br>PILAR OLSEN MARISTANY EXECUTRIX OF JAMES' OLSEN ESTATE<br>8169 CALLE CONCORDIA STE. 404<br>PONCE, PR 00717 | 20652^ | Commonwealth of Puerto Rico | Secured | $20,000.00 | Commonwealth of Puerto Rico | Secured | $5,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| | ^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection | | | | | | | |
| 16 | PATTI, ANTHONY<br>1108 LAKEFIELD WALK<br>MARIETTA, GA 30064 | 1999^ | Commonwealth of Puerto Rico | Unsecured | $49,560.09 | Commonwealth of Puerto Rico | Unsecured | $11,337.45 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| | ^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection | | | | | | | |
| 17 | ROVIRA, GILDA P.<br>URB. EL MONDE. CALLE CUMBRE 3647<br>PONCE, PR 00716 | 119618^ | Commonwealth of Puerto Rico | Secured | $45,000.00* | Commonwealth of Puerto Rico | Secured | $15,000.00* |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| | ^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection | | | | | | | |
| 18 | VAZQUEZ OLIVENCIA, WILFREDO<br>2225 PONCE BYPASS #909<br>PONCE, PR 00717 | 19767^ | Commonwealth of Puerto Rico | Secured | $55,000.00 | Commonwealth of Puerto Rico | Secured | $15,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| | ^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection<br>Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Two Hundred and Twenty-Eighth Omnibus Objection
### Exhibit B - Schedule of Bondholder No Liability Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | WILLIAM SHAKIN IRREVOCABLE TRUST<br>JEFFERY L SHAKIN<br>9 TATEM WAY<br>OLD WESTBURY, NY 11568 | 8472^ | Commonwealth of Puerto Rico | Unsecured | $606,843.76 | Commonwealth of Puerto Rico | Unsecured | $591,356.41 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | | TOTAL | | $ 8,046,491.52* | TOTAL | | $ 6,890,710.62* |
|---|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts