# Exhibit B

**Schedule of Claims to Be Disallowed via Notice of Presentment**

One Hundred and Seventy-Seventh Omnibus Objection
Exhibit B - Schedule of Duplicate Bond Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BATEMAN, JOHN R.<br>5045 CASSANDRA WAY<br>RENO, NV 89523-1876 | 4/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7950 | Undetermined* |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 2 | BUSQUETS LLORENS, ANTONIO<br>SANTA MARIA<br>FERROCARRIL 611<br>PONCE, PR 00717 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3973 | $ 320,000.00 |
| | Reason: Claimant asserts, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 3 | COOPERATIVA A/C CAMUY<br>300 AVE BALTAZAR JIMENEZ MENDEZ<br>CAMUY, PR 00627 | 5/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24531 | $ 109,052.00 |
| | Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 4 | DOS SANTOS, MANUEL<br>PO BOX 3206<br>MAYAGUEZ, PR 00681 | 5/2/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 8234 | $ 20,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 5 | ESTATE OF, ENRIQUE DIAZ AQUINO AND BELIA ROLON MELENDEZ<br>CALLE 128 BY6<br>VALLE ARRIBA HEIGHTS<br>CAROLINA, PR 00983-3328 | 6/27/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 103703 | $ 4,303.65* |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 6 | GARCIA NAVARRETO, MARIBEL<br>1248 AVE. LUIS VIGOREAUX<br>APT. 504<br>GUAYNABO, PR 00966-2320 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51373 | $ 50,000.00 |
| | Reason: Claimant asserts liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Seventy-Seventh Omnibus Objection
Exhibit B - Schedule of Duplicate Bond Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | GOLDSCHMIDT, WILLIAM<br>755 HOLLIS RD<br>HOLLIS, ME 04042 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2247 | $ 185,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 8 | LUIS A. VASQUEZ, INC.<br>PO BOX 50<br>MAYAGUEZ, PR 00681-0050 | 5/22/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 21906 | $ 360,000.00 |
| | Reason: Claimant asserts liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 9 | MARQUEZ-RIVERA, JOSE R<br>URB PARK GARDENS<br>W27 CALLE YOSEMITE<br>SAN JUAN, PR 00926 | 3/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5088 | $ 325,284.00 |
| | Reason: Claimant asserts liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 10 | MCDERMOTT, BRIAN R<br>2795 TULIP AVE.<br>BALDWIN, NY 11510 | 3/12/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 2105 | $ 80,049.44 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 11 | OFICINA DENTAL DR. DAVID J. BUSQUETS<br>SUITE 810, LA TORRE DE PLAZA LAS AMERICAS<br>525 F.D. ROOSEVELT<br>SAN JUAN, PR 00918 | 5/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16767 | $ 180,000.00* |
| | Reason: Claimant asserts liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 12 | PEDRO LUIS CASASNOVAS & OLGA I. TRINIDAD NIEVES<br>CHARLES A. CUPRILL, ESQ<br>356 FORTALEZA STREET SECOND FLOOR<br>SAN JUAN, PR 00901 | 8/7/2017 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 177 | $ 95,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 13 | RAFAEL JIMENEZ BARRERAS AND ANABEL FIGUEROA<br>PO BOX 1793<br>LAS PIEDRAS, PR 00771-1793 | 5/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11184 | $ 5,000.00 |
| | Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |

One Hundred and Seventy-Seventh Omnibus Objection
Exhibit B - Schedule of Duplicate Bond Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | SWINDERMAN MERKET, JAMES<br>HC-06 BOX 2076<br>PONCE, PR 00731 | 4/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7135 | Undetermined* |

Reason: Claimant asserts liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | TIRSO T. PENA CARDENAS RETIREMENT PLAN<br>JAVIER GONZALEZ<br>UBS TRUST COMPANY OF PUERTO RICO<br>250 MUNOZ RIVERA AVENUE<br>10TH FLOOR<br>SAN JUAN, PR 00918 | 6/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26572 | Undetermined* |

Reason: Claimant asserts liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | WALKER, BETTY S<br>PO BOX 624<br>APALACHICOLA, FL 32329-0624 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10274 | $ 110,952.75 |

Reason: Claimant asserts liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | ZINK, CHRISTOPHER R<br>15118 ROCK CREEK DRIVE<br>OMAHA, NE 68138 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24411 | $ 170,000.00 |

Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | TOTAL | $ 2,014,641.84* |
|---|---|---|---|---|---|---|

* Indicates claim contains unliquidated and/or undetermined amounts