# Exhibit C

**Schedule of Claims with Undeliverable Addresses**

One Hundred and Seventy-Seventh Omnibus Objection
Exhibit C - Schedule of Duplicate Bond Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | GITLOW JR, BENJIMAN<br>140 COMPASS HILL ROAD<br>SOUTH WELLFLEET, MA 02663 | 3/26/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 2516 | $ 10,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 2 | MARTINEZ - SANCHEZ, AWILDA D.<br>URB. SAGRADO CORAZON<br>1628 SAN JULAIN ST.<br>SAN JUAN, PR 00926 | 6/20/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 130 | $ 140,180.00 |
| | Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 3 | MONTANER, PABLO H<br>PO BOX 9021725<br>SAN JUAN, PR 00902 | 5/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9547 | $ 25,000.00 |
| | Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| | | | | | TOTAL | $ 175,180.00 |