## Exhibit B

**Schedule of Claims to Be Disallowed via Notice of Presentment**

## ONE HUNDRED EIGHTY-FIRST OMNIBUS OBJECTION
### Exhibit B – Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ABENGOA PUERTO RICO S.E. C/O PEDRO A. JIMENEZ ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PO BOX 70294 SAN JUAN, PR 00936-8294 | 5/21/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 17035 | $55,628,217.02* | ABENGOA PUERTO RICO, S.E. C/O PEDRO A. JIMENEZ ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PO BOX 70294 SAN JUAN, PR 00936-8294 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 18105 | $55,628,217.02* |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 2 | APONTE ORTIZ, LINO VILLA UNIVERSITARIA CALLE DI A B - 5 HUMACAO, PR 00791 | 5/7/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 10639 | $45,000.00* | APONTE ORTIZ, LINO CALLE VILLA UNIVERSITARIA CALLE D1 AB - 5 HUMACAO, PR 00791 | 5/14/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 14871 | $45,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 3 | ARMANDO RODRIGUEZ SANTANA RETIREMENT PLAN REPRESENTED BY UBS TRUST COMPANY OF PR UBS TRUST COMPANY OF PR ATTN: JAVIER GONZALEZ 250 MUNOZ RIVERA AVENUE 10TH FLOOR SAN JUAN, PR 00918 | 6/8/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 27287 | Undetermined* | ARMANDO RODRIGUEZ SANTANA RETIREMENT PLAN REPRESENTED BY UBS TRUST COMPANY OF PR UBS TRUST COMPANY OF PR ATTN: JAVIER GONZALEZ 250 MUNOZ RIVERA AVENUE 10TH FLOOR SAN JUAN, PR 00918 | 6/8/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 44510 | $25,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 4 | BERLOWITZ, ALLAN 305 WEST 98TH STREET, APT 8DS NEW YORK, NY 10025 | 4/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 6870 | $10,000.00 | BERLOWITZ, ALLAN 305 WEST 98TH STREET, APT 8DS NEW YORK, NY 10025 | 5/17/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 14066 | $20,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 5 | CARLOS M FLORES DBA CEL FIRE EXTINGUISHERS PO BOX 3092 BAYAMON, PR 00960 | 5/2/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 9288 | $193,440.15 | FLORES LABAULT DBA, CARLOS M HERMANAS DAVILA J 5 AVE BETANCES BAYAMON, PR 00959 | 5/7/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 12097 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-FIRST OMNIBUS OBJECTION
Exhibit B – Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | COLON, ROBERTO J.<br>URB SANTANA JUANA 3<br>T6 CALLE 9<br>CAGUAS, PR 00725 | 5/20/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 16537 | $4,650.12* | COLON, ROBERTO J<br>URB SANTANA JUANA 3<br>T6 CALLE 9<br>CAGUAS, PR 00725-2078 | 5/24/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 20891 | $4,650.12* |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 7 | CONTE MATOS, AUGUSTO P<br>3481 LAKASEDE DR NE APT 1608<br>ATLANTA, GA 30326-1314 | 5/14/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 18468 | $100,000.00 | CONTE MATOS, AUGUSTO P<br>3481 LAKESIDE DR NE APT 1608<br>ATLANTA, GA 30326-1314 | 5/14/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 34117 | $100,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 8 | CORREA ACEVEDO, TOMAS<br>CENTRO INTERNACIONAL DE MERCADEO II<br>90 CARR 165 SUITE 407<br>GUAYNABO, PR 00968-8064 | 5/15/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 15566 | $100,000.00 | CORREA ACEVEDO, TOMAS<br>CENTRO INTERNACIONAL DE MERCADEO II<br>90 CARR. 165 SUITE 407<br>GUAYNABO, PR 00968-8064 | 5/24/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 23255 | $100,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 9 | DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 5/17/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 19064 | $771.71 | DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 6/21/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 42668 | $3,359,182.11 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 10 | FLECHA RODRIGUEZ, VILMA<br>1 COND PARQUE ARCOIRIS APT 102<br>TRUJILLO ALTO, PR 00976 | 3/19/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 4013 | $3,323.40 | FLECHA RODRIGUEZ, VILMA<br>C/6 H-64<br>URB. EL CONQUISTADOR<br>TRUJILLO ALTO, PR 00976 | 5/16/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 16466 | $3,323.40* |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 11 | FUENTES-MELENDEZ, IVETTE<br>CALLE INDIA B-A 17<br>SANTA JUANITA<br>BAYAMON, PR 00956 | 6/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 163797 | $10,000.00* | FUENTES-MELENDEZ, IVETTE<br>CALLE INDIA B-A 17<br>SANTA JUANITA<br>BAYAMON, PR 00956 | 6/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 165719 | $10,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

