## Exhibit B

**Schedule of Claims to Be Modified via Notice of Presentment**

## ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACABEO SEMIDEY, MARIA DEL CARMEN<br>URB VILLAS DE PATILLAS 80 CALLE TOPACIO<br>PATILLAS, PR  00723-2661 | 126401 | PUERTO RICO ELECTRIC POWER AUTHORITY | $75,000.00 | COMMONWEALTH OF PUERTO RICO | $75,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ALICEA VELAZQUEZ, JOSE M<br>URB ESTANCIAS DEL BOSQUE<br>858 CALLE ROBLES<br>CIDRA, PR  00739-8412 | 13882 | PUERTO RICO ELECTRIC POWER AUTHORITY | $15,230.39 | COMMONWEALTH OF PUERTO RICO | $15,230.39 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | ALVARADO CRUZ, ROLANDO<br>HC-3 BOX 4738<br>ADJUNTAS, PR  00601 | 141580 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | ASENCIO RIVERA, ANA I<br>CALLE MAGNOLIA #26<br>VIEQUES, PR  00765 | 170862 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

\* - Indicates claim contains unliquidated and/or undetermined amounts.

# ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

## Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 5 | BASORE NONEXEMPT TRUST<br>311 TOWN CENTER<br>BELLA VISTA, AR  72714 | 3108 | PUERTO RICO ELECTRIC POWER AUTHORITY | $155,000.00* | PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY | $155,000.00* |
| | Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority | | | | | |
| 6 | BERMUDES CAPACCETTI, GERALDO<br>JARDINES DEL CARIBE CALLE 54<br>#2 A 56<br>PONCE, PR  00728 | 101076 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |
| | Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico | | | | | |
| 7 | BHATIA, ANDRES W<br>4313 SW 102ND TERRACE<br>GAINSVILLE, FL  32608-7131 | 12818 | PUERTO RICO ELECTRIC POWER AUTHORITY | $125,000.00 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>COMMONWEALTH OF PUERTO RICO | $75,000.00<br>$50,000.00 |
| | | | | | Total: | $125,000.00 |
| | Reason: Proof of claim purports to asserts liabilities of $125,000 against Puerto Rico Electric Power Authority, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority for $75,000 and Commonwealth of Puerto Rico for $50,000 | | | | | |
| 8 | BONILLA TANCO , AIDA L.<br>PO BOX 6066<br>CAGUAS, PR  00726 | 14396 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |
| | Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | NAME | CLAIM # | ASSERTED DEBTOR | CLAIM AMOUNT | CORRECTED DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | BURGOS RIVERA, LUIS A.<br>ALTURAS DE OROCOVIS C18<br>OROCOVIS, PR  00720 | 148750 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | BURGOS RIVERA, LUIS A.<br>ALTYRAS DE OROCOVIS C18<br>OROCOVIS, PR  00720 | 154500 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | CABRERA CAPELLA, ALBERTO<br>AVE. JOBOS BUZON 8701<br>ISABELA, PR  00662 | 155530 | PUERTO RICO ELECTRIC POWER AUTHORITY | $56,532.57 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | $56,532.57* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Employees Retirement System of the Government of the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | CARTAGENA MATOS, ERIC<br>CHALETS DE LA PLAYA 113<br>VEGA BAJA, PR  00963-9747 | 163588 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 13 COLLAZO SALOME, WANDA E.<br>HC-01 BOX 6202<br>OROCOVIS, PR  00720 | 148652 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |
| Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico | | | | | |
| 14 COLON LEON, CARLA M.<br>URB. BORINQUEN GARDENS<br>DD-6 CALLE GARDENIA<br>SAN JUAN, PR  00926 | 91460 | PUERTO RICO ELECTRIC POWER AUTHORITY | $17,067.00 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | $17,067.00 |
| Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Employees Retirement System of the Government of the Commonwealth of Puerto Rico | | | | | |
| 15 COLON SANTIAGO, MARIBEL<br>263 CALLE MAGA<br>URB JARDUIS DE JAYUYA<br>JAYUYA, PR  00664 | 141253 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |
| Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico | | | | | |
| 16 CONCEPCION PENA, NORMA I.<br>URB. BARALT<br>G19 CALLE PRINCIPAL<br>HORMIGUEROS, PR  00738-3774 | 157312 | PUERTO RICO ELECTRIC POWER AUTHORITY | $30,000.00 | PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY | $30,000.00 |
| Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

## ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

### Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 17 CRUZ ARCE, EVELYN<br>HC-3 BOX 4664<br>ADJUNTAS, PR 00601 | 132771 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | |
|---|---|---|---|---|---|
| 18 CRUZ OTERO, JANZEL E<br>935 BRISAS DEL MONTE<br>BARCELONETA, PR 00617 | 81920 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | |
|---|---|---|---|---|---|
| 19 DE JESUS REEN, ROSA HAYDE<br>962 YABOA REAL<br>SAN JUAN, PR 00924 | 144742 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | |
|---|---|---|---|---|---|
| 20 DIAZ RIVERA, ANGIE M<br>CALLE 1 G-7 URB. VILLA MATILDE<br>TOA ALTA, PR 00953 | 58820 | PUERTO RICO ELECTRIC POWER AUTHORITY | $3,584.55 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | $3,584.55 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Employees Retirement System of the Government of the Commonwealth of Puerto Rico

\* - Indicates claim contains unliquidated and/or undetermined amounts.

### ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

#### Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 21 | DIAZ SIERRA, DAIRE MAR<br>PO BOX 703<br>AGUAS BUENAS, PR  00703 | 122969 | PUERTO RICO ELECTRIC POWER AUTHORITY | $8,300.88* | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | $8,300.88* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Employees Retirement System of the Government of the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
| --- | --- | --- | --- | --- | --- | --- |
| 22 | FANTAUZZI MENDEZ, WALESKA DEL C.<br>CARR 125 KM.18.9 HACIENDO LE PLATE<br>PO BOX 639<br>SAN SEBASTIAN, PR  00685 | 88748 | PUERTO RICO ELECTRIC POWER AUTHORITY | $50,525.08 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | $50,525.08 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Employees Retirement System of the Government of the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
| --- | --- | --- | --- | --- | --- | --- |
| 23 | FERNANDEZ ALAMO, LUZ A.<br>Y-1345 CALLE 25 ALTURAS RIO GRANDE<br>RIO GRANDE, PR  00745 | 153570 | PUERTO RICO ELECTRIC POWER AUTHORITY | $90,000.00* | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | $90,000.00* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Employees Retirement System of the Government of the Commonwealth of Puerto Rico

\* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | FIGUEROA PEREZ, ANABEL<br>HC03 BOX 17282<br>COROZAL, PR  00783 | 88210 | PUERTO RICO ELECTRIC POWER AUTHORITY | $37,577.95* | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | $37,577.95* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Employees Retirement System of the Government of the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | FORREST, PATSY<br>5228 DUNCRAIG RD<br>EDINA, MN  55436-2019 | 16244 | PUERTO RICO ELECTRIC POWER AUTHORITY | $25,000.00 | COMMONWEALTH OF PUERTO RICO | $25,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | FRANCISCO BRIGANTTY Y ROSA M. PIERLUISI<br>339 CALLE MIRAMELINDAS<br>URB. SABANERA DEL RIO<br>GURABO, PR  00778-5248 | 164612 | PUERTO RICO ELECTRIC POWER AUTHORITY | $115,000.00 | COMMONWEALTH OF PUERTO RICO | $115,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | GARCIA GONZALEZ, KARLA J.<br>URB. ALTURA DE PENUELAS II<br>C/7E 31 PENUELA<br>PENUELAS, PR  00624 | 101258 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 28 GARCIA, ELBA GONZALEZ<br>#I-5 7 URB. JARD. DEL MAMCY<br>PATILLAS, PR  00723 | 99895 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | Undetermined* | COMMONWEALTH OF<br>PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 GONZALEZ LUCIANO, MARIA D<br>HC-01 BOX 4074<br>ADJUNTAS, PR  00601 | 57822 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | Undetermined* | COMMONWEALTH OF<br>PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 GRAHAM, DIANA E. AND JOHNSON<br>176 EVERGREEN DRIVE<br>WESTBURY, NY  11590 | 10607 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | $8,229.99 | PUERTO RICO SALES TAX<br>FINANCING CORPORATION | $8,229.99 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Puerto Rico Sales Tax Financing Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 HANNASCH, RICHARD AND SUSAN<br>258 MEADOWBROOK COUNTRY CLUB ESTATES<br>BALLWIN, MO  63011 | 24825 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | $25,008.66 | COMMONWEALTH OF<br>PUERTO RICO | $25,008.66 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 32 HERNANDEZ ORTIZ, ANA A<br>#85 CALLE MAYAGUEZ APT 504<br>CON. TORRELINDA<br>SAN JUAN, PR  00917 | 50038 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | $9,323.51 | COMMONWEALTH OF<br>PUERTO RICO | $9,323.51 |
| Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico | | | | | |
| 33 ISABEL J RIVERA BONILLA/DEYANIRA BONILLA<br>ACOSTA<br>TURQUESA 108<br>CABO ROJO, PR  00623 | 67095 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | $150,000.00* | COMMONWEALTH OF<br>PUERTO RICO | $150,000.00* |
| Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico | | | | | |
| 34 JOSE GONZALEZ CHAVEZ & TERESA GAVILLAN<br>PASEO DE LA FUERNTE C-5 TIVOLI ST.<br>SAN JUAN, PR  00926 | 40071 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | $100,000.00 | COMMONWEALTH OF<br>PUERTO RICO | $100,000.00 |
| Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico | | | | | |
| 35 LABOY ARCE, ANEIDA<br>JOHN F KENNEDY 18<br>ADJUNTAS, PR  00601 | 55555 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | Undetermined* | COMMONWEALTH OF<br>PUERTO RICO | Undetermined* |
| Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 36 LOPEZ LOPEZ, ARTURO<br>P.O. BOX 533<br>ADJUNTAS, PR 00601 | 122236 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | Undetermined* | COMMONWEALTH OF<br>PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 LOPEZ VALENTIN, CARIDAD<br>HC-01 BOX 3807 CALLE JONES<br>LARES, PR 00669 | 67489 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | Undetermined* | COMMONWEALTH OF<br>PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 MALAVE COLON, IBIS<br>PMB 2197 PO BOX 6017<br>CAROLINA, PR 00984 | 112349 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | Undetermined* | COMMONWEALTH OF<br>PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 MORALES MORALES, ILDEFONSO<br>PO BOX 63<br>CASTAÑER, PR 00631 | 67889 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | Undetermined* | COMMONWEALTH OF<br>PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | | | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 40 | MORALES PEREZ, WANDA I.<br>PO BOX 63<br>CASTANER, PR  00631 | 141111 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| 41 | MORALES RODRÍGUEZ, CARMEN L.<br>HC 60 BOX 43117<br>SAN LORENZO, PR  00754 | 82937 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| 42 | MORLAES PEREZ, WANDA I.<br>PO BOX 63<br>CASTAÑER, PR  00631 | 71643 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| 43 | MOTT, ROBERT ARNOLD<br>309 N MARKET #2621<br>BRENHAM, TX  77833 | 6055 | PUERTO RICO ELECTRIC POWER AUTHORITY | $35,082.81 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>COMMONWEALTH OF PUERTO RICO | $25,078.64<br>$10,004.17 |
| | | | | | Total: | $35,082.81 |

Reason: Proof of claim purports to asserts liabilities of $35,083 against Puerto Rico Electric Power Authority, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority for $25,079 and Commonwealth of Puerto Rico for $10,004.

* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 44 | MUNOZ PUCHALES, ANGEL<br>C-13  LOS PALACIOS<br>EXT LA GRANJA<br>CAGUAS, PR  00725 | 123699 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | $15,000.00 | COMMONWEALTH OF<br>PUERTO RICO | $15,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| 45 | NEGRON ORTIZ, CARMEN ADELIA<br>SANTIAGO APOSTOL I-1<br>SANTA ISABEL, PR  00757 | 164909 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | Undetermined* | COMMONWEALTH OF<br>PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| 46 | OQUENDO OQUENDO, CANDIDA R.<br>HC-02<br>BOX 6968<br>ADJUNTAS, PR  00601 | 57075 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | Undetermined* | COMMONWEALTH OF<br>PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| 47 | OTERO RODRIGUEZ, LETICIA A<br>14 BRISA DE VARROS<br>OROCOVIS, PR  00720 | 122829 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | Undetermined* | COMMONWEALTH OF<br>PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 48 | OTERO RODRIGUEZ, LETICIA<br>14 BRISAS DE BARROS<br>OROCOVIS, PR  00720 | 128506 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | Undetermined* | COMMONWEALTH OF<br>PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | OTERO RODRIGUEZ, LETICIA<br>14 BRISAS DE VARROS<br>OROCOVIS, PR  00720 | 120107 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | Undetermined* | COMMONWEALTH OF<br>PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | PACHECO PADILLA, MARIBEL<br>REPTO METROPOLITANO<br>1214 CALLE 46 SE<br>SAN JUAN, PR  00921 | 32035 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | $67,797.04 | EMPLOYEES RETIREMENT<br>SYSTEM OF THE<br>GOVERNMENT OF THE<br>COMMONWEALTH OF<br>PUERTO RICO | $67,797.04 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Employees Retirement System of the Government of the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | PEREIRA FIGUEROA, JUAN<br>HC 645 BOX 6625<br>TRUJILLO ALTO, PR  00976 | 6726 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | Undetermined* | COMMONWEALTH OF<br>PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

