## Exhibit B

**Schedule of Claims to Be Disallowed via Notice of Presentment**

ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Bondholder No Liability to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ADAN TROCHE TORO AND LUCILA RIVERA BAEZ<br>P.O. BOX 776<br>BOQUERON, PR 00622-0776 | 5/22/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 28966 | $431,607.74 |
| | Reason: Claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by PREPA. Because the claim was filed based on the claimant's status as an alleged creditor of an alleged creditor of PREPA, the claim was not filed by an actual creditor of PREPA. The claim is derivative of claims that must be asserted by the mutual fund directly for any claimed recovery | | | | | |
| 2 | COLON RODRIGUEZ, ELFREN<br>LA CUMBRE GDNS<br>200 CALLE SANTA ROSA APT 103<br>SAN JUAN, PR 00926-5634 | 5/24/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 30333 | $117,870.05 |
| | Reason: Claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by PREPA. Because the claim was filed based on the claimant's status as an alleged creditor of an alleged creditor of PREPA, the claim was not filed by an actual creditor of PREPA. The claim is derivative of claims that must be asserted by the mutual fund directly for any claimed recovery | | | | | |
| 3 | CRUZ-YBARRA, HELVIA<br>182 CAMINO DEL MONTE<br>URB SABANERA<br>CIDRA, PR 00739 | 6/7/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 49168 | $96,478.00* |
| | Reason: Claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by PREPA. Because the claim was filed based on the claimant's status as an alleged creditor of an alleged creditor of PREPA, the claim was not filed by an actual creditor of PREPA. The claim is derivative of claims that must be asserted by the mutual fund directly for any claimed recovery | | | | | |
| 4 | FERNANDEZ, MANUEL MENDEZ<br>P.O. BOX 367<br>HUMACAO, PR 00792 | 3/23/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 3724 | $1,160.08 |
| | Reason: Claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by PREPA. Because the claim was filed based on the claimant's status as an alleged creditor of an alleged creditor of PREPA, the claim was not filed by an actual creditor of PREPA. The claim is derivative of claims that must be asserted by the mutual fund directly for any claimed recovery | | | | | |
| 5 | GUZMAN WEBB, DIANA<br>31 LAMBOURNE RD<br>TOWSAN, MD 21204 | 5/25/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 22757 | $196,135.94 |
| | Reason: Claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by PREPA. Because the claim was filed based on the claimant's status as an alleged creditor of an alleged creditor of PREPA, the claim was not filed by an actual creditor of PREPA. The claim is derivative of claims that must be asserted by the mutual fund directly for any claimed recovery | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Bondholder No Liability to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | IFARRAGUERRI GOMEZ MD, CARLOS<br>URB. SABANERA<br>182 CAMINO DEL MONTE<br>CIDRA, PR 00739-9475 | 6/7/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 82765 | $96,478.00* |
| | Reason: Claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by PREPA. Because the claim was filed based on the claimant's status as an alleged creditor of an alleged creditor of PREPA, the claim was not filed by an actual creditor of PREPA. The claim is derivative of claims that must be asserted by the mutual fund directly for any claimed recovery | | | | | |
| 7 | IRIZARRY COLLAZO, ELVIN JOSUE<br>ESTANCIAS DEL BOSQUE APT 142<br>TRUJILLO ALTO, PR 00976 | 5/3/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 11691 | $19,837.39 |
| | Reason: Claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by PREPA. Because the claim was filed based on the claimant's status as an alleged creditor of an alleged creditor of PREPA, the claim was not filed by an actual creditor of PREPA. The claim is derivative of claims that must be asserted by the mutual fund directly for any claimed recovery | | | | | |
| 8 | JMMB CORPORATION<br>P.O. BOX 367<br>HUMACAO, PR 00792 | 3/23/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 2074 | $2,319.98 |
| | Reason: Claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by PREPA. Because the claim was filed based on the claimant's status as an alleged creditor of an alleged creditor of PREPA, the claim was not filed by an actual creditor of PREPA. The claim is derivative of claims that must be asserted by the mutual fund directly for any claimed recovery | | | | | |
| 9 | LAWS, JOSEPH C<br>PO BOX 19143<br>SAN JUAN, PR 00908 | 5/28/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 18148 | $0.00* |
| | Reason: Claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by PREPA. Because the claim was filed based on the claimant's status as an alleged creditor of an alleged creditor of PREPA, the claim was not filed by an actual creditor of PREPA. The claim is derivative of claims that must be asserted by the mutual fund directly for any claimed recovery | | | | | |
| 10 | LEBRON ROSARIO, AMARILYS<br>D 5 OASIS GARDENS ESPANA<br>GUAYNABO, PR 00969 | 5/24/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 23221 | $218.93 |
| | Reason: Claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by PREPA. Because the claim was filed based on the claimant's status as an alleged creditor of an alleged creditor of PREPA, the claim was not filed by an actual creditor of PREPA. The claim is derivative of claims that must be asserted by the mutual fund directly for any claimed recovery | | | | | |
| 11 | PEREZ PEREZ, LOMBARDO<br>URB. ALHAMBRA, 2009 CALLE SEVILLA<br>PONCE, PR 00716-3827 | 4/19/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 7321 | $29,524.00 |
| | Reason: Claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by PREPA. Because the claim was filed based on the claimant's status as an alleged creditor of an alleged creditor of PREPA, the claim was not filed by an actual creditor of PREPA. The claim is derivative of claims that must be asserted by the mutual fund directly for any claimed recovery | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION

