## **EXHIBIT A**

**Schedule of Claims Subject to Two Hundred Sixty-First Omnibus Objection**

## Two Hundred and Sixty-First Omnibus Objection
### Exhibit A - Amended Claims

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | GONZALEZ RUBERTE, PETRA MARIA REPARTO SEBANETAS CALLE 3B -12 PONCE, PR 00716 | 06/28/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 149237 | $ 48,078.57 | GONZALEZ RUBERTE, PETRA M. 507 CALLE ACEITILLO BO. BUCANA / LOS CAOBOS PONCE, PR 00716-2651 | 07/21/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174188 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | VERA ROLDAN, LOURDES 310 PASSAIC AVE APT 315 HARRISON, NJ 07029-2837 | 05/24/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 20825 | $ 27,000.00 | LOURDES VERA ROLDAN 310 PASSAIC AVE APT 315 HARRISON, NJ 07029-2837 | 03/12/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 173488 | $ 85,750.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts