# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima sexagésima primera objeción global**

Ducentésima Sexagésima Primera Objeción Global
Anexo A: Reclamos Modificados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | GONZALEZ RUBERTE, PETRA MARIA<br>REPARTO SEBANETAS CALLE 3B -12<br>PONCE, PR 00716 | 06/28/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 149237 | $ 48,078.57 | GONZALEZ RUBERTE, PETRA M.<br>507 CALLE ACEITILLO BO. BUCANA / LOS CAOBOS<br>PONCE, PR 00716-2651 | 07/21/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 174188 | Indeterminado* |

Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | VERA ROLDAN, LOURDES<br>310 PASSAIC AVE APT 315<br>HARRISON, NJ 07029-2837 | 05/24/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 20825 | $ 27,000.00 | LOURDES VERA ROLDAN<br>310 PASSAIC AVE APT 315<br>HARRISON, NJ 07029-2837 | 03/12/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 173488 | $ 85,750.00 |

Base para: Enmendadas y reemplazadas por una Evidencia de Reclamo presentada posteriormente.

\* Indica que la reclamación contiene montos por liquidar o indeterminados