## Exhibit A

**Schedule of Claims to Be Set for Hearing**

**N/A – Currently, the Debtors do not anticipate setting any claims from the One Hundred Eighty-Ninth Omnibus Objection for hearing at the November 20, 2020 Satellite Hearing.**