## Exhibit B

**Schedule of Claims to Be Disallowed via Notice of Presentment**

One Hundred and Eighty-Ninth Omnibus Objection
Exhibit B - Schedule of Exact Duplicate Claims to be Disallowed via Notice of Presentment

CLAIMS TO BE DISALLOWED                                                                    REMAINING CLAIMS

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HERNANDEZ SANCHEZ, JUAN R MANSIONES DE CAROLINA NN-30 CALLE YAUREL CAROLINA, PR 00987 | 05/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 26679 | Undetermined* | HERNANDEZ SANCHEZ, JUAN R MANSIONES DE CAROLINA NN30 CALLE YAUREL CAROLINA, PR 00987 | 05/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 26678 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 2 | PLAZA LAS AMERICAS, INC G. CARLO-ALTIERI LAW OFFICES 254 CALLE SAN JOSE THIRD FLOOR SAN JUAN, PR 00901 | 06/05/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 35921 | $ 7,205,220.53* | PLAZA LAS AMERICAS, INC. G. CARLO-ALTIERI LAW OFFICES 254 CALLE SAN JOSE, THIRD FLOOR SAN JUAN, PR 00901 | 06/06/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 39992 | $ 7,205,220.53* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 3 | PUERTO RICO LAND ADMINISTRATION 419 DE DIEGO ST., STE. 301 SAN JUAN, PR 00923 | 06/27/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 75494 | $ 1,129,811.76 | PUERTO RICO LAND ADMINISTRATION 419 DE DIEGO ST., STE. 301 SAN JUAN, PR 00923 | 06/25/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 50438 | $ 1,129,811.76 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts                                     Page 1 of 1