## Exhibit A

**Schedule of Claims to Be Set for Hearing**

One Hundred and Ninetieth Omnibus Objection
Exhibit A - Schedule of Amended Claims to be Set for Hearing

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | IRIZARRY, CARLOS CORTES<br>LUIS R. LUGO EMANUELLI<br>PO BOX 34<br>FAJARDO, PR 00738 | 08/30/17 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 92 | $ 150,000.00* | CORTES IRIZARRY, CARLOS<br>C/O LUGO EMANUELLI LAW OFFICES<br>ATTN: LUIS R. LUGO EMANUELLI, ATTORNEY AT LAW<br>PO BOX 34<br>FAJARDO, PR 00738 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 101510 | $ 150,000.00* |

Reason: Amended and superseded by a later filed Proof of Claim.

\* Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1