## Exhibit A

### Schedule of Claims to Be Set for Hearing

Two Hundred and First Omnibus Objection
Exhibit A - Schedule of No Liability Bond Claims to be Set for Hearing

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | MONTALVO, EDDIE<br>1COND SAN FERNANDO VLG<br>APT 102<br>CAROLINA, PR 00987-6948 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27995 | $ 34,615.38 |

Reason: Claim purports to assert liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

| | | | | | TOTAL | $ 34,615.38 |
|---|---|---|---|---|---|---|