# Exhibit B

**Schedule of Claims to Be Disallowed via Notice of Presentment**

Two Hundred and First Omnibus Objection
Exhibit B - Schedule of No Liability Bond Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | DENNIS R. ROMAN RETIREMENT PLAN REPRESENTED BY UBS TRUST COMPANY OF PR<br>UBS TRUST COMPANY OF PR<br>250 MUNOZ RIVERA AVENUE, 10TH FLOOR<br>SAN JUAN, PR 00918 | 6/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26492 | $ 25,000.00* |
| | Reason: Claim purports to assert liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. | | | | | |
| 2 | FERNANDEZ TORRES, VIVIEN E.<br>A-9 VIA HORIZONTE, LA VISTA<br>SAN JUAN, PR 00924-4461 | 4/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6917 | $ 75,000.00 |
| | Reason: Claim purports to assert liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. | | | | | |
| 3 | PEDRO LARACUENTE VAZQUEZ & PROVIDENCIA RIVERA PAGAN<br>PEDRO LARACUENTE VAZQUEZ<br>PO BOX 548<br>MAYAGUEZ, PR 00681-0548 | 4/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9313 | $ 276,804.00 |
| | Reason: Claim purports to assert liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. | | | | | |
| 4 | SILVER POINT CAPITAL FUND, L.P.<br>CREDIT ADMIN<br>TWO GREEENWICH PLAZA, 1ST FLOOR<br>GREENWICH, CT 06830 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115039 | Undetermined* |
| | Reason: Claim purports to assert liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. | | | | | |
| 5 | VELEZ FELICIANO, CARMEN J<br>URB SAN IGNACIO<br>1779 CALLE SAN DIEGO<br>SAN JUAN, PR 00927-6811 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3336 | $ 251,300.00 |
| | Reason: Claim purports to assert liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. | | | | | |
| 6 | WINDERMERE IRELAND FUND PLC<br>C/O ARISTEIA CAPITAL, L.L.C.<br>1 GREENWICH PLAZA<br>GREENWICH, CT 06830 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36802 | Undetermined* |
| | Reason: Claim purports to assert liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. | | | | | |
| | | | | | TOTAL | $ 628,104.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts