## Exhibit B

**Schedule of Claims to Be Modified via Notice of Presentment**

Two Hundred and Third Omnibus Objection
Exhibit B - Schedule of Incorrect Debtor Bond Claims to be Modified via Notice of Presentment

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | LUGO PAGAN, ADA E.<br>PO BOX 771<br>HORMIGUEROS, PR 00660 | 121523 | Commonwealth of Puerto Rico | Unsecured | $100,000.00 | Puerto Rico Electric Power Authority | Unsecured | $100,000.00 |

Reason: Claimant identifies as obligor as Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | THE DENNIS CORREA LOPEZ RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>ATTN: JAVIER GONZALEZ<br>250 MUNOZ RIVERA AVENUE, 10TH FLOOR<br>SAN JUAN, PR 00918 | 172375 | Commonwealth of Puerto Rico | Secured | Undetermined* | Puerto Rico Electric Power Authority | Secured | Undetermined* |

Reason: Claimant identifies as obligor as Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

|   |   |   | TOTAL |   | $ 100,000.00* | TOTAL |   | $ 100,000.00* |

* Indicates claim contains unliquidated and/or undetermined amounts