## Exhibit A

**Schedule of Claims to Be Set for Hearing**

Case:17-03283-LTS Doc#:14909-1 Filed:10/23/20 Entered:10/23/20 16:45:25 Desc:
Exhibit Exhbit A -Claims to be set for Hearing Page 1 of 2

## Two Hundred and Fourth Omnibus Objection
### Exhibit A - Schedule of Amended Claims to be Set for Hearing

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | MARTINEZ VELEZ , RUTH DALIA LUISA JMB 506 609AVE TITO CASTRO SUITE 102 PONCE, PR 00716 | 06/27/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 105594 | Undetermined* | MARTINEZ VELEZ, RUTH DALIA LUISA PMB 506 609 AVE. TITO CASTRO SUITE 102 PONCE, PR 00716-0200 | 07/14/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174281 | $ 1,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | MARTINEZ VELEZ, RUTH D. PO BOX 6387 PONCE, PR 00733-6387 | 05/29/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 40721 | $ 2,389.00 | MARTINEZ VELEZ, RUTH DALIA LUISA PMB 506 609 AVE. TITO CASTRO SUITE 102 PONCE, PR 00716-0200 | 07/14/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 174266 | $ 2,375.52 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | MARTINEZ VELEZ, RUTH DALIA LUISA PMB 506 609 AVE. TITO CASTRO SUITE 102 PONCE, PR 00716-0200 | 06/27/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 103437 | Undetermined* | MARTINEZ VELEZ, RUTH DALIA LUISA PMB 506 609 AVE. TITO CASTRO SUITE 102 PONCE, PR 00716-0200 | 07/14/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174279 | $ 4,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 4 | MARTINEZ VELEZ, RUTH DALIA LUISA PMB 506 609 AVE. TITO CASTRO SUITE 102 PONCE, PR 00716-0200 | 06/27/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 105684 | Undetermined* | MARTINEZ VELEZ, RUTH DALIA LUISA PMB 506 609 AVE. TITO CASTRO SUITE 102 PONCE, PR 00716-0200 | 07/14/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174276 | $ 2,400.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts