## Exhibit B

**Schedule of Claims to Be Disallowed via Notice of Presentment**

## Two Hundred and Fourth Omnibus Objection
### Exhibit B - Schedule of Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | MENDEZ RIVERA , GLORIA M<br>GRAN VISTA II<br>76 PLAZA 8<br>GURABO, PR 00778-5057 | 05/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 21751 | $ 24,918.27* | MENDEZ RIVERA, GLORIA M<br>GRAN VISTA II 76 PLAZA 8<br>GURABO, PR 00778 | 05/30/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 28460 | $ 24,918.27* |

Reason: Amended and superseded by a later filed Proof of Claim.

\* Indicates claim contains unliquidated and/or undetermined amounts