**ANEXO A**
**Relación de reclamaciones objeto de la Ducentésima sexagésima tercera objeción global**

Case:17-03283-LTS Doc#:14910-2 Filed:10/23/20 Entered:10/23/20 17:05:43 Desc: Anexo A Page 1 of 3

## Ducentésima Sexagésima Tercera Objeción Global
### Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | HERRERA SANCHEZ, NAZARIO<br>HC#5 BOX 5138<br>YABUCOA, PR 00767 | 10/7/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 171691 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | LLORENS, EDGARDO SANTIAGO<br>1925 LAS AMERICAS<br>PONCE, PR 00728-1815 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28797 | $ 100,000.00* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | MORALES BENITEZ, NEREIDA<br>462 C/ JOSEFA MENDIA<br>URB. LOS MAESTROS<br>SAN JUAN, PR 00923 | 5/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 27629 | $ 1,300.00* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | ORTIZ RIVERA, NORMA JUDITH<br>PARQUE DEL RIO<br>PE 12 VIA DEL RIO<br>TRUJILLO ALTO, PR 00976 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35606 | $ 997.00 |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | RAMOS PUENTE, GENEROSA M.<br>HC-01 BOX 4020<br>ADJUNTAS, PR 00601 | 10/3/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 171098 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

## Ducentésima Sexagésima Tercera Objeción Global
### Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | TORRES GONZALEZ, SANTIAGO<br>MARIA CELESTE TORRES GONZALEZ<br>CALLE SAN JUDAS PARCELA 220 BUZON 12<br>GUAYAMA, PR 00784 | 2/5/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173137 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 7 | TORRES GONZALEZ, SILVERIO<br>CALLE SAN JUDAS PARCELA 220 BUZON 12<br>GUAYAMA, PR 00784 | 12/31/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172934 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| | | | | | TOTAL | $ 102,297.00* |