# EXHIBIT A
**Schedule of Claims Subject to the Two Hundred Sixty-Fourth Omnibus Objection**

## Two Hundred and Sixty-Fourth Omnibus Objection
### Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 04/20/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 173729 | $19,700.00 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 07/14/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174277 | $19,700.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 2 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 04/20/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 173745 | $5,000.00 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 07/14/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174278 | $5,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 3 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 04/20/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 173747 | $7,200.00 | LUISA MARTINEZ VELEZ, RUTH DALIA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 07/14/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174260 | $7,200.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 4 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 04/20/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 173748 | $1,000.00 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 07/14/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174281 | $1,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 5 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 04/20/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 173750 | $2,400.00* | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 07/14/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174276 | $2,400.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts