# ANEXO A
**Relación de reclamaciones objeto de la Ducentésima sexagésima cuarta objeción global**

## Ducentésima Sexagésima Cuarta Objeción Global
### Anexo A - Reclamos duplicados exactos

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 04/20/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 173729 | $ 19,700.00 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 07/14/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 174277 | $ 19,700.00 |
| | Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada. | | | | | | | | | |
| 2 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 04/20/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 173745 | $ 5,000.00 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 07/14/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 174278 | $ 5,000.00 |
| | Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada. | | | | | | | | | |
| 3 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 04/20/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 173747 | $ 7,200.00 | LUISA MARTINEZ VELEZ, RUTH DALIA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 07/14/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 174260 | $ 7,200.00 |
| | Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada. | | | | | | | | | |
| 4 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 04/20/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 173748 | $ 1,000.00 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 07/14/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 174281 | $ 1,000.00 |
| | Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada. | | | | | | | | | |
| 5 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 04/20/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 173750 | $ 2,400.00* | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 07/14/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 174276 | $ 2,400.00* |
| | Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados