## **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Sixty-Sixth Omnibus Objection**

TWO HUNDRED SIXTY SIXTH OMNIBUS OBJECTION

Exhibit A – No Liability (Ley 164)

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AGUIRRE SOTO, ELVIRA<br>URB. VILLA SERENA 79<br>CALLE VOLGA<br>SANTA ISABEL, PR 00757 | 6/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 120109 | $0.00 |
| | Claimant asserts liabilities against PREPA arising from salary increases allegedly granted by Act 164 of 2003. However, Act 164 does not apply to PREPA or its employees, so PREPA is not liable for claims arising from salary increases allegedly authorized by Act 164 | | | | | |
| 2 | ALICEA CINTRON, NOE LUIS<br>SANTA ELEMA FLAMBOGAN<br>GUAGAMILLA, PR 00656 | 6/28/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 127007 | $0.00 |
| | Claimant asserts liabilities against PREPA arising from salary increases allegedly granted by Act 164 of 2003. However, Act 164 does not apply to PREPA or its employees, so PREPA is not liable for claims arising from salary increases allegedly authorized by Act 164 | | | | | |
| 3 | COLON ALVARADO, MAYDA L.<br>9 SEGUNDO BERNIER<br>COAMO, PR 00769 | 6/26/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 94717 | $0.00 |
| | Claimant asserts liabilities against PREPA arising from salary increases allegedly granted by Act 164 of 2003. However, Act 164 does not apply to PREPA or its employees, so PREPA is not liable for claims arising from salary increases allegedly authorized by Act 164 | | | | | |
| 4 | RIGUAL VELAZQUEZ, MARIA TERESA<br>2434 CALLE GRAN VIA<br>BDA. BELGICA<br>PONCE, PR 00717-1749 | 6/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 146390 | $0.00 |
| | Claimant asserts liabilities against PREPA arising from salary increases allegedly granted by Act 164 of 2003. However, Act 164 does not apply to PREPA or its employees, so PREPA is not liable for claims arising from salary increases allegedly authorized by Act 164 | | | | | |
| 5 | RIVERA IRIZARRY, ISMAEL<br>URB VALLE ALTA<br>CALLE CIMA 1413<br>PONCE, PR 00730 | 6/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 136760 | $0.00 |
| | Claimant asserts liabilities against PREPA arising from salary increases allegedly granted by Act 164 of 2003. However, Act 164 does not apply to PREPA or its employees, so PREPA is not liable for claims arising from salary increases allegedly authorized by Act 164 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.