# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima sexagésima sexta objeción global**

DUCENTÉSIMA CUADRAGÉSIMA OBJECIÓN COLECTIVA

Anexo A - Ninguna Responsabilidad (Ley 164)

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | AGUIRRE SOTO, ELVIRA<br>URB. VILLA SERENA 79<br>CALLE VOLGA<br>SANTA ISABEL, PR 00757 | 6/29/2018 | 17-03283 | | 120109 | $0.00 |
| | Demandante afirma obligaciones contra la PREPA que surgen de presuntos aumentos de ingreso concedidos por el Acta 164 del 2003. Sin embargo, el Acta 164 no aplica a la PREPA of sus empleados, por lo tanto, la PREPA no es responsable por demandas surgentes por presuntos aumentos de salario autorizados por el Acta 164. | | | | | |
| 2 | ALICEA CINTRON, NOE LUIS<br>SANTA ELEMA FLAMBOGAN<br>GUAGAMILLA, PR 00656 | 6/28/2018 | 17-03283 | | 127007 | $0.00 |
| | Demandante afirma obligaciones contra la PREPA que surgen de presuntos aumentos de ingreso concedidos por el Acta 164 del 2003. Sin embargo, el Acta 164 no aplica a la PREPA of sus empleados, por lo tanto, la PREPA no es responsable por demandas surgentes por presuntos aumentos de salario autorizados por el Acta 164. | | | | | |
| 3 | COLON ALVARADO, MAYDA L.<br>9 SEGUNDO BERNIER<br>COAMO, PR 00769 | 6/26/2018 | 17-03283 | | 94717 | $0.00 |
| | Demandante afirma obligaciones contra la PREPA que surgen de presuntos aumentos de ingreso concedidos por el Acta 164 del 2003. Sin embargo, el Acta 164 no aplica a la PREPA of sus empleados, por lo tanto, la PREPA no es responsable por demandas surgentes por presuntos aumentos de salario autorizados por el Acta 164. | | | | | |
| 4 | RIGUAL VELAZQUEZ, MARIA TERESA<br>2434 CALLE GRAN VIA<br>BDA. BELGICA<br>PONCE, PR 00717-1749 | 6/29/2018 | 17-03283 | | 146390 | $0.00 |
| | Demandante afirma obligaciones contra la PREPA que surgen de presuntos aumentos de ingreso concedidos por el Acta 164 del 2003. Sin embargo, el Acta 164 no aplica a la PREPA of sus empleados, por lo tanto, la PREPA no es responsable por demandas surgentes por presuntos aumentos de salario autorizados por el Acta 164. | | | | | |
| 5 | RIVERA IRIZARRY, ISMAEL<br>URB VALLE ALTA<br>CALLE CIMA 1413<br>PONCE, PR 00730 | 6/29/2018 | 17-03283 | | 136760 | $0.00 |
| | Demandante afirma obligaciones contra la PREPA que surgen de presuntos aumentos de ingreso concedidos por el Acta 164 del 2003. Sin embargo, el Acta 164 no aplica a la PREPA of sus empleados, por lo tanto, la PREPA no es responsable por demandas surgentes por presuntos aumentos de salario autorizados por el Acta 164. | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados