**ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima sexagésima séptima objeción global**

Ducentésima Sexagésima Séptima Objeción Global
Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CONSOLIDATED WASTE SERVICES CO. PO BOX 1322 GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22682 | $ 1,800.26 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad para el Financiamiento de la Vivienda, la cual no es parte de los procesos en virtud del Título III. | | | | | |
| 2 | RIVERA, ELIGIO DBA UNITRAX BOX 5382 HC 01 BARRANQUITAS, PR 00794 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29467 | $ 76,380.00 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran la obligación entre el Reclamante y la Autoridad de Transporte Marítimo, la cual no es parte de los procesos iniciados al amparo del Título III. | | | | | |
| | | | | | TOTAL | $ 78,180.26 |