**EXHIBIT A**
**Schedule of Claims Subject to the Two Hundred Sixty-Fifth Omnibus Objection**

## Two Hundred and Sixty-Fifth Omnibus Objection
## Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CASA GRANDE INTERACTIVE COMMUNICATIONS,INC<br>807 AVE. PONCE DE LEON<br>SAN JUAN, PR 00907 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 145778 | $ 322,682.37 |
| | Reason: Pursuant to the Debtors' books and records, there are no amounts outstanding pertaining to this asserted claim. Amounts asserted are related to services which were not received. Therefore, the Debtors have no liability related to this claim. | | | | | |
| 2 | WILLIAM RAMIREZ GARRATON/MARIA EUGENIA FERNANDEZ ORTIZ<br>ATTN: WILLIAM RAMIREZ GARRATON<br>GANGES 8<br>URB. IND. EL PARAISO<br>SAN JUAN, PR 00926 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44379 | $ 500,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| | | | | | TOTAL | $ 822,682.37 |