**ANEXO A**
**Relación de reclamaciones objeto de la Ducentésima sexagésima quinta objeción global**

Ducentésima Sexagésima Quinta Objeción Global
Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CASA GRANDE INTERACTIVE COMMUNICATIONS,INC<br>807 AVE. PONCE DE LEON<br>SAN JUAN, PR 00907 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 145778 | $ 322,682.37 |
| | Base para: De acuerdo con los libros y registros de los Deudores, no existen montos pendientes vinculados al reclamo formulado. Los montos formulados están relacionados con servicios que no se recibieron. Por lo tanto, los Deudores no tienen responsabilidad con relación a este reclamo. | | | | | |
| 2 | WILLIAM RAMIREZ GARRATON/MARIA EUGENIA FERNANDEZ ORTIZ<br>ATTN: WILLIAM RAMIREZ GARRATON<br>GANGES 8<br>URB. IND. EL PARAISO<br>SAN JUAN, PR 00926 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44379 | $ 500,000.00 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Titulo III. | | | | | |
| | | | | | TOTAL | $ 822,682.37 |