## **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Sixty-Eighth Omnibus Objection**

## Two Hundred and Sixty-Eighth Omnibus Objection
## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | APONTE BARRIOS, GERARDO<br>1123 WALT WILLIAMS RD LOT207<br>LAKELAND, FL 33809-2394 | 3/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 542 | $ 590.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90142910 dated 08/15/2018 and Check No. 90151401 dated 04/23/2019

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | BLESS THERAPY PLACE P S C<br>PLAZA CAROLINA STATION<br>PO BOX 10038<br>CAROLINA, PR 00988-1038 | 3/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1168 | $ 2,294.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90143537 dated 9/14/2018.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | BLESS THERAPY PLACE PSC<br>PLAZA CAROLINA STATION<br>PO BOX 10038<br>CAROLINA, PR 00988-1038 | 8/22/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 87 | $ 9,144.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90143537 dated 09/14/2018 and Check No. 90135091 dated 02/26/2018.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | CARIBBEAN DATA SYSTEM INC.<br>AVE. SAN PATRICIO #636<br>SAN JUAN, PR 00920 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36320 | $ 22,630.00 |

Reason: Proof of Claim asserts liability on the basis of Invoice No. 20171100. The records of the Public Housing Administration show such invoices have been fully satisfied, pursuant to EFT Nos. 9506 and 198695 dated 05/02/2019.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | CORDOVA, JEANNETTE FERNANDEZ<br>URB SAN PEDRO<br>G1 CALLE DAVID<br>TOA BAJA, PR 00949-5415 | 8/16/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45 | $ 674.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90155791 dated 07/18/2019.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | GENERAL INVESTMENT LLC (EIN NO. 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)<br>PO BOX 365051<br>SAN JUAN, PR 00936-5051 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43068 | $ 47,645.60 |

Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 12-0947-13, 04-0945-14, 2015-07-038, 2015-10-038, and 2016-05-048. The records of the Department of Labor and Human Resources show such invoices have been fully satisfied, pursuant to EFT No. 00098512 dated 09/07/2018 and Check No. 03365451 dated 02/16/2016.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | HERNANDEZ, LUCAS MARTINEZ<br>URB VISTA LAGO 98 CALLE LAGO CARITE<br>GURABO, PR 00778 | 9/13/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154 | $ 4,464.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90621284 dated 07/13/2018.

## Two Hundred and Sixty-Eighth Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | PUERTO RICO LEGAL ADVOCATES PSC<br>PO BOX 7462<br>PONCE, PR 00732 | 12/6/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 352 | $ 70,856.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90142910 dated 08/15/2018 and Check No. 90142907 dated 08/15/2018.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | RIVERA SIACA, LUIS  A.<br>CHARLES A. CUPRILL PSC LAW OFFICES<br>356 FORTALEZA STREET2 FLOOR<br>SAN JUAN, PR 00901 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58318 | $ 455,433.24 |

Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 14-35DE, 14-40DE, 14-42DE, l4-38DE, 14-41DE, 14-36DE, 14-37DE, DE-AAA-92, 14-39DE, DE-AAA-95, DE-AAA-89, and DE-AAA-96. The records of the Department of Education show such invoices has been fully satisfied, pursuant to ACH Nos. 00004148, 00004148, 00004148, 00004381, 00004381, 00005653, 00005653, 00005653, 00005653, 00005653, 00006725, and 00006725 dated 06/18/2018, 06/18/2018, 06/18/2018, 06/21/2018, 06/21/2018, 07/09/2018, 07/09/2018, 07/09/2018, 07/09/2018, 07/09/2018, 08/02/2018, and 08/02/2018, respectively.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | SMART PAVE SOLUTION LLC<br>352 AVE SAN CLAUDIO PMB351<br>SAN JUAN, PR 00926 | 9/13/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152 | $ 1,196.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90149207 dated 02/12/2019.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | SOFTEK, INC.<br>MARIA R LONDONO<br>650 MUNOZ RIVERA AVENUE SUITE601<br>SAN JUAN, PR 00918 | 4/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6315 | $ 54,661.00 |

Reason: Proof of Claim asserts liability on the basis of Invoice No. 2015-0004.  The records of the Department of Families and Children show that such invoice has been fully satisfied, pursuant to Check No. 03218063 dated 02/04/2015.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | SOLIDARITY MEDICAL GROUP INC<br>PO BOX 6833<br>MAYAGUEZ, PR00681 | 3/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 765 | $ 21,281.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 901290989 dated 09/15/2017.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | WOLFF, GEORGE<br>5576 LUCIA PLACE<br>SARASOTA, FL 34238-6206 | 3/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 589 | $ 1,020.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 07/31/2017.

| | TOTAL | $ 691,888.84 |
|---|---|---|