# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima sexagésima octava objeción global**

## Ducentésima Sexagésima Octava Objeción Global
### Anexo A: Reclamos Pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | APONTE BARRIOS, GERARDO<br>1123 WALT WILLIAMS RD LOT207<br>LAKELAND, FL 33809-2394 | 3/1/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 542 | $ 590.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho rembolso o devolución se efectuó en su totalidad, mediante los Cheques n.° 90142910 del 15/8/2018 y n.° 90151401 del 23/4/2019 | | | | | |
| 2 | BLESS THERAPY PLACE P S C<br>PLAZA CAROLINA STATION<br>PO BOX 10038<br>CAROLINA, PR 00988-1038 | 3/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1168 | $ 2,294.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho rembolso o devolución se efectuó en su totalidad, mediante el Cheque n.° 90143537, con fecha 14/9/2018. | | | | | |
| 3 | BLESS THERAPY PLACE PSC<br>PLAZA CAROLINA STATION<br>PO BOX 10038<br>CAROLINA, PR 00988-1038 | 8/22/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 87 | $ 9,144.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho rembolso o devolución se efectuó en su totalidad, mediante los Cheques n.° 90143537 del 14/9/2018 y 90135091 del 26/2/2018. | | | | | |
| 4 | CARIBBEAN DATA SYSTEM INC.<br>AVE. SAN PATRICIO #636<br>SAN JUAN, PR 00920 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36320 | $ 22,630.00 |
| | Base para: La Evidencia de Reclamo invoca una obligación sobre la base de la Factura n.º 20171100. En los registros de la Administración de Vivienda Pública, esas facturas aparecen abonadas en su totalidad, conforme a las transferencias electrónicas de fondos n.° 9506 y 198695, con fecha 2/5/2019. | | | | | |
| 5 | CORDOVA, JEANNETTE FERNANDEZ<br>URB SAN PEDRO<br>G1 CALLE DAVID<br>TOA BAJA, PR 00949-5415 | 8/16/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 45 | $ 674.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho rembolso o devolución se efectuó en su totalidad, mediante el Cheque n.° 90155791, con fecha 18/7/2019. | | | | | |
| 6 | GENERAL INVESTMENT LLC (EIN NO. 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)<br>PO BOX 365051<br>SAN JUAN, PR 00936-5051 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 43068 | $ 47,645.60 |
| | Base para: La Evidencia de Reclamo invoca una obligación con base en las facturas n.° 12-0947-13, 04-0945-14, 2015-07-038, 2015-10-038 y 2016-05-048. Los registros del Departamento del Trabajo y Recursos Humanos muestran que esas facturas se abonaron en su totalidad, mediante la transferencia electrónica de fondos n.° 00098512 del 7/9/2018 y el Cheque n.° 03365451 del 16/2/2016. | | | | | |

## Ducentésima Sexagésima Octava Objeción Global
## Anexo A: Reclamos Pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | HERNANDEZ, LUCAS MARTINEZ<br>URB VISTA LAGO 98 CALLE LAGO CARITE<br>GURABO, PR 00778 | 9/13/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 154 | $ 4,464.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho rembolso o devolución se efectuó en su totalidad, mediante el Cheque n.° 90621284, con fecha 13/7/2018. | | | | | |
| 8 | PUERTO RICO LEGAL ADVOCATES PSC<br>PO BOX 7462<br>PONCE, PR 00732 | 12/6/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 352 | $ 70,856.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho rembolso o devolución se efectuó en su totalidad, mediante los Cheques n.° 90142910 del 15/8/2018 y n.° 90142907 del 15/8/2018. | | | | | |
| 9 | RIVERA SIACA, LUIS A.<br>CHARLES A. CUPRILL PSC LAW OFFICES<br>356 FORTALEZA STREET 2 FLOOR<br>SAN JUAN, PR 00901 | 6/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 58318 | $ 455,433.24 |
| | Base para: La Evidencia de Reclamo invoca una obligación con base en las Facturas n.° 14-35DE, 14-40DE, 14-42DE, l4-38DE, 14-41DE, 14-36DE, 14-37DE, DE-AAA-92, 14-39DE, DE-AAA-95, DE-AAA-89 y DE-AAA-96. En los registros del Departamento de Educación, dichas facturas aparecen abonadas en su totalidad, a través de las cámaras de compensación automatizadas n.° 00004148, 00004148, 00004148, 00004381, 00004381, 00005653, 00005653, 00005653, 00005653, 00005653, 00006725 y 00006725, con fechas 18/6/2018, 18/6/2018, 18/6/2018, 21/6/2018, 21/6/2018, 9/7/2018, 9/7/2018, 9/7/2018, 9/7/2018, 07/09/2018, 2/8/2018 y 2/8/2018, respectivamente. | | | | | |
| 10 | SMART PAVE SOLUTION LLC<br>352 AVE SAN CLAUDIO PMB 351<br>SAN JUAN, PR 00926 | 9/13/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 152 | $ 1,196.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho rembolso o devolución se efectuó en su totalidad, mediante el Cheque n.° 90149207, con fecha 12/2/2019. | | | | | |
| 11 | SOFTEK, INC.<br>MARIA R LONDONO<br>650 MUNOZ RIVERA AVENUE SUITE 601<br>SAN JUAN, PR 00918 | 4/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6315 | $ 54,661.00 |
| | Base para: La Evidencia de Reclamo invoca una obligación sobre la base de la Factura n.° 2015-0004. Los registros de la Administración de Familias y Niños indican que esa factura se abonó en su totalidad mediante el Cheque n.° 03218063, con fecha 4/2/2015. | | | | | |
| 12 | SOLIDARITY MEDICAL GROUP INC<br>PO BOX 6833<br>MAYAGUEZ, PR 00681 | 3/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 765 | $ 21,281.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho rembolso o devolución se efectuó en su totalidad, mediante el Cheque n.° 901290989, con fecha 15/9/2017. | | | | | |

## Ducentésima Sexagésima Octava Objeción Global
### Anexo A: Reclamos Pagados

|  | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | WOLFF, GEORGE<br>5576 LUCIA PLACE<br>SARASOTA, FL 34238-6206 | 3/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 589 | $ 1,020.00 |

Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado totalmente mediante un depósito directo de fecha 31 de julio de 2017.

|  |  |
|---|---|
| TOTAL | $ 691,888.84 |