# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima sexagésima novena objeción global**

Ducentésima Sexagésima Novena Objeción Global
Anexo A: Reclamos Sustantivos Duplicados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | BERAS AULET, CAROLINA<br>HC 02 BOX 27226<br>CABO ROJO, PR 00623 | 06/29/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 98108 | $ 8,400.00* | BERAS AULET, CAROLINA<br>HC-02 BOX 27226<br>CABO ROJO, PR 00623 | 06/29/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 141141 | $ 8,400.00* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 2 | BERAS AULET, CAROLINA<br>HC-02 BOX 27226<br>CABO ROJO, PR 00623 | 06/29/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 108461 | $ 24,976.41* | BERAS AULET, CAROLINA<br>HC 02 BZN 2722 6<br>CABO ROJO, PR 00623 | 06/29/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 119669 | $ 24,976.41 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 3 | BURGOS APONTE, CARMEN<br>CALLE DRAGRON X44<br>EXT. LOMAS VERDES<br>BAYAMON, PR 00956 | 05/24/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 32499 | $ 100,000.00 | BURGOS APONTE, CARMEN<br>EXT LOMAS VERDES<br>X44 CALLE DRAGON<br>BAYAMON, PR 00956 | 10/03/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 167605 | $ 100,000.00* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 4 | CRUZ BENITEZ, RALPH CARLOS MONDRIGUEZ TORRES<br>P.O. BOX 295<br>LAS PIEDRAS, PR 00771 | 08/04/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 174494 | $ 37,500.00 | CRUZ BENITEZ, RALPH CARLOS MONDRÍGUEZ TORRES<br>PO BOX 295<br>LAS PIEDRAS, PR 00771 | 07/05/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 103140 | $ 37,500.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 5 | DIEPPA, HILDA MASSA<br>F1-48 CALLE 8<br>CIUDAD MASSO<br>SAN LORENZO, PR 00754 | 07/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 174256 | $ 30,000.00 | MASSA DIEPPA, HILDA<br>F 1-48 CALLE 8<br>CIUDAD MASSO<br>SAN LORENZO, PR 00754 | 07/20/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 174206 | $ 30,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Ducentésima Sexagésima Novena Objeción Global
Anexo A: Reclamos Sustantivos Duplicados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6 | HL CENTROVISION GROUP HR INC #652 AVE MUNOZ RIVERA MONTE MALL SUITE 2000 HATO REY, PR 00918 | 05/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 43770 | $ 517,168.60 | HL CENTROVISION GROUP HR INC. AVE MUNOZ RIVERA #652 EL MONTE MALL SUITE 2000 HATO REY, PR 00918 | 05/29/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 43066 | $ 517,168.60 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 7 | KCI 12930 INTERSTATE 10 WEST SAN ANTONIO, TX 78249 | 05/25/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 21190 | $ 107,065.13 | KCI - KINETIC CONCEPTS INC. 12930 INTERSTATE 10 WEST SAN ANTONIO, TX 78249 | 06/05/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 46203 | $ 107,065.13 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 8 | MARTINEZ VELEZ, RUTH DALIA LUISA PMB 506 609 AVE. TITO CASTRO SUITE 102 PONCE, PR 00716-0200 | 04/20/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 173749 | $ 4,000.00 | MARTINEZ VELEZ, RUTH DALIA LUISA PMB 506 609 AVE. TITO CASTRO SUITE 102 PONCE, PR 00716-0200 | 07/14/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 174279 | $ 4,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 9 | MARTINEZ VELEZ, RUTH DALIA LUISA PMB 506 609 AVE. TITO CASTRO SUITE 102 PONCE, PR 00716-0200 | 04/21/20 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 173751 | $ 2,375.52 | MARTINEZ VELEZ, RUTH DALIA LUISA PMB 506 609 AVE. TITO CASTRO SUITE 102 PONCE, PR 00716-0200 | 07/14/20 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 174266 | $ 2,375.52 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 10 | NUNEZ RIOS, MAYRA PO BOX 40016 SAN JUAN, PR 00940 | 05/16/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 16231 | $ 148,825.12 | NUNEZ RIOS, MAYRA COND MIRAMAR ROYAL TORRE SUR 706 CALLE ROOSVELT APT 301 SAN JUAN, PR 00907 | 05/15/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 39505 | $ 148,825.12 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

## Ducentésima Sexagésima Novena Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 11 PACHECO MARTINEZ, NORMA J<br>PO BOX 767<br>HORMIGUEROS, PR 00660 | 06/28/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 145907 | $ 25,000.00 | PACHECO MARTINEZ, NORMA J<br>PO BOX 767<br>HORMIGUEROS, PR 00660 | 07/03/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 153793 | $ 25,000.00 |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 12 SOTELO SANTIAGO, NELSON<br>P 21 CALLE 8 URB MEDINA<br>ISABELA, PR 00662-3814 | 10/17/17 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 237 | $ 1,159.00 | NELSON SOTELO SANTIAGO & MARIA L. ACEVEDO RUIZ<br>URB MEDINA<br>P 21 CALLE 8<br>ISABELA, PR 00662-3814 | 10/17/17 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 252 | $ 1,159.00 |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 13 ZAYAS BURGOS, ANA VIOLETA<br>RR 9 BOX 1079<br>SAN JUAN, PR 00926 | 07/23/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 174295 | $ 1,548.30 | ZAYAS BURGOS, ANA VIOLETA<br>RR 9 BOX 1079<br>SAN JUAN, PR 00926 | 07/24/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 174298 | $ 1,548.30* |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |