# EXHIBIT A

**Schedule of Claims Subject to the Two Hundred Seventieth Omnibus Objection**

Two Hundred and Seventieth Omnibus Objection
Exhibit A - Incorrect Debtor Bond Claims

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | COLON, GLORIA E<br>PO BOX 370596<br>CAYEY, PR00737-0596 | 16443 | Puerto Rico Highways and Transportation Authority | Unsecured | $695,000.00 | Commonwealth of Puerto Rico | Unsecured | $255,000.00 |
| | | | | | | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $225,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $140,000.00 |
| | | | | | | Puerto Rico Highways and Transportation Authority | Unsecured | $75,000.00 |
| | | | | | | Subtotal | | $695,000.00 |

Reason: Claimant identifies, in part, as obligor HTA, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all under ERS. Claimant also identifies, in part, as obligor HTA, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside if at all, under the Commonwealth of Puerto Rico. Claimant also identifies, in part, obligor as HTA when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under the Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| 2 | EDWIN B. EMORY JR. TRUSTEE OF THE BONNIE L. BANKERT REVOCABLE TRUST<br>EDWIN B. EMORY JR.<br>7605 PALISADE WAY<br>FAIR OAKS, CA 95628 | 7374 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $118,841.00 | Commonwealth of Puerto Rico | Unsecured | $38,341.00 |
| | | | | | | Puerto Rico Highways and Transportation Authority | Unsecured | $80,500.00 |
| | | | | | | Subtotal | | $118,841.00 |

Reason: Claimant identifies, in part, as obligor ERS, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under HTA. Claimant also identifies, in part, as obligor ERS, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| 3 | IZQUIERDO STELLA, HILDA A<br>URB LA RAMBLA<br>1632 CALLE NAVARRA<br>PONCE, PR 00730-4059 | 11276 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $560,000.00 | Commonwealth of Puerto Rico | Unsecured | $200,000.00 |
| | | | | | | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $250,000.00 |
| | | | | | | Puerto Rico Highways and Transportation Authority | Unsecured | $110,000.00 |
| | | | | | | Subtotal | | $560,000.00 |

Reason: Claimant identifies, in part, as obligor ERS, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under HTA. Claimant also identifies, in part, as obligor ERS, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside if at all, under the Commonwealth of Puerto Rico.

Two Hundred and Seventieth Omnibus Objection
Exhibit A - Incorrect Debtor Bond Claims

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | NEUHAUS, MARY LYNN JAMES JARRARD 1595 MONTROSE TERRACE DUBUQUE, IA 52001 | 2208 | Puerto Rico Highways and Transportation Authority | Unsecured | $125,000.00 | Commonwealth of Puerto Rico | Unsecured | $120,000.00 |
| | | | | | | Puerto Rico Highways and Transportation Authority | Unsecured | $5,000.00 |
| | | | | | | Subtotal | | $125,000.00 |

Reason: Claimant identifies as obligor HTA, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | PERSAUD, RAJENDRA & SHARMILLA 126 AUDLEY STREET KEW GARDENS, NY 11418 | 8742 | Puerto Rico Highways and Transportation Authority | Unsecured | $95,000.00 | Commonwealth of Puerto Rico | Unsecured | $25,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $40,000.00 |
| | | | | | | Puerto Rico Highways and Transportation Authority | Unsecured | $30,000.00 |
| | | | | | | Subtotal | | $95,000.00 |

Reason: Claimant identifies, in part, as obligor HTA, when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. Claimant also identifies, in part, obligor as HTA when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under the Puerto Rico Electric Power Authority.

| | | | TOTAL | | $ 1,593,841.00 | TOTAL | | $ 1,593,841.00 |