# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima septuagésima objeción global**

Ducentésima Septuagésima Objeción Global

Anexo A: Reclamos de Bonos de Deudores Incorrectos

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | COLON, GLORIA E<br>PO BOX 370596<br>CAYEY, PR 00737-0596 | 16443 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $695,000.00 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $75,000.00 |
| | | | | | | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $140,000.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $255,000.00 |
| | | | | | | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $225,000.00 |
| | | | | | | Subtotal | | $695,000.00 |

Base para: El reclamante identifica, en parte, a la ACT como deudor, cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres del bono en disputa o la información del CUSIP indican que cualquier obligación recaería, en todo caso, sobre el ERS. El reclamante también identifica, en parte, a la ACT como deudor, cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres del bono en disputa o la información del CUSIP indican que cualquier obligación recaería, en todo caso, sobre el Estado Libre Asociado de Puerto Rico. El reclamante también identifica, en parte, a la ACT como deudor, cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres del bono en disputa o la información del CUSIP señalan que cualquier obligación recaería, en todo caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico.

| 2 | EDWIN B. EMORY JR. TRUSTEE OF THE BONNIE L. BANKERT REVOCABLE TRUST<br>EDWIN B. EMORY JR.<br>7605 PALISADE WAY<br>FAIR OAKS, CA 95628 | 7374 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $118,841.00 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $80,500.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $38,341.00 |
| | | | | | | Subtotal | | $118,841.00 |

Base para: El reclamante identifica, en parte, al ERS como deudor, cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres del bono en disputa o la información del CUSIP indican que cualquier obligación recaería, en todo caso, sobre la ACT. El reclamante también identifica, en parte, al ERS como deudor, cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres del bono en disputa o la información del CUSIP indican que cualquier obligación recaería, en todo caso, sobre el Estado Libre Asociado de Puerto Rico.

| 3 | IZQUIERDO STELLA, HILDA A<br>URB LA RAMBLA<br>1632 CALLE NAVARRA<br>PONCE, PR 00730-4059 | 11276 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $560,000.00 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $110,000.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $200,000.00 |
| | | | | | | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $250,000.00 |
| | | | | | | Subtotal | | $560,000.00 |

Base para: El reclamante identifica, en parte, al ERS como deudor, cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres del bono en disputa o la información del CUSIP indican que cualquier obligación recaería, en todo caso, sobre la ACT. El reclamante también identifica, en parte, al ERS como deudor, cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres del bono en disputa o la información del CUSIP indican que cualquier obligación recaería, en todo caso, sobre el Estado Libre Asociado de Puerto Rico.

Ducentésima Septuagésima Objeción Global

Anexo A: Reclamos de Bonos de Deudores Incorrectos

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 4 | NEUHAUS, MARY LYNN JAMES JARRARD 1595 MONTROSE TERRACE DUBUQUE, IA 52001 | 2208 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $125,000.00 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $5,000.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $120,000.00 |
| | | | | | | Subtotal | | $125,000.00 |

Base para: El reclamante identifica a la ACT como deudor, cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres del bono en disputa o la información del CUSIP indican que cualquier obligación recaería, en todo caso, sobre el Estado Libre Asociado de Puerto Rico.

| 5 | PERSAUD, RAJENDRA & SHARMILLA 126 AUDLEY STREET KEW GARDENS, NY 11418 | 8742 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $95,000.00 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $30,000.00 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $40,000.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00 |
| | | | | | | Subtotal | | $95,000.00 |

Base para: El reclamante identifica, en parte, a la ACT como deudor, cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres del bono en disputa o la información del CUSIP indican que cualquier obligación recaería, en todo caso, sobre el Estado Libre Asociado de Puerto Rico. Asimismo, el reclamante identifica, en parte, a la ACT como deudor, cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres del bono en disputa o la información del CUSIP indican que cualquier obligación recaería, en todo caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico.

| | | | TOTAL | | $ 1,593,841.00 | TOTAL | | $ 1,593,841.00 |
|---|---|---|---|---|---|---|---|---|