# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF INFORMATIVE MOTION

To the Honorable United States District Judge Laura Taylor Swain:

On October 21, 2020, pursuant to the Honorable Court's *Order Regarding Procedures for Attendance, Participation and Observation of October 28-29, 2020 Omnibus Hearing* [ECF No. 14619], the Puerto Rico Electric Power Authority (PREPA) informed that Katiuska Bolaños-Lugo would be in attendance via CourtSolutions to represent PREPA in connection with the oral argument regarding *Motion of Efron Dorado, S.E. for Relief from the Automatic Stay and*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Memorandum of Law in Support Thereof* (the "Motion") [ECF No. 13817] and any other related matters.[2]

Since the Motion has been resolved entirely, PREPA herein informs that it withdraws the Informative Motion.

Dated: October 25, 2020
      San Juan, PR

                                      */s/ Katiuska Bolanos*
                                      Katiuska Bolaños
                                      USDC-PR No. 231812
                                      kbolanos@diazvaz.law

                                      DÍAZ & VÁZQUEZ LAW FIRM, PSC
                                      290 Jesús T. Piñero Ave.
                                      Oriental Tower, Suite 1105
                                      San Juan, PR 00918
                                      kbolanos@diazvaz.law
                                      Tel. (787) 395-7133
                                      Fax. (787) 497-9664

                                      *Counsel for the Puerto Rico Electric Power Authority*

---

[2] *Informative Motion of the Puerto Rico Electric Power Authority Regarding October 28-29, 2020 Omnibus Hearing* (the "Informative Motion") [EFC No. 14733].