In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Ninth Fee Period Applications RECOMMENDED:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Sixth Interim Fee Period (February 1 - May 31, 2019)* | | | | | | | |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 1 | **Brown Rudnick LLP [17-3566 Dkt. No. 622]** | 2/1 - 5/31/2019 | $ 47,518.00 | $ 916.55 | $ - | $ - | $ 46,601.45 | $ - |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 2 | **Marini Pietrantoni Muniz LLC [Dkt. No. 8006]** | 2/1 - 5/31/2019 | $ 195,857.30 | $ 4,425.95 | $ 4,793.02 | $ 1,724.70 | $ 191,431.35 | $ 3,068.32 |
| | *Seventh Interim Fee Period (June 1 - September 30, 2019)* | | | | | | | |
| | *Consulting Services to the FOMB - Commonwealth* | | | | | | | |
| 3-a | **McKinsey & Company, Inc. Washington D.C. [Dkt. No. 13756]** | 6/1 - 6/30/2019 | $ 1,417,500.00 | $ - | $ - | $ - | $ 1,417,500.00 | $ - |
| | *Consulting Services to the FOMB - HTA* | | | | | | | |
| 3-b | **McKinsey & Company, Inc. Washington D.C. [Dkt. No. 14751 AND 17-3567 Dkt. No. 934]** | 6/1 - 6/30/2019 | $ 310,000.00 | $ - | $ - | $ - | $ 310,000.00 | $ - |
| | *Consulting Services to the FOMB - PREPA* | | | | | | | |
| 3-c | **McKinsey & Company, Inc. Washington D.C. [Dkt. No. 14750 AND 17-4780 Dkt. No. 2261]** | 6/1 - 6/30/2019 | $ 740,000.00 | $ - | $ - | $ - | $ 740,000.00 | $ - |
| | *Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)* | | | | | | | |
| | *Puerto Rico Counsel to PREPA* | | | | | | | |
| 4 | **Diaz & Vazquez Law Firm, P.S.C. [Dkt. No. 12405 and 17-4780 Dkt. No. 1938]** | 8/1/2019 - 1/31/2020 | $ 1,880,695.00 | $ 14,447.95 | $ 13,883.56 | $ 1,425.21 | $ 1,866,247.05 | $ 12,458.35 |
| | *Ninth Interim Fee Period (February 1, 2020 - May 31, 2020)* | | | | | | | |
| | *Advisor to the FOMB - Commonwealth* | | | | | | | |
| 5-a | **Alvarez & Marsal North America, LLC [Dkt. No. 13690]** | 2/1 - 5/31/2020 | $ 3,074,881.77 | $ 9,062.10 | $ 11,867.78 | $ - | $ 3,065,819.67 | $ 11,867.78 |
| | *Advisor to the FOMB - ERS* | | | | | | | |
| 5-b | **Alvarez & Marsal North America, LLC [Dkt. No. 13694 and 17-3566 Dkt. No. 941]** | 2/1 - 5/31/2020 | $ 355,793.13 | $ - | $ - | $ - | $ 355,793.13 | $ - |
| | *Advisor to the FOMB - HTA* | | | | | | | |
| 5-c | **Alvarez & Marsal North America, LLC [Dkt. No. 13692 and 17-3567 Dkt. No. 867]** | 2/1 - 5/31/2020 | $ 78,511.68 | $ - | $ - | $ - | $ 78,511.68 | $ - |
| | *Puerto Rico Counsel to the Official Committee of Retired Employees* | | | | | | | |
| 6 | **Bennazar Garcia & Milan, C.S.P. [Dkt. No. 13361]** | 2/1 - 5/31/2020 | $ 345,741.25 | $ 743.50 | $ 2,226.97 | $ - | $ 344,997.75 | $ 2,226.97 |
