In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**FINAL Fee Applications RECOMMENDED:**

| | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Puerto Rico Counsel to FOMB* | | | | | | | |
| 1 | **O'Neill & Borges LLC [Dkt. No. 7717]** | 5/5/2017 - 2/12/2019 | $ 183,261.60 | $ 208.42 | $ 8,022.35 | $ 353.44 | $ 183,053.18 | $ 7,668.91 |