# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,[1]<br><br>                       Debtors. | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## INFORMATIVE MOTION OF SCULPTOR CAPITAL LP REGARDING OCTOBER 28, 2020 OMNIBUS HEARING

**(Demonstrative Exhibit)**

Sculptor Capital LP ("Sculptor") hereby submits this informative motion pursuant to the Court's *Order Regarding Procedures for October 28-29, 2020, Omnibus Hearing* (Case No. 17-BK- 3283, Dkt. No. 14619), and respectfully states as follows:

1. Sculptor intends to use Exhibit 1 attached hereto as a demonstrative exhibit, designated Sculptor Exhibit 1, at the hearing scheduled before this Court on October 28, 2020 at 9:30 a.m.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

**WHEREFORE**, Sculptor Capital LP respectfully requests that the Court take notice of the foregoing.

Dated: October 26, 2020
San Juan, Puerto Rico

**RESPECTFULLY SUBMITTED,**

| **KING & SPALDING LLP** | **CORREA-ACEVEDO & ABESADA LAW OFFICES, PSC** |
|---|---|
| */s/ Thaddeus D. Wilson*<br>Richard H. Walker (*pro hac vice*)<br>1700 Pennsylvania Avenue, 2nd Floor<br>Washington, D.C. 20006<br>Tel. (202) 737-0500<br>rwalker@kslaw.com<br><br>Thaddeus D. Wilson (*pro hac vice*)<br>Jonathan W. Jordan (*pro hac vice*)<br>1180 Peachtree Street, 35th Floor<br>Atlanta, Georgia 30309<br>Tel: (404) 572-4600<br>thadwilson@kslaw.com<br>jjordan@kslaw.com | */s/ Sergio Criado*<br>Sergio Criado<br>USDC-PR No. 226307<br>Roberto Abesada-Agüet<br>USDC-PR No. 216706<br>Centro Internacional de Mercadeo, Torre II<br># 90 Carr. 165, Suite 407<br>Guaynabo, P.R. 00968<br>Tel. (787) 273-8300<br>Fax (787) 273-8379<br>ra@calopsc.com<br>scriado@calopsc.com |

*Co-Counsel for Sculptor Capital LP*

**I HEREBY CERTIFY** that on October 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

**CORREA ACEVEDO & ABESADA
LAW OFFICES, P.S.C.**

*/s/ Sergio Criado*
Sergio Criado
USDC-PR No. 226307
E-Mail: scriado@calopsc.com
Centro Internacional de Mercadeo,
Torre II # 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300; Fax (787) 273-8379