UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>Jointly Administered |

### APPLICATION FOR ADMISSION *PRO HAC VICE* BY JOSEPH R. PALMORE

COMES NOW Joseph R. Palmore ("Applicant") respectfully stating and praying as follows:

1. Applicant is an attorney with the law firm of Morrison & Foerster LLP, with offices at:

    **Address:** 2000 Pennsylvania Avenue, NW Suite 6000, Washington, DC 20006
    **Email:** jpalmore@mofo.com
    **Telephone:** 202-887-6940
    **Fax:** 202-887-0763

2. Applicant has been retained as counsel by certain creditors, referred to as the "Ad Hoc Group of Constitutional Debtholders"[2], that hold bonds issued or guaranteed by the Commonwealth of Puerto Rico.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (9686).

[2] *See Eighth Supplemental Verified Statement of the Ad Hoc Group of Constitutional Debtholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-3283-LTS, Docket No. 14520].

3. Applicant will sign all pleadings and papers with the name Joseph R. Palmore.

4. Since January 10, 2000, Applicant has been and presently is a member in good standing of the Bar of the highest court in the District of Columbia, where Applicant regularly practices law. Additionally, since January 11, 1999, Applicant has been and presently is a member in good standing of the Bar of the State of New York. Applicant's District of Columbia bar license number is 465811. Applicant's New York bar license number is 2942803.

5. Applicant has been admitted to practice and is a member in good standing of the bar in the following courts:

| Court | Admission Date |
|---|---|
| U.S. Supreme Court | 2002 |
| U.S. Court of Federal Claims | 2019 |
| U.S. Court of Appeals for the Federal Circuit | 2003 |
| U.S. Court of Appeals for the First Circuit | 2015 |
| U.S. Court of Appeals for the Second Circuit | 2015 |
| U.S. Court of Appeals for the Third Circuit | 2004 |
| U.S. Court of Appeals for the Fourth Circuit | 2014 |
| U.S. Court of Appeals for the Fifth Circuit | 2016 |
| U.S. Court of Appeals for the Sixth Circuit | 2015 |
| U.S. Court of Appeals for the Seventh Circuit | 2014 |
| U.S. Court of Appeals for the Eighth Circuit | 2015 |
| U.S. Court of Appeals for the Ninth Circuit | 2014 |
| U.S. Court of Appeals for the Tenth Circuit | 2015 |
| U.S. Court of Appeals for the Eleventh Circuit | 2015 |
| U.S. Court of Appeals for the District of Columbia Circuit | 2004 |
| U.S. District Court for the District of Columbia | 2003 |
| U.S. District Court for the Southern District of New York | 2015 |
| District of Columbia Court of Appeals | 2000 |

6. Applicant hereby attests that he is not suspended from practice nor has he been the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges in any court or jurisdiction.

7. Applicant has not filed for pro hac vice admission in the U.S. District Court for the District of Puerto Rico in the preceding three years.

ny-2010610

8. Local counsel of record associated with applicant in this matter are:

> Gerardo A. Carlo-Altieri
> Mª Mercedes Figueroa y Morgade
> G. Carlo-Altieri Law Offices, LLC
> 254 San Jose St., Third Floor
> San Juan, Puerto Rico 00901
> Phone: (787) 247-6680
> Fax: (787) 919-0527
> gacarlo@carlo-altierilaw.com
> figueroaymorgadelaw@yahoo.com

9. Applicant has read the Local Rules of this Court and will comply with them including the provision which requires the payment of an admission fee in the amount of $300.00 to the Clerk, U.S. District Court.

**WHEREFORE**, Applicant respectfully requests to be admitted *pro hac vice* in the United States District Court for the District of Puerto Rico for the above-styled case only.

*Signature Page Follows*

3

ny-2010610

Date: October 22, 2020

Joseph R. Palmore
Printed Name of Applicant

*[signature]*
Signature of Applicant

3

ny-2010610

**CERTIFICATE OF LOCAL COUNSEL AND OF SERVICE**

We hereby certify pursuant to L.Cv.R. 83A(f) that we consent to the designation of local counsel of record for all purposes and that we caused to be delivered a copy of the foregoing to the Clerk of the Court with the admission fee or made payment electronically. We also certify that we filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties required to receive notice in the captioned proceeding. In San Juan, Puerto Rico, this __th day of October 2020.

**G. Carlo-Altieri Law Offices, LLC**

By:_____
Gerardo A. Carlo
USDC PR No. 112009
Telephone: (787) 247-6680
gacarlo@carlo-altierilaw.com

By:_____
Mª Mercedes Figueroa y Morgade
USDC PR No. 207108
Telephone: (787) 234-3981
figueroaymorgadelaw@yahoo.com

254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Telephone: (787) 247-6680
Facsimile: (787) 919-0527

5

# **ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, hereby orders that the application is granted.

The Clerk of Court shall deposit the admission fee into the account of Non-Appropriated Funds of this Court under the authority of L.Cv.R. 83A(f).

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of October 2020.

_____
Hon. Laura Taylor Swain
U.S. District Court Judge