# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

        Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON OCTOBER 28, 2020 AT 9:30 A.M. AST

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, October 28, 2020**, from 9:30 a.m. to 12:50 p.m., from 2:10 p.m. to 5:00 p.m. |
| | Honorable Laura Taylor Swain, United States District Court Judge |
| | Honorable Judith G. Dein, United States Magistrate Judge |
| **Location of Hearing:** | **The Hearing will be conducted telephonically via CourtSolutions.** |
| | Attorney Participation: Pursuant to the *Order Regarding Procedures for October 28-29, 2020, Omnibus Hearing* [Case No. 17-3283, ECF No. 14619], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and wish to participate as speakers or listen in on the proceedings must register with CourtSolutions at www.court-solutions.com. The FOMB and AAFAF may each register up to five speaking lines, and all other parties shall be limited to two speaking lines. There will be no limitation on listen-only lines. |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

<u>Members of the Public and Press</u>:  Members of the public and press may listen in on the proceedings on a listen-only line by dialing (888) 363-4749 and entering the access code (7214978) and security code (6132) when prompted.

**Copies of Documents:**   Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I.   STATUS REPORTS:

1.   **Report from the Oversight Board.**

   <u>Description</u>:  Pursuant to the Procedures Order, the Financial Oversight and Management Board for Puerto Rico (the "<u>FOMB</u>" or "<u>Oversight Board</u>") will file a written Status Report prior to the hearing.  The FOMB will report on (i) the general status and activities of the Oversight Board, including measures taken in response to the COVID-19 pandemic, (ii) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (iii) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters, and (iv) the status of PRIDCO's RSA and anticipated Title VI filing.

   <u>Speakers</u>: Should the Court have questions or comments regarding the FOMB's Status Report, the names of counsel who intend to speak on the Status Report are Martin J. Bienenstock and Brian S. Rosen.

2.   **Report from AAFAF.**

   <u>Description</u>: Pursuant to the Procedures Order, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("<u>AAFAF</u>") will file a written status Report prior to the hearing.  AAFAF will provide a general status report on its status and activities, including an overview of the Commonwealth's response to the COVID-19 pandemic.

   <u>Speakers</u>: Should the Court have questions or comments regarding AAFAF's Status Report, the name of counsel who intends to speak on the Status Report is Luis C. Marini-Biaggi.

## II.   CONTESTED MATTERS:

1.   **National Public Finance Guarantee Corporation's Motion for Independent Investigation.**  Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing an Independent Investigation **[Case No. 17-3283, ECF No. 14450]**

<u>Description</u>:   National Public Finance Guarantee Corporation seeks entry of an order directing independent investigation into whether the Court's orders have been violated by trading in the Debtors' securities, including trading in GO Bonds and PBA Bonds during the Title III mediation process in 2019 and 2020.

<u>Objection Deadline</u>:  October 13, 2020 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:

    A.  Response of the Financial Oversight and Management Board for Puerto Rico to the Motion of National Public Finance Guarantee Corporation for the Conduct of an Independent Investigation Regarding Certain Trading Activity **[Case No. 17-3283, ECF No. 14539]**

    B.  Objection of QTCB Noteholder Group to Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing an Independent Investigation **[Case No. 17-3283, ECF No. 14453]**

    C.  Response of Sculptor Capital LP on behalf of its Funds to Motion of National Public Finance Guarantee Corporation for an Order Directing an Independent Investigation; and Joinder in Objection of QTCB Noteholder Group **[Case No. 17-3283, ECF No. 14554]**

    D.  Objection of the Ad Hoc Group of General Obligation Bondholders to the Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing an Independent Investigation **[Case No. 17-3283, ECF No. 14556]**

    E.  Joinder of the Ad Hoc Group of Constitutional Debtholders to Objections to National Motion for Investigation **[Case No. 17-3283, ECF No. 14570]**

    F.  Objection of the Lawful Constitutional Debt Coalition to the Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing an Independent Investigation **[Case No. 17-3283, ECF No. 14920]**

