# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** ) | **PROMESA** <br> **Title III** |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** ) | **No. 17 BK 3283-LTS** |
| As a representative of ) | **(Jointly Administered)** |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, ) | Re: Dkt. No. 14619 |
| **Debtors.**[1] ) | **Telephonic Hearing date:** October 28, 2020 at 9:30 a.m. (Atlantic Standard Time) |

## INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER REGARDING PROCEDURES FOR OCTOBER 28, 2020 OMNIBUS HEARING

The Fee Examiner appointed in these proceedings files this Informative Motion pursuant to the *Order Regarding Procedures for October 28-29, 2020 Omnibus Hearing* [Dkt. No. 14619]. In support, the Fee Examiner respectfully states that:

1. On October 21, 2020, the Fee Examiner filed the *Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the October 28, 2020 Omnibus Hearing* [Dkt. No. 14756] (the "**Ninth Interim Report**").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. The Ninth Interim Report outlines the Fee Examiner's recommendations for the Court's approval, with adjustments and on an uncontested basis, of a group of interim applications for the Ninth Interim Fee Period (February 1 to May 31, 2020) and prior interim fee periods as well as one final COFINA fee application.

3. The Ninth Interim Report attached a proposed order approving the uncontested fee applications (the "**Proposed Order**"). Counsel also submitted the Proposed Order to chambers in MS Word format pursuant to the *Thirteenth Amended Case Management Procedures* [Dkt. No. 13512-1].

4. Pursuant to the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269], if no objections are timely filed, fee applications may be approved by Court order without a hearing, *id*. at 2(j), and the Court has done so in the past.

5. The Fee Examiner and counsel have requested *listen only* lines for the telephonic omnibus hearing because no oral presentation will be necessary if the Court enters the Proposed Order prior to the hearing.

2

Dated this 22nd day of October, 2020.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

EDGE Legal Strategies, PSC

*s/ Eyck O. Lugo*
Eyck O. Lugo
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone: (787) 522-2000
Facsimile: (787) 522-2010

*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler (*Pro Hac Vice*)

*Counsel for the Fee Examiner*

23052878.1