| Timeline ||
|---|---|
| **Date** | **Event** |
| April 22, 2019 | Sculptor Receives MNPI |
| April 22 to June 16 | **NO TRADES** |
| June 16 | "Cleansing Event": FOMB Publishes PSA |
| June 17 to September 26 | Purchase / Sale of GO Bonds |
| October 2 | Sculptor Receives MNPI |
| October 2 to October 21 | **NO TRADES** |
| October 17 to October 18 | "Cleansing Event" (Oct. 17):  AAFAF Publishes Mediation Materials – Cash<br>"Cleansing Event" (Oct. 18):  AAFAF Publishes Mediation Materials - Bank |
| October 22 to October 23 | Purchase / Sale of GO/PBA Bonds (not 2012 or 2014) |
| October 25 | Sculptor Receives MNPI |
| October 25, 2019 to February 8, 2020 | **NO TRADES** |
| February 9 | "Cleansing Event": Publication of Amended PSA |
| February 10 to July 7 | Purchase / Sale of GO/PBA Bonds |
| August 15 | Sculptor Receives MNPI |
| August 15 to October 1 | **NO TRADES** |
| October 1 | "Cleansing Event": FOMB Announces PSA Proposals |