# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | Title III |
| as representative of | Case No. 17-BK-03283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor.[1] | |

## RESPONSE TO *TWO HUNDRED THIRTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO TO DEFICIENT CLAIMS*
[Dkt. #13918]

American Modern Home Insurance Company ("**American Modern**"), by and through its

attorneys Rexach & Picó, CSP, files this response to the *Two Hundred Thirty-Fourth Omnibus*

*Objection (Non-Substantive of the Commonwealth of Puerto Rico To Deficient Claims)* [Dkt. #

13918] (the "**Response**"). In support of its Response, American Modern respectfully states as

follows:

1.      On March 19, 2018, American Modern filed a proof of claim for payment in the

referenced Title III case of the *Puerto Rico Oversight, Management, and Economic Stability Act*

---

[1]      The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

("**PROMESA**") as creditor in connection with a bond it currently holds that was issued by the Commonwealth (the "**Proof of Claim**") – *see copy set forth as* **Exhibit A**.

2. On July 31, 2020, the Commonwealth, by and through the Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth pursuant to Section 315(b) of PROMESA, filed the *Two Hundred Thirty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims* (the "**Omnibus Objection**") with the United States District Court for the District of Puerto Rico (the "**Court**").

3. The Omnibus Objection seeks to disallow the Proof of Claim on the basis that it failed to comply with applicable rules for filing a claim against the Commonwealth, alleging (i) that the amount of the claim in Box 8 was left blank, and (ii) that Box 9, which requests the basis of the claim, was not provided, resulting in the Commonwealth being unable to determine the validity of American Modern's claim.

4. American Modern received a request for additional information in relation to the Proof of Claim, dated January 23, 2019, which included a form to be completed with specific information of the bond held by American Modern, and returned to the address or email indicated therein, along with any documentation in support of its claim, "such as brokerage account statements" (the "**Letter**") – *see copy set forth as* **Exhibit B**.

5. According to the Letter, the information provided in response to the Letter will be appended to the claim and appear on the official claims register – see Exhibit B at page 2.

6. On February 21, 2019, American Modern timely returned the completed form, attaching copies of a purchase report as of February 1, 2019 and a holdings statement as of February 4, 2019 issued by American Modern's broker State Street, to the email indicated in the

Letter: PRClaimsInfo@primeclerk.com – *see copy of the email set forth as **Exhibit C**, and copies of each attachment included therein: copy of the completed form set forth as **Exhibit D**, copy of the purchase report set forth as **Exhibit E**, and copy of the holdings statement set forth as **Exhibit F***.

7.      On the same date, February 21, 2019, American Modern received an email from PRClaimsInfo@primeclerk.com confirming receipt of the aforementioned form as well as the supporting documentation – *see copy set forth as **Exhibit G***.

8.      Contrary to the Commonwealth's first allegation, the amount claimed by American Modern, $1,039,275.20,[2] was clearly indicated in item 8 of the Proof of Claim – see Exhibit A at page 3 – and reiterated in the "Amount Claimed" box of the emailed form – see Exhibit C-1.

9.      Furthermore, and contrary to the Commonwealth's second argument of the Omnibus Objection, American Modern provided ample evidence for the Commonwealth to be in a position to determine the valid nature of its claim. To wit, American Modern supplemented its Proof of Claim with the requested information, including the bond's CUSIP number – see Exhibit C-1, as well as the brokerage account statements that identify it as the owner of the bond issued by the Commonwealth – see Exhibits C-2 and C-3,  putting the Commonwealth in a position to ascertain the validity of the claim.

10.     The supplemented Proof of Claim, which correctly identifies the obligations for which the Commonwealth is liable to American Modern, was made in accordance with Federal Rule of Bankruptcy Procedure 3001. Accordingly, the Commonwealth has no basis under Federal Rule of Bankruptcy Procedure 3007(d) to file Omnibus Objection against American Modern.

---

[2] Amount based on the carrying value of the bond when claim was originally submitted on March 19, 2018, exclusive of interests.

11.     For the reasons stated above, American Modern respectfully requests this Court that (i) the Omnibus Objection against American Modern be denied, (ii) the Proof of Claim, including the supplemented information provided in response to the Letter, be considered to have been made in accordance and compliance with the applicable rules for filing a claim against the Commonwealth, and (iii) the Commonwealth be held liable to American Modern for the obligations identified in the Proof of Claim.

Dated: September 1, 2020                    Respectfully submitted,

                                           REXACH & PICÓ, CSP
                                           802 Ave. Fernández Juncos
                                           San Juan PR 00907-4315
                                           Telephone: (787) 723-8520
                                           Facsimile: (787) 724-7844


                                           By:/s/ María E. Picó
                                                María E. Picó
                                                USDC-PR 123214
                                                E-mail: mpico@rexachpico.com


                                           By:/s/ Javier L. Inclán Aponte
                                                Javier L. Inclán Aponte
                                                USDC-PR 305006
                                                E-mail: jinclan@rexachpico.com

                                           *Attorneys for American Modern Home Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the Court

using the CM/ECF system, which will notify case participants.

Respectfully submitted.

Dated: September 1, 2020.

Respectfully submitted,

*/s/ Javier L. Inclán*_____
Javier L. Inclán Aponte – USDC-PR 305006
Rexach & Picó, CSP
Ave Fernández Juncos 802
Miramar, San Juan, Puerto Rico 00907
jinclan@rexachpico.com
Telephone: 787-723-8520
Facsimile: 787-724-7844

*Attorney for American Modern Home Insurance Company*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

| 1. **Who is the current creditor?**<br><br>**¿Quién es el acreedor actual?** | American Modern Home Insurance Company; NAIC#:23469; Creditor ID #: MML ID 21571 |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación) |
| | Other names the creditor used with the debtor    N/A<br>Otros nombres que el acreedor usó con el deudor |

| 2. | Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _N/A_ |
|---|---|---|

| 3. | Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor? | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente) |
|---|---|---|---|
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | Steve Mackie<br>Chief Compliance & Ethics Officer<br>7000 Midland Blvd.<br>Amelia, Ohio 45102<br><br>1-513-947-5394<br>Contact phone / Teléfono de contacto<br>smackie@amig.com<br>Contact email / Correo electrónico de contacto | Steve Mackie<br>Chief Compliance & Ethics Officer<br>7000 Midland Blvd.<br>Amelia, Ohio 45102<br><br>1-513-947-5394<br>Contact phone / Teléfono de contacto<br>smackie@amig.com<br>Contact email / Correo electrónico de contacto |

| 4. | Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _N/A_<br>Filed on / Presentada el _N/A_<br>(MM /DD/YYYY) / (DD/MM/AAAA) |
|---|---|---|

| 5. | Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? _N/A_ |
|---|---|---|

**Part 2 / Parte 2:**    Give Information About the Claim as of the Petition Date
                  Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☒ No / No<br>☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>N/A |
|---|---|---|

| 7. | Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _N/A_<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _N/A_ |
|---|---|---|

| 8. How much is the claim?  ¿Cuál es el importe de la reclamación? | $ 1,039,275.20 . Does this amount include interest or other charges? ¿Este importe incluye intereses u otros cargos? |
|---|---|

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

**¿Cuál es el fundamento de la reclamación?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

### Bond Holder

**10. Is all or part of the claim secured?**

**¿La reclamación está garantizada de manera total o parcial?**

☐ No / No

☒ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☒ Other. Describe:
Otro. Describir: All available revenues of the Commonwealth of Puerto Rico & by escrow of US securities.

