19 de Octubre de 2020

A.
Prime Clerk
830 Third Ave 9th Floor
New York, NY 10022

De Mercedes Flores del Valle número caso 138858

Caso 113558

Por medio de la siguiente carta estoy reclamando el dinero de la deuda de la Ley Promesa. Mi nombre es la Profesora Mercedes Flores del Valle, soy una maestra jubilada desde el 2016 del Departamento de Educación de P.R.

Estoy reclamando al Estado Libre Asociado de P.R. que cumpla con el dinero que me adeuda. Entiendo que antes del tiempo que trabajé no recibí los aumentos que la Ley dispuso.

Les envío copia de los documentos para que evaluen mi reclación:
① Copia de mi carta de Radicación de Retiro
② Copia de Certificación Vitalicio de maestra
③ Certificación de trabajo en Departamento de Educación
④ Documento de la 409- Informe de Cambio
⑤ Certificación del Sistema de Retiro con deducciones

Gracias por su atención. Prof. Mercedes Flores del Valle
teléfono 787-316-0066
Correo electrónico querube0704@hotmail.com