**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022



U.S. POSTAGE >> PITNEY BOWES
ZIP 11232 $ 000.35⁰
02 4W
0000349804 SEP 12 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/28/2018
Proof of Claim No.: 138858

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at **844.822.9231**.

Mercedes Flores Del Valle
Urb Idamaris Gardens Calle Myrna delgado
J8
Caguas, PR 00766

*Número de Evidencia de Reclamación*: 138858
*Reclamante*: Flores Del Valle, Mercedes

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

    ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
    $70,000

Batch 1



*Número de Evidencia de Reclamación:* 138858
*Reclamante:* Flores Del Valle, Mercedes

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: *Departamento de Educacion de Puerto Rico*

3(b). Identifique las fechas de su empleo con relación a su reclamación: *años 2002 - 2016*

3(c). Últimos cuatro dígitos de su número de seguro social: *4093*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☒ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. *Depto de Educación de Puerto Rico*

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: *Commonwealth of Puerto Rico Depto de Educacion de P.R.*

4(c). Número de caso: *138858*

4(d). Título, epígrafe, o nombre del caso: *Promesa Proof of claims*

Batch 1  2



*Número de Evidencia de Reclamación*: **138858**
*Reclamante*: **Flores Del Valle, Mercedes**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

<u>Pendiente de Resolución</u>

4(f). ¿Tiene usted una sentencia impaga? Sí / (No) (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022



U.S. POSTAGE >> PITNEY BOWES
ZIP 11232 $ 000.35
02 4W
0000349804 SEP 04 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

### PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.

Date Filed: 6/28/2018
Proof of Claim No.: 113558

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Mercedes Flores del Valle
Urb Ida Maris Gardens
Calle Myrna Delquado J-8
Caguas, PR 00725

*Número de Evidencia de Reclamación:* 13558
*Reclamante:*

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.
Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

    ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
    $ 70,000

*Número de Evidencia de Reclamación:* 1135558
*Reclamante:*

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ☒ Sí. **Responda preguntas 3(a)-(d).**

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Depto de Educación de Puerto Rico_

   3(b). Identifique las fechas de su empleo con relación a su reclamación: _años 2002 - 2016_

   3(c). Últimos cuatro dígitos de su número de seguro social: _4093_

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☒ Jubilación

   ☒ Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones

   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____

   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☐ No.

   ☒ Sí. **Responda Preguntas 4(a)-(f).**

   4(a). Identifique el departamento o agencia que es parte de esta acción. _Depto de Educación de Puerto Rico_

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _Commonwealth of Puerto Rico Depto de Educación de Puerto Rico_

   4(c). Número de caso: _113558_

   4(d). Título, epígrafe, o nombre del caso: _Promesa Proof of claim_

2

Número de Evidencia de Reclamación: 113558
Reclamante:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente de Resolución_

4(f). ¿Tiene usted una sentencia impaga? Sí / (No) (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

3

# DEPARTAMENTO DE EDUCACION
## Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos

ATT: Ley Promesa

15 de octubre de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MERCEDES FLORES DEL VALLE |
| Seguro Social | : | REDACTED |
| Categoría | : | MA EDUC TEMPRANA NIVEL ELEMENTAL (K-3) |
| Distrito Escolar | : | GURABO |
| Sueldo Mensual | : | $3,262.50 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 28 de julio de 2016 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 27 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/07/1989. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Scanned by TapScanner



PIPE

**Departamento de Educación**
**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Secretaria Auxiliar de Recursos Humanos
Informe de Cambios

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | MERCEDES FLORES DEL VALLE | |
| 2. Número de Seguro Social | REDACTED | |
| 3. Lugar de Nacimiento | CAGUAS,PR | |
| 4. Fecha de Nacimiento | 04 de julio de 1959 | |
| 5. Sexo | F | |
| 6. Estado Civil | | |
| 7. Preparación Académica | MA 21 | |
| 8. Experiencia | 27.0.0.0.0 | |
| 9. Status del Empleado | PERMANENTE | |
| 10. Sueldo Bruto | $3,262.50 | |
| 11. Número de Puesto | R12511 | |
| 12. Categoría del Puesto | MA. EDUC. TEMPRANA ( NIVEL ELEM- K-3) | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de cuenta | E1110-221-0810000-0000-08100-2017-SCHOOLWIDE17 | |
| 15. Fecha de efectividad | 28 de julio de 2016 03:00 pm | |
| 16. Acción | RENUNCIA | |
| 17. Duración | | |
| 18. Causa del Cese | JUBILACIÓN | |
| 19. Ultimo día de Trabajo | 31 de mayo de 2016 03:00 pm | |
| 20. Ultimo día de Pago | 28 de julio de 2016 03:00 pm | SEP 14 2016 |
| 21. Prog Esc, Nivel/Grado | | |
| 24. Distrito Escolar | GURABO | |
| 25. Escuela | PEDRO MILLAN RIVERA | |

