Mercedes Flores del Valle
Urb. Idamaris Gardens
Calle Myrna Delgado J-8
Caguas, P.R 00727

7020 1810 0000 1678 2586




U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
OCT 19, 20
AMOUNT
1000  00918  $5.15
R2304M114409-19

Secretaria (Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Buiding
San Juan Puerto Rico 00918-1767