From: Genoveva López Vázquez
12530 Hacienda Mayoral
Villalba, P.R. 00766





CERTIFIED MAIL
7020 1290 0000 4263 7357

To: Clerk's Office
United Satate Distric Court
Room 150 Federal Court Building
San Juan, P.R. 00918-1767