ANEXO C

Notificacion

Rosa M. Martinez Nazario

Jardines De Dorado

Calle Crisantemo C-3

Dorado, Puerto Rico 00646

Cellular 787 354-3045

Reclamacion: #59307

Por este medio deseo comunicarle que yo Rosa Martinez Nazario estoy de acuerdo en que prosiga el proceso de la demanda la cual vela por nuestros derechos como clase trabajadora. Ya que ese dinero fue descontado de nuestro salario con el cual contaba para mi retiro. El que seria aproximadamente de $50.000.00 dolares. Espero consideren mi reclamacion.

Gracias,

Atentamente

Rosa M. Martinez Nazario