Rosa Martinez Nazario
Jardines De Dorado
Calle Crisantemo C-3
Dorado P.R. 00646





To: Secretaria (clerk's office)
Tribunal de Distrito de Los
Estados Unidos Room 150.
Federal Building
San Juan P.R 00918-1767