IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In Re: | * | PROMESA TITLE III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | * | No. 17 BK 3283-LTS (Jointly Administered) |
| as representative of | * | |
| | * | |
| | * | This filing relates to PREPA |
| COMMONWEALTH OF PUERTO RICO Debtors | * | |

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

TO THE HONORABLE COURT:

COMES NOW, Marie Algarín Serrano through the undersigned attorney, and respectfully states and prays as follows:

1. The undersigned appears as attorney for Marie Algarín Serrano pursuant to Fed. R. Bankr. P. 9010(b) and requests that copies of all future notices, pleadings, and other filings on the case be served on him. The undersigned also request to be added to the Master List maintained by the Clerk of the Court.

WHEREFORE, the appearing party requests from this Honorable Court to take notice of the above stated, to serve it accordingly and to include it in the master address list.

CERTIFICATE OF SERVICE: I hereby certify that a copy of this of this motion has been sent to attorneys and interested parties trough CM/ECF.

In San Juan, Puerto Rico, October 27, 2020.

S/ JESÚS M. RIVERA DELGADO
JESÚS M. RIVERA DELGADO
USDC-PR-213014
P O Box 22518
San Juan, Puerto Rico 00931
787-765-2615
www.jesusriveradelgado.com