RECLAMANTE: CARMEN A. CABRERA RODRIGUEZ
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 106145

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 16 de abril de 1994 hasta el presente, como MA. EDUC. BELLAS ARTES K-12 del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

CARMEN A. CABRERA RODRIGUEZ
Nombre en letra de molde

_[firma]_ 14-oct-20
Firma y fecha

RECLAMANTE: CARMEN A. CABRERA RODRIGUEZ
DIRECCION: Rio Cañas Abajo #8
Juana Diaz PR 00795

NUMERO DE RECLAMACION: 106145

Fecha de presentacion (envio): 13 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 13 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA. EDUC. BELLAS ARTES DE K-12 desde 16 de abril del 1994 hasta el presente.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

CARMEN A. CABRERA RODRIGUEZ
Nombre en letra de molde

*[firma]* 14-oct-20
Firma y fecha

## REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

   Nombre: CARMEN A. CABRERA RODRIGUEZ
   Direccion Postal: RIO Cañas Abajo # 8
   Juana Diaz PR.00795

   Teléfono contacto: Res. _____ Cel. 787-375-0404

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 16 de abril de 1994 hasta el PRESENTE. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

CARMEN A. CABRERA RODRIGUEZ
Nombre en letra de molde

_[firma]_ 14-oct-20
Firma



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

13 de octubre de 2020

A quien pueda interesar:

Certifico que **CARMEN A. CABRERA RODRIGUEZ**, número de seguro social **XXX-XX-1411** labora en nuestra Agencia desde **16 de abril de 1994** al **Presente**.

Actualmente, ocupa puesto en calidad de **MA. BELLAS ARTES (ARTES VISUALES) K-12** en **PEDRO ALBIZU CAMPOS**, **Oficina Regional Educativa de PONCE** y devenga un salario de **$2,746.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Carmen Alicia Cabrera Rodriguez
8 Rio Cañas Abajo
Juana Diaz P.R. 00795

7020 1290 0000 9307 0752

2020 OCT 23 PM 5:15




U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
OCT 21, 20
AMOUNT
$4.75
R2304M110228-05

Clerk's Office
United States District Court
Federico Degetau Federal Building Room 150
150 Carlos Chardón Street
San Juan, P.R. 00918-1767