Lilliam E. Rodriguez Colon
Urb. Villa Alba A #3
Villalba, P.R. 00766



CLERK'S OFFICE
UNITE SATATE DISTRIC COURT
ROOM 150 FEDERAL COURT BUIDING
SAN JUAN P.R 00918-1767