# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre _Nicolás Santos Santos_

Dirección Postal _HC 01 Box 2007_
_Morovis, Puerto Rico_
_00687_

Teléfono de contacto res. _—_    cel. _787-862-8543_

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
          Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ *Dpto Servicios Soc* Puerto Rico desde el _1_ de _Mayo_ de _1984_ hasta el ____ de ____. Culmine mi laborar como _Asistente de Técnico de Servicios Sociales, Morovis_ en ~~Puerto Rico Telephone Company, Ponce~~, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo.~~

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Nicolás Santos Santos_
Nombre en letra de molde


_Nicols Santos Santos_ (signature)
Firma

Proof of Claim: <CLAIM NUMBER>
Claimant: >CLAIMANT NAME< Nicolás Santos Santos

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ☒ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

2. What is the amount of your claim (how much money do you claim to be owed):

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ☒ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:

Departamento de Servicios Sociales

3(b). Identify the dates of your employment related to your claim:

Desde el 1 de Mayo de 1984 hasta

3(c). Last four digits of your social security number: 0958

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_Ley 89-1995 - Romerazo_

4. Legal Action  Does your claim relate to a pending or closed legal action?

- ☒ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.

_D/A_

4(b). Identify the name and address of the court or agency where the action is pending:

_D/A_

4(c). Case number: _D/A_

4(d). Title, Caption, or Name of Case: _D/A_

4(e). Status of the case (pending, on appeal, or concluded): _D/A_

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? _D/A_

RECLAMANTE: Nicolás Santos Santos

NÚMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: —

Numero De celular: 787-862-8543

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 1 de Mayo de 1984 hasta el ___ de _____ de _____ como Asistente de Técnico de Servicios Sociales de la Puerto Rico Telephone Company - ELA.

1. Ley 89 – julio 1995 – ROMERAZO     CANTIDAD $ 4,800.00

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Nicolás Santos Santos
Nombre en letra de molde

[signature]   4/oct/2020
Firma y fecha

RECLAMANTE _Nicolás Santos Santos_

DIRECCIÓN _HC01 Box 2007_
_Morovis, Puerto Rico_
_00687_

Numero Reclamación _—_

Fecha de presentación (envío) _10/20/2020_

Deudor <u>Commonwealth of Puerto Rico</u>

    Por este medio incluyo con mi reclamación presentada el _20_ de _octubre_ de _2020_ lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce,~~ _Departamento de Servicios Sociales Morovis_ Puerto Rico – ELA, como _Asistente de Técnico de Servicios Sociales_ desde el _1_ de _Mayo_ de _1984_ hasta el ___ de _____ de _____. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ _4,800.00_ .

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

_Nicolás Santos Santos_
Nombre en letra de molde

_Nicolás Santos Santos_ _4/oct/2020_
Firma y fecha

DEPARTAMENTO DE SERVICIOS SOCIALES
Oficina Local Morovis

14 de mayo de 1984

Sra. Emma Russe de Montalvo
Directora Oficina Regional
Depto. Servicios Sociales
Arecibo, Puerto Rico

Estimada señora Montalvo:

El señor Nicolás Santos Santos, Asistente de Técnico de Servicios Sociales, inició sus funciones en esta oficina el día 1ro. de mayo de 1984.

Cordialmente,

Rosalina Russe de Torres
Directora Local

/cmdj

Nota: Se le ofrecio Orientacion Inicial. Se leyó y discutió el Manual de Normas. Se orientó sobre el funcionamiento de la oficina y de la expresion [illegible]

Nicolás Santos
A C01 Box 2007
Morovis, Puerto Rico
00687

 

U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
OCT 21, 20
AMOUNT
$1.20
1000   00918   R2305M147983-03

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-176