7 de octubre de 2020

Secretaria (Clerk's Office)
Tribunal de Distroto de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767

**RECLAMACIÓN**

Por este medio deseo que mi reclamación continúe con el proceso que vele por mis derechos como clase trabajadora, ya que el dinero fue descontado de mi salario mensualmente. El mismo está destinado para el momento de mi jubilación.

El importe de mi reclamación es de $30,000. Por tal razón, espero sea considerada mi petición.

Atentemente,

*[firma]*
Sra. Jacqueline Marrero Rivera
Reclamante
787-690-4850
#76 calle Idilio
Corozal PR 00973