Jacqueline Marrero Rivera
#76 Calle Idilio
Corozal P.R. 00783





Secretaría (Clerk's Office)
Tribunal de Distrito de los
Estado Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767