ANEXO C

Notificación

Lourdes M. Fornés Pérez

P. O Box 778 Pueblo Station

Carolina, Puerto Rico 00986-0778

Celular 787 450-5299

Reclamación:#77741

Por este medio deseo comunicarle que yo, Lourdes M. Fornés Pérez estoy de acuerdo en que prosiga el proceso de la demanda la cual vela por nuestros derechos como clase trabajadora. Ya que ese dinero fue descontado de nuestro salario con el cual contaba para mi retiro. El que seria aproximadamente de 105,600,00 dólares. Espero consideren mi reclamación.

Gracias,

Atentamente,

Lourdes M. Fornés Pérez