Lourdes M. Fornés Pérez
P.O. Box 778 Pueblo Station
Carolina, P.R. 00986-0778





Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos Room 150
Federal Building
San Juan, P.R. 00918-1767