Nancy I. Rodriguez
Urb. Las Marias C-39
Juana Diaz P.R 00795




U.S. POSTAGE PAID
FCM LETTER
JUANA DIAZ, PR
00795
OCT 19, 20
AMOUNT

$6.55

R2305K132895-12





CERTIFIED MAIL

7020 1290 0000 9307 0585

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767