From: Andrés Rodriguez Colón
12530 Hacienda Mayoral
Villalba, P.R. 00766



CERTIFIED MAIL
7020 1290 0000 4263 7333

To: Clerk's Office
United State District Court
Room 150 Federal Court Building
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR 00766
OCT 19, 20
AMOUNT
$4.75
R2303S101580-08