Norma Rodriguez-Centrón
Urb Los Flores
I-8 Calle 4
Juana Diaz, P.R 00795-2215

CERTIFIED MAIL

7020 1290 0000 9307 0806

UNITED STATES POSTAL SERVICE

1000          00918

U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
OCT 19, 20
AMOUNT

$4.75
R2305K132895-12

Clerk's Office - Secretaría
United State Distric Court
Room 150 Federal Court Building
San Juan, P.R 00918-1767