Alma David Malave
H.C. 04 Box 7524
Juana Diaz, P.R. 00795

UNITED STATES
POSTAL SERVICE®

U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
OCT 23, 20
AMOUNT

**$1.20**

00918

R2304W119590-02

Clerk's Office
United State Distric Court
Room 150 Federal Court Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 OCT 27  AM 7:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.