ADOLFO RODRIGUEZ ROSARIO

CALLE LUIS FELIPE DESSUS 13

JUANA DIAZ PR 00795

  

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
OCT 22, 20
AMOUNT
$1.20
R2303S101580-08

1000   00918

CLERK'S OFFICE

UNITED SATATE DISTRIC COURT

ROOM 150 FEDERAL COURT BUILDING

SAN JUAN PR. 00918-1767

2020 OCT 27 AM 7:48

RECEIVED & FILED