**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON OCTOBER 29, 2020 AT 9:30 A.M. AST**

| | |
|---|---|
| **Time and Date of Hearing:** | **Thursday, October 29, 2020**, from 9:30 a.m. to 12:00 p.m., and from 1:00 p.m. to 5:00 p.m. (Atlantic Standard Time) |
| | Honorable Laura Taylor Swain, United States District Court Judge<br>Honorable Judith G. Dein, United States Magistrate Judge |
| **Location of Hearing:** | **The Hearing will be conducted telephonically via CourtSolutions. Claimants whose claims are the subject of the Hearing may participate in person at the Prime Clerk collection center located at Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918 (the "Satellite Site").** |
| | Attorney Participation:  Pursuant to the *Order Regarding Procedures for October 28-29, 2020, Omnibus Hearing* [Case No. 17-3283, ECF No. 14619], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

and wish to participate as speakers or listen in on the proceedings must register with CourtSolutions at www.court-solutions.com. The FOMB and AAFAF may each register up to five speaking lines, and all other parties shall be limited to two speaking lines. There will be no limitation on listen-only lines.

Members of the Public and Press: Members of the public and press may listen in on the proceedings on a listen-only line by dialing (888) 363-4749 and entering the access code (7214978) and security code (6132) when prompted.

**Copies of Documents:** Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

I. **CONTESTED CLAIM OBJECTIONS:**

1. **Seventy-Eighth Omnibus Objection to Claims.** Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No. 8964]**

   Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's seventy-eighth omnibus objection (non-substantive) to deficient claims asserting interests based on salary demands, employment or services provided.

   Objection Deadline: March 27, 2020 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
   A. Response to Seventy-Eighth Omnibus Objection to Claims by Maricely Colon Gonzalez (Claim No. 28925) **[Case No. 17-3283, ECF No. 14789, Exs. 3, 4]** (Response Form not returned)

   B. Response to Seventy-Eighth Omnibus Objection to Claims by Nilda E. Cruz Aviles (Claim No. 57563) **[Case No. 17-3283, ECF No. 14789, Exs. 1, 2]** (Response Form not returned)

   Reply Deadline: October 22, 2020 at 4:00 p.m. (Atlantic Standard Time)

   Replies, Joinders & Statements:
   A. Notice of Correspondence Regarding the Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways

and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proofs of Claim Nos. 57563 and 28925 **[Case No. 17-3283, ECF No. 14789]**

Related Documents:

A. Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 12325]**

B. Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14399]**

C. Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

D. Notice of Presentment of Proposed Order (A) Granting in Part the Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14467]**

E. Order Regarding Notices of Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14580]**

F. Notice of Filing of Revised Exhibits in Connection with the Financial Oversight and Management Board for Puerto Rico's October 6, 2020 Notices of Presentment Regarding Adjourned Omnibus Objections **[Case No. 17-3283, ECF No. 14614, Ex. 1]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

2. **Seventy-Ninth Omnibus Objection to Claims.** Seventy-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No. 8965]**

Description:  The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the

Commonwealth of Puerto Rico's seventy-ninth omnibus objection (non-substantive) to deficient claims asserting interests based on salary demands, employment or services provided.

Objection Deadline: March 27, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. Response to Seventy-Ninth Omnibus Objection to Claims by Teobaldo Cuevas (Claim No. 63394) **[Case No. 17-3283, ECF No. 14790, Exs. 1, 2]** (Response Form not returned)

Reply Deadline: October 22, 2020 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
  A. Notice of Correspondence Regarding the Seventy-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 63394 **[Case No. 17-3283, ECF No. 14790]**

Related Documents:
  A. Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 12325]**

  B. Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14399]**

  C. Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

  D. Notice of Presentment of Proposed Order (A) Granting in Part the Seventy-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14468]**

  E. Order Regarding Notices of Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14580]**

 F. Notice of Filing of Revised Exhibits in Connection with the Financial Oversight and Management Board for Puerto Rico's October 6, 2020 Notices of Presentment Regarding Adjourned Omnibus Objections **[Case No. 17-3283, ECF No. 14614, Ex. 2]**

Status: This matter is going forward.

Estimated Time Required: 15 minutes.

