Celenia Reyes-Padilla
Res. Virgilio Davila
Edf. 15 Apt. 160
Bayamon, P.R. 00961



UNITED STATES POSTAGE
PITNEY BOWES
02 1P      $ 001.60
0001924212  OCT 16 2020
MAILED FROM ZIP CODE 00961

Jose V. Toledo Federal Building
& Courthouse
300 Recinto Sur, Suite 134
San Juan, P.R. 00901

2020 OCT 27 AM 9 59
CLERK'S OFFICE
U.S. D...