

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

19 de octubre de 2020

A quien pueda interesar:

Certifico que **MIGDALIA GONZALEZ DAVILA**, número de seguro social **XXX-XX-9383** laboró en nuestra Agencia desde **1 de noviembre de 1985** al **1 de agosto de 2018**.

Ocupó puesto en calidad de **OFICINISTA MECANOGRAFO II** en **FELIPE COLON DIAZ**, **Oficina Regional Educativa de PONCE** y devengó un salario de **$1,909.00** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

RECLAMANTE: MIGDALIA GONZALEZ DAVILA
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 930856

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 1 de noviembre de 1985 hasta el presente como OFISINISTA MECANOGRAFO II del Departamento de Educación de Puerto Rico – ELA.

|   |   | Cantidad |
|---|---|---:|
| Ley 89 – Julio 1995 – Romerazo |   | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro |   | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo |   | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo |   | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón |   | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos |   | 14,400 |
|   | $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

MIGDALIA GONZALEZ DAVILA
Nombre en letra de molde

*[firma]* 21/10/2020
Firma y fecha

RECLAMANTE: MIGDALIA GONZALEZ DAVILA
DIRECCION: HC-04 BOX

JUANA DIAZ PR.00795

NUMERO DE RECLAMACION: 930856

Fecha de presentacion (envio): 19 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 19 de octubre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como OFICINISTA MECANOGRAFO II desde 1 de noviembre de 1985 hasta 1 de agosto de 2018.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

MIGDALIA GONZALEZ DAVILA
Nombre en letra de molde

*[signature]* 21/10/2020
Firma y fecha