Migdalia Gonzalez Davila
Hc-01 Box 4297
Juana Diaz P.R. 00795





Clerk's Office
United State Distric Court
Room 150 federal Court
Building
San Juan P.R. 00918-1767