RECLAMANTE: Maritza Nunez Colon
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION:

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 14 de agosto de 2002 hasta el presente como Asistente de Servicios al Estudiante del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 75,600 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

*Maritza Núñez Colón*
Nombre en letra de molde

*Maritza Núñez Colón 16-septiembre-2020*
Firma y fecha

RECLAMANTE: Maritza I Nunez
DIRECCION: Urb. Valle Hucares 105 calle El Guayacan
JUANA DIAZ PR 00795

NUMERO DE RECLAMACION: _____

Fecha de presentacion (envio): 16 DE SEPTIEMBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 16 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como Asistente de Servicios al Estudiante desde el 14 de agosto de 2002 hasta el presente.
2. El monto adeudado en mi reclamación es de $75,600.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Maritza I. NUnez Colon
Nombre en letra de molde

*Maritza I. Núñez Colón* – 16- Septiembre- 2020
Firma y fecha

# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

    Nombre: Maritza I Nunez Colon
    Direccion Postal: Urb. Valle Hucares 105 Calle El guayacan
    Juana Diaz PR. 00795-2813

    Teléfono contacto: Res. _____ Cel. 787-929-6186

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

        Ley 96 – Julio 2002 – Aumento de Sueldo
        Ley 164 – Julio 2003 – Aumento de Sueldo
        Ley 164 – Enero 2004 – Gob. Sila M. Calderón
        Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 14 de agosto de 2002 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

*Maritza I. Núñez Colón*
Nombre en letra de molde

*Maritza I. Núñez Colón* 16-Septiembre-2020
Firma