Maritza I. Núñez Colón
Urb. Valle Hucares
105 Calle El Guayacán
Juana Díaz, P.R. 00795-2813



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

