# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:40 AM (AST)
Ended: 12:40 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE JUDGE LAURA TAYLOR SWAIN**  DATE: October 28, 2020
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico *et al.*, Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |

**Omnibus Hearing held.**

**I. STATUS REPORTS**

    1. Report from the Oversight Board. [Case No. 17-3283; ECF No. 14958]
    2. Report from AAFAF. [Case No. 17-3283; ECF No. 14949]

**II. CONTESTED MATTERS**

    1. National Public Finance Guarantee Corporation's Motion for Independent Investigation. [Case No. 17-3283; ECF No. 14450]
- Denied. Order to be issued.

    2. PSA Creditors' Motion to Impose Deadlines for Plan of Adjustment. [Case No. 17-3283, ECF No. 14478]

3:17-BK-3283 (LTS)
Omnibus Hearing – October 28, 2020

- Denied in part and granted in part. Order to be issued.

### III.  ADJOURNED MATTERS

1. Debtors' Omnibus Objections to Claims.  [Case No. 17-3283, ECF No. 14419]

2. Gladys García-Rubiera et. al.'s Motion Requesting Relief of Stay under 362(d)(1) of the Bankruptcy Code.  [Case No. 17-3283, ECF No. 2434]

3. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service. [Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]

4. Debtor's Rule 9019 Motion for Order Allowing PRIFA BANs Guarantee Claim. [Case No. 17-3283, ECF No. 12519]

5. Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for Relief from Automatic Stay. [Case No. 17-3283, ECF No. 12918]

**Further hearing concerning omnibus objections to claims set for October 29, 2020 at 9:30 AM (AST) before Judge Laura Taylor Swain.**

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy