10/15/2020

Secretaria (Clerk's Office)

Tribunal de Distrito de Los Estados Unidos

Room 150 Federal Building

San Juan, (Puerto Rico) 00918-1767



Asunto:

    Yo, Ramón Rivera Espada, certifico que trabajé en la Compañía de Fomento Recreativo desde el 16 de Julio del 1981, como empleado transitorio, hasta el 31 de Octubre del año 1982. Para el 1 de Noviembre del año 1982 fuí nombrado empleado regular de carrera hasta el 30 de Septiembre del año 2007 donde renuncio por jubilación. Hago solicitud de reclamación del aumento de $100.00 dólares que por ley me pertenece y que fué ortorgado bajo la administración del honorable gobernador Carlos Romero Barceló. Dicho aumento que con el cambio de gobierno del honorable Rafael Hernández Colón y administraciones sub-siguientes nunca fué otorgado. Adicional bajo la administración de la honorable gobernadora Sila María Calderón hubo un aumento por la ley #96 por la cantidad de $100.00 dólares que nunca fué otorgado. La demanda a favor de los empleados fué en Febrero del 2020. El 15 de Marzo se declara una pandemia a nivel mundial hasta el presente. La tardanza en someter esta documentación se debió a los contratiempos causados por la pandemia del COVID 19. Ya que el gobierno completo estaba cerrado.

Espero su pronta atención a esta misiva.

Cordialmente:

*[firma]*

Ramón Rivera Espada



**GOBIERNO DE PUERTO RICO**
Departamento de Recreación y Deportes

# CERTIFICACIÓN

Certifico la siguiente información, según obra en el expediente de personal de **Ramón Rivera Espada**, Seguro Social REDACTED quien trabajó en la Compañía de Parques Nacionales:

| | |
|---|---|
| 16 de junio de 1981 | Transitorio |
| 1 de noviembre de 1982 | Regular de Carrera |
| 30 de septiembre de 2007 | Renuncia por Jubilación |

Dada en San Juan de Puerto Rico, hoy 28 de septiembre de 2020.

CERTIFICO CORRECTO:

*[signature]*
Yinelis Ortiz Pérez
Secretaria Auxiliar de Recursos
Humanos y Relaciones Laborales

Nota: Cualquier alteración a este documento invalidará el mismo.

Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales
PO Box 9023207 San Juan PR  00902-3207
Tels. (787) 721-2800  Fax: (787) 721-8191
www.drdpuertorico.com



OCAP-1
Rev. 9/78

| 1. SIMBOLOS DE CONTABILIDAD | | | | | | | Estado Libre Asociado de Puerto Rico OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL Apartado 8476, Estación Fernández Juncos Santurce, Puerto Rico 00910 | 2. Certificación Número |
|---|---|---|---|---|---|---|---|---|
| A.F. | Fondo | Agencia | Div. | Sub. Div. | Asig. | Objeto | | 3. Fecha de la Certificación |
| 00 | 505 | 88 | 00 | 00 | 00 | 112 | NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO | |

INSTRUCCIONES: Use este formulario para todo nombramiento en el Servicio de Carrera y en el Servicio de Confianza. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona empezar a trabajar. El apartado 20 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Acompañe este documento con el Historial Personal (OCAP-1), Examen Médico (OCAP-12), Certificación de Verificación de Requisitos (OCAP-29), Declaración Individual y Certificado de Nacimiento. Distribución: Original será retenido por la agencia, primera y segunda copia la O.C.A.P., tercera copia Departamento de Hacienda (Contaduría), cuarta copia Asociación de Empleados, quinta copia a Sistemas de Retiro, sexta copia al empleado.

4. Nombre del Empleado:

Rivera　　Espada　　Ramón
(Apellido Paterno)　(Apellido Materno)　(Nombre)

Si se trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

8. Dirección del empleado　Urb. San Antonio
Calle H D-63
Arroyo, P.R.　00615

5. Nombre según aparece en el Seguro Social

Ramón Rivera Espada

6. Sexo　[X] M　[ ] F

7. Número del Seguro Social

REDACTED

9. Agencia, Negociado o División, Sección o Unidad y Pueblo

Cía. de Fomento Recreativo (Arroyo)

10. Título de Clasificación del Puesto
Trabajador I

11. Número de Clase

12. Número del Puesto

13. Clase de Nombramiento
[ ] Regular　[ ] Probatorio　[X] Transitorio
[ ] En el Servicio de Confianza _____ (indique disposición legal que incluye el puesto en el servicio de confianza)

