ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE RIO GRANDE

| | | |
|---|---|---|
| CARLA MOLINA BARRIOS POR SÍ Y EN REPRESENTACIÓN DE SU HIJO MENOR YARIEL TOLENTINO MEDINA | - | CIVIL NUM.: N3CI201200011 |
| Demandantes | - | |
| v. | - | SOBRE: |
| | - | Daños y Perjuicios |
| MAPFRE PRAICO INSURANCE COMPANY; AUTORIDAD DE EDIFICIOS PUBLICOS; ESTADO LIBRE ASOCIADO DE PUERTO RICO; ABC INSURANCE COMPANY | - | |
| Demandados | - | |

2013 JUN 21 PM 4:38

**DEMANDA ENMENDADA**

**AL HONORABLE TRIBUNAL:**

**COMPARECE** la parte demandante, Carla Molina Barrios, por sí y en representación de su hijo menor de edad, Yariel Tolentino Medina, por conducto de los abogados que suscriben y muy respetuosamente **EXPONEN, ALEGAN** y **SOLICITAN**:

**I. IDENTIFICACIÓN DE PARTES**

1. La demandante, Carla Molina Barrios, es mayor de edad, y madre del menor de 13 años Yariel Tolentino Molina. La dirección de la parte demandante es Urb. Villas de Loíza, Calle 29 A #AE10, Canóvanas, P.R. 00729, tel. (787)473-6989.

2. La parte co-demandada, Autoridad de Edificios Públicos, (en adelante "AEP") es una corporación pública creada por virtud de la Ley Núm. 56 del 19 de junio de 1958, 21 L.P.R.A. sec. 901, et seq., la cual es dueña y custodia del inmueble y la edificación donde ubica la Escuela Lola Millán Orellano en Río Grande, P.R.

3. La parte co-demandada, Estado Libre Asociado de Puerto Rico (en adelante "ELA") es la entidad jurídica que gobierna sobre Puerto Rico, con capacidad para demandar y ser demandada, cuyas obligaciones para con la ciudadanía comprenden crear y administrar el sistema de educación pública en Puerto Rico.

4. La parte co-demandada, MAPFRE PRAICO Insurance Company (en adelante "MAPFRE"), es una compañía de seguros que para la fecha de los eventos aquí alegados había expedido y mantenido en pleno efecto y vigor una póliza de seguros a favor de AEP, la cual provee defensa y cubierta para los hechos aquí alegados.

Exhibit 1

5. La parte co-demandada, ABC Insurance Company, es una o mas compañía(s) de seguros que para la fecha de los eventos aquí alegados había(n) expedido y mantenido en pleno efecto y vigor una póliza de seguros a favor de AEP y/o ELA y cuyo(s) verdadero(s) nombre(s) se desconoce(n) al momento. Una vez se conozca el mismo se hará la enmienda correspondiente.

## II. HECHOS

6. El 20 de octubre de 2011, a eso de las 12:30 p.m., el menor de edad Yariel Tolentino Molina, quien es estudiante de octavo grado de la Escuela Lola Millán Orellano en Río Grande, mientras disfrutaba de su periodo de receso, caminaba por los predios de dicha escuela.

7. Al pasar por el "lobby" de la escuela, éste resbaló y se cayó recibiendo fuertes golpes y contusiones a través de todo su cuerpo, pero en particular en su área lumbosacral. La referida caída se debió a que el área estaba mojada debido a neveras de playa que habían colocado estudiantes de la clase graduanda durante actividades que se hacen regularmente en el área para recaudar fondos con el consentimiento del consejo escolar de dicha escuela. Una vez terminada la actividad ningún personal de la escuela limpió o recogió el área utilizada por la clase graduanda.

8. Debido al continuo e intenso dolor en la espalda del menor, su madre, la demandante Carla Molina Barrios se vio precisada a posteriormente llevar a su hijo Yariel a la Sala de Emergencia del Centro de Diagnostico y Tratamiento de Río Grande también conocido como Integrated Emergency Medical Service and Management, Inc., donde le tomaron radiografías y le diagnosticaron trauma en su espalda.

9. Como consecuencia, Yariel tuvo que guardar cama por varios días Además, ha resultado con una incapacidad física parcial y permanente, la cual le ha impedido realizar actividades cotidianas y recreativas.

## II. RESPONSABILIDAD

10. Los co-demandados son responsables de implementar medidas de seguridad y mantenimiento adecuadas. Al no implementar medidas de seguridad y mantenimiento adecuadas, estos permitieron y toleraron la existencia de condiciones peligrosas que atentan contra la seguridad de sus estudiantes y usuarios de sus

2

facilidades.

11. Dichos demandados tenían y tienen el deber de mantener las inmediaciones, pasillos y áreas comunes de la escuela limpias y libres de cualquier condición que cause algún tipo de peligro a los estudiantes o usuarios.

12. Los demandados violaron su deber de previsibilidad y vigilancia al no prevenir ni evitar la existencia de condiciones que representaban un grave peligro para el bienestar y la seguridad de sus estudiantes al permitir que se hicieran actividades para recaudar fondos y luego no dejar limpia el área.

13. Las partes co-demandadas, MAPFRE y ABC Insurance Company le responden a la parte demandante por razón de que para la fecha de los hechos alegados en la Demanda, habían expedido y mantenían en pleno efecto y vigor pólizas de responsabilidad pública, las cuales le provee defensa y cubierta por los hechos aquí alegados. Dichos co-demandados son directamente responsables a la parte demandante por los daños sufridos como consecuencia de la negligencia de su asegurado, en virtud de los Arts. 20.001 y 20.003 del Código de Seguros de Puerto Rico, 26 L.P.R.A. secs. 2001 y 2003.

## IV. DAÑOS

14. Como consecuencia de la negligencia causada por los demandados, el menor Yariel Tolentino Molina sufrió y continúa sufriendo fuertes lesiones y trauma a través de todo su cuerpo, en particular, su espalda. Además, Yariel sufrió y continua sufriendo intensas angustias mentales.

15. Los daños sufridos por Yariel le han requerido a éste de un amplio cuidado y tratamiento médico. No empece a esto, Yariel ha resultado con una incapacidad permanente como resultado de los daños sufridos durante el accidente en cuestión.

16. Además, Carla Molina Barrios, madre de la menor, ha sufrido y continúa sufriendo de intensas angustias mentales como consecuencia de los hechos relatados.

17. Los daños físicos y las angustias mentales sufridos por los demandantes son valorados en una suma no menor de DOSCIENTOS MIL DOLARES ($200,000.00), por los cuales los demandados son solidariamente responsables.

18. La parte demandada ha sido temeraria en la defensa de esta reclamación

3

por lo que le es responsable a la parte demandante del pago de las cantidades reclamadas en esta Demanda y por el pago de los intereses y honorarios de abogados.

**POR TODO LO CUAL**, muy respetuosamente se solicita que este Honorable Tribunal declare **CON LUGAR** la presente Demanda y en su consecuencia condene a los demandados al pago de las cantidades reclamadas más gastos, costas y honorarios de abogado.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, hoy 21 de junio de 2013.

**CERTIFICO:** Que en el día de hoy envié copia fiel y exacta del presente escrito a la Lcda. Iris Vizcarrondo Guerra, PO Box 9020192, San Juan, PR 00902-0192.

**TRONCOSO & SCHELL**
#254 Calle San José, Piso 3
Antiguo Edificio El Mundo
Viejo San Juan, PR 00901
Tel. (787)722-0741/Fax (787)724-2563

Por:

**JOSÉ M. CARRERAS PÉREZ**
T.S. Núm. 11,043

4