3 de junio de 2020

Nombre: *Irma I. Escalante Cintrón*
Irma I. Escalante Cintrón
Dirección postal: PO Box 370466 Cayey, Puerto Rico 00737-00737
Dirección residencial: Calle Zorzal D-10 Alturas de Beatriz, Cayey, Puerto Rico 00736
Dirección electrónica: irma.i.escalante@gmail.com
Fecha de nacimiento: 21 de octubre
Sexo: Femenino
Numero de Seguro Social: -8573

## INFORMACIÓN LABORAL:

Deseo ratificar que trabaje para el Departamento de Educación, antes llamado Departamento de Instrucción de Puerto Rico, desde 1969 -1973 y 1978-2001. En los años 1973,1974 y 1975, trabaje con la Puertorrican Association for Community Affairs (Una escuela preescolar- niños de 3 a 6 años- Multiculturales, aunque la mayoría eran niños de descendencia puertorriqueña). Adjunto una foto de uno de mis grupos y maestro asistente y auxiliar. Este tiempo de trabajo fue pagado al Sistema de Retiro para Maestros, al 9% según estipulado en la ley de retiro temprano.

Ejercía mi profesión con mucha dedicación y dignidad por el trabajo que realizaba, ya que disfrutaba la labor diaria con mis estudiantes. Durante esos años aproveche cada oportunidad que me ofrecían para mejorar profesionalmente por el beneficio de mis estudiantes. En múltiples ocasiones se me ofrecieron otras funciones, las cuales rechace una tras otra porque me encantaba y aun me encanta enseñar y aprender.

Tome cursos de salud:

1. Salud escolar
2. Ciencias
3. Relaciones humanas
4. Ingles como segundo idioma
5. Español
6. Neuro-ciencias



7. Talleres de salud recinto de Ciencias Médicas (VIH/SIDA, lactancia, etc.) con mis supervisoras, Hilda Reckinan y Yeyita Torres.

Entre las Universidades que asistí están:

1. Universidad de P.R. Recinto de Rio Piedras, San Juan 1964 – 1969
2. Universidad de P.R. Recinto de Cayey, Educación Continua. Cursos de calidad total
3. Universidad de P.R. Recinto de Ponce. Cursos auspiciados por el Departamento de Educación Neuro-Ciencias. Educación Continua.
4. Universidad de P.R. Recinto de Ciencias Médicas. Múltiples Talleres relacionados con el tema de Salud (la mayor parte de mi carrera enseñe salud escolar). Educación Continua 1969 – 2000
5. Universidad del Turabo

Cursos:

1. Salud escolar
2. Ciencias
3. Relaciones humanas
4. Inglés como segundo idioma
5. Español
6. Neuro-ciencias
7. Talleres de salud recinto de Ciencias Médicas (VIH/SIDA, lactancia, etc.) con mis supervisoras, Hilda Reckman y María de los Reyes Torres.
8. Cursos de maestría en educación bilingüe
   -Título de la tesis: Los efectos de la autoestima de los estudiantes de retorno a la Isla.

Certificaciones Universitarias:

1. UPR BA

   - Ciencias
   - Español
   - Educación en salud

2. U.T.

   - Certificación de cursos de maestría en ingles como segundo idioma
   - Ciencias de la computadora

Tareas voluntarias:

1. Ofrecer Talleres sobre:

   a. Relaciones Humanas (Contacto: Milagros Valdivieso, Departamento de Rehabilitación Vocacional en San Juan)
   b. Calidad Total y El Mundo del trabajo (evidencia – foto)
   c. Talleres pertenecientes a Salud Escolar de Cayey, P.R.
   d. Evaluación de Libros para el programa de Salud Escolar de P.R.

2. Trabajo Voluntario:

   a. Asistiendo pacientes positivos al VIH/SIDA y a sus hijos (algunos positivos también). Evidencia: Informe al Depto. De Estado de Puerto Rico.
   b. Campamentos de verano para los niños de Voluntarios Unidos contra el SIDA. Asistentes estudiantes de UPR Recinto de Cayey y Esc. Superior B. Harrison, Algunos maestros retirados.

**NOTA: Esta tarea la realice por nueve años como parte de la Parroquia La Merced De Cayey. Contacto:**

**Padre Elías Lorenzana ahora en la Parroquia Virgen De Fátima en Hato Rey, Puerto Rico.**

Reconocimientos:

1. Premio a la Dignidad y Ética el Trabajo (a personas que ejemplifican la dedicación al servicio a través de sus respectivas ocupaciones).
2. Maestra Excelencia de Cayey, P.R. 1998
3. Reconocimiento de Senado de Puerto Rico
4. Reconocimiento Cámara de Representantes de P.R.
5. Reconocimiento por el Hon. Licenciado Rolando Ortiz Velázquez
6. Reconocimiento Departamento de Educación de P.R.
7. Reconocimiento a Maestra Excelencia Programa de Salud Escolar Nivel Isla.
8. Maestra Voluntaria del Programa "School to Work" auspiciado por Johnson & Johnson
9. Premio al Servicio comunitario Parroquia La Merced (Contacto: Carlos Aponte Arché, Sr. Héctor Cintrón Rivera).

Pasatiempo:

- Artesana certificada por la Compañía de Fomento Industrial.
- Área: Hilo, tejido, calado y bordado.

Compensación Esperada:

- Compensación por aumento retroactivo dejado de devengar *y/o cualquier otra compensación meritorio*.

*Irma I. Escalante Cintrón*
Irma I. Escalante Cintrón

Irma J. Escalante Centron
55 __ __ 8573

United States District Court
Distict of Puerto Rico
150 Carlos Chardón Street
San Juan, Puerto Rico 00918-1767

Judge Laura Suain