5 de mayo de 2020

Commonwealh of Puerto Rico
Suplemental Information Center
C/o Prime Clerk, LLC
Grand Central Station PO Box 4708
New York, NY 10163-4708

A quien pueda interesar:

Por este medio certifico que la señora Irma I. Escalante Cintrón fue empleada del Departamento de Educación de Puerto Rico. Se desempeño como maestra de salud en la escuela superior Miguel Meléndez Muñoz y en otras escuelas del distrito escolar de Cayey.

Ejercí las funciones como director de esta escuela durante los años 1978 a 1985 y en este periodo de tiempo tuve la oportunidad de ser su supervisor inmediato. Durante los años que la señora Escalante Cintrón trabajo en esta escuela demostró ser una persona altamente responsable, vertical, de muy buenas relaciones personales y con gran dominio de la materia de su especialidad. Su desempeño como maestra fue excelente.

Espero que esta información sea de utilidad en la reclamación que ella está realizando.

Atentamente,

*Julio Cumba Colón*
Julio Cumba Colon
Ex director de escuelas

Evidencia

Voluntarios Unidos Contra el SIDA




Evidencia:

Participación en Foros en el Departamento de Educación de P.R. y en otros Departamentos o Foros de las Comunidades.



Evidencia:
Maestra del Distrito Escolar de Cayey

Premio Otorgado por Orientadores Escolares
A:
Personas de diferentes Carreras profesionales y de diferentes Ocupaciones al Valor y Dignidad del Servicio.



Evidencia:
Seguimiento de mis estudiantes R.I.E.E.

Irma Escalante y Familia

"SERÉ ORDENADO SACERDOTE
POR LA ACCIÓN DEL ESPÍRITU SANTO
Y LA IMPOSICIÓN DE MANOS DE

MONS. ROBERTO O. GONZÁLEZ NIEVES, OFM
ARZOBISPO DE SAN JUAN

JUNTO A LA COMPAÑÍA DE JESÚS
DE PUERTO RICO Y
LA FAMILIA APONTE BERNARDY
LES INVITO CON ALEGRÍA
A QUE SE UNAN A NUESTRA ORACIÓN
Y ACCIÓN DE GRACIAS A DIOS"

JOSÉ RAMÓN APONTE BERNARDY, SJ
(CHEO)

"Yo te conocía sólo de oídas;
pero ahora te han visto mis
ojos. Por eso retiro mis
palabras y hago penitencia
sobre el polvo y la ceniza."
Job 42, 5-6

**PRIMERA MISA**
25 de junio de 2000  *  10:00 a.m.

... NUESTRA SRA. DE LA MERCED
...AYEY (Pueblo Natal de Cheo)

**ORDENACIÓN SACERDOTAL**
Sábado, 24 de junio de 2000  *  5:00 p.m.
Fiesta de San Juan Bautista

IGLESIA SAN IGNACIO DE LOYOLA
Urb. Santa María, Río Piedras



**DIRECCIONES PARA LLEGAR A LA IGLESIA SAN IGNACIO DESDE CAYEY**

1. Tomar la autopista Luis A. Ferré (# 52) hasta la salida marcada #177, Calle Paraná, Guaynabo", o familiarmente "El Señorial".
2. Al bajar la rampa, virar a la izquierda en #177 (hay un semáforo).
3. Seguir en #177 hacia Guaynabo, hasta el sexto semáforo (el semáforo después del Templo de los Mormones a la derecha, y 'Blockbuster" a la izquierda).
4. Virar a la derecha en el sexto semáforo, la Calle Saúco (marcada).
5. Seguir hasta el final de la Calle Saúco, que es la entrada del Colegio San Ignacio.
6. Virar a la derecha en la Calle Narciso, y la Iglesia San Ignacio está claramente visible.

¡BIENVENIDOS!



Tu cuerpo en el pan
tu sangre en el cáliz,
y mi vida en la tuya,
como una
gota de agua
para la salvación
del Mundo.

Recuerdo de la Ordenación sacerdotal
de Ricardo Reillo Rodríguez, C.Ss.R.
Iglesia La Merced,
Cayey, Puerto Rico
viernes, 27 de diciembre de 1996

✚

Primera Misa
Iglesia La Merced,
Cayey, Puerto Rico
domingo 29 de diciembre de 1996

**Irma I. Escalante**

**From:** REDACTED
**To:** Irma I. Escalante <louiset@centroweb.net>
**Sent:** Wednesday, August 02, 2000 1:34 AM
**Subject:** Re: Saludos......

