Commonwealth of Puerto Rico
Suplemental Information Center
C/O Prime Clerk LLC
Grand Central Station PO Box 4708
New York, N.Y. 10163-4708

Entregar en:

United States District Court
District of Puerto Rico
150 Carlos Chardon Street
San Juan, Puerto Rico 00918-1767

Judge Laura Taylor Swain