RECLAMANTE: GEORGINA MONTES VAZQUEZ
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 81114, 81375, 87480, 976520, 96764, 99846

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 2 de noviembre de 1999 hasta el presente como MA. EDUC. ELEMENTAL 4-6 del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 75.600 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

GEORGINA MONTES VAZQUEZ
Nombre en letra de molde

*Georgina Monte Vazquez – 15-oct-2020*
Firma y fecha

RECLAMANTE: GEORGINA MONTES VAZQUEZ
DIRECCION: PO BOX 1870
JUANA DÍAZ PR 00795

NUMERO DE RECLAMACION: 81114,81375,87480,976520,96764,99846

Fecha de presentacion (envio): 15 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 15 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA. EDUC. ELEMENTAL 4-6 desde 2 de noviembre del 1999 hasta el presente.
2. El monto adeudado en mi reclamación es de $75.600.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

GEORGINA MONTES VAZQUEZ
Nombre en letra de molde

*[firma]* -15-oct-2020
Firma y fecha

# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: GEORGINA MONTES VAZQUEZ

Direccion Postal: PO BOX 1870

JUANA DÍAZ PR 00795

Teléfono contacto: Res. _____ Cel. 787- 934-9770

II. EPIGRAFE

    A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

    B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

    C. Numero de Procedimiento: 17 BK 3283 – LTS

    D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Número de las evidencias por reclamo:

    Ley 124 – Julio 1973 – Aumento de Sueldo
Ley 89 – Julio 1979 – Retribución Uniforme
Ley 89 – Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

    Ley 124 – Julio 1973 – Aumento de Sueldo
Ley 89 – Julio 1979 – Retribución Uniforme
Ley 89 – Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 2 de noviembre de 1999 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

GEORGINA MONTES VAZQUEZ
Nombre en letra de molde

*Georgina Monte Vazquez - 15 oct. 2020*
Firma