Georgina Montes Vazquez
P. O Box 1870
Juana Diaz, P.R. 00795

SAN JUAN PR 009
22 OCT 2020 PM 2 L

2020 OCT 27 AM 7:48
RECEIVED & FILED

Clerk's office
United State district court
Room 150 Federal Court Building
San Juan, Puerto Rico
00918-1767