RECLAMANTE: JACQUELINE RODRIGUEZ COLON
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 87323,104413

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 7 de agosto de 1984 hasta el 28 de julio de 2014 como MA. EDUC. SECUNDARIA del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

JACQUELINE RODRIGUEZ COLON
Nombre en letra de molde

*[signature: Jacqueline Rodriguez Colon]*
Firma y fecha

RECLAMANTE: JACQUELINE RODRIGUEZ COLON

DIRECCION: HC-04 BOX 3924

VILLALBA PR 00766

NUMERO DE RECLAMACION: 87323,104413

Fecha de presentacion (envio): 21DE OCTUBRE DE 2020

Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 21 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como M.A. EDUC SECUNDARIA desde 7 de agosto de 1984 hasta el 28 de julio de 2014.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

JACQUELINE RODRIGUEZ COLON
Nombre en letra de molde

*Jacqueline Rodriguez Colón*
Firma y fecha



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

20 de octubre de 2020

A quien pueda interesar:

Certifico que **JACQUELINE RODRIGUEZ COLON**, número de seguro social **XXX-XX-6338** laboró en nuestra Agencia desde **7 de agosto de 1984** al **28 de julio de 2014**.

Ocupó puesto en calidad de **MA. EDUC. SEC (CIENCIA GENERAL)** en **NORMA I. TORRES COLON, VILLALBA, Oficina Regional Educativa de PONCE** y devengó un salario de **$2,740.00** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



DEPARTAMENTO DE EDUCACIÓN
GOBIERNO DE PUERTO RICO

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.