Jacqueline Rodriguez
HC 4 Box 3924
Villalba PR 00766



U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
OCT 22, 20
AMOUNT
$1.20
R2305H127764-01

Clerk's Office
United Satate Distric Court
Room 150 Federal Court Building
San Juan P.R. 00918-1767

2020 OCT 27  AM 7:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN
RECEIVED & FILED