# Exhibit 1

CONFIDENTIAL
Dr. Laura Gonzalez — August 7, 2020

```
1              IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
2                    PROMESA TITLE III
               CASE NO:  17-BK-03283 (LTS)
3

4     IN RE:  THE FINANCIAL OVERSIGHT AND
      MANAGEMENT BOARD FOR PUERTO RICO
5              as representative of

6     THE COMMONWEALTH OF PUERTO RICO, et al.,
                Debtor(s).
7     _____

8              IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
9                    PROMESA TITLE III
               CASE NO:  17-BK-03566 (LTS)
10

11    IN RE:  THE FINANCIAL OVERSIGHT AND
      MANAGEMENT BOARD FOR PUERTO RICO
              as representative of
12

13    THE EMPLOYEES RETIREMENT SYSTEM OF THE
      GOVERNMENT OF THE COMMONWEALTH OF PUERTO
14    RICO,
                Debtor(s).
15    _____

16

17                   CONFIDENTIAL

18

19     REMOTE VIDEOTAPED EXPERT DEPOSITION UNDER

20                ORAL EXAMINATION OF

21               DR. LAURA GONZALEZ

22               DATE: August 7, 2020

23

24

25       REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

1    MBA student.

2         Q    Well, that's impressive.  And

3    your -- what was the focus of your study in

4    your MA?

5         A    Latin American literature.

6         Q    I'm sorry.  American literature?

7         A    Latin American literature.

8         Q    And did you take any classes in

9    languages?

10        A    One of the classes that we had to

11   take was about terminology and how we have

12   learned so much from the languages in Latin

13   America, even before the Spaniards arrived.

14        Q    And when you say "the languages of

15   Latin America," what do you mean by that?

16        A    Well, the instructor was a Native

17   American lady by race, and she spoke Hitua

18   and she would -- the class was in Spanish,

19   but we studied how the Spanish language has

20   been enriched so much by the Americas.

21        Q    In other words, the Spanish in

22   Latin America is different from Spanish as

23   it's spoken in Spain?

24             MR. FOX:  Objection to form.

25        A    We have dialects in Spain as well.

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 47

```
 1            Q     And are the dialects in Spain
 2     different than the dialects in Latin America?
 3            A     I am from the vast country.
 4            Q     The dialects in Spain are different
 5     from the dialects in Latin America.
 6            Correct?
 7            A     Yes.  We are a big family.
 8            Q     I'm sorry.  What is your answer?
 9            Yes or no?
10            A     We have a big family.  But I have
11     not answered your previous question yet.
12            Q     Oh, please answer.  I'm sorry.
13            A     Yes, I did have an employment
14     between finishing my MBA and finishing my
15     Masters in literature.  I was a Spanish
16     instructor in the university.
17            Q     And that was at Southern Illinois
18     University?
19            A     Yes.
20            Q     For which years were you a Spanish
21     instructor?
22            A     2002, 2003.
23            Q     How many classes did you teach?
24            A     I do not remember the number of
25     classes, but it went from introductory to
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 48

```
1        intermediate grammar in Spanish.

2            Q     And was there a specific dialect

3        that you were focused on in your teaching?

4            A     No.

5            Q     Do you recall how many hours you

6        spent teaching for class credit?

7            A     A lot of hours because they gave me

8        tuition credit -- I mean tuition waiver.   I

9        did not have to pay any tuition.

10           Q     So did you teach those classes as a

11       graduate instructor?

12           A     Undergraduate.

13           Q     Were you a -- were you given the

14       title of a professor?

15           A     No.   Because in academia, you are

16       not a professor if you do not have a Ph.D.

17           Q     So what was your title?

18           A     I was an instructor.

19           Q     Other than teaching the Spanish

20       class from 2002 to 2003, had you ever taught

21       Spanish before then?

22           A     Yes.

23           Q     When?

24           A     In Spain.

25           Q     When?
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 49

1        A    When I was an undergrad, I would

2    tutor.

3        Q    Were you paid for that work?

4        A    Yes.

5        Q    And what -- who did -- what were

6    you tutoring in?  What was the subject?

7        A    Spanish and Basque.  B-A-S-Q-U-E.

8    The name for the language is Euskera.  E --

9    sorry, I'm doing it in Spanish.

10    E-U-S-K-E-R-A.

11        Q    So Dr. Gonzalez, you did some

12    tutoring in Spain during your undergrad.

13    You've taught a Spanish class at Southern

14    Illinois University as an undergraduate

15    instructor, 2002 to 2003.

16            Did you ever teach any other

17    Spanish classes?

18        A    I taught several classes as a

19    Masters student, and I tutored again while I

20    was doing any Ph.D.

21        Q    Are any of those classes or Spanish

22    instruction included on your CV?

23        A    No.

24        Q    Why not?  Why not?

25        A    Okay.  Two days before I took my

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 50

