# Exhibit 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
as representative of : Case No. 17-BK-3283 (LTS)
: (Jointly Administered)

THE COMMONWEALTH OF PUERTO RICO *et al.,* : Related to ECF Nos. 14247, 14249
:
Debtors.[1] :
---------------------------------------------------------------------- X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
as representative of : Case No. 17-BK-3566 (LTS)
  Related to ECF No. 976, 977
THE EMPLOYEES RETIREMENT SYSTEM OF THE :
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

Debtor. :
----------------------------------------------------------------------

### DECLARATION OF CATHERINE L. STEEGE

I, CATHERINE L. STEEGE, hereby declare pursuant to 28 U.S.C. § 1746, as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. I am a Partner with the law firm of Jenner & Block L.L.P, counsel to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**") in the above-captioned case.

2. I submit this declaration in support of *Committees' Motion to Strike Declaration of John Faith and Accompanying Exhibit from the Motion of the Bank of New York Mellon, as Fiscal Agent, for Summary Judgment Pursuant to Fed. R. Civ. P. 56 Regarding Ultra Vires Challenge* (the "**Motion to Strike**").

3. I am on the service list for the above-captioned cases.

4. Of relevance to the Motion to Strike, I received the *Initial Disclosures of Bank of New York Mellon, as Fiscal Agent* and *The Fiscal Agent's Responses and Objections to the Committees' and Government Parties' First Set of Requests for Production of Documents Related to the Ultra Vires Proceedings*.

5. The Bank of New York Mellon did not serve supplements to either of these discovery responses.

6. The Bank of New York Mellon did not include the DTC Operational Arrangements in its production in response to the Committees' and Government Parties' First Set of Requests for Production of Documents Related to the *Ultra Vires* Proceedings.

| | |
|---|---|
| Dated: October 28, 2020<br>Chicago, IL | */s/ Catherine L. Steege*<br><br>JENNER & BLOCK LLP<br>Catherine L. Steege (*Pro Hac Vice*)<br><br>353 N. Clark Street<br>Chicago, IL 60654<br>Telephone: (312)222-9350<br>csteege@jenner.com |