**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                        Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>                        Debtor. | PROMESA<br><br>Title III<br><br>No. 17 BK 3566-LTS |

---

[1] The Debtors in these jointly-administered PROMESA title III cases (these "Title III Cases"), along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

| | |
|---|---|
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>as co-trustees of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANT 1M, *et al.*,<br><br>Defendants. | Adv. Proc. No. 19-00356 (LTS) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>as co-trustees of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>STOEVER GLASS & CO., *et al.*,<br><br>Defendant. | Adv. Proc. No. 19-00357 (LTS) |

2

| | |
|---|---|
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>as co-trustees of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANT 1H-78H,<br><br>Defendants. | Adv. Proc. No. 19-00359 (LTS) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>as co-trustees of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANT 1G-50G, *et al.*,<br><br>Defendants. | Adv. Proc. No. 19-00361 (LTS) |

## **DECLARATION OF LANDON S. RAIFORD**

I, LANDON S. RAIFORD, hereby declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Partner with the law firm of Jenner & Block L.L.P, counsel to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**") in the above-captioned case.

2. I submit this declaration in support of *Response of the Committee and Government Parties to (I) ERS Bondholders' Motion for Partial Summary Judgment on Ultra Vires Issues and Proceedings; and (II) Motion of Bank of New York Mellon, as Fiscal Agent, For Summary Judgment Pursuant to Fed. R. Civ. P. 56 Regarding Ultra Vires Challenge.*

3. Attached to this declaration as Exhibit 1 is a true and correct copy of Expert Report of Robert W. Doty.

4. Attached to this declaration as Exhibit 2 is a true and correct copy of Series A Amended and Restated Purchase Contract.

5. Attached to this declaration as Exhibit 3 is a true and correct excerpt from the deposition of Dr. William ("Bart") Hildreth.

6. Attached to this declaration as Exhibit 4 is a true and correct copy of Act 116-2011.

7. Attached to this declaration as Exhibit 5 is a true and correct copy of the transcript of *Noe v. Kropf,* C.A. No. 4050 (Del. Ch. Jan. 15, 2009)

8. Attached to this declaration as Exhibit 6 is a true and correct copy of excerpts from "Uniform Commercial Code Revised Article 8. Investment Securities Reporter's Prefatory Note," October 5, 1992.

9. Attached to this declaration as Exhibit 7 is a true and correct copy of Depository Trust & Clearing Corporation, *Life Cycle of a Security*.

4

10. Attached to this declaration as Exhibit 8 is a true and correct copy of Initial Disclosures of the Bank of New York Mellon, as Fiscal Agent.

11. Attached to this declaration as Exhibit 9 is a true and correct copy of the document bearing Bates Nos. BH-ERS-JD-000001 through BH-ERS-JD-000024.

12. Attached to this declaration as Exhibit 10 is a true and correct copy of Series A Bond Resolution.

13. Attached to this declaration as Exhibit 11 is a true and correct copy of Dkt. 114-14, *Petroleos De Venezuela S.A. v. MUFG Union Bank, N.A.*, 19-CV-10023-KPF (S.D.N.Y.).

14. Attached to this declaration as Exhibit 12 is a true and correct copy of Rules, Bylaw and Organization Certificate of The Depository Trust Company.

15. Attached to this declaration as Exhibit 13 is a true and correct copy of Series A Offering Statement.

Dated: October 28, 2020  /s/*Landon S. Raiford*
Chicago, Illinois

JENNER & BLOCK LLP
Landon S. Raiford (*Pro Hac Vice*)

353 N. Clark Street
Chicago, IL 60654
Telephone: (312)222-9350
lraiford@jenner.com