# Exhibit 10

CONFIDENTIAL
Richard Engman - May 28, 2020

Page 1

```
 1  _____

 2          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF PUERTO RICO
 3                  PROMESA TITLE III
            CASE NO:  17-BK-03283 (LTS)
 4
     IN RE:  THE FINANCIAL OVERSIGHT AND
 5   MANAGEMENT BOARD FOR PUERTO RICO
                as representative of
 6
     THE COMMONWEALTH OF PUERTO RICO, et al.,
 7            Debtor(s).

 8  _____
            IN THE UNITED STATES DISTRICT COURT
 9          FOR THE DISTRICT OF PUERTO RICO
                    PROMESA TITLE III
10          CASE NO:  17-BK-03566 (LTS)

11   IN RE:  THE FINANCIAL OVERSIGHT AND
     MANAGEMENT BOARD FOR PUERTO RICO
12              as representative of

13   THE EMPLOYEES RETIREMENT SYSTEM OF THE
     GOVERNMENT OF THE COMMONWEALTH OF PUERTO
14   RICO,
              Debtor(s).
15  _____

16

17

18          C O N F I D E N T I A L

19

20

21    VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF

22              RICHARD ENGMAN

23            DATE: May 28, 2020

24

25    REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR
```

```
 1   _____
 2         IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF PUERTO RICO
 3             ADV. PROC. NO:  17-00356 (LTS)

 4   THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL
     OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
 5   ACTING BY AND THROUGH ITS MEMBERS,
               -and-
 6   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
     OF ALL TITLE III DEBTORS (OTHER THAN COFINA)
 7             -as co-trustees of
     THE EMPLOYEES RETIREMENT SYSTEM OF THE
 8   GOVERNMENT OF PUERTO RICO,
               Plaintiff(s),
 9
          vs.
10
     DEFENDANT IM, et al.,
11             Defendant(s).
     _____
12
              IN THE UNITED STATES DISTRICT COURT
13             FOR THE DISTRICT OF PUERTO RICO
               ADV. PROC. NO:  17-00357 (LTS)
14
     THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL
15   OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
     ACTING BY AND THROUGH ITS MEMBERS,
16             -and-
     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
17   OF ALL TITLE III DEBTORS (OTHER THAN COFINA)
               -as co-trustees of
18   THE EMPLOYEES RETIREMENT SYSTEM OF THE
     GOVERNMENT OF PUERTO RICO,
19             Plaintiff(s),

20        vs.

21   STOEVER GLASS & CO., et al.,
               Defendant(s).
22
     _____
23

24

25
```

CONFIDENTIAL
Richard Engman - May 28, 2020

Page 3

```
 1   _____
 2           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
 3            ADV. PROC. NO:  19-00359 (LTS)

 4   THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL
     OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
 5   ACTING BY AND THROUGH ITS MEMBERS,
               -and-
 6   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
     OF ALL TITLE III DEBTORS (OTHER THAN COFINA)
 7             -as co-trustees of
     THE EMPLOYEES RETIREMENT SYSTEM OF THE
 8   GOVERNMENT OF PUERTO RICO,
               Plaintiff(s),
 9
            vs.
10
     DEFENDANT 1H-78H, et al.,
11             Defendant(s).
     _____
12
             IN THE UNITED STATES DISTRICT COURT
13            FOR THE DISTRICT OF PUERTO RICO
              ADV. PROC. NO:  19-00361 (LTS)
14
     THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL
15   OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
     ACTING BY AND THROUGH ITS MEMBERS,
16             -and-
     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
17   OF ALL TITLE III DEBTORS (OTHER THAN COFINA)
               -as co-trustees of
18   THE EMPLOYEES RETIREMENT SYSTEM OF THE
     GOVERNMENT OF PUERTO RICO,
19             Plaintiff(s),

20          vs.

21   DEFENDANT 1G-50G, et al.,
               Defendant(s).
22   _____

23

24

25
```

