# Exhibit 11

Confidential - Subject to The Protective Order
Luis Manuel Collazo Rodriguez - June 9, 2020

Page 176

```
1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO
2      _____

3      In Re:                              )
4      THE FINANCIAL OVERSIGHT AND         )  PROMESA TITLE III
5      MANAGEMENT BOARD FOR PUERTO RICO,   )  Case No.
6              as representative of        )  17-BK-03283 (LTS)
7      THE COMMONWEALTH OF PUERTO RICO,    )
8      et. al,                             )
9           Debtors.                       )
10     _____)
11     In Re:                              )  PROMESA Title III
12     THE FINANCIAL OVERSIGHT AND         )  Case No.
13     MANAGEMENT BOARD FOR PUERTO RICO    )  17-BK-03566 (LTS)
14     as representative of                )
15     THE EMPLOYEES RETIREMENT SYSTEM     )
16     OF THE GOVERNMENT OF THE            )
17     COMMONWEALTH OF PUERTO RICO,        )
18          Debtor.                        )
19     _____)
20        CONFIDENTIAL - SUBJECT TO THE PROTECTIVE ORDER
21                       DEPOSITION OF
22              LUIS MANUEL COLLAZO RODRIGUEZ
23                         VOLUME 2
24          Tuesday, June 9, 2020, 9:13 a.m.
25     REPORTED BY: Dennis Zambataro, RPR and CCR
```

Confidential - Subject to The Protective Order
Luis Manuel Collazo Rodriguez - June 9, 2020

Page 189

```
1                 - TRANSCRIPT OF PROCEEDINGS -
2                      Tuesday, June 9, 2020
3                      Time noted: 9:13 a.m.
4             VIDEOGRAPHER:  We are back on the
5        record with the continuation of the
6        deposition for Luis Manuel Collazo
7        Rodríguez on June 9, 2020.  The time is
8        9:13 a.m. Eastern Standard Time.
9             Please proceed.
10            LUIS MANUEL COLLAZO RODRÍGUEZ,
11   having been previously duly sworn, was examined and
12   testified as follows:
13                  EXAMINATION (CONTINUED)
14   BY MR. PAPEZ:
15        Q    Good morning, Mr. Collazo.
16             Do you understand you're still under
17   oath today?
18        A    [In English]  Good morning, Matt.
19   Yes, I understand it.
20        Q    Okay.  Overnight did you do anything
21   further to prepare for your continued deposition
22   today?
23        A    No.  Only having a good rest.
24        Q    Okay.  Good.  Then we will continue.
25        A    Yes.
```

Confidential - Subject to The Protective Order
Luis Manuel Collazo Rodriguez - June 9, 2020

Page 301

```
1        and would have reviewed these financial
2        statements before they were issued, correct?
3                MR. SUSHON:  Objection.  Beyond the
4            scope.
5                [Question interpreted.]
6                THE WITNESS:  Correct.
7        BY MR. PAPEZ:
8            Q    These financial statements that were
9        issued in October 2018 reflect that the ERS
10       pension funding bonds are a liability of ERS,
11       correct?
12               MR. SUSHON:  Objection.  Beyond the
13           scope.  I apologize.
14               THE INTERPRETER:  That's okay.
15               [Question interpreted.]
16               THE WITNESS:  Yes.
17       BY MR. PAPEZ:
18           Q    Just to be clear, October of 2018
19       was after the time when ERS had made a
20       determination that the ERS bonds were invalid,
21       correct?
22               MR. SUSHON:  Objection.  Beyond the
23           scope.
24               [Question interpreted.]
25               THE WITNESS:  Yes, the determination
```

Confidential - Subject to The Protective Order
Luis Manuel Collazo Rodriguez - June 9, 2020

Page 302

```
 1              was in 2017; the financial statements
 2              were in 2018; 2017 comes before 2018.
 3       BY MR. PAPEZ:
 4          Q    Why was that $3.134 billion entry
 5       made as a liability for the pension fund in
 6       October of 2018?
 7              MR. SUSHON:  Objection.  Beyond the
 8              scope.  And foundation.
 9              [Question interpreted.]
10              THE WITNESS:  The system included
11              that liability in the financial
12              statement.  And that is independent of
13              the legal determination that was made
14              between May and August of 2017.
15              Because that determination has
16              obviously taken us into litigation, in
17              which we're questioning and requesting --
18              requesting that these bonds be declared
19              null and void and illegal.
20              But until the Court does not rule on
21              this, the decision was made to
22              responsibly -- to responsibly include a
23              debt that today we are litigating and
24              questioning.  And that we believe that
25              the system acquired that debt through an
```

Confidential - Subject to The Protective Order
Luis Manuel Collazo Rodriguez - June 9, 2020

Page 303

```
 1              illegal transaction.
 2                    So the financial statement is for --
 3              on a specific date and reflects the -- an
 4              X-ray, a radiograph of the system for a
 5              specific date.  And that which is
 6              reflected in that financial statement, we
 7              are responsibly litigating.
 8                    But by including it in the financial
 9              statement, or if you are saying that
10              including it in that -- including it in
11              the financial statement is a matter of
12              validating that, in no way.
13                    It is there because the Court has
14              not made a final ruling regarding this
15              issue.
16                    I hope this answers your question.
17        BY MR. PAPEZ:
18              Q    You can close that document.  I'm
19        going to ask some more general questions next,
20        sir.
21                    Mr. Collazo, what is the earliest
22        date ERS was aware from any source of the debt
23        authorization language in the ERS Enabling Act
24        as it existed in 2008?
25              A    What system are you talking about?
```

Confidential - Subject to The Protective Order
Luis Manuel Collazo Rodriguez - June 9, 2020

Page 304

```
1      I mean, there's one system, but there have been
2      several administrations.
3           Q    I am talking about ERS as an entity.
4           A    The thing is the entity does not
5      become aware of things.  It becomes aware
6      through the management and the officers.
7                The question should be:  When was
8      the first time that someone noticed or became
9      aware, if that's the question that you want to
10     ask.
11          Q    Well, the debt -- strike that.
12               The ERS Enabling Act is your organic
13     statute for ERS, right?
14          A    Correct.
15          Q    Is it fair to say that ERS as an
16     entity was aware of the debt authorization
17     language of the ERS Enabling Act when it was
18     added to the ERS Enabling Act?
19               MR. SUSHON:  Objection.
20               [Question interpreted.]
21               THE WITNESS:  Yes.  Not only the
22          retirement system, the laws are public,
23          many people may have been aware and other
24          government agencies, also.  The laws are
25          public.
```