# Exhibit 12

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF PUERTO RICO
 3
 4    _____
 5    In Re:                                    )
 6    THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )  PROMESA TITLE III
 7    FOR PUERTO RICO                           )  Case No.
 8          as representative of                )  17-BK-03283 (LTS)
 9    THE COMMONWEALTH OF PUERTO RICO, et. al,  )
10          Debtors.                            )
11    _____)
12    In Re:                                    )
13    THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )  PROMESA Title III
14    FOR PUERTO RICO                           )  Case No.
15          as representative of                )  17-BK-03566 (LTS)
16    THE EMPLOYEES RETIREMENT SYSTEM OF THE    )
17    GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, )
18          Debtor.                             )
19    _____)
20                      CONFIDENTIAL
21       VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF
22                   JORDAN MIKES, ESQ.
23                    March 5, 2020
24
25    REPORTED BY: MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 2

```
 1  _____

 2     THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )

 3     OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)  ADV. PROC. NO.

 4     ACTING BY AND THROUGH ITS MEMBERS,             )  19-00356 (LTS)

 5                  and                               )
       THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
 6     OF ALL TITLE III DEBTORS (OTHER THAN COFINA)   )
                  as co-trustees of                   )
 7     THE EMPLOYEES RETIREMENT SYSTEM OF THE         )
       GOVERNMENT OF PUERTO RICO,                     )
 8                  Plaintiff,                        )

 9                     vs.                            )

10     DEFENDANT IM, et al.,                          )
                    Defendants.
11     _____)

12     THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )

13     OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)  ADV. PROC. NO.

14     ACTING BY AND THROUGH ITS MEMBERS,             )  19-00357 (LTS)

15                  and                               

16     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )

17     OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )

18                as co-trustees of                   )

19     THE EMPLOYERS RETIREMENT SYSTEM OF THE         )

20     GOVERNMENT OF PUERTO RICO,                     )

21                  Plaintiff,                        )

22          vs.                                       )

23     STOEVER GLASS & CO., et al.,                   )

24                Defendants.                         )
       _____)
25
```

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 3

```
 1   _____
 2   THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )
 3   OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)  ADV. PROC. NO.
 4   ACTING BY AND THROUGH ITS MEMBERS,             )  19-00359 (LTS)
 5                and                               )
 6   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
 7   OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )
 8                as co-trustees of                 )
 9   THE EMPLOYEES RETIREMENT SYSTEM OF THE         )
10   GOVERNMENT OF PUERTO RICO,                     )
11                Plaintiff,                        )
12        vs.                                       )
13   DEFENDANT 1H-78H,                              )
14                Defendants                        )
15   _____)
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 4

```
 1   _____
 2   THE SPECIAL CLAIMS COMMITTEE OF THE FINNCIAL  )
 3   OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)  ADV. PROC. NO.
 4   ACTING BY AND THROUGH ITS MEMBERS,            )  19-00361(LTS)
 5                 and                             )
 6   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS )
 7   OF ALL TITLE III DEBTORS (OTHER THAN COFINA), )
 8                 as co-trustees of               )
 9   THE EMPLOYEES RETIREMENT SYSTEM OF THE        )
10   GOVERNMENT OF PUERTO RICO,                    )
11                 Plaintiff,                      )
12       vs.                                       )
13   DEFENDANT 1G-50G, et. al.,                    )
14                 Defendants.                     )
15   _____)
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL

Jordan Mikes, Esq. - March 5, 2020

Page 5

```
1    _____
2    THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )
3    FOR PUERTO RICO,                              )   ADV. PROC. NO.
4            as representative of                  )   19-00366(LTS)
5    EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT )
6    OF THE COMMONWEALTH OF PUERTO RICO,           )
7                    and                           )
8    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS )
9    OF ALL TITLE III DEBTORS (OTHER THAN COFINA), )
10         as Section 926 trustee of               )
11   THE COMMONWEALTH OF PUERTO RICO,              )
12              Plaintiffs,                        )
13         vs.                                     )
14   ANDALUSIAN GLOBAL DESIGNATED                  )
15   ACTIVITY COMPANY, et. al,                     )
16              Defendants.                        )
17   _____)
18
19
20
21
22
23
24
25
```

