# Exhibit 13

CONFIDENTIAL
Luke Corning - March 6, 2020

Page 1

1         IN THE UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF PUERTO RICO

3

4   _____

5   In Re:                                 )

6   THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )  PROMESA TITLE III

7   FOR PUERTO RICO                          )  Case No.

8         as representative of            )  17-BK-03283 (LTS)

9   THE COMMONWEALTH OF PUERTO RICO, et. al,     )

10         Debtors.                           )

11   _____)

12   In Re:                                 )

13   THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )  PROMESA Title III

14   FOR PUERTO RICO                          )  Case No.

15         as representative of            )  17-BK-03566 (LTS)

16   THE EMPLOYEES RETIREMENT SYSTEM OF THE      )

17   GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, )

18         Debtor.                            )

19   _____)

20

21                 CONFIDENTIAL

22           Transcript of Luke Corning

23

24   Reported by:

25   LORRAINE B. ABATE, CSR, RPR

CONFIDENTIAL
Luke Corning - March 6, 2020

Page 2

```
 1   _____
 2   THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )
 3   OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)  ADV. PROC. NO.
 4   ACTING BY AND THROUGH ITS MEMBERS,             )  19-00356 (LTS)
 5                   and                            )
     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
 6   OF ALL TITLE III DEBTORS (OTHER THAN COFINA)   )
                   as co-trustees of                )
 7   THE EMPLOYEES RETIREMENT SYSTEM OF THE         )
     GOVERNMENT OF PUERTO RICO,                     )
 8              Plaintiff,                          )
 9              vs.                                 )
10   DEFENDANT IM, et al.,                          )
                Defendants.
11   _____)
12   THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )
13   OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)  ADV. PROC. NO.
14   ACTING BY AND THROUGH ITS MEMBERS,             )  19-00357 (LTS)
15                   and
16   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
17   OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )
18              as co-trustees of                   )
19   THE EMPLOYERS RETIREMENT SYSTEM OF THE         )
20   GOVERNMENT OF PUERTO RICO,                     )
21              Plaintiff,                          )
22         vs.                                      )
23   STOEVER GLASS & CO., et al.,                   )
24              Defendants.                         )
     _____)
25
```

CONFIDENTIAL
Luke Corning - March 6, 2020

Page 3

```
 1   _____
 2   THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL    )
 3   OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,) ADV. PROC. NO.
 4   ACTING BY AND THROUGH ITS MEMBERS,               ) 19-00359 (LTS)
 5                    and                             )
 6   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS    )
 7   OF ALL TITLE III DEBTORS (OTHER THAN COFINA),    )
 8                as co-trustees of                   )
 9   THE EMPLOYEES RETIREMENT SYSTEM OF THE           )
10   GOVERNMENT OF PUERTO RICO,                       )
11                Plaintiff,                          )
12        vs.                                         )
13   DEFENDANT 1H-78H,                                )
14              Defendants                            )
15   _____)
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL
Luke Corning - March 6, 2020

Page 4

```
 1    _____
 2    THE SPECIAL CLAIMS COMMITTEE OF THE FINNCIAL  )
 3    OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)  ADV. PROC. NO.
 4    ACTING BY AND THROUGH ITS MEMBERS,            )  19-00361(LTS)
 5                  and                             )
 6    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS )
 7    OF ALL TITLE III DEBTORS (OTHER THAN COFINA), )
 8                  as co-trustees of               )
 9    THE EMPLOYEES RETIREMENT SYSTEM OF THE        )
10    GOVERNMENT OF PUERTO RICO,                    )
11                  Plaintiff,                      )
12         vs.                                      )
13    DEFENDANT 1G-50G, et. al.,                    )
14                  Defendants.                     )
15    _____)
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL
Luke Corning - March 6, 2020

Page 5

```
 1   _____
 2   THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )
 3   FOR PUERTO RICO,                              )   ADV. PROC. NO.
 4           as representative of                  )   19-00366(LTS)
 5   EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT )
 6   OF THE COMMONWEALTH OF PUERTO RICO,           )
 7                   and                           )
 8   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS )
 9   OF ALL TITLE III DEBTORS (OTHER THAN COFINA), )
10         as Section 926 trustee of               )
11   THE COMMONWEALTH OF PUERTO RICO,              )
12              Plaintiffs,                        )
13       vs.                                       )
14   ANDALUSIAN GLOBAL DESIGNATED                  )
15   ACTIVITY COMPANY, et. al,                     )
16              Defendants.                        )
17   _____)
18
19
20
21
22
23
24
25
```

CONFIDENTIAL
Luke Corning - March 6, 2020

Page 6

```
 1   _____

 2   THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD    )

 3   FOR PUERTO RICO                                 ) ADV. PROC. NO.

 4           as representative of                    ) 19-00367 (LTS)

 5   EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT   )

 6   OF THE COMMONWEALTH OF PUERTO RICO,             )

 7                  and                              )

 8   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS   )

 9   OF ALL TITLE III DEBTORS (OTHER THAN COFINA),   )

10           as Section 926 trustee of               )

11   THE COMMONWEALTH OF PUERTO RICO,                )

12              Plaintiffs,                          )

13       vs.                                         )

14   GLENDON OPPORTUNITIES FUND, L.P., et. al,       )

15              Defendants.                          )

16   _____)

17

18

19
         CONFIDENTIAL TRANSCRIPT of the stenographic
20   notes of the deposition of Luke Corning in the
     above-entitled matter, as taken by and before
21   LORRAINE B. ABATE, a Certified Shorthand Reporter and
     Notary Public of the State of New York and Registered
22   Professional Reporter, held at the offices of
     Proskauer & Rose, LLP, 11 Times Square, New York, New
23   York, on March 6, 2020, commencing at 9:03 a.m.,
     pursuant to Notice.
24

25
```

