# Exhibit 14

CONFIDENTIAL
Justin Boyer - March 3, 2020

Page 1

1              IN THE UNITED STATES DISTRICT COURT
2              FOR THE DISTRICT OF PUERTO RICO
3
4   _____
5   In Re:                                          )
6   THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD    ) PROMESA TITLE III
7   FOR PUERTO RICO                                 ) Case No.
8           as representative of                    ) 17-BK-03283 (LTS)
9   THE COMMONWEALTH OF PUERTO RICO, et. al,        )
10          Debtors.                                )
11  _____)
12  In Re:                                          )
13  THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD    ) PROMESA Title III
14  FOR PUERTO RICO                                 ) Case No.
15          as representative of                    ) 17-BK-03566 (LTS)
16  THE EMPLOYEES RETIREMENT SYSTEM OF THE          )
17  GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,  )
18          Debtor.                                 )
19  _____)
20
21                    CONFIDENITAL
22          Transcript of JUSTIN BOYER
23
24  Reported by:
25  LORRAINE B. ABATE, CSR, RPR

CONFIDENTIAL
Justin Boyer - March 3, 2020

Page 2

```
 1   _____
 2   THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )
 3   OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)  ADV. PROC. NO.
 4   ACTING BY AND THROUGH ITS MEMBERS,             )  19-00356 (LTS)
 5                    and                           )
     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
 6   OF ALL TITLE III DEBTORS (OTHER THAN COFINA)   )
                  as co-trustees of                 )
 7   THE EMPLOYEES RETIREMENT SYSTEM OF THE         )
     GOVERNMENT OF PUERTO RICO,                     )
 8             Plaintiff,                           )
 9                  vs.                             )
10   DEFENDANT IM, et al.,                          )
               Defendants.
11   _____)
12   THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )
13   OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)  ADV. PROC. NO.
14   ACTING BY AND THROUGH ITS MEMBERS,             )  19-00357 (LTS)
15                    and                           )
16   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
17   OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )
18             as co-trustees of                    )
19   THE EMPLOYERS RETIREMENT SYSTEM OF THE         )
20   GOVERNMENT OF PUERTO RICO,                     )
21             Plaintiff,                           )
22        vs.                                       )
23   STOEVER GLASS & CO., et al.,                   )
24             Defendants.                          )
     _____)
25
```

```
 1  _____
 2  THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL   )
 3  OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ) ADV. PROC. NO.
 4  ACTING BY AND THROUGH ITS MEMBERS,              ) 19-00359 (LTS)
 5                 and                              )
 6  THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS   )
 7  OF ALL TITLE III DEBTORS (OTHER THAN COFINA),   )
 8             as co-trustees of                    )
 9  THE EMPLOYEES RETIREMENT SYSTEM OF THE          )
10  GOVERNMENT OF PUERTO RICO,                      )
11              Plaintiff,                          )
12        vs.                                       )
13  DEFENDANT 1H-78H,                               )
14             Defendants                           )
15  _____)
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL
Justin Boyer - March 3, 2020

Page 4

```
 1   _____
 2   THE SPECIAL CLAIMS COMMITTEE OF THE FINNCIAL   )
 3   OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)  ADV. PROC. NO.
 4   ACTING BY AND THROUGH ITS MEMBERS,             )  19-00361(LTS)
 5                       and                        )
 6   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
 7   OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )
 8                   as co-trustees of              )
 9   THE EMPLOYEES RETIREMENT SYSTEM OF THE         )
10   GOVERNMENT OF PUERTO RICO,                     )
11                       Plaintiff,                 )
12        vs.                                       )
13   DEFENDANT 1G-50G, et. al.,                     )
14                       Defendants.                )
15   _____)
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL
Justin Boyer - March 3, 2020

Page 5

```
1    _____

2    THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD   )

3    FOR PUERTO RICO,                               )  ADV. PROC. NO.

4            as representative of                   )  19-00366(LTS)

5    EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT  )

6    OF THE COMMONWEALTH OF PUERTO RICO,            )

7                    and                            )

8    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )

9    OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )

10          as Section 926 trustee of               )

11   THE COMMONWEALTH OF PUERTO RICO,               )

12              Plaintiffs,                         )

13       vs.                                        )

14   ANDALUSIAN GLOBAL DESIGNATED                   )

15   ACTIVITY COMPANY, et. al,                      )

16              Defendants.                         )

17   _____)

18

19

20

21

22

23

24

25
```

