# Exhibit 15

CONFIDENTIAL
Robert Doty – August 11, 2020

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF PUERTO RICO
 2                  PROMESA TITLE III
            CASE NO:  17-BK-03283 (LTS)
 3
    IN RE:  THE FINANCIAL OVERSIGHT AND
 4  MANAGEMENT BOARD FOR PUERTO RICO
              as representative of
 5
    THE COMMONWEALTH OF PUERTO RICO, et al.,
 6            Debtor(s).
    _____
 7
                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE DISTRICT OF PUERTO RICO
                    PROMESA TITLE III
 9              CASE NO:  17-BK-03566 (LTS)

10  IN RE:  THE FINANCIAL OVERSIGHT AND
    MANAGEMENT BOARD FOR PUERTO RICO
11            as representative of

12  THE EMPLOYEES RETIREMENT SYSTEM OF THE
    GOVERNMENT OF THE COMMONWEALTH OF PUERTO
13  RICO,
              Debtor(s).
14  _____

15

16

17                      CONFIDENTIAL

18

19       REMOTE VIDEOTAPED EXPERT DEPOSITION UNDER

20              ORAL EXAMINATION OF

21                  ROBERT DOTY

22              DATE: August 11, 2020

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Robert Doty - August 11, 2020

```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF PUERTO RICO
 2                ADV. PROC. NO:  17-00356 (LTS)

 3   THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL
     OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
 4   ACTING BY AND THROUGH ITS MEMBERS,
                  -and-
 5   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
     OF ALL TITLE III DEBTORS (OTHER THAN COFINA)
 6                -as co-trustees of
     THE EMPLOYEES RETIREMENT SYSTEM OF THE
 7   GOVERNMENT OF PUERTO RICO,
                  Plaintiff(s),
 8
                 vs.
 9
     DEFENDANT IM, et al.,
10                Defendant(s).
11   _____

12

13
                  IN THE UNITED STATES DISTRICT COURT
14                FOR THE DISTRICT OF PUERTO RICO
                  ADV. PROC. NO:  17-00357 (LTS)
15
16   THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL
     OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
17   ACTING BY AND THROUGH ITS MEMBERS,
                  -and-
18   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
     OF ALL TITLE III DEBTORS (OTHER THAN COFINA)
19                -as co-trustees of
     THE EMPLOYEES RETIREMENT SYSTEM OF THE
20   GOVERNMENT OF PUERTO RICO,
                  Plaintiff(s),
21
                 vs.
22
     STOEVER GLASS & CO., et al.,
23                Defendant(s).
     _____
24

25
```

CONFIDENTIAL
Robert Doty - August 11, 2020

Page 3

```
 1                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF PUERTO RICO
 2                     ADV. PROC. NO:  19-00359 (LTS)

 3

 4     THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL
       OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
       ACTING BY AND THROUGH ITS MEMBERS,
 5                -and-
       THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
 6     OF ALL TITLE III DEBTORS (OTHER THAN COFINA)
                  -as co-trustees of
 7     THE EMPLOYEES RETIREMENT SYSTEM OF THE
       GOVERNMENT OF PUERTO RICO,
 8               Plaintiff(s),

 9          vs.

10     DEFENDANT 1H-78H, et al.,
                 Defendant(s).
11     _____

12

13

14                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF PUERTO RICO
                       ADV. PROC. NO:  19-00361 (LTS)
15

16     THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL
       OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
17     ACTING BY AND THROUGH ITS MEMBERS,
                  -and-
18     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
       OF ALL TITLE III DEBTORS (OTHER THAN COFINA)
19                -as co-trustees of
       THE EMPLOYEES RETIREMENT SYSTEM OF THE
20     GOVERNMENT OF PUERTO RICO,
                 Plaintiff(s),
21
            vs.
22
       DEFENDANT 1G-50G, et al.,
23               Defendant(s).
       _____
24

25
```

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

CONFIDENTIAL
Robert Doty - August 11, 2020

```
 1                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF PUERTO RICO
 2                   ADV. PROC. NO:  19-00366 (LTS)

 3

      THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
 4    FOR PUERTO RICO,
                 -as representative of
 5    EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT
      OF THE COMMONWEALTH OF PUERTO RICO,
 6                 -and
      THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
 7    OF ALL TITLE III DEBTORS (OTHER THAN COFINA),
                 -as Section 926 trustee of
 8    THE COMMONWEALTH OF PUERTO RICO,
              Plaintiff(s),
 9

10         vs.

      ANDALUSIAN GLOBAL DESIGNATED ACTIVITY
11    COMPANY, et al.,
              Defendant(s).
12    _____

13                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF PUERTO RICO
14                   ADV. PROC. NO:  19-00367 (LTS)

15

16    THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
      FOR PUERTO RICO,
17                 -as representative of
      EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT
18    OF THE COMMONWEALTH OF PUERTO RICO,
                 -and
19    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
      OF ALL TITLE III DEBTORS (OTHER THAN COFINA),
20                 -as Section 926 trustee of
      THE COMMONWEALTH OF PUERTO RICO,
21              Plaintiff(s),

22         vs.

23    GLENDON OPPORTUNITIES FUND, LP, et al.,
              Defendant(s).
24    _____

25
```

CONFIDENTIAL
Robert Doty - August 11, 2020

1

2

3

4

5           TRANSCRIPT of the virtual videotaped

6     deposition of the expert witness, called for Oral

7     Examination in the above-captioned matter, said

8     deposition being taken by and before MICHAEL

9     FRIEDMAN, a Notary and Certified Court Reporter of

10    the State of New Jersey, via video teleconference,

11    by WebEx, on August 11, 2020, commencing at

12    approximately 9:35 in the morning.

