# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning session:
Set: 9:30 AM (AST)
Started: 9:44 AM(AST)
Ended: 10:10 AM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**          DATE: October 29, 2020
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: María Luz Díaz Santiago
COURT REPORTER: Amy Walker
Contract Interpreter: Edith E. Ayala Martínez

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*.<br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |

**Hearing concerning omnibus objections to claims held.**

Interpreter Edith E. Ayala Martínez was sworn in.

Claimants whose claims are subject of the Hearing did not show up at the Prime Clerk collection center located at Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan PR 00918.

Laura Stafford, Esq., counsel for the Financial Oversight and Management Board for Puerto Rico, addressed the Court regarding the specific objections on the agenda.

3:17-BK-3283 (LTS)
Hearing Concerning Omnibus Objections to Claims – October 29, 2020

I. **CONTESTED MATTERS**

1. Seventy-Eight Omnibus Objection to Claims. [Case No. 17-3283; ECF No. 8964]
   - Claim of Maricely Colón González (Claim No. 28925) – Disallowed in its entirety.
   - Claim of Nilda E. Cruz Avilés (Claim No. 57563) – Disallowed in its entirety.

2. Seventy-Ninth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8965]
   - Claim of Teobaldo Cuevas (Claim No. 63394) – Disallowed in its entirety.

3. Eightieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 8967]
   - Claim of Elena Luna Colón (Claim No. 13397) – Disallowed in its entirety.
   - Claim of René Malpica Ortiz (Claim No. 52668) – Disallowed in its entirety.

4. Eighty-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 8970]
   - Claim of Vilma I. Vicente Arias (Claim No. 20678) – The objection is sustained as to claim number 20678 to the extent that the claim will be reclassified as one against PREPA and not against the Commonwealth.

5. Eighty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 8976]
   - Claim of Ivett S. Matos (Claim No. 50248) – Disallowed in its entirety.

**Next scheduled hearing concerning additional omnibus claims objections is set for NOVEMBER 18, 2020 at 9:30 AM (AST) before Judge Laura Taylor Swain**.

s/María Luz Díaz
Maria Luz Díaz Santiago
Courtroom Deputy