# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA |
| | Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS |
| As a representative of | **(Jointly Administered)** |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | Re: Dkt. No. 13280 |
| **Debtors.**[1] | |

### CERTIFICATE OF NO OBJECTION REGARDING *FIRST INTERIM AND CONSOLIDATED APPLICATION OF EDGE LEGAL STRATEGIES P.S.C., LOCAL COUNSEL TO THE FEE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 2018 THROUGH JANUARY, 2020*

I, Eyck O. Lugo, counsel to the Fee Examiner in the above-captioned cases, hereby certify as follows:

1.  On May 31, 2020, the Fee Examiner filed the *First Interim and Consolidated Application of EDGE Legal Strategies, P.S.C., Local Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 2018 to January 2020* [Dkt. No. 13,280] *(*the "**First Interim Fee Application**").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. Objections to the First Interim Fee Application were to be filed and served no later than June 22, 2020 (the "**Objection Deadline**").

3. The undersigned certifies that, following the Objection Deadline, he has reviewed the Court's docket in this case and that no applicable objection, responsive pleading, or request for a hearing with respect to the First Interim Fee Application appears on the docket.

**WHEREFORE,** the Fee Examiner respectfully requests that the Court enter the order attached as **Exhibit A** at its earliest convenience.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

Dated this 29th day of October, 2020.

        EDGE Legal Strategies, PSC

        *s/Eyck O. Lugo*
        Eyck O. Lugo
        252 Ponce de León Avenue
        Citibank Tower, 12th Floor
        San Juan, PR 00918
        Telephone: (787) 522-2000
        Facsimile: (787) 522-2010

        *Puerto Rico Counsel for Fee Examiner*

**Exhibit A: Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **In re** | ) **PROMESA** <br> ) **Title III** <br> ) <br> **THE FINANCIAL OVERSIGHT AND** ) **No. 17 BK 3283-LTS** <br> **MANAGEMENT BOARD FOR PUERTO RICO,** ) <br> ) **(Jointly Administered)** <br> ) <br> As a representative of ) <br> ) <br> **THE COMMONWEALTH OF PUERTO RICO** ) <br> *et al.*, ) <br> ) <br> **Debtors.**[2] ) |

**ORDER ALLOWING FIRST INTERIM AND CONSOLIDATED APPLICATION OF
EDGE LEGAL STRATEGIES, P.S.C., LOCAL COUNSEL FOR THE FEE EXAMINER**

This matter coming before the Court on the *First Interim and Consolidated Application of EDGE Legal Strategies, P.S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 2018 to January 2020* [Dkt. No. 13280] (the "**Application**"), pursuant to section 316 of the *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"), 48 U.S.C. §§ 2101-2241, and Rule

---

[2] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801 (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3

2016 of the Federal Rules of Bankruptcy Procedure, for the interim allowance of certain fees and expenses, incurred by the applicants for the specific period of time set forth in the Application (the "**Compensation Period**"), filed in accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269] (the "**Interim Compensation Order**"), the *Eleventh Amended Notice, Case Management and Administrative Procedures* [Dkt. No. 11885-1] (the "**Case Management Procedures**"), the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 3324] (the "**Fee Examiner Order**"), and the *Order Authorizing the Employment of EDGE Legal Strategies, P.S.C. as Local Counsel to the Fee Examiner* [Dkt. No. 1992], and the Court having reviewed the Application; and the Court finding that:

(a) the Court has jurisdiction over this matter pursuant to PROMESA section 306(a); and

(b) notice of the Application and the hearing thereon was adequate under the circumstances; and,

(c) all parties with notice of the Application have been afforded the opportunity to be heard on the Application, and no objections having been filed; now therefore

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED on an interim basis.

2. The applicants are allowed (a) $24,177.50 in interim compensation for services rendered during the Compensation Period and (b) $559.40 in interim reimbursement for actual and necessary expenses incurred during the Compensation Period.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay the applicants—within 15 days of the entry

of this order—100 percent of the fees for services rendered and 100 percent of the expenses incurred during the Compensation Period.

Dated: November \_\_\_\_, 2020.

_____
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT COURT JUDGE