```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF PUERTO RICO

 3
      In Re:                  )      Docket No. 3:17-BK-3283(LTS)
 4                            )
                              )      PROMESA Title III
 5    The Financial Oversight and )
      Management Board for      )
 6    Puerto Rico,             )      (Jointly Administered)
                              )
 7    as representative of      )
                              )
 8    The Commonwealth of       )
      Puerto Rico, et al.       )      October 29, 2020
 9                            )
                   Debtors,    )
10
      _____
11

12                    OMNIBUS HEARING

13    BEFORE THE HONORABLE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN

14              UNITED STATES DISTRICT COURT JUDGE

15    AND THE HONORABLE U.S. MAGISTRATE JUDGE JUDITH GAIL DEIN

16              UNITED STATES DISTRICT COURT JUDGE

17    _____

18
      APPEARANCES:
19
      ALL PARTIES APPEARING TELEPHONICALLY
20
      For The Commonwealth
21    of Puerto Rico, et al.:  Ms. Laura Stafford, PHV

22

23

24

25    Proceedings recorded by stenography.  Transcript produced by
      CAT.
```

```
 1                              I N D E X

 2   WITNESSES:                                        PAGE

 3          None.

 4

 5   EXHIBITS:

 6          None.

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                                     San Juan, Puerto Rico
 2                                     October 29, 2020
 3                                     At or about 9:43 AM
 4                        *      *      *
 5          THE COURT:  Buenos dias.  Good morning.  This is
 6   Judge Swain speaking.
 7          MS. NG:  Hi, Judge.  It's Lisa.
 8          THE COURT:  Good morning.  Maria Luz, would you
 9   please --
10          COURTROOM DEPUTY:  Good morning, Your Honor.
11          THE COURT:  Good morning.
12          COURTROOM DEPUTY:  Good morning, Judge.
13          THE COURT:  Would you announce the case, please?
14          COURTROOM DEPUTY:  Sure, Judge.
15          The United States District Court for the District of
16   Puerto Rico is now in session.  The Honorable Laura Taylor
17   Swain presiding.  Also sitting, the Honorable Judith Gail
18   Dein.  God save the United States of America and this
19   Honorable Court.
20          Bankruptcy Case No. 2017-3283, *In re:  The Financial*
21   *Oversight and Management Board for Puerto Rico as*
22   *representative of the Commonwealth of Puerto Rico, et al.*, for
23   further Omnibus Hearing.
24          THE COURT:  Thank you.
25          Again, good morning and welcome, counsel, parties in
```

1   interest, and members of the public and press.  Today's

2   telephonic hearing is for the purpose of addressing several

3   pending Omnibus Claim Objections.

4        To ensure the orderly operation of today's telephonic

5   hearing, all parties on the line must mute their phones when

6   they are not speaking.  If you are accessing these proceedings

7   on a computer, please be sure to select "mute" on both the

8   Court Solutions dashboard and your phone.  When you need to

9   speak, you must unmute on both the dashboard and the phone.

10        I remind everyone that consistent with court and

11   judicial conference policies, and the Orders that have been

12   issued, no recording or retransmission of the hearing is

13   permitted by any person, including but not limited to the

14   parties, members of the public, or the press.  Violations of

15   this rule may be punished with sanctions.

16        I will be calling on each speaker during this

17   proceeding.  Please do not interrupt each other or me during

18   this hearing.  If we interrupt each other, it is difficult to

19   create an accurate transcript of the proceedings.

20        Having said that, I apologize in advance for breaking

21   this rule, because I may interrupt if I have questions, or if

22   you go beyond your allotted time.  If anyone has difficulty

23   hearing me or another participant, please say something

24   immediately.

25        The Agenda for today's hearing was filed by the

1  Oversight Board on Tuesday, October 27th, 2020.  The Agenda,

2  which was filed as Docket Entry No. 14961 in Case No. 17-3283,

3  is available to the public at no cost on Prime Clerk for those

4  who are interested.

5      The Oversight Board attorneys will have up to ten

6  minutes to address each specific response to the Claim

7  Objections, including any time required for interpretation

8  into Spanish.  The persons contesting the claim objections

9  will each have up to 12 minutes to respond to the Objection,

10 and the Oversight Board's attorney will have up to five

11 minutes for reply.  These time limits also include any time

12 required for interpretation into English.

13     The Court will be keeping track of the time and will

14 alert each speaker when their time is up with a buzz -- sorry,

15 alert each speaker two minutes before their time is up with a

16 buzz, and then with two buzzes when the time is up.

17     Ethan, would you please play the buzz sound?

18     (Sound played.)

19     THE COURT:  Thank you.

20     If we need to take a break, I will direct everyone to

21 disconnect and dial back in at a specified time.  This

22 morning's portion of the hearing will go from 9:30 AM to 12:00

23 PM, and if it's necessary, we will resume at 1:00 PM and go to

24 5:00 PM.

25     The first Agenda Item is the 78th Omnibus Objection,

1  and I would invite now counsel for the Oversight Board to

2  explain the Objection and the specific objections to the

3  people that we're hearing today.

4       MS. STAFFORD:  Thank you, Your Honor.  This is Laura

5  Stafford from Proskauer Rose on behalf of the Financial

6  Oversight Board.

7       The first objection, the 78th Omnibus Objection,

8  seeks to disallow in its entirety a proof of claim that

9  asserted interest based on salary, demands, employment, or

10  services provided, but also provides no basis for asserting

11  liability against the debtors.

12       THE COURT:  Ms. Stafford, I'm just going to ask you

13  to speak a little slower and a little louder in case there is

14  interpretation that is going on, and also, it will help me to

15  hear you more clearly.

16       MS. STAFFORD:  Sure.  Of course.  Sorry, Your Honor.

17       We have two Responses that remain outstanding with

18  respect to this 78th Omnibus Objection.  And the first one

19  that we have identified on the Agenda is filed by Maricely

20  Colon Gonzalez, and this relates to Proof of Claim No. 28925.

21       We received -- the debtors received a mailed Response

22  from Ms. Colon Gonzalez, which was filed on the docket at ECF

23  No. 14789-3.  The Response contains a copy of our outreach

24  mailing, and on that outreach mailing, the claimant asserts

25  that her claim has been paid already by the Puerto Rico Police

1   Department, and that the claim can, therefore, be canceled.

2           As it no longer appears that the claimant intends to

3   pursue her claim, we would request the Court grant the

4   Objection and disallow the claim, notwithstanding the

5   Response.

6           THE COURT:  Because the Response indicates that the

7   claimant has already been paid and is no longer seeking to

8   pursue this claim, the Objection is sustained and the claim

9   will be stricken.

10          MS. NG:  Judge, it's Lisa.

11          THE COURT:  Yes.

12          MS. NG:  Judge, it's Lisa.

13          THE COURT:  Yes.

14          MS. NG:  I'm sorry to interrupt.  Apparently the

15  interpreter needs to be sworn in.  She's not sworn in.

16          THE COURT:  Oh, all right.  And so, Ms. Ng, would you

17  please have the interpreter state her name, and swear her in?

18          MS. NG:  Let me find out from Carmen, because --

19          THE COURT:  Maybe Maria Luz can swear her in.  We'll

20  wait until you tell us we're ready.

21          MS. NG:  Okay.  Give me one second.  I'm doing it

22  right now.  I'm texting.  Sorry.

23          They said that they can swear her in on the record if

24  the Court wants her to do so.

25          THE COURT:  Okay.  I do.

1        So who is there who's got -- is Ms. Tacoronte there

2   and in a position to swear in the interpreter?

3        MS. NG:  Let me find out.

4        Jake just texted Carmen and said, yes, she'd like to

5   swear the interpreter in, please.

6        THE COURT:  Okay.  And ask her to do that on the

7   record.

8        MS. NG:  I just texted her, Judge.

9        THE COURT:  Okay.

10       MS. NG:  Oh, God.  Carmen just texted us to say the

11  lines are not working now.

12       THE COURT:  Oh, no.  All right.  Well, we will wait

13  until we hear that that's been sorted out.

14       MS. TACORONTE:  Good morning, Your Honor.  Can you

15  hear me?

16       THE COURT:  Yes, I can.  Good morning.

17       MS. TACORONTE:  Oh, finally.  I'm so sorry, Your

18  Honor.  This is Carmen, for the record.  Here with me is Ms.

19  --

20       THE INTERPRETER:  Edith Ayala.

21       MS. TACORONTE:  -- Edith Ayala, A-y-a-l-a.

22       And the interpreter brought to me by Prime Clerk, she

23  is not certified, so if Your Honor allows me, I will proceed

24  to swear her in.

25       THE COURT:  Yes.  Would you, please?

1          MS. TACORONTE:  Yes.

2          Please raise your right hand.  Do you solemnly swear

3   that you will justly, truly, fairly and impartially act as an

4   interpreter in the case now before the Court?

5          THE INTERPRETER:  Yes, I so swear.

6          MS. TACORONTE:  So help you God.

7          THE INTERPRETER:  Thank you.

8          MS. TACORONTE:  We are good to go, Your Honor.

9          THE COURT:  Thank you.

10         MS. TACORONTE:  I think we're still waiting for

11  speakers, so I will stand by, Your Honor, and I will contact

12  the law clerk and Lisa.

13         THE COURT:  Are there any speakers there waiting at

14  all yet?

15         MS. TACORONTE:  I don't think so, Your Honor.  I'm

16  back here, so if you allow me, I will move to the front area

17  of the office to verify.  But the rooms are kind of separated

18  from the reception.

19         THE COURT:  All right.  So I just ruled on a claim

20  where the person had written in and said that they don't want

21  to pursue their claim at all.  And, Ms. Stafford, with your

22  indulgence, we'll wait until Ms. Tacoronte makes her sweep to

23  see whether there is anyone there waiting to speak, just in

24  case someone who hadn't reached out to you, but is the subject

25  of this, is waiting.  And in particular, Ms. Cruz Aviles, who

1    I guess is the other person who is the subject of the 78th

2    Objection.

3            Is that all right with you, Ms. Stafford?

4            MS. STAFFORD:  Of course, Your Honor.

5            THE COURT:  Okay.  So we'll wait, Ms. Tacoronte,

6    until we hear again from you.  We'll just wait here quietly.

7            MS. STAFFORD:  Thank you, Your Honor.

8            MS. TACORONTE:  Thank you.

9            THE COURT:  Thank you.

10           MS. TACORONTE:  Your Honor.

11           THE COURT:  Yes.

12           MS. TACORONTE:  I have just received confirmation

13   that there are no speakers waiting at the reception area.

14           THE COURT:  Thank you.

15           Well, since it is now 9:57 AM, and the hearing was

16   announced for 9:30 AM, we will go forward with the

17   presentation of the Objections and rulings.  If anyone does

18   turn up, and that's brought to the attention of Ms. Tacoronte

19   and the people at the site, then we will deal with that in a

20   way that is appropriate if someone turns up before we have

21   concluded the hearing.

22           And so, Ms. Stafford, would you please continue as to

23   the 78th Omnibus Objection?

24           MS. STAFFORD:  Of course.  The second remaining

25   Response with respect to the 78th Omnibus Objection was -- it

1    was filed by Nilda Cruz Aviles, Proof of Claim No. 57563.

2    This Response was also mailed to the debtors, and we filed it

3    on the docket at ECF No. 14789-1.

4         The Response contains a copy of our outreach mailing,

5    and on that mailing, the claimant purports to assert

6    liabilities arising out of a litigation, but the only case

7    number that has been provided is the number of the

8    Commonwealth Title III case.  And the creditor lists PROMESA

9    Proof of Claim as the title of the case and the basis for her

10   assertion of liabilities.

11        Accordingly, because the claimant still has not

12   provided sufficient information to enable the debtors to

13   process the claim, we would request the Court grant the

14   Objection and disallow the claim, notwithstanding the

15   Response.

16        THE COURT:  The 78th Omnibus Objection is sustained

17   as to the claim of Nilda E. Cruz Aviles, which has the number

18   57563.  And that claim is disallowed in its entirety, because

19   the claim and Supplemental Response from the claimant failed

20   to provide sufficient information to support the claim.

21   Accordingly, it is disallowed.  Thank you.

22        MS. STAFFORD:  Thank you very much, Your Honor.

23        THE COURT:  And now I --

24        MS. STAFFORD:  And -- I'm sorry.

25        THE COURT:  Do we go on now to the 79th?

1          MS. STAFFORD:  That works for me, if it works for

2     you, Your Honor.

3          THE COURT:  That's what's next on the Agenda list.

4          MS. STAFFORD:  Yes.

5          THE COURT:  Was there anything else with respect to

6     the 78th?

7          MS. STAFFORD:  I don't believe so, no.

8          THE COURT:  All right.  So let's go on to the 79th

9     then.

10         MS. STAFFORD:  Okay.  Great.

11         The 79th Omnibus Objection, which is filed at ECF No.

12    8965, sought to disallow in their entirety Proof of Claim

13    asserting interest based on salary, demands, employment, or

14    services provided, but failed to provide a basis for asserting

15    liability against the debtors.

16         We have one Response to this Objection that remains

17    outstanding, and it was submitted by Teobaldo Cuevas, Proof of

18    Claim No. 63394.  This Response was also mailed to the

19    debtors, and it has been filed on the docket at ECF No.

20    14790-1.

21         This Response contains several pages from the 79th

22    Omnibus Objection, but it does not contain any additional

23    information that the debtors would need in order to process

24    the claim.  Accordingly, because the claimant still has not

25    provided sufficient information, we would request the Court

1    grant the Objection and disallow the claim, notwithstanding

2    Mr. Cuevas' Response.

3            THE COURT:  Thank you.

4            The 79th Omnibus Objection is sustained as to Claim

5    No. 63394 of Teobaldo Cuevas.  And that claim is disallowed in

6    its entirety, because the claimant has failed to provide any

7    additional information at all.

8            MS. STAFFORD:  Thank you, Your Honor.

9            THE COURT:  Thank you.

10           Next on the Agenda is the 80th Omnibus Objection?

11           MS. STAFFORD:  Yes, Your Honor.

12           The 80th Omnibus Objection, which was filed at ECF

13   No. 8967, this Objection also seeks to disallow in their

14   entirety proofs of claim that asserted interest based on

15   salary, demands, employment, or services provided, but that

16   failed to provide a basis for asserting liability against the

17   debtors.

18           There are two Responses that remain outstanding.  The

19   first of those was submitted by Elena Luna Colon, Proof of

20   Claim No. 13397.  This Response was also mailed to the

21   debtors, and we have filed it on the docket at ECF No.

22   14792-3.

23           This Response contains several printed pages from

24   Prime Clerk's website and the copy of the claimant's Proof of

25   Claim, but it does not provide any additional information that

1    would be needed in order to process the claim.  Accordingly,

2    because the claimant still has not provided sufficient

3    information to enable the debtors to process the claim, we

4    would request the Court grant the Objection and disallow the

5    claim, notwithstanding the Response.

6              THE COURT:  Thank you.

7              The 80th Omnibus Objection is sustained as to Claim

8    No. 13391 of Elena Luna Colon.  And that claim is disallowed

9    in its entirety, because the claim and the Supplemental

10   Response from the claimant failed to provide sufficient

11   information to support a claim.

12             MS. STAFFORD:  Thank you, Your Honor.

13             The second Response that remains outstanding with

14   respect to this Objection was submitted by Rene Malpica Ortiz,

15   who had filed Proof of Claim No. 52668.  This Response was

16   also mailed to the debtors, and we have filed it on the docket

17   at ECF No. 14792-3.

18             This Response also contains a copy of our outreach

19   mailing.  And on that outreach mailing, the claimant purports

20   to assert liabilities arising out of a litigation.  However,

21   the only case number that this claimant provides is the number

22   of the Commonwealth Title III case.

23             Accordingly, because the claimant still has not

24   provided sufficient information to enable the debtors to

25   process the claim, we would request the Court grant the

1    Objection and disallow the claim, notwithstanding the

2    Response.

3              THE COURT:  Thank you.

4              The 80th Omnibus Objection is sustained as to Claim

5    No. 52668 of Rene Malpica Ortiz.  And that claim is disallowed

6    in its entirety, because the claim and Supplemental Response

7    from the claimant failed to provide sufficient information to

8    support a claim.

9              MS. STAFFORD:  Thank you.

10             THE COURT:  The next Agenda Item is the 83rd Omnibus

11   Objection.

12             MS. STAFFORD:  Yes.  Thank you, Your Honor.

13             The 83rd Omnibus Objection, which was filed at ECF

14   No. 8970, this Objection also sought to disallow in their

15   entirety Proofs of Claim asserting interest based on salary,

16   demands, employment, or services provided, but which failed to

17   provide a basis for asserting liability against the debtors.

18             Only one Response remains outstanding, and this one

19   was submitted by Vilma Vicente Arias, Proof of Claim No.

20   20678.  This Response was also mailed to the debtors, and we

21   have filed it on the docket at ECF No. 14792-1.  This Response

22   contains a completed mailing, but that mailing asserts a claim

23   against the Puerto Rico Electric Power Authority for allegedly

24   unpaid Christmas bonuses.

25             Accordingly, any liabilities should be asserted

1  against PREPA and not against the Commonwealth.  And so the

2  debtors would request the Court grant the Objection and

3  reclassify the claim to be asserted against PREPA.  And we'll

4  be happy to submit a revised Proposed Order so indicating.

5          THE COURT:  Thank you.

6          And so, to be clear, your proposal is that the claim

7  be disallowed as against the Commonwealth, but recognized as a

8  claim asserted against PREPA, without the claimant having to

9  refile the claim as one against PREPA?

10          MS. STAFFORD:  That is correct.  And, of course,

11  while reserving our rights to object to the claim against

12  PREPA, we, you know, would like for it to be properly asserted

13  against the correct debtor.

14          THE COURT:  Very well.  That application is granted.

15  The 83rd Omnibus Objection is sustained as to Claim No. 20678,

16  which is Vilma Vicente Arias, to the extent that the claim

17  will be reclassified as one against PREPA, and not against the

18  Commonwealth.

19          MS. STAFFORD:  Thank you, Your Honor.

20          THE COURT:  The next Agenda Item is the 87th Omnibus

21  Objection.

22          MS. STAFFORD:  Yes, Your Honor.

23          The 87th Omnibus Objection, which we filed at ECF No.

24  8976, this Objection also seeks to disallow in their entirety

25  proofs of claim asserting interest based on salary, demands,

1   employment, or services provided, but which failed to provide

2   a basis for asserting liability against the debtors.

3          Only one Response remains outstanding with respect to

4   this Omnibus Objection, and it was submitted by Ivett Matos.

5   Proof of Claim No. 50248.  This Response was submitted to the

6   Court and filed on the docket at ECF No. 9736.  This Response

7   contains a handwritten letter providing information regarding

8   an updated mailing address for the claimant, but it does not

9   provide any additional information that has been needed to

10  process the claim.

11         Consistent with the Court's orders, we've attempted

12  to reach out to the claimant to obtain additional information,

13  but, to date, have not been able to reach her.  And

14  accordingly, because the claimant has not provided sufficient

15  information to enable the debtors to process the claim, we

16  would request the Court grant the Objection and disallow the

17  claim, notwithstanding Ms. Matos' Response.

18         THE COURT:  Thank you.

19         The 87th Omnibus Objection is sustained as to Claim

20  No. 50248 of Ivett Matos.  And that claim is disallowed in its

21  entirety, because the claimant has failed to provide

22  information necessary to substantiate the claim.

23         And that is the last item that is on the Agenda.

24  Ms. Stafford, are there any further matters that need to be

25  addressed today?

```
1              MS. STAFFORD:  I don't believe so, Your Honor.

2              THE COURT:  Ms. Tacoronte, can you hear us?

3              (No response.)

4              THE COURT:  I would just -- I'm going to ask that Ms.

5    Ng text Ms. Tacoronte to confirm that there are no people

6    there seeking to speak before we adjourn.

7              MS. NG:  Yes, Judge.  I will do it right now.

8              THE COURT:  Thank you.

9              MS. NG:  Give me one second.

10             MS. TACORONTE:  Your Honor, this is Carmen.

11             THE COURT:  Yes.

12             MS. TACORONTE:  I'm sorry.  I had to move to another

13   room.

14             If Your Honor will be so gracious and repeat the

15   question?

16             THE COURT:  The question is whether anyone has

17   arrived to speak, because we have finished the Agenda

18   business, and otherwise, I will adjourn if no one is waiting

19   to speak.

20             MS. TACORONTE:  I have been advised that there is no

21   one else here.

22             THE COURT:  Very well then.  Our Agenda is concluded

23   for today.  The next scheduled hearing is the November 18th,

24   2020, hearing concerning additional Omnibus Claim Objections.

25   That hearing will begin at 9:30 AM, Atlantic Standard Time.
```

1          As always, I would like to thank the court staff in

2    Puerto Rico, Boston and New York for their work in preparing

3    for and conducting today's hearing, and their ongoing

4    outstanding support of the administration of these very

5    complex cases.

6          Stay safe and keep well, everyone.  We are adjourned.

7          (At 10:09 AM, proceedings concluded.)

8                        *     *     *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

20

```
 1  U.S. DISTRICT COURT    )

 2  DISTRICT OF PUERTO RICO)

 3

 4       I certify that this transcript consisting of 20 pages is

 5  a true and accurate transcription to the best of my ability of

 6  the proceedings in this case before the Honorable United

 7  States District Court Judge Laura Taylor Swain, and the

 8  Honorable United States Magistrate Judge Judith Gail Dein on

 9  October 29, 2020.

10

11

12

13  S/ Amy Walker

14  Amy Walker, CSR 3799

15  Official Court Reporter

16

17

18

19

20

21

22

23

24

25
```

< Dates >
November 18th, 2020
  18:23
October 27th, 2020
  5:1
October 29, 2020
  1:16, 3:2, 20:9


< 1 >
10:09 19:7
12 5:9
12:00 5:22
13391 14:8
13397. 13:20
14789-1. 11:3
14789-3. 6:23
14790-1. 12:20
14792-1. 15:21
14792-3. 13:22,
  14:17
14961 5:2
17-3283 5:2
17-BK-3283(LTS 1:6
1:00 5:23


< 2 >
20 20:4
2017-3283 3:20
20678 16:15
20678. 15:20
28925. 6:20


< 3 >
3799 20:14
3: 1:6


< 5 >
50248 17:20
50248. 17:5
52668 15:5
52668. 14:15
57563. 11:1, 11:18
5:00 5:24


< 6 >

63394 13:5
63394. 12:18


< 7 >
78th 5:25, 6:7,
  6:18, 10:1, 10:23,
  10:25, 11:16, 12:6
79th 11:25, 12:8,
  12:11, 12:21, 13:4


< 8 >
80th 13:10, 13:12,
  14:7, 15:4
83rd 15:10, 15:13,
  16:15
87th 16:20, 16:23,
  17:19
8965 12:12
8967 13:13
8970 15:14
8976 16:24


< 9 >
9736. 17:6
9:30 5:22, 10:16,
  18:25
9:43 3:3
9:57 10:15


< A >
A-y-a-l-a 8:21
ability 20:5
able 17:13
accessing 4:6
Accordingly 11:11,
  11:21, 12:24,
  14:1, 14:23,
  15:25, 17:14
accurate 4:19, 20:5
act 9:3
additional 12:22,
  13:7, 13:25, 17:9,
  17:12, 18:24
address 5:6, 17:8
addressed 17:25
addressing 4:2

adjourn 18:6, 18:18
adjourned 19:6
Administered 1:11
administration 19:4
advance 4:20
advised 18:20
Agenda 4:25, 5:1,
  5:25, 6:19, 12:3,
  13:10, 15:10,
  16:20, 17:23,
  18:17, 18:22
al 1:16, 1:34, 3:22
alert 5:14, 5:15
allegedly 15:23
allotted 4:22
allow 9:16
allows 8:23
already 6:25, 7:7
America 3:18
Amy 20:13, 20:14
announce 3:13
announced 10:16
apologize 4:20
Apparently 7:14
APPEARANCES 1:29
APPEARING 1:31
appears 7:2
application 16:14
appropriate 10:20
area 9:16, 10:13
Arias 15:19, 16:16
arising 11:6, 14:20
arrived 18:17
assert 11:5, 14:20
asserted 6:9, 13:14,
  15:25, 16:3, 16:8,
  16:12
asserting 6:10,
  12:13, 12:14,
  13:16, 15:15,
  15:17, 16:25, 17:2
assertion 11:10
asserts 6:24, 15:22
Atlantic 18:25
attempted 17:11
attention 10:18
attorney 5:10
attorneys 5:5
Authority 15:23
available 5:3

Aviles 9:25, 11:1,
  11:17
Ayala 8:20, 8:21


< B >
back 5:21, 9:16
Bankruptcy 3:20
based 6:9, 12:13,
  13:14, 15:15,
  16:25
basis 6:10, 11:9,
  12:14, 13:16,
  15:17, 17:2
begin 18:25
behalf 6:5
believe 12:7, 18:1
best 20:5
beyond 4:22
Board 1:10, 3:21,
  5:1, 5:5, 5:10,
  6:1, 6:6
bonuses 15:24
Boston 19:2
break 5:20
breaking 4:20
brought 8:22, 10:18
Buenos 3:5
business 18:18
buzz 5:14, 5:16,
  5:17
buzzes 5:16


< C >
calling 4:16
canceled 7:1
Carmen 7:18, 8:4,
  8:10, 8:18, 18:10
Case 3:13, 3:20,
  5:2, 6:13, 9:4,
  9:24, 11:6, 11:8,
  11:9, 14:21,
  14:22, 20:6
cases 19:5
CAT 1:43
certified 8:23
certify 20:4
Christmas 15:24
claimant 6:24, 7:2,

7:7, 11:5, 11:11,
  11:19, 12:24,
  13:6, 13:24, 14:2,
  14:10, 14:19,
  14:21, 14:23,
  15:7, 16:8, 17:8,
  17:12, 17:14,
  17:21
clear 16:6
clearly 6:15
Clerk 5:3, 8:22,
  9:12, 13:24
Colon 6:20, 6:22,
  13:19, 14:8
Commonwealth 1:15,
  1:33, 3:22, 11:8,
  14:22, 16:1, 16:7,
  16:18
completed 15:22
complex 19:5
computer 4:7
concerning 18:24
concluded 10:21,
  18:22
concluded. 19:7
conducting 19:3
conference 4:11
confirm 18:5
confirmation 10:12
Consistent 4:10,
  17:11
consisting 20:4
contact 9:11
contain 12:22
contains 6:23, 11:4,
  12:21, 13:23,
  14:18, 15:22, 17:7
contesting 5:8
continue 10:22
copy 6:23, 11:4,
  13:24, 14:18
correct 16:10, 16:13
cost 5:3
counsel 3:25, 6:1
course 6:16, 10:4,
  10:24, 16:10
COURTROOM 3:10,
  3:12, 3:14
create 4:19
creditor 11:8

Cruz 9:25, 11:1,
  11:17
CSR 20:14
Cuevas 12:17, 13:2,
  13:5


< D >
dashboard 4:8, 4:9
date 17:13
deal 10:19
debtor 16:13
Debtors 1:18, 6:11,
  6:21, 11:2, 11:12,
  12:15, 12:19,
  12:23, 13:17,
  13:21, 14:3,
  14:16, 14:24,
  15:17, 15:20,
  16:2, 17:2, 17:15
Dein 1:25, 3:18,
  20:8
demands 6:9, 12:13,
  13:15, 15:16,
  16:25
Department 7:1
DEPUTY 3:10, 3:12,
  3:14
dial 5:21
dias 3:5
difficult 4:18
difficulty 4:22
direct 5:20
disallow 6:8, 7:4,
  11:14, 12:12,
  13:1, 13:13, 14:4,
  15:1, 15:14,
  16:24, 17:16
disallowed 11:18,
  11:21, 13:5, 14:8,
  15:5, 16:7, 17:20
disconnect 5:21
District 1:1, 1:3,
  1:23, 1:24, 1:26,
  3:15, 20:1, 20:2,
  20:7
Docket 1:6, 5:2,
  6:22, 11:3, 12:19,
  13:21, 14:16,
  15:21, 17:6

doing 7:21
during 4:16, 4:17


< E >
E. 11:17
ECF 6:22, 11:3,
    12:11, 12:19,
    13:12, 13:21,
    14:17, 15:13,
    15:21, 16:23, 17:6
Edith 8:20, 8:21
Electric 15:23
Elena 13:19, 14:8
employment 6:9,
    12:13, 13:15,
    15:16, 17:1
enable 11:12, 14:3,
    14:24, 17:15
English 5:12
ensure 4:4
entirety 6:8, 11:18,
    12:12, 13:6,
    13:14, 14:9, 15:6,
    15:15, 16:24,
    17:21
Entry 5:2
et 1:16, 1:34, 3:22
Ethan 5:17
everyone 4:10, 5:20,
    19:6
EXHIBITS 2:9
explain 6:2
extent 16:16


< F >
failed 11:19, 12:14,
    13:6, 13:16,
    14:10, 15:7,
    15:16, 17:1, 17:21
fairly 9:3
filed 4:25, 5:2,
    6:19, 6:22, 11:1,
    11:2, 12:11,
    12:19, 13:12,
    13:21, 14:15,
    14:16, 15:13,
    15:21, 16:23, 17:6
finally 8:17

Financial 1:9, 3:20,
    6:5
find 7:18, 8:3
finished 18:17
first 5:25, 6:7,
    6:18, 13:19
five 5:10
forward 10:16
front 9:16


< G >
Gail 1:25, 3:17,
    20:8
Give 7:21, 18:9
God 3:18, 8:10, 9:6
Gonzalez 6:20, 6:22
gracious 18:14
grant 7:3, 11:13,
    13:1, 14:4, 14:25,
    16:2, 17:16
granted 16:14
Great 12:10
guess 10:1


< H >
hand 9:2
handwritten 17:7
happy 16:4
hear 6:15, 8:13,
    8:15, 10:6, 18:2
Hearing 1:22, 3:23,
    4:2, 4:5, 4:12,
    4:18, 4:23, 4:25,
    5:22, 6:3, 10:15,
    10:21, 18:23,
    18:24, 18:25, 19:3
help 6:14, 9:6
Honor 3:10, 6:4,
    6:16, 8:14, 8:18,
    8:23, 9:8, 9:11,
    9:15, 10:4, 10:7,
    10:10, 11:22,
    12:2, 13:8, 13:11,
    14:12, 15:12,
    16:19, 16:22,
    18:1, 18:10, 18:14
Honorable 1:23,
    1:25, 3:16, 3:17,

3:19, 20:6, 20:8


< I >
identified 6:19
III 1:8, 11:8, 14:22
immediately 4:24
impartially 9:3
in. 7:15, 7:19, 8:24
include 5:11
including 4:13, 5:7
indicates 7:6
indicating 16:4
indulgence 9:22
information 11:12,
    11:20, 12:23,
    12:25, 13:7,
    13:25, 14:3,
    14:11, 14:24,
    15:7, 17:7, 17:9,
    17:12, 17:15,
    17:22
intends 7:2
interest 4:1, 6:9,
    12:13, 13:14,
    15:15, 16:25
interested 5:4
interpretation 5:7,
    5:12, 6:14
INTERPRETER 7:15,
    7:17, 8:2, 8:5,
    8:20, 8:22, 9:4,
    9:5, 9:7
interrupt 4:17,
    4:18, 4:21, 7:14
invite 6:1
issued 4:12
Item 5:25, 15:10,
    16:20, 17:23
Ivett 17:4, 17:20


< J >
Jake 8:4
Jointly 1:11
Juan 3:1
Judge 1:23, 1:24,
    1:25, 1:26, 3:6,
    3:7, 3:12, 3:14,
    7:10, 7:12, 8:8,

18:7, 20:7, 20:8
judicial 4:11
Judith 1:25, 3:17,
  20:8
justly 9:3


< K >
keep 19:6
keeping 5:13
kind 9:17


< L >
last 17:23
Laura 1:23, 1:34,
  3:16, 6:4, 20:7
law 9:12
letter 17:7
liabilities 11:6,
  11:10, 14:20,
  15:25
liability 6:11,
  12:15, 13:16,
  15:17, 17:2
limited 4:13
limits 5:11
line 4:5
lines 8:11
Lisa 3:7, 7:10,
  7:12, 9:12
list 12:3
lists 11:8
litigation 11:6,
  14:20
little 6:13
longer 7:2, 7:7
louder 6:13
Luna 13:19, 14:8
Luz 3:8, 7:19


< M >
Magistrate 1:25,
  20:8
mailed 6:21, 11:2,
  12:18, 13:20,
  14:16, 15:20
mailing 6:24, 11:4,
  11:5, 14:19,

15:22, 17:8
Malpica 14:14, 15:5
Management 1:10,
  3:21
Maria 3:8, 7:19
Maricely 6:19
Matos 17:4, 17:17,
  17:20
matters 17:24
members 4:1, 4:14
minutes 5:6, 5:9,
  5:11, 5:15
morning 3:5, 3:8,
  3:10, 3:11, 3:12,
  3:25, 5:22, 8:14,
  8:16
move 9:16, 18:12
mute 4:5, 4:7


< N >
name 7:17
necessary 5:23,
  17:22
need 4:8, 5:20,
  12:23, 17:24
needed 14:1, 17:9
needs 7:15
New 19:2
Next 12:3, 13:10,
  15:10, 16:20,
  18:23
NG 3:7, 7:10, 7:12,
  7:14, 7:16, 7:18,
  7:21, 8:3, 8:8,
  8:10, 18:5, 18:7,
  18:9
Nilda 11:1, 11:17
No. 1:6, 3:20, 5:2,
  6:20, 6:23, 8:12,
  11:1, 11:3, 12:11,
  12:18, 12:19,
  13:5, 13:13,
  13:20, 13:21,
  14:8, 14:15,
  14:17, 15:5,
  15:14, 15:19,
  15:21, 16:15,
  16:23, 17:5, 17:6,
  17:20

None 2:5, 2:11
notwithstanding 7:4,
  11:14, 13:1, 14:5,
  15:1, 17:17
number 11:7, 11:17,
  14:21


< O >
object 16:11
Objections 4:3, 5:7,
  5:8, 6:2, 10:17,
  18:24
obtain 17:12
office 9:17
Official 20:15
Okay 7:21, 7:25,
  8:6, 8:9, 10:5,
  12:10
Omnibus 1:22, 3:23,
  4:3, 5:25, 6:7,
  6:18, 10:23,
  10:25, 11:16,
  12:11, 12:22,
  13:4, 13:10,
  13:12, 14:7, 15:4,
  15:10, 15:13,
  16:15, 16:20,
  16:23, 17:4,
  17:19, 18:24
one 6:18, 7:21,
  12:16, 15:18,
  16:9, 16:17, 17:3,
  18:9, 18:18, 18:21
ongoing 19:3
operation 4:4
Order 12:23, 14:1,
  16:4
orderly 4:4
Orders 4:11, 17:11
Ortiz 14:14, 15:5
otherwise 18:18
outreach 6:23, 6:24,
  11:4, 14:18, 14:19
outstanding 6:17,
  12:17, 13:18,
  14:13, 15:18,
  17:3, 19:4
Oversight 1:9, 3:21,
  5:1, 5:5, 5:10,

6:1, 6:6

< P >
PAGE 2:3
pages 12:21, 13:23,
  20:4
paid 6:25, 7:7
participant 4:23
particular 9:25
PARTIES 1:31, 3:25,
  4:5, 4:14
pending 4:3
people 6:3, 10:19,
  18:5
permitted 4:13
person 4:13, 9:20,
  10:1
persons 5:8
phone 4:8, 4:9
phones 4:5
PHV 1:34
play 5:17
played. 5:18
Please 3:9, 3:13,
  4:7, 4:17, 4:23,
  5:17, 7:17, 8:5,
  8:25, 9:2, 10:22
PM 5:23, 5:24
Police 6:25
policies 4:11
portion 5:22
position 8:2
Power 15:21
PREPA 16:1, 16:3,
  16:8, 16:9, 16:12,
  16:17
preparing 19:2
presentation 10:17
presiding 3:17
press 4:1, 4:14
Prime 5:3, 8:22,
  13:24
printed 13:23
proceed 8:23
proceeding 4:17
Proceedings 1:42,
  4:6, 4:19, 19:7,
  20:6
process 11:13,

12:23, 14:1, 14:3,
  14:25, 17:10,
  17:15
produced 1:42
PROMESA 1:8, 11:8
Proof 6:8, 6:20,
  11:1, 11:9, 12:12,
  12:17, 13:19,
  13:24, 14:15,
  15:19, 17:5
Proofs 13:14, 15:15,
  16:25
properly 16:12
proposal 16:6
Proposed 16:4
Proskauer 6:5
provide 11:20,
  12:14, 13:6,
  13:16, 13:25,
  14:10, 15:7,
  15:17, 17:1, 17:9,
  17:21
provided 6:10, 11:7,
  11:12, 12:14,
  12:25, 13:15,
  14:2, 14:24,
  15:16, 17:1, 17:14
provides 6:10, 14:21
providing 17:7
public 4:1, 4:14,
  5:3
PUERTO 1:3, 1:11,
  1:16, 1:34, 3:1,
  3:16, 3:21, 3:22,
  6:25, 15:23, 19:2,
  20:2
punished 4:15
purports 11:5, 14:19
purpose 4:2
pursue 7:3, 7:8,
  9:21


< Q >
question 18:15,
  18:16
questions 4:21
quietly 10:6

< R >
raise 9:2
Re 1:6, 3:20
reach 17:12, 17:13
reached 9:24
ready 7:20
received 6:21, 10:12
reception 9:18,
  10:13
reclassified 16:17
reclassify 16:3
recognized 16:7
record 7:23, 8:7,
  8:18
recorded 1:42
recording 4:12
refile 16:9
regarding 17:7
relates 6:20
remain 6:17, 13:18
remaining 10:24
remains 12:16,
  14:13, 15:18, 17:3
remind 4:10
Rene 14:14, 15:5
repeat 18:14
reply 5:11
Reporter 20:15
representative 1:13,
  3:22
request 7:3, 11:13,
  12:25, 14:4,
  14:25, 16:2, 17:16
required 5:7, 5:12
reserving 16:11
respect 6:18, 10:25,
  12:5, 14:14, 17:3
respond 5:9
Response 5:6, 6:21,
  6:23, 7:5, 7:6,
  10:25, 11:2, 11:4,
  11:15, 11:19,
  12:16, 12:18,
  12:21, 13:2,
  13:20, 13:23,
  14:5, 14:10,
  14:13, 14:15,
  14:18, 15:2, 15:6,
  15:18, 15:20,
  15:21, 17:3, 17:5,

17:6, 17:17
response. 18:3
Responses 6:17,
    13:18
resume 5:23
retransmission 4:12
revised 16:4
RICO 1:3, 1:11,
    1:16, 1:34, 3:1,
    3:16, 3:21, 3:22,
    6:25, 15:23, 19:2,
    20:2
rights 16:11
room 18:13
rooms 9:17
Rose 6:5
rule 4:15, 4:21
ruled 9:19
rulings 10:17


< S >
S/ 20:13
safe 19:6
salary 6:9, 12:13,
    13:15, 15:15,
    16:25
San 3:1
sanctions 4:15
save 3:18
scheduled 18:23
second 7:21, 10:24,
    14:13, 18:9
seeking 7:7, 18:6
seeks 6:8, 13:13,
    16:24
select 4:7
separated 9:17
services 6:10,
    12:14, 13:15,
    15:16, 17:1
session 3:16
several 4:2, 12:21,
    13:23
she'd 8:4
site 10:19
sitting 3:17
slower 6:13
solemnly 9:2
Solutions 4:8

someone 9:24, 10:20
Sorry 5:14, 6:16,
    7:14, 7:22, 8:17,
    11:24, 18:12
sorted 8:13
sought 12:12, 15:14
Sound 5:17, 5:18
Spanish 5:8
speaker 4:16, 5:14,
    5:15
speakers 9:11, 9:13,
    10:13
speaking 3:6, 4:6
specific 5:6, 6:2
specified 5:21
staff 19:1
STAFFORD 1:34, 6:4,
    6:5, 6:12, 6:16,
    9:21, 10:3, 10:4,
    10:7, 10:22,
    10:24, 11:22,
    11:24, 12:1, 12:4,
    12:7, 12:10, 13:8,
    13:11, 14:12,
    15:9, 15:12,
    16:10, 16:19,
    16:22, 17:24, 18:1
stand 9:11
Standard 18:25
state 7:17
States 1:1, 1:24,
    1:26, 3:15, 3:18,
    20:7, 20:8
Stay 19:6
stenography 1:42
stricken 7:9
subject 9:24, 10:1
submit 16:4
submitted 12:17,
    13:19, 14:14,
    15:19, 17:4, 17:5
substantiate 17:22
sufficient 11:12,
    11:20, 12:25,
    14:2, 14:10,
    14:24, 15:7, 17:14
Supplemental 11:19,
    14:9, 15:6
support 11:20,
    14:11, 15:8, 19:4

sustained 7:8,
    11:16, 13:4, 14:7,
    15:4, 16:15, 17:19
Swain 1:23, 3:6,
    3:17, 20:7
swear 7:17, 7:19,
    7:23, 8:2, 8:5,
    8:24, 9:2, 9:5
sweep 9:22
sworn 7:15


< T >
TACORONTE 8:1, 8:14,
    8:17, 8:21, 9:1,
    9:6, 9:8, 9:10,
    9:15, 9:22, 10:5,
    10:8, 10:10,
    10:12, 10:18,
    18:2, 18:5, 18:10,
    18:12, 18:20
Taylor 1:23, 3:16,
    20:7
telephonic 4:2, 4:4
TELEPHONICALLY 1:31
ten 5:5
Teobaldo 12:17, 13:5
text 18:5
texted 8:4, 8:8,
    8:10
texting 7:22
Title 1:8, 11:8,
    11:9, 14:22
Today 4:1, 4:4,
    4:25, 6:3, 17:25,
    18:23, 19:3
track 5:13
Transcript 1:42,
    4:19, 20:4
transcription 20:5
true 20:5
truly 9:3
Tuesday 5:1
turn 10:18
turns 10:20
two 5:15, 5:16,
    6:17, 13:18


< U >

United 1:1, 1:24,
   1:26, 3:15, 3:18,
   20:6, 20:8
unmute 4:9
unpaid 15:24
until 7:20, 8:13,
   9:22, 10:6
updated 17:8


< V >
verify 9:17
Vicente 15:19, 16:16
Vilma 15:19, 16:16
Violations 4:14


< W >
wait 7:20, 8:12,
   9:22, 10:5, 10:6
waiting 9:10, 9:13,
   9:23, 9:25, 10:13,
   18:18
Walker 20:13, 20:14
wants 7:24
website 13:24
welcome 3:25
whether 9:23, 18:16
will 4:16, 5:5, 5:9,
   5:10, 5:13, 5:20,
   5:22, 5:23, 6:14,
   7:9, 8:12, 8:23,
   9:3, 9:11, 9:16,
   10:16, 10:19,
   16:17, 18:7,
   18:14, 18:18,
   18:25
without 16:8
WITNESSES 2:3
work 19:2
working 8:11
works 12:1
written 9:20


< Y >
York 19:2