Exhibit 2

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA DE SAN JUAN**

**WILLIAM SOTO SANTIAGO**

Demandante

vs.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO; MUNICIPIO DE SAN JUAN; ASEGURADORA ABC; CORPORACIÓN XYZ**

Demandados

CIVIL NUM. KDP2015-1024

SOBRE: **DAÑOS Y PERJUICIOS**
**805**

**AL HONORABLE TRIBUNAL:**

**D E M A N D A**

**COMPARECE** la parte demandante, William Soto Santiago, por conducto del abogado que suscribe y muy respetuosamente **EXPONE, ALEGA** y **SOLICITA**:

## I. NATURALEZA DE LA ACCIÓN E IDENTIFICACIÓN DE PARTES

1. La parte demandante, William Soto Santiago, es mayor de edad y vecino de Bayamón, Puerto Rico. La dirección de la parte demandante es Urb. Bella Vista J-35, Calle 8, Bayamón, PR 00957.

2. La parte co-demandada Estado Libre Asociado de Puerto Rico (en adelante "ELA") es la entidad jurídica que gobierna sobre Puerto Rico, con capacidad para demandar y ser demandada, cuyas obligaciones para con la ciudadanía comprenden el proveerle mantenimiento a las carreteras y caminos de bajo su jurisdicción y control, de conformidad con lo establecido en los Artículos 403 y 404 del Código Político de Puerto Rico, 3 L.P.R.A. §§ 421 y 422.

3. La parte co-demandada Municipio de San Juan es una entidad gubernamental creada al amparo de la Ley de Municipios Autónomos, 21 L.P.R.A. §§ 4001, et seq., con capacidad para demandar y ser demandada, cuyas obligaciones para su ciudadanía comprenden el proveerle mantenimiento a las carreteras, caminos y aceras bajo su jurisdicción y control.

4. La parte co-demandada, Aseguradoras ABC, es una o mas compañía(s) de seguros que para la fecha de los eventos aquí alegados había(n) expedido y mantenido en pleno efecto y vigor una póliza de seguros a favor del E.L.A., Municipio de San Juan y/o Corporación XYZ y cuyo(s) verdadero(s) nombre(s) se desconoce(n)

al momento. Una vez se conozca el mismo se hará la enmienda correspondiente.

5. La parte co-demandada Corporación XYZ, es una persona natural o jurídica que le responde a la parte demandante por los hechos alegados en la demanda y cuyo verdadero nombre se desconoce al momento. Una vez se conozca el mismo se hará la enmienda correspondiente.

6. Esta es una en daños y perjuicios al amparo del Art. 1802 del Código Civil de Puerto Rico, en resarcimiento de los daños y perjuicios sufridos por el demandante como consecuencia de los actos culposos y/o negligentes de los demandados.

## II. HECHOS

7. El 23 de septiembre de 2014, a eso de las 5:30 p.m., el reclamante, William Soto Santiago, caminaba, por la acera de la Carr. 176, San Juan, P.R., en dirección este a oeste de dicha acera. Cuando el reclamante se prestó a cruzar dicha carretera, se cayó dentro de un hoyo de varios pies de profundidad que había en dicha carretera el cual era difícil de discernir a simple vista. De hecho dentro del hoyo se había colocado un dron anaranjado de plástico el cual tampoco era discernible.

8. Por motivo de ello, la parte reclamante sufrió una aparatosa caída sufriendo fuertes golpes y trauma a través de todo su cuerpo, pero en particular en su rodilla derecha y espalda baja. Dado el dolor en su rodilla y espalda, el demandante acudió a la Sala de emergencias del Hospital Hima San Pablo en Bayamón, P.R., donde le tomaron radiografías y le diagnosticaron múltiples traumas.

9. Como consecuencia del accidente en cuestión, el demandante tuvo que guardar cama por varios días. Además, no empece al tratamiento médico recibido, el demandante ha resultado con una incapacidad física parcial y permanente, la cual le ha impedido realizar actividades cotidianas y recreativas.

10. La Carretera 176, está bajo el control y/o jurisdicción del ELA y/o del Municipio de San Juan.

## III. NEGLIGENCIA

11. La aparatosa caída que sufriera el demandante el 23 de septiembre de 2014, fue ocasionada como consecuencia de la negligencia del ELA y/o Municipio de San Juan, al no proveerle un mantenimiento adecuado a dicha vía de rodaje.

12. Al incumplir con su obligación de proveerle un mantenimiento adecuado a la Carretera donde ocurrió el accidente, el ELA y el Municipio de San Juan, crearon, permitieron y mantuvieron una condición peligrosa a la salud y seguridad de los usuarios de dicha vía pública, prticularmente el permitir la existencia de un hoyo de varios pies de profundidad en la carretera.

13. Dado el tamañ y la profundidad del hoyo y dado el hecho que se había colocado un dron anaranjado dentro del hoyo, los co-demandados ELA y/o Municipio de San Juan, conocían, o debieron haber conocido, que las misma representaba una condición peligrosa para los usuarios de dicha vía pública.

14. A tenor con los Artículos 20.001 y 20.003 del Código de Seguros de Puerto Rico, 26 L.P.R.A. §§ 2001 y 2003, la co-demandada Aseguradora ABC es directamente responsable ante el demandante por los daños que éste sufriera como consecuencia de la negligencia de sus asegurados.

## IV. DAÑOS

15. Como consecuencia de la negligencia causada por los demandados, el demandante, William Soto Santiago, sufrió y continúa sufriendo fuertes lesiones y trauma a través de todo su cuerpo, en particular, su rodilla derecha y área lumbosacral de su espalda. Además, el demandante sufrió y continúa sufriendo intensas angustias mentales.

16. Los daños sufridos por el demandante le han requerido a éste de un amplio cuidado y tratamiento médico. No empece a esto, el demandante ha resultado con una incapacidad permanente como resultado de los daños sufridos durante el accidente en cuestión.

17. Los daños físicos y las angustias mentales sufridoss por el demandante son valorados en la suma no menor de CIEN MIL DOLARES ($100,000.00), por los cuales los demandados son solidariamente responsables.

**POR TODO LO CUAL**, la parte demandante respetuosamente solicita que este Honorable Tribunal declare con lugar la presente demanda y condene a la parte demandada al pago de las sumas aquí reclamadas, mas intereses, gastos, costas y honorarios de abogado.

3

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, hoy 22 de septiembre de 2014.

Por:

/s/ JOSÉ M. CARRERAS PÉREZ
Col. Núm. 12,342/T.S. Núm. 11,043

**TRONCOSO & SCHELL**
#254 Calle San José, Piso 3
Antiguo Edif. El Mundo
Viejo San Juan, PR 00901
Tel. (787)722-0741
Fax (787)724-2563
e-mail: jmcarreras2002@yahoo.com

4