UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER REGARDING NOTICES OF ADJOURNED OMNIBUS OBJECTIONS TO CLAIMS

        The Court has received and reviewed the notices of presentment filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") on October 20, 2020 and October 23, 2020 (Docket Entry Nos. 14618, 14621, 14622, 14623, 14624, 14625, 14626, 14627, 14629, 14631, 14632, 14634, 14635, 14636, 14637, 14639, 14640, 14642, 14643, 14644, 14645, 14646, 14647, 14649, 14650, 14651, 14652, 14653, 14654, 14655, 14656, 14658, 14659, 14660, 14661, 14662, 14667, 14668, 14669, 14670, 14671, 14675, 14676, 14677, 14680, 14681, 14682, 14685, 14686, 14688, 14690, 14691, 14692, 14693, 14694, 14695, 14696, 14697, 14698, 14699, 14700, 14701, 14702, 14703, 14704, 14705, 14706, 14707, 14709, 14710, 14711, 14712, 14713, 14714, 14715, 14716, 14717, 14718, 14719, 14720, 14721, 14722, 14723, 14724, 14725, 14726, 14727, 14728, 14729, 14730, 14809, 14810, 14811, 14812, 14813, 14814, 14815, 14816, 14817, 14818, 14820, 14822, 14827, 14829, 14830, 14831, 14832, 14833, 14834, 14835, 14836, 14837, 14838, 14839, 14840, 14841, 14842, 14843, 14844, 14845, 14846, 14848, 14849,

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

14851, 14852, 14853, 14854, 14855, 14856, 14857, 14859, 14860, 14862, 14863, 14865, 14867, 14868, 14869, 14870, 14871, 14873, 14875, 14876, 14877, 14878, 14879, 14880, 14881, 14882, 14884, 14885, 14886, 14887, 14888, 14890, 14891, 14892, 14894, 14895, 14896, 14897, 14898, 14899, 14900, 14901, 14903, 14905, 14906, 14908, and 14909, collectively, the "Notices of Presentment"). The Notices of Presentment request entry of orders disallowing certain claims and approving Satellite Hearing Notices.[2]

The Satellite Hearing Notices are approved, substantially as modified by the redlined changes reflected in Exhibit A hereto, to the following extent and subject to the following requirements.

The Satellite Hearing Notices must be served on each of the claimants associated with the Deficient Claims to Be Set for Hearing against whom the Oversight Board intends to prosecute a claim objection at the November 18 Satellite Hearing and November 20 Satellite Hearing (together, the "Satellite Hearings"). The Oversight Board must schedule a maximum of **five** claimants to speak at each of the following intervals at the Satellite Hearings: 9:00 a.m. (AST); 10:30 a.m. (AST); 1:00 p.m. (AST); 2:30 p.m. (AST); and 4:00 p.m. (AST). No additional speakers will be permitted unless the Court has been notified and the relevant pleadings have been filed at least 72 hours in advance of the relevant Satellite Hearing. Additional Deficient Claims to Be Set for Hearing may be scheduled for hearings on future dates in consultation with the Court.

The Oversight Board must make **certified** interpreters available at the Satellite Hearing site. The Oversight Board must confer with the Clerk's Office of the United States District Court for the District of Puerto Rico (the "Clerk's Office") and follow any instructions provided by the Clerk's Office concerning the operation of the Satellite Hearings.

On or before November 13, 2020, the Oversight Board must file a sworn certification that the arrangements for the Satellite Hearings comply with all applicable health and safety laws and regulations, including any applicable Executive Order relating to COVID-19 prevention measures.

The Oversight Board must submit PDF copies of the exhibits to the proposed orders granting the relevant omnibus claim objections, including any revisions thereto after the conclusion of the Satellite Hearings.

SO ORDERED.

Dated: November 2, 2020

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Notices of Presentment.