RECLAMANTE: LYDIA SANTIAGO RODRIGUEZ
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 144540

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 1 DE AGOSTO DEL 1972 HATA EL 30 DE MAYO DE 2007 como MA. EDU.ELEMENTAL K-3 del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| $ | 120,00.000 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

LYDIA SANTIAGO RODRIGUEZ
Nombre en letra de molde

*[firma]* - 21 oct. 2020
Firma y fecha

RECLAMANTE: LYDIA SANTIAGO RODRIGUEZ
DIRECCION: URB. LAS FLORES CALLE 4 H-11
JUANA DIAZ PR 00795

NUMERO DE RECLAMACION: 144540

Fecha de presentacion (envio): 21 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 21 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como M.A. EDUC. ELEMENTAL K-3 desde 1 de agosto de 1972 hasta el 30 de mayo de 2007.
2. El monto adeudado en mi reclamación es de $120,000.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

LYDIA SANTIAGO RODRIGUEZ
Nombre en letra de molde

*Lydia Santiago Rodríguez – 21 oct. 2020*
Firma y fecha

## REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: LYDIA SANTIAGO RODRIGUEZ

Direccion Postal: URB.LAS FLORES CALLE 4 H-11

JUANA DIAZ PR.00795

Teléfono contacto: Res. _____ Cel. 787-837-3176

II. EPIGRAFE

    A. Secretaria (Clerk's Office)
       Tribunal de Distrito de los Estados Unidos
       Room 150 Federal Building
       San Juan, Puerto Rico 00918-1767

    B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

    C. Numero de Procedimiento: 17 BK 3283 – LTS

    D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

       Número de las evidencias por reclamo:

       Ley 124 – Julio 1973 – Aumento de Sueldo
       Ley 89 – Julio 1979 – Retribución Uniforme
       Ley 89 – Julio 1995 – Romerazo
       Ley 134 – Julio 1996 – Aportación Acumulado Retiro
       Ley 96 – Julio 2002 – Aumento de Sueldo
       Ley 164 – Julio 2003 – Aumento de Sueldo
       Ley 164 – Enero 2004 – Gob. Sila M. Calderón
       Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

       Ley 124 – Julio 1973 – Aumento de Sueldo
       Ley 89 – Julio 1979 – Retribución Uniforme
       Ley 89 – Julio 1995 – Romerazo
       Ley 134 – Julio 1996 – Aportación Acumulado Retiro
       Ley 96 – Julio 2002 – Aumento de Sueldo
       Ley 164 – Julio 2003 – Aumento de Sueldo
       Ley 164 – Enero 2004 – Gob. Sila M. Calderón
       Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 1 de agosto de 1972 hasta el 30 de mayo de 2007. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

LYDIA SANTIAGO RODRIGUEZ
Nombre en letra de molde

*[firma]* — 21 oct. 2020
Firma



### CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

30 de mayo de 2007

SRA MATILDE PEDRAZA
SECCION DE NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

**Prof: Lydia Santiago Rodríguez**

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico.
[ X ] **Años de Servicio**   [ ] Edad   [ ] Diferida   [ ] Suplementaria
Al **30 de mayo de 2007** ( fecha en que piensa renunciar) (fecha de su última cotización recibida)
[ X ] cualifica [ ] no cualifica, para acogerse a la jubilación, y tiene el siguiente tiempo:

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|------|-------|---------|------|------|
| 35   | 2     | -       | 3½   | 57   |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
  [ ] Reconocimiento de Tiempo
  [ ] Diferencia en Por Ciento por Transferencia Recibida
  [ ] Reembolso de Cuotas
  [ X ] No aplica

De cualificar para pensión y tener menos de 30 años de servicios cotizados, cualifica para una pensión calculada al 1.8 por ciento del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.
Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.

Cordialmente,

Wanda G. Santiago López
Directora
Área Servicios de Retiro

Giovanni Mercado Reyes
Oficial Servicios de Retiro

FELD/ebc

CF: PROF: LYDIA SANTIAGO RODRÍGUEZ
    URB LAS FLORES
    H 11 CALLE 4
    JUANA DÍAZ PR 00795

SRM-as-3 RI
Rev. 04b/97

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros
Area Servicios de Retiro

Para uso de la SRM
136

## SOLICITUD DE RETIRO INCENTIVADO

Maestro Elemental y Maestro Elemental Nivel K-3 y 4-6

Nota: Conteste todas las preguntas. Escriba a máquina o con tinta en letra de molde. Si no hay espacio suficiente use otro papel y acompáñelo a esta solicitud. LEA INSTRUCCIONES AL DORSO.

Por la presente solicito los beneficios del Retiro, de acuerdo a las disposiciones de la Ley Núm. 91 del 29 de marzo de 2004, según enmendada y Orden Ejecutiva 2006-14 Programa de Retiro Incentivado y la Carta Circular

| Nombre | Apellido Paterno | Apellido Materno | 2. Seguro Social: | 3. Sexo |
|---|---|---|---|---|
| Lydia | Santiago | Rodríguez | REDACTED | ☒ Femenino ☐ Masculino |

4. Estado Civil ☐ Soltero(a) ☒ Casado(a) ☐ Divorciado(a) ☐ Viudo(a) ☐ Separado(a)

5. Dirección Postal: Urb. Las Flores Calle 4 H11 Juana Díaz, P.R. 00795

6. Núm. de Teléfono y Cel: 837-3176

7. Fecha de Nacimiento: 4 sept. 1949

8. Dirección Residencial: Urb. Las Flores Calle 4 H11 Juana Díaz, P.R. 00795

9. Agencia donde trabaja: Dpto. de Educación

10. Pueblo donde trabaja: Juana Díaz

11. Puesto que ocupa: maestra

12. Fecha de efectividad de la renuncia: 27 julio 2007

Préstamo con SRM ☐ Sí ☐ No
Tipo ☐ Hipotecario ☒ Personal ☐ Viaje Cultural

Razón para el Retiro
☒ Años de Servicio y Edad   ☐ Edad (60 años con 10 años de servicio y menos de 25 años de Servicio)

Nombre del Cónyuge: Néstor H. Colón Rentas

### PARA USO DEL PATRONO

### CERTIFICACIÓN DEL SUPERVISOR INMEDIATO

CERTIFICO que **Lydia Santiago Rodríguez**
                 Nombre          Apellidos

se encuentra actualmente en: ☒ Servicio Activo  ☐ Licencia _____
                                                    Especifique

Fecha de Renuncia es efectiva el 27 / 07 / 2007
                                  Día  Mes   Año

Nombre de Escuela o Institución: **Francisco Zenon Laporte**   Teléfono: _____

Indicó la decisión de acogerse a Retiro Incentivado

☐ Sí, fecha **9 de Mayo de 2007**
☐ No,

Fecha 09 / 05 / 2007  Nombre: **Matilde Pedraza Leduc, Supervisora Unidad de Jubilaciones Docentes**
     Día  Mes   Año

Firma Superintendente de Escuelas o Jefe de Personal del Departamento o Agencia

Vea Instrucciones al dorso

# REQUISITOS

- Elegibles: Personal docente de Sala de clases categoría Maestro Elemental K-3,4-6 en puestos administrativos relacionados a la docencia y por tanto miembros del SRM. Todo maestro de este Sistema que voluntariamente decida acogerse al Programa de Retiro Incentivado, debe cumplir al 27 de julio de 2007 con los requisitos para jubilarse por años de servicio y edad.
- Se aprobará la jubilación sujeta a que se reciba en el Sistema los siguientes documentos indispensables: Solicitud Programa de Retiro Incentivado, Acta de Nacimiento, Aceptación de Renuncia, Certificado de Excención Contributiva, Designación de Beneficiarios, Certificación de Deuda ASUME y las acciones de la Ley que se remiten para su firma.
- El Artículo 41 de la Ley Núm. 91 de 29 de marzo de 2004, dispone como requisito esencial, someter el acta de nacimiento. El Certificado de Nacimiento debe leer su nombre correcto, de lo contrario deberá tramitar la corrección del mismo.
- Todo plan de pago para acreditar tiempo deberá saldarse en servicio activo.

## Condiciones Generales

- Esta Solicitud debe radicarse directamente en las oficinas del Sistema de Retiro para Maestros en o antes de 30 de junio de 2007. Debe haber notificado a su patrono en o antes de 30 de mayo de 2007, su decisión de acogerse al Programa de Retiro Incentivado.
- No es necesario saldar las obligaciones que tiene de préstamo personal o cultural, antes de jubilarse. Se continuará descontando el plazo regular de la renta anual vitalicia.
- El Sistema de Retiro para Maestro estará exento del pago de penalidad, según establece el Artículo 53, Ley Núm. 91 de 29 de marzo de 2004.
- Toda decisión para acogerse a los beneficios de Retiro Incentivado será final, firme e irrevocable.

Certifico que he leído y cumplo con todos los requisitos antes mencionados. Además, acepto las condiciones generales aquí estipuladas.

8 / mayo / 2007
Día   Mes   Año

Firma del Participante

RECIBIDO
MAY 0 8 2007
PERSONAL DOCENTE

Document Page 8 of 8

Lydia Santiago Rodriguez
Urb. Las Flores
#11 Calle 4
Juana Diaz, P. Rico
00795



Clerk's Office
United State Distric Court
Room 150 Federal Court Building
San Juan, P. Rico 00918-1767

RECEIVED
2020 OCT 30 AM 8 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN