# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: LIZETTE N. TORRES GONZALEZ
Direccion Postal: HC-4 BOX 7550
VILLALBA PR 00766

Teléfono contacto: Res. _____ Cel. 787- 407-4049

II. EPIGRAFE

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767
B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
C. Numero de Procedimiento: 17 BK 3283 – LTS
D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Número de las evidencias por reclamo:

Ley 124 – Julio 1973 – Aumento de Sueldo
Ley 89 – Julio 1979 – Retribución Uniforme
Ley 89 – Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 124 – Julio 1973 – Aumento de Sueldo
Ley 89 – Julio 1979 – Retribución Uniforme
Ley 89 – Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 7 de septiembre de 1999 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

LIZETTE N. TORRES GONZALEZ
Nombre en letra de molde

*[firma]* 26-oct-2020
Firma