**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

14 de octubre de 2020

A quien pueda interesar:

Certifico que **LIZETTE N. TORRES GONZALEZ**, número de seguro social **XXX-XX-9404** labora en nuestra Agencia desde **7 de septiembre de 1999** al **Presente**.

Actualmente, ocupa en calidad de **MA. EDUC. TEMPRANA (NIVEL ELEM- K-3)** en **RAMON LOPEZ BERRIOS (EMILIA BONILLA)**, Oficina Regional Educativa de **PONCE** y devenga un salario de **$3009.1700**.

El periodo de los contratos de servicios personales, para trabajo de jornada irregular que con la agencia, se detallan a continuación:

| Fecha Comienzo | Fecha Terminación |
|---|---|

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-2255, 3465.*



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

| | |
|---|---|
| RECLAMANTE: | LIZETTE N. TORRES GONZALEZ |
| NUMERO DE PROCEDIMIENTO: | 17 BK-3283 – LTS |
| NUMERO DE RECLAMACION: | 60361, 59473, 58305, 58227 |

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 7 de septiembre de 1999 hasta el presente como MA. EDUC. TEMPRANA NIVEL ELEMENTAL K-3 del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 75.600 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

LIZETTE N. TORRES GONZALEZ
Nombre en letra de molde

*[firma]* 26-Oct-2020
Firma y fecha

RECLAMANTE: LIZETTE N. TORRES GONZALEZ
DIRECCION: HC-4 BOX 7550
VILLALBA PR 00766

NUMERO DE RECLAMACION: 60361, 59473, 58305, 58227

Fecha de presentacion (envio): 15 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 15 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA. EDUC. TEMPRANA NIVEL ELEMENTAL K-3 desde 7 de septiembre del 1999 hasta el presente.
2. El monto adeudado en mi reclamación es de $75.600.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

LIZETTE N. TORRES GONZALEZ
Nombre en letra de molde

*[signature]* 26-oct-2020
Firma y fecha