Lizette N. Torres Gonzalez
HC 4 Box 7550
Villalba, P.R. 00766

RECEIVED & FILED
2020 OCT 30 PM 4:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

29 OCT 2020 PM 2 L
SAN JUAN PR 009

Clerk's Office
United State District Court
Room 150 Federal Court Building
San Juan, P.R. 00918-1767