RECLAMANTE: EVA J. PEREZ HERNANDEZ
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 88202, 93336, 81425

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 31 de octubre de 1988 hasta el 5 de junio de 2020 como MA. EDUC. NIVEL ELEMENTAL 4-6 del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgó la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

EVA J. PEREZ HERNANDEZ
Nombre en letra de molde

*[firma]*
Firma y fecha 25- octubre -2020

RECLAMANTE: EVA J. PEREZ HERNANDEZ
DIRECCION: HC-1 BOX 31002
Juana Diaz PR 00795

NUMERO DE RECLAMACION: 88202, 93336, 81425

Fecha de presentacion (envio): 26 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 26 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA. EDUC. NIVEL ELEMENTAL 4-6 desde 31 de octubre del 1988 hasta el 5 de junio de 2020.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

EVA J. PEREZ HERNANDEZ
Nombre en letra de molde

Firma y fecha 25-octubre 2020

# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

    Nombre: EVA J. PEREZ HERNANDEZ
    Direccion Postal: HC- 1 Box 31002
                             Juana Diaz PR.00795

    Teléfono contacto: Res. _____ Cel. 787-384-2217

II. EPIGRAFE
    A. Secretaria (Clerk's Office)
       Tribunal de Distrito de los Estados Unidos
       Room 150 Federal Building
       San Juan, Puerto Rico 00918-1767
    B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
    C. Numero de Procedimiento: 17 BK 3283 – LTS
    D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
       Número de las evidencias por reclamo:

       Ley 124 – Julio 1973 – Aumento de Sueldo
       Ley 89 – Julio 1979 – Retribución Uniforme
       Ley 89 – Julio 1995 – Romerazo
       Ley 134 – Julio 1996 – Aportación Acumulado Retiro
       Ley 96 – Julio 2002 – Aumento de Sueldo
       Ley 164 – Julio 2003 – Aumento de Sueldo
       Ley 164 – Enero 2004 – Gob. Sila M. Calderón
       Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

       Ley 124 – Julio 1973 – Aumento de Sueldo
       Ley 89 – Julio 1979 – Retribución Uniforme
       Ley 89 – Julio 1995 – Romerazo
       Ley 134 – Julio 1996 – Aportación Acumulado Retiro
       Ley 96 – Julio 2002 – Aumento de Sueldo
       Ley 164 – Julio 2003 – Aumento de Sueldo
       Ley 164 – Enero 2004 – Gob. Sila M. Calderón
       Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 31 de octubre de 1988 hasta el 5 de junio de 2020. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

EVA J. PEREZ HERNANDEZ
Nombre en letra de molde

*[firma]*
Firma