Eva J. Plaza Hernandez
HC-1 Box 31002
Juana Diaz, P.R. 00795-9736

U.S. POSTAGE PAID
FCM LETTER
JUANA DIAZ, PR
00795
OCT 27, 20
AMOUNT
$0.55
R2304M110228-12

Clerk's Office
United State Distric Court
Room 150 Federal Court Building
San Juan, P.R. 00918-1767

RECEIVED
2020 OCT 30 AM 8 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.