28 de octubre de 2020.

A quien pueda interesar:

Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico.
Estado Libre Asociado de Puerto Rico.
17 BK 3283 LTS.
Notificación de la Centésima Nonagésima Tercera Objeción Global (No Sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a reclamaciones satisfechas.
**N.º de Reclamación 48084.**

Por error de HR Block (compañía de contabilidad), en la planilla contributiva sobre ingresos del 2011 no se incluyeron las aportaciones al Sistema de Retiro por lo que no se dedujeron en dicho documento (copia de dicha planilla consta en los archivos del caso y se incluye otra copia). En el 2012 se envió una planilla 2011 ajustada o enmendada, pero la cantidad de $885.00 por concepto de reintegro nunca se recibió.

El 13 de abril de 2015 se completó una Reclamación de Cheques (Formulario SC 814) con el Departamento de Hacienda de Puerto Rico, copia de la cual consta en los archivos del caso y se incluye otra copia. En infinidad de ocasiones se le dió seguimiento a dicha reclamación, pero el Departamento de Hacienda de Puerto Rico siempre contestó que el cheque había sido enviado, pero nunca pudieron evidenciar que el cheque fue cobrado.

Por las razones antes expuestas se radicó la reclamación N.º 48084 ante la Junta de Supervisión y Administración Financiera para Puerto Rico, en la cual reiteramos que no hemos recibido el reintegro de $885.00 correspondiente a la planilla del 2011.

Atentamente,

Rolando Rodríguez Rodríguez
Urb. Round Hill
Calle Alelí 1443
Trujillo Alto, P.R. 00976
Núm. Teléfono:(787-543-3187)
Correo Electrónico: agrorolando99@gmail.com