Modelo SC-811
25 abr 07
Regl. Núm. 52

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Commonwealth of Puerto Rico
**DEPARTAMENTO DE HACIENDA**
Department of the Treasury

Anejo 1

| Número / Number | | Fecha / Date |
|---|---|---|

## RECLAMACIONES DE CHEQUES
Checks Claims

**1. Descripción del Cheque** / Description of the Check

Nombre y Dirección del Tomador / Name and Address of Payee: Rolando Rodriguez Rodriguez, Urb. Roano A/H Calle Ciclon 1443, Trujillo Alto PR 00976

| Importe / Amount | Número / Number | Fecha / Date |
|---|---|---|
| $855.00 | 18278223 | 3/3/2015 |

Librador / Drawer: Secretario de Hacienda    Banco / Drawee: Banco Popular

**2. Concepto por el cual se expidió el cheque** / Reason for issuance of check: Reintegro 2011

**3. ¿Fue expedido el cheque a su favor? En caso negativo, explique cómo llegó a su poder.**
Was check issued to your order? If not, explain how it came into your possession.

☑ Sí / Yes    ☐ No

**4. ¿Recibió usted o alguien en su lugar el cheque? Si el cheque fue recibido, explique toda la información relacionada con el extravío, sustracción, mutilación o destrucción del cheque.**
Did you receive the check or someone on your behalf? If the check was received, state all information known by you regarding the loss, theft, mutilation or destruction of the check.

☐ Sí / Yes    ☑ No

**5. ¿Estaba endosado el cheque? En caso afirmativo indique la forma exacta del endosado.**
Was check endorsed? If endorsed, state exact manner of the endorsement.

☐ Sí / Yes    ☑ No

**6.** Declaro bajo las penalidades de perjurio que soy el dueño legítimo del cheque antes descrito, que no lo he cobrado ni he autorizado a nadie a cobrarlo, que no ha sido anulado, que todos los datos suministrados en esta solicitud son correctos de acuerdo con mi mejor información y creencia; y por la presente solicito que el pago del mismo sea suspendido y se expida un nuevo cheque en sustitución del original.

I state under penalty of perjury that I am the legitimate owner of the above described check, that I have not collected it nor authorized anybody to do it, that it has not been void, that all information herein included is correct to my best knowledge and belief; and that hereby I request that the payment of said check be stopped and that a new check in substitution of the original be issued.

| COMPLETESE SI EL RECLAMANTE NO SABE FIRMAR / To be executed if Claimant does not know how to sign |
|---|
| Firma del Testigo de la Marca – Signature of Witness of the Mark |
| Nombre del Testigo de la Marca – Name of Witness of the Mark (Use letra de Molde – Print Name) |
| Dirección del Testigo – Address of Witness (Use letra de Molde – Print Name) |

Firma o Marca del Reclamante – Signature of Mark of Claimant

Número de Seguro Social – Social Security Number: ...4562

Firma del Cónyuge o Tutor – Signature of Spouse or Tutor

Número de Seguro Social – Social Security Number: ...6067

Fecha – Date    Teléfono – Phone

### PARA USO DE LA AGENCIA — For Use of the Agency

☐ Certifico que el cheque Núm. _____ corresponde a un endoso fraudulento por lo que solicitamos ☐ el crédito correspondiente en la cuenta _____ o ☐ la emisión de un nuevo cheque.

☐ Certifico que de acuerdo con nuestros récords no se ha procesado ni está en proceso ninguna anulación del cheque original Núm. _____ de _____ expedido a favor de _____ Cifra de Cuenta _____ y que procede el pago del mismo.

_____
Fecha

_____
Director de Finanzas, Nómina
o Funcionario Autorizado

### PARA USO DEL DEPARTAMENTO DE HACIENDA — FOR USE OF THE DEPARTMENT OF THE TREASURY

| COMPROBANTE DE REINTEGRO | | DESCRIPCION DEL NUEVO CHEQUE | | |
|---|---|---|---|---|
| Número | Fecha | Número | Fecha | Tomador |
| | | | | |

Lea las instrucciones al dorso antes de llenar este formulario

| FORMA LARGA | | 2011 | | 2011 | |
|---|---|---|---|---|---|
| Liquidador | Revisor | | | | PLANILLA ENMENDADA |
| R G RO V1 V2 P1 P2 N D1 D2 E A M | | PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS | | | FALLECIDO DURANTE EL AÑO |
| | | 1 enero 2011 — TERMINADO EL 31 diciembre 2011 | | | CONTRIBUYENTE   CONYUGE |

Nombre del Contribuyente: **ROLANDO RODRIGUEZ RODRIGUEZ**
Numero de Seguro Social Contribuyente: -4562
Fecha Nac: 16 1 1961  Sexo: M

Dirección Postal:
**ROUND HILL**
**1443 Calle ALELI**
**Trujillo Alto PR  00976**

Numero de Seguro Social Conyuge: -6067
Fecha Nac: 2 9 1962

Nombre del Conyuge: **YOLANDA I FIGUEROA DE LA CRUZ**
Dirección: **ROUND HILL 1443 Calle ALELI**
**Trujillo Alto PR  00976**
Tel: (787) 748-4972
Tel: (787) 543-3187

Email: **ROLY@PRTC.NET**

Sello de Recibido:
Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1116-Colecturía Guaynabo
RECIBIDO
17 MAR. 2014
SIN PAGO
SECRETARIA DE HACIENDA
13-2602

CAMBIO DE DIRECCION   PLANILLA 2012

**Cuestionario**
- A. Ciudadano de Estados Unidos? SI
- B. Residente de Puerto Rico al finalizar el año? SI
- C. Otros ingresos excluidos o exentos de contribución? SI (Someta Anejo IE Individuo)
- D. FUENTE DE MAYOR INGRESO:
  1. ✗ Empleado del Gobierno, Municipios o Corporaciones Publicas
  2. Empleado del Gobierno Federal
  3. Empleado de Empresa Privada
  4. Retirado/Pensionado
  5. Trabajo Cuenta Propia (Indique la industria o negocio principal)

Su ocupación **AGRONOMO**  8110   Ocupación conyuge **ADMINISTRADO** 8110

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ✗ Casado (Ennegrezca aquí ✗ si se acoge al computo opcional y pase al Anejo CO Individuo)
2. Contribuyente individual (Ennegrezca aquí si es casado con capitulaciones de total separacion de bienes e indique nombre y seguro social del conyuge arriba)
3. Casado que rinde separado (Indique nombre y seguro social del conyuge arriba)

CONTRATO GOBIERNO:
Contribuyente   Conyuge

PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO

**Reintegro**
1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 27) Indique distribución en las líneas A, B, C y D) ... 01 ... 2,012 00
   A) Acreditar a la contribución estimada 2012 ... 00
   B) Aportacion al Fondo Especial para el Estuario de la Bahia de San Juan ... 00
   C) Aportacion al Fondo Especial para la Universidad de Puerto Rico ... 00
   D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Deposito) ... 2,012 00

**Pago**
2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 27) ... 00
3. Menos: Cantidad pagada (a) Con Planilla o Electronicamente a traves de un Programa Certificado ... 00
   (b) Intereses ... 00
   (c) Recargos y Penalidades ... 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3) ... 00

**Depósito** — AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO
Tipo de cuenta: Cheques   ✗ Ahorro
Numero de ruta/tránsito: 0 2 1 5 0 2 0 1 1
Numero de su cuenta: 0 3 5 9 3 5 9 3 6
Cuenta a nombre de: **ROLANDO RODRIGUEZ RODRIGUEZ**  y  **YOLANDA FIGUEROA DE LA CRUZ**

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaracion de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la informacion disponible y dicha informacion ha sido verificada.

Firma del Contribuyente: [signed]   Fecha: 2/13/14
Firma del Conyuge: [signed]   Fecha: 2/13/14

Nombre del Especialista: **DORIS E REYES LOPEZ**   **HRB TAX GROUP**
Numero de Registro: 6334   Numero de Identificacion Patronal: 43-1871840

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparacion de su planilla: ✗ Si   No. Si contestó "Si", exija la firma y el numero de registro del Especialista

PRSoft, Inc. (www.prsoft.com)