

Rolando Rodriguez
Urb Round Hls
1443 Calle Aleli
Trujillo Alto, PR 00976-2727



7020 1810 0000 3656 260

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
OCT 29, 20
AMOUNT
**$6.95**
R2304E105433-11

RECEIVED & FILED
2020 OCT 30 PM 4: 06

Clerk's Office
United State District Court
Room 150 Federal Building    CHARDON
San Juan, P.R. 00918-1767

00918-170625