RECLAMANTE: JOAN M. CRUZ RIVERA
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 76460, 76029

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 24 de agosto de 2004 hasta el 24 de septiembre de 2020 como TRABAJADOR SOCIAL 1 del Departamento de la Familia de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 33,600 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

JOAN M. CRUZ RIVERA
Nombre en letra de molde

_[signature]_ 27/oct/2020
Firma y fecha

RECLAMANTE: JOAN M. CRUZ RIVERA
DIRECCION: URB.VALLE ESCONDIDO #66
COAMO PR 00769

NUMERO DE RECLAMACION: 76460,76029

Fecha de presentacion (envio): 27 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 27 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de la Familia de Puerto Rico – ELA, como desde el 24 DE AGOSTO DE 2000 hasta el 24 DE SEPTIEMBRE DE 2020.
2. El monto adeudado en mi reclamación es de $33,600.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

JOAN M. CRUZ RIVERA
Nombre en letra de molde

Firma y fecha

# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: JOAN M. CRUZ RIVERA
Direccion Postal: URB. VALLE ESCONDIDO #66
COAMO PR. 00769

Teléfono contacto: Res. _____ Cel. 787-633-8753

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 124 – Julio 1973 – Aumento de Sueldo
   Ley 89 – Julio 1979 – Retribución Uniforme
   Ley 89 – Julio 1995 – Romerazo
   Ley 134 – Julio 1996 – Aportación Acumulado Retiro
   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de la Familia, Ponce, Puerto Rico desde el 24 DE AGOSTO DE 2000 HASTA EL 24 DE SEPTIMBRE DE 2020. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

JOAN M. CRUZ RIVERA
Nombre en letra de molde

Firma