# CERTIFICACIÓN

Yo, *Iván E Toro Torres*, en calidad de Oficial de Recursos Humanos Interino de la Región de Ponce, certifico que; *Joan Cruz Rivera*, es empleada de esta Agencia desde el 24 de agosto del 2004. La Sra. Cruz ocupa un puesto de Trabajadora Social I en la Administración de Familias y Niños, en la Oficina Regional.

Cabe señalar que la Sra. Cruz devenga un sueldo mensual de $2,920.00.

Certifico correcto hoy, 17 de agosto de 2020.

Iván E. Toro Torres
Oficial de Recursos Humanos Interino

/itt

Oficina de Recursos Humanos
Región de Ponce
PO Box 44, Mercedita, PR 00715-
Tel. 787.848.4520, extensión 8696