Urb. Valle Escondido
#606 Coamo PR 00769



Clerk's Office
United State District Court
Room 150 Federal Building
San Juan P.R. 00918-1767