RECLAMANTE: ELENA PEREZ CINTRON
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 79955

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 1 DE AGOSTO DE 2005 hasta el presente como MA. EDUC. SALUD ESCOLAR K-12 del Departamento de Educación de Puerto Rico – ELA.

|   | Cantidad |
|---|---|
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 14,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

ELENA PEREZ CINTRON
Nombre en letra de molde

_(firma)_ 26-OCT-2020
Firma y fecha

RECLAMANTE: ELENA PEREZ CINTRON
DIRECCION: HC-7 BOX 32014
Juana Diaz PR 00795

NUMERO DE RECLAMACION: 79955

Fecha de presentacion (envio): 27 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 27 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA. EDUC. SALUD ESCOLAR K-12 desde 1 de agosto de 2005 hasta el presente.
2. El monto adeudado en mi reclamación es de $14,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

ELENA PEREZ CINTRON
Nombre en letra de molde

*[signature]* 26-oct-2020
Firma y fecha

## REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

   Nombre: ELENA PEREZ CINTRON
   Direccion Postal: HC-7 BOX 32014
   Juana Diaz PR.00795

   Teléfono contacto: Res. _____ Cel. 939-207-7426

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 1 de agosto de 2005 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

ELENA PEREZ CINTRON
Nombre en letra de molde

_[firma]_
Firma