Elena Pérez ~~(illegible)~~
HC 7 Box 32014
Juana Díaz, P.R. 00795



Clerk's Office
United State District Court
Room 150 Federal Court Building
San Juan, P.R. 00918-1767