



U.S. POSTAGE PAID
PM 1-Day
MERCEDITA, PR
00715
OCT 29, 20
AMOUNT
**$7.75**
R2303S102391-08

RECEIVED & FILED
2020 OCT 30 PM 4: 05
CLERK'S OFFICE

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

**PRIORITY MAIL**

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

**FROM:**
Ruth Dalia Luisa Martinez Vélez
PMB 506
609 Ave. Tito Castro Suite 102
Ponce, Puerto Rico 00716-0200

**TO:**
Clerk's Office
United States District Court
Room 150 Federal BLDG
San Juan, Puerto Rico 00918-1706



To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP



EXPECTED DELIVERY DAY: 10/30/20
USPS TRACKING® NUMBER
9505 5105 4733 0303 0928 33

* Domestic only.   * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.