RECLAMANTE: Lilliam Lespier Burgos
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 98881,145050,146618,146671,151008,151407,159023

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 27 de febrero de 1989 como OFICINISTA MECANOGRAFO 1 del Departamento de la Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Lilliam Lespier Burgos
Nombre en letra de molde

*[firma]* /27/octubre/2020
Firma y fecha

RECEIVED & FILED
CLERK'S OFFICE
OCT 30 2020
US DISTRICT COURT
SAN JUAN, PR