RECLAMANTE:   Lilliam Lespier Burgos

DIRECCION:   URB. SOMBRAS DEL REAL CALLE EL ROBLE #407

COTTO LAUELL PR.00780

NUMERO DE RECLAMACION:   :98881,145050,146618,146671,151008,151407,159023

Fecha de presentacion (envio):   27 DE OCTUBRE DE 2020

Deudor:   COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 27 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de la Educación de Puerto Rico – ELA, como OFISINISTA MECANOGRAFO 1 desde 27 de febrero 1989 hasta el presente.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Lilliam Lespier Burgos

Nombre en letra de molde

Firma y fecha

# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre:   Lilliam Lespier Burgos

Direccion Postal:   URB. SOMBRAS DEL REAL CALLE EL ROBLE #407
COTTO LAURELL PR. 00780

Teléfono contacto:   Res. _____   Cel.   939-732-0306

II. EPIGRAFE

   A. Secretaria (Clerk's Office)
     Tribunal de Distrito de los Estados Unidos
     Room 150 Federal Building
     San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado
     Libre Asociado de Puerto Rico:
     Número de las evidencias por reclamo:

     Ley 124 – Julio 1973 – Aumento de Sueldo
     Ley 89 – Julio 1979 – Retribución Uniforme
     Ley 89 – Julio 1995 – Romerazo
     Ley 134 – Julio 1996 – Aportación Acumulado Retiro
     Ley 96 – Julio 2002 – Aumento de Sueldo
     Ley 164 – Julio 2003 – Aumento de Sueldo
     Ley 164 – Enero 2004 – Gob. Sila M. Calderón
     Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados
mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las
siguientes leyes:

       Ley 124 – Julio 1973 – Aumento de Sueldo
       Ley 89 – Julio 1979 – Retribución Uniforme
       Ley 89 – Julio 1995 – Romerazo
       Ley 134 – Julio 1996 – Aportación Acumulado Retiro
       Ley 96 – Julio 2002 – Aumento de Sueldo
       Ley 164 – Julio 2003 – Aumento de Sueldo
       Ley 164 – Enero 2004 – Gob. Sila M. Calderón
       Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico desde el 27 de febrero de 1989 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Lilliam Lespier Burgos
Nombre en letra de molde

Firma

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

28 de octubre de 2020

A quien pueda interesar:

Certifico que **LILLIAM LESPIER BURGOS**, número de seguro social **XXX-XX-8799** labora en nuestra Agencia desde **27 de febrero de 1989** al **Presente**.

Actualmente, ocupa puesto en calidad de **OFICINISTA MECANOGRAFO I** en **FELIPE COLON DIAZ**, **Oficina Regional Educativa de PONCE** y devenga un salario de **$1,931.00** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaria Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.