Lilliam Lespier Burgos
Urb. Sombras del Real
Calle El Roble 407
Coto Laurel, PR 00780



Clerk's Office
United State District Court
Room 150 Federal Building
San Juan, PR 00918-1767