IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO | * * | PROMESA TITLE III |
| As representative of THE COMMONWEALTH OF PUERTO RICO, et. al | * * | CASE: 17-BK-3283-LTS (Jointly Administedered) |
| DEBTORS | * | |

_____

MOTION TO WITHDRAW LEGAL REPRESENTATION

TO THE HONORABLE COURT:

COMES NOW CYNTHIA NAVARRO PAGAN, and very respectfully requests the following:

1. This counsel filed various proof of claims in this case. I have never been retained to monitor those claims or engage in any other legal matter. Since I am not the legal representative of any party in this case, I wish to be removed from the master address list.

WHEREFORE it is respectfully requested that this Honorable Court permit the withdrawal of attorney Cynthia Navarro Pagan and that she be removed from the mailing matrix, services lists and any other lists related serving of notices by electronic and any other means.

**I HEREBY CERTIFY:** That on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronica notification, upon information and belief to all parties through their counsel of record and to the US Trustee, ustpregion21.hr.ecf@usdoj.gov.

In San Juan, this 4th day of November, 2020.

/S CYNTHIA NAVARRO PAGAN

CYNTHIA NAVARRO PAGAN
USDC NO. 203602
ATTORNEY FOR DEBTORS
CALLE 7 N.E. #344
ESQ. FRANKLIN D. ROOSEVELT
SAN JUAN, PUERTO RICO 00920
TEL NO. (787) 717-0842