## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Rachel O'Connor, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On October 28, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on (1) the NOP Email Service List attached hereto as **Exhibit A**; and (2) the NOP Notice Parties Email Service List attached hereto as **Exhibit B**:

- Committees' Motion to Exclude Expert Testimony of Dr. Laura Gonzalez on *ultra vires* Issues. Responses Due by November 19, 2020 [Case No. 17-03283, Docket No. 14974, Case No. 17-03566, Docket No. 997]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Responses of the Bank of New York Mellon, as Fiscal Agent, to the Committees' Motion for Summary Judgment on *ultra vires* Issues [Case No. 17-03566, Docket No. 998]

Dated: November 6, 2020

/s/ Rachel O'Connor
Rachel O'Connor

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 6, 2020, by Rachel O'Connor, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 47593

## Exhibit A

Exhibit A

NOP Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 2179838 | A&B General Consultants Corp. | santiagoalex65@gmail.com; |
| 2179839 | Academia Puertorriquena de la Lengua Espanola | info@academiapr.org; |
| 2180030 | Ada I. Garcia Hernandez | adaytito@hotmail.com; |
| 2180422 | Ada Ivette Ortiz Rivera | adaivette25@gmail.com; |
| 2180344 | Ada R. Valdivieso | renatose@outlook.com; |
| 2180261 | Adelina Rodriguez Diaz | lindaarjes@hotmail.com; |
| 2179966 | Agnes de Lourdes Carvajal | roch40@earthlink.net; |
| 2180201 | Agustin Perez | atinperez@gmail.com; |
| 2180205 | Alan Jay Perlman | perlfoto@gmail.com; |
| 2180207 | Alberto J. Picó Gonzalez | sallyedejesus@gmail.com; |
| 2180333 | Alberto J. Torres Soto | eng_atorres@hotmail.com; |
| 2179953 | Alfredo J. Cristy | ajcristy73@yahoo.com; |
| 2180244 | Alfredo Rivera Mendoza | fro@coqui.net; |
| 2179998 | Alice Miriam Fagundo Alvarez | edgardomenech@gmail.com; |
| 2179921 | Alida Castro | alida_castro8@yahoo.com; |
| 2180035 | Allison Jean Gardner | kgmama3@yahoo.com; |
| 2180033 | Alma Garcia Toledo | almagarciatoledo@yahoo.com; |
| 2180210 | Alma Pizarro Ramirez | smari_roca@yahoo.com; |
| 2180105 | Alvin L. & Evelyn R. League | evelynleague@gmail.com; |
| 2179843 | Andres & Magaly Acosta Nazario | magaly.acosta.nazario@gmail.com; |
| 2179979 | Andres Diaz-Nieves | diaznieves.diazfranco@gmail.com; |
| 2180262 | Angel A. Rodriguez-Gonzalez | angelarturo52@gmail.com; |
| 2179873 | Angel G. Avila-Medina | insnurse@gmail.com; |
| 2180309 | Angel Silva-Molinari | a7silva7@gmail.com; |
| 2179977 | Annette Diaz de Fortuno | anettefortuno@yahoo.com; |
| 2179872 | Antonio R. Aulet-Castro | kititopr@hotmail.com; |
| 2180181 | Aracella Nazario-Torres | cellapillar@yahoo.com; |
| 2180331 | Aracella Torres-Irizarry | cellapillar@yahoo.com; |

Exhibit A

NOP Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2179865 | Arias Guardiola Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2180277 | Arline Rydzewski | ajrydz@gmail.com; |
| 2180056 | Armando Guardiola | sbaezdixon@gmail.com; |
| 2180269 | Armando Rodriguez-Santana | armandoro654@gmail.com; |
| 2179866 | Armando Rodriguez-Santana Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2179871 | Audrey C. Scott Decd. IRA | mrbscott@yahoo.com; |
| 2179875 | Ayendez Faccio Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2179880 | Barahona LLC | bcollaza@lawpr.com; |
| 2179885 | Barron Family Revocable Living Trust | danielrbarron@msn.com; |
| 2179863 | Becky M. Aponte-Valderas | beckymaponte@gmail.com; |
| 2179889 | Beltran-Pascual Family Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2180398 | Betty S Walker | lthompson@infinekgroup.com; |
| 2179918 | Bevelyn Castellano-Rivera | bevelyncastellano@hotmail.com; |
| 2180228 | Blaine Ratliff | blaine.ratliff@LPL.com; |
| 2179895 | BofA Securities (fka Merrill Lynch & Co.) | jason.stone@bofa.com; |
| 2180098 | Brandon Kochen | bkochen@45equity.com; |
| 2180241 | Brunilda Rivera Mercado | brunildarivera014@gmail.com; |
| 2180288 | Candido Santiago Alverio | chayoma1@hotmail.com; |
| 2180215 | Carlos A. Ponce De Leon | cponcedeleon@ieg-pr.com; |
| 2180396 | Carlos Alvarez-Mendez | calvarez@mendezcopr.com; |
| 2180050 | Carlos J. Gonzalez Reyes | ccjjggrr1@hotmail.com; |
| 2180379 | Carlos J. Nido | carlosnido@gmail.com; |
| 2180388 | Carlos J. Ojeda | carlodsojedapr@yahoo.com; |
| 2179858 | Carlos M. Antoni | antonic00926@yahoo.com; |

Exhibit A

NOP Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 2179978 | Carlos M. Diaz Cuevas | carlosmdiazcuevas@gmail.com; |
| 2180016 | Carlos M. Flores | carlosflores385@hotmail.com; |
| 2179914 | Carlos R. Mendez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2180147 | Carmen E. Melero Munoz | carmensmelero@gmail.com; |
| 2180053 | Carmen Gonzalez Torres | carmingonzalez70@gmail.com; |
| 2180004 | Carmen Luisa Fernandez | lina005pr@gmail.com; |
| 2180059 | Carmen M. Gutierrez Nunez | gncarmenm@hotmail.com; |
| 2180301 | Carmen M. Segarra | carmensega@gmail.com; |
| 2179961 | Carmen Q. de Bello | hbello55@gmail.com; |
| 2179917 | Carmen R. Cartagena | gefrecha@hotmail.com; |
| 2180270 | Carmen Rodriguez Schulze | jeanne.rodz@gmail.com; |
| 2179878 | Carmina Ballester | maggiesuro@gmail.com; |
| 2180366 | Carol Whittlesey | lennox.linda@gmail.com; |
| 2180060 | Carol Z. Hale | czhlks@gmail.com; |
| 2180287 | Cesar Santiago Acevedo | cesarsanty@gmail.com; |
| 2179847 | Chet H. Allen | 49hobbs@gmail.com; |
| 2180122 | Christine J. Marczynski | occhrissea@msn.com; |
| 2179931 | Claudio Ballester Rico Estate | vibaponce@yahoo.com; |
| 2179933 | Colberg Cabrera Children Trust-Alberto Juan-Colberg, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2179940 | Colon, Luis A. and de Colon, Maria A. | Bertiecolon@gmail.com; |
| 2179945 | Comas del Toro, Jesus and Comas, Herminia | ledorot077@gmail.com; |
| 2179947 | Congregacion Hnas. Carmelitas de la Caridad | adamyriamv@gmail.com; |
| 2179910 | Consuelo Carbia | conniecarbia@gmail.com; |
| 2179948 | Cooperativa de Ahorro y Credito de Santa Isabel | vmorales@cacsi.com; |
| 2179935 | Cristina Collazo-Collazo | amvc1@aol.com; |
| 2180168 | Daira J. Morales Tores | ianaira@yahoo.com; |

Exhibit A

NOP Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2179958 | Daniel Barreto Torres Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2180206 | Darol G. Peterson | DP4401@frontier.com; |
| 2179905 | David Busquets | djbusquets@prtc.net; |
| 2180302 | David Segarra, Jr. | dsegarra3@gmail.com; |
| 2180178 | de Munoz, Aida A & Munoz, Edgardo | emunozPSC@gmail.com; |
| 2179967 | Dean Lavere Cooley Family Revocable Living Trust | dean@deancooley.com; |
| 2179968 | Dean Lavere Cooley Rollover IRA | dean@deancooley.com; |
| 2180128 | Dennis J. Marlin | djm0212@yahoo.com; |
| 2180055 | Diana E. & Johnson Graham | dgraham217@aol.com; |
| 2180314 | Diana M. Sosa | dianamsosa56@gmail.com; |
| 2179980 | Diaz-Sola, Cecilio and Torres, Elaine | cdiazsola@gmail.com; |
| 2180046 | Domingo A. Gonzalez Ojeda | domgon787@aol.com; |
| 2179928 | Domingo Cintron Cordero | ACarpetcleaning47@gmail.com; |
| 2180268 | Domingo Rodriguez Rivera and Hilda Colon Plumey | domingo5348@yahoo.com; |
| 2180267 | Domingo Rodriguez Rivera and Hilda Colon Plumey | domingo5348@yahoo.com; |
| 2180298 | Donald E. Schmidt Jr. | doneschmidt@sbcglobal.net; |
| 2180318 | Donley J. Stocking | dstocking1@gmail.com; |
| 2179952 | Dra. Coty Benmaman Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2179983 | Dragoni, Marcos & Aguayo de Dragoni, Maria | abbyaguayo@yahoo.com; |
| 2179989 | E. Clive Ellis | clive_ellis@hotmail.com; |
| 2179982 | Edgar Domenech Morera | edgardomenech@gmail.com; |
| 2179867 | Edgardo Arroyo Calderon | edgardo.arroyo.calderon@gmail.com; |
| 2180195 | Edwin Rivera Ortiz | ledoedwinortizrivera@hotmail.com; |
| 2180260 | Edwin Rodriguez Batis | erbatis@yahoo.com; |
| 2180419 | Elba E. Melendez Rodriguez | eemro101@gmail.com; |
| 2180184 | Elba Iris Nevarez | amaury47@att.net; |

Exhibit A

NOP Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 2179883 | Eliett Barreras | eliettambar@gmail.com; |
| 2180000 | Elines Febles Negron | feblescontes@gmail.com; |
| 2180227 | Elisa Ramos Lopez | gloriosaflor41@gmail.com; |
| 2180149 | Eloy Mena Diaz | eloymenadiaz@gmail.com; |
| 2179846 | Elva M. Aguirre | afag@me.com; |
| 2180051 | Emilio Gonzalez Roig | millog@hotmail.com; |
| 2179990 | Empire Gas Company, Inc. | kelly@empigaspr.com; |
| 2179991 | Empresas Treviño Ramirez Inc. | jesustrevicoperez@gmail.com; |
| 2179992 | ENME Real Estate Corp. | rodriguezcardonia13@yahoo.com; |
| 2180020 | Enrique Freieria Umpierre | hfreiria@prtc.net; |
| 2180022 | Enrique Fuentes | hfa5364@gmail.com; |
| 2180116 | Enrique Loubriel Umpierre | eloubriel@yahoo.com; |
| 2180183 | Enudio Negron Angulo | rudin425@gmail.com; |
| 2179993 | Enudio Negron-Angulo Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2180418 | Ernesto L. Ramirez Torres | elrtorres@gmail.com; |
| 2179995 | Estate of Andres Lopez | doquinon@msn.com; |
| 2179996 | Estate of Carlos A Quilichini Roig | quilichinipa2C@microjuris.com; |
| 2179997 | Estate of Isaias E. Martir Soto | diazmartir1@gmail.com; |
| 2180029 | Eva Pilar Garcia Barros | epgarcia@prtc.net; |
| 2180173 | Everling Morla Rios | everling@jazzhamilton.com; |
| 2180135 | Fabian Martinez Oliver | lumenmendez@hotmail.com; |
| 2179874 | Fe Mercedes Avila Medina | acs2004_47@hotmail.com; |
| 2180001 | Federico A. Souffront Santiago Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2180367 | Felicia Ann Wilson | tomsaez@gmail.com; |
| 2180002 | Feliciano-Perez, Eladio & Gonzalez-Torres, Carmen | carmingonzalez70@gmail.com; |
| 2179887 | Felipe Belgodere | felipegel@prtc.net; |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit A

NOP Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2179939 | Felix Antonio Colon | felixmd78@gmail.com; |
| 2179981 | Fernando A. Diez | fdo10@aol.com; |
| 2180008 | Fernando Irizarry and Maria Rodriguez | maria@fiaarchitects.com; |
| 2180009 | FERPO Consulting Group Inc | ginnette.fernandez@gmail.com; |
| 2180011 | Fideicomiso B & B | JoseCBacoR@aol.com; |
| 2180012 | Fideicomiso Flores-Morales, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2179999 | Fideicomiso Inigo Fas | cheinigosz@gmail.com; |
| 2180115 | Fideicomiso Lopez-Agudo | blanca_aguado@yahoo.com; |
| 2180117 | Fideicomiso Lugo Rivera | yanitza_vargas@hotmail.com; |
| 2179944 | Filiberto Colon Rodriguez | ficorod4@gmail.com; |
| 2180253 | Frances M. Rodriguez | mirita12@aol.com; |
| 2180315 | Francisco A. Sotomayor Chaves | fasotomeyor@gmail.com; |
| 2180327 | Francisco Toro-De Osuna and Viviana Velez-Perez | img.franciscotoro@gmail.com; |
| 2179908 | Freddie Canales | freddiecanales@gmail.com; |
| 2180395 | Freddie Hernandez-Rodriguez | freddie.hernandez55@yahoo.com; |
| 2180382 | Fumero-Vidal, Ricardo A. and Aguilo-Pico, Enid M. | r.fumero@hotmail.com; |
| 2180023 | G. Vidal-Santoni Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2180160 | Gabriel Miranda | gjmirandar@gmail.com; |
| 2180024 | Gabriel Miranda Target Retirement Plan | gjmirandar@gmail.com; |
| 2180028 | Garcia Gubern Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2179901 | Gary & Pamela Brulez | gary@cpamo.com; |
| 2180317 | Gary D. Stillwell | gds5703@aol.com; |
| 2180063 | Gary W. Hartke | midwestgar49@yahoo.com; |
| 2180279 | Gennaro Sagliocca | kidneydocs@aol.com; |
| 2180402 | Gerard Ramos-Martin | gramosmartin@gmail.com; |

Exhibit A

NOP Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180335 | Gerardo Torres Torres | gtt_14@hotmail.com; |
| 2180399 | GIB Development LLC | sshub@45equity.com; |
| 2180061 | Gilberto Hanke | 787fishing@gmail.com; |
| 2180064 | Gilberto Hawke | 787fishing@gmail.com; |
| 2180189 | Gilberto Nieves Lopez | gilberttonieves@yahoo.com; |
| 2180103 | Gregoria Laracuente | kelvinquinones@gmail.com; |
| 2180067 | Griselle Hernandez | supergyzmo@yahoo.com; |
| 2180057 | Gubern-Garcia Living Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2180190 | Guillermo A. Nigaglioni | gnigag@prtc.net; |
| 2180257 | Hada Livia Rodriguez de Colon | ficorod4@gmail.com; |
| 2180062 | Hans Mercado-Gonzalez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2179888 | Harry A. Bello | hbello55@gmail.com; |
| 2180049 | Hector L. Gonzalez-Quintana | hgg1164@hotmail.com; |
| 2180139 | Hector L. Mattei-Calvo | yauco13@yahoo.com; |
| 2180204 | Hector X. Perez-Pasarell | hectorxavier2000@yahoo.com; |
| 2180154 | Helen M. Mercer | hmmdome@SBCglobal.net; |
| 2180070 | Highfields Capital I LP | lfr@mcvpr.com; |
| 2180071 | Highfields Capital II LP | lfr@mcvpr.com; |
| 2180072 | Highfields Capital III LP | lfr@mcvpr.com; |
| 2180255 | Hilda M. Rodriguez | hmrodriguez1961@yahoo.com; |
| 2180041 | Hiram Gomez Vallecillo | hiramgomez@me.com; |
| 2180075 | Hospicio Emmanuel Deferred COMPFBO Moises Rivera, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2180114 | Ibrahim Llop | ibra_110P@hotmail.com; |
| 2180077 | Ileana Enid Cuerda-Reyes Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |

Exhibit A

NOP Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180096 | Inclan, Julian S. & Pietrantoni de Inccan, Vionette | jinccan@americanpapercorp.com; |
| 2180079 | Invesco Advisers, Inc., on behalf of certain funds managed or advised by it | twillis@ofiglobal.com; |
| 2180133 | Iraida A. Martinez Velez | indymarvel@gmail.com; |
| 2179898 | Iris Bou-Pina | housuki1941@yahoo.com; |
| 2180407 | Iris M. Figueria Muniz | irismfigueroa@gmail.com; |
| 2180254 | Iris M. Rodriguez | irismrsl@gmail.com; |
| 2180313 | Iris Sobsey | i_sonsey@hotmail.com; |
| 2180082 | Isabel C. Petrovich Estate | paonessal@yahoo.com; |
| 2180348 | Isabel Vazquez Benitez | annabellenoa@gmail.com; |
| 2180083 | Isaias F. Martir Soto Estate | diazmartir1@gmail.com; |
| 2179906 | Ismael Gonzalez | isgon15@hotmail.com; |
| 2180144 | Ismael Melendez | im712@yahoo.com; |
| 2180085 | Ivaem College, Inc. | finanzas@ivaempr.com; |
| 2180285 | Ivan Sanchez Sanchez Espinal | ivan.santose@gmail.com; |
| 2179915 | Ivette Carrera | ivesusa.carrera@gmail.com; |
| 2180413 | Ivette Perez | icypr2@hotmail.com; |
| 2180100 | Ivonne Laborde | ivonnelaborde@hotmail.com; |
| 2180193 | Jack L & Barbara J Orr | barbieo22@hotmail.com; |
| 2180032 | Jaime A. Garcia-Ramirez | garciaramirez.jaime@gmail.com; |
| 2180005 | Jaime Fernandez (guardian for Roger Breto Fernandez) | jaimejuventudvibra@gmail.com; |
| 2180416 | Jaime Rivera-Cruz | jretessi@gmail.com; |
| 2180250 | Jaime Robles | jrobles200@gmail.com; |
| 2180372 | Jaime Yordan Molini | yordanfrau@prw.net; |
| 2180299 | James J. Scott | jjeffersonscott@gmail.com; |
| 2180110 | James Libby | jgolf216@gmail.com; |
| 2179934 | James M. Cole | jamesoncole@gmail.com; |
| 2180380 | James McNamara | nmchail@earthlink.net; |

## Exhibit A
NOP Email Service List
Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 2180213 | James R. Polifka | polifkaj@pctc.net; |
| 2179893 | Janet Blackburn | justtax@sbcglobal.net; |
| 2180102 | Janis L. Jansen | jljkse@csy.net; |
| 2180025 | Jason R. Galbraith | galbraithjason@yahoo.com; |
| 2180107 | Jeffrey and Linda Lennox | lennox.linda@gmail.com; |
| 2180294 | Jeffrey I. Scherzer | jeff@reginaprinting.com; |
| 2180111 | Jesus Librada-Sanz | libradajesus@yahoo.es; |
| 2180090 | Joglor LLC | joefigueroa@yahoo.com; |
| 2179986 | John C. and Jerry L. Durling | johnandchick@yahoo.com; |
| 2179969 | John E. Dearmond | enigma0722@aol.com; |
| 2179904 | John G. and Natalia Bury | jburyenterprise@yahoo.com; |
| 2180427 | John Hancock Investments | ecaron@jhancock.com; |
| 2180338 | John L Treadway | jokerjohn01@hotmail.com; |
| 2180091 | John Levin-IRA | jlevin6@zoho.com; |
| 2180092 | John Levin-Roth-IRA | jlevin6@zoho.com; |
| 2180282 | Jorge P. Sala-Colon | jpsala_pr@yahoo.com; |
| 2179916 | Jose A. Carro-Soto | drcarro2003@yahoo.com; |
| 2180194 | Jose A. Ortiz-Quinones | brunygiuliani@hotmail.com; |
| 2179891 | Jose Bermudez-Ortiz | bermudezortizjose@gmail.com; |
| 2179852 | Jose E. Amadeo | jamadeo@prtc.net; |
| 2180276 | Jose E. Ruiz-Mattei | jeruiz2057@gmail.com; |
| 2179909 | Jose H. Candelario | candelariojodeh@gmail.com; |
| 2180240 | Jose J. Rivera De Jesus | riverajos@prtc.net; |
| 2179860 | Jose L. Aponte-Valderas | apontevalderas@gmail.com; |
| 2180202 | Jose M. Perez-Posas | mosqurperezl@gmail.com; |
| 2180130 | Jose R. Marquez-Rivera | manaveiras@hotmail.com; |
| 2180223 | Jose Ramirez-Fas | joseramirez@gmail.com; |
| 2180047 | Jose Ramon Gonzalez-Passalacqua | jrgp1@hotmail.com; |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit A

NOP Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2179985 | Joseph M Dunlavy | jdunlavy@kansasbusinessfinancing.com; |
| 2180176 | Joseph Mottola | cinim56@gmail.com; |
| 2179903 | Juan Buono-Alcaraz | jbuono2346@yahoo.com; |
| 2180018 | Juan L. Fourquet-Torres | juanfourquet@gmail.com; |
| 2180094 | Juan Ramon Gomez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2180235 | Juan Riestra | riestra@proen.com; |
| 2180026 | Julio A. Galindez | julio@fprgalindez.com; |
| 2179975 | Julio Delgado-Toledo | juliodelgado@gmail.com; |
| 2180208 | Julio S. Pijem-Garcia | salva432001@yahoo.com; |
| 2180283 | Julio Saliva | stutty798@aol.com; |
| 2180120 | Karen Mansfield | bluegecko2121@yahoo.com; |
| 2180359 | Karl Walder | kwcuboy@yahoo.com; |
| 2180342 | Kathleen V. Urbanski | bffv1R5@yahoo.com; |
| 2180097 | Kathryn R. Thompson Rev. Tr | rthompson@tbswelds.com; |
| 2179864 | Kenia Arana | keniaarana15@gmail.com; |
| 2180363 | Larry L. Wheeler | wheels135@comcast.net; |
| 2180278 | Laura Saft | lsaft@bds.org; |
| 2180220 | Lavinia Ramirez | marymqr@hotmail.com; |
| 2180104 | Lawful Constitutional Debt Coalition | susheelkirpalani@quinnemanuel.com; |
| 2180368 | Leon Winer | prleon@msn.com; |
| 2180343 | Leoncio Valdes-Menendez | Pilovaldes@gmail.com; |
| 2180415 | Liajay Rivera-Garcia | dalygrpr@gmail.com; |
| 2180242 | Liana Rivera Olivieri | mevicens@yahoo.com; |
| 2179950 | Lillian Coss | lillianc@live.com; |
| 2180106 | Linda Lennox | lennox.linda@gmail.com; |
| 2179850 | Linette Alvarez | alvarezlinette@gmail.com; |
| 2179861 | Lisa M. Aponte-Valderas | laponte@rmmelaw.com; |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

NOP Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 2180127 | Lisa Marlin | lisamarlin@icloud.com; |
| 2180112 | Litespeed Master Fund Ltd. | jamie@litespeedpartners.com; |
| 2180043 | Lohr H. Gonzalez | sarahspoleti@sbcglobal.net; |
| 2179862 | Luis A. Aponte-Valderas | albertoaponte@yahoo.com; |
| 2179955 | Luis A. Cruz | apolocande@yahoo.com; |
| 2180118 | Luis A. Seguinot Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2180336 | Luis A. Torres-Zayas | tozala@gmail.com; |
| 2180017 | Luis E. Font | fontpr@yahoo.com; |
| 2180163 | Luis G. Montanez | montanezlg@gmail.com; |
| 2180042 | Luis Gonzalez | b.diazj@hotmail.com; |
| 2180010 | Luis M. Ferrer-Davila | lyfeda2009@gmail.com; |
| 2180230 | Luis Raul-Padilla | padimart@yahoo.com; |
| 2180376 | Luz Angelica Zayas-Cintron | luchyzayas@hotmail.com; |
| 2180166 | Luz Maria Morales Morales | luzsunrise99@gmail.com; |
| 2180421 | Lyda Marta Rivera Rivera | lydamarta@yahoo.com; |
| 2179954 | Lydia Cruz | cruzl4477@gmail.com; |
| 2179920 | Lynette Castillo | lynette_castillo@yahoo.com; |
| 2180387 | Mabel Velez-Martinez | mabel.velezmartinez@gmail.com; |
| 2179892 | Magali Berrios-Rivera | magaberi@gmail.com; |
| 2179842 | Magaly Acosta Nazario | magaly.acosta.nazario@gmail.com; |
| 2179845 | Magda Aguilo-Pico | pedro.quintero@pr.edu; |
| 2180045 | Magda Gonzalez | aixza_gonzalez@yahoo.com; |
| 2180172 | Magda Morell | magda.morell@hotmail.com; |
| 2179876 | Mani Ayyar | mayyar29@gmail.com; |
| 2180036 | Marcos Garrido-Rincon | garridomarco@gmail.com; |
| 2180182 | Maria A. Nazario-Pagan | magaly.acosta.nazario@gmail.com; |
| 2180015 | Maria Aracelis Figueroa-Soldevila | mfigsol@gmail.com; |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

NOP Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180312 | Maria C. Snyder-Zalduondo | mariasynder1@gmail.com; |
| 2180263 | Maria de L. Rodriguez-Gonzalez | liamlourdesrodriguez2@gmail.com; |
| 2179971 | Maria Del Carmen Alomar Esteve | alomar.carmen@gmail.com; |
| 2179972 | Maria del Carmen Alvarez | marunces@gmail.com; |
| 2180356 | Maria E. Vicens Rivera | mevicens@yahoo.com; |
| 2180089 | Maria Elena Jimenez-Gandara | maricartor@gmail.com; |
| 2180401 | Maria Ines Suarez | mispg51@gmail.com; |
| 2180390 | Maria J. Echeandia | luis_fernando_silva@hotmail.com; |
| 2180123 | Maria R. Rodriguez Estate | rrp@bobonislaw.com; |
| 2180034 | Maria T Garcia-Toledo | juliodelgado@gmail.com; |
| 2180224 | Maria V. Ramirez-Zayas | vinasita48@hotmail.com; |
| 2180328 | Maria V. Toro-Suarez | smariavtoro@gmail.com; |
| 2179844 | Maribel and Magaly Acosta-Nazario | magaly.acosta.nazario@gmail.com; |
| 2180031 | Maribel Garcia-Navarreto | maribel.hernandezgarcia@gmail.com; |
| 2179851 | Marie I. Alvarez-Beamud | mariealvarez687@gmail.com; |
| 2179854 | Marisabel Amador-Toledo | yiyiamadoe@yahoo.com; |
| 2180125 | Mark G. Scolnick 2007 Trust as Amended | markscolnick@gmail.com; |
| 2180126 | Mark Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2179884 | Marta Barrios-Lugo | Loti53@hotmail.com; |
| 2180019 | Mary J. Frank | mary.j.frank.civ@mail.mi; |
| 2180052 | Marylin Gonzalez-Toro | marylintk@gmail.com; |
| 2180101 | Matilde Landron | tontimati@yahoo.com; |
| 2180142 | Me Salve Isabela | nmenda@admincomp.com; |
| 2180143 | Me Salve Rio Piedras | nmenda@admincomp.com; |
| 2180153 | Mendez-Perez, Ramon and Mendez, Carmen L. | totomendez@hotmail.com; |
| 2180137 | Mercedes Matos-Alvarado | mecanara@tim.it; |
| 2180249 | Mercedes Robles | mroblesmata@gmail.com; |
| 2180066 | Michael B and Christy M. Hensley | hensley@sktc.net; |

Exhibit A

NOP Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 2180295 | Michael E. Scherzer | Scherz4nj@optonline.net; |
| 2180304 | Michael J. Serralles | jboatscaribbea@yahoo.com; |
| 2180138 | Michael Matras | importmike@aol.com; |
| 2180394 | Michele Wray | wadewray@verizon.net; |
| 2180156 | Michica International Co. Shareholders Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2180157 | Michica International Coemployees Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2180412 | Miguel A. Falcon-Rivera | miguelfalconrivera@yahoo.com; |
| 2180272 | Miguel A. Roman-Villanueva | lcdomromancpa@gmail.com; |
| 2180158 | Miguel J. Morales-Vales Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2179970 | Milagros Del C. Osuna | yayiosuna@gmail.com; |
| 2179877 | Miriam C. Balasquide-Frau | mbschmidt2@aol.com; |
| 2180161 | Miriam Loyola-Feliciano Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2180291 | Mirta I. Santos Colon | fasotomeyor@gmail.com; |
| 2180192 | Mirta Oceguera | ocegueramirta@yahoo.com; |
| 2180162 | Monarch Alternative Capital LP | colin.daniels@monarchlp.com; |
| 2180165 | Morales Castro Trust | felixamorales1@gmail.com; |
| 2180152 | Nelly A. Mendez-Figueroa | nelly.mendez.figueroa@gmail.com; |
| 2180150 | Nelson Menda | nmenda@admincomp.com; |
| 2179938 | Nelson S. Colon | pachan29@hotmail.com; |
| 2180095 | Nery Jubert Jubert-Rivera | nyjrivera@gmail.com; |
| 2180264 | Nestor A. Rodriguez-Marty | nesvid@gmail.com; |
| 2180186 | New Concepts Machining, Inc. | newconcepts@frontiornet.net; |
| 2180187 | Nieves, Antonia and Jose Maldonado, Sucesion | michelle.yulfo@gmail.com; |

Exhibit A

NOP Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 2180191 | Nilda E. Ortiz-Melendez Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2180332 | Nilda Torres-Nieves and Jose Reyes-Cruz | tonito2009@live.com; |
| 2180392 | Nilma Acevedo | nacevedod@yahoo.com; |
| 2180275 | Nitza Rotger-Lopez | nitza1951@gmail.com; |
| 2180371 | Noel Ybanez | neybus@yahoo.com; |
| 2180385 | Nora E. Garrote | negarrote@venuble.com; |
| 2179911 | Orlando A. Carbia | orlandocarbia@gmail.com; |
| 2180121 | Orlando Marchena | orlyj27@yahoo.com; |
| 2180021 | Osvaldo Antommattel Frontera | antorhellm@coqui.net; |
| 2180383 | Patricia Mendez-Campoamor | pmcampoamor@yahoo.com; |
| 2180214 | Paul David Pollard | pdavidpollard@hotmail.com; |
| 2180358 | Paul Villanueva-Cruz and Lidia Lopez-Gaston | paulnewvillage@gmail.com; |
| 2180362 | Paulette S. and Robert J. Welsch | bobwelsch@yahoo.com; |
| 2180296 | Pearl Nora Scherzer | Scherz4nj@optonline.net; |
| 2179930 | Pedro A. Cirino-Ayala | Pectorjr7722@yahoo.com; |
| 2180203 | Perez-Garcia, Julio A. and Garcia-Toledo, Teresa | teresagt72@prtc.net; |
| 2180119 | Peter H. Lunt | plunt@nvcommercial.com; |
| 2180311 | Peter Skerda | Pmark1@verizon.net; |
| 2180211 | Plan de Pension Ministerial Inc. | plandepensiones@gmail.com; |
| 2180212 | Playa Azul, CRL | mramos@bufetemrsz.com; |
| 2180216 | Quebrada Bonita Crl | mramos@bufetemrsz.com; |
| 2180003 | Rafael A. Fernandez | becauxrosario@hotmail.com; |
| 2179853 | Rafael Amador-Toledo | amadortoledo@hotmail.com; |
| 2179923 | Rafael Castro-Lang | rafacastrolang@gmail.com;rafacastrolanglaw@gmail.com; rafacastrolanglaw@gmail.com |
| 2180113 | Rafael I. Lizardi-Rivera | pverdehcao@aol.com; |

Exhibit A

NOP Email Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 2180222 | Ramirez-Delgado Trust, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2179994 | Ramirez-Torres, Ernesto L. and Lopez-de Victoria, Adela A. | elrtorres@hotmail.com; |
| 2180259 | Ramon B. Rodriguez-Rosado | rodrinesm@yahoo.com; |
| 2180386 | Ramon F. Perez-Alavrez | rpbroky@gmail.com; |
| 2180403 | Ramos-Martin, Gerard and Ines Suarez, Maria | gramosmartin@gmail.com;mispg51@gmail.com; mispg51@gmail.com |
| 2179896 | Raul Bonnin | raul.bonnin@yahoo.com; |
| 2180151 | Raul Mendez | timbvxrs@gmail.com; |
| 2179942 | Reina Colon Rodriguez | reinac24@coqui.net; |
| 2180231 | Richard E. Render | rickrender@icloud.com; |
| 2179925 | Rita Cintron | ritamcitron@gmail.com; |
| 2180239 | Rivera, Victor M. and Castro, Alida | vmrivera8@gmail.com; |
| 2180252 | Roche U.S. Retirement Plans Master Trust | chen.grace_sanchi@gene.com; |
| 2180424 | Rodriguez Hernandez Pedro | rtshirt1@gmail.com; |
| 2180258 | Rodriguez Pagan deceased and his widow Reina Colon Rodriguez | reinac24@coqui.net; |
| 2180265 | Rodriguez Pagan, Federico and Irizarry Morales, Rosa A | trj.fr67@gmail.com; |
| 2180357 | Rodriguez-Preza, Victor M. and Alas, Mecerdes D. | alasaguirrem@gmail.com; |
| 2180305 | Roger A. Sherman | sylangrog@yahoo.com; |
| 2180297 | Roland and Lillian Schmidt | llschmidt@centurytel.net; |
| 2180391 | Roman G. Muniz | nacevedod@yahoo.com; |
| 2180425 | Rosa V. Dorbatt Quiñones | rvdorbatt@gmail.com; |
| 2179897 | Rosalina Botet | hiram.vazquez@hub-co.com; |
| 2179976 | Ruben Diaz | rubencardio@gmail.com; |
| 2180248 | Ruperto J. Robles | anayruperto@gmail.com; |
| 2180251 | Ruperto J. Robles and Ana Belen Frias | anayruperto@gmail.com; |
| 2180420 | Ruth M. Lopez Ortiz | ruth.lopez1@hotmail.com; |
| 2180164 | Salvador Morales | mfscolinas@yahoo.com; |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit A

NOP Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180349 | Salvador Vazquez-Rosado | svrjpk@gmail.com; |
| 2180423 | Samuel Padua Flores | samuelpadua@hotmail.com; |
| 2180044 | Sandra Gonzalez | jamadeo@prtc.net; |
| 2180286 | Santander Asset Management, LLC, on behalf of certain funds of the First PR Family of Funds managed by them | fserra@sampr.com; |
| 2179963 | Sara E. De Jesus | sallyedejesus@gmail.com; |
| 2180196 | Sherri L Ortolani | sherrilortolani@gmail.com; |
| 2180400 | Shub, Ileana and Menda, Brenda | sshub@45equity.com; |
| 2180308 | Signet Investment Corp. | wrod2mnd@hotmail.com; |
| 2179984 | Silvia M. Duboy | Silviaduboy@gmail.com; |
| 2180006 | Socorro Fernandez-Munoz | happywonderwoman@yahoo.com; |
| 2180065 | Steven T. Haworth | Shaworth2002@gmail.com; |
| 2180319 | Suarez-Lopez, Arturo / M. Perez, Ilia | arturosuarez112@gmail.com; |
| 2180219 | Susan D. and Jeffrey D. Rahm | jrahm@stifel.com; |
| 2180037 | Susan Gay | susiegay@yahoo.com; |
| 2179913 | Susan Marie Carlo-Landron | clsm78@yahoo.com; |
| 2180397 | Sylvia Alvarez-Mendez | calvarez@mendezcopr.com; |
| 2180321 | T&A Properties | anthony@telenetworks.net; |
| 2180323 | Telenetworks Inc. | Anthonyc@telenetworks.net; |
| 2179936 | Teresita Colon | prwec1@gmail.com; |
| 2180088 | Teresita Jimenez | tereyguigapr@gmail.com; |
| 2180140 | Thomas D. McDavitt | tmacdee@cox.net; |
| 2180324 | Tirso T. Pena-Cardenas Retirement Plan, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2180307 | Tomas C. Sifontes | tomassifontes@gmail.com; |
| 2180325 | Tomas Cuerda-Brugman, represented by UBS Trust Company of Puerto Rico | javier.gonzalez@ubs.com; |
| 2180068 | Tomas Hernandez-Aldarondo | hernandeztomas@hotmail.com; |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit A

NOP Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2180326 | Tomas Lozano-Perez and Lorraine Gray | lorraine.ma.gray@gmail.com; |
| 2180303 | Torres-Sepulveda, Agustin & Perez-Torres, Matilde S. | gustorres50@verizon.net; |
| 2180340 | UBS Financial Services Incorporated of Puerto Rico | kenneth.crowley@UBS.com; |
| 2179890 | UBS TRST Dr. Coty Benmaman Retirement | birdie3754@gmail.com; |
| 2180341 | UBS Trust Company of Puerto Rico | kenneth.crowley@UBS.com; |
| 2180350 | Vazquez Vazquez-Rosario | vince4363@gmail.com; |
| 2179879 | Veronica Banks | grbanks@gmail.com; |
| 2179959 | Veronica C. Davis | dollyd701@hotmail.com; |
| 2180364 | Vicki L. Wheeler | wheels135@comcast.net; |
| 2180038 | Victor M Ginorio Gomez | ticoginorio@gmail.com; |
| 2180426 | Victor M. Vazquez Vega | 13juniorvazquez@gmail.com; |
| 2180237 | Victor Rivera | vmrrivera8@gmail.com; |
| 2180274 | Vidal E. Rosendo | Alfonsodistributors@gmail.com; |
| 2180225 | Vidal Nadal, Ramon (estate) and Cruz-Vidal, Aida | epifaniovidalcruz@yahoo.com; |
| 2180167 | Virginia Morales Silva | moralessilva81@gmail.com; |
| 2179856 | Virgle J. & Cheryl D. Anderson | andersonranches@yahoo.com; |
| 2179941 | Walter E. & Teresita Colon | prwec1@gmail.com; |
| 2180290 | Walter Santoni | loveand@myself.com; |
| 2179960 | Wayne Davis | picker629@msn.com; |
| 2180365 | Wheeler Trust | wheels135@comcast.net; |
| 2180361 | William E. Weber | weber59@aol.com; |
| 2180293 | William M. Savage | savagemanor@gmail.com; |
| 2180370 | World Rep LLC | nmenda@admincomp.com; |
| 2179849 | Yanira Almeda | yaniraalmeda@gmail.com; |
| 2180234 | Yvonne D. Riedl | julietteriedl@gmail.com; |
| 2180374 | Zayas-Alvarez, Edwin and Cruz-Bonilla, Ida M. | edwinzayas@bellsouth.net; |

**Exhibit B**

Exhibit B

NOP Notice Parties Email Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2179895 | BofA Securities (fka Merrill Lynch & Co.) | jmotto@winston.com |
| 2179948 | Cooperativa de Ahorro y Credito de Santa Isabel | marielopad@gmail.com |
| 2180407 | Figueria Muniz, Iris M. | ivonnegm@prw.net |
| 2180070 | Highfields Capital I LP | lfr@mcvpr.com |
| 2180071 | Highfields Capital II LP | lfr@mcvpr.com |
| 2180072 | Highfields Capital III LP | lfr@mcvpr.com |
| 2180079 | Invesco Advisers, Inc., on behalf of certain funds managed or advised by it | acaton@kramerlevin.com; boneill@kramerlevin.com; dbuckley@kramerlevin.com |
| 2180430 | John Hancock Investments | dgooding@choate.com; softedal@choate.com |
| 2180117 | Lugo Rivera, Fideicomiso | cardonaalf@gmail.com |
| 2180123 | Maria R. Rodriguez Estate | efl@bobonislaw.com |
| 2180162 | Monarch Alternative Capital LP | Bkahn@akingump.com |
| 2180181 | Nazario-Torres, Aracella | carlosalbertoruizquiebras@gmail.com |
| 2180242 | Olivieri, Liana Rivera | mevicens@yahoo.com |
| 2180212 | Playa Azul, CRL | emunozPSC@gmail.com |
| 2180216 | Quebrada Bonita Crl | emunozPSC@gmail.com |
| 2180241 | Rivera Mercado, Brunilda | ivonnegm@prw.net |
| 2180252 | Roche U.S. Retirement Plans Master Trust | vmedina@mhlex.com |
| 2180286 | Santander Asset Management, LLC, on behalf of certain funds of the First PR Family of Funds managed by them | acaton@kramerlevin.com; boneill@kramerlevin.com; dbuckley@kramerlevin.com |
| 2180331 | Torres-Irizarry, Aracella | carlosalbertoruizquiebras@gmail.com |
| 2180340 | UBS Financial Services Incorporated of Puerto Rico | paul.lockwood@skadden .com |
| 2180341 | UBS Trust Company of Puerto Rico | paul.lockwood@skadden .com |