UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| [X] Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| [ ] Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| [ ] Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| [ ] Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| [ ] Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación   04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. Who is the current creditor?

   ¿Quién es el acreedor actual?

   SOFTEK, INC.
   _____
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>   Sí. ¿De quién? _____ | |

| | | |
|---|---|---|
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>MARIA R LONDONO<br><br>650 MUNOZ RIVERA AVENUE SUITE 601<br>SAN JUAN, PUERTO RICO 00918<br><br>787-509-2632<br>Contact phone / Teléfono de contacto<br><br>rlondono@softekpr.com<br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>MARIA R LONDONO<br><br>650 MUNOZ RIVERA AVENUE SUITE 601<br>SAN JUAN, PUERTO RICO 00918<br><br>787-509-2632<br>Contact phone / Teléfono de contacto<br><br>rlondono@softekpr.com<br>Contact email / Correo electrónico de contacto |

| | |
|---|---|
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known) _____<br>   Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>   Sí. ¿Quién hizo la reclamación anterior? _____ |

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>   Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Department of Families and Children |
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☐ No / No<br>☒ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number \| Número de proveedor / contrato: 2015-000098A<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ 0.00 |

Modified Official Form 410          Proof of Claim          page 2

| | | |
|---|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ 54,661.00 | . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☒ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>**Software use license, maintenance fees, and 10MB line rental fee** | |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>    Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>    **Nature of property / Naturaleza del bien:**<br>    ☐ Motor vehicle / Vehículos<br><br>    ☐ Other. Describe:<br>       Otro. Describir: _____<br><br>    **Basis for perfection / Fundamento de la realización de pasos adicionales:**<br>    _____<br><br>    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>    Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>    **Value of property / Valor del bien:**    $ _____<br>    **Amount of the claim that is secured /**<br>    **Importe de la reclamación que está garantizado:** $ _____<br><br>    **Amount of the claim that is unsecured /**<br>    **Importe de la reclamación que no está garantizado:** $ _____<br>    (The sum of the secured and unsecured amounts should match the amount in line 7.)<br>    (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>    **Amount necessary to cure any default as of the Petition Date /**<br>    **Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :**<br>    $ _____<br><br>    **Annual Interest Rate** (on the Petition Date)<br>    **Tasa de interés anual** (cuando se presentó el caso) _____ %<br>    ☐ Fixed / Fija<br>    ☐ Variable / Variable | |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>    Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso<br>    $ _____ | |

| | |
|---|---|
| **12. Is this claim subject to a right of setoff?**<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received    $ _____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

### Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

**Signature:** *Maria R Londono*
Maria R Londono (Apr 19, 2018)

Signature / Firma_____    **Email:** rlondono@softekpr.com

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: **Maria** (First name / Primer nombre)   **Rocio** (Middle name / Segundo nombre)   **Londono** (Last name / Apellido)

Title / Cargo: **Vice President**

Company / Compañía: **Softek, Inc.**
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: **650 Munoz Rivera Ave., Suite 601**
Number / Número   Street / Calle

**San Juan**   **PR**   **00918**
City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto: **787-509-2632**   Email / Correo electrónico: **rlondono@softekpr.com**

Modified Official Form 410          Proof of Claim          page 4



# CERTIFICATE OF CLAIM

I have reviewed the attached schedule of billings, payments and balances due to this date from the Department of Family – ADFAN of the Commonwealth of Puerto Rico on contract #2015-000098A for which services were provided and have not been paid to the best of my knowledge and understanding.

Maria R Londoño

*[signature]*

Position: Vice President and Secretary

Date: April 18, 2018

www.softekpr.com
info@softekpr.com

# INVOICE



**Softek**

650 Plaza
Avenida Muñoz Rivera
Hato Rey PR 00918

INVOICE NUMBER: 2015-0004
INVOICE DATE: 1/31/2015
PAGE: 1

### SOLD TO:

Dept Familia Adm Fam Niños
Hato Rey PR 00918

ATT. Oficina de la Administradora

| CUSTOMER ID | CUSTOMER P.O. | PAYMENT TERMS |
|---|---|---|
| 000039 | 2015-000098 A | Net 30 |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | DUE DATE |
|---|---|---|---|
| | | | 2/28/2015 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | 000038 | Enero 2015 | | |
| 1.00 | 000038 | Licenciamiento SIRCSe | $ 25,137.00 | $ 25,137.00 |
| | | Licencias de uso y acceso al sistema de documentación del expediente de investigación y referidos SIRCSe. | | |
| 1.00 | 000038 | Mantenimiento SIRCSe y SICSIA | $ 27,359.50 | $ 27,359.50 |
| | | Servicio por concepto de apoyo, operación y mantenimiento de SIRCSe y SICSIA. | | |
| 1.00 | 000038 | Renta Linea 10 MB | $ 2,164.50 | $ 2,164.50 |
| | | Linea de conexión de OSI con las facilidades de Softek. | | |

"Bajo pena de nulidad absoluta certifico que ningún servidor público de la entidad gubernamental arriba mencionada es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes y servicios objeto de este contrato ha sido el pago acordado con el representante autorizado del Departamento. El importe de esta factura es justo y correcto. Los servicios han sido prestados no han sido pagados."

| | |
|---|---|
| Subtotal | $ 54,661.00 |
| Misc | $ 0.00 |
| Tax | $ 0.00 |
| Freight | $ 0.00 |
| Trade Discount | $ 0.00 |
| Total | $ 54,661.00 |

```
                                                            2015-000098-A
                                                            SOFTEK, INC.
                                            E-1260-111-1230000-1078-006-2015
                                            E-1260-111-1230000-1080-006-2015
                                            E-1260-111-1230000-1221-006-2015
                                            E-1260-111-1230000-1081-006-2015
                                            LCDA. ROXANA VARELA FERNÓS
                                                      SECRETARIA INTERINA
                                                DEPARTAMENTO DE LA FAMILIA
                                                        ROSA FUENTES RIVERA
                                                      ADMINISTRADORA INTERINA
                                            ADMINISTRACIÓN DE FAMILIAS Y NIÑOS
```

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE LA FAMILIA
ADMINISTRACIÓN DE FAMILIAS Y NIÑOS
SAN JUAN, PUERTO RICO

CONTRATO DE SERVICIOS PROFESIONALES

-----COMPARECEN-----

-----DE LA PRIMERA PARTE: El DEPARTAMENTO DE LA FAMILIA, representado en este acto por su Secretaria Interina, la Lcda. Roxana Varela Fernós, mayor de edad, casada y vecina de Guaynabo, Puerto Rico, y la ADMINISTRACIÓN DE FAMILIAS Y NIÑOS, representada por su Administradora Interina, la Sra. Rosa Fuentes Rivera, mayor de edad, soltera y vecina de San Juan, Puerto Rico, ambas facultadas mediante las disposiciones de la Ley Núm. 171 de 30 de junio de 1968, según enmendada, conocida como "Ley Orgánica del Departamento de la Familia", 3 L.P.R.A. sec 211 et seq. (Ley Núm. 171-1968), y el Plan de Reorganización Número 1 de 27 de julio de 1995, 3A L.P.R.A. cap. XI, en adelante denominadas la "PRIMERA PARTE".-----

-----DE LA SEGUNDA PARTE: SOFTEK, INC., una corporación con fines de lucro, organizada bajo las leyes del Estado Libre Asociado de Puerto Rico, registrada en el Departamento de Estado de Puerto Rico con el número 78,409, con oficinas en San Juan, Puerto Rico, número de licitador 2280, con certificado de elegibilidad vigente otorgado por la Administración de Servicios Generales, representada en este acto por su Presidente, Julián Londoño Guzmán, mayor de edad, casado, y vecino de San Juan, Puerto Rico, debidamente autorizado mediante Resolución Corporativa, en adelante denominado la "SEGUNDA PARTE".-----

-----Los comparecientes se reconocen recíprocamente la capacidad legal necesaria para el presente otorgamiento, y a tal efecto libre y voluntariamente:-----

-----EXPONEN-----

-----PRIMERO: La PRIMERA PARTE utiliza actualmente la aplicación conocida como el Sistema de Información de Registro Central y Servicios (designada por sus siglas con el nombre de SIRCSe) para la documentación de los referidos y de otros tipos de llamadas que son generados a través de la Línea Directa de Maltrato, así como la Línea de Orientación y Apoyo Familiar. Se utiliza, además, para la documentación de las investigaciones realizadas por la PRIMERA PARTE sobre alegaciones de maltrato y negligencia hacia menores.-----

-----SEGUNDO: La PRIMERA PARTE utiliza la aplicación conocida como el Sistema de Información para el Cuidado Sustituto temporero y Adopción (al que se ha designado por sus siglas con el nombre de SICSIA) para el manejo de los casos de cuidado sustituto, la cual está en un centro de llamadas fuera de las facilidades de la PRIMERA PARTE.-----

-----TERCERO: El 31 de julio de 2014 las PARTES otorgaron el contrato número 2015-000089, con fecha de vigencia de 31 de julio de 2014 a 31 de diciembre de 2014, para la prestación de los servicios de mantenimiento y licenciamiento de las aplicaciones SIRCSe y SICSIA, además de la renta de la línea de conexión (10 MB) que conecta las facilidades de la Oficina de Sistemas de Información (OSI) de la PRIMERA PARTE con las facilidades de la SEGUNDA PARTE, en las cuales residen las aplicaciones. La cuantía máxima a pagarse durante la vigencia del contrato fue de trescientos veintisiete mil novecientos sesenta y seis dólares ($327,966.00).-----

-----CUARTO: La PRIMERA PARTE tiene la necesidad de enmendar el contrato de servicios profesionales otorgado entre las PARTES para extender su fecha de vigencia y asignar los fondos correspondientes para el nuevo período, de manera que los servicios se continúen brindando sin interrupción.-----

-----QUINTO: La SEGUNDA PARTE certifica que tiene la experiencia, el personal y el conocimiento necesario para ofrecer los servicios solicitados y establecidos en la propuesta mediante este contrato.-----

-----SEXTO: Habiendo las PARTES acordado la necesidad de enmendar el contrato según se expresa en los expositivos que anteceden convienen libre y voluntariamente en formalizar la presente Enmienda, sujeto a las siguientes:-----

-----CLÁUSULAS Y CONDICIONES-----

-----PRIMERA: La PRIMERA PARTE otorga este Contrato en virtud de la autoridad que le confiere la Ley Número 171-1968, supra, según enmendada, y el Plan de Reorganización Número 1 del 28 de julio de 1995, según enmendado.-----

-----SEGUNDA: La cuantía máxima a pagarse durante la fecha de vigencia de esta Enmienda, será de TRESCIENTOS VEINTISIETE MIL NOVECIENTOS SESENTA Y SEIS DÓLARES ($327,966.00), a ser pagados de las siguientes cifras de cuenta:-----

-----OCHENTA Y UN MIL NOVECIENTOS NOVENTA Y UN DÓLARES CON CINCUENTA CENTAVOS ($81,991.50) de la cuenta: --
-----E-1260-111-1230000-1078-006-2015-----

-----OCHENTA Y UN MIL NOVECIENTOS NOVENTA Y UN DÓLARES CON CINCUENTA CENTAVOS ($81,991.50) de la cuenta: ---
-----E-1260-111-1230000-1080-006-2015-----

-----OCHENTA Y UN MIL NOVECIENTOS NOVENTA Y UN DÓLARES CON CINCUENTA CENTAVOS ($81,991.50) de la cuenta: --
-----E-1260-111-1230000-1221-006-2015-----

-----OCHENTA Y UN MIL NOVECIENTOS NOVENTA Y UN DÓLARES CON CINCUENTA CENTAVOS ($81,991.50) de la cuenta: --
-----E-1260-111-1230000-1081-006-2015-----

-----TERCERA: Se enmienda la cláusula CUADRAGESIMAPRIMERA del contrato 2015-000098 para extender su fecha de vigencia hasta el 30 de junio de 2015.-----

-----CUARTA: Las restantes cláusulas, términos y condiciones del contrato 2015-000098 permanecerán inalteradas.-----

-----QUINTA: Ninguna prestación o contraprestación objeto de este contrato podrá exigirse hasta tanto el mismo se haya presentado para registro en la Oficina del Contralor a tenor con lo dispuesto en la Ley Núm. 18 de 30 de octubre de 1975, según enmendada, 2 L.P.R.A. sec 97 y 98 (Ley Núm. 18 – 1975).-----

-----SEXTA: Ambas partes reconocen que esta enmienda tendrá vigencia desde el 31 de diciembre de 2014 hasta el 30 de junio de 2015.-----

2

----------------------------------------------------------------ACEPTACIÓN Y FIRMA----------------------------------------------------------------
-----Y PARA QUE ASÍ CONSTE, las partes aceptan esta Enmienda después de haberla leído en todas sus partes y estar de acuerdo con su redacción por estar conforme con todo lo estipulado y la ratifican firmándola hoy 31 de diciembre de 2014.----------------------

LCDA. ROXANA VARELA FERNÓS
SECRETARIA INTERINA
DEPARTAMENTO DE LA FAMILIA
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

JULIAN LONDOÑO GUZMAN
PRESIDENTE
SOFTEK, INC.
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

AVE. MUÑOZ RIVERA 650
SUITE 601
HATO REY, PR 00918
TEL: (787) 754-0400
FAX: (787) 754-0463
EMAIL: jlondono@softekpr.com

ROSA FUENTES RIVERA
ADMINISTRADORA INTERINA
ADMINISTRACION DE FAMILIAS Y NIÑOS
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

PRIMERA PARTE

SEGUNDA PARTE

YO, OLGA LÓPEZ BÁEZ, ABOGADA DE LA ADMINISTRACIÓN DE FAMILIAS Y NIÑOS, CERTIFICO QUE HE REVISADO ESTE CONTRATO EN TODOS SUS PORMENORES Y HABIENDO ENCONTRADO EL MISMO SATISFACTORIO DESDE EL PUNTO DE VISTA LEGAL, RECOMIENDO SU FIRMA.

_____     31 dic/2014
       Firma                                          Fecha

BBV-15-98-A-SOFTEK, INC. (MANTENIMIENTO)

