Número de Evidencia de Reclamación: 140776
Reclamante: Navarro Bristol, Alida

*RECEIVED & FILED CLERK'S OFFICE NOV - 6 2020 US DISTRICT COURT SAN JUAN, PR*

copia

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. Sus respuestas deben proporcionar **más** información de la que se incluye en la evidencia de reclamación inicial. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

*Enviado por correo*

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal** o entrega en mano a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

   [X] Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   [ ] Empleo actual o anterior en el gobierno de Puerto Rico

   [ ] Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda): ~~Desconoces Desconocimiento de la Información~~ Aproximadamente 6,000,000 o más

Batch 4



990123400393734

*Número de Evidencia de Reclamación*: 140776
*Reclamante*: Navarro Bristol, Alida

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ☒ Sí. *Responda preguntas 3(a)-(d).*

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Dept de Salud · Prog. Asist Medica T.SS IV

   3(b). Identifique las fechas de su empleo con relación a su reclamación: Trabaje desde 1983 hasta marzo 2005

   3(c). Últimos cuatro dígitos de su número de seguro social: 0944

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación

   ☒ Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones

   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario). Salarios que correspondían a los empleados y nunca no los pagaron

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☐ No.

   ☒ Sí. *Responda Preguntas 4(a)-(f).*

   4(a). Identifique el departamento o agencia que es parte de esta acción. Sistema Retiro PR Dept de Salud

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Caso del Titulo III Amparo Commonwealth of Puerto Rico Primer Grand Center Station New York NY 10163-4708 PO Box 4708

   4(c). Número de caso: Caso No. 17 br 03283

   4(d). Título, epígrafe, o nombre del caso: Dept de Salud (1/10/1983) Ley 89 Romerazo y Ley 447 de Sila Calderon Amparo Titulo III — 12/10/83

Batch 4

990123400393734

*Número de Evidencia de Reclamación:* 140776
*Reclamante:* Navarro Bristol, Alida

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Pendiente de resolución_

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_Desconocimiento de esto_