A: Secretaria (Clerk's office)
Tribunal De Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico – 00918-1767

Fecha: 8/octubre 2020

Asunto: Accion Pendiente de resolución

De: Alida Navarro Bristol-Proof of Claim (140726)
Alida Navarro Bristol
URB. LA Riviera Calle-2-A-10
Arroyo Puerto Rico- 00714
Telefono- 787-929-3840    S.S- 0944
          P.O Box 582- Arroyo PR-00714

Mi nombre es Alida Navarro Bristol trabaje por 30 años en el Departamento de Salud. Cuando mis comienzo empeze en el 1975 Julio trabajando en el Prog Asist Medica como -T.SSI · T.SS II T.SS III y T.S IV Mis ultimos años fueron como Supervisora del Prog. Asist Medica T.SSIV en Arroyo En los años que trabaje tuve mucha variedad en mis Salarios. Bajo mi criterio en los años que trabaje no se Adjudicaron las siguientes Leyes 89 Romerazo - Ley 34 Rosello - Ley 164 Sila Calderon - Ley 30 del Sistema Retiro Me Retire en marzo - 2005. Recibi mi pension por merito por mis 30 años de servicio Adjunto algunas evidencia que espero que puedan servir para este comotido No puede hacer gestiones por la Pandemia
Copias Documento.

Tarjeta
Primer Clerk.      (140776) # Asignado
New York N.y 1002
Tarjeta enviada a mi persona con un numero
de apelacion Proof of Claim (140776) (copia)

Formulario que se envio por carta certificado
Solicido - Reclamación

Documento que se llevo personalmente a Ponce 6/28/2018
        Evidencia de una Reclamación

Carta enviada en el 1983 oficina Gobernador
con una Bonificación especial de unos pagos
y el ultimo que corresponde 30 Sept 1983 no fue
adjudicado a mi sueldo. Este lo llaman el Romerazo

Formulario 4807 C - Dept Hacienda.

Certificación del Sistema De Retiro 26/2/2020 Status

Carta del Sistema de Gobierno de Puerto Rico Junio 17-2020
Salario que usaron para mi pensión - 2005 Marzo

Talonarios - 2000 - Trabajo
Talonario Pension 2018 - en to actual
            Pensionada ELA

No pude hacer las gestiones antes por lo
que esta pasando y paso por la
              Pandemia.
Solicito status de esta apelación
      787-929-3870 Aida Suarez Batal

**Fecha de la vista: 28 de octubre de 2020, a las 9:30 a.m. (AST)**
**Fecha límite para responder: 14 de octubre de 2020, a las 4:00 p.m. (AST)**

> **REVISE DETENIDAMENTE LA PRESENTE OBJECIÓN Y LOS DOCUMENTOS ADJUNTOS PARA DETERMINAR SI LA OBJECIÓN AFECTA A SU(S) RECLAMACIÓN(ES).**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

**DUCENTÉSIMA CUADRAGÉSIMA QUINTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO
A VARIAS RECLAMACIONES DEFICIENTES**

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa informático).

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022



U.S. POSTAGE >> PITNEY BOWES
ZIP 11232 $ 000.35
02 4W
0000349804 SEP 10 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

00914

<u>PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.</u>

Date Filed: 6/29/2018
Proof of Claim No.: 140776

ALIDA NAVARRO BRISTOL
APARTADO 582
ARROYO, PR 00771

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at **844.822.9231**.

arreglar
PR info @
Prime clerk

158

09/11

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Commonwealth of Puerto Rico
c/ Prime Processing Center
Claims
Grand Central Station
PO Box 4850 NY 10168-4850

9590 9402 5125 9092 1464 44

2. ~~Transfer from service label~~
7015 1520 0000 6767 1585

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case. (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

MMLID: 1314666

| | | | |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

*Handwritten notes: "Fecha 28/9/2018 1 copia" and "Llevada personalmente Ponce"*

## Modified Official Form 410 / Formulario Oficial 410 Modificado
## Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

### Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

**1. Who is the current creditor? / ¿Quién es el acreedor actual?**

ALIDA NAVARRO BRISTOL

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor: Sistema de Retiro P.R. (Departamento Salud)
Otros nombres que el acreedor usó con el deudor

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>ALIDA NAVARRO BRISTOL<br>APARTADO 582<br>ARROYO PR 00714<br><br><br><br>Contact phone / Teléfono de contacto<br><br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>_____<br>Name / Nombre<br><br>_____<br>Number / Número    Street / Calle<br><br>_____<br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto<br><br>Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known) _____<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? _____ | |

**Part 2 / Parte 2:**  Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>*Sistema Retiro de los Empleados del gobierno de P* |
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |

| | | |
|---|---|---|
| 8. How much is the claim?<br>¿Cuál es el importe de la reclamación? | $ _Desconocido_ | Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |

9. What is the basis of the claim?

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Ley 89 (Pomerazo Luz de Sila Catheros)_

10. Is all or part of the claim secured?

¿La reclamación está garantizada de manera total o parcial?

☑ No / No
☐ Yes. The claim is secured by a lien on property.
   Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

   Nature of property / Naturaleza del bien:
   ☐ Motor vehicle / Vehículos

   ☐ Other. Describe:
   Otro. Describir: _____

   Basis for perfection / Fundamento de la realización de pasos adicionales: _____

   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)
   Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

   Value of property / Valor del bien: $_____

   Amount of the claim that is secured /
   Importe de la reclamación que está garantizado: $_____

   Amount of the claim that is unsecured /
   Importe de la reclamación que no está garantizado: $_____
   (The sum of the secured and unsecured amounts should match the amount in line 7.)
   (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

   Amount necessary to cure any default as of the Petition Date /
   Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

   Annual Interest Rate (on the Petition Date)
   Tasa de interés anual (cuando se presentó el caso)_____%
   ☐ Fixed / Fija
   ☐ Variable / Variable

11. Is this claim based on a lease?

¿Esta reclamación está basada en un arrendamiento?

☑ No / No
☐ Yes. Amount necessary to cure any default as of the Petition Date.
   Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

Modified Official Form 410                     Proof of Claim                                          page 3

U0515 v.01 02.15.2016

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received   $ _____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

### Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes ... to establish local ... specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  06/28/2018  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma: *Alida F. Navarro B.*

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: **Alida** (First name / Primer nombre)  **F.** (Middle name / Segundo nombre)  **Navarro Bristol** (Last name / Apellido)

Title / Cargo: Técnico Sociales IV

Company / Compañía: Programa Asistencia Médica (Departamento)
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: Apartado 582
Number / Número  Street / Calle

Arroyo   P.R.   00714
City / Ciudad  State / Estado  ZIP Code / Código postal

Contact phone / Teléfono de contacto: 787-322-5057  Email / Correo electrónico: _____

787-929-3870
**Proof of Claim**

Modified Official Form 410

page 4

U0516 v.01 02.15.2018

BDN Puerto Rico 1845 SRF 22380 SVC: MML PACK ID: 1624 MML ID: 605665

F2R6-0001629
ALIDA NAVARRO BRISTOL
PO BOX 582
ARROYO, PR 00714

PLEASE SEND COMPLETED PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE APPLICABLE BAR DATE:

**General Bar Date:** May 29, 2018 at 4:00 p.m., Atlantic Standard Time

Please send completed Proof(s) of Claim to:

**If by first class mail:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**If by overnight courier or hand delivery/Para envíar por mensajería o entrega al siguiente dia:**

Refer to "Section 6 -- Where and How to File" in the enclosed notice for additional locations in the Commonwealth accepting hand delivery of completed proof of claim forms.

Consulte la "Sección 6: Para ver dónde y cómo presentar su formulario" del aviso adjunto. Habran varias ubicaciones en el Commonwealth donde se aceptara la entrega de estos formularios de prueba de reclamo completados.

If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944 (international), email PuertoRicoInfo@primeclerk.com, or visit https://cases.primeclerk.com/puertorico

Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envíe un correo electrónico a PuertoRicoInfo@PrimeClerk.com, o visite https://cases.primeclerk.com /puertorico

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

También puede enviar su reclamo electrónicamente visitando http://cases.primeclerk.com/puertorico/EPOC-Index

## GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN

Certificamos que ALIDA NAVARRO BRISTOL, disfruta beneficios de PENSION POR MERITO de este Sistema de Retiro. La misma fue efectiva el 01 de abril de 2005. En la actualidad, recibe una anualidad ascendente a $15,859.44 pagadera en mensualidades de $1,321.62.

Esta certificación se expide hoy 26 de febrero de 2020, en San Juan, Puerto Rico.

Certifico correcto,



Marlisa Marrero Negron
Gerente Auxiliar
División de Asuntos de Pensionados

YMERC01



# GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

17 de junio de 2020

ALIDA NAVARRO BRISTOL
P O BOX 582
ARROYO, PR 00714

Estimada señora Navarro:

Hacemos referencia a su **Petición de Revisión a la Pensión por Mérito** que recibe de este Sistema de Retiro, bajo las disposiciones de la Ley 447 de 15 de mayo de 1951, según enmendada, desde el 1 de abril de 2005.

De acuerdo a la evidencia en su expediente y documentos certificados por su Agencia, el cómputo de su pensión se realizó considerando **30** años de servicios acreditados que cubren el periodo del 1 de septiembre de 1976 al 31 de marzo de 2005. Los 36 meses de salarios más altos devengados por usted fueron; $1,803.00, $1,946.00, $2,046.00, $2,196.00, $2,355.00, $2,505.00. En su caso, le fue aplicado sesenta y cinco por ciento (65%) por contar con 51 años de edad al momento de su retiro. Su pensión resultó en $1,431.60 mensuales.

No obstante, la Ley 93 del 19 de junio de 1968 dispone que, todo participante que se acoge al Plan Coordinado para que se le efectúen los descuentos de aportación para Retiro, recibirá una pensión que se reducirá cuando cumpla la edad en que esté plenamente asegurado por los beneficios del Seguro Social. En su caso, la edad es al cumplir los 66 años, los que cumplió el **REDACTED**, por lo cual a esa fecha recibió su pensión ajustada, $1,321.62, conforme a la Ley antes mencionada.

Luego del análisis efectuado y no existiendo evidencia adicional, nos reafirmamos en la cantidad de pensión otorgada. La misma cumple con las normas y procedimientos vigentes.

Cordialmente,

**Dagmar Santiago Antony**
Gerente
Liquidación de Cuentas
Área de Servicios a Participantes

XXX-XX-0944

mmr



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**Gobierno de Puerto Rico**
071 - Departamento de Salud

| Grupo de Pago: | SM -Quincenal | | # Cheque: | 04502409 |
|---|---|---|---|---|
| Desde: | 09/16/00 | | | |
| Hasta: | 09/30/00 | | Fecha: | 09/29/00 |

ALIDA NAVARRO BRISTOL
URB. MINIMA #44
ARROYO PR 00714

SS: **REDACTE**

| | |
|---|---|
| # Empleado: | **REDACT** |
| Dept: | 071016-Medicaid |
| Oficina: | Ponce |
| Titulo: | Tecnico Servicios Sociales 4 |
| Sueldo: | $1,590.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 2 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 795.00 | 1357.50 | 13,282.65 | |
| Pago de Dias Feriados | | 0.00 | 105.00 | 1,027.35 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 11.53 | 207.50 |
| Fed OASDI/Dis | 49.29 | 887.22 |
| PR Withholdng | 38.24 | 728.28 |

| Total: | | 795.00 | 1462.50 | 14,310.00 | Total: | 99.06 | 1,823.00 |
|---|---|---|---|---|---|---|---|

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro < 4/1/90 | 58.91 | 1,060.38 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 112.18 | 2,019.24 |
| SM-First Medical Health Plan | 10.50 | 182.00 |
| SC-TRANS OCEANIC LIFE | 3.12 | 37.44 |
| RC-Pres Pers Ret Cen-E Clasif | 48.76 | 877.68 |
| AE-Seguro por Muerte Asoc ELA | 5.26 | 94.68 |
| GPR Plan de Ahorros | 23.85 | 429.30 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 40.00 | 360.00 |
| Plan de Retiro < 4/1/90 | 73.74 | 1,327.32 |
| FSED Disability Plan | 26.63 | 479.34 |

| Total: | 58.91 | 1,060.38 | Total: | 203.67 | 3,640.34 | * Tributable | | |
|---|---|---|---|---|---|---|---|---|

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 795.00 | 99.06 | 262.58 | 433.36 |
| Acumulado: | 14,310.00 | 1,823.00 | 4,700.72 | 7,786.28 |

### PTO HORAS   ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Cheque #04502409 | 433.36 |
|---|---|
| Total: | 433.36 |

MENSAJE:

*(handwritten: Trabajo 30/9/2000   Talonario)*

*Talonario de mi pension*

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
|---|---|---|---|---|
| 530 - RETIRO CENTRAL PENSIONADOS | | Desde: | 09/01/2018 | Aviso #: 6830994 |
| | | Hasta: | 09/15/2018 | Fecha Aviso: 09/14/2018 |

| ALIDA NAVARRO BRISTOL | # Empleado: | **REDACT** | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| PO BOX 582 | Dept: | 530100-Merito-Edad-Svc-Opcional-001 | Estado Civil: | Married | Married |
| ARROYO PR 00714-0582 | Lugar: | Ley 447 de 15 de mayo de 1951 | Concesiones: | 0 | 0 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-0944 | Sueldo: | $1,431.60 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 715.80 | 1,387.50 | 12,168.60 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 715.80 | 1,387.50 | 12,268.60 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 134.37 | 2,284.29 |
| RC-Pres Pers Ret Cen-E Clasif | 55.61 | 945.37 |
| AE-Seguro por Muerte Asoc ELA | 4.77 | 81.09 |
| Ahorros-AEELA | 21.47 | 364.99 |
| Total: | 216.22 | 3,675.74 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-TRIPLE-S ADVANTAGE | 0.00 | 792.00 |

\* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 715.80 | 0.00 | 216.22 | 499.58 |
| Acumulado: | 12,268.60 | 0.00 | 3,675.74 | 8,592.86 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6830994 | 499.58 |
| Total: | 499.58 |

**CONTACTOS: CentroRetiro- San Juan, Caguas, Humacao, Mayagüez, Ponce**
PO BOX 42003 San Juan, PR 00940-2203 * 437 Ave Ponce de León San Juan PR 00917-3711
Tel. 787-777-1500 * Fax 787-764-6058 * cesresanjuan@retiro.pr.gov * www.retiro.pr.gov
ContactoRetiro 787-777-1500 * Isla 1-877-777-2020 * TelePréstamo 787-957-8181

MENSAJE:

---

| Gobierno de Puerto Rico | Fecha | Aviso No. |
|---|---|---|
| 530 - RETIRO CENTRAL PENSIONADOS | 09/14/2018 | 6830994 |

Cant. Deposito: $499.58

TRAY 23 SQ 4828********************SCH 5-DIGIT 00714   4828 2 AV 0.378
ALIDA NAVARRO BRISTOL
PO BOX 582
ARROYO PR 00714-0582

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 10487 | $499.58 |
| Total: | | $499.58 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 08/16/2018 |
| Hasta: | 08/31/2018 |

Business Unit: PUERT
Aviso #: 6549356
Fecha Aviso: 08/30/2018

ALIDA NAVARRO BRISTOL
PO BOX 582
ARROYO PR 00714-0582

SS: XXX-XX-0944

| | |
|---|---|
| # Empleado: | REDACT |
| Dept: | 530100-Merito-Edad-Svc-Opcional-001 |
| Lugar: | Ley 447 de 15 de mayo de 1951 |
| Titulo: | Pensionado |
| Sueldo: | $1,431.60 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Horas (Corriente) | Ingresos (Corriente) | Horas (Acumulado) | Ingresos (Acumulado) |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 715.80 | 1,312.50 | 11,452.80 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 715.80 | 1,312.50 | 11,552.80 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 134.37 | 2,149.92 |
| RC-Pres Pers Ret Cen-E Clasif | 55.61 | 889.76 |
| AE-Seguro por Muerte Asoc ELA | 4.77 | 76.32 |
| Ahorros-AEELA | 21.47 | 343.52 |
| Total: | 216.22 | 3,459.52 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-TRIPLE-S ADVANTAGE | 99.00 | 792.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 715.80 | 0.00 | 216.22 | 499.58 |
| Acumulado: | 11,552.80 | 0.00 | 3,459.52 | 8,093.28 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6549356 | 499.58 |
| Total: | 499.58 |

MENSAJE:

**CONTACTOS: CentroRetiro- San Juan, Caguas, Humacao, Mayagüez, Ponce**
PO BOX 42003 San Juan, PR 00940-2203 * 437 Ave Ponce de León San Juan PR 00917-3711
Tel. 787-777-1500 * Fax 787-764-6058 * cesresanjuan@retiro.pr.gov * www.retiro.pr.gov
ContactoRetiro 787-777-1500 * Isla 1-877-777-2020 * TelePréstamo 787-957-8181

---

Gobierno de Puerto Rico
530 - RETIRO CENTRAL PENSIONADOS

Fecha
08/30/2018

Aviso No.
6549356

Cant. Deposito: $499.58

TRAY 23 SQ 4828******************SCH 5-DIGIT 00714     4828 2 AV 0.378
ALIDA NAVARRO BRISTOL
PO BOX 582
ARROYO PR 00714-0582

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | 10487 | $499.58 |
| Total: | | $499.58 |

**NO-NEGOCIABLE**

**OFICINA DEL GOBERNADOR**

LA FORTALEZA
SAN JUAN, PUERTO RICO 00901



12 de abril de 1983

Estimado Servidor Público de Carrera:

El 1ro de junio de 1983, comenzarás a recibir una bonificación especial que se te pagará de la siguiente forma:

$50 el 1ro de junio de 1983
$30 el 1ro de julio de 1983
$50 el 31 de julio de 1983
$30 el 31 de agosto de 1983
$30 el 30 de septiembre de 1983 (NO SE ADjudico)

La bonificación que habrás de recibir además de tu sueldo, se logró con la aprobación de la Ley Núm. 12 de 27 de agosto de 1982. En tu caso particular representa una cantidad total de $190 en un período de 4 meses.

Debido a que la situación económica de nuestro país continúa difícil y que tenemos compromisos y prioridades ineludibles, sometí legislación ante las Cámaras Legislativas con el propósito de implantar un plan por etapas encaminado a mejorar la condición retributiva de los empleados públicos.

Dicho plan entrará en vigor el 1ro de octubre de 1983, conforme a la Ley Núm. 12 de 27 de agosto de 1982, y a legislación sometida. En esta ocasión, el 1ro de octubre de 1983, recibirás un aumento de $30 mensuales en tu sueldo regular que como tal será permanente y se habrá de considerar para los fines del cómputo de pensiones, de tu margen prestatario y para otros beneficios marginales.

Posteriormente, el 1ro de abril de 1984, o sea 6 meses después de haber recibido tu primer aumento en sueldo, entrarán en vigor nuevas escalas salariales, las que forman parte de un plan integral de retribución desarrollado por una firma consultora bajo la coordinación de la Oficina Central de Administración de Personal.

Las nuevas escalas de retribución que entrarán en vigor en estas fechas están desarrolladas en una base porcentual y superan en todos los tipos retributivos a las vigentes. La adopción de estas nuevas escalas te traerá un segundo aumento de sueldo. Este aumento será variable y su cuantía dependerá de la clasificación de tu puesto y del paso a que corresponda tu sueldo al entrar en vigor las nuevas escalas. En el caso de los empleados de carrera, el tipo mínimo vigente se incrementará desde $57 hasta $125 mensuales y, como te dije anteriormente, el aumento individual a recibir en dicha cantidad dependerá de la clasificación de tu puesto y del paso a que corresponda tu sueldo.

Para determinar el aumento neto que recibirás en virtud de las nuevas escalas de sueldos, deberás restarle el adelanto que ya se te habrá otorgado de $30 mensuales a partir del 1ro de octubre de 1983, al efecto bruto que tendrán las nuevas escalas sobre tu sueldo individual.

En años fiscales futuros se implantarán las otras 2 etapas de la reestructuración salarial, de acuerdo a los recursos disponibles que conllevan revisiones de las estructuras salariales. Cuando se adopte la tercera etapa, los mínimos de las escalas vigentes para los empleados de carrera, se incrementarán desde $169 mensuales hasta $375 mensuales, dependiendo del nivel de clasificación.

Esta acción representa un esfuerzo adicional de nuestra Administración por hacer justicia a los trabajadores en el servicio público, cuyos salarios tradicionalmente se han mantenido por debajo de las tendencias retributivas que se registran en el sector privado. Además, constituye una forma de compensar irrevocablemente y en forma permanente a los empleados públicos, ya que los ajustes salariales se hacen de conformidad con la realidad presupuestaria de nuestro gobierno, así que puedes tener la seguridad de que los mismos se harán efectivos en las fechas en que se dispone y no serán cancelados ulteriormente.

Espero haber clarificado todo lo concerniente a la situación salarial de los empleados de carrera, según se proyectó por los aumentos propuestos a la Asamblea Legislativa y por la implantación de las nuevas escalas salariales al 1ro de abril de 1984.

Cordialmente,

Carlos Romero Barceló

| Formulario 480.7C Form Rev. 07.19 | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO Departamento de Hacienda - Department of the Treasury DECLARACIÓN INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES | F1585317888 |
|---|---|---|
| AÑO CONTRIBUTIVO: TAXABLE YEAR: 2019 | ☐ Enmendado - Amended ( __/__/__ ) | Número de Confirmación de Radicación Electrónica Electronic Filing Confirmation Number |

| INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION | INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION | INFORMACIÓN DEL PLAN - PLAN'S INFORMATION |
|---|---|---|
| Núm. de Identificación Patronal - Employer Identification No. **REDACTE** | Seleccione un encasillado - Select one box ☒ Residente/Resident ☐ No Residente Ciudadano de E.U. Nonresident U.S. Citizen ☐ No Residente Extranjero Nonresident Alien | Núm. de Identificación Patronal - Employer Identification No. **REDACTE** |
| Nombre - Name ADMINISTRACION DE SISTEMAS DE RETIRO | Núm. de Identificación - Identification No **REDACTED** | Nombre del Plan - Name of Plan ADMINISTRACION DE SISTEMAS DE RETIRO |
| Dirección - Address | Nombre - Name ALIDA NAVARRO BRISTOL | Nombre de quien auspicia el plan - Plan sponsor's name ADMINISTRACION DE SISTEMAS DE RETIRO |
| PO BOX 42003 SAN JUAN PR 00940-2003 | Dirección - Address PO BOX 582 ARROYO PR 00714-0582 | Fecha en que comenzó a recibir la pensión: Date on which you started to receive the pension: Día/Day 1  Mes/Month 4  Año/Year 2005 |

Marque el encasillado correspondiente: - Check the corresponding box:

| Forma de Distribución: - Form of Distribution: | | | Tipo de Plan o Anualidad: - Plan or Annuity Type: | | | | |
|---|---|---|---|---|---|---|---|
| ☐ Total Lump Sum | ☐ Parcial Partial | ☒ Pagos Periódicos Periodic Payments | ☒ Gubernamental Governmental | ☐ Privado Calificado Qualified Private | ☐ No Calificado Non Qualified | ☐ Anualidad Fija Fixed Annuity | ☐ Anualidad Variable Variable Annuity |

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| 1. Aportación Vía Transferencia / Rollover Contribution | | 16. Cantidad Distribuida / Amount Distributed | 16,613.55 |
| 2. Distribución Vía Transferencia / Rollover Distribution | | 17. Cantidad Tributable / Taxable Amount | 16,313.55 |
| 3. Costo de la Pensión o Anualidad / Cost of Pension or Annuity | 26,261.80 | 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was Made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | |
| 4. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 0.00 | | |
| 5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 | 19. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 6. Contribución Retenida sobre una Distribución Total (20%) / Tax Withheld from Lump Sum Distributions (20%) | | 20. Ingresos Exentos / Exempt Income | 300.00 |
| 7. Contribución Retenida sobre una Distribución Total (10%) / Tax Withheld from Lump Sum Distributions (10%) | | 21. Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | |
| 8. Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans | | | |
| 9. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%) | | A. Exentas / Exempt | 0.00 |
| 10. Contribución Retenida sobre Anualidades / Tax Withheld from Annuities | | B. Tributables / Taxable | 0.00 |
| 11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | | C. Cantidad sobre la cual se Pagó por Adelantado / Amount over which a Prepayment was Made | 0.00 |
| 12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) Tax Withheld from Distributions of the Retirement Savings Account Program (10%) | | D. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| | | E. Total (Sume líneas 21A a la 21D) / Total (Add lines 21A through 21D) | 0.00 |
| 13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | | 22. Contribución Retenida sobre Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Income Tax Withheld on Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | 0.00 |
| 14. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions | | 23. Código de Distribución / Distribution Code | A |
| 15. Contribución Retenida sobre Otras Distribuciones / Tax Withheld from Other Distributions | | Razones para el Cambio / Reasons for the Change | |

| Número de Cuenta / Account Number **REDACTED** | Número de Control / Control Number 190072829 | Número de Control de la Declaración Informativa Original Control Number of Original Informative Return |
|---|---|---|

FECHA DE RADICACIÓN: 28 DE FEBRERO O 30 DE AGOSTO, SEGÚN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCTIONS

ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RECORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.
ADMINISTRACION DE LOS SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y JUDICATURA

************AUTO**SCH 5-DIGIT 00714  36268 1 AV 0.389 TRAY 225924 SQ 36268
ALIDA NAVARRO BRISTOL
PO BOX 582
ARROYO PR 00714-0582





