Sra. Alida Navarro Bristol
P.O Box 582
Arroyo. P.R. 00714

7019 1640 0000 8620 9386



U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
NOV 04, 20
AMOUNT
$5.15
R2305K131158-3

1000    00918

UNITED STATES
POSTAL SERVICE®

Secretaria (clerk's office)
Tribunal De Distrito de los
Estados Unidos
Room - 150 Federal Building
San Juan, Puerto Rico ) 00918-