Noviembre 3, 2020

U.S. District Court
For the District of Puerto Rico
Court's Clerk's Office

Clark's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

De: Blanca M. Cubero Vega
Dirección: P.O. Box 626, Quebradillas, P.R. 00678
Fecha de nacimiento: Junio 7, 1951
Posición ocupada en el Departamanto de Educación de Puerto Rico: Maestra Nivel Elemental
Distrito escolar: Quebradillas
Años de servicio: 1974 – 2001
Sueldo al momento de retiro: $1,750.00
Sueldo de pensionada: $1,391.87

        Me comunico con ustedes con el fin de solicitar una reevaluación de mi reclamación en el caso # 43868.

En Octubre 28, 2020 me comuniqué al telefono # 844-822-9231 para obtener respuestas de mi elegibildad y el operador que antendió mi llamada no pudo informarme sobre mi caso.

Les agradesco cualquier información que pueda obtener sobre mi reclamación.

Cordialmente,

*Blanca M Cubero Vega*

Blanca M. Cubero Vega
(787) 895-2389
mperezcubero@yahoo.com

Quebradillas, P.R.
Febrero 8, 2020

U.S. District Court
For the District of Puerto Rico
Court's Clerk's Office

Clark's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

A quién pueda interesar:

En respuesta a diferentes comunicaciones recibidas, en los documentos SRF 389-39 Promesa III No. 17BK32833 LTS y el documento SRF 38154 Promesa III No. 17BK 3283-LTS; incluyo la siguiente información.

Mi nombre: Blanca M. Cubero Vega
Teléfono: 787-895-2389
Dirección: P.O. Box 626, Quebradillas, P.R. 00678

Nombre del Tribunal – Commonwealth of P.R.
U.S. District Court
Fort the District of P.R.

Todo esto con el propósito de objetar la decisición tomada a favor de los deudores Promesa Tittle III No. 17BK-32283-LTS. Se solicita se cumpla con las reclamaciones, en la demanda por los reclamantes a base de las reinvenciones salariales, laborales y servicios prestados. Todo esto relacionado al incumplimiento de las siguientes leyes:

- Ley 1801 – aumento del 3% por costo de vida
    Cantidad reclamada $8,029.44
- Ley 96 – de junio de 2002 aplicada en julio 2002
    Cantidad reclamada $20,400.00
- Ley 164 – del 22 de junio 2003 aplicada a enero 2004
    Cantidad reclamada $18,000.00

Además incluyo numero de reclamación asignado:
Numero: 43868
Espero haber sometido la informacion solicitada.

Cordialmente,

*Blanca M Cubero Vega*
Blanca M. Cubero Vega

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. **Who is the current creditor?**
   ¿Quién es el acreedor actual?

   _Blanca M Cubero Vega_
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor _____
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410 — Proof of Claim — page 1

| | | |
|---|---|---|
| Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom? _____<br>Sí. ¿De quién? _____ | |

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>**Blanca M Cubero Vega**<br>Name / Nombre<br><br>**Barrio San Antonio Apdo 636**<br>Number / Número   Street / Calle<br><br>**Quebradillas P.R. 00678**<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>**787-895-2389**<br>Contact phone / Teléfono de contacto<br><br>**BlancaMcuberoVega@yahoo.com**<br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>_____<br>Name / Nombre<br><br>_____<br>Number / Número   Street / Calle<br><br>_____<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>_____<br>Contact phone / Teléfono de contacto<br><br>_____<br>Contact email / Correo electrónico de contacto |
| 4. | Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA) |
| 5. | Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? _____ |

### Part 2 / Parte 2:
**Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>**Departamento de Educación de P.R. Ley 89**<br>**Retroactivo Ley 96 Sila M. Calderon**<br>**Costo de vida 3% Ley 1801** |
| 7. | Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____ |

Modified Official Form 410   Proof of Claim   page 2

| | | |
|---|---|---|
| How much is the claim?<br>¿Cuál es el importe de la reclamación? | $ _Indeterminado_ Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). | |

9. **What is the basis of the claim?**

   **¿Cuál es el fundamento de la reclamación?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

   Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

   _Prestación de servicio_

10. **Is all or part of the claim secured?**

    **¿La reclamación está garantizada de manera total o parcial?**

    ☒ No / No
    ☐ Yes. The claim is secured by a lien on property.
       Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

    Nature of property / Naturaleza del bien:
    ☐ Motor vehicle / Vehículos

    ☐ Other. Describe:
       Otro. Describir: _____

    Basis for perfection / Fundamento de la realización de pasos adicionales: _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

    Value of property / Valor del bien: $_____

    Amount of the claim that is secured /
    Importe de la reclamación que está garantizado: $_____

    Amount of the claim that is unsecured /
    Importe de la reclamación que no está garantizado: $_____
    (The sum of the secured and unsecured amounts should match the amount in line 7.)
    (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

    Amount necessary to cure any default as of the Petition Date /
    Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso: $_____

    Annual Interest Rate (on the Petition Date)
    Tasa de interés anual (cuando se presentó el caso)_____%
    ☐ Fixed / Fija
    ☐ Variable / Variable

11. **Is this claim based on a lease?**

    **¿Esta reclamación está basada en un arrendamiento?**

    ☒ No / No
    ☐ Yes. Amount necessary to cure any default as of the Petition Date.
       Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

Modified Official Form 410          Proof of Claim          page 3

| | |
|---|---|
| Is this claim subject to a right of setoff?<br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received   $_____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

### Sign Below / Firmar a continuación

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 4 julio 2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma   Blanca M Cubero Vega

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name   Blanca M Cubero Vega
       First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo   maestra
Company / Compañía   Departamento de Educación de P.R.   Ley 59
       Identify the corporate servicer as the company if the authorized agent is a servicer.
       Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección   Calle 694
                     Number / Número    Street / Calle
       Quebradillas P.R.   00678
       City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto 757-875-3359   Email / Correo electrónico Blanca Cubero @yahoo.com

Modified Official Form 410                Proof of Claim                page 4

FORM. 409 Rev. 2000

## DEPARTAMENTO DE EDUCACIÓN
### Secretaría Auxiliar de Recursos Humanos
## Informe de Cambio - Personal Docente

Pagarle _____ días por vacaciones regulares

Descontarle _____ días por ausencias

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | BLANCA M. CUBERO VEGA | |
| 2. Número de Seguro Social | REDACTED | |
| 3. Lugar y Fecha de Nacimiento | REDACTED | |
| 4. Sexo | FEMENINO | |
| 5. Estado Civil | CASADA | |
| 6. Preparación Académica | B.A. | |
| 7. Experiencia | 25 AÑOS | |
| 8. Status Empleado (Contrato) | PERMANENTE | |
| 9. Sueldo Bruto | $2,005.00 | |
| 10. Número del Puesto | F01796 | |
| 11. Categoría del Puesto | MAESTRA | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | FEDERAL | |
| 14. Cifra de Cuenta | E 1110-22200-0810000-0000-08100-2000-CM00000001-23 | |
| 15. Fecha de Efectividad | | 27/JULIO/2001 |
| 16. Acción y Duración | | RENUNCIA PARA ACOGERSE AL RETIRO TEMP |
| 17. Causa del Cese | | |
| 18. Último día de Trabajo | | |
| 19. Último día de Pago | | |
| 20. Programa Escolar, nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | QUEBRADILLAS | |
| 23. Escuela | JOSE DE DIEGO | |

| 24. Dirección Postal y Residencial | 25. Teléfono Residencial | 26. En caso de otorgación de *status* probatorio o permanente |
|---|---|---|
| BOX 626<br>QUEBRADILLAS, P.R. 00678 | 895-2389 | Deseo: ____ Afiliarme ____ No afiliarme a la organización sindical que representa a la unidad apropiada a la cual pertenece el puesto (Ley Número 45 de 25 de febrero de 1998).<br><br>_____  _____<br>Firma del empleado      Fecha |

27. Observaciones:

RENUNCIA EFECTIVA EL 31 DE JULIO DEL 2001 PARA ACOGERSE AL RETIRO TEMPRANO.

28. En caso de cambio de *status* a probatorio o permanente, traslado, reasignación permanente, reubicación o descenso.

_____  _____
Firma del empleado              Fecha

29. Deseo: ____ Acogerme  ____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

_____  _____
Firma del empleado              Fecha

30. Recomendado

*María R. Vera*        31 mayo 2001
Director de Escuela        Fecha

31. Recomendado

_____  _____
Director de Escuela         Fecha

32. Aprobado: Por el Secretario de Educación o su Representante

_____  _____
Firma                          Fecha

Si el nombramiento es con *status* transitorio provisional el mismo constituye un **CERTIFICADO PROVISIONAL DE MAESTRO**.

*Sueldo pensionada*

PU250095

**Estado Libre Asociado de Puerto Rico**
592 - Junta Retiro Maestros Pensiona

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/01 |
| Hasta: | 12/31/01 |

# Cheque: 01781505
Fecha: 12/28/01

BLANCA M CUBERO VEGA
PO BOX 626
QUEBRADILLAS PR 00678
SS: REDACTED

| | |
|---|---|
| # Empleado: | P583347833 |
| Dept: | 592110-Por Merito Ley 44 |
| Oficina: | PENSIONADOS LEY 44 02700 |
| Titulo: | Pensionado |
| Sueldo: | $1,391.87 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | 8.565354 | 73.75 | 631.70 | 531.25 | 6,817.73 |
| Pago de Dias Feriados | 8.565354 | 7.50 | 64.24 | 37.50 | 321.20 |
| Total: | | 81.25 | 695.94 | 568.75 | 7,138.93 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 53.34 | 373.39 |
| Total: | 53.34 | 373.39 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| | | |
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Ser No Coti-Ret Ma-Nunca | 83.51 | 334.04 |
| SM-First Medical Health Plan | 75.75 | 606.00 |
| RM-Prest Pers De Cuota-Ret Mae | 0.00 | 272.05 |
| Total: | 159.26 | 1,212.09 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 40.00 | 160.00 |

* Tributable

## TOTAL BRUTO
| | |
|---|---|
| Corriente: | 695.94 |
| Acumulado: | 7,138.93 |

## TOTAL IMPUESTOS
| | |
|---|---|
| | 53.34 |
| | 373.39 |

## DEDUCCIONES TOTALES
| | |
|---|---|
| | 159.26 |
| | 1,212.09 |

## PAGA NETA
| | |
|---|---|
| | 483.34 |
| | 5,553.45 |

## PTO HORAS ACUM
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA
| Cheque #01781505 | 483.34 |
| Total: | 483.34 |

MENSAJE: CAMBIAR ESTE CHEQUE POR PERSONA DISTINTA AL PENSIONADO O SU TUTOR, CONSTITUYE UN DELITO

# GOBIERNO DE PUERTO RICO
## INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** BLANCA M CUBERO VEGA
**IDENTIFICACION:** REDACTED
**PERIODO QUE TERMINA EN:** 31 0899
**NUMERO DE COMPROBANTE:** 412247
**NUMERO DE CHEQUE:** 632065338

### DEDUCCIONES

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS (AHORROS / SEGURO) | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | | 10 | 6000 | 81 | 1600 | | |
| 124336 | | 98000 | | | | | | | | |
| MES CORRIENTE | | | | | | | | | | |
| 15542 | | 12250 | 14900 | 5250 | | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| ACUMULADO DURANTE EL AÑO NATURAL | | | MES CORRIENTE | | | |
| 140000 | 000 | 000 | 175000 | 59700 | 55542 | 59758 |

VEASE CLAVES AL DORSO

*Sueldo al momento de retiro*