Blanca M Cubero Vega
Apdo. 626
Quebradillas P.R. 00678



U.S. POSTAGE PAID
FCM LG ENV
QUEBRADILLAS, PR
00678
NOV 04, 20
AMOUNT
$1.40
R2305K136738-03

Clerk's Office
United States District Court
Room 150 Federal Buiding - Chardon Ave.
San Juan, Puerto 00918-1767

00918