# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre _EVA L. Cartagena Sanchez_

Dirección Postal _HC 07 Box 30036_
_Juana Diaz, Puerto Rico_
_00795_

Teléfono de contacto res. _—_  cel. _787-342-0125_

II. Epígrafe

A.  Secretaria (Clerk's Office)
    Tribunal de Distrito de los Estados Unidos
    Room 150 Federal Building
    San Juan Puerto Rico 00918-1767

B.  Estado Libre Asociado de Puerto Rico y otros (Deudores)

C.  Número de Procedimiento: 17 BK 3283 – LTS

D.  Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   _Ley 164 (2003) Aumento Sueldo      2003_
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   _Ley 164 (2003) Aumento Sueldo      2003_
   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

*RECEIVED & FILED CLERK'S OFFICE NOV - 6 2020 US DISTRICT COURT SAN JUAN, PR*

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con _Dpto Educación_ ~~Company, Ponce,~~ Puerto Rico desde el __8__ de __febrero__ de __1987__ hasta el __Presente__ de _____ de _____. Culmine mi laborar como _Maestra Educación Especial_ en ~~Puerto Rico Telephone Company, Ponce,~~ Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Eval. Cartagena Sánchez_
Nombre en letra de molde

_[signature]_  10/24/2020
Firma