Proof of Claim: &lt;CLAIM NUMBER&gt; 12129?
Claimant: &gt;CLAIMANT NAME&lt; _Eva L. Cartagena Sanchez_

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide more information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

   ☐ A pending or closed legal actions with or against the Puerto Rico government

   ☒ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. What is the amount of your claim (how much money do you claim to be owed):

   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ☒ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
_Departamento de Educacion, P.R., E.L.A_

3(b). Identify the dates of your employment related to your claim:
_Desde el 8 de febrero de 1987 hasta el presente_

3(c). Last four digits of your social security number: _9530_

3(d). What is the nature of your employment claims (select all applicable):
  ☐ Pension
  ☒ Unpaid Wages
  ☐ Sick Days
  ☐ Union Grievance
  ☐ Vacation
  ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 89-1995 - Romelazo, Ley 96-2002 - Aumento sueldo, Ley 164-2003 - Aumento sueldo, Ley 164-2004 - Sila Calderón y Ley 109-2008 - Escala salarial - Pasos.

4. Legal Action. Does your claim relate to a pending or closed legal action?

  ☒ No
  ☐ Yes

4(a). Identify the department or agency that is a party to the action.
_____ D/A _____

4(b). Identify the name and address of the court or agency where the action is pending:
_____ D/A _____

4(c). Case number: ___ D/A ___

4(d). Title, Caption, or Name of Case: ___ D/A ___

4(e). Status of the case (pending, on appeal, or concluded): ___ D/A ___

4(f). Do you have an unpaid judgment? Yes/No (Circle one)
  If yes, what is the date and amount of the judgment? ___ D/A ___

RECLAMANTE: Eva L. Cartagena Sanchez

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 121297

Numero DE Teléfono: 787-342-0125

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 8 de febrero de 1989 hasta el Presente de _____ de _____ como Maestra Educación Especial K-12 Depto Educación, P.R. de la ~~Puerto Rico Telephone Company~~ ELA.

~~1. Ley 89 – julio 1995 – ROMERAZO~~ ~~CANTIDAD~~ $ _____

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Eva L. Cartagena Sanchez
Nombre en letra de molde

Eva Li Cartagena Sanchez 10-24-2020
Firma y fecha

Cantidad Adeudada

① Ley 89-1995- Romerazo         $ 30,000.00
② Ley 96-2002- Aumento Sueldo   $ 21,600.00
③ Ley 164-2003- Aumento Sueldo  $ 20,400.00
④ Ley 164-2004- Sila Calderón   $ 19,200.00
⑤ Ley 109-2008- Escala Salarial Pasos $ 14,400.00

Total = $ 105,600.00

RECLAMANTE **Eva L. Cartagena Sánchez**

DIRECCIÓN **HC 07 Box 30036**
**Juana Díaz, Puerto Rico**
**00795**

Numero Reclamación **121297**

Fecha de presentación (envío) **24 de octubre de 2020**

Deudor <u>Commonwealth of Puerto Rico</u>

Por este medio incluyo con mi reclamación presentada el **24** de **octubre** de **2020** lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce,~~ **Departamento de Educación,** Puerto Rico – ELA, como **Maestra Educación Especial K-12** desde el **8** de **febrero** de **1987** hasta el **Presente** de _____. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ **105,600.00**.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

**Eva L. Cartagena Sánchez   10/24/2020**
Nombre en letra de molde

*[signature]*   **10/24/2020**
Firma y fecha

Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

**ATT: SRM**

21 de agosto de 2018

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | EVA L. CARTAGENA SANCHEZ |
| Seguro Social | : | REDACTED |
| Categoría | : | MAESTRO EDUC.ESPECIAL (K-12) |
| Distrito Escolar | : | JUANA DIAZ |
| Sueldo Mensual | : | $3,450.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 8 de febrero de 1987 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para este Departamento por un período de 30 años, 3 meses, 1 1/2 días. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Cartagena Sanchez, Eva Luz | 121297 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Cartagena Sanchez, Eva Luz | 121297 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

000181