Eva L. Cartagena Sanchez
HC 07 Box 30036
Juana Díaz, Puerto Rico
00795




U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
OCT 24, 20
AMOUNT
$1.20
R2304W119590-8

1000
00918

Clerks office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767