| | |
|---|---|
| RECLAMANTE: | RITA L. RAMOS CRUZ |
| NUMERO DE PROCEDIMIENTO: | 17 BK-3283 – LTS |
| NUMERO DE RECLAMACION: | 81070 |

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el ___agosto 1985___ hasta 30 de mayo de 2007 como MA.EDUC ELEMENTAL K-3 del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

RITA L. RAMOS CRUZ
Nombre en letra de molde

*Rita Lina Ramos Cruz*   26-oct-2020
Firma y fecha

RECEIVED & FILED 2020 NOV -6 AM 8:26

RECLAMANTE: RITA L. RAMOS CRUZ
DIRECCION: URB. LAS MARIAS CALLE C #39

JUANA DIAZ PR.00795

NUMERO DE RECLAMACION: 81070

Fecha de presentacion (envio): 26 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 26 de octubre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA. EDUC ELEMENTAL K-3 desde _agosto 1985_ hasta 30 de mayo de 2007.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

RITA L. RAMOS CRUZ
Nombre en letra de molde

_Rita Lina Ramos Cruz_  26-oct-2020
Firma y fecha