Rita L. Ramos Cruz
Urb. Las Marías calle C #39
Juana Díaz, P.R. 00795



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767



2020 NOV -6 AM 8:26
RECEIVED & FILED