RECLAMANTE: CARMEN M. PAGAN COLON
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 145885

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 7 de agosto de 2000 hasta el presente, como MA. EDUC. TEMPRANA ( Nivel ELEM. K-3) del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 75.600 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

CARMEN M. PAGAN COLON
Nombre en letra de molde

*[Firma]* Carm Pagán Colón  29 octubre 2020
Firma y fecha

RECLAMANTE: CARMEN M. PAGAN COLON
DIRECCION: HC-02 BOX 5411
Villalba PR 00766

NUMERO DE RECLAMACION: 145885

Fecha de presentacion (envio): 15 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 15 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA. EDUC. TEMPRANA (Nivel ELEM-k-3) desde 7 de agosto del 2000 hasta el presente.
2. El monto adeudado en mi reclamación es de $75.600.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

CARMEN M. PAGAN COLON
Nombre en letra de molde

*Carmen Pagán Colón  29 octubre 2020*
Firma y fecha

## REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

   Nombre: CARMEN M. PAGAN COLON
   Direccion Postal: HC-02 BOX 5411
   Villalba PR. 00766

   Teléfono contacto:  Res. _____ Cel. 787-225-3796

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 124 – Julio 1973 – Aumento de Sueldo
   Ley 89 – Julio 1979 – Retribución Uniforme
   Ley 89 – Julio 1995 – Romerazo
   Ley 134 – Julio 1996 – Aportación Acumulado Retiro
   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 7 de agosto de 2000 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

CARMEN M. PAGAN COLON
Nombre en letra de molde

*Carmen Pagán Colón*
Firma



**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

14 de octubre de 2020

A quien pueda interesar:

Certifico que **CARMEN M. PAGAN CQLON**, número de seguro social **XXX-XX-5674** labora en nuestra Agencia desde **7 de agosto de 2000** al **Presente**.

Actualmente, ocupa puesto en calidad de **MA. EDUC. TEMPRANA (NIVEL ELEM- K-3)** en **S. U. HATILLO, VILLALBA, Oficina Regional Educativa de PONCE** y devenga un salario de **$2,641.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

*[firma]*

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Carmen M. Pagán Colón
Hc-02 Box 5411
Villalba P.R. 00766

7020 1290 0000 4263 7777

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
OCT 29, 20
AMOUNT
$4.75
R2305H127764-02

Clerks Office
United Satate Distric Court
Room 150 Federal Court Building
San Juan P.R. 00918-1767

2020 NOV -6 AM 8:27
RECEIVED & FILED