RECLAMANTE: LYDIA H. FIGUEROA CORREA
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 85126,143460,150533,115732,26343,96117,97563

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 1 de agosto de 1990 hasta el 30 de julio de 2014 como MA. EDUC. ELEMENTAL 4-6 del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

LYDIA H. FIGUEROA CORREA
Nombre en letra de molde

*[firma: Lydia H. Figueroa Correa]*
Firma y fecha
30 de Octubre 2020

RECLAMANTE: LYDIA H. FIGUEROA CORREA
DIRECCION: URB. SAN MARTIN CALLE 2 D-6
JUANA DIAZ PR.00795

NUMERO DE RECLAMACION: 85126,143460,150533,115732,26343,96117,97563

Fecha de presentacion (envio): 29 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 29 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA. EDUC. ELEMENTAL 4-6 desde el 1 de agosto de 1990 hasta el 30 de julio de 2014.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

LYDIA H. FIGUEROA CORREA
Nombre en letra de molde

*Lydia H. Figueroa Correa*
Firma y fecha
30 de Octubre 2020