From: Lydia H. Figueroa Correa
Urb. San Martin Calle 2 D6
Juana Diaz
Puerto Rico 00795

RECEIVED & FILED
2020 NOV -6 AM 8:28



To: Clerk's Office
United State District Court
Room 150 Federal Building
San Juan P.R. 00918-1767

