# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: MARISELI RODRIGUEZ TORRES

Direccion Postal: Urb. Estancias del Mayoral Calle Guayana 12017
VILLALBA PR.00766

Teléfono contacto: Res. _____ Cel. 939-222-9962

II. EPIGRAFE

   A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Número de las evidencias por reclamo:

    Ley 124 – Julio 1973 – Aumento de Sueldo
    Ley 89 – Julio 1979 – Retribución Uniforme
    Ley 89 – Julio 1995 – Romerazo
    Ley 134 – Julio 1996 – Aportación Acumulado Retiro
    Ley 96 – Julio 2002 – Aumento de Sueldo
    Ley 164 – Julio 2003 – Aumento de Sueldo
    Ley 164 – Enero 2004 – Gob. Sila M. Calderón
    Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

    Ley 124 – Julio 1973 – Aumento de Sueldo
    Ley 89 – Julio 1979 – Retribución Uniforme
    Ley 89 – Julio 1995 – Romerazo
    Ley 134 – Julio 1996 – Aportación Acumulado Retiro
    Ley 96 – Julio 2002 – Aumento de Sueldo
    Ley 164 – Julio 2003 – Aumento de Sueldo
    Ley 164 – Enero 2004 – Gob. Sila M. Calderón
    Ley 109 – Junio 2008 – Escala Salarial – Pasos

[Stamp: RECEIVED & FILED CLERK'S OFFICE NOV 6 2020 US DISTRICT COURT SAN JUAN, PR]

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación , Ponce, Puerto Rico desde 22 de noviembre de 1999 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

MARISELI RODRIGUEZ TORRES
Nombre en letra de molde

*[firma]*
Firma