RECLAMANTE: MARISELI RODRIGUEZ TORRES
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 91705, 96010, 1059753, 103920, 149122

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 22 de noviembre de 1999 hasta el presente como AUXILIAR ADMINISTRATIVO del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| | $ 75,600.00 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

MARISELI RODRIGUEZ TORRES
Nombre en letra de molde

_____
Firma y fecha

RECLAMANTE: MARISELI RODRIGUEZ TORRES

DIRECCION: Urb. Estancias del MayoralCalle Guayana 12017
VILLALBA PR.00766

NUMERO DE RECLAMACION: 91705, 96010, 1059753, 103920, 149122

Fecha de presentacion (envio): 29 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 29 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como AUXILIAR ADMINISTRATIVO 1 desde 22de noviembre de 1999 hasta el presente.
2. El monto adeudado en mi reclamación es de $75,600.00.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

MARISELI RODRIGUEZ TORRES
Nombre en letra de molde

Firma y fecha



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

28 de octubre de 2020

A quien pueda interesar:

Certifico que **MARISELI RODRIGUEZ TORRES**, número de seguro social **XXX-XX-7259** labora en nuestra Agencia desde **22 de noviembre de 1999** al **Presente**.

Actualmente, ocupa puesto en calidad de **AUXILIAR ADMINISTRATIVO I** en **S. U. HATILLO, VILLALBA, Oficina Regional Educativa de PONCE** y devenga un salario de **$1,901.00** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.