Mariseli Rodriguez Torres
Urb. Estancias del Mayoral
Calle Guajana 12017
Villalba, P.R. 00766



Clerk's Office
United States Distric Court
Room 150 Federal Court Building
San Juan, PR 00918-1767

