Proof of Claim: <CLAIM NUMBER> 136539

Claimant: >CLAIMANT NAME< Mirna I. Ortiz Vázquez

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide more information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ☒ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. What is the amount of your claim (how much money do you claim to be owed):

    _____

3. **Employment**. Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ☒ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
Departamento de Educación, P.R., ELA

3(b). Identify the dates of your employment related to your claim:
Desde Agosto de 1988 hasta mayo de 2014 - Maestra Historia Secundaria y Desde agosto de 2014 hasta 29 junio de 2018 - Directora Escolar III

3(c). Last four digits of your social security number: 2570

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 89-1995-Romero, Ley 96-2002-Aumento Sueldo, Ley 164-2003-Aumento Sueldo, Ley 164-2004-Sila Calderon y Ley 109-2008 Escala Salarial Pasas.

4. Legal Action Does your claim relate to a pending or closed legal action?

☒ No
☐ Yes

4(a). Identify the department or agency that is a party to the action.

    D/A

4(b). Identify the name and address of the court or agency where the action is pending:

    D/A

4(c). Case number: D/A

4(d). Title, Caption, or Name of Case: D/A

4(e). Status of the case (pending, on appeal, or concluded): D/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? D/A

RECLAMANTE: Mirna I. Ortiz Vázquez

NÚMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NÚMERO DE RECLAMACIÓN: 136539

Numero de Celular: 787-608-2331

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el ___ de agosto 1988 hasta de agosto de 2014 hasta el 29 de mayo de 2014 Maestra Historia Secundaria, Ofi, P.R-ELA 2018 como Directora Escolar III Esc. Sup. Luis M. Marin - Ponce, PR Departamento de Educación, P.R. de la ~~Puerto Rico Telephone Company~~ ELA.

~~1. Ley 89 - julio 1995 - ROMERAZO     CANTIDAD $~~ _____

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Mirna I. Ortiz Vázquez
Nombre en letra de molde

[signature]  10-23-2020
Firma y fecha

Cantidad Adeudada

① Ley 89- 1995- Romerazo                        $27,600.00
② Ley 96- 2002 Aumento Sueldo                   $19,200.00
③ Ley 164- 2003 Aumento Sueldo                  $18,000.00
④ Ley 164- 2004 Sila Calderón                   $16,800.00
⑤ Ley 109- 2008 - Escala Salarial/Pasos         $12,000.00

Total = 93,600.00

RECLAMANTE Mirna I. Ortiz Vázquez

DIRECCIÓN HC 05 Box 13107
Juana Díaz, Puerto Rico
00795

Numero Reclamación 136539

Fecha de presentación (envío) 23 de octubre de 2020

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el 23 de octubre de 2020 lo siguiente:

1. Evidencia de trabajo de Departamento de Educación, Puerto Rico – ELA, como Maestra Historia Secundaria y Directora Escolar III desde el 1 de agosto de 2010 hasta el 20 de junio de 2018. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 93,600.00.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Mirna I. Ortiz Vázquez
Nombre en letra de molde

_____ 10-23-2020
Firma y fecha

# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre: Mirna I. Ortiz Vázquez

Dirección Postal: HC 05 Box 13107
Juana Díaz, Puerto Rico 00795

Teléfono de contacto res. — cel. 787-608-2331

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   Ley 164(2003) Aumento Sueldo Julio 2003
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008
   Ley 164(2003) Aumento Sueldo Julio 2003
   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company~~, ~~Ponce~~, Puerto Rico desde el ___ de _agosto_ de _1980_ hasta el _2a_ de _Mayo_ de _2018_. Culmine mi laborar como _Directora Escolar III Esc. Sup. Luis M. Marin - Ponce_ en ~~Puerto Rico Telephone Company, Ponce,~~ Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

(handwritten above: _Dpto Educacion_)

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Mirna I. Ortiz Vázquez_
Nombre en letra de molde

_[signature]_ 10-23-2020
Firma