**DEPARTAMENTO DE EDUCACIÓN**
GOBIERNO DE PUERTO RICO

**OFICINA REGIONAL EDUCATIVA DE PONCE**
**DIVISIÓN DE RECURSOS HUMANOS**

OFICINA DE LA SUPERINTENDENTE REGIONAL

## CERTIFICACION DE EMPLEO Y AÑOS DE SERVICIO

19 de octubre de 2020

A quién pueda interesar:

Saludos cordiales. Certifico que la Profa. Mirna I. Ortiz Vázquez, con número de Seguro Social REDACTED fue maestra de Historia Secundaria con estatus permanente desde agosto del año 1988 hasta mayo del año 2014. Luego fue nombrada como Directora Escolar III en la Escuela Superior Luis Muñoz Marín en horario diurno desde agosto, 2014 hasta el 29 de junio de 2018, de la Región Educativa de Ponce, y completó sus 30 años de servicio.

Esperando su atención al respecto.

Cordialmente,

Iris V. Berrios Lucas
Superintendente Regional
Oficina Regional Educativa de Ponce
Tel. 787-844-7171

