Mirna I Ortiz Vázquez
HC 05 Box 13107
Juana Díaz, Puerto Rico
00795

U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
OCT 24, 20
AMOUNT
$1.20
R2304W119590-8

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

2020 NOV -6 AM 8:26
RECEIVED & FILED