*Número de Evidencia de Reclamación:* **89669**

*Reclamante*: **Nieves Rivas, Margarita**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   _$66,500.00   más a lo que tenga derecho_

**Batch 18 - PREPA HR**



99012340083176O

*Número de Evidencia de Reclamación:* 89669
*Reclamante*: **Nieves Rivas, Margarita**

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

    ☐ No. *Pase a la Pregunta 4.*

    ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
    Departamento de Educación de Puerto Rico

3(b). Identifique las fechas de su empleo con relación a su reclamación:
    Sept 1982 - dic 2014

3(c). Últimos cuatro dígitos de su número de seguro social: ___ 7559

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

    ☒ Jubilación

    ☒ Salarios impagos

    ☐ Días por enfermedad

    ☐ Queja con el sindicato

    ☐ Vacaciones

    ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

    _____

    _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

    ☐ No.

    ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
    Departamento de Educación de Puerto Rico

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
    Proof of Claim Commonwealth of Puerto Rico Cort Dist. SJUP.R.

4(c). Número de caso: ___ 17-03283-LTS

4(d). Título, epígrafe, o nombre del caso:
    U.S. Bankrupty Court Distric of P.R



990123400831760

*Número de Evidencia de Reclamación:* **89669**
*Reclamante*: **Nieves Rivas, Margarita**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____Pendiente_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

<u>1982-2014</u>    $66,500.00 más a lo que tenga derecho

3

990123400831760

Margarita Nieves Rivas
Reclamación 89669

1- Clerks Office

United States District Court

Room 150 Federal Building

San Juan Puerto Rico, 00918-1767

2- Counsel for the Oversight Board

Proskaver Rose LLP

Evelyn Times Square

New York, New York 10036-8299

Attn: Martin J.Bienenstock

Paul V. Possinger

Ehud Barak

Maja Zerjal

3- Counsel for the Creditors Committee
Paul Hasting LLP
200 Park Avenue
New York, New York 10166
Attn: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

Margarita Nieves Rivas
Reclamación 89 669

Date Filed: June 27,2018

Case Number: 17-03283-LTS

Debators: Commonwealth of Puerto Rico

Asserted Claim: Undetermined

Asunto:

> Envió de réplica a la objeción global a la Secretaria del Tribunal de distrito de los Estados
> Unidos para el Distrito de Puerto Rico

Numero de Reclamación

> 89 669

Nombre: Margarita Nieves Rivas

Dirección Postal

> Po Box 515
>
> Patillas, Puerto Rico 00723-0515

Dirección Física

> Carretera 757 Km. 9.1
>
> Barrio Mamey
>
> Patillas, Puerto Rico 00723

Teléfono

> (787) 312 8269

Correo Electrónico

> margaritanievesrivas65@gmail.com

Epígrafe

> Tribual de Distrito de los Estados Unidos para el distrito de Puerto Rico.

Margarita Nieves Rivas
Reclamación: 89669

Nombre de los deudores:

Estado Libre Asociado de Puerto Rico

Numero de Procedimiento

17-03283-LTS

Título de la Objeción

Notificación de la centésima decima Primera Objeción Global

Numero de la reclamación

Nota:

En cada libro enviado, aparece un número de " Proof of Claim" diferente, por tal razón aparece un duplicado. A continuación los "Proof of Claim":

129713

110907

90048

88214

106406

89669

Motivos:

Los motivos por la que el Tribunal no debe declarar no a lugar la Objeción Global en la relación a mi reclamación

1- Tengo derecho a reclamar en mi número de reclamo 89669
2- Esta agencia me garantizaba un aumento de sueldo anual que nunca se efectuó ya que procedían a congelarlos.
3- Trabaje para el Departamento de Educación de Puerto Rico desde 1982 – 2014.
4- Soy maestra jubilada que trabajo por 30 años y 3 meses.
5- Estuve activa en la Carrera Magisterial para ser una maestra: "High Qualify Teacher "
6- Completé la información que se me requirió.
7- El monto de mi reclamación es de $ 66,500.00 más a la que tenga derecho.

Margarita Nieves Rivas
Reclamación 89669

**(Ley 96) 1 de julio de 2002**

Concede un aumento de sueldo de cien dólares a los empleados públicos del Gobierno Central del Estado Libre Asociado de Puerto Rico, efectivo el 1ro de julio de 2002. Los maestros activos en el gobierno al 30 de junio de 2002, se les violento la sección 7 y 16 de nuestra constitución, "Igual paga por igual trabajo e Igual protección de las Leyes.

**( Ley Carrera Magisterial)**

Aumento de $500 a los maestros que completen maestría. Fue cancelado por 4 años debido a la Ley 7. Me gradué en junio del 2007, no cobre hasta el 2011. Violaron mis derechos y me quede con un préstamo de estudiante

**(Ley numero 164 [2003])**

El 22 de julio de 2003, conceden un aumento de $100 a los empleados Públicos del Gobierno de Puerto Rico, efectivo el 1ro de enero de 2004.

**Documentación Justificativa**

A continuación le envió copia de la justificación y original del documento en relación a mi reclamación 89669

Margarita Nieves Rivas
Bex 515
Patillas Puerto Rico 00723-0515

CERTIFIED MAIL®

7020 0090 0001 4511 9410

U.S. POSTAGE PAID
FCM LG ENV
PATILLAS, PR
00723
OCT 30, 20
AMOUNT
**$4.75**
R2307N153103-04

UNITED STATES
POSTAL SERVICE®

1000          00918

Clerk's Office
U.S. District Court - Puerto Rico
150 Ave. Carlos Chardón Ste. 150
San Juan Puerto Rico
00918 1767

2020 NOV -6 AM 8:27
RECEIVED & FILED