# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre  _María del C. Rivera Torres_

Dirección Postal _Extensión Jacaguax_
_N5 Calle 3_
_Juana Díaz, Puerto Rico 00795_

Teléfono de contacto res. ___—___   cel. _939-450-1560_

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   _Ley 164 2003 Aumento Sueldo           2003_
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
      Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   _Ley 164(2003) Aumento Sueldo       2003_
   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

[Sello: RECEIVED & FILED CLERK'S OFFICE NOV 6 2020 US DISTRICT COURT SAN JUAN, PR]

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone~~ *Dpto. Educacion, PR* *ELA* ~~Company, Ponce~~, Puerto Rico desde el _____ de _____ de _1997_ hasta el _3_ de _Mayo_ de _2017_. Culmine mi laborar como _Maestra Regular Dpt de Educacion_ en ~~Puerto Rico Telephone Company, Ponce~~, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

*Maria del C. Rivera Torres*
Nombre en letra de molde

*Maria del C Rivera Torres*  10/24/2020
Firma

Proof of Claim: <CLAIM NUMBER> _130503_
Claimant: >CLAIMANT NAME< _María del C. Rivera Torres_

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ☒ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. What is the amount of your claim (how much money do you claim to be owed):

    _____

3. <u>Employment</u>. Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ☒ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
_Departamento de Educación, P.R., E.L.A._

3(b). Identify the dates of your employment related to your claim:
_Desde 1997 hasta el 3 de mayo de 2017 (Complete 30 años de servicio compre resto de años)_

3(c). Last four digits of your social security number: _5123_

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 96-2002 - Aumento Sueldo, Ley 164-2003- Aumento Sueldo, Ley 164-2004 - Sila Calderón y Ley 109-2005 - Escala Salarial - Pasos

4. Legal Action Does your claim relate to a pending or closed legal action?

☒ No
☐ Yes

4(a). Identify the department or agency that is a party to the action.

_____ D/A _____

4(b). Identify the name and address of the court or agency where the action is pending:

_____ D/A _____

4(c). Case number: _____ D/A _____

4(d). Title, Caption, or Name of Case: ___ D/A ___

4(e). Status of the case (pending, on appeal, or concluded): ___ D/A ___

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? ___ D/A ___

RECLAMANTE: María del C. Rivera Torres

NÚMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 130503

Numero De Telefono: 939-450 1560

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el ___ de _____ de 1997 hasta el 3 de Mayo de 2017 como Maestra regular en Dpto. de Educación, Puerto Rico, E.L.A. de ~~la Puerto Rico Telephone Company~~ ELA.

~~1. Ley 80 - julio 1995 - ROMERAZO~~        ~~CANTIDAD $~~

Así como otras leyes que me apliquen, y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

María del C. Rivera Torres
Nombre en letra de molde

María del C Rivera Torres  10/24/2020
Firma y fecha

Cantidad Adeudada

① Ley 96-2002 Aumento sueldo            $18,000.00
② Ley Ley 164-2003 Aumento Sueldo      $16,800.00
③ Ley 164-2004 - Sila Calderón         $15,600.00
④ Ley 109-2008 - Escala salarial-Pasos  $10,800.00

Total = $61,200.00

RECLAMANTE María del C. Rivera Torres

DIRECCION Extensión Jacaguax
N-5 Calle 3
Juana Díaz, Puerto Rico 00795

Numero Reclamación 130503

Fecha de presentación (envío) 24 de octubre de 2020

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el 24 de octubre de 2020 lo siguiente:

1. Evidencia de trabajo de Departamento de Educación ~~Puerto Rico Telephone Company en Ponce,~~ Puerto Rico – ELA, como Maestra Regular desde el ___ de _____ de 1947 hasta el 31 de Mayo de 2017. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 61,200.00.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

María del C. Rivera Torres
Nombre en letra de molde

Maria del C Rivera Torres  10/24/2020
Firma y fecha



# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

02 de agosto de 2017

DEPARTAMENTO DE EDUCACION  
SECCIÓN DE NOMBRAMIENTOS Y CAMBIOS  
APARTADO 190759  
SAN JUAN PR 00919 0759

Solicitud No: 916191  
Radicada en: 19 may 2017

Atención: Sr. Enoch González Vélez

El(la) profesor(a) MARIA D. RIVERA TORRES con seguro social XXX-XX-5123 ha radicado una Solicitud de Retiro en nuestro Sistema. Al 3 de mayo de 2017, fecha de su última aportación recibida,

[X]cualifica [ ]no cualifica para acogerse a la jubilación.

Su tiempo cotizado y edad es el siguiente:

26 Años, 6 Meses, 1 Semanas, 3.77 Dias y su edad es 61 años.

Los pagos pendientes no están considerados en esta certificación. Los mismos son:

[X]Reconocimiento de Tiempo  
[ ]Diferencia en % por transferencia recibida  
[ ]Reembolso de Cuotas  
[X]No aplica

El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio, enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las aportaciones del Sistema.

Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.

El plan médico y planes suplementarios deben ser pagados directamente a las aseguradoras hasta tanto envíen las autorizaciones de descuentos para tramitar su pensión.

Atentamente,

Ivonne L. Ortiz Valladares  
Area de Servicios de Retiro

c: MARIA D. RIVERA TORRES  
EXT JACAGUAX  
N5 CALLE 3  
JUANA DIAZ, PR 00795

XXX-XX-5123

---

235 Avenida Arterial Hostos, Edificio Capital Center, Torre Norte, Hato Rey, Puerto Rico 00918  
P.O. Box 191879, Hato Rey, PR 00919-1879  
srm_correspondenciaconsulta@srm.pr.gov (787) 777-1414 http://www.srm.pr.gov



> IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rivera Torres, Maria del Carmen | 130503 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rivera Torres, Maria del Carmen | 130503 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si **tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

000097

Maria del C. Rivera Torres
Extensión Jacaguax
N-5 Calle 3
Juana Díaz, Puerto Rico
 00795




U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
OCT 24, 20
AMOUNT
$1.20
R2304W119590-8

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
 00918-1767

2020 NOV -6 AM 8:26
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN