29 de octubre de 2020

A quien corresponda:

Aquí les envío una copia de mi certificación de empleo con el sello oficial del Departamento de Educación. Este documento precisa el día 6 de agosto de 1984 hasta el 5 de junio de 2018.

Adjunto el documento.

Cordialmente,

Francisco Javier Rodríguez Vega
# 116037