

GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
ESCUELA CARMEN BELÉN VEIGA
MUNICIPIO DE JUANA DÍAZ

29 de octubre de 2020

La presente es para informarle que según el récord de Francisco Javier Rodríguez Vega trabajó en el Departamento de Educación como maestro desde 6 de agosto de 1984 hasta el 5 de junio de 2018.

Atentamente,

Nemarie Ortiz Burgos
Directora Escolar

