Francisco Javier Rodríguez Vega
Urb. Del Carmen calle 4 #65
Juana Díaz, P.R. 00795-2513

Case:17-03283-LTS Doc#:15048-2 Filed:11/06/20 Entered:11/10/20 11:46:45 Desc:
Envelope Page 1 of 1

2020 NOV 6 AM 9:07

CLERK'S OFFICE USDC PR

RECEIVED AND FILED

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico)
00918-1767