# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: EDWIN RIVERA TORRES
Direccion Postal: HC-02 BOX 5411
Villalba PR.00766

Teléfono contacto: Res. _____ Cel. 787-922-4647

II. EPIGRAFE

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767
B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
C. Numero de Procedimiento: 17 BK 3283 – LTS
D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Número de las evidencias por reclamo:

Ley 124 – Julio 1973 – Aumento de Sueldo
Ley 89 – Julio 1979 – Retribución Uniforme
Ley 89 – Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 124 – Julio 1973 – Aumento de Sueldo
Ley 89 – Julio 1979 – Retribución Uniforme
Ley 89 – Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 7 de agosto de 1989 hasta el 31 de agosto de 2017. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

EDWIN RIVERA TORRES
Nombre en letra de molde

*[firma]* 29 oct 2020
Firma

RECLAMANTE: EDWIN RIVERA TORRES
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 139356

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 7 de agosto de 1989 hasta el 31 de agosto de 2017 como MA. EDUC. ESPECIAL K-12 del Departamento de Educación de Puerto Rico – ELA.

|   | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

EDWIN RIVERA TORRES
Nombre en letra de molde

29 oct 2020
Firma y fecha



RECLAMANTE: EDWIN RIVERA TORRES
DIRECCION: HC-02 BOX 5411
villalba PR 00766

NUMERO DE RECLAMACION: 139356

Fecha de presentacion (envio): 15 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 5 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA. EDUC. ESPECIAL K-12 desde 7 de agosto del 1989 hasta el 31 de agosto de 2017.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

EDWIN RIVERA TORRES
Nombre en letra de molde

*[firma]* 29 oct 2020
Firma y fecha



**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

14 de octubre de 2020

A quien pueda interesar:

Certifico que **EDWIN RIVERA TORRES**, número de seguro social **XXX-XX-1097** laboró en nuestra Agencia desde **7 de agosto de 1989** al **31 de agosto de 2017**.

Ocupó puesto en calidad de **MAESTRO EDUC.ESPECIAL (K-12)** en **S. U. JOSE GONZALEZ GINORIO, VILLALBA, Oficina Regional Educativa de PONCE** y devengó un salario de **$2,730.00** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Edwin Rivera Torres
Hc-02 Box 5411
Villalba P.R. 00766



7020 1290 0000 4263 7760

CERTIFIED MAIL



U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
OCT 29, 20
AMOUNT
$4.75
R2305H127764-02

Clerk's Office
United Satate Distric Court
Room 150 Federal Court Building
San Juan P.R. 00918-1767

2020 NOV -6 AM 8:28
RECEIVED & FILED