**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.** Ley 134

Date Filed: 6/27/2018  Rossello
Proof of Claim No.: 97316

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at 844.822.9231.

MIGDALIA LA TORRE RAMIREZ
URB. LAS FLORES CALLE 3 C-7
JUANA DIAZ, PR 00795

-220207

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.** Ley 164

Date Filed: 6/27/2018  Julio 21, 2003
Proof of Claim No.: 98879

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at **844.822.9231**.

MIGDALIA LA TORRE RAMIREZ
URB LAS FLORES CALLE 3 C-7
JUANA DIAZ, PR 00795

---

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.** Ley 96-Sila

Date Filed: 6/27/2018  Calderón 1-
Proof of Claim No.: 105170  Julio 2002

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at **844.822.9231**.

MIGDALIA LA TORRE RAMIREZ
CALLE 3 C-7 URB. LAS FLORES
JUANA DIAZ, PR 00795

Prime Clerk
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.** Ley 180 Escala de Retiro 3% compuesto anual

Date Filed: 6/27/2018
Proof of Claim No.: 104785

For additional information, please visit **http://cases.primeclerk.com/puertorico**, or call us at **844.822.9231.**

MIGDALIA LA TORRE RAMIREZ
URB LAS FLORES
CALLE 3-C-7
JUANA DIAZ, PR 00795

Prime Clerk
830 Third Ave, 9th Floor
New York, NY 10022

*In re Commonwealth of Puerto Rico*
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.** Ley 89 Romerazo

Date Filed: 6/27/2018
Proof of Claim No.: 106157

For additional information, please visit **http://cases.primeclerk.com/puertorico**, or call us at **844.822.9231.**

MIGDALIA LA TORRE RAMIREZ
URB. LAS FLORES
CALLE 3 C-7
JUANA DIAZ, PR 00795