Urb. Las Flores
Calle 3 C-7
Juana Diaz, P.R. 00795

RECEIVED & FILED
2020 NOV -6 AM 8:27



7019 1120 0001 1729 7789

U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
OCT 30, 20
AMOUNT
$7.60
R2304M110228-12

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan P.R. 00918-1767
Federico Degetau Federal Building
150 Carlos Chardón Street   Room 150