RECLAMANTE: JOHANNA GARCIA IRIZARRY
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 130049, 77936, 129107, 132736

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 14 de septiembre de 1999 hasta el presente como TRABAJADOR SOCIAL ESCOLAR del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 75,600.00 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

JOHANNA GARCIA IRIZARRY
Nombre en letra de molde

*[firma]* 30-oct-2020
Firma y fecha

RECLAMANTE: JOHANNA GARCIA IRIZARRY
DIRECCION: HC-02 BOX 5210
VILLALBA PR. 00766

NUMERO DE RECLAMACION: 130049,77936,129107,132736

Fecha de presentación (envío): 29 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH_OF_PUERTO_RICO

Por este medio incluyo con mi reclamación presentada el 29 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico - ELA, como TRABAJADOR SOCIAL ESCOLAR desde el 14 de septiembre de 1999 hasta el presente.
2. El monto adeudado en mi reclamación es de $75,600.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

JOHANNA GARCIA IRIZARRY
Nombre en letra de molde

*Johanna García Irizarry* 30-oct 2020
Firma y fecha



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

29 de octubre de 2020

A quien pueda interesar:

Certifico que **JOHANNA GARCIA IRIZARRY**, número de seguro social **XXX-XX-8897** labora en nuestra Agencia desde **14 de septiembre de 1999** al **Presente**.

Actualmente, ocupa puesto en calidad de **TRABAJADOR SOCIAL ESCOLAR** en **NORMA I. TORRES COLON, VILLALBA, Oficina Regional Educativa de PONCE** y devenga un salario de **$2,766.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.