Johanna Garcia Irizarry
Ramón E Cruz Cruz
HC-02 Box 5210
Villalba, Puerto Rico 00766

RETURN RECEIPT
REQUESTED

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7020 1290 0000 4263 8255



UNITED STATES
POSTAL SERVICE

1000          00918

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
OCT 30, 20
AMOUNT

**$7.80**

R2303S101580-02

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan P.R. 00918-1767

RETURN RECEIPT
REQUESTED

2020 NOV -6 AM 8:27

RECEIVED & FILED

RETURN RECEIPT
REQUESTED