# REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre __Sila M. Gonzalez Colon_____

Dirección Postal  **calle turquesa # 8 Urb.Villa Blanca  Caguas PR**, 00725 _____

_____

Teléfono de contacto res. **787-385-0543 / 787-450-2462(hija)**_____ cel_____

**II. Epígrafe**

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
            Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

**III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:**

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio con Puerto Rico Telephone Company, Puerto Rico desde el _16_ de _enero_ de_1986__hasta el **PRESENTE**_____e _____. Culmine mi laborar como _____
en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

**Sila M. Gonzalez Colon**
_____
Nombre en letra de molde


_____
Firma

RECLAMANTE_____Sila M. Gonzalez Colon

DIRECCION **calle turquesa # 8 Urb. Villa Blanca, Caguas, PR 00725**
_____
_____

Numero Reclamación _____**49762**_____

Fecha de presentación (envío) _____

Deudor <u>Commonwealth of Puerto Rico</u>

    Por este medio incluyo con mi reclamación presentada el _____ de _____ de _____ lo siguiente:

1. Evidencia de trabajo de Puerto Rico Telephone Company en Ponce, Puerto Rico – ELA, como _____ desde el _16_ de **enero** _ de **1986**_ hasta el **PRESENTE**___ de _____ de _____. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $____**15,600.00**_____.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,


__Sila M. Gonzalez Colon_____
Nombre en letra de molde

_[signature]_ 9/17/2020
Firma y fecha

Proof of Claim: <CLAIM NUMBER> __49762_____

Claimant: >CLAIMANT NAME< _____Sila M. Gonzalez Colon_____

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96,"please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:
- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Questionnaire**

1. **What is the basis of your claim?**

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ■ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

2. **What is the amount of your claim (how much money do you claim to be owed):**

    _____$15,600.00_____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ■ Yes, **Answer Questions 3(a) – (d).**

3(a). Identify the specific agency or department where you were or are employed

**Puerto Telephone Company**

3(b). Identify the dates of your employment related to your claim: 01/16/1986

3(c). Last four digits of your social security number: **5258**

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ■ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

4. **Legal Action** Does your claim relate to a pending or closed legal action?

   ■ No
   ☐ Yes

4(a). Identify the department or agency that is a party to the action.

   _____Tribunal_de Distrito de los Estados Unidos_____

4(b). Identify the name and address of the court or agency where the action is pending:

   _____

4(c). Case number: __**49762**_____

4(d). Title, Caption, or Name of Case: ____**ROMERAZO**_____

4(e). Status of the case (pending, on appeal, or concluded): _____**PENDING**_____

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

   If yes, what is the date and amount of the judgment? _____



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

### SILA M. GONZALEZ COLON
### XXX-XX-5258

Para el empleado de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 01/16/1986.

- Al presente trabaja como empleado regular activo.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a martes, 25 de agosto de 2020.

_____
Víctor Morales Santos
Oficial de Compensación
Compensación y Récords

Sila M. Gonzalez Colon
Turquesa #8 Villa Blanca
Caguas, P.R. 00725



POSTAGE DUE ¢

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150, Federal Building
Ave. Chardon
San Juan, PR 00918-1767

-R-T-S-   00918 2025-1K
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER
09/23/

Sila M. González Colón
Turquesa #8 Villa Blanca
Caguas, PR 00725



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building Ave. Chardon
San Juan PR 00918-1767

