RECLAMANTE: RAMON E. CRUZ CRUZ

NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS

NUMERO DE RECLAMACION: 137185,138184,109313,129555

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 3 de agosto de 1998 hasta el presente como MA. EDUC.SECUENDARIA del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 75,600.00 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

RAMON E. CRUZ CRUZ

Nombre en letra de molde

Ramon E. Cruz Cruz    30-oct-2020

Firma y fecha

RECLAMANTE:   RAMON E. CRUZ CRUZ
DIRECCION:     HC-02 BOX 5210
              VILLALBA PR. 00766

NUMERO DE RECLAMACION:     137185,138184,109313,129555

Fecha de presentacion (envio):   29 DE OCTUBRE DE 2020
Deudor:     COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 29 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA.
   EDUC. SECUNDARIA desde el 3 de agosto de 1998 hasta el presente.
2. El monto adeudado en mi reclamación es de $75,600.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

RAMON E. CRUZ CRUZ
Nombre en letra de molde

Ramon E. Cruz Cruz 30-oct-2020
Firma y fecha



**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

29 de octubre de 2020

A quien pueda interesar:

Certifico que **RAMON E. CRUZ CRUZ**, número de seguro social **XXX-XX-8180** labora en nuestra Agencia desde **3 de agosto de 1998** al **Presente**.

Actualmente, ocupa puesto en calidad de **MA. EDUC. SEC (MATEMATICAS)** en **S. U. HATILLO, VILLALBA, Oficina Regional Educativa de PONCE** y devenga un salario de **$2,821.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaría Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos.*
*Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la*
*Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.