Johanna Garcia Iricarry
Ramón E. Cruz Cruz
HC-02 Box 5210
Villalba, Puerto Rico 00766

RETURN RECEIPT REQUESTED

CERTIFIED MAIL
7020 1290 0000 4263 8255

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
OCT 30, 20
AMOUNT
$7.80
R2303S101580-02

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan P.R. 00918-1767

RETURN RECEIPT REQUESTED

2020 NOV -6 AM 8:27
RECEIVED & FILED

RETURN RECEIPT REQUESTED