Nancy Barrios Ortiz
PO Box 89
Villalba, P.R 00766



Clerk's Office
United State Distric Court
Room 150 Federal Court Building
San Juan, PR. 00918-1767

2020 NOV -6 AM 8:27
RECEIVED & FILED
CLERK'S OFFICE