## REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: Wilmarie Sánchez Mercado
Direccion Postal: Urb. Vista Sabana Grande
Calle Vista Linda D-11
Sabana Grande, PR 00637
Teléfono contacto: Res. _____ Cel. 787-380-4141

II. EPIGRAFE

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767
B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
C. Numero de Procedimiento: 17 BK 3283 – LTS
D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Número de las evidencias por reclamo:

Ley 109 – Junio 2008 – Escala Salarial Pasos



III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Mayaguez, Puerto Rico (fecha de comienzo hasta fecha de terminación). Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Wilmarie Sánchez Mercado
Nombre en letra de molde

_____
Firma