RECLAMANTE: Wilmarie Sánchez Mercado
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACIÓN:

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el **Maestra K-3, 4-6 y Educación Especial** desde **4 de agosto de 2008 al Presente (MEE).** del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 96 – Julio 2002 – Aumento de Sueldo | $ |
| Ley 164 – Julio 2003 – Aumento de Sueldo | |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| | $ **14,400** |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Wilmarie Sánchez Mercado
Nombre en letra de molde

_____ 29/octubre/2020
Firma y fecha

*Reclamante*: WILMARIE SANCHEZ MERCADO

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk, LLC<br>Grand Central Station, PO Box 4708<br>New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk LLC<br>850 Third Avenue, Suite 412<br>Brooklyn, NY 11232 |

## Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☒ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
    **$14,400**

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ■ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   DEPARTAMENTO DE EDUCACIÓN DE PUERTO RICO – ELA

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   4 de agosto de 2008 hasta el Presente

3(c). Últimos cuatro dígitos de su número de seguro social: xxx-xx-9688

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ■ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   Ley 109 – Junio 2008 – Escala Salarial-Pasos

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ■ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   DEPARTAMENTO DE EDUCACIÓN – PUERTO RICO – ELA

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   United States District Court, Room 150 Federal Bldg, 150 Carlos Chardon Avenue, San Juan, PR

4(c). Número de caso: 17 BK 3283 – LTS

4(d). Título, epígrafe, o nombre del caso:
   PROMESA Title III

2

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

PENDIENTE DE RESOLUCIÓN

4(f). ¿Tiene usted una sentencia impaga? Sí / **No** (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

3

RECLAMANTE: Wilmarie Sánchez Mercado
DIRECCION: Urb. Vista Sabana Grande
Calle Vista Linda D-11
Sabana Grande, PR 00637

NUMERO DE RECLAMACION: _____

Fecha de presentacion (envio): _____
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 3 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como **Maestra K-3, 4-6 y Educación Especial** desde **4 de agosto de 2008** al **Presente (MEE)**.
2. El monto adeudado en mi reclamación es de **$14,400**.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Wilmarie Sánchez Mercado
Nombre en letra de molde

_____  29/octubre/2020
Firma y fecha

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

29 de octubre de 2020

A quien pueda interesar:

Certifico que **WILMARIE SANCHEZ MERCADO**, número de seguro social **XXX-XX-9688** labora en nuestra Agencia desde **3 de septiembre de 2008** al **Presente**.

Actualmente, ocupa puesto en calidad de **FACILITADOR DOCENTE (EDUC.ESP.) IV** en **CENTRO SERV EDUC ESPECIAL SAN GERMAN**, **Oficina Regional Educativa de MAYAGUEZ** y devenga un salario de **$2,197.50** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



DEPARTAMENTO DE EDUCACIÓN
GOBIERNO DE PUERTO RICO

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.