Wilmarie Sánchez Mercado
15 Calle Matienzo Cintrón
Yauco, PR. 00698



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR. 00918-1767