Enrique Rivera Colón
P.O. Box 264
Villalba, P.R. 00766



Clerk's Office
United state Distric Court
Room 150 Federal Court Building
San Juan, PR 00918-1767

2020 NOV -6 AM 8:27
RECEIVED & FILED