5 de noviembre de 2020

Clerk's Office
United States District Court

RECEIVED & FILED
2020 NOV 10 AM 11: 54

Yo, Pablo Ruiz Soto, someto la evidencia de la certificación de Human Resources and Labor Relations Office, Puerto Rico Aqueduct and Sewer Authority, West Region. De necesitar otra documentación estoy en la mejor disposición de enviarla.

Pablo Ruiz Soto

Pablo Ruiz Soto
P.O Box 16
Añasco, P.R. 00610

Tel. 787-468-8268

lito0884@gmail.com