# GOBIERNO DE PUERTO RICO

Autoridad de Acueductos y Alcantarillados

November 4, 2020

Commonwealth of Puerto Rico
Claims Processing Center
C/o Prime Clerk LLC
Grand Central Station
PO Box 4708
New York, NY  10163-4708

Dear Sir:

According to your request for information:

Mr. Pablo Ruiz Soto with social security number xxx-xx- 0884 works for Puerto Rico Aqueduct and Sewer Authority since October 26, 2006 through November 5th 2019.

During these period his deductions for the Employees Retirement Systems of the Government of the Commonwealth of Puerto Rico was of $20,645.92.

Cordially,

Edgardo Guilffuchi
Human Resources and Labor Relations Officer
Puerto Rico Aqueduct and Sewer Authority, West Region



Autoridad de Acueductos
y Alcantarillados

**Centro Regional de Operaciones OESTE**: Urbanización Sultana, Calle Tenerife número 10, Mayagüez, PR 00680
Recursos Humanos Región Oeste Tel. 787-652-1357 ext. 3251,

📞787.652.1357 / 🖨787.993.9012 💧 www.acueductospr.com