Pablo Ruiz Soto
Box 16
Añasco P.R.
00610

SAN JUAN PR 009
5 NOV 2020 PM 1 L

RECEIVED & FILED
2020 NOV 10 AM 11:55

Secretaria (clerk's office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767