RECEIVED & FILED
2020 NOV 10 AM 11: 55

| | |
|---|---|
| RECLAMANTE: | WILDA SANTIAGO COLON |
| NUMERO DE PROCEDIMIENTO: | 17 BK-3283 – LTS |
| NUMERO DE RECLAMACION: | 87621 |

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 24 de marzo de 1992 hasta el PRESENTE como OFICINISTA MECANOGRAFO 1 del Departamento de Educación de Puerto Rico – ELA.

| | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

WILDA SANTIAGO COLON
Nombre en letra de molde

*Wilda Santiago Colón / 28-octubre-2020*
Firma y fecha

RECLAMANTE:   WILDA SANTIAGO COLON
DIRECCION:    HC-01 BOX 4854
              Juana Diaz PR 00795

NUMERO DE RECLAMACION:   87621

Fecha de presentacion (envio):   15 DE OCTUBRE DE 2020
Deudor:   COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 5 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como OFISINISTA MECANOGRAFO 1 desde 24 de marzo del 1992 hasta el presente.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

WILDA SANTIAGO COLON
Nombre en letra de molde

*Wilda Santiago Colón / 28-octubre-2020*
Firma y fecha



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

14 de octubre de 2020

A quien pueda interesar:

Certifico que **WILDA SANTIAGO COLON**, número de seguro social **XXX-XX-8414** labora en nuestra Agencia desde **24 de marzo de 1992** al **Presente**.

Actualmente, ocupa puesto en calidad de **OFICINISTA MECANOGRAFO I** en **PEDRO ALBIZU CAMPOS**, **Oficina Regional Educativa de PONCE** y devenga un salario de **$1,862.00** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.