Wilda Santiago Colón
HC-01 Box 4854
Juana Díaz, P.R.
00795



RECEIVED & FILED
2020 NOV 10 AM 11:55

Clerk's Office
United State Distric Court
Room 150 federal Court Building
San Juan, P.R. 00918-1767