"A quien pueda interesar"

Recibido 09/[...]
2020 NOV 10 AM 11:55

Por este motivo, yo, Manuel Gonzalez Maisonet les informo que devido al cierre de la agencia por el Covid-19, no pude conseguir la certificación de trabajo este el mes de Octubre 2020. Por tal motivo se la envio en este periudo por las causas ya mensionadas.

Queda en ustedes en acepter la misma aunque un poco más tarde.

Att. Manuel Gonzalez Maisonet
MANUEL GONZALEZ MAISONET