

**GOBIERNO DE PUERTO RICO**
Departamento de Recreación y Deportes

# CERTIFICACIÓN

Certifico la siguiente información, según obra en el expediente de personal de **Manuel González Maysonet**, Seguro Social  REDACTED  quien trabajó en el Compañía de Parques Nacionales:

| | |
|---|---|
| 27 de enero de 1983 | Transitorio |
| 16 de julio de 1984 | Regular |
| 2 de mayo de 2005 | Renuncia |

Dada en San Juan de Puerto Rico, hoy 5 de noviembre de 2020.

CERTIFICO CORRECTO:

_(firma)_

Yadira N. Aponte Massas
Analista de Recursos Humanos
Secretaría Auxiliar de Recursos
Humanos y Relaciones Laborales

Nota: Cualquier alteración a este documento invalidará el mismo.

Secretaría Auxiliar de Recursos Humanos y Relaciones Laborales
PO Box 9023207 San Juan PR  00902-3207
Tels. (787) 721-2800  Fax: (787) 721-8191
www.drdpuertorico.com

