Manuel Go[nzalez]
P. O. Box 1529
Morovis, Puerto Rico 00687

SAN JUAN PR 009
9 NOV 2020 PM 2 L

RECEIVED & FILED
2020 NOV 10 AM 11:55

Secretaria Clerk's office
Tribunal de distrito de los Estados Unidos
#150 Chardon avenue
Federal Building
San Juan, Puerto Rico 00918

00918-170399