06 de noviembre de 2020

A: Abogados Secretaria Clerks of
   Abogados Junta de Supervision
   Counsel for the Oversight Board
   Comite de Acreedores
   Counsel for the Creditors Committee



Yo, Carmen I. Santiago Cora, con Seguro Social (xxx-xx-3466) con 76 años de edad. Nacida en REDACTED
Deseo solicitarle mis excusas por no haber contestado el documento que me enviaron anteriormente ya que por desconocer el idioma ingles no le presté la atención requerida.

Laboré como enfermera graduada durante 30 años, todos trabajados para el Departamento de Salud de PR. Realizaba aportaciones al Sistema de Retiro del Estado Libre Asociado de PR.
Comencé a trabajar en el año 1962 y mi retiro en el 1992.

Brindo esta información esperando ser merecedora de esos beneficios si asi lo disponen ustedes con la ayuda de Dios.

Esperando pueda ser de beneficio en mi caso.

Gracias a todos ustedes por cualquiera que sea el resultado.

*Carmen I. Santiago Cora*
Carmen I. Santiago Cora
HC 63 Box 3134
Patillas, PR 00723
(787) 325-5411
Reclamante #159217
Caso #17Bk03566LTS