AFTER 10 DAYS RETURN TO

Ms Carmen I Santiago
HC 63 Box 3134
Patillas, PR 00723

SAN JUAN PR   009

6 NOV 2020   PM 2   L

FOREVER / USA

Tribunal de Distrito de EU
Room 150 Federal Building
San Juan, P.R. 00918-1767