# RÉPLICA DE OBJECIÓN GLOBAL

## I. Datos Personales

Nombre: Nitza M. Cancel Monclova
Dirección: Urb. Las Américas
CC-6 Calle 9
Bayamón, Puerto Rico 00959
Teléfono de contacto: res: 787-786-0230  cel: 787-466-2928

## II. Epígrafe

A. Secretaría (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

B. Estado libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimieno:

D. Objeción Global referente a la solicitud de dineros no pagados de Puerto Rico.

E. Números de las evidencias por reclamo:

#49762 - Ley #89 - Romerazo - Efectivo el 1 de julio de 1995
#94057 - Ley de Escala Salarial - Pasos de 6 de junio de 2008
#96621 Ley #96 (2002) de Dr. Pedro Roselló - Efectivo julio de 2002
Ley #164 (2004) de la Sra. Sila M .Calderón - Efectivo enero de 2004

## III. El Tribunal no debe declarar la Objeción Global debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley #89 Romerazo - Efectivo el 1 de julio de 1995
Ley de Escala Salarial - Pasos de 6 de junio de 2008
Ley #96 (2002) de Dr. Pedro Roselló - Efectivo julio de 2002
Ley #164 (2004) de la Sra. Sila M .Calderón - Efectivo enero de 2004

RECEIVED & FILED
2020 NOV 10 AM 11: 54

## IV. Documentación Justificativa

Se incluyen documentos que evidencien los años de servicio con el Departamento de Educación, desde el 17 de noviembre de 1989 hasta el 31 de julio de 2020. Culminé mi labor como Maestra de nivel Secundario en la Escuela Especializada en Ciencias y Matemáticas, Sotero Figueroa en San Juan, Puerto Rico, bajo el Estado Libre Asociado. Se está reclamando por las leyes aplicables que cubren estos años de servicio.

Se incluyen documentos que evidencian este reclamo.
Fecha de presentación (envío) 13 de octubre de 2020
Deudor Commonwealth of Puerto Rico
Por este medio incluyo además con mi reclamación presentada el 13 de octubre de 2020 lo siguiente:

El monto adeudado en mi reclamación es de $12,000.00 por la Ley #89 de julio de 1995, Romerazo, desde 17 de noviembre de 1989 hasta el 17 de noviembre de 1999. Así como otras leyes que me apliquen y no se me otorgó la compensación correspondiente.

Debido a la reciente situación de emergencia por los terremotos y Covid-19 en Puerto Rico, se están haciendo las réplicas en esta fecha. De necesitar información adicional, favor de comunicarse con la suscribiente.
Agradeceré la pronta atención al respecto.

Cordialmente,


Nitza M. Cancel Monclova
13 de octubre de 2020
nmcancel@gmail.com

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

13 de octubre de 2020

A quien pueda interesar:

Certifico que **NITZA M. CANCEL MONCLOVA**, número de seguro social **XXX-XX-0113** laboró en nuestra Agencia desde **17 de noviembre de 1989** al **31 de julio de 2020**.

Ocupó puesto en calidad de **MA. EDUC. SEC (ESPAÑOL)** en **SOTERO FIGUEROA (ESPECIALIZADA CIENCIA Y MATEM)**, **Oficina Regional Educativa de SAN JUAN** y devengó un salario de **$2,871.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Nitza Cancel Monclova
c/a CCb
Urb. Las Américas
Bayamón, P.R. 00959

Secretaría (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico) 00918-1967

RECEIVED & FILED
2020 NOV 10 AM 11:54