UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On November 6, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Alicia Gonzalez Roldan (MMLID#1628945), 63765 Carr EL Coqui, Rincon, PR, 00677-3615:

- One Hundred Seventy-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient and Late-Filed Claims [Docket No. 12125]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

  On November 6, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Omni Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the September 16, 2020 Omnibus Hearing to the October 28, 2020 Omnibus Hearing [Docket No. 14138]

Dated: November 10, 2020

                        */s/ Nuno Cardoso*
                        Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 10, 2020, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

## **Exhibit A**

# Exhibit A

Omni Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| 29404 | APONTE CALDERON, ISABEL M | Urb El Rosario T13 Calle G | Vega Baja | PR | 00693 |
| 1910512 | Castro Ramirez, Roberto | PO Box 330511 | Ponce | PR | 00733 |
| 2051876 | Elias Valles, Ruth N. | 10611 Royal Palm Blvd | Coral Springs | FL | 33065-6855 |
| 167471 | FERNANDO O. RODRIGUEZ AMSTRONG | PO Box 403713 | Miami Beach | FL | 33140 |
| 1742637 | Figueroa Velazqu, Eduardo M | 94th Military Police BN | APO | AP | 96271 |
| 1771925 | Fred Marrero, Elba L. | Vistas de Rio Grande I 134 Calle Laurel | Rio Grande | PR | 00745 |
| 2089229 | Hernandez De Leon, Edwin | PO Box 8800 | Ponce | PR | 00732-8800 |
| 1747618 | Hernandez Rosa, Carmen M. | HC 1 Box 6013 | Las Piedras | PR | 00771-9702 |
| 1147719 | HERNANDEZ SANTIAGO, SONIA | Repto Caguax J6 Calle Conuco | Caguas | PR | 00725 |
| 1025477 | JUAN RODRIGUEZ PEREZ | BOX 793 | SABANA HOYOS | PR | 00688 |
| 1522535 | MATOS LINARES, VIRMA | 8 BDA Caribe Apt 34 | Ponce | PR | 00716 |
| 1955483 | Mori Rodriguez, Jose A. | 5137 N Scenic Hwy Lot 94 | Lake Wales | FL | 33895 |
| 1728361 | RAMIREZ RODRIGUEZ, ISMIR | 1625 Silversmith Pl | Orlando | FL | 32818-5718 |
| 1620264 | Rodriguez Pacheco, Heida A | 440 Apache Trl | Mulberry | FL | 33860 |
| 1825979 | Rodriguez Rivera, Ada Irma | 9171 N Congress St Apt N | New Market | VA | 22844 |
| 1543644 | Roman Valentin, Amilcar A. | 5250 Highway 138 Apt 2821 | Union City | GA | 30291 |
| 1793781 | Santiago Gotay, Vanessa | 771 Silver Cloud Cir Apt 105 | Lake Mary | FL | 32746 |
| 1436573 | Santos, Pedro | 1735 Mitten Ter | Deltona | FL | 32738 |
| 824987 | Soto Ramos, Helga I. | PO Box 5000 | Aguada | PR | 00602 |
| 1744239 | SOTO, SONIA SANTA | Urb Altos de la Fuente F9 Calle 5 | Caguas | PR | 00727 |
| 2046622 | Torres Rodriguez, Maria E. | Torres 1219 Goldfinch Dr. Apt 10 | Plant City | FL | 33563 |
| 1910257 | ZAYAS DAVILA, IDA C | 14 Calle Ville Rosario | COAMO | PR | 00769-3217 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)