# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

<table>
<tr><td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

                          Debtors.[1]

</td><td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the Commonwealth, HTA and ERS.**

</td></tr>
</table>

**REPLY OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO RESPONSES FILED BY CLAIMANT MIGUEL ANGEL GARCIA CRUZ [ECF NO. 12234] TO THE NINETY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT, OR SERVICES PROVIDED**

**To the Honorable United States District Judge Laura Taylor Swain:**

The Commonwealth of Puerto Rico ("Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), and Employees Retirement System for the Government of the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Commonwealth of Puerto Rico ("ERS", and together with the Commonwealth and HTA, the "Debtors") by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Debtors pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] files this reply (the "Reply") to the response [ECF No. 12234] (the "García Cruz Response"), filed by Miguel Angel García Cruz ("García Cruz"), to the *Ninety-Sixth Omnibus Objection of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided* [ECF No. 9546] (the "Ninety-Sixth Omnibus Objection"). In support of this Reply, the Debtors respectfully represent as follows:

1.       On December 12, 2019, the Debtors filed the Ninety-Sixth Omnibus Objection, seeking to disallow certain proofs of claim that failed to comply with the applicable rules for filing a claim by not providing a basis for asserting a claim against the Commonwealth, HTA, ERS, or any other Title III Debtor (collectively, the "Deficient Claims"), each as listed on Exhibit "A" thereto. As set forth in the Ninety-Sixth Omnibus Objection and supporting exhibits thereto, each of the Deficient Claims purport to be based on obligations owed to the applicable claimant by the Commonwealth, HTA, or ERS, but failed to provide any information identifying the source of the obligations or explaining why the Commonwealth, HTA, ERS, or any other Title III debtor are liable to the claimant.

---

[2]  PROMESA is codified at 48 U.S.C. §§ 2101–2241.

*2.*      Any party who disputed the Ninety-Sixth Omnibus Objection was required to file

a response by 4:00 p.m. (Atlantic Standard Time) on January 14, 2020, in accordance with the

Court-approved notice attached to the One Hundred Nineteenth Omnibus Objection as Exhibit C,

which was served in English and Spanish on the individual creditors subject to the Ninety-Sixth

Omnibus Objection, the U.S. Trustee, and the Master Service List (as defined in the *Order Further*

*Amending Case Management Procedures* [ECF No. 8027-1]).   *See Certificate of Service* [ECF

No. 9621].   Pursuant to the Court's *Order (A) Establishing Extended Deadline for Responses to*

*Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus*

*Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at*

*December 11, 2019 and January 29, 2020 Omnibus Hearings Until the April 22, 2020 Omnibus*

*Hearing, (C) Approving Form of Notice and (D) Granting Related Relief* [ECF No. 12325], that

deadline was subsequently extended until March 27, 2020 at 4:00 p.m. (Atlantic Standard Time).

3.      The García Cruz Response was filed with the Court on March 10, 2020, and

docketed as ECF No. 12234 on March 11, 2020.   Therein, García Cruz does not dispute that his

proof of claim, which was filed against the ERS on June 27, 2018, and logged by Prime Clerk as

Proof of Claim No. 11432 (the "García Cruz Claim"), purports to be based on "aportaciones

acumuladas," or accumulated contributions.   Instead, the García Cruz Response provides an

update to García Cruz's mailing address.   The García Cruz Response does not, however, contain

any information necessary to evaluate the García Cruz Claim, such as an explanation of the basis

for any liabilities owed to García Cruz.

4.      Because the García Cruz Claim remains deficient, the Commonwealth respectfully

requests that the Court grant the Ninety-Sixth Omnibus Objection and disallow the García Cruz

Claim in its entirety.

Dated: November 11, 2020
      San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:   (787) 764-8181
Fax:   (787) 753-8944

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:   (212) 969-3000
Fax:   (212) 969-2900

*Attorneys for the Financial Oversight and
Management Board for Puerto Rico, as
representative for the Commonwealth of
Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees
Retirement System of the Government of the
Commonwealth of Puerto Rico*