# EXHIBIT 1

RECEIVED & FILED
2020 MAR 10 PM 4:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

/Handwritten/

I hereby notify you that we have received the documents related to Promesa Title 3.

Therefore, we are drafting it to send you the appropriate documents, as we are following up on the claim.

For reasons outside of my control, I had not received all the appropriate documentation due to my address, which is the following:

Miguel A. Garcia Cruz 110432
161 Paseo Flamboyan,
Juana Diaz, P.R. 00795

Cordially,

Miguel A. Garcia Cruz

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*3/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:12234-1 Filed:03/10/20 Entered:03/11/20 10:51:55 Desc:
Envelope Page 1 of 1
Miguel A. Garcia
Urb. Estancias del Guayabal
1101 Paseo Flamboyán
Juana Díaz, P.R. 00795
RECEIVED & FILED
2020 MAR 10 PM 4:44
SAN JUAN PR 009
FOREVER / USA
Clerk's Office
United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767
0091889999

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*3/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

> the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 110432 - ECF No. 12234 - Mailing Response (1)

Signed this 3rd day of November 2020

Verify at www.atanet.org/verify

Andreea I. Boscor

