# EXHIBIT 2

January 22, 2020



United States Federal District Clerk's Office
District of Puerto Rico
Room 150 Federal Building
150 Cardon Avenue
San Juan, PR 00918-1767

Dear Sirs,

Kind regards to you and all who work at this Federal agency.

I hereby notify you that I am party to the proceedings filed under Title III (PROMESA), number 17BK3283-LTS, and my claim number is 59260 and 61672, which are listed in Appendix A Defective.

I would like to explain that I could not answer on or before January 14, 2020 because the books where these claims appear as defective were received late, that is, after January 14, 2020.

In addition, the situations that are occurring on our Island with the earthquakes, the closing of public agencies and the delay in receiving the books and documents, contribute to my not being able to answer in time.

I hope you will take this reply into consideration and provide an answer accordingly.

Respectfully,

[Illegible signature]

Héctor Ríos Guadarrama

Certified to be a correct and true translation from the source text in Spanish to the target language English.
5/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.



United States Federal District Clerk's Office
United States
District of Puerto Rico

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 59260 - Mailing Response

Signed this 5th day of November 2020

_____
Andreea I. Boscor

