# EXHIBIT 5

January 22, 2020



Clerk's Office – United States Federal District Court
District of Puerto Rico
Room 150 Federal Building
150 Cardon Avenue
San Juan, PR 00918-1767

Dear Sirs,

Please receive a cordial greeting to you and everyone who works at said Federal agency.

I hereby wish to notify you that I am a party in the proceedings filed under Title III (PROMESA), number 17BK3283-LTS, and my claim numbers are 59260 and 61672, which appear in the Annex A –Defective.

I would like to state that I was not able to respond on or before January 14, 2020, due to the fact that I received the books listing these claims as defective late; in other words, after January 14, 2020.

Additionally, the situation we are experiencing on our Island with the earthquakes, the closing of public agencies, and the delay in receiving the books and documents resulted in my inability to respond on time.

I hope you will take this reply into consideration and provide a response to it.

Héctor Ríos Guadarrama

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Federal Secretariat of the United States District [sic]
District of Puerto Rico

Certified to be a correct and true translation from the source text in Spanish to the target language English.
9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

### TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 61672 - ECF No. 10519 - Mailing Response

Signed this 9th day of November 2020

*[ATA Seal: Andreea Boscor, Spanish into English, Certification #525556, Certified Translator. Verify at www.atanet.org/verify]*

_____
Andreea I. Boscor

