# EXHIBIT A

18 de agosto /20
Jayuya, P.R.

A quien Corresponda:

no. 17 BK 3283 LTS
Promesa, título III

reclamación: 161854

no. de teléfonos
787-898-5015
939-491-3615 Inés

Favor de enviar los documentos de Moción de 16 de sept./20. Copias del caso título III que estén disponibles

Atentamente
Inés Rodríguez

Inés Rodríguez Cruz
PO Box 291
Jayuya PR 00664



O'Neill & Borges LLC
250 Muñoz Rivera
ave, Suite 800
San Juan, P.R. 00918-1813