# EXHIBIT A-1

/Handwritten page/

August 8, 2020

Jayuya, P.R.

To Whom It May Concern:

No. 17 BK 3283 LTS

Promesa, Title III

Claim: 161854

Telephone numbers:

787-828-5015

939-491-3615  Inés

Please send the September 16, 2020 motion documents. Copies of the Title III Case that are available.

Regards,

Inés Rodriguez

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*3/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Inés Rodríguez Cruz
PO Box 291
Jayuya PR 00664



SAN JUAN PR 009

17 AUG 2020 PM 1 1

RECEIVED
AUG 18 2020
O'NEILL & BORGES

O'Neill & Borges LLC
250 Muñoz Rivera
Ave, Suite 800
San Juan, P.R. 00918 - 1813

00918-180898

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*3/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040

**W** TargemTranslations.com

**E** projects@targemtranslations.com

**A** 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 161854 - Mailing Response

Signed this 3rd day of November 2020



Verify at www.atanet.org/verify

_____
Andreea I. Boscor

