# EXHIBIT B

Número de Evidencia de Reclamación:
Reclamante:

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**RECEIVED DEC 30 2019 PRIME CLERK LLC**

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
    $4,800.00

**Responda a esta carta el 25 de septiembre de 2019 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada.**

Envíe el formulario completado y la documentación de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo, entrega en mano, o servicio de correo postal de 24 horas a la siguiente direcciónes:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

Si usted no responde a esta solicitud y no proporciona la información y documentación solicitadas para fundamentar su reclamación, los Deudores podrán verse en la obligación de objetar a su reclamación.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

NOTA: Prime Clerk, LLC es el agente de reclamaciones y notificaciones en los Casos al amparo del Título III y no puede proporcionar asesoramiento legal o financiero.

Atentamente,

Prime Clerk, LLC

2

Número de Evidencia de Reclamación:
Reclamante:

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☐ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
_____

3(b). Identifique las fechas de su empleo con relación a su reclamación:
_____

3(c). Últimos cuatro dígitos de su número de seguro social: _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_____
_____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☑ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
___Commonwealth of Puerto Rico___

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
___Prime Clerk Grand Central Station PO Box 4850 New York, NY 10163-4850___

4(c). Número de caso: ___44934___

4(d). Título, epígrafe, o nombre del caso:
___17BK 03283-LTS___

2

*Número de Evidencia de Reclamación:*
*Reclamante*:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
 PR

4(f). ¿Tiene usted una sentencia impaga? Sí / (No) (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

*Número de Evidencia de Reclamación:*
*Reclamante*:

3

Carmen Sanchez
Valle Hermoso
R12 Calle Cedro
Hormigueros, PR 00660-1403

Commonwealth of Puerto Rico Supplemental
Information Processing Center
C/O Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, N.Y. 10163-4708

RECEIVED
DEC 30 2019
PRIME CLERK LLC

10163-47080B