# EXHIBIT C

Nereida Troche Vargas
102 Urb Valles de Añasco
Añasco, PR 00610-9625




Abogado del Comité de Acreedores (Counsel for the Creditors Committee)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

Nereida Troche Vargas
787 407-0405
102 Urb Valles de Añasco
Añasco PR 00610-9625

**RECEIVED**
**DEC 1 1 2019**
**PRIME CLERK LLC**

In re Commonwealth of Puerto Rico
Case No 17-03 2 283
United States Bankruptcy Court For the District
Of Puerto Rico (San Juan)
Prime Clerk Received your
Proof OF claim
Date Filed 7/10/2018
Proof of claim No: 161279