# EXHIBIT A

Al Tribunal de Distrito de los Estados Unidos Para el Distrito de P.R.

En el asunto de:

Junta de Supervisión y Administración Financiera Para Puerto Rico.

Como representante de:

el estado libre Asociado de Puerto Rico, el sistema de Retiro de los Empleados del Gobierno del estado Libre Asociado de Puerto Rico y de la Autoridad de Edificios Públicos de Puerto Rico.

Promesa - Título III
Núm. 17 BK 3283-LTS

RECEIVED
APR 01 2020
PRIME CLERK LLC

Administrada Conjuntamente.

deudores:
Estado Libre Asociado de P.R. del sistema de Retiro de los Empleados del Gobierno

Le notifico a travez de la corte que soy empleada de gobierno recibí un documento del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico Número de caso: 17 BK-3283-LTS. donde solicito se me oriente bien el proceso el cual no entiendo y en que me beneficio yo como empleada (pública), Al 17 de abril del 2020. a las 5:00 p.m, se va a celebrarse — visto ese mismo día, yo no entiendo mucho el proceso, he visto por q evaluen a las medidas solicito los par los derechos en la moción.

Geovealynate

Ana Irene Reis
P.O. Box 1783
Ashe, P.R. 00739

SAN JUAN PR 009
25 MAR 2020 PM 1 L

RECEIVED
APR 01 2020
PRIME CLERK LLC

Pirime clerk.
Grand Central Station
P.O. Box 4850
New York, NY