# EXHIBIT A-1

I

[*handwritten:*]

To: **United States District Court for the District of PR**

In re:
THE FINANCIAL  OVERSIGHT  AND  MANAGEMENT  BOARD FOR PUERTO RICO

As a representative of:
The Commonwealth of Puerto Rico
The Puerto Rico Government Employees' Retirement System, and the Puerto Rico Public Buildings Authority

PROMESA – Title III
No. 17BK3283-LTS

Jointly  Administered
[illegible]

The Puerto Rico Government Employees' Retirement System

*Certified to be a correct and true translation  from the source text in Spanish to the target language  English.*
*5/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations  Inc.*

II

I hereby inform you that I am an employee of the Government. I received a document from the **United States District Court for the District of PR** Case Number 17BK3283-LTS in which I request I be [illegible] in the process I do not [illegible] and in which I benefit as public employee. On the April 11, 2020, at 5:00 p.m. a [illegible] is going to be held on that same date. I do not understand the process very well. The hearing is to evaluate the measures requested by the debtors in the motion.

Cordially,
[illegible signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



[Envelope page]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 13241 - Mailing Response

Signed this 5th day of November 2020





American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

Andreea I. Boscor

