# EXHIBIT A

*Número de Evidencia de Reclamación:* **89977**
*Reclamante:* **Flor M Silva Rivera**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

RECEIVED
AUG 2 5 2020
PRIME CLERK LLC

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

    ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

    _____ 76,431.99 _____

Batch 17



Número de Evidencia de Reclamación: **89977**
Reclamante: **Flor M Silva Rivera**

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☑ No. *Pase a la Pregunta 4.*

   ☐ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
_____

3(b). Identifique las fechas de su empleo con relación a su reclamación:
_____

3(c). Últimos cuatro dígitos de su número de seguro social: _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación
   ☐ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____
   _____

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☑ No.

   ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
_____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
_____

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso:
_____

Batch 17

2



*Número de Evidencia de Reclamación:* **89977**
*Reclamante*: **Flor M Silva Rivera**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

Batch 17

3



990123400815086

Flor M. Silva Rivera
1 Calle Reparto Rivera
Morovis, P.R. 00687-2050

SAN JUAN
PR 009
22 AUG '20
PM 2 L

RECEIVED
AUG 25 2020
PRIME CLERK

Prime Clerk LLC
Grand Central Station,
P.O. Box 4708
New York, NY 10163-4708

10163-470808