# EXHIBIT A-1

*Proof of Claim Number:* **89977**
*Claimant:* **Flor M Silva Rivera**

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Answer the four (4) applicable questions and sub-questions. Include as much detail as possible in your answers. **Your answers should provide more information than is included in the initial proof of claim**. As an example, if you previously wrote "Act 96" as a basis for your claim, please explain now what specific laws you intend to base your claim on, the year the law in question was passed, and how and why you believe this particular law is a basis for your claim.
Also, if available and applicable to your claim, please provide:

• Copy of an initial pleading, such as a Complaint or Response;
• An unpaid judgment or settlement agreement;
• Written notice of intent to file a claim with proof of mailing;
• Any documentation that, in your opinion, substantiates your claim.

Send the completed form and supporting documents **by email** to PRClaimsInfo@primeclerk.com, or **by mail or hand delivery** to the following address:

| By Mail | Hand Delivery or 24 hour Postal Service |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

[Stamp:]   RECEIVED
           AUG 25 2020
           PRIME CLERK LLC

**Questionnaire**
**1. What is the basis of your claim?**
☑    A pending or concluded legal action with or against the government of Puerto Rico
☐    Current or previous employment in the government of Puerto Rico
☐    Other (please indicate with the highest level of detail. Attach additional pages if needed.)
_____

**2. What is the amount of your claim (how much money you claim is owed):**

**[Handwritten:] 76,431.99**

**Batch 17**                                                                                                          **[Bar Code]**
                                                                                                                       990123400815086

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:* **89977**
*Claimant:* **Flor M Silva Rivera**

**3. Employment. Does your claim relate to current or prior employment with the government of Puerto Rico?**

☑ No. *Go to Question 4.*
☐ Yes. **Answer questions 3(a)-(d).**

3(a). Identify the specific agency or department where you work or have worked:
_____

3(b). Identify the dates of your employment in relation to your claim:
_____

3(c). Last four digits of your social security number: _____

3(d). What is the nature of your employment claims (select all that apply):

   ☐   Retirement
   ☐   Unpaid wages
   ☐   Sick days
   ☐   Complaint with the union
   ☐   Vacations
   ☐   Other (please indicate with the highest level of detail possible. Attach additional pages if necessary).
   _____
   _____

**4. Legal Action. Is your claim related to a legal action that is already closed or pending?**

☑ No.
☐ Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is part of this action.
_____

4(b). Identify the name and address of the court or agency where the action is pending resolution.
_____

4(c). Case number: _____

4(d). Title, subsection, or case name:
_____

| | | |
|---|---|---|
| **Batch 17** | **2** | **[Bar Code]**<br>990123400815086 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:* **89977**
*Claimant:* **Flor M Silva Rivera**

4(e). Status of the case (pending resolution, under appeal, or closed):
_____

4(f). Do you have an unpaid judgment? Yes / No (Check one)
If so, what is the date and amount of the judgment?

_____

| | | |
|---|---|---|
| **Batch 17** | **3** | **[Bar Code]**<br>990123400815086 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



[Envelope page 1 of 1]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**718.384.8040**
**TargemTranslations.com**
**projects@targemtranslations.com**
**185 Clymer St. Brooklyn, NY 11211**

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 89977 - Mailing Response

Signed this 9th day of November 2020



_____
Andreea I. Boscor

