# EXHIBIT B

*Número de Evidencia de Reclamación*: **67915**
*Reclamante*: **Luz V. Torres Rivas**

RECEIVED
SEP 03 2020
PRIME CLERK LLC

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_pendiente de resolución_

4(f). ¿Tiene usted una sentencia impaga? Sí / (No) (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

990123400816282

Juz Jones
P.O. Box 2xx
Orocovis, P.R. 00720

SAN JUAN PR 009
31 AUG 2020 PM 4 L

Commonwealth of P.R. Suplemental
Information Processing Center
c/o Prime Clerk LLC
Grand Central Station, P.O. Box 4708
New York, N.Y. 10163-4708

RECEIVED
SEP 03 2020
PRIME CLERK

10163-470808