# EXHIBIT B-1

> *Proof of Claim Number:* **67915**
> *Claimant:* **Luz V. Torres Rivas**
>
> 4(e). Case status (pending resolution, under appeal, or closed):
>
> [handwritten:] pending resolution
>
> 4(f). Do you have an unpaid judgment? Yes / No   (Check one) ["No" is circled.]
>
> If so, what is the date and amount of the judgment?

RECEIVED
SEP 03 2020
PRIME CLERK LLC

Batch 17                                                3

990123400816282

Certified to be a correct and true translation from the source text in Spanish to the target language English.
9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.



[Envelope page 1 of 1]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 67915 - Mailing Response

Signed this 9th day of November 2020

_____
Andreea I. Boscor

