# EXHIBIT A-1



Petra Mon[...]
Urb. La Arboleda Calle 17 Casa 265
Salinas, P.R. 00751

Counsel for the Oversight Board
Proskauer Rose LLP
Eleven Times Square
New York, New York
10036-8299

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

## CLAIMANT RESPONSE TO TWO HUNDRED THIRTY-SECOND OMNIBUS OBJECTION

**Instructions**

1. You should fill out and file this response form only if your claim relates to current or former employment with the government of Puerto Rico, or if your claim relates to a pending or closed legal action. If your claim does not arise from current or former employment with the government of Puerto Rico, or if your claim does not relate to a pending or closed legal action, your response must be filed in accordance with the procedures detailed in pages 3-4 of the Notice accompanying the Two Hundred Thirty-Second Omnibus Objection.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

2. Please file a separate response form for each proof of claim to which the Debtors have objected. Do not file a single response form addressing more than one claim.

3. Please answer all questions and any applicable sub-questions.

4. Please include as much detail as possible in your responses.

    a. **Your answers should provide <u>more</u> information than the initial proof of claim**. For example, if you previously "Act 96" wrote as the basis for your claim, please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim.

    b. If available and applicable to your claim, please provide:
       - Copy of a pleading, such as a Complaint or an Answer;
       - Any unpaid judgment or settlement agreement;
       - Written notice of intent to file a claim with proof of mailing; and
       - Any and all documentation you believe supports your claim.

5. If you do not have a copy of your claim, you may download a copy by visiting Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. You must sign your response where indicated below. If you do not sign your response, the clerk will not accept it for filing.

7. Please file the completed form and any supporting documents as directed in the Notice accompanying the Omnibus Objection to your claim.

**Questionnaire**

1. Please provide a name, address, telephone number, and email address of either (1) the responding claimant; (2) the claimant's attorney or designated representative to whom the attorneys for the Commonwealth, HTA, or ERS should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on the claimant's behalf.

    □ **Name**:   Petra Montes Alicea

    □ **Address**:   Urb. La Arboleda, Calle 17, Casa 255, Salinas, PR 00751

2

Certified to be a correct and true translation from the source text in Spanish to the target language English.
9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

5(d). What is the nature of your employment claims? (select all that apply):

- ☐ Retirement
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

    _____

    _____

6. **Legal Action.** Does your claim relate to a pending or closed legal action?

    - ☐ No.
    - ☒ Yes. **Answer Questions 6(a)-(f).**

6(a). Identify the department or agency that is a party to the action.

   Commonwealth of Puerto Rico (DE)

6(b). Identify the name and address of the court or agency where the action is pending:

   United States District Court for the District of Puerto Rico

6(c). Case number: 17 BK 3283-LTS

6(d). Title, Caption, or Name of Case:

   This filing is related to the Commonwealth, HTA, and ERS

6(e). Status of the case (pending, on appeal, or concluded): Pending resolution

6(f). Do you have an unpaid judgment? Yes / (No) (Circle one)

If yes, what is the date and amount of the judgment?

_____

**PLEASE SIGN YOUR RESPONSE BELOW**

/Signed/: Petra Montes Alicea
**Signature**

4

Certified to be a correct and true translation from the source text in Spanish to the target language English.
9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

/Blank page/

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



# Act No. 96 of 2002

**(House Bill 2634) 2002 Act 96**
**(Revised)**

**To grant a salary increase of one hundred (100) dollars to public employees of the government.**

**LAW No. 96 OF JULY 1, 2002**

To grant a salary increase of one hundred (100) dollars to public employees of the Central Government of the Commonwealth of Puerto Rico, effective as of July 1, 2002.

### STATEMENT OF REASONS

Puerto Rico has thousands of honest and responsible civil servants, who dedicate their lives daily to serving our people and seeking the well-being of all Puerto Ricans. Civil servants of the 21st century, as representatives of the honesty and dignity of work, enjoy the trust of this Administration.

Likewise, this Administration is aware of the sacrifices made by these civil servants, who work incessantly to provide citizens with excellent service, in exchange for remuneration that leads to a life with limitations. Even so, these men and women who honor public service continue to serve Puerto Rico selflessly and with dedication.

In the 1980s, new public policy guidance regarding salaries and fringe benefits for public employees began to be developed, aimed at placing them on a par with private company employees, to the extent that public resources allow. In keeping with this public policy, legislation has been enacted in the past granting them general salary increases, increases in employer's contribution toward health plan premiums, and increases allowed under Act No. 89 of July 12, 1979, as amended, known as the "Uniform Compensation Law," among others. Likewise, as special laws have been passed, various groups have received salary increases, such as law enforcement officers and teachers.

It is the intention of this Administration and this Legislature to recognize the arduous work that these public employees carry out to advance the quality and efficiency of our public administration.

Therefore, even in the face of the economic hardship we currently face, and recognizing the claim of the various groups that represent the government labor sector, it is imperative to do justice to our public employees, granting a salary increase of one hundred (100) dollars per month to public employees who are under the conditions established below.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Article 1.-** The increases granted under this Law will be as follows:

(a) A salary increase of one hundred (100) dollars per month to public employees on active duty as of June 30, 2002, regardless of status or category. When part-time services are provided in a position, the increase to be granted shall be in proportion to the workday. Any employees connected to the service who are not on active duty as of July 1, 2002, shall be entitled to receive the increase effective as of the date when they return to service.

The salary increase shall be granted even when the employee is earning a salary equal to or greater than the maximum rate in the pay scale, or that may be exceeded with the increase. Said increase shall not affect the compensation margin enjoyed by employees for salary improvement, nor will it be adjusted to scale. It is further provided that any personnel actions that are carried out after the effective date of this increase shall be processed in accordance with the regulations issued by the Central Labor Affairs and Human Resources Administration Office, in accordance with Act No. 89 of July 12, 1979, as amended, known as the "Uniform Compensation Act" and the Uniform Compensation Regulations.

(b) One hundred (100) dollars to union-affiliated employees under Act No. 45 of February 25, 1998, as amended, included in appropriate units for which the result of the formula under Section 7.5 of the aforementioned law is equal to zero or negative. Those appropriate units for which the result of the formula is positive, but less than one hundred (100) dollars, will receive an increase equal to the difference between one hundred (100) dollars and the result of said formula.

**Article 2.-** The cost of the proposed salary increase shall be covered by funds to be provided through reimbursement by the Office of Management and Budget, charged to the appropriations included in the Joint Resolution of the General Budget for this purpose. However, said reimbursement will only cover the salaries that are paid with resources from the General Fund. It is provided that public employees who, according to the dates established herein, qualify for this increase, but are paid from other funds, shall receive the same increases charged to the special federal and state funds from which they are paid. Those agencies that employ these types of public employees, shall make the corresponding adjustments in said funds to grant the salary increases, as provided in this Article.

**Article 3.-** To obtain the reimbursement referred to in Article 2 of this Act, each agency that finances said increases from the General Fund shall submit to the Office of Management and Budget a certified list including the employee's name, social security number, job classification, date of employment, salary earned, and total cost to the agency of the increase granted. Said certification must be received at the Office of Management and Budget by September 1, 2002.

**Article 4.-** The following public agencies or authorities are excluded from the provisions of this Act: (1) the University of Puerto Rico; (2) public corporations that have express authority to carry out collective bargaining agreements under the provisions of Act No. 130 of May 8, 1945, as amended; (3) the uniformed members of the Puerto Rico Police; (4) Staff members of the Puerto Rico Fire Department Rank System; (5) municipal employees and/or employees who provide services to municipalities; (6) Public employees covered by Act No. 45 of February 25, 1998, as amended, included in appropriate units for which the result of the formula in Section 7.5 of the aforementioned Act is equal to or greater than one hundred (100) dollars per month.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Article 5.-** The increases granted under this Law shall be effective as of July 1, 2002.

**Article 6.-** The salary increases granted under this Law do not have the effect of interrupting the time to be credited with an increase for years of service.

**Article 7.-** Any legal provisions that may conflict with the provisions herein shall be void while this Law is applicable.

**Article 8.-** This Law shall take effect immediately upon its approval.

**Click here to return to the previous Menu and select another law.**

**WARNING**

**This document constitutes a document of the laws of the Commonwealth of P.R. which is subject to any changes and corrections undergone by the official compilation and publication process of Puerto Rican laws. Its electronic distribution is done as a public service to the community. Always look for subsequent laws for potential amendments to this law.**

## LexJuris de Puerto Rico is always under construction.

/LexJuris website menu options/

© 1996-2002 LexJuris de Puerto Rico - All Rights Reserved

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 80705 - Mailing Response

Signed this 9th day of November 2020

_____
Andreea I. Boscor

