# EXHIBIT A-1

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|------------------------|
| PAGAN VELAZQUEZ, ZORAIDA | 103729 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|---------------------|------------------------|--------|----------------------------------|
| PAGAN VELAZQUEZ, ZORAIDA | 103729 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

CDS 12 , 26 , 2019

RECEIVED

JAN 0 3 2020

PRIME CLERK LLC

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Zoraida Pagán Velázquez
P.O. Box 1861
Guayama, PR 00785

SAN JUAN PR 009

21 DEC 2019 PM 1 FOREVER USA

Barn Swallow

Secretaría (Clerk's Office)
*United States District Court*

Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED

JAN 08 2020

PRIME CLERK LLC

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**FedEx** *International Air Waybill*
Express

Origin Copy

FedEx Tracking Number 8124 5395 0190    0402   Form ID No.

**1  From**

Date 01/02/2024   Sender's FedEx Account Number

Sender's Name  Prime Clerk    Phone

Company  Prime Clerk US District Court P R

Address  Jose V. Toledo Federal Bldg.

Address  150 Carlos Chardon Ave.

City  San Juan    State/Province  P R

Country  USA    ZIP/Postal Code  00918-1767

Email Address

Internal Billing Reference  1845-10( )  Prime Clerk LLC

**2  To**    28 ☐ Residential Delivery

Recipient's Name    Phone 12257 4169

Company  PRIME CLERK

Address

Address  850 3RD AVE STE 412    Dept/Floor

City  BROOKLYN    State/Province  NY

Country  US    ZIP/Postal Code  11232.

Email Address

Recipient's Tax ID Number for Customs Purposes

**3  Shipment Information**

Total Packages    Total Weight  1.5  lbs/kg    DIM    in  cm

Shipper's Load and Count/SLAC

Commodity Description    Harmonized Code    Country of Manufacture    Value for Customs

RECEIVED

JAN 03 2020

PRIME CLERK LLC

**4  Express Package Service**
NOTE: Service order has changed. Please select carefully.

06 ☐ FedEx Intl. First   01 ☐ FedEx Intl. Priority   07 ☑ FedEx Intl. Economy

**5  Packaging**

06 ☐ FedEx Envelope   02 ☑ FedEx Pak   03 ☐ FedEx Box   04 ☐ FedEx Tube
15 ☐ FedEx 10kg Box   25 ☐ FedEx 25kg Box   ☐ Other

**6  Special Handling and Delivery Signature Options**    Fees may apply. See the FedEx Service Guide.

01 ☐ HOLD at FedEx Location   03 ☐ SATURDAY Delivery

10 ☐ Direct Signature   34 ☐ Indirect Signature

**7  Payment**    Complete payment options for both transportation charges and duties and taxes.

B/V transportation charges to:

1 ☐ Sender   2 ☒ Recipient   3 ☐ Third Party   4 ☐ Credit Card   5 ☐ Cash/Check/Cheque

FedEx Acct No.  9095-8996-7

B/V duties and taxes to:

1 ☐ Sender   2 ☐ Recipient   3 ☐ Third Party   5 ☐ Cash/Check/Cheque

**8  Required Signature**

Sender's Signature

Recipient's Signature    662

Origin Station ID  SJCA   Country Code/Destination Station ID  FBTA   URSA Routing  SAFBTA   Handling Units

Total Volume (cm)

Received At:  J68001    A-02-20    Ship Date

09/17

Certified to be a correct and true translation  from the source text in Spanish to the target language  English.
9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations  Inc.



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

### TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 103729 – Mailing Response (1)

Signed this 9th day of November 2020



Andreea Boscor
Spanish into English
Certification #525556

Verify at www.atanet.org/verify

_____
Andreea I. Boscor

