# EXHIBIT A

Número de Evidencia de Reclamación: **34269**

Reclamante: DORIS E RIVERA GARCIA

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

RECEIVED
SEP 08 2020
PRIME CLERK LLC

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☒ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _Me registre en "Mi Retiro" y puedo ver mi balance acumulada_

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda): _No aplica_

Batch 17

*Número de Evidencia de Reclamación:* 34269
*Reclamante:* DORIS E RIVERA GARCIA

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☒ No. *Pase a la Pregunta 4.*

   ☐ Sí. **Responda preguntas 3(a)-(d).**

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _____

   3(b). Identifique las fechas de su empleo con relación a su reclamación: _____

   3(c). Últimos cuatro dígitos de su número de seguro social: _____

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____
   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☒ No.

   ☐ Sí. **Responda Preguntas 4(a)-(f).**

   4(a). Identifique el departamento o agencia que es parte de esta acción. _____

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _____

   4(c). Número de caso: _____

   4(d). Título, epígrafe, o nombre del caso: _____

Batch 17

2



*Número de Evidencia de Reclamación:* **34269**
*Reclamante:* **DORIS E RIVERA GARCIA**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

990123400815751

SRF 44833

Centro de procesamiento de información complementaria
del Estado Libre Asociado de Puerto Rico
Grand Central Station, PO Box 4708
New York, NY 10163-4708
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com

**\*\*\* Se requiere respuesta \*\*\***

---

**ESTA CARTA SE RELACIONA CON UNA EVIDENCIA DE RECLAMACIÓN QUE RADICÓ CONTRA EL GOBIERNO DE PUERTO RICO EN LOS PROCEDIMIENTOS AL AMPARO DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD ECONÓMICA DE PUERTO RICO.**

**LEA ESTA CARTA CUIDADOSAMENTE Y RESPONDA SEGÚN LAS INSTRUCCIONES QUE SE INDICAN A CONTINUACIÓN. SI USTED NO RESPONDE, LOS DEUDORES PODRÁN TOMAR MEDIDAS LEGALES PARA QUE SU RECLAMACIÓN SEA TOTAL O PARCIALMENTE DESESTIMADA.**

---

7 de Agosto de 2020

Asunto:   Evidencia de reclamación en virtud de la ley PROMESA
*En el caso Estado Libre Asociado de Puerto Rico*, Caso No. 17-03283
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estimado/a:

Esta carta se relaciona con una evidencia de reclamación que usted radicó en los casos al amparo del Título III (los "Casos del Título III") contra el Estado Libre Asociado de Puerto Rico, la Autoridad de Carreteras y Transportación de Puerto Rico, o Autoridad de Energía Eléctrica del gobierno del Estado Libre Asociado de Puerto Rico (en conjunto, los "Deudores). Prime Clerk LLC mantiene el registro oficial de reclamaciones en los Casos al amparo del Título III para el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"), y se comunica con usted en representación de los Deudores.

Los registros del Deudor reflejan que usted ha radicado una evidencia de reclamación que ha sido anotada por Prime Clerk LLC con el número de Evidencia de Reclamación **34269**. Usted puede descargar una copia de su reclamación visitando el sitio web de Prime Clerk en: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Se requiere información adicional para que los Deudores continúen evaluando su reclamación. Con la información que usted ha proporcionado, los Deudores no pueden determinar los fundamentos, la naturaleza, o la cantidad de la reclamación que usted pretende formular contra uno o más de los Deudores. En respuesta a esta carta, asegúrese de proporcionar toda la información solicitada y todo el detalle posible sobre su reclamación. Las descripciones que incluyó en su evidencia de reclamación son demasiado imprecisas como para que los Deudores comprendan la reclamación que trata de formular; por ese motivo, proporcione más información y no se limite simplemente a copiar la misma información.

Batch 17

1



Responda a esta carta el 7 de septiembre de 2020 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada.

Envíe el formulario completado y la documentación de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo, entrega en mano, o servicio de correo postal de 24 horas a la siguiente direcciónes:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

Si usted no responde a esta solicitud y no proporciona la información y documentación solicitadas para fundamentar su reclamación, los Deudores podrán verse en la obligación de objetar a su reclamación.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

NOTA: Prime Clerk, LLC es el agente de reclamaciones y notificaciones en los Casos al amparo del Título III y no puede proporcionar asesoramiento legal o financiero.

Atentamente,

Prime Clerk, LLC

Batch 17

2


99012340081575

## Ticket
### [EXTERNAL] Evidencia de reclamación en virtud de la ley PROMESA

`+ Follow`  `CloneTicket`

| Stat... | Ticket Num... | Company Name | Contact Name | Contact Pho... | Ticket Owner |
|---|---|---|---|---|---|
| New | 00657609 | PR Claims In... | Marie Scamaroni Colon Ha... | | Document Uploa... |

### Ticket Details

**Contact Name**
Marie Scamaroni Colon Hazel (/lightning/r/0033I00002fXTzJAAW/view)

**Ticket Owner**
Document Uploads

**Status**
New

**Workflow**
Pending Document Upload

**Inquiry Constituency**

**Escalation Level**
(6) Excluded from Call Log

**Parent Ticket** ⓘ
00655145 (/lightning/r/500 3I0000140NV4AAM/view)

**Cloned** ⓘ

**Subject**
[EXTERNAL] Evidencia de reclamación en virtud de la ley PROMESA

**Description**
Buenas tardes.
Le envió papeles escaneados de parte de Doris Rivera Gracia presentando evidencia de reclamación en virtud de la ley PROMESA. Cualquier duda pueden comunicarse al siguiente email: doris135.dr@gmail.com (mailto:doris135.dr@gmail.com) <mailto:doris135.dr@gmail.com (mailto:doris135.dr@gmail.com)> o para confirmar que recibieron el documento.

Buen día.
This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at http://www.duffandphelps.com/disclosure (http://www.duffandphelps.com/disclosure). Our Privacy Policy is available at https://www.duffandphelps.com/privacy (https://www.duffandphelps.com/privacy)

**Inquiry Description**

### Contact Details

**Name**
Marie Scamaroni Colon Hazel

**Company Name**
PR Claims Info (/lightning/r/0011N00001ZBu14QAD/view)

**Office Phone**

**Email**
hmscamaroni@gmail.com (mailto:hmscamaroni@gmail.com)

**Mobile Phone**

History  Notes  Macros  ○ Omni-Channel (Offline)

**Business Name**

**Mailing Address**

---

**Knowledge** | **Related**

## Knowledge

🔍 Search Knowledge

**Suggested Articles**

10 Results • Sorted by Relevance

---

**CAESARS CASE UPDATE - Talking Points for Distributions** (/lightning/r/ka01N000000g1dyQAA/view)
000001013    Work In Progress    Last Published May 4, 2018 7:54 AM
OCTOBER 23, 2017 CAESARS CASE UPDATE - Talking Points for Distributions

---

**PATRIOT NATIONAL CASE UPDATES** (/lightning/r/ka01N000000g2VJQAY/view)
000001034    Work In Progress    Last Published May 5, 2018 3:09 AM
PATRIOT NATIONAL CASE UPDATES AS OF MARCH 28, 2018 – BAR DATE NOTICE

---

**TKH Restructuring - Supplier FAQ** (/lightning/r/ka01N000000g2XPQAY/view)
000001060    Work In Progress    Last Published May 5, 2018 5:20 AM
TKH Restructuring - Supplier FAQ - As Revised -7-31-17

---

**TK HOLDINGS - FAQ FOR TKH SUPPLIERS** (/lightning/r/ka01N000000g2XAQAY/view)
000001057    Work In Progress    Last Published May 5, 2018 5:11 AM
TK HOLDINGS - FAQ FOR TKH SUPPLIERS (revised as of 8/11/2017)

---

**SEADRILL CASE UPDATE** (/lightning/r/ka01N000000g2WRQAY/view)
000001048    Work In Progress    Last Published May 5, 2018 4:02 AM
SEADRILL CASE UPDATE AS OF NOVEMBER 22, 2017 - BAR DATE NOTICE

---

**SOUTHEASTERN GROCERS, LLC (SEG) CASE UPDATE** (/lightning/r/ka01N000000g2WbQAI/view)
000001050    Work In Progress    Last Published May 5, 2018 4:42 AM
SOUTHEASTERN GROCERS, LLC (SEG) CASE UPDATE AS OF APRIL 4, 2018 - Notice of Commencement and Notice of Hearing to Consider Adequacy of Disclosure Statement [SRF 23601 / DN 147]

---

**TK HOLDINGS – EMPLOYEE FAQ** (/lightning/r/ka01N000000g2XKQAY/view)
000001059    Work In Progress    Last Published May 5, 2018 5:17 AM

---

**Feed** | **Details**

Post | Email | Internal Comment | Change Status | Close the Case | Change Priority

Share an update...                                                                [Share]

Most Recent Activity ▼                              🔍 Search this feed...

History | Notes | Macros | Omni-Channel (Offline)
All Updates | Emails | Text Posts | Status Changes



**Sahony Sanchez** — Ticket updated — 23h ago
Workflow: A blank value to Pending Document Upload

Comment

**Sahony Sanchez** — Ticket updated — 23h ago
Ticket Owner: Case Queue to Document Uploads

Comment

**Sahony Sanchez** — To: Internal — 23h ago
Batch 17
Bar Code: 990123400815751
Claim: 34269

Comment

**Sahony Sanchez** — Ticket created — 23h ago
Subject: [EXTERNAL] Evidencia de reclamación en virtud de la ley PROMESA
Status: New
Ticket Number: 00657609
Company Name: PR Claims Info
Contact Name: Marie Scamaroni Colon Hazel
Contact Phone:
Ticket Owner: Case Queue

Comment

**Sahony Sanchez** — To: hmscamaroni — 23h ago

Buenas tardes.
Le envió papeles escaneados de parte de Doris Rivera Gracia presentando evidencia de reclamación en virtud de la ley PROMESA. Cualquier duda pueden comunicarse al siguiente email: doris135.dr@gmail.com<mailto:doris135.dr@gmail.com> o para confirmar que recibieron el documento.

Buen día.
This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at http://www.duffandphelps.com/disclosure. Our Privacy Policy is available at https://www.duffandphelps.com/privacy

📄 2020-09-07_114... 📄 2020-09-07_114... 📄 2020-09-07_114... 📄 2020-09-07_115... 📄 2020-09-07_115...

↩ Reply   ↩ Reply All   → Forward   💬 Comment

🕐 History   📓 Notes   » Macros   ○ Omni-Channel (Offline)

