# EXHIBIT A-1

*Proof of Claim Number:* **34269**
*Claimant:* **DORIS E. RIVERA GARCIA**

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all four (4) questions and any applicable sub-questions.  Please include as much detail as possible in your responses.  **Your answers should provide _more_ information than the initial proof of claim**.  For example, if you previously wrote as the basis for your claim "Act 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim.  Additionally, if available and applicable to your claim, please provide:

- Copy of an initial pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

| **By Mail** | **Hand Delivery or Overnight Mail Service** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

RECEIVED

SEP 08 2020

PRIME CLERK LLC

## Questionnaire

**1. What is the basis of your claim?**

- ☐  A pending or closed legal action with or against the Puerto Rican government
- ☐  Current or former employment with the Government of Puerto Rico
- ☑  Other (Provide as much detail as possible below. Attach additional pages if needed.)

  I registered on "Mi Retiro" (My Retirement) and I can see my accrued balance

**2. What is the amount of your claim (how much money do you claim to be owed):**

  Does not apply.

Batch 17



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:* **34269**
*Claimant:* **DORIS E. RIVERA GARCIA**

3. <u>**Employment.**</u>  **Does your claim relate to current or former employment with the Government of Puerto Rico?**

    ☑  No. *Please continue to Question 4.*
    ☐  Yes.  **Answer Questions 3(a)-(d).**

3(a).  Identify the specific agency or department where you were or are employed:
_____

3(b).  Identify the dates of your employment related to your claim:
_____

3(c).  Last four digits of your social security number:_____

3(d).  What is the nature of your employment claims (select all that apply):

    ☐  Retirement

    ☐  Unpaid Wages

    ☐  Sick Days

    ☐  Union Grievance

    ☐  Vacation

    ☐  Other (Provide as much detail as possible.  Attach additional pages if necessary).

    _____

    _____

4. <u>**Legal Action.**</u>  **Does your claim relate to a pending or closed legal action?**

    ☑  No.

    ☐  Yes.  **Answer Questions 4(a)-(f).**

4(a).  Identify the department or agency that is a party to the action.
    _____

4(b).  Identify the name and address of the court or agency where the action is pending:
_____

4(c).  Case number:_____

4(d).  Title, Caption, or Name of Case:

_____

**Batch 17**



99012340081 5751

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:* **34269**
*Claimant:* **DORIS E. RIVERA GARCIA**

4(e).  Status of the case (pending, on appeal, or concluded):

_____

4(f).  Do you have an unpaid judgment?  Yes / No  (Circle one)

   If yes, what is the date and amount of the judgment?

      _____

**Batch 17**

3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*


99012340081575l

SRF 44833

Commonwealth of Puerto Rico
Supplemental Information Processing Center
Grand Central Station, PO Box 4708
New York, NY 10163-4708
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

**\*\*\* Response Required \*\*\***

THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE
GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO
RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.

PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE
WITH THE INSTRUCTIONS BELOW.  FAILURE TO RESPOND MAY RESULT IN
THE DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW
YOUR CLAIM.

August 7, 2020

Re:           PROMESA Proof of Claim
              *In re Commonwealth of Puerto Rico*, Case No. 17-03283
              United States District Court for the District of Puerto Rico

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases") against
the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, or the
Puerto Rico Electric Power Authority (collectively, the "Debtors). Prime Clerk LLC, maintains
the official claims record of Title III Cases for the United States District Court in the District of
Puerto Rico (the "Court"), and is reaching out to you on behalf of the Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Prime Clerk LLC
as Proof of Claim Number **34269**. You may download a copy of your claim by visiting Prime
Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your claim.
The Debtors are unable to determine from the information you provided the basis, nature, or
amount for the claim you are attempting to assert against one or more of the Debtors. In responding
to this letter, please ensure that you provide all of the information requested and as much detail as
possible about your claim.  The descriptions you put on your proof of claim were too vague for
the Debtors to understand the claim you are trying to assert, so please provide more detail and do
not simply copy over the same information.

Batch 17                                          1

990123400815751

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

**Please respond to this letter on or before September 7, 2020 by returning the enclosed questionnaire with the requested information and documentation.**

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following addresses:

| By Mail | Hand Delivery or Overnight Mail Service |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

If you do not respond to this request and do not provide the requested information and documentation in support of your claim, the Debtors may be forced to object to your claim.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.**

PLEASE NOTE: Prime Clerk, LLC is the claims and noticing agent in the Title III Cases, and cannot provide legal or financial advice.

Thank you,

Prime Clerk, LLC

990123400815751

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

9/9/2020                                        00657609 | Salesforce



Ticket
**[EXTERNAL] PROMESA Proof of Claim**                    + Follow    CloneTicket

| Stat... | Ticket Num... | Company Name | Contact Name | Contact Pho... | Ticket Owner |
|---|---|---|---|---|---|
| New | 00657609 | PR Claims In... | Marie Scamaroni Colon Ha... | | Document Uploa... |

### Ticket Details

Contact Name
Marie Scamaroni Colon Hazel (/lightning/r/0033I00002fXTzJAAW/view)

Ticket Owner
Document Uploads

Status
New

Workflow
Pending Document Upload

Inquiry Constituency

Escalation Level
(6) Excluded from Call Log

Parent Ticket
00655145 (/lightning/r/500310000140NV4AAM/view)

Cloned

Subject
[EXTERNAL] PROMESA Proof of Claim

Description

Good afternoon,
I am sending you scanned documents from Doris Rivera Garcia, showing proof of claim under the PROMESA act. If you have any questions, you can reach me at the following email: doris135.dr@gmail.com (mailto:doris135.dr@gmail.com) <mailto:doris135.dr@gmail.com (mailto:doris135.dr@gmail.com)> or to confirm you received the document.

Have a good day.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at http://www.duffandphelps.com/disclosure (http://www.duffandphelps.com/disclosure). Our Privacy Policy is available at https://www.duffandphelps.com/privacy (https://www.duffandphelps.com/privacy)

Inquiry Description

### Contact Details

Name
Marie Scamaroni Colon Hazel

Company Name
PR Claims Info (/lightning/r/0011N00001ZBu14QAD/view)

Office Phone

Email
hmscamaroni@gmail.com (mailto:hmscamaroni@gmail.com)

Mobile Phone
History      Notes      Macros      O Omni-Channel (Offline)

https://primeclerkllc.lightning.force.com/lightning/r/Case/500310000140TZCAA2/view                    1/3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



9/9/2020                                              00657609 | Salesforce

**Business Name**                                                                    ✏

**Mailing Address**                                                                  ✏

---

**Knowledge**        Related

### Knowledge

🔍  Search Knowledge                                                          ↕ ▼

**Suggested Articles**

10 Results · Sorted by Relevance

CAESARS CASE UPDATE - Talking Points for Distributions (/lightning/r/ka01N000000g1dyQAA/view)          ▼
000001013   Work In Progress   Last Published  May 4, 2018 7:54 AM
OCTOBER 23, 2017 CAESARS CASE UPDATE - Talking Points for Distributions

PATRIOT NATIONAL CASE UPDATES (/lightning/r/ka01N000000g2VJQAY/view)                                   ▼
000001034   Work In Progress   Last Published  May 5, 2018 3:09 AM
PATRIOT NATIONAL CASE UPDATES AS OF MARCH 28, 2018 – BAR DATE NOTICE

TKH Restructuring - Supplier FAQ (/lightning/r/ka01N000000g2XPQAY/view)                                ▼
000001060   Work In Progress   Last Published  May 5, 2018 5:20 AM
TKH Restructuring - Supplier FAQ - As Revised -7-31-17

TK HOLDINGS - FAQ FOR TKH SUPPLIERS (/lightning/r/ka01N000000g2XAQAY/view)                              ▼
000001057   Work In Progress   Last Published  May 5, 2018 5:11 AM
TK HOLDINGS - FAQ FOR TKH SUPPLIERS (revised as of 8/11/2017)

SEADRILL CASE UPDATE (/lightning/r/ka01N000000g2WRQAY/view)                                            ▼
000001048   Work In Progress   Last Published  May 5, 2018 4:02 AM
SEADRILL CASE UPDATE AS OF NOVEMBER 22, 2017 - BAR DATE NOTICE

SOUTHEASTERN GROCERS, LLC (SEG) CASE UPDATE (/lightning/r/ka01N000000g2WbQAI/view)                     ▼
000001050   Work In Progress   Last Published  May 5, 2018 4:42 AM
SOUTHEASTERN GROCERS, LLC (SEG) CASE UPDATE AS OF APRIL 4, 2018 - Notice of Commencement and Notice of Hearing
to Consider Adequacy of Disclosure Statement [SRF 23601 / DN 147]

TK HOLDINGS – EMPLOYEE FAQ (/lightning/r/ka01N000000g2XKQAY/view)                                      ▼
000001059   Work In Progress   Last Published  May 5, 2018 5:17 AM

---

**Feed**        **Details**

Post     Email     Internal Comment     Change Status     Close the Case     Change Priority

Share an update...                                                           Share

Most Recent Activity ▼                              🔍 Search this feed...      ⊥  ↻

⏱ History    Notes    Macros    Omni-Channel (Offline)
   All Updates   Emails   Text Posts   Status Changes

https://primeclerkllc.lightning.force.com/lightning/r/Case/5003I0000140TZCAA2/view                2/3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

9/9/2020                                          00657609 | Salesforce



Sahony Sanchez (//lightning/r/0053I0000007III...  23h ago (//lightning/r/0D53I000064BYp5...
(//lightning/r/0053I0000007IIaAAE/vie w)Ticket updated

Workflow: A blank value to Pending Document Upload

Comment

Sahony Sanchez (//lightning/r/0053I0000007III...  23h ago (//lightning/r/0D53I000064BYp4...
(//lightning/r/0053I0000007IIaAAE/vie w)Ticket updated

Ticket Owner: Case Queue to Document Uploads

Comment

Sahony Sanchez (//lightning/r/0053I0000007III...  23h ago (//lightning/r/0D53I000064BYGJ...
(//lightning/r/0053I0000007IIaAAE/vie w) 🔒 To: Internal

Batch 17
Bar Code: 990123400815751
Claim: 34269

Comment

Sahony Sanchez (//lightning/r/0053I0000007IIa...  23h ago (//lightning/r/0D53I000064BYzy...
(//lightning/r/0053I0000007IIaAAE/vie w)Ticket created

Subject: [EXTERNAL] **PROMESA Proof of Claim**
Status: New
Ticket Number: 00657609
Company Name: PR Claims Info
Contact Name: Marie Scamaroni Colon Hazel
Contact Phone:
Ticket Owner: Case Queue

Comment

Sahony Sanchez (//lightning/r/0053I0000007IIa...  23h ago (//lightning/r/0D53I000064BYzz...
(//lightning/r/0053I0000007IIaAAE/vie w)To: hmscamaroni ⬤

Good afternoon,
I am sending you scanned documents from Doris Rivera Garcia, showing proof of claim under the PROMESA act. If you have any questions, you can reach me at the following email: doris135.dr@gmail.com (mailto:doris135.dr@gmail.com) <mailto: doris135.dr@gmail.com (mailto:doris135.dr@gmail.com)> or to confirm you received the document.

Have a good day.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at http://www.duffandphelps.com/disclosure. Our Privacy Policy is available at https://www.duffandphelps.com/privacy

📄 2020-09-07_114...   📄 2020-09-07_114...   📄 2020-09-07_114...   📄 2020-09-07_115...   📄 2020-09-07_115...

↩ Reply      ↩ Reply All      → Forward      Comment

🕐 History      Notes      Macros      ○ Omni-Channel (Offline)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040

**W** TargemTranslations.com

**E** projects@targemtranslations.com

**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 34269 - Mailing Response (2)

Signed this 9th day of November 2020

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

_____
Andreea I. Boscor

