# EXHIBIT A

## Schedule of Fifth ADR Designated Claims

# Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| SANTIAGO RIVERA, MARYLIN | 290 | c | Litigation Claims | 2017-0005 | Initial Transfer |
| MUNIZ SUAREZ, JUAN B | 4981 | a | Litigation Claims | A2CI201100650 | Initial Transfer |
| TORRES FORTI, JOSE A | 9008 | a | Litigation Claims | KAC-1997-0144 | Initial Transfer |
| MENDEZ MENDEZ, MARCELINO | 14969 | a | Litigation Claims | JDP-2014-0415 | Initial Transfer |
| RODRIGUEZ FELICIANO, WILLIAM | 17370 | a | Litigation Claims | 2004-01-0796, 2004-07-0152, 2007-03-1042, 2010-09-0192 | Initial Transfer |
| LEBRON FLORES, AMANLYS | 24607 | a | Litigation Claims | KAC-1996-1381 | Initial Transfer |
| DALECCIO RODRIGUEZ, SONIA V | 24672 | a | Litigation Claims | KAC-1998-0532 | Initial Transfer |
| QUINONES MALDONADO, CARMEN D. | 24924 | c | Litigation Claims | KAC-1998-053 | Initial Transfer |
| APONTE CALDERON, ISABEL M | 25052 | a | Litigation Claims | 2016-05-1340 | Initial Transfer |
| RODRIGUEZ CHAPARRO, MARIA | 26107 | a | Litigation Claims | KAC-2009-0809 | Initial Transfer |
| RODRIGUEZ MERCADO, IVETTE | 26432 | a | Litigation Claims | KAC-2005-5021 | Initial Transfer |
| MALDONADO NEGRON, MARIANO | 29794 | a | Litigation Claims | KAC-1996-1381 | Initial Transfer |

---

[1] For Claim Amount Ranges, please refer to the Claims Amount Key at the end of Exhibit A.

# Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| REYES ORTIZ, SONIA I | 32116 | a | Litigation Claims | KAC-2009-0809 | Initial Transfer |
| MELENDEZ RIVERA, IVETTE | 32686 | a | Litigation Claims | KAC-2009-0809 | Initial Transfer |
| REYES ORTIZ, SONIA | 33322 | a | Litigation Claims | KAC-2009-0809 | Initial Transfer |
| RIVERA COSME, MARIA A | 33425 | a | Litigation Claims | PAC-09-9764, PAC-10-5160, PAA-10-2751, PAA-10-2931 | Initial Transfer |
| BENITEZ DELGADO, ALFREDO | 33770 | c | Litigation Claims | KAC-2007-0214 | Initial Transfer |
| SANTIAGO RODRIGUEZ, CARMEN L | 35019 | a | Litigation Claims | Unknown | Initial Transfer |
| RAMIREZ MELENDEZ, RAFAEL ANGEL | 35953 | a | Litigation Claims | EEOC 515-2020 0029, AQ-18-0122 | Initial Transfer |
| RODRIGUEZ RODRIGUEZ, SONIA | 36686 | a | Litigation Claims | 2016-05-1340, KAC-2009-0809, KLAN-2015-01434, KLRA-2017-00066 | Initial Transfer |
| BALBIN PADILLA, CYNTHIA | 38507 | a | Litigation Claims | 2016-05-1340 | Initial Transfer |
| ARRIETA ORTIZ, BELEN E | 40355 | a | Litigation Claims | Unknown | Initial Transfer |
| SANTIAGO RODRIGUEZ, SERAFIN | 47370 | a | Litigation Claims | KAC-1996-1381 | Initial Transfer |
| RODRIGUEZ VEGA, FRANCISCO JAVIER | 52040 | a | Litigation Claims | 2013-11-0224 | Initial Transfer |
| GARCIA PIÑERO, ARIANA | 54266 | a | Litigation Claims | KAC-2012-0346, AQ-16-1021 | Initial Transfer |

# Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| PEREZ SANTIAGO, MARTHA E. | 55230 | a | Litigation Claims | CC-2006-746 | Initial Transfer |
| MERCADO VAZQUEZ, LUZ MARIA | 58543 | a | Litigation Claims | SJ-2015-CV-00200 | Initial Transfer |
| SANTIAGO CONDE, BLANCA | 61367 | a | Litigation Claims | 2016-05-1340 | Initial Transfer |
| SILVA BERNIER, JOSE V. | 70744 | a | Litigation Claims | KAC-1990-0487, KPE-2005-5021 | Initial Transfer |
| MUNOZ FRANCESCHI, IRAIDA MARGARITA | 75170 | a | Litigation Claims | 2013-04-1542, 2013-11-0224 | Initial Transfer |
| MALDONADO FONTANEZ, MARITZA | 80639 | a | Litigation Claims | 2016-05-1340 | Initial Transfer |
| PEREZ SANTIAGO, MARTHA E. | 82379 | a | Litigation Claims | CC-2006-746 | Initial Transfer |
| CENTENO ALVARADO, RAFAEL | 84867 | c | Litigation Claims | KAC-1996-1381 | Initial Transfer |
| COLON MALDONADO, ADELAIDA | 86448 | a | Litigation Claims | 2013-04-1542, 2012-05-2084 | Initial Transfer |
| RODRIGUEZ VEGA, FRANCISCO JAVIER | 88534 | a | Litigation Claims | 2013-11-0224 | Initial Transfer |
| MEDINA GALINDO , RAMON | 88652 | c | Litigation Claims | KAC-1998-532, KAC-1999-669 | Initial Transfer |
| RAMIREZ MIRANDA, ROSA ESTHER | 90617 | c | Litigation Claims | KAC-1999-669, KAC-1998-532 | Initial Transfer |
| CLEMENTE ROSA, MARIA A. | 92159 | c | Litigation Claims | AQ-14-0730 | Initial Transfer |

## Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| MERCADO, MARIA M | 93046 | c | Litigation Claims | KAC-2001-6412 | Initial Transfer |
| COLON NEGRON, CARLOTA | 93720 | a | Litigation Claims | 213-4-1542, 2013-11-0224 | Initial Transfer |
| MONTES MONSEGUR, CARMEN | 96454 | c | Litigation Claims | 199-0665, KAL-1998-0532 | Initial Transfer |
| COLON TORRES, TAMARA | 96621 | a | Litigation Claims | 89-2841 | Initial Transfer |
| MONTES MONSEGUR, MARIA I. | 97912 | c | Litigation Claims | 199-0665, KAL-1998-0532 | Initial Transfer |
| COLON NEGRON , CARLOTA | 97969 | a | Litigation Claims | 2013-04-1542, 2013-11-024 | Initial Transfer |
| RIVERA MARTINEZ, CARMEN | 101034 | a | Litigation Claims | KAC-2007-0214, KAC-2003-3604 | Initial Transfer |
| RODRIGUEZ BACHIER, NESTOR R. | 102807 | a | Litigation Claims | Unknown | Initial Transfer |
| ORTIZ ORTIZ, EFRAIN | 104404 | c | Litigation Claims | Unknown | Initial Transfer |
| GARCIA TORRES, JORGE L. | 106466 | a | Litigation Claims | S1-2017-CV-0054 | Initial Transfer |
| COLON VAZQUEZ, NANCY R | 108897 | a | Litigation Claims | KDP-2005-0150 | Initial Transfer |
| SANTIAGO NARUAEZ, IVAN | 164563 | a | Litigation Claims | KAC-1998-0530 | Initial Transfer |

| Claim Amount Key |
|---|
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |