**<u>EXHIBIT A</u>**

**Schedule of Fifth ACR Designated Claims**

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 160 | RIVERA DIAZ, ADA ESTHER | Public Employee & Pension/Retiree Claims | $ 17,500.00 |
| 965 | CRUZ MARTAS, JULIO C | Public Employee & Pension/Retiree Claims | $ - |
| 1881 | RODRIGUEZ RODRIGUEZ, MARIA | Public Employee & Pension/Retiree Claims | $ - |
| 2622 | RAMOS MOLINA, ANGEL | Public Employee & Pension/Retiree Claims | $ - |
| 3050 | ROBLEDO VAZQUEZ, AIDA | Public Employee & Pension/Retiree Claims | $ 10,000.00 |
| 4570 | LORENZO ALERS, ELVA IRIS | Pension/Retiree Claims | $ 150.00 |
| 5448 | LUGO SEGARRA, DANIEL | Public Employee Claims | $ - |
| 5592 | SERRANO MIRANDA, MARIA M | Pension/Retiree Claims | $ 68,089.92 |
| 5610 | SANTIAGO ROSARIO, CARLOS | Public Employee Claims | $ 40,000.00 |
| 9209 | RIVERA LANDRAU, ESPERANZA | Pension/Retiree Claims | $ 137,287.92 |
| 11839 | TORRES ROSADO, BETHZAIDA | Public Employee Claims | $ - |
| 12778 | RIVERA APONTE, MAYRA | Public Employee Claims | $ 13,200.00 |
| 13092 | ARROYO OCASIO, AWILDA | Public Employee Claims | $ - |
| 13112 | SANTIAGO RIVERA, STEVEN | Public Employee & Pension/Retiree Claims | $ - |
| 13368 | COLON MORCIGLIO, RICARDO | Public Employee & Pension/Retiree Claims | $ 15,600.00 |
| 13999 | VAZQUEZ SANTANA, LIDUVINA | Public Employee & Pension/Retiree Claims | $ 1,000.00 |
| 14234 | BERRIOS CALDERON, WALDEMAR | Pension/Retiree Claims | $ 35,513.28 |
| 14463 | ORTIZ LOPEZ, JOSE J | Public Employee Claims | $ 9,000.00 |
| 15214 | NELSON RODRIGUEZ, MANOLIN | Public Employee & Pension/Retiree Claims | $ 50,000.00 |
| 15794 | ROBLES MOJICA, ORLANDO | Pension/Retiree Claims | $ 82,412.88 |
| 15932 | PIZARRO RIVERA, BETZAIDA | Pension/Retiree Claims | $ 139,611.24 |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 16333 | PEREZ RODRIGUEZ, MARIA V | Pension/Retiree Claims | $ 995,748.00 |
| 16805 | RAMIREZ ROJAS, WANDA M. | Pension/Retiree Claims | $ 130,965.48 |
| 19200 | TIRADO GARCIA, EDGAR | Public Employee Claims | $ - |
| 20064 | MUNOZ PEREZ, MARIA DE LOS A | Public Employee & Pension/Retiree Claims | $ 129,540.48 |
| 20288 | PAGAN PAGAN, REYES | Public Employee Claims | $ 10,800.00 |
| 20581 | QUINONES RIVERA, CARMEN E | Public Employee & Pension/Retiree Claims | $ - |
| 21221 | LOPEZ OCASIO, ISMAEL | Public Employee Claims | $ - |
| 22896 | TORRES HUERTAS, ENRIQUE | Pension/Retiree Claims | $ - |
| 23362 | ROMAN MIRO, GLADYS ANA | Pension/Retiree Claims | $ - |
| 24789 | RODRIGUEZ ROMERO, DUBEL | Public Employee Claims | $ 9,000.00 |
| 25418 | ALVARADO ALVARADO, OLGA I. | Public Employee Claims | $ - |
| 25670 | RIVERA QUINONES, MIGDALIA | Public Employee Claims | $ - |
| 25878 | ALVARADO TORRES, NOELIA | Public Employee Claims | $ - |
| 25901 | MARTINEZ PIZARRO, OSVAL E. | Pension/Retiree Claims | $ - |
| 26119 | RODRIGUEZ CHAPARRO, MARIA | Pension/Retiree Claims | $ - |
| 26403 | MURIEL SUSTACHE, MARISELA | Public Employee & Pension/Retiree Claims | $ - |
| 26522 | LOPEZ SANTIAGO, LIMARY | Pension/Retiree Claims | $ - |
| 26956 | MURIEL SUSTACHE, MARISELA | Public Employee & Pension/Retiree Claims | $ - |
| 27046 | ARES BROOKS, DIANA H | Pension/Retiree Claims | $ 28,030.35 |
| 27337 | SANTIAGO RIVERA, GLADYS E | Pension/Retiree Claims | $ - |
| 27367 | RODRIGUEZ VALES, BEATRIZ | Pension/Retiree Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 28179 | TORRES RAMOS, MAYRA E | Pension/Retiree Claims | $ 168,236.64 |
| 28211 | ACEVEDO GONZALEZ, BERNARDO | Pension/Retiree Claims | $ 115,682.64 |
| 28256 | MARTINEZ JOFFRE, ALICIA M. | Pension/Retiree Claims | $ 187,366.44 |
| 28814 | BAENGA VALLE, MARIA T | Public Employee & Pension/Retiree Claims | $ - |
| 28825 | REYES ALVAREZ, IVONNE | Pension/Retiree Claims | $ - |
| 29152 | NAVARRO CANCEL, IVELISSE | Pension/Retiree Claims | $ 128,147.40 |
| 29574 | SCHMIDT QUINONES, ASTRID | Pension/Retiree Claims | $ 150,288.48 |
| 29575 | TORRES ORTIZ, NORMA I. | Public Employee & Pension/Retiree Claims | $ - |
| 29760 | MARTINEZ ORTIZ, MARIA M. | Public Employee & Pension/Retiree Claims | $ - |
| 29848 | BAERGA VALLE, MARIA T | Public Employee & Pension/Retiree Claims | $ - |
| 30020 | AGOSTO CARRASQUILLO, LISA M | Pension/Retiree Claims | $ 194,167.08 |
| 30617 | MORALES RODRIGUEZ, ZORAIDA | Public Employee & Pension/Retiree Claims | $ - |
| 30734 | MORALES RODRIGUEZ, ZORAIDA | Public Employee & Pension/Retiree Claims | $ - |
| 31081 | ALVARADO TORRES, NOELIA | Public Employee Claims | $ - |
| 31789 | MERCADO VARGAS, CLARIBEL W | Pension/Retiree Claims | $ - |
| 31987 | RODRIGUEZ GUILBE, MARIA E. | Public Employee Claims | $ 15,000.00 |
| 32026 | MERCADO VARGAS, MARIBEL  S | Pension/Retiree Claims | $ - |
| 32189 | RIVERA SANCHEZ, MANUEL A. | Pension/Retiree Claims | $ 60,000.00 |
| 32402 | AFANADOR MATOS, JORGE H | Pension/Retiree Claims | $ 121,239.00 |
| 32587 | RIVERA CENTENO, IVETTE | Pension/Retiree Claims | $ 160,733.16 |
| 32741 | ACEVEDO MESONERO, MYRIAM I. | Public Employee & Pension/Retiree Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 32809 | SANTIAGO SERRANO, MADELINE | Pension/Retiree Claims | $ 53,655.24 |
| 32866 | ALVAREZ PANELLI, YOMAIRA | Pension/Retiree Claims | $ - |
| 33230 | BERRIOS MERCADO, VICTOR | Public Employee & Pension/Retiree Claims | $ 30,371.88 |
| 33235 | TACORONTE BONILLA, VANESSA | Pension/Retiree Claims | $ - |
| 33313 | MARTINEZ, GRACIA RUIZ | Public Employee & Pension/Retiree Claims | $ 25,000.00 |
| 33364 | FLORES SUAREZ, MARISOL | Public Employee & Pension/Retiree Claims | $ - |
| 33400 | BERRIOS MERCADO, VICTOR | Public Employee & Pension/Retiree Claims | $ 345,600.00 |
| 33507 | MONTALVO VAZQUEZ, CARLOS A. | Public Employee & Pension/Retiree Claims | $ - |
| 33779 | LARRAGOITY MURIENTE, LAURA | Public Employee & Pension/Retiree Claims | $ - |
| 34060 | BAEZ LOPEZ, MARICELIS | Public Employee Claims | $ - |
| 34446 | RODRIGUEZ MARTES, MELISA M. | Public Employee & Pension/Retiree Claims | $ - |
| 34462 | SONIA SANCHEZ RAMOS | Pension/Retiree Claims | $ - |
| 34864 | MALDONADO ESPINOSA, MODESTO | Public Employee Claims | $ 11,400.00 |
| 35361 | COTAY HAYS, NITZA | Public Employee Claims | $ 6,500.00 |
| 35432 | NEGRON MILLAN, YVONNE | Pension/Retiree Claims | $ 37,431.20 |
| 35605 | GARRIGA RODRIGUEZ, FERDINAND | Public Employee & Pension/Retiree Claims | $ 18,600.00 |
| 36037 | ARCE RODRIGUEZ, AMALIA N. | Public Employee Claims | $ - |
| 36415 | RIVERA GARCIA, MYRNA | Pension/Retiree Claims | $ - |
| 36869 | SMART MORALES, MELISSA A | Public Employee & Pension/Retiree Claims | $ - |
| 37017 | SOTO CORCHADO, MARISOL | Public Employee & Union Grievance Claims | $ - |
| 37190 | LOPEZ CARTAGENA, BELMARIS | Pension/Retiree Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 37645 | FELICIANO VEGA, LUIS A | Public Employee Claims | $ 13,800.00 |
| 38263 | BERRIOS TORRES, IVELISSE | Public Employee & Pension/Retiree Claims | $ - |
| 38437 | AVILES MOJICA, ISABEL | Public Employee & Pension/Retiree Claims | $ 117,576.18 |
| 39094 | DEGRAFF RAMOS, JAIME | Pension/Retiree Claims | $ - |
| 39637 | SANTIAGO RIVERA, LYDIETTE | Public Employee & Pension/Retiree Claims | $ - |
| 39675 | RUPERTO RIVERA, ABIGAIL | Public Employee & Pension/Retiree Claims | $ 100,000.00 |
| 40173 | ALICEA GUZMAN, NYDIA M. | Public Employee & Pension/Retiree Claims | $ - |
| 40194 | MARTE CASTRO, REY F | Public Employee & Pension/Retiree Claims | $ - |
| 40201 | MARTE CASTRO, REY | Public Employee & Pension/Retiree Claims | $ - |
| 40290 | SANTOS MOLINA, ANA E | Public Employee & Pension/Retiree Claims | $ - |
| 40439 | SANTOS MOLINA, ANA E | Pension/Retiree Claims | $ - |
| 40591 | ALVARADO LOPEZ, MARTA | Public Employee Claims | $ - |
| 40832 | MURIEL SUSTACHE, MARISELA | Public Employee & Pension/Retiree Claims | $ - |
| 41228 | MENDEZ PAGAN, JAVIER | Pension/Retiree Claims | $ - |
| 41355 | MIRANDA PEREZ, LUZ | Public Employee Claims | $ - |
| 41376 | BERRIOS SANTIAGO, ROSA B | Public Employee & Pension/Retiree Claims | $ - |
| 41523 | BERRIOS LOZADA, VIVIANA | Public Employee & Pension/Retiree Claims | $ - |
| 41537 | PIZARRO GARABALLO, RUTH E | Pension/Retiree Claims | $ - |
| 41626 | ABADIA MUNOZ, NANNETTE M | Pension/Retiree Claims | $ - |
| 42035 | MALDONADO GONZALEZ, SANDRA | Public Employee & Pension/Retiree Claims | $ - |
| 42139 | ATECA, MARIA DE LOS A. | Public Employee Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 42235 | TORRES PEREZ, ELAINE | Pension/Retiree Claims | $ - |
| 42274 | RODRIGUEZ RODRIGUEZ, JACQUELYN | Public Employee Claims | $ - |
| 42279 | RODRIGUEZ RODRIGUEZ, JACQUELYN | Public Employee & Pension/Retiree Claims | $ - |
| 42873 | PIZARRO CARABALLO, RUTH E | Public Employee & Pension/Retiree Claims | $ - |
| 42996 | RODRIGUEZ MORALES, AIDA LIZ | Public Employee Claims | $ - |
| 43266 | ORTIZ CORREA, LYDIA M. | Public Employee Claims | $ - |
| 43360 | LOPEZ BURGOS, MARILYN JANEL | Public Employee & Pension/Retiree Claims | $ 70,000.00 |
| 43868 | CUBERO VEGA, BLANCA M | Public Employee & Pension/Retiree Claims | $ - |
| 43950 | RAMIREZ PEREZ, MARITZA | Pension/Retiree Claims | $ 30,851.00 |
| 44096 | MONTALVO CALES, ENEIDA | Public Employee Claims | $ - |
| 44267 | NEGRON PEREZ, RAFAEL | Public Employee Claims | $ - |
| 44620 | SANTANA RODRIGUEZ, ADA C | Public Employee Claims | $ - |
| 45140 | ACEVEDO GONZALEZ, ANGEL V. | Pension/Retiree Claims | $ - |
| 45185 | SEPULVEDA NAVAS, ALICETTE | Pension/Retiree Claims | $ 45,000.00 |
| 45285 | MORALES CASIANO, ROSA B. | Public Employee Claims | $ - |
| 45916 | MATIAS SALAS, ADA M. | Pension/Retiree Claims | $ - |
| 46256 | LUZ Y CASTRO ESTRADA | Pension/Retiree Claims | $ 135,000.00 |
| 46264 | MONTANEZ RIVERA, MARISOL | Public Employee & Pension/Retiree Claims | $ - |
| 46329 | MORALES QUINONES, AIDA E. | Public Employee & Pension/Retiree Claims | $ - |
| 46685 | COLON CRUZ, LORRAINE | Public Employee & Pension/Retiree Claims | $ - |
| 46708 | CRUZ GARCIA, GLADYS | Public Employee Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 46722 | RABELL MENDEZ, JESUS R | Pension/Retiree Claims | $ 500.00 |
| 47040 | RIVERA SALGADO, MARTA B. | Public Employee Claims | $ - |
| 47122 | SMART MORALES, MELISSA | Public Employee & Pension/Retiree Claims | $ - |
| 47909 | RIVERA LANDRON, DARYNEL | Public Employee & Pension/Retiree Claims | $ - |
| 47926 | LUGO BEAUCHAMP, NIDYVETTE | Public Employee & Pension/Retiree Claims | $ 123.51 |
| 47975 | BEAUCHAMP, NIDYVETTE LUGO | Public Employee Claims | $ - |
| 48085 | MARTINEZ RIVERA, DIANNE | Pension/Retiree Claims | $ - |
| 48141 | LUGO BEAUCHAMP, VICTOR E | Pension/Retiree Claims | $ - |
| 48187 | OCASIO MIRANDA, EVA M | Public Employee & Pension/Retiree Claims | $ - |
| 48218 | SMART MORALES, MELISSA A | Pension/Retiree Claims | $ - |
| 48227 | SMART MORALES, MELISSA A | Pension/Retiree Claims | $ - |
| 48617 | PIZARRO CASTRO, MARIBEL | Pension/Retiree Claims | $ 151,427.34 |
| 48733 | AMARILIS FELICIANO CORTES | Public Employee Claims | $ - |
| 48962 | ORTIZ COLON, JANCEL  A | Public Employee Claims | $ - |
| 48988 | RIVERA RIVERA, MARILYN | Public Employee Claims | $ - |
| 49068 | RIVERA RIVERA, MARILYN | Public Employee & Pension/Retiree Claims | $ - |
| 49133 | OCASIO ACEVEDO, NANCY A. | Public Employee Claims | $ - |
| 49510 | MELENDEZ CRUZ, SANDRA D. | Public Employee & Pension/Retiree Claims | $ - |
| 49943 | RIVERA, IMAYDA PEREZ | Public Employee & Pension/Retiree Claims | $ 500.00 |
| 50249 | NEGRON LOPEZ, LUIS ALBERTO | Public Employee Claims | $ - |
| 50255 | MORALES BORRERO, SOL M. | Public Employee & Pension/Retiree Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 50530 | COLON MARTINEZ, ZULMA | Public Employee Claims | $ - |
| 50719 | NEGRON MORALES , ADELAIDA | Public Employee Claims | $ - |
| 50746 | ROSADO, NYDIA YEJO | Public Employee & Pension/Retiree Claims | $ 57,798.28 |
| 50758 | RIVERA PACHECHO, NEIDA I. | Public Employee Claims | $ - |
| 50848 | MUNIZ IRIZARRY, IVIA  L. | Public Employee Claims | $ - |
| 50918 | ORTIZ ROSADO, MIGDALIA | Public Employee & Pension/Retiree Claims | $ - |
| 50919 | MORAN LOPEZ, DORIS V. | Public Employee & Pension/Retiree Claims | $ - |
| 51264 | MORERA RIVERA, EDDIE | Public Employee Claims | $ 45,600.00 |
| 51279 | MOLINA CRUZ, JELLIE N. | Public Employee Claims | $ - |
| 51332 | NIEVES ROMAN, ANALDA | Public Employee Claims | $ - |
| 51568 | ALVAREZ ALAMO, JOSE L. | Pension/Retiree Claims | $ 44,911.61 |
| 51601 | MORALES ARZOLA, JORMARIE | Public Employee & Pension/Retiree Claims | $ - |
| 51602 | ROSA VALENTIN, JULISSA | Public Employee & Pension/Retiree Claims | $ 50,000.00 |
| 51657 | OYOLA RIOS , IRIS  B. | Public Employee Claims | $ 13,500.00 |
| 52012 | GARCIA CRUZ , MARTA  R. | Public Employee Claims | $ - |
| 52361 | NIEVES RIVERA, OLGA | Public Employee & Pension/Retiree Claims | $ - |
| 52858 | AGOSTO BENCEBI, JULIA | Public Employee Claims | $ - |
| 53072 | MELENDEZ MAISONET, WANDA | Public Employee Claims | $ - |
| 53172 | RIVERA GONZALEZ, SONIA I | Public Employee & Pension/Retiree Claims | $ 100,000.00 |
| 53310 | RODRIGUEZ, JEANETTE DRAGONI | Public Employee & Pension/Retiree Claims | $ - |
| 53348 | ORTIZ AGOSTO, JUANITA | Public Employee Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 53374 | GARCIA IRIZARRY, JOAQUIN | Public Employee Claims | $ - |
| 53608 | GARCIA ROMAN, RAQUEL | Public Employee Claims | $ - |
| 53615 | ORTIZ ORTIZ, IRMA | Public Employee Claims | $ - |
| 53714 | GARCIA NIEVES, LYDIA E. | Public Employee & Pension/Retiree Claims | $ 15,000.00 |
| 53748 | ORTIZ CINTRON, CARMEN Y. | Public Employee & Pension/Retiree Claims | $ - |
| 53819 | DIAZ DIAZ , RUBEN | Pension/Retiree Claims | $ - |
| 53922 | MIRANDA MENDEZ, MARIA C. | Public Employee & Pension/Retiree Claims | $ - |
| 53954 | RODRIGUEZ DIAZ, MINERVA | Public Employee Claims | $ 15,000.00 |
| 54181 | SANCHEZ, LEONOR | Public Employee Claims | $ 6,000.00 |
| 54294 | MORAN SANTIAGO, ERMELINDA | Public Employee & Pension/Retiree Claims | $ - |
| 54589 | RIVERA CALDERON, MARIA M. | Public Employee Claims | $ - |
| 54607 | MASSANET , YARA | Public Employee Claims | $ - |
| 54747 | RIVERA SANTANA, MARIO  E. | Public Employee & Pension/Retiree Claims | $ - |
| 54809 | MORALES PABON, CARMEN D. | Public Employee & Pension/Retiree Claims | $ - |
| 54851 | ROSARIO MATOS, ZORAIDA | Public Employee Claims | $ 20,000.00 |
| 54895 | RESTO DE JESÚS, RAMONITA | Public Employee, Pension/Retiree, Union Grievance Claims | $ 24,623.14 |
| 54919 | OCASIO ACEVEDO, NANCY A. | Public Employee Claims | $ - |
| 55080 | BUXEDA DIAZ, IVAN R. | Public Employee Claims | $ 10,000.00 |
| 55252 | MOYETT RODRIGUEZ, WANDA L. | Public Employee & Pension/Retiree Claims | $ - |
| 55459 | OCASIO ACEVEDO, NANCY A. | Public Employee Claims | $ - |
| 55661 | MONTANEZ OQUENDO, MARIA M. | Public Employee & Pension/Retiree Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 55978 | MERCADO SANTOS, MARTA | Public Employee Claims | $ 12,000.00 |
| 56197 | RAMOS RODRIGUEZ, ANABEL | Public Employee Claims | $ - |
| 56200 | NIEVES ROMAN, LUIS RAUL | Public Employee & Pension/Retiree Claims | $ - |
| 56327 | RAMOS, MYRIAM MAGENST | Public Employee & Pension/Retiree Claims | $ 7,000.00 |
| 56730 | RODRIGUEZ MORALES, AIDA LIZ | Public Employee Claims | $ - |
| 57096 | FLORES MORA, LINDA ROSE | Public Employee & Pension/Retiree Claims | $ - |
| 57163 | BETANCOURT COLLAZO, ROMUALDO | Public Employee Claims | $ - |
| 57164 | LOPEZ PADILLA, CARLOS | Public Employee & Pension/Retiree Claims | $ - |
| 57610 | ROSA BENIQUEZ, IRIS D | Public Employee & Pension/Retiree Claims | $ - |
| 57624 | MIRANDA QUINONES, RUTH NOEMI | Public Employee Claims | $ - |
| 57682 | RIVERA, NILDA COLON | Public Employee & Pension/Retiree Claims | $ - |
| 57722 | NOVOA RIVERA, YESSENIA | Public Employee & Pension/Retiree Claims | $ 10,000.00 |
| 57731 | MALDONADO GONZALEZ, SANDRA | Public Employee & Pension/Retiree Claims | $ - |
| 57909 | NIEVES CRUZ, ANA ISABEL | Public Employee Claims | $ - |
| 57981 | RIVERA NIEVES, MIGDALIA | Pension/Retiree Claims | $ - |
| 58049 | BETANCOURT , IDXIA COLON | Public Employee & Pension/Retiree Claims | $ - |
| 58628 | MENDEZ FIGUEROA, ROSA M. | Public Employee Claims | $ 55,800.00 |
| 59246 | NIEVES, PEDRO  VELAZQUEZ | Public Employee & Pension/Retiree Claims | $ - |
| 59249 | SANCHEZ ROSADO, MARILYN | Pension/Retiree Claims | $ - |
| 59526 | PEREZ MARTINEZ, JULIA | Public Employee & Pension/Retiree Claims | $ - |
| 59660 | SOTO, EMMARIS VELAZQUEZ | Public Employee & Pension/Retiree Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 60021 | MERCADO ORTIZ, MYRIAM M. | Public Employee & Pension/Retiree Claims | $ - |
| 60171 | MASSANET, YARA | Public Employee Claims | $ 39,962.88 |
| 60490 | ORENGO AVILES, ELIZABETH | Public Employee & Pension/Retiree Claims | $ - |
| 60882 | QUINTERO SULIVAN, MELVA | Public Employee Claims | $ - |
| 61358 | GONZALEZ TORRES, LESTER A. | Public Employee Claims | $ - |
| 61451 | MORENO SOTO, AURELIO | Public Employee & Pension/Retiree Claims | $ 9,500.00 |
| 61488 | CALERO FERNANDEZ, DORIS N. | Public Employee Claims | $ 20,000.00 |
| 61923 | SALICHS RODRIGUEZ, MARGARITA J. | Public Employee Claims | $ - |
| 62090 | BLANCO NUNEZ, IRAIDA | Pension/Retiree Claims | $ 92,073.24 |
| 62215 | COTTO, MARGARITA AYALA | Public Employee Claims | $ - |
| 62229 | NEGRON ANGULO, JACQUELINE | Public Employee Claims | $ - |
| 62344 | PACHECO CALDERON, IRIS BENITA | Public Employee & Pension/Retiree Claims | $ - |
| 62526 | NIMIA FERRER SANJURJO | Public Employee & Pension/Retiree Claims | $ 10,000.00 |
| 62550 | SEGARRA TORO, KANY | Pension/Retiree Claims | $ - |
| 62956 | MENDOZA HEREDIA, CRUZ A. | Public Employee & Pension/Retiree Claims | $ - |
| 63107 | MASSA DIEPPA, HILDA | Pension/Retiree Claims | $ 75,000.00 |
| 63704 | MANSO NIEVES, ESTHER G. | Pension/Retiree Claims | $ - |
| 63899 | MORALES NEGRON, MARIA | Public Employee Claims | $ 18,000.00 |
| 64376 | MARTINEZ SANTIAGO, SONIA ENID | Public Employee & Pension/Retiree Claims | $ - |
| 64387 | GALARZA CRUZ, JAMES L. | Public Employee Claims | $ - |
| 64765 | RODRIGUEZ ANDUJAR, ISAIRA | Pension/Retiree Claims | $ 47,560.63 |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 65247 | LUGO RUIZ, FREDITA | Public Employee & Pension/Retiree Claims | $ - |
| 66045 | ROSADO RODRIGUEZ, LUIS MANUEL | Public Employee & Pension/Retiree Claims | $ 16,000.00 |
| 66176 | SEMIDEY ALICEA, YAIRA LIZ | Public Employee & Pension/Retiree Claims | $ 5,000.00 |
| 66296 | LOPEZ RODRIGUEZ, SANDRA | Pension/Retiree Claims | $ 40,214.64 |
| 66423 | MORAN, JULIA | Public Employee & Pension/Retiree Claims | $ - |
| 66515 | LAZANEY MEDINA, LOURDES M. | Public Employee & Pension/Retiree Claims | $ 47,922.68 |
| 66808 | NIEVES ROMAN, FLOR MARIA | Public Employee Claims | $ - |
| 66939 | DAVILA BOCACHICA, GRISEL | Public Employee & Pension/Retiree Claims | $ - |
| 67454 | TORRES ALVAREZ, NELLIE Y. | Public Employee Claims | $ - |
| 67823 | RUIZ SOLA, ISAAC | Public Employee Claims | $ - |
| 67886 | ROSADO SANCHEZ, MILDRED | Public Employee & Pension/Retiree Claims | $ - |
| 67910 | DAVILA RODRIGUEZ, RUTH | Public Employee Claims | $ - |
| 67912 | MORALES LUGO , NATIVIDAD | Public Employee & Pension/Retiree Claims | $ - |
| 67953 | ALVARADO TORRES, ROSA J. | Public Employee Claims | $ - |
| 68260 | VARGAS RODRIGUEZ, SANDRA | Public Employee & Pension/Retiree Claims | $ - |
| 68340 | RIVERA BRACETY, ELSA M. | Public Employee Claims | $ - |
| 68865 | ALEJO ORTIZ REYES | Public Employee & Pension/Retiree Claims | $ 3,000.00 |
| 69037 | MELENDEZ RIOS, MADELYN | Public Employee Claims | $ - |
| 69110 | ROSADO SANCHEZ, MILDRED | Public Employee & Pension/Retiree Claims | $ - |
| 69236 | GONZALEZ RIVERA, ANTONIO | Public Employee Claims | $ - |
| 69487 | LIBOY COLON, JORGE | Pension/Retiree Claims | $ 81,283.64 |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 69779 | MARTINEZ DEL VALLE, NANCY | Pension/Retiree Claims | $ 70,000.00 |
| 69934 | RIVERA MEDINA, ISRAEL | Pension/Retiree Claims | $ 45,000.00 |
| 70158 | SOTO ORTIZ, NANCY | Pension/Retiree Claims | $ - |
| 70159 | ORTIZ MELENDEZ, NILSA I | Public Employee Claims | $ - |
| 70860 | MIRANDA VALENTIN, DAMARIS | Public Employee & Pension/Retiree Claims | $ 90,000.00 |
| 70956 | MORALES NEGRÓN, ANA N. | Public Employee & Pension/Retiree Claims | $ 12,000.00 |
| 71057 | MORAELS RIVERA, MAGALIS | Public Employee & Pension/Retiree Claims | $ 7,200.00 |
| 71072 | NEGRON GUZMAN, JOEL | Public Employee & Pension/Retiree Claims | $ 7,800.00 |
| 71511 | LUGO SANTIAGO, INES M. | Public Employee & Pension/Retiree Claims | $ - |
| 71702 | MORALES GONZALEZ, JUDITH | Public Employee Claims | $ - |
| 71778 | CRUZ ROCHE, CARLOS LUIS | Public Employee & Pension/Retiree Claims | $ - |
| 72562 | CRUZ CRUZ, ANA  R | Public Employee & Pension/Retiree Claims | $ - |
| 72820 | MEJIAS SOTO, ADAMILA | Public Employee Claims | $ - |
| 73184 | MARI GONZALEZ, IRAIDA O. | Public Employee Claims | $ - |
| 73429 | NIEVES ROSADO, ELIZABETH | Public Employee Claims | $ - |
| 73517 | MERCADO NIEVES, HILDA L | Pension/Retiree Claims | $ - |
| 73623 | TORRES MELENDEZ, CARMEN | Pension/Retiree Claims | $ - |
| 73656 | MONGE REYES, WANDA I. | Pension/Retiree Claims | $ - |
| 75176 | OLIVO MORALE, ANA | Public Employee Claims | $ - |
| 75218 | MARTINEZ GUTIERREZ, CARMEN MARGARITA | Public Employee & Pension/Retiree Claims | $ - |
| 75456 | PEREZ SALAS, JORGE | Pension/Retiree Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 75648 | DIAZ COMACHO, PEDRO A. | Public Employee & Pension/Retiree Claims | $ - |
| 75859 | FIGUEROA TORRES, MARIA | Public Employee Claims | $ - |
| 76257 | MORALES COLON, WANDA IVELISSE | Public Employee Claims | $ - |
| 76378 | LOPEZ RODRIGUEZ, LUIS ALBERTO | Public Employee & Pension/Retiree Claims | $ - |
| 76403 | QUINONES VICENTE, ARACELIS | Pension/Retiree Claims | $ 48,036.18 |
| 76464 | MASSA DIEPPA, HILDA | Public Employee & Pension/Retiree Claims | $ 75,000.00 |
| 76588 | RODRIGUEZ VELAZQUEZ, JUAN | Public Employee & Pension/Retiree Claims | $ - |
| 76773 | RIVERA LLERA, IVETTE | Public Employee & Pension/Retiree Claims | $ - |
| 76914 | OYOLA RIOS, ANGELA | Public Employee Claims | $ 31,000.00 |
| 77147 | MARQUEZ CORTES, DARCY  R | Public Employee & Pension/Retiree Claims | $ - |
| 77263 | COLON RIVERA, IRCA I. | Public Employee & Pension/Retiree Claims | $ - |
| 77291 | MORALES PABON, MÓNICA | Public Employee, Pension/Retiree, Union Grievance Claims | $ - |
| 77736 | RODRIGUEZ BERNIER, LUISSETTE M | Public Employee Claims | $ 16,800.00 |
| 77974 | MONTALVO FIGUEROA, ROGELIO | Public Employee Claims | $ - |
| 78114 | MEDINA NUNEZ, JULIA A. | Pension/Retiree Claims | $ 55,000.00 |
| 78254 | MORALES, ARLENE I | Public Employee & Pension/Retiree Claims | $ - |
| 78452 | RAMOS ROSA, GABRIEL | Public Employee & Union Grievance Claims | $ - |
| 79021 | DAVIS PEREZ, ROSARIO C. | Pension/Retiree Claims | $ - |
| 79081 | NIEVES SANCHEZ, SONIA | Public Employee & Pension/Retiree Claims | $ - |
| 79129 | MARTINEZ PEREZ, AUREA E | Public Employee Claims | $ - |
| 79487 | MERCADO BENIQUEZ, ALMA N | Public Employee & Union Grievance Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 79572 | RAMOS MEDINA, IRMA | Public Employee & Pension/Retiree Claims | $ - |
| 79693 | TORO LOPEZ, ANTHONY | Pension/Retiree Claims | $ 16,463.00 |
| 79699 | ANTHONY TORO LOPEZ | Pension/Retiree Claims | $ 80,000.00 |
| 79870 | SOTO RAMOS, LOURDES | Public Employee Claims | $ - |
| 80220 | RIVERA DELGADO, MARIA | Public Employee & Pension/Retiree Claims | $ - |
| 80288 | MARTINEZ RIVERA, MARISOL | Public Employee & Pension/Retiree Claims | $ - |
| 80309 | PENA GOMEZ, MILAGRITOS | Public Employee Claims | $ - |
| 80554 | SANCHEZ MARCANO, LILLIAM | Public Employee Claims | $ - |
| 80629 | CRUZ FIGUEROA, NELDYS E. | Public Employee & Pension/Retiree Claims | $ - |
| 80763 | REYES RIVERA, SONIA I. | Public Employee Claims | $ - |
| 80859 | CRUZ FIGUEROA, NELDYS E. | Public Employee & Pension/Retiree Claims | $ - |
| 80910 | SAEZ HERNANDEZ, ONELIA | Public Employee & Pension/Retiree Claims | $ - |
| 80924 | COLLAZO NIEVES, LYDIA E. | Public Employee & Pension/Retiree Claims | $ - |
| 81099 | RODRIGUEZ SHARDENS, MARIA MONSERATE | Public Employee Claims | $ 15,000.00 |
| 81194 | PEREZ RIVERA, JOSE  R. | Public Employee Claims | $ - |
| 81203 | MEDINA-DURAN, MADELINE | Public Employee & Pension/Retiree Claims | $ - |
| 81552 | REYES RIVERA , SONIA  I. | Public Employee Claims | $ - |
| 81614 | MELENDEZ RIVERA, ELISANDRA | Public Employee Claims | $ - |
| 81662 | AYALA BAEZ, ASTRID M | Public Employee Claims | $ - |
| 81765 | RODRIGUEZ CRUZ, EVELYN | Public Employee & Pension/Retiree Claims | $ - |
| 81832 | RODRIGUEZ CRUZ, EVELYN | Public Employee & Pension/Retiree Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 81955 | FLORES ZAYAS, WIGNA | Public Employee & Pension/Retiree Claims | $ - |
| 82118 | RODRIGUEZ ECHEVARRIA, GRACE J. | Public Employee Claims | $ 800.00 |
| 82119 | MARTINEZ PEREZ, DAVID | Pension/Retiree Claims | $ 14,090.62 |
| 82128 | SAEZ HERNANDEZ, ONELIA | Public Employee & Pension/Retiree Claims | $ - |
| 82135 | LUYANDO BURGOS, YOLANDA | Public Employee Claims | $ 12,000.00 |
| 82141 | SAEZ HERNANDEZ , ONELIA | Public Employee & Pension/Retiree Claims | $ - |
| 82201 | LOYOLA FORNES, AMALIA HERMINIA | Public Employee & Pension/Retiree Claims | $ - |
| 82223 | TIRADO RODRIGUEZ, NORMA I. | Public Employee & Pension/Retiree Claims | $ 75,000.00 |
| 82238 | CINTRON DIAZ , EFRAN | Public Employee & Pension/Retiree Claims | $ 4,650.00 |
| 82474 | ECHEVARRIA ABREU, SANDRA  I. | Public Employee & Pension/Retiree Claims | $ - |
| 82536 | MEDINA RIVERA, NYDIA  ANNIE | Public Employee & Pension/Retiree Claims | $ - |
| 82541 | RODRIGUEZ CRUZ, EVELYN | Public Employee & Pension/Retiree Claims | $ - |
| 82542 | RIVERA SANTOS, LUZ A. | Public Employee Claims | $ - |
| 82795 | MARTINEZ RUIZ, GLORIA M. | Public Employee & Pension/Retiree Claims | $ 30,000.00 |
| 82872 | LOZADA FERNANDEZ, EVELYN | Pension/Retiree Claims | $ 41,014.92 |
| 82895 | TORRES REYES, MARIA ROSA | Pension/Retiree Claims | $ 120,999.60 |
| 83024 | ORTIZ BONILLA, MILAGROS | Public Employee Claims | $ 16,200.00 |
| 83185 | GALINDO CORDERO, CARMEN L | Public Employee Claims | $ 19,200.00 |
| 83235 | RIVERA GUZMAN, ILIA MILAGROS | Public Employee & Pension/Retiree Claims | $ - |
| 83721 | FIGUEROA TORRES, WANDA I. | Public Employee Claims | $ - |
| 83871 | MARRERO ORTIZ, MERCEDES | Public Employee & Pension/Retiree Claims | $ 15,000.00 |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 83900 | MARTINEZ SANTIAGO, MERCEDES | Public Employee & Pension/Retiree Claims | $ - |
| 83933 | COLLAZO DELGADO, MARILUZ | Public Employee Claims | $ - |
| 84053 | ROJAS CORDERO, HILDA L | Public Employee Claims | $ - |
| 84189 | RAMOS RODRIGUEZ, ANABEL | Public Employee Claims | $ - |
| 84268 | MURIEL LOPEZ, EDDIER J. | Pension/Retiree Claims | $ 20,000.00 |
| 84455 | RIVERA MARTINEZ, JULIO | Public Employee & Pension/Retiree Claims | $ - |
| 84715 | CINTRON DIAZ, EFRAIN | Public Employee & Pension/Retiree Claims | $ 5,800.00 |
| 84844 | GARRAFA RODRIGUEZ, ELIZABETH | Public Employee & Pension/Retiree Claims | $ - |
| 84934 | MARTINEZ PEREZ, AUREA E | Public Employee Claims | $ - |
| 85034 | MATOS MATOS, CARMEN E. | Public Employee & Pension/Retiree Claims | $ - |
| 85113 | MONTERO MORALES, MARTA I | Pension/Retiree Claims | $ - |
| 85123 | MALDONADO BLANCO, CARMEN M. | Public Employee Claims | $ - |
| 85126 | FIGUEROA CORREA, LYDIA H | Public Employee & Pension/Retiree Claims | $ - |
| 85188 | MONTERO MORALES, MARTA I | Public Employee & Pension/Retiree Claims | $ - |
| 85279 | RODRIGUEZ SANTRAGO, MARIA M. | Public Employee Claims | $ - |
| 85446 | RIVERA VILLALOBOS, GLORIA M. | Public Employee & Pension/Retiree Claims | $ 14,400.00 |
| 85481 | GARCIA CRUZ, CARLOS J. | Public Employee Claims | $ - |
| 85593 | RUIZ MARTINEZ, MIGDALIA | Public Employee Claims | $ - |
| 85596 | RIVERA TORRES, SONIA EDITH | Public Employee Claims | $ - |
| 85925 | RIVERA BRACETY, ELSA  M. | Public Employee Claims | $ - |
| 85948 | RIVERA ORENGO , SALVADOR | Public Employee Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 86238 | RIOS CRUZ, MILAGROS | Pension/Retiree Claims | $ - |
| 86438 | MORALES TORRES, PROVIDENCIA | Public Employee Claims | $ - |
| 86474 | RIVERA RODRIGUEZ, MADELINE | Public Employee & Pension/Retiree Claims | $ - |
| 86488 | FIGUEROA FERNANDEZ, MARITZA E | Public Employee & Pension/Retiree Claims | $ - |
| 86548 | RAMIREZ MIRANDA, ROSA ESTHER | Public Employee Claims | $ 19,800.00 |
| 86772 | LANTIGUA GARCIA, VIVIANA | Pension/Retiree Claims | $ 30,011.64 |
| 87005 | ORTIZ ORTIZ, OCTAVIA | Public Employee Claims | $ - |
| 87315 | PEREZ RIVERA, JOSE RAMON | Public Employee Claims | $ - |
| 87325 | QYOLA RIOS, BETZAIDA | Public Employee Claims | $ 16,000.00 |
| 87477 | RIVERA RUIZ, MARILYN | Public Employee Claims | $ - |
| 87677 | RIVERA RODRIGUEZ, MADELINE | Public Employee & Pension/Retiree Claims | $ - |
| 87887 | RIVERA BRACETY, ELSA M. | Public Employee Claims | $ - |
| 87914 | MONTERO MORALES, MARTA I. | Public Employee & Pension/Retiree Claims | $ - |
| 87918 | MONTERO MORALES, MARTA I. | Public Employee & Pension/Retiree Claims | $ - |
| 88131 | RIVERA IRIZARRY, ANGELIEN | Public Employee Claims | $ - |
| 88217 | DAVID SANTIAGO, NANCY | Public Employee Claims | $ - |
| 88243 | DE JESUS TORRES, FRANCISCO | Public Employee & Pension/Retiree Claims | $ - |
| 88674 | FIGUEROA FERNANDEZ, MARITZA E. | Public Employee & Pension/Retiree Claims | $ - |
| 88739 | ORTIZ MOLINA, LUZ S. | Public Employee Claims | $ - |
| 88760 | RODRIGUEZ COLON, CARMEN T. | Public Employee Claims | $ - |
| 88788 | MORALES RIVERA, IRVING | Public Employee & Pension/Retiree Claims | $ 75,000.00 |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 89214 | MEDINA RIVERA, NYDIA ANNIE | Public Employee & Pension/Retiree Claims | $ - |
| 89531 | ALVARADO COLON, MARIBEL | Public Employee Claims | $ 1,500.00 |
| 89567 | ECHEVARRIA ABREU, SANDRA I. | Public Employee & Pension/Retiree Claims | $ - |
| 89694 | PEREZ RIVERA, JOSE R | Public Employee Claims | $ - |
| 89717 | PEREZ RIVERA, JOSE R. | Public Employee Claims | $ - |
| 89755 | MARI GONZALEZ, HEROHILDA | Pension/Retiree Claims | $ - |
| 89836 | CORA PENA, JEAN DE L. | Public Employee Claims | $ - |
| 89930 | REYES RIVERA, SONIA I | Public Employee Claims | $ - |
| 90270 | RAMOS MEDINA , IRMA | Public Employee Claims | $ - |
| 90457 | MALDONADO GARCIA, HECTOR | Public Employee Claims | $ - |
| 90563 | RIVERA DE LEON, DAMARIS | Public Employee Claims | $ - |
| 90623 | SAEZ HERNANDEZ, ONELIA | Public Employee & Pension/Retiree Claims | $ - |
| 90628 | MARI GONZALEZ, IRAIDA O. | Public Employee Claims | $ - |
| 90731 | PEREZ RIVERA, JOSE R. | Public Employee Claims | $ - |
| 90849 | RIVERA GONZALEZ, JOSE L. | Public Employee Claims | $ - |
| 90939 | MORALES RIVERA, MAGALIS | Pension/Retiree Claims | $ 21,200.00 |
| 91026 | CRUZ SANTIAGO, NILDA | Public Employee Claims | $ - |
| 91048 | PEREZ RIVERA, JOSE R | Public Employee Claims | $ - |
| 91062 | MARI GONZALEZ, IRAIDA O. | Public Employee Claims | $ - |
| 91122 | NUNEZ FALCON, WILMA | Public Employee & Pension/Retiree Claims | $ - |
| 91328 | MARI GONZALEZ, HEROHILDA | Public Employee & Pension/Retiree Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 91482 | GEORGI RODRIGUEZ, JESUS M. | Public Employee & Pension/Retiree Claims | $ - |
| 91528 | PEREZ TORRELLAS, JOSE R. | Pension/Retiree Claims | $ 241,367.00 |
| 91584 | CASTILLO LOPEZ, SYLVIA | Public Employee & Pension/Retiree Claims | $ - |
| 91626 | ROMAN RAMOS, SONIA S | Public Employee Claims | $ 18,600.00 |
| 91667 | MARRERO SANTIAGO, GISELA | Public Employee & Pension/Retiree Claims | $ - |
| 91721 | MELENDEZ MARTINEZ, MARCELINA | Public Employee & Pension/Retiree Claims | $ - |
| 92191 | TORRES DE JESUS, REBECCA ILEANA | Public Employee Claims | $ 40,800.00 |
| 92360 | MATOS MATOS, CARMEN E. | Public Employee Claims | $ - |
| 92383 | CHARDON RODRIGUEZ, CARMEN J | Public Employee Claims | $ - |
| 92470 | RODRIGUEZ SANCHEZ, MARTA | Public Employee & Pension/Retiree Claims | $ - |
| 92487 | RENTA VARGAS, MARTA | Public Employee Claims | $ - |
| 92716 | RODRIGUEZ VELAZQUEZ, LOIDA | Public Employee & Pension/Retiree Claims | $ - |
| 92916 | ROMERO GONZALEZ, CARLOS | Public Employee & Pension/Retiree Claims | $ - |
| 92983 | CASTILLO LOPEZ, SYLVIA | Public Employee & Pension/Retiree Claims | $ - |
| 93101 | NUNEZ FALCON, NORMA IRIS | Public Employee & Pension/Retiree Claims | $ - |
| 93118 | MATEO TORRES, MARIA M. | Public Employee & Pension/Retiree Claims | $ - |
| 93174 | CHARDON RODRIGUEZ, CARMEN J. | Pension/Retiree Claims | $ - |
| 93261 | SALGADO MERCADO, ALAN | Public Employee & Pension/Retiree Claims | $ 75,000.00 |
| 93316 | DIAZ DIAZ, SYLVIA I | Public Employee Claims | $ - |
| 93817 | FIRPI SOLIS, MYRNA E. | Public Employee & Pension/Retiree Claims | $ - |
| 93928 | MORENO SOTO, IRMA T | Public Employee & Pension/Retiree Claims | $ 12,000.00 |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 94185 | FARIA, CARMEN I | Public Employee & Pension/Retiree Claims | $ - |
| 94235 | SEVILLA ESTELA, MANUEL A. | Public Employee & Pension/Retiree Claims | $ 15,780.00 |
| 94278 | COLON RIVERA, NILDA | Public Employee & Pension/Retiree Claims | $ - |
| 94363 | RAMOS TORRES, ADA M. | Public Employee & Pension/Retiree Claims | $ - |
| 94485 | MELENDEZ RIOS, DAGMA I. | Public Employee & Pension/Retiree Claims | $ - |
| 94602 | GEORGI RODRIGUEZ, HAYDEE | Public Employee & Pension/Retiree Claims | $ - |
| 94640 | CASTILLO LOPEZ, SYLVIA | Public Employee & Pension/Retiree Claims | $ - |
| 94666 | MERCADO ROSAS, VIRGEN | Public Employee & Pension/Retiree Claims | $ - |
| 94723 | CRUZ ESCUTE, CARMEN NITZA | Public Employee & Pension/Retiree Claims | $ - |
| 94849 | NEGRON RIVERA, CARMEN  J. | Public Employee & Pension/Retiree Claims | $ - |
| 94954 | PEREZ TORRES, LUZ L. | Pension/Retiree Claims | $ 47,379.94 |
| 95121 | MEDINA GARCIA, MARIA DE LOURDES | Public Employee Claims | $ - |
| 95164 | CINTRON ROSARIO, JOHNNY | Public Employee Claims | $ - |
| 95335 | MELENDEZ COLON, MODESTA | Public Employee Claims | $ - |
| 95563 | RIVERA RUIZ, CARMEN D | Public Employee Claims | $ - |
| 95648 | ORTIZ, MIGDALIA | Public Employee & Pension/Retiree Claims | $ - |
| 95857 | MORALES FIGUEROA, EVELYN | Public Employee & Pension/Retiree Claims | $ - |
| 96050 | AVENAUT LEVANTE, ROSABEL | Pension/Retiree Claims | $ 65,000.00 |
| 96200 | RIOS RIVERA, MARTA E | Public Employee Claims | $ - |
| 96269 | PAGAN MENDEZ, MIRTA S. | Pension/Retiree Claims | $ - |
| 96299 | CARRASQUILLO MALDONADO, LUIS A. | Public Employee & Pension/Retiree Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 96373 | SALGADO MERCADO, ALAN | Public Employee & Pension/Retiree Claims | $ 75,000.00 |
| 96619 | RAMOS TORRES, ADA M | Public Employee Claims | $ - |
| 96662 | GEORGI RODRIGUEZ, JESUS  M. | Public Employee & Pension/Retiree Claims | $ - |
| 96663 | CENTENO DE ALVARADO, MIGNA IRIS | Public Employee Claims | $ - |
| 96720 | COLON SANTIAGO, LUZ IRAIDA | Public Employee Claims | $ - |
| 96854 | COLON TORRES, CEREIDA | Public Employee & Pension/Retiree Claims | $ - |
| 96887 | RIVERA GUZMAN, ILIA MILAGROS | Public Employee & Pension/Retiree Claims | $ - |
| 96966 | DONES APONTE , EUA L. | Public Employee Claims | $ - |
| 96969 | FUENTES ORTIZ, MARIA DEL CARMEN | Public Employee & Pension/Retiree Claims | $ - |
| 96980 | MONTERO MORALES, NORMA | Public Employee Claims | $ - |
| 97075 | RAMIREZ VAZQUEZ, ELENA | Public Employee & Pension/Retiree Claims | $ - |
| 97076 | RAMOS RIVERA, RAQUEL | Public Employee & Pension/Retiree Claims | $ - |
| 97102 | RAMOS RODRIGUEZ, CARMELA | Public Employee & Pension/Retiree Claims | $ - |
| 97175 | CLASS DELGADO, MARIBEL | Pension/Retiree Claims | $ - |
| 97339 | COLON NEGRON, JOSEFINA | Public Employee Claims | $ - |
| 97534 | RODRIGUEZ VELAZQUEZ, MARIA | Public Employee Claims | $ - |
| 97563 | FIGUEROA CORREA, LYDIA H. | Public Employee & Pension/Retiree Claims | $ - |
| 97588 | FIRPI SOLIS, MYRNA E. | Public Employee & Pension/Retiree Claims | $ - |
| 97605 | CINTRON MORALES, RADAMES | Public Employee & Pension/Retiree Claims | $ - |
| 97638 | COLON FIGUEROA, FRANCISCA | Public Employee Claims | $ - |
| 97652 | DIAZ ORTIZ, MIRIAM | Public Employee & Pension/Retiree Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 97673 | DAVILA APONTE, MIGDALIA | Public Employee & Pension/Retiree Claims | $ - |
| 97757 | COLON TORRES, CARMEN L. | Public Employee & Pension/Retiree Claims | $ - |
| 97852 | RAMOS RODRIGUEZ, ANABEL | Public Employee Claims | $ - |
| 97961 | RAMOS SANTIAGO, CARMEN | Public Employee & Pension/Retiree Claims | $ 45,000.00 |
| 98325 | FIRPI SOLIS, MYRNA E | Public Employee & Pension/Retiree Claims | $ - |
| 98360 | RIVERA VALENTIN, MIGDALIA | Public Employee & Pension/Retiree Claims | $ 81,000.00 |
| 98452 | CRUZ CRUZ, CARMEN N. | Public Employee & Pension/Retiree Claims | $ - |
| 98462 | ORTIZ, DINAH E. CARDONA | Public Employee & Pension/Retiree Claims | $ - |
| 98547 | CRESPO RIOS, HAYDEE | Public Employee & Pension/Retiree Claims | $ 9,000.00 |
| 98552 | COLON TORRES, CEREIDA | Public Employee & Pension/Retiree Claims | $ - |
| 98644 | MOLINA GARCIA, CLOTILDE | Public Employee & Pension/Retiree Claims | $ - |
| 98817 | RIVERA RODRIGUEZ, MADELINE | Public Employee & Pension/Retiree Claims | $ - |
| 98820 | MARTINEZ RODRIGUEZ, JUAN | Public Employee Claims | $ - |
| 98866 | RIVERA MEJIAS, ARMANDA | Public Employee & Pension/Retiree Claims | $ - |
| 99057 | LISSETTE ARROYO RAMOS | Public Employee & Pension/Retiree Claims | $ 45,000.00 |
| 99074 | RIVERA RODRIGUEZ, MADELINE | Public Employee & Pension/Retiree Claims | $ - |
| 99079 | MORALES COLON, WANDA IVELISSE | Public Employee & Pension/Retiree Claims | $ - |
| 99193 | DIAZ LOPEZ, MARIA V. | Public Employee & Pension/Retiree Claims | $ - |
| 99337 | PEREZ TORRES, FERNANDO E | Public Employee & Pension/Retiree Claims | $ - |
| 99379 | MORALES COLON, CARMEN D. | Public Employee & Union Grievance Claims | $ - |
| 99397 | COLON TORRES, ENID | Public Employee & Pension/Retiree Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 99623 | GEORGI RODRIGUEZ, JESUS  M | Public Employee & Pension/Retiree Claims | $ - |
| 99734 | GEORGI RODRIGUEZ, HAYDEE | Public Employee & Pension/Retiree Claims | $ - |
| 99805 | RIOS RIVERA, MARTA E. | Public Employee Claims | $ - |
| 100035 | MEDINA-DURAN, MADELINE | Public Employee Claims | $ - |
| 100113 | MARTINEZ SANTIAGO, ROSALIA | Public Employee Claims | $ - |
| 100465 | EMMANUELLI ANZALOTA, BRENDA I | Public Employee & Pension/Retiree Claims | $ - |
| 100657 | OSORIO ROSA, MARIA A. | Public Employee Claims | $ - |
| 100689 | MARTINEZ GUTIERREZ, CARMEN  M. | Public Employee Claims | $ - |
| 100973 | COLON MARTINEZ,  ZULMA | Public Employee Claims | $ - |
| 101019 | PEREZ TORRES, FERNANDO E | Public Employee & Pension/Retiree Claims | $ - |
| 101111 | FRANCO ALEJANDRO, MARIA T. | Public Employee & Pension/Retiree Claims | $ - |
| 101141 | SANTANA MORALES, NOELIA | Public Employee & Pension/Retiree Claims | $ - |
| 101160 | COLON NEGRON, ROSAEL | Public Employee Claims | $ - |
| 101162 | COLON NEGRON, JOSEFINA | Public Employee Claims | $ - |
| 101171 | COLON NEGRON, ROSAEL | Public Employee Claims | $ - |
| 101190 | PAGANI PADILLA, RAQUEL A | Public Employee & Pension/Retiree Claims | $ - |
| 101254 | MORALES VAZQUEZ, CARLOS | Public Employee & Pension/Retiree Claims | $ 7,529.76 |
| 101330 | ORTIZ RIVERA, OLGA | Public Employee & Pension/Retiree Claims | $ - |
| 101398 | COLON NEGRON, JOSEFINA | Public Employee & Pension/Retiree Claims | $ - |
| 101422 | RODRIGUEZ OLIVO, LEILA | Pension/Retiree Claims | $ 25,000.00 |
| 101463 | CUASCUT CORDERO, LEONARDA | Public Employee & Pension/Retiree Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 101535 | DAVIS PEREZ, ROSARIO  C. | Public Employee & Pension/Retiree Claims | $                         - |
| 101562 | CHARDON RODRIGUEZ, CARMEN J. | Public Employee Claims | $                         - |
| 101579 | SAAVEDRA BARRETO, ZORAIDA | Public Employee Claims | $                         - |
| 102274 | DIAZ REYES, WANDA L. | Public Employee & Pension/Retiree Claims | $                         - |
| 102284 | COLON RIVERA, JOSE A. | Public Employee Claims | $                         - |
| 102343 | DE ARMAS SOTO, EDWIN A. | Public Employee Claims | $                         - |
| 102476 | MARTINEZ RIVERA, HILDA M | Public Employee & Pension/Retiree Claims | $                         - |
| 102735 | LAMBOY MEDINA, LUIS E | Pension/Retiree Claims | $              18,500.00 |
| 102818 | COLON RODRIGUEZ, NOEMI | Public Employee Claims | $                         - |
| 102906 | COLON SIERRA, ANA R. | Public Employee & Pension/Retiree Claims | $                         - |
| 102983 | MARTINEZ VELEZ, RUTH DALIA LUISA | Public Employee Claims | $                         - |
| 102986 | DIAZ SUAREZ, EVELYN | Public Employee Claims | $                         - |
| 103079 | RIVERA DELGADO, MARIA | Pension/Retiree Claims | $                1,849.98 |
| 103262 | RIVERA RODRIGUEZ , MADELINE | Public Employee & Pension/Retiree Claims | $                         - |
| 103298 | CINTRON HERNANDEZ, VICTOR L. | Public Employee & Pension/Retiree Claims | $                         - |
| 103479 | MEDINA-DURAN, MADELINE | Public Employee Claims | $                         - |
| 103481 | GEORGI RODRIGUEZ, JESUS M. | Public Employee & Pension/Retiree Claims | $                         - |
| 103648 | MORALES COLON, WANDA IVELISSE | Public Employee & Pension/Retiree Claims | $                         - |
| 104283 | MORALES FIGUEROA, ZORAIDA | Public Employee & Pension/Retiree Claims | $                         - |
| 104339 | RIVERA SALGADO, MARTA B. | Public Employee Claims | $                         - |
| 104346 | DIAZ SUAREZ, SONIA | Public Employee Claims | $                         - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 104379 | FARIA PAGAN, AUREA E. | Public Employee & Pension/Retiree Claims | $ - |
| 104413 | RODRIGUEZ COLON, JACQUELINE | Public Employee & Pension/Retiree Claims | $ - |
| 104655 | POLACO RAMOS, IVONNE M. | Public Employee & Pension/Retiree Claims | $ - |
| 104693 | NEGRON RIVERA , CARMEN J. | Public Employee & Pension/Retiree Claims | $ - |
| 104697 | PEREZ RUIZ, MARTA | Public Employee Claims | $ - |
| 104746 | GEORGI RODRIGUEZ, HAYDEE | Public Employee & Pension/Retiree Claims | $ - |
| 104949 | COLON NEGRON, JOSEFINA | Public Employee Claims | $ - |
| 104956 | CASTILLO LOPEZ, SYLVIA | Public Employee & Pension/Retiree Claims | $ - |
| 105240 | COLON NEGRON, ROSAEL | Public Employee & Pension/Retiree Claims | $ - |
| 105264 | MORALES FIGUEROA, ADRIAN | Public Employee Claims | $ - |
| 105363 | MEDINA- DURAN, MADELINE | Public Employee & Pension/Retiree Claims | $ 75,000.00 |
| 105364 | PEREZ DIAZ, ANA  WILDA | Public Employee Claims | $ 9,600.00 |
| 105499 | PEREZ CRUZ , CARMEN E. | Public Employee & Pension/Retiree Claims | $ - |
| 105506 | COLON NEGRON, ROSAEL | Public Employee & Pension/Retiree Claims | $ - |
| 105528 | RIVERA RODRIGUEZ, MADELINE | Public Employee & Pension/Retiree Claims | $ - |
| 105628 | RIVERA ACOSTA, CONSTANCIA | Public Employee Claims | $ - |
| 105694 | NEGRON ALVARADO, MARIBEL | Public Employee Claims | $ - |
| 105916 | RODRIGUEZ RODRIGUEZ, MARIA V. | Public Employee Claims | $ 2,700.00 |
| 105994 | LOPEZ LAMADRID, ROBERTO EMILIO | Public Employee & Pension/Retiree Claims | $ - |
| 106251 | PAGAN LOPEZ, MAYRA | Public Employee & Pension/Retiree Claims | $ 75,000.00 |
| 106270 | MURIEL SANCHEZ, AGUSTINA | Pension/Retiree Claims | $ 84,208.38 |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 106325 | MONTANEZ RIVERA, DORA LUZ | Public Employee & Pension/Retiree Claims | $ - |
| 106400 | RIOS RIVERA, MARTA E. | Public Employee Claims | $ - |
| 106406 | NIEVES RIVAS, MARGARITA | Public Employee & Pension/Retiree Claims | $ - |
| 106459 | NIEVES NIEVES, OSVALDO | Public Employee & Pension/Retiree Claims | $ - |
| 106544 | RUIZ RIVERA, CARMEN M. | Public Employee & Pension/Retiree Claims | $ - |
| 106737 | MARTINEZ GONZALEZ, IVY C | Public Employee & Pension/Retiree Claims | $ - |
| 106789 | CHARDON RODRIGUEZ, CARMEN J. | Public Employee Claims | $ - |
| 106922 | MORALES VAZQUEZ, CARLOS | Public Employee & Pension/Retiree Claims | $ 5,400.00 |
| 106990 | GARCIA NIEVES, CARMEN DELIA | Public Employee Claims | $ - |
| 107300 | RIVERA ALERS, SIDNIA E. | Pension/Retiree Claims | $ 5,000.00 |
| 107351 | CARDONA SEPULVEDA, LUZ E. | Public Employee Claims | $ 15,600.00 |
| 107382 | MONTANEZ RIVERA , NOEMI | Public Employee & Pension/Retiree Claims | $ - |
| 107409 | FARIA, CARMEN I. | Public Employee & Pension/Retiree Claims | $ - |
| 107492 | CORA CORA, CARMEN D. | Public Employee & Pension/Retiree Claims | $ - |
| 108032 | MORALES FIGUEROA, CARMEN A. | Public Employee & Pension/Retiree Claims | $ - |
| 108053 | LAUREANO MONTALVO, PEDRO JUAN | Public Employee & Pension/Retiree Claims | $ 75,000.00 |
| 108092 | FARIA PAGAN, AUREA E. | Public Employee & Pension/Retiree Claims | $ - |
| 108152 | RUIZ RIVERA, CARMEN M. | Public Employee & Pension/Retiree Claims | $ - |
| 108208 | CASTRO HERNANDEZ, WILLIAM | Public Employee & Pension/Retiree Claims | $ - |
| 108256 | MATTEI SAEZ, ELGA I | Pension/Retiree Claims | $ 10,000.00 |
| 108351 | MORALES COLON, WANDA IVELISSE | Public Employee & Pension/Retiree Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 108404 | RIVERA BRACETY, ELSA M | Public Employee Claims | $ - |
| 108552 | MALDONADO CARRION, LOURDES R. | Public Employee Claims | $ 7,200.00 |
| 108567 | MATEO SANTIAGO, OBDULIA | Public Employee Claims | $ - |
| 108620 | RIVERA RUIZ, FRANKLIN | Public Employee Claims | $ - |
| 108780 | FRANCO SANCHEZ , ISRAEL | Public Employee & Pension/Retiree Claims | $ - |
| 108902 | PINTO VEGA, AMANDA | Public Employee & Pension/Retiree Claims | $ - |
| 108948 | MORALES MARTINEZ, LUIS A. | Public Employee Claims | $ - |
| 109125 | RIVERA CONCEPCION, JACOB | Public Employee & Pension/Retiree Claims | $ - |
| 109304 | RODRIGUEZ PEREZ, JUAN | Public Employee Claims | $ 22,000.00 |
| 109312 | MEDINA RIVERA, NYDIA ANNIE | Public Employee & Pension/Retiree Claims | $ - |
| 109346 | MOURA GRACIA, ADA E. | Public Employee & Pension/Retiree Claims | $ - |
| 109353 | REDINGEV VEGA, ALDA  C | Public Employee Claims | $ - |
| 109386 | COLON RIVERA , IRCA  I. | Public Employee & Pension/Retiree Claims | $ - |
| 109450 | ORTIZ ORTIZ, GLORIA M | Public Employee & Pension/Retiree Claims | $ - |
| 109555 | ORTIZ BAEZ, NILSA IVETTE | Public Employee & Pension/Retiree Claims | $ 16,800.00 |
| 109680 | RIVERA RODRIGUEZ, MARISOL | Public Employee Claims | $ - |
| 109814 | REYES RIVERA, SONIA I | Public Employee Claims | $ - |
| 109839 | COLON NEGRON, ROSAEL | Public Employee & Pension/Retiree Claims | $ - |
| 109846 | GARCIA RIVERA, ENRIQUE | Public Employee & Pension/Retiree Claims | $ - |
| 109861 | MARTINEZ GONZALEZ, IVY C. | Public Employee & Pension/Retiree Claims | $ 2,750.00 |
| 109947 | RODRIGUEZ VALENTIN, WILLIAM | Public Employee Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 109956 | MERCED CLEMENTE, OSVALDO | Pension/Retiree Claims | $ 53,355.02 |
| 110108 | ORTIZ CRUZ, HECTOR | Public Employee Claims | $ - |
| 110190 | RAMOS TORRES, ADA  M | Public Employee & Pension/Retiree Claims | $ - |
| 110193 | PEREZ TORRES, FERNANDO E. | Public Employee & Pension/Retiree Claims | $ - |
| 110201 | RODRIGUEZ LACOT, EVELYN | Public Employee Claims | $ - |
| 110211 | MIRANDA LUNA, MARIA D | Public Employee Claims | $ - |
| 110319 | RIVERA BRACETY, ELSA M | Public Employee Claims | $ - |
| 110344 | DE JESUS ALICEA, MARIA TERESA | Public Employee & Pension/Retiree Claims | $ - |
| 110392 | NEGRON PEREZ, DORIS | Public Employee & Pension/Retiree Claims | $ - |
| 110723 | RIVERA CONCEPCION, JACOB | Public Employee & Pension/Retiree Claims | $ - |
| 110744 | SANABRIA RIVERA, ANGELA | Public Employee & Pension/Retiree Claims | $ 17,400.00 |
| 110746 | COLON FIGUEROA, JUAN JOSE | Public Employee & Pension/Retiree Claims | $ - |
| 110838 | SALICETI PIAZZA, SONIA | Public Employee Claims | $ - |
| 110907 | NIEVES RIVAS, MARGARITA | Public Employee & Pension/Retiree Claims | $ - |
| 110922 | CINTRON HERNANDEZ, VICTOR LUIS | Public Employee & Pension/Retiree Claims | $ - |
| 111044 | COLON NEGRON, JOSEFINA | Public Employee & Pension/Retiree Claims | $ - |
| 111311 | DONES COLON, HECTOR JESUS | Public Employee Claims | $ 21,600.00 |
| 111886 | MONTALVO PADRO, JULIO | Public Employee Claims | $ - |
| 112490 | ORABONA OCASIO, ESTHER | Public Employee Claims | $ 16,800.00 |
| 112813 | ORTIZ DAVILA, ALBERTO | Public Employee & Pension/Retiree Claims | $ - |
| 116275 | MARTINEZ SANTIAGO, MARIA DEL CARMEN | Public Employee Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 116993 | ORTIZ DAVILA, ALBERTO | Public Employee Claims | $ - |
| 118923 | ANDUJAR QUINONES, JUDITH | Public Employee Claims | $ - |
| 120648 | ORTIZ DAVILA, ALBERTO | Public Employee & Pension/Retiree Claims | $ - |
| 121420 | MUNIZ VAZQUEZ, ERIC  JOSE | Public Employee Claims | $ 16,200.00 |
| 127858 | ORTIZ CARABALLO, ELBA Z. | Public Employee Claims | $ - |
| 130040 | MORALES DE JESUS, ALEJANDRO | Public Employee Claims | $ - |
| 131480 | MOYET DE LEON, NESTOR R | Public Employee Claims | $ - |
| 131571 | LOPEZ GONZALEZ, LUIS A. | Public Employee Claims | $ - |
| 137356 | SANTANA GARCIA, NYDIA L. | Public Employee Claims | $ - |
| 138167 | ACEVEDO SEPULVEDA, ILIA RAQUEL | Public Employee Claims | $ 7,200.00 |
| 140194 | HERNANDEZ PEREZ, CARLOS J | Public Employee & Pension/Retiree Claims | $ - |
| 142205 | RENOVALES COLON, HARRY | Public Employee & Pension/Retiree Claims | $ - |
| 143396 | ALVARADO RODZ, ADABEL | Public Employee Claims | $ - |
| 144830 | ALVAREZ CORDERO, ALEJANDRO | Public Employee & Pension/Retiree Claims | $ - |
| 145894 | MELENDEZ SANTIAGO, HAYDEE | Pension/Retiree Claims | $ - |
| 146286 | NEVAREZ SANTANA, JORGE A. | Public Employee & Pension/Retiree Claims | $ - |
| 148404 | PACHECO RUIZ, AGUSTIN | Public Employee Claims | $ - |
| 150360 | MENDEZ CUEVAS, MARGARITA | Public Employee Claims | $ 19,200.00 |
| 150810 | OLIVENCIA RIVERA, DAISY | Public Employee & Pension/Retiree Claims | $ 3,600.00 |
| 150818 | PAGAN MENDEZ, CARLOS J | Public Employee & Pension/Retiree Claims | $ - |
| 152128 | RODRIGUEZ LOPEZ, JORGE | Public Employee Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 152764 | PEREZ DIAZ, NANCY | Public Employee & Pension/Retiree Claims | $ 75,000.00 |
| 152868 | MORALES DE JESUS, ALEJANDRO | Public Employee Claims | $ - |
| 153783 | SANTIAGO NARVAEZ, CONCEPCION  M | Public Employee Claims | $ - |
| 154026 | SANABRIA MARTY, ARGENTINA | Public Employee & Pension/Retiree Claims | $ 13,200.00 |
| 154086 | ROJAS RIVERA, ELSA | Public Employee Claims | $ - |
| 154469 | OLIVENCIA RIVERA , DAISY | Public Employee & Pension/Retiree Claims | $ 5,400.00 |
| 154882 | MORA PABON, AMARILYS L | Public Employee Claims | $ 13,200.00 |
| 154953 | SANCHEZ PABON, ANA G. | Pension/Retiree Claims | $ 50,000.00 |
| 155183 | MENDEZ CUEVAS, ADA I. | Public Employee Claims | $ 15,600.00 |
| 155906 | CARRION LOPEZ, LUIS M. | Public Employee & Pension/Retiree Claims | $ 150,000.00 |
| 157225 | MENDEZ CUEVAS, ADA I | Public Employee Claims | $ 8,400.00 |
| 158409 | MUNIZ BELTRAN, EDWIN | Pension/Retiree Claims | $ - |
| 159696 | LAMPON NORA, MARTA | Pension/Retiree Claims | $ - |
| 161222 | ZAYAS MARTINEZ, LUZ NEREIDA | Public Employee & Pension/Retiree Claims | $ - |
| 161500 | VEGA MORALES, SONIA IVETTE | Public Employee & Pension/Retiree Claims | $ - |
| 163361 | FORES GALARZA, EDWARD | Public Employee & Pension/Retiree Claims | $ - |
| 167276 | LABOY CASTILLO, IRMA | Public Employee & Pension/Retiree Claims | $ - |
| 167736 | LUGO VAZQUEZ, GENOVEVA | Public Employee Claims | $ - |
| 168221 | RIVERA LUGO, RAMON L. | Public Employee Claims | $ - |
| 168620 | NAZARIO VELEZ, ROSA IRIS | Public Employee & Pension/Retiree Claims | $ 11,400.00 |
| 95490 | FIGUEROA RIVERA, MARIA A. | Public Employee Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 91472 | RODRIGUEZ PADILLA, ANA M. | Public Employee Claims | $ - |
| 31525 | YOLANDA RIVERA, CARMEN | Pension/Retiree Claims | $ 121,128.00 |