# ONE HUNDRED EIGHTY-FIRST OMNIBUS OBJECTION
## Exhibit B – Amended Claims to be Disallowed via Notice of Presentment

## CLAIMS TO BE DISALLOWED | REMAINING CLAIMS

| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | GOLDSTEIN, JOSHUA A<br>8855 BAY PKWY APT 1G<br>BROOKLYN, NY 11214 | 5/17/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 13514 | $13,763.00 | GOLDSTEIN, JOSHUA A<br>8855 BAY PKWY APT 1G<br>BROOKLYN, NY 11214 | 5/17/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 13692 | $15,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 13 | HERNÁNDEZ RIVERA, JUAN A.<br>PO BOX 367059<br>SAN JUAN, PR 00936-7059 | 5/15/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 13745 | $815,175.00 | HERNÁNDEZ RIVERA, JUAN A.<br>P.O. BOX 367059<br>SAN JUAN, PR 00936-7059 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 19539 | $815,175.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 14 | ISLA DEL RIO, INC.<br>MARÍA E. VICÉNS<br>9140 CALLE MARINA<br>SUITE 801<br>PONCE, PR 00717 | 4/20/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 5958 | $302,432.06* | ISLA DEL RÍO, INC.<br>MARÍA E. VICÉNS<br>9140 CALLE MARINA<br>SUITE 801<br>PONCE, PR 00717 | 5/8/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 11461 | $195,019.30* |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 15 | J & M DEPOT, INC.<br>MAYRA NIEVES<br>DIRECTORA DE FINANZAS<br>PO BOX 29427<br>SAN JUAN, PR 00929 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 21711 | $509.58 | J & M DEPOT, INC.<br>MAYRA NIEVES<br>DIRECTORA DE FINANZAS<br>PO BOX 29427<br>SAN JUAN, PR 00929 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 15564 | $1,019.16 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 16 | JOSE J ARCE RIVERA AND JAILENE CINTRÓN VILLANUEVA<br>URB. MONTEHIEDRA<br>CALL REINA MORA #256<br>SAN JUAN, PR 00926 | 2/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 641 | $110,000.00 | JOSE J ARCE RIVERA AND JAILENE CINTRÓN VILLANUEVA<br>URB. MONTEHIEDRA<br>CALLE REINA MORA # 256<br>SAN JUAN, PR 00926 | 4/2/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 5952 | $70,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

# ONE HUNDRED EIGHTY-FIRST OMNIBUS OBJECTION
### Exhibit B – Amended Claims to be Disallowed via Notice of Presentment

## CLAIMS TO BE DISALLOWED | REMAINING CLAIMS

| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | KDC SOLAR, PRC LLC<br>WOLLMUTH MAHER &<br>DEUTSCH LLC<br>ATTN: PAUL R. DEFILIPPO,<br>ESQ.,, JAMES N. LAWLOR,<br>ESQ., OLIVIA J. ITALIANO, ESQ.<br>500 FIFTH AVENUE<br>NEW YORK, NY 10110 | 4/13/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 7249 | Undetermined* | KDC SOLAR, PRC LLC<br>WOLLMUTH MAHER &<br>DEUTSCH LLP<br>ATTN: PAUL R. DEFILIPPO,<br>ESQ, JAMES N. LAWLOR, ESQ,<br>OLIVIA J. ITALIANO ESQ.<br>500 FIFTH AVENUE<br>NEW YORK, NY 10110 | 5/8/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 12398 | $4,203,767.02 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 18 | KDC SOLAR, PRC LLC<br>WOLLMUTH MAHER &<br>DEUTSCH LLP<br>ATTN: PAUL R. DEFILIPPO,<br>ESQ, JAMES N. LAWLOR, ESQ,<br>OLIVIA J. ITALIANO ESQ.<br>500 FIFTH AVENUE<br>NEW YORK, NY 10110 | 4/9/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 6644 | $4,203,767.02 | KDC SOLAR, PRC LLC<br>WOLLMUTH MAHER &<br>DEUTSCH LLC<br>ATTN: PAUL R. DEFILIPPO,<br>ESQ.,, JAMES N. LAWLOR,<br>ESQ., OLIVIA J. ITALIANO, ESQ.<br>500 FIFTH AVENUE<br>NEW YORK, NY 10110 | 4/13/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 7249 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 19 | LANGONE-BAILEY, CATHERINE<br>17 CORTLAND DRIVE<br>SALEM, NH 01075 | 5/21/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 13004 | $50,000.00 | LANGONE-BAILRY, CATHERINE<br>17 CORTLAND DRIVE<br>SALEM, NH 01075 | 5/21/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 16075 | $30,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 20 | MAO AND ASSOCIATES INVESTMENT INC.<br>PO BOX 7187<br>CAGUAS, PR 00726-7187 | 5/14/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 13641 | $71,970.00 | MAO AND ASSOCIATES INVESTMENT INC.<br>PO BOX 7187<br>CAGUAS, PR 00726-7187 | 5/21/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 16750 | $203,915.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 21 | MARTINEZ LAMOURT, MADELINE<br>PO BOX 1332<br>MAYAQUEZ, PR 00681 | 5/7/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 12190 | $145,000.00 | MARTINEZ LAMOURT, MADELINE<br>P.O. BOX 1332<br>MAYAGUEZ, PR 00681 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 36900 | $145,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

Case:17-03283-LTS Doc#:14899-2 Filed:10/23/20 Entered:10/23/20 15:31:43 Desc:
Exhibit Exhibit B/ -Claims to be Disallowed Page 6 of 8

ONE HUNDRED EIGHTY-FIRST OMNIBUS OBJECTION
Exhibit B – Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 22 | MARTINEZ RIVERA, JOSE E. URB COSTA AZUL CALLE 14 H H-23 GUAYAMA, PR 00784 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 128471 | Undetermined* | MARTINEZ RIVERA, JOSE E. HH-23 14 COSTA AZUL GUAYAMA, PR 00784 | 7/3/2019 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 169583 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 23 | MONROIG MARQUEZ, CARLOS J. HC 7 BOX 75242011 SAN SEBASTIAN, PR 00685 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 17634 | $4,712.27* | MONROIG MARQUEZ, CARLOS J. HC 7 BOX 75242011 SAN SEBASTIAN, PR 00685 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 16785 | $5,051.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 24 | MORENO TORRES, LITHETTE M. URB. SAN ANTONIO 2113 CALLE DRAMA PONCE, PR 00728-1700 | 4/12/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 7231 | $6,499.37 | MORENO TORRES, LITHETTE M URB. SAN ANTONIO 2113 CALLE DRAMA PONCE, PR 00228 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 33855 | $7,042.08* |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 25 | NIGAGLIONI BERRÍOS, JOSÉ E. PO BOX 367068 SAN JUAN, PR 00936-7068 | 5/27/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 24452 | $60,000.00 | NIGAGLIONI BERRÍOS, JOSÉ E. PO BOX 367068 SAN JUAN, PR 00936-7068 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 73979 | $63,630.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 26 | PAPANDREA, BARBARA 182 FISHER RD ORWELL, VT 05760 | 5/1/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 8192 | $58,725.00 | PAPANDREA, BARBARA 182 FISHER RD ORWELL, VT 05760 | 2/21/2019 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 168172 | $145,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 27 | RAMIREZ TORRES, ERNESTO L. LA RAMBLA 1159 CALLE SIERVAS DE MARIA PONCE, PR 00730-4074 | 5/16/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 24674 | $50,000.00 | RAMIREZ TORRES, ERNESTO L 1759 SIERVAS DE MANA LA RAMBLA PONCE, PR 00730 | 6/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 114262 | $18,375.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-FIRST OMNIBUS OBJECTION
Exhibit B – Amended Claims to be Disallowed via Notice of Presentment

## CLAIMS TO BE DISALLOWED | REMAINING CLAIMS

| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | RAMOS JUSINO, YOLANDA<br>JARDINES FAGOT<br>B13 CALLE ALMENDRA<br>PONCE, PR 00716-4013 | 4/3/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 5600 | $6,000.00 | RAMOS JUSINO, YOLANDA<br>175 AVE. HOSTOS<br>MONTE NORTE, APTO. 213<br>SAN JUAN, PR 00918 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 17447 | $3,112.80* |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 29 | RODRIGUEZ MARTY, NESTOR A<br>5347 AVE. ISLA VERDE AUTO 1214<br>COND. MARBELLA OESTE<br>CAROLINA, PR 00979 | 3/17/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 3150 | $40,000.00 | RODRIGUEZ-MARTY, NESTOR A<br>5347 AVE. ISLA VERDE APT 1214<br>MARBELLA OESTE<br>CAROLINA, PR 00979 | 5/7/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 10837 | $40,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 30 | RODRIGUEZ TORRES, JOSEY<br>P.O. BOX 310121<br>MIAMI, FL 33231 | 4/12/2019 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 168439 | $2,387.00 | RODRIGUEZ TORRES, JOSEY<br>609 AVENIDA TITO CASTRO<br>STE 102 PMB 504<br>PONCE, PR 00716 | 4/13/2019 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 168512 | $2,387.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 31 | ROSADO, JORGE L<br>1400 PASEO LA PALMA 22<br>VILLAS DE PUNTA GUILARTE<br>ARROYO, PR 00714-3030 | 3/8/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 1452 | $130,000.00 | ROSADO, JORGE L<br>1400 PASEO LA PALMA 22<br>ARROYO, PR 00714-3030 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 12094 | $130,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 32 | ROZAS, EDNA<br>PO BOX 364233<br>SAN JUAN, PR 00936-4233 | 6/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 86092 | $25,000.00* | ROZAS, EDNA<br>PO BOX 364233<br>SAN JUAN, PR 00936-4233 | 6/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 88314 | $50,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 33 | SANCHEZ GOMEZ, MARIA C<br>353 COND GRANADA PARK<br>100 C/ MARGINAL MARTINEZ NADAL<br>APT 9M<br>GUAYNABO, PR 00969 | 5/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 24834 | $30,000.00 | SANCHEZ GOMEZ, MARIA C<br>APT 9M<br>COND GRANADA PARK<br>GUAYNABO, PR 00969 | 7/5/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 152039 | $35,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-FIRST OMNIBUS OBJECTION
Exhibit B – Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 34 | VITOL INC. C/O SUSMAN GODFREY LLP ATTN: NEAL S. MANNE 1000 LOUISIANA STREET, SUITE 5100 HOUSTON, TX 77002 | 7/26/2017 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 241 | $28,489,560.16 | VITOL INC. SUSMAN GODFREY LLP NEAL S. MANNE 1000 LOUSIANA STREET, SUITE 5100 HOUSTON, TX 77002 | 5/23/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 14537 | $41,472,771.43 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 35 | WINDERWEEDLE, WILLIAM H 2512 WINGED DOVE DR LEAGUE CITY, TX 77573 | 4/21/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 6667 | $35,000.00 | WINDERWEEDLE, WILLIAM H 2512 WINGED DOVE DR LEAGUE CITY, TX 77573 | 4/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 6882 | $20,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.