* - Indicates claim contains unliquidated and/or undetermined amounts.

# ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

## Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 52 PEREZ RESTO, MARIA NITZA<br>URB. VILLA CAROLINA<br>235-11 C/615<br>CAROLINA, PR 00985-2228 | 135318 | PUERTO RICO ELECTRIC POWER AUTHORITY | $119,388.08 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | $119,388.08 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Employees Retirement System of the Government of the Commonwealth of Puerto Rico

| 53 PETER J & SUSAN J DESCHENES JT TEN<br>136 HOLLY PT.<br>LITTLETON, NC 27850 | 3212 | PUERTO RICO ELECTRIC POWER AUTHORITY | $40,000.00 | COMMONWEALTH OF PUERTO RICO | $40,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| 54 PIETRI TORRES, VILMA B.<br>PO BOX 439<br>ADJUNTAS, PR 00601 | 53947 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| 55 PLAYA INDIA SE<br>2019 ALBIZU CAMPOS<br>AGUADILLA, PR 00603 | 41258 | PUERTO RICO ELECTRIC POWER AUTHORITY | $100,000.00 | COMMONWEALTH OF PUERTO RICO | $100,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

\* - Indicates claim contains unliquidated and/or undetermined amounts.

## ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

### Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 56  PLAZA TOLEDO, OMARIS<br>HC-1 BOX 3605<br>ADJUNTAS, PR  00601 | 128370 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |
| Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico | | | | | |
| 57  PRINCIPE FLORES, JULIA<br>PO BOX 317<br>ENSENADA, PR  00647-0317 | 53338 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | PUERTO RICO ELECTRIC POWER AUTHORITY<br>COMMONWEALTH OF PUERTO RICO | Undetermined*<br>Undetermined* |
| | | | | Total: | Undetermined* |
| Reason: Proof of claim purports to asserts liabilities of undetermined against Puerto Rico Electric Power Authority, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under the Commonwealth of Puerto Rico for an undetermined amount and the Puerto Rico Electric Power Authority for an undetermined amount | | | | | |
| 58  PRODUCTOS DE CANTERA, INC<br>PO BOX 844<br>JUANA DIAZ, PR  00795 | 119754 | PUERTO RICO ELECTRIC POWER AUTHORITY | $60,412.50 | PUERTO RICO SALES TAX FINANCING CORPORATION | $60,412.50 |
| Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Puerto Rico Sales Tax Financing Corporation | | | | | |
| 59  RAMIREZ RIVERA, CARMEN J<br>3000 CALLE CORAL APT 2121<br>TOA BAJA, PR  00949 | 40364 | PUERTO RICO ELECTRIC POWER AUTHORITY | $111,788.35 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | $111,788.35 |
| Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Employees Retirement System of the Government of the Commonwealth of Puerto Rico | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | NAME | CLAIM # | ASSERTED DEBTOR | CLAIM AMOUNT | CORRECTED DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 60 | RAMON SILVA & INES M FRADERA<br>PO BOX 880<br>GUAYNABO, PR  00970-0880 | 5100 | PUERTO RICO ELECTRIC POWER AUTHORITY | $85,000.00 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>COMMONWEALTH OF PUERTO RICO | $45,000.00<br>$40,000.00 |
| | | | | | Total: | $85,000.00 |

Reason: Proof of claim purports to asserts liabilities of $85,000 against Puerto Rico Electric Power Authority, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority for $45,000 and Commonwealth of Puerto Rico for $40,000

| | NAME | CLAIM # | ASSERTED DEBTOR | CLAIM AMOUNT | CORRECTED DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 61 | RAMOS FIGUEROA, JOSE E.<br>PO BOX 1623<br>MOROVOIS, PR  00687-0000 | 136837 | PUERTO RICO ELECTRIC POWER AUTHORITY | $70,000.00 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | $70,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Employees Retirement System of the Government of the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED DEBTOR | CLAIM AMOUNT | CORRECTED DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 62 | RAMOS PORTALATIN, EUFEMIA<br>COND BORINQUEN TOWERS I<br>1484 FD ROOSEVELT APT 210<br>SAN JUAN, PR  00920-2718 | 149720 | PUERTO RICO ELECTRIC POWER AUTHORITY | $74,320.34* | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | $74,320.34* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Employees Retirement System of the Government of the Commonwealth of Puerto Rico

* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 63 | RENDON FIGUEROA, MANUEL RAMON<br>COND. MIRAMAR PLAZA APTO. 15-C<br>SAN JUAN, PR 00907-0000 | 156127 | PUERTO RICO ELECTRIC POWER AUTHORITY | $185,000.00 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | $185,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Employees Retirement System of the Government of the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | RICE TTEE, JAMES<br>28065 HERON COURT<br>CARMEL, CA 93923 | 3857 | PUERTO RICO ELECTRIC POWER AUTHORITY | $5,000.00 | COMMONWEALTH OF PUERTO RICO | $5,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | RIVERA GONZALEZ, AGUEDA M.<br>URB VILLAS DEL PRADO<br>641 CALLE LAS VISTAS<br>JUANA DIAZ, PR 00795-2751 | 59419 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | RIVERA PEREZ, FELICITA M.<br>PO BOX 423<br>ADJUNTAS, PR 00601 | 55095 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 67 RIVERA ROSARIO, JUAN R<br>HC1 BOX 3651<br>BARRANQUITAS, PR  00794 | 61994 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | $40,606.43 | EMPLOYEES RETIREMENT<br>SYSTEM OF THE<br>GOVERNMENT OF THE<br>COMMONWEALTH OF<br>PUERTO RICO | $40,606.43 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Employees Retirement System of the Government of the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 68 RODRIGUEZ RODRIGUEZ, ZAIDA A.<br>F -17 COAYUCO URB VILLA DEL RIO<br>GUAYANILLA, PR  00656 | 34084 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | Undetermined* | COMMONWEALTH OF<br>PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 69 ROMAN LOPEZ, ADA MARITZA<br>P.O. BOX 190759<br>SAN JUAN, PR  00917 | 54820 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | $8,700.00 | COMMONWEALTH OF<br>PUERTO RICO | $8,700.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 70 RUIZ GONZALEZ , PETRA N<br>HC-02 BOX 3947<br>PENUELAS, PR  00624 | 133833 | PUERTO RICO ELECTRIC<br>POWER AUTHORITY | Undetermined* | COMMONWEALTH OF<br>PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

* - Indicates claim contains unliquidated and/or undetermined amounts.

## ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

### Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 71 | RYBAK, VIOLET<br>51 MARRION ST.<br>CLIFTON, NJ 07013 | 1320 | PUERTO RICO ELECTRIC POWER AUTHORITY | $15,000.00 | PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY | $15,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority

| | | | | | | |
|---|---|---|---|---|---|---|
| 72 | SANCHEZ SANTIAGO, JOSE A<br>PO BOX 525<br>AGUIRRE, PR 00704 | 164672 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 73 | SANCHEZ ZAYAS, ADA I.<br>URB. VERDE MAR<br>176 CALLE 8<br>PUNTA SANTIAGO, PR 00741 | 66846 | PUERTO RICO ELECTRIC POWER AUTHORITY | $25,409.19 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | $25,409.19 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Employees Retirement System of the Government of the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 74 | SANTIAGO GOMEZ, CRISTINA<br>VILLAS DEL MAR OESTO APTO 4K<br>4735 AVA ISLA VERDE<br>CAROLINA, PR 00979-5410 | 29717 | PUERTO RICO ELECTRIC POWER AUTHORITY | $30,006.31 | COMMONWEALTH OF PUERTO RICO | $30,006.31 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | NAME | CLAIM # | ASSERTED DEBTOR | CLAIM AMOUNT | CORRECTED DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 75 | SANTIAGO HERNANDEZ, DELBA I<br>PO BOX 1048<br>ADJUNTAS, PR  00601 | 108234 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED DEBTOR | CLAIM AMOUNT | CORRECTED DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 76 | SANTIAGO HERNANDEZ, MARIA DELOS A.<br>PO BOX 1048<br>ADJUNTAS, PR  00601 | 130470 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED DEBTOR | CLAIM AMOUNT | CORRECTED DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 77 | SOTO GONZALEZ, CARLOS OMAR<br>P.O BOX 63<br>CASTANER, PR  00631 | 84315 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED DEBTOR | CLAIM AMOUNT | CORRECTED DEBTOR | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 78 | SOTO RODRIGUEZ, MONSERRATE<br>HC 2 BOX 5745<br>RINCON, PR  00677-9350 | 159277 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 79 | SUAREZ RIVERA, RAFAEL<br>URB SANTA ANA<br>E6 CALLE SALAMANCA<br>SAN JUAN, PR  00927-4917 | 60022 | PUERTO RICO ELECTRIC POWER AUTHORITY | $235,000.00 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>COMMONWEALTH OF PUERTO RICO | $100,000.00<br>$135,000.00 |
| | | | | | Total: | $235,000.00 |

Reason: Proof of claim purports to asserts liabilities of $235,000 against Puerto Rico Electric Power Authority, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority for $100,000 and Commonwealth of Puerto Rico for $135,000

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 80 | TORRES MELENDEZ, SENDIC OMAR<br>PO BOX 1052<br>OROCOVIS, PR  00720 | 57432 | PUERTO RICO ELECTRIC POWER AUTHORITY | $39,314.00* | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | $39,314.00* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Employees Retirement System of the Government of the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 81 | TORRES ORTIZ, BRENDA I<br>HC 11 BOX 48047<br>CAGUAS, PR  00725 | 22149 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 82 | TORRES, LESLIE M<br>HC 1 BOX 12591<br>PENUELAS, PR  00624 | 153317 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | | | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 83 | VEGA PEREZ, ROSA E.<br>HC-04 BOX 7987<br>JUANA DIAZ, PR  00795 | 136092 | PUERTO RICO ELECTRIC POWER AUTHORITY | $43,686.57* | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | $43,686.57* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Employees Retirement System of the Government of the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| 84 | VEGA RAMOS, JOAN<br>HC 01 BOX 3391<br>ADJUNTAS, PR  00601 | 149510 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| 85 | VELAZQUEZ CRUZ, BETSY<br>HC-02 BOX 5961<br>PENUELAS, PR  00624 | 155827 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| 86 | VINCENTE GONZALES, HAROLD D.<br>526 TINTILLO HILLS RD.<br>GUAYNABO, PR  00966 | 29810 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | PUERTO RICO ELECTRIC POWER AUTHORITY<br>PUERTO RICO SALES TAX FINANCING CORPORATION | Undetermined*<br>Undetermined* |
| | | | | | Total: | Undetermined* |

Reason: Proof of claim purports to asserts liabilities of undetermined against Puerto Rico Electric Power Authority, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under the Puerto Rico Sales Tax Financing Corporation for an undetermined amount and the Puerto Rico Electric Power Authority for an undetermined amount

* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | | | ASSERTED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | CLAIM AMOUNT | DEBTOR | CLAIM AMOUNT |
| 87 | WOO, JAMES T & GRACE Y<br>PO BOX 379<br>NEW VERNON, NJ 07976 | 5186 | PUERTO RICO ELECTRIC POWER AUTHORITY | $15,002.50 | PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY | $15,002.50 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority

| | | | | | | |
|---|---|---|---|---|---|---|
| 88 | ZAYAS, HIPOLITO RAMOS<br>URB.SABANERA<br>47 CAMINO DE LAS CASCADAS<br>CIDRA, PR 00739 | 11827 | PUERTO RICO ELECTRIC POWER AUTHORITY | $65,000.00 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>COMMONWEALTH OF PUERTO RICO | $40,000.00<br>$25,000.00 |
| | | | | | Total: | $65,000.00 |

Reason: Proof of claim purports to asserts liabilities of $65,000 against Puerto Rico Electric Power Authority, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority for $40,000 and Commonwealth of Puerto Rico for $25,000

* - Indicates claim contains unliquidated and/or undetermined amounts.