Exhibit B – Bondholder No Liability to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | PEREZ RIVERA, ALICIA<br>RR* 1471<br>BAYAMON, PR  00956 | 6/28/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 59551 | $188,276.62* |
| | Reason: Claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by PREPA. Because the claim was filed based on the claimant's status as an alleged creditor of an alleged creditor of PREPA, the claim was not filed by an actual creditor of PREPA. The claim is derivative of claims that must be asserted by the mutual fund directly for any claimed recovery | | | | | |
| 13 | QUINONES, JORGE I<br>VILLAS DEL ESTE<br>11 BENITO FEIJOO STREET<br>SAN JUAN, PR  00926 | 4/25/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 9531 | $170.47 |
| | Reason: Claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by PREPA. Because the claim was filed based on the claimant's status as an alleged creditor of an alleged creditor of PREPA, the claim was not filed by an actual creditor of PREPA. The claim is derivative of claims that must be asserted by the mutual fund directly for any claimed recovery | | | | | |
| 14 | RODRIGUEZ , XENIA L.<br>CUPEY GARDENS<br>CALLE 8 L-9<br>SAN JUAN, PR  00926-7323 | 5/27/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 24094 | $1,569.85 |
| | Reason: Claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by PREPA. Because the claim was filed based on the claimant's status as an alleged creditor of an alleged creditor of PREPA, the claim was not filed by an actual creditor of PREPA. The claim is derivative of claims that must be asserted by the mutual fund directly for any claimed recovery | | | | | |
| 15 | RODRIGUEZ RIVERA, CARLOS R.<br>L-9 8 CUPEY GARDENS<br>SAN JUAN, PR  00926-7323 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 40984 | $1,697.34 |
| | Reason: Claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by PREPA. Because the claim was filed based on the claimant's status as an alleged creditor of an alleged creditor of PREPA, the claim was not filed by an actual creditor of PREPA. The claim is derivative of claims that must be asserted by the mutual fund directly for any claimed recovery | | | | | |
| 16 | ROSARIO-FLORES, MARIA S<br>URB. OASIS GARDENS<br>D5 CALLE ESPANA<br>GUAYNABO, PR  00969 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 36755 | $218.46 |
| | Reason: Claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by PREPA. Because the claim was filed based on the claimant's status as an alleged creditor of an alleged creditor of PREPA, the claim was not filed by an actual creditor of PREPA. The claim is derivative of claims that must be asserted by the mutual fund directly for any claimed recovery | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.