| | *Consulting Services to the FOMB - PREPA* | | | | | | | |
| 7 | **Berkeley Research Group, LLC [Dkt. No. 13689 AND 17-4780 Dkt. No. 2078]** | 2/1 - 5/31/2020 | $ 370,305.00 | $ 845.44 | $ 1,732.04 | $ - | $ 369,459.56 | $ 1,732.04 |
| | *Economic Consultant to Proskauer Rose as legal counsel to FOMB* | | | | | | | |
| 8-a | **Brattle Group, Inc., The [Dkt. No. 13675]** | 2/1 - 5/31/2020 | $ 684,656.30 | $ - | $ - | $ - | $ 684,656.30 | $ - |
| | *Economic Consultant to Proskauer Rose as legal counsel to FOMB- ERS* | | | | | | | |
| 8-b | **Brattle Group, Inc., The [Dkt. No. 13676 AND 17-3566 Dkt no. 940]** | 1/30 - 5/31/2020 | $ 1,135,049.42 | $ - | $ 8,460.51 | $ - | $ 1,135,049.42 | $ 8,460.51 |
| | *Puerto Rico Conflicts Counsel to the FOMB* | | | | | | | |
| 9-a | **Cardona Fernandez, Esq., Ileana C. [Dkt. No. 13673]** | 2/1 - 5/31/2020 | $ 8,595.00 | $ - | $ - | $ - | $ 8,595.00 | $ - |
| | *Puerto Rico Conflicts Counsel to the FOMB- PREPA* | | | | | | | |
| 9-b | **Cardona Fernandez, Esq., Ileana C. [17-4780 Dkt. No. 2073]** | 2/1 - 5/31/2020 | $ 2,295.00 | $ 225.00 | $ - | $ - | $ 2,070.00 | $ - |
| | *Puerto Rico Counsel to Official Committee of Unsecured Creditors* | | | | | | | |
| 10 | **Casillas Santiago & Torres LLC [Dkt. No. 13684]** | 2/1 - 5/31/2020 | $ 401,341.50 | $ 40.00 | $ 6,163.75 | $ - | $ 401,301.50 | $ 6,163.75 |
| | *Financial Advisor to the FOMB - Commonwealth* | | | | | | | |
| 11-a | **DiCicco, Gulman & Company LLP [Dkt. No. 13829]** | 2/1 - 5/31/2020 | $ 976,837.50 | $ 16,074.38 | $ - | $ - | $ 960,763.12 | $ - |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Ninth Fee Period Applications RECOMMENDED:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Financial Advisor to the FOMB - ERS* | | | | | | | |
| 11-b | **DiCicco, Gulman & Company LLP [17-3566 Dkt. No. 953]** | 2/1 - 5/31/2020 | $ 61,762.50 | $ - | $ - | $ - | $ 61,762.50 | $ - |
| | *Financial Advisor to the FOMB - HTA* | | | | | | | |
| 11-c | **DiCicco, Gulman & Company LLP [17-3567 Dkt. No. 890]** | 2/1 - 5/31/2020 | $ 26,962.50 | $ - | $ - | $ - | $ 26,962.50 | $ - |
| | *Financial Advisor to the FOMB - PREPA* | | | | | | | |
| 11-d | **DiCicco, Gulman & Company LLP [17-4780 Dkt. No. 2094]** | 2/1 - 5/31/2020 | $ 36,937.50 | $ - | $ - | $ - | $ 36,937.50 | $ - |
| | *Puerto Rico Counsel to Special Claims Committee* | | | | | | | |
| 12 | **Estrella, LLC [Dkt. No. 14045]** | 1/1 - 4/30/2020 | $ 391,386.50 | $ 5,618.50 | $ 3,593.22 | $ 98.89 | $ 385,768.00 | $ 3,494.33 |
| | *Chief Financial Advisor to PREPA* | | | | | | | |
| 13 | **Filsinger Energy Partners [Dkt. No. 13624 AND 17-4780 Dkt. No. 2066]** | 2/1 - 5/31/2020 | $ 811,835.92 | $ - | $ 2,862.99 | $ - | $ 811,835.92 | $ 2,862.99 |
| | *Financial Advisor for the Official Committee of Retired Employees* | | | | | | | |
| 14 | **FTI Consulting, Inc. [Dkt. No. 13652]** | 2/1 - 5/31/2020 | $ 1,013,856.50 | $ 30,000.00 | $ 10,478.42 | $ - | $ 983,856.50 | $ 10,478.42 |
| | *Counsel to the Official Committee of Retired Employees* | | | | | | | |
| 15 | **Jenner & Block LLP [Dkt. No. 13678]** | 2/1 - 5/31/2020 | $ 1,868,971.73 | $ 71,327.39 | $ 105,122.89 | $ - | $ 1,797,644.34 | $ 105,122.89 |
| | *Communications Advisor to Official Committee of Unsecured Creditors* | | | | | | | |
| 16 | **Kroma Advertising, Inc. [Dkt. No. 13680]** | 1/16 - 5/15/2020 | $ 95,000.00 | $ - | $ - | $ - | $ 95,000.00 | $ - |
| | *Special Counsel to the FOMB* | | | | | | | |
| 17 | **Luskin Stern & Eisler LLP [Dkt. No. 13714]** | 2/1 - 5/31/2020 | $ 54,879.00 | $ - | $ 5.52 | $ - | $ 54,879.00 | $ 5.52 |
| | *Information Agent to the Official Committee of Retired Employees* | | | | | | | |
| 18 | **Marchand ICS Group [Dkt. No. 13655]** | 2/1 - 5/31/2020 | $ 112,243.50 | $ 57.00 | $ 10,276.15 | $ - | $ 112,186.50 | $ 10,276.15 |
| | *Consulting Services to the FOMB - Commonwealth* | | | | | | | |
| 19-a | **McKinsey & Company, Inc. Puerto Rico [Dkt. No. 13759]** | 7/1/2019 - 5/31/2020 | $ 15,138,625.00 | $ - | $ - | $ - | $ 15,138,625.00 | $ - |
| | *Consulting Services to the FOMB - HTA* | | | | | | | |
| 19-b | **McKinsey & Company, Inc. Puerto Rico [Dkt. No. 14754 AND 17-3567 Dkt. No. 935]** | 7/1/2019 - 5/31/2020 | $ 3,329,500.00 | $ - | $ - | $ - | $ 3,329,500.00 | $ - |
| | *Consulting Services to the FOMB - PREPA* | | | | | | | |
| 19-c | **McKinsey & Company, Inc. Puerto Rico [Dkt. No. 14753 AND 17-4780 Dkt. No. 2262]** | 7/1/2019 - 5/31/2020 | $ 7,907,000.00 | $ - | $ - | $ - | $ 7,907,000.00 | $ - |
| | *Special Debt Financing Counsel to PREPA* | | | | | | | |
| 20 | **Norton Rose Fulbright US LLP [Dkt. No. 13677 and 17-4780 Dkt. No. 2075]** | 2/1 - 5/31/2020 | $ 37,062.50 | $ - | $ - | $ - | $ 37,062.50 | $ - |
| | *Financial Advisor to the Mediation Team* | | | | | | | |
| 21 | **Phoenix Management Services, LLC [Dkt. No. 13614]** | 2/3- 5/31/2020 | $ 59,047.10 | $ 374.50 | $ - | $ - | $ 58,672.60 | $ - |
| | *Actuaries and Consultants to the Official Committee of Retired Employees* | | | | | | | |
| 22 | **Segal Consulting [Dkt. No. 13659]** | 2/1 - 5/31/2020 | $ 142,025.00 | $ 2,344.80 | $ - | $ - | $ 139,680.20 | $ - |
| | *Macroeconomic Consultant to the FOMB* | | | | | | | |
| 23 | **Wolfe, Andrew [Dkt. No. 13557]** | 2/1 - 5/31/2020 | $ 90,500.00 | $ - | $ 2,769.84 | $ 90.00 | $ 90,500.00 | $ 2,679.84 |