<u>Reply, Joinder & Statement Deadlines</u>: October 20, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and October 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:

    A.  Official Committee of Unsecured Creditors' Limited Joinder in Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing an Independent Investigation **[Case No. 17-3283, ECF No. 14527]**

    B.  Reply Memorandum in Further Support of Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing an Independent Investigation **[Case No. 17-3283, ECF No. 14672]**

C. Reply of the Official Committee of Unsecured Creditors' Limited Joinder in Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing an Independent Investigation **[Case No. 17-3283, ECF No. 14752]**

D. Supplemental Reply Memorandum in Further Support of Motion of National Public Finance Guarantee Corporation for  Entry of an Order Directing an Independent Investigation **[Case No. 17-3283, ECF No. 14819]**

E. Reply Memorandum in Further Support of Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing an Independent Investigation **[Case No. 17-3283, ECF No. 14921]**

F. Supplemental Reply Memorandum in Further Support of Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing an Independent Investigation **[Case No. 17-3283, ECF No. 14922]**

Related Documents:

A. Urgent Motion of the Lawful Constitutional Debt Coalition to File under Seal Certain Portions of Its Objection to the Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing an Independent Investigation **[Case No. 17-3283, ECF No. 14567]**

B. Order Regarding Motion of the Lawful Constitutional Debt Coalition to File under Seal Certain Portions of Its Objection to the Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing an Independent Investigation **[Case No. 17-3283, ECF No. 14584]**

C. Response of the Mediation Team to Urgent Motion of the Lawful Constitutional Debt Coalition to File under Seal Certain Portions of Its Objection to the Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing an Independent Investigation **[Case No. 17-3283, ECF No. 14735]**

D. Response and Limited Objection of Official Committee of Unsecured Creditors to the to the Urgent Motion of the Lawful Constitutional Debt Coalition to File under Seal Certain Portions of Its Objection to the Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing an Independent Investigation **[Case No. 17-3283, ECF No. 14748]**

E. Response and Limited Objection of  National Public Finance Guarantee Corporation to the Urgent Motion of the Lawful Constitutional Debt Coalition to File under Seal Certain Portions of Its Objection to the Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing an Independent Investigation **[Case No. 17-3283, ECF No. 14755]**

F. Order Regarding Reply Memorandum in Further Support of Motion of National Public Finance Guarantee Corporation for  Entry of an Order Directing an Independent Investigation **[Case No. 17-3283, ECF No. 14764]**

G. Order Requesting Statement from Mediation Team Regarding Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing an Independent Investigation **[Case No. 17-3283, ECF No. 14804]**

H. Order Denying in Part the Motion of the Lawful Constitutional Debt Coalition to File Under Seal Certain Portions of its Objection to the Motion of National Public Finance Guarantee Corporation for Entry of an Order Directing and Independent Investigation **[Case No. 17-3283, ECF No. 14918]**

Status: This matter is going forward.

Estimated Time Required:  60 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
    A. Movants:
        1. **National**: Marc E. Kasowitz and Adam L. Shiff, 15 minutes
        2. **Committee**: John Arrastia, 3 minutes
    B. Objecting Parties:
        1. **LCDC**: Susheel Kirpalani, 10 minutes
        2. **Constitutional Debtholders**: Theresa Foudy, 5 minutes
        3. **QTCB**: Kurt Mayr, 5 minutes
        4. **GO Bondholders**: Mark Stancil, 3 minutes
        5. **Sculptor**: Thad Wilson, 3 minutes
        6. **FOMB**: Martin J. Bienenstock, 4 minutes
    C. Movants:
        1. **National**: Mark E. Kasowitz and Adam L. Shiff, 12 minutes

2. **PSA Creditors' Motion to Impose Deadlines for Plan of Adjustment.**  Joint Motion of PSA Creditors Pursuant to Section 312 of PROMESA and Section 105 of the Bankruptcy Code to Impose Deadlines for Plan of Adjustment **[Case No. 17-3283, ECF No. 14478]**

Description:  PSA Creditors seek a court order imposing deadlines related to the proposed joint plan of adjustment.

Objection Deadline:  October 13, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:

A. Objection of Financial Oversight and Management Board for Puerto Rico to Joint Motion of PSA Creditors Pursuant to Section 312 of PROMESA and Section 105 of the Bankruptcy Code to Impose Deadlines for Plan of Adjustment **[Case No. 17-3283, ECF No. 14547]**

B. Objection of National Public Finance Guarantee Corporation to Joint Motion of PSA Creditors Pursuant to Section 312 of PROMESA and Section 105 of the Bankruptcy

5

Code to Impose Deadlines for Plan of Adjustment **[Case No. 17-3283, ECF No. 14555]**

C. AAFAF's Objection to Joint Motion of PSA Creditors Pursuant to Section 312 of PROMESA and Section 105 of the Bankruptcy Code to Impose Deadlines for Plan of Adjustment **[Case No. 17-3283, ECF No. 14558]**

D. Ambac Assurance Corporation's Objection to Joint Motion of PSA Creditors to Impose Deadlines for Plan of Adjustment **[Case No. 17-3283, ECF No. 14559]**

E. Objection of Official Committee of Unsecured Creditors to Joint Motion of PSA Creditors Pursuant to Section 312 of PROMESA and Section 105 of Bankruptcy Code to Impose Deadlines for Plan of Adjustment **[Case No. 17-3283, ECF No. 14576]**

Reply, Joinder & Statement Deadlines: October 20, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and October 21, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
A. Statement of Certain ERS Bondholders Regarding Joint Motion of PSA Creditors Pursuant to Section 312 of PROMESA and Section 105 of Bankruptcy Code to Impose Deadlines for Plan of Adjustment **[Case No. 17-3283, ECF No. 14664]**

B. Omnibus Reply in Support of Joint Motion of PSA Creditors Pursuant to Section 312 of PROMESA and Section 105 of Bankruptcy Code to Impose Deadlines for Plan of Adjustment **[Case No. 17-3283, ECF No. 14666]**

Related Documents:
A. None.

Status: This matter is going forward.

Estimated Time Required:  60 minutes
A. Movants:
1. **LCDC**: Susheel Kirpalani, 10 minutes
2. **GO Bondholders**: Mark Stancil, 5 minutes
3. **Constitutional Debt Group**: Joseph Palmore, 5 minutes
4. **QTCB**: Kurt Mayr, 5 minutes
B. Objecting Parties:
1. **FOMB**: Martin J. Bienenstock and Brian S. Rosen, 12 minutes
2. **AAFAF**: Peter Friedman, 6 minutes
3. **Ambac**: Atara Miller, 5 minutes
4. **Committee**: Luc Despins, 5 minutes
5. **ERS Bondholders**: Benjamin Rosenblum, 2 minutes
C. Movants:
1. **LCDC**: Susheel Kirpalani, 5 minutes

III.  **ADJOURNED MATTERS:**

1.  **Debtors' Omnibus Objections to Claims.** Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

    The following omnibus objections to claims have been adjourned to the October 29, November 18, 2020, and November 20, 2020 satellite hearings, solely with respect to claims that have not already been disallowed by entry of a final written order of the Court.

    Seventy-Eighth [ECF No. 8964]; Seventy-Ninth [ECF No. 8965]; Eightieth [ECF No. 8967]; Eighty-Third [ECF No. 8970]; Eighty-Seventh [ECF No. 8976]; Eighty-Eighth [ECF No. 8977]; Eighty-Ninth [ECF No. 8978]; Ninetieth [ECF No. 8979]; Ninety-First [ECF No. 8980]; Ninety-Second [ECF No. 8981]; Ninety-Third [ECF No. 8982]; Ninety-Fourth [ECF No. 8983]; Ninety-Fifth [ECF No. 8984]; Ninety-Sixth [ECF No. 9546]; Ninety-Seventh [ECF No. 9547]; Ninety-Eighth [ECF No. 9548]; Ninety-Ninth [ECF No. 9549]; One Hundredth [ECF No. 9550]; One Hundred First [ECF No. 9551]; One Hundred Second [ECF No. 9552]; One Hundred Third [ECF No. 9553]; One Hundred Fourth [ECF No. 9554]; One Hundred Fifth [ECF No. 9555]; One Hundred Sixth [ECF No. 9556]; One Hundred Seventh [ECF No. 9557]; One Hundred Eighth [ECF No. 9558]; One Hundred Ninth [ECF No. 9559]; One Hundred Tenth [ECF No. 9560]; One Hundred Eleventh [ECF No. 9561]; One Hundred Twelfth [ECF No. 9562]; One Hundred Thirteenth [ECF No. 9563]; One Hundred Fourteenth [ECF No. 9564]; One Hundred Fifteenth [ECF No. 9565]; One Hundred Sixteenth [ECF No. 9566]; One Hundred Seventeenth [ECF No. 9567]; One Hundred Eighteenth [ECF No. 9568]; One Hundred Nineteenth [ECF No. 9569]; One Hundred Twentieth [ECF No. 9570]; One Hundred Twenty-First [ECF No. 9572]; One Hundred Twenty-Second [ECF No. 9574]; One Hundred Twenty-Third [ECF No. 9576]; One Hundred Twenty-Fourth [ECF No. 9892];  One Hundred Twenty-Fifth [ECF No. 9894];  One Hundred Twenty-Sixth [ECF No. 9895];  One Hundred Twenty-Seventh [ECF No. 9897]; One Hundred Twenty-[ECF No. 9900];  One Hundred Twenty-Ninth [ECF No. 9901]; One Hundred Thirtieth [ECF No. 9903]; One Hundred Thirty-First [ECF No. 9905]; One Hundred Thirty-Second [ECF No. 9906]; One Hundred Thirty-Third [ECF No. 9907]; One Hundred Thirty-Fourth [ECF No. 9908]; One Hundred Thirty-Fifth [ECF No. 9911]; One Hundred Thirty-Sixth [ECF No. 9912]; One Hundred Thirty-Seventh [ECF No. 9915]; One Hundred Thirty-Eighth [ECF No. 9917]; One Hundred Thirty-Ninth [ECF No. 9921]; One Hundred Fortieth [ECF No. 9933];  One Hundred Forty-First [ECF No. 9934]; One Hundred Forty-Second [ECF No. 9935]; One Hundred Forty-Third [ECF No. 9936]; One Hundred Forty-Fourth [ECF No. 9937]; One Hundred Forty-Fifth [ECF No. 9938]; One Hundred Forty-Sixth [ECF No. 9939]; One Hundred Forty-Seventh [ECF No. 9940]; One Hundred Forty-Eighth [ECF No. 9941]; One Hundred Forty-Ninth [ECF No. 9942]; One Hundred Fiftieth [ECF No. 9943]; One Hundred Fifty-Fifth [ECF No. 9944]; One Hundred Fifty-Sixth [ECF No. 9945]; One Hundred Fifty-Seventh [ECF No. 9946]; One Hundred Fifty-Eighth [ECF No. 11820]; One Hundred Fifty-Ninth [ECF No. 11821]; One Hundred Sixtieth [ECF No. 11822]; One Hundred Sixty-First [ECF No. 11823]; One Hundred Sixty-Second [ECF No. 11824]; One Hundred Sixty-Third [ECF No. 11825]; One Hundred Sixty-Fourth [ECF No. 11826]; One Hundred Sixty-Fifth [ECF No. 11827]; One Hundred Sixty-

Sixth [ECF No. 11828]; One Hundred Sixty-Seventh [ECF No. 11833]; One Hundred Sixty-Eighth [ECF No. 11834]; One Hundred Sixty-Ninth [ECF No. 11836]; One Hundred Seventieth [ECF No. 11837]; One Hundred Seventy-First [ECF No. 12125]; One Hundred Seventy-Second [ECF No. 12126]; One Hundred Seventy-Third [ECF No. 12138]; One Hundred Seventy-Fourth [ECF No. 12140]; One Hundred Seventy-Fifth [ECF No. 12141]; One Hundred Seventy-Sixth [ECF No. 12143]; One Hundred Seventy-Seventh [ECF No. 12144]; One Hundred Seventy-Eighth  [ECF No. 12146]; One Hundred Seventy-Ninth [ECF No. 12147]; One Hundred Eightieth [ECF No. 12149]; One Hundred Eighty-First [ECF NO. 12159]; One Hundred Eighty-Second [ECF No. 12160]; One Hundred Eighty-Third [ECF No. 12163]; One Hundred Eighty-Fourth [ECF No. 12850]; One Hundred Eighty-Fifth [ECF No. 12851];   One Hundred Eighty-Sixth [ECF No. 12852];   One Hundred Eighty-Seventh [ECF No. 12853]; One Hundred Eighty-Eighth [ECF No. 12854]; One Hundred Eighty-Ninth [ECF No. 12858]; One Hundred Ninetieth [ECF No. 12859]; One Hundred Ninety-First  [ECF No. 12860];  One Hundred Ninety-Second [ECF No. 12864]; One Hundred Ninety-Third [ECF No. 12865]; One Hundred Ninety-Fourth [ECF No. 12867];   One Hundred Ninety-Fifth [ECF No. 12868];   One Hundred Ninety-Sixth [ECF No. 12869]; One Hundred Ninety-Seventh  [ECF No. 12870]; One Hundred Ninety-Eighth [ECF No. 13406]; One Hundred Ninety-Ninth [ECF No. 13407]; Two Hundredth [ECF No. 13408]; Two Hundred First [ECF No. 13410]; Two Hundred Second [ECF No. 13409]; Two Hundred Third [ECF No. 13411]; Two Hundred Fourth [ECF No. 13412]; Two Hundred Fifth [ECF No. 13415]; Two Hundred Sixth [ECF No. 13416]; Two Hundred Seventh [ECF No. 13417]; Two Hundred Eighth [ECF No. 13418]; Two Hundred Ninth [ECF No. 13419]; Two Hundred Tenth [ECF No. 13420]; Two Hundred Eleventh [ECF No. 13422]; Two Hundred Twelfth [ECF No. 13425]; Two Hundred Thirteenth [ECF No. 13426]; Two Hundred Fourteenth [ECF No. 13427]; Two Hundred Fifteenth [ECF No. 13428]; Two Hundred Sixteenth [ECF No. 13429]; Two Hundred Seventeenth [ECF No. 13431]; Two Hundred Eighteenth [ECF No. 13432]; Two Hundred Nineteenth [ECF No. 13433]; Two Hundred Twentieth [ECF No. 13434]; Two Hundred Twenty-First [ECF No. 13435]; Two Hundred Twenty-Second [ECF No. 13436]; Two Hundred Twenty-Third [ECF No. 13907]; Two Hundred Twenty-Fourth [ECF No. 13908]; Two Hundred Twenty-Fifth [ECF No. 13909]; Two Hundred Twenty-Sixth [ECF No. 13910]; Two Hundred Twenty-Seventh [ECF No. 13911]; Two Hundred Twenty-Eighth [ECF No. 13912]; Two Hundred Twenty-Ninth [ECF No. 13913]; Two Hundred Thirtieth [ECF No. 13914]; Two Hundred Thirty-First [ECF No. 13915]; Two Hundred Thirty-Second [ECF No. 13916]; Two Hundred Thirty-Third [ECF No. 13917]; Two Hundred Thirty-Fourth [ECF No. 13918]; Two Hundred Thirty-Fifth Debtor [ECF No. 13919]; Two Hundred Thirty-Sixth [ECF No. 13920]; Two Hundred Thirty-Seventh Two Hundred Thirty-Seventh [ECF No. 13921]; Two Hundred Thirty-Eighth [ECF No. 13923]; Two Hundred Thirty-Ninth [ECF No. 13924]; Two Hundred Fortieth [ECF No. 13925]; Two Hundred Forty-First [ECF No. 13926]; Two Hundred Forty-Second [ECF No. 13927]; Two Hundred Forty-Third [ECF No. 13928].

Status: This matter has been adjourned.

Estimated Time Required:  10 minutes.

2. **Gladys García-Rubiera et al.'s Motion Requesting Relief from Stay under 362(d)(1) of the Bankruptcy Code.** Status Conference Regarding Gladys García-Rubiera *et al.*'s Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 2434]**

Description:  Status conference regarding Gladys García-Rubiera *et al.*'s motion for relief from the automatic stay in connection with the September 25, 2019 opinion issued by the United States Court of Appeals for the First Circuit **[Case No. 17-3283, ECF No. 8770]**

Objection Deadline:  N/A

Responses:
   A.  N/A

Reply, Joinder & Statement Deadlines: October 15, 2020 at 5:00 p.m. (Atlantic Standard Time) for parties to file Joint Status Report or Stipulation memorializing their agreement.

Replies, Joinders & Statements:
   A.  N/A

Related Documents:
   A.  Memorandum Order Granting in Part and Denying in Part Motion Requesting Relief from Stay Under Section 362(d)(1) of the Bankruptcy Code (Docket Entry No. 2434) **[Case No. 17-3283, ECF No. 2858]**

   B.  Opinion Issued by the United States Court of Appeals for the First Circuit, dated September 25, 2019 **[Case No. 17-3283, ECF No. 8770]**

   C.  Judgement Issued by the United States Court of Appeals for the First Circuit, dated September 25, 2019 **[Case No. 17-3283, ECF No. 8771]**

   D.  Order Scheduling Further Proceedings Regarding Motion Requesting Relief from Automatic Stay **[Case No. 17-3283, ECF No. 8890]**

   E.  Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9093]**

   F.  Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 9093) **[Case No. 17-3283, ECF No. 9098]**

   G.  Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9130]**

   H.  Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 9130) **[Case No. 17-3283, ECF No. 9142]**

I. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9384]**

J. Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 9384) **[Case No. 17-3283, ECF No. 9389]**

K. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9591]**

L. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 10265]**

M. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 11756]**

N. Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 11756) **[Case No. 17-3283, ECF No. 11771]**

O. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 12795]**

P. Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 12795) **[Case No. 17-3283, ECF No. 12841]**

Q. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 13121]**

R. Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 13121) **[Case No. 17-3283, ECF No. 13147]**

S. Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 13657]**

T. Order in Connection with Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 13657) **[Case No. 17-3283, ECF No. 13672]**

U. Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 14588]**

V. Order in Connection with Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 14588) **[Case No. 17-3283, ECF No. 14591]**

Status: This matter has been adjourned to the December 9, 2020 omnibus hearing.

Estimated Time Required:  N/A.

3. **Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service.**  The Puerto Rico Fiscal Agency and Financial Advisory Authority's Objection to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 16885) **[Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]**

Description:  The Puerto Rico Fiscal Agency and Financial Advisory Authority, on behalf of itself and the Puerto Rico Sales Tax Financing Corporation, objects to proofs of claim filed by the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) against the Puerto Rico Sales Tax Financing Corporation.

Objection Deadline:  October 25, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim **[Case No. 17-3283, ECF No. 8993, Case No. 17-3284, ECF No. 686]**

Reply, Joinder & Statement Deadlines: December 24, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. COFINA's Reply to the United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 8993] **[Case No. 17-3283, ECF No. 9649, Case No. 17-3284, ECF No. 693]**

Related Documents:
   A. Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927, Case No. 17-3284, ECF No. 662]**

   B. Stipulation and Agreed Order (A) Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim No. 169423); and (B) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8466, Case No. 17-3284, ECF No. 666]**

   C. Stipulation and Agreed Order (A) Further Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim No. 169423); and (B) Further Adjourning

Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8688, Case No. 17-3284, ECF No. 678]**

D. Informative Motion Regarding Extension of United States' Deadline to Respond to Claim Objection **[Case No. 17-3283, ECF No. 8839, Case No. 17-3284, ECF No. 684]**

E. Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330, Case No. 17-3284, ECF No. 688]**

F. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 10021, Case No. 17-3284, ECF No. 695]**

G. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 12550, Case No. 17-3284, ECF No. 702]**

H. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 13122, Case No. 17-3284, ECF No. 709]**

I. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 13589, Case No. 17-3284, ECF No. 712]**

J. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 14223, Case No. 17-3284, ECF No. 715]**

K. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 14768, Case No. 17-3284, ECF No. 719]**

Status: This matter has been adjourned to the December 9, 2020 omnibus hearing.

Estimated Time Required:  N/A.

4. **Debtor's Rule 9019 Motion for Order Allowing PRIFA BANs Guarantee Claim.** Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for an Order Approving Stipulation and Agreed Order (A) Allowing PRIFA BANs Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing the Dismissal of Litigation with Prejudice **[Case No. 17-3283, ECF No. 12519]**

Description:  The Commonwealth of Puerto Rico's motion for entry of an order approving the terms of the compromise and settlement among the Commonwealth, AAFAF on behalf of the Puerto Rico Infrastructure Financing Authority ("PRIFA"), and holders (the "PRIFA

12

BANs Bondholders") of the series of bond anticipation notes designated as Puerto Rico Infrastructure Financing Authority, Dedicated Tax Fund Revenue Bond Anticipation Notes, Series 2015 (collectively, the "PRIFA BANs") issued by PRIFA, and resolving certain disputes and litigations in connection with the PRIFA BANs.

Objection Deadline:  April 7, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  Objection of Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp. and Ambac Assurance Corporation to the Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for an Order Approving Stipulation and Agreed Order (A) Allowing PRIFA BANs Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing the Dismissal of Litigation with Prejudice **[Case No. 17-3283, ECF No. 12699]**

    B.  Reservation of Rights of Official Committee of Unsecured Creditors with Respect to Motion of Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for Order Approving Stipulation and Agreed Order (A) Allowing PRIFA BANS Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing Dismissal of Litigation with Prejudice **[Case No. 17-3283, ECF No. 12705]**

Reply, Joinder & Statement Deadlines: April 14, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and September 9, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status: Upon agreement of the parties and notice to the Court, this matter has been adjourned to the December 9, 2020 omnibus hearing.

Estimated Time Required:  N/A.

5.  **Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for Relief from Automatic Stay.** Motion of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement of the Court's Prior Order and (II) Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 12918]**

Description:  Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de

Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General
Castañer, Inc.'s motion seeking (a) relief from the automatic stay to prosecute certain actions
pending in the District Court; (b) enforcement of ongoing Medicaid payment obligations;
and (c) enforcement of the *Eleventh Omnibus Order Granting Relief from the Automatic Stay*
(ECF No. 8499), pursuant to which a stipulation between the parties in which the
Commonwealth agreed to make certain payments was approved.

Objection Deadline:  November 24, 2020.

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: December 2, 2020.

Replies, Joinders & Statements:
    A.  Official Committee of Unsecured Creditors' Statement in Partial Support of Motion
        of Atlantic Medical Center, Inc. and Other Health Service Providers for (I)
        Enforcement of Court's Prior Order and (II) Relief from Automatic Stay **[Case No.
        17-3283, ECF No. 13260]**

Related Documents:
    A.  Joint Stipulation and Order Regarding Atlantic Medical Center, Inc., et al.'s Motion
        for Relief from the Automatic Stay (ECF No. 12918) **[Case No. 17-3283, ECF No.
        13279]**

    B.  Joint Stipulation and Order Regarding Atlantic Medical Center, Inc., et al.'s Motion
        for Relief from the Automatic Stay (ECF No. 12918) **[Case No. 17-3283, ECF No.
        13303]**

    C.  Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No.
        14166]**

    D.  Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-
        3283, ECF No. 14172]**

    E.  Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No.
        14575]**

    F.  Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-
        3283, ECF No. 14581]**

Status: This matter has been adjourned to the December 9, 2020 omnibus hearing.

Estimated Time Required:  N/A.

Dated: October 26, 2020
      San Juan, Puerto Rico

Respectfully submitted,

*/s/  Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/  Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

## **Exhibit A**

**Procedures Order**