**Basis for perfection / Fundamento de la realización de pasos adicionales:**

First priority per the Constitution of the Commonwealth of Puerto Rico and per the escrow of US securities.

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención).

**Value of property / Valor del bien:** $ 1,039,275.20

**Amount of the claim that is secured /**
**Importe de la reclamación que está garantizado:** $ 1,039,275.20

**Amount of the claim that is unsecured /**
**Importe de la reclamación que no está garantizado:** $ 0
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :**
$ N/A

**Annual Interest Rate** (on the Petition Date)
**Tasa de interés anual** (cuando se presentó el caso) 5.125 %
☒ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

**¿Esta reclamación está basada en un arrendamiento?**

☒ No / No

☐ Yes. **Amount necessary to cure any default as of the Petition Date.**
Sí. **Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso**
$ N/A

| 12. | Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: N/A _____ |
|---|---|---|

| 13. | Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.**<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. | $ N/A _____ |

---

| **Part 3 / Parte 3:** | Sign Below / Firmar a continuación |
|---|---|

| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**<br><br>Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | Check the appropriate box / Marque la casilla correspondiente:<br><br>☒ I am the creditor. / Soy el acreedor.<br>☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto. |

**Signature:** *Jayme D. Gray*
Jayme D. Gray (Apr 23, 2018)

Signature / Firma _____     **Email:**  jgray@amig.com

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name          Jayme D. Gray
              First name / Primer nombre     Middle name / Segundo nombre     Last name / Apellido

Title / Cargo     Compliance Project Manager

Company / Compañía     American Modern Home Insurance Company
              Identify the corporate servicer as the company if the authorized agent is a servicer.
              Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección     7000 Midland Blvd.
              Number / Número     Street / Calle

              Amelia,                           OH          45102
              City / Ciudad                     State / Estado     ZIP Code / Código postal

Contact phone / Teléfono de contacto  1-513-947-6715     Email / Correo electrónico  jgray@amig.com

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☐ have supporting documentation.
   (attach below)

☒ I do <u>not</u> have supporting documentation.

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                                    12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

### How to fill out this form

- **Fill in all of the information about the claim as of the petition date.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A** *Proof of Claim* **form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or contact the Claims and Noticing Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), or by email at puertoricoinfo@primeclerk.com. You may view a list of filed claims in the Title III cases by visiting the Claims and Noticing Agent's website at https://cases.primeclerk.com/puertorico.

### Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. § 503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the petition date, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the petition date. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy or confidential information. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

---

> ## Do not file these instructions with your form

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**If by overnight courier or hand delivery:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

# Instrucciones para la Evidencia de reclamación

Tribunal de Quiebras de los Estados Unidos                                                                                      12/15

**Estas instrucciones y definiciones explican la ley de forma general. En ciertas circunstancias, tales como casos de quiebra que los deudores no presentan de forma voluntaria, se pueden aplicar excepciones a estas normas generales. Debe considerar la posibilidad de obtener el asesoramiento de un abogado, en especial si no conoce el proceso de quiebra y las reglamentaciones de privacidad.**

## Cómo completar este formulario

- **Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

- **Complete el título en la parte superior del formulario.**

- **Si la reclamación se ha adquirido de otra persona, indique la identidad de la última parte** que fue propietaria de la reclamación o fue titular de la reclamación y que la transfirió a usted antes de que se presente la reclamación inicial.

- **Adjunte cualquier documento de respaldo a este formulario.**
  Adjunte copias editadas de cualquier documento que demuestre que la deuda existe, que un gravamen garantiza la deuda, o ambos. (Ver la definición de *edición* en la siguiente página).

  También adjunte copias editadas de cualquier documento que demuestre el perfeccionamiento de un derecho de garantía o cualquier cesión o transferencia de la deuda. Además de los documentos, puede agregarse un resumen. Norma federal del procedimiento de quiebra (denominada "Norma de quiebra") 3001(c) y (d).

- **No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de examinarlos.**

- **Si la reclamación se basa en la prestación de bienes o servicios de atención médica, no divulgue información de atención médica confidencial. Omita o edite la información confidencial tanto en la reclamación como en los documentos adjuntos.**

- **El formulario de *Evidencia de reclamación* y los documentos adjuntos solo deben mostrar los últimos 4 dígitos de un número de seguridad social, el número de identificación tributaria de una persona o un número de cuenta financiera, y solo el año de la fecha de nacimiento de una persona.** Ver la Norma de quiebra 9037.

- **En el caso de un menor, complete solamente las iniciales del menor y el nombre completo y la dirección del padre o madre o el tutor del menor.** Por ejemplo, escriba *A.B., un menor* (*John Doe, padre, calle 123, ciudad, estado*). Ver la Norma de quiebra 9037.

## Confirmación de que se ha presentado la reclamación

Para recibir una confirmación de que se ha presentado la reclamación, puede adjuntar un sobre autodirigido y estampillado y una copia de este formulario o comunicarse con el representante de reclamaciones y notificaciones al (844) 822-9231 (número gratuito para EE. UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), o por correo electrónico a puertoricoinfo@primeclerk.com. Para ver una lista de las reclamaciones presentadas en los casos del Título III, visite el sitio web del representante de reclamaciones y notificaciones en https://cases.primeclerk.com/puertorico.

## Comprenda los términos utilizados en este formulario

**Gastos administrativos:** En términos generales, gastos que se generan luego de presentar un caso de quiebra en relación con el manejo, la liquidación o la distribución del patrimonio de la quiebra.
Título 11 § 503 del Código de los Estados Unidos (U.S.C.).

**Reclamación:** El derecho de un acreedor a recibir un pago por una deuda del deudor a la fecha en la que el deudor solicitó la quiebra. Título 11 §101 (5) del U.S.C. Una reclamación puede estar garantizada o no garantizada.

**Reclamación de conformidad con el Título 11 § 503(b)(9) del U.S.C.:** Una reclamación que surge del valor de cualquier bien recibido por el Deudor dentro de los 20 días anteriores a la fecha en la que se presentó el caso , en el que los bienes se han vendido al Deudor en el transcurso normal de los negocios del Deudor. Adjunte la documentación que respalde dicha reclamación.

**Acreedor:** Una persona, una sociedad anónima u otra entidad con la que el deudor tiene una deuda que se contrajo en la fecha en la que el deudor solicitó la quiebra o con anterioridad. Título 11 § 101 (10) del U.S.C.

**Deudor:** Una persona, una sociedad anónima u otra entidad que está en quiebra. Utilice el nombre del deudor y el número de caso tal como se muestran en el aviso de quiebra que recibió. Título 11 § 101 (13) del U.S.C.

**Prueba de pasos adicionales:** La prueba de la realización de pasos adicionales para hacer valer un derecho de garantía puede incluir documentos que demuestren que se ha presentado o registrado un derecho de garantía, tal como una hipoteca, un derecho de retención, un certificado de propiedad o una declaración de financiamiento.

**Información que debe mantenerse en privado:** El formulario de *Evidencia de reclamación* y los documentos adjuntos solo deben mostrar los últimos 4 dígitos de un número de seguridad social, el número de identificación tributaria de una persona o un número de cuenta financiera, y solo las iniciales del nombre de un menor y el año de la fecha de nacimiento de una persona. Si una reclamación se basa en la prestación de bienes o servicios de atención médica, limite la divulgación de los bienes o servicios a fin de evitar la incomodidad o la divulgación de información de atención médica confidencial. Es posible que, más adelante, se le solicite que brinde más información si el síndico u otra persona de interés se opone a la reclamación.

**Evidencia de reclamación:** Un formulario que detalla el monto de la deuda que el deudor mantiene con un acreedor a la fecha de la presentación. El formulario debe ser presentado en el distrito donde el caso se encuentra pendiente de resolución.

**Edición de información:** Ocultamiento, corrección, o eliminación de cierta información para proteger la privacidad o la información confidencial. Quienes presenten la documentación deben editar u omitir información sujeta a **privacidad** en el formulario de *Evidencia de reclamación* y en cualquier documento adjunto.

**Reclamación garantizada en virtud del Título 11 § 506(a) del U.S.C.:** Una reclamación respaldada por un derecho de retención sobre un bien en particular del deudor. Una reclamación está garantizada en la medida que un acreedor tenga el derecho a recibir un pago proveniente del bien antes de que se les pague a otros acreedores. El monto de una reclamación garantizada generalmente no puede ser mayor que el valor del bien en particular sobre el cual el acreedor mantiene un derecho de retención. Cualquier monto adeudado a un acreedor que sea mayor que el valor del bien generalmente se lo considera una reclamación no garantizada. Sin embargo, existen excepciones; por ejemplo, el Título 11 § 1322(b) del U.S.C., y la oración final de § 1325(a).

Algunos ejemplos de derechos de retención sobre bienes incluyen una hipoteca sobre un inmueble o un derecho de garantía sobre un automóvil. Un derecho de retención puede ser otorgado de manera voluntaria por un deudor o puede obtenerse a través de un procedimiento judicial. En algunos estados, una resolución judicial puede ser un derecho de retención.

**Compensación:** Ocurre cuando un acreedor se paga a sí mismo con dinero que pertenece al deudor y que mantiene en su poder, o cuando el acreedor cancela una deuda que mantiene con el deudor.

**Reclamación no garantizada:** Una reclamación que no cumple con los requisitos de una reclamación garantizada. Una reclamación puede no estar garantizada en parte en la medida que el monto de la reclamación sea mayor que el valor del bien sobre la cual un acreedor tiene un derecho de retención.

## Ofrecimiento de compra de una reclamación

Algunas entidades compran reclamaciones por un monto menor que su valor nominal. Estas entidades pueden contactar a acreedores para ofrecerles la compra de sus reclamaciones. Algunas comunicaciones por escrito de estas entidades pueden confundirse fácilmente con documentación judicial oficial o con comunicaciones del deudor. Estas entidades no representan al tribunal de quiebras, al síndico de la quiebra, ni al deudor. Un acreedor no tiene obligación alguna de vender su reclamación. Sin embargo, si decide hacerlo, cualquier transferencia de esa reclamación está sujeta a la Norma de Quiebras 3001(e), a las correspondientes disposiciones del Código de Quiebras (Título 11 § 101 y subsiguientes del U.S.C.) y a cualquier resolución del tribunal de quiebras que corresponda al caso.

## Envíe la(s) Evidencia(s) de reclamación completa(s) a:

**Si por correo de primera clase:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**Si por el mensajero de una noche o la entrega de mensajero a mano:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

---

**No presente estas instrucciones con su formulario**

SRF 30338

CUSIP

Prime Clerk LLC
Commonwealth of Puerto Rico Supplemental Information Processing Center
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

### *** Response Required ***

January 23, 2019

Re:    PROMESA Proof of Claim
       In re Commonwealth of Puerto Rico, Case No. 17-03283
       United States District Court for the District of Puerto Rico

Dear Sir or Madam:

THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE
GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER PROMESA.

PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE WITH
THE INSTRUCTIONS BELOW.

FAILURE TO RESPOND TO THIS NOTICE MAY RESULT IN LEGAL ACTION TO
FULLY OR PARTIALLY DISALLOW YOUR CLAIM.

Prime Clerk maintains the Court's official claims register in the PROMESA cases and is
reaching out to you at this time to obtain important additional information about your claim,
docketed at Claim Number 6790 (viewable on Prime Clerk's website at:
https://cases.primeclerk.com/puertorico/Home-ClaimInfo). Specifically, Prime Clerk is reaching
out to you because, although you indicated on your claim that your claim was filed in connection
with your ownership of and/or interest in bonds issued by the Government of Puerto Rico or one
of its affiliated debtors (the "Debtors"), you did not provide the Debtors with enough
information or documentation to assess the basis or validity of your claim. For this reason, the
Debtors are requesting that you **respond to this letter on or before February 22, 2019,** by
completing the attached form (in English or Spanish) and providing the following information
and documents:

- The bonds' CUSIP Number(s);
- The amount claimed per CUSIP;
- The total dollar amount of your claim; and
- To the extent you have any documentation in support of your claim, such as brokerage
  account statements, please include those documents in your response.

If your claim does not relate to your ownership of or interest in bonds, please provide
information and documentation detailing the basis for and amount of your claim.

You may respond to this letter with the requested information and documentation via email to PRClaimsInfo@primeclerk.com **OR** by mail, hand delivery or overnight mail to the following address:

> Commonwealth of Puerto Rico Supplemental Information Processing Center
> 850 3rd Avenue, Suite 412
> Brooklyn, NY 11232

All supplemental information which you provide will be appended to your claim and appear on the official claims register. Failure to respond to this notice may result in legal action to fully or partially disallow your claim.

If you have any questions about this letter or your claim, please call: 844-822-9231 or email PRClaimsInfo@primeclerk.com.

PLEASE NOTE: Prime Clerk LLC is the claims and noticing agent in the government of Puerto Rico's cases, brought pursuant to Title III of the Puerto Rico Oversight, Management, and Economic Stability Act. As such, we cannot provide legal or financial advice.

Thank you.

Prime Clerk



Prime Clerk LLC
(844) 822-9231· PRClaimsInfo@primeclerk.com

**\*\*\* Response Required \*\*\***

PROMESA PROOF OF CLAIM NUMBER: **6790**
Claimant Name:  **American Modern Home Insurance Company**

**Please complete and return this form on or before February 22, 2019,** via email to
PRClaimsInfo@primeclerk.com **OR** by mail, hand delivery, or overnight mail to the following address:

        Commonwealth of Puerto Rico Supplemental Information Processing Center
        850 3rd Avenue, Suite 412
        Brooklyn, NY 11232

All supplemental information which you provide will be appended to your claim and appear on the
official claims register.

BASIS OF CLAIM:

☐  Ownership of Bonds
☐  Other (describe):

_____

FOR OWNERSHIP OF BONDS:

Bonds' CUSIP Numbers and amount claimer per CUSIP (if more space is needed, please attach an
additional sheet):

| | CUSIP | Amount Claimed |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

The total amount of your claim:

_____

To the extent you have any documentation in support of your claim, such as brokerage account
statements, please include those documents in your response.

FOR OTHER TYPE OF CLAIM:

The amount of your claim:

_____

Please describe the basis for your claim:

_____

_____

To the extent you have any documentation in support of your claim, please include those documents in
your response.

Prime Clerk LLC
Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
850 $^{3rd}$ Avenue, Suite 412
Brooklyn, NY 11232
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com


**\*\*\* Se requiere respuesta \*\*\***

23 de enero de 2019


Asunto:      Evidencia de reclamación en virtud de la ley PROMESA
             En el caso No. 17-03283 del Estado Libre Asociado de Puerto Rico,
             Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estimado/a:

ESTA CARTA SE RELACIONA CON UNA EVIDENCIA DE RECLAMACIÓN QUE
PRESENTÓ CONTRA EL GOBIERNO DE PUERTO RICO EN LOS PROCESOS QUE
TRAMITAN EN VIRTUD DE LA LEY PROMESA.

LEA ATENTAMENTE ESTA CARTA Y RESPONDA DE ACUERDO CON LAS
INSTRUCCIONES QUE SE INCLUYEN A CONTINUACIÓN.

SI NO RESPONDE A ESTA NOTIFICACIÓN, ES POSIBLE QUE SE INICIEN ACCIONES
PARA QUE SE DESESTIME PARCIAL O TOTALMENTE SU RECLAMACIÓN.

Prime Clerk mantiene el registro oficial de reclamaciones del tribunal en los casos al amparo
de la ley PROMESA y se comunica con usted en esta oportunidad para obtener información
adicional importante sobre su reclamación, registrada bajo el Número de reclamación 6790
(la cual puede verse en el sitio web de Prime Clerk en: https://cases.primeclerk.com/puertorico/
Home-ClaimInfo). Específicamente, Prime Clerk se comunica con usted porque, si bien usted
indicó en su reclamación que esta se presentaba en relación con su propiedad y/o derecho en
bonos emitidos por el Gobierno de Puerto Rico o uno de sus deudores afiliados (los
"Deudores"), usted omitió proporcionar a los Deudores información o documentación
suficiente para evaluar los fundamentos o la validez de su reclamación. Por este motivo, los
Deudores solicitan que usted **responda a esta carta hasta el 22 de febrero de 2019 inclusive,**
completando el formulario adjunto (en inglés o español) y proporcionando la siguiente
información y documentación:

- Número(s) CUSIP de los bonos;
- El monto reclamado por CUSIP;
- El monto total en dólares de su reclamación; y
- En la medida que posea documentación para respaldar su reclamación, como estados de
  cuenta de corretaje, incluya dichos documentos en su respuesta.

Si su reclamación no se relaciona con su propiedad o derecho en bonos, proporcione información
y documentación en la que conste en detalle el fundamento y el monto de su reclamación.

Responda esta carta de inmediato con la información y la documentación solicitadas por correo electrónico a PRClaimsInfo@primeclerk.com **O BIEN** por correo postal, entrega en mano o correo con entrega en 24 horas a la siguiente dirección:

Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
850 $^{3rd}$ Avenue, Suite 412
Brooklyn, NY 11232

Toda la información complementaria que proporcione se adjuntará a su reclamación y aparecerá en el registro oficial de reclamaciones. Si no responde a esta notificación, es posible que se inicien acciones legales para que se desestime total o parcialmente su reclamación.

Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al 844-822-9231 o envíe un mensaje de correo electrónico a PRClaimsInfo@primeclerk.com.

NOTA:  Prime Clerk LLC es el agente de reclamaciones y avisos en los casos del gobierno de Puerto Rico, iniciados de conformidad con el Título III de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico. Por lo tanto, no podemos brindar asesoramiento legal ni financiero.

Muchas gracias.

Prime Clerk



Prime Clerk LLC
(844) 822-9231·PRClaimsInfo@primeclerk.com

**\*\*\* Se requiere respuesta \*\*\***

NÚMERO DE EVIDENCIA DE RECLAMACIÓN EN VIRTUD DE LA LEY PROMESA: **6790**
Nombre del demandante:  **American Modern Home Insurance Company**

**Complete y envíe este formulario hasta el 22 de febrero de 2019 inclusive**, por correo electrónico a
PRClaimsInfo@primeclerk.com **O** por correo postal, entrega en mano o correo con entrega en 24 horas a
la siguiente dirección:

> Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
> 850 ³ʳᵈ Avenue, Suite 412
> Brooklyn, NY 11232

Toda la información complementaria que proporcione se adjuntará a su reclamación y aparecerá en el
registro oficial de reclamaciones.

FUNDAMENTO DE LA RECLAMACIÓN:

☐  Titularidad de bonos
☐  Otro (describir):

_____

PARA LA TITULARIDAD DE BONOS:

Números CUSIP de los bonos y monto reclamado por CUSIP (si se necesita más espacio, adjunte una
hoja adicional):

| | CUSIP | Monto reclamado |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

El monto total de su reclamación:

_____

En la medida que posea documentación para respaldar su reclamación, como estados de cuenta de
corretaje, incluya dichos documentos en su respuesta.

PARA OTRO TIPO DE RECLAMACIÓN:

El monto de su reclamación:

_____

Describa el fundamento de su reclamación:

_____

_____

En la medida que posea documentación de respaldo de su reclamación, incluya dichos documentos en su
respuesta.

***CUST Puerto Rico 1845 SRF 30338 PackID: 43 MMLID: 1454314  Svc: Bond - 6790
American Modern Home Insurance Company
Steve Mackie
Chief Compliance & Ethics Officer
7000 Midland Blvd.
Amelia OH 45102

If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944
(international), email PuertoRicoInfo@primeclerk.com, or visit https://cases.primeclerk.com/puertorico

Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envíe
un correo electrónico a PuertoRicoInfo@PrimeClerk.com, o visite https://cases.primeclerk.com /puertorico



**Javier Inclan**

| | |
|---|---|
| **From:** | Gray Jayme - Cincinnati-AMIG <jgray@amig.com> |
| **Sent:** | Thursday, February 21, 2019 10:03 AM |
| **To:** | PRClaimsInfo@primeclerk.com |
| **Subject:** | PROMESA Proof of Claim - Claim number 6790 - Additional Information Response |
| **Attachments:** | PR 745291DF8 Holdings as of Feb 4th.pdf; PR 745291DF8 Purchase and Sales.pdf; PROMESA additional information RESPONSE 2.21.19.pdf |
| | |
| **Importance:** | High |

This message is in response to the additional information request, dated January 23, 2019. Please find the supplemental questionnaire and supporting documentation regarding the PROMESA Proof of Claim for American Modern Insurance Group, Claim number 6790. I have attached the following items for your review:

- The Holdings Statement as of February 4, 2019
- The purchase and sales invoice
- PROMESA additional information questionnaire response

If you have any questions or need additional information, please contact me at 1-800-759-9008 Extension 6715 or via email at Jgray@amig.com.

Kind Regards,
Jayme Gray

**Jayme Gray**
Compliance Project Manager

**American Modern Insurance Group**
Phone: 513-947-6715




AMIG.COM

C3 - confidential

1

Prime Clerk LLC
Commonwealth of Puerto Rico Supplemental Information Processing Center
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
T: (844) 822-9231
PRClaimsInfo@primeclerk.com


*** **Response Required** ***

January 23, 2019


Re:    PROMESA Proof of Claim
       In re Commonwealth of Puerto Rico, Case No. 17-03283
       United States District Court for the District of Puerto Rico

Dear Sir or Madam:

THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE
GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER PROMESA.

PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE WITH
THE INSTRUCTIONS BELOW.

FAILURE TO RESPOND TO THIS NOTICE MAY RESULT IN LEGAL ACTION TO
FULLY OR PARTIALLY DISALLOW YOUR CLAIM.

Prime Clerk maintains the Court's official claims register in the PROMESA cases and is
reaching out to you at this time to obtain important additional information about your claim,
docketed at Claim Number 6790 (viewable on Prime Clerk's website at:
https://cases.primeclerk.com/puertorico/Home-ClaimInfo).  Specifically, Prime Clerk is reaching
out to you because, although you indicated on your claim that your claim was filed in connection
with your ownership of and/or interest in bonds issued by the Government of Puerto Rico or one
of its affiliated debtors (the "Debtors"), you did not provide the Debtors with enough
information or documentation to assess the basis or validity of your claim.  For this reason, the
Debtors are requesting that you **respond to this letter on or before February 22, 2019,** by
completing the attached form (in English or Spanish) and providing the following information
and documents:

- The bonds' CUSIP Number(s);
- The amount claimed per CUSIP;
- The total dollar amount of your claim; and
- To the extent you have any documentation in support of your claim, such as brokerage
  account statements, please include those documents in your response.

If your claim does not relate to your ownership of or interest in bonds, please provide
information and documentation detailing the basis for and amount of your claim.

You may respond to this letter with the requested information and documentation via email to PRClaimsInfo@primeclerk.com **OR** by mail, hand delivery or overnight mail to the following address:

> Commonwealth of Puerto Rico Supplemental Information Processing Center
> 850 3rd Avenue, Suite 412
> Brooklyn, NY 11232

All supplemental information which you provide will be appended to your claim and appear on the official claims register. Failure to respond to this notice may result in legal action to fully or partially disallow your claim.

If you have any questions about this letter or your claim, please call: 844-822-9231 or email PRClaimsInfo@primeclerk.com.

PLEASE NOTE: Prime Clerk LLC is the claims and noticing agent in the government of Puerto Rico's cases, brought pursuant to Title III of the Puerto Rico Oversight, Management, and Economic Stability Act. As such, we cannot provide legal or financial advice.

Thank you.

Prime Clerk



Prime Clerk LLC
(844) 822-9231·PRClaimsInfo@primeclerk.com

**\*\*\* Response Required \*\*\***

PROMESA PROOF OF CLAIM NUMBER: **6790**
Claimant Name:  **American Modern Home Insurance Company**

**Please complete and return this form on or before February 22, 2019,** via email to
PRClaimsInfo@primeclerk.com **OR** by mail, hand delivery, or overnight mail to the following address:

> Commonwealth of Puerto Rico Supplemental Information Processing Center
> 850 3rd Avenue, Suite 412
> Brooklyn, NY 11232

All supplemental information which you provide will be appended to your claim and appear on the official claims register.

BASIS OF CLAIM:

- [X]  Ownership of Bonds
- [ ]  Other (describe):

_____

FOR OWNERSHIP OF BONDS:

Bonds' CUSIP Numbers and amount claimer per CUSIP (if more space is needed, please attach an additional sheet):

|   | CUSIP | Amount Claimed |
|---|-------|----------------|
| 1 | 745291DF8 | $1,039,275.20 |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |

The total amount of your claim:

  $1,039,275.20 This was based on the carrying value when the claim was originally submitted.

_____

To the extent you have any documentation in support of your claim, such as brokerage account statements, please include those documents in your response.

FOR OTHER TYPE OF CLAIM:

The amount of your claim:

_____

Please describe the basis for your claim:

  Bond Holder

_____

_____

To the extent you have any documentation in support of your claim, please include those documents in your response.

Case:17-03283-LTS    Doc#:14930-5    Filed:09/27/20    Entered:09/27/20 13:32:22
Exhibit AE    Page 27 of 43

# Purchase Report by Report Date

AMERICAN MODERN HOME INS H
MEAG NY
FUND:        EQEA



## STATE STREET.

June 30, 2014   to   February 1, 2019

View Date:        February 5, 2019

**Base Currency: USD - US DOLLAR**

| Asset ID | Security Name/Description | Exchange Rate | Trd Date / Price | Stl Date | Fail Days / Interest | Broker Name / Commissions | Stl Cur/Loc / Taxes/Fees/Other | Comm Per Shr / Net Cost |
|---|---|---|---|---|---|---|---|---|
| | Shares/Par/Contracts | | | | | | | |
| | Units/Original Face | | | | | | | |

### FIXED INCOME

#### US DOLLAR

| 745291DF8 | PUERTO RICO PUBLIC FIN CORP | 5.125%  01 Jun 2024 | 09 Jul 2014 | 14 Jul 2014 | | BONY MELLON/BMO CAP MKTS GKST INC | USD/DTC | |
|---|---|---|---|---|---|---|---|---|
| | 920,000.000 | 1.000000 | Local | 119.500000 | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |
| | 920,000.000 | | Base | 119.500000 | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |

#### US DOLLAR Total

| | 920,000.000 | | Local | | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |
|---|---|---|---|---|---|---|---|---|
| | 920,000.000 | | Base | | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |

### FIXED INCOME  Total

| | 920,000.000 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 920,000.000 | | Base | | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |

### PURCHASE Total

| | 920,000.000 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 920,000.000 | | Base | | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |

Case:17-03283-LTS   Doc#:14936-5   Filed:09/07/20   Entered:09/07/20 13:32:22
Exhibit AE Page 28 of 93

# Sales Report by Report Date

AMERICAN MODERN HOME INS H

MEAG NY

FUND:        EQEA



## STATE STREET.

June 30, 2014  to  February 1, 2019          View Date:      February 5, 2019

**Base Currency: USD - US DOLLAR**

| Asset ID | Security Name/Description | | Trd Date | Stl Date | Fail Days | Broker Name | | Stl Cur/Loc | Comm Per Shr |
|---|---|---|---|---|---|---|---|---|---|
| | Shares/Par/Contracts | Exchange Rate | Price | | Interest | | Commissions | Taxes/Fees/Other | Net Proceeds |
| | Units/Original Face | | | | | | | | |

## FIXED INCOME

### US DOLLAR

| 745291DF8 | PUERTO RICO PUBLIC FIN CORP | | 5.125%  01 Jun 2024 | 14 Jul 2014 | 14 Jul 2014 | | ASSET TRANSFER NON CASH | USD/DTC | |
|---|---|---|---|---|---|---|---|---|---|
| | 920,000.000 | 1.000000 | Local | 120.112153 | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | 920,000.000 | | Base | 120.112153 | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |

**US DOLLAR Total**

| | 920,000.000 | | Local | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
|---|---|---|---|---|---|---|---|---|
| | 920,000.000 | | Base | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |

## FIXED INCOME  Total

| | 920,000.000 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 920,000.000 | | Base | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |

## SALES Total

| | 920,000.000 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 920,000.000 | | Base | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |

# Purchase Report by Report Date

AMERICAN MODERN-PUERTO RICO
MEAG NY
FUND:        EQFO

Desc:



STATE STREET.

June 30, 2014   to   February 1, 2019

View Date:        February 5, 2019

**Base Currency: USD - US DOLLAR**

| Asset ID | Security Name/Description | Exchange Rate | Trd Date Price | Stl Date | Fail Days Interest | Broker Name Commissions | Stl Cur/Loc Taxes/Fees/Other | Comm Per Shr Net Cost |
|---|---|---|---|---|---|---|---|---|
| | Shares/Par/Contracts | | | | | | | |
| | Units/Original Face | | | | | | | |

## FIXED INCOME

### US DOLLAR

| 745291DF8 | PUERTO RICO PUBLIC FIN CORP | 5.125%  01 Jun 2024 | 14 Jul 2014 | 14 Jul 2014 | | ASSET TRANSFER NON CASH | USD/DTC | |
| | 920,000.000 | 1.000000 | Local | 120.112153 | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | 920,000.000 | | Base | 120.112153 | 0.00 | 0.00 | 0.00 | 1,105,031.81 |

### US DOLLAR Total

| | 920,000.000 | | Local | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | 920,000.000 | | Base | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |

## FIXED INCOME  Total

| | 920,000.000 | | | | | | | |
| | 920,000.000 | | Base | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |

## PURCHASE Total

| | 920,000.000 | | | | | | | |
| | 920,000.000 | | Base | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |

# Purchase Report by Report Date

Currency Summary

*June 30, 2014   to   February 1, 2019*

AMERICAN MODERN HOME INSTI

MEAG NY
FUND:     EQEA

View Date:      *February 5, 2019*



**STATE STREET.**

**Base Currency: USD - US DOLLAR**

| | Shares/Par/Contracts Units/Original Face | | # of Trades | Interest | Commissions | Taxes/Fees/Other | Net Cost |
|---|---|---|---|---|---|---|---|
| **US DOLLAR** | | | | | | | |
| **FIXED INCOME** | | | | | | | |
| | 920,000.000 | Local | | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |
| | 920,000.000 | Base | | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |
| | | TRADES: | 1 | | | | |
| | | CANCELS: | 0 | | | | |
| **US DOLLAR  Total** | | | | | | | |
| Long | 920,000.000 | Local | | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |
| | 920,000.000 | Base | | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |
| | | TRADES: | 1 | | | | |
| | | CANCELS: | 0 | | | | |
| **PURCHASE Total** | | | | | | | |
| Long | 920,000.000 | Base | | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |
| | 920,000.000 | TRADES: | 1 | | | | |
| | | CANCELS: | 0 | | | | |

Case:17-03283-LTS   Doc#:14940-5   Filed:09/27/20   Entered:09/27/20 12:33:32   Desc:
Exhibit AE Page 31 of 43

# Sales Report by Report Date

Currency Summary

*June 30, 2014   to   February 1, 2019*

AMERICAN MODERN HOME INSH

MEAG NY
FUND:   EQEA

*View Date:      February 5, 2019*

 **STATE STREET.**

| Base Currency: USD - US DOLLAR<br>Shares/Par/Contracts<br>Units/Original Face | # of Trades | | Interest | Commissions | Taxes/Fees/Other | Net Proceeds |
|---|---|---|---|---|---|---|

**US DOLLAR**

**FIXED INCOME**

| | 920,000.000 | | Local | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
|---|---|---|---|---|---|---|---|
| | 920,000.000 | | Base | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | | TRADES: | 1 | | | | |
| | | CANCELS: | 0 | | | | |

**US DOLLAR  Total**

| Long | 920,000.000 | | Local | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
|---|---|---|---|---|---|---|---|
| | 920,000.000 | | Base | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | | TRADES: | 1 | | | | |
| | | CANCELS: | 0 | | | | |

**SALES Total**

| Long | 920,000.000 | | Base | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
|---|---|---|---|---|---|---|---|
| | 920,000.000 | TRADES: | 1 | | | | |
| | | CANCELS: | 0 | | | | |

# Purchase Report by Report Date

Currency Summary

*June 30, 2014   to   February 1, 2019*

AMERICAN MODERN PUERTO RICO

MEAG NY
FUND:      EQFO

View Date:      *February 5, 2019*



**STATE STREET.**

**Base Currency: USD - US DOLLAR**

| Shares/Par/Contracts Units/Original Face | | # of Trades | Interest | Commissions | Taxes/Fees/Other | Net Cost |
|---|---|---|---|---|---|---|
| **US DOLLAR** | | | | | | |
| **FIXED INCOME** | | | | | | |
| 920,000.000 | Local | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| 920,000.000 | Base | | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | TRADES: | 1 | | | | |
| | CANCELS: | 0 | | | | |
| **US DOLLAR  Total** | | | | | | |
| Long | 920,000.000 | Local | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | 920,000.000 | Base | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | TRADES: | 1 | | | | |
| | CANCELS: | 0 | | | | |
| **PURCHASE Total** | | | | | | |
| Long | 920,000.000 | Base | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | 920,000.000 | TRADES: | 1 | | | |
| | | CANCELS: | 0 | | | |

Books Open

Prepared by State Street

Case:17-03283-LTS Doc#:14930-5 Filed:09/07/20 Entered:09/07/20 12:33:32 Desc:
Exhibit AE Page 33 of 93

# Purchase Report by Report Date

Fund Summary

*June 30, 2014  to  February 1, 2019*

AMERICAN MODERN HOME INS'H

MEAG NY

FUND:     EQEA

*View Date:      February 5, 2019*

 **STATE STREET.**

**Base Currency: USD - US DOLLAR**

| Shares/Par/Contracts Units/Original Face | | # of Trades | Interest | Commissions | Taxes/Fees/Other | Net Cost |
|---|---|---|---|---|---|---|
| **FIXED INCOME** | | | | | | |
| | 920,000.000 | Base | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |
| | 920,000.000 | TRADES:      1 | | | | |
| | | CANCELS:     0 | | | | |
| **PURCHASE Total** | | | | | | |
| Long | 920,000.000 | Base | 5,631.81 | 0.00 | 0.00 | 1,099,400.00 |
| | 920,000.000 | TRADES:      1 | | | | |
| | | CANCELS:     0 | | | | |

Case:17-03283-LTS   Doc#:14930-5   Filed:09/27/20   Entered:09/27/20 12:33:32   Desc:
Exhibit AE Page 34 of 93

# Sales Report by Report Date

Fund Summary

*June 30, 2014   to   February 1, 2019*

AMERICAN MODERN HOME INSH

MEAG NY

FUND:     EQEA

*View Date:        February 5, 2019*

 **STATE STREET.**

**Base Currency: USD - US DOLLAR**

| Shares/Par/Contracts Units/Original Face | | # of Trades | Interest | Commissions | Taxes/Fees/Other | Net Proceeds |
|---|---|---|---|---|---|---|
| **FIXED INCOME** | | | | | | |
| 920,000.000 | | Base | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| 920,000.000 | TRADES: | 1 | | | | |
| | CANCELS: | 0 | | | | |
| **SALES Total** | | | | | | |
| Long | 920,000.000 | Base | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | 920,000.000 | TRADES: | 1 | | | |
| | | CANCELS: | 0 | | | |

AMERICAN MODERN PUERTO RICO

# Purchase Report by Report Date

Fund Summary

*June 30, 2014   to   February 1, 2019*

MEAG NY

FUND:     EQFO

*View Date:        February 5, 2019*

 STATE STREET.

**Base Currency: USD - US DOLLAR**

| Shares/Par/Contracts Units/Original Face | | # of Trades | Interest | Commissions | Taxes/Fees/Other | Net Cost |
|---|---|---|---|---|---|---|
| **FIXED INCOME** | | | | | | |
| | 920,000.000 | Base | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | 920,000.000 | TRADES: 1 | | | | |
| | | CANCELS: 0 | | | | |
| **PURCHASE Total** | | | | | | |
| Long | 920,000.000 | Base | 0.00 | 0.00 | 0.00 | 1,105,031.81 |
| | 920,000.000 | TRADES: 1 | | | | |
| | | CANCELS: 0 | | | | |

Books Open

Prepared by State Street

# Holdings

AMERICAN MODERN-PUERTO RICO
MEAG NY
FUND: EQFO



**STATE STREET.**

*As of:* February 4, 2019  *View Date:* February 5, 2019

**Base Currency: USD - US DOLLAR**

| Asset ID | Asset Description | Units | Unit Cost | Total Cost | Rate<br>Unit Price | Maturity Date<br>Market Value | Unrealized Gn/Ls | % Curr<br>% Fund |
|---|---|---|---|---|---|---|---|---|

## FIXED INCOME

| **US DOLLAR** | | | | | | Exchange Rate: | | 1.000000 |
|---|---|---|---|---|---|---|---|---|
| 745291DF8 | PUERTO RICO PUBLIC FIN CORP PRCGEN 06/24 FIXED 5.125 | | | | 5.125 | 01 Jun 2024 | | |
| | | 920,000.000 | Local | 120.112153 | 1,105,031.81 | 109.420000 | 1,006,664.00 | -98,367.81 | 100.00 |
| | | | Base | 120.112153 | 1,105,031.81 | 109.420000 | 1,006,664.00 | -98,367.81 | 100.00 |

| **US DOLLAR  Total** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 920,000.000 | Local | | 1,105,031.81 | | 1,006,664.00 | -98,367.81 | 100.00 |
| | | Base | | 1,105,031.81 | | 1,006,664.00 | -98,367.81 | 100.00 |

## FIXED INCOME Total

| | 920,000.000 | Base | | 1,105,031.81 | | 1,006,664.00 | -98,367.81 | 100.00 |
|---|---|---|---|---|---|---|---|---|

& Issue has redenominated but Local is not converted
# Issue has not been redenominated but Local is converted

Books Open                    Prepared by State Street

# Holdings

AMERICAN MODERN-PUERTO RICO
MEAG NY
FUND:    EQFO

 STATE STREET.

| | | | | |
|---|---|---|---|---|
| *As of:* | *February 4, 2019* | | *View Date:* | *February 5, 2019* |

**Base Currency: USD - US DOLLAR**

| Asset ID | Asset Description | Units | Unit Cost | Total Cost | Rate<br>Unit Price | Maturity Date<br>Market Value | Unrealized Gn/Ls | % Curr<br>% Fund |
|---|---|---|---|---|---|---|---|---|
| **FUND Total** | | | | | | | | |
| | | 920,000.000  Base | | 1,105,031.81 | | 1,006,664.00 | -98,367.81 | 100.00 |

& Issue has redenominated but Local is not converted
# Issue has not been redenominated but Local is converted

Books Open

Prepared by State Street

# Holdings

Currency Summary

*As of:*     February 4, 2019

AMERICAN MODERN-PUERTO RICO
MEAG NY
FUND:     EQFO

*View Date:*     February 5, 2019


STATE STREET.

| Base Currency:USD - US DOLLAR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Units | | Total Cost | Market Value | % Currency<br>% Fund | Unreal Sec Gn/Ls | Unreal Curr Gn/Ls | Total Unreal Gn/Ls |
| **US DOLLAR** | | | | | | Exchange Rate: | 1.000000 | |
| FIXED INCOME | | | | | | | | |
| | 920,000.000 | Local | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | | -98,367.81 |
| | | Base | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | 0.00 | -98,367.81 |
| **US DOLLAR  Total** | | | | | | | | |
| | 920,000.000 | Local | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | | -98,367.81 |
| | | Base | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | 0.00 | -98,367.81 |
| **FUND Total** | | | | | | | | |
| | 920,000.000 | Base | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | 0.00 | -98,367.81 |

Books Open                    Prepared by State Street

# Holdings

Asset Summary

AMERICAN MODERN PUERTO RICO

MEAG NY

FUND:     EQFO

*As of:*     February 4, 2019                                                                    *View Date:*     February 5, 2019

**STATE STREET**

| | Units | Total Cost | Market Value | % Fund | Unreal Sec Gn/Ls | Unreal Curr Gn/Ls | Total Unreal Gn/Ls |
|---|---|---|---|---|---|---|---|
| **Base Currency: USD - US DOLLAR** | | | | | | | |
| **FIXED INCOME** | | | | | | | |
| US DOLLAR | | | | | | | |
| | 920,000.000 | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | 0.00 | -98,367.81 |
| **FIXED INCOME Total** | | | | | | | |
| | 920,000.000 | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | 0.00 | -98,367.81 |

Books Open                                              Prepared by State Street

# Holdings

Asset Summary

AMERICAN MODERN-PUERTO RICO

MEAG NY

FUND:        EQFO

Desc:

**STATE STREET.**

*As of:*        February 4, 2019

*View Date:*        February 5, 2019

**Base Currency: USD - US DOLLAR**

| | Units | Total Cost | Market Value | % Fund | Unreal Sec Gn/Ls | Unreal Curr Gn/Ls | Total Unreal Gn/Ls |
|---|---|---|---|---|---|---|---|
| **FUND Total** | | | | | | | |
| | 920,000.000 | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | 0.00 | -98,367.81 |

# Holdings

Fund Summary

AMERICAN MODERN PUERTO RICO

MEAG NY

FUND:        EQFO

Desc:

**STATE STREET.**

*As of:*    February 4, 2019                                    *View Date:*        February 5, 2019

**Base Currency: USD - US DOLLAR**

| | Notional Par | Units | Total Cost | Market Value | % Fund | Unreal Sec Gn/Ls | Unreal Curr Gn/Ls | Total Unreal Gn/Ls |
|---|---|---|---|---|---|---|---|---|
| FIXED INCOME | | 920,000.000 | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | 0.00 | -98,367.81 |
| | | | | | | 0.00 GN | 0.00 GN | 0.00 GN |
| | | | | | | -98,367.81 LS | 0.00 LS | -98,367.81 LS |
| **FUND Total** | | | | | | | | |
| | 0.000 | 920,000.000 | 1,105,031.81 | 1,006,664.00 | 100.00 | -98,367.81 | 0.00 | -98,367.81 |
| | | | | | | 0.00 GN | 0.00 GN | 0.00 GN |
| | | | | | | -98,367.81 LS | 0.00 LS | -98,367.81 LS |

**Javier Inclan**

| | |
|---|---|
| **From:** | PR Claims Info <prclaimsinfo@primeclerk.com> |
| **Sent:** | Thursday, February 21, 2019 3:05 PM |
| **To:** | Gray Jayme - Cincinnati-AMIG |
| **Subject:** | RE: PROMESA Proof of Claim - Claim number 6790 - Additional Information Response |

Thank you for contacting Prime Clerk, the Claims and Noticing agent appointed in the Title III cases of the Commonwealth of Puerto Rico and the affiliated Debtors.

Please allow this email to confirm that we have received your form and any supporting documentation, and will process same accordingly.

Regards,


Prime Clerk Inquiries
Prime Clerk
830 Third Avenue, 9th Floor
New York, NY 10022
primeclerk.com
The highest level of professionalism, innovation and transparency in bankruptcy administration.
For more information click here: http://primeclerk.com/raising-the-bar/


--------------- Original Message ---------------
**From:** Gray Jayme - Cincinnati-AMIG [jgray@amig.com]
**Sent:** 2/21/2019 9:02 AM
**To:** prclaimsinfo@primeclerk.com
**Subject:** PROMESA Proof of Claim - Claim number 6790 - Additional Information Response


This message is in response to the additional information request, dated January 23, 2019. Please find the supplemental questionnaire and supporting documentation regarding the PROMESA Proof of Claim for American Modern Insurance Group, Claim number 6790. I have attached the following items for your review:

• The Holdings Statement as of February 4, 2019

• The purchase and sales invoice

• PROMESA additional information questionnaire response

If you have any questions or need additional information, please contact me at 1-800-759-9008 Extension 6715 or via email at Jgray@amig.com.

Kind Regards,

Jayme Gray

1

Jayme Gray
Compliance Project Manager

**American Modern Insurance Group**

Phone: 513-947-6715





AMIG.COM

C3 - confidential



ref:_00D1N1uIqY._5001NoICqd:ref