| 26. Dirección Postal:CALLE 27 J 8 IDAMARIS GARDENS CAGUAS PUERTO RICO 00725 | 26. Teléfono: (787)316-0066 |
|---|---|

27. Observaciones:SRM Y AEELA. SE ACOGE A LOS BENEFICIOS DE LA LEY NUM 160 DEL 24 DE DICIEMBRE DE 2013. COBRO VAC. REG. 40.0.00 EN JUNIO Y JULIO.  P/ GLOBAL  ENF. 90.0.00 (DESDE 01/AGOSTO/2016 08:00 AM - HASTA 08/DICIEMBRE/2016 03:00 PM). AÑOS DE SERVICIO

| 28.Preparado por: Luz A. Caraballo Rivero Docente | FECHA: 23 de agosto de 2016 |
|---|---|
| 29.Verificado por: Luz A. Caraballo Rivero Docente | FECHA: 23 de agosto de 2016 |
| 30.Aprobado por: MAIDALYS IRIZARRY VILLEGAS  Secretario de Educación o su representante | FECHA: 23 de agosto de 2016 |

Scanned by TapScanner

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

9 de octubre de 2020

A quien pueda interesar:

Certifico que **MERCEDES FLORES DEL VALLE**, número de seguro social **XXX-XX-4093** laboró en nuestra Agencia desde **7 de agosto de 1989** al **28 de julio de 2016**.

Ocupó puesto en calidad de **MA. EDUC. TEMPRANA (NIVEL ELEM- K-3)** en **PEDRO MILLAN RIVERA**, **Oficina Regional Educativa de CAGUAS** y devengó un salario de **$3,262.50** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759

**DEPARTAMENTO DE EDUCACIÓN**
GOBIERNO DE PUERTO RICO

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.


Scanned by CamScanner



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

Certifico que FLORES DEL VALLE, MERCEDES recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $2,446.88 equivalente a $29,362.56 anual. Luego de las deducciones recibe la cantidad de $2,366.98 mensual, equivalente a $28,403.76 anual.

Esta certificación se expide hoy 14 de octubre de 2020.





Número de Certificación: SRM03P2004979

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

☎ 787.777.1414    📠 787.759.2883    www.srm.pr.gov



Scanned by CamScanner



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-023
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN CON DEDUCCIONES

Certifico que FLORES DEL VALLE, MERCEDES con número de Seguro Social XXX-XX-4093 es pensionado(a) del Sistema de Retiro para Maestros. Recibe una pensión mensual de $2,446.88, equivalente a $29,362.56 anual. Luego de las deducciones recibe una pensión neta de $2,366.98, equivalente a $28,403.76 anual. A Continuación se detallan los descuentos mensuales.

| NOMBRE DE LA ENTIDAD | CANTIDAD | | | |
|---|---|---|---|---|
| | Mayo de 2020 1er. Quincena | Mayo de 2020 2da. Quincena | Junio de 2020 1er. Quincena | Junio de 2020 2da. Quincena |
| AE-Seguro por Muerte Asoc ELA | 3.25 | 3.25 | 3.25 | 3.25 |
| GPR Plan de Ahorros | 36.70 | 36.70 | 36.70 | 36.70 |
| Total de descuentos | ($39.95) | ($39.95) | ($39.95) | ($39.95) |

Esta certificación se expide hoy 8 de julio de 2020.



Número de Certificación: SRM04P2002006

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico:
http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879

✆ 787.777.1414   📠 787.759.2883   www.srm.pr.gov



Scanned by CamScanner

Scanned by TapScanner



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**

## CERTIFICACIÓN RADICACIÓN SOLICITUD DE RETIRO

De conformidad con las disposiciones de la Ley Núm. 208 del 21 de diciembre de 2010, certifico que:

### INFORMACIÓN DEL EMPLEADO

Nombre y apellidos: **Mercedes Flores del Valle**

Seguro Social: **REDACTED**    Puesto: **maestra**

Región Educativa: **Caguas**    Distrito: **Gurabo**

Escuela: **Pedro Millán Rivera**    Municipio: **Caguas**

Fecha radicación solicitud de retiro: **10 de noviembre de 2015**

Fecha efectividad de renuncia: **31 de julio de 2016**

☐ Solicitud Excepcional    Razón: _____

Clasificación del Puesto: [X] Maestro  ☐ Director  ☐ Trabajador Social  ☐ Orientador

Categoría: _____    Número de Puesto: _____

Realizó la debida notificación de su intención de jubilarse hoy, **10** de **noviembre** de 20**15**

**José O. Maldonado**
Nombre en letra de molde del
Director de Escuela o Representante Autorizado

Firma del Director de Escuela
o Representante Autorizado

Observaciones: ESTADO LIBRE ASOCIADO DE PR
Departamento de Educación
Oficina Regional
PO Box 398
Caguas, PR 00726

*Este formulario debe contener en original el sello de la Escuela o Región Educativa, según corresponda para que se valide la autenticidad del mismo y sea sometido junto a la Solicitud de Retiro del Sistema de Retiro para Maestros (SRMg) para el trámite correspondiente.*

P.O. Box 9340
Humacao, Puerto Rico 00791
Tel: (787) 852-0010

El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

SRM-asr-3
Rev. 01/13

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros
Area Servicios de Retiro

# SOLICITUD DE RETIRO

Para uso de la SRM

Nota: Conteste todas las preguntas. Escriba a máquina o con tinta en letra de molde. Si no hay espacio suficiente use otro papel y acompañelo a esta solicitud. LEA INSTRUCCIONES AL DORSO.

Por la presente solicito los beneficios del Retiro, de acuerdo a las disposiciones de la Ley Núm. 91 del 29 de marzo de 2004, según enmendada.

1. Nombre: Mercedes  Apellido Paterno: Flores  Apellido Materno: del Valle
2. Seguro Social: REDACTED
3. Sexo: X Femenino
4. Estado Civil: Soltero(a)
5. Dirección Postal: Urb. Idamaris Gardens, calle Myrna Delgado J-8, Caguas, P.R. 00725
6. Número de Teléfono: 787-316-0066
7. Fecha de Nacimiento: 04 / 07 / 1959
8. Dirección Residencial: Urb. Idamaris Gardens, calle Myrna Delgado J-8, Caguas, P.R. 00725
9. Agencia donde trabaja: Departamento de Educación, Escuela Pedro Millán Rivera
10. Pueblo donde trabaja: Caguas
11. Puesto que ocupa: maestra
12. Fecha de efectividad de la renuncia: 31 de julio de 2016
13. Préstamo con SRM: No X
14. Razón para el Retiro: X Años de Servicio y Edad
15. Nombre del Cónyuge:
16. Nombre de hijos menores de 18 años de edad:

Fecha: 4 - noviembre de 2015
Firma del Solicitante: Mercedes Flores del Valle

## PARA USO DEL PATRONO

### CERTIFICACIÓN DEL SUPERVISOR INMEDIATO

17. CERTIFICO que Mercedes Flores Del Valle se encuentra actualmente en ✓ Servicio Activo; la fecha de Renuncia es efectiva el 31 julio 2016

Fecha: 4 noviembre 2015

Superintendente de Escuelas o Jefe de Personal del Departamento o Agencia

Vea Instrucciones al dorso



# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio
Life Certificate

El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

MERCEDES FLORES DEL VALLE

el presente Certificado de Maestro que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

MAESTRA DE ESCUELA ELEMENTAL
ELEMENTARY SCHOOL TEACHER

en las escuelas públicas o privadas de Puerto Rico.
In the School System of Puerto Rico.

Expedido el    22 de julio      de 19 98
Issued   on    July 22,            19 98

Dado en San Juan de Puerto Rico, el   22 de julio    de 19 98
Given at San Juan, Puerto Rico on     July 22,         19 98

Número 18

Víctor R. Fajardo Vélez
Secretario de Educación
Secretary of Education

Number 18

Primero