3. **Eightieth Omnibus Objection to Claims.** Eightieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No. 8967]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's eightieth omnibus objection (non-substantive) to deficient claims asserting interests based on salary demands, employment or services provided.

Objection Deadline: March 27, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:
 A. Response to Eightieth Omnibus Objection to Claims by Elena Luna Colon (Claim No. 13397) **[Case No. 17-3283, ECF No. 14792, Exs. 3, 4]** (Response Form not returned)

 B. Supplemental Response to Eightieth Omnibus Objection to Claims by Rene Malpica Ortiz (Claim No. 52668) **[Case No. 17-3283, ECF No. 14792, Exs. 1, 2]** (Response Form not returned)

Reply Deadline: October 22, 2020 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
 A. Notice of Correspondence Regarding the Eightieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proofs of Claim Nos. 52668 and 13397 **[Case No. 17-3283, ECF No. 14792]**

Related Documents:
 A. Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings Until the

      April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 12325]**

  B. Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14399]**

  C. Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

  D. Notice of Presentment of Proposed Order (A) Granting in Part the Eightieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14469]**

  E. Order Regarding Notices of Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14580]**

  F. Notice of Filing of Revised Exhibits in Connection with the Financial Oversight and Management Board for Puerto Rico's October 6, 2020 Notices of Presentment Regarding Adjourned Omnibus Objections **[Case No. 17-3283, ECF No. 14614, Ex. 3]**

Status: This matter is going forward.

Estimated Time Required: 15 minutes.

4. **Eighty-Third Omnibus Objection to Claims.** Eighty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided **[Case No. 17-3283, ECF No. 8970]**

Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's eighty-third omnibus objection (non-substantive) to deficient claims asserting interests based on salary demands, employment or services provided.

Objection Deadline: March 27, 2020 at 4:00 p.m. (Atlantic Standard Time).

Responses:

    A. Response to Eighty-Third Omnibus Objection to Claims by Vilma I. Vicente Arias (Claim No. 20678) **[Case No. 17-3283, ECF No. 14795, Exs. 1, 2]** (Response Form not returned)

Reply Deadline: October 22, 2020 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    **A.** Notice of Correspondence Regarding the Seventy-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 20678 **[Case No. 17-3283, ECF No. 14795]**

Related Documents:
    A. Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 12325]**

    B. Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14399]**

    C. Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

    D. Notice of Presentment of Proposed Order (A) Granting in Part the Eighty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14471]**

    E. Order Regarding Notices of Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14580]**

    F. Notice of Filing of Revised Exhibits in Connection with the Financial Oversight and Management Board for Puerto Rico's October 6, 2020 Notices of Presentment Regarding Adjourned Omnibus Objections **[Case No. 17-3283, ECF No. 14614, Ex. 6]**

Status: This matter is going forward.

Estimated Time Required: 15 minutes.

5. **Eighty-Seventh Omnibus Objection to Claims.** Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 8976]**

   Description: The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's eighty-seventh omnibus objection (non-substantive) to deficient claims asserting interests based upon unspecified Puerto Rico statutes.

   Objection Deadline: March 27, 2020 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
   A. Response to Eighty-Seventh Omnibus Objection to Claims, filed by Ivett S. Matos (Claim No. 50248) **[Case No. 17-3283, ECF No. 9736]** (Response Form not returned)

   Reply Deadline: October 22, 2020 at 4:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Claimant Ivett S. Matos [ECF No. 9736] to Eighty-Seventh Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 11779]**

   Related Documents:
   A. Motion to Submit Certified Translations **[Case No. 17-3283, ECF No. 11789]**

   B. Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 12325]**

   C. Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14399]**

   D. Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

   E. Notice of Presentment of Proposed Order (A) Granting in Part the Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,

    Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14473]**

F. Order Regarding Notices of Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14580]**

G. Notice of Filing of Revised Exhibits in Connection with the Financial Oversight and Management Board for Puerto Rico's October 6, 2020 Notices of Presentment Regarding Adjourned Omnibus Objections **[Case No. 17-3283, ECF No. 14614, Ex. 10]**

<u>Status</u>: This matter is going forward.

<u>Estimated Time Required</u>: 15 minutes.

                        [*Remainder of page intentionally left blank*]

Dated: October 27, 2020
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

**Exhibit A**

**Procedures Order**