14. Sueldo Mensual $ 385.00
Diferencial _____
Total $ _____

15. Fecha de efectividad del Nombramiento
16 de junio de 1981

16. Fecha en que expira el período probatorio o el nombramiento
31/dic./1981

17. Anterior Incumbente

18. Título de Clasificación del Puesto

19. Firma de la autoridad nominadora o su representante autorizado:

_José C. Barbosa Muñiz_　Presidente y Gerente General　15/junio/1981
　　　　　　　　　　　　　Título　　　　　　　　　　Fecha

20. JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO

Yo, Ramón Rivera Espada de 23, Casado, Trabajador I y
　　　Nombre　　　　　Edad　Soltero-Casado　Nombre del cargo o empleo

vecino de Arroyo, juro (afirmo) solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución
　　　　Pueblo
y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

15 de junio de 1981　　　　　_Ramón Rivera Espada_
　Fecha　　　　　　　　　　　Firma del Empleado o Funcionario

AFFIDAVIT NUM. 1069

Suscrito y jurado ante mí por　Ramón Rivera Espada, de las circunstancias
　　　　　　　　　　　　　　　　　(Nombre)
personales antes expresadas y a quien doy fe de conocer personalmente en　San Juan, Puerto Rico,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Pueblo)
hoy 15 de junio del año 1981.

Firma y Dirección del Notario Público
o del Funcionario Autorizado que toma
el Juramento

PARA USO EXCLUSIVO DE OCAP

| 21. Recibido en OCAP: | 22. Nombramiento aprobado o registrado por: | 23. Fecha |
|---|---|---|
| | Notario | |



COMPAÑIA DE PARQUES NACIONALES
OFICINA DE RECURSOS HUMANOS
ASISTENCIA Y LICENCIA.

## CERTIFICACIÓN DE TERMINACIÓN DE EMPLEO

Este documento debe ser completado por todo empleado que cese en sus funciones en la Compañía de Parques Nacionales.

Nombre del Empleado: _Ramon Rivera Espada_

Unidad de Trabajo: _Punta Guizarte - Arroyo_

Título del Puesto: _Asistente de Mantenimiento_

Ultimo día de Trabajo: _30/SEPT./2007_

Firma del Empleado: _[signature]_

### OBLIGACIÓN DEL EMPLEADO CON LA AGENCIA

_____ Recaudaciones de Fondo
_____ Uniformes
_____ Tarjeta de Identificación
_____ Informe de Trabajo
_____ Encomiendas de importancia pendientes
_____ Tarjetas de gasolina, si aplica
_____ Propiedad (automóvil, herramientas, etc.)
_____ Equipo de Salvavidas, si aplica

_____ Informe de gastos pendientes por concepto de viaje.
_____ Días adeudados
_____ Pagos indebidos
Vacaciones
_____    ca  Regulares
_____    ca  Enfermedad
_____ Otros

_[signature]_
Firma del Supervisor Inmediato

_____
Técnico Certifica Información

_____
Director de Finanzas

_____
Director de Propiedad

_____
Director de Transportación

_____
Director de Recursos Humanos

_____
Director de Operaciones de Parques (si aplica)

COMPAÑIA DE FOMENTO RECREATIVO
Apartado 2923, San Juan, Puerto Rico

MEMORANDO

A : Sr. Ramón Rivera Espada

Trabajador I, Centro Vac. Arroyo

DE : Rafael Joglar Solís

Gerente Interino

ASUNTO : Notificación de Nombramiento Regular

FECHA : 13 de diciembre de 1982

Me place notificarle que efectivo el día __1__ de __noviembre__ de 19_82_, usted pasó a ocupar un puesto con carácter permanente en la Compañía de Fomento Recreativo, con todos los derechos, deberes y prerrogativas inherentes a ese Status.

Reciba usted nuestra felicitación, y le exhortamos a que continúe, como hasta el presente, prestando sus servicios con el mismo entusiasmo, espíritu de cooperación y eficiencia.

Nota: Favor enviarnos a la mayor brevedad los siguientes documentos, ya que tenemos que enviar el expediente a la Adm. de los Sistemas de Retiro.
1- Récord de buena conducta
2- exámen médico (se acompaña)
3- OP-80- (se acompaña)

RJS/HAV Cualquier duda favor de comunicarse con la Oficina de Personal.

cc: Sr. Santiago
    Exp. de Personal

Ramón Rivera Espada
Bo. Palmas
HC-1 Box 3410
Arroyo, P.R. 00714





U.S. POSTAGE PAID
FCM LETTER
ARROYO, PR
00714
OCT 16, 20
AMOUNT
$6.40
R2304M114202-15



CERTIFIED MAIL

7020 0090 0001 4511 6891

Secretaria (Clerk's office)
Tribunal de Distrito de Los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1767