Querida Maestra,

No sabe lo mucho que me alegro recibir su mensaje. Disculpe la tardanza en mi respuesta. Lo que pasa es que estuve desconectado del Internet por unos dias y queria poder sentarme con tiempo para asi poder responder a su mensaje. De mi le dire que termine mi bachillerato en la UPR, Rio Piedras en 1997. Imediatamente termine, en el verano de ese ano me traslade a los EEUU y ya llevo tres anos por aca. Estudio en un programa doctoral y ya estoy en proceso de redactar la propuesta de disertacion. Como imagino que usted recordara, cuando estaba en la MMM queria ser abogado, pero tan pronto llegue a Rio Piedras me enamore de la filosofia y segui con mi interes en estudiar la politica,al punto de que hago mi doctorado en Filosofia Politica. Mi aspiracion es ensenar a nivel univeristario. Agraciadamente ya estoy ensenando un curso por semestre aca en UMASS-Amherst, lo cual disfruto grandemente. De lo demas, pues como siempre uno da muchos cambios en la manera de ver el mundo en la medida que uno va creciendo y madurando y yo no soy la excepcion ha esta regla. En 7 anos de estudio intenso y de experiencias de vida uno cambia mucho y crece en muchas areas asi como recibe un "pal de cantazos":).

En un plano mas personal, le dire que sigo soltero y sin la mas minima intencion de casarme o nada parecido...JA JA. En mis ultimos anos de bachillerato estuve en una relacion de tres anos en la cual creci y aprendi mucho pero las cosas no resultaron y termino en separacion. Desde entonces sigo enamorado y comprometido con mi trabajo academico e intelectual, asi como del compartir con mis amigos/as (creo que siempre he tenido mucha suerte haciendo muy buenas amistades; no muchisimas pero muy buenas) y familiares. Me he convertido, aunque creo que siempre hubo algo de esto, en una persona bien independiente y disfruto mucho de mi independencia, asi como creo que sigo bien enfocado en mis metas y tengo claras mis prioridades, lo cual siempre resulta problematico con las mujeres con las cuales he compartido. No obstante, me considero una persona feliz y en este punto de mi vida estoy muy satisfecho con lo que he conseguido.

Sobre mis hermanas, ambas estan bastante bien. Caroll ya va para tercer ano de universidad y Grisell estuvo un tiempo en FL y ahora esta de nuevo con mis papas. Sobre PR pues le dire que es improbable que vaya para alla antes de las navidades. Definitivamente tan pronto llegue a PR me comunicare con usted... Creo que si recuerdo cual es el compromiso que usted menciona, y si mal no recuerdo tiene que ver con una de las personas que mas ha significado en mi vida: mi abuelo.

*[Handwritten note:]* 8/2/00

Dr. Antonio es un destacado profesor como Associate Professor en la Facultad de Ciencias Políticas en Rutgers University en Newark, N.J., U.S.A. El Dr. Antonio Y. Vázquez Arroyo, ha recivido innumerables reconocimientos en Estados Unidos y en Puerto Rico. Terminó su doctorado en University of Massachusetts, Amherst 2004. Ha escrito dos libros y uno en progreso. También ha publicado innumerables artículos de importancia (más de 30 artículos). Uno de sus libros: Political Responsability: Responding to Predicaments of Power.

Me pregunto como esta usted? Como esta su hija y su hijo? Dejeme saber como anda todo por alla.

Bueno, me alegro que Iris le haya dado mi direccion de correo electronico. De hecho, hace ya bastante tiempo que no se de Iris. Aunque imagino que como siempre todo le va muy bien ya que ella no solo es brillante, sino que tambien es un gran ser humano al que admiro y respeto.

Bueno, espero escuchar de usted pronto y nuevamente gracias por su mensaje.

Un Abrazo,

Antonio

PD. Mi programa de email no me permite acentuar, entre otras cosas que son constituyentes de nuestro lenguaje, asi que disculpe la informalidad.

On Tue, 18 Jul 2000, Irma I. Escalante wrote:

> Querido Antonio,
>
> Estoy segura de que te sorprenderá recibir este mensaje, pero por mucho tiempo he deseado comunicarme contigo y no podía encontrarte. Gracias a Iris lo estoy logrando y me siento feliz de poder hacerlo. Cuéntame que ha pasado en tu vida, que estás haciendo y que planes tienes. ¿Cuándo vendrás a Puerto Rico? Espero que si vienes me llames y, si puedes, vengas a visitarme. Yo tengo un compromiso contigo y no lo he olvidado, sólo quiero saber si tu recuerdas de que se trata. Háblame de tus hermanas y dales mis cariños cuando te comuniques con ellas. Bueno, ahora me despido esperando escuchar de tí pronto, cuidate mucho.
>
> Cariños,
> Irma Iris Escalante
>

"Thinking is not the intellectual reproduction of what already exists anyway. As long as it doesn't break off, thinking has a secure hold on possibility. Its insatiable aspect, its aversion to being quickly and easily satisfied, refuses the foolish wisdom of resignation. The utopian moment in thinking is stronger the less it--this too a form of relapse--objectifies into a utopia and hence sabotages its realization"

   Theodor W. Adorno

REDACTED

8/2/00

## Irma I. Escalante

**From:** REDACTED
**To:** Irma I. Escalante <louiset@centroweb.net>
**Sent:** Wednesday, June 14, 2000 4:53 PM
**Subject:** Re: Hello!

Hola Irma,
Como esta???
Que gran sorpresa fue recibir su mensaje electronico!!!!
Perdone que no le haya contestado antes pero no habia leido mis mensajes porque estaba en Puerto Rico. Estuve en Puerto Rico por dos semanas. Fui para la boda de mi amiga Mariola Fernandez (tal vez la conoce, es hija del DR. Alberto Fernadez) y para estar unos dias por alla.
A mi me va muy bien por aca. Voy para cuarto ano y creo que en dos anos mas, un total de cinco, termino el doctorado. Me gusta bastante lo que hago. Estoy en el programa doctoral de neurociencia. Especificamente, mi tesis esta basada en "spinal cord injury" y regeneracion. Yo estudio los cambios moleculares y geneticos que ocurren despues de una lesion o contusion a la espina dorsal y al cerebro. Todavia tambien tengo en mente seguir una carrera medica que vaya paralela, pero no se si tenga el animo porque serian un monton de anos mas de estudio. Tal vez termine antes de los 40 anos?? No, es mentira, si me aplico, podria terminar a los 32 anos. Quizas no este mal, quizas todavia este relativamente joven.
Quisiera llamarle por telefono porque quiero hablar mucho mas con usted. Seria magnifico si me mandase su numero de telefono por "e-mail". Yo soy un poco vaga para escribir mucho y prefiero llamar.
Cuidese mucho.

La recuerda y le quiere siempre,

Iris E. Bonilla

---

Nota: La Dra. Iris Eneida Bonilla Miranda trabaja de Neuro-Radióloga en el estado de Massachusetts, USA. Terminó su primer doctorado en: Regeneración Neuro-Celular en la Universidad de Yale. Su segundo doctorado lo terminó (estudió) en la Universidad de Harvard, Boston, Massachusetts, USA. Es una joven muy exitosa con una hermosa familia.
8/2/00

## Irma I. Escalante

**From:** REDACTED
**To:** Irma I. Escalante <louiset@centroweb.net>
**Sent:** Tuesday, July 18, 2000 3:41 PM
**Subject:** Re: Saludos.......

Hola Irma,

Espero que todo este bien. Gracias por mantenerse en contacto conmigo. He estado por escribirle para dejarle saber la direccion electronica de REDACTED
Yo me he mantenido mas o menos en contacto con Antonio.

Mi mama va a cumplir 50 anos este octubre y le vamos a celebrar una fiesta sorpresa aca en Estados Unidos. Estoy emocionada, creo que la vamos a sorprender.

Le queria repetir los nombres de mis primitas que estudian en la vocacional. Si las ve, le dice que usted me conoce. Ellas son nenas bien buenas, ojala y les de clases. Los nombres son: Nilmarie Lopez (va para grado 12) y Arliz Lizardi (va para grado 11)

Saludos a su hija y a so hijo.

Cuidese mucho.

Le quiere,

Iris

8/2/00

**Irma I. Escalante**

**From:** REDACTED
**To:** Irma I. Escalante <louiset@centroweb.net>
**Sent:** Wednesday, June 14, 2000 4:53 PM
**Subject:** Re: Hello!

Hola Irma,
Como esta???
Que gran sorpresa fue recibir su mensaje electronico!!!!
Perdone que no le haya contestado antes pero no habia leido mis mensajes porque estaba en Puerto Rico. Estuve en Puerto Rico por dos semanas. Fui para la boda de mi amiga Mariola Fernandez (tal vez la conoce, es hija del DR. Alberto Fernadez) y para estar unos dias por alla.
A mi me va muy bien por aca. Voy para cuarto ano y creo que en dos anos mas, un total de cinco, termino el doctorado. Me gusta bastante lo que hago. Estoy en el programa doctoral de neurociencia. Especificamente, mi tesis esta basada en "spinal cord injury" y regeneracion. Yo estudio los cambios moleculares y geneticos que ocurren despues de una lesion o contusion a la espina dorsal y al cerebro. Todavia tambien tengo en mente seguir una carrera medica que vaya paralela, pero no se si tenga el animo porque serian un monton de anos mas de estudio. Tal vez termine antes de los 40 anos?? No, es mentira, si me aplico, podria terminar a los 32 anos. Quizas no este mal, quizas todavia este relativamente joven.
Quisiera llamarle por telefono porque quiero hablar mucho mas con usted. Seria magnifico si me mandase su numero de telefono por "e-mail". Yo soy un poco vaga para escribir mucho y prefiero llamar.
Cuidese mucho.

La recuerda y le quiere siempre,

Iris E. Bonilla

Nota: La Dra. Iris Eneida Bonilla Miranda Trabaja de Neuro-Radiologa en el estado de Massachusetts, USA. Termino su primer doctorado en: Regeneracion Neuro-Celular en la Universidad de Yale. Su segundo doctorado lo termino (estudio) en la Universidad de Harvard, Boston, Massachusetts, USA Es una joven muy exitosa con una hermosa familia.
8/2/00



# Dr. Wilberto Santiago Rodríguez
### Especialista en Medicina Interna

**787.738.4539**

José De Diego #153 EP
Cayey, P.R. 00737-2980

Nombre _Sra. J. Escalante_    Fecha _10/19/2020_

Dirección _Cayey, P.R._    Edad _75_

℞

Certifico que he evaluado a la paciente del epígrafe desde el 14 de Junio 2011, con # Expediente 7915 y FN 21/04/45. La Sra. Escalante tiene H: HTN, dislipidemia, Enfermedad Coronaria, osteoporosis, Enfermedad Discogénica, Osteoartritis, Ansias, Artritis Reumática, Fibromialgia, Senea. Estas condiciones limitan incapacita severamente a la Sra Escalante.

Refill  NR  1  2  3  4  5

Lic. 9350
DEA# BS 3684140
DM# 08941-7

Dr. Wilberto Santiago Rodríguez
NPI# 1215086186

Nota: Evidencia de por qué no me he presentado ante ustedes.

FORM. 409 Rev. 99

**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos

## Informe de Cambio - Personal Docente

Pagarle _____ días por vacaciones regulares en julio

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | Escalante Cintrón, Irma I. | |
| 2. Número de Seguro Social | -8573 | |
| 3. Lugar y Fecha de Nacimiento | Cayey 21 de octubre | |
| 4. Sexo | F | |
| 5. Estado Civil | S | |
| 6. Preparación Académica | BA | |
| 7. Experiencia | 27 años | |
| 8. *Status* Empleado (Contrato) | Permanente | |
| 9. Sueldo Bruto | $ 2,005.00 | |
| 10. Número del Puesto | R 13959 | |
| 11. Categoría del Puesto | Salud Escolar | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | Estatal | |
| 14. Cifra de Cuenta | 11100-0810000-1008-00100 | |
| 15. Fecha de Efectividad | 31 de julio de 2001 | |
| 16. Acción y Duración | Renuncia | |
| 17. Causa del Cese | Retiro Temprano | |
| 18. Último día de Trabajo | 31 de mayo de 2001 | |
| 19. Último día de Pago | | |
| 20. Programa Escolar nivel y grado | Superior | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | Cayey                    017 | |
| 23. Escuela | Benjamin Harrison    21105 | |
| 24. Dirección Postal y Residencial<br>Calle Alelí K -10 Urb. Jardines de Cayey II<br>Cayey, Puerto Rico 00736 | | 25. Teléfono Residencial<br>738-6773 |

26. Observaciones:

27. En caso de cambio de *status* a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso.

_____  _____
Firma del empleado        Fecha

29. Deseo: ____ Acogerme    ____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

_____  _____
Firma del empleado        Fecha

28. Recomendado
[signature]  18-07-01
Director de Escuela    Fecha

30. Recomendado

_____  _____
Director de Escuela    Fecha

31. Aprobado: Por el Secretario de Educación o su Representante

_____  _____
Firma                    Fecha

Si el nombramiento es con *status* transitorio provisional el mismo constituye un **CERTIFICADO PROVISIONAL DE MAESTRO**.