```
 1      first class in English, in finance, I was

 2      asked by the Ph.D. coordinator at the

 3      University of Florida how many students I had

 4      in my class.  I said I did not know.

 5              And he said, "Because the students

 6      will see your name, and they will think here

 7      is another Mexican that speaks no English."

 8      Q     And that is why you don't include

 9      your Spanish teaching on your CV?

10      A     No.

11      Q     Okay.  My question was:  Why is

12      that experience not on your CV?

13      A     There were other experiences.

14      Q     When was the last time you taught a

15      Spanish class, Dr. Gonzalez?

16      A     Paid or unpaid?

17      Q     Paid?

18      A     When I was a Ph.D. student.

19      Q     Okay.  And where did you teach

20      then, at the University of Florida?

21      A     I was a tutor at the University of

22      Florida.

23      Q     Other than your tutoring

24      experience, am I correct in understanding the

25      only Spanish class you taught as an
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 51

```
 1        instructor was the class at Southern Illinois
 2        from 2002 to 2003?
 3            A    It was more than one class.
 4            Q    Other than the classes that you
 5        taught as an instructor from 2002 to 2003,
 6        have you ever been an instructor in a Spanish
 7        class since then?
 8            A    No.
 9            Q    Before then?
10            A    No.
11            Q    Okay.  So let's go back to your MA,
12        which you said had a focus in Latin American
13        literature.
14                Did you have any focus during your
15        MA on Spanish as it was spoken or written in
16        Puerto Rico?
17            A    I do not remember specifying Puerto
18        Rico.
19            Q    Did you write a thesis for your MA?
20            A    Yes.
21            Q    What was the topic?
22            A    My thesis was written in Spanish
23        and the topic was Malinche.  I can spell it.
24        It's M-A-L-I-N-C-H-E.
25            Q    After you received your MA, you
```

CONFIDENTIAL
Dr. Laura Gonzalez — August 7, 2020

Page 55

```
 1     time in terms of the chronology of your
 2     professional jobs?
 3             You're currently a professor at
 4     California State University at Long Beach.
 5             Correct?
 6       A     Yes.
 7       Q     Okay.  On Paragraph 1 of your
 8     expert report you write, "I have experience
 9     as a translator for the University of Florida
10     School of Law, translating between English
11     and Spanish."
12             Do you see that?
13       A     Yes.
14       Q     Okay.  Let's talk about that for a
15     little bit.
16             This translating experience was
17     from 2005 to 2006.
18             Is that right?
19       A     I just go by my CV.  I have
20     forgotten.
21       Q     Okay.  It's been a long time.
22             Was it a paid position?
23       A     It's very little.
24       Q     Was it full-time or part-time?
25       A     Part-time.
```

CONFIDENTIAL
Dr. Laura Gonzalez — August 7, 2020

1      Q    Do you recall about how much time

2    you spent at that job translating?

3      A    I know —— I know I was not taking

4    classes at that time.  I think it was —— we

5    were in between semesters, so I was —— some,

6    I was —— I was devoted to it.

7           But not as long as this report.

8      Q    Okay.  So something less than the

9    amount of time you spent preparing this

10   report?

11     A    Yes.

12     Q    But if I recall correctly, you

13   don't know how long you spent preparing this

14   report.

15          Right?

16     A    Yeah, but this one has been long

17   and hard.

18     Q    Okay.  Could you give me a

19   ballpark?

20          Do you think you've spent a hundred

21   hours preparing this report?

22     A    I don't remember.

23     Q    Okay.  But if you wanted to know,

24   you would go back and you would look at those

25   hours that you spent on a weekly basis to

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 57

```
 1    GLG.
 2         Right?
 3      A   Yes.
 4      Q   And your recollection is that this
 5    translating experience in 2005 to 2006 is
 6    something less than the amount of time that
 7    you spent working on this report.
 8         Right?
 9      A   Yes, because I have never written a
10    report before.
11      Q   Okay.  Did you receive any training
12    for the translating job that you had in 2005
13    to 2006?
14      A   No.
15      Q   Were you -- what were you
16    translating?  English, Spanish, something
17    else?
18      A   I was translating from English into
19    Spanish, and Spanish into English.
20      Q   What's the difference between
21    translating from English into Spanish and
22    translating from Spanish into English?
23         MR. FOX:  Objection to form.
24      A   I prefer to translate from Spanish
25    into English.
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 67

```
1      activities, as I have been mentioning before,

2      that has been something continuous for 20

3      years.

4           Q    In a mentoring capacity?

5           A    And also in a professional capacity

6      helping professors.

7           Q    Okay.  You're going to have to

8      break that down for me because I'm not sure

9      we covered that in our prior discussion.

10               When you say "a professional

11     capacity helping professors," what do you

12     mean by that, Dr. Gonzalez?

13          A    Well, if they need to understand

14     something in Spanish, they ask me.

15          Q    Now, obviously, Dr. Gonzalez, you

16     are a native Spanish speaker.

17               Right?

18          A    Yes.

19          Q    Okay.  And you grew up in Spain?

20          A    Yes.

21          Q    Have you ever been to Puerto Rico?

22          A    Yes.

23          Q    How many times?

24          A    Once.

25          Q    When?
```

CONFIDENTIAL
Dr. Laura Gonzalez — August 7, 2020

```
 1          A    I think -- I think it was 2014.

 2          Q    2014?

 3          A    I think.

 4          Q    And what was the purpose for that

 5     visit?

 6          A    To know the beautiful place.

 7          Q    Was it -- and so it was a vacation?

 8          A    Yes.

 9          Q    How long were you in Puerto Rico

10     for that vacation?

11          A    I think it was between a week and

12     ten days, but I don't remember.

13          Q    And were you in San Juan?  Did you

14     travel the island?

15               Tell me a little bit about where

16     you were in Puerto Rico.

17          A    I wanted to see as much as

18     possible.  And so, a few days in beautiful

19     San Juan, and then beautiful islands, I think

20     it was a Culebra, one of them, very famous.

21     And I think another one was -- I forgot.

22               But I visited two islands.

23          Q    Okay.  Did you engage in any

24     linguistic studies or coursework when you

25     were in Puerto Rico?
```

CONFIDENTIAL
Dr. Laura Gonzalez — August 7, 2020

1          A     No.

2          Q     Have you ever worked for any Puerto

3     Rico-based universities?

4          A     No.

5          Q     Have you ever worked for any Puerto

6     Rico-based companies?

7          A     No.

8          Q     Putting aside this particular

9     engagement, have you ever translated

10     informally or translated informally words

11     that were written or spoken in a Puerto Rican

12     publication of law?

13               MR. FOX:  Objection to form.

14          A     I do not remember.

15          Q     Have you taken any coursework in

16     the Puerto Rico dialect?

17          A     No.

18          Q     Are you familiar with the Puerto

19     Rico dialect?

20          A     Yes.

21          Q     How would you describe it?

22          A     Because of my friends.

23          Q     How would you describe it?

24               MR. FOX:  Object to form.

25               MS. ROOT:  Well, she said she's

1          familiar with the Puerto Rico dialect.

2          Q     So tell me what you know about the

3     Puerto Rico dialect, Dr. Gonzalez.

4          A     I like talking to Puerto Rican

5     people.

6          Q     Is there anything else you can tell

7     me about your knowledge of the Puerto Rican

8     dialect?

9          A     I just enjoy listening.

10         Q     Anything else?

11         A     They are wonderful people.

12         Q     Are you aware of anything that is

13    unique to the Puerto Rican dialect?

14         A     When you spend 20 years in the

15    United States, at the end, you don't really

16    pay attention to the differences.  You sort

17    of understand, you pay attention to what you

18    have in common.

19         Q     So is your answer to my question,

20    "Are you aware of anything that is unique to

21    the Puerto Rican dialect," no?

22         A     When I talk with people from

23    anywhere in the Americas, I do not take notes

24    in the conversation.  We understand each

25    other and we have a lot of things in common.

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 71

```
 1          Q    Yes or no, Dr. Gonzalez.  Are you

 2     aware of anything that is unique to the

 3     Puerto Rico dialect?

 4               MR. FOX:  Objection, asked and

 5          answered.

 6          A    I do not remember.

 7          Q    Isn't it true, Dr. Gonzalez, that

 8     there are differences between Spanish as

 9     spoken and written in Puerto Rico, and

10     Spanish as spoken and written in Spain?

11          A    Where in Spain?

12          Q    Anywhere in Spain.

13          A    That is not correct.

14          Q    What isn't correct about what I

15     said?

16          A    Different regions of Spain speak

17     different Spanish.

18          Q    And isn't it true -- what region of

19     Spain are you from, Dr. Gonzalez?

20          A    I'm from the vast country, but my

21     father is Castilian.

22          Q    Okay.  Isn't it true, Dr. Gonzalez,

23     that there are differences between Spanish as

24     spoken and written in Puerto Rico, and

25     Spanish as spoken and written in the vast
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

```
1    to mean, since it's in your report?
2         A    That I was able to translate the
3    paragraph.
4         Q    That's -- that is what you think it
5    means to be an expert?
6         A    That I have the preparation to
7    translate that paragraph.
8         Q    Do you have specific expertise in
9    translating between Spanish as it is spoken
10   and written in Puerto Rico, and English?
11        A    No.
12             MR. FOX:  Objection.
13        Q    Okay.  How would you as a native
14   Spanish speaker from Spain, say, for example,
15   the fruit "orange"?
16        A    Say again?
17        Q    The fruit "orange."  How would you
18   say that as a native Spanish speaker?
19        A    "Naranja."
20        Q    How would a native Puerto Rican
21   Spanish speaker say the fruit "orange"?
22        A    I do not know.
23        Q    How would you as a native Spanish
24   speaker say the word "bus"?  Please spell
25   your answer, Dr. Gonzalez.
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

1          A     Okay.  So "bus" in English would be

2     translated in Spanish from Spain, but I have

3     heard others.  In Spanish from Spain, it

4     would be "autobus," A-U-T-O-B-U-S.

5          Q     And Dr. Gonzalez, how would --

6                MR. FOX:  Melissa --

7          A     Actually, I have to say something.

8          Q     Sure.

9          A     I know that in Spain, there is

10    another term.  For example, in the Canary

11    Islands, they call it "la guagua."  So there

12    are other terms.  And for example, another

13    one in Spain is "guagua," G-U-A-G-U-A.

14                And there are other ones in other

15    places, but that would be the one that I'm

16    familiar with.

17                MR. FOX:  And just for the record,

18           I see that transcript says -- records an

19           answer of "I don't know" for how to say

20           "orange" in Spain as a native Spanish

21           speaker, and I just want to note for the

22           record that that's not a correct

23           translation.  Dr. Gonzalez answered in

24           Spanish.

25          Q     Dr. Gonzalez, I asked you the

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 89

1    as "borrow" is very robust across different

2    dialects of Spanish, across different regions

3    and nations where the tongue is an official

4    language.

5         Q    Let me ask you my question again.

6              Is it important to consider dialect

7    when you are translating?  Yes or no?

8         A    In this translation, I considered

9    six documents listed on page 4 and I

10   considered other references listed on pages 7

11   and 8 that confirmed the standard use of

12   "tomar prestado" across dialects.

13        Q    Dr. Gonzalez, I'm not asking you a

14   question about "tomar prestado."

15             My question is:  When you're

16   translating, is it important to consider

17   dialect?  Yes or no?

18        A    When you are translating, you hear

19   the dialects, because you hear different

20   terms.

21        Q    For example, I recall earlier, you

22   spoke of Brazilian Portuguese.

23             Right?  Do you recall that?

24        A    Yes.

25        Q    Because Brazilian Portuguese is a

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

```
 1      different dialect than Portuguese.

 2             Right?

 3        A    Yes.

 4        Q    There are differences in those

 5      dialects?

 6        A    Yes.

 7        Q    And so if I wanted to translate

 8      something that was in Brazilian Portuguese

 9      into English, it would be important for me to

10      consider the dialect, Brazilian Portuguese,

11      that it was written in.

12             Right?

13             MR. FOX:  Object to foundation.

14        A    As I mentioned in page 7, the

15      translation of the "tomar prestado" as

16      "borrow" is very robust across different

17      dialects of Spanish across different regions

18      and nations where the tongue is an official

19      language.

20        Q    Dr. Gonzalez, my question wasn't

21      about "tomar prestado" or page 7 of your

22      report.  My question was about Brazilian

23      Portuguese.

24             Can you answer my question?  If I

25      wanted to translate something from Brazilian
```

CONFIDENTIAL
Dr. Laura Gonzalez — August 7, 2020

Page 107

```
1      All my electives were in Latin American and
2      Spanish, but mostly Latin American text.
3              I had to do all the exams in
4      Spanish for all those courses.  Then I wrote
5      a thesis that was peer reviewed by scholars
6      of Spanish of different nationalities.
7              I have been doing formal
8      translation for many years.  And there are
9      some things in Spanish that are standard.
10     Q     Is Puerto Rico part of Latin
11     America?
12     A     What do you mean by "Latin
13     America"?
14     Q     You said you spent all this time
15     studying in Latin America, so I'm using your
16     view.
17             What do you mean by Latin America,
18     Dr. Gonzalez?  And under your definition, is
19     Puerto Rico part of it?
20     A     There are many different
21     definitions of Latin America.  If we consider
22     Latin as the origin of the Roman's languages,
23     that would include the speakers of Portuguese
24     as well in the Americas.
25             But since I did my Masters in
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 108

```
1      English, French, and Spanish, I mean the

2      Spanish in the Americas.

3            Q    So do you include Puerto Rico in

4      your personal definition of Latin America?

5            A    Puerto Rico -- the people of Puerto

6      Rico have been speaking Spanish in the

7      Americas for centuries like the Spanish

8      speakers in all the other countries.  And in

9      all other areas, I know that Puerto Rico is

10     not a country in all the other areas in the

11     Americas.

12           Q    My question was different.

13                Is Puerto Rico part of Latin

14     America?

15           A    The Spanish speakers of the

16     Americas, that's what I mean.

17           Q    Okay.  Can you answer my question?

18                Is Puerto Rico part of Latin

19     America?

20           A    I will not enter for my

21     definitions.

22           Q    You have no view sitting here as to

23     whether Puerto Rico is or is not part of

24     Latin America?

25           A    I am a very inclusive person.
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 109

```
 1          Q    Okay.  And that's a wonderful
 2     attribute to have.
 3               My question is:  Do you have a view
 4     as to whether Puerto Rico is part of Latin
 5     America, yes or no?
 6               MR. FOX:  Object to form.
 7          A    My Masters in foreign languages and
 8     literatures was in English, French, and
 9     Spanish.  In English, we studied pedology.
10     Then, in French, it was basic communication,
11     business communication.
12               And all the other courses that I
13     took were Spanish -- Spanish-speaking
14     literature, both in Europe and in the
15     Americas.
16          Q    Okay.  Dr. Gonzalez, you still
17     haven't answered my question.
18               Is Puerto Rico part of Latin
19     America?
20          A    I do not understand your question.
21          Q    Okay.  In Paragraph 2 on page 6,
22     "The official translation from Spanish into
23     English is inaccurate," you write, "The
24     official translation translates tomar
25     prestado as seek alone instead of borrow.
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 121

```
 1          A    General verbal phrase.

 2          Q    And can -- and using your phrase,

 3     "umbrella term," can the context in which an

 4     umbrella term is used limit the scope of the

 5     umbrella term?

 6          A    Yes, but it doesn't change the

 7     translation.

 8          Q    In Paragraph 3 on page 7, you write

 9     that there are two different meanings or two

10     different usages of "tomar prestado."  One

11     means to temporarily take something with the

12     intention of returning it.  And the phrase

13     can also be used for intangibles in

14     expressions."

15               Do you see that?

16          A    Yes.

17          Q    In Section 779, is "tomar prestado"

18     used to mean to temporarily take something

19     with the intention of returning it, or is it

20     used for intangibles in expressions?

21          A    The translation is "to borrow

22     from."

23          Q    And you say in Paragraph 3 that in

24     the Spanish language, "tomar prestado" means

25     to temporarily take something with the
```