CONFIDENTIAL
Richard Engman - May 28, 2020

Page 4

```
 1    _____
 2            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO
 3              ADV. PROC. NO:  19-00366 (LTS)

 4    THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
      FOR PUERTO RICO,
 5            -as representative of
      EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT
 6    OF THE COMMONWEALTH OF PUERTO RICO,
              -and
 7    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
      OF ALL TITLE III DEBTORS (OTHER THAN COFINA),
 8            -as Section 926 trustee of
      THE COMMONWEALTH OF PUERTO RICO,
 9            Plaintiff(s),

10         vs.

11    ANDALUSIAN GLOBAL DESIGNATED ACTIVITY
      COMPANY, et al.,
12            Defendant(s).
      _____
13
              IN THE UNITED STATES DISTRICT COURT
14              FOR THE DISTRICT OF PUERTO RICO
                ADV. PROC. NO:  19-00367 (LTS)
15
      THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
16    FOR PUERTO RICO,
              -as representative of
17    EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT
      OF THE COMMONWEALTH OF PUERTO RICO,
18            -and
      THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
19    OF ALL TITLE III DEBTORS (OTHER THAN COFINA),
              -as Section 926 trustee of
20    THE COMMONWEALTH OF PUERTO RICO,
              Plaintiff(s),
21
           vs.
22
      GLENDON OPPORTUNITIES FUND, LP, et al.,
23            Defendant(s).
      _____
24

25
```

CONFIDENTIAL
Richard Engman - May 28, 2020

Page 12

1  VIDEO OPERATOR: This is the remote
2  video recorded deposition of Richard Engman.
3  Today is Thursday, May 28, 2020.
4  The time is now 9:34 a.m. in the Eastern Time
5  Zone.
6  We are here in the matter of In Re:
7  The Financial Oversight and Management Board
8  for Puerto Rico as Representative of The
9  Commonwealth of Puerto Rico, et al.
10  All counsel have been noted on
11  record.
12  My name is Jose Rivera, remote
13  video technician on behalf of Gregory
14  Edwards, LLC.
15  At this time will the reporter,
16  Charlene Friedman, on behalf of Gregory
17  Edwards, LLC, please enter the statement for
18  remote proceedings into the record.
19  THE COURT REPORTER: My name is
20  Charlene Friedman. I am a Certified Court
21  Reporter of the State of New Jersey and a
22  Notary Public. This video deposition is
23  being held remotely and the witness and the
24  reporter are not in the same room.
25  Mr. Engman, please raise your right

CONFIDENTIAL
Richard Engman - May 28, 2020

Page 13

```
 1   hand.
 2            The witness will be sworn in
 3   remotely, pursuant to agreement of all
 4   parties.  The parties stipulate that the
 5   testimony is being given as if the witness
 6   was sworn in person.
 7
 8   R I C H A R D   E N G M A N,
 9            called as a witness, having been first duly
10   sworn according to law, testifies as follows:
11
12   EXAMINATION BY MR. DALSEN:
13       Q    Okay.  Good morning, Mr. Engman.
14       A    Good morning.
15       Q    Can you just state your full name
16   for the record, please.
17       A    Richard Hunter Engman.
18       Q    And Mr. Engman, we've met before,
19   but I'm William Dalsen from Proskauer, and I
20   represent the Oversight Board in these
21   proceedings.
22            You understand that you are here
23   today to testify as a witness in certain
24   litigation between ERS, certain ERS
25   bondholders, the various committees,
```

CONFIDENTIAL
Richard Engman - May 28, 2020

Page 76

```
 1    that for these questions that I've asked you
 2    so far about the earliest date Mason Capital
 3    was aware of, of whether the bonds have been
 4    issued with authority or my last question
 5    about the illegally made language, it was the
 6    earliest of when that -- when those subjects
 7    were mentioned either in the UCC's claim
 8    objection or the Kobre & Kim report,
 9    whichever one was dated first?
10         A    No, just on this last question of
11    when was the first time that I saw that --
12    saw that -- a reference to the preamble,
13    because I wouldn't have read the Kobre & Kim
14    report as giving me significant pause about
15    the validity of bonds.
16              You know, that -- that -- the first
17    time that it -- that it became apparent, that
18    at least they -- a real entity was claiming
19    that the bonds were invalid was from the UCC
20    filing an objection.
21         Q    Mr. Engman, what is the earliest
22    date that Mason Capital was aware from any
23    source of the efforts to enact legislation to
24    authorize the bonds to fund ERS and the
25    failure of those efforts?
```

CONFIDENTIAL
Richard Engman - May 28, 2020

Page 77

```
1        A    It wasn't the way I think in the
2    context of preparing for this.  It's been,
3    you know, highlighted to me that there -- I
4    think, again, the Kobre & Kim might have said
5    something.
6             In fact, they -- they didn't make
7    an impact when I read it the first time, in
8    preparing for this, but I believe the Kobre &
9    Kim referenced in 2004 and 2005 proposed
10   legislation and certainly I read the Kobre &
11   Kim report.
12       Q    And just -- just to clarify the
13   question on both the UCC claim objection and
14   the Kobre & Kim report, do you recall whether
15   for each of those you read those close to the
16   time that they were filed or issued as
17   applicable?
18       A    Close to -- yeah, close to the
19   time.  Kobre & Kim, we certainly would have
20   been, you know -- I don't know if it's a
21   longer -- I don't know if I read the entire
22   thing right away, but I skimmed the section
23   on ERS and skimmed the section on EO.
24       Q    Mr. Engman, what is -- what is the
25   earliest stage that Mason Capital sought or
```

CONFIDENTIAL
Richard Engman - May 28, 2020

Page 78

```
 1    received advice from counsel about the
 2    validity, the invalidity, legality or
 3    illegality of ERS bonds?
 4         A    When the litigation started, I
 5    think, in response to the allegations being
 6    made, and I'll keep saying August, if I'm
 7    wrong on that date, in August of 2018.
 8         Q    To prepare for today's deposition,
 9    did you discuss -- you'll have to forgive
10    me -- was it Mr. Hanson that worked with you
11    on the ERS files?
12         A    He did.
13         Q    Did you discuss any of these
14    questions I just asked you about Mason
15    Capital's earliest awareness with Mr. Hanson
16    to prepare for today's deposition?
17         A    Yes, because that's -- that's
18    what -- you know, we asked him about the
19    Spanish language version.  The context of
20    that was, did you look at that, you know,
21    when, or did you look at the Spanish
22    language, because we're trying to figure
23    when, and he didn't -- and he -- and he
24    didn't -- didn't -- and I have a concern
25    about the validity of the ERS bonds prior to
```

CONFIDENTIAL
Richard Engman - May 28, 2020

Page 79

```
 1     the -- the same time frame as I was
 2     testifying to.
 3          Q    Okay.  Did you ask Mr. Hanson
 4     specifically whether he had a concern about
 5     the validity of the ERS bonds to prepare for
 6     today's deposition?
 7          A    No.
 8          Q    As far as the corporation,
 9     Mr. Hanson, in viewing the Spanish version of
10     the Enabling Act, is it fair to say that
11     would affect, if anything, Mason Capital's
12     awareness of the debt authorizing language of
13     the ERS Enabling Act?
14               MR. PAPEZ:  Hang on.
15               Object to form.
16          A    From how I understand the issue
17     now, yes.
18          Q    Is it your understanding that
19     either way -- well, let me -- let me -- let
20     me ask this.
21               Other than Mr. Hanson's review of
22     the ERS Enabling Act in Spanish, did you
23     discuss with Mr. Hanson Mason Capital's
24     earliest date of awareness of -- of any of
25     the other subjects that we've been talking
```