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 6

```
 1   _____

 2   THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )

 3   FOR PUERTO RICO                               )   ADV. PROC. NO.

 4           as representative of                  )   19-00367 (LTS)

 5   EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT )

 6   OF THE COMMONWEALTH OF PUERTO RICO,           )

 7               and                               )

 8   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS )

 9   OF ALL TITLE III DEBTORS (OTHER THAN COFINA), )

10           as Section 926 trustee of             )

11   THE COMMONWEALTH OF PUERTO RICO,              )

12               Plaintiffs,                       )

13       vs.                                       )

14   GLENDON OPPORTUNITIES FUND, L.P., et. al,     )

15               Defendants.                       )

16   _____)

17

18           TRANSCRIPT of the videotaped deposition

19   of the witness, called for Oral Examination in the

20   above-captioned matter, said deposition being taken

21   by and before MICHAEL FRIEDMAN, a Notary Public and

22   Certified Court Reporter of the State of New Jersey,

23   at PROSKAUER ROSE, 11 Times Square, New York, New

24   York, on March 5, 2020, commencing at approximately

25   9:00 in the morning.
```

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 12

```
1            THE VIDEOGRAPHER:  Please stand by.
2            This begins Media unit 1 in Volume
3    1 for the video deposition of Mr. Jordan
4    Mikes, In Re:  The Financial Oversight
5    and Management Board for Puerto Rico, et
6    al., versus Defendant 1G-50G, et al.,
7    defendants, in the United States
8    District Court for the District of
9    Puerto Rico, Case No:  17-BK-3283.
10           Today's date is March 5th, 2020.
11   The time is approximately 9:09 a.m.
12           This deposition is being taken at
13   Proskauer Rose, 11 Times Square, New
14   York, New York 10036.
15           My name is Steve Decaneo.  I'm the
16   legal video specialist.
17           The court reporter today is Mike
18   Friedman.  And we're both from Gregory
19   Edwards, LLC.
20           Attorney appearances will be noted
21   on the stenographic record.
22           At this time, will the court
23   reporter please swear in the witness so
24   we may begin.
25
```

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 13

```
1      J O R D A N   M I K E S,   E S Q.,
2              called as a witness, having been first
3      duly sworn according to law, testifies as follows:
4
5
6
7      EXAMINATION BY MS. ROOT:
8           Q    Good morning.
9                Could you please state your full
10     name for the record?
11          A    Sure.
12               Jordan Mikes.
13          Q    Okay.  Mr. Mikes, I'm Melissa Root.
14     I'm one of the lawyers that represents the
15     Retiree Committee.
16               I will be taking your deposition
17     today.
18               Do you understand that you're here
19     today to testify as a witness in litigation
20     pending between ERS -- certain ERS
21     bondholders, the Retiree Committee, the
22     Creditors Committee, the Financial Oversight
23     and Management Board and the Special Claims
24     Committee?
25          A    Yes, I do.
```

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 79

| | |
|---|---|
| 1 | Q Do you believe a list of |
| 2 | individuals who may have discoverable |
| 3 | information about Oaktree's differences and |
| 4 | counterclaims, that are set forth in |
| 5 | paragraph 11, is a complete and accurate |
| 6 | list? |
| 7 | A Yes. |
| 8 | Q And do you know why you were not |
| 9 | included in that list? |
| 10 | A I was not included in that list |
| 11 | because I was looped in by Emily, so anything |
| 12 | I had would have been too late to be relevant |
| 13 | and also would have been duplicative of |
| 14 | Emily. |
| 15 | Additionally, my function at the |
| 16 | time that Emily was here was more of a -- a |
| 17 | legal function, so it would be atypical to |
| 18 | include our lawyers in the discovery. |
| 19 | Also, I was not involved in the |
| 20 | Puerto Rico ERS investment in 2014 through |
| 21 | 2017. |
| 22 | Q When did you first become involved |
| 23 | in the Puerto Rico ERS investment? |
| 24 | A The first meaningful -- what I |
| 25 | remember -- the most -- so I may have been |

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 80

```
 1     cc'd in passing on various counsel-related
 2     type e-mails prior to, but the -- the
 3     principal day was that Monday prior to
 4     Thanksgiving, that's when I fully got engaged
 5     in this -- this -- this matter.
 6         Q    Do you know if anyone at Oaktree
 7     Capital Management has reached out to
 8     Ms. Stephens to discuss the litigation since
 9     her departure from Oaktree Capital Management
10     in late November 2019?
11         A    No one has reached out to her since
12     her departure, no.
13         Q    You can put that exhibit aside.
14              Earlier, Mr. Mikes, when you were
15     talking about your two meetings with
16     Mr. O'Leary, I believe your testimony was
17     that he said he had not focused on the issue
18     of whether the ERS -- whether ERS had the
19     authority to issue the bonds until the
20     present litigation.
21              Is that correct?
22         A    Yes.
23         Q    Did he give you any indication of
24     whether he had considered but perhaps not
25     focused on the issue of whether ERS had the
```

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 81

```
1    authority to issue the bonds at some point
2    prior to when -- 2017?
3              MR. PAPEZ:  Object to form but you
4         can go ahead.
5         A    No.  In fact, when he said focused,
6    given the context of the discussion, he was
7    pretty clear he meant the first he had heard
8    of it was in that litigation.
9              But more specifically, and very
10   strongly, he emphasized, prior to making the
11   investment decisions, there was absolutely no
12   discussion of the validity of the bonds, the
13   Enabling Act or anything like that, on the
14   basis that the bonds had been trading for a
15   very long period of time and it's
16   inconsistent with our approach to investing,
17   to invest in that scenario.
18             And so that issue was raised in --
19   in -- by litigation.  He may have been
20   referring to the notice of validity.
21             But it's -- it's -- it's clear that
22   he was referring to the 2019 period of time.
23        Q    And it's your understanding,
24   Mr. O'Leary was not focused on the issue of
25   whether ERS had the authority to issue these
```

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 82

```
 1     bonds before 2019?
 2              MR. PAPEZ:  Object to form.
 3              You can answer.
 4        A     He was not aware, and that's been
 5     consistent -- he was not aware of that issue
 6     prior to 2019, and that's consistently been
 7     reinforced throughout my discussions with
 8     Bob.
 9        Q     Other than Mr. O'Leary,
10     Mr. Bennett, Mr. Brown and counsel, did you
11     speak with anyone else to prepare for today's
12     deposition?
13        A     No.
14        Q     I want to talk a little bit about
15     Oaktree Capital Management's process for
16     evaluating new investment.
17              And I'm going to start by asking a
18     general question, just hope to move through
19     this quickly, but if I need to break it down,
20     I will.
21              So going back to the nine funds
22     that were identified in Footnote 2 of what's
23     been marked as Exhibit 1, who makes decisions
24     for each of those funds?
25        A     The process for those is, there's
```

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 152

```
 1            Go ahead.
 2       A    We bought in the market, so it
 3   would have been through a dealer.
 4            These were -- these were registered
 5   bonds that traded, so we would have purchased
 6   in the secondary market.
 7       Q    Okay.  Does Oaktree have an
 8   understanding of whether when it purchased
 9   ERS bonds in the open market, it received an
10   assignment of claims from the prior holders
11   of those bonds?
12       A    When you trade bonds, the
13   documentation is such that you acquire rates
14   and the typical obligations and rights that
15   go along with the ownership of the bonds, but
16   there was no separate transfer of claims or
17   anything that was broken all separate and
18   apart from the bonds.
19       Q    Okay.  We talked earlier, Mr. Mikes
20   about the documents that Oaktree reviewed in
21   its diligence before purchasing bonds in May
22   of 2014.
23            Do you recall that testimony?
24       A    Yes.
25       Q    And do you recall giving me a
```

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 153

```
1      complete list of the documents that Oaktree
2      reviewed in May of 2014?
3           A    Yes.
4           Q    And those documents did not include
5      the ERS Enabling Act or any amendments
6      thereto.
7                Is that correct?
8           A    That's correct.
9           Q    Do you know when the first time was
10     that anyone at Oaktree reviewed the ERS
11     Enabling Act or any amendments thereto?
12          A    I know the first time I reviewed
13     it, and that would have been November 2017,
14     just in my personal capacity, no one at
15     Oaktree reviewed it before 2019.  And I don't
16     know definitively that Emily or -- that Emily
17     reviewed it in 2019, although I would imagine
18     she did review it in 2019.
19          Q    Okay.  I'm not sure I understand
20     your answer.
21               You said that you would have
22     reviewed it in November of 2017.
23          A    Sorry, 2019, November of 2019.
24     That was a mistake.
25          Q    So the first time you reviewed the
```

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 154

```
 1     Enabling Act was November 2019.
 2             Putting you aside, do you know the
 3     first time which anyone at Oaktree reviewed
 4     the ERS Enabling Act or any amendment
 5     thereto?
 6         A   I have no evidence that they were
 7     reviewed.
 8             But what I said is that we got a
 9     notice of validity in 2019 and that would
10     have been flagged to Emily, so she may have
11     reviewed it then.  But there was no review of
12     it prior to the notice of validity.
13         Q   How is it that you know that no one
14     at Oaktree reviewed the Enabling Act prior to
15     November of 2019?
16         A   Because I discussed it with Bob
17     O'Leary, and I discussed it with Dave Brown
18     and Adam Bennett, and none of them had
19     reviewed it prior to that time period.
20             And, in fact, neither -- none of
21     them had reviewed it subsequent to that time
22     period and specifically mentioned it has
23     never been discussed during the pre-2019
24     period of time.
25         Q   Did anyone call Mr. Kreger to ask
```

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 155

```
1    him if he reviewed the Enabling Act at any
2    time prior to November 2019?
3        A    No, but Mike -- Mike Kreger's
4    responsibilities, as a relatively junior
5    analyst, would have been to report up to Raj
6    Shourie and Bob O'Leary, certainly in his
7    investment committee memo.
8             And as I said, I talked to Bob
9    and -- and this was never discussed.
10            And I talked to Dave Brown and it
11   was never discussed.
12            And I guess the other point I would
13   make is, when we're reviewing bonds, we don't
14   look at validity when they've been trading
15   for eight-plus years.
16            And so there is -- had Mike Kreger
17   actually reviewed the Enabling Act, it would
18   have been because there was an issue, it
19   would have most certainly been discussed with
20   the team.
21       Q    Are you aware -- aware that in
22   November 2017 there was a pleading filed in
23   the litigation in which AAFAF, A-A-F-A-F,
24   contended that the ERS bonds were issued
25   without proper authority?
```

CONFIDENTIAL
Jordan Mikes, Esq. - March 5, 2020

Page 156

```
 1             MR. PAPEZ:  Objection to the form
 2       of the question.  Vague.
 3       A    I am now aware in my preparation
 4   for this deposition that AAFAF did that.
 5       Q    Do you know whether that court
 6   filing was provided to anyone at Oaktree in
 7   November 2017?
 8       A    In discussions with the team
 9   members, they never saw any notice of that
10   AAFAF filing.
11            And specifically, there would be,
12   in the ordinary course, no reason it would
13   have because it was an unrelated matter
14   and -- and BONY would not -- would not have
15   sent that to us necessarily, so it doesn't
16   surprise me that we never saw it.
17       Q    Okay.  And so your testimony as the
18   30(b)(6) witness for Oaktree is that Oaktree
19   did not review the ERS Enabling Act or its
20   amendments until November 2019?
21       A    Yes, my -- that's correct.
22       Q    Did Oaktree review at any time Act
23   116?
24       A    We rely on counsel, and I can't
25   personally comment on Act 116.
```