CONFIDENTIAL
Luke Corning - March 6, 2020

Page 14

```
1      CONFIDENTIAL - Corning - March 6, 2020 - CONFIDENTIAL
2              THE VIDEOGRAPHER:  Here begins media
3       unit 1, volume 1 in the video deposition of
4       Mr. Luke Corning in re:  The Financial Oversight
5       and Management Board for Puerto Rico, et al.
6       versus defendant 1G-50G, et al. in the United
7       States District Court for the District of Puerto
8       Rico, case No. 17 BK-3283.
9              Today's date is March 6, 2020.  The time
10      is approximately 9:03 a.m.  This deposition is
11      being taken at Proskauer, 11 Times Square, New
12      York, New York 10036.
13             My name is Steve Decanio and I'm the
14      legal video specialist.  The court reporter
15      today is Lorraine Abate, and we're both from
16      Gregory Edwards, LLC.  All attorney appearances
17      will be noted on the stenographic record.
18             At this time, the court reporter will
19      please swear in the witness so we may begin.
20  L U K E   C O R N I N G,
21      Having been first duly sworn by a Notary
22      Public of the State of New York, was
23      examined and testified as follows:
24  EXAMINATION BY MR. RAIFORD:
25      Q.     Good morning, Mr. Corning.
```

CONFIDENTIAL
Luke Corning - March 6, 2020

Page 51

```
1      CONFIDENTIAL - Corning - March 6, 2020 - CONFIDENTIAL
2      bonds for a long time, a significant amount of time.
3              There were public pleadings where we
4      argued back and forth about whether the bonds were
5      ultra vires, whether they were invalidly issued, all
6      that kind of stuff.
7              So I'm wondering, at the time in August
8      of 2018 when Pentwater first purchased an ERS bond,
9      was it aware that there had been a challenge to the
10     validity of ERS bonds?
11             MS. PEREZ:  Objection.
12             To the extent your answer would reveal
13          attorney-client communication, I instruct you
14          not to answer.
15     A.      I suppose it would -- even if -- even if
16     the answer is no, I can't answer the question.
17             MR. PAPEZ:  You can answer that yes or
18          no if -- without revealing attorney-client
19          communications.
20     Q.      I'm not asking how you know.  I'm just
21     asking did you know at the time Pentwater first
22     purchased its first ERS bond, was it aware that there
23     had been challenges to the validity of ERS bonds?
24     A.      My recollection is I did not understand
25     that.
```

CONFIDENTIAL
Luke Corning - March 6, 2020

Page 52

```
1         CONFIDENTIAL - Corning - March 6, 2020 - CONFIDENTIAL
2         Q.    And when did you -- again, I'm not
3    asking how you know, who told you -- when did you
4    first become aware that there was a challenge to the
5    validity of the ERS bonds?
6         A.    I first heard about it, I suppose, more
7    superficially, at the -- some point when the UCC
8    filed -- I think it was the UCC -- filed a claim.
9              MR. PAPEZ:  Objection.
10        Q.    So I believe that would have been in the
11   spring of '19.  Does that sound accurate?
12        A.    I don't recall the exact date.
13        Q.    But your recollection is that you first
14   became aware of the UCC publicly filing a claim
15   objection to the ERS bonds or the claimant's position
16   in the ERS bonds?
17        A.    Correct.
18        Q.    Did you become aware of that filing on
19   your own?
20             MR. PAPEZ:  You can answer that yes or
21        no.
22        A.    No.
23        Q.    So someone made you aware, someone
24   outside of the Pentwater family, made you aware of
25   the UCC's filing?
```

CONFIDENTIAL
Luke Corning - March 6, 2020

Page 53

```
1      CONFIDENTIAL - Corning - March 6, 2020 - CONFIDENTIAL
2              MR. PAPEZ:  So you can answer that yes
3         or no.
4         A.    Yes.
5         Q.    And I'm assuming -- well, I'll ask but
6      definitely pause for this.
7              Did counsel make you aware of the UCC's
8      filing?
9              MR. PAPEZ:  Okay.  On this one, we're
10        going to object and instruct the witness not to
11        answer to the extent that that would reveal any
12        communications that they had with counsel.
13             MR. RAIFORD:  Right.  And I'm not asking
14        -- if that were the case and there was some
15        analysis about it, I don't want to know that.
16        Obviously, we have a dispute, but I'm not asking
17        that right now.
18        Q.    I think I'm just asking did counsel
19     provide you a copy of the publicly filed document
20     that the UCC filed?
21             MR. PAPEZ:  You can answer that
22        question, and that question only, yes or no.
23        A.    Yes.
24        Q.    And sorry to make you repeat it, but
25     that was, to your recollection, the first time you
```