CONFIDENTIAL
Justin Boyer - March 3, 2020

Page 6

```
1    _____

2    THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )

3    FOR PUERTO RICO                               )  ADV. PROC. NO.

4             as representative of                 )  19-00367 (LTS)

5    EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT )

6    OF THE COMMONWEALTH OF PUERTO RICO,           )

7                  and                             )

8    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS )

9    OF ALL TITLE III DEBTORS (OTHER THAN COFINA), )

10            as Section 926 trustee of            )

11   THE COMMONWEALTH OF PUERTO RICO,              )

12              Plaintiffs,                        )

13       vs.                                       )

14   GLENDON OPPORTUNITIES FUND, L.P., et. al,     )

15              Defendants.                        )

16   _____)

17

18

19
          TRANSCRIPT of the stenographic notes of the
20   deposition of JUSTIN BOYER in the above-entitled
     matter, as taken by and before LORRAINE B. ABATE, a
21   Certified Shorthand Reporter and Notary Public of the
     State of New York and Registered Professional
22   Reporter, held at the offices of Proskauer & Rose,
     LLP, 11 Times Square, New York, New York, on March 3,
23   2020, commencing at time 1:15 p.m., pursuant to
     Notice.
24

25
```

CONFIDENTIAL
Justin Boyer - March 3, 2020

Page 14

| | |
|---|---|
| 1 | CONFIDENTIAL - Boyer - March 3, 2020 - CONFIDENTIAL |
| 2 | THE VIDEOGRAPHER: Here begins Media |
| 3 | Unit 1, Volume 1, in the deposition of |
| 4 | Mr. Justin Boyer, In re: The Financial |
| 5 | Oversight and Management Board for Puerto Rico, |
| 6 | et al., versus Defendant 1G-50G, et al., in the |
| 7 | United States District Court, for the District |
| 8 | of Puerto Rico, Case No. 17-BK-3283. |
| 9 | Today's date is March 3rd, 2020. The |
| 10 | time is approximately 1:16 on the monitor. This |
| 11 | deposition is being taken at Proskauer, 11 Times |
| 12 | Square, New York, New York 10036. |
| 13 | My name is Steve Decanio, and I'm the |
| 14 | legal video specialist. The court reporter |
| 15 | today is Lorraine Abate. We are both from |
| 16 | Gregory Edwards, LLC. |
| 17 | Attorney appearances will be noted on |
| 18 | the stenographic record. |
| 19 | At this time the court reporter will |
| 20 | please swear in the witness so we may begin. |
| 21 | (Transcript continues on the next page.) |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

CONFIDENTIAL
Justin Boyer - March 3, 2020

Page 15

| | |
|---|---|
| 1 | CONFIDENTIAL - Boyer - March 3, 2020 - CONFIDENTIAL |
| 2 | J U S T I N   C H A R L E S   B O Y E R, |
| 3 | Having been first duly sworn by a Notary |
| 4 | Public of the State of New York, was |
| 5 | examined and testified as follows: |
| 6 | EXAMINATION BY MR. BASSETT |
| 7 | Q.   Good afternoon, Mr. Boyer.  My name is |
| 8 | Nick Bassett.  I'm a lawyer at Paul Hastings which |
| 9 | represents the Official Committee of Unsecured |
| 10 | Creditors in the Title III cases for ERS and other |
| 11 | instrumentalities in the Commonwealth of Puerto Rico. |
| 12 | Have you ever been deposed before? |
| 13 | A.   No. |
| 14 | Q.   So -- and by the way, have you ever gone |
| 15 | by any other names currently or in the past? |
| 16 | A.   No. |
| 17 | Q.   Okay.  So just to give you a sense of |
| 18 | how today will proceed, I'm going to ask you a series |
| 19 | of questions.  I would just expect that your answers |
| 20 | be clear and audible for the court reporter to |
| 21 | understand. |
| 22 | I would ask that you please let me |
| 23 | finish asking my question before you respond to make |
| 24 | her job easier.  And then also, try to keep your |
| 25 | responses verbal instead of nodding or shaking of the |

CONFIDENTIAL
Justin Boyer - March 3, 2020

Page 114

```
 1      CONFIDENTIAL - Boyer - March 3, 2020 - CONFIDENTIAL
 2   discuss internally.  At the point in time, my
 3   opinion -- I mean, we bought the bonds.  We came to
 4   the conclusion that this was not a material risk.
 5          Q.    You would never buy bonds that involve
 6   material risks; is that what you're saying?
 7                MS. McGONIGLE:  Objection.
 8          A.    I don't know how to answer.
 9          Q.    Well, is it possible that you would have
10   concluded that there was a material risk that the
11   bonds were voidable, but you, nevertheless, purchased
12   the bonds?
13          A.    No.  I mean, if you thought the risk was
14   material, and it wasn't -- yeah, you wouldn't buy the
15   bonds.
16          Q.    There is no price at which --
17          A.    No.
18          Q.    -- you would buy the bonds?
19          A.    No.
20          Q.    So clearly, at the time you wrote this
21   e-mail, in August of 2018, you had reviewed the
22   enabling act for the ERS bonds, correct?
23                MS. McGONIGLE:  Objection.  Are you
24         talking about the entire act?
25                MR. BASSETT:  Fair.
```

```
1      CONFIDENTIAL - Boyer - March 3, 2020 - CONFIDENTIAL
2           Q.    Clearly, at the time you sent this
3      e-mail in August of 2018, you had reviewed the
4      section of the ERS enabling act entitled Investment
5      and Reinvestment of Reserves, which is -- which has
6      been reproduced in this e-mail; is that correct?
7           A.    I reviewed what I copied and pasted in
8      this e-mail.
9           Q.    At what time did you first review that
10     language that you copy and pasted in this e-mail?
11          A.    It was around the time the discussion
12     document was produced.
13          Q.    When was it -- and I'm not -- I wouldn't
14     ask this question if I thought I had the answer in
15     front of me, but when was the discussion document
16     produced?
17          A.    It's on the header of the document.
18          Q.    Okay.  Does August, like, mid
19     August 2018 sound right?
20          A.    Yeah.  I mean, if that's what it says.
21          Q.    If you look at the paragraph underneath
22     the language from the enabling act that you quoted,
23     it says "As you can see, the word assets isn't
24     defined, but given that this is under the section
25     about investment and reinvestment of reserves, one
```

CONFIDENTIAL
Justin Boyer - March 3, 2020

Page 116

```
1        CONFIDENTIAL - Boyer - March 3, 2020 - CONFIDENTIAL
2     could make the argument that it is contemplating
3     raising debt secured by existing assets in the
4     system."
5              Do you see that?
6        A.   Yes.
7        Q.   So when you say that you are -- you're
8     highlighting the fact that this excerpted language is
9     under the section about investment and reinvestment
10    of reserves, that suggests to me that you had also
11    reviewed other sections of that document at that
12    time; is that correct?
13       A.   What makes you draw that conclusion?
14       Q.   Well, because you're highlighting a
15    particular section of many sections of the document.
16       A.   What I probably did here was a word
17    search for the word debt.
18       Q.   Okay.  Who is -- and in the last
19    paragraph of this document, you say "What Noah was
20    referencing," and then you go on.
21             Who is Noah?
22       A.   Noah is Noah Kolatch, Jon Kolatch's son.
23       Q.   Does he work for Redwood?
24       A.   No.
25       Q.   So were you talking to Noah about the
```

| | |
|---|---|
| 1 | CONFIDENTIAL - Boyer - March 3, 2020 - CONFIDENTIAL |
| 2 | enabling act that existed at the time of the ERS bond |
| 3 | issuance in 2008. |
| 4 | Have you ever seen this document? |
| 5 | A. So I just want to clarify. The enabling |
| 6 | act that I have in this discussion document is |
| 7 | definitely the one that I could speak that I looked |
| 8 | at or referenced. How I came to find the enabling |
| 9 | act was I did a Google search for enabling act of |
| 10 | ERS, and I think on the GDB website they have some |
| 11 | key documents like the bond resolution and whatnot, |
| 12 | so that's what I relied on. |
| 13 | But this particularly, can I say that I |
| 14 | read this? It does not look familiar in that there |
| 15 | are strike throughs on text and such. |
| 16 | Q. Can you go to page 4 of the document, |
| 17 | please. |
| 18 | A. Sure. |
| 19 | Q. The top of the page it says "We must |
| 20 | note that the system was involved in the bond issue |
| 21 | transaction amounting to $3 billion. Such |
| 22 | transaction was so badly structured that rather than |
| 23 | yielding profits, it resulted in tremendous losses |
| 24 | that have accelerated the demise of the retirement |
| 25 | system. The bond issue was illegally made by the |

CONFIDENTIAL
Justin Boyer - March 3, 2020

Page 146

| | |
|---|---|
| 1 | CONFIDENTIAL - Boyer - March 3, 2020 - CONFIDENTIAL |
| 2 | system's administration, even though such transaction |
| 3 | was submitted to the Legislative Assembly for |
| 4 | approval and rejected by the House of Representatives |
| 5 | for deeming it detrimental to the system." |
| 6 | Do you see that? |
| 7 | A. I do. Was this passed, by the way? |
| 8 | Q. Do you recall -- let me ask you, do you |
| 9 | recall ever having seen this before? |
| 10 | A. No. |
| 11 | Q. Are you aware that the Legislative |
| 12 | Assembly of Puerto Rico made the statement that the |
| 13 | 2008 ERS bond issue had been illegally made? |
| 14 | MS. McGONIGLE: Objection. |
| 15 | A. I was not aware of that. |
| 16 | Q. If you go to page 12 of this document, |
| 17 | it says Section 7. And then it says, Section 1 -- or |
| 18 | sorry. "Section 4-105 of Acts No. 447 of May 15, |
| 19 | 1951, as amended, is hereby amended to read as |
| 20 | follows." |
| 21 | Do you see that? |
| 22 | A. Yeah. |
| 23 | Q. And then D says "Authorization to incur |
| 24 | debt." |
| 25 | This language begins in a manner that |

CONFIDENTIAL
Justin Boyer - March 3, 2020

Page 147

```
1        CONFIDENTIAL - Boyer - March 3, 2020 - CONFIDENTIAL
2    you may recognize from the prior version of the
3    enabling act that you copied in your e-mail that we
4    have been discussing, but there is a second sentence
5    that now says "Bond issues are hereby prohibited as
6    part of the direct placement of debts secured with
7    the assets of the system."
8             Do you see that?
9        A.   Yep.
10       Q.   Were you aware that the Puerto Rico
11   Legislative Assembly amended the enabling act to
12   include that language that I just read to you?
13            MS. McGONIGLE:  Objection.
14       A.   I was not aware of it.
15       Q.   Was anyone at Redwood aware of it?
16       A.   To my knowledge, no.
17       Q.   When I asked you about the statement we
18   looked at earlier in this document, was anyone at
19   Redwood aware of the statement that the bond issuance
20   in 2008 was illegally made?
21            MS. McGONIGLE:  Objection.
22       A.   Wait.  Can you just repeat that.
23       Q.   Well, I just want to make sure that
24   we're clear on the way I asked the question.
25            I think I asked if you had been aware of
```

CONFIDENTIAL
Justin Boyer - March 3, 2020

Page 148

```
1       CONFIDENTIAL - Boyer - March 3, 2020 - CONFIDENTIAL
2       the statement by the Legislative Assembly that the
3       bond issuance was illegally made.
4               What I'm asking now is whether anyone at
5       Redwood was aware of that.
6               MS. McGONIGLE:  Objection.
7       A.      I would say to my knowledge, no one at
8       Redwood was aware of statements by the legislature
9       that this was illegally issued, or that the bond was
10      illegally issued, no.
11      Q.      Did you ever discuss -- strike that.
12              Does Redwood have an understanding of
13      whether or not moving forward after -- now that the
14      act has been amended to include this language, of
15      whether ERS can still issue bonds?
16              MS. McGONIGLE:  Objection.  Calls for a
17          legal conclusion.  You can answer.
18      A.      I agree, it calls for a legal
19      conclusion.  I'm not...
20      Q.      Well, this language says "Bond issues
21      are hereby prohibited as part of the direct placement
22      of debt secured assets to the system."
23              Do you see that?
24      A.      We're on page 12 again?
25      Q.      Yeah.
```

CONFIDENTIAL
Justin Boyer - March 3, 2020

Page 149

```
1       CONFIDENTIAL - Boyer - March 3, 2020 - CONFIDENTIAL
2          A.    Page 12.  What do you want me to --
3          Q.    I'm just asking if Redwood has any
4       understanding if, given that inclusion of the
5       language in the statute, going forward, after this
6       amendment in 2011, ERS continued to have the ability
7       to publicly issue bonds.
8                MS. McGONIGLE:  Objection.
9          A.    Like I said, I haven't read this, I
10      haven't seen it.  So I can't state what -- we haven't
11      done any analysis on this.
12         Q.    Okay.
13               (Boyer Exhibit 11, Official Statement
14         for ERS Bonds, marked for identification, as of
15         this date.)
16         Q.    Mr. Boyer, do you recognize this
17      document?
18         A.    It looks to be the official statement.
19         Q.    For the ERS bonds?
20         A.    For the -- yes.
21         Q.    Earlier, we were talking about Redwood's
22      response to an interrogatory that asked -- actually,
23      strike that.
24               Earlier, we were talking about a
25      statement that Redwood made in counterclaims in this
```