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL
Robert Doty – August 11, 2020

```
1            THE COURT REPORTER:  My name is

2      Michael Friedman, a Certified Shorthand

3      Reporter.  This deposition is being held

4      via videoconferencing equipment.

5            The witness and reporter are not in

6      the same room.  The witness will be

7      sworn in remotely, pursuant to agreement

8      of all parties.  The parties stipulate

9      that the testimony is being given as if

10     the witness was sworn in person.

11     ///

12     ///

13     ///

14     ///

15     ///

16     ///

17     ///

18     ///

19     ///

20     ///

21     ///

22     ///

23     ///

24     ///

25     ///
```

CONFIDENTIAL
Robert Doty - August 11, 2020

1          THE VIDEOGRAPHER:  This is the

2    remote video recorded deposition of

3    Robert Doty.

4          Today is Tuesday, August 11, 2020.

5    The time is now 9:35 a.m. in the Eastern

6    time zone.

7          We are here in the matter of In Re,

8    The Financial Oversight and Management

9    Board for Puerto Rico as Representative

10   of the Commonwealth of Puerto Rico

11   et al., Debtor.

12         All counsel have been noted on

13   record.  My name is Jose Rivera, remote

14   video technician on behalf of Gregory

15   Edwards, LLC.

16         At this time, will the reporter,

17   Michael Friedman, of Gregory Edwards,

18   LLC please swear in the witness.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

1    R O B E R T   D O T Y,

2              called as an expert witness, having been

3    first duly sworn according to law, testifies as

4    follows:

5

6    EXAMINATION BY MR. STEWART:

7        Q    Good morning, Mr. Doty.  I'm Geoff

8    Stewart of the firm of Jones Day.  We

9    represent the bondholders of certain bonds

10   issued by the Employees Retirement System of

11   Puerto Rico.

12             (Whereupon a discussion was held

13   off the record.)

14       Q    Mr. Doty, I will refer to the

15   retirement system as "ERS," if that's okay

16   with you?

17       A    Understood.

18       Q    And I'm going to keep my voice up,

19   so I apologize if it sounds like I'm shouting

20   at you.  I apologize in advance for that.

21             Could you share your full name and

22   your residential address?

23       A    Robert Walter Doty, 988 Placid

24   Court, Arnold, Maryland, 21012.

25       Q    And how long have you lived in

CONFIDENTIAL
Robert Doty - August 11, 2020

```
 1        A     Based on the closings I have seen,

 2    the answer would be I doubt that they would

 3    have.

 4        Q     I'm asking about this closing.

 5              In this particular bond issue, do

 6    you know for a fact, as opposed to

 7    speculation, whether the underwriters owned

 8    the bonds for more than a nanosecond?

 9              MR. BASSETT:  Same objection.

10        A     No.

11        Q     Now -- so if we're talking about a

12    public offering, in the public offering, who

13    is buying the bonds?

14        A     The investors.

15        Q     "Investors" being individuals or

16    companies that buy bonds?

17        A     It would be -- in the public, it

18    would be a mixture of individuals, trusts,

19    estates, institutions, other dealers.

20              It would be a variety of parties.

21        Q     And they're buying the bonds from

22    somebody who owns the bonds already?

23              MR. BASSETT:  Objection.  Calls for

24        a legal conclusion.

25        A     They are committing to
```

CONFIDENTIAL
Robert Doty - August 11, 2020

Page 79

1    buy -- they're committing to pay for the

2    bonds through the underwriters.

3              That's what they're doing.

4        Q    And can they buy the bonds from

5    someone who does not own the bonds?

6              MR. BASSETT:  Same objection.

7        A    They can buy the bonds actually

8    from ERS, yes.  ERS owns the bonds.

9              They can buy the bonds from ERS.

10       Q    Did ERS -- well, let me back up.

11             By the way, are the underwriters

12   agents of ERS?

13             MR. BASSETT:  Objection.  Calls for

14       a legal conclusion.

15       A    No.

16       Q    So if I am a buyer of the bonds,

17   fair to say that I can't buy it except from

18   somebody who owns the bonds?

19       A    The investors are paying the

20   underwriters for the bonds that the investors

21   are going to receive at the time of the

22   closing.

23       Q    And those are the same underwriters

24   who bought the bonds from ERS.

25             Correct?

```
 1        A    They are the same underwriters who

 2   are parties to the purchase agreement, yes.

 3        Q    And in the purchase agreement,

 4   who's purchasing bonds?

 5        A    In the purchase agreement, the

 6   purchase agreement says the underwriters are

 7   agreeing to buy it, to purchase the bonds,

 8   it's a purchase-sale transaction, and to make

 9   up the public offering.

10             At the time they do that, they have

11   investors simultaneously on the other side of

12   the transaction who are paying for the bonds.

13        Q    Although you've testified, have you

14   not, you do not know, in this particular

15   transaction, what happened?

16             MR. BASSETT:  Objection.

17        A    I do not.

18        Q    Now, let's go back to Paragraph 4.

19   It says here, in the very first sentence,

20   Paragraph 4, page 3, Exhibit 7, "The

21   underwriters agree to make a bona fide public

22   offering of the bonds solely within

23   Puerto Rico at prices not in excess of the

24   initial public prices (or not less than the

25   yields) set forth on the inside cover of the
```