# EXHIBIT A

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE RECURSOS NATURALES Y AMBIENTALES**

RECEIVED

JAN 27 2020

PRIME CLERK LLC

# REGLAMENTO PARA LA ADMINISTRACIÓN DE LOS RECURSOS HUMANOS EN EL SERVICIO DE CARRERA DEL DEPARTAMENTO DE RECURSOS NATURALES Y AMBIENTALES

**Carmen R. Guerrero Pérez**
**Secretaria**

# Í N D I C E

**Parte I – Introducción** ...................................................................................1

**Artículo 1 - Denominación** ...........................................................2

**Artículo 2 - Base Legal** ................................................................2

**Artículo 3 - Aplicabilidad** ............................................................2

**Artículo 4 - Interpretación de Palabras, Frases** ...........................2

**Artículo 5 - Definiciones** .............................................................3

Sección 5.1        Definiciones Generales ........................................3

**Parte II – Composición del Servicio Público** ...............................12

**Artículo 6 - Categorías de Empleados** ........................................12

Sección 6.1        Servicio de Carrera............................................12
Sección 6.2        Servicio de Confianza .......................................13
Sección 6.3        Reinstalación de Empleados de Confianza .........14
Sección 6.4        Cambios de Servicio y Categoría......................15

**Parte III – Áreas Esenciales al Principio de Mérito** ....................16

**Artículo 7 - Clasificación o Valoración de Puestos** ....................17

Sección 7.1        Plan de Clasificación o Valoración de Puestos....................17
Sección 7.2        Descripción de Puesto (Descripción de Deberes
                   y Responsabilidades del Puesto)......................18
Sección 7.3        Esquema Ocupacional .......................................19
Sección 7.4        Agrupación de los Puestos en Clases de Puestos,
                   Series de Clases, Títulos Funcionales ...............20
Sección 7.5        Especificación de Clase .....................................20
Sección 7.6        Clasificación o Valoración de Puestos
                   y Reclasificación de Puestos.............................22
Sección 7.7        Estatus de los Empleados en Puestos Reclasificados...........24
Sección 7.8        Cambio de Deberes, Responsabilidades o Autoridad ...........24
Sección 7.9        Posición Relativa de las Clases y Equivalencias entre
                   Distintos Planes de Clasificación o Valoración de
                   Puestos para el Servicio de Carrera......................25

**Artículo 8 - Reclutamiento y Selección** ......................................26

Sección 8.1        Normas de Reclutamiento y Selección ...............26

Sección 8.2    Condiciones Generales de Ingreso al Servicio Público.......................27
Sección 8.3    Convocatoria a Examen ...........................................................28
Sección 8.4    Aviso Público de las Oportunidades de Empleo ...................................31
Sección 8.5    Procesamiento de Solicitudes.....................................................33
Sección 8.6    Exámenes .........................................................................36
Sección 8.7    Registro de Elegibles.............................................................39
Sección 8.8    Certificación y Selección ........................................................41
Sección 8.9    Verificación de Requisitos, Examen Médico
               y Juramento de Fidelidad ........................................................43
Sección 8.10   Período Probatorio ..............................................................45
Sección 8.11   Procedimientos Especiales de Reclutamiento
               y Selección .....................................................................50
Sección 8.12   Normas Específicas para el Reclutamiento de Trabajadores
               No Diestros y Semidiestros ......................................................51
Sección 8.13   Normas Específicas para Garantizar la Igualdad
               de Oportunidades en el Empleo a Participantes
               de Programas de Adiestramiento y Empleo .........................................52
Sección 8.14   Nombramientos Transitorios.......................................................53
Sección 8.15   Separaciones de Empleados Transitorios...........................................55

**Artículo 9 - Ascensos, Traslados y Descensos**...............................................55

Sección 9.1    Normas Generales ................................................................55
Sección 9.2    Ascensos.........................................................................57
Sección 9.3    Traslados .......................................................................59
Sección 9.4    Descensos .......................................................................61
Sección 9.5    Destaques .......................................................................62
Sección 9.6    Otras Acciones ..................................................................64

**Artículo 10 - Retención en el Servicio** ....................................................64

Sección 10.1   Seguridad en el Empleo ..........................................................64
Sección 10.2   Evaluación de Desempeño de los Empleados.........................................65
Sección 10.3   Medidas Correctivas y Acciones Disciplinarias ...................................66
Sección 10.4   Separación de Empleados Convictos por
               Delitos y Otras Causas ..........................................................68
Sección 10.5   Renuncias .......................................................................69
Sección 10.6   Cesantías .......................................................................70

**Artículo 11 - Adiestramiento**...............................................................74

Sección 11.1   Plan de Necesidades de Adiestramiento y Capacitación.............................74
Sección 11.2   Ejecución del Plan de Necesidades de Adiestramiento
               y Capacitación ..................................................................75
Sección 11.3   Becas y Licencias para Estudios .................................................76
Sección 11.4   Adiestramientos de Corta Duración ...............................................82

Sección 11.5    Pago de Matrícula ........................................................................83
Sección 11.6    Otras Actividades de Adiestramiento ....................................86
Sección 11.7    Historiales de Adiestramientos e Informes ...........................86

**Parte IV – Otras Disposiciones Relativas a la Administración
de los Recursos Humanos ............................................................87**

**Artículo 12 - Retribución ...............................................................87**

Sección 12.1    Política de Retribución .............................................................87
Sección 12.2    Adopción y Contenido del Plan de Retribución....................88
Sección 12.3    Administración, Actualización y Revisión del
             Plan de Retribución..................................................................88
Sección 12.4    Estructura Retributiva .............................................................89
Sección 12.5    Asignación de las Clases de Puestos a las Escalas
             de Sueldos ................................................................................90
Sección 12.6    Normas Relativas a la Administración de Salarios ...............90
Sección 12.7    Otros Métodos de Compensación ..........................................99

**Artículo 13 - Beneficios Marginales y Servicios .........................103**

Sección 13.1    Norma General ........................................................................103
Sección 13.2    Días Feriados............................................................................104
Sección 13.3    Plan Médico .............................................................................105
Sección 13.4    Licencias ..................................................................................105
Sección 13.5    Disposiciones Generales sobre Licencias .............................136
Sección 13.6    Ley de Licencia Familiar y Médica ......................................136

**Artículo 14 - Jornada de Trabajo y Asistencia .........................138**

Sección 14.1    Disposiciones Generales Sobre la Jornada
             de Trabajo................................................................................138
Sección 14.2    Horario de Trabajo ..................................................................139
Sección 14.3    Horarios Especiales.................................................................139
Sección 14.4    Período de Tomar Alimentos ..................................................139
Sección 14.5    Período de Descanso ...............................................................140
Sección 14.6    Horas Trabajadas.....................................................................140
Sección 14.7    Trabajo en Exceso de la Jornada Regular .............................140
Sección 14.8    Licencia Compensatoria .........................................................141
Sección 14.9    Otras Disposiciones sobre Jornada de Trabajo
             y Asistencia .............................................................................143

**Artículo 15 - Reingresos ................................................................143**

Sección 15.1    Disposiciones Generales .........................................................143
Sección 15.2    Procedimiento para Solicitar Reingreso.................................144

Sección 15.3     Notificación al Solicitante..................................................................144
Sección 15.4     Reingresos a Clases de Puestos Modificadas
                 o Eliminadas...................................................................145
Sección 15.5     Período Probatorio en Casos de Reingreso .........................................145

**Artículo 16 - Expedientes de los Empleados**................................................................145

Sección 16.1     Expedientes de los Empleados ...........................................................145
Sección 16.2     Clasificación de los Expedientes........................................................145
Sección 16.3     Contenido de los Expedientes ...........................................................146
Sección 16.4     Expediente de Asuntos de Retiro .......................................................147
Sección 16.5     Expediente Médico............................................................................147
Sección 16.6     Custodio de los Expedientes ..............................................................148
Sección 16.7     Examen de los Expedientes................................................................148
Sección 16.8     Conservación y Disposición de los Expedientes................................149

**Artículo 17 - Prohibición** ...........................................................................................150

**Artículo 18 - Cláusula de Separabilidad** ..................................................................151

**Artículo 19 - Derogación** ..........................................................................................151

**Artículo 20 – Vigencia y Aprobación** .......................................................................151

**PARTE I**

**INTRODUCCIÓN**

La Ley Núm. 184-2004, según enmendada, "Ley para la Administración de los Recursos Humanos en el Servicio Público del Estado Libre Asociado de Puerto Rico", reafirma el mérito como el principio que regirá el Servicio Público de modo que sean los más aptos los que sirvan al Gobierno del Estado Libre Asociado de Puerto Rico y que todos los empleados deben ser reclutados, seleccionados, adiestrados, ascendidos, tratados, descendidos y retenidos en su empleo en consideración al mérito y a la capacidad, sin discrimen conforme a las leyes aplicables, incluyendo discrimen por razones de raza, color, sexo, nacimiento, edad, orientación sexual, identidad de género, origen o condición social, ni por sus ideas políticas o religiosas, condición de veterano, ni por impedimento físico o mental, por ser víctima o ser percibida como víctima de violencia doméstica, agresión sexual o acecho, o información genética. La política pública enunciada en la Ley Núm. 184, *supra,* reitera que el Servicio Público demanda capacidad técnica y profesional, así como actitud ética evidenciada en honradez, autodisciplina, respeto a la dignidad humana, sensibilidad y dedicación al bienestar general. Asimismo, la Ley Núm. 184, *supra,* estableció dos (2) categorías para los empleados cubiertos por el Sistema: empleados de carrera y empleados de confianza.

De conformidad con lo dispuesto en el Artículo 5, Sección 5.2 (1) de la Ley Núm. 184, *supra,* el Departamento de Recursos Naturales y Ambientales (DRNA) es un Administrador Individual, por lo que tiene la responsabilidad de administrar directamente todo lo relativo a sus recursos humanos, conforme a la reglamentación que se adopte.

El "Reglamento para la Administración de los Recursos Humanos en el Servicio de Carrera del Departamento de Recursos Naturales y Ambientales" (en adelante el Reglamento), se adopta en armonía con las disposiciones de la Ley Núm. 184, *supra,* relativas al servicio de carrera, y responde a la necesidad de establecer criterios definidos y uniformes para la administración de los recursos humanos en el DNRA. De esta forma, se reafirma la separación administrativa entre los empleados en este servicio y los que están comprendidos en el servicio de confianza. El Reglamento tiene como objetivo principal adoptar las normas y procedimientos relativos a las áreas esenciales al Principio de Mérito promulgadas en la Ley Núm. 184, *supra,* y

las leyes y reglamentos que rigen la igualdad de oportunidad en el empleo. Este Reglamento debe ser interpretado cónsono con la legislación, reglamentación y normativa laboral, tanto local como federal, existente y toda aquella otra que en un futuro se adopte por la OCALARH y sea de aplicación.

## ARTÍCULO 1 - DENOMINACIÓN

Este Reglamento se conocerá bajo el nombre de "Reglamento para la Administración de los Recursos Humanos en el Servicio de Carrera del Departamento de Recursos Naturales y Ambientales".

## ARTÍCULO 2 - BASE LEGAL

Este Reglamento se adopta conforme a las disposiciones de la Ley Núm. 23 de 20 de junio de 1972, según enmendada, "Ley Orgánica del Departamento de Recursos Naturales" y la Ley Núm. 184-2004, según enmendada, "Ley para la Administración de los Recursos Humanos en el Servicio Público del Estado Libre Asociado de Puerto Rico".

## ARTÍCULO 3 - APLICABILIDAD

Este Reglamento será de aplicabilidad a los empleados en el servicio de carrera del DNRA y a los empleados unionados, solo en las áreas que no están sujetas a negociación colectiva, ni estén en conflicto con las cláusulas negociadas en el Convenio Colectivo. No aplicará al personal irregular que se emplee conforme a las disposiciones de la Ley Núm. 110 de 26 de junio de 1958, según enmendada, "Ley de Personal Irregular del Gobierno", ni a las personas que presten servicio mediante contrato. Tampoco aplicará al personal de confianza, excepto en lo relativo al derecho de reinstalación, y al personal transitorio salvo lo que expresamente se dispone.

## ARTÍCULO 4 - INTERPRETACIÓN DE PALABRAS, FRASES

Las palabras y frases contenidas en este Reglamento se interpretarán según el contexto y el significado sancionado por el uso común y corriente.

Los verbos usados en este Reglamento en el tiempo presente incluyen también el futuro; las palabras y frases usadas en el género masculino incluyen el femenino y el neutro, salvo los casos en que la interpretación resultase absurda, el número singular incluye el plural y el plural incluye el singular.

2

## ARTÍCULO 5 – DEFINICIONES

### Sección 5.1 - Definiciones Generales

Los siguientes términos utilizados en este Reglamento tienen el significado que a continuación se expresa:

1. ***Acción Disciplinaria*** - significa aquella sanción recomendada por el supervisor del empleado e impuesta por el Secretario y la cual pasa a formar parte del expediente del empleado. Esta puede consistir de reprimenda escrita, suspensión de empleo y sueldo o destitución.

2. ***Adiestramiento*** - experiencia de aprendizaje que busca actualizar habilidades, destrezas y competencias al individuo en áreas o temas relacionados con su preparación académica o las funciones que realiza y que a su vez permite que este alcance el nivel y las condiciones de eficiencias proyectadas.

3. ***Adiestramiento de Corta Duración*** - significa adiestramiento práctico o estudios académicos de corta duración que preparan al empleado para el mejor desempeño de sus funciones, el cual no debe durar más de seis (6) meses.

4. ***Administrador Individual*** - significa la agencia u organismo comprendido dentro del Sistema de Administración de Recursos Humanos, cuyo personal se rige por el Principio de Mérito y se administra con el asesoramiento, seguimiento y ayuda técnica de la Oficina de Capacitación y Asesoramiento en Asuntos Laborales y de Administración de Recursos Humanos (OCALARH).

5. ***Agencia*** - conjunto de funciones, cargos y puestos que constituyen toda la jurisdicción de una autoridad nominadora, independientemente de que se le denomine departamento, municipio, corporación pública, oficina, administración, comisión, junta, o de cualquier forma.

6. ***Amonestación Escrita*** - significa la medida correctiva que implementa un supervisor al empleado cuando este incurre en una infracción a las normas de conducta o cuando la gravedad de la misma lo justifique. Salvo circunstancias que lo ameriten, la misma se debe utilizar después de agotado el mecanismo de amonestación verbal, según aplique.

7. ***Amonestación Verbal*** - significa la medida correctiva que implementa un supervisor al empleado cuando este incurre en una infracción a las normas de conducta, según aplique.

8. ***Antigüedad*** - total de años de servicios prestados por el empleado en el servicio público.

9. *Áreas Esenciales al Principio de Mérito* - comprende las siguientes áreas: (a) Clasificación de Puestos; (b) Reclutamiento y Selección; (c) Ascensos, Traslados y Descensos; (d) Adiestramiento; (e) Retención.

10. *Ascenso* - es el cambio de un empleado de un puesto en una clase a un puesto en otra clase con funciones o tipo mínimo de retribución superior o más alto.

11. *Ausencia* - significa el que un empleado no se presente a su trabajo en aquellos casos que no se encuentre disfrutando de la licencia regular de vacaciones o cualquier licencia con o sin sueldo, conforme a lo que establezca la legislación correspondiente y las normas internas.

12. *Autoridad Nominadora* - significa la persona con facultad legal para hacer nombramientos, ascensos, traslados, descensos, disciplinar, separar o destituir en el Gobierno del Estado Libre Asociado de Puerto Rico. La cual podrá delegar cualquier función o facultad que le haya sido conferida, excepto la de adoptar y aprobar reglamentos. En este Reglamento se refiere al Secretario.

13. *Beca* - significa la ayuda monetaria que se concede a una persona para que prosiga estudios superiores en una universidad o institución reconocida o acreditada por el organismo gubernamental que corresponda por ley, con el fin de ampliar su preparación académica, profesional o técnica y cuya concesión debe responder a las necesidades del servicio o de capacitación de los recursos humanos en el DRNA.

14. *Bonificación* - es la compensación especial, no recurrente y separada del sueldo que puede concederse como mecanismo para reclutar, retener o premiar a empleados o grupos de empleados que cumplan con los requisitos que se establezcan previo a su concesión. Las normas para la concesión de estas bonificaciones deben ser evaluadas y aprobadas por el Secretario conforme a la reglamentación que a esos efectos promulgue la OCALARH. Se necesitará la previa evaluación y autorización de la OCALARH para la concesión de bonos de productividad o por cualquier otro concepto.

15. *CASP* - son las siglas para la Comisión Apelativa del Servicio Público.

16. *Certificación de Elegibles* - es el proceso mediante el cual el Secretario certifica, para cubrir los puestos vacantes y refiere para entrevista, los nombres de los candidatos que estén en turno de certificación en el registro, en orden descendente de calificación y que acepten las condiciones de empleo.

4

17. ***Certificación Selectiva*** - es el proceso mediante el cual el Secretario especifica las cualificaciones especiales que el puesto a ser ocupado requiere del candidato y prepara una descripción clara de los deberes oficiales del puesto a cubrirse, selecciona de los registros los candidatos que cualifican y establece un turno de certificación en orden de calificación para los fines de ese puesto en particular.

18. ***Cesantía*** - es la separación del servicio impuesta a un empleado debido a la eliminación de su puesto por falta de trabajo o fondos, debido a la determinación de que está física o mentalmente incapacitado para desempeñar los deberes de su puesto o a la inhabilidad por accidente del trabajo y tratamiento bajo la Corporación del Fondo del Seguro del Estado por un período mayor de doce (12) meses contados desde la fecha del accidente.

19. ***Clase o Clase de Puesto*** - es el grupo de puestos cuyos deberes, naturaleza o índole de trabajo, autoridad y responsabilidad sean de tal modo semejantes que puedan razonablemente denominarse con el mismo título; exigirse a sus incumbentes los mismos requisitos mínimos; utilizarse las mismas pruebas de aptitud para la selección de empleados y aplicarse la misma escala de retribución con equidad bajo condiciones de trabajo substancialmente iguales.

20. ***Clasificación o Valoración de Puestos*** - es la agrupación sistemática de puestos en clases similares en virtud de sus deberes y responsabilidades para darle igual tratamiento en la administración de recursos humanos.

21. ***Competencia*** - es el conocimiento o destreza adquirida que le permita al empleado ejercer con mayor eficiencia sus funciones de manera que pueda aportar consistentemente al logro de las metas y objetivos de su unidad de trabajo.

22. ***Convocatoria*** - es el documento donde constan oficialmente las determinaciones en cuanto a requisitos mínimos, requisitos especiales, tipo de competencia, tipo de examen y todos aquellos aspectos que sean necesarios o convenientes divulgar para anunciar la oportunidad de ingreso a una clase de puesto, vigente o aplicable durante cierto tiempo.

23. ***Descenso*** - significa el cambio de un empleado de un puesto en una clase a un puesto en otra clase con funciones de nivel inferior, cuando ocurre entre agencias con diferentes Planes de Clasificación o Valoración de Puestos.  Cuando ocurre en la misma agencia significa el cambio de un empleado de un puesto en una clase a un puesto en otra clase para la cual se haya provisto un tipo mínimo de retribución más bajo.

5

24. *Descripción de Puesto (Descripción de Deberes y Responsabilidades del Puesto)* - significa la exposición escrita y narrativa sobre funciones, responsabilidades y deberes, autoridad y responsabilidad relacionados con un puesto en específico y por los cuales se responsabiliza al incumbente.  Contienen las funciones esenciales y marginales del puesto, las competencias requeridas, el grado de autoridad y la supervisión adscrita al mismo, y las condiciones de trabajo inherentes tales como demandas físicas, mentales y ambientales.

25. *Destaque* - constituye las designaciones o cambios intragenciales, interagenciales, entre municipios y el DNRA o viceversa y entre ramas de gobierno en forma administrativa por un término razonable no mayor de doce (12) meses, siempre que las funciones a realizar sean cónsonas con las que el empleado desempeña en la agencia de origen.  Tal acción no debe resultar onerosa para el empleado, ni afectar la operación ni prestación de servicios en el DRNA.

26. *Destitución* - es la separación total y absoluta del servicio impuesta a un empleado en el servicio de carrera como acción disciplinaria por justa causa, previa formulación de cargos y celebración de vista administrativa informal, en los casos que el empleado así lo solicite.



27. *Diferencial* - es la compensación temporera, especial y adicional, separada del sueldo que se podrá conceder a un empleado para mitigar condiciones extraordinarias no permanentes o cuando un empleado desempeñe un puesto interinamente.  El diferencial no será considerado como parte del sueldo del empleado para fines del cómputo para la liquidación de licencias ni para el cómputo de la pensión de retiro.

28. *DRNA* - son las siglas del Departamento de Recursos Naturales y Ambientales.

29. *Elegible* - es la persona cuyo nombre figura válidamente en el Registro de Elegibles.

30. *Empleado Confidencial* - es aquel que aunque ocupa un puesto en el servicio de carrera realiza funciones que por su propia naturaleza incide o participa significativamente en la formulación o implantación de política pública o que realiza funciones directa o indirectamente concernientes a las relaciones obrero patronales que conlleven, real o potencialmente, conflicto de interés.  Estará excluido de todas las unidades apropiadas.

31. *Empleado de Carrera Probatorio (empleado probatorio)* - es el empleado nombrado en el servicio de carrera mediante certificación de elegible y que está sujeto a evaluaciones periódicas hasta que termine el período probatorio establecido para la clase de puesto.

32. ***Empleado de Carrera Regular (empleado regular)*** **-** es el empleado que adquirió permanencia en su puesto luego de aprobar su período probatorio.

33. ***Empleado en el Servicio de Carrera (empleado de carrera)*** - es aquel que ha ingresado en el servicio público en cumplimiento cabal de lo establecido por el ordenamiento jurídico vigente y aplicable a los procesos de reclutamiento y selección del servicio de carrera al momento de su nombramiento.

34. ***Empleado en el Servicio de Confianza (empleado de confianza)*** - es aquel que interviene o colabora sustancialmente en la formulación de política pública, que asesora directamente o presta servicios directos al Secretario o asesora al mismo, cuyo nombramiento es de libre selección y remoción.

35. ***Empleado Transitorio*** - Es el empleado nombrado para ocupar un puesto con el propósito de realizar labores durante un período fijo.

36. ***Equivalencias*** -- significa la condición indicativa de que tanto la naturaleza como el nivel de trabajo comprendido por clases de diferentes Planes de Clasificación o Valoración de Puestos, son iguales. Se hacen comparaciones funcionales para determinar que la acción de recursos humanos corresponda a ascensos, traslados y descensos.

37. ***Escuela de Educación Continua –*** significa la Escuela de Educación Continua de la OCALARH, creada en virtud de la Ley Núm. 184, *supra.*

38. ***Especificación de Clase*** - constituye una exposición escrita y narrativa en forma genérica que indica las características preponderantes del trabajo de uno o más puestos en términos de naturaleza, complejidad, responsabilidad, y autoridad, y las cualificaciones mínimas que deben poseer los candidatos a ocupar los puestos.

39. ***Estructura Retributiva o Salarial*** - significa el esquema de compensación compuesto por escalas retributivas que habrán de utilizarse en la asignación de las clases de puestos de un Plan de Retribución. Contiene las escalas de sueldos para la asignación de las clases de puestos que constituye el Plan de Clasificación o Valoración de Puestos y de Retribución. Cada escala está identificada con un número, indicativo del grado o nivel retributivo del Plan, en forma ascendente y correlativa. Se indica el tipo mínimo, el tipo máximo y cada uno de los tipos intermedios que integren la escala.

40. ***Evaluación de Desempeño*** - parte integral y fundamental del sistema de administración de recursos humanos mediante la cual se obtiene información objetiva del desempeño de los

7

recursos humanos para determinar la efectividad de estos en el logro de las metas establecidas por la organización.

41. ***Examen*** - es la prueba escrita, oral, física, de ejecución, evaluación de experiencia y preparación, u otros criterios objetivos utilizados para determinar que una persona está capacitada para realizar las funciones de un puesto.

42. ***Formulación de Cargos*** - notificación escrita al empleado o funcionario donde se indica la intención de la Autoridad Nominadora de imponer una acción disciplinaria.

43. ***Función Pública*** - es la actividad inherente realizada en el ejercicio o en el desempeño de cualquier cargo, empleo, puesto o posición en el servicio público, ya sea en forma retribuida o gratuita, permanente o temporera, en virtud de cualquier tipo de nombramiento, contrato o designación para la Rama Legislativa, Rama Ejecutiva o Rama Judicial del Gobierno del Estado Libre Asociado de Puerto Rico, así como cualquiera de sus agencias, instrumentalidades, corporaciones públicas o municipios.

44. ***Funciones Esenciales de un Puesto*** - funciones principales más importantes que justifican la existencia de un puesto.



45. ***Funciones Marginales de un Puesto*** - funciones que pueden estar presentes en el puesto, pero no son determinantes para la clasificación del mismo. .

46. ***Funciones y Responsabilidades*** - son las funciones esenciales y marginales que debe realizar el empleado en el puesto que ocupa. Detallan en forma breve y sin exceso los deberes del puesto procurando siempre que no se confundan con aquellas actividades o tareas necesarias para cumplir con este.

47. ***Grados de Afinidad*** - significa grados de parentesco que mediante matrimonio se establecen entre el empleado y los parientes naturales de su cónyuge. Para efectos de la licencia por enfermedad, estos incluyen:

    a. Primer grado: padre, madre e hijo del cónyuge.

    b. Segundo grado: abuelo, nieto y hermano del cónyuge.

48. ***Grados de Consanguinidad*** - significa grados de unión, por parentesco natural de empleados y familiares. Para efectos de la licencia por enfermedad, estos incluyen:

    a. Primer grado: padre, madre, hijo.

    b. Segundo grado: abuelo, nieto, hermano.

    c. Tercer grado: bisabuelo, biznieto, tío, sobrino.



    d. Cuarto grado: tatarabuelo, tataranieto, tío abuelo, sobrino nieto, primo hermano.

49. ***Grupo Ocupacional o Profesional*** - significa la agrupación de clases y series de clases que describen puestos comprendidos en la misma rama o actividad de trabajo.

50. ***Institución*** - significa cualquier organización o agencia de carácter público o privado que ofrezca cursos de estudio o adiestramiento de naturaleza práctica, académica, técnica o especializada.

51. ***Interinato*** - significa el servicio temporero que rinde un empleado de carrera en un puesto cuya clasificación es superior a la del puesto para el cual tiene nombramiento oficial, en virtud de una designación escrita de parte del Secretario o su representante autorizado y en cumplimiento de las demás condiciones legales aplicables.

52. ***Ley Núm. 184-2004*** - significa la Ley Núm. 184 promulgada el 3 de agosto de 2004, según enmendada, "Ley para la Administración de los Recursos Humanos en el Servicio Público del Estado Libre Asociado de Puerto Rico".

53. ***Licencia con Sueldo para Estudios*** - es la licencia especial, con sueldo, que se concede a los empleados regulares con el fin de ampliar su preparación académica, profesional o técnica para mejorar el servicio que prestan.

54. ***Licencia sin Sueldo para Estudios*** - licencia sin paga concedida por el Secretario para cursar estudios en instituciones de enseñanza acreditadas.

55. ***Medida Correctiva*** - significa la advertencia oral o escrita que hace el supervisor al empleado, cuando este incurre o reincide en alguna infracción a las normas de conducta establecidas. No forma parte del expediente del empleado.

56. ***Necesidad Urgente o de Emergencia*** - aquellas acciones esenciales o indispensables que son menester efectuar en forma apremiante a los fines de cumplir con las funciones del DRNA o sus programas. No incluyen aquellas acciones que resulten meramente convenientes o ventajosas cuya solución puede aplazarse hasta que se realice el trámite ordinario.

57. ***Nombramiento*** - significa la designación oficial de una persona para realizar determinadas funciones correspondientes a un puesto.

58. ***Normas de Reclutamiento*** - significan las determinaciones en cuanto a los requisitos mínimos y al tipo de examen para ingreso a una clase de puesto.

59. ***OCALARH*** - son las siglas por las que se conoce a la Oficina de Capacitación y Asesoramiento en Asuntos Laborales y de Administración de Recursos Humanos.



60. *__OGP__* - son las siglas por las que se conoce a la Oficina de Gerencia y Presupuesto.

61. *__Pago de Matrícula__* - es el pago total o parcial de los derechos de asistencia a cursos universitarios o especiales.

62. *__Período Probatorio__* - es el término de tiempo durante el cual un empleado, al ser nombrado o ascendido en un puesto de carrera, está en período de adiestramiento y prueba, sujeto a evaluaciones periódicas en el desempeño de sus deberes y funciones. Durante dicho período probatorio el empleado no tiene adquirido ningún derecho propietario sobre el puesto.

63. *__Plan de Necesidades de Adiestramiento y Capacitación__* - documento en el que se detallan las estrategias y medios que utilizará el DRNA para satisfacer las necesidades de adiestramiento y capacitación identificadas en su personal. Incluye además, la proyección presupuestaria para implantar el plan de adiestramientos.

64. *__Plan de Clasificación o Valoración de Puestos__* - es el sistema mediante el cual se estudian, analizan y ordenan en forma sistemática los diferentes puestos que integran el DRNA formando clases y series de clases, sin limitarse a los establecidos a base de factores, puntos, banda u otros.



65. *__Plan de Retribución__* - es el sistema adoptado por el DRNA mediante el cual se fija y administra la retribución para el servicio de carrera de acuerdo con las disposiciones de la Ley Núm. 184, *supra*, y la reglamentación.

66. *__Prevaricación__* - Proponer, a sabiendas o por ignorancia inexcusable, determinaciones de evidente injusticia.

67. *__Principio de Mérito__* - es el concepto de que los empleados públicos en el servicio de carrera deben ser seleccionados, ascendidos, retenidos y tratados en todo lo referente a su empleo sobre la base de la capacidad sin discrimen, conforme a las leyes aplicables, incluyendo discrimen por razones de raza, color, sexo, nacimiento, edad, orientación sexual, identidad de género, origen o condición social, ni por sus ideas políticas o religiosas, condición de veterano, ni por impedimento físico o mental, por ser víctima o ser percibida como víctima de violencia doméstica, agresión sexual o acecho, o información genética.

68. *__Programa de Duración Determinada__* - son aquellos programas creados por períodos de vigencia fija para atender necesidades o proveer servicios no recurrentes, en el cual se indican los objetivos, la fecha de inicio y culminación, los recursos humanos y fiscales que se originan y los indicadores o medidas que permitirán comprobar los logros obtenidos.

69. ***Proyectos o Programas Bona-fide*** - es el programa creado mediante orden administrativa o propuesta formal del Secretario para atender necesidades o proveer servicios no recurrentes, en la cual se indican los objetivos, la fecha de inicio y culminación, los recursos humanos y fiscales que se originan y los indicadores o medidas que permitirán comprobar el logro de los objetivos.

70. ***Puesto*** - significa el conjunto de deberes y responsabilidades asignadas o delegadas por el Secretario, que requieren el empleo de una persona durante la jornada completa de trabajo o durante una jornada parcial.

71. ***Reclasificación*** - es la acción de clasificar un puesto que había sido clasificado previamente. La reclasificación puede ser a un nivel superior, igual o inferior.

72. ***Registro de Elegibles*** - es la lista de nombres de personas que han sido evaluadas y cualificadas para ser consideradas para nombramiento en una clase determinada, colocados en orden descendente de calificación.

73. ***Reglamento*** - es el Reglamento para la Administración de los Recursos Humanos en el Servicio de Carrera del Departamento de Recursos Naturales y Ambientales.

74. ***Reingreso*** - es la reintegración o el retorno al servicio, mediante certificación, de cualquier empleado regular de carrera, después de haberse separado del mismo por cualesquiera de las siguientes causas: incapacidad que ha cesado, cesantía por eliminación de puestos, renuncia de un puesto de carrera que se ocupaba con estatus regular o separación de un puesto de confianza sin haber ejercido el derecho a reinstalación.

75. ***Reinstalación*** - significa el regreso de un empleado al servicio de carrera después de haberse separado del mismo por cualquiera de las siguientes causas:

   a. cuando un empleado con derecho absoluto a reinstalación se separa de un puesto de confianza y retorna a un puesto igual o similar al que ocupaba en el servicio de carrera;

   b. separación al final o durante el período probatorio por razón de sus servicios, si inmediatamente antes el empleado ocupaba un puesto con estatus regular;

   c. a la terminación de cualquier tipo de licencia sin sueldo; o

   d. por determinación de un tribunal o cuerpo apelativo competente.

76. ***Renuncia*** - es la separación total, absoluta y voluntaria de un empleado de su puesto.

11

77. ***Reprimenda Escrita*** - es la sanción formal al empleado impuesta por el Secretario, por razón de incurrir en infracciones a las normas de conducta establecidas. Forma parte del expediente del empleado.

78. ***Secretario*** - significa el Secretario del Departamento de Recursos Naturales y Ambientales.

79. ***Serie o Series de Clases*** - significa una agrupación de clases que refleja los distintos niveles jerárquicos de trabajo existentes.

80. *Servicio Activo* - es cualquier período de servicio en que el empleado esté presente desempeñando las funciones de un puesto o vinculado al servicio mediante la concesión de cualquier tipo de licencia con sueldo.

81. ***Sistema de Administración de los Recursos Humanos*** - es el conjunto de agencias constituidas como Administradoras Individuales, según definidos en la Ley Núm. 184, *supra*, y en este Reglamento.

82. ***Sistema de Retiro*** - significa el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

83. ***Suspensión de Empleo y Sueldo*** - es la separación temporera del servicio y sueldo impuesta a un empleado por el Secretario como acción disciplinaria por justa causa. Forma parte del expediente del empleado.

84. ***Traslado*** - significa el cambio de un empleado de un puesto en una clase a otro puesto en la misma clase o en otra clase con funciones o salario básico (entiéndase tipo mínimo de retribución) de nivel similar.

## PARTE II
## COMPOSICIÓN DEL SERVICIO PÚBLICO

### ARTÍCULO 6 - CATEGORÍAS DE EMPLEADOS

El sistema de administración de los recursos humanos del DRNA está agrupado en dos (2) categorías de empleados: el servicio de carrera y el servicio de confianza.

### Sección 6.1 - Servicio de Carrera

Los empleados en el servicio de carrera son aquellos que han ingresado al servicio público en cumplimiento cabal con lo establecido por el ordenamiento jurídico vigente y aplicable a los procesos de reclutamiento y selección del servicio de carrera al momento de su nombramiento.

Tales empleados tienen derecho a permanecer en el servicio conforme se dispone en la Sección 6.6 de la Ley Núm. 184, *supra*.

El servicio de carrera comprenderá los trabajos no diestros, semidiestros y diestros, así como las funciones profesionales, técnicas y administrativas y hasta el nivel más alto en que sean separables de la función de asesoramiento o normativa. Los trabajos y funciones comprendidos en el servicio de carrera estarán mayormente subordinados a pautas de política pública y normas programáticas que se formulen y prescriban en el servicio de confianza.

Los empleados en el servicio de carrera podrán tener estatus probatorio o regular. Una vez estos empleados aprueben su período probatorio tendrán seguridad en su empleo siempre que satisfagan los criterios de productividad, eficiencia, hábitos, actitudes y disciplina que deben prevalecer en el servicio público. Los empleados en el servicio de carrera con estatus regular podrán ser suspendidos o destituidos por justa causa, previa notificación de formulación de cargos por escrito y apercibimiento de su derecho a solicitar vista previa.

El servicio de carrera incluye empleados confidenciales. Los empleados confidenciales son aquellos que, aunque ocupan puestos en el servicio de carrera, realizan funciones que por su propia naturaleza inciden o participan significativamente en la formulación o implantación de política pública o que realizan funciones directa o indirectamente concernientes a las relaciones obrero patronales que conlleven, real o potencialmente, conflicto de interés y están excluidos de todas las unidades apropiadas, según dispuesto en la Sección 4.2 (b) (1) de la "Ley de Relaciones del Trabajo para el Servicio Público", Ley Núm. 45-1998, según enmendada.

## Sección 6.2 - Servicio de Confianza

Los empleados de confianza son aquellos que realizan funciones tales como:

1. Formulación de política pública. Esta función incluirá la responsabilidad, directa o permanentemente delegada, para la adopción de pautas o normas sobre contenido de programas, criterios de elegibilidad, funcionamiento del DRNA, relaciones con otras agencias o instituciones y otros aspectos esenciales en la dirección de los programas del DRNA.

   También incluirá la participación, en medida sustancial y en forma efectiva, en la formulación, modificación o interpretación de dichas funciones en el DRNA o en el asesoramiento al Secretario, mediante lo cual el empleado puede influir efectivamente en la política pública.

2. Servicios directos al Secretario que requieren confianza personal en alto grado. El elemento de confianza personal en este tipo de servicios es insustituible. La naturaleza del trabajo corresponde esencialmente al servicio de carrera pero el factor de confianza personal es predominante. El trabajo puede incluir, entre otros, servicios secretariales, mantenimiento de archivos confidenciales, conducción de automóviles y otras tareas similares. En este tipo de trabajo siempre está presente el elemento de confidencialidad y seguridad en relación con personas, programas o funciones públicas.

Los empleados de confianza son de libre selección y remoción. También son empleados de confianza aquellos que, aunque siendo de libre selección, solo pueden ser removidos por justa causa, por disposición de ley o aquellos cuyo nombramiento sea por un término establecido por ley.

### Sección 6.3 - Reinstalación de Empleados de Confianza

1. Todo empleado que tenga estatus regular en el servicio de carrera y pase al servicio de confianza tendrá derecho absoluto a ser reinstalado en un puesto igual o similar al último que ocupó en el servicio de carrera, a menos que su remoción del puesto de confianza se haya efectuado mediante formulación de cargos, en cuyo caso se seguirá el procedimiento disciplinario establecido para empleados en el servicio de carrera.

2. Un empleado de confianza con derecho a reinstalación a su puesto de carrera anterior será acreedor a todos los beneficios en términos de clasificación o valoración y sueldo que se haya extendido al puesto de carrera con estatus regular que ocupaba, durante el término en que sirvió en el servicio de confianza. También tendrá derecho a los aumentos de sueldo otorgados por la vía legislativa y a un incremento de sueldo de hasta un diez por ciento (10%) del sueldo que devengaba en el puesto del servicio de confianza. Al momento de conceder el por ciento de incremento en sueldo, el Secretario velará porque se mantenga la jerarquía y equidad retributiva. Para otorgar este reconocimiento será necesario que se evidencie la ejecutoria excelente del empleado. Por otra parte, si el empleado a reinstalar estuvo en el servicio de confianza por un período no menor de tres (3) años, el Secretario podrá autorizar cualquier aumento que surja de la diferencia entre el salario devengado en el servicio de carrera y el que estaría devengando al momento de la reinstalación.

3. Todo empleado que tenga estatus regular en el servicio de carrera y resulte electo, o sea designado sustituto para ocupar un cargo público electivo en la Rama Ejecutiva o Legislativa,

conservará su derecho absoluto a ser reinstalado en un puesto igual o similar al último que ocupó en el servicio de carrera, a menos que haya sido removido del cargo electivo por conducta impropia o residenciamiento, o haya renunciado a su puesto debido a conducta ilegal o impropia que hubiese conducido a la remoción o el residenciamiento. Disponiéndose que será acreedor a todos los beneficios en términos de clasificación o valoración y sueldo que se hayan extendido al puesto de carrera que ocupaba con estatus regular, durante el término en que sirvió en el cargo público electivo.

4. Los empleados regulares en el servicio de carrera, que sean reclutados para ocupar un cargo en el servicio de confianza, o que resulten electos por el pueblo, o designados sustitutos para ocupar un cargo público electivo, según se establece anteriormente, conservarán los beneficios marginales y los derechos de licencia, establecidos en la Ley Núm. 184, *supra,* y en este Reglamento.

5. Una vez cese su encomienda en el servicio de confianza o cargo electivo, al empleado se le acumulará el crédito por años de servicio y la antigüedad en el último puesto que ocupaba.

6. La responsabilidad por la reinstalación del empleado será del DRNA, el cual deberá agotar todos los recursos para la reinstalación del empleado en cualquiera de sus programas y si esto no fuera factible, en otros administradores individuales, municipios, agencias, organismos, corporaciones públicas, instrumentalidades gubernamentales y dependencias de la Rama Ejecutiva. En todo caso, la reinstalación del empleado en el servicio de carrera deberá efectuarse simultáneamente con la separación del puesto de confianza y no deberá resultar onerosa para el empleado.

## Sección 6.4 - Cambios de Servicio y Categoría

1. El Secretario podrá efectuar el cambio de un puesto del servicio de carrera al servicio de confianza o viceversa, cuando ocurra un cambio oficial de funciones o en la estructura organizativa del DRNA que así lo justifique sujeto a lo siguiente:

   a. si el puesto está vacante;

   b. si el puesto está ocupado y el cambio es del servicio de carrera al servicio de confianza, su ocupante deberá consentir expresamente por escrito. En caso de que el empleado no consienta, deberá ser reubicado simultáneamente en un puesto en el servicio de carrera con igual sueldo y para el cual reúna los requisitos mínimos;

   c.  si el puesto está ocupado y el cambio es del servicio de confianza al servicio de carrera su ocupante permanecerá en el mismo, sujeto a las siguientes condiciones:

      (1)  que reúna los requisitos de preparación académica y experiencia establecidos para la clase de puesto o su equivalente en otros planes de clasificación o valoración de puestos;

      (2)  que haya ocupado el puesto por un período de tiempo no menor que el correspondiente al período probatorio para la clase de puesto o su equivalente en otros planes de clasificación o valoración de puestos y sus servicios excelentes estén validados en una evaluación;

      (3)  que apruebe o haya aprobado el examen o criterios de selección establecidos para la clase de puesto o su equivalente en otros planes de clasificación o valoración de puestos;

      (4)  que el Secretario certifique que sus servicios han sido satisfactorios.




2. En caso de que el ocupante no cumpla con todas las condiciones antes indicadas, este no podrá permanecer en el puesto, salvo que le asista el derecho de reinstalación, según se dispone en la Sección 9.2 de la Ley Núm. 184, *supra*.

3. Los cambios de categoría no pueden usarse como subterfugio para conceder beneficios de permanencia a empleados que no compitieron para un puesto de carrera. Solo procederán luego de un análisis riguroso de las funciones del puesto o de la estructura organizacional del DRNA que así lo justifiquen.

### PARTE III
### ÁREAS ESENCIALES AL PRINCIPIO DE MÉRITO

Las normas y procedimientos relativos a las áreas esenciales al Principio de Mérito que se establecen en este Reglamento se implantarán de conformidad con las leyes y reglamentos relativos a la Igualdad de Oportunidades en el Empleo y las normas establecidas en la "American with Disabilities Act of 1990" (ADA), en todo lo que sea aplicable a estas, y cualquier otra legislación laboral existente y que sea aplicable, tanto local como federal, y aquella legislación que en un futuro sea adoptada y sea de aplicación.

16

## ARTÍCULO 7 - CLASIFICACIÓN O VALORACIÓN DE PUESTOS

### Sección 7.1 - Plan de Clasificación o Valoración de Puestos

1. El Secretario establecerá un Plan de Clasificación o Valoración de Puestos para los puestos de carrera del DRNA. Asimismo, establecerá las normas y los procedimientos necesarios para la administración de dicho Plan, en armonía con el Plan de Retribución y la reglamentación para la administración interna de los aspectos retributivos del DRNA.

2. El establecimiento, implantación y administración del Plan de Clasificación o Valoración de Puestos se hará conforme se dispone más adelante en este Reglamento. Las funciones permanentes del DRNA se atenderán mediante la creación de puestos, independientemente de la procedencia de los fondos.

3. Todos los nombramientos de personas en puestos de carrera se efectuarán en puestos que estén contemplados en el Plan de Clasificación o Valoración de Puestos.

4. El Plan de Clasificación o Valoración de Puestos reflejará la situación de todos los puestos en el servicio de carrera del DRNA a una fecha determinada, constituyendo así un inventario de los puestos autorizados por el Secretario en todo momento. Para lograr que el Plan de Clasificación o Valoración de Puestos sea un instrumento de trabajo adecuado y efectivo en la administración de recursos humanos, se mantendrá al día registrando los cambios que ocurran en los puestos, de forma tal que en todo momento el Plan refleje exactamente los hechos y condiciones reales presentes, mediante la actualización de las especificaciones de clases (o perfiles de competencias) y las asignaciones de puestos a las clases. Se establecerán, por lo tanto, los mecanismos necesarios para hacer que el Plan de Clasificación o Valoración de Puestos sea susceptible a una revisión y modificación continua de forma que constituya una herramienta de trabajo efectiva. El DRNA enviará para la evaluación y aprobación de la OCALARH el Plan de Clasificación o Valoración de Puestos del Servicio de Carrera, así como enmiendas, modificaciones y acciones necesarias para el mantenimiento del mismo, en un término no mayor de noventa (90) días calendario, contados a partir de la autorización fiscal de la OGP.

5. Cuando surjan necesidades temporeras, de emergencia, imprevistas o programas o proyectos *bona-fide* de una duración determinada, financiados con fondos propios, federales, estatales o combinados, se crearán puestos transitorios de duración fija por un período no mayor de doce

17

(12) meses, pudiendo prorrogarse mientras duren las circunstancias que dieron origen al nombramiento.

6. El DRNA podrá crear tales puestos de duración fija, sujeto a su condición presupuestaria. En casos de programas o proyectos *bona-fide*, los puestos se podrán extender por la duración del proyecto o programa *bona-fide*, previa aprobación de la OCALARH.

7. Los puestos de duración fija estarán clasificados en armonía con los planes de clasificación o valoración de puestos del servicio de carrera.

8. Cuando se inicien nuevos programas o surjan nuevas necesidades permanentes dentro de un programa, se podrán crear puestos de duración fija por un período no mayor de un (1) año en lo que se crean puestos de carrera regulares.

**Sección 7.2 - Descripción de Puesto**

**(Descripción de Deberes y Responsabilidades del Puesto)**

1. Conforme a su estructura organizativa funcional, el DRNA preparará y mantendrá actualizada, para cada puesto autorizado en el servicio de carrera, la Descripción de Puesto o Descripción de Deberes y Responsabilidades del Puesto que contenga las funciones esenciales y marginales del puesto, las competencias requeridas, grado de autoridad y supervisión adscrito al mismo, y condiciones de trabajo inherentes tales como demandas físicas, mentales y ambientales. La descripción de los puestos estará contenida en el formulario oficial "Descripción de Puesto" que a tales fines adopte el DRNA. Si el puesto está ocupado, la Descripción de Puesto o Descripción de Deberes y Responsabilidades del Puesto será firmada por el empleado, por su supervisor inmediato, por el Jefe de área, oficina o división correspondiente y por el Secretario o su representante autorizado.

2. Cualquier cambio que ocurra en las funciones y condiciones de los puestos, así como en el grado de autoridad y supervisión adscritos a los puestos, se registrará prontamente en el cuestionario de clasificación o valoración de puesto. No menos de una (1) vez al año se pasará juicio sobre la clasificación o valoración de estos.

3. El original de la Descripción de Puesto o Descripción de Deberes y Responsabilidades del Puesto oficial y formalizada inicialmente, así como el de toda revisión posterior que se efectúe, será evaluada para determinar la clasificación o valoración del puesto, o para la acción subsiguiente que proceda en los casos de revisión de deberes. Cuando las circunstancias lo justifiquen, el Secretario podrá cambiar los deberes, la autoridad y la

responsabilidad de un puesto, conforme a los criterios y mecanismos que se establezcan mediante la reglamentación o normativa aplicable.

4. Una copia de la Descripción de Puesto o Descripción de Deberes y Responsabilidades del Puesto formalizada inicialmente se entregará al empleado al ser nombrado y tomar posesión del puesto, y cuando ocurran cambios en las funciones del mismo que resulten en una nueva descripción. Este formulario se utilizará, entre otros, para orientar, adiestrar, supervisar y evaluar al empleado de acuerdo con los procedimientos que el DRNA establezca.

5. Se conservará el original del formulario Descripción de Puesto o Descripción de Deberes y Responsabilidades del Puesto, formalizada inicialmente para cada puesto, junto a cualquier otra documentación relacionada con el historial de clasificación o valoración del mismo. Este acopio de información, en orden de fechas, constituirá el expediente oficial e individual de cada puesto y será utilizado como marco de referencia en los estudios, auditorías y acciones que se requieran en relación con la clasificación o valoración de puestos.

**Sección 7.3 - Esquema Ocupacional**

1. El esquema ocupacional del DRNA agrupa en clases todos los puestos en el servicio de carrera que sean igual o substancialmente similares en cuanto a la naturaleza de las funciones, nivel de dificultad del trabajo, riesgo, competencias del puesto y grado de autoridad y supervisión.

2. Una vez agrupados los puestos, determinadas las clases que constituirán el Plan de Clasificación o Valoración de Puestos y designados con su título oficial, se preparará un esquema ocupacional o profesional de las clases de puestos que se establezcan, incluyéndolas dentro de los correspondientes grupos ocupacionales o profesionales que se identifiquen. Este esquema, que refleja la relación entre una y otra clase y entre las diferentes series de clases que estas constituyen dentro de un mismo grupo y/o área de trabajo representada en el Plan de Clasificación o Valoración de Puestos, formará parte del esquema ocupacional.

3. Se preparará y mantendrá actualizada una relación de dicho esquema ocupacional o profesional y una lista o índice alfabético de las clases de puestos comprendidas en el Plan de Clasificación o Valoración de Puestos.

4. Cada clase de puesto se identificará numéricamente mediante una codificación basada en el esquema ocupacional que se adopte. Esta numeración se utilizará como un medio de identificación de las clases en otros documentos oficiales que se adopten o preparen.

**Sección 7.4 - Agrupación de los Puestos en Clases de Puestos, Series de Clases, Títulos Funcionales**

1. Agrupación de los puestos en clases de puestos y series de clases.

   Se agruparán en clases todos los puestos en el servicio de carrera que sean igual o sustancialmente similares en cuanto a la naturaleza y el nivel de dificultad del trabajo envuelto a base de los deberes, grado de responsabilidad y autoridad asignados a los mismos y de elementos inherentes a los puestos que se describan en los formularios Descripción de Puesto o Descripción de Deberes y Responsabilidades del Puesto, así como otra información que amplíe la descripción del puesto.

   Cada clase de puesto será designada con un título corto que sea descriptivo de la naturaleza y el nivel de complejidad y responsabilidad del trabajo requerido. Dicho título se utilizará en el trámite de toda transacción o acción de recursos humanos, presupuesto y finanzas, así como en todo asunto oficial en que esté envuelto el puesto. Este será el título oficial del puesto.

   El Secretario podrá designar cada puesto con un título funcional de acuerdo con sus deberes y responsabilidades o su posición en la organización. Este título funcional podrá ser utilizado para identificación del puesto en los asuntos administrativos de recursos humanos. El título funcional no sustituirá al título oficial en el trámite de asuntos de recursos humanos, presupuesto y finanzas.

**Sección 7.5 - Especificación de Clase**

1. Se preparará por escrito una especificación de clase de cada una de las clases de puestos comprendidas en el Plan de Clasificación o Valoración de Puestos que consistirá de una descripción clara del concepto de la clase en cuanto a la naturaleza, grado de complejidad, responsabilidad y autoridad del trabajo, ejemplos del trabajo y los requisitos mínimos en cuanto a preparación académica, experiencia, conocimientos, habilidades y destrezas que debe poseer el empleado. También fijará la duración del período probatorio de cada clase.

2. Las especificaciones serán descriptivas de todos los puestos comprendidos en la clase. Estas no serán prescriptivas a determinados puestos de la clase. Las mismas serán utilizadas como el instrumento básico en la clasificación y reclasificación de puestos; en la preparación de las normas de reclutamiento; en la determinación de líneas de ascensos, traslados y descensos; en la elaboración de las convocatorias; en la determinación de la naturaleza del examen a los

20

candidatos; en la evaluación de los empleados; en la identificación de las necesidades de capacitación y adiestramiento de los recursos humanos; en las determinaciones básicas relacionadas con los aspectos retributivos, de retención, de presupuesto, transacciones de recursos humanos, así como para otros usos en la administración de los recursos humanos.

3. El Secretario y el Director de Recursos Humanos, por delegación, será responsable de mantener al día las especificaciones de clases y las descripciones de los puestos o descripción de responsabilidades conforme a los cambios que ocurran en los programas y actividades del DRNA. Estos cambios serán registrados después que ocurran y de que sean evaluados y determinados.

4. Las especificaciones de clase contendrán en su formato general los siguientes elementos, en el orden indicado:

    a. Número de codificación - es el número que se encuentra en la esquina superior derecha de la especificación de clase y constituye la clave o la identificación de la misma. Este número se obtiene del Índice Esquemático que acompaña los Planes de Clasificación o Valoración de Puestos.

    b. Título oficial de la clase - este debe ser corto y descriptivo de las funciones asignadas a la clase.

    c. Naturaleza del trabajo - consiste de una definición clara y concisa del trabajo.

    d. Aspectos distintivos del trabajo - en estos, se identificarán las características que diferencian una clase de otra en cuanto a niveles de complejidad, responsabilidad y autoridad, tipo y forma de supervisión que se recibe y se ejerce, métodos que se utilizan para realizar el trabajo que incluya el grado de iniciativa, independencia, uso de discreción y criterio, forma en que se revisa el trabajo y su propósito.

    e. Ejemplos de trabajo - incluye las funciones comunes o típicas de los puestos en los cuales se recogerán las condiciones de trabajo, tal como el tipo de riesgo envuelto y nivel de este, grado de esfuerzo físico, mental y su nivel y si se requiere viajar y con qué frecuencia.

    f. Conocimientos, habilidades y destrezas:

        (1) Conocimientos: incluirá la descripción de las materias con las cuales deberán estar familiarizados los empleados y candidatos a ocupar los puestos.

21

(2) <u>Habilidades</u>: incluirá la capacidad mental y física necesaria para el desempeño de funciones siempre que las mismas estén relacionadas o sean necesarias y consistentes con las funciones inherentes a la clase de puesto.

(3) <u>Destrezas</u>: incluirá la agilidad o pericia manual, así como condiciones físicas y/o mentales que deberán poseer los empleados o aspirantes a ocupar determinada clase de puesto, siempre que las mismas estén relacionadas o sean necesarias y consistentes con las funciones inherentes a la clase de puesto.

g. Preparación académica y experiencia mínima - indica la preparación académica mínima requerida, el tipo y duración de la experiencia de trabajo mínima para ocupar el puesto.

h. Período probatorio - significa el término de tiempo requerido para el adiestramiento y/o prueba práctica a que será sometido el empleado en el puesto y sujeto a evaluaciones periódicas en el desempeño de las funciones. Este no será menor de tres (3) meses, ni mayor de doce (12) meses y no será prorrogable.

5. Se establecerá un glosario, junto con las especificaciones de clases, en el que se definan en forma clara y precisa los conceptos, términos y/o adjetivos utilizados en las mismas para la descripción del trabajo y de los grados de complejidad, responsabilidad y autoridad inherente a cada clase de puesto.

6. Se formalizará el establecimiento de toda clase de puesto y su correspondiente especificación mediante la aprobación del Secretario, previa evaluación y aprobación de la OCALARH. Contendrá, además del título, la codificación numérica, asignación a la escala de sueldos que proceda, la fecha de efectividad y la duración del período probatorio. Igual formalidad requerirán los cambios que se efectúen en las especificaciones de clases para mantenerlas al día a tono con el patrón organizativo funcional del DRNA y con los deberes de los puestos.

**<u>Sección 7.6 - Clasificación o Valoración de Puestos y Reclasificación de Puestos</u>**

1. <u>Clasificación o Valoración de Puestos – Puestos de Nueva Creación – Puestos de Duración Fija</u>

Todos los puestos se asignarán oficialmente a las clases correspondientes. No existirá ningún puesto que no haya sido clasificado o valorado previamente. Los puestos de nueva creación

22

se asignarán a una de las clases de puestos comprendidas en el Plan de Clasificación o Valoración de Puestos, conforme a las normas y criterios que se establezcan.

El Secretario se abstendrá de formalizar contratos de servicios con personas en su carácter individual cuando las condiciones y características de la relación que se establezca entre patrono y empleado sean propias de un puesto. En estos casos se procederá a la creación del puesto de acuerdo con las disposiciones y procedimientos establecidos para su clasificación y valoración, según se establece en este Reglamento.

Los puestos de duración fija se crearán según dispuesto en la Ley Núm. 184, *supra*, y este Reglamento.

2. Reclasificación de Puestos

   En los casos de reclasificación de puestos aplicarán las normas de ascensos, traslados y descensos. Se justificará reclasificar todo puesto cuando esté presente cualquiera de las siguientes situaciones:

   a. *Clasificación Original Errónea*

      En esta situación no existe cambio significativo en las funciones del puesto, pero se obtiene información adicional que permite corregir una apreciación inicial equivocada.

   b. *Modificación al Plan Clasificación o Valoración de Puestos*

      En esta situación no existen necesariamente cambios significativos en la Descripción de Puesto o Descripción de Deberes y Responsabilidades del Puesto, pero en el proceso de mantener al día el Plan de Clasificación o Valoración de Puestos mediante la consolidación, segregación, alteración, creación y eliminación de clases, surge la necesidad de enmendar la clasificación de algunos puestos.

   c. *Cambio Sustancial en Deberes, Responsabilidades o Autoridad*

      Es un cambio deliberado y sustancial en la naturaleza o el nivel de las funciones del puesto, que lo hacen subir o bajar de jerarquía o lo ubica en una clase distinta al mismo nivel.

   d. *Evolución del Puesto*

      Es el cambio que tiene lugar con el transcurso del tiempo en los deberes, autoridad y responsabilidades del puesto que ocasiona una transformación del puesto original.

**Sección 7.7 - Estatus de los Empleados en Puestos Reclasificados**

El estatus de los empleados cuyos puestos sean reclasificados se determinará de acuerdo con las siguientes normas:

1. Si la reclasificación procediera en virtud de un error en la clasificación original y el cambio representara un ascenso, se podrá trasladar al empleado a un puesto, si lo hubiere vacante, de la clase que corresponda al nombramiento del empleado, sin que el traslado resulte oneroso para este; o si reúne los requisitos se podrá confirmar al empleado en un puesto reclasificado, sin ulterior certificación de elegibles. Si el cambio representa un descenso se podrá, con el consentimiento escrito del empleado, confirmar a este en el puesto sin que ello afecte el derecho de apelación que tuviere el empleado si quisiera ejercitarlo; o se podrá trasladar al empleado a un puesto vacante que hubiere de la clase correspondiente al nombramiento del empleado; o dejar en suspenso la reclasificación hasta tanto se logre reubicar al empleado. En cualquier caso, el empleado tendrá el mismo estatus que antes de la reclasificación de su puesto.

2. Si la reclasificación procediera por cambio sustancial en deberes, autoridad y responsabilidad, y el cambio resultara en un puesto de categoría superior, se podrá ascender al empleado si su nombre estuviera en turno de certificación en el registro de elegibles correspondiente. También se podrá autorizar el ascenso sin oposición del empleado conforme a las normas establecidas en este Reglamento para este tipo de ascenso; o si no hubiera registro de elegibles, se podrá celebrar el examen para cubrir el puesto reclasificado. En todo caso, el incumbente estará sujeto al período probatorio. Si el incumbente del puesto al momento de la reclasificación no pudiera ocupar el puesto reclasificado, el Secretario lo reubicará en un puesto de clasificación igual a su nombramiento o en un puesto similar, para el cual el empleado reúna los requisitos mínimos, o dejará en suspenso la reclasificación hasta tanto se logre reubicar al empleado.

3. Si la reclasificación procediera por evolución del puesto o por modificación del Plan de Clasificación o Valoración de Puestos, el incumbente permanecerá ocupando el puesto reclasificado con el mismo estatus que antes del cambio.

**Sección 7.8 - Cambio de Deberes, Responsabilidades o Autoridad**

Cuando las circunstancias lo justifiquen se podrán disponer cambios en los deberes, responsabilidades o autoridad de los puestos, con arreglo a las siguientes normas:

1. Todo cambio responderá a la necesidad o conveniencia de las áreas, unidades o los programas del DRNA. Ningún cambio tendrá motivación arbitraria ni propósitos disciplinarios.

2. Conforme a lo anterior, el DRNA establecerá sus propios criterios de acuerdo con sus particularidades.

3. Cuando los cambios sean afines con la clasificación del puesto, los mismos no conllevarán la reclasificación del puesto afectado.

4. El empleado tendrá derecho a apelar la determinación final del Secretario ante la CASP dentro del término de treinta (30) días a partir de la fecha de notificación de la acción tomada de entender que la misma violenta sus derechos bajo el Principio de Mérito y al amparo de la Ley Núm. 184, *supra*.

## Sección 7.9 - Posición Relativa de las Clases y Equivalencias entre Distintos Planes de Clasificación o Valoración de Puestos para el Servicio de Carrera

La Oficina de Recursos Humanos determinará el ordenamiento o posición relativa entre las clases de puestos comprendidos en el Plan de Clasificación o Valoración de Puestos, a los fines de asignar estas a las estructuras de retribución. Para establecer las equivalencias (ascensos, traslados y descensos) que permitan la movilidad interagencial de los empleados entre jurisdicciones que se rijan por planes de clasificación o valoración de puestos diferentes, estas deberán ser remitidas a la OCALARH para su aprobación, conforme a la reglamentación establecida por la misma a esos efectos.

La determinación del ordenamiento o de la posición relativa es el proceso mediante el cual se ubica cada clase de puesto en la escala de valores de la organización, en términos de factores tales como la naturaleza y complejidad de las funciones y el grado de autoridad y responsabilidad que se ejerce y se recibe.

Los procesos para establecer la ordenación jerárquica de las clases deberán ser objetivos en la medida máxima posible. Se tendrá en cuenta que se trata de ubicar funciones y grupos de funciones, independientemente de las personas que las realizan o han de realizarlas.

Las decisiones se harán sobre bases objetivas. Se tomará en cuenta aquellos elementos de las funciones que tiendan a diferenciar la posición relativa de unas clases en comparación con otras. La ponderación de estos elementos deberá conducir a un patrón de clases que permita calibrar las diferencias en salarios y otras.

El Secretario dará aprobación final a la determinación del ordenamiento o de la posición relativa en relación con las clases comprendidas en el Plan de Clasificación o Valoración de Puestos y otras clases de puestos comprendidas en otros planes de clasificación o valoración de puestos, para determinar si la acción de personal constituye un traslado, ascenso o descenso.

## ARTÍCULO 8 - RECLUTAMIENTO Y SELECCIÓN

Las disposiciones sobre reclutamiento y selección, así como las de exámenes, se regirán por lo dispuesto en la Ley Núm. 184, *supra*, la normativa promulgada por la OCALARH y este Reglamento.

### Sección 8.1 - Normas de Reclutamiento y Selección

El DRNA ofrece la oportunidad de competir en su proceso de reclutamiento y selección para puestos permanentes del servicio de carrera en virtud del cual los aspirantes cualificados participen en igualdad de condiciones en aspectos tales como competencias y logros académicos, profesionales y laborales; cualificados conocimientos, habilidades y destrezas; ética del trabajo sin discrimen por razón de raza, color, sexo, nacimiento, edad, orientación sexual, identidad de género, origen o condición social, ni por sus ideas políticas o religiosas, condición de veterano, ni por impedimento físico o mental, por ser víctima o ser percibida como víctima de violencia doméstica, agresión sexual o acecho, o información genética, ni por condición de beneficiario de asistencia económica bajo la *"Personal Responsibility and Work Opportunity Reconciliation Act of 1996"* (PRWORA), Ley Pública Federal Núm. 104-193 de 22 de agosto de 1996, según enmendada, 110 Stat. 2105 et seq., ("Ley de Reconciliación de Responsabilidad Personal y Oportunidad Laboral").

La Norma de Reclutamiento constituye el documento oficial donde constarán los requisitos mínimos del puesto, según contemplados en la especificación de clase, así como las cláusulas de sustitución o alternativas a los requisitos mínimos del puesto, el tipo de competencia, la clase o las clases de exámenes que fueren recomendables en cada caso. En todo momento los requisitos estarán directamente relacionados con las funciones de los puestos. Dichos requisitos tomarán en consideración la información que hubiere disponible sobre el mercado de empleo y los recursos humanos. Las Normas se revisarán periódicamente para atemperarlas a los cambios que ocurrieren. Mediante las Normas de Reclutamiento el DRNA atraerá el mayor número posible de candidatos cualificados disponibles.

### Sección 8.2 - Condiciones Generales de Ingreso al Servicio Público

Todo candidato que opte por solicitar empleo en el DRNA, a tenor con lo dispuesto en la Sección 6.3 (1) de la Ley Núm. 184, *supra*, deberá cumplir con las siguientes condiciones generales de ingreso al servicio público:

1. ser ciudadano americano o extranjero legalmente autorizado a trabajar conforme a la legislación aplicable;
2. estar física y mentalmente capacitado para desempeñar las funciones esenciales del puesto;
3. cumplir con las disposiciones aplicables de la Ley de Contribuciones sobre Ingresos, según enmendada, sobre la radicación de la planilla de contribución sobre ingresos los cuatro (4) años previos a la solicitud;
4. cumplir con las disposiciones de la Ley Núm. 5 de 30 de diciembre de 1986, según enmendada, "Ley Orgánica de la Administración para el Sustento de Menores", de aplicar la responsabilidad de satisfacer una pensión alimentaria;
5. cumplir con las disposiciones de la Ley Núm. 68-2000, según enmendada, "Ley para el Fortalecimiento del Apoyo Familiar y Sustento de Personas de Edad Avanzada";
6. no haber incurrido en conducta deshonrosa;
7. no haber sido convicto por delito grave o por cualquier delito que implique depravación moral;
8. no hacer uso ilegal de sustancias controladas;
9. no ser adicto al uso habitual y excesivo de bebidas alcohólicas;
10. no haber sido destituido del servicio público, ni convicto por los delitos graves o menos graves que se enumeran en la Sección 6.8 (3) de la Ley Núm. 184, *supra*, en la jurisdicción del Gobierno del Estado Libre Asociado de Puerto Rico, en la jurisdicción federal o en cualquiera de los estados de los Estados Unidos de América;
11. reunir los requisitos mínimos de preparación académica y de experiencia que se establezcan para la clase de puesto correspondiente.

Las condiciones establecidas en los incisos 6 al 9 no aplicarán cuando el candidato haya sido habilitado para ocupar puestos en el servicio público conforme a la Certificación que para ello emita la OCALARH.



### Sección 8.3 - Convocatoria a Examen

La convocatoria a examen es el documento en que constarán oficialmente las determinaciones imperantes en torno a los requisitos mínimos del puesto, tipo de examen y todos aquellos aspectos que sean necesarios o convenientes divulgar para anunciar oportunidades de ingreso a una clase de puesto.

Las normas de reclutamiento estarán contenidas en la convocatoria a examen. Cuando en el DRNA exista la necesidad de cubrir un puesto, se procederá a preparar una convocatoria a examen para cada clase de puesto, conforme a los requisitos establecidos en el Plan de Clasificación o Valoración de Puestos.

Toda convocatoria a examen deberá contener lo siguiente:

1. Identificación del nombre de la agencia, dirección física, postal, electrónica y teléfonos
2. Título de la Clase de Puesto
3. Escala de Retribución según aparece en la Asignación de Clases vigente
4. Tipo de Reclutamiento

   Se indicará si la aceptación de solicitudes será hasta nuevo aviso o si la convocatoria tendrá fecha de cierre, en cuyo caso, debe expresamente informarse la misma.
5. Tipo de Competencia

   Se indicará si la competencia está limitada a empleados del DRNA, a empleados cubiertos por la Ley Núm. 184, *supra*, o abierta al público en general. La competencia puede ser de ingreso o de ascenso. Esta determinación se hará conforme a la naturaleza del trabajo, requisitos mínimos de la clase, mercado de empleo y vacantes que se proyectan cubrir. La amplitud de acceso a la competencia propende a alcanzar fuentes de recursos y abonar a un mayor margen de selección.
6. Requisitos Mínimos

   a. Se indicarán los requisitos mínimos según se establecen en el Plan de Clasificación o Valoración de Puestos. Se establecerán como requisitos mínimos para el reclutamiento, los contenidos en las especificaciones de clases o perfiles de competencia, las cuales indicaran la preparación académica y el tipo y duración de la experiencia de trabajo necesaria.



28

b. Si de un estudio de mercado de empleo se determinan requisitos diferentes a los establecidos en la especificación de clase, esta deberá ser enmendada previo a la apertura de la convocatoria.

c. Los requisitos mínimos deberán estar en armonía con la naturaleza del trabajo y se ajustarán a la demanda y oferta considerando además, las cualificaciones particulares necesarias para el desempeño de las funciones asignadas a los puestos.

d. Si se estipula como requisito mínimo determinado número de años de un tipo de experiencia, cuyo trabajo sea de naturaleza similar a la que se realiza en alguna clase de puesto en específico, indicará el título de la clase y ofrecerá una descripción clara de la clase del trabajo.

e. Si no se puede establecer claramente el tipo de experiencia en una clase en particular, se limitará el requisito a un número determinado de años de experiencia en el campo de trabajo correspondiente y obviará cualquier especificación en cuanto a títulos de clases.

f. Si la clase de puesto a cubrir es parte de una serie de clases, se podrá considerar la experiencia adquirida en los diferentes niveles de la serie de clases, y cualquier otra(s) clase(s) de puestos directamente relacionada(s). Lo anterior aplicará a clases que aunque no forman parte de una serie de clases, constituyen la línea de ascenso de la clase.

g. Se identificarán los requisitos especiales, si alguno, como colegiación, licencia para ejercer la profesión u oficio y otros exigidos por ley. Se podrá, además, exigir requisitos particulares relacionados con los servicios que ofrece el DRNA.

7. Cláusulas de Especialidades

Se incluirán las especialidades con las que se establecerán los registros y los requisitos para dichas especialidades cuando sea necesario.

8. Naturaleza del Examen

a. Los exámenes consistirán de pruebas escritas, orales, físicas, de ejecución y evaluación de preparación académica y experiencia de trabajo tomando en consideración la naturaleza del trabajo, funciones asignadas, requisitos mínimos establecidos, mercado de empleo y recomendaciones de especialistas en la materia, asociaciones y colegios. De este análisis surge la naturaleza del examen y los pesos

relativos de las partes.  Para realizar el análisis de puesto se seguirán los siguientes pasos:

(1) Se determinará el valor que tiene cada tarea a base del resultado numérico obtenido, considerando la importancia de la tarea y el tiempo que toma efectuar cada una de ellas.

(2) Se determinarán los conocimientos, habilidades y destrezas mínimas que se requieren para efectuar cada tarea.

(3) Se determinará el tipo o combinación de pruebas apropiadas para medir los conocimientos, habilidades y destrezas.

(4) Se determinarán las partes del examen y la cantidad de ejercicios en cada tarea, tomando como base la importancia de cada una en términos porcentuales.

(5) Si se determina una combinación de pruebas, se especificará el peso de cada una utilizando los por cientos asignados a cada tarea.  A las pruebas objetivas generalmente se le asignará un peso relativo superior al que se asigna a las pruebas subjetivas, a menos que estas últimas tengan preponderancia sobre los demás juicios objetivos en la realización del trabajo.

b.  En los casos de exámenes sin comparecencia, se indicará que el mismo consiste de una evaluación en la que se adjudicará puntuación por la preparación académica, cursos o adiestramientos y por la experiencia de trabajo directamente relacionada con los puestos en la clase.

c.  En los casos de exámenes de comparecencia se indicará el tipo de examen a ser administrado, así como las clases de subpruebas que componen el mismo.

d.  En los casos de exámenes combinados, se indicará la descripción de cada parte y el porcentaje de peso que se le adjudicará a cada una de estas.

9.  Período Probatorio

Se indicará el período probatorio según consta en la especificación de clase.

10. Naturaleza del Trabajo

Se ofrecerá una descripción breve de las funciones de la clase de puesto de acuerdo al Plan de Clasificación o Valoración de Puestos.

11. Criterios a utilizarse para ordenar los nombres de los elegibles en los registros correspondientes:

    a. índices académicos;

    b. puntuación de reválidas;

    c. exámenes o entrevistas; o

    d. puntuación en evaluaciones de preparación académica y/o experiencia adicional a la establecida en los requisitos mínimos.

12. Otra información general:

    a. se indicará dónde y cómo solicitar;

    b. se incluirán cláusulas especiales referentes a la acreditación de experiencia y otras relacionadas con las condiciones de trabajo en la clase de puesto;

    c. se indicará que los estudios en el extranjero serán acreditables, si someten la convalidación de los mismos por parte de las autoridades correspondientes;

    d. se indicará que solamente cualifican los ciudadanos de los Estados Unidos y los extranjeros legalmente autorizados a trabajar en Puerto Rico;

    e. se indicará que como condición de empleo al servicio público se requerirá evidenciar que ha rendido planilla de contribución sobre ingresos durante los cuatro años previos a la solicitud, según dispuesto en la Ley de Contribuciones sobre Ingresos, según enmendada;

    f. se informará que cualquier persona con impedimento, que así lo desee, puede solicitar acomodo razonable al someter la solicitud de examen;

    g. se incluirá una declaración de que el DRNA promueve la igualdad de oportunidades de empleo.

13. Fecha de emisión de la convocatoria a examen

14. Número de la convocatoria a examen (Se asignará el número por año fiscal)

15. Nombre, cargo y firma de la Autoridad Nominadora

    Las convocatorias a examen deberán revisarse periódicamente de modo que reflejen los cambios en el mercado de empleo.

**Sección 8.4 - Aviso Público de las Oportunidades de Empleo**

1. Las convocatorias a examen se divulgarán en la página electrónica del Gobierno del Estado Libre Asociado de Puerto Rico y por los medios de comunicación más apropiados, tales

como: radio, televisión, prensa diaria, publicaciones y revistas profesionales, comunicaciones con organizaciones profesionales, laborales, cívicas y educativas, comunicaciones oficiales interagenciales, tablones de edictos, y otros medios que razonablemente puedan llegar a las personas interesadas.

2. Asimismo, el DRNA circulará las convocatorias a examen de libre competencia en la Oficina del Procurador del Veterano, de conformidad con la Ley Núm. 203-2007, según enmendada, "Carta de Derechos del Veterano Puertorriqueño del Siglo XXI".

3. El DRNA podrá establecer y operar sus propios registros de convocatorias para reclutamiento, ascenso y/o adiestramiento y administrar sus páginas electrónicas y divulgar a través de estas la información correspondiente. Los ciudadanos podrán someter sus solicitudes para reclutamiento, ascenso y/o adiestramiento a través de la propia Red de Internet mediante portales electrónicos creados conforme a la reglamentación que adopte el DRNA.



4. Al determinar la frecuencia de estos anuncios, se tomará en cuenta que los mismos resulten efectivos para los fines de reclutamiento, que resulten económicos y que faciliten al ciudadano interesado la radicación y consideración de su solicitud.

5. Las convocatorias incluirán toda la información requerida por la Sección 6.3 (3) de la Ley Núm. 184, *supra*, incluyendo: título de la clase de puesto, escala de sueldo, plazo para radicar solicitud, requisitos mínimos, naturaleza del trabajo, funciones esenciales y marginales de los puestos, período probatorio, número de la convocatoria, fecha de emisión y terminación, si son de reclutamiento continuo y cualquier otra información indispensable, como la relativa al cumplimiento de la "Ley Federal de Americanos con Impedimentos" y cualquier otra legislación que así lo requiera. Las convocatorias también incluirán el tipo de competencia, el tipo de examen o criterios de evaluación u ordenación de nombres en el registro de elegibles.

6. Como norma general, el reclutamiento será efectuado con adecuada planificación de las épocas en que se ofrecerán los exámenes. No obstante, habiendo evidencia de disponibilidad de candidatos suficientes para cubrir las necesidades del servicio, podrán prescribirse períodos o fechas determinadas para el recibo de solicitudes.

7. Cuando la convocatoria prescriba períodos o fechas determinadas para el recibo de solicitudes, se observarán las siguientes normas:

    a. La convocatoria deberá publicarse con no menos de diez (10) días laborables de antelación a la fecha límite para solicitar.

    b. En el aviso público referente a cada examen se hará constar el período de tiempo durante el cual habrán de aceptarse solicitudes de examen y peticiones de acomodo razonable.

    c. No se aceptará solicitud alguna que se radique con posterioridad a dicho término.

    d. En caso de que no se reciba un número suficiente de solicitudes, se podrá extender el período para el recibo de solicitudes, enmendar o cancelar la convocatoria a examen; en cualquiera de estos casos se dará aviso público de la acción tomada.

8. En los casos en que prescriba la fecha límite para la aceptación de solicitudes de examen, si hubiere razones justificadas, se podrá reabrir la oportunidad de radicar solicitudes adicionales en cualquier momento, siempre que no se vulnere el principio de igualdad de oportunidades y de competencia.

9. Si el reclutamiento fuera continuo, se podrán ofrecer los exámenes a las personas que los han tomado previamente y han fracasado o interesan mejorar la puntuación obtenida, después de transcurrido un término razonable para exámenes sin comparecencia y escritos, y para exámenes de ejecución y orales. La determinación del lapso de tiempo a transcurrir para ofrecer nuevamente el examen a las personas previamente examinadas, dependerá de la naturaleza de la clase de puesto o del examen, o de las necesidades del servicio.

## Sección 8.5 - Procesamiento de Solicitudes

1. Las solicitudes recibidas como resultado de las convocatorias a examen publicadas se revisarán para determinar que contengan toda la información y documentación requerida y que cumplan con el término establecido para la radicación de la misma, esto a fin de determinar las que deben ser aceptadas o rechazadas.

2. Se rechazarán las solicitudes por cualesquiera de las siguientes razones:

    a. radicación tardía;

    b. no reunir los requisitos mínimos establecidos para ocupar el puesto; o

    c. tener conocimiento formal que surja de la información provista por el solicitante a los efectos de que:

        (1) no es ciudadano americano o extranjero legalmente autorizado a trabajar;

33

(2) está física o mentalmente incapacitado para desempeñar las funciones esenciales del puesto;

(3) no ha cumplido con las disposiciones aplicables de la "Ley de Contribuciones sobre Ingresos", según enmendada, sobre la radicación de planillas de contribución sobre ingresos;

(4) ha incurrido en conducta deshonrosa;

(5) ha sido convicto por delito grave o por cualquier delito que implique depravación moral;

(6) ha sido destituido del servicio público y no haya sido habilitado por la OCALARH;

(7) es usuario habitual o excesivo de sustancias controladas o bebidas alcohólicas;

(8) ha sido convicto por los delitos graves o menos graves que se enumeran en el Artículo 6, Sección 6.8 (3) de la Ley Núm. 184, *supra,* en la jurisdicción del Gobierno del Estado Libre Asociado de Puerto Rico, en la jurisdicción federal o en cualquiera de los estados de los Estados Unidos de América; o

(9) ha realizado o intentado realizar engaño o fraude en la información sometida en la solicitud o que ha realizado o intentado cometer cualquier delito contra la propiedad pública, tales como apropiación ilegal, robo o mutilación de los exámenes a ofrecerse u ofrecidos. En el caso de empleados públicos, podrá dar motivo a la destitución o la imposición de cualquier otra medida disciplinaria.

3. Las causales enumeradas en los sub incisos (4) al (7) del inciso 2 (c) que antecede se utilizarán para rechazar solicitudes solamente en los casos en que la persona no haya sido habilitada por el Director de la OCALARH para competir para un empleo en el servicio público, a tenor con lo dispuesto en el Artículo 4, Sección 4.3 (2) (d) de la Ley Núm. 184, *supra.*

4. Se notificará por escrito, en sobre sellado, a la persona cuya solicitud haya sido rechazada informándole la causa del rechazo y su derecho de apelación ante la CASP.

5. A tenor con la Sección 6.8 (3) de la Ley Núm. 184, *supra,* se considerará inelegible de forma permanente para empleo, contrato de servicios profesionales en el servicio público, o aspirar u ocupar cargo electivo alguno, a toda persona que haya sido convicta en la jurisdicción del Gobierno del Estado Libre Asociado de Puerto Rico, en la jurisdicción federal, o en

34

cualquiera de los estados de Estados Unidos, por cualquiera de los delitos que se mencionan a continuación, cuando constituyan delito grave y se hayan ejercido en una función pública. Estos delitos son:

    a. apropiación ilegal agravada;

    b. extorsión;

    c. sabotaje de servicios públicos esenciales;

    d. fraude en las construcciones;

    e. enriquecimiento ilícito;

    f. aprovechamiento ilícito de trabajos o servicios públicos;

    g. intervención indebida en las operaciones gubernamentales;

    h. soborno;

    i. oferta de soborno;

    j. influencia indebida;

    k. malversación de fondos públicos;

    l. falsificación de documentos.

6. Los delitos antes mencionados están estatuidos en los Artículos 182, 191, 241, 202, 250, 252, 254, 259, 260, 261, 264 y 211, respectivamente, del Código Penal de Puerto Rico, según enmendado.

7. Cuando la convicción resulte por la comisión de cualquiera de los delitos que aparecen a continuación, la prohibición dispuesta por la Ley Núm. 184, *supra*, será por el término de veinte (20) años, contados a partir de la fecha de la convicción, siempre que los delitos se hayan cometido en el ejercicio de una función pública:

    a. daño agravado;

    b. negociación incompatible con el ejercicio del cargo público;

    c. retención de propiedad;

    d. alteración o mutilación de propiedad;

    e. posesión y uso ilegal de información, recibos y comprobantes de pago de contribuciones;

    f. preparación de escritos falsos;

    g. presentación de escritos falsos;

    h. falsificación de asientos en registros;

    i.   falsificación de sellos;

    j.   falsificación de licencia, certificado y otra documentación;

    k.   archivo de documentos o datos falsos;

    l.   posesión de instrumentos para falsificación.

8. Los delitos antes mencionados están estatuidos en los Artículos 199, 253, 256, 257, 265, 286, 287, 213, 214, 215, 216 y 218, respectivamente, del Código Penal de Puerto Rico, según enmendado.

9. Cuando la convicción resulte por la comisión de cualquiera de los delitos que aparecen a continuación, la prohibición dispuesta en la Ley Núm. 184, *supra,* será por el término de ocho (8) años, contados a partir de la fecha de la convicción:

    a.   compra y venta ilegal de bienes en pago de contribuciones; u

    b.   omisión en el cumplimiento del deber.

10. Los delitos antes mencionados están estatuidos en los Artículos 266 y 262, respectivamente, del Código Penal de Puerto Rico, según enmendado.

11. Aplicará de igual forma la prohibición o inhabilitación de aspirar a un cargo electivo u ocupar una función en el empleo o servicio público a aquellas personas que, aunque no sean funcionarios públicos al momento de cometer tales delitos, resulten convictas como coautores de funcionarios públicos en la comisión de los mismos.

## Sección 8.6 - Exámenes

1. El reclutamiento de los recursos humanos para el servicio de carrera se llevará a cabo mediante un proceso en virtud del cual los aspirantes compitan en igualdad de condiciones y sin discrimen por razones ajenas al mérito, mediante exámenes para cada clase de puesto que podrán consistir de pruebas escritas, orales, físicas, de ejecución, evaluación de experiencia y preparación académica, evaluaciones objetivas y escritas del supervisor, análisis del récord de trabajo y resultados de adiestramientos, o preferiblemente una combinación de estos; siempre tomando en cuenta lo dispuesto en la Ley ADA y la "Ley de Protección de Discrimen contra Impedidos".

2. Los exámenes deberán medir los conocimientos, la capacidad, aptitud y habilidad de las personas examinadas para el desempeño de las funciones de cada clase de puesto. Estos deberán desarrollarse orientados hacia los deberes y responsabilidades esenciales que

caracteriza la clase de puesto, siempre tomando en cuenta aquellos casos cubiertos por la Ley ADA y la "Ley de Protección de Discrimen contra Impedidos".

3. Se citará a los exámenes de comparecencia a todo examinado cualificado, indicándole la fecha, hora y lugar en que deberá comparecer. Toda persona que comparezca se identificará mediante la constatación de su firma y de un documento oficial. Se podrá denegar admisión a examen si el candidato no comparece a la hora indicada en la citación.

4. En el proceso de calificación de los exámenes escritos se mantendrá oculta la identidad de los candidatos. Para ser elegible, toda persona examinada deberá obtener, por lo menos, la puntuación mínima que se establezca como nota de pase.

5. Se le dará preferencia al miembro de los Servicios Uniformados, Guardia Estatal, empleado civil del Cuerpo de Ingenieros o del Servicio Médico Nacional contra Desastres, en igualdad de condiciones académicas, técnicas o de experiencia, en su nombramiento o concesión de ascenso para cualquier cargo, empleo u oportunidad de trabajo.

6. A los miembros identificados en el inciso 5 que antecede y a los veteranos, según este término se define en la "Carta de Derechos del Veterano Puertorriqueño del Siglo XXI", *supra*, se les concederá diez (10) puntos o el diez por ciento (10%), lo que sea mayor, a la calificación obtenida en cualquier prueba o examen requerido a los fines de cualificar para un empleo, ya sea de ingreso, reingreso o de ascenso. Deben haber obtenido la puntuación mínima requerida de aprobación del examen para poder concederse la puntuación mencionada.

7. Se les ofrecerán exámenes de oposición a todos aquellos veteranos que no hubiesen podido presentar dichos exámenes de oposición, de solicitarlo dentro de un plazo de ciento ochenta (180) días, luego de reintegrarse a su trabajo civil, luego de su servicio activo o de regresar de un entrenamiento militar. De aprobar los mismos, se incluirá el nombre del empleado en las listas o registros correspondientes. Examen de oposición significa el examen o los exámenes que un patrono realiza a varias personas que desean un determinado puesto de trabajo dentro de una organización para determinar las capacidades de cada uno de los solicitantes para el ejercicio de las funciones para dicho puesto, incluyendo, pero sin limitarse, a la administración de exámenes escritos, verbales, teóricos, prácticos, evaluaciones psicológicas, de cualificaciones, entre otros.

8. En caso de muerte del veterano, se concederá la puntuación que le hubiere correspondido al cónyuge supérstite si no ha contraído nuevo matrimonio, así como los hijos del veterano que sean menores de edad y a los mayores de edad que estuvieren incapacitados de conformidad con la Ley Núm. 203, *supra*. La persona tiene que haber obtenido la puntuación mínima requerida para aprobar el examen.

9. Igualmente, se le aplicarán cinco (5) puntos o el cinco por ciento (5%), lo que sea mayor, a la puntuación obtenida por una persona con impedimento sin que tenga que ser veterano en cualquier prueba o examen requerido a fin de cualificar para empleo, ya sea de ingreso o ascenso. La persona con impedimento tiene que haber obtenido la puntuación mínima para aprobar el examen. Este beneficio no aplicará si la persona con impedimento que lo solicita, cualifica para recibir los beneficios conferidos por la Ley Núm. 203, *supra*.



10. De la misma manera, se le sumarán cinco (5) puntos o el cinco por ciento (5%),     lo que sea mayor, a la puntuación obtenida en cualquier prueba o examen requerido a los fines de cualificar para un empleo, ya sea de ingreso o ascenso, a una persona beneficiaria de los programas de asistencia económica gubernamental que se encuentran bajo las disposiciones de la Ley Pública Federal Núm. 104-193, *supra*. La persona deberá estar próxima a cumplir sesenta (60) meses de participar de dichos beneficios, y tiene que haber obtenido la puntuación mínima requerida para aprobar el examen. Competirá en igualdad de condiciones con el resto de los candidatos a empleo.

11. Las personas examinadas recibirán información sobre sus calificaciones por escrito. Cualquier persona examinada podrá solicitar la revisión del resultado de su examen y tendrá derecho a que se efectúe la revisión si lo solicitara dentro del período máximo de quince (15) días a partir de la fecha del depósito en el correo en que se envió la notificación del resultado del examen.

12. Si como resultado de la revisión del examen, se alterara la puntuación y/o turno del candidato, se hará el ajuste correspondiente, pero no se afectará ningún nombramiento efectuado.

13. La revisión de los exámenes escritos de selección múltiple consistirá en calificarle el examen en presencia del candidato, mediante una clave especial. En los demás casos se le explicará al candidato el procedimiento de calificación del examen.

### Sección 8.7 - Registro de Elegibles

Se establecerán los registros de elegibles conforme a las siguientes disposiciones:

1. Los nombres de las personas que aprueban los exámenes serán colocados en estricto orden descendente de las calificaciones o puntuaciones obtenidas.

2. En los casos de puntuaciones iguales se determinará el orden para figurar en los registros tomando en consideración uno o más de los siguientes factores:

   a. preparación académica general o especial;

   b. experiencia relacionada con la clase de puesto;

   c. índice o promedio en los estudios académicos o especiales;

   d. fecha de radicación de la solicitud.

3. La elegibilidad de las personas que figuran en los registros serán eliminadas por cualquiera de las siguientes causas:

   a. La declaración del elegible por escrito de que no está dispuesto a aceptar nombramiento. Esta declaración podrá limitarse a determinado período de tiempo o a puestos cuyas condiciones de empleo sean diferentes a las establecidas por el elegible en la solicitud de examen. El nombre de este no será tomado en cuenta al momento de expedirse alguna certificación de elegible mientras prevalezcan las condiciones de no aceptabilidad estipuladas por el mismo;

   b. declinar el nombramiento que se ofrezca mediante las condiciones previamente establecidas y aceptadas por el elegible;

   c. no comparecer a la entrevista sobre el nombramiento sin razón justificada;

   d. no someter evidencia que se le requiera sobre requisitos mínimos o someter evidencia indicativa de que no reúne los requisitos mínimos;

   e. no asistir al trabajo después de transcurridos cinco (5) días laborables consecutivos desde la fecha de aceptación de un nombramiento, a menos que el Secretario conceda al elegible un período de tiempo adicional para tomar posesión del puesto;

   f. notificación por las autoridades postales en cuanto a la imposibilidad de localizar al elegible;

   g. haber sido convicto de algún delito grave que implique depravación moral o haber incurrido en conducta deshonrosa;

h.  tener conocimiento oficial formal del uso habitual y excesivo de bebidas alcohólicas por el elegible;

i.  tener conocimiento oficial formal que el elegible es usuario de sustancias controladas;

j.  haber suministrado falso testimonio sobre cualquier hecho concreto en relación con su solicitud de empleo o de examen;

k.  haber realizado o intentado realizar, engaño o fraude en su solicitud o en sus exámenes, o en la obtención de elegibilidad o de nombramiento;

l.  haber sido declarado incapacitado por algún tribunal competente, independientemente de que el caso esté en apelación.  No se eliminará del registro de elegibles ninguna persona con impedimento físico, mental o sensorial que pueda realizar las funciones esenciales del puesto con o sin acomodo razonable;

m.  haber sido destituido del servicio público;

n.  muerte del elegible;



o.  haber incurrido en aquellos delitos establecidos en la Sección 6.8 (3) de la Ley Núm. 184, *supra*, y en la Sección 8.5 de este Reglamento; o

p.  nombramiento del elegible para un puesto regular, mediante certificación del registro establecido para esa clase de puesto.

4.  No se afectará la elegibilidad en los registros, si el solicitante demuestra que el Director de la OCALARH le habilitó.

5.  A todo candidato cuyo nombre se elimine de un registro de elegibles a tenor con el inciso 3 de esta Sección, se le enviará notificación al respecto y se le advertirá sobre su derecho a solicitar reconsideración.  De prevalecer la decisión tomada se le apercibirá de su derecho a apelar ante la CASP.

6.  La duración de los registros de elegibles dependerán de su utilidad y/o conveniencia para satisfacer las necesidades del servicio.  Los registros podrán cancelarse en circunstancias como las siguientes:

a.  cuando se considere que se debe atraer nuevos candidatos introduciendo nueva competencia o requisitos diferentes;

b.  cuando se ha eliminado la clase de puesto para la cual se estableció el registro; o

c.  cuando se haya determinado la existencia de algún tipo de fraude general antes o durante la administración de los exámenes.

7. Se notificará a los elegibles cuando los registros se cancelen o prescriba su vigencia. La cancelación será notificada mediante aviso público y en la página electrónica del DRNA.

8. El nombramiento de una persona para ocupar un puesto transitorio no eliminará su nombre de los registros de elegibles en los que figure.

9. Se establecerán además registros especiales por clases de puestos que contendrán los nombres de personas con derecho a reingreso de becarios, ex pensionados y otros en armonía con el Artículo 15 de este Reglamento.

### Sección 8.8 - Certificación y Selección

Como norma general los puestos vacantes en el servicio de carrera se cubrirán mediante la certificación y selección de los candidatos que figuren en los registros de elegibles, conforme a las siguientes disposiciones:

1. Cada jefe de área, oficina o división someterá un escrito a la Oficina de Recursos Humanos del DRNA solicitando cubrir puestos vacantes, conforme al procedimiento que se establezca.

2. Se expedirán certificaciones de elegibles para cubrir los puestos vacantes en el orden en que se reciban las solicitudes de personal. La certificación del número de elegibles no será mayor de diez (10) por cada puesto vacante a cubrirse, en el turno que le corresponda en el registro de elegibles.

3. El nombre de un elegible que aparezca en registros para distintas clases podrá ser certificado simultáneamente para puestos vacantes.

4. La selección de los candidatos para nombramientos se hará en un término no mayor de quince (15) días laborables, a partir de la fecha de envío de la certificación de elegibles. Dicho término podrá prorrogarse, a discreción del Secretario, por no más de diez (10) días adicionales cuando medien circunstancias extraordinarias. Sin embargo, a partir de los quince (15) días iniciales podrán incluirse los mismos candidatos en otras certificaciones de elegibles.

5. Cuando un candidato se haya incluido en más de una (1) certificación de elegibles para una misma clase de puesto y resulta seleccionado por más de una unidad de trabajo, se le dará prioridad para nombramiento a la primera unidad que notifique la selección de esta dentro del término de quince (15) días laborables a partir de la fecha de envío de la certificación de elegibles.

41

6. En aquellos casos en que no se pueda hacer una selección debido a que uno o más de los candidatos incluidos en la certificación no comparezcan a entrevista o no estén dispuestos a aceptar el nombramiento bajo las condiciones estipuladas, se podrán añadir candidatos a la certificación original hasta completar el total de diez (10) elegibles.

7. El Secretario podrá negarse a certificar un elegible por cualquiera de las razones expuestas en el inciso 3 de la Sección 8.7 de este Reglamento. Dicha negativa deberá notificarse por escrito a la persona afectada indicando la causa o causas en que se fundamenta. La persona afectada por la decisión podrá solicitar reconsideración al Secretario. De ratificarse la decisión del Secretario, la persona podrá apelar ante la CASP.

8. Si alguna unidad de trabajo interesa cubrir más de un (1) puesto vacante en la misma clase de puesto, se determinará el número de elegibles adicionales a certificarse, que no será mayor de diez (10) por cada vacante.

9. Cuando se solicite cubrir un (1) puesto para el cual se haya establecido un registro especial se enviará la relación de los nombres de las personas que aparezcan en dicho registro, además de la certificación de elegibles del registro ordinario. Como norma general, se podrá seleccionar a cualquier candidato del registro especial o del registro ordinario para cubrir el puesto.

10. La anterior disposición no aplica en situaciones en las que se haya incluido en los registros para una misma clase de puesto alguna persona mediante reingreso, luego de recuperar de su incapacidad ocupacional o no ocupacional de alguno de los sistemas de retiro del Gobierno del Estado Libre Asociado de Puerto Rico, o algún becario que al completar sus estudios no haya podido ser nombrado.

   a. En estas situaciones se certificarán como únicos candidatos y el DRNA vendrá obligado a nombrarlos si están disponibles. En la eventualidad de que en los registros para una misma clase de puesto se haya incluido el nombre de un ex pensionado y de un becario, se certificará como único candidato al ex pensionado.

   b. También se dará cumplimiento a cualquier legislación especial que se establezca sobre registros especiales, tales como veteranos, para los que la legislación federal exija preferencia.

11. Los puestos permanentes vacantes se podrán cubrir mediante ascensos sin oposición, conforme se establece en el inciso 4 de la Sección 9.2 de este Reglamento. El Secretario

podrá autorizar certificaciones selectivas cuando las cualificaciones especiales de los puestos así lo requieran.

    a. Por cualificaciones especiales del puesto se entenderán aquellos requerimientos o exigencias funcionales de algún o algunos puestos individuales que los diferencian del resto de los otros que componen la clase.

    b. Solo se autorizarán certificaciones selectivas cuando los puestos de niveles superiores o intermedios de una clase requieran para el desempeño de sus funciones, conocimientos, habilidades o destrezas específicas claramente constatables.

    c. Esta certificación constituirá un mecanismo que se utilizará de forma mesurada y restrictiva en casos excepcionales.

12. El DRNA notificará por escrito a la persona que seleccionó para nombramiento y la citará para orientarla sobre los documentos que deberá someter. Se notificará por escrito a los candidatos certificados que no resultaron seleccionados. En dicha comunicación se le informará además la consiguiente inclusión de su nombre en el registro de elegibles.

13. El veterano incluido en una certificación de elegibles, en igualdad de condiciones académicas, técnicas o de experiencia, tendrá preferencia sobre los demás candidatos en su nombramiento o concesión de ascenso para cualquier cargo, empleo u oportunidad de trabajo, conforme a lo dispuesto en la Sección 8.6, incisos 5, 6 y 7 de este Reglamento.

**Sección 8.9 - Verificación de Requisitos, Examen Médico y Juramento de Fidelidad**

1. Se verificará que los candidatos seleccionados reúnan los requisitos de preparación académica y experiencia, licencia, colegiación y cualesquiera otros establecidos para la clase de puesto en el cual habrán de ser nombrados antes de expedirse dicho nombramiento o autorizarse el cambio correspondiente.

2. Será motivo para la cancelación de cualquier selección de un candidato o la eliminación de un nombre de un registro de elegibles, el no presentar la evidencia requerida o no reunir los requisitos a base de la evidencia presentada. Lo anterior, considerando los derechos del candidato a empleo bajo las leyes federales y estatales aplicables.

3. El nombramiento en un puesto en el DRNA estará sujeto al resultado de las pruebas para la detección de sustancias controladas administradas al candidato que sea preseleccionado para empleo.

43

4. Además, el nombramiento en el servicio público estará sujeto a la certificación de estatus emitida por la OCALARH y al resultado de un examen médico, que será pagado por el empleado.

5. El examen médico será efectuado por un médico debidamente autorizado a practicar la profesión en Puerto Rico. Este constituirá evidencia de que la persona seleccionada para ingresar al DRNA está hábil para ejercer las funciones esenciales del puesto con y sin acomodo razonable de acuerdo con lo dispuesto en la Ley ADA y la "Ley de Protección de Discrimen contra Impedidos". El Secretario determinará el tipo de examen médico que se requerirá en cada situación particular para ingreso al servicio. No se discriminará contra candidatos cualificados por razón de impedimento.

6. Esta evidencia podrá requerirse además, cuando se considere necesario o conveniente al servicio en casos de reingresos, ascensos, traslados y descensos.

7. Si como resultado de un examen médico se retira la oferta de empleo, el criterio de exclusión deberá estar directamente relacionado con el empleo, ser consistente con las necesidades en el DRNA y demostrar que las funciones esenciales del puesto no pueden desempeñarse mediante el acomodo razonable requerido por ley.




8. Se requerirá que toda persona a quien se ha de nombrar para ingreso en el DRNA presente los siguientes documentos:

    a. Acta de Nacimiento en original o, en su defecto, un documento equivalente, legalmente válido.

        (1) Conforme a las disposiciones de la Ley Núm. 191-2009, según enmendada, se retendrá como evidencia del Acta de Nacimiento, copia fotostática certificada como copia fiel y exacta de la copia certificada expedida por el Registro Demográfico.

        (2) En ausencia del Acta de Nacimiento, se retendrá copia del Acta de Bautismo acompañada de copia de certificación negativa del Registro Demográfico.

        (3) En ausencia del Acta de Nacimiento y del Acta de Bautismo, se aceptará un certificado de la Comisión Estatal de Elecciones donde conste la edad del candidato a la fecha de inscripción, copia de la cual se retendrá en el expediente.

    b. Tarjeta del Seguro Social (copia).

    c. Certificado de Antecedentes Penales en original.

    d. Certificación de Radicación de Planillas de Contribución sobre Ingresos en original.

    e. Certificación Negativa de Deuda de Pensión Alimentaria o certificación de que satisface un plan de pago.

    f. Evidencia de licencia profesional requerida para ejercer las funciones del puesto, de aplicar.

    g. Transcripción de créditos en original del o de los grados académicos obtenidos.

    h. Evidencia de colegiación, de aplicar.

9. Además, deberá completar el formulario "Verificación de Elegibilidad para Empleo (I-9) del Servicio de Inmigración Federal", previo a la juramentación y toma de posesión del cargo o empleo, el cual se mantendrá en un expediente.

10. Toda persona a quien se extienda nombramiento para ingreso al servicio público en el DRNA, deberá prestar como requisito de empleo el "Juramento de Fidelidad".

### Sección 8.10 - Período Probatorio

Las disposiciones sobre período probatorio se regirán por lo dispuesto en la Ley Núm. 184, *supra*, la normativa promulgada por la OCALARH y este Reglamento.



1. El período probatorio constituye la última parte del proceso de reclutamiento y selección y la parte final del examen.

2. Excepto, según se disponga expresamente en este Reglamento o cualquier otra reglamentación emitida por la OCALARH, toda persona nombrada o ascendida para ocupar un puesto permanente de carrera y los empleados que sean trasladados o descendidos a otros puestos, estarán sujetos al período probatorio requerido para la clase de puesto.



3. El período probatorio abarcará un ciclo completo de las funciones del puesto. Este no será menor de tres (3) meses, ni mayor de un (1) año, conforme esté establecido en el Plan de Clasificación o Valoración de Puestos. El período probatorio no será prorrogable.

4. Al completar satisfactoriamente el período probatorio, el empleado pasará a ser empleado regular de carrera.

5. El DRNA evaluará en forma continua la productividad, eficiencia y el cumplimiento de los criterios de orden y disciplina de los empleados en período probatorio. Será responsabilidad del supervisor adiestrar y orientar al empleado, formalizar las evaluaciones, discutirlas con el empleado y tomar la acción que corresponda. Los empleados tendrán que demostrar su

capacidad para desempeñar, satisfactoriamente, los deberes del puesto. Además, deben observar la conducta que se espera de un servidor público para ser acreedor al estatus de empleado de carrera regular.

6. Será responsabilidad del supervisor inmediato orientar al empleado probatorio sobre:

    a. los programas y organización del DRNA, así como sus componentes;

    b. los deberes y responsabilidades esenciales y marginales del puesto;

    c. el grado de autoridad y supervisión adscrito al puesto;

    d. los deberes y obligaciones de los empleados, según se establece en la Ley Núm. 184, *supra,* la Ley Núm. 1-2012, "Ley de Ética Gubernamental de Puerto Rico de 2011", los Reglamentos y las Normas Internas del DRNA;

    e. reglamentación interna sobre jornada de trabajo, asistencia, puntualidad y cualquier política pública aplicable;

    f. las acciones que se pueden tomar debido a las faltas cometidas en sus servicios, hábitos y actitudes;

    g. los criterios de productividad y eficiencia que deberá alcanzar;

    h. la forma y frecuencia con que se evaluará su trabajo; y

    i. los programas de ayuda a empleados.

Esta orientación se ofrecerá al empleado inmediatamente después de la toma de posesión del puesto y durante todo el proceso del período probatorio.

7. El supervisor inmediato será responsable de proveerle al empleado el adiestramiento y ayuda necesaria para el cumplimiento de sus deberes. También, le proveerá aquellos instrumentos y equipo requerido para el desempeño de sus funciones.

8. La eficiencia, productividad, hábitos y actitudes de los empleados probatorios se evaluarán en relación con las funciones y responsabilidades esenciales y marginales del puesto en el cual fueron nombrados, y los deberes y obligaciones de los empleados públicos, de acuerdo con las leyes aplicables y la reglamentación del DRNA.

9. Los supervisores responsables de evaluar a los empleados en período probatorio deberán conocer la labor que realizan los mismos y estar atentos a sus ejecutorias. De igual forma, velarán que las labores que estos realicen correspondan a las funciones del puesto en el que han sido nombrados.

10. Según la duración del período probatorio de cada clase, se establecerá la frecuencia de las evaluaciones periódicas. En todo caso, se harán por lo menos dos (2) evaluaciones: una a la mitad del período probatorio y otra dentro del tiempo establecido al final de dicho período. No obstante, es recomendable que, en puestos cuyo período probatorio sea mayor de seis (6) meses, se formulen evaluaciones por lo menos cada tres (3) meses. Si el supervisor observa que el empleado no alcanza el nivel esperado en algunos de los criterios de evaluación, deberá comunicar inmediatamente al empleado el juicio que hace de su ejecución o conducta observada. Asimismo, se orientará sobre los cambios necesarios para cumplir con los referidos criterios.

11. Se usarán los formularios oficiales que se diseñen y adopten para estos fines.

12. En casos de ausencias prolongadas o separación del supervisor inmediato, este tendrá la responsabilidad de la evaluación del empleado en período probatorio por el término en que se desempeñó como su supervisor.

13. En los casos en que un empleado en período probatorio tenga más de un supervisor, debido a las condiciones de trabajo o a la naturaleza de las funciones del puesto y en los casos en que haya mediado cambio de supervisor, cada uno rendirá un informe por separado. El informe comprenderá el período bajo el cual el empleado ha estado bajo su supervisión. Las evaluaciones periódicas y la final del empleado, reflejarán el consenso de los supervisores que este haya tenido.

14. Las evaluaciones periódicas y la final serán discutidas con los empleados a fin de que estos conozcan el juicio que hace el supervisor de sus servicios, ejecutoria, hábitos y actitudes en el transcurso del período probatorio.

15. La evaluación final de los empleados en período probatorio, se hará con, por lo menos, diez (10) días de anticipación a la fecha de vencimiento de dicho período probatorio.

16. Será motivo suficiente para la separación de un empleado en período probatorio cuando en una evaluación intermedia o final el empleado no alcance el nivel esperado en uno o más de los factores de evaluación descritos en los formularios oficiales, si a juicio del supervisor la magnitud de la deficiencia constituye causa suficiente para recomendar tal separación.

17. El Secretario podrá efectuar separaciones de empleados en período probatorio en cualquier momento durante el transcurso del mismo, si de las evaluaciones se determina que sus servicios, ejecutoria, hábitos o actitudes justifican tal acción.

Toda separación expresará los motivos de la misma e indicará claramente si es por razón de sus servicios, ejecutoria, hábitos o actitudes.   La facultad del Secretario de efectuar separaciones en período probatorio es indelegable. Solamente el Secretario, o la persona que le sustituye interinamente, podrán ejercitarla.

18. Se podrá separar de su puesto a cualquier empleado de carrera durante el período probatorio cuando se considere que sus servicios, ejecutoria, hábitos o actitudes no justifican concederle un nombramiento regular.   Si la separación es por servicios o ejecutoria insatisfactoria e inmediatamente antes de ese nombramiento hubiere servido satisfactoriamente como empleado regular en otro puesto, el empleado tendrá derecho a que se le reinstale en un puesto igual o similar al que ocupó con estatus regular con o sin acomodo razonable en los casos que aplica la Ley ADA.   Si la separación fuera debido a los hábitos o actitudes del empleado que den base para su destitución del servicio, se podrá proceder a su separación del servicio mediante el procedimiento de destitución.

19. La notificación al empleado que fracase en el período probatorio le indicará su derecho de apelar ante la CASP, de entender este que se ha violentado el Principio de Mérito.




20. La acción final que se tome con el empleado en el período probatorio deberá notificársele con, por lo menos, diez (10) días de anticipación.

21. Una vez el empleado apruebe satisfactoriamente el período probatorio, se tramitará inmediatamente su cambio de estatus a empleado regular mediante el formulario Informe de Cambio.   Se notificará por escrito al empleado y se acompañará la evaluación final conjuntamente con la copia del referido formulario.

22. Los funcionarios y empleados deberán cumplir con las obligaciones que se le asignen relacionadas con el trámite o ejecución de la notificación final sobre período probatorio.

23. Si la persona nombrada hubiere venido desempeñando satisfactoriamente los deberes del puesto mediante nombramiento transitorio, inmediatamente antes del nombramiento, el período de servicios prestados le podrá ser acreditado al período probatorio.   La determinación de la acreditación tiene que ser efectuada por el Secretario, previo al nombramiento en el puesto permanente.   La misma es discrecional y requerirá una evaluación del supervisor inmediato de los servicios prestados en el puesto transitorio y una recomendación del Secretario.   Solo se acreditarán los servicios prestados en puestos de la misma clase, cuyos deberes sean iguales a los del puesto que pasa a ocupar el empleado.

24. Si la persona nombrada está desempeñando satisfactoriamente los deberes del puesto interinamente, el período de servicios prestados le podrá ser acreditado al período probatorio, conforme a lo siguiente:

    a. que el empleado haya sido designado oficialmente por el Secretario para desempeñar los deberes del puesto;

    b. que en todo el período a ser acreditado haya desempeñado todos los deberes del puesto;

    c. que al momento de la designación reúna los requisitos mínimos requeridos para el puesto y que ocupe un puesto comprendido en el servicio de carrera.

La determinación de la acreditación tiene que ser efectuada por el Secretario, previo al nombramiento en el nuevo puesto. La misma es discrecional y requiere una evaluación de los servicios prestados en el interinato.

25. Si por cualquier causa justificada el período probatorio de un empleado se interrumpe por no más de un (1) año, se le podrá acreditar la parte del período de prueba que sirvió antes de la interrupción. Se entenderá como causa justificada, entre otras: la concesión de algún tipo de licencia, la cesantía temporera y el ascenso, traslado o descenso del empleado.

26. Período Probatorio en casos de Reingresos, Traslados, Descensos y Reclasificaciones:

    a. Las personas que reingresan al DRNA serán seleccionadas del registro de elegibles y estarán sujetas al período probatorio correspondiente. Sin embargo, el Secretario podrá asignarle estatus regular si no ha transcurrido más de un (1) año entre su separación y la fecha de efectividad de su nuevo nombramiento.

    b. Cuando el traslado es a un puesto en la misma clase, el estatus de los empleados permanecerá inalterado. Solamente estarán sujetos a un nuevo período probatorio cuando pasen a un puesto en otra clase. Sin embargo, cuando el traslado responda a necesidades del servicio, el Secretario podrá obviar este requisito siempre y cuando este se haya completado en el puesto de origen. De no haberlo completado, se le acreditará el tiempo servido hasta la fecha del cambio.

    c. En los casos de descensos, el empleado estará o no sujeto al período probatorio, a discreción del Secretario. Al ejercer tal discreción, se tomará en cuenta, entre otros, factores tales como clases de puestos ocupados anteriormente por el empleado con

estatus regular y período de dichos servicios, las evaluaciones efectuadas sobre la eficiencia y productividad, el orden y la disciplina del empleado.

d. Cuando un empleado está en período probatorio y su puesto se reclasifique por:

(1) modificación al Plan de Clasificación de Puestos, se procederá según se indica:

i. si el período probatorio establecido para la clase de puesto que ocupa el empleado no sufrió variación, se le acreditará el período probatorio de la nueva clase el tiempo servido en la clase de puesto anterior a la reclasificación.

ii. si la modificación tuvo el efecto de aumentar o disminuir el período probatorio asignado a la clase de puesto que ocupa el empleado, prevalecerá el período probatorio establecido para la clase de puesto antes de la modificación y se acreditará el tiempo servido.

(2) un error en la clasificación original y el DRNA opta por confirmar al empleado en el puesto, si este estaba en período probatorio, se le acreditará el tiempo servido en el puesto antes de la reclasificación; o

(3) un cambio sustancial en deberes, autoridad y responsabilidad y el cambio resulta en un puesto de categoría superior y el empleado pasa a ocuparlo mediante un ascenso, este comenzará a cumplir el período probatorio fijado para la nueva clase de puesto a partir de la fecha de efectividad de la reclasificación. No se le acreditarán al período probatorio fijado para la nueva clase, los servicios prestados con anterioridad a la fecha de efectividad de la reclasificación. Si la reclasificación resulta en un puesto de igual o inferior clasificación y el empleado pasa a ocuparlo, su estatus se determinará conforme a las normas para traslados o descensos, según sea el caso.

## Sección 8.11 - Procedimientos Especiales de Reclutamiento y Selección

Cuando resulte impracticable atender las necesidades del servicio con nombramientos hechos con sujeción al procedimiento ordinario establecido en este Reglamento, el DRNA podrá utilizar procedimientos especiales de reclutamiento y selección. Este procedimiento se utilizará para reclutar en puestos de trabajadores no diestros o semidiestros, cuando no se disponga de registros

de elegibles apropiados para determinadas clases de puestos y la urgencia del servicio a prestarse lo justifique y para garantizar la igualdad de oportunidades en el empleo a participantes de programas de adiestramiento y empleo, a fin de cumplir con las metas de tales programas.

Los procedimientos especiales de reclutamiento y selección se ajustarán a las siguientes normas generales:

1. En todo caso se deberá asegurar que los nombramientos se hagan en consideración a la idoneidad y capacidad.

2. Se usará la página electrónica del Gobierno del Estado Libre Asociado de Puerto Rico y los medios de comunicación más apropiados para anunciar las oportunidades de empleo cuando se inicie el proceso de reclutamiento de candidatos. Cuando se trate del reclutamiento especial para garantizar la igualdad de oportunidad en el empleo a participantes de programas de adiestramientos y empleo, se considerará como aviso público el edicto o convocatoria que emitió o emita el DRNA.

3. La fuente de reclutamiento podrá ser interna o externa, incluyendo, cuando sea necesario, el Servicio de Empleos del Departamento del Trabajo y Recursos Humanos, las instituciones educativas del país o personas desempleadas en cualquier localidad. Toda esta fuente de empleo se utilizará conforme a los procedimientos de reclutamiento establecidos por la Ley Núm. 184, *supra.*

4. El reclutamiento será continuo hasta tanto se satisfagan las necesidades del servicio.

5. Todo candidato deberá reunir los requisitos mínimos establecidos para la clase de puesto y las condiciones generales de ingreso al servicio público.

## Sección 8.12 - Normas Específicas para el Reclutamiento de Trabajadores No Diestros y Semidiestros

1. El procedimiento especial para puestos de trabajadores no diestros o semidiestros consistirá de un examen de evaluación a los fines de determinar si los candidatos reúnen los requisitos mínimos establecidos para las clases de puestos en las cuales habrán de ser nombrados.

2. A tales fines se verificará mediante documentos originales, que el candidato reúna todos los requisitos mínimos exigidos para ocupar el puesto, tales como preparación, experiencia, licencias, colegiación y otros establecidos en las convocatorias a examen. A falta de estos, se utilizarán las normas de reclutamiento y de no existir las mismas, las especificaciones de

clases o perfiles de competencia emitidos por el DRNA.  De existir más de uno de los referidos documentos, se utilizará siempre el de fecha más reciente.

3.  El DRNA certificará la verificación en cada caso en el formulario establecido a esos fines.

## Sección 8.13 - Normas Específicas para Garantizar la Igualdad de Oportunidades en el Empleo a Participantes de Programas de Adiestramiento y Empleo

En ocasiones, se requieren, por legislación federal o local, compromisos de absorción total o parcial de participantes de programas de adiestramiento o empleo, sean estos sufragados con fondos estatales o federales, o una combinación de los mismos.

El DRNA podrá cubrir puestos regulares en el servicio de carrera con participantes de programas de adiestramiento y empleo que reúnan los siguientes requisitos y condiciones:

1.  Requisitos mínimos de preparación, experiencia y otros establecidos para la clase de puesto en que se efectuará el nombramiento.

2.  Haber completado y aprobado satisfactoriamente la experiencia de adiestramiento y empleo.

3.  Cumplir con las condiciones generales para ingreso al servicio público que se establecen en la Sección 6.3 (1) de la Ley Núm. 184, *supra*.     En estos casos, el examen consistirá de una combinación de evaluación de preparación y experiencia, a los fines de determinar que los candidatos reúnan los requisitos establecidos para ejercer las funciones esenciales y marginales, y la evaluación del supervisor.

4.  El DRNA preparará listas por clases de puestos de aquellos candidatos que hayan completado los requisitos para optar a puestos de carrera.  El Secretario podrá seleccionar cualquier participante que figure en sus listas para cubrir cualquier puesto igual o similar al que desempeñó en el programa de adiestramientos y empleo, siempre que reúna los requisitos para desempeñar el mismo.

5.  El DRNA podrá utilizar listas de clases superiores para cubrir puestos de clasificación inferior siempre que los participantes reúnan los requisitos mínimos del puesto a cubrirse y la experiencia adquirida en el adiestramiento lo capacite para desempeñar el mismo.

6.  El participante deberá aprobar el período probatorio asignado a la clase de puesto para el cual haya sido seleccionado.  De aprobar el período probatorio, el empleado pasará a ocupar el puesto con estatus regular.

**Sección 8.14 - Nombramientos Transitorios**

Todo nombramiento transitorio que requiera el DRNA por necesidades urgentes del servicio o porque se trate de servicios esenciales, deberá obtener la autorización previa de la OGP. Además, en cumplimiento con la Ley Núm. 184, *supra,* se establece lo siguiente:

1. En todo puesto creado por un término fijo, el nombramiento será de carácter transitorio. Serán igualmente transitorios los nombramientos en puestos permanentes del servicio de carrera en las siguientes circunstancias:

    a.  cuando el ocupante del puesto se encuentre en licencia sin sueldo;

    b.  cuando exista una emergencia en la prestación de servicios que haga imposible o difículte la certificación de candidatos de un registro de elegibles, en cuyo caso el nombramiento no excederá de seis (6) meses. Transcurrido dicho período, si el Secretario entiende que persisten las condiciones que motivaron el nombramiento original, podrá extender dicho nombramiento por un término de seis (6) meses;

    c.  cuando no exista un registro de elegibles adecuado para algún puesto que requiera algún tipo de licencia y el candidato a nombrarse posea licencia provisional;

    d.  cuando el ocupante del puesto haya sido destituido y haya apelado esta acción ante el DRNA;

    e.  cuando el ocupante del puesto haya sido suspendido de empleo y sueldo por determinado tiempo;

    f.  cuando el ocupante del puesto pase a ocupar otro puesto mediante nombramiento transitorio y con derecho a regresar a su puesto anterior;

    g.  cuando el ocupante del puesto de carrera regular pase a ocupar un puesto en el servicio de confianza; y

    h.  cuando por necesidades del servicio sea indispensable cubrir un puesto reservado para un becario, en cuyo caso el nombramiento transitorio se extenderá por el tiempo que dure la beca.

2. El proceso de reclutamiento y selección para los aspirantes a nombramientos transitorios consistirá de una evaluación a los fines de determinar si reúnen los requisitos mínimos del puesto y las condiciones generales de ingreso al servicio público.

3. Los nombramientos transitorios no podrán exceder de doce (12) meses, excepto en los puestos autorizados para programas o proyectos de duración determinada. Los

53

nombramientos transitorios en puestos permanentes podrán prorrogarse mientras duren las circunstancias que dieron origen a dichos nombramientos excepto lo dispuesto en el inciso 1, sub inciso (b) anterior.

4. Los nombramientos de empleados transitorios para atender necesidades temporeras, de emergencia, imprevistas o de duración indeterminada que surjan en programas permanentes podrán tener una duración de seis (6) meses. Sin embargo, como medida de excepción se podrán extender dichos nombramientos por seis (6) meses adicionales, cuando medien las siguientes circunstancias:

a. Se haya efectuado una evaluación para determinar que debe extenderse los nombramientos transitorios.

b. En caso de necesidades urgentes del servicio, según este término se define, o cuando la clase de puesto sea de difícil reclutamiento. Se considera que una clase es de difícil reclutamiento cuando la demanda en el DRNA por los servicios que ofrece la misma, es mayor que el número de candidatos disponibles para aceptar empleo. Para efectuar esta determinación, se evaluarán los siguientes factores:



(1) Existencia de un registro de elegibles adecuado.

Se considera que un registro de elegibles es adecuado si mantiene suficientes candidatos para cumplir la demanda de servicios y provee un margen de selección adecuado.

Se considera que existe un margen de selección adecuado si por lo menos cinco (5) candidatos están disponibles para aceptar.

(2) Dificultad en la retención del personal que se recluta en la clase evaluada a base del número de empleados que renuncien o se muevan a otras agencias.

(3) Grado de especialización requerido por el puesto y disponibilidad de ofrecimiento académico en Puerto Rico.

(4) Sueldo prevaleciente para esa clase de puesto en la empresa privada, las demás instrumentalidades gubernamentales y el DRNA.

(5) Horario de trabajo.

(6) Jornada de trabajo.

(7) Riesgo del empleo.

Se evalúa si el empleo envuelve riesgos a la salud o seguridad del empleado.

(8) Cualquier otra condición directamente relacionada con las funciones esenciales o marginales del puesto que dificulte el reclutamiento de personal.

5. Los empleados transitorios tendrán que reunir las condiciones generales de ingreso al Servicio Público establecidas en la Sección 6.3 (1) de la Ley Núm. 184, *supra,* y los requisitos mínimos para la clase de puesto en que sean nombrados. El DRNA utilizará los medios de comunicación que considere más prácticos, económicos y efectivos, de modo que puedan llegar a las fuentes de recursos para cubrir cada puesto.

6. Se podrán efectuar nombramientos transitorios en el servicio de confianza.

7. Las personas nombradas para cubrir necesidades temporeras tendrán estatus transitorio.

8. Los empleados con nombramiento transitorio no se considerarán como empleados de carrera. Ninguna persona que haya recibido nombramiento transitorio podrá ser nombrada para ocupar puestos en el servicio de carrera con estatus probatorio o regular, a menos que cumpla con el proceso de reclutamiento y selección establecido en la Ley Núm. 184, *supra,* y en este Reglamento.

### Sección 8.15 - Separaciones de Empleados Transitorios

1. Los empleados transitorios podrán ser separados de sus puestos en cualquier momento dentro del término de sus nombramientos por justa causa y conforme al debido procedimiento de ley. 

2. Podrán ser cesanteados por falta de trabajo o fondos, o por impedimento físico o mental.



3. También podrá decretarse destitución mediante la formulación de cargos y notificación sobre celebración de vista previa.

### ARTÍCULO 9 - ASCENSOS, TRASLADOS Y DESCENSOS

El Secretario proveerá los mecanismos apropiados para ascensos, traslados y descensos de los empleados para la ubicación de estos en puestos donde deriven la mayor satisfacción de su trabajo y contribuyan con su esfuerzo a lograr los objetivos de la organización con mayor eficacia, conforme a las siguientes disposiciones:

### Sección 9.1 - Normas Generales

1. Los ascensos, traslados y descensos en el DRNA se regirán por las normas establecidas en este Reglamento de conformidad con la Ley Núm. 184, *supra,* y la reglamentación promulgada por la OCALARH esos efectos.

2. Se permitirá efectuar ascensos, traslados y descensos de empleados que estén ocupando un puesto en el servicio de carrera, en:

    a. La misma Agencia.

    b. Entre Administradores Individuales.

    c. Entre Administradores Individuales y Municipios, y viceversa.

    d. Entre Administradores Individuales y Agencias, Corporaciones Públicas, Organismos, Instrumentalidades Gubernamentales y dependencias de la Rama Ejecutiva, y viceversa.

3. En todo ascenso, traslado o descenso el empleado deberá reunir los requisitos mínimos establecidos para la clase de puesto.

4. Cuando un empleado provenga de un Administrador Individual, municipio, agencia, organismo, corporación pública, instrumentalidad gubernamental o dependencia de la Rama Ejecutiva, hacia el DRNA, esta deberá establecer la equivalencia funcional entre las clases de puestos para determinar si se trata de un ascenso, traslado o descenso. Dicha equivalencia funcional deberá ser remitida a la OCALARH, para su aprobación, conforme a la reglamentación promulgada por esta a esos efectos. De igual forma, en el ascenso, traslado o descenso deberá cumplirse con la reglamentación antes mencionada, cuando no sea posible establecer una equivalencia funcional entre las clases de puestos.

5. Cuando el empleado pasa de un puesto en una clase a un puesto en otra clase dentro del mismo Plan de Clasificación o Valoración de Puestos (carrera gerencial o carrera unionado) en el DRNA, se utilizará el tipo mínimo de retribución asignado a esa clase de puesto para determinar si el cambio constituye un ascenso, traslado o descenso. En el caso de que la transacción se efectúe en clases incluidas entre los diferentes planes del servicio de carrera (carrera gerencial y carrera unionado) se deberá establecer la equivalencia funcional para determinar si esta consiste en un ascenso, traslado o descenso.

6. En todo ascenso y en todo traslado a un puesto de diferente clasificación, el empleado deberá aprobar el examen correspondiente. No obstante, cuando se trate de un traslado por necesidades del servicio se podrá obviar este requisito. Además, se tomarán en consideración las evaluaciones del supervisor, análisis del expediente del empleado y adiestramientos tomados relacionados con las funciones del puesto al que ascenderá.

7. El período probatorio debe ser aprobado por el empleado en casos de ascensos. No obstante, cuando se trata de traslados a otra clase de puesto por necesidades del servicio, el Secretario podrá obviar ese requisito siempre y cuando el período se haya completado en el puesto de origen. En caso de descensos, el empleado estará sujeto al período probatorio, a discreción del Secretario.

## Sección 9.2 - Ascensos

1. *Objetivos de los Ascensos:*

   El objetivo de los ascensos es atraer al mejor personal para cubrir los puestos; ofrecer oportunidades para mayor progreso de los empleados según desarrollan sus capacidades para prestar servicios de excelencia; mantener un alto nivel de satisfacción y ejecución entre los empleados, y lograr retener en el servicio a los más capacitados.

2. *Normas sobre Ascensos:*

   Con el fin de establecer sistemas que hagan viable el ascenso de los empleados de carrera, regirán las siguientes normas:

   a. El Plan de Clasificación o Valoración de Puestos deberá estructurarse de forma tal que permita la movilidad de los empleados hacia puestos superiores, conforme al desarrollo de competencias, conocimientos y experiencias adquiridas. El Plan deberá identificar las líneas lógicas de ascensos entre las distintas clases de puestos.

   b. El DRNA determinará las clases de puestos que se requiere cubrir mediante el ascenso de empleados. Esta determinación se hará a base de la naturaleza de las funciones de las clases de puestos y a las necesidades particulares del DRNA. Las normas que se adopten estarán contenidas en las normas de reclutamiento que se establezcan para cada clase de puesto.

   c. Se podrán efectuar ascensos de empleados dentro del DRNA, y entre esta y Administradores Individuales, municipios, agencias, organismos, corporaciones públicas, instrumentalidades gubernamentales y dependencias de la Rama Ejecutiva.

   d. En todo caso de ascenso se verificará y certificará por el DRNA que el candidato seleccionado reúna los requisitos mínimos establecidos para ocupar el puesto. Esta verificación se hará tomando como base la última convocatoria a examen emitida o, en su lugar, la norma de reclutamiento vigente. En ausencia de esta, se utilizará la especificación de clase.



e. Todo empleado ascendido deberá cumplir con el período probatorio asignado a la clase a la cual ascienda excepto en los casos de ascensos como resultado de reclasificaciones de puestos por virtud de un error en la clasificación original, evolución del puesto o modificación al Plan de Clasificación o Valoración de Puestos.

3. *Ascenso por Certificación de Elegibles:*

Como norma general, los empleados de carrera ascienden a través del proceso de competencia circunscrito a empleados de carrera con estatus probatorio o regular en el DRNA u otros Administradores Individuales, municipios, agencias, organismos, corporaciones públicas, instrumentalidades gubernamentales y dependencias de la Rama Ejecutiva. También, pueden ascender como resultado de haber participado en procesos de libre competencia conjuntamente con todo aspirante cualificado e interesado para la clase de puesto con funciones de nivel superior. En ambos casos, el ascenso se realiza como resultado de la selección hecha de una certificación de elegibles.

La fecha de efectividad de estos ascensos será siempre posterior a la fecha en que se emite la certificación de elegibles.



4. *Ascensos sin Oposición:*

El ascenso sin oposición es un mecanismo donde no media la libre competencia de los candidatos para cubrir un puesto. El DRNA podrá autorizar ascensos sin oposición mediante exámenes individuales, independiente de la existencia de un registro de elegible, cuando las exigencias excepcionales y especiales del servicio y las cualificaciones especiales de los empleados así lo justifiquen, previa aprobación del examen para la posición.

a. Para determinar las cualificaciones especiales de los empleados se considerarán, entre otros, los siguientes criterios:

(1) resultados obtenidos del sistema de evaluación adoptado por el DRNA, por aquellos empleados que alcancen o sobrepasen el nivel esperado en la ejecución de tareas y cumplimiento de los criterios de orden y disciplina;

(2) estudios académicos, adicionales a los requisitos mínimos, directamente relacionados con las funciones del puesto al que se le propone ascender;

(3) adiestramientos o cursos aprobados, directamente relacionados con las funciones del puesto al que se le propone para ascender, que sean adicionales a los requisitos mínimos requeridos;

      (4) experiencia, adicional a la requerida, adquirida mediante designaciones oficiales de interinatos, asignaciones administrativas o intercambio de personal, directamente relacionada con las funciones del puesto que se propone ascender.

b. Las exigencias especiales o excepcionales del servicio surgen cuando la agencia tiene necesidad de personal adiestrado y cualificado por razón de las siguientes situaciones:

      (1) asignación o atención de nuevas funciones o programas;

      (2) ampliación de los servicios que presta el DRNA;

      (3) necesidad de reclutar personal que logre mantener la continuidad en la prestación de los servicios sin necesidad de mayor orientación;

      (4) inexistencia de un registro de elegibles o la inadecuacidad del mismo; o

      (5) urgencia para cubrir el puesto vacante que hace impracticable el procedimiento ordinario.

c. Se considerará para ascenso sin oposición a todo empleado de carrera con estatus regular o probatorio.

d. El DRNA determinará el tipo de examen que se administrará.

e. No se aceptarán propuestas de ascensos sin oposición para candidatos que hubieren fracasado en el examen correspondiente a la clase de puesto a cubrirse sin haber transcurrido un período mínimo de tres (3) meses.

f. La fecha de efectividad de los ascensos sin oposición la fijará el DRNA. Siempre será posterior a la fecha de aprobación de la proposición de ascenso sin oposición.

5. *Ascensos como Resultado de Reclasificación de Puestos*:

La reclasificación de puestos a niveles superiores conlleva el mejoramiento de los empleados. Las normas que rigen las reclasificaciones de puestos están contenidas en la Sección 7.7 de este Reglamento.

## Sección 9.3 - Traslados

Los traslados se usarán como mecanismo para la ubicación de los empleados en puestos donde deriven la mayor satisfacción de su trabajo y contribuyan con sus esfuerzos a realizar los objetivos del DRNA con la mayor eficiencia.

1. *Objetivo de los Traslados*:

El traslado podrá efectuarse para beneficio del empleado, a solicitud de este, o respondiendo a necesidades del servicio del DRNA, en situaciones tales como las siguientes:

a. cuando exista la necesidad de recursos humanos adicionales para atender nuevas funciones o programas o para la ampliación de los programas que el DRNA desarrolla;

b. cuando se eliminen funciones o programas por efecto de una reorganización del DRNA y cuando en el proceso de decretar cesantías sea necesario reubicar empleados;

c. cuando se determine que los servicios de un empleado pueden ser utilizados más provechosamente en otra dependencia de la misma agencia o en otra agencia del Gobierno del Estado Libre Asociado de Puerto Rico debido a sus conocimientos, experiencias, destrezas o cualificaciones especiales, especialmente en casos donde este ha adquirido más conocimientos y desarrollado mayores habilidades como consecuencia de adiestramientos;

d. cuando sea necesario rotar el personal del DRNA para que se adiestre en otras áreas.

2. *Normas para los Traslados*:

Las siguientes normas regirán los traslados:

a. En ningún caso se utilizarán los traslados como medida disciplinaria ni podrán hacerse arbitrariamente.

b. El DRNA será responsable de establecer procedimientos que aseguren la imparcialidad en los traslados que se proponga efectuar, respondiendo a necesidades del servicio, a los efectos de evitar que la acción de traslado le produzca al empleado problemas económicos sustanciales sin que se le provea la compensación adecuada, con atención especial a aspectos tales como los que siguen:

(1) naturaleza de las funciones del puesto al cual vaya a ser trasladado el empleado;

(2) conocimientos, habilidades especiales, destrezas y experiencias que se requieren para el desempeño de las funciones;

(3) normas de reclutamiento en vigor para la clase de puesto al cual vaya a ser trasladado el empleado;

(4) retribución que esté percibiendo el empleado a ser trasladado; y

(5) otros beneficios marginales e incentivos que esté disfrutando el empleado a ser trasladado.

c. En todo caso de traslado interagencial por necesidades del servicio deberá mediar el consentimiento del DRNA.

d. En cualquier caso de traslado, el empleado deberá reunir los requisitos para la clase de puesto a la cual sea trasladado.

e. Cuando el traslado sea a un puesto en otra clase, el empleado deberá aprobar el examen correspondiente para la clase y estará sujeto al período probatorio. Cuando el traslado responda a necesidades del servicio, debidamente justificadas, se podrán obviar ambos requisitos.

f. Al empleado se le informará por escrito sobre el traslado. Como norma general, la notificación al empleado deberá hacerse con treinta (30) días de antelación. En circunstancias imprevistas o de emergencia, podrá hacerse excepción a esta norma.

g. Al notificarse a un empleado sobre la decisión de traslado, deberá advertírsele sobre su derecho a apelar ante la CASP dentro del término de treinta (30) días, a partir del recibo de la comunicación, si estima que se han violado sus derechos. La apelación no tendrá el efecto de detener el traslado.



## Sección 9.4 – Descensos

1. El descenso de un empleado podrá ser motivado por las siguientes razones:

   a. a solicitud del empleado, dirigida al Secretario, por escrito;

   b. por la eliminación de funciones o programas, falta de trabajo o fondos que haga imprescindible la eliminación del puesto que ocupa el empleado y no se pueda ubicar a este en un puesto similar al que ocupaba en el DRNA o en otra agencia del Gobierno del Estado Libre Asociado de Puerto Rico, y el empleado acepte un puesto de menor remuneración; o

   c. por necesidades del servicio, determinado por el Secretario como una necesidad urgente del servicio, tal acción no deberá afectar negativamente el salario del empleado, salvo en los casos en que el mismo se efectúe para evitar cesantías por falta de fondos.

2. *Normas para los Descensos*:

   Las siguientes normas regirán los descensos:

a. Los empleados descendidos deberán reunir los requisitos mínimos de preparación académica y experiencia establecidos para la clase de puesto a la cual sean descendidos.

b. Ningún descenso tendrá efecto sino hasta que hayan transcurrido treinta (30) días calendarios, contados desde la fecha de notificación por escrito del mismo al empleado, salvo cuando este haya expresado por escrito su conformidad con esa acción.

c. La notificación escrita que reciba todo empleado descendido deberá expresar las razones para el descenso y las condiciones referentes al mismo, en términos del título de la clase, estatus y sueldo a percibir en el nuevo puesto.

d. En casos de descenso, el empleado deberá expresar por escrito su conformidad con el mismo. Se exceptúan de esta disposición los casos en que dicha acción responda a la eliminación de puestos y ausencia de otros puestos similares que permitan el traslado del empleado.

e. En los casos de descensos solicitados, el empleado deberá expresar por escrito su conformidad con el mismo, en cuyo caso el descenso podrá tener efecto inmediato o antes de transcurrir el término de la notificación.

f. Los empleados descendidos estarán sujetos a período probatorio, en el caso de que las funciones a realizar en el nuevo puesto sean sustancialmente diferentes a las efectuadas en la clase de puesto anteriormente ocupado.

g. Cuando el empleado no acepte el descenso por razón de falta de fondos o de trabajo, según descrito en el inciso 1, sub inciso (b) que precede, se decretará su cesantía advirtiéndole de su derecho de apelar ante la CASP, dentro del término de treinta (30) días a partir de la notificación.

**Sección 9.5 - Destaques**

Un destaque es la asignación temporera para prestar servicios de un empleado de el DRNA en una agencia, municipio o rama de gobierno. El empleado del DRNA a quien le sea autorizado un destaque, continuará ocupando su mismo puesto y devengando la misma remuneración que en el DRNA, conservando todos sus derechos como empleado.

Los requisitos para llevar a cabo un destaque son los siguientes:

1. El DRNA tiene que recibir una petición formal, por escrito, de la agencia, municipio o entidad de la rama de gobierno que requiera el destaque.

2. Las funciones del empleado que se solicita en destaque tienen que ser cónsonas con las que desempeña en el DRNA.

3. El Secretario tiene que autorizar el destaque.

4. El término de un destaque será hasta un máximo de doce (12) meses.

5. La agencia, municipio o entidad de la rama de gobierno que requiera el destaque tiene que suscribir un acuerdo por escrito con el DRNA, en donde se dispongan las condiciones del mismo. Sin que se entienda como una lista taxativa, el acuerdo tendrá las siguientes disposiciones:

   a. El DRNA continuará pagando el salario del empleado. El empleado acumulará licencias de vacaciones y de enfermedad. No obstante, el DRNA no pagará cantidad alguna por concepto de dietas ni millaje.

   b. La agencia, municipio o entidad de la rama de gobierno que solicita el destaque no podrá requerir a un empleado clasificado como no exento que trabaje en exceso de su jornada regular. En aquellos casos en que la entidad que solicita el destaque autorice, tolere o permita al empleado acumular tiempo compensatorio, la agencia, municipio o entidad gubernamental que solicita el destaque vendrá obligada a resarcir al DRNA el valor del tiempo compensatorio.

   c. El empleado deberá someter al DRNA, con su hoja de asistencia, un reporte semanal de labor realizada. El mismo deberá ser certificado tanto por el empleado como por su supervisor inmediato.

   d. El DRNA no efectuará pago de nómina alguno hasta que el empleado someta su hoja de asistencia semanal acompañada del informe de trabajos realizados debidamente firmados y certificados por el empleado y su supervisor inmediato.

   e. El empleado en destaque no tendrá derecho a pago de diferencial de salario por las funciones que lleve a cabo en la agencia, municipio o entidad de la rama de gobierno que requiera el destaque.

   f. El empleado observará las normas y prácticas de disfrute de licencia de vacaciones y uso de excesos que establezca el DRNA.

63

g. El empleado será evaluado por su supervisor inmediato, usando el formulario que para esos fines provea el DRNA. Las evaluaciones serán efectuadas con la misma frecuencia que la establecida para el resto de los empleados del DRNA.

h. El DRNA podrá visitar al empleado mientras se encuentre destacado para verificar el cumplimiento con lo acordado.

i. Todo adiestramiento o solicitud de estudios que sea sometida por un empleado en destaque será evaluada y autorizada conforme a las políticas adoptadas por el DRNA.

### Sección 9.6 - Otras Acciones

1. En los casos apropiados en que se justifique, el Secretario tendrá facultad para tomar todas aquellas medidas cautelares, provisionales y adecuadas, con el fin de preservar un ambiente de trabajo saludable y seguro para el empleado y la óptima prestación de los servicios, tales como el movimiento de personal, sin que ello constituya una adjudicación final de ninguna acción o reclamo.

2. En ningún caso el traslado, ni el movimiento cautelar de personal, podrán resultar onerosos para el empleado objeto del mismo.

3. El Secretario podrá realizar designaciones, cambios o destaques en forma administrativa por un término no mayor de doce (12) meses, siempre que dicha acción no resulte onerosa para el empleado.



### ARTÍCULO 10 - RETENCIÓN EN EL SERVICIO

### Sección 10.1 - Seguridad en el Empleo

Los empleados de carrera con estatus regular tendrán permanencia en sus puestos, siempre que satisfagan los criterios de productividad, eficiencia, orden y disciplina que deben prevalecer en el servicio público. Estos criterios se establecerán a base de, entre otros factores, las funciones esenciales y marginales de los puestos y los siguientes deberes y obligaciones mínimas requeridas a todo empleado:

1. asistir al trabajo con regularidad y puntualidad;

2. cumplir cabalmente la jornada de trabajo establecida;

3. observar normas de comportamiento correcto, cortés y respetuoso en sus relaciones con sus supervisores, supervisados, compañeros de trabajo y ciudadanos;

4. realizar eficientemente y con diligencia las funciones y tareas asignadas a sus puestos y otras compatibles con estas que se le asignen;

5. cumplir con aquellas órdenes e instrucciones de sus supervisores, compatibles con la autoridad delegada a estos y con las funciones y objetivos del DRNA;

6. mantener la confidencialidad de aquellos asuntos relacionados con su trabajo, a menos que reciba un requerimiento formal o permiso de una autoridad competente que le requiere la divulgación de los mismos;

7. realizar tareas durante horas no laborables, cuando la necesidad del servicio así lo exija y previa la notificación con antelación razonable;

8. vigilar, conservar y salvaguardar los documentos y bienes que estén bajo su custodia;

9. cumplir con la obligación de rendir planillas de contribución sobre ingresos al Departamento de Hacienda, como requisito de retención en el empleo; y

10. cumplir con las disposiciones de la Ley Núm. 184, *supra,* las reglas y órdenes emitidas en virtud de la misma y otras leyes federales y estatales. Así como, con la Ley Núm. 1, *supra,* la Ley Núm. 5, *supra,* la Ley Núm. 68-2000, *supra,* el Código de Ética, los procedimientos, las políticas, los planes, los reglamentos y las normas establecidas por el DRNA.

## Sección 10.2 - Evaluación de Desempeño de los Empleados

1. *Evaluación de Empleados*:

   El Secretario establecerá un sistema o los sistemas necesarios para la evaluación periódica del desempeño de la labor que realizan los empleados de carrera, con el fin de determinar si estos satisfacen los criterios de productividad, eficiencia, orden y disciplina que deben prevalecer en el DRNA. Se establecerán los sistemas de evaluación de desempeño que sean necesarios para los siguientes propósitos:

   a. evaluar la labor del empleado para propósitos de cambio de estatus o retención en el empleo;

   b. orientar a los empleados sobre la forma en que deben efectuar su trabajo para que este se considere satisfactorio;

   c. hacer reconocimiento oficial de labor altamente meritoria;

   d. evaluar la labor del empleado con estatus regular;

   e. determinar la concesión de licencias con o sin sueldo para estudio o de licencia sin sueldo;

    f.   determinar necesidades de adiestramiento, desarrollo y capacitación de los empleados;

    g.   determinar la elegibilidad para la concesión de aumentos de sueldo por mérito, dentro de las estructuras retributivas establecidas;

    h.   determinar la elegibilidad para la concesión de bonificación especial no recurrente, conforme a las normas que establezca el DRNA;

    i.   como criterio para el ascenso de empleados;

    j.   determinar el orden correlativo de cesantías; y

    k.   determinar la reubicación de los empleados para la mejor utilización de sus conocimientos, destrezas, habilidades y el desarrollo de potencialidades.

2. *Normas Generales sobre los Sistemas de Evaluación*:

Al establecer el sistema o sistemas de evaluación del desempeño, se observarán las siguientes normas generales:

    a.   Se ofrecerá adiestramiento a los supervisores y orientación a los supervisados sobre los sistemas de evaluación que se establezcan.

    b.   Cada supervisor considerará, conjuntamente con el empleado, el resultado de las evaluaciones.

    c.   Se establecerán mecanismos internos de revisión que aseguren la mayor objetividad en el proceso de evaluación de los empleados.

    d.   Se establecerán los criterios de productividad y eficiencia necesarios para la evaluación de los empleados, conforme a las funciones de los puestos.

    e.   Se establecerán los criterios de orden y disciplina que mejor respondan a las necesidades del DRNA, en armonía con los deberes y obligaciones de los empleados.

**Sección 10.3 - Medidas Correctivas y Acciones Disciplinarias**

1. Se tomarán aquellas medidas correctivas o acciones disciplinarias necesarias y adecuadas cuando la conducta de un empleado no se ajuste a las normas establecidas en la Ley Núm. 184, *supra*, en este Reglamento, a las normas del DRNA y a las normas dispuestas en el Capítulo IV de la Ley Núm. 1, *supra*. Entre otras medidas, se podrán considerar la amonestación verbal, la amonestación escrita, la reprimenda escrita, la suspensión de empleo y sueldo y la destitución.

2. Podrán ser motivo de medida correctiva o acción disciplinaria contra el empleado, entre otras situaciones o conductas similares, las siguientes:

   a. aceptar regalos, donativos o cualquier otra recompensa por la labor realizada como empleado público, con excepción de aquellas autorizadas por ley;

   b. utilizar su posición oficial para fines políticos partidistas o para otros fines no compatibles con el servicio público;

   c. realizar funciones o tareas que conlleven conflictos de intereses con sus obligaciones como empleado público;

   d. observar conducta incorrecta o lesiva al buen nombre del DRNA o al Gobierno del Estado Libre Asociado de Puerto Rico;

   e. incurrir en prevaricación, soborno o conducta inmoral;

   f. realizar acto alguno que impida la aplicación de la Ley Núm. 184, *supra*, y las reglas adoptadas de conformidad con la misma;

   g. hacer o aceptar a sabiendas, declaración, certificación o informe falso con relación a cualquier materia cubierta por la Ley Núm. 184, *supra*;

   h. dar, pagar, ofrecer, solicitar o aceptar, directa o indirectamente dinero, servicios o cualquier otro valor por o a cambio de una elegibilidad, nombramiento, ascenso u otras acciones de recursos humanos;

   i. incurrir en conducta relacionada con delitos contra el erario, la fe y la función pública o que impliquen fondos o propiedad pública;

   j. realizar o haber intentado realizar engaño o fraude en la información sometida en cualquier solicitud de examen;

   k. faltar a cualquiera de los deberes y obligaciones dispuestos en la Sección 6.6 de la Ley Núm. 184, *supra*, o en los Reglamentos que se adopten en virtud de la misma;

   l. realizar u omitir cualquier acción prohibida por la Ley Núm. 1, *supra*;

   m. incumplir con la obligación de rendir planilla de contribución sobre ingresos ante el Departamento de Hacienda;

   n. incumplir con la obligación de pensión alimentaria, según se dispone en el Artículo 30 de la Ley Núm. 5, *supra*;

o. incumplir con el deber de acumular cada dos (2) años, veinte (20) horas de cursos otorgados o convalidados por el Centro para el Desarrollo del Pensamiento Ético de la Oficina de Ética Gubernamental.

3. La aplicación de acciones disciplinarias será una facultad indelegable del Secretario. Se establecerán mediante reglamentación interna y en armonía con las disposiciones de esta Sección, las reglas de conducta de los empleados, las medidas correctivas o acciones disciplinarias aplicables a las infracciones a dichas reglas de conducta y el procedimiento administrativo aplicable. Se orientará a los empleados sobre la referida reglamentación al momento de estos tomar posesión de sus puestos.

4. El Secretario solo podrá suspender de empleo y sueldo o destituir a cualquier empleado de carrera por justa causa, previa notificación de cargos por escrito y apercibimiento de su derecho a solicitar vista informal previa, donde tendrá la oportunidad de ser oído.

5. Cuando la conducta imputada al empleado configure una situación real o potencial de peligro para la salud, vida, propiedad o moral de los empleados del DRNA o de la ciudadanía en general, el Secretario podrá suspender sumariamente al empleado de empleo, pero no de sueldo, antes de la celebración de la vista administrativa. En estos casos, la vista informal se celebrará dentro del término de diez (10) días siguientes a la acción de suspensión. El procedimiento de vista informal se regirá por la reglamentación aplicable.

## Sección 10.4 - Separación de Empleados Convictos por Delitos y Otras Causas

1. A tenor con el Artículo 208 del Código Político y el Artículo 6.8 de la Ley Núm. 184, *supra*, se separará del servicio a todo empleado convicto por cualquier delito grave o que implique depravación moral o infracción de sus deberes oficiales o al que se le revoque el privilegio de libertad a prueba, libertad bajo palabra o de la pena alternativa a la reclusión. La separación se llevará a cabo siguiendo el procedimiento establecido para violación a las normas de conducta y la aplicación de acciones disciplinarias. En virtud de la Sección 6.6 (12) de la Ley Núm. 184, *supra*, cuando al empleado se le conceda el beneficio de sentencia suspendida, este podrá continuar desempeñando las funciones del puesto que ocupa hasta que el Director de la OCALARH determine otra cosa de conformidad con la Ley Núm. 70 del 20 de junio de 1963, según enmendada, y en la Sección 6.8 (2) (b) de la Ley Núm. 184, *supra*. El empleado podrá someter su solicitud de habilitación en cualquier momento o en su

defecto, el DRNA vendrá obligado a someterla, a tenor con la Sección 6.8 (2) (b) de la Ley Núm. 184, *supra.*

2. El Artículo 30 de la Ley Núm. 5, *supra*, establece como condición de empleo o contratación en el Gobierno del Estado Libre Asociado de Puerto Rico que la persona obligada a satisfacer una pensión alimentaria esté al día o satisfaga un plan de pago. Al amparo de dicha Ley, se separará del servicio a todo empleado que incumpla con los pagos de pensión alimentaria. Se otorgará al empleado vista administrativa informal, previo a la separación y se le notificará sobre su derecho de apelación ante la CASP.

3. Todo empleado o candidato a empleo tendrá derecho a solicitar habilitación para su integración o reintegración al servicio público, según dispuesto por la Sección 6.8 de la Ley Núm. 184, *supra.*

**Sección 10.5 - Renuncias**

1. Cualquier empleado podrá renunciar a su puesto libremente mediante notificación escrita al Secretario. Esta comunicación se hará con no menos de diez (10) días de antelación a su último día de trabajo. Sin embargo, el Secretario podrá aceptar renuncias presentadas en un plazo menor.

2. El Secretario deberá, dentro del término de haber sido sometida dicha renuncia, notificar al empleado si acepta la misma o si la rechaza, por existir razones que justifican investigar la conducta del empleado. En casos de rechazo, el Secretario deberá, en el término más corto posible, realizar la investigación y determinar si acepta la renuncia o procede la formulación de cargos contra el empleado. Se entenderá que el Secretario advino en conocimiento de los hechos el día en que fue presentada la renuncia.

3. Cuando el empleado renuncie a su puesto y esto conlleve la separación definitiva del servicio público, tendrá derecho a que se le liquide la licencia por vacaciones hasta un máximo de sesenta (60) días. De igual forma, se le pagará la licencia por enfermedad que tenga acumulada hasta un máximo de noventa (90) días para acogerse a la jubilación, si es participante de algún sistema de retiro auspiciado por el Gobierno del Estado Libre Asociado de Puerto Rico, y si no lo fuere, a su separación definitiva del servicio, si ha prestado por lo menos diez (10) años de servicio.

4. En caso del fallecimiento del empleado se aplicará lo dispuesto por la Ley Núm. 125 de 10 de junio de 1967, según enmendada, y por el Reglamento Núm. 13 de 22 de julio de 2005 del Departamento de Hacienda.

**Sección 10.6 - Cesantías**

El Secretario podrá decretar cesantías, sin que ello constituya una medida disciplinaria o destitución, debido a la eliminación de puestos por falta de trabajo o fondos, cuando se determine que un empleado está física o mentalmente incapacitado para realizar las funciones esenciales de su puesto, o cuando el empleado esté inhabilitado por un accidente laboral o por enfermedad ocupacional y se encuentre en tratamiento médico en la Corporación del Fondo del Seguro del Estado.

1. *Debido a la Eliminación de Puestos por Falta de Trabajo o Fondos*

   En estas circunstancias se procederá de la siguiente manera:

   a. Se establecerá un plan de cesantías, en caso de estas ser necesarias, el cual podrá ser revisado al inicio de cada año fiscal. Como parte de dicho plan se podrá subdividir el DRNA por áreas o divisiones a los fines de identificar en cuales habrán de decretarse las cesantías.

   b. El método que se adopte se pondrá en conocimiento de los empleados. En la determinación de la subdivisión del DRNA a los efectos de decretar cesantías se considerarán, entre otros, los siguientes factores:

      (1) número de empleados en el DRNA que hagan impracticable o irrazonable considerar la agencia en su totalidad;

      (2) programas esenciales para la administración interna del DRNA; y

      (3) programas que se sufragan con fondos federales, los cuales no pueden utilizarse si se reduce o elimina el programa.

   c. Antes de decretar cesantías, debido a la eliminación de puestos por falta de trabajo o fondos, se agotarán todos los recursos para evitar dichas cesantías con acciones tales como:

      (1) Reubicación de personal en puestos de igual o similar clasificación, en áreas o divisiones que no estén afectados por la reducción de empleados.

      (2) Readiestramiento de empleados para reubicarlos en otros puestos, cuando esto pueda hacerse razonablemente antes de la fecha para decretar tales cesantías.

(3) Disfrute de vacaciones acumuladas.

(4) Licencia sin sueldo hasta tanto cese la crisis presupuestaria, cuando el DRNA tome la decisión por una insuficiencia presupuestaria que no requiera la eliminación permanente del puesto. En tales casos, deberá observarse el orden de prelación previamente establecido en el método de decretar cesantías.

(5) Reducción de jornada. Esta acción procederá, tanto por orden del Secretario, como a petición del empleado.

(6) Como último recurso, el descenso de los empleados, a petición de estos o por ofrecimiento del Secretario, para evitar cesantías.

(7) Reubicación en otras agencias, porque el Secretario así lo haya logrado o porque el empleado lo haya tramitado.

d. Bajo cualquiera de las alternativas anteriores, se observará estrictamente el orden de prelación que se establece más adelante. Disponiéndose, también, que en los casos en que se subdivida el DRNA, debido a que determinada área de trabajo se eliminará, los empleados con más antigüedad con igual clasificación desplazarán a otros con menos antigüedad de otras áreas, permaneciendo los primeros en los puestos disponibles. De igual modo, bajo cualquiera de las alternativas anteriores, se apercibirá a los empleados de su derecho de apelación ante la CASP.

e. Serán separados en primer término los empleados transitorios, en segundo lugar serán separados los empleados de carrera probatorios y en último lugar serán separados los empleados de carrera regulares.

f. Se decretarán las cesantías de los grupos de empleados cuyos puestos tengan el mismo título de clasificación, considerando dentro de cada grupo los siguientes elementos:

(1) estatus de los empleados;

(2) productividad, hábitos y actitudes de los empleados reflejadas en sus evaluaciones; y

(3) antigüedad en el servicio público.

71

g.  A los efectos de esta Sección:

(1) Los empleados probatorios que antes de adquirir ese estatus hubieren sido empleados regulares, se considerarán como empleados regulares.

(2) Los empleados regulares o probatorios que hayan sido destacados, conforme lo dispuesto en la Sección 6.4 (4) de la Ley Núm. 184, *supra*, se reinstalarán a su puesto antes de determinar la prelación de la cesantía.

(3) La anterior disposición que establece que al decretar cesantías debido a eliminación de puestos por falta de trabajo o de fondos serán separados, en primer término, los empleados transitorios que presten servicios en el DRNA, solo tiene el efecto de proteger el derecho de los empleados de carrera con estatus regular a ser los últimos en ser separados. Bajo ningún concepto se entenderá que esta disposición tiene el efecto de considerar los empleados transitorios como empleados comprendidos en el servicio de carrera, ni a conferirles más derechos de los que la Ley Núm. 184, *supra,* y este Reglamento les confiere.



h.  La determinación del orden de prelación en que se decretarán las cesantías dentro de cada uno de los grupos de empleados enumerados en el inciso (e) que precede, se hará conforme a las siguientes normas:

(1) Se tomará en consideración el desempeño de las funciones, de manera que queden cesantes, en primer término, los empleados menos eficientes, conforme a su evaluación de desempeño. En casos de igualdad de eficiencia, se tomará en consideración el tiempo en el servicio, de manera que queden cesantes los empleados con menos tiempo en el servicio.

(2) A falta de información válida para determinar el grado de eficiencia en el desempeño de las funciones, el factor determinante será el tiempo en el servicio, de manera que las personas de más reciente nombramiento serán las primeras en cesar.

i.  A los fines de determinar la antigüedad, será considerado todo servicio prestado en puestos en agencias comprendidas en el Gobierno del Estado Libre Asociado de Puerto Rico. Además, será considerado el tiempo que todo veterano haya estado en

servicio activo en las fuerzas armadas de los Estados Unidos, según establecido en Artículo 4 (F) de la Ley Núm. 203-2007, *supra*.

j. El Secretario notificará, por escrito, a todo empleado con no menos de treinta (30) días de anticipación a la fecha en que habrá de quedar cesante. En la notificación, además, se informará al empleado de su derecho de apelación ante la CASP.

k. Ninguna cesantía de empleados será efectiva, a menos que se cumpla con el requisito de notificación en la forma aquí establecida.

2. *Cesantías por Impedimento*

También, podrán decretarse cesantías cuando se determine que un empleado está física y/o mentalmente impedido para desempeñar las funciones esenciales del puesto, con o sin acomodo razonable.

a. A el DRNA se le requerirá considerar un acomodo razonable cuando el empleado lo solicite o cuando el Secretario lo entienda necesario.

b. De tener base razonable para creer que un empleado tenga algún impedimento o exista evidencia de problemas en la ejecución de las tareas o de seguridad, con el propósito de determinar aptitud para realizar las funciones de un puesto y cuando se le requieran exámenes médicos voluntarios, como parte de un programa de salud, el Secretario podrá requerirle que se someta a examen médico. Este requerimiento deberá estar en armonía con los criterios establecidos en la Ley ADA, que permite este tipo de examen u otras leyes federales y la "Ley de Prohibición de Discrimen contra Impedidos", Ley Núm. 44 de 2 de julio de 1985, según enmendada.

c. Los siguientes elementos de juicio podrán constituir, entre otros, razones para presumir impedimento físico y/o mental del empleado para desempeñar los deberes de su puesto:

(1) pobre desempeño o productividad;

(2) patrón de ausentismo injustificado;

(3) patrón de conducta indebida o impropia.

d. En estos casos, el Secretario deberá requerir, por escrito, al empleado que se someta al examen médico o evaluación dentro de los quince (15) días siguientes de la notificación.

e. La negativa del empleado a someterse al examen médico o evaluación requerida podrá servir de base a una presunción de que está impedido para desempeñar las funciones esenciales del puesto. Esta acción se notificará al empleado, apercibiéndole de su derecho a solicitar vista informal.

3. Asimismo, podrá decretarse la cesantía cuando el empleado esté inhabilitado por un accidente laboral o por enfermedad ocupacional y se encuentre en tratamiento médico en la Corporación del Fondo del Seguro del Estado por un período mayor de doce (12) meses desde la fecha del accidente, conforme al Artículo 5 (A) de la Ley Núm. 45 de 18 de abril de 1935, según enmendada, "Ley de Compensación por Accidentes del Trabajo". De esta acción se notificará al empleado, apercibiéndole de su derecho a solicitar vista previa informal. Mientras trascurren los doce (12) meses el puesto del empleado permanecerá reservado. Si antes de que transcurra dicho período el empleado es dado de alta, tiene quince (15) días desde la alta para solicitar que lo reinstalen en su puesto.

4. La cesantía dispuesta en los incisos 2 y 3 que anteceden no podrá decretarse sin que la parte afectada tenga la oportunidad de exponer su posición mediante una vista previa informal. En estos casos, el Secretario se regirá por lo dispuesto en la Ley ADA, de ser aplicable.

## ARTÍCULO 11 - ADIESTRAMIENTO

Por ser adiestramiento una de las áreas esenciales del Principio de Mérito, la Ley Núm. 184, *supra,* en su Sección 6.5, establece como concepto básico de administración pública que cada agencia, para poder cumplir su misión a cabalidad, debe desarrollar al máximo su personal y proveerles aquellas herramientas que permitan su mejor desempeño. A esos fines, el DRNA, en coordinación con la OCALARH, deberá elaborar un plan para el desarrollo y la capacitación de su personal, basado en las necesidades y prioridades programáticas, y conforme al Reglamento de la Escuela de Educación Continua de la OCALARH.

## Sección 11.1 - Plan de Necesidades de Adiestramiento y Capacitación

1. *Inventario de Necesidades*

Anualmente, el DRNA revisará el inventario de las necesidades de adiestramiento y desarrollo de su personal. Este inventario sirve de base al Plan de Necesidades de Adiestramiento y Capacitación.

2. *Elaboración del Plan de Necesidades de Adiestramiento y Capacitación*

   a. Se preparará, anualmente, un Plan de Necesidades de Adiestramiento y Capacitación del DRNA. El Plan incluirá el uso adecuado de medios de adiestramiento tales como: becas, licencias con o sin sueldo para estudios, talleres, seminarios, cursos de corta duración, pagos de matrículas, pasantías e intercambios de personal en Puerto Rico o en el exterior. Incluirá, además, estimados de la inversión de las actividades programadas.

   b. Dicho Plan se someterá a la Escuela de Educación Continua de la OCALARH no más tarde del 30 de agosto de cada año o en cualquier otra fecha requerida por esta. El mismo se incluirá como parte del Plan Global de Adiestramiento y Capacitación del servicio público.

   c. Al preparar el Plan se tomará en consideración lo siguiente:

      (1) las necesidades presentes identificadas y la proyección de necesidades futuras;

      (2) las prioridades y enfoques programáticos del DRNA y la atención de las mismas a corto y a largo plazo;

      (3) la identificación de los asuntos que el DRNA precisa atender mediante el adiestramiento, la capacitación y el desarrollo de su personal;

      (4) los estándares de ejecución que el DRNA establezca para su personal; y

      (5) el compromiso gerencial con el Plan en cuanto a la inversión de recursos y de tiempo necesarios para el desarrollo de su personal. Dicho Plan se someterá a la Escuela de Educación Continua de la OCALARH para su asesoramiento en la coordinación del programa de becas gubernamentales y la planificación de la concesión de licencias para estudio con sueldo, entre otras asesorías, según dispuesto en la Sección 6.5 de la Ley Núm. 184, *supra,* y en este Reglamento.

**Sección 11.2 - Ejecución del Plan de Necesidades de Adiestramiento y Capacitación**

1. *Responsabilidad del DRNA*

   a. Se designará una unidad específica para la función de adiestramiento de los recursos humanos del DRNA. Dicha unidad canalizará con la Escuela de Educación Continua de la OCALARH la participación de los empleados en las actividades destinadas a satisfacer necesidades, tanto generales y comunes como las particulares y específicas, y solo se podrá contratar de forma directa estos servicios con otras entidades

mediante la previa otorgación de una dispensa de parte de la OCALARH a esos efectos.

b. El Secretario referirá a la OCALARH, por año fiscal, a los empleados bajo su jurisdicción que posean una clasificación ocupacional especializada, según se mencionan a continuación, para participar en los siguientes Programas Integrales: "Programa Integral de Capacitación en Administración de Recursos Humanos" (dirigido principalmente a Supervisores, Directores y Secretarios Auxiliares de Oficinas Internas de Recursos Humanos); "Programa Integral de Negociación Colectiva y Relaciones Laborales" (dirigido principalmente a miembros de los Comités de Negociación de la agencia o instrumentalidad pública) y el "Programa Integral en Asuntos Contables y Presupuestarios" (dirigidos principalmente a Secretarios Auxiliares y/o Directores de Administración, Asuntos Gerenciales, Finanzas, Auditoría y Presupuesto).

c. EL DRNA podrá solicitar a la OCALARH el asesoramiento y la ayuda técnica necesaria para la elaboración del Plan de Necesidades de Adiestramiento y Capacitación, así como el estudio en que se basa dicho Plan.

2. *Establecimiento de Criterios*

a. El Secretario establecerá los criterios para la selección de las personas a ser adiestradas, los instructores, contenido de los cursos o adiestramientos y la evaluación de estos, para aquellas actividades destinadas a satisfacer necesidades inherentes a sus funciones particulares.

b. EL DRNA podrá solicitar el asesoramiento de la OCALARH o contratar sus servicios técnicos y de asesoramiento, así como el uso de facilidades, materiales y equipo, conforme a las normas y procedimientos que para estos fines establezca dicha Oficina.

## Sección 11.3 - Becas y Licencias para Estudios

1. EL DRNA notificará a la Escuela de Educación Continua de la OCALARH las becas necesarias para atender sus necesidades, contempladas en el Plan de Necesidades de Adiestramiento y Capacitación sometido anualmente a esta Oficina. Todo lo relativo a la concesión de becas se regirá por las disposiciones de la Sección 6.5 de la Ley Núm. 184, *supra*, y este Reglamento.



a. *Determinación del Número y las Clases de Licencias*

Anualmente, se determinará el número y las clases de licencias que se concederán para satisfacer las necesidades del DRNA dentro de los recursos disponibles. Podrán concederse licencias con o sin sueldo, por tiempo completo o por parte del tiempo, o cualquier otro tipo de licencia que esté en armonía con la Ley Núm. 184, *supra,* y este Reglamento. Las licencias, así determinadas, formarán parte del Plan de Necesidades de Adiestramiento y Capacitación.

b. *Aviso Público de las Oportunidades*

En atención a lo dispuesto en la Sección 6.5 (3) (a) de la Ley Núm. 184, *supra,* con suficiente antelación a la fecha de la adjudicación de becas, el Secretario hará saber públicamente el número y clases de becas que se ofrecerán, así como los requisitos que habrán de exigirse para la admisión de solicitudes, la última fecha para radicar las mismas y cualquier otra información pertinente.

c. *Solicitudes*

Todo aspirante a beca deberá someter su solicitud en la forma y manera que establezca el Secretario, no más tarde de la fecha establecida en la convocatoria que se emita y se publique para conocimiento de los interesados. Cuando convenga a las necesidades del servicio, el Secretario podrá extender el período para el recibo de solicitudes o cancelar la convocatoria. En cualquiera de estos casos, se dará aviso público de la acción.

d. *Selección de Candidatos a Becas*

La selección de los candidatos se hará mediante libre oposición, cuando las necesidades del servicio y las calificaciones de los empleados así lo justifiquen. Los candidatos competirán en igualdad de condiciones, de acuerdo con los procedimientos que establezca el Secretario.

e. *Requisitos de Elegibilidad*

Se podrán conceder licencias para estudios a empleados con estatus regular. No obstante, también, se podrán conceder licencias para estudios a empleados probatorios cuando haya dificultad de reclutamiento y sea necesario que el empleado complete el requisito para obtener una licencia profesional u ocupacional para desempeñar un puesto con carácter regular. Los empleados a acogerse a licencias para

estudio deberán estar rindiendo servicios con un nivel de desempeño satisfactorio en el momento de concederse la licencia.

f. *Criterios para la Selección de Candidatos*

La selección estará basada en el mérito. Entre otros, se utilizarán los siguientes criterios como sean aplicables:

(1) preparación académica básica e índice académico requerido;

(2) experiencia, si fuere requerida para fines de los estudios;

(3) funciones que ha de desempeñar la persona;

(4) en qué medida el adiestramiento capacitará al empleado para desempeñar las funciones con mayor eficiencia o para desarrollarse profesionalmente en el DRNA;

(5) contribución del adiestramiento al desarrollo efectivo de los programas del DRNA;

(6) calificación obtenida mediante exámenes.

Cuando el número de aspirantes exceda el número de becas a concederse, se preparará una lista de estos que reúnan los requisitos de elegibilidad establecidos, en estricto orden de la calificación final obtenida y se hará la selección conforme al mismo.



g. *Instituciones Acreditadas*

Solamente, se concederán becas y licencias para estudios en universidades o instituciones oficialmente reconocidas y acreditadas por el organismo gubernamental que corresponda por ley.

h. *Cubierta de las Licencias para Estudios*

La cuantía de las becas se fijará de acuerdo con la clase de estudios y podrá aplicarse indistintamente a pago de matrícula, de hospedaje, de gastos de viaje o de cualquier otro gasto semejante, relacionado con el curso a seguir en cada caso. El Secretario podrá conceder becas parciales a candidatos que hayan recibido parte de sus gastos de otras instituciones. Se podrá autorizar a que se adelante al becario de los fondos correspondientes a la beca para sufragar gastos inmediatos necesarios. Los empleados en uso de licencia con sueldo para estudios recibirán el sueldo total o parcial, según se determine en forma correlativa a los niveles de sueldo, a los costos

de los estudios, a la situación económica de los empleados y a la correcta y mejor utilización de los fondos públicos. Además del sueldo que se determine para cada caso, también podrá autorizarse, siguiendo los mismos criterios, el pago de derecho de matrícula, cuotas de estudios, gastos de viajes, libros, materiales y gastos generales incurridos por el empleado por su condición de estudiante.

i. *Candidatos Únicos Cualificados*

Si luego de anunciadas las oportunidades para becas hubiera solo un candidato cualificado entre los que comparecieren o si compareciese un solo candidato y este reúne las cualificaciones requeridas, podrá concedérsele la beca.

j. *Becas sin Oposición*

EL DRNA podrá conceder becas sin oposición, cuando las exigencias especiales y excepcionales del servicio y las cualificaciones de los empleados así lo justifiquen. Estas becas se concederán para atender necesidades del servicio por personal altamente especializado donde se requiere la selección de personas que han demostrado poseer la capacidad, el interés y estabilidad en el DRNA, así como, las cualificaciones requeridas para proseguir dichos estudios o especialización.

k. *Contrato de Becas o de Licencia para Estudios*

Los becarios o empleados a quienes se les conceda licencia con sueldo o becas para estudios formalizarán un contrato mediante el cual se comprometen a servir, luego de terminados los estudios, por el doble del tiempo de estudios en el DRNA o con el consentimiento de esta, en cualquier otra agencia gubernamental, además, a cumplir con aquellas otras disposiciones establecidas por el DRNA que les sean aplicables.

l. *Derechos de los Becarios a Licencias*

(1) Si la persona seleccionada para una beca es empleado del DRNA, esta le concederá licencia sin sueldo por el término de los estudios.

(2) Si el empleado seleccionado para la beca contrae el compromiso de servicios con otra agencia, deberá renunciar a su puesto.

(3) El uso y acumulación de las licencias de vacaciones y enfermedad se regirán por las disposiciones de la Sección 13.4 de este Reglamento, la reglamentación de asistencia y licencias del DRNA y la Sección 10.1 de la Ley Núm. 184, *supra*.

m. *Cambios en los Estudios*

Todo cambio de institución o alteración en el programa de estudios autorizados mediante licencia para estudios, estará sujeto a la aprobación del Secretario.

n. *Informes sobre Estudios*

Será responsabilidad de cada empleado a quien se le conceda licencia para estudio someter al DRNA evidencia de su aprovechamiento académico al final de cada período académico. El Secretario podrá requerir al empleado en disfrute de licencias para estudios que gestione de la universidad o institución correspondiente copia certificada de informes sobre el programa de estudios, notas, conducta, asistencia y cualquier otra información que estime conveniente.

o. *Cancelación o Interrupción de Becas*

En todo caso en que se cancele una beca o se interrumpa o descontinúe el curso de estudio autorizado mediante una beca, por razones ajenas al control del becario, se relevará a este de obligación y responsabilidad. Si la cancelación de beca o interrupción de estudios hubiere sido motivada por razones controladas por el becario, el DRNA tendrá discreción, previo al análisis de los méritos de cada caso, para determinar si existe algún grado de obligación o responsabilidad en el becario.

p. *Prórroga de Becas o Licencias para Estudio*

En caso de que cualquier becario o empleado a quien se le conceda licencia para estudios y necesite continuar estudios después del período estipulado en el contrato, deberá notificarlo por escrito al Secretario, con no menos de sesenta (60) días de antelación a la terminación del mencionado período, sometiendo evidencia que justifique la extensión de la beca o licencia concedida. Toda extensión o concesión adicional estará sujeta a la disponibilidad de fondos y necesidades del servicio. Se podrá solicitar asesoría a la Escuela de Educación Continua de la OCALARH al respecto.

q. *Incumplimiento de Contrato*

(1) Todo becario o empleado a quien se le conceda licencia con sueldo para estudios que, después de concluir sus estudios no dé cumplimiento a la obligación contraída, reembolsará la cantidad total desembolsada por el DRNA por concepto de la beca o licencia con sueldo para estudios, más los

intereses al tipo legal desde el momento en que fueron desembolsados los fondos, al Secretario de Hacienda del Gobierno del Estado Libre Asociado de Puerto Rico, dentro de los seis (6) meses siguientes a la fecha de terminación de sus estudios. En caso de no completar el período por el cual se haya comprometido a trabajar con el Gobierno del Estado Libre Asociado de Puerto Rico, el becario o empleado reembolsará lo correspondiente al período no trabajado así como los intereses al tipo legal. En circunstancias que lo justifiquen, se podrá hacer un plan de pagos que cubra un período mayor de seis (6) meses. El cobro se efectuará en cualquier tiempo, de conformidad con el procedimiento legal en vigor con relación a las reclamaciones a favor del Gobierno del Estado Libre Asociado de Puerto Rico.

(2) Toda persona a quien se le haya concedido una beca o licencia con sueldo para estudios, que no cumpla con la obligación contraída, será inelegible para el servicio público por tiempo igual al triple del tiempo de estudios.

r. *Responsabilidad para con los Becarios*

(1) EL DRNA vendrá obligado a emplear a sus becarios, con arreglo a sus posibilidades fiscales y necesidades del servicio. Todo becario que sea nombrado al completar sus estudios estará exento de tomar el examen correspondiente a la clase de puesto o su equivalente en otros planes de valoración para el cual se le otorgó la beca.

(2) El Secretario mantendrá vacante el puesto reservado al becario, excepto que por necesidades del servicio se podrá cubrir el puesto mediante nombramiento transitorio por el tiempo que dure la beca. De no existir un puesto vacante para nombrar al becario una vez completados los estudios, el puesto se creará de existir fondos disponibles para ello. Si por alguna situación, impredecible o de emergencia esto no fuera posible, se podrá incluir el nombre del becario en los registros de elegibles para clases de puestos iguales o similares al puesto para el cual se concedió la beca.

    s. *Relevo de Compromiso*

El Secretario relevará al becario de todos los compromisos contraídos en el contrato formalizado entre las partes, en caso de que sus servicios no sean requeridos dentro de un término de seis (6) meses subsiguientes a la terminación de sus estudios.

## Sección 11.4 - Adiestramientos de Corta Duración

1. *Responsabilidad del DRNA*

    a. Los adiestramientos de corta duración dirigidos a satisfacer necesidades, tanto generales y comunes como particulares y específicas del DRNA, se canalizarán a través de la Escuela de Educación Continua de la OCALARH.

    b. El Secretario solo podrá contratar de forma directa estos servicios con otras entidades, mediante el previo otorgamiento de una dispensa de parte de la OCALARH, a esos efectos.

2. *Duración y Propósito*

    a. Los adiestramientos de corta duración se concederán a los empleados por un término no mayor de seis (6) meses con el propósito de recibir adiestramiento práctico o realizar estudios académicos que propendan al mejor desempeño de las funciones correspondientes a sus puestos.

    b. No se considerarán adiestramientos de corta duración las convenciones y asambleas de desarrollo profesional.

    c. Es requisito que el empleado someta copia del certificado acreditativo de que completó el adiestramiento.

3. *Cubierta de los Adiestramientos de Corta Duración*

    a. Cuando a un empleado se le autorice un adiestramiento de corta duración, se le concederá licencia con sueldo. Además, se le podrá autorizar el pago de dietas, gastos de viaje y cualquier otro gasto, cuando fuere necesario.

4. *Adiestramientos de Corta Duración en el Exterior*

    a. El Secretario tendrá la facultad para autorizar a los empleados a realizar viajes al exterior con el propósito de participar en actividades de adiestramiento con sujeción a las normas y trámites que rigen los viajes de empleados públicos al exterior. Además, dentro del término de diez (10) días laborables a partir de su regreso del centro de adiestramiento, el empleado someterá al Secretario de Hacienda del Estado Libre

Asociado de Puerto Rico, por conducto del DRNA, un informe completo y detallado sobre los gastos necesarios e imprescindibles en que incurrió.

b. La cuantía del anticipo no utilizada en el viaje al exterior será sometida a la Sección de Finanzas del DRNA, dentro del término de los tres (3) días laborales después del regreso del viaje al exterior. Además, someterá a la Sección de Finanzas un informe narrativo sobre sus actividades de adiestramiento, conforme a las normas y procedimientos que el DRNA establezca.

5. *Reembolso del Costo de Adiestramiento:*

a. Los empleados nominados a adiestramiento que no asistan o que no completen los requisitos del mismo, vendrán obligados a reembolsar la cantidad invertida en dichos adiestramientos. El Secretario podrá eximir de reembolso al empleado cuando compruebe que ha habido causa que lo justifique.

**Sección 11.5 - Pago de Matrícula**

El Secretario podrá autorizar el pago de matrícula a los empleados, conforme a las disposiciones de este Reglamento y de las normas que a tales efectos se establezcan. A esos fines, se consignarán los fondos necesarios en el presupuesto del DRNA.

1. *Disposiciones Generales*

a. El pago de matrícula se utilizará como un recurso para el mejoramiento de conocimientos y destrezas requeridas a los empleados para el mejor desempeño de sus funciones, así como para su crecimiento en el servicio público.

b. El pago de matrícula se aplicará a estudios académicos a nivel de grado asociado, bachillerato, maestría o doctorado en instituciones oficialmente acreditadas y reconocidas por el organismo gubernamental que corresponda por ley.

c. Se podrá autorizar hasta un máximo de tres (3) créditos a un empleado durante un semestre, trimestre o sesión de verano. En casos meritorios, podrá autorizarse un número mayor de créditos. Se dejará constancia, en cada caso, de las razones de mérito que justifiquen la acción que se tome.

d. Cuando el DRNA lo considere necesario, podrá solicitar de la institución académica una relación de las calificaciones obtenidas por el empleado en cursos cuya matrícula haya sido sufragada por el DRNA.

2. *Establecimiento de Prioridades*

Al establecer las prioridades que regirán esta actividad se tomarán en consideración, entre otros, los siguientes criterios:

   a. La necesidad de preparar personal en determinadas materias para poder prestar un mejor servicio, mejorar la eficiencia de este o adiestrarlo en nuevas destrezas.

   b. Los cursos o asignaturas deberán estar estrechamente relacionadas con los deberes y responsabilidades del puesto que ocupa el empleado.

   c. Los cursos o asignaturas conducentes a un grado asociado, bachillerato, maestría o doctorado deberán estar directamente relacionados con el campo de servicio que presta el empleado.

   d. Los cursos o asignaturas posgraduadas serán en campos estrechamente relacionados con el servicio que presta el empleado.

   e. Los cursos preparatorios deberán permitir al empleado asumir nuevos deberes y responsabilidades en el puesto que ocupa.

   f. Que no se afecten sustancialmente los servicios que presta el empleado en el servicio de carrera.

3. *Denegación de Solicitudes*



No se autorizará pago de matrícula a un empleado:

   a. Cuando el índice académico general en cursos anteriores autorizados bajo el Programa de Pago de Matrícula sea inferior a 2.5 en estudios a nivel de grado asociado, 3.0 en estudios a nivel de bachillerato o 3.5 en estudios posgraduados.

   b. Cuando el empleado haya obtenido una calificación de D o F en algún curso bajo el Programa de Pago de Matrícula y no se haya acogido a un plan de pago para cumplir con las disposiciones de reembolso al DRNA por dicho curso, según se establece en el inciso 5 de esta Sección.

   c. Cuando el empleado no cumple con la responsabilidad de proveer evidencia de la calificación obtenida en un curso o cursos tomados, cuya matrícula ha sido sufragada por el DRNA.

   d. Cuando el empleado se haya dado de baja en cursos autorizados para sesiones anteriores, después de la fecha fijada por el centro de estudio para la devolución de los cargos de matrícula, a menos que reembolse el total invertido en la misma,

excepto en los siguientes casos: que haya sido llamado a servicio militar; que se les haya requerido viajar fuera de Puerto Rico en asuntos oficiales; que se les haya trasladado a pueblos distantes de los centros de estudio; que por razones de enfermedad se hayan visto obligados a ausentarse de su trabajo y sus estudios, o que los empleados se vean impedidos, por razones ajenas a su voluntad, a continuar estudios.

e. Cuando el empleado solicite cursos sin crédito.

f. Cuando el empleado no cumpla con las órdenes, reglamentos y procedimientos del DRNA.

4. *Gastos que se Autorizarán*

La autorización de pago de matrícula solo incluye los gastos por concepto de créditos de estudio. Las cuotas y los gastos incidentales correrán por cuenta del empleado.

5. *Reembolso de Pago de Matrícula*

a. El empleado acogido al beneficio de pago de matrícula vendrá obligado a reembolsar al erario la cantidad invertida en pago de matrícula por el DRNA si:

    (1) El empleado se da de baja en cursos autorizados para sesiones académicas anteriores, después de la fecha fijada por el centro de estudios para la devolución de los cargos de matrícula.

    (2) El empleado cambia el curso cuyo pago de matrícula efectuó el DRNA, sin que medie notificación a la Agencia para la evaluación y determinación correspondiente.

    (3) El empleado obtiene una calificación de D o menor a esta o su equivalente en un curso, no importa su índice académico.

    (4) El empleado descontinúa los estudios para los cuales el DRNA sufragó el costo de la matrícula, sin haber obtenido el grado académico.

    (5) El empleado renuncia, es cesanteado o destituido del DRNA sin haber terminado los estudios.

b. En casos en que proceda el reembolso bajo los acápites (1) al (3) que preceden, el empleado tendrá que reembolsar lo invertido por el DRNA por concepto de pago de matrícula en un período no mayor de dos (2) meses; entendiéndose que no podrá

continuar acogiéndose al beneficio de pago de matrícula hasta tanto haya reembolsado la cantidad correspondiente.

c. En casos en que proceda el reembolso bajo los acápites (4) y (5) que preceden, el empleado tendrá que reembolsar lo invertido por el DRNA por concepto de pago de matrícula en un período no mayor de seis (6) meses.

6. *Excepciones al Reembolso de Pago de Matrícula*

El empleado no tendrá que reembolsar el pago de matrícula sufragado por el DRNA si:

a. ha sido llamado al servicio militar;

b. ha sido requerido a viajar en o fuera de Puerto Rico en asuntos oficiales;

c. ha sido trasladado o asignado por necesidad del servicio en asuntos oficiales a pueblos distantes de la institución académica correspondiente;

d. por razones de enfermedad se ha visto obligado a ausentarse de su trabajo y sus estudios;

e. la institución académica reembolsa el total invertido por el DRNA; o




f. por cualesquiera otras razones ajenas a su voluntad que le impidan continuar sus estudios.

7. *Informe de Progreso Académico*

Será responsabilidad de cada empleado a quien se le conceda pago de matrícula, someter al DRNA evidencia de su aprovechamiento académico. El DRNA podrá, cuando así lo considere necesario, solicitar de los centros de estudio una relación de las calificaciones obtenidas por sus empleados en cursos cuya matrícula haya sido sufragada mediante este Programa.

## Sección 11.6 - Otras Actividades de Adiestramiento

EL DRNA coordinará con la Escuela de Educación Continua de la OCALARH la participación de sus empleados en todas las actividades de adiestramiento organizadas para satisfacer las necesidades generales y comunes, como particulares y específicas del servicio público, conforme a las disposiciones de la Sección 6.5 de la Ley Núm. 184, *supra*.

## Sección 11.7 - Historiales de Adiestramientos e Informes

1. *Historial en Expedientes de los Empleados*

EL DRNA mantendrá en el expediente de cada uno de sus empleados un historial de los adiestramientos en que estos participen, el cual podrá ser utilizado como una de las fuentes

de referencia cuando se vayan a tomar decisiones relativas a ascensos, traslados, asignaciones de trabajo, evaluaciones y otras acciones de recursos humanos. El historial de adiestramiento del empleado podrá incluir evidencia de participación, por iniciativa propia, en cualquier actividad educativa reconocida.

2. *Historial de Actividades*

EL DRNA mantendrá historiales de las actividades de adiestramiento celebradas, evaluaciones de las mismas y personas participantes, para fines de la evaluación de sus respectivos programas de adiestramiento y desarrollo.

3. *Informes*

Anualmente, el DRNA enviará a la Escuela de Educación Continua de la OCALARH los informes que le sean requeridos sobre las actividades de adiestramiento celebradas durante el año fiscal. Los mismos deberán contener, sin limitarse, información sobre las clases de adiestramientos ofrecidos, los gastos incurridos por concepto de los adiestramientos, la cantidad de participantes, entre otros datos. Ello, para fines de medición de la actividad global de adiestramiento y desarrollo de los recursos humanos en el servicio público.

## PARTE IV
### OTRAS DISPOSICIONES RELATIVAS A LA ADMINISTRACIÓN DE LOS RECURSOS HUMANOS

## ARTÍCULO 12 - RETRIBUCIÓN
### Sección 12.1 - Política de Retribución

Todo lo relativo a la retribución se regirá por las disposiciones del Artículo 8 de la Ley Núm. 184, *supra*, el Plan de Retribución establecido por el DRNA y la normativa que emita la OCALARH, conforme a su capacidad fiscal y su realidad económica.

El DRNA adoptará un Plan de Retribución separado para el servicio de carrera y el servicio de confianza. El Plan establecerá un tipo mínimo y un tipo máximo, así como tipos intermedios aplicables a cada escala salarial. El tipo de retribución se hará a base de una jornada regular de trabajo.

Ninguna enmienda o modificación al sistema de clasificación o valoración de puestos podrá afectar negativamente el salario base del empleado.

**Sección 12.2 - Adopción y Contenido del Plan de Retribución**

1. El DRNA someterá para la evaluación de la OCALARH los planes de retribución, así como las modificaciones a estos, con la correspondiente autorización fiscal emitida por la OGP.

2. El DRNA adoptará el sistema retributivo para sus empleados de carrera conforme a su capacidad fiscal y con el método de valoración de puestos seleccionado. Dicho sistema deberá proveer uniformidad, equidad y justicia en la fijación de los sueldos de los empleados. El Plan de Retribución que el DRNA adopte estará en armonía con la política pública establecida, las disposiciones de la Ley Núm. 184, *supra*, leyes estatales y federales que rigen la fijación de salarios, este Reglamento y las normas que a estos fines emita la OGP y la OCALARH.

3. El Plan mantendrá una correlación entre el valor relativo que se asigne a las clases en el respectivo Plan de Clasificación o Valoración de Puestos y el valor monetario que se asigna a estas mediante escalas de sueldos.

4. El Plan de Retribución contendrá una estructura retributiva, una lista que indica la asignación individual de cada clase de puesto a determinada escala de sueldo, esto es, la Asignación de las Clases a la Estructura Retributiva y la determinación de la jerarquía relativa entre las clases.

**Sección 12.3 - Administración, Actualización y Revisión del Plan de Retribución**

1. El Secretario, o su representante autorizado, será responsable de administrar y mantener debidamente actualizado el Plan de Retribución para el servicio de carrera, previamente evaluado y aprobado por la OCALARH, en armonía con el Principio de Mérito y la legislación estatal y federal que rige la fijación de salarios. Por lo tanto, no se efectuará ninguna acción retributiva que atente o sea contraria a este Principio e incumpla con la legislación aplicable.

2. Toda modificación al Plan de Retribución requerirá la previa evaluación y aprobación de la OCALARH.

3. El DRNA podrá realizar estudios de retribución en los distintos sectores de la economía que incluyan niveles y tendencias salariales, para precisar la posición competitiva del DRNA en materia de sueldos y mantener los salarios de los empleados en armonía con los sueldos existentes en otros sectores gubernamentales y privados mediante la revisión del Plan de Retribución, siempre que la situación fiscal lo permita.



88

**Sección 12.4 - Estructura Retributiva**

1. La estructura retributiva que forma parte de los Planes de Clasificación o Valoración de Puestos y de Retribución para el servicio de carrera, estará integrada por un número de escalas de sueldos, cada una de las cuales constará de un tipo mínimo, un tipo máximo y los tipos intermedios que se consideren necesarios.

2. Con el propósito de lograr y mantener la equidad retributiva, al fijarse las escalas de sueldos se deberá tomar en consideración, entre otros factores, los niveles de complejidad, responsabilidad, dificultad y autoridad de las clases de puestos, los requisitos de preparación académica y experiencia, el grado de discreción que se requiere en el desempeño de los deberes y responsabilidad, grado de dificultad en el reclutamiento de candidatos idóneos, oportunidades de ascenso, condiciones de trabajo, costo de vida, tendencias salariales que prevalezcan en el mundo laboral, posibilidades fiscales y política fiscal vigente.

3. Conforme la disponibilidad de los recursos fiscales, la estructura retributiva debe ser lo suficientemente competitiva, que permita reclutar y retener recursos humanos capacitados, proveer para el justo reconocimiento de la eficiencia y productividad de los empleados, y estar desarrollada de forma tal que provea oportunidades de progreso en el DRNA.

4. Al desarrollar las escalas retributivas, deberá considerarse, entre otros, los diferentes aumentos de sueldo que se concedan a los empleados y la frecuencia con que se otorguen.

5. Las escalas de sueldos representarán el valor monetario que tienen las diferentes clases de puestos en el Plan de Clasificación o Valoración de Puestos del servicio de carrera y servirán para fijar la retribución directa de cada empleado del DRNA. Al asignar y reasignar las clases de puestos, con la previa evaluación y aprobación de la OCALARH, deberá mantenerse la correlación entre el nivel jerárquico de las clases y las escalas a las cuales estas se asignan.

6. Los tipos retributivos establecidos en las diferentes escalas retributivas se consignarán a base de dólares, corresponderán a un sueldo mensual y a una jornada regular de treinta y siete punto cinco (37.5) horas semanales o cuarenta (40) horas semanales y tienen el propósito fundamental de proveer niveles retributivos superiores para viabilizar la gratificación de los empleados, a tenor con los niveles individuales de eficiencia y productividad.

7. Cuando en un puesto se presten servicios a base de una jornada parcial o reducida, el sueldo a fijarse será proporcional a la jornada regular de trabajo de treinta y siete punto cinco (37.5)

89

horas semanales o de acuerdo con la jornada de trabajo que se establezca por reglamentación, según aplique.

8. Cuando haya la necesidad de efectuar pagos o descuentos por períodos cortos de servicios prestados o dejados de prestar, el importe correspondiente se determinará tomando en consideración el sueldo mensual del empleado y la jornada de trabajo que corresponda.

9. Al extender las escalas de sueldos, se tiene que seguir la misma proporción de sus tipos retributivos. Toda extensión de escala requerirá la previa evaluación y aprobación de la OCALARH.

## Sección 12.5 - Asignación de las Clases de Puestos a las Escalas de Sueldos

1. El Secretario establecerá y mantendrá actualizada la posición relativa de las clases de puestos comprendidas en el Plan de Clasificación o Valoración de Puestos para el servicio de carrera mediante la asignación de cada clase a una escala retributiva.

2. La asignación de las clases de puestos a las escalas retributivas se guiará por el objetivo de proveer equidad en la fijación de sueldos.

3. El Secretario, con la previa evaluación y aprobación de la OCALARH, y aprobación fiscal de la OGP, podrá reasignar cualquier clase de puesto de una escala de retribución a otra, cuando la necesidad o eficiencia del servicio así lo requiera; o como resultado de un estudio que realizare con respecto a una clase de puesto o un área de trabajo; o por exigencia de una modificación al Plan de Clasificación de Puestos. La asignación o reasignación de la escala de retribución requerirá la previa evaluación y aprobación de la OCALARH, y la aprobación fiscal de la OGP.

4. Efectivo al comienzo de cada año fiscal, el Secretario asignará las clases de puestos comprendidas en el Plan de Clasificación o Valoración de Puestos a la estructura retributiva contenida en el Plan de Retribución y enviará para la evaluación y aprobación de la OCALARH el documento que contenga dicha asignación.

## Sección 12.6 - Normas Relativas a la Administración de Salarios

La política pública enunciada en la Ley Núm. 184, *supra*, y la reglamentación promulgada por la OCALARH a esos efectos, provee para un tratamiento equitativo en la fijación de salarios y demás formas de compensación.

Para garantizar este objetivo, se establecen las normas que, en unión a las emitidas por la OCALARH, regirán la administración de salarios en las siguientes transacciones de recursos humanos:

1. *Nombramientos*

   Como regla general, toda persona que se nombre en el servicio de carrera recibirá como sueldo el tipo mínimo de la escala salarial correspondiente a la clase de puesto que vaya a ocupar. No obstante, el Secretario podrá conceder un incentivo económico como parte de dicho sueldo al momento de reclutar en clases y puestos que requieran un alto nivel de educación y experiencia, entre otros, conforme a los criterios que se establezcan para la concesión. Dicho incentivo por reclutamiento constituye parte del sueldo del empleado, por lo que no podrá ser interpretado como un diferencial.

   La concesión del incentivo para clases que requieran un alto nivel de educación y experiencia, estará sujeta a que exista dificultad extraordinaria en el reclutamiento de recursos humanos, certificándose que el DRNA utilizó los mecanismos retributivos usuales y no se logró atraer el recurso humano idóneo. De ordinario, el sueldo resultante del incentivo concedido se ajustará a escala.

   Como norma general, todo empleado integrante de la unidad apropiada que pase a ocupar un puesto excluido de dicha unidad apropiada o gerencial en el Servicio de Carrera, recibirá un sueldo, conforme a las normas de ascensos, traslados o descensos, según corresponda.

2. *Ascensos*

   Todo ascenso conllevará un aumento de retribución que podrá valorarse en términos porcentuales o el equivalente en tipos intermedios de acuerdo con la estructura retributiva seleccionada por el DRNA.

3. *Traslados*

   Cuando el traslado se realiza en el DRNA, el sueldo del empleado permanecerá inalterado.

   Los traslados no conllevarán aumentos de sueldo, excepto los que sean necesarios para ajustar los sueldos de los empleados a escala, cuando ocurran entre una agencia Administrador Individual y el DRNA, entre municipios y el DRNA, entre agencias excluidas del Sistema de Administración de los Recursos Humanos y el DRNA, entre corporaciones públicas y el DRNA, y entre organismos e instrumentalidades gubernamentales y

dependencias de la Rama Ejecutiva y el DRNA. En esta situación, el sueldo del empleado se fijará como sigue:

a. Cuando el sueldo actual del empleado es menor que el tipo mínimo de la escala de sueldo correspondiente a la clase de puesto que pase a ocupar, este recibirá una retribución igual a dicho tipo mínimo.

b. Cuando el sueldo actual del empleado es mayor al tipo mínimo de la escala salarial a que está asignada la clase de puesto que pasa a ocupar y no coincida con uno de los tipos de la escala, de ordinario, dicho sueldo se ajustará a escala.

4. _Descensos_

Los sueldos de los empleados se fijarán como sigue:

a. En casos de descensos determinados por el Secretario como una necesidad urgente del servicio, estos no afectarán negativamente los sueldos de los empleados, excepto en los casos en que el mismo se efectúe para evitar cesantías por falta de fondos o trabajo. En los descensos, los empleados tienen que reunir los requisitos mínimos del puesto.

b. Cuando los descensos se efectúen en el DRNA o entre una agencia Administrador Individual y el DRNA, entre municipios y el DRNA, entre agencias excluidas del Sistema de Administración de los Recursos Humanos y el DRNA, entre corporaciones públicas y el DRNA, y entre organismos e instrumentalidades gubernamentales y dependencias de la Rama Ejecutiva y el DRNA, para evitar cesantías por falta de fondos, de ordinario, el sueldo del empleado se ajustará a escala, disponiéndose que el sueldo asignado no será menor que el tipo mínimo de la escala correspondiente a la clase de puesto a que sea descendido.

c. En caso de que el descenso ocurra a petición del empleado en el DRNA, entre una agencia Administrador Individual y el DRNA, entre municipios y el DRNA, entre agencias excluidas del Sistema de Administración de los Recursos Humanos y el DRNA, entre corporaciones públicas y el DRNA, entre organismos e instrumentalidades gubernamentales y dependencias de la Rama Ejecutiva y el DRNA, y el mismo no constituya un mecanismo para evitar cesantías, el sueldo del empleado será el tipo mínimo de la escala correspondiente a la clase de puesto que

pasa a ocupar, más los aumentos legislativo que haya recibido en el último puesto que ocupó.

d. El DRNA notificará a los empleados con quince (15) días calendarios de anticipación cualquier medida que le aplique para evitar cesantías. Los empleados tendrán veinte (20) días para solicitar reconsideración al DRNA sobre la implantación de dichas medidas.

5. *Reclasificaciones de Puestos*

Siempre que se reclasifique un puesto ocupado, el sueldo del empleado se fijará conforme con las normas de ascensos, traslados o descensos, según sea el caso.

6. *Reasignaciones de Clases a Escalas de Sueldos Superiores*

Cuando, con la evaluación y aprobación de la OCALARH, se enmiende el Plan de Retribución para reasignar una clase o series de clases a escalas de retribución superior, se concederá un aumento de sueldo a los empleados afectados que será igual al incremento que reciba la clase a la fecha de efectividad de dicha acción. De ordinario, los sueldos se ajustarán a escala.

7. *Reingresos*

Como norma general, toda persona que reingrese al DRNA, conforme a lo dispuesto en la Sección 6.7 de la Ley Núm. 184, *supra*, recibirá el sueldo mínimo de la clase de puesto al momento de esta acción.

La excepción a esta norma será cuando el reingreso ocurra como resultado de una reinstalación por incapacidad. En este caso, el empleado recibirá el último salario devengado a su separación, más los aumentos que haya recibido la clase o los aumentos legislativos concedidos durante el período que estuvo fuera del puesto. En el caso de los aumentos que haya recibido la clase, el sueldo se ajustará a tenor con las normas retributivas vigentes al momento del otorgamiento de estos. Respecto a los aumentos legislativos, el sueldo resultante se ajustará a escala si así lo dispone la ley especial que lo concede.

De concederse ambos aumentos durante el período en que el empleado estuvo separado del puesto, se le reconocerá en primera instancia, los aumentos legislativos y luego, los aumentos que reciba la clase. De ordinario, el sueldo resultante de la suma de estos aumentos al último sueldo devengado, se ajustará a escala.

8. *Reinstalaciones*

    a. Cuando la reinstalación es el resultado de no haber aprobado un período probatorio, el empleado recibirá el último sueldo devengado inmediatamente antes de pasar al puesto con estatus probatorio del cual se reinstale, más cualquier otro aumento que haya recibido la clase. Además, recibirá aquellos aumentos legislativos concedidos durante el tiempo que estuvo en período probatorio. En el caso de los aumentos que haya recibido la clase, el sueldo se ajustará a tenor con las normas retributivas vigentes al momento del otorgamiento de estos. Respecto a los aumentos legislativos, el sueldo resultante se ajustará a escala, si así lo dispone la ley especial que lo concede.

    b. Cuando la reinstalación es el resultado de haber concluido una licencia sin sueldo, el empleado recibirá el último sueldo que devengó previo al inicio de la licencia sin sueldo más cualquier aumento que haya recibido la clase, los aumentos legislativos concedidos durante el tiempo que estuvo en dicha licencia. Respecto a los aumentos legislativos, el sueldo resultante se ajustará a escala, si así lo dispone la ley especial que lo concede. De ordinario, el sueldo resultante de la suma de estos aumentos al último sueldo devengado, se ajustará a escala.

    c. Los empleados de confianza con derecho a reinstalación a puestos de carrera, conforme la Sección 9.2 de la Ley Núm. 184, *supra*, tendrán derecho a:

        (1) Todos los beneficios en términos de clasificación y sueldo que se hayan extendido al puesto de carrera que ocupaba, durante el término que sirvió en el servicio de confianza.

        (2) Todos los aumentos de sueldo que haya recibido el empleado por vía legislativa.

        (3) Un incremento de hasta un diez por ciento (10%) del sueldo que devengaba en el puesto de confianza. El Secretario determinará qué por ciento le va a otorgar al empleado a tenor con su política administrativa y capacidad fiscal. Un criterio a considerar al determinar el por ciento a otorgar es el tiempo rendido en el servicio de confianza, como también, las veces que el empleado se ha beneficiado del por ciento en reinstalación(es) a través del tiempo.

Para otorgar este reconocimiento es necesario que se evidencie la ejecutoria excelente del empleado.

(4) En caso de empleados que hayan estado en el servicio de confianza por un período no menor de tres (3) años, el Secretario podrá autorizar cualquier aumento que surja de la diferencia entre el salario devengado en el servicio de carrera y el que estaría devengando al momento de la reinstalación.

(5) El sueldo del empleado no debe ser igual o mayor al sueldo que tenía en el puesto que ocupaba en el servicio de confianza. En caso de que, al aplicar el incremento salarial determinado por el DRNA al amparo de las disposiciones legales y políticas administrativas sobre reinstalación, surja que la retribución a otorgar iguala o supera el sueldo que devengaba el empleado en el servicio de confianza, el mismo solo podrá otorgársele, a modo de excepción, si se evidencia que ello no desarticula o disloca la jerarquía retributiva entre los puestos de la unidad de trabajo, ni afecta el presupuesto del DRNA.

(6) Al ejercer su discreción, el Secretario considerará que el presupuesto del DRNA no se vea afectado por tales transacciones.

(7) La retribución de un empleado que pase a ocupar un puesto de confianza mediante una licencia sin sueldo se determinará de acuerdo con las disposiciones de los acápites (1) al (6) que anteceden. Para efectos de reinstalación, la agencia donde laboró el empleado en el servicio de confianza evidenciará la ejecutoria excelente del empleado y recomendará al DRNA, que a tenor con su política administrativa y capacidad fiscal, le otorgue el incremento salarial correspondiente.



9. *Aumentos de Sueldo por Servicios Meritorios*

El aumento de sueldo por servicios meritorios es una compensación que forma parte del sueldo y se concede para reconocer el desempeño sobresaliente del empleado. Para ser acreedor a este aumento, el empleado tiene que haber desempeñado las funciones de un puesto de carrera con estatus regular por doce (12) meses consecutivos en el servicio, previo a la fecha de concesión del mismo. El Secretario podrá acreditar cualquier lapso de tiempo trabajado por el empleado mediante nombramiento transitorio en un puesto de igual

clasificación, para completar el período establecido para la elegibilidad. Como norma general, este aumento se concederá de forma prospectiva.

Dicho aumento estará condicionado a la evaluación de los méritos del empleado, según se disponga en el Sistema de Evaluación de Desempeño del DRNA y a los recursos fiscales asignados. Su concesión estará en armonía con el resultado final de las evaluaciones realizadas al empleado durante el período de los doce (12) meses que anteceden.

Los aumentos de sueldo por servicios meritorios serán de uno (1), dos (2) o tres (3) tipos retributivos de la escala de sueldo a que está asignada la clase de puesto que ocupa el empleado.  Los mismos se concederán de acuerdo con los niveles de ejecución que establezca el DRNA como parte del Sistema de Evaluación de Desempeño del DRNA.

Como norma general, los mismos no excederán de un siete por ciento (7%) del salario del empleado.  En casos excepcionales en los que se evidencie la aportación directa del empleado a la consecución de las metas y objetivos del DRNA, se podrá conceder hasta un doce por ciento (12%) de aumento.  De ordinario, el sueldo resultante se ajustara a escala sin exceder los límites porcentuales establecidos.

Cuando por razones presupuestarias no se pueda conceder la totalidad del aumento por servicios meritorios, se podrá conceder un aumento parcial y, en cualquier momento, dentro de los doce (12) meses siguientes, se otorgará el remanente. En estos casos, el período de doce (12) meses dispuesto para ser elegible a un nuevo aumento de sueldo por mérito, comenzará a contar a partir de la fecha en que fue efectivo el primer aumento parcial.

10.    *Aumento de Sueldo por Años de Servicio*

Los empleados con estatus regular que hayan ocupado un puesto de carrera durante un período ininterrumpido de tres (3) años de servicios sin haber recibido ningún otro aumento de sueldo, serán elegibles para recibir un aumento de hasta un cinco por ciento (5%) de su sueldo o su equivalente en tipos retributivos intermedios. Se exceptúa de esta disposición los empleados con nombramiento transitorio.

Para ser acreedor a dicho aumento, el empleado debe haber prestado servicios satisfactorios durante el período de tres (3) años, lo cual se evidenciará en sus hojas de evaluación de desempeño, según el Sistema de Evaluación de Desempeño del DRNA. El sueldo resultante se ajustará a escala.

96

Al determinar la elegibilidad de los empleados al referido aumento no se considerarán los aumentos legislativos que hayan recibido, a menos que la propia ley especial que los concede establezca que interrumpe el período de tres (3) años para recibir este aumento.

Las siguientes acciones se consideran como interrupciones al período de tres (3) años de servicios:

a. aumentos de sueldo concedidos como resultado de la implantación del Plan de Clasificación o Valoración de Puestos y de Retribución;

b. aumentos de sueldo concedidos en virtud de la revisión de la estructura retributiva;

c. reasignaciones de clases de puestos a escalas de retribución superiores;

d. aumentos de sueldo por servicios meritorios;

e. ascensos;

f. reclasificaciones de puestos por cualquier concepto que representan ascensos a una clase en escala salarial superior;

g. renuncias;

h. destituciones;

i. suspensiones de empleo y sueldo;

j. cesantías;

k. separación del servicio;

l. abandono del servicio;

m. licencia sin sueldo (excepto las mencionadas adelante);

n. aumentos de sueldo por servicios meritorios en reinstalaciones del servicio de confianza al servicio de carrera; o

o. cualquier otra acción de recursos humanos que conlleve aumento de sueldo.

Si en el período de tres (3) años el empleado prestó servicios en otro administrador individual, municipio, agencia, organismo, corporación pública, instrumentalidad gubernamental o dependencia de la Rama Ejecutiva antes de pasar a ocupar un puesto en el DRNA corresponderá a este, en coordinación con el anterior, determinar si los servicios del empleado han sido o no satisfactorios.

El disfrute de las licencias con paga o por enfermedad, vacaciones regulares, maternidad y paternidad no interrumpe el período para ser elegible a este aumento. De igual forma, la licencia deportiva especial, la licencia militar para empleados públicos, la licencia militar

sin paga amparada bajo la ley federal USERRA y los destaques (también conocidos como asignaciones administrativas), tampoco interrumpirán el término estatuido, así como cualquier otra licencia con paga establecida o reglamentada por el DRNA.

El resto de las licencias sin sueldo interrumpirá el término de años por servicio requerido para el aumento de sueldo por años de servicios o trienio, el cual comenzará a contar nuevamente a partir de la fecha de reinstalación en el DRNA.

El Secretario podrá denegar el aludido aumento, si los servicios del empleado no fueron satisfactorios, conforme a los resultados de las evaluaciones de desempeño. Este le enviará al empleado una notificación escrita, indicando las razones por las cuales no se le concedió el referido aumento y le advertirá de su derecho de apelar ante la CASP.

11. *Aumentos Generales*

El Secretario podrá conceder aumentos generales a los empleados que ocupen puestos permanentes. Los aumentos podrán autorizarse a la totalidad de los empleados, por grupo ocupacional o clasificación, y/o cuando se determinen necesarios para atender situaciones de rezago retributivo.

A fin de determinar que existen situaciones de rezago retributivo, el DRNA evidenciará las mismas mediante la realización de estudios de retribución en los distintos sectores de la economía.

Todo aumento general estará condicionado a que el DRNA disponga de los recursos fiscales necesarios para su otorgamiento y requerirán la aprobación previa de la OGP.

12. *Extensiones de Escalas de Sueldo*

El Secretario, con la previa evaluación y aprobación de la OCALARH y la autorización fiscal de la OGP, podrá autorizar la extensión de las escalas de sueldo añadiendo tipos retributivos que seguirán la misma proporción de los tipos retributivos correspondientes, y el sueldo del empleado afectado se establecerá siguiendo la misma proporción.

El aumento en sueldo que recibe el empleado como resultado de habérsele extendido la escala en una determinada acción de recursos humanos, pasará a formar parte de su sueldo regular.

Se podrán autorizar extensiones de escalas para atender situaciones particulares cuando esté presente una de las siguientes situaciones:

a. Cuando a un empleado se le haya concedido aumento de sueldo por años de servicio o por servicios meritorios, luego de haber alcanzado o sobrepasado el sueldo máximo de la escala.

b. Cuando un empleado sea ascendido o su puesto sea reclasificado y su sueldo alcance o sobrepase el máximo de la nueva escala. En estos casos, el sueldo del empleado se ajustará conforme a las disposiciones relativas a las transacciones de ascensos y reclasificaciones.

c. Cuando se efectúen ascensos, traslados o descensos entre una agencia Administrador Individual y el DRNA, entre municipios y el DRNA, entre agencias excluidas del Sistema de Administración de los Recursos Humanos y el DRNA, entre corporaciones públicas y el DRNA, y entre organismos e instrumentalidades gubernamentales y dependencias de la Rama Ejecutiva y el DRNA, luego de establecida la equivalencia correspondiente y el sueldo que devenga exceda el máximo de la escala que corresponde al nuevo puesto.

A los empleados con nombramiento transitorio no les aplicarán las disposiciones relativas a extensión de escalas.

13. _Disposiciones Generales_

a. El Secretario podrá autorizar, como medida de excepción, sueldos mayores a los dispuestos para las diferentes acciones de recursos humanos aplicables al DRNA cuando los mecanismos usuales no provean alternativas y los méritos de cada caso individual así lo justifiquen. Es decir, sueldos mayores a las escalas extendidas aprobadas. La cuantía autorizada mediante este mecanismo formará parte del sueldo regular del empleado.

b. Este mecanismo se utilizará de forma juiciosa y restringida, luego de una evaluación rigurosa de cada caso individual y solo cuando su aplicación sea funcionalmente práctica y redunde en beneficio del servicio que presta el DRNA, para que el mismo no se vea afectado.

## Sección 12.7 - Otros Métodos de Compensación

El DRNA podrá desarrollar e implantar otros métodos de compensación conforme a su capacidad presupuestaria para reconocer la productividad, eficacia y calidad de los trabajos que realizan los empleados. Estos métodos de compensación podrán utilizarse para retener el recurso

humano idóneo y atraer recurso humano cualificado para ocupar puestos de difícil reclutamiento. Estos no tendrán el efecto de alterar las estructuras salariales vigentes, ni confligir retributivamente con la estructura piramidal del DRNA. Los mismos podrán adoptarse siempre y cuando sean funcionales y se consideren beneficiosos para el DRNA. Algunos de estos métodos son:

1. *Diferenciales* - Es una compensación temporera especial, adicional y separada del sueldo regular del empleado, que se concede para mitigar circunstancias extraordinarias que de otro modo podrían considerarse onerosas para el empleado. Solo se podrán conceder por las siguientes condiciones:

   a. Condiciones extraordinarias de trabajo — situación de trabajo temporera que requiere un mayor esfuerzo o riesgo para el empleado, mientras desempeña las funciones de su puesto. Esto puede incluir trabajo fuera de la jornada regular, en el caso de empleados exentos de la "Ley Federal de Normas Razonables del Trabajo de 1938".
   La cuantía de los diferenciales por condiciones extraordinarias de trabajo equivaldrá a la progresión de los tipos retributivos de la escala correspondiente a la clase de puesto que ocupa el empleado. Como norma general, la cuantía máxima del diferencial a conceder será por el equivalente a la amplitud de la escala.

   

   b. Interinato – situación de trabajo temporera en la que un empleado regular de carrera realiza todas las funciones esenciales de un puesto de clasificación superior al que ocupa en propiedad ya sea en el servicio de carrera o de confianza. Para ser acreedor de un diferencial por esta condición, son requisitos los siguientes:

      (1) que el Secretario haya designado al empleado oficialmente para desempeñar los deberes del puesto;

      (2) haber desempeñado interinamente las funciones del puesto de clasificación superior por treinta (30) días o más sin interrupción; y

      (3) reunir los requisitos de preparación académica y experiencia del puesto cuyas funciones desempeña interinamente.

   El empleado podrá ser relevado del interinato en cualquier momento, cuando así lo determine el Secretario. En este caso, el empleado regresará al puesto que ocupa en propiedad y recibirá el sueldo que devengaba antes del interinato, excepto cuando haya desempeñado interinamente funciones de supervisión por doce (12) meses o más

en forma ininterrumpida, en cuyo caso se le concederá un aumento salarial equivalente a un tipo retributivo sobre su sueldo.

El derecho a recibir el diferencial por interinato surge a los treinta (30) días de haber desempeñado las funciones interinas.  El pago se efectuará a partir del día treinta y uno (31) después de haber comenzado el interinato.

La cuantía del diferencial por interinato será la diferencia entre el sueldo básico de la escala retributiva correspondiente a la clase de puesto cuyas funciones el empleado desempeña interinamente y el sueldo básico de la escala retributiva a que está asignada la clase de puesto que ocupa en propiedad.

Como norma general, los diferenciales se concederán en forma prospectiva. Por ser una compensación adicional y separada del sueldo regular del empleado, el Secretario será responsable de eliminar los mismos una vez desaparezcan las condiciones que dieron base a su concesión.  Previo a la eliminación del diferencial, el Secretario será responsable de realizar un estudio de cada caso en sus méritos, a los fines de demostrar que desaparecieron las circunstancias que ameritaron su concesión.

Ningún diferencial será considerado como parte integral del sueldo del empleado a los fines del cómputo para el pago de liquidación de licencias, para el pago de excesos de vacaciones ni para el cómputo de la pensión de retiro.

2.  *Bonificaciones y Métodos Alternos de Retribución* - Las bonificaciones son compensaciones especiales, no recurrentes y separadas del sueldo, que pueden concederse como mecanismos para reclutar, retener o premiar a empleados o grupos de empleados que cumplan con los requisitos que se establezcan para su concesión.  Las normas para la concesión de estas bonificaciones y métodos alternos de retribución deben ser evaluadas y autorizadas por la OCALARH, previo a su otorgamiento.

Entre los diversos tipos de bonificaciones y métodos alternos de retribución se encuentran:

a.  Certificados de reconocimiento por la labor realizada.

b.  Días u horas concedidos sin cargo a licencia alguna.

c.  Bonificaciones por la ejecución de un equipo de trabajo.

d.  Actividades en las cuales el empleado sea informado de los éxitos obtenidos por el DRNA y actividades de reconocimiento a empleados.

e.  Adiestramiento en y fuera de Puerto Rico.

f. Becas para estudios graduados y subgraduados.

g. Facilidades de gimnasio, unidades de salud, cafeterías, cuido de niños.

h. Beneficios de hospedaje, comida y uniformes a todo empleado que lo requiera por la naturaleza del servicio que realiza.

i. Otorgar bonos por asistencia y puntualidad. Dicho bono será independiente y separado de cualquier pago correspondiente por exceso de licencia acumulada.

j. Bonificación a los empleados que se retiran del sistema.

k. Bonificación por productividad, o por cualquier otro concepto.

Respecto a la bonificación por productividad, o por cualquier otro concepto, a tenor con la Ley Núm. 66-2013 y la reglamentación emitida por la OCALARH, se tomará en consideración lo siguiente:



(1) El DRNA no podrá adjudicar, acordar, aprobar, autorizar, contratar, ordenar, pagar o de forma alguna conceder a los empleados bonos de productividad, o por cualquier otro concepto, sin la previa evaluación y autorización de la OCALARH.

(2) De interesar otorgar un bono de productividad, o por cualquier otro concepto, el DRNA someterá para la previa evaluación y aprobación de la OCALARH las normas de otorgamiento correspondientes junto con la certificación de disponibilidad de fondos y con los períodos y términos considerados para la concesión de tal bono.

(3) El DRNA deberá preparar, para la evaluación y aprobación de la OCALARH, las normas y procedimientos necesarios para administrar estos incentivos retributivos donde se tomen en consideración los criterios, cuantía y fechas, entre otros, además de la capacidad fiscal de esta en ese momento.

3. A fin de que los empleados continúen su desarrollo profesional, ya sea por iniciativa propia o por requerimiento expreso del DRNA, se podrán implantar métodos retributivos que reconozcan y promuevan dichas actividades.

a. Retribución adicional por habilidades – por el desarrollo y aplicación de habilidades alternas a su función principal. Se podrá otorgar una retribución adicional que formará parte del sueldo del empleado.

b. Desarrollo de competencias – por la implantación de nuevos procesos de trabajo solicitados o que desea el DRNA y por lograr ser conductor de cambios e innovaciones continuas para mejorar y maximizar el rendimiento global del DRNA. Este aumento salarial formará parte del sueldo del empleado.

4. Beneficio de hospedaje, comida y uniforme a todo empleado que lo requiera por la naturaleza del servicio que realiza – El costo de tales obvenciones no se deducirá del sueldo del empleado. Estos beneficios guardan estrecha relación con los deberes y responsabilidades del puesto, indispensables para el desempeño adecuado de los mismos. La concesión de este beneficio estará sujeta a la disponibilidad de fondos y a la previa aprobación del Secretario.

## ARTÍCULO 13 - BENEFICIOS MARGINALES Y SERVICIOS

### Sección 13.1 - Norma General

Los beneficios adicionales al salario que devenga el empleado en el servicio de carrera representan para este seguridad y mejores condiciones de empleo. La administración del programa de beneficios, en forma justa y eficaz, ayuda a establecer un ambiente de buenas relaciones y satisfacción en el empleado, que contribuye a su mayor productividad y eficiencia.

El DRNA es responsable de velar porque el disfrute de los beneficios se lleve a cabo conforme a un plan que mantenga el adecuado balance entre las necesidades del servicio, las necesidades del empleado y utilización óptima de los recursos disponibles.

Constituye responsabilidad primordial del DRNA mantener a los empleados debidamente orientados e informados sobre los beneficios marginales y los términos y condiciones que rigen su disfrute. Como parte del programa de adiestramiento y desarrollo del personal con funciones de supervisión, se deberá implantar un plan para que los supervisores en todos los niveles estén debidamente informados sobre las normas que rigen los beneficios marginales, de modo que estos puedan orientar a sus empleados y administrar en forma correcta, consistente, justa y conforme a las normas establecidas, el disfrute de los beneficios marginales.

Forman parte complementaria de este Artículo los beneficios marginales establecidos por diferentes leyes especiales.

### Sección 13.2 - Días Feriados

1. Los días que se detallan a continuación serán días feriados para los empleados del DRNA:

| FECHA | CELEBRACIÓN |
|---|---|
| 1 de enero | Día de Año Nuevo |
| 6 de enero | Día de Reyes |
| Tercer lunes de enero | Natalicio del Dr. Martin Luther King, Jr. |
| Tercer lunes de febrero | Día de Jorge Washington, Día de los Presidentes y el Día del Prócer y la Mujer Ilustre de Puerto Rico en honor a la vida y obra de: Eugenio María de Hostos, José de Diego, Luis Muñoz Rivera, José Celso Barbosa, Ramón Emeterio Betances, Román Baldorioty de Castro, Luis Muñoz Marín, Ernesto Ramos Antonini y Luis A. Ferré; Lola Rodríguez de Tió, Nilita Vientós Gastón, Julia de Burgos, Mariana Bracetti, Luisa Capetillo, María Luisa Arcelay, Sor Isolina Ferré Aguayo, Felisa Rincón de Gautier y María Libertad Gómez |
| 22 de marzo | Día de la Abolición de la Esclavitud |
| Movible | Viernes Santo |
| Último lunes de mayo | Día de la Conmemoración de los Muertos en la Guerra (*Memorial Day*) |
| 4 de julio | Día de la Independencia de los Estados Unidos |
| 25 de julio | Día de la Constitución del Estado Libre Asociado de Puerto Rico |
| Primer lunes de septiembre | Día del Trabajo |
| Segundo lunes de Octubre | Día de la Raza |
| Primer martes de noviembre (cada cuatro años) | Día de las Elecciones Generales |
| 11 de noviembre | Día del Veterano |
| 19 de noviembre | Día de la Cultura Puertorriqueña y el Descubrimiento de Puerto Rico |
| Cuarto jueves de noviembre | Día de Acción de Gracias |
| 24 de diciembre | Medio Día por Motivo de la Noche Buena |
| 25 de diciembre | Día de Navidad |




2. Disposiciones Generales:

    a. Los días feriados para los empleados del DRNA serán los antes señalados o cualquier otro que informe la OCALARH periódicamente, mediante Memorando Especial, conforme a las leyes que apliquen.

    b. Se considerarán, además, días feriados aquellos fijados como tales por el Gobernador del Estado Libre Asociado de Puerto Rico o por la Asamblea Legislativa.

    c. Cuando la celebración de un día feriado cayera domingo, la celebración del mismo será observada el día siguiente. En casos en que se haya establecido una semana laboral reducida y el último día de descanso coincida con un día feriado, el empleado tendrá derecho a que se le conceda libre el día siguiente al feriado.

    d. Cuando por necesidades del servicio se haya establecido una semana de trabajo donde los días de descanso no sean sábado y domingo y el segundo día de descanso coincida con un día feriado, el empleado tendrá derecho a que se le conceda libre el día laborable siguiente al feriado.



    e. Por necesidades urgentes del servicio se podrá requerir de cualquier empleado que preste servicios en determinado día feriado, en cuyo caso el empleado tendrá derecho a compensación extraordinaria, según dispuesto en la Sección 14.7 de este Reglamento, siempre que reúna todos los criterios establecidos para la acumulación de licencia compensatoria o pago de tiempo extra trabajado.

**Sección 13.3 - Plan Médico**

El DRNA tramitará toda solicitud de ingreso al plan médico de libre selección autorizado por la Administración de Seguros de Salud (ASES) o la agencia autorizada, que someta cualquier empleado del DRNA en las fechas establecidas para tales propósitos. El personal transitorio, cuyo nombramiento sea menor de seis (6) meses, es elegible para ingresar a los planes de servicios de salud contratados por la ASES o la agencia autorizada, pero no tendrá derecho a la aportación patronal.

**Sección 13.4 - Licencias**

Los empleados de carrera del DRNA tendrán derecho a las siguientes licencias, con o sin paga, conforme se establece a continuación:

1. *Licencia de Vacaciones*

    a. La licencia de vacaciones es el período de tiempo en que se autoriza al empleado ausentarse de su trabajo, con paga, con el propósito de ofrecerle la oportunidad de reponerse del cansancio físico y mental que le ocasiona el desempeño de sus funciones. Como norma general deberá ser disfrutada durante el año natural en que fue acumulada.

    b. El derecho a la licencia de vacaciones está vinculado a la prestación de servicios, ya que el empleado tiene que haber trabajado para que se le acrediten los días a que tiene derecho.

    c. Todo empleado tendrá derecho a acumular licencia de vacaciones, a razón de dos días y medio ($2^1/_2$) por cada mes de servicios hasta un máximo de sesenta (60) días laborables al finalizar cada año natural. Los empleados a jornada regular reducida o a jornada parcial acumularán licencia de vacaciones en forma proporcional al número de horas en que presten servicios regularmente.



    d. Todo empleado tendrá derecho a disfrutar de su licencia de vacaciones acumuladas por un período de treinta (30) días laborables durante cada año natural, de los cuales no menos de quince (15) deberán ser consecutivos. No obstante, los empleados que no puedan disfrutar de la licencia de vacaciones durante determinado año natural por necesidades del servicio y a requerimiento del Secretario están exceptuados de esta disposición:

        (1) En este caso, se proveerá para que el empleado disfrute, de por lo menos, el exceso de licencia acumulada sobre el límite de los sesenta (60) días, en la fecha más próxima posible, dentro del término de los primeros seis (6) meses del siguiente año natural.

        (2) Cuando por circunstancias extraordinarias del servicio ajenas a su voluntad el empleado no pueda disfrutar de dicho exceso de licencia acumulado dentro del término reglamentario dispuesto, el DRNA pagará el exceso acumulado en o antes del 31 de julio de cada año.

    e. Se formulará un Plan de Vacaciones, por año natural, en coordinación con los supervisores y los empleados, que establezca el período dentro del cual cada empleado disfrutará de sus vacaciones, en la forma más compatible con las

necesidades del servicio. Dicho Plan se deberá establecer con la antelación necesaria para que entre en vigor al primero (1ro) de enero de cada año. Será responsabilidad del DRNA y de los empleados dar cumplimiento al referido Plan. Solo podrá hacerse excepción por necesidad clara e inaplazable del servicio.

f.  El Plan de Vacaciones se formulará y administrará de modo que los empleados disfruten de su licencia regular anualmente.

g.  El empleado podrá autorizar al DRNA a transferir al Departamento de Hacienda cualquier cantidad por concepto del balance de la licencia de vacaciones en exceso para que se le acredite como pago completo o parcial de deuda por concepto de contribución sobre ingresos.

h.  El DRNA proveerá para el disfrute de todo exceso de licencia de vacaciones, previo al trámite de cualquier separación que constituya una desvinculación total y absoluta del servicio y al trámite de cambio para pasar a prestar servicios en otra agencia.

i.  Normalmente no se concederá licencia de vacaciones por un período mayor de treinta (30) días laborables por cada año natural. No obstante, se podrá conceder licencia de vacaciones en exceso de treinta (30) días laborables, hasta un máximo de sesenta (60) días, en cualquier año natural, a aquellos empleados que tengan licencia acumulada. Al conceder dicha licencia, se tomarán en consideración las necesidades del servicio y otros factores tales como los siguientes:

    (1) la utilización de dicha licencia para actividades de mejoramiento personal del empleado tales como viajes, estudios, entre otros;

    (2) enfermedad prolongada del empleado después de haber agotado el balance de licencia por enfermedad;

    (3) problemas del empleado que requieran su atención personal;

    (4) si ha existido cancelación de disfrute de licencia por necesidades del servicio; y

    (5) total de licencia acumulada que tiene el empleado.

j.  Por circunstancias especiales, se podrá anticipar licencia de vacaciones a los empleados regulares que hayan prestado servicios al Gobierno del Estado Libre Asociado de Puerto Rico por más de un (1) año, cuando se tenga la certeza de que se

reintegrará al servicio. La licencia de vacaciones así anticipada no excederá de treinta (30) días laborables.

    (1) La concesión de licencia de vacaciones anticipada requerirá en todo caso aprobación previa y por escrito del Secretario o el funcionario en quien este delegue.

    (2) Todo empleado a quien se le hubiere anticipado licencia de vacaciones y se separe del servicio, voluntaria o involuntariamente, antes de prestar servicios por el período necesario requerido para acumular la totalidad de licencia que le sea anticipada, vendrá obligado a reembolsar al Gobierno del Estado Libre Asociado de Puerto Rico cualquier suma de dinero que quedare al descubierto, que le haya sido pagada por concepto de tal licencia anticipada.

k. En el caso en que un empleado se le conceda una licencia sin sueldo, no será menester que este agote la licencia de vacaciones que tenga acumulada antes de comenzar el disfrute de licencia sin sueldo.



l. Cuando se autorice el disfrute de licencia de vacaciones acumuladas o anticipadas a un empleado, se podrá autorizar el pago por adelantado de los sueldos correspondientes al período de licencia, siempre que el empleado lo solicite con suficiente anticipación. Tal autorización de pago deberá hacerse inmediatamente después de la aprobación de la licencia.

m. Uno o más empleados podrán ceder como cuestión de excepción, a otro empleado del DRNA, días acumulados de vacaciones, hasta un máximo de cinco (5) días por mes, conforme dispone la Ley Núm. 44-1996, según enmendada, cuando:

    (1) El empleado cesionario haya trabajado, continuamente, un mínimo de un (1) año con cualquier entidad gubernamental.

    (2) El empleado cesionario no haya incurrido en un patrón de ausencias injustificadas faltando a las normas del DRNA.

    (3) El empleado cesionario hubiera agotado la totalidad de las licencias a que tiene derecho como consecuencia de una emergencia.

    (4) El empleado cesionario o su representante evidencie, fehacientemente, la emergencia y la necesidad de ausentarse por días en exceso a las licencias ya agotadas.

    (5) El empleado cedente haya acumulado un mínimo de quince (15) días de licencia por vacaciones en exceso de la cantidad de días a cederse.

    (6) El empleado cedente haya sometido por escrito al DRNA una autorización accediendo a la cesión, especificando el nombre del cesionario.

    (7) El empleado cesionario o su representante acepte, por escrito, la cesión propuesta.

n. Se dispone que el DRNA, luego de autorizada la cesión propuesta, procederá a descontar, o hacer que se descuente, de los balances de licencia del empleado cedente y aplicar al empleado cesionario los días de licencia transferidos, una vez haga constar la corrección de la misma. La licencia cedida se acreditará a razón del salario del empleado cesionario. Además, se informará y orientará a los empleados (cedente y cesionario) sobre lo siguiente:

    (1) Ningún empleado podrá ceder a otro más de cinco (5) días de licencia acumulada durante un (1) mes y el número de días a cederse no excederá de quince (15) en un (1) año.

    (2) El empleado cedente perderá su derecho al pago de las licencias cedidas.

    (3) Al momento en que desaparezca el motivo por el cual tuvo que ausentarse, el empleado cesionario retornará a sus labores sin disfrutar el balance cedido que le resta, el cual revertirá al empleado cedente acreditándose a razón de su salario al momento que ocurrió la cesión.

    (4) El empleado cesionario no podrá disfrutar de los beneficios de la "Ley sobre Cesión de Licencia" por un período mayor de un (1) año, incluyendo el tiempo agotado por concepto de licencias y beneficios disfrutados por derecho propio.

    (5) El Secretario no reservará el empleo al empleado cesionario ausente por un término mayor al establecido en el apartado (4) anterior.

o. Toda persona que directamente o a través de otra dé o acepte dinero u otro beneficio, a cambio de la cesión de licencia, será culpable de delito menos grave y si fuese convicta, será castigada con multa no mayor de quinientos dólares ($500) o con pena de reclusión que no exceda de seis (6) meses; o ambas penas a discreción del tribunal.

2. *Licencia por Enfermedad*

a. La licencia por enfermedad se utilizará cuando el empleado se encuentre enfermo, incapacitado o expuesto a una enfermedad contagiosa que requiera su ausencia del trabajo para la protección de su salud o la de otras personas. El derecho a licencia por enfermedad está sujeto a que el empleado haya prestado servicios para que se le acrediten los días por este concepto.

b. Todo empleado tendrá derecho a acumular licencia por enfermedad a razón de un día y medio (1½) por cada mes de servicio. Los empleados a jornada reducida o a jornada parcial acumularán licencia por enfermedad en forma proporcional al número de horas en que presten servicios regularmente.

c. La licencia por enfermedad se podrá acumular hasta un máximo de noventa (90) días laborables al finalizar cualquier año natural. No obstante, todo empleado que acumule licencia por enfermedad sobre el máximo permitido de noventa (90) días al finalizar cualquier año natural, tendrá derecho a que se le pague anualmente dicho exceso como mínimo, antes del 31 de marzo u optar por autorizar al DRNA a que se le transfiera al Departamento de Hacienda dicho exceso o parte del mismo con el objetivo de acreditar como pago parcial o completo de cualquier deuda que tuviese por concepto de contribución sobre ingresos.

d. El empleado podrá hacer uso de toda licencia por enfermedad que tenga acumulada durante cualquier año natural.

e. Cuando un empleado se ausente del trabajo por enfermedad se le podrá exigir un certificado médico expedido por un médico autorizado a ejercer la medicina en Puerto Rico, acreditativo de la condición que le impidió asistir al trabajo, el día que se reintegra a sus labores. De no presentar la certificación médica según se requiera, se considerará la ausencia sin autorización. Además del certificado médico, se podrá corroborar la inhabilidad del empleado para asistir al trabajo por razones de enfermedad, por cualquier otro medio apropiado. Lo anterior no se aplicará o interpretará de forma que se vulnere la Ley ADA, la FLMA, la "Ley de Protección de Discrimen contra Impedidos" y la "Health Insurance Portability & Accountability Act (HIPAA)".



f. El empleado deberá cumplir con la reglamentación de asistencia y licencias del DRNA.

g. En casos de enfermedad en que el empleado no tenga licencia por enfermedad acumulada, se le podrá anticipar hasta un máximo de dieciocho (18) días laborables, a cualquier empleado regular que hubiere prestado servicios al Gobierno del Estado Libre Asociado de Puerto Rico por un período no menor de un (1) año, cuando exista razonable certeza de que este se reintegrará al servicio.

h. Cualquier empleado a quien se le hubiere anticipado licencia por enfermedad y se separe voluntaria o involuntariamente del servicio antes de haber prestado servicios por el período necesario requerido para acumular la totalidad de la licencia que le fue anticipada, vendrá obligado a reembolsar al Gobierno del Estado Libre Asociado de Puerto Rico cualquier suma de dinero que quedare al descubierto, que le haya sido pagada por concepto de dicha licencia.

i. En casos de enfermedad prolongada, una vez agotada la licencia por enfermedad, los empleados podrán hacer uso de toda la licencia de vacaciones que tuvieren acumulada, previa autorización del supervisor inmediato. Si el empleado agotase ambas licencias y continuare enfermo, se le podrá conceder licencia sin sueldo.

j. Todo empleado podrá disponer de hasta un máximo de cinco (5) días al año de los días acumulados por enfermedad, siempre y cuando mantenga un balance mínimo de quince (15) días, excepto en las circunstancias descritas en la parte (3) de este sub inciso (j) para el cual se ha dispuesto una normativa particular, a los fines de solicitar una licencia especial para utilizar la misma en:

(1) El cuidado y atención por razón de enfermedad de sus hijos o hijas.

(2) Enfermedad o gestiones de personas de edad avanzada o impedidas del núcleo familiar, entiéndase cuarto grado de consanguinidad, segundo de afinidad, o personas que vivan bajo el mismo techo o personas sobre las que se tenga custodia o tutela legal. Disponiéndose que las gestiones a realizarse deberán ser cónsonas con el propósito de la licencia de enfermedad, es decir, al cuidado y la atención relacionada con la salud de las personas aquí comprendidas.

    i. "Persona de edad avanzada" significará toda aquella persona que tenga sesenta (60) años o más.

    ii. "Personas con impedimentos" significará toda persona que tiene un impedimento físico, mental o sensorial que limita sustancialmente una o más actividades esenciales de su vida.

(3) La comparecencia de toda parte peticionaria, víctima o querellante en procedimientos administrativos o judiciales ante todo departamento, agencia, corporación o instrumentalidad pública del Estado Libre Asociado de Puerto Rico en casos de violencia doméstica, hostigamiento sexual en el empleo o discrimen por razón de género y peticiones de pensiones alimenticias, así como para acceder a servicios médico-hospitalarios especializados, recibir tratamiento psicosocial o para la contratación de representación legal con relación a dichos procedimientos administrativos o judiciales, sujeto a que mantenga un balance mínimo de cinco (5) días de licencia por enfermedad. En caso de no contar con dicho balance mínimo, se concederá la licencia especial sin sueldo, para los propósitos aquí dispuestos, hasta un máximo de cinco (5) días al año. El empleado presentará evidencia expedida por la autoridad competente acreditativa de tal comparecencia.

3. *Licencia Militar*

Al solicitar una licencia militar, el empleado deberá someter conjuntamente con su solicitud de licencia, evidencia oficial acreditativa de la orden de servicio militar en que basa su solicitud o cualquier otra evidencia requerida por el DRNA. Se concederá licencia militar conforme a lo siguiente:

    a. Adiestramiento de Guardia Nacional:

De conformidad con lo establecido por la Sección 231 del Código Militar de Puerto Rico, Ley Núm. 62 de 23 de junio de 1969, según enmendada, se concederá licencia militar con paga hasta un máximo de treinta (30) días laborables por cada año natural a los empleados que pertenezcan a la Guardia Nacional de Puerto Rico y a los Cuerpos de Reserva del Ejército de los Estados Unidos durante el período en el cual estuvieren prestando servicios militares, como parte de su entrenamiento anual o en escuelas militares, cuando así hubieren sido ordenados o autorizados en virtud de las

disposiciones de las leyes de los Estados Unidos de América o del Gobierno del Estado Libre Asociado de Puerto Rico.

Cuando dicho servicio militar activo fuera en exceso de treinta (30) días se le concederá al empleado licencia sin sueldo. No obstante, a solicitud del empleado se le podrá cargar dicho exceso a la licencia de vacaciones que este tenga acumulada.

b. Llamadas a Servicio Militar Activo Estatal:

Se concederá licencia militar con paga por el período autorizado, en los casos de empleados que pertenezcan a la Guardia Nacional de Puerto Rico y sean llamados por el Gobernador a Servicio Militar Activo Estatal, en los siguientes casos y según dispone el Código Militar de Puerto Rico:

(1) cuando la seguridad pública lo requiera en casos tales como guerra, invasión, insurrección, rebelión, motín, desórdenes públicos o inminente peligro de los mismos;

(2) en casos de desastres naturales tales como huracán, tormenta, inundación, terremoto, incendios y otras causas de fuerza mayor;

(3) en apoyo a oficiales del orden público en funciones dirigidas al control del tráfico de narcóticos;

(4) para recibir, despedir y proveer servicios de transportación y escoltar a dignatarios y para participar en paradas, marchas, revistas militares y ceremonias análogas; o

(5) cuando esta constituya una alternativa viable para prestar servicios especializados en salud, equipo técnico de ingeniería o educación y por no estar los mismos igualmente disponibles de fuentes civiles, públicas o comerciales.

c. Servicio Militar Activo:

(1) Se concederá licencia militar sin paga a empleados que ingresen a prestar servicio militar activo, en las Fuerzas Armadas de los Estados Unidos de América, conforme a las disposiciones de la "Ley de Derechos de Empleo y Reempleo de los Servicios Uniformados", por un período de cuatro (4) años y hasta un máximo de cinco (5) años siempre y cuando este año adicional sea

oficialmente requerido y por conveniencia del Cuerpo de las Fuerzas Armadas a la cual ingresó.

(2) Si el empleado extiende voluntariamente el servicio militar luego de finalizar los períodos de servicio señalados, se entenderá que renuncia a su puesto y el DRNA procederá a dejar vacante el mismo. El empleado no acumulará licencia de vacaciones ni por enfermedad mientras disfruta de esta licencia militar.

(3) El DRNA repondrá al veterano en el mismo cargo que ocupaba o trabajo que desempeñaba al tiempo de ser llamado a las Fuerzas Armadas, si el veterano lo solicita formalmente dentro de los ciento ochenta (180) días siguientes a su licenciamiento y exista el mismo puesto o cargo en que se desempeñaba u otro de igual categoría según dispuesto por la "Carta de Derechos del Veterano Puertorriqueño del Siglo XXI", *supra*.

(4) En caso de que el servicio militar activo en las Fuerzas Armadas de Estados Unidos de América sea provocado por declaración de guerra o de emergencia, se autoriza al DRNA a utilizar el remanente que pudiera tener de los treinta (30) días con paga que otorgan anualmente para adiestramiento militar de Guardia Nacional o Reserva. Esto, por acreditarlos a las ausencias iniciales, siempre y cuando sea por adiestramiento militar, en o fuera de Puerto Rico así especificado en la orden militar, por el tiempo que indique la orden, sin excederse de los días a los cuales el empleado tenga derecho.

(5) Además, estos empleados conservarán la licencia acumulada por enfermedad, vacaciones y el tiempo compensatorio acumulado en virtud de nuestra reglamentación y de la legislación federal sobre normas razonables del trabajo, hasta su regreso del servicio miliar activo. No obstante, las ausencias iniciales a partir de la orden militar se podrán cargar a la licencia de vacaciones o cualquier otro tiempo compensatorio que el empleado tenga acumulado, siempre que este voluntariamente lo solicite por escrito.

(6) Al empleado reservista o perteneciente a la Guardia Nacional de Puerto Rico que así lo solicite, podrá permitírsele disfrutar de la licencia de vacaciones que tenga acumulada, previo a la licencia militar sin paga, siempre que la misma



no exceda el máximo de sesenta (60) días laborables durante el año natural. También podrá otorgársele el disfrute del exceso de la licencia de vacaciones acumulada y no disfrutada debido a la necesidad del servicio, tanto la que corresponda al año natural anterior como el exceso de sesenta (60) días que tuviera durante el año natural en que sea llamado a servicio activo.

(7) El DRNA conservará evidencia demostrativa de que la concesión de la licencia con paga, responde a una petición expresa del empleado. Toda licencia con paga que se otorgue precederá a la licencia militar sin sueldo. Una vez concedida esta última, continuará en vigor sin interrupción durante la vigencia de la orden militar. La licencia por enfermedad, por su naturaleza, se conservará acumulada mientras el empleado esté en servicio militar activo.

(8) Ninguna persona, independientemente de su relación con el empleado llamado a servicio activo, puede actuar, firmar o autorizar acto alguno a nombre de este, excepto si ha sido designada oficialmente como su representante legal en virtud de un poder militar debidamente otorgado. Si no media un poder militar al efecto, el DRNA tiene que abstenerse de ejecutar con un tercero acción alguna relacionada con el empleado, aun cuando sea cónyuge, padres o hijos del empleado. En ausencia de dicho documento legal, el DRNA deberá gestionar con el empleado que consigne por escrito su voluntad para disponer de los cheques de pago que se emitan luego de su partida y de todo lo relativo a la licencia que solicite se le conceda. 

(9) Los puestos permanentes que ocupan los empleados solo podrán cubrirse con empleados con estatus transitorio por la duración de la licencia militar sin sueldo, si las necesidades del servicio lo requieren. Salvo en caso que el puesto quedase vacante, según especificado en el acápite (2) de este sub inciso.

(10) Si algún empleado regular o probatorio llamado a servicio militar activo, estuviere disfrutando de licencia sin sueldo concedida para ocupar otro puesto permanente o un puesto de duración fija con estatus transitorio, se procederá a cancelar esta licencia y a reinstalar al empleado en el puesto que ocupa en propiedad, previo a concederle la licencia militar sin sueldo.

(11) La licencia militar sin sueldo se le concederá por el período de duración del servicio activo conforme conste en la orden militar. Será prorrogada por el período adicional que fuere ordenado, siempre que sea a requerimiento y por conveniencia de las Fuerzas Armadas.

4. *Licencia para Fines Judiciales*

a. <u>Citaciones Oficiales</u>:

Cualquier empleado citado oficialmente para comparecer ante cualquier tribunal de justicia, fiscal, organismo administrativo o agencia gubernamental tendrá derecho a disfrutar de licencia con paga por el tiempo que estuviese ausente de su trabajo con motivo de tales citaciones, sujeto a las siguientes disposiciones:

(1) Cuando el empleado es citado para comparecer como acusado o como parte interesada ante dichos organismos, no se le concederá este tipo de licencia.

    i. Por parte interesada se entenderá la situación en que comparece en la defensa o ejercicio de un derecho en su carácter personal tales como demandado o demandante en una acción civil, peticionario o interventor en una acción civil o administrativa personal.

    ii. En tales casos, el tiempo usado por los empleados se cargará a licencia de vacaciones y de no tener licencia acumulada, se les concederá licencia sin sueldo por el período utilizado para tales fines.

(2) Se le concederá licencia con paga a un empleado:

    i. cuando es citado para servir como testigo en capacidad no oficial, en beneficio del DRNA o del Gobierno del Estado Libre Asociado de Puerto Rico, y el empleado no tenga un interés personal en la acción correspondiente; o

    ii. cuando el empleado comparece como demandado o querellado en su carácter oficial.

b. <u>Servicio de Jurado</u>:

(1) Se le concederá licencia con paga, a todo empleado que sea requerido a servir como jurado en cualquier tribunal de justicia por el tiempo que deba cumplir con dicho deber.

(2) El DRNA tendrá facultad para gestionar del tribunal correspondiente que el empleado sea excusado de prestar este servicio.

(3) El empleado deberá informar a su supervisor inmediatamente, por lo menos cinco (5) días laborables antes de la fecha para la cual ha sido citado, de su designación para servir como jurado. Sin embargo, la notificación al supervisor inmediato podrá efectuarse en un plazo menor, si el empleado se ve impedido de cumplir su obligación por la tardanza en el recibo de la citación o cualquier causa ajena a su voluntad.

(4) En caso de que el empleado, estando sirviendo como jurado, sea excusado por el tribunal por el período de uno (1) o varios días, deberá reintegrarse a su trabajo, excepto en situaciones especiales tales como agotamiento o cansancio que se atribuya a su servicio como jurado por razón de sesiones de larga duración o nocturnas, en cuyo caso se cargarán las ausencias correspondientes a la licencia de vacaciones o de enfermedad acumulada por este.

    i. En el caso de utilizar la licencia por enfermedad se le requerirá presentar un certificado médico.

    ii. De no tener licencia de vacaciones o de enfermedad se considerará licencia sin sueldo.

(5) Reembolso de Dietas y Millaje por Servicios Rendidos como Jurado o Testigo

El empleado que disfrute de licencia judicial o para comparecer como testigo según dispuesto en el inciso (a) anterior, tendrá derecho al reembolso de dieta y millaje según dispuesto por la "Ley para la Administración del Servicio de Jurado de Puerto Rico", Ley Núm. 281-2003, y a tenor con lo establecido por el "Reglamento para fijar gastos de viaje, dietas y alojamiento para testigos en los casos civiles" de 17 de marzo de 2004, de la Oficina de Administración de Tribunales y el "Reglamento para fijar honorarios, gastos de viaje, dietas y alojamiento para jurados y testigos en casos criminales" de 1 de julio de 2004, de la Oficina de Administración de los Tribunales. La prohibición para el pago de honorarios establecida por ambos reglamentos es de aplicación a los empleados del DRNA.

    c.  Compensación por Servicios como Jurado o Testigo:

        El empleado que disfrute de licencia judicial no tendrá que reembolsar a al DRNA por cualesquiera sumas de dinero recibidas por servicio de jurado o testigo, ni se le reducirá su paga por dicho concepto.

En todos los casos, cuando el empleado concluya su comparecencia al tribunal, deberá reintegrarse a su trabajo y presentar una certificación del Secretario del Tribunal, en la que conste el tiempo (días y horas) en que compareció al mismo.

5. *Licencia por Maternidad*

    a.  La licencia por maternidad comprenderá el período de descanso prenatal y post-partum a que tiene derecho toda mujer embarazada o que adopte un menor, de conformidad con la legislación aplicable y este Reglamento.

    b.  Toda empleada en estado grávido tendrá derecho a un período de descanso de cuatro (4) semanas antes del alumbramiento y cuatro (4) semanas después. Además, la empleada podrá disfrutar consecutivamente de cuatro (4) semanas adicionales para la atención y el cuido de la criatura, para un total de doce (12) semanas de licencia por maternidad. Alumbramiento significará el acto mediante el cual la criatura concebida es desprendida del cuerpo materno por vía natural o es extraída legalmente de este mediante procedimiento quirúrgico-obstétrico. Comprenderá asimismo, cualquier alumbramiento prematuro, malparto, o aborto involuntario, inclusive en este último caso, aquellos inducidos legalmente por facultativos médicos, que sufriere la madre en cualquier momento durante el embarazo.

    c.  La empleada podrá optar por tomar hasta solo una (1) semana de descanso prenatal y extender hasta siete (7) semanas de descanso post-partum a que tiene derecho o hasta once (11) semanas, de incluirse las cuatro (4) semanas adicionales para el cuido y atención del menor. En estos casos, la empleada deberá someter al DRNA una certificación médica acreditativa de que está en condiciones de prestar servicios hasta una (1) semana antes del alumbramiento.

    d.  Durante el período de la licencia por maternidad, la empleada devengará la totalidad de su sueldo.

    e.  En el caso de una empleada con estatus transitorio, la licencia por maternidad no excederá del período de nombramiento.

f. . De producirse el alumbramiento antes de transcurrir las cuatro (4) semanas de haber comenzado la empleada embarazada a disfrutar de su descanso prenatal, o sin que hubiere comenzado a disfrutar este, la empleada podrá optar por extender el descanso posterior al parto por un período de tiempo equivalente al que dejó de disfrutar de descanso prenatal, es decir, hasta un total de doce (12) semanas al incluirse las cuatro (4) semanas adicionales para el cuido y atención del menor.

g. Cuando se estime erróneamente la fecha probable del alumbramiento y la empleada haya disfrutado de las cuatro (4) semanas de descanso prenatal, sin sobrevenirle el alumbramiento, tendrá derecho a que se extienda el período de descanso prenatal, a sueldo completo, hasta que sobrevenga el parto. En este caso, la empleada conservará su derecho a disfrutar de las cuatro (4) semanas de descanso posterior al parto a partir de la fecha de alumbramiento y las cuatro (4) semanas adicionales para el cuido y atención del menor.

h. En caso de parto prematuro, la empleada tendrá derecho a disfrutar de un período de descanso de ocho (8) semanas de licencia por maternidad contadas a partir de la fecha del parto prematuro y las cuatro (4) semanas adicionales para el cuido y atención del menor, para un total de doce (12) semanas.

i. La empleada que sufra un aborto podrá reclamar hasta un máximo de cuatro (4) semanas de licencia por maternidad. Sin embargo, para ser acreedora a tales beneficios, el aborto debe ser uno de tal naturaleza que le produzca los mismos efectos fisiológicos que regularmente surgen como consecuencia del parto, de acuerdo al dictamen y certificación del médico que la atienda durante el aborto.

j. La empleada podrá solicitar que se le reintegre a su trabajo antes de expirar el período de descanso post-partum, siempre y cuando presente a al DRNA una certificación médica acreditativa de que está en condiciones de ejercer sus funciones. En ese caso se entenderá que la empleada renuncia al balance correspondiente de licencia por maternidad sin disfrutar a que tenga derecho.

k. En caso de que a la empleada le sobrevenga alguna complicación posterior al parto que le impida regresar al trabajo al terminar el disfrute del período de descanso post-partum y las cuatro (4) semanas adicionales para el cuido y atención de la criatura, el DRNA le concederá licencia por enfermedad.

(1) En estos casos se requerirá certificación médica indicativa de la condición de la empleada y del tiempo que se estime durará dicha condición.

(2) De esta no tener licencia por enfermedad acumulada, se le concederá licencia de vacaciones.

(3) En el caso que no tenga acumulada licencia por enfermedad o vacaciones se le podrá conceder licencia sin sueldo por el término que recomiende su médico.

l.  La licencia por maternidad no se concederá a empleadas que estén en disfrute de cualquier otro tipo de licencia con o sin sueldo.  Se exceptúa de esta disposición a las empleadas a quienes se les haya autorizado licencia de vacaciones o licencia por enfermedad y a las que estén en licencia sin sueldo por efecto de complicaciones previas al alumbramiento.

m. La empleada que adopte un preescolar, entiéndase un menor de cinco (5) años o menos que no esté matriculado en una institución escolar, a tenor con la legislación y procedimientos legales vigentes en Puerto Rico o cualquier jurisdicción de los Estados Unidos, tendrá derecho a los mismos beneficios de licencia por maternidad a sueldo completo de que goza la empleada que tiene un alumbramiento normal.  En el caso que adopte a un menor de seis (6) años en adelante, tendrá derecho a la licencia de maternidad a sueldo completo por el término de quince (15) días.

(1) Esta licencia empezará a contar a partir de la fecha que se reciba al adoptado en el núcleo familiar, lo cual deberá acreditarse por escrito.

(2) Al reclamar este derecho la empleada deberá someter al DRNA  evidencia acreditativa de los procedimientos de adopción expedida por el organismo correspondiente.

n.  La empleada embarazada o que adopte tendrá la obligación de notificar con anticipación al DRNA sobre sus planes para el disfrute de su licencia por maternidad y sus planes de reintegrarse al trabajo.

o.  El DRNA podrá autorizar el pago por adelantado de los sueldos correspondientes al período de licencia por maternidad, siempre que la empleada lo solicite con anticipación correspondiente.  Si la empleada se reintegra al trabajo antes de expirar el período de descanso posterior al parto, vendrá obligada a efectuar el reembolso del balance correspondiente a la licencia por maternidad no disfrutada.



p. En caso de muerte de la criatura previo a finalizar el período de licencia de maternidad, la empleada tendrá derecho a reclamar exclusivamente aquella parte del período post- partum que complete las primeras ocho (8) semanas de licencia por maternidad no utilizada. Disponiéndose que el beneficio de las cuatro (4) semanas adicionales para el cuido de la criatura, cesará a la fecha de ocurrencia del fallecimiento, por cuanto no se da la necesidad de atención y cuido que justificó su concesión. En estos casos, la empleada podrá acogerse a cualquier otra licencia a la cual tenga derecho.

6. *Licencia por Paternidad*

a. La licencia por paternidad comprenderá el período de cinco (5) días laborables a partir de la fecha del nacimiento del hijo o hija.

b. Asimismo, el empleado que, junto a su cónyuge, adopte a un preescolar, entiéndase un menor de cinco (5) años o menos que no esté matriculado en una institución escolar, a tenor con la legislación y procedimientos legales vigentes en Puerto Rico o cualquier jurisdicción de los Estados Unidos, tendrá derecho a una licencia por paternidad que comprenderá el período de quince (15) días a partir de la fecha en que se reciba al menor en el núcleo familiar, lo que debe acreditarse por escrito. En el caso que adopte a un menor de seis (6) años en adelante, tendrá derecho a la licencia por paternidad a sueldo completo por el término de quince (15) días.

c. Aquel empleado que, individualmente, adopte a un preescolar, entiéndase un menor de cinco (5) años o menos que no esté matriculado en una institución escolar, a tenor con la legislación y procedimientos legales vigentes en Puerto Rico o cualquier jurisdicción de los Estados Unidos, tendrá derecho a una licencia por paternidad que comprenderá el período de ocho (8) semanas, contados a partir de que se reciba al adoptado en el núcleo familiar, lo cual debe acreditarse por escrito. En el caso que adopte a un menor de seis (6) años en adelante, tendrá derecho a la licencia por paternidad a sueldo completo por el término de quince (15) días.

d. Al reclamar este derecho conforme a los sub incisos (a) y (b) precedentes, el empleado certificará que está legalmente casado o que cohabita con la madre del menor, según aplique. Bajo el sub inciso (a) certificará, además, que no ha incurrido en violencia doméstica.

121

e. Si reclama este derecho bajo los sub incisos (b) y (c) precedentes, certificará que no ha incurrido en violencia doméstica, delito de naturaleza sexual, ni maltrato de menores.

f. La certificación indicada en los sub incisos (d) y (e) se realizará mediante la presentación del formulario requerido por el DRNA a tales fines, el cual contendrá además, la firma de la madre del menor o del cónyuge en los casos en que aplique.

g. El empleado solicitará la licencia por paternidad y a la brevedad posible someterá el certificado de nacimiento.

h. Durante el período de la licencia por paternidad, el empleado devengará la totalidad de su sueldo.

i. En el caso de un empleado con estatus transitorio, la licencia por paternidad no excederá del período de nombramiento.

j. La licencia por paternidad no se concederá a empleados que estén en disfrute de cualquier otro tipo de licencia, con o sin sueldo. Se exceptúa de esta disposición a los empleados a quienes se les haya autorizado licencia de vacaciones o licencia por enfermedad.

7. *Licencia Especial con Paga para la Lactancia*

a. Conforme a la Ley Núm. 427-2000, según enmendada, se concederá tiempo a las madres lactantes para que después de disfrutar su licencia por maternidad tengan oportunidad para lactar a sus criaturas, durante una (1) hora dentro de cada jornada de tiempo completo, que podrá ser distribuida en dos (2) períodos de treinta (30) minutos cada uno, o en tres (3) períodos de veinte (20) minutos cada uno.

b. Este beneficio se concederá en caso de que el DRNA tenga o llegase a tener un Centro de Cuido en sus instalaciones y la madre pueda acudir al mencionado Centro en donde se encuentra la criatura para lactarla, o para extraerse la leche materna en el lugar habilitado a estos efectos en el taller de trabajo.

c. Dentro del taller de trabajo, la licencia especial para lactancia tendrá una duración máxima de doce (12) meses, contados a partir de la reincorporación de la empleada a sus funciones.

d. Las empleadas que deseen hacer uso de este beneficio deberán presentar al DRNA una certificación médica, durante el período correspondiente al cuarto (4to) y octavo



(8vo) mes de edad del infante, donde se acredite y certifique que está lactando a su bebé. Dicha certificación deberá presentarse no más tarde de cinco (5) días de cada período.

e. El DRNA designará un área o espacio físico que garantiza a la madre lactante privacidad, seguridad e higiene, y para ello establecerá un reglamento sobre la operación de este espacio para la lactancia.

8. *Licencia para Estudios o Adiestramientos*

a. Se podrá conceder licencia especial para estudios o adiestramientos a los empleados conforme se dispone en la Sección 6.5 de la Ley Núm. 184, *supra*.

b. La Ley Núm. 203, *supra*, dispone la concesión de licencia sin sueldo para proseguir estudios a los veteranos que estén sirviendo en cualquier puesto en el Gobierno del Estado Libre Asociado de Puerto Rico. Dicha licencia sin sueldo durará por todo el período que razonablemente requieran dichos estudios y mientras se encuentre tomando o cursando los mismos. El veterano acogido a este beneficio y que así lo solicite una vez terminados los estudios dentro de los ciento ochenta (180) días de haber finalizado los mismos, será repuesto en el cargo o puesto que desempeñaba al tiempo de marcharse a realizar dichos estudios, o en otro cargo o puesto de igual categoría, sueldo y jerarquía. Una vez reinstalado en el cargo o puesto solamente podrá ser removido por causas reconocidas por las leyes de Puerto Rico, este Reglamento o la reglamentación emitida por la OCALARH, si su cargo está sujeto a las disposiciones de la Ley Núm. 184, *supra*.

c. El Secretario podrá conceder licencia por fracciones de días a los empleados para cursar estudios en instituciones de enseñanza acreditadas por el organismo gubernamental que corresponda por ley, con sujeción a las siguientes normas:

(1) El tiempo utilizado será cargado a la licencia por vacaciones que el empleado tenga acumulada o mediante un arreglo administrativo que permita al empleado reponer en servicio hora por hora la fracción de tiempo usada para fines de estudio.

(2) Cuando a un empleado se le autorice un adiestramiento de corta duración se le podrá conceder licencia con sueldo. Además, se le podrá autorizar pago de dietas, gastos de viaje y cuando fuere necesario, cualquier otro gasto.

123

9. *Licencias Especiales con Paga*

Los empleados tendrán derecho a licencia con paga en las situaciones que se enumeran a continuación. La concesión de estas licencias deberá ser autorizada por el Secretario:

a. Licencia con Paga para Participar en Actividades donde se Ostente la Representación Oficial del País:

(1) Se concederá esta licencia en aquellos casos en que un empleado ostente la representación oficial de Puerto Rico en olimpiadas, convenciones, certámenes u otras actividades similares, por el período que comprenda dicha representación, incluyendo el período de tiempo que requiera el viaje de ida y vuelta para asistir a la actividad.

(2) Se requerirá evidencia oficial de la representación que ostenta el empleado conjuntamente con su solicitud de este tipo de licencia. En todo caso esta licencia deberá ser aprobada previamente por el Secretario.

b. Licencia Deportiva Especial:

Cuando se ostente la representación oficial del País en calidad de deportista, los empleados se regirán por las siguientes disposiciones a tenor con la Ley Núm. 49 de 27 de junio de 1987, según enmendada:

(1) La licencia deportiva especial se concederá a todo empleado que esté debidamente certificado por el Comité Olímpico de Puerto Rico como deportista para representar a Puerto Rico en Juegos Olímpicos, Juegos Panamericanos, Centroamericanos o Campeonatos Regionales o Mundiales.

(2) En caso de personas con impedimento, estos deberán ser certificados por el Secretario de Recreación y Deportes como deportistas para representar a Puerto Rico en dichos eventos deportivos previa certificación de la organización local, reconocida por la organización internacional correspondiente para la práctica de deportes por personas con impedimento.

(3) Para obtener la licencia deportiva especial, el empleado presentará al Secretario, con no menos de diez (10) días de anticipación a su acuartelamiento, copia certificada del documento que le acredite para representar a Puerto Rico en la competencia, el cual deberá contener información sobre el tiempo que estará participando en esta.





124

(4) Esta licencia deportiva especial se acumulará hasta un máximo de treinta (30) días laborables al año.

(5) Los empleados deportistas, entrenadores y personal especializado elegible podrán ausentarse de sus empleos por un máximo de cuarenta y cinco (45) días laborables al año, de tenerlos acumulados, sin descuento de sus haberes. Cuando la solicitud del empleado exceda el límite de su licencia deportiva especial acumulada, la misma será tramitada y autorizada descontando los días en exceso de la licencia de vacaciones acumulada.

(6) Para fines de esta licencia, el término deportista incluye a atletas, jueces, árbitros, técnicos, delegados y cualquier otra persona certificada en tal capacidad por el Comité Olímpico de Puerto Rico y a las personas con impedimento certificadas como deportistas por el Secretario del Departamento de Recreación y Deportes.

(7) Para los efectos de esta licencia deportiva especial que se concederá a las personas con impedimento, certificadas por el Secretario del Departamento de Recreación y Deportes, los siguientes términos significarán:



   i. Deportista: incluye a atletas, jueces, árbitros, técnicos de deportes, profesionales de la salud, delegados y cualquier otra persona certificada en tal capacidad por el Secretario del Departamento de Recreación y Deportes, previa certificación de la organización local reconocida por la organización internacional.

   ii. Organización Local: es la entidad que a nivel del país es reconocida por la organización internacional correspondiente para la práctica de deportes por personas con impedimentos ajustándose a los criterios, clasificaciones deportivas y reglas para la práctica de deportes por personas con impedimentos y es el organismo acreditador de las organizaciones locales.

   iii. Organización Internacional: es la entidad que establece a nivel internacional los criterios y clasificaciones deportivas y reglas para la práctica de deportes por personas con impedimentos y es el organismo acreditador de las organizaciones locales.



c. Licencia con Paga por Servicios Voluntarios a los Cuerpos de la Agencia Estatal para el Manejo de Emergencias y Administración de Desastre de Puerto Rico:

(1) Se concederá licencia con paga por el tiempo en que un empleado preste servicios voluntarios a los Cuerpos de la Agencia Estatal para el Manejo de Emergencias y Administración de Desastres de Puerto Rico (AEMEAD), Agencia creada bajo la Ley Núm. 211-1999, según enmendada, en caso de desastre o por razones de adiestramientos cortos que se le han requerido oficialmente, cuando estos son miembros de la AEMEAD.



i. Se entiende por desastre la ocurrencia de un evento que resulte en daños a la propiedad, muertos y/o lesionados en una o más comunidades. Por casos de desastre se entenderá situaciones de emergencia causadas por fuerzas naturales como huracanes, tormentas, inundaciones, terremotos, incendios y otras causas de fuerza mayor que requieran los servicios de la AEMEAD.

ii. Se entenderá como emergencia cualquier situación o circunstancia para la cual sean necesarios los esfuerzos estatales y municipales encaminados a salvar vidas y proteger propiedades, la salud y seguridad pública, o para minimizar o evitar el riesgo de que ocurra un desastre en cualquier parte de Puerto Rico.

iii. Por Cuerpos de Voluntarios se entenderá el grupo de ciudadanos debidamente certificados que colaboran y prestan servicios voluntarios a la AEMEAD u Oficina Municipal.

(2) Para disfrutar de dicha licencia el empleado deberá someter al DRNA lo siguiente:

i. Evidencia oficial de que pertenece a los Cuerpos de Voluntarios de la AEMEAD.

ii. Posterior a la presentación de los servicios voluntarios, el empleado deberá someter certificación de la AEMEAD, acreditativa de los servicios prestados y el período de tiempo por el cual sirvió.

iii. En el caso en que el empleado no pertenezca a la AEMEAD, pero por razón de la emergencia se integra a esta en la prestación de servicios de

emergencia, deberá someter al DRNA certificación de la AEMEAD acreditativa de los servicios prestados y el período de tiempo por el cual sirvió.

d. Licencia Voluntaria de Servicios de Emergencia a la Cruz Roja Americana de Puerto Rico:

(1) Esta licencia con paga está establecida por la "Ley de Licencia Voluntaria de Servicios de Emergencia", Ley Núm. 58-1994, según enmendada.

(2) Los empleados que sean voluntarios certificados en servicios de desastres de la Cruz Roja Americana podrán ausentarse de su trabajo mediante licencia con paga, por un período que no excederá de treinta (30) días calendario en un período de doce (12) meses, para participar en funciones especializadas de servicio de desastre.

(3) Esta licencia podría utilizarse consecutivamente o en forma intermitente o fragmentada, pero que no exceda de treinta (30) días calendarios durante el período indicado.

(4) A los fines de esta licencia, por desastre se atenderán situaciones de emergencia causadas por huracanes, tormentas, inundaciones, terremotos, incendios y causas de fuerza mayor que requieran los servicios de emergencia.

(5) Para disfrutar de esta licencia, el empleado deberá obtener la previa aprobación del Secretario y presentará lo siguiente:

i. Evidencia oficial de que es voluntario certificado en servicios de desastre de la Cruz Roja Americana.

ii. Comunicación expedida por la Cruz Roja Americana solicitando sus servicios.

iii. Posterior a la prestación de servicios, presentará al DRNA una certificación expedida por la Cruz Roja Americana acreditativa de los servicios prestados y del tiempo por el cual sirvió.

(6) Esta licencia será aplicable a servicios voluntarios rendidos en desastres ocurridos en la jurisdicción de Puerto Rico.

(7) Esta licencia se concederá sin menoscabo de la paga que esté recibiendo el empleado y de otros beneficios como tiempo compensatorio, vacaciones, licencia por enfermedad y el principio de antigüedad.

e. <u>Licencia para Tomar Exámenes y Entrevistas de Empleo:</u>

Se concederá licencia con paga a cualquier empleado que lo solicite por el tiempo que le requiera tomar exámenes o asistir a determinada entrevista en que ha sido citado oficialmente con relación a una oportunidad de empleo en el servicio público. El empleado deberá presentar al DRNA evidencia de la notificación oficial a tales efectos.

f. <u>Licencia para Vacunar a los Hijos:</u>

(1) Se concederá licencia con paga por un período de dos (2) horas a todo empleado que lo solicite, para llevar a vacunar a sus hijos a una institución gubernamental o privada. Los empleados que tienen varios hijos tendrán la obligación de planificar y coordinar las citas de inmunización para reducir al mínimo el uso de esta licencia.

(2) En caso de que ambos padres laboren en el DRNA, el permiso para ausentarse será utilizado por uno de ellos, según estos determinen, cada vez que corresponda administrarle las vacunas al menor.

(3) Como excepción, en situaciones extraordinarias y altamente meritorias, como pueden ser los casos de menores que tengan algún impedimento que requiera la presencia de más de un adulto para transportarlo, si no hubiere otras alternativas y siempre que se evidencie debidamente, podrá concederse permiso a ambos padres.

(4) El empleado acordará previamente con su supervisor el día y hora en que hará uso de esta concesión y cumplimentará el formulario correspondiente.

(5) Conjuntamente con la solicitud para utilizar esta licencia, el empleado deberá presentar al DRNA la tarjeta de inmunización de su hijo o hijos.

(6) Inmediatamente después de hacer uso de esta licencia, el empleado presentará al DRNA la correspondiente certificación indicativa del lugar, fecha y hora en que su hijo o hijos fueron vacunados. De no presentarse esta certificación, el tiempo utilizado se descontará de la licencia de vacaciones acumulada y de no

tener balances de esta licencia, el período concedido se descontará del sueldo del empleado.

(7) También aplica a los requerimientos oficiales de las autoridades de salud para la vacunación de niños cuando surgen brotes epidémicos en toda la isla o en una zona en particular.

(8) Los empleados tienen la responsabilidad de hacer uso juicioso y restringido de esta licencia. Los supervisores tienen la responsabilidad de hacer cumplir las normas que rigen esta licencia y velar que no se afecten los servicios.

(9) Los empleados en uso de cualquier otro tipo de licencia no tendrán derecho a este beneficio.

(10) Este tipo de licencia no se acumulará.

g.   Licencia con Paga a Empleados Públicos que Sean Miembros de Comisiones Locales de Elecciones:

Se otorgará una licencia con paga a los empleados públicos que sean Miembros de Comisiones Locales de Elecciones.   Esta licencia será utilizada únicamente para asistir a las reuniones de dichas comisiones y se requerirá evidencia oficial previa de la citación.

h.   Licencia con Paga a Empleados Públicos que Sean Comisionado Presidentes Locales en Propiedad para Desempeñar Funciones a Tiempo Completo en Dichas Comisiones Locales:

Se concederá licencia con paga a los empleados públicos que sean Comisionado Presidentes locales en propiedad, previa solicitud de la Comisión Estatal de Elecciones, para realizar funciones a tiempo completo en las comisiones locales concernidas o funciones adicionales asignadas por la Comisión tales como escrutinios o recuentos por un término no mayor de ciento ochenta (180) días del año en que se celebren elecciones generales comenzando el 1ro de julio del año electoral y de ser necesario hasta que termine el escrutinio general.   Asimismo, el DRNA concederá el tiempo que requieran aquellos empleados que sean Comisionado Presidentes Locales sin cargo a licencia alguna ni reducción de paga para asistir a las reuniones convocadas por la Comisión Local y que sean notificadas previamente por el empleado.

i.  Licencia de Legislador Municipal:

  (1) Los legisladores municipales que sean empleados en el servicio de carrera del DRNA, tendrán derecho a una licencia especial por causa justificada con derecho a paga. Esta licencia no deberá exceder un máximo de cinco (5) días anuales laborables.

  (2) Estos tendrán derecho, además, a una licencia sin sueldo que no excederá de cinco (5) días anuales laborables.

  (3) Ambas licencias serán utilizadas para asistir a sesiones de la Legislatura y a reuniones y vistas oculares de esta con el propósito de desempeñar actividades legislativas municipales.

  (4) La Legislatura deberá remitir por escrito, en cualquiera de las dos (2) licencias especiales, la citación a la reunión correspondiente al Legislador Municipal, por lo menos veinticuatro (24) horas antes. El Legislador Municipal tendrá la responsabilidad de presentar la misma en el DRNA para la adjudicación de la licencia especial que aplique a esos efectos.

  (5) Esta licencia será adicional y no concurrente con alguna otra licencia a la que tenga derecho el asambleísta como empleado.

j.  Licencia con Paga a Empleados Públicos con Hijos para Visitar las Instituciones Educativas:

  (1) La Ley Núm. 134-1998, dispone para la concesión de tiempo laborable a los empleados, sin reducción de su pago o de sus balances de licencias, cuando comparezcan a las instituciones educativas públicas o privadas donde cursan estudios sus hijos para indagar sobre su conducta y su aprovechamiento escolar.

  (2) El tiempo concedido será de dos (2) horas laborables al principio y al final de cada semestre escolar.

  (3) Según dispuesto por la Ley antes citada, inmediatamente después de hacer uso de esta licencia, el empleado deberá presentar la evidencia correspondiente que acredite que se utilizó el tiempo concedido para realizar las gestiones que aquí se autorizan.



130

k. Licencia con Paga a Empleados Públicos para Donar Sangre o Inscribirse como Donante Potencial de Médula Ósea:

Se concederá licencia con paga, por un período de cuatro (4) horas al año, a los empleados públicos para donar sangre o inscribirse como donante potencial de médula ósea, de conformidad con la Ley Núm. 154-2000, según enmendada. La licencia para inscribirse en dicho registro será solamente una vez por empleado, y será indispensable que el empleado presente al DRNA la evidencia acreditativa que utilizó el tiempo concedido para estos propósitos. El DRNA podrá corroborar por cualquier medio que esta licencia se haya utilizado para los propósitos antes establecidos.

l. Concesión de Tiempo para Renovar la Licencia de Conducir:

Se concederán hasta dos (2) horas laborables sin cargo a licencia alguna y con paga para renovar la licencia de conducir, conforme se dispone en la Ley Núm. 22-2000, según enmendada.

m. Licencia con Paga a Empleados Públicos que Sean Socios de Cooperativas Organizadas en Instrumentalidades Gubernamentales:

Se concederá tiempo laborable, sin cargo alguno, a los miembros de los cuerpos directivos de las cooperativas organizadas en instrumentalidades gubernamentales. El Secretario de la Junta de Directores deberá certificar al DRNA, los empleados que son miembros de los cuerpos directivos de su cooperativa, los días de reunión y la asistencia a las respectivas reuniones. El tiempo concedido a los empleados que sean miembros directivos de la cooperativa para celebrar sus reuniones, no excederá de tres (3) horas al mes a los miembros de la Junta de Directores, el comité de supervisión y el comité educativo.

Además, se concederá tiempo laborable, hasta un máximo de tres (3) horas anuales, sin cargo a licencia alguna, a los empleados que sean socios de las cooperativas organizadas en toda instrumentalidad gubernamental para asistir a las Asambleas Generales y Extraordinarias de Socios de dichas cooperativas.

Las cooperativas tienen la obligación de remitir al DRNA copia de la convocatoria y lista de los empleados socios, con no menos de diez (10) días previos a la celebración de la Asamblea. De igual manera, el Secretario de la Junta de Directores

de la cooperativa deberá certificar al DRNA la asistencia de estos a la Asamblea, mediante una Certificación de Asistencia, en o antes de diez (10) días laborables luego de celebrarse la misma. Será responsabilidad de los empleados presentar a la Oficina de Recursos Humanos del DRNA la referida Certificación, de lo contrario se le descontará de su licencia regular.

n. Licencia para Situaciones Imprevistas:

En los casos en los que el Secretario determine que procede la suspensión de los servicios por situaciones tales como falta de electricidad o agua, fuego, tormentas, huracanes, terremotos u otras situaciones que impidan la permanencia en el lugar de trabajo, se concederá licencia con paga a los empleados que se encuentren prestando servicios al momento que surja la situación.

10. *Licencia sin Paga*

La licencia sin paga es un permiso que se concede al empleado para que este se ausente del trabajo durante cierto y determinado tiempo. En esta licencia no hay desvinculación del puesto y el empleado lo conserva hasta su regreso o renuncia. Esta licencia se concederá cuando se tenga certeza de que el empleado se reintegrará a su puesto al finalizar la misma.



a. Disposiciones Generales:

(1) La licencia sin paga no se concederá en casos en que el empleado se propone utilizar la misma para probar suerte en otras oportunidades de empleo.

(2) En el caso que cese la causa por la cual se concedió la licencia, el empleado deberá reintegrarse inmediatamente a su empleo o notificar al Secretario sobre las razones por las que no está disponible, o su decisión de no reintegrarse al empleo que ocupaba.

b. Además de las Licencias sin Paga Provistas en Otras Secciones de Este Reglamento, se Concederán las Siguientes Licencias:

(1) A empleados con estatus regular, para prestar servicios en otras agencias del Gobierno del Estado Libre Asociado de Puerto Rico o entidad privada, de determinarse que la experiencia que derive el empleado le resolverá una necesidad comprobada de adiestramiento al DRNA o al servicio público.

(2) A empleados con estatus regular o probatorio, para prestar servicios con carácter transitorio conforme se dispone en la Ley Núm. 184, *supra*.

(3) A empleados con estatus regular, para proteger el estatus o los derechos a que puedan ser acreedores en casos de:

    i. Una reclamación de incapacidad ante el Sistema de Retiro u otra entidad y que el empleado hubiere agotado su licencia por enfermedad y de vacaciones.

    ii. Haber sufrido el empleado un accidente del trabajo y estar bajo tratamiento médico con la Corporación del Fondo del Seguro del Estado o pendiente de cualquier determinación final respecto a su accidente y este hubiere agotado su licencia de vacaciones y licencia por enfermedad.

    iii. A empleados que así lo soliciten luego del nacimiento de un hijo o hija. Disponiéndose que este tipo de licencia podrá concederse por un período de tiempo que no excederá de seis (6) meses, a partir de que sea autorizada.

    iv. A empleados de carrera con estatus regular que pasan a prestar servicios como empleados de confianza en la Oficina del Gobernador o en la Asamblea Legislativa, mientras estuviere prestando dichos servicios.

    v. A empleados de carrera con estatus regular que han sido electos en las elecciones generales o sean seleccionados para cubrir las vacantes de un cargo público electivo en la Rama Ejecutiva o Legislativa, incluyendo los cargos de Comisionado Residente en los Estados Unidos y Alcalde, mientras estuviere prestando dichos servicios.

    vi. El Secretario podrá conceder licencia sin paga en casos de insuficiencia presupuestaria temporera que no requiera la eliminación permanente de puestos. Para la concesión de esta licencia se procederá conforme al Plan para Decretar Cesantías del DRNA.

(4) Licencia Deportiva sin Sueldo para Entrenamiento:

    i. Se concederá una licencia deportiva sin sueldo a todo empleado que esté debidamente seleccionado y certificado por la Junta como atleta en entrenamiento y entrenador para juegos Olímpico, Paralímpicos,

Panamericanos, Centroamericanos y Campeonatos Regionales o Mundiales.

ii. A los fines de este sub inciso, los siguientes términos y frases tendrán el significado que a continuación se expresa:

(a) Atleta en entrenamiento: Aquellas personas seleccionadas y certificadas por Junta para el Desarrollo del Atleta Puertorriqueño de Alto Rendimiento a Tiempo Completo por sus méritos y credenciales en competencias internacionales para participar de esta Ley.

(b) Entrenador: Técnico especializado que desempeña sus funciones en los niveles elevados del perfeccionamiento y su ejecución en el ámbito del entrenamiento deportivo y la competición.

(c) COPUR: Comité Olímpico de Puerto Rico.

(d) COPAPUR: Comité Paralímpico de Puerto Rico, Inc.

(e) Junta: Dependencia del Departamento de Recreación y Deportes denominada como: Junta para el Desarrollo del Atleta Puertorriqueño de Alto Rendimiento a Tiempo Completo, encargada de la Certificación del atleta en entrenamiento y del entrenador.



iii. La licencia deportiva sin sueldo para entrenamiento, tendrá una duración hasta de un (1) año con derecho a renovación siempre y cuando tenga la aprobación de la Junta y le sea notificado al patrono en o antes de treinta (30) días de su vencimiento. Mediante esta licencia deportiva sin sueldo para entrenamiento o competencias, los atletas y entrenadores elegibles podrán ausentarse de sus empleos sin pérdida de tiempo y garantizándole el empleo sin que se le afecten los beneficios y derechos adquiridos durante el período en que estuviera participando en dichos entrenamientos o competencias.

iv. Durante el período de la licencia deportiva sin sueldo para entrenar, proveer entrenamiento o competir, la Junta será responsable de los salarios de los participantes. Por lo tanto, vendrá obligada a hacer llegar al patrono aquella cantidad correspondiente a las deducciones legales que hasta ese momento se le hacía al empleado de manera que el patrono

pueda continuar cubriendo los pagos correspondientes a dichas aportaciones.

v.  Todo atleta o entrenador seleccionado y certificado por la Junta para entrenar previo a las competencias, presentará al DRNA, con por lo menos quince (15) días de anticipación a su acuartelamiento, copia certificada del documento que le acredita para el entrenamiento, competencia o como entrenador elegido para estos fines, el cual contendrá información sobre el tiempo que habrá de estar participando dicho atleta o entrenador en los referidos entrenamientos.

c.  Duración de Licencia sin Paga:

(1) La licencia sin paga se concederá por un período no mayor de un (1) año, excepto las que tienen un término definido.

(2) La licencia sin paga podrá prorrogarse a discreción del Secretario cuando exista una expectativa razonable de que el empleado se reintegrará a su trabajo.

(3) Al ejercer su discreción, el Secretario deberá determinar que se logre, por lo menos, uno de los siguientes propósitos:

i.  mayor capacitación del empleado o terminación de los estudios para los cuales se concedió originalmente la licencia;

ii.  protección o mejoramiento de la salud del empleado;

iii.  necesidad de retener el empleado para beneficio del DRNA;

iv.  ayuda para promover el desarrollo de un programa de gobierno, cuando estando trabajando en otra agencia o entidad, el continuar prestando servicios redunda en beneficio del interés público;

v.  está pendiente la determinación final de la Corporación del Fondo del Seguro del Estado en caso de un accidente ocupacional; o

vi.  está pendiente la determinación final de incapacidad en cualquier acción instada por el empleado ante el Sistema de Retiro u otro organismo.

d.  Cancelación de la Licencia sin Paga:

El Secretario podrá cancelar una licencia sin paga en cualquier momento, de determinar que no se cumple el objetivo por el cual se concedió. En este caso deberá



notificar al empleado con cinco (5) días de anticipación expresándole los fundamentos de la cancelación.

El empleado tiene la obligación de notificar al DRNA cualquier cambio en la situación que motivó la concesión de su licencia sin sueldo o de su decisión de no regresar al trabajo al finalizar la misma.

## Sección 13.5 - Disposiciones Generales sobre Licencias

1. Se podrá conceder cualquier otra licencia con o sin paga a discreción del Secretario, cuando las necesidades del servicio así lo permitan y en cumplimiento con las disposiciones de la Ley Núm. 184, *supra.*

2. Los días de descanso y días feriados no se considerarán para efectos del cómputo de las licencias con paga, con excepción de la licencia por maternidad.

3. Los días en que se suspendan los servicios públicos por el Gobernador se contarán como días libres solamente para el personal que esté en servicio activo y no para el personal en disfrute de cualquier otro tipo de licencia.

4. El Secretario velará porque en la administración de las licencias no se utilice cualquier tipo de licencia para propósitos diferentes para los cuales fueron concedidos.



5. Los empleados acumularán licencia por enfermedad y de vacaciones durante el tiempo que disfruten de cualquier tipo de licencia con paga, siempre y cuando se reinstalen al servicio público al finalizar el disfrute de la licencia correspondiente. El crédito de licencia, en estos casos, se efectuará cuando el empleado regrese al trabajo.

6. Se podrán imponer sanciones disciplinarias a un empleado por el uso indebido de cualquiera de las licencias a que tiene derecho.

7. En los casos de empleados cuyo nombramiento tenga duración definida, las licencias no podrán concederse por un período que exceda el término de dicho nombramiento.

## Sección 13.6 - Ley de Licencia Familiar y Médica

1. Se hace formar parte de este Reglamento la Licencia Familiar y Médica (FMLA) Ley Pública Núm. 103-1993, según enmendada, la cual dispone que todo empleado elegible tendrá derecho a un total de doce (12) semanas de licencia sin sueldo durante cualquier período de doce (12) meses por una o más de las siguientes razones:

    a. por el nacimiento de un (1) hijo o hija con el propósito de cuidarlo;

    b. por la adopción de un (1) hijo o hija o la colocación en el hogar para crianza;



    c. para cuidar el cónyuge, hijo, hija, padre, o madre del empleado que padezca una condición grave de salud; o

    d. por una condición grave de salud que incapacite al empleado para desempeñar las funciones de su puesto.

2. Bajo ciertas condiciones, el empleado podría optar por usar licencia con sueldo acumulada (tal como licencia por enfermedad o vacaciones) en sustitución parcial o total de la Licencia Familiar y Médica. El Secretario será responsable de designar si el uso de licencia con sueldo por parte del empleado se considerará como Licencia Familiar y Médica, basándose en la información que ofrezca el empleado.

3. Bajo ninguna circunstancia podrá acreditarse licencia con sueldo como Licencia Familiar y Médica después de que haya terminado dicha licencia.

4. A los fines de esta Ley, "condición grave de salud" significa una enfermedad, lesión, impedimento o condición física o mental que conlleve:

    a. cualquier período de incapacidad o tratamiento que requiera reclusión por una (1) noche o más en un hospital, hospicio o institución de cuidado médico residencial;

    b. cualquier período de incapacidad que requiera una ausencia de más de tres (3) días, al trabajo, escuela u otras actividades regulares diarias, para tratamiento continuo por o bajo la supervisión de un proveedor de servicios médicos; o

    c. tratamiento continuo, incluyendo cuidado prenatal, por o bajo la supervisión de un proveedor de servicios de salud para una condición que es incurable o tan grave, que de no tratarse podría ocasionar un período de incapacidad mayor de tres (3) días.

5. Para ser elegible a los beneficios de esta licencia el empleado deberá:

    a. haber trabajado para el DRNA por lo menos doce (12) meses; y

    b. haber trabajado por lo menos mil doscientas cincuenta (1,250) horas durante los doce (12) meses previos a iniciar la licencia.

6. Cuando ambos cónyuges trabajen en el DRNA, tendrán derecho conjunto a un total combinado de doce (12) semanas de esta licencia por el nacimiento de un (1) hijo o su colocación para adopción o crianza y para cuidar al padre o madre (no a suegros) que padezca una condición de salud grave, según este término se define en la "Ley de Licencia Familiar y Médica".

7. La Licencia Familiar y Médica podrá ser utilizada en forma intermitente, bajo ciertas circunstancias. Esto es, fragmentada, así como mediante la reducción de la jornada de trabajo diaria o semanal. Además, se permitirá que se utilice licencia de vacaciones o por enfermedad en sustitución total o parcial de la Licencia Familiar y Médica.

8. El DRNA podrá requerir que los empleados soliciten esta licencia con treinta (30) días de notificación previa, cuando la necesidad sea previsible y que presenten certificados médicos que comprueben la necesidad de la licencia debido a una condición de salud grave que afecte al empleado o los miembros de su familia inmediata (cónyuge, hijos o padres).

9. También podrá pedir segundas opiniones médicas, pagadas por el DRNA, cuando existan bases razonables para ello, e informes periódicos en el transcurso de la licencia sobre la condición de salud del empleado o de su familiar y de su intención de regresar al trabajo.

10. Mientras el empleado se encuentre en disfrute de esta licencia se mantendrá vigente su seguro médico, bajo las mismas condiciones como si estuviere trabajando.

11. En los casos de empleados cuyo nombramiento tenga duración definida, las licencias no podrán concederse por un período que exceda el término de dicho nombramiento.

12. El hecho de que un empleado haya utilizado esta licencia no resultará en la pérdida de ningún beneficio de empleo que este hubiese adquirido o al que tuviese derecho antes de usar la misma.

## ARTÍCULO 14 - JORNADA DE TRABAJO Y ASISTENCIA

### Sección 14.1 - Disposiciones Generales sobre la Jornada de Trabajo

1. A tenor con el Artículo 11, Sección 11.1 (1) de la Ley Núm. 184, *supra,* la semana laboral para los empleados públicos no excederá de cuarenta (40) horas ni será menor de treinta y siete (37½) horas, sobre la base de cinco (5) días laborables, salvo disposiciones en contrario de leyes especiales. La jornada diaria no excederá de ocho (8) horas ni será menor de siete horas y media (7½).

2. La jornada regular semanal del empleado consistirá del número de horas que dentro de un período de siete (7) días calendarios consecutivos el empleado está obligado a rendir servicios, conforme a su horario regular de trabajo.

3. Normalmente, la semana laboral comprenderá los días de lunes a viernes, constituyéndose el sábado y domingo, los días de descanso. Sin embargo, por necesidades del servicio, el DRNA podrá establecer una jornada regular semanal, para todo o parte de su personal,

comenzando y terminando en cualquier día de la semana, siempre y cuando dicha jornada comprenda dos (2) días de descanso.

4. Dentro de los límites anteriormente indicados, se establecerá la jornada regular de trabajo aplicable a los empleados del DRNA, tomando en consideración las necesidades del servicio. A esos efectos, la jornada para los empleados del DRNA será de siete horas y media (7½) u ocho (8) horas, mientras que la semana laboral será de treinta y siete horas y media (37½) o cuarenta (40) horas.

5. No obstante lo anterior, cuando se haya establecido una jornada regular reducida como medida de evitar cesantías, la jornada podrá establecerse sobre la base de menos de cinco (5) días laborables. El DRNA cumplirá con las disposiciones de la Sección 6.6 (9) de la Ley Núm. 184, *supra*, y de toda Orden Ejecutiva vigente al momento de implementar una reducción en la jornada de trabajo y/o un programa de oportunidades de horario reducido como resultado de insuficiencia presupuestaria, falta de fondo o de trabajo en el DRNA.

### Sección 14.2 – Horario de Trabajo



1. Como norma general, el horario regular diario de trabajo se fijará sobre la base de una hora fija de entrada y una de salida. No obstante, el Artículo 11, Sección 11.1 (5) de la Ley Núm. 184, *supra,* dispone que se podrá adoptar un sistema de horario flexible, escalonado, extendido, o turnos rotativos mediante reglamentación interna.

2. A tales efectos, la jornada regular diaria de los empleados del DRNA será de siete y media (7½) horas u ocho (8) horas. El horario se establecerá mediante reglamentación interna.

### Sección 14.3 - Horarios Especiales

El Secretario, podrá autorizar horarios especiales de entrada y/o de salida por necesidades del servicio, o mediante solicitud del empleado por razón justificada. Será discrecional del Secretario aprobar dichas solicitudes.

### Sección 14.4 - Período de Tomar Alimentos

1. Se concederá a todo empleado una (1) hora para tomar alimentos durante su jornada. A ningún empleado se le autorizará exceso de una (1) hora para estos fines. Dicho período deberá comenzar a disfrutarse por el empleado no antes de concluida la tercera hora y media de la jornada, ni después de terminar la quinta hora consecutiva de la jornada. Este período no será flexible. El incumplimiento de esta disposición podría conllevar la aplicación de acciones correctivas o medidas disciplinarias, según aplique.



2. El Secretario, o su representante autorizado, por razón de una situación de emergencia o necesidad del servicio, podrá requerir que el empleado preste servicios durante la hora de tomar alimentos o parte de esta. En tal caso, se concederá tiempo compensatorio a razón de tiempo y medio al empleado, durante el día en que se redujo o suprimió la hora de tomar alimentos.

3. El Secretario, o su representante autorizado, podrá autorizar la reducción de la hora de tomar alimentos por un período no menor de media hora (30 minutos), por justa causa y sin que se afecte el servicio, ya sea por necesidades del DRNA o del empleado.

4. Se programará el trabajo de tal forma que se evite al máximo el tener que reducir o suprimir la hora de tomar alimentos del empleado.

**Sección 14.5 - Período de Descanso**

1. Diariamente se concederán dos (2) períodos de descanso o para consumir una merienda, uno por la mañana y otro en la tarde. Dichos períodos no excederán de quince (15) minutos y se disfrutarán no antes de las 9:30 a.m. ni antes de las 2:30 p.m. Los períodos de descanso no serán acumulados y la concesión de los mismos es un privilegio. Los supervisores establecerán un control adecuado de tal forma que el disfrute de los períodos de descanso no interrumpa la prestación de servicios.

**Sección 14.6 - Horas Trabajadas**

Las horas trabajadas comprenderán todo el tiempo durante el cual se le requiere a un empleado prestar servicios o permanecer en el recinto de trabajo o en un determinado lugar de trabajo y todo el tiempo durante el cual se le ordene o autorice expresamente a realizar el mismo. No se considerarán como horas trabajadas aquellas en que el empleado se encuentre en disfrute de cualquier tipo de licencia.

**Sección 14.7 - Trabajo en Exceso de la Jornada Regular**

1. Para propósitos del DRNA, se considera trabajo en exceso de la jornada regular aquellas horas adicionales trabajadas en exceso de siete y media (7½) horas u ocho (8) horas diarias o treinta y siete horas y media (37½) o cuarenta (40) horas en una semana laboral.

2. El programa de trabajo se formulará de tal manera que se reduzca al mínimo la necesidad de trabajo en exceso de las horas regulares establecidas para los empleados. No obstante, por razón de la naturaleza especial de los servicios o por cualquier situación de emergencia, el DRNA podrá requerir a los empleados que presten servicios en exceso de su jornada o su



140

semana laboral, en cualquier día feriado, o en cualquier día en que se suspendan los servicios, sin cargo a licencia, por el Gobernador.

3. Los supervisores deberán tomar medidas para que cuando un empleado permanezca laborando en exceso de su jornada, medie una autorización previa y expresa del Secretario, o su representante autorizado. Será responsabilidad de los supervisores la utilización apropiada del personal fuera de horas laborables. Además, será responsabilidad de los supervisores asegurar que los empleados no laboren en exceso de su jornada laboral.

4. El formulario de asignación de horas extras trabajadas deberá ser sometido a la Oficina de Recursos Humanos, junto al registro de asistencia.

### Sección 14.8 - Licencia Compensatoria

1. A tenor con el Artículo 11 de la Ley Núm. 184, *supra,* en lo pertinente a las horas extras trabajadas, en los casos que aplique:

   a. Los empleados tendrán derecho a recibir licencia compensatoria, a razón de tiempo y medio, por los servicios prestados en exceso de su jornada regular, diaria o semanal, hora de tomar alimentos, y por los servicios prestados en los días feriados, en los días de descanso o en los días en que se suspendan los servicios sin cargo a licencia por el Gobernador.

   b. Esta licencia deberá disfrutarla el empleado dentro del período de treinta (30) días a partir de la fecha en que haya prestado servicios en exceso de su jornada o semana laboral, incluyendo días de descanso o feriados. Si por necesidad del servicio esto no fuera posible, se podrá acumular dicha licencia hasta un máximo de doscientas cuarenta (240) horas. En los casos de empleados en puestos de seguridad y salud, si aplica, se podrán acumular hasta cuatrocientas ochenta (480) horas. La compensación de tiempo extra en tiempo compensatorio no procede para las horas que el empleado acumule en exceso de los límites mencionados.

   c. Las horas extras acumuladas en exceso de doscientas cuarenta (240) horas se calculan a razón de tiempo y medio, a base del salario que esté devengando el empleado al momento de pagarle. Dicho pago se efectuará dentro del período de treinta (30) días a partir de la fecha en que se realizó el trabajo extra o dentro del próximo, de no ser posible, por razón de que no se hayan podido computar las horas extras a pagar.

d. El DRNA proveerá para que el empleado disfrute de dicha licencia, previo a su separación del servicio o a cualquier transferencia a otra agencia gubernamental; sin embargo, cuando por necesidad del servicio el empleado no pueda disfrutar de la licencia compensatoria acumulada, el DRNA vendrá obligado a pagar dicha licencia a razón de tiempo y medio y al tipo de paga que reciba el empleado al momento de separarse del DRNA. En este caso deberá obrar evidencia escrita en el expediente de recursos humanos del empleado de que el empleado no pudo disfrutar esta licencia por necesidades del servicio y a requerimiento del DRNA.

e. Están excluidos de las disposiciones de esta Sección aquellos empleados que realicen funciones de naturaleza administrativa, ejecutiva o profesional, conforme estos términos se definen en la "Ley Federal de Normas Razonables del Trabajo de 1938", según enmendada.

2. Horas Extras Trabajadas, a tenor con las enmiendas a la "Ley Federal de Normas Razonables del Trabajo de 1938", según enmendada:

Ninguna de las disposiciones precedentes se interpretará de forma tal que vulnere la "Ley Federal de Normas Razonables del Trabajo de 1938", en lo relativo a horas extras trabajadas y la compensación que por tal concepto reciba el empleado.



a. Para los fines de este inciso, horas extras son todas las horas adicionales trabajadas en exceso de cuarenta (40) horas de la jornada regular semanal. No se considerarán como horas trabajadas, aquellas en que el empleado esté en disfrute de cualquier tipo de licencia.

b. El tiempo extra trabajado en exceso de la jornada regular semanal de trabajo, se acumulará a razón de tiempo y medio, hasta un máximo de cuatrocientos ochenta (480) horas en el caso de empleados encargados de la seguridad pública y de emergencias y hasta doscientos cuarenta (240) horas los demás empleados elegibles.

c. Las horas extras así acumuladas podrán disfrutarse en tiempo compensatorio. El disfrute de este se autorizará dentro de un lapso de tiempo razonable, posterior a la petición del empleado, siempre que no se afecte el funcionamiento del DRNA.

d. Las horas extras acumuladas en exceso de doscientos cuarenta (240) y cuatrocientos ochenta (480), según sea el caso, se pagarán en efectivo, a razón de tiempo y medio a base del salario que esté devengando el empleado al momento de pagarle. Dicho pago

se efectuará dentro del período del pago en que se realizó el trabajo extra o dentro del próximo, de no ser posible por razón de que no se haya podido computar las horas extras a pagar.

e. Todo empleado que tenga tiempo compensatorio acumulado a su terminación en el empleo, recibirá la paga en efectivo de este, a base de:

(1) el salario promedio durante los últimos tres (3) años en el empleo; o

(2) el salario final; el que sea más alto.

## Sección 14.9 - Otras Disposiciones sobre Jornada de Trabajo y Asistencia

El DRNA establecerá reglamentación interna, por escrito, que no esté en conflicto con la Ley Núm. 184, *supra*, con la "Ley Federal de Normas Razonables del Trabajo de 1938", ni con este Reglamento para regir, entre otros, los siguientes aspectos:

1. jornada semanal y diaria aplicable a los empleados;

2. horario de trabajo;

3. período para tomar alimentos;

4. horas extras acumuladas, en lo relativo al personal que tenga derecho a recibir licencia compensatoria;

5. método y control de registro de asistencia y formularios para mantener récords apropiados de esta;

6. registros separados del tiempo trabajado en exceso de la jornada diaria y de la jornada semanal;

7. normas sobre ausencias y tardanzas;

8. normas, procedimientos, control y contabilización de licencias; y

9. medidas correctivas y acciones disciplinarias específicas a que están sujetos los empleados de carrera que violentan dichas normas y procedimientos.

## ARTÍCULO 15 - REINGRESOS

## Sección 15.1 - Disposiciones Generales

Por reingreso se entenderá la inclusión en uno de los registros de elegibles del DRNA para ser certificado a empleo, del nombre de una persona que es acreedora a mantener su elegibilidad para la clase o clases de puestos, u otras clases similares, en las que sirvió como empleado regular que envuelvan el mismo nivel de trabajo.

Tendrán derecho a reingreso, las siguientes personas:

143

1. empleados regulares que renuncien a sus puestos o sean cesanteados por eliminación de puestos;

2. empleados de confianza que se hubieren separado del puesto que ocupaban sin haber ejercido el derecho a reinstalación que le concede la Sección 9.2 de la Ley Núm. 184, *supra*;

3. empleados regulares que se hayan separado del servicio por razón de incapacidad ocupacional o no ocupacional, al recuperarse de la misma.

Toda persona a quien se le apruebe un reingreso tendrá derecho a figurar en un registro por un período máximo de tres (3) años a partir de la fecha de su separación del servicio o de la fecha en que oficialmente haya terminado su incapacidad. Se exceptúa de esta disposición a las personas que se recobren de su incapacidad ocupacional o no ocupacional de alguno de los sistemas de retiro. En estos casos, permanecerán en el registro hasta tanto sean seleccionadas.

**Sección 15.2 - Procedimiento para Solicitar Reingreso**

1. Las personas con derecho a reingreso y que deseen ejercerlo, a excepción de las cesanteadas por eliminación de puestos o las que se recobren de su incapacidad ocupacional o no ocupacional de alguno de los sistemas de retiro, deberán radicar una solicitud por escrito ante el DRNA dentro del período de tres (3) años siguientes a la fecha de efectividad de la separación del puesto que ocupaban. El DRNA notificará por escrito al empleado sobre la acción tomada en cuanto a su solicitud de reingreso.

2. En los casos de empleados que hayan cesado por incapacidad ocupacional o no ocupacional y que se recobren de la misma, no se establece término para radicar su solicitud. Estos podrán ejercer el derecho a reingreso en cualquier momento. Además, se certificarán como únicos candidatos y El DRNA vendrá obligado a nombrarlos si están disponibles, pero podrá requerirle aquella prueba o evidencia de capacidad que estime apropiada.

3. Los nombres de los empleados cesanteados por eliminación de puestos o falta de fondos o que se recuperen de incapacidad ocupacional o no ocupacional en el DRNA, serán incluidos en el registro sin necesidad de que estos radiquen solicitud.

**Sección 15.3 - Notificación al Solicitante**

1. Se notificará por escrito al empleado la acción tomada en el caso de su solicitud de reingreso. En los casos de empleados cesanteados, se les informará por escrito sobre el reingreso efectuado.

144

2. Al rechazar una solicitud de reingreso, el DRNA informará al empleado la causa o causas en que se fundamenta la acción y el empleado podrá solicitar reconsideración de esta decisión dentro del término de diez (10) días a partir de la fecha de la notificación. Si la decisión es confirmada, el empleado podrá apelar ante la CASP dentro del término de treinta (30) días a partir de la notificación de la decisión.

## Sección 15.4 - Reingresos a Clases de Puestos Modificadas o Eliminadas

En el caso de que al momento de procederse al reingreso de un empleado, la clase de puesto que ocupaba haya sido modificada o eliminada, el nombre del solicitante se ingresará al registro para la clase de puesto cuyas funciones sustancialmente correspondan a las de la clase de puesto que fue modificada o eliminada. El empleado deberá reunir los requisitos mínimos de preparación académica y experiencia de trabajo del puesto.

## Sección 15.5 - Período Probatorio en Casos de Reingreso

Las personas que reingresen al DRNA estarán sujetas al período probatorio correspondiente. Sin embargo, el Secretario podrá asignar estatus regular a tales empleados cuando, como consecuencia del reingreso, sean nombrados en un puesto dentro del término de un (1) año a partir de la fecha de la separación del servicio.

## ARTÍCULO 16 - EXPEDIENTES DE LOS EMPLEADOS

### Sección 16.1 - Expedientes de los Empleados

1. Los expedientes de los empleados deberán reflejar el historial completo de estos desde la fecha de su ingreso original al servicio público hasta el momento de su separación definitiva.

2. El DRNA será responsable de la conservación, custodia y mantenimiento de los expedientes de los empleados, según se dispone más adelante y en armonía con la Ley Núm. 5 de 8 de diciembre de 1955, según enmendada, que creó el Programa de Conservación y Disposición de Documentos Públicos y el Reglamento para la Administración del Programa de Conservación y Disposición de Documentos Públicos en la Rama Ejecutiva.

### Sección 16.2 - Clasificación de los Expedientes

Los expedientes de los empleados se clasificarán como activos o inactivos. Se considerarán expedientes activos los correspondientes a empleados que se mantengan vinculados al servicio e inactivos los empleados que se han desvinculado del servicio.



**Sección 16.3 - Contenido de los Expedientes**

A todo empleado a quien se le extienda cualquier tipo de nombramiento, se le abrirá un expediente, que se identificará con el nombre completo del empleado. En este expediente se archivará, entre otros, el original de los siguientes documentos:

1. Historial de Personal;

2. I-9 - Verificación de Elegibilidad para Empleo, "Ley Federal de Reforma y Control de Inmigración de 6 de noviembre de 1986", según enmendada (Ley Pública Núm. 99-603);

3. Certificado de Antecedentes Penales expedido por la Policía de Puerto Rico;

4. Certificación de Radicación de Planilla de Contribución sobre Ingresos

5. Certificación de Deuda de ASUME que evidencia que la persona alimentante está al día con el pago de la pensión alimentaria o satisface un plan de pago a tal efecto;

6. Informes de Cambio en cuanto a estatus, sueldo, clasificación, y otros;

7. Notificación de Nombramiento y Juramento;

8. Evaluaciones sobre el trabajo del empleado;



9. Documentos que reflejen la concesión de aumentos de sueldo o cualquier otro aspecto relacionado con la retribución;



10. Cartas por alta ejecutoria, excelencia en el servicio o mejoras administrativas;

11. Documentos que reflejen acciones disciplinarias, así como resoluciones de la CASP al respecto, cuando dicho foro haya sometido una decisión de sanción;

12. Certificaciones de servicios prestados al Gobierno del Estado Libre Asociado de Puerto Rico;

13. Cartas de enmiendas a documentos que formen parte del expediente;

14. Comunicaciones sobre ascensos, traslados y descensos;

15. Evidencia de adiestramientos;

16. Documentación relacionada con la participación de empleados en el Sistema de Retiro y sus instrumentalidades;

17. Autorizaciones de descuento del sueldo para cuotas de asociaciones, obligaciones contraídas con el Sistema de Retiro, la Asociación de Empleados del Estado Libre Asociado (AEELA) u otras autorizadas por Ley;

18. Documentos sobre becas o licencias para estudios, con o sin sueldo, tales como contratos, evidencia de estudios, solicitudes y autorizaciones de pagos de matrícula; y

19. Registro de licencias.

Conforme a las disposiciones de la Ley Núm. 191-2009, según enmendada, se retendrá como evidencia del Acta de Nacimiento, copia fotostática certificada como copia fiel y exacta de la copia certificada expedida por el Registro Demográfico. En ausencia de este, se retendrá copia del Acta de Bautismo acompañada de copia de una certificación negativa del Registro Demográfico. En su defecto, se aceptará un certificado de la Comisión Estatal de Elecciones donde conste la edad del participante a la fecha de inscripción, copia de la cual se retendrá en el expediente.

### Sección 16.4 - Expediente de Asuntos de Retiro

A todo empleado que se le extienda un nombramiento en el servicio de carrera o un nombramiento transitorio en dicho servicio se le abrirá un Expediente de Asuntos de Retiro, que se identificará con el nombre completo del empleado. En este Expediente se archivarán y conservarán los siguientes documentos:

1. Acta de Nacimiento;
   a. Conforme a las disposiciones de la Ley Núm. 191, *supra*, una copia fotostática que se certifique como copia fiel y exacta de la copia certificada expedida por el Registro Demográfico o, en su defecto, un Acta de Bautismo acompañada de una certificación negativa del Registro Demográfico.
   b. En ausencia de Acta de Nacimiento o Bautismo, se aceptará un certificado de la Comisión Estatal de Elecciones donde conste la edad del participante a la fecha de inscripción.
2. Notificación de Nombramiento y Juramento;
3. Informes de Cambio;
4. Declaración Individual;
5. Hoja de Servicios y Certificación de Interrupciones en el Servicio o, en su lugar, Certificación de Años de Servicio y Sueldos Devengados emitida por la Oficina de Conservación y Disposición de Documentos Públicos; y
6. Evidencia de cualquier beneficio concedido por el Sistema de Retiro.

### Sección 16.5 - Expediente Médico

Toda la información relacionada con la salud de los empleados y exámenes médicos a los que se sometan, se conservará en un expediente separado, considerado como un expediente



médico confidencial, a tenor con lo establecido por la Ley ADA y la "Health Insurance Portability & Accountability Act" (HIPAA). Dicho expediente contendrá los siguientes documentos:

1. Formulario de Examen Médico;

2. Solicitud de Acomodo Razonable;

3. Certificación Médica;

4. Registro de accidentes ocupacionales; y

5. Determinaciones y otras certificaciones de naturaleza médica

6. Licencias sin sueldo autorizadas por condición médica

### Sección 16.6 - Custodio de los Expedientes

El custodio de los expedientes que reflejan el historial del empleado, los Expedientes Médicos y los Expedientes de Retiro será el Oficial de Área de Recursos Humanos o su representante autorizado de la División de Transacciones, Informes y Archivo, quien a su vez estará bajo la supervisión del Director de Recursos.

### Sección 16.7 - Examen de los Expedientes



1. Los expedientes individuales de los empleados tendrán carácter confidencial y podrán ser examinados únicamente para fines oficiales o cuando lo autorice por escrito el propio empleado para otros fines. Los custodios de los expedientes serán responsables por la confidencialidad y el uso o divulgación en forma escrita u oral de la información contenida en los expedientes.

2. Todo empleado tendrá derecho a examinar su expediente en compañía del custodio de estos. El empleado deberá radicar la solicitud para el examen del expediente con por lo menos cinco (5) días laborables de antelación. En caso de que el empleado esté incapacitado por razón de enfermedad física que le impida asistir personalmente al examen del expediente, podrá delegar por escrito en un representante. Si el impedimento se debe a incapacidad mental, el expediente podrá ser examinado por la persona que sea designada tutor por un tribunal competente.

3. Los empleados podrán obtener copia de los documentos contenidos en sus expedientes mediante el pago del costo de reproducción y cualquier otro cargo establecido. Las solicitudes de copia se harán por escrito con no menos de cinco (5) días laborables de antelación. En el plazo indicado, se entregará copia de los documentos solicitados.

4. El Área y los custodios de los expedientes es una confidencial y nadie puede estar en la misma a menos que haya realizado la solicitud y este en compañía del empleado custodio.

**Sección 16.8 - Conservación y Disposición de los Expedientes**

Se conservarán y mantendrán archivados, firmemente adheridos, todos los documentos pertenecientes a los expedientes de los empleados activos e inactivos. La disposición de los expedientes de los empleados se hará conforme a las siguientes normas:

1. Cuando ocurra el traslado de un empleado entre una agencia Administrador Individual y el DRNA, entre municipios y el DRNA, entre agencias excluidas del Sistema de Administración de los Recursos Humanos y el DRNA, entre corporaciones públicas y el DRNA, y entre organismos e instrumentalidades gubernamentales y dependencias de la Rama Ejecutiva y el DRNA, se transferirán los expedientes del empleado no más tarde de treinta (30) días contados a partir de la fecha de efectividad del traslado. Siempre que se transfiera un expediente de un empleado se preparará una certificación de los documentos que se incluyen en el mismo y la instrumentalidad que lo recibe verificará y certificará el recibo de los documentos.

2. El expediente de personal de todo empleado que se separe del servicio por cualquier causa, se retendrá y conservará inactivo por un período de seis (6) años o una intervención del Contralor, lo que ocurra primero. La disposición final se hará conforme a la reglamentación para la administración, conservación y disposición de documentos públicos en la Rama Ejecutiva.



3. En caso de que un empleado que se haya separado del servicio se reintegre a un puesto en el DRNA antes del período de seis (6) años, esta reactivará el expediente e incorporará los documentos subsiguientes que correspondan a la reanudación y continuación de sus servicios. Si otra instrumentalidad solicita el expediente del empleado por razón de que este se haya reintegrado al servicio, se le remitirá a dicha instrumentalidad el expediente del empleado en un período no mayor de treinta (30) días siguientes a la fecha de la solicitud, a fin de que todo el historial del empleado en el servicio público se conserve en un solo expediente.

4. Si el empleado separado solicitara una pensión de un sistema de retiro del Gobierno del Estado Libre Asociado de Puerto Rico, tal sistema podrá solicitar el expediente de asuntos de

retiro del ex empleado y el DRNA lo remitirá al mismo. En adelante, el sistema de retiro conservará el expediente.

5. En todo caso en que ocurra la muerte de un empleado activo que no sea participante del Sistema de Retiro, el DRNA conservará los expedientes y dispondrá de ellos, de acuerdo con la reglamentación para la administración, conservación y disposición de documentos públicos en la Rama Ejecutiva. En caso de que el empleado sea un participante de dicho Sistema de Retiro, se enviará el expediente correspondiente junto con el Informe de Cambio notificando el fallecimiento.

6. Se mantendrá un registro en el expediente del empleado de los documentos que hayan sido dispuestos al completar el tiempo de conservación.

## ARTÍCULO 17 - PROHIBICIÓN

1. A los fines de asegurar la fiel aplicación del Principio de Mérito en el servicio público durante períodos pre y post eleccionarios, según dispuesto por la Sección 6.9 de la Ley Núm. 184, *supra*, y las normas que emita la OCALARH, el Secretario se abstendrá de efectuar cualquier transacción de recursos humanos que incluya las áreas esenciales a dicho Principio, tales como nombramientos, ascensos, traslados y descensos. Tampoco podrá efectuar cambios o acciones de retribución ni cambios de categorías de puestos.

2. Esta prohibición comprenderá el período de dos (2) meses antes y dos (2) meses después de la celebración de las Elecciones Generales de Puerto Rico; disponiéndose que, durante dicho período, tampoco podrán tramitarse ni registrarse en los expedientes de los empleados cambios o acciones de recursos humanos de índole alguna con carácter retroactivo.

3. Se exceptuará de la prohibición pre y post eleccionaria los cambios como resultado de la terminación del período probatorio y la imposición de acciones disciplinarias.

4. Por ser un derecho absoluto, también se excluye de la prohibición la reinstalación de empleados con estatus regular en el servicio de carrera que ocupen un puesto en el servicio de confianza o un cargo electivo en la Rama Ejecutiva o Legislativa, conforme al Artículo 9, Sección 9.2 de la Ley Núm. 184, *supra*. En ambas situaciones, los empleados serán acreedores de todos los beneficios en términos de clasificación y sueldo que correspondan, ello observando la debida prudencia administrativa.



5. Previa aprobación de la OCALARH, se podrá hacer excepción de esta prohibición por necesidades urgentes e inaplazables del servicio, debidamente evidenciadas y certificadas, conforme a las normas que sobre este particular emita la OCALARH.

## ARTÍCULO 18 - CLÁUSULA DE SEPARABILIDAD

Si cualquier palabra, oración, inciso, artículo, sección o parte del presente Reglamento fuese declarada inconstitucional o nula por un tribunal competente, tal declaración no afectará, menoscabará o invalidará las restantes disposiciones y partes de este Reglamento, sino que su efecto se limitará a la palabra, oración, inciso, artículo, sección o parte específica declarada inconstitucional o nula.

## ARTÍCULO 19 – DEROGACIÓN

Este Reglamento deroga cualquier otra norma, regla o reglamento del DRNA que esté en conflicto con las disposiciones de este.

## ARTÍCULO 20 – VIGENCIA Y APROBACIÓN

Esta Reglamentación comenzará a regir inmediatamente, a partir de la fecha de aprobación de la OCALARH, conforme a la Ley Núm. 184, *supra*.

_____
**CARMEN R. GUERRERO PÉREZ**
**SECRETARIA**
**DEPARTAMENTO DE RECUERSOS**
**NATURALES Y AMBIENTALES (DRNA)**

01 Abril 2016
_____
**FECHA**

_____
**HARRY O. VEGA DÍAZ**
**DIRECTOR**
**OFICINA DE CAPACITACIÓN Y**
**ASESORAMIENTO EN ASUNTOS**
**LABORALES Y DE ADMINISTRACIÓN**
**DE RECURSOS HUMANOS (OCALARH)**

8/ de Abril / 2016
_____
**FECHA**

151

Ticket
# Reclamacion de retribuccion de escala salarial del Sr.Roberto Navarro Lugo.

+ Follow     CloneTicket

| Status | Ticket Number | Company Name | Contact Name | Contact Phone | Ticket Owner |
|---|---|---|---|---|---|
| New | 00412470 | PR Claims Inf... | Navarro Robert... | | Document Uploads |

## Ticket Details ▼

**Feed**   Details

Post   Email   Internal Comment   Change Status   Close the Case   Change Priority

**Contact Name**
Navarro Roberto   ✎
(/lightning/r/0033I00002NdZjkAAF/view)

Share an update...                    Share

**Ticket Owner**
Document Uploads   ✎

Most Recent Activity ▼      Search this feed      ⚖  ↻

**Status**
New   ✎

All Updates   Emails   Text Posts   Status Changes

**Workflow**
Pending Audit - DPC EPOC QA1   ✎

↻

**Inquiry Constituency**   ✎

Kira Richards (/li...   6m ago (/ligh...   ▾
(/lightning/r/0051N000006AybWQAS/view)Ticket updated

**Escalation Level**
(6) Excluded from Call Log   ✎

Workflow: Pending Document Upload to Pending Audit - DPC EPOC QA1

🔖 Comment

**Parent Ticket** ❶
00412309   ✎
(/lightning/r/5003I00000zKWHyAAO/view)

Sahony Sanchez...   Yesterday at 1:21 ...   ▾
(/lightning/r/0053I0000071IIaAAE/view)To: vigilante1206 ❶

**Cloned** ❶   ✎

http://www.drna.pr.gov/wp-content/uploads/formidable/Reglamento-
Servicios-de-Carrera-1.pdf

**Subject**
Reclamacion de retribuccion de escala salarial del   ✎
Sr.Roberto Navarro Lugo.

Compartido por medio de Google app

Enviado desde mi iPhone

**Description**
http://www.drna.pr.gov/wp-
content/uploads/formidable/Reglamento-   ✎
Servicios-de-Carrera-1.pdf
(http://www.drna.pr.gov/wp-
content/uploads/formidable/Reglamento-
Servicios-de-Carrera-1.pdf)

↩ Reply   ↩ Reply All   → Forward   🔖 Comment

Kira Richards (/lightning/r/0051N000006AybWQAS/view)   ▾
7 minutes ago
Print - LM
Like

Compartido por medio de Google app

🖊 Write a comment...

Enviado desde mi iPhone

**Inquiry Description**   ✎

Sahony Sanchez...   Yesterday at 1:21 ...   ▾
(/lightning/r/0053I0000071IIaAAE/view)Ticket updated

Workflow: A blank value to Pending Document Upload

🔖 Comment

## Contact Details ▼

Sahony Sanchez...   Yesterday at 1:21 ...   ▾
(/lightning/r/0053I0000071IIaAAE/view)Ticket updated

**Name**
Navarro Roberto   ✎

Ticket Owner: Case Queue to Document Uploads

🔖 Comment

**Company Name**
PR Claims Info   ✎
(/lightning/r/0011N00001ZBu14QAD/view)

Sahony Sanchez...   Yesterday at 1:21 ...   ▾
(/lightning/r/0053I0000071IIaAAE/view) To: Internal

**Office Phone**   ✎

Batch 2
Bar Code: 990123400346600
Claim: 24111

**Email**
vigilante1206@yahoo.com   ✎
(mailto:vigilante1206@yahoo.com)

🔖 Comment

**Mobile Phone**   ✎

Sahony Sanchez...   Yesterday at 1:21 ...   ▾
(/lightning/r/0053I0000071IIaAAE/view)Ticket created

**Business Name**
Subject: Reclamacion de retribuccion de escala salarial del Sr.Roberto Navarro
Lugo.
Status: New

⏱ History   📝 Notes   ≫ Macros   ○ Omni-Channel

Mailing Address

✏️

Ticket Number: 00412470
Company Name: PR Claims Info
Contact Name: Navarro Roberto
Contact Phone:
Ticket Owner: Case Queue

💬 Comment

**Knowledge**   Related

**Knowledge**

🔍 Search Knowledge                    ↑↓ ▼

Suggested Articles

5 Results · Sorted by Relevance

CAESARS CASE UPDATE - Talking Points for Distrib...   ▼
000001013   Work In Progress
Last Published  May 4, 2018 7:54 AM
OCTOBER 23, 2017 CAESARS CASE UPDATE ·
Talking Points for Distributions

PUERTO RICO – PENSION FAQ ENGLISH/SPANIS...   ▼
000001027   Work In Progress
Last Published  May 5, 2018 2:36 AM
PUERTO RICO – PENSION FAQ ENGLISH/SPANISH

TKH Restructuring - Supplier FAQ ( /lightning/r/ka...   ▼
000001060   Work In Progress
Last Published  May 5, 2018 5:20 AM
TKH Restructuring · Supplier FAQ - As Revised -7-31-
17

TK HOLDINGS - FAQ FOR TKH SUPPLIERS ( /lightni...   ▼
000001057   Work In Progress
Last Published  May 5, 2018 5:11 AM
TK HOLDINGS - FAQ FOR TKH SUPPLIERS (revised
as of 8/11/2017)

TK HOLDINGS – EMPLOYEE FAQ ( /lightning/r/ka0...   ▼
000001059   Work In Progress
Last Published  May 5, 2018 5:17 AM
TK HOLDINGS – EMPLOYEE FAQ

   

# EXHIBIT A-1

**COMMONWEALTH OF PUERTO RICO**

**DEPARTMENT OF NATURAL AND ENVIRONMENTAL RESOURCES**



**REGULATIONS FOR MANAGING**

**HUMAN RESOURCES IN CAREER SERVICE**

**IN THE DEPARTMENT OF NATURAL AND ENVIRONMENTAL**

**RESOURCES**

**Carmen R. Guerrero Pérez**

**Secretary**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## TABLE OF CONTENTS

**Part I – Introduction** ....................................................................................................... 1

**Article 1 – Name** .............................................................................................................. 2

**Article 2 – Legal Basis** ..................................................................................................... 2

**Article 3 – Scope** ............................................................................................................. 2

**Article 4 – Interpretation of Words and Phrases** ........................................................ 2

**Article 5 – Definitions** ...................................................................................................... 3

Section 5.1          General Definitions ................................................................................... 3

**Part II – Composition of the Public Service** ................................................................ 12

**Article 6 – Categories of Employees** ............................................................................ 12

Section 6.1          Career Service ........................................................................................ 3
Section 6.2          Positions of Trust ................................................................................. 13
Section 6.3          Reinstatement of Employees in Positions of Trust ............................ 14
Section 6.4          Changes of Service and Category ....................................................... 15

**Part III – Areas Essential to the Merit Principle** ......................................................... 16

**Article 7 – Position Classification and Assessment** .................................................... 17

Section 7.1          Job Classification or Assessment Plan ................................................ 17
Section 7.2          Job Description (Description of the Duties and Responsibilities of the Position) 18
Section 7.3          Occupational Scheme ........................................................................... 19
Section 7.4          Grouping of Positions into Job Classes, Class Series, Job Titles ........ 20
Section 7.5          Class Specification ................................................................................ 20
Section 7.6          Position Classification or Assessment and Position Reclassification ........ 22
Section 7.7          Status of Employees in Reclassified Positions ................................... 24
Section 7.8          Change of Duties, Responsibilities or Authority ................................ 24
Section 7.9          Relative Class Position and Equivalences between Different Career
                            Service Job Classification or Assessment Plans .................................. 25

**Article 8 – Recruitment and Selection** ......................................................................... 26

Section 8.1          Recruitment and Selection Rules ........................................................ 26

Section 8.2      General Conditions for Entry into Public Service ................................................ 27
Section 8.3      Notice of Examination ................................................................................. 28
Section 8.4      Public Notice of Job Opportunities ................................................................ 31
Section 8.5      Processing of Applications ............................................................................ 33
Section 8.6      Examinations ........................................................................................... 36
Section 8.7      List of Eligible Candidates ........................................................................... 39
Section 8.8      Certification and Selection ........................................................................... 41
Section 8.9      Verification of Requirements, Medical Examination, and Oath of Fidelity ........ 42
Section 8.10     Probationary Period .................................................................................. 45
Section 8.11     Special Recruitment and Selection Procedures .................................................. 50
Section 8.12     Specific Rules for Recruitment of Unskilled and Semiskilled Workers .............. 51
Section 8.13     Specific Rules to Guarantee Equal Opportunities  in Employment
                 for Participants in Training and Employment Programs.................................. 52
Section 8.14     Temporary Appointments ........................................................................... 53
Section 8.15     Removal of Temporary Employees................................................................ 55

**Article 9 – Promotions, Transfers, and Demotions** ................................................. 55

Section 9.1      General Rules ......................................................................................... 55
Section 9.2      Promotions ............................................................................................ 57
Section 9.3      Transfers ............................................................................................... 59
Section 9.4      Demotions ............................................................................................. 61
Section 9.5      Details .................................................................................................. 62
Section 9.6      Other actions ......................................................................................... 64

**Article 10 – Retention in Service** ........................................................................ 64

Section 10.1     Employment Security................................................................................. 64
Section 10.2     Employee Performance Evaluation ................................................................ 65
Section 10.3     Corrective Measures and Disciplinary Actions .................................................. 66
Section 10.4     Dismissal of Employees Convicted of Crimes and Other Grounds ................... 68
Section 10.5     Resignations ........................................................................................... 69
Section 10.6     Layoffs .................................................................................................. 70

**Article 11 – Training** ......................................................................................... 74

Section 11.1     Training and Education Plan ........................................................................ 74
Section 11.2     Execution of the Training and Education Plan.................................................. 75
Section 11.3     Scholarships and Education Leave.................................................................. 76
Section 11.4     Short Trainings ....................................................................................... 82

*Certified to be a correct and true translation  from the source text in Spanish to the target language  English.*
*10/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations  Inc.*

Section 11.5       Tuition Payment ............................................................................ 83
Section 11.6       Other Training Activities ............................................................... 86
Section 11.7       Training Histories and Reports ...................................................... 86

**Part IV – Other Provisions Related to the Administration of Human Resources** .................... 87

**Article 12 – Compensation** ........................................................................................ 87

Section 12.1       Compensation Policy ..................................................................... 87
Section 12.2       Adoption and Content of the Compensation Plan ......................... 88
Section 12.3       Administration, Updates, and Review of the Compensation Plan ...... 88
Section 12.4       Compensation Structure ................................................................ 89
Section 12.5       Assignment of Classes of Positions to the Pay Scales.................... 90
Section 12.6       Rules Related to the Administration of Salaries.............................. 90
Section 12.7       Other Methods of Compensation .................................................. 99

**Article 13 – Fringe Benefits and Services** ................................................................ 103

Section 13.1       General Rule .................................................................................. 103
Section 13.2       Holidays ........................................................................................ 104
Section 13.3       Medical Plan ................................................................................. 105
Section 13.4       Leaves of Absence......................................................................... 105
Section 13.5       General Provisions for Leaves of Absence..................................... 136
Section 13.6       Law Governing Family and Medical Leaves of Absence ................ 136

**Article 14 – Workday and Attendance** ..................................................................... 138

Section 14.1       General Provisions on the Workday................................................ 138
Section 14.2       Work Schedule .............................................................................. 139
Section 14.3       Special Schedule ........................................................................... 139
Section 14.4       Meal Periods ................................................................................. 139
Section 14.5       Rest Periods................................................................................... 140
Section 14.6       Hours Worked ............................................................................... 140
Section 14.7       Overtime Work.............................................................................. 140
Section 14.8       Compensatory Leave ..................................................................... 141
Section 14.9       Other Provisions on Workday and Attendance .............................. 143

**Article 15 – Reinstatements** ...................................................................................... 143

Section 15.1       General Provision .......................................................................... 143
Section 14.2       Procedure for Requesting Reinstatement........................................ 144

Section 15.3      Notification of the Applicant ................................................................ 144
Section 15.4      Reinstatement to Modified or Eliminated Position Classes ............................. 145
Section 15.5      Probationary Period in Cases of Reinstatement ............................................ 145

**Article 16 – Employee Records** ........................................................................ 145

Section 16.1      Employee Records ................................................................................ 145
Section 16.2      Classification of Records ....................................................................... 145
Section 16.3      Content of Records .............................................................................. 146
Section 16.4      Retirement Matters Record ................................................................... 147
Section 16.5      Medical Record ................................................................................... 147
Section 16.6      Custodian of Records .......................................................................... 148
Section 16.7      Review of Records .............................................................................. 148
Section 16.8      Retention and Disposition of Records ....................................................... 148

**Article 17 – Prohibition** ................................................................................... 150

**Article 18 – Severability Clause** ........................................................................ 151

**Article 19 – Repeal** ....................................................................................... 151

**Article 20 – Validity and Approval** ..................................................................... 151

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**PART I**

**INTRODUCTION**

Act No. 184-2004, as amended, "Act for managing Human Resources in the Public Service of the Commonwealth of Puerto Rico" reaffirms merit as the principle that will govern the Public Service in such a manner that those who serve the Government of the Commonwealth of Puerto Rico are the most competent and that all employees must be recruited, selected, trained, promoted, and treated, demoted and retained in their employment on the basis of merit and ability, without discrimination in accordance with applicable law, including discrimination based on race, color, sex, birth, age, sexual orientation, gender identity, social origin or status, political or religious beliefs, veteran status, or physical or mental disability, or on the basis of being a victim or perceived victim of domestic violence, sexual assault or harassment, or genetic information. The public policy set out in Act No. 184, *supra*, reiterates that the Public Service demands technical and professional ability, as well as an ethical attitude evidenced by honesty, self-discipline, and respect for human dignity, sensitivity, and dedication to the general welfare. Act No. 184, *supra*, also established two (2) categories for employees covered by the System: career employees and employees in public trust positions.

In accordance with Article 5, Section 5.2 (l) of Act No. 184, *supra*, the Department of Natural and Environmental Resources (DNER) is an Individual Administrator and is responsible for the direct management of its human resources in accordance with the regulations established herein.

The "Regulations for Managing Human Resources in the Career Service of the Department of Natural and Environmental Resources" (hereinafter referred to as the Regulations), are established in line with the provisions of Act No. 184, *supra*, regarding the career service, and respond to the need to establish defined and uniform criteria for managing human resources in the DNER. Thus, the administrative separation between employees in the career service and employees in positions of trust is reaffirmed. The main purpose of the Regulations is to establish the rules and procedures relating to the essential areas of the Merit Principle promulgated in Act No. 184, *supra*, and the laws and regulations governing equal opportunity in employment.

These Regulations must be interpreted in accordance with the existing local and federal labor legislation, regulations and standards and any other that may be established by the OCALARH in the future and are applicable.

## ARTICLE 1 – NAME

These Regulations shall be known as the "Regulations for Managing Human Resources in the Career Service of the Department of Natural and Environmental Resources".

## ARTICLE 2 - LEGAL BASIS

These Regulations are adopted in accordance with the provisions of Act No. 23 of June 20, 1972, as amended, "Organic Act of the Department of Natural Resources" and Act No. 184-2004, as amended, "Act on Managing Human Resources in the Public Service of the Commonwealth of Puerto Rico".

## ARTICLE 3 – SCOPE

These Regulations will be applicable to DNER career service employees and to unionized employees, only in areas that are not subject to collective bargaining, or in conflict with the clauses negotiated in the Collective Agreement. They shall not apply to irregular personnel employed under the provisions of Act No. 110 of June 26, 1958, as amended, "Act on Irregular Government Personnel" or to persons serving under contract. Nor shall it apply to trusted personnel, except in relation to the right of reinstatement, and to temporary personnel except as expressly provided.

## ARTICLE 4 - INTERPRETATION OF WORDS AND PHRASES

The words and phrases contained in these Regulations shall be interpreted according to the context and meaning sanctioned by ordinary usage.

Words used in these Regulations in the present tense also include the future tense; words and phrases used in the masculine gender include the feminine and the neutral, except in cases where the interpretation would be absurd, the singular number includes the plural and the plural includes the singular.


## ARTICLE 5 — DEFINITIONS

### Section 5.1 - General Definitions

The following terms used in these Regulations have the meanings expressed below:

1. ***Disciplinary Action*** - This means the penalty recommended by the employee's supervisor and imposed by the Secretary and which becomes part of the employee's file. This may consist of a written reprimand, suspension from employment and pay, or dismissal.

2. **_Training_** - Learning experience that seeks to update individuals' skills, abilities and competencies in areas or subjects related to their academic preparation or the functions they perform and which, in turn, allows them to reach the level and conditions of projected efficiencies.

3. **_Short-term training_** - This means practical training or short-term academic studies lasting no more than six (6) months, that prepare employees for the best performance of their duties.

4. **_Individual Administrator_** - This means the agency or body within the Human Resources Management System, whose staff is governed by the Merit Principle and which is administered with the advice, monitoring and technical assistance of the Office of Labor Affairs and Human Resources Administration Training and Counseling (OCALARH).

5. **_Agency_** - a set of functions, tasks, and positions constituting the entire jurisdiction of an appointing authority, whether called a department, municipality, public corporation, office, administration, commission, board, or otherwise.

6. **_Written Warning_** - This means the corrective action taken by a supervisor when an employee violates the rules of conduct or when the seriousness of the violation warrants it. Except where the circumstances so warrant, it should be used after the verbal warning mechanism has been exhausted, as applicable.

7. **_Verbal Warning_** - This means the corrective measure that a supervisor implements with respect to an employee when the employee violates the rules of conduct, as applicable.

8. **_Seniority_** - total years of service worked by the employee in the public service.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

9. ***Areas essential to the Merit Principle*** - comprises the following areas: (a) Position Classification; (b) Recruitment and Selection; (c) Promotions, Transfers and Demotions; (d) Training; (e) Retention.

10. ***Promotion*** - This is an employee's change from a position in one class to a position in another class with higher or superior duties or minimum pay.

11. ***Absence*** - This means an employee's failure to attend work in cases where he or she is not on regular vacation or any paid or unpaid leave, as established by the corresponding legislation and internal rules.

12. ***Appointing Authority*** - This means the person with legal power to make appointments, promotions, transfers, demotions, and to discipline, separate or dismiss in the Government of the Commonwealth of Puerto Rico. It may delegate any function or power that has been conferred upon it, except that of adopting and approving regulations. In these Regulations, this term refers to the Secretary.

13. ***Scholarship*** - This means monetary assistance granted to an individual to pursue higher education at a university or institution recognized or accredited by the appropriate statutorily empowered government agency in order to broaden their academic, professional, or technical education, the granting of which must meet the DNER human resources service or training needs.

14. ***Bonus*** - This is special and non-recurring compensation that is separate from salary which may be awarded as a mechanism for recruiting, retaining or rewarding employees or groups of employees who meet the requirements to be established prior to its award. The rules for awarding these bonuses must be evaluated and approved by the Secretary in accordance with the regulations issued by the OCALARH. The OCALARH's prior evaluation and authorization will be needed in order to award productivity bonuses or any other category.

15. ***CASP*** - stands for Public Service Appeals Commission.

16. ***Certification of Eligible Persons*** - This is the process by which, in order to fill vacant positions and refer for interviews, the Secretary certifies the names of candidates who are on the roster for certification, in descending order of qualification, and who accept the terms of employment.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

17. **_Selective Certification_** - This is the process by which the Secretary specifies the special qualifications that the position to be filled requires of the candidate and prepares a clear description of the official duties of the position to be filled, selects from the registries the candidates who qualify and establishes a certification roster in order of qualification for the purposes of that particular position.

18. **_Layoff_** - This is the separation from service imposed upon an employee due to elimination of their position for lack of work or funds, due to a determination that he or she is physically or mentally unable to perform the duties of the position or to occupational disability and treatment under the State Insurance Fund Corporation for a period longer than twelve (12) months from the date of the accident.

19. **_Class or Position Class_** -This is the group of positions whose duties, nature or type of work, authority and responsibility are similar to such an extent that they can reasonably be designated by the same title; which demand the same minimum requirements from their incumbents; use the same aptitude tests for the selection of employees; and apply the same compensation scale fairly under substantially the same working conditions.

20. **_Position Classification or Assessment_** - This is the systematic grouping of positions into similar classes by virtue of their duties and responsibilities in order to give them equal treatment in managing human resources.

21. **_Competency_** - This is the knowledge or skill acquired that allows employees to perform their functions more efficiently in order to consistently contribute to achieving the goals and objectives of their work units.

22. **_Vacancy Announcement_** – This is the document that officially states the determinations regarding minimum requirements, special requirements, type of competency, type of exam and all aspects that are necessary or appropriate to disclose in order to announce the opportunity to enter a position class, in force or applicable during a certain period of time.

23. **_Demotion_** –This means the change of an employee from a position in one class to a position in another class with lower level functions, when it occurs between agencies with different Position Classification and Assessment Plans. When it occurs at the same agency it means the change of an employee from a position in one class to a position in another class for which a lower minimum rate of pay has been stipulated.

24. **_Job Description (Job Duties and Responsibilities Description)_** - This means the written and narrative statement of functions, responsibilities and duties, authority and accountability related to

a specific position and for which the incumbent is responsible. These contain the essential and marginal functions of the position, the skills required, the degree of authority and supervision attached to it, and the inherent working conditions such as physical, mental and environmental demands.

25. ***Special Assignment*** - This means inter-agency appointments or changes or those between municipalities and the DNER or vice versa and between branches of government in administrative form for a reasonable term not exceeding twelve (12) months, provided that the functions to be performed are consistent with those that the employee performs in the agency of origin. Such action should not be onerous for the employee, nor should it affect the operation or provision of services in the DNER.

26. ***Dismissal*** - This is the total and absolute separation from service imposed on a career service employee as a disciplinary action for just cause, after charges are filed and an informal administrative hearing is held, in cases where the employee so requests.

27. ***Differential*** - This is the temporary, special and additional compensation, separate from the salary, that may be awarded to an employee to mitigate extraordinary, non-permanent conditions or when an employee performs the duties of an interim position. The differential will not be considered as part of the employee's salary for the purposes of calculating vacation entitlement or for calculating the retirement pension

28. ***DNER*** - This stands for Department of Natural and Environmental Resources.

29. ***Eligible Person*** - This is a person whose name is validly listed on the List of Eligible Persons.

30. ***Employee in a Position of Trust*** - This is an employee who, although occupying a position in the career service, performs functions that by their very nature influence or significantly participate in the formulation or implementation of public policy or who performs functions directly or indirectly concerning employer-worker relations that actually or potentially involve a conflict of interest. Such employees will be excluded from all appropriate units.

31. ***Probationary Career Employee (probationary employee)*** - This is an employee appointed to the career service by certification of eligibility and who is subject to periodic evaluations until the end of the probationary period established for the class of position.

32. ***Regular Career Employee (regular employee)*** - This is an employee who has acquired permanence in their position after successfully completing their probationary period.

33. **_Employee in the Career Service (career employee)_** - This is an employee who has entered the public service in full compliance with the provisions of the legal system in force and applicable to the recruitment and selection processes of the career service at the time of their appointment.

34. **_Employee in position of trust_** – This is an employee who intervenes or collaborates substantially in the formulation of public policy, who directly advises or provides direct services to the Secretary or advises them, and who can be appointed or dismissed at will.

35. **_Temporary Employee_** - An employee appointed to a position for the purpose of performing work for a fixed period of time.

36. **_Equivalences_** - This means the condition indicating that both the nature and the level of work comprised by classes from different Job Classification and Assessment Plans are the same. Functional comparisons are made to determine that human resource action results in promotions, transfers, and demotions.

37. **_Continuing Education School_** - This means the OCALARH School of Continuing Education, created under Act No. 184, _supra_.

38. **_Class Specification_** - This is a written and narrative statement in generic form, which indicates the prevailing characteristics of the work of one or more positions in terms of "nature, complexity, responsibility, and authority, and the minimum qualifications that candidates for the positions must possess.

39. **_Compensation or Salary Structure_** - This means the compensation system consisting of compensation scales to be used in the assignment of classes of positions in a Compensation Plan. It contains the salary scales for the assignment of the classes of positions that constitute the Position Classification and Assessment Plans and Compensation Plan. Each scale is identified by a number, indicative of the degree or pay level of the Plan, in an ascending and correlative manner. The minimum rate, maximum rate and each of the intermediate rates that make up the scale are indicated.

40. **_Performance Evaluation_** - This is an integral and fundamental part of the human resources management system through which objective information is obtained about the performance

of human resources to determine their effectiveness in achieving the goals established by the organization.

41. ***Examination*** - This is the written, oral, physical test of performance, experience and preparation or other objective criteria used to determine that a person is qualified to perform the functions of a position.

42. ***Formulation of Charges*** - Written notice to the employee or officer indicating the Appointing Authority's intent to impose a disciplinary action.

43. ***Public Function*** - This is the inherent activity carried out in the exercise or performance of any position, employment, post or position in the public service, whether paid or unpaid, permanent or temporary, by virtue of any type of appointment, contract or designation for the Legislative Branch, Executive Branch or Judicial Branch of the Government of the Commonwealth of Puerto Rico, as well as any of its agencies, administrative units, public corporations or municipalities.

44. ***Essential Functions of a Position*** - These are major functions that justify the existence of a position.

45. ***Marginal Functions of a Position*** - These are functions that the position may have but are not determinative of the job classification.

46. ***Functions and Responsibilities*** - These are the essential and marginal functions that employees must perform in the position they hold. These briefly and succinctly set out in detail the duties of the position with the aim of seeking constantly to avoid confusion with those activities or tasks necessary to fulfill this one.

47. ***Degrees of Affinity*** - This means degrees of kinship established by marriage between the employee and his or her spouse's natural relatives. For purposes of sick leave, these include:

   a. First degree: Spouse's father, mother and child.

   b. Second degree: Spouse's grandfather, grandson and brother.

48. ***Degree of Consanguinity*** – This means degrees of union by natural kinship of employees and family members. For purposes of sick leave, these include:

   a. First degree: father, mother and child.

   b. Second degree: grandfather, grandson and brother.

   c. Third degree: great-grandfather, great-grandson, uncle, nephew

   d. Fourth degree: great-great-grandfather, great-great-grandson, great-uncle, great-nephew, first cousin

49. ***Occupational or Professional Group*** - This means the grouping of classes and series of classes describing positions within the same branch or work activity.

50. ***Institution*** - This means any public or private organization or agency that offers courses of study or training of a practical, academic, technical or specialized nature.

51. ***Interim service*** - This means temporary service rendered by a career employee in a position with a higher classification than that of the position for which the employee is officially appointed, pursuant to a written designation by the Secretary or their authorized representative and in compliance with other applicable legal conditions.

52. ***Act No. 184-2004*** - This means Act No. 184 enacted on August 3, 2004, as amended, "Act on Managing Human Resources in the Public Service of the Commonwealth of Puerto Rico".

53. ***Study Leave with pay*** - This is special leave, with pay, which is granted to regular employees in order to broaden their academic, professional or technical training to improve the service they provide.

54. ***Study Leave without pay*** - unpaid leave of absence granted by the Secretary for studies at accredited educational institutions.

55. ***Corrective Measure*** - This means an oral or written warning given by the supervisor to the employee when the employee commits or re-commits a violation of established standards of conduct. It is not part of the employee's file.

56. ***Urgent or Emergency Need*** - These are those essential or indispensable actions that must be carried out urgently in order to fulfill the functions of the DNER or its programs. These do not include those actions that are merely convenient or advantageous whose solution can be deferred until the ordinary procedure is carried out.

57. ***Appointment*** - This means the official designation of a person to perform certain functions corresponding to a position.

58. ***Recruitment Rules*** – These mean the determinations as to the minimum requirements and type of examination for entry into a job class.

59. ***OCALARH*** - This is the acronym for the Office of Labor Affairs and Human Resources Administration Training and Counseling.

60. ***OMB*** - stands for Office of Management and Budget.

61. ***Tuition Payment*** - This is the total or partial payment of the fees for attending university or special courses.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

62. ***Probationary Period*** - This is the period of time during which an employee, upon appointment or promotion to a career position, is in training and on probation, subject to periodic assessments of the performance of his or her duties and functions. The employee does not acquire any proprietary rights over the position during this probationary period.

63. ***Training and Education Needs Plan*** - a document detailing the strategies and means that the DNER will use to meet the training and education needs identified among its staff. It also includes the budget projection to implement the training plan.

64. ***Classification or Position Assessment Plan*** - This is the system by which the different positions that make up the DNER are studied, analyzed and ordered in a systematic way, forming classes and series of classes, without being limited to those established on the basis of factors, points, band or others.

65. ***Compensation Plan*** - This is the system adopted by the DNER through which compensation for career service is fixed and administered in accordance with the provisions of Act No. 184, *supra*, and the regulations.

66. ***Breach of Trust*** - Knowingly or through inexcusable ignorance proposing evidently unjust determinations.

67. ***Merit Principle*** -This is the concept that public employees in the career service should be selected, promoted, retained and treated in all matters pertaining to their employment on the basis of ability without discrimination, in accordance with applicable laws, including discrimination on the basis of race, color, sex, birth, age, sexual orientation, gender identity, social origin or status, political or religious beliefs, veteran status, physical or mental disability, being a victim or perceived victim of domestic violence, sexual assault or harassment, or genetic information.

68. ***Fixed-duration program*** - These are programs created for fixed periods of time to meet needs or provide non-recurring services, which stipulate the objectives, the start and end date, the human and fiscal resources that are originated and the indicators or measures that will enable the verification of the achievements.

69. ***Bona fide Projects or Programs*** – These are programs created by administrative order or formal proposal from the Secretary to address needs or provide non-recurring services, setting out the objectives, the start and completion date, the human and fiscal resources that are originated and the indicators or measures that will enable the verification of the achievement of the objectives.

70. ***Position*** - This means the set of duties and responsibilities assigned or delegated by the Secretary, which require the employment of a person on a full-time or part-time basis.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

10

71. **_Reclassification_** - This is the action of classifying a position that had been previously classified. The reclassification can be to a higher, equivalent or lower level.

72. **_List of Eligible Persons_** - This is the list of names of persons who have been evaluated and qualified to be considered for appointment in a particular class, placed in descending order of qualification.

73. **_Regulations_** - These are the Regulations for Managing Human Resources in the Career Service of the Department of Natural and Environmental Resources.

74. **_Reintegration_** - This is the reinstatement or return to service, by certification, of any regular career employee after separation from service for any of the following reasons: disability which has ceased, layoff due to job elimination, resignation from a career position held in regular status, or separation from a position of trust without having exercised the right to reinstatement.

75. **_Reinstatement_** - This means the return of an employee to career service after being separated from it for any of the following reasons:

    a. when an employee with an absolute right to reinstatement separates from a position of trust and returns to a position equal to or similar to that which they held in the career service;

    b. separation at the end of or during the probationary period on account of their services, if immediately prior to that the employee held a position with regular status;

    c. the termination of any type of unpaid leave; or

    d. by determination of a court or competent appellate body.

76. **_Resignation_** - This is the total, absolute and voluntary separation of an employee from his or her position.

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

11

77. ***Written reprimand*** - This is a formal sanction imposed by the Secretary on an employee for violations of established rules of conduct. It is part of the employee's file.

78. ***Secretary*** - This means the Secretary of the Department of Natural and Environmental Resources

79. ***Class Series*** -This means a grouping of classes that reflects the different hierarchical levels of work.

80. ***Active Duty*** - This is any period of service during which the employee is present performing the duties of a position or linked to service through the granting of any type of paid leave.

81. ***Human Resources Management System*** - This is the group of agencies constituted as Individual Administrators, as defined in Act No. 184, *supra*, and in these Regulations.

82. ***Retirement System*** - This means the Retirement System of the Employees of the Government of the Commonwealth of Puerto Rico.

83. ***Suspension of Employment and Salary*** - This is the temporary separation from service and pay imposed on an employee by the Secretary as a disciplinary action for just cause. It is part of the employee's record.

84. ***Transfer*** - This means the change of an employee from one position in a class to another position in the same class or in another class with similar duties or basic salary (understood as a minimum rate of pay).


**PART II**

**COMPOSITION OF THE PUBLIC SERVICE**

**ARTICLE 6 - CATEGORIES OF EMPLOYEES**

the DNER's human resource management system is grouped into two (2) categories of employees: the career service and positions of trust.

**Section 6.1 - Career Service**

The employees in the career service are those who have entered the public service in full compliance with the provisions of the legal system in force and applicable to the recruitment and selection processes of the career service at the time of their appointment.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

12

These employees have the right to remain in service as provided in Section 6.6 of Act No. 184, *supra*.

The career service will include the unskilled, semi-skilled and skilled jobs, as well as the professional, technical and administrative functions and up to the highest level in which they are separable from the advisory or normative function. Jobs and functions within the career service will be largely subordinated to public policy guidelines and programmatic standards that are formulated and prescribed for positions of trust.

Employees in the career service may have probationary or regular status. Once these employees successfully complete their probationary period, they will have job security as long as they meet the criteria of productivity, efficiency, habits, attitudes and discipline that must prevail in public service. Employees in the career service with regular status may be suspended or dismissed for just cause upon written notice of charges and waiver of their right to request a hearing.

The career service includes employees in trust positions. Employees in trust positions are those who, while holding positions in the career service, perform functions that by their very nature influence or significantly participate in the formulation or implementation of public policy or who perform functions directly or indirectly concerning labor-management relations that actually or potentially involve a conflict of interest and are excluded from all appropriate units, as provided in Section 4.2 (b) (1) of the "Public Service Labor Relations Act" Act No. 45-1998, as amended.

<u>**Section 6.2 - Positions of trust**</u>

Employees holding positions of trust are those who perform functions such as:

1. Formulation of public policy. This function will include responsibility, directly or permanently delegated, for the adoption of guidelines or standards on program content, eligibility criteria, functioning of the DNER, relationships with other agencies or institutions, and other essential aspects of running DNER programs.

   It will also include participation, to a substantial extent and in an effective manner, in the formulation, modification or interpretation of such functions in the DNER or in advising the Secretary, through which the employee can effectively influence public policy.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

13

2. Direct services to the Secretary that require a high degree of personal trust. The element of personal trust in this type of services is irreplaceable. The nature of the work corresponds essentially to career service, but the personal trust factor is predominant. The job may include, among others, secretarial services, maintaining confidential archives, driving automobiles, and other similar tasks. The nature of the work corresponds essentially to career service, but the personal trust factor is predominant. In this type of work, the element of confidentiality and security in relation to people, programs or public functions is always present.

Employees in a position of trust are selected and dismissed at will. The term "employees in a position of trust" also covers are those who, although they may be hired at will, can only be dismissed for just cause, by provision of law or those whose appointment is for a term established by law.

**Section 6.3 - Reinstatement of employees in a position of trust**

1. Any employee who has regular status in the Career Service and moves to a position of trust shall have an absolute right to be reinstated in a position equal to or similar to their last position in the Career Service, unless their dismissal from the position of trust has been effected by formulating charges, in which case the disciplinary procedure established for employees in the Career Service shall be followed.

2. Employees holding a position of trust entitled to reinstatement to their former career position shall be entitled to all benefits in terms of classification or assessment and salary that have been extended to the career position with regular status that they held, during the term in which they served in the position of trust. They shall also be entitled to legislated salary increases and a salary increase of up to ten percent (10%) of the salary earned in the position of trust. In granting the percentage increase in salary, the Secretary shall ensure that the hierarchy and fairness of compensation is maintained. In order to grant this recognition, the excellent performance of the employee must be demonstrated. On the other hand, if the employee to be reinstated has been in a position of trust for a period of no less than three (3) years, the Secretary may authorize any increase arising from the difference between the salary earned in the career service and that earned at the time of reinstatement.

3. Any employee who has regular status in the career service and is elected, or designated as a replacement for an elected public position in the Executive or Legislative Branch, shall retain his or her

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

14

absolute right to be reinstated in a position equal to or similar to said employee's last position in the career service, unless he or she has been removed from the elected position by misconduct or impeachment, or has resigned from the position because of illegal or improper conduct that would have led to dismissal or impeachment. It is stipulated that the employee shall be entitled to all benefits in terms of classification or assessment and salary that have been extended to the career position they held with regular status during the term in which he or she served in the effective public office.

4. Regular employees in the career service, who are recruited for a position of trust, or who are elected by the people, or appointed as substitutes for an elected public office, as set forth above, shall retain the fringe benefits and leave rights set forth in Act No. 184, *supra*, and in these Regulations.

5. Once an employee leaves a position of trust or elective service, he or she shall accrue the credit for years of service and seniority in the last position held.

6. The responsibility for employee reinstatement will fall to the DNER, which must exhaust all resources for employee reinstatement in any of its programs and if this is not feasible, in other individual administrators, municipalities, agencies, bodies, public corporations, government administrative units and agencies of the Executive Branch. In any case, the reinstatement of the employee in the career service must be done simultaneously with the separation from the position of trust and must not be onerous for the employee.

## Section 6.4 - Changes of Service and Category

1. The Secretary may effect the change from a career service position to a position of trust, or vice versa, when there is an official change in duties or in the organizational structure of the DNER that justifies it, subject to the following:

   a. if the position is vacant;

   b. if the position is occupied and the change is from career service to a position of trust, the occupant must expressly consent in writing. Where the employee does not consent, he or she must be simultaneously relocated to a career service position with equal pay and for which the employee satisfies the minimum requirements;

c. if the position is occupied and the change is from a position of trust to the career service, its incumbent will remain in the position, subject to the following conditions:

   (1) the incumbent meets the requirements of academic training and experience established for the position class or its equivalent in other job classification or assessment plans;

   (2) the incumbent has held the position for a period of time no less than the probationary period for the position class position class or its equivalent in other job classification or assessment plans and his or her excellent service is documented in an evaluation;

   (3) the incumbent passes or has passed the examination or selection criteria established for the position class or its equivalent in other job classification or assessment plans;

   (4) if the Secretary certifies that their services have been satisfactory.

2. An incumbent who does not satisfy all of the above conditions may not remain in the position unless he or she has the right to reinstatement, as provided in Section 9.2 of Act No. 184, *supra*.

3. Category changes cannot be used as a subterfuge to grant tenure benefits to employees who did not compete for a career position. These will only be appropriate after a rigorous analysis of the functions of the position or the organizational structure of the DNER that justifies it.

## PART III

## AREAS ESSENTIAL TO THE MERIT PRINCIPLE

The rules and procedures relating to the essential areas of the Merit Principle set forth in these Regulations shall be implemented in accordance with the laws and regulations relating to Equal Employment Opportunity and the standards set forth in the Americans with Disabilities Act of 1990 (ADA), to the extent applicable thereto, and any other existing and applicable local and federal employment legislation, and such other legislation as may be adopted and enforced in the future.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

16

## ARTICLE 7 – POSITION CLASSIFICATION AND ASSESSMENT

### Section 7.1 - Job Classification and Assessment Plan

1. The Secretary shall establish a Job Classification or Assessment Plan for DNER career positions. The Secretary shall also establish the necessary rules and procedures for administering this Plan, in line with the Compensation Plan and the regulations for the internal administration of the compensation aspects of the DNER.

2. The Job Classification or Assessment Plan shall be established, implemented and administered in accordance with the provisions of these Regulations. The permanent functions of the DNER will be addressed through the creation of positions, regardless of the source of funds.

3. All appointments to career positions will be made to positions that are covered by the Job Classification and Assessment Plan.

4. The Job Classification and Assessment Plan shall reflect the status of all positions within the DNER career service as of a given date, thus constituting an inventory of positions authorized by the Secretary at all times. To make the Job Classification or Assessment Plan an adequate and effective working tool for administering human resources, it will be kept up to date by recording changes in jobs, so that at all times the Plan accurately reflects the actual facts and conditions present, by updating class specifications (or competency profiles) and class position assignments. Therefore, the necessary mechanisms will be established to make the Job Classification and Assessment Plan susceptible to continuous review and modification so that it constitutes an effective work tool. the DNER shall send for the OCALARH's evaluation and approval the Career Service Job Classification or Assessment Plan, as well as amendments, modifications and necessary actions for its maintenance, within a period no longer than ninety (90) calendar days, from the OMB's fiscal authorization.

5. When temporary, emergency or unforeseen needs arise, or there are *bona-fide* programs or projects with a specified duration, financed with the agency's own funds, or with federal, state or combined funds, fixed-term temporary positions will be created for a period of no more than twelve (12) months, which

may be extended for the duration of the circumstances that gave rise to the appointment.

6. The DNER may create such fixed-term positions, subject to the budget. In cases of *bona-fide* programs or projects, positions may be extended for the duration of the *bona-fide* project or program, subject to approval by the OCALARH.

7. Fixed-term positions shall be classified in accordance with the career service job classification and assessment plans.

8. When new programs are started or new needs arise within a program, fixed-term positions may be created for a period not to exceed one (1) year while regular career positions are created.

## Section 7.2 - Job Description

## (Description of the Duties and Responsibilities of the Position)

1. In accordance with its functional organizational structure, the DNER shall prepare and keep updated, for each authorized position in the career service, the Job Description or Description of the Duties and Responsibilities of the Position containing the essential and marginal functions of the position, the required competencies, the degree of authority and supervision assigned to the position, and inherent working conditions, such as physical, mental and environmental demands. The job descriptions will be contained in the official "Job Description" form adopted by the DNER for this purpose. If the position is filled, the Job Description or Description of Duties and Responsibilities of the Position shall be signed by the employee, the immediate supervisor, the appropriate Unit, Office or Division Chief, and the Secretary or Secretary's authorized representative.

2. Any changes in the functions and conditions of the positions, or in the degree of authority and supervision assigned to the positions, shall be promptly recorded in the classification or job assessment questionnaire. Judgments as to position classification or appraisal shall be made no less than once (1) a year.

3. The original of the official and initially formalized Job Description or Description of Duties and Responsibilities of the position, as well as that of any subsequent revisions made, shall be evaluated to determine the position classification or assessment, or for subsequent action as appropriate in cases of revision of duties. When circumstances so warrant, the Secretary may change the duties,

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

18

authority and responsibility of a position, in accordance with the criteria and mechanisms established by the applicable regulations or standards.

4. A copy of the initially formalized Job Description or Description of Duties and Responsibilities of the Position will be provided to employees upon appointment and assumption of their position, and when changes in the functions of the position occur that result in a new description. This form will be used, among other things, to orient, train, supervise and evaluate employees in accordance with the procedures established by the DNER.

5. The original of the Job Description form or the Description of Job Duties and Responsibilities, initially formalized for each position, will be retained along with any other documentation related to the classification or assessment history of the position. This collection of information, in date order, will constitute the official and individual file of each position and will be used as a reference framework in the studies, audits and actions required in relation to the classification or assessment of positions.

## Section 7.3 - Occupational Scheme

1. The DNER occupational scheme groups in classes all positions in the career service that are equal or substantially similar in terms of the nature of the functions, level of difficulty of the work, risk, competencies of the position and degree of authority and supervision.

2. Once the positions have been grouped, the classes that will constitute the Job Classification and Assessment Plan have been determined and designated with their official title, an occupational or professional scheme of the classes of positions that are established will be prepared, including them within the corresponding occupational or professional groups that are identified. This scheme, which reflects the relationship between one class and another and between the different series of classes that these constitute within the same group and/or work area represented in the Classification or Job Evaluation Plan, will be part of the occupational scheme.

3. A list of such an occupational or professional scheme and an alphabetical list or index of the classes of positions included in the Job Classification or Appraisal Plan shall be prepared and kept up to date.

4. Each job class will be identified numerically using a coding system based on the occupational scheme adopted. This numbering will be used as a means of identifying the classes in other official documents that are adopted or prepared.

## Section 7.4 - Grouping of Positions into Job Classes, Class Series, Job Titles

1. Grouping of jobs into job classes and class series.

   All positions in the Career Service that are the same or substantially similar in nature and level of difficulty of the work involved will be grouped into classes based on the duties, degree of responsibility and authority assigned to them and on elements inherent in the positions described in the Job Description or Job Duties and Responsibilities Description forms, as well as other information that expands on the job description.

   Each position class will be designated with a short title that is descriptive of the nature and level of complexity and responsibility of the work required. This title will be used in the processing of any transaction or action of human resources, budget and finance, as well as in any official matter in which the position is involved. This will be the official title of the position.

   The Secretary may designate a functional title for each position in accordance with duties and responsibilities or the position within the organization. This functional title may be used to identify the position in human resources administrative matters. The functional title shall not replace the official title in human resources, budget and finance matters. The functional title will not replace the official title in the processing of human resources, budget and finance matters.

## Section 7.5 - Class Specifications

1. Written class specifications shall be prepared for each position class included in the Job Classification or Assessment Plan, consisting of a clear description of the class concept in terms of the nature, degree of complexity, responsibility and authority of the work, examples of the work, and the minimum requirements in terms of academic preparation, experience, knowledge, skills and abilities that the employee must possess. It will also set the length of the probationary period for each class.

2. The specifications will be descriptive of all the positions included in the class. These will not be prescriptive for certain class positions. These shall be used as the basic instrument in the classification and reclassification of positions; in preparing recruitment rules; in determining promotion tracks, transfer and demotion; in putting together notifications of examinations; in determining the nature of candidate examinations;

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

20

in employee evaluations; in identifying the training and education needs of human resources; in making basic determinations related to the compensation, retention, budget and human resources transactions aspects, as well as for other uses in related to human resources management.

3. The Secretary and the Director of Human Resources, by delegation, shall be responsible for keeping class specifications and job descriptions or descriptions of responsibilities updated with changes in DNER programs and activities. These changes will be recorded after they occur and are evaluated and determined.

4. The general format of class specifications shall include the following elements, in the order indicated:

   a. Coding number - This is the number in the upper right-hand corner of the class specification and is the class key or identification. This number is obtained from the Schematic Index that accompanies the Job Classification or Evaluation Plans.

   b. Official class title - this should be short and descriptive of the duties assigned to the class.

   c. Nature of the work - consists of a clear and concise definition of the work

   d. Distinctive aspects of the work - these will identify the characteristics that differentiate one class from another in terms of levels of complexity, responsibility and authority, type and form of supervision received and exercised, methods used to perform the work including the degree of initiative, independence, use of discretion and judgment, how the work is reviewed and its purpose.

   e. Samples of work - includes the common or typical functions of the positions in which the work conditions will be collected, such as the type and level of risk involved, the degree and level of physical and mental effort, and whether travel is required and how often.

   f. Knowledge, skills and abilities:

      (1) <u>Knowledge</u>: it will include the description of the subjects with which the employees and candidates to occupy the positions must be familiar.

(2) <u>Abilities</u>:  These shall include the mental and physical ability necessary for performing functions provided that such functions are related or necessary and consistent with the functions inherent to the type of position.

(3) <u>Skills</u>:  These shall include manual agility or skill, as well as physical and/or mental conditions that employees or applicants must possess for a certain type of position, provided that these are related or necessary and consistent with the functions inherent to the type of position.

g.  Minimum academic training and experience - indicates the minimum academic training required, the type and duration of minimum work experience to fill the position.

h.  Probationary period - means the period of time required for the training and/or practical test to which the employee will be subjected in the position and subject to periodic evaluations in the performance of the duties. This period shall be of no less than three (3) months, nor more than twelve (12) months and will not be extendable.

5.  A glossary will be established, along with class specifications, clearly and precisely defining the concepts, terms and/or adjectives used in them for the description of the work and the degrees of complexity, responsibility and authority inherent in each class of position.

6.  The establishment of any kind of position and its corresponding specification shall be formalized through the approval of the Secretary, after evaluation and approval by the OCALARH. It will contain, in addition to the title, the numerical coding, assignment to the appropriate salary scale, the effective date and the duration of the probationary period. The same formality will require changes in class specifications to keep them in line with the functional organizational pattern of the DNER and the duties of the positions.

## <u>Section 7.6 -  Position Classification or Assessment and Position Reclassification</u>

1.  <u>Position Classification or Assessment - Newly created positions – Fixed-term positions</u>

All positions will be officially assigned to the corresponding classes. No position that has not been previously classified or assessed shall exist. Newly created positions will be assigned to one of the

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

classes of positions included in the Job Classification and Assessment Plan, in accordance with the established rules and criteria.

The Secretary shall refrain from signing service contracts with persons in their individual capacity when the conditions and characteristics of the relationship established between employer and employee are appropriate to a position. In these cases, the position shall be created in accordance with the provisions and procedures established for its classification and assessment, as set out in these Regulations.

Fixed-term positions will be created as provided in Act No. 184, *supra*, and these Regulations.

2.   <u>Position Reclassification</u>

In cases of job reclassification, the rules for promotions, transfers and demotions will apply.

Reclassification of any position shall be justified when any of the following situations are present:

a.   *Erroneous Original Classification*

In this situation there is no significant change in the functions of the position, but additional information is obtained that allows for the correction of an initial misjudgment.

b.   *Modification to the Position Classification and Assessment Plan*

In this situation there are not necessarily significant changes in the Job Description or Job Duties and Responsibilities, but in the process of keeping the Job Classification and Assessment Plan up to date through consolidation, segregation, alteration, creation and elimination of classes, the need to amend the classification of some positions arises.

c.   *Substantial Change in Duties, Responsibilities or Authority*

This is a deliberate and substantial change in the nature or level of the functions of the position, causing it to move up or down the hierarchy or placing it in a different class at the same level.

d.   *Evolution of the Position*

This is the change that takes place over time in the duties, authority and responsibilities of the position that causes a transformation of the original position.

**Section 7.7 - Status of Employees in Reclassified Positions**

The status of employees whose positions are reclassified shall be determined in accordance with the following rules:

1.  Where the reclassification is due to an error in the original classification and the change results in a promotion, the employee may be transferred to a position, if vacant, of the class to which the employee was appointed without burdening the employee; or if eligible, the employee may be confirmed in a reclassified position without further certification of eligibility. If the change represents a demotion, the employee may consent in writing to being confirmed in the position, without affecting the employee's right to appeal if he or she wishes to exercise that right; or the employee may be transferred to a vacant position in the class corresponding to the employee's appointment; or the reclassification may be held in abeyance until the employee is relocated. In either case, the employee will have the same status as before the reclassification of his or her position.

2.  If reclassification is carried out due to a substantial change in duties, authority and responsibility, and the change results in a higher-level position, the employee may be promoted if his or her name is on the certification roll in the corresponding eligibility registry. The employee may also be authorized to be promoted without opposition in accordance with the rules established in these Regulations for this type of promotion, or if there is no registry of eligible persons, an examination may be held to cover the reclassified position. In any case, the incumbent shall be subject to the probationary period. If the incumbent of the position at the time of reclassification is unable to fill the reclassified position, the Secretary shall relocate the employee to a classification position equal to his or her appointment or to a similar position for which the employee meets the minimum requirements, or shall suspend the reclassification until the employee is relocated.

3.  If the reclassification is carried out due to the evolution of the position or due to a modification of the Job Classification or Assessment Plan, the incumbent shall remain in the reclassified position with the same status as before the change.

**Section 7.8 - Change of Duties, Responsibilities or Authority**

Where the circumstances so warrant, changes in the duties, responsibilities or authority of the positions may be stipulated, in accordance with the following rules:

1. All changes will respond to the need or convenience of the DNER's departments, units or programs. No change shall be arbitrarily motivated or be carried out for disciplinary purposes.

2. In accordance with the foregoing, the DNER shall establish its own criteria according to its own particularities.

3. Where the changes are related to the classification of the position, they will not lead to the reclassification of the affected position.

4. The employee shall have the right to appeal the Secretary's final determination to the CASP within thirty (30) days from the date of notification of the action taken, if the employee believes that the action violates their rights under the Principle of Merit and under Act No. 184, *supra*.

## Section 7.9 - Relative Class Position and Equivalences between Different Career Service Job Classification or Assessment Plans

The Human Resources Office shall determine the order or relative position among the classes of positions included in the Job Classification or Assessment Plan, for the purpose of assigning these to the compensation structures. In order to establish equivalences (promotions, transfers and promotions) that allow interagency mobility of employees between jurisdictions governed by different job classification or assessment plans, these must be submitted to the OCALARH for approval, in accordance with the regulations established for this purpose.

Ranking or relative position determination is the process by which each class of position is placed on the organization's value scale, in terms of factors such as the nature and complexity of the functions and the degree of authority and responsibility that is exercised and received.

The processes for establishing the hierarchical arrangement of classes should be as objective as possible. Consideration will be given to the fact that the aim is to locate functions and groups of functions, independently of the people who perform or have to perform them.

Decisions shall be made on objective bases. Those elements of the functions that tend to differentiate the relative position of some classes in comparison with others shall be taken into account. The weighting of these elements should lead to a pattern of classes that allows for the calibration of differences in salaries and others.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

The Secretary shall give final approval to the determination of the ranking or relative position in relation to the classes included in the Job Classification or Assessment Plan and other classes of positions included in other job classification or assessment plans, in order to determine whether the personnel action constitutes a transfer, promotion or demotion.

## ARTICLE 8 - RECRUITMENT AND SELECTION

The provisions on recruitment and selection, as well as those on examinations, shall be governed by the provisions of Act No. 184, *supra*, the regulations issued by the OCALARH and these Regulations.

### Section 8.1 - Recruitment and Selection Rules

The DNER offers the opportunity to compete in its recruitment and selection process for permanent career service positions by virtue of which qualified applicants participate on an equal footing in areas such as academic, professional and employment competencies and achievements; qualified knowledge, skills and abilities; work ethic without discrimination based on race, color, sex, birth, age, sexual orientation, gender identity, social status or origin, political or religious beliefs, veteran status, physical or mental disability, being a victim or perceived victim of domestic violence, sexual assault or stalking, or genetic information, or status as a recipient of financial assistance under the *Personal Responsibility and Work Opportunity Reconciliation Act of 1996* (PRWORA), Federal Public Act No. 104-193, August 22, 1996, as amended, 110 Stat. 2105 et seq.

The Recruitment Rules constitute the official document which contains the minimum requirements of the position, as provided in the class specifications, as well as the replacement or alternative clauses to the minimum requirements of the position, the type of competency, the class or classes of examinations that are recommended in each case. At all times the requirements will be directly related to the functions of the positions. These requirements shall take into consideration the information available on the employment and human resources market. The Rules shall be reviewed periodically to take into account any changes that may occur. Through the Recruitment Rules, the DNER will attract as many qualified candidates as possible.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andrea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

26

## Section 8.2 - General Conditions for Entry into Public Service

Any candidate who chooses to apply for employment with the DNER, pursuant to Section 6.3 (l) of Act No. 184, *supra*, shall satisfy the following general conditions for entry into public service:

1. be a U.S. citizen or alien legally authorized to work under applicable law;

2. be physically and mentally able to perform the essential functions of the position;

3. comply with the applicable provisions of the Income Tax Act, as amended, on the filing of the income tax return for the four (4) years preceding the application;

4. comply with the provisions of Act No. 5 of December 30, 1986, as amended, the "Child Support Administration Organic Act" where the responsibility to pay child support applies;

5. comply with the provisions of Act No. 68-2000, as amended, " Act to Strengthen and Support Family and the Elderly";

6. not have engaged in dishonorable conduct;

7. not have been convicted of a felony or any crime involving moral turpitude;

8. not make illegal use of controlled substances;

9. not be addicted to the habitual and excessive use of alcoholic beverages;

10. not have been dismissed from public service, nor convicted for the felonies or misdemeanors listed in Section 6.8 (3) of Act No. 184, *supra*, within the jurisdiction of the Government of the Commonwealth of Puerto Rico, within the federal jurisdiction, or in any of the states of the United States of America;

11. Satisfy the minimum academic training and experience requirements established for the corresponding type of position.

The conditions established in paragraphs 6 to 9 shall not apply when the candidate has been qualified to occupy positions in the public service according to the Certification issued by the OCALARH.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Section 8.3 - Notice of Examination**

The notice of examination is the document which will officially contain the prevailing determinations with respect to the minimum requirements of the position, examination type, and all aspects whose mention is necessary or convenient to the announcement of opportunities for hire in a position class.

The rules for recruitment will be contained in the notice of examination. When there is need to fill a position at the DNER, a notice of examination will be prepared for each position class, pursuant to the requirements established in the Position Classification of Assessment Plan.

All notices of examination must contain the following:

1. Identification of the name of the agency, physical address, mailing address, e-mail address, and telephone numbers

2. Position Class Title

3. Compensation Scale, as it appears in the current Class Allocation;

4. Recruitment Type

   It will indicate whether applications will be received until further notice, or if the process will have a defined end date, such date which must be expressly stated, where appropriate.

5. Pool Type

   It will indicate whether applicant pool is limited to employees of the DNER, to employees covered by Act No. 184, *supra*, or open to the general public. Applicant pool can allow for new hire or promotion. This determination will be made pursuant to the nature of the job, the minimum requirements of the class, the job market, and the vacancies to be filled. Greater access to the applicant pool tends to bring in a larger number of resources and contribute to a higher selection margin.

6. Minimum Requirements

   a. It will indicate the minimum requirements as established in the Position Classification or Assessment Plan. It will establish as minimum requirements for recruitment the pool class specifications or profiles, which will indicate the necessary education level and type and duration of work experience.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

28

b. If based on a job market study, requirements are determined that differ from those established in the class specification, the class specification must be amended prior to the initiation of the hiring process.

c. The minimum requirements must be consistent with the nature of the job and will be adjusted to meet demand and supply, while also considering the specific qualifications necessary to perform the duties assigned to the positions.

d. If a minimum requirement is stipulated as a certain number of years of experience in work of a similar nature to that performed in any specific position class, it will indicate the name of the class and will provide a clear description of the position class.

e. If the type of experience in a particular class cannot be clearly established, the requirement will be limited to a certain number of years of experience in the corresponding field of work and omit any specification in regard to class names.

f. If the class of the position to be filled is part of a series of classes, experience acquired in the various levels of that series of classes may be considered, as well as experience in any other related position class(es). This will apply to classes that are not part of a series of classes, but that constitute a promotion track for the class.

g. Any special requirements will be identified, such as membership in a professional association, license to practice the profession or trade, or others as required by law. Specific requirements may also be established relating to the services offered by the DNER.

7. Specializations Clause

It will include the specializations with which the lists will be established and the requirements for said specializations, where necessary.

8. Nature of the Examination

a. The examinations will consist of written, oral, physical, and performance tests, as well as an evaluation of academic achievement and work experience, taking into account the nature of the job, the assigned duties, the minimum requirements established, the job market, and recommendations from area specialists and associations. This analysis results

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

29

in the nature of the examination and the relative weight of each part. The following steps will be followed in carrying out the position analysis:

(1) The value of each task will be determined based on the numeric result obtained, considering the importance of the task and the time it takes to perform each one.

(2) The minimum knowledge, abilities, and skills required to perform each task will be determined.

(3) The type or combination of tests appropriate to measure the knowledge, abilities, and skills will be determined.

(4) The parts of the examination and the number of exercises in each task will be determined, basing this on the importance of each task in percentage terms.

(5) If a combination of tests is chosen, the weight of each test will be specified using the percentages assigned to each task. Objective tests are generally assigned greater relative weight than that assigned to subjective tests, unless such subjective tests are of greater importance than other objective judgments in the performance of the job.

b. In the case of examinations without in-person appearance, it will indicate that the examination consists of an evaluation in which a score will be assigned for academic achievement, courses, or training, and for work experience directly related to the positions in the class.

c. In the case of in-person examinations, the type of examination to be administered will be indicated, as well as the types of sub-examinations that comprise it.

d. In the case of combined examinations, the description of each part will be indicated, as well as the weighted percentage to be assigned to each such part.

9. Probationary Period

It will indicate the probationary period, as stipulated in the class specification.

10. Nature of the Job

A brief description of the duties of the position class according to the Position Classification or Assessment Plan will be provided.

11. Criteria to be used to order the names of the eligible candidates in the corresponding lists:

    a.  academic achievement;

    b.  professional exam scores;

    c.  examinations or interviews; or

    d.  score from evaluation of academic achievement and/or experience additional to that established in the minimum requirements.

12. Other general information:

    a.  instructions will be given as to where and how to apply;

    b.  special clauses will be included relating to verification of experience and to the work conditions in the position class;

    c.  it will be indicated that studies abroad will be verified if validated by the corresponding authorities;

    d.  it will indicate that only United States citizens and foreigners legally authorized to work in Puerto Rico qualify;

    e.  it will be indicated that as a condition for employment in public service, proof will be required of submission of income tax returns for the four years prior to application, as stipulated in the Income Tax Act, as amended;

    f.  it will be stated that any person with a disability, if he or she so desires, may request reasonable accommodation when submitting the examination application;

    g.  a statement will be included indicating that the DNER promotes equal opportunities in employment.

13. Date of issuance of the notice of examination

14. Number of the notice of examination (which will be assigned by fiscal year)

15. Name, position, and signature of the Nominating Authority

Notices of examination must be periodically reviewed such that they reflect the changes in the job market.

## Section 8.4 - Public Notice of Job Opportunities

1. Notices of examination will be published on the website of the Government of the Commonwealth of Puerto Rico and in the most suitable media outlets, such as radio, television,

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

daily press, professional publications and journals, communications with professional, labor, civic, and educational organizations, official inter-agency communications, bulletin boards, and other outlets that could reasonably reach interested persons.

2.  Likewise, the DNER will circulate the notices of open-pool examination at the Office of the Advocate for Veterans Affairs, in accordance with Act No. 203-2007, as amended, "21st Century Puerto Rican Veterans' Bill of Rights".

3.  The DNER may establish and operate its own notice records for recruitment, promotion, and/or training, and administer its websites and publish the corresponding information on them. Citizens may submit their applications for recruitment, promotion, and/or training through the Internet using electronic portals created pursuant to the rules adopted by the DNER.

4.  In determining how frequently announcements will be made, the agency shall consider whether they are effective for recruitment purposes, whether they are cost-effective, and whether they facilitate the interested citizen's filing of his/her application and consideration of the same.

5.  Notices will include all information required under Section 6.3 (3) of Act No. 184, *supra*, including: name of the position class, salary scale, deadline for applications, minimum requirements, nature of the job, essential and marginal duties of the positions, probationary period, number of the notice, date of issuance and termination, whether they are for continuous recruitment, and any other essential information, such as that relating to compliance with the federal "Americans with Disabilities Act", and any other legislation that so requires. Notices will also include the pool type, the examination type, or the criteria for evaluation and ordering of names in the list of eligible candidates.

6.  As a general rule, recruitment will be carried out with appropriate planning of the times during which the examinations will be offered. However, if there is evidence of availability of sufficient candidates to cover the needs of the service, specific periods or deadlines can be established for receipt of applications.

7.  When the notice establishes a period or deadline for receipt of applications, the following rules will be observed:

    a.  The notice must be published no fewer than ten (10) working days prior to the deadline for application.

    b.  The public notice relating to each examination will include the period of time during which applications for examination and requests for reasonable accommodation will be accepted.

    c.  No application will be accepted if filed after this term.

    d.  In the event that a sufficient number of applications is not received, the period for receipt of applications may be extended, and the notice of examination may be amended or cancelled; in any such case, public notice will be given of the action taken.

8. In cases where a deadline is established for acceptance of applications for examination, the opportunity to submit additional applications may be reopened for justifiable reasons, provided this does not infringe upon the principle of equal opportunity and competition.

9. If recruitment is continuous, the examinations may be offered to people who have taken them previously and have failed or wish to improve the score obtained, after a reasonable period of time for written examinations and examinations without in-person appearance, and for performance and oral tests. The period of time after which people who have previously taken examinations may again be offered examination will be determined based on the nature of the position or examination class, or on the needs of the service.

## Section 8.5 - Processing of Applications

1. Applications received as a result of the published notices of examination will be reviewed to determine whether they contain all required information and documentation and whether they were filed within the period established, so as to determine which applications are to be accepted or rejected.

2. Requests will be rejected for any of the following reasons:

    a.  late submission;

    b.  failure to meet the minimum requirements established to fill the position; or

    c.  formal knowledge based on the information provided by the applicant to the effect that:

        (1) he or she is not an American citizen or foreigner legally authorized to work;

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

33

(2) he or she lacks the physical or mental ability to perform the essential duties of the position;

(3) he or she has violated the applicable provisions from the "Income Tax Act", as amended, on the filing of income tax returns;

(4) he or she has engaged in dishonorable conduct;

(5) he or she has been convicted of a felony or for any crime involving moral turpitude;

(6) he or she has been removed from public service and has not been authorized by the OCALARH;

(7) he or she is a regular or excessive user of controlled substances or alcoholic beverages;

(8) he or she has been convicted of the felonies or crimes enumerated in Article 6, Section 6.8 (3) of Act No. 184, *supra*, within the jurisdiction of the Government of the Commonwealth of Puerto Rico, within federal jurisdiction, or in any of the states of the United States of America; or

(9) he or she has committed or attempted to commit fraud or submit misinformation in the application or he or she has committed or attempted to commit any crime against public property, such as illegal appropriation, theft, or manipulation of the examinations offered or to be offered. In the case of public employees, this could result in dismissal or any other disciplinary measure.

3. The grounds listed in sub-paragraphs (4) through (7) of paragraph 2 (c) above will be used to reject applications only in cases where the person has not been authorized by the Director of the OCALARH to seek employment in public service, as under the provisions from Article 4, Section 4.3 (2) (d) of Act No. 184, *supra*.

4. The person whose application has been rejected will be notified in writing of the reason for rejection and his/her right to appeal with the CASP.

5. In accordance with Section 6.8 (3) of Act No. 184, *supra*, any person who has been convicted within the jurisdiction of the Government of the Commonwealth of Puerto Rico, within federal

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

jurisdiction, or in any of the state of the United States, of any of the crimes listed below, when they constitute a felony and were committed as a public servant. These crimes are:

a.  aggravated illegal appropriation;

b.  extortion;

c.  sabotage of essential public services;

d.  fraud in construction;

e.  illicit enrichment;

f.  illicit use of public works or services;

g.  improper intervention in government operations;

h.  bribery;

i.  offering bribes;

j.  improper influence;

k.  misappropriation of public funds;

l.  forgery of documents.

6.  The aforementioned crimes are set forth in Articles 182, 191, 241, 202, 250, 252, 254, 259, 260, 261, 264, and 211, respectively, of the Criminal Code of Puerto Rico, as amended.

7.  When a conviction is due to committing of any of the crimes appearing above, the prohibition set forth in Act No. 184, *supra* will apply for a period of twenty (20) years from the date of conviction, provided that the crimes were committed as a public servant:

a.  aggravated harm;

b.  negotiation incompatible with public service;

c.  withholding of property;

d.  damage or alteration of property;

e.  illegal possession or use of taxpayer information, receipts, and payment records;

f.  drafting false documents;

g.  submitting false documents;

h.  forging official records;

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

      i.  forgery of seals;

      j.  falsification of license, certificate, and other documentation;

      k.  filing or false documents or data;

      l.  possession of tools for forgery.

8. The aforementioned crimes are set forth in Articles 199, 253, 256, 257, 265, 286, 287, 213, 214, 215, 216, and 218, respectively, of the Criminal Code of Puerto Rico, as amended.

9. When a conviction is due to committing of any of the crimes appearing below, the prohibition set forth in Act No. 184, *supra* will apply for a period of eight (8) years from the date of conviction:

      a.  illegal purchase and sale of goods in tax payments; or

      b.  failure to uphold duty.

10. The aforementioned crimes are set forth in Articles 266 and 262, respectively, of the Criminal Code of Puerto Rico, as amended.

11. Prohibition on running for elected office or occupying a position in public service will also apply to those who are not public officials when committing such crimes but are convicted as accomplices to public officials in said crimes.

### Section 8.6 - Examinations

1. Recruitment of human resources for career service will be carried out by way of a process wherein applicants compete under equal conditions and without discrimination for reasons other than merit, by way of examinations for each position class, which may consist of written, oral, physical, and performance tests, evaluation of experience and academic achievement, objective and written evaluations from a supervisor, analysis of the work record, and results of trainings, or preferably a combination of these, while at all times considering the provisions set forth in the ADA and the Protection from Discrimination Against Disabled Persons Act.

2. The examinations must measure the knowledge, capacity, aptitude, and ability of the persons examined for performance of the duties of each position class. These examinations must be developed in a manner that considers the essential duties and responsibilities that

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

36

characterize the position class, while always considering those cases covered by the ADA and the Protection from Discrimination Against Disabled Persons Act.

3. All qualified examinees shall be called to take in-person examinations, indicating the date, time, and place at which they must appear. All persons who appear will be identified using signature verification and an official document. Admission to the examination may be denied if the candidate does not appear at the time indicated in the invitation.

4. The identity of the candidates will remain hidden during the examination scoring process. In order to be eligible, each examinee must obtain at least the minimum passing score established.

5. Preference will be given to members of the Uniformed Services and State Guard and civil employees of the Corps of Engineers or of the National Disaster Medical Service, in cases of equal conditions with respect to education, technical ability, and experience, in appointment or promotion to any position, job, or work opportunity.

6. For the members identified in Paragraph 5 above and veterans, as defined in the "21st Century Puerto Rican Veterans' Bill of Rights", *supra.,* ten (10) points or ten percent (10%), whichever is greater, will be added to the score obtained in any test or examination required for purposes of qualifying for a job, whether as a new hire, reintegration, or promotion. The candidate must have obtained the minimum passing score required for the examination in order to be given the aforementioned score.

7. Placement exam will be offered to any veteran who was unable to take such placement exam, if so requested within a period of one hundred and eighty (180) days from his/her return to civilian work, following active service or return from military training. If the candidate passes such examination, his or her name will be included in the corresponding lists or registries. Placement exam means the examination or examinations that an employer carries out for various people who aspire to a certain position within an organization to determine each applicant's abilities for the duties of such position, including, but not limited to, the administration of written, verbal, theoretical, and practical examinations, psychological evaluations, evaluation of qualifications, etc.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

37

8. In the event of a veteran's death, the score that would have corresponded to him/her will be given to the surviving spouse, provided he or she has not remarried, as well as the veteran's minor children and his/her adult children who are disabled in accordance with Act No. 203. The person has to have obtained the minimum passing score required for the examination.

9. Likewise, five (5) points or five percent (5%), whichever is greater, will be added to the score obtained by a person with a disability without having to be a veteran in any test or examination required in order to qualify for a job, whether as a new hire or promotion. This benefit will not apply if the disabled person requesting it qualifies to receive the benefits granted under Act No. 203.

10. Similarly, five (5) points or five percent (5%), whichever is greater, will be added to the score obtained in any test or examination required in order to qualify for a job, whether as a new hire or promotion, for any person who receives benefits under the government economic assistance programs included in the provisions from the previously cited Federal Public Act No. 104-93. The person must be near completion of sixty (60) months of participation in said benefits and must have obtained the minimum passing score required for the examination. The candidate will compete under the same conditions as the rest of the candidates.

11. Examinees will receive information regarding their scores in writing. Examinees may request review of their examination and shall be entitled to such review if requested within a maximum period of fifteen (15) days from the postmark date of the notification of the results of the examination.

12. If as a result of the review of the examination, the score and/or position of the candidate is altered, the corresponding adjustment will be made, though this will not affect any completed appointment.

13. Review of multiple-choice written examinations will consist of scoring the examination in the presence of the candidate, using a special password. In all other cases, the examination scoring procedure will be explained to the candidate.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Section 8.7 - List of Eligible Candidates**

      The lists of eligible candidates will be established pursuant to the following provisions:

1. The names of the people who pass the examinations will be placed in strict descending order of the scores obtained.

2. In the case of equal scores, the order of appearance in the lists will be determined considering one or more of the following factors:

    a. general or special academic preparation;

    b. experience related to the position class;

    c. grades or averages earned in academic or special studies;

    d. application submission date.

3. Eligible persons shall be eliminated from the lists for any of the following reasons:

    a. written statement by the eligible candidate indicating that he or she is unable to accept appointment. This statement may be limited to a certain period of time or to positions with work conditions that are different from those established by the eligible candidate in the examination application. This candidate's name will not be considered when issuing any certification of eligibility for so long as the conditions for non-acceptance stipulated by the candidate prevail;

    b. declining the appointment offered by way of the conditions previously established and accepted by the eligible candidate;

    c. failure to appear at the interview on the appointment without a justified reason;

    d. failure to submit evidence required of him/her on the minimum requirements or submission of evidence indicating that he or she does not meet the minimum requirements;

    e. failure to appear at work after a period of five (5) consecutive working days from the date of acceptance of an appointment, unless the Secretary grants the eligible candidate an additional period of time to occupy the position;

    f. notification from the postal authorities of their inability to locate the eligible candidate;

    g. having been convicted of any serious crime that implies moral depravity or having engaged in dishonorable conduct;

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

h. having official formal knowledge of regular or excessive use of alcoholic beverages by the eligible candidate;

i. having official formal knowledge that the eligible candidate is a user of controlled substances;

j. having provided false testimony on any specific fact with regard to his/her employment or examination application;

k. having committed or attempted to commit deceit or fraud in his/her application or examinations, or in obtaining eligibility or appointment;

l. having been declared incapable by any competent court, irrespective of whether the case is on appeal. No person with a physical, mental, or sensory disability that can perform the essential functions of the position with or without reasonable accommodation will be eliminated from the list of eligible candidates;

m. having been removed from public service;

n. death of the eligible candidate;

o. having committed any of the crimes established in Section 6.8 (3) of Act No. 184, *supra*, and in Section 8.5 of these Regulations; or

p. appointment of the eligible candidate to a regular position, by way of certification of the list established for this position class.

4. Eligibility in the lists will not be affected if the applicant demonstrates that he or she has been given authorization by the Director of the OCALARH.

5. Any candidate whose name is eliminated from a list of eligible candidates under the terms of Paragraph 3 of this Section will be notified in this regard and will be advised of his/her right to request reconsideration. Should the decision be upheld, the candidate shall be notified of his/her right to appeal with the CASP.

6. The duration of the lists of eligible candidates will depend on their usefulness/convenience in meeting the needs of the service. The lists can be cancelled in circumstances such as the following:

a. when it is believed that new candidates should be brought in, introducing new competition or different requirements;

b. when the position class for which the list was established has been eliminated; or

c. when it has been determined that there was some kind of general fraud before or during exam administration.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

40

7. Eligible candidates will be notified when the lists are cancelled or expired. Notice of cancellation shall be issued by public announcement and on the website of the DNER.

8. Appointment to occupy a temporary position shall not result in removal of a person's name from the lists of eligible candidates on which his/her name appears.

9. Special lists will also be established for position classes which will contain the names of persons entitled to reintegration for interns, former pensioners, and others, in accordance with Article 15 of these Regulations.

### Section 8.8 - Certification and Selection

As a general rule, vacancies in career service will be filled by way of certification and selection of the candidates included in the lists of eligible candidates, pursuant to the following provisions:

1. Each area, office, or division head will submit a letter to the Human Resources Office of the DNER requesting the filling of vacancies, pursuant to the procedure established.

2. Certifications of candidates eligible to fill the vacancies will be issued in the order in which staffing requests are received. The certification of the number of eligible candidates will not be greater than ten (10) for each vacancy to be filled, using the corresponding order in the list of eligible candidates.

3. The name of an eligible candidate appearing on lists for different classes may be certified simultaneously for vacancies.

4. Candidate selection for appointment will take place within no more than fifteen (15) working days from the date on which the certification of eligible candidates is sent. Such period may be extended, at the discretion of the Secretary, for no more than ten (10) additional days in case of extraordinary circumstances. However, after the initial fifteen (15) days, the same candidates may be included in other certifications of eligible candidates.

5. When a candidate has been included on more than one (1) certificate of eligible candidates for the same position class and is selected for more than one work unit, he or she will be given priority for appointment to the first unit that gives notice of selection within the period of fifteen (15) working days from the date the certification of eligible candidates was sent.

6. In cases where a selection cannot be made due to the fact that one or more of the candidates included in the certification fails or fail to appear for an interview or is or are unable to accept appointment under the stipulated conditions, candidates can be added to the original certification until a total of ten (10) eligible candidates is reached.

7. The Secretary may refuse to certify an eligible candidate for any of the reasons stated in paragraph 3 of Section 8.7 of these Regulations. The affected person must be notified of this refusal in writing, indicating the ground or grounds for refusal. The person affected by this decision may request reconsideration from the Secretary. Should the Secretary's decision be upheld, the person may appeal with the CASP.

8. If any work unit seeks to fill more than one (1) vacancy in the same position class, the number of additional eligible candidates to be certifies will be determined, not to exceed ten (10) for each vacancy.

9. When request is made to fill one (1) position for which a special list has been established, the names of the persons appearing on said list will be sent, together with the certificate of eligible candidates from the ordinary list. As a general rule, any candidate from the special list or from the ordinary list may be selected to fill the position.

10. The foregoing provision does not apply in situations where a person has been included in the lists for a single position class by way of reintegration, after recovering from occupational or non-occupational disability from any of the retirement systems of the Government of the Commonwealth of Puerto Rico, or an intern who, upon completing his/her studies, has been unable to receive appointment.

    a. In these situations, they will be certified as the only candidates, and the DNER will be required to appoint them if the candidates are able to accept it. In the event that the lists for a single position class include the name of a former pensioner and an intern, the former pensioner will be certified as the sole candidate.

    b. Any special legislation established on special lists, such as for veterans, for which federal legislation required preference, will also be upheld.

11. Vacancies for permanent positions can be filled by promotion without placement exam, as established in paragraph 4 of Section 9.2 of these Regulations. The Secretary may authorize selective certifications when the special qualifications if the positions so require.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

42

    a. Special qualifications of the position will be understood as the functional requirements of any individual position or positions that differentiate them from the rest of those that comprise the class.

    b. Selective certifications will only be authorized when the higher or intermediate level positions of a class require clearly demonstrable knowledge, abilities, or skills to perform the duties of such position.

    c. This certification will constitute a mechanism to be used in a measured and restrictive manner in exceptional cases.

12. The DNER will notify the person selected for appointment in writing and will meet with him/her to guide him/her as to the documentation to be submitted. The certified candidates who were not selected will be notified in writing. Such notice will also inform them of the resulting inclusion of their names in the list of eligible candidates.

13. A veteran included in a certification of eligible candidates, in cases of equal conditions with respect to education, technical ability, and experience, will be given preference in appointment or promotion to any position, job, or work opportunity, as provided in Section 8.6, paragraphs 5, 6, and 7 of these Regulations.

## Section 8.9 - Verification of Requirements, Medical Examination, and Loyalty Oath

1. It will be verified that the selected candidates meet the requirements regarding academic achievement, experience, licensing, professional membership, and any others established for the position class to which they are to be appointed, prior to issuing said appointment or authorizing the corresponding change.

2. Failure to submit the required evidence or to meet the requirements based on the evidence submitted will be grounds for cancellation of any selection of a candidate or elimination of a name from the list of eligible candidates.

3. Appointment to a position at the DNER will be subject to the results of testing for detection of controlled substances applied to the candidate that is preselected for employment.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

4.  In addition, appointment to public service will be subject to the certification of status issued by the OCALARH and the results of a medical examination, which will be paid for by the employee.

5.  The medical examination will be conducted by a physician who is duly authorized to practice in Puerto Rico. The medical examination will constitute evidence that the person selected for hire at DNER is able to perform the essential duties of the position with and without reasonable accommodation as under the ADA and the "Protection from Discrimination Against Disabled Persons Act". The Secretary will determine the type of medical examination to be required for hire in each specific situation. Qualified candidates will not be discriminated against on the basis of disability.

6.  This evidence may also be required when it is deemed necessary or convenient to the service in cases of reintegration, promotions, transfers, and demotions.

7.  If an employment offer is withdrawn as a result of a medical examination, the criteria for exclusion must be directly related to the job, be consistent with the needs of the DNER, and demonstrate that the essential duties of the position cannot be performed with the reasonable accommodation required by law.

8.  Any person who is to be appointed for hire at the DNER will be required to submit the following documents:

    a.  An original Birth Certificate, or failing this, a legally valid equivalent document.

        1)  Pursuant to the provisions from Act No. 191-2009, as amended, a photocopy certified as a faithful and exact copy of the certified copy issued by the Demographic Registry will be retained as evidence of the Birth Certificate.

        2)  If there is no Birth Certificate, a copy of the Baptism Record, accompanied by a copy of the Demographic Registry exemption certificate.

        3)  If there is no Birth Certificate or Baptism Record, a certificate will be accepted from the State Elections Commission verifying the age of the candidate on the registration date, a copy of which will be retained in the file.

    b.  Social Security Card (copy).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

    c.  Original copy of Criminal Record Certificate.

    d.  Original copy of Certification of Income Tax Return Filing.

    e.  Certification of Clearance of Alimony Debts or certification that a payment plan is current.

    f.  Evidence of professional license required to perform the duties of the position, where applicable.

    g.  Original copy of transcripts from any degree(s) obtained.

    h.  Evidence of membership in a professional association, where applicable.

9.  In addition, he or she must fill out the "Federal Immigration Service Verification of Employment Eligibility (I-9)" form, prior to taking the oath and occupying the position or appointment, which will be kept in a file.

10. All persons appointed for hire in public service at the DNER must take the "Loyalty Oath" as a requirement for employment.

## Section 8.10 - Probationary Period

The provisions on probationary periods will be governed by the provisions from Act No. 184, *supra*, the rules enacted by the OCALARH, and these Regulations.

1.  The probationary period constitutes the last part of the recruitment and selection process and the final part of the examination.

2.  Unless otherwise expressly provided in these Regulations or any other regulations issued by the OCALARH, all persons hired or promoted to a permanent career position and employees who are transferred or demoted to other positions, will be subject to the probationary period required for the position class.

3.  The probationary period will cover a full cycle of the duties of the position, lasting no fewer than three (3) months and no greater than one (1) year, as established in the Position Classification or Assessment Plan. The probationary period cannot be extended.

4.  Upon satisfactory completion of the probationary period, the employee will become a regular career employee.

5.  The DNER will continuously evaluate the productivity and efficiency of employees in their probationary period, as well as their compliance with the rules of order and discipline. The supervisor will be responsible for training and guiding employees, formalizing evaluations, discussing them with employees, and taking the appropriate action. Employees will have to demonstrate their

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

45

ability to satisfactorily perform the duties of the position. Moreover, they must adhere to the conduct that is expected of a public servant in order to earn the status of a regular career employee.

6. The immediate supervisor will be responsible for guiding the probationary employee on:

   a. DNER programs and structure, as well as their components;

   b. the essential and secondary duties and responsibilities of the position;

   c. the level of authority and supervision associated with the position;

   d. the duties and obligations of employees, as established in Act No. 184, *supra*, Act No. 1-2012, "2011 Law of Government Ethics of Puerto Rico", and the Regulations and Internal Rules of the DNER;

   e. internal regulations on the workweek, attendance, punctuality, and any applicable public policy;

   f. action that can be taken as a result of offenses related to the employee's services, habits, and attitudes;

   g. the productivity and efficiency criteria that employees must meet;

   h. the manner and frequency with which the employee's work will be evaluated; and

   i. employee assistance programs.

This orientation will be offered to the employee immediately after taking the position and during the entire process of the probationary period.

7. The immediate supervisor will be responsible for providing the employee with training and the necessary assistance for the completion of his/her duties. The immediate supervisor will also provide him/her with the instruments and equipment required for the performance of his/her duties.

8. The efficiency, productivity, habits, and attitudes of probationary employees will be evaluated with regard to the essential and secondary duties and responsibilities of the position to which they were appointed, and the duties and obligations of public employees, pursuant to the applicable laws and the regulations of the DNER.

9. Supervisors responsible for evaluating employees during the probationary period must know and understand the work that these employees do and must monitor their performance. Likewise, they will ensure that the work they do corresponds to the duties of the position to which they were appointed.

10. Based on the duration of the probationary period of each class, the frequency of periodic evaluations will be established. In any case, at least two (2) evaluations will be conducted: one half-way through the probationary period and another within the time established at the end of said period. However, it is recommended that for positions whose probationary period is greater than six (6) months, evaluations be carried out at least ever three (3) months. If the supervisor observes that the employee is not achieving the expected level in any of the evaluation criteria, he or she must immediately notify the employee of his/her opinion of the employee's observed performance or conduct. Likewise, guidance will be offered on the changes necessary to meet the aforementioned criteria.

11. The official forms designed and adopted for these purposes will be used.

12. In cases of prolonged absence or separation of the immediate supervisor, the supervisor will be responsible for the evaluation of the probationary employee during the period in which he or she acted as the employee's supervisor.

13. In cases where an employee in probationary period has more than one supervisor, due to the work conditions or the nature of the duties of the position, and in cases where there has been a change in supervisor, each supervisor will submit a report separately. The report will comprise the period during which the employee was under their supervision. Periodic evaluations and the employee's final evaluation will reflect the consensus of the supervisors he or she has had.

14. Periodic evaluations and the final evaluation will be discussed with the employees so that they understand the supervisor's opinion of their services, performance, habits, and attitudes over the course of the probationary period.

15. The final probationary period evaluation will take place at least ten (10) days prior to the expiration of said probationary period.

16. When an employee fails to achieve the expected level on one or more of the evaluation factors described in official forms on an intermediate or final evaluation, this will be sufficient grounds for the probationary employee's dismissal, provided that the supervisor deems the deficiency to be of sufficient magnitude to recommend such dismissal.

17. The Secretary may dismiss probationary employees at any time during the probationary period, if it is determined based on the evaluations that their services, performance, habits, or attitudes justify such action.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

47

All dismissals will express the reasons for dismissal and will clearly indicate whether it is for reasons relating to the employee's services, performance, habits, or attitudes. The Secretary's authority to dismiss probationary employees cannot be delegated to others. Only the Secretary, or his/her interim replacement, may exercise this authority.

18. Any career employee can be dismissed during the probationary period when it is deemed that his/her services, performance, habits, or attitudes do not justify giving him/her a regular appointment. If dismissal is made due to unsatisfactory services or performance, and immediately prior to this appointment the employee had served satisfactorily as regular employee in another position, the employee will be entitled to reinstatement in an equal or similar position to that he or she occupied with regular status with or without reasonable accommodation in cases where the ADA applies. If the dismissal is due to the employee's habits or attitudes resulting in his/her removal from the service, he or she can be removed from the service through the dismissal procedure.

19. Notice to an employee that he or she has failed the probationary period will indicate the employee's right to appeal with the CASP, in the event that he or she believe that the Principle of Merit has been violated.

20. Probationary employees must be notified of the final action to be taken at least ten (10) days in advance.

21. Once an employee satisfactorily completes the probationary period, his/her change in status to a regular employee will be immediately processed using the Change Report form. The employee will be given written notice accompanied by the final evaluation, together with the copy of the aforementioned form.

22. Officials and employees must uphold the obligations assigned to them with respect to processing or providing the final notice on the probationary period.

23. If the appointed person has satisfactorily performed the duties of the position by way of temporary appointment, immediately prior to appointment, the period he or she has already worked can be credited towards the probationary period. The Secretary must determine whether to credit this time prior to appointment to a permanent position. This determination is discretionary and will require an evaluation by the immediate supervisor of the services rendered in the temporary position and a recommendation from the Secretary. Only those services rendered in positions of the same class and whose duties are the same as those of the position to be filled by the employee will be credited.

24. If the appointed person is satisfactorily performing the duties of the position on an interim basis, the period of service may be credited toward the probationary period, pursuant to the following:

    a. the employee has been officially designated by the Secretary to perform the duties of the position;

    b. during the entire period to be credited he or she has performed all the duties of the position;

    c. upon designation he or she meets the minimum requirements for the position and occupies a position included in the career service.

The Secretary must determine whether to credit this time prior to appointment to the new position. This determination is discretionary and requires an evaluation of the services rendered on an interim basis.

25. If, for any justified reason, an employee's probationary period is interrupted for more than one (1) year, the part of the test period that he or she worked prior to the interruption may be credited. A justified reason will include, among others: being granted some type of leave, furlough, and the employee's promotion, transfer, or demotion.

26. Probationary Period in cases of Reintegration, Transfer, Demotion, and Reclassification:

    a. Persons who are reintegrated by the DNER will be selected from the list of eligible candidates and will be subject to the corresponding probationary period. However, the Secretary may assign to them regular status if no more than one (1) year has passed from the separation date and the effective new appointment date.

    b. When transfer is to a position in the same class, an employee's status will remain unaltered. Such employee will only be subject to a new probationary period when moving to a position in a different class. However, when the transfer responds to service needs, the Secretary may waive this requirement, provided that the probationary period was completed in the original position. If it was not completed, the time served through the date of the transfer will be credited.

    c. In cases of demotions, employees may or may not be subject to a probationary period, at the discretion of the Secretary. In exercising this discretion, the Secretary will consider factors such as the classes of positions that an employee has previously occupied with

regular status and the period of said services, the evaluations conducted on the employee's efficiency and productivity, as well as order and discipline.

d. When an employee is in a probationary period and his/her position is reclassified due to:

   (1) modification to the Position Classification Plan, the following procedure will be followed:

      i. if the probationary period established for the position class occupied by the employee did not change, the time served in the previous position class prior to reclassification will be credited toward the probationary period of the new class.

      ii. if the modification resulted in an increase or decrease in the probationary period assigned to the position class occupied by the employee, the probationary period established for the position class before the modification will prevail, and the time served will be credited.

   (2) an error in the original classification, and the DNER chooses to confirm the employee in the position, if the employee was in a probationary period, the time served in the position before reclassification will be credited; or

   (3) a material change in duties, authority, and responsibility, and the change results in a position of a higher category and the employee comes to occupy that position by way of promotion, he or she will begin the probationary period established for the new position class beginning on the effective date of the reclassification. Services rendered prior to the effective date of the reclassification will not credited toward the probationary period established for the new class. If the reclassification results in a position of the same or inferior classification and the employee comes to occupy that position, his/her status will be determined based on the rules for transfers and demotions, as appropriate.

## Section 8.11 - Special Recruitment and Selection Procedures

When it is impractical to meet the needs of the service with appointments made subject to the ordinary procedure established in these Regulations, the DNER may use special recruitment and selection procedures. This procedure will be used to recruit for unskilled and semiskilled positions, when there are no appropriate lists of eligible candidates available for certain position classes and the urgency of the service to be provided so justifies, and to guarantee equal opportunities in employment to participants in training and employment programs, so as to meet the objectives of such programs.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Special recruitment and selection procedures will adhere to the following general rules:

1. In all cases, it must be ensured that appointments are made in consideration of suitability and capability.

2. The webpage of the Government of the Commonwealth of Puerto Rico and the most appropriate media outlets will be used to announce employment opportunities when a recruitment process begins. In the case of special recruitment to guarantee equal opportunities in employment to participants in training and employment programs, the order or notice issued by the DNER will be considered as a public notice.

3. The source of recruitment may be internal or external, including, when necessary, the Jobs Service of the Department of Labor and Human Resources, the educational institutions of the country, or unemployed people in any location. This entire source of employment will be used pursuant to the recruitment procedures established in Act No. 184, *supra*.

4. Recruitment will be continuous until the needs of the service are met.

5. All candidates must meet the minimum requirements established for the position class and the general conditions for hire in public service.

## Section 8.12 - Specific Rules for Recruitment of Unskilled and Semiskilled Workers

1. The special procedure for unskilled and semiskilled positions will consist of an evaluation examination in order to determine whether the candidates meet the minimum requirements established for the position classes to which they are to be appointed.

2. To this end, it will be verified using original documentation that the candidate meets all the minimum requirements to fill the position, such as education, experience, licenses, professional membership, and others established in the notices of examination. In the absence of these, the recruitment rules will be used, and if there are no such rules, the class

specifications or pool profiles issued by the DNER will be used. If more than one such document exists, the most recent will always be used.

3.  The DNER will certify the verification in each case using the form established for this purpose.

## Section 8.13 - Specific Rules to Guarantee Equal Opportunities in Employment for Participants in Training and Employment Programs

At times, federal or local legislation requires commitment to absorb all or some participants in training or employment programs, whether such programs are supported using state or federal funds, or some combination of both.

The DNER may fill regular positions in the career service with participants in training and employment programs that meet the following requirements and conditions:

1.  Minimum requirements for education, experience, and others established for the position class in which the appointment will be made.

2.  Having satisfactorily completed and passed the training and employment experience.

3.  Meeting the general conditions for hire in public service established in Section 6.3 (1) of Act No. 184, *supra*. In these cases, the examination will consist of a combination of evaluation of education and experience, in order to determine that the candidates meet the requirements established to perform the essential and secondary duties, and the evaluation of the supervisor.

4.  The DNER will prepare lists by position class of those candidates that have met the requirements to choose career positions. The Secretary may select any participant included on the lists to fill any position equal or similar to that which he or she performed in the training and employment program, provided that he or she meets the requirements to hold such position.

5.  The DNER may use lists from higher classes to fill positions of lower classification provided that the participants meet the minimum requirements of the position to be filled, and the experience acquired in the training is sufficient to hold such position.

6.  The participant must complete the probationary period assigned to the position class for which he or she was selected. If the employee passes the probationary period, he or she will come to fill the position with regular status.

**Section 8.14 - Temporary Appointments**

All temporary appointments required by the DNER due to urgent needs of the service or in the case of essential services must obtain prior authorization from the OGP. Moreover, in adherence to Act No. 184, *supra*, the following is established:

1. For all positions created for a fixed term, the appointment will be temporary. Appointments to career service permanent positions will also be temporary in the following cases:

    a. when the person occupying the position is on unpaid leave;

    b. when there is an emergency in the delivery of services that makes it difficult or impossible to certify candidates from a list of eligible candidates, in which case the appointment will not exceed six (6) months. After this period, if the Secretary believes that the conditions resulting in the original appointment persist, he or she may extend this appointment for a period of six (6) months;

    c. when there is no appropriate list of eligible candidates for a position that requires some type of license and the candidate to be appointed holds a provisional license;

    d. when the person occupying the position has been dismissed and has appealed this action with the DNER;

    e. when the person occupying the position has been suspended without pay for a certain period of time;

    f. when the person occupying the position comes to occupy another position by way of temporary appointment, with the right to return to his/her previous position;

    g. when the person occupying a regular career position comes to occupy a position of trust; and

    h. when due to service needs it is essential that a position be filled which is reserved for an intern, in which case the temporary appointment will remain effective for the time that the internship lasts.

2. The recruitment and selection process for applicants for temporary appointments will consist of an evaluation in order to determine whether they meet the minimum requirements of the position and the general conditions for hire in public service.

3. Temporary appointments cannot exceed twelve (12) months, except in the positions authorized for programs or projects of certain duration. Temporary

appointments in permanent positions may be extended for so long as the circumstances resulting in such appointments remain, excepting the provisions from paragraph 1 subparagraph (b) above.

4. Appointments of temporary employees to meet needs that are temporary, result from emergencies or unforeseen circumstances, or are of unknown duration, arising in permanent programs, may have duration of six (6) months. However, these appointments may exceptionally be extended for six (6) additional months, in the following circumstances:

   a. An evaluation has been conducted to determine that the temporary appointments must be extended.

   b. In the case of urgent service needs, as this term is defined, or when the position class is one where recruitment is difficult. A class is considered to be of difficult recruitment when the demand at the DNER for the services offered by such class is greater than the number of candidates available to accept employment. To make this determination, the following factors will be evaluated:

      (1) Existence of an adequate list of eligible candidates.

         A list of eligible candidates is considered to be adequate if it has enough candidates to meet the service demand and provides an appropriate selection margin.

         An adequate selection margin is considered to mean at least five (5) candidates who are available to accept employment.

      (2) Difficulty in retaining personnel recruited in the class, evaluated based on the number of employees that resign or are moved to other agencies.

      (3) Level of specialization required for the position and availability of academic offerings in Puerto Rico.

      (4) Prevailing salary for this position class in private enterprise, other government agencies, and the DNER.

      (5) Work schedule.

      (6) Work week.

      (7) Risk of the job.

         An evaluation is performed as to whether the job involves risks to the employee's health or safety.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

(8) Any other condition  directly related to the essential or secondary duties  of the position  that hinders  the recruitment  of personnel.

5. Temporary employees  will have to meet the general conditions  for hire in Public  Service established  in Section 6.3 (1) of Act No. 184, *supra*, and the minimum  requirements  for the position  class to which they are appointed.  the DNER will use the media outlets it deems most practical, economical,  and effective, in order to be able to reach resources to fill  each position.

6. Temporary appointments  may be made to positions  of trust.

7. The persons appointed  to meet temporary needs will  have temporary  status.

8. Employees with temporary appointments  will  not be considered career employees. No person who has received temporary appointment  may be appointed  to fill  positions  in the career service with probationary  or regular status, unless they complete  the recruitment  and selection  process established  in Act No. 184, *supra* and in these Regulations.

## Section 8.15 - Removal of Temporary Employees

1. Temporary employees  may be removed from their positions  at any time within  the term of their appointments,  with just cause, and in accordance with due process of law.

2. Temporary employees  may be laid off for lack of work or funds, or for physical  or mental impairment.

3. Dismissal  may also be ordered by formulating  charges and notice  of prior hearing.


## ARTICLE 9 - PROMOTIONS, TRANSFERS, AND DEMOTIONS

The Secretary will  provide  the appropriate  mechanisms for employee promotions,  transfers, and demotions  in order to place employees in positions  where they receive the most satisfaction  in their work and contribute  through their efforts to the objectives of the organization  with greatest efficiency, pursuant to the following  provisions:

## Section 9.1 - General Rules

1. Promotions,  transfers, and demotions  at the DNER will  be governed by the rules established  in these Regulations  pursuant to Act No. 184, *supra*, and the regulations  enacted by the OCALARH for these purposes.

*Certified to be a correct and true translation  from the source text in Spanish to the target language  English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations  Inc.*

2. Promotions, transfers, and demotions of employees holding career service positions can be made:

   a. within the same Agency;

   b. between Individual Administrators;

   c. Between Individual Administrators and Municipalities, and *vice versa*;

   d. Between Individual Administrators and Agencies, Public Corporations, Entities, Government Instrumentalities, and agencies of the Executive Branch, and *vice versa*.

3. In all promotions, transfers, and demotions, employees must meet the minimum requirements established for the position class.

4. When an employee moves from an Individual Administrator, municipality, agency, entity, public corporation, government instrumentality, or agency of the Executive Branch, to the DNER, the DNER must establish the functional equivalence between the position classes to determine if the movement is a promotion, transfer, or demotion. Such functional equivalence must be submitted to the OCALARH for approval, pursuant to the rules enacted by that office for such purposes. Likewise, the promotion, transfer, or demotion must adhere to the aforementioned rules when it is impossible to establish a functional equivalence between the position classes.

5. When an employee moves from a position in one class to a position in another class within the same Position Classification and Assessment Plan (managerial career or union career) at the DNER, the minimum compensation assigned to that class will be used to determine if the change constitutes a promotion, transfer, or demotion. In the event that the transfer is made between classes from the different career service plans (managerial career and union career), the functional equivalence must be established to determine if it is a promotion, transfer, or demotion.

6. For all promotions and transfers to a position of a different classification, the employee must pass the corresponding examination. However, in the case of a transfer due to service needs, this requirement may be waived. Moreover, supervisor evaluations, review of employment record, and completed trainings related to the duties of the promotion position will also be considered.

7. For promotions, employees must have completed the probationary period. However, in case of transfers to another position class due to service needs, the Secretary may waive this requirement, provided that the probationary period was completed in the original position. In the case of demotions, the employee will be subject to the probationary period, at the discretion of the Secretary.

## Section 9.2 - Promotions

1. _Purpose of Promotions_:

   The purpose of promotions is to attract the best personnel to fill positions; to offer opportunities for employee progress as they develop their abilities to provide excellent service; to maintain a high level of satisfaction and performance among employees; and to retain the best trained individuals in the service.

2. _Rules on Promotions_:

   In order to establish systems that allow for the promotion of career employees, the following rules will apply:

   a. The Position Classification or Assessment Plan must be structured in such a way that it allows employee mobility into higher positions, as they develop skills, knowledge, and experience. The Plan must identify the logical lines of promotion between the various position classes.

   b. The DNER will determine the position classes which must be filled by means of employee promotion. This determination will be made based on the nature of the duties of the position classes and the specific needs of the DNER. The rules adopted will be included in the recruitment rules established for each position class.

   c. Employees can be promoted within the DNER, and between DNER and Individual Administrators, municipalities, agencies, entities, public corporations, government instrumentalities, and agencies of the Executive Branch.

   d. For all promotions, the DNER will verify and certify that the selected candidate meets the minimum requirements established to fill the position. This verification will be carried out based on the last notice of examination issued, or in the absence thereof, the current recruitment rules. In the absence of such rules, the class specifications will be used.

e. All promoted employees must complete the probationary period assigned to the class to which they are promoted, except in the case of promotions resulting from reclassifications of positions due to error in the original classification, changes in the position, or modifications to the Position Classification or Assessment Plan.

3. _Promotion by Certification of Eligible Candidates:_

As a general rule, career employees are promoted through a competitive process that is limited to career employees with probationary or regular status at the DNER or other Individual Administrators, municipalities, agencies, entities, public corporations, government instrumentalities, and agencies of the Executive Branch. They can also be promoted as a result of their participation in open pool processes together with all applicants who are qualified for and interested in the position class with higher-level duties. In both cases, the promotion is made as a result of the selection from a certification of eligible candidates.

The effective date of these promotions will at all times be after the date on which the certification of eligible candidates is issued.

4. _Closed-pool Promotions:_

Closed-pool promotion is a mechanism wherein there is no open pool of candidates to cover a position. The DNER may authorize closed-pool promotions by way of individual examinations, irrespective of any list of eligible candidates, when justified by the exceptional and special demands of the service and the special qualifications of the employees, with prior successful completion of the examination for the position.

a. To determine the special qualifications of the employees, the following criteria, among others, will be used:

(1) results obtained in the evaluation system adopted by the DNER, for those employees who reach or exceed the expected level in the performance of tasks and in upholding the criteria of order and discipline;

(2) academic studies additional to the minimum requirements, and directly related to the duties of the position for which the proposed promotion is made;

(3) completed training or courses, directly related to the duties of the position for which the proposed promotion is made, and additional to the minimum requirements;

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

(4) experience in addition to the required amount, acquired through official temporary appointments, administrative assignments, or personnel exchanges, directly related to the duties of the position for which the proposed promotion is made.

b. Special or exceptional demands of the service arise when the agency has a need for trained and qualified personnel due to the following situations:

(1) assignment or fulfilling new functions or programs;

(2) expansion of services provided by the DNER;

(3) need to recruit personnel that can maintain continuity in services without needing additional guidance;

(4) lack of a list of eligible candidates or unsuitability of such list; or

(5) urgency in filling a vacancy that makes ordinary procedure impractical.

c. All career employees with regular or probationary status will be considered for noncompetitive promotions.

d. The DNER will determine the type of examination to be administered.

e. No proposed noncompetitive promotions will be accepted for candidates who have failed the examination corresponding to the class of the position being filled without a minimum period of three (3) months having first passed.

f. The effective date of noncompetitive promotions will be established by the DNER, and it must always be after the date of approval of the proposed noncompetitive promotion.

5. *Promotions Resulting from Position Reclassification*:

Reclassification of positions to higher levels results in the improvement of the employees. The rules governing reclassification of positions are contained in Section 7.7 of these Regulations.

## Section 9.3 - Transfers

Transfers will be used as a mechanism to place employees in positions where they derive the greatest satisfaction from their work and where they contribute with their efforts to achieving the objectives of the DNER with the greatest efficiency.

1. *Purpose of Transfers*:

Transfers can be made to the benefit of the employee, at his/her request, or in response to the service needs of the DNER, in situations such as the following:

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andrea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

a. when there is a need for additional human resources to fulfill new functions or programs or to expand the programs carried out by the DNER;

b. when functions or programs are eliminated as a result of a reorganization of the DNER, and when in the process of ordering layoffs, it is necessary to relocate employees;

c. when it is determined that an employee's services can be used to better effect in another department of the same agency or at another agency of the Government of the Commonwealth of Puerto Rico, due to his/her special knowledge, experience, skills, or qualifications, especially in cases where he or she has acquired more knowledge and developed greater abilities as a result of trainings;

d. when personnel of the DNER needs to be rotated to be trained in other areas.

2. _Rules for Transfers_:

The following rules will govern transfers:

a. Under no circumstances shall transfers be used as a disciplinary measure and they cannot be made arbitrarily.

b. The DNER will be responsible for establishing procedures that guarantee impartiality in proposed transfers, responding to the needs of the service, so as to prevent the transfer from causing material economic problems for the employee without adequate compensation, paying special attention to aspects such as the following:

(1) nature of the duties of the position to which the employee will be transferred;

(2) knowledge, special abilities, skills, and experience that are required to perform these duties;

(3) recruitment rules in effect for the position class to which the employee will be transferred;

(4) compensation the employee is receiving when transferred; and

(5) other marginal benefits and incentives that the employee is receiving when transferred

c.  The DNER must consent to all inter-agency transfers made due to service needs.

d.  In all transfers, the employee must meet the requirements for the position class to which he or she is transferred.

e.  When the transfer is to a position in a different class, the employee must pass the corresponding examination for the class and will be subject to the probationary period. When the transfer is in response to duly justified service needs, both requirements may be waived.

f.  The employee will be notified in writing of the transfer. As a general rule, the employee must be notified thirty (30) days in advance. This rule may not apply in unforeseen or emergency situations.

g.  When notifying an employee of a transfer decision, he or she must be advised of his/her right to appeal with the CASP within a period of thirty (30) days from receipt of the notification, if he or she believes that his/her rights were infringed. The appeal will not have the effect of stopping the transfer.

## Section 9.4 - Demotions

1.  An employee may be demoted for the following reasons:

    a.  at the request of the employee, made in writing to the Secretary;

    b.  due to the elimination of functions or programs, lack of work or funds necessitating elimination of the employee's position without the ability to place him/her in a similar position to the one he or she held at the DNER or at another agency of the Government of the Commonwealth of Puerto Rico, and the employee accepts a position with lower compensation; or

    c.  due to service needs, determined by the Secretary as an urgent need of the service, such action must not negatively affect the employee's salary, except where this is done to avoid layoffs due to lack of funds.

2.  *Rules for Demotions:*

    The following rules will govern demotions:

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

a. Demoted employees must meet the minimum requirements for education and experience established for the class of the position to which they are demoted.

b. No demotion will take effect until thirty (30) days after the date of written notification of the employee, except when the employee has expressed in writing his/her conformity with this action.

c. The written notification received by all demoted employees must express the reasons for and conditions of the demotion, in terms of the name of the class, status, and salary to be received in the new position.

d. In cases of demotion, the employee must express in writing his/her conformity with the demotion, except in cases where the demotion is in response to the elimination of positions and lack of other similar positions that would allow the employee to be transferred.

e. In the case of requested demotions, the employee must express in writing his/her conformity with the demotion, in which case the demotion may take effect immediately or before the end of the notification period.

f. Demoted employees will be subject to a probationary period, in the event that the duties to be performed in the new position are materially different from those performed in the class of the previously held position.

g. When an employee does not accept a demotion made due to lack of funds or work, as described in paragraph 1, subparagraph (b) above, he or she will be laid off, advising him/her of his/her right to appeal with the CASP within thirty (30) days of notification.

## Section 9.5 – Detail

A detail is a temporary assignment to provide the services of a DNER employee at an agency, municipality, or government body. the DNER employee for whom a special assignment is authorized will continue to occupy his/her same position and receive the same compensation as at the DNER, preserving all his/her rights as an employee.

The requirements to carry out a detail are the following:

1. The DNER has to receive a formal request in writing from the agency, municipality, or government entity that requires the detail.

2. The duties of the employee requested for a detail must be consistent with those he or she performed at the DNER.

3. The Secretary must authorize the detail.

4. The term of a detail may be up to a maximum of twelve (12) months.

5. The agency, municipality, or government entity requiring the detail must sign a written agreement with the DNER, containing the conditions of the assignment. The agreement will include, but not be limited to, the following provisions:

   a. The DNER will continue paying the employee's salary. The employee will accrue vacation and sick time. However, the DNER will not pay any amount for per diems or mileage.

   b. The agency, municipality, or government entity requesting the detail cannot require that an employee classified as non-exempt work in excess of his/her regular schedule. In cases where the entity requesting the detail authorizes, tolerates, or allows the employee to accrue overtime, the agency, municipality, or government entity requesting the detail will be required to compensate the DNER for the amount of the overtime.

   c. The employee must submit to the DNER, together with his/her attendance sheet, a weekly report of the work carried out. This report must be certified both by the employee and by his/her immediate supervisor.

   d. The DNER will not pay issue a paycheck until the employee submits his/her weekly attendance sheet accompanied by the report on the works performed, duly signed and certified by the employee and his/her immediate supervisor.

   e. Employees on detail will not be entitled to payment of wage differentials for the duties carried out at the agency, municipality, or government entity requiring the special assignment.

   f. The employee will observe the rules and practices on vacation leave and use of carry-over leave established by the DNER.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

63

g. The employee will be evaluated by his/her immediate supervisor, using the form provided for this purpose by the DNER. Evaluations will be conducted with the same frequency as that established for the rest of the employees of the DNER.

h. The DNER may visit the employee while he or she is on special assignment to verify that the agreed terms are being met.

i. All training or study requests submitted by an employee on special assignment will be evaluated and authorized pursuant to the policies adopted by the DNER.

## Section 9.6 - Other Actions

1. In appropriate cases and where justified, the Secretary will be authorized to take all appropriate precautionary and provisional measures in order to preserve a safe and healthy work environment for employees and the optimal performance of services, such as the movement of personnel, without this constituting a final resolution of any action or claim.

2. Transfers and precautionary movement of personnel may not be burdensome for the employee subject to such transfer or move under any circumstances.

3. The Secretary may make administrative appointments, changes, or special assignments for a period of no more than twelve (12) months, provided that such action is not burdensome for the employee.


## ARTICLE 10 - RETENTION IN SERVICE

## Section 10.1 - Employment Security

Career employees with regular status will remain in their positions permanently, provided that the criteria of productivity, efficiency, order, and discipline which must prevail in public service are met. These criteria will be established based on, among other factors, the essential and secondary duties of the positions and the following minimum responsibilities and obligations required of all employees:

1. attend work in a regular and punctual manner;

2. complete the entire established work schedule;

3. observe the rules of proper conduct, courteousness and respectfulness in relations with supervisors, supervisees, coworkers, and citizens;

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

64

4. efficiently and diligently perform the duties and tasks assigned to their positions, and others that are compatible with those assigned to them;

5. comply with orders and instructions of their supervisors, consistent with the authority delegated to them and with the functions and objectives of the DNER;

6. maintain the confidentiality of matters relating to their work, unless they receive a formal order or permission from a competent authority requiring disclosure on such matters;

7. perform tasks during non-working hours, when required by the service and with reasonable prior notice;

8. protect, preserve, and safeguard the documents and assets under their custody;

9. uphold the obligation to file income tax returns with the Treasury Department, as a requirement to retain employment;

10. uphold the provisions from the previously cited Act No. 184, *supra*, the rules and orders issued thereunder, and other federal and state laws. As well as the previously cited Acts No. 1, No. 5, and No. 68-2000, the Code of Ethics, the procedures, policies, plans, regulations, and rules established by the DNER.

## Section 10.2 - Employee Performance Evaluation

1. *Employee Evaluations:*

The Secretary will establish the system or systems necessary for the periodic evaluation of the performance of career employees in their work, so as to determine whether they meet the criteria of productivity, efficiency, order, and discipline which must prevail at the DNER. The necessary performance evaluation systems will be established for the following purposes:

   a. to evaluate the employees' work for purposes of status change or retention;

   b. to guide employees on the way their work should be performed in order to be considered satisfactory;

   c. to officially recognize truly meritorious work;

   d. to evaluate the work of regular status employees;

   e. to decide on paid or unpaid education leave or unpaid leave;

    f.   to determine employees' training, development, and education needs;

    g.  to determine eligibility for merit-based pay raises, within the established compensation structures;

    h.  to determine eligibility for special non-recurring bonuses, pursuant to the rules established by the DNER;

    i.   as a criterion for employee promotions;

    j.   to determine the correlative order of layoffs; and

    k.  to determine relocation of employees for best use of their knowledge, skills, abilities, and the development of strengths.

2.  *General Rules on Evaluation Systems*:

When establishing the performance evaluation system or systems, the following general rules will be observed:

    a.  Training will be provided to supervisors and guidance to supervisees on the evaluation systems established.

    b.  Each supervisor will review, together with the employee, the results of the evaluations.

    c.  Internal review mechanisms will be established to ensure greater objectivity in the employee evaluation process.

    d.  The productivity and efficiency criteria necessary for employee evaluations will be established, pursuant to the duties of the positions.

    e.  The order and discipline criteria that best respond to the DNER's needs will be established, consistent with the duties and obligations of employees.

## Section 10.3 - Corrective Measures and Disciplinary Actions

1.  The necessary and appropriate corrective measures or disciplinary actions will be taken when an employee's conduct is not consistent with the rules established in the previously cited Act No. 184, *supra* and in these Regulations, the rules of the DNER, and the rules set forth in Chapter IV of the previously cited Act No. 1. Among other measures, these may include verbal warning, written warning, written reprimand, and suspension without pay, and dismissal.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

66

2. The following may be grounds for corrective measures or disciplinary action against an employee, among other situations or similar conducts:

    a. accepting gifts, donations, or any other compensation for the work carried out as a public servant, with the exception of those authorized by law;

    b. using one's official position for partisan political purposes or for other purposes no consistent with public service;

    c. performing functions or duties that involve conflicts of interest with one's obligations as a public servant;

    d. conduct that is improper or harmful to the reputation of the DNER or the Government of the Commonwealth of Puerto Rico;

    e. engaging in breach of trust, bribery, or immoral conduct;

    f. performing any act which impedes application of the previously cited Act No. 184, *supra*, and the rules adopted thereunder;

    g. knowingly making or accepting false statements, certifications, or reports with respect to any matter covered by the previously cited Act No. 184, *supra*;

    h. directly or indirectly giving, paying, offering, requesting, or accepting money, services, or any other thing of value in exchange for inclusion as an eligible candidate, appointment, promotion, or other human resources actions;

    i. incurring in conduct relating to crimes against the public treasury, good faith, and public duty, or which involve public funds or property;

    j. committing or attempting to commit deceit or fraud in the information submitted in any examination application;

    k. infringing any of the duties and obligations set forth in Section 6.6 of Act No. 184, *supra*, or in the Regulations adopted thereunder;

    l. performing, by act or omission, any of the actions prohibited by Act No. 1, *supa*;

    m. failing to meet the obligation to file an income tax return with the Department of Treasury;

    n. failing to pay alimony obligations, as under Article 30 of Act No. 5, *supra*;

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

67

o.  failing to uphold the duty to accumulate every two (2) years twenty (20) hours of courses given or validated by the Center for the Development of Ethical Thought of the Office of Government Ethics.

3.  Applying disciplinary actions shall be a power of the Secretary that cannot be delegated. Using internal regulations, consistent with the provisions from this Section, the rules of employee conduct, the corrective measures or disciplinary actions applicable to violations of such rules, and the applicable administrative procedure will be established. Employees will receive guidance on these regulations when they begin work in their positions.

4.  The Secretary can only suspend a career employee without pay when there is just cause and prior written notice of the charges, advising him/her of his/her right to request an informal preliminary hearing, during which he or she will have the opportunity to be heard.

5.  When the conduct attributed to the employee creates a real or potential harm for the health, lives, property, or morale of the employees of the DNER, or of the general public, the Secretary may summarily suspend the employee with pay prior to the administrative hearing. In these cases, the informal hearing will be held within a period of ten (10) days from the suspension. The procedure for the informal hearing will be governed by the applicable regulations.

## Section 10.4 - Dismissal of Employees Convicted of Crimes and Other Grounds

1.  Pursuant to Article 208 of the Political Code and Article 6.8 of the previously cited Act No. 184, *supra*, all employees convicted of any serious crime or one that involves moral depravity or infringement of his/her official duties, or for whom provisional release, release on bond, or non-carceral alternative is revoked, will be dismissed from service. Dismissal will be carried out following the procedure established for violations of the rules of conduct and the application of disciplinary actions. Under Section 6.6 (12) of the previously cited Act No. 184, *supra*, when the employee is granted suspended sentence, he or she may continue performing the duties of the position he or she holds until the Director of the OCALARH determines otherwise pursuant to Act No. 70 of June 20, 1963, as amended, and Section 6.8 (2) (b) of the previously cited Act No. 184, *supra*. The employee may submit his/her authorization request at any time, or failing

this, the DNER will be required to submit it, as under Section 6.8 (2) (b) of Act No. 184, *supra*.

2. Article 30 of Act No. 5, *supra* establishes as a condition for employment or hire in the Government of the Commonwealth of Puerto Rico that any person required to pay alimony be up to date or in compliance with a payment plan. Under said Law, any employee who fails to make alimony payments will be dismissed from service. The employee will be given an informal administrative hearing, prior to dismissal, and he or she will be informed of his/her right to appeal with the CASP.

3. All employees or candidates for employment will be entitled to request authorization for admission or readmission to public service, as provided in Section 6.8 of the previously cited Act No. 184, *supra*.

## Section 10.5 - Resignations

1. Any employee may resign from his/her position freely by way of written notice to the Secretary no less than ten (10) days before the employee's last day of work. However, the Secretary may accept resignations submitted with less notice.

2. The Secretary must, within the term of the submission of resignation, notify the employee whether his/her resignation is accepted or rejected, due to reasons that justify investigation of the employee's conduct. In cases of rejection, the Secretary must, within the shortest time possible, conduct the investigation and determine whether to accept the resignation or to proceed with formulating charges against the employee. It will be understood that the Secretary becomes aware of the facts on the day the resignation is submitted.

3. When an employee resigns from his/her position and this leads to his/her definitive separation from public service, he or she will be entitled to payment for up to sixty (60) days of vacation time. Likewise, he or she will be paid for accumulated sick leave up to a maximum of ninety (90) days if he or she is a participant in a retirement system sponsored by the Government of the Commonwealth of Puerto Rico, and if he or she is not, at his/her definitive separation from service, if he or she has served at least ten (10) years.

4.  In the event of an employee's death, the provisions set forth in Act No. 125 of June 10, 1967, as amended, and in Treasury Department Regulation No. 13 of July 22, 2005 will apply.

## Section 10.6 - Layoffs

The Secretary may order layoffs, which will not constitute a disciplinary measure or dismissal, resulting from the elimination of positions due to lack of work or funds, when it is determined that an employee is physically or mentally unable (reductions in force) to perform the essential duties of his/her position, or when the employee is disabled by a workplace accident or occupational illness and is receiving medical treatment from the Corporation of the State Insurance Fund.

1.  *Due to the Elimination of Positions for Lack of Work or Funds*

    In these circumstances, the procedure will be as follows:

    a.  A plan will be established for any necessary layoffs, which may be revised at the start of the fiscal year. As part of this plan, the DNER may be subdivided into areas or divisions for the purposes of identifying where layoffs are to be ordered.

    b.  The method adopted will be made known to the employees. When determining the subdivision of the DNER for the purpose of layoffs, the following factors, among others, will be considered:

        (1) number of employees at the DNER that make considering the agency as a whole impractical or unreasonable;

        (2) programs essential to the internal administration of the DNER; and

        (3) programs that are supported with federal funds, which cannot be used if the program is reduced or eliminated.

    c.  Before ordering layoffs due to elimination of positions for lack of work or funds, all recourses will be exhausted to avoid layoffs, including actions such as:

        (1) Relocation of personnel to positions of equal or similar classification, in areas or divisions not affected by the reduction in employees.

        (2) Re-training of employees to relocate them to other positions, when this can reasonably be done before the date the layoffs are ordered.

    (3) Use of accumulated vacation time.

    (4) Unpaid leave until the budget crisis ends, when the DNER makes the decision due to budget deficits that do not require the permanent elimination of the position. In these cases, the order of preference previously established in the method for ordering layoffs must be observed.

    (5) Reduction in workweek. This action will be allowed both by order of the Secretary and request of the employee.

    (6) As a final recourse, demotion of the employees, at their request or as offered by the Secretary to avoid layoffs.

    (7) Relocation to other agencies, either by maneuvers of the Secretary or arrangement by the employee.

d. Under any of the preceding alternatives, the order of preference established below must be strictly observed. Likewise, in cases where the DNER is subdivided due to the elimination of a certain area, the employees with more years of service with the same classification will replace the others with fewer years of service from other areas, and the former will fill the available positions. Similarly, under any of the above alternatives, the employees will be advised of their right to appeal with the CASP.

e. Temporary employees will be first to be laid off, followed by probationary career employees, and finally regular career employees.

f. Layoffs will be ordered for the groups of employees whose positions have the same classification name, considering within each group the following elements:

    (1) status of employees;

    (2) productivity, habits, and attitudes of employees reflected in their evaluations; and

    (3) years of public service.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

71

g. For the purposes of this Section:

    (1) Probationary employees who prior to acquiring this status were regular employees will be considered as regular employees.

    (2) Regular or probationary employees that have been placed on special assignment, pursuant to the terms of Section 6.4 (4) of Act No. 184, *supra*, will be reinstated in their positions prior to determining the order of any layoffs.

    (3) The foregoing provision establishing that layoffs ordered due to the elimination of positions for lack of work or funds will apply first to temporary employees at the DNER, has the only effect of protecting the rights of career employees with regular status as the last people to be laid off. Under no circumstance will this provision be understood to mean that temporary employees are employees within the career service, or to grant to them more rights than those granted to them under Act No. 184, *supra* and these Regulations.

h. The order of preference in layoffs within each of the employee groups listed in paragraph (e) above will be determined pursuant to the following rules:

    (1) The employees' performance will be considered, such that the least efficient employees, according to their performance evaluations, are laid off first. In cases of equal efficiency, time of service will be considered, such that the employees with less time in service are laid off first.

    (2) Where there lacks valid information to determine the efficiency in employee performance, the determining factor will be time of service, such that the people most recently hired will be the first to be laid off.

i. For the purposes of determining time of service, all service rendered in positions at agencies of the Government of the Commonwealth of Puerto Rico will be considered. Moreover, the time that any veteran has been in

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

72

active service in the armed forces of the United States will be considered, as established in Article 4 (F) of the previously cited Act No. 203-2007.

j.  The Secretary will give written notice to all employees at least thirty (30) days in advance of the effective date of the layoff. In this notice, employees will also be informed of the right to appeal with the CASP.

k.  No layoff will be effective unless the notification requirement is met in the manner established here.

2.  *Layoffs due to Disability*

Layoffs may also be ordered when it is determined that an employee is physically and/or mentally unable to perform the essential duties of the position, with or without reasonable accommodation.

a.  the DNER will be required to consider a reasonable accommodation when the employee so requests or when the Secretary deems it to be necessary.

b.  If there is reasonable basis to believe that an employee has a disability or there is evidence of safety problems or problems with task execution, in order to determine the employee's fitness to perform the duties of a position and when voluntary medical examinations are required, as part of a health program, the Secretary may require that the employee undergo a medical examination. This requirement must be consistent with the criteria established in the ADA, which allows this type of examination, or other federal laws and the "Prohibition of Discrimination Against Disabled People Act", Act No. 44 of July 2, 1985, as amended.

c.  The following observations, among others, may constitute grounds to presume the employee's physical and/or mental inability to perform the duties of his/her position:

(1) poor performance or productivity;

(2) pattern of unexcused absences;

(3) pattern of improper conduct.

d.  In these cases, the Secretary must order in writing that the employee undergo the medical examination or evaluation within fifteen (15) days of the notification.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

e.  The employee's refusal to undergo the medical examination or evaluation required may serve as grounds to presume that he or she is unable to perform the essential duties of the position. The employee will be notified of this action, advising him/her of his/her right to request an informal hearing.

3.  Likewise, layoff can be ordered when the employee is disabled by an workplace accident or occupational illness and is receiving treatment with the Corporations of the State Insurance Fund for a period of more than twelve (12) months from the date of the accident, pursuant to Article 5 (A) of Act No. 45 of April 18, 1935, as amended, "Workplace Accident Compensation Act". The employee will be notified of this action, advising him/her of his right to request an informal preliminary hearing. During those twelve (12) months, the employee's position will remain reserved. If before the end of this period the employee is released, he or she has fifteen (15) days from release to request reinstatement in his/her position.

4.  The form of layoff described in the preceding paragraphs 2 and 3 cannot be ordered without the affected party having an opportunity to state his/her position by way of an informal preliminary hearing. In these cases, the Secretary will be subject to the terms of the ADA, where applicable.

## ARTICLE 11 - TRAINING

Because training is one of the essential parts of the Principle of Merit, Act No. 184, *supra*, in Section 6.5, establishes as a basic concept of public administration that each agency, in order to fully uphold its mission, must develop its personnel to the maximum and provide them with tools to improve their performance. To this end, the DNER, in coordination with the OCALARH, must prepare a plan for the development and training of its personnel, based on the needs and priorities of its programs, and in accordance with the Regulations of the Continuing Education School of the OCALARH.

### Section 11.1 - Training and Education Plan

1.  *Inventory of Needs*

    Each year, the DNER will review the inventory of staff training and development needs. This inventory serves as the basis for the Training and Education Plan.

2. *Preparation of the Training and Education Plan*

    a.  Each year, a Training and Education Plan of the DNER will be prepared. The Plan will include the appropriate use of training mechanisms such as: scholarships, paid or unpaid education leave, workshops, seminars, short courses, tuition payments, internships, and staff exchange in Puerto Rico or abroad. It will also include estimates of the investment in scheduled activities.

    b.  Said Plan will be submitted to the Continuing Education School of the OCALARH no later than August 30 of each year or on any date required by the School. The Plan will be included as part of the Overall Training and Education Plan of the public service.

    c.  The following will be considered when preparing the Plan:

        (1)  the present needs identified and projected future needs;

        (2)  the priorities and focuses of the DNER programs and how they are addressed over the short and long term;

        (3)  identification of the issues that the DNER must address through training, education, and staff development;

        (4)  the standards of performance that the DNER establishes for its personnel; and

        (5)  management's commitment to the Plan with respect to the investment of the necessary resources and time for staff development. This Plan will be submitted to the Continuing Education School of the OCALARH for advisory in the coordination of the government scholarship program and the planning for paid education leave, among other topics, as provided in Section 6.5 of the previously cited Act No. 185 and in these Regulations.

## Section 11.2 - Execution of the Training and Education Plan

1. *Responsibility of the DNER*

    a.  A specific unit will be designated human resources training at the DNER. Said unit will coordinate with the Continuing Education School of the OCALARH for employee participation in activities aimed at meeting both general and specific needs, and these services can only be directly contracted with other entities

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

with prior issuance of an exemption in this regard by the OCALARH.

b. The Secretary will refer to the OCALARH, by fiscal years, those employees under its jurisdiction who possess a specialized occupational classification, as mentioned below, to participate in the following Comprehensive Programs: "Comprehensive Human Resources Administration Training Program" (aimed primarily at Supervisors, Directors, and Assistant Secretaries of Internal Human Resources Offices); "Comprehensive Collective Bargaining and Labor Relations Program" (aimed primarily at members of the Negotiating Committees of the agency or government instrumentality); and the "Comprehensive Accounting and Budgeting Program" (aimed primarily at Assistant Secretaries and/or Directors of Administration, Management, Finance, Auditing, and Budgets).

c. The DNER may request from the OCALARH advisory and technical assistance necessary to create the Training and Education Plan, as well as the study upon which such Plan is based.

2. *Establishing Criteria*

a. The Secretary will establish the criteria for selection of the people to be trained, the instructors, the contents of the courses or trainings, and the evaluation methods, for those activities intended to meet needs inherent to their specific functions.

b. The DNER may request advice from the OCALARH or hire its technical and advisory services, as well as the use of aids, materials, and equipment, pursuant to the rules and procedures established for this purpose by said Office.

## Section 11.3 - Scholarships and Education Leave

1. The DNER will notify the OCALARH Continuing Education School of the scholarships necessary to meet its needs, as included in the Training and Education Plan submitted to this Office annually. All matters relating to the granting of scholarships will be governed by the provisions from Section 6.5 of the previously cited Act No. 184, *supra* and these Regulations.

a. _Determining the Number and Types of Leave_

Each year, the number and types of leave to be granted to meet the DNER's will be determined, considering available resources. Leave can be granted with or without pay, for full-time or part-time study, or any other type of leave that is consistent with the previously cited Act No. 184, _supra_ and these Regulations. Leave determined thusly will form part of the Training and Education Plan.

b. _Public Notice of Opportunities_

In adherence to the provisions from Section 6.5 (3) of the previously cited Act No. 184, _supra_, sufficiently in advance of the date of the awarding of scholarships, the Secretary will publicly announce the number and types of leave to be offered, as well as the requirements to be met for acceptance of applications, the application deadline, and any other pertinent information.

c. _Applications_

All scholarship applicants must submit their application in the form and manner established by the Secretary, on or before the date established in the notice issued and published for the information of the interested persons. When convenient to the needs of the service, the Secretary may extend the period for receipt of applications or cancel the process. In either of these cases, public notice will be given of the action.

d. _Selection of Scholarship Candidates_

Candidates will be selected from an open pool, when the needs of the service and the qualifications of the employees so justify. Candidates will compete in equal conditions, according to the procedures established by the Secretary.

e. _Eligibility Requirements_

Education leave can be granted to employees with regular status. However, education leave can also be granted to probationary employees when recruitment is difficult, and the employee needs to obtain a professional or occupational license in order to fill a position with regular status. Employees granted education leave

must have a satisfactory level of performance at the time the leave is granted.

f.  *Criteria for Selection of Candidates*

Selection will be based on merit. The following criteria, among others and as applicable, will be used:

    (1) basic education and required academic level;

    (2) experience, if required for the purposes of study;

    (3) duties that the person must perform;

    (4) to what extent the training will allow the employee to perform his/her duties with greater efficiency or to grow professionally within the DNER;

    (5) the training's contribution to the effective development of the programs of the DNER;

    (6) scores obtained on examinations.

    When the number of applicants exceeds the number of scholarships to be given out, a list will be prepared of the people who meet the established eligibility requirements, ordered by the final score each obtained, and selection will be made based on that list.

g.  *Accredited Institutions*

Scholarships and education leave will only be granted for study at universities and institutions officially recognized and accredited by the corresponding government entity.

h.  *Coverage of Education Leave*

The amount of the scholarships will be established according to the type of studies and may be applied indistinctly to tuition, housing, travel expenses, or any other similar expense relating to the course to be taken in each case. The Secretary may grant partial scholarships to candidates who have received part of their expenses from other institutions. The scholarship recipient may be authorized to receive advance payment of the scholarship funds to cover any necessary immediate expenses. Employees on paid education leave will receive their full or partial salary, as determined with respect to the salary levels, the

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

costs of study, the economic situation of the employee, and the correct and best use of public funds. In addition to the salary to be determined for each case, payment may also be authorized, following the same criteria, for tuition, registration fees, travel expenses, books, materials, and general expenses incurred by the employee as a student.

i. *Sole Qualified Candidates*

If after announcing scholarship opportunities there is only one qualified candidate among all who applied, or if only one candidate applies and he or she meets the required qualifications, the scholarship can be granted.

j. *Non-competitive Scholarships*

The DNER may grant non-competitive scholarships, when special or exceptional requirements of the service and the employee's qualifications so justify. These scholarships will be given out to meet service needs using highly specialized personnel, where selection requires having demonstrated the capacity, interest, stability at the DNER, and qualifications required to pursue these studies or specialization.

k. *Scholarship or Education Leave Contract*

Scholarship recipients or employees who are granted paid education leave or scholarships will formalize a contract whereby the commit to serving, after completing their studies, double the amount of time of study at the DNER or, with the DNER's consent, at any other government agency, as well as to uphold all other provisions established by the DNER applicable to them.

l. *Scholarships Recipients' Rights to Leave*

(1) If the person selected to receive a scholarship is an employee of the DNER, the DNER will grant that employee unpaid leave for the duration of his or her studies.

(2) If the employee selected to receive scholarship has contracted a service commitment at another agency, he or she must resign from his/her position.

(3) The use and accumulation of vacation and sick leave will be governed by the provisions from Section 13.4 of these Regulations, the attendance and leave regulations of the DNER, and Section 10.1 of Act No. 184, *supra*.

m. *Changes in Studies*

All changes in institutions or in the program of study authorized for education leave will be subject to the approval of the Secretary.

n. *Reports on Studies*

Each employee granted education leave will be responsible for submitting to the DNER evidence of his/her academic performance at the end of each academic period. The Secretary may require that an employee on education leave procure from the corresponding university or institution a certified copy of reports on the program of study, grades, conduct, attendance, and any other information deemed appropriate.

o. *Cancellation or Suspension of Scholarships*

Whenever a scholarship is cancelled or the course of study authorized through a scholarship is suspended or discontinued, for reasons outside the control of the recipient, he or she will be relieved of any obligation or liability. If the cancellation of the scholarship or suspension or study is caused by reasons that are controlled by the scholarship recipient, the DNER will have discretion, following an analysis of the merits of each case, to determine whether the recipient has any degree of obligation or liability.

p. *Extension of Scholarships or Education Leave*

In the event that any scholarship recipient or employee granted education leave needs to continue studies after the period stipulated in the contract, he or she must notify the Secretary in writing at least sixty (60) days before the end of the aforesaid period, submitting evidence justifying the extension of the scholarship or leave. All extension or additional concession will be subject to the availability of funds and the needs of the service. Advisory may be requested from the OCALARH Continuing Education School in this regard.

q. *Breach of Contract*

(1) Any scholarship recipient or employee on education leave who, after concluding his/her studies, does not uphold the contracted obligation, will reimburse the entire amount disbursed by the DNER for the scholarship or education leave, plus

legal interest accrued from the time the funds were disbursed, to the Secretary of Treasury of the Government of the Commonwealth of Puerto Rico, within six (6) months from the date of completion of their studies. In the event that he or she fails to complete the period he or she committed to working with the Government of the Commonwealth of Puerto Rico, the scholarship recipient or employee will reimburse the amount corresponding to the period not worked, as well as legal interest. In circumstances that so justify, a payment plan can be made covering a period of more than six (6) months. Collection will be made at any time, in accordance with the legal procedure in effect with regard to claims for the benefit of the Government of the Commonwealth of Puerto Rico.

(2) Anyone who has received a scholarship or education leave and does not uphold the contracted obligation will be ineligible for public service for a period of time three times that of the time of study.

r.   _Responsibility Toward Scholarship Recipients_

(1) The DNER will be obligated to employ its scholarship recipients, in accordance with its financial possibilities and the needs of the service. All scholarship recipients hired upon completing their studies will be exempt from taking the examination corresponding to the position class or equivalent in other assessment plans for which the scholarship was given.

(2) The Secretary will keep the position reserved for the scholarship recipient vacant, with the exception that based on service needs, the position can be filled with a temporary appointment for the time the scholarship lasts. If there is no open position for the recipient after completing his/her studies, the position will be created if there are available funds. If for any unexpected circumstance or emergency situation this were not possible, the name of the recipient may be included in the lists of eligible candidates for position classes equal or similar to that of the position for which the scholarship was given.

s. *Release from Commitment*

The Secretary will relieve the scholarship recipient of all commitments assumed in the contract formalized between the parties, in the event that his/her services are not required within a period of six (6) months following the completion of studies.

## Section 11.4 – Short-Term Training

1. *Responsibility of the DNER*

   a. Short trainings aimed at meeting both general and specific needs at the DNER will be channeled through the OCALARH Continuing Education School.

   b. The Secretary may only contract these services directly with other entities with prior issuance of an exemption in this regard by the OCALARH.

2. *Duration and Purpose*

   a. Short-term training will be administered to employees for a period of no more than six (6) months with the purpose of receiving practical training or conducting academic studies aimed at improving the performance of the duties of their positions.

   b. Conventions and professional development meetings will not be considered short trainings.

   c. Employees are required to submit a copy of the certificate demonstrating that they have completed the training.

3. *Coverage of Short Trainings*

   a. When an employee is authorized to take a short training, he or she will be given paid leave. Moreover, he or she may be authorized to receive payment of per diems, travel expenses, and any other necessary expense.

4. *Short-Term Trainings Abroad*

   a. The Secretary will have the authority to authorize employees to travel abroad in order to participate in training activities, subject to the rules and processes governing international travel by public servants. Moreover, within a period of ten (10) working days from his/her return from training, the employee will submit to the Secretary of Treasury of the Commonwealth

of Puerto Rico, by way of the DNER, a complete and detailed report of the necessary and essential expenses which he or she incurred.

b.   The portion of the advance payment not used on the trip abroad will be submitted to the Finance Section of the DNER within a period of three (3) working days from the employee's return from the trip abroad. Moreover, the employee will submit a report to the Finance Section narrating the training activities, pursuant to the rules and procedures established by the DNER.

5.   *Reimbursement of Training Costs*

a.   Employees nominated for training that do not attend or do not complete the requirements of the training, will be required to reimburse the amount invested in such trainings. The Secretary may exempt an employee from reimbursement when he or she demonstrates that there was justifiable cause.

## Section 11.5 - Tuition Payment

The Secretary may authorize payment of tuition to employees, pursuant to the provisions from these Regulations and the rules established to this effect. To this end, the necessary funds will be allocated in the DNER budget.

1.   *General Provisions*

a.   Tuition payment will be used as a resource to improve the required knowledge and skills of employees to better perform their duties, as well as for their growth within public service.

b.   Tuition payment will apply to academic studies at the associates, undergraduate, masters, or doctorate level at officially accredited universities recognized by the corresponding government body.

c.   Up to a maximum of three (3) credits may be authorized for an employee during one semester, quarter, or summer session. When merited, a higher number of credits may be authorized. In each case, the reasons justifying the action taken must be recorded.

d.   When the DNER deems necessary, it may request from the academic institution a list of the grades obtained by the employee in courses whose tuition was paid by the DNER.

2. *Establishing Priorities*

When establishing the priorities which will govern this activity, the following criteria, among others, will be taken into consideration:

    a. The need to educate personnel on certain topics in order to provide better service, improve efficiency, or develop new skills.

    b. The courses must be closely related to the duties and responsibilities of the position held by the employee.

    c. Courses forming part of an associate, bachelor, master, or doctorate degree must be directly related to the field of the service provided by the employee.

    d. Postgraduate courses will be in fields closely related to the service provided by the employee.

    e. Preparatory courses must allow the employee to assume new duties and responsibilities in the position he or she holds.

    f. The services provided by the employee in career service must not be materially affected.

3. *Denial of Requests*

Tuition payment will not be authorized for an employee:

    a. When the overall grade-point average in previous courses authorized under the Tuition Payment Program is less than 2.5 in associates-level studies, 3.0 in undergraduate studies, or 3.5 in postgraduate studies.

    b. When the employee has obtained a grade of D or F in any course under the Tuition Payment Program and has not arranged a payment plan to meet its obligations to reimburse the DNER for said course, as established in paragraph 5 of this Section.

    c. When the employee fails to uphold the responsibility to provide evidence of the grade obtained in a course or courses whose tuition was paid by the DNER.

    d. When the employee withdraws from courses authorized for previous sessions, after the date established by the academic institution for tuition refund, unless he or she reimburses the total amount spent on tuition,

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

84

except in the following cases: when employees are called to military service, when they are required to travel outside Puerto Rico on official business; when they are transferred to locations far from the academic institution; when due to illness they are unable to attend work and school; or when they are unable to continue their studies for reasons outside their control.

e. When the employee requests courses for no credit.

f. When the employee does not comply with the orders, regulations, and procedures of the DNER.

4. _Authorized Expenses_

Authorization of tuition payment only includes expenses for credit hours. The fees and incidental expenses will be borne by the employee.

5. _Reimbursement of Tuition Payment_

a. Employees granted the benefit of tuition payment will be required to reimburse to the treasury the amount invested in tuition payment by the DNER if:

(1) The employee withdraws from courses authorized for previous academic sessions after the date established by the academic institution for tuition refund.

(2) The employee changes the course for which tuition was paid by the DNER without notifying the Agency for evaluation and a respective decision.

(3) The employee obtains a grade of D or lower, or equivalent grade, regardless of his/her grade-point average.

(4) The employee discontinues studies for which the DNER paid tuition, without having obtained the degree.

(5) The employee resigns or is laid off or dismissed from the DNER without having finished his/her studies.

b. In cases where reimbursement applies under items 1) through 3) above, the employee will have to reimburse the amount paid by the DNER for tuition within a period of no more than two (2) months; with the understanding that he or she will not be able

to continue receiving the tuition payment benefit until he or she has reimbursed the corresponding amount.

c.  In cases where reimbursement applies under items 4) and 5) above, the employee will have to reimburse the amount paid by the DNER for tuition within a period of no more than six (6) months.

6.  _Exemptions from Tuition Payment Reimbursement_

The employee will not have to reimburse tuition payment made by the DNER if:

a.  he or she is called to military service;

b.  he or she has been required to travel in or outside of Puerto Rico on official business;

c.  he or she has been transferred or assigned due to service needs on official business to towns far from the corresponding academic institution;

d.  for reasons of illness he or she has been unable to attend work and school;

e.  the academic institution reimburses the total paid by the DNER; or

f.  any other reason outside his/her control prevents him/her from continuing his/her studies.

7.  _Academic Progress Report_

Each employee receiving tuition payment will be responsible for submitting to the DNER evidence of his/her academic performance. the DNER may, when it deems necessary, request from the academic institutions a list of the grades obtained by its employees in courses whose tuition it has paid through this Program.

## Section 11.6 - Other Training Activities

The DNER will coordinate with the OCALARH Continuing Education School the participation of its employees in all training activities organized to meet general and common needs, as well as individual and specific needs of the public service, pursuant to the provisions from Section 6.5 of the previously cited Act No. 184, _supra_.

## Section 11.7 - Training Histories and Reports

1.  _Employee File History_

The DNER will maintain in each employee's file a history of the training in which he or she participates, which may be used as one of the reference sources when decisions are made with

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

respect to promotions, transfers, work assignments, assessments and other human resources actions. The employee's training record may include evidence of participation, at the incentive of the employee, in any recognized educational activity.

2. *Record of Activities*

The DNER shall maintain records of the training activities carried out, the resulting assessments, and the person participating, for purposes of assessment of its own training and development programs.

3. *Reports*

Annually, the DNER shall send the required reports to the OCALARH Continuing Education School regarding the training activities carried out during the fiscal year. These reports must include, but are not limited to, information about the training courses offered, expenses incurred for training, and the number of participants, among other data. This is done in order to measure the overall training and development activity with human resources in the public service.


**PART IV**

**OTHER PROVISIONS RELATED TO THE ADMINISTRATION OF HUMAN RESOURCES**

**ARTICLE 12 – COMPENSATION**

**Section 12.1 – Compensation Policy**

All matters related to compensation shall be governed by the provisions of Article 8 of Act No. 184, *supra,* the Compensation Plan established by the DNER, and the regulations issued by OCALARH, in accordance with their fiscal capacity and their economic reality.

The DNER shall adopt separate Compensation Plans for the career service and for the positions of trust. The Plan shall establish a minimum rate and a maximum rate, as well as intermediate rates applicable to each pay scale. The compensation rate shall be based on a regular work shift.

Amendments or modifications of the system for classification or assessment of positions may not have a negative impact on the employee's base salary.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Section 12.2 - Adoption and Content of the Compensation Plan**

1. The DNER shall submit the compensation plans to the OCALARH for review, along with any modifications, and the corresponding fiscal authorization issued by the OGP.

2. The DNER shall adopt the compensation system for its career employees in accordance with its fiscal capacity, and the method for assessment of the selected position. Said system must establish employees' salaries in a way that is uniform, equitable, and fair. The Compensation Plan adopted by the DNER shall be consistent with established public policy, the provisions of Act No. 184, *supra,* state and federal laws governing the establishment of salaries, this Regulation, and the rules issued to that end by OGP and the OCALARH.

3. The Plan shall maintain a correlation between the relative values assigned to the classes in the respective Classification Plan or Assessment of Positions, and the monetary value assigned to them by means of the pay scales.

4. The Compensation Plan shall contain a compensation structure, with a list indicating the individual assignment of each position class to a given pay scale, in other words, the Assignment of the Classes to the Compensation Structure, and the establishment of the relative hierarchy among the classes.

**Section 12.3 - Administration, Updates, and Review of the Compensation Plan**

1. The Secretary, or the Secretary's authorized representative, shall be responsible for administering the Compensation Plan and keeping it duly updated for the career service, subject to prior review and approval by the OCALARH, consistent with the Merit Principle and state and federal legislation governing the establishment of salaries. Accordingly, no compensation action may be taking which infringes or is contrary to said Principle, or that fails to comply with applicable law.

2. Any modifications of the Compensation Plan shall require the prior review and approval of the OCALARH.

3. The DNER may conduct compensation studies across the various sectors of the economy, including studies of salary levels and trends, in order to specify the competitive position of the DNER with regard to salaries and to ensure that employee salaries are consistent with current salaries in government and the private sector, through reviews of the Compensation Plan, as long as the fiscal situation allows.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## Section 12.4 – Compensation Structure

1. The compensation structure incorporated in the Classification Plans or Assessment of Positions and Compensation for the career service shall consist of various pay scales, each of which shall consist of a minimum rate, a maximum rate, and such intermediate rates as may be deemed necessary.

2. In order to achieve and maintain pay fairness, in establishing the pay scales, the factors to be considered shall include the levels of complexity, responsibility, difficulty, and authority of the position, requirements in terms of academic preparation and experience, the degree of discretion required in the performance of the duties and responsibilities, degrees of difficulty in the recruitment of suitable candidates, opportunities for promotion, working conditions, costs of living, current salary trends on the labor market, fiscal possibilities, and current fiscal policy.

3. Consistent with the availability of fiscal resources, the compensation structure shall be sufficiently competitive as to make it possible to recruit and retain trained human resources, provide for fairly recognizing the efficiency and productivity of the employees, and be implemented in such a way as to provide opportunities for advancement at the DNER.

4. In implementing the compensation scales, consideration should be given, among other items, to the various salary increases granted to the employees and the frequency with which they are granted.

5. The pay scales represent the monetary value of the different classes of positions in the Classification Plan or Assessment of Positions of the career service, and they shall serve to establish the direct compensation of each employee of the DNER. The assignment and reassignment of the classes of positions with the prior review and approval of the OCALARH, shall maintain the correlation between the hierarchical level of the classes and the scales to which they are assigned.

6. The compensation rates established for the various compensations scales shall be stated in dollars, corresponding to a monthly salary and a regular schedule of thirty-seven point five (37.5) hours weekly or forty (40) hours weekly; their basic purpose is to provide higher levels of compensation to make it possible to reward employees, in keeping with their individual levels of efficiency and productivity.

7. When a position is providing services based on a partial or shortened work week, the salary to be established shall be proportional to the regular work week of thirty-seven point five (37.5 weekly) hours, or in accordance with the work week established by regulations, as applicable.

8. When it is necessary to make payments or discounts for short periods of services that were provided, or which cease to be provided. The corresponding amount shall be established by considering the monthly salary of the employee and a corresponding work shift.

9. When pay scales are extended, they must follow the same proportion as their compensation rates. All pay scale extensions must have been previously reviewed and approved by the OCALARH.

## Section 12.5 – Assignment of Position Classes to Pay Scales

1. The Secretary shall establish the relative level of the classes of positions covered by the Classification Plan or Assessment of Positions for the career service, by assigning a compensation scale to each class, and shall keep them up to date.

2. The assignment of the classes of positions to the compensation scales shall be guided by the objective of achieving fairness in the establishment of salaries.

3. The Secretary, subject to the prior review and approval of the OCALARH, and the fiscal approval of the OGP, may reassign any position class from one compensation scale to another, when so required by necessity or efficiency, or as the result of its review of a position class or work area; or due to the requirements of a change in the Plan for Classification of Positions. Any assignment or reassignment of the compensation scale shall require the prior review and approval of the OCALARH, and the fiscal approval of the OGP.

4. At the beginning of each fiscal year, the Secretary shall assign the classes of positions covered by the Classification Plan or Assessment of Positions to the compensation structure contained in the Compensation Plan and shall send the document that contains said assignment to the OCALARH for review and approval.

## Section 12.6 – Rules Related Salary Administration

The public policy set forth in Act No.184, *supra,* and the regulations issued by the OCALARH to that end, provide for fairness in the establishment of salaries and other forms of compensation.

In order to ensure that this objective is achieved, rules are established which, in association with those issued by the OCALARH, shall continue to govern the administration of salaries in the following human resources transactions:

1. *Appointments*

   As a general rule, any person appointed to the career service shall receive a salary at the minimum rate of the pay scale corresponding to the class of position to be held. The above notwithstanding,

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

90

the Secretary may grant an economic incentive as part of said salary, when recruiting in classes and positions that require, among other factors, a high level of education and experience, in accordance with the criteria established for the concession. Said recruitment incentives constitute a part of the employee's salary, and accordingly may not be interpreted as a differential.

The granting of an incentive for classes that require a high level of education and experience shall be subject to the existence of extraordinary difficulty in the recruitment of human resources; it must be certified that the DNER utilized the usual compensation mechanisms but was unable to attract suitable human resources. As a matter of course, the salaries resulting from the incentives shall be adjusted to scale.

As a general rule, all employees who are members of an appropriate unit, and who move to an excluded post in said managerial or appropriate unit in the Career Service, shall receive a salary, in accordance with the rules for promotions, transfers, or demotions, as appropriate.

2. *Promotions*

All promotions shall involve an increase in compensation, which may be valued in terms of percentage or the equivalent intermediate rates, in accordance with the compensation structure selected by the DNER.

3. *Transfers*

If the transfer takes place within the DNER the employee's salary shall remain unchanged.

Transfers shall not entail salary increases, except as necessary to adjust salaries of employees on the scale, when they occur between an Individual Administrator agency and the DNER, between municipalities and the DNER, between agencies excluded from the System for Administration of Human Resources and the DNER, between public corporations and the DNER, and between

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

91

government bodies and instrumentalities, and offices of the Executive Branch and the DNER. In such situations, the employee salary shall be established as follows:

a. If the actual salary of the employee is lower than the minimum rate of the pay scale corresponding to the class of the position to which the employee is moving, the employee's compensation shall be equal to said minimum rate.

b. If the actual salary of the employee is higher than the minimum rate of the pay scale corresponding to the class of the position to which the employee is moving, and it does not match one of the pay scales, as a matter of course, said salary shall be adjusted to scale.

4. _Demotions_

Employee salaries shall be established as follows:

a. In cases in which the Secretary has deemed that an urgent service need exists, the employee's salary shall not be negatively affected, except in cases where the demotion is in order to avoid layoffs due to lack of funds or work. In cases of demotion, the employee must meet the minimum requirements of the position.

b. When demotions take place in the DNER, or between an Individual Administrator agency and the DNER, between municipalities and the DNER, between agencies excluded from the System for Administration of Human Resources and the DNER, between public corporations and the DNER, between public corporations and the DNER, and between government bodies and instrumentalities, and offices of the Executive Branch and the DNER in order to avoid layoffs due to lack of funds, as a matter of course, the employee's salary shall be adjusted to scale, provided that the assigned salary may not be lower than the minimum rate of the corresponding scale of the class of the position to which the employee has been demoted.

c. If the demotion occurs at the request of the employee in the DNER, between an Individual Administrator agency and the DNER, between municipalities and the DNER, between agencies excluded from the System for Administration of Human Resources and the DNER, between public corporations and the DNER, between public corporations and the DNER, and between government bodies and instrumentalities, and offices of the Executive Branch and the DNER, and it does not constitute a mechanism to avoid layoffs, the employee's salary shall be the minimum rate of the scale corresponding to the class of position he moves to, plus such legislated increases as the employee may

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

92

have received at the last position held.

d. The DNER shall notify employees fifteen (15) calendar days in advance of any measure applied in order to avoid layoffs. The employees shall have twenty (20) days to request that the DNER reconsider the implementation of said measures.

5. *Position Reclassifications*

Whenever a position that is occupied is reclassified, the employee's salary shall be established in accordance with the rules for promotions, transfers, or demotions, as applicable.

6. *Reassignment of Classes to Higher Pay Scales*

If the Compensation Plan is amended, with the review and approval of the OCALARH, in order to reassign a class or series of classes to a higher pay scale, the employees shall be granted a salary increase that shall be equal to the increase received by the class as of the date of effectiveness of said action. As a matter of course, salaries shall be adjusted to scale.

7. *Reintegration*

As a general rule, all persons who are reintegrated by the DNER, in accordance with the provisions of Section 6.7 of Act No. 184, *supra,* shall receive the minimum salary for the class of position at the time of the action.

An exception to this rule shall occur when the reintegration is the result of a reinstatement due to disability. In such event, the employee shall receive the last salary accrued as of the separation, plus such increases as may have been received by the class, or legislative increases granted during the period during which the employee was not in the position. With regard to increases the class may have received, the salary should be adjusted in accordance with the current rules for compensation at the time they were granted. With regard to legislative increases, the resulting salary survey shall be adjusted to scale, if so provided in the special law granting the increase.

If both increases are granted during the period during which the employee was separated, legislated increases shall be recognized first, followed by the increases received by the class. As a matter of course, the salary resulting by adding these increases to the last salary accrued shall be adjusted to scale.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

93

8. _Reinstatements_

a. If the reinstatement is the result of having failed to pass a probationary period, the employee shall receive the last salary he or she was receiving immediately prior to moving to the probationary status position from which the employee is being reinstated, plus any other increases the class might have received. The employee shall also receive such legislative increases as may have been granted during the time the employee was in the probationary period. In cases involving increases received by the class, the salary shall be adjusted in accordance with the compensation rules in effect at the time they were granted. With regard to legislative increases, the resulting salary shall be adjusted to scale, if so provided by the special law granting the increase.

b. If the reinstatement is the result of the conclusion of an unpaid leave of absence, the employee should receive the last salary accrued before the unpaid leave of absence started, plus any increase received by the class, and the legislated increases granted during the time during which the employee was on said leave. With regard to legislative increases, the resulting salary shall be adjusted to scale, if so provided by the special grants. As a matter of course, the salary resulting from the sum of these increases to the last accrued salary shall be adjusted to scale.

c. Employees in positions of trust who are reinstated to career positions, pursuant to Section 9.2 of Act No. 184, *supra,* shall be entitled to:

   (1) All benefits, in terms of classification and salary, that are extended to the career position the employee held, during the term in which the employee served in the positions of trust service.

   (2) All salary increases the employee might have received through legislation.

   (3) An increase of up to ten percent (10%) of the salary that had been accrued in the position of trust. The Secretary shall determine the percentage to be granted to the employee, in accordance with its administrative policy and fiscal capacity. One of the criteria that is be considered when determining the percentage to be granted, is the time served in the position of trust, as well as the number of times the employee benefited from the percentage for reinstatement(s) over time.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

In order for this recognition to be granted, it is necessary to provide evidence of excellent performance by the employee.

(4) In cases of employees who served in positions of trust for a period of no less than three (3) years, the Secretary may authorize any increase arising from the difference between the salary accrued in the career service, and the salary the employee would have been accruing at the time of reinstatement.

(5) The employee's salary must not be equal to or greater than the salary that the employee had in the position of trust service. In the event that, upon applying the salary increase established by the DNER under the legal provisions and administrative policies with regard to reinstatement, the compensation to be granted should be equal to or greater than the salary the employee accrued in the positions of trust service, it may only be granted, on an exceptional basis, if it is shown that this would not subvert or dislocate the relative hierarchy of compensation in the positions of the working unit, and that it does not affect the DNER's budget.

(6) The Secretary, in exercising his or her discretion, shall consider whether the DNER's budget would be affected by said transactions.

(7) The compensation of an employee who moves to a position of trust, through the use of an unpaid leave of absence, shall be determined in accordance with the provisions set forth in points (1) through (6) above. For purposes of reinstatement, the agency where the employee in the position of trust work shall provide evidence of the employee's excellent performance, and shall provide a recommendation to the DNER, that it grant the corresponding salary increase in accordance with its administrative policy and fiscal capacity.

9. *Merit-Based Salary Increase*

Merit-based salary increases are a form of compensation that is part of the salary and granted in order to recognize an employee's outstanding performance. In order to accrue said increase, the employee must have performed the functions of a career position, regular status, for twelve (12) consecutive months of service prior to the date on which the increase is granted. The Secretary may certify any time frame worked by the employee, through a transitional

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

95

appointment to a position with an equal classification, in order to complete the period established for eligibility. As a general rule, this increase shall be granted prospectively. Said increase shall be conditioned upon a review of the employee's merits, as provided in the DNER's Performance Review System and the fiscal resources assigned. It shall be granted in accordance with the final results of the employee reviews conducted over the preceding twelve (12) month period.

Salary increases due to meritorious service shall be based on one (1), two (2) or three (3) compensation rates of the pay scale to which the class of position occupied by the employee is assigned. These shall be granted in accordance with the performance levels established by the DNER as part of the DNER's Performance Review System.

As a general rule, these shall not exceed seven percent (7%) of the employee's salary. In exceptional cases, where there is evidence of the employee's direct contribution to the achievement of the DNER's goals and objectives, an increase of up to twelve percent (12%) may be granted. As a matter of course, the resulting salary shall be adjusted to scale, without exceeding the established limits on percentages.

If it not possible, due to budgetary reasons, to grant the entire amount for merit-based services, a partial increase may be granted, with the remainder to be granted at any time during the following twelve (12) months, the remainder shall be granted. In such cases, the twelve (12) month period for eligibility of a new merit-based salary increase shall start as of the date on which the first partial increase entered into effect.

10. *Salary Increase Due to Years of Service*

Regular status employees who have occupied a career position during a continuous period of three (3) years of service without having received any other salary increase, shall be eligible to receive an increase of up to five percent (5%) of their salary or the equivalent thereof in intermediate compensation rates, except for employees with transitional appointments.

In order to be entitled to said increase, the employee must have provided satisfactory services during the three (3) year period. This shall be evidenced through the employee's performance review sheets, in accordance with the DNER's Performance Review System. The resulting salary shall be adjusted to scale.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Legislated increases received by the employee shall not be counted in determining the eligibility of employee for said increase, unless the same special law that grants them establishes that it is interrupting the three (3) year period to receive said increase.

The following actions shall be deemed interruptions of the three (3) year services period:

    a.  Salary increases granted as a result of the implementation of the Plan for Classification or Assessment of Positions and Compensation;

    b.  Salary increases granted by virtue of a revision of the compensation structure;

    c.  Reassignments of classes of positions to higher compensation scales;

    d.  Salary increases due to meritorious services;

    e.  Promotions;

    f.  Reclassifications of positions, due to any factor that represents a promotion to a higher pay scale class.

    g.  Resignations;

    h.  Terminations;

    i.  Employment and salary suspensions;

    j.  Layoffs;

    k.  Separation from the Service

    l.  Abandonment of the Service;

    m.  Unpaid leave (except as mentioned below);

    n.  Merit-based salary increases due to reinstatement to positions in the positions of trust service or the career service; or,

    o.  Any other human resources action that implies a salary increase.

If the employee provided services during the three (3) period, with another individual administrator, municipality, agency, body, public corporation, government instrumentality or office of the Executive Branch, before moving to a position at the DNER, it shall appertain to the latter, in coordination with the former, to determine whether the employee's services were satisfactory or not.

Taking paid leave, or leave due to sickness, regular vacation, maternity, and paternity, shall not interrupt the period for eligibility for that increase. Likewise, special athletic leave, military leave for public employees, military leave without pay under the federal USERRA act, and detachments, (also known as administrative assignments) also shall not interrupt the statutory term, or any other paid leave that is established or regulated by the DNER.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*    97

Other types of unpaid leave of absence shall interrupt the term of years of service required for the salary increase for years of service or three-year period; the clock will start running again for these as of the date of reinstatement in the DNER.

The Secretary may deny the aforementioned increase, if the employee's services were not satisfactory, in accordance with the results of the performance evaluations. The Secretary shall send the employee a written notification, indicating the reasons the aforementioned increase was not granted and informing the employee of the right to file an appeal with the CASP.

11. *General Increases*

The Secretary may grant general increases to employees who hold permanent positions. The increases may be authorized for the entirety of the employees, for an occupational group or classification, and/or as deemed necessary to address situations of delays in compensation. In order to determine whether situations of delays in compensation exist, the DNER shall provide evidence thereof by conducting studies of compensation in the various sectors of the economy.

All general increases shall be conditioned on the DNER's availability of the fiscal resources necessary to grant them and shall require the prior of the OGP.

12. *Extensions of Pay Scales*

The Secretary, subject to the prior review and approval of the OCALARH and the fiscal authorization of the OGP, may authorize the extension of the pay scales by adding compensation rates that are to follow the same proportions of the corresponding compensation rates, and the salary of the employee thus affected shall be established in accordance with the same proportion.

Salary increases received by the employee as a result of an extension of the scale in a given human resources action, shall become part of the employee's regular salary.

Extensions of scales may be authorized to address specific situations when one of the following situations:

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

98

a. If an employee has been granted a salary increase based on years of service or merit, after having reached or exceeded the maximum salary on the scale.

b. If an employee is promoted or his or her position is reclassified, and the employee's salary has reached or exceeds the maximum salary of the new scale. In such cases the employee's salary shall be adjusted in accordance with the provisions related to promotion and reclassification transactions.

c. When promotions, transfers, or demotions are carried out between an Individual Administrator agency and the DNER, between municipalities and the DNER, between agencies excluded from the System for Administration of Human Resources and the DNER, between public corporations and the DNER, and between government bodies and instrumentalities, and offices of the Executive Branch and the DNER, after establishing the corresponding equivalence and the fact that the salary earned exceeds the maximum on the scale corresponding to the new position.

The provisions related to extension of scales shall not be applicable to employees appointed on a transitory basis.

13. *General Provisions*

a. The Secretary may, on an exceptional basis, authorize salaries greater than those provided for the various human resources actions applicable to the DNER, if the usual mechanisms do not provide a method, and it is justified by the merits on a case-by-case basis. In other words, salaries that are higher than the approved extended scales. The amounts authorized through this mechanism will be part of the employee's salary.

b. This mechanism shall be used judiciously and in a limited manner, following a rigorous review of each individual case, and only if the application thereof is functionally practical and in the interest of the service provided by the DNER, and it is not otherwise affected.


## Section 12.7 – Other Methods of Compensation

The DNER may develop and implement other compensation methods in accordance with its budget capacity, in order to recognize the productivity, efficacy, and quality of the employee's work. These compensation methods may be used in order to retain suitable

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

99

human resources and to attract qualified human resources to positions it is difficult to recruit for. These shall not have the effect of changing existing salary structures, nor may the compensation thereof be inconsistent with the pyramidal structure of the DNER. They may be adopted insofar as they are functional and in the interest of the DNER. These methods shall include:

1. *Differentials* – This is temporary special compensation, in addition to and separate from the employee's regular salary, which may be granted in order to mitigate extraordinary circumstances which otherwise cause hardship to the employee. They may be granted only under the following conditions:

   a. Extraordinary working conditions – A temporary work situation requiring greater effort or risk for the employee while the employee is performing his or her job duties. This may include work outside of the regular work shift, in cases of employees exempted from the Federal Fair Labor Standards Act of 1938. The differential amounts for extraordinary working conditions shall be equivalent to the progression of compensation rates of the scale corresponding to the position class held by the employee. As a general rule, the maximum amount of the differential to be granted shall be equivalent of the scale range.

   b. Interim – A temporary work situation in which a regular career employee performs all the essential functions of a position at a higher classification than the one the employee holds in his own right, whether in the career services or the positions of trust service. In order to be entitled to a differential for this condition, the requirements are as follows:

      (1) The Secretary must have officially designated the employee to perform the duties of the position;

      (2) The functions of the higher classification must be performed on an interim basis for thirty (30) days or more without interruption;

      (3) The employee must meet the academic and experience requirements of the position whose functions he or she is performing on an interim basis.

   An employee may be relieved from an interim position at any time, at the discretion of the Secretary. In such event, the employee shall return to his or her own position, and shall receive the salary he or she was receiving prior to the interim position, unless the employee has continuously performed supervision functions on an interim basis for twelve (12) months or longer, in which case, the salary increase to be granted shall be equivalent to salary-based compensation rate.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Employees shall be eligible for a differential on an interim basis thirty (30) days after having performed the interim functions. Pay shall be effective as of the thirty-first (31) day on which the interim position started.

The amount of the differential based on interim service shall be the difference between the basis salary of the pay scale corresponding to the position class whose functions are being performed by the employee on an interim basis, and the basic salary of the compensation scale assigned to the position the employee holds in his own right.

As a general rule, differentials shall be granted prospectively. Since they are additional compensation and separate from the regular salary of the employee, the Secretary shall be responsible for eliminating them once the conditions that gave rise to the concession have disappeared. Before eliminating the differential, the Secretary shall be responsible for conducting a review of each case on its merits, in order to demonstrate that the circumstances that warranted the differential have disappeared.

No differential shall be deemed an integral part of the employee's salary for purposes of calculating the settlement of leaves of absence, for payments of excess vacation time, or for calculating retirement pensions.

2. *Bonuses and Alternative Compensation Methods.* - Bonuses are special, non-recurring compensation that are separate from salary; they may be granted as mechanisms to recruit, retain, or reward employees or groups of employees who comply with the requirements established for conferring them. The rules for conferring bonuses and alternative compensation methods must be evaluated and authorized by the OCALARH before these are granted.

The various types of bonuses and alternative compensation methods include:

   a. Certificates of recognition for work performed.

   b. Days or hours granted and not chargeable to any kind of leave.

   c. Performance bonuses for a work team.

   d. Activities in which the employee is informed of successes achieved by the DNER and activities for recognition of employees.

   e. Training inside and outside of Puerto Rico.

   f. Scholarships for graduate and undergraduate studies.

   g. Gym facilities, health units, cafeterias, childcare.

   h. Lodging, meals, and uniform/clothing benefits for all employees who require them due to

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

101

the nature of the services they perform.

i. Attendance and punctuality bonuses. Said bonuses shall be independent of and separate from any corresponding payment due to excess cumulative leave.

j. Bonuses for employees who retire from the system.

k. Bonuses based on productivity, or any other factor.

With regard to bonuses based on productivity, or any other factor, pursuant to Act No. 66-2013 and the regulations issued by the OCALARH, the following shall be taken into account:

(1) The DNER may not award, agree to, approve, authorize, contract, order, or in any other way grant bonuses to employees based on productivity, or any other factor, without the prior review and authorization of the OCALARH.

(2) If the DNER wishes to grant a bonus based on productivity, or any other factor, it must submit the corresponding rules for granting it, for a prior review and approval of the OCALARH, along with the certification of availability of funds, and the periods and terms considered for conferring said bonus.

(3) The DNER must prepare, for review and approval by the OCALARH, the necessary rules and procedures to administer this compensation incentives, taking into account the criteria; amounts and dates; and its fiscal capacity at that time, among others.

3. In order for employees to continue their professional development, whether on their own initiative or at the express requirement of the DNER, compensation methods may be implemented and promote said activities.

a. Additional skill-based compensation - For the development and application of skills alternative to the employee's primary function. An additional compensation may be granted that will become part of the employee's salary.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

102

b. Development of competencies – for implementation of new work processes that are requested or desired by the DNER, in order to drive ongoing change and innovation and to improve and enhance the overall performance of the DNER. This salary increase shall be part of the salary.

4. Benefits of lodging, meals, and uniform/clothing for all employees who require them due to the nature of the service they perform. The cost of said specific compensation shall not be deducted from the employee's salary. The granting of this benefit shall be subject to the availability of funds and the prior approval of the Secretary.

## ARTICLE 13 – FRINGE BENEFITS AND SERVICES
### Section 13.1 – General Rule

The benefits in addition to salary accrued by employee's in the career service signify better employment conditions and security for the employee. The administration of the benefit programs in a fair and effective manner, helps establish an environment of good relations and employee satisfaction, which in turn enhances employees' productivity and efficiency.

The DNER is responsible for ensuring that the enjoyment of the benefits takes place within a plan that maintains a proper balance between the needs of the service and the optimal use of the available resources.

It is an essential duty of the DNER to keep employees properly oriented and informed regarding fringe benefits and the terms conditions that govern the enjoyment thereof. As part of the program for training and development of personnel with supervisory functions, it should implement a plan for supervisors at all levels to be properly informed of the rules that govern fringe benefits, in order for them to be able to guide to the employees and administer the enjoyment of fringe benefits, correctly, consistently, fairly, and in accordance with the established rules.

The fringe benefits established by the various special laws are a supplemental part of this article.

**Section 13.2 - Holidays**

1. The days indicated below shall be holidays for DNER employees:

| DATE | CELEBRATION |
|---|---|
| January 1st | New Year's Day |
| January 6th | Three Kings Day (Epiphany) |
| 3rd Monday in January | Dr. Martin Luther King Jr.'s Birthday |
| 3rd Monday in February | George Washington's Birthday, President's Day, Day of Heroes and Illustrious Women of Puerto Rico, honoring the life and works of: Eugenio Maria de Hostos, José de Diego, Luis Muñoz Rivera, José Cellos Barbosa, Ramón Emeterio Betances, Román Baldorioty de Castro, Luis Muñoz Marín, Ernesto Ramos Antonini and Luis A. Ferré; Lola Rodríguez de Tió, Nilita Vientós Gastón, Julia de Burgos, Mariana Bracetti, Luisa Capetillo, María Luisa Arcelay, Sor Isolina Ferré Aguayo, Felisa Rincón de Gautier and Maria Libertad Gómez |
| March 22 | Emancipation Day |
| Variable | Good Friday |
| Last Monday in May | Memorial Day |
| July 4th | United States Independence Day |
| July 25 | Puerto Rico Constitution Day |
| 1st Monday in September | Labor Day |
| Second Monday in October | Columbus Day |
| 1st Tuesday in November (every four years) | General Election Day |
| November 11 | Veteran's Day |
| November 19 | Puerto Rican Culture Day and Discovery of Puerto Rico |
| Fourth Thursday in November | Thanksgiving Day |
| December 24 | Christmas Eve – Half Day |
| December 25 | Christmas Day |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

104

2. General Provisions:

    a. Holidays for DNER employees shall be those indicated above, or any others, as periodically announced by the OCALARH, through a Special Memorandum, in accordance with applicable law.

    b. Days proclaimed as holidays by the Governor of the Commonwealth of Puerto Rico or by the Legislative Assembly shall also be considered holidays.

    c. If a holiday falls on a Sunday, it shall be observed on the following day. In cases where a short work week has been established, and the last day of rest coincide with the holiday, employees shall be entitled to have the day after the holiday off.

    d. If the needs of the service have established a work in which rest days do not fall on a Saturday or Sunday, and the second day of rest coincides with the holiday, the employee shall be entitled to have the day after the holiday as a day off.

    e. Due to the urgent needs of the service, any employee may be required to provide services on a given holiday in which case the employee shall be entitled to extraordinary compensation, as provided in Section 14.7 of this Regulations, as long as all the criteria established for the accrual of compensatory leave or payment of extra time worked have been met.

## Section 13.3 – Medical Plan

The DNER shall process any request submitted by any DNER employee within the deadlines established for said purposes to join the voluntary medical plan authorized by the Health Insurance Administration (ASES - Administración de Seguros de Salud) or an authorized agency. Temporary personnel, with appointments of less than six (6) months, are eligible to join healthcare plans contracted by ASES or the authorized agency, but they are not entitled to the employer contribution.

## Section 13.4 – Leaves of Absence

DNER career employees shall be entitled to the following types of leave, whether paid or unpaid, as set forth below:

105

I. *Vacation Leave*

   a. Vacation leave is the period of time employees authorized to be absent from work, with pay, in order to provide an opportunity to recover from physical and mental fatigue caused in the performance of their functions. As a general rule it should be taken during the calendar year in which it was accrued.

   b. The entitlement to vacation time is linked to the provision of services, given that employees must have worked in order to be credited the days to which they are entitled.

   c. Every employee shall be entitled to accumulate vacation leave, at a rate of two-and-a-half (2 ½) days for each month of services up to a maximum of sixty (60) working days, until the close of each calendar year. Employees on a regular short shift or partial shift shall accrue vacation leave in proportion to the number of hours during which they provide services on a regular basis.

   d. Every employee shall be entitled to take his accrued vacation leave for a period of up to thirty (30) working days during each calendar year, of which no fewer than fifteen (15) must be consecutive. Nonetheless, employees who were unable to take their vacation leave during a given calendar year due to the needs of the services and the requirement of the Secretary, shall be excepted from this provision:

      (1) In such an event, provisions shall be made for employees to enjoy, at least the excess leave accrued over the sixty (60) day limit, on the closest date that is possible, within the term of the first six (6) months of the following calendar year.

      (2) In the event that due to extraordinary circumstances of the services, of an involuntary nature, an employee is unable to take said excess accrued leave within the time frame set forth in regulations, the DNER shall pay the excess accrued on or before the 31st of July of each year.

   e. A Vacation Plan shall be prepared, for the calendar year, in coordination with the supervisors and the employees, which established that was the period within which each employee shall take vacation, as most

106

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

compatible with the needs of the service. Said Plan must be established sufficiently far in advance as to be able to enter into effect on the first (1st) of January of each year. The DNER and the employees shall be responsible for complying with the aforementioned Plan. Exceptions shall be allowed only due to the clear and urgent service needs.

f.  The Vacation Plans shall be formulated and administered in such a way that the employees will be able to enjoy their regular leave annually.

g.  An employee may authorize the DNER to transfer to the Department of the Treasury any amount for the item of the balance of excess vacation leave, to be credited as full or partial payment for income tax owed.

h.  The DNER shall provide for taking all excess vacation leave, subject to processing of any separation that constitutes a total and absolute separation form the service, and the change process to move to another agency to provide services.

i.  Normally, vacation leave shall not be granted for a period of more than thirty (30) working days per calendar year. The above notwithstanding, vacation leave may be granted in excess of thirty (30) working days, for up to a maximum of sixty (60) days, in any calendar years, to employees who have accrued leave. The needs of the services shall be considered in granting said leave, along with other factors such as the following:

    (1) The utilization of said leave for the employee's personal improvement activities, such as travel, studies, and so forth;

    (2) A lengthy illness of the employee, after having exhausted the balance of sick leave;

    (3) Employee issues that require the employee's personal attention;

    (4) If there has been a cancellation of approved leave due to service needs; and

    (5) The employee's total accrued leave.

j.  Under special circumstances, vacation leave may be advanced to regular employees who have provided services to the Government of the Commonwealth of Puerto Rico for more than one (1) year, when there is certainty that the employee will return to

Certified to be a correct and true translation from the source text in Spanish to the target language English.
11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

the service. Such advances of vacation leave may not exceed thirty (30) business days.

    (1) In all cases, granting advance vacation leave shall require the prior written consent of the Secretary or Secretary's delegate.

    (2) Any employee who has been advanced vacation leave, and separates from the service, whether voluntarily or involuntarily, before providing services for the necessary period to accrue to entire amount of leave advanced, shall be required to reimburse the Government of the Commonwealth of Puerto Rico any amount of money that was paid for said advance leave, and not covered.

k.  In the event that an employee is granted unpaid leave, the employee shall not be required to exhaust his or her accrued vacation leave before taking unpaid leave.

l.  If an employee is authorized to take accrued or advanced vacation leave, advance payment of the salary corresponding to the leave period may be authorized, insofar as the employee requests with sufficient advance notice. Said payment authorization must be made immediately after the leave is approved.

m.  On an exceptional basis, one or more employees may assign accrued vacation days to another DNER employee, up to a maximum of five (5) days per month, in accordance with Act No. 44-1996, provided that:

    (1) The assignee employee has worked continuously for a minimum of one (1) year with any government entity.

    (2) The assignee employee has not incurred a pattern of unjustified absences, in breach of the DNER rules.

    (3) The assignee employee has exhausted the entirety of leave to which he is entitled, as the result of an emergency.

    (4) The assignee employee or his representative provides reliable evidence of the emergency and the necessity of being absent for days in excess of the leave that was already exhausted.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

(5) The assigning employee has accrued a minimum of fifteen (15) days of vacation leave in excess of the amount of days to be assigned.

(6) The assigning employee has submitted a written authorization for the assignment to the DNER, specifying the name of the assignee.

(7) The assignee employee or his representative provides a written acceptance of the proposed assignment of leave.

n. It is hereby provided that the DNER, after having authorized the proposed assignment, shall proceed to discount, or shall cause the discounting, of the leave balances of the assigning employee and shall apply the transferred leave days to the assignee employee, once the correction thereof has been certified. The assigned leave shall be credited to the assignee employee's salary. Furthermore, the employees (assignor and assignee) shall be informed of the following:

(1) No employee may assign to another employee more than five (5) days of accrued leave during a single (1) month and the number of days to be assigned shall not exceed fifteen (15) days in one (1) year.

(2) The assignor employee shall lose his entitlement to payment for the assigned leave.

(3) Upon the disappearance of the reason the employee had to be absent, the assignee employee shall return to his duties, and shall be credited at the rate of his salary at the time the assignment took place.

(4) The assignee employee may not enjoy the benefits of the "Assignment of Leave Act" for a period of more than one (1) year, including time exhausted for the items of leave and benefits enjoyed in the employee's own right.

(5) The Secretary shall not reserve [the position of] the assignee employee on leave for a term greater than what is set forth in section (4) above.

o. Any person who accepts money or other benefits, whether directly or through another person, in exchange for an assignment of leave, shall be guilty of a misdemeanor, and if convicted, shall be punished with a fine not to exceed five hundred dollars ($500), or imprisonment not to exceed six (6) months, or both penalties at the discretion of the court.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

2. *Sick Leave*

   a. Sick leave shall be utilized when an employee is ill, disabled, or has been exposed to a contagious disease that requires that the employee be absent from work in order to protect his or her own health or that of other persons. The right to sick leave is subject to the employee having provided services and having been credited days for sick leave.

   b. All employees are entitled to accrue sick leave at the rate of one-and-a-half (1 ½) days for each month of service. Employees on short work shifts or partial shifts shall accrue sick leave in proportion to the number of hours they have provided services on a regular basis.

   c. Sick leave may be accrued up to the maximum of (ninety) 90 working days at the close of any calendar year. Nonetheless, any employee who has accrued sick leave above the maximum allowed amount of ninety (90) days at the end of a calendar year, shall be entitled to authorize the DNER to transfer to the Department of the Treasury any amount for the item of the balance of excess vacation leave, to be credited as full or partial payment for income tax owed.

   d. An employee may make use of the entirety of the sick leave accrued during any calendar year.

   e. When an employee is absent from work due to illness, he or she may be required to present a medical certificate issued by a physician authorized to practice medicine in Puerto Rico, certifying the condition that prevented the employee from attending work and the date on which he or she will return to work. Failure to present the required medical certification shall be deemed an unauthorized absence. In addition to the medical certificate, the inability of the employee to show up for work due to illness may be certified by any other appropriate means. The foregoing shall not be applied or interpreted in any way than would infringe the ADA, FLMA, the "Law to Protect Disabled Persons from Discrimination" and the "Health Insurance Portability & Accountability Act (HIPAA)".

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

f. The employee must comply with the DNER's regulations on attendance and leave.

g. In cases of an illness in which the employee does not have accrued sick leave, up to eighteen (18) working days may be advanced to any regular employee who provided services to the Government of the Commonwealth of Puerto Rico for a period of no less than one (1) year, when there is reasonable certainty that he or she shall return to the service.

h. Any employee who has been advanced sick leave, and separates from the service, whether voluntarily or involuntarily, before providing services for the necessary period to accrue to entire amount of leave advanced, shall be required to reimburse the Government of the Commonwealth of Puerto Rico any amount of money that was paid for said advance leave, and not covered.

i. In cases involving a lengthy illness, once the sick leave has been exhausted, the employee may use all their accrued vacation leave, subject to the authorization of their direct supervisor. If the employee exhausts both kinds of leave and remains ill, the employee may be granted unpaid leave.

j. Employees shall have available up to five (5) days a year of accrued sick leave, as long as they maintain a minimum balance of fifteen (15) days, except under the circumstances described in part (3) of this sub-paragraph (j), for which a specific rule has been provided, for purposes of requesting a special leave, to be used for:

(1) Care and attention due to illness of the employee's children.

(2) Illness or care for elderly persons or persons with disabilities in the immediate family, understood as the fourth degree of blood kinship, second of affinity, or persons who live in the same household, or persons over whom legal guardianship or custody is held. It is provided that the care to be given must be consistent with the purpose of the sick leave, in other words, for care, and attention related to the health of the persons covered herein.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

    i. "Elderly" person shall mean any person who is sixty (60) years of age or older.

    ii. "Persons with disabilities" shall mean any person with a physical, mental, or sensory disability that substantially restricts one or more essential activities of daily living.

  (3) The appearance of any petitioner, victim, or complainant in administrative or judicial procedures with any department, agency, corporation, or public instrumentality of the Commonwealth of Puerto Rico in cases of domestic violence, sexual harassment in the workplace, or gender discrimination, as well as petitions for child support, as well as access specialized hospital and medical services, to receive psychosocial treatment, or in order to retain legal representation with regard to said administrative or judicial procedures, subject to the condition of maintaining a minimum balance of five (5) days of sick leave. If the employee lacks said minimum balance, special unpaid leave will be granted, for the purposes set forth herein, for up to five (5) days a year. The employee shall submit evidence of said appearance issued by the competent certifying authority.

3. _Military Leave_

Upon requesting military leave, the employee must submit, along with the request for leave, official evidence certifying the order for military service on which the request is based, as well as any other evidence required by the DNER. Military leave shall be granted in accordance with the following:

 a. National Guard Training:

In accordance with Section 231 of the Military Code of Puerto Rico, Act No. 62 of 23 June 1969, as amended, paid military leave shall be granted for up to thirty (30) working days for each calendar year for employees who are members of the National Guard of Puerto Rico and the US Armed Forces Reserve during the period during which they were in military service, as part of their annual training, or at military schools, when they have

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

been so ordered or authorized under the laws of the United States of America or the Government of the Commonwealth of Puerto Rico.

If said active duty military service lasts more than thirty (30) days, unpaid leave shall be granted. The above notwithstanding, at the employee's request, said excess may be charged to accrued excess vacation leave.

b. Activation to State Active Duty Military Service:

Paid military shall be granted for the authorized period, in cases of employees who belong to the Puerto Rico National Guard, and who are called up by the Governor for State Active Duty Military Service, under the following cases, and as provided by the Military Code of Puerto Rico:

(1) When required by public security in cases such as war, invasion, insurrection, rebellion, riots, public disorders, or imminent threat thereof;

(2) In cases of natural disasters, such as hurricanes, storms, flooding, earthquakes, fire, and other causes of force majeure;

(3) In support of law enforcement activities for combatting drug trafficking;

(4) To receive, dispatch, and provide services for transportation and escorting dignitaries, and to participate in parades, marches, military reviews, and similar ceremonies;

(5) When it is a viable alternative to provide specialize services for health, technical teams for engineering or education, and these are not equally available from civil, public, or commercial sources.

c. Active Duty Military Service:

(1) Unpaid military leave shall be granted to employees in military service in the Armed Forces of the United States of America, in accordance with the provisions of the Uniformed Services Employment and Reemployment Act (USERRA) for a period of four (4) years and up to a maximum of five (5) years only if this additional year is officially required and for the convenience of the Branch of the Armed Forces in which the employee serves.

113

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

(2)   If the employee voluntarily extends his or her military service after completing the aforementioned service periods, the employee shall be deemed to have resigned from his position, and the DNER shall proceed to consider it vacant. The employee shall not accrue vacation or sick leave while taking this military leave.

(3)   The DNER shall return any veteran to the same position held or to the same work performed upon being called up for service in the Armed Forces, if the veteran submits a formal request within one hundred and eighty (180) days of being authorized leave and the same position or job he or she performed still exists, or another of the same category, as provided for in the 21st Century Bill of Rights for the Puerto Rican Veteran, *supra*.

(4)   In the event that the active military service in the Armed Forces of the United States of America is due to a declaration of war or emergency, the DNER is authorized to use any remainder of the thirty (30) paid days granted for military training in the National Guard or Reserve. These shall be credited to the initial absences, insofar as they are for military training, whether in or outside of Puerto Rico as set forth in the military orders, for such time as is indicated in the order, without exceeding the days to which the employee is entitled.

(5)   Furthermore, these employees shall retain their accrued sick leave, vacation leave, and compensatory time accrued under our regulations and federal regulations for fair labor standards, until their return from active duty. The above notwithstanding, the initial absences, as from the military order, may be charged against vacation leave or any other compensatory time accrued, so long as the employee requests it voluntarily in writing.

(6)   Employees who are members of the reserves of the Puerto Rico National Guard who so request may be allowed to take their accrued vacation leave, before taking unpaid military leave, so long as it does not exceed the

114

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

maximum term of sixty (60) working days during the calendar year. The employee may also be granted the excess accrued vacation leave that was not taken due to service needs, both that which corresponds to the previous calendar year as well as the excess over sixty (60) days the employee held during the calendar year during which he was called up for active duty.

(7)   The DNER shall retain evidence showing that the granting of paid leave is in response to an express petition by the employee. Any paid leave that is granted shall precede unpaid military leave. Once the latter has been granted, it shall remain in force without interruption as long as the military order remains in force. Accumulated sick leave, by its nature, shall remain while the employee is on active duty.

(8)   No person, regardless of their relationship with the employee called up for active duty, may act, sign, or authorize any act whatsoever on behalf of that employee, unless that person has been officially designated as their legal representative, by virtue of a duly conferred military power of attorney. In the absence of a military power of attorney to that end, the DNER must refrain from executing any action whatsoever related to the employee with any third party, regardless of whether they are the spouse, parents or children of the employee. In the absence of a military power of attorney to that end, the DNER must refrain from executing any action whatsoever related to the employee with any third party, regardless of whether they are the spouse, parents or children of the employee. In the absence of said legal documents, the DNER shall make arrangements with employees who indicate their written intention for disposal of paychecks issued after the employee's departure, and all matters related to the leave being requested.

(9)   Permanent positions occupied by employees may be covered only by temporary employees for the duration of the unpaid military leave, if service needs so require, unless the position becomes vacant, as set forth in paragraph (2) of this sub-clause.

(10)  If any regular or probationary employee who is called up for active duty is taking unpaid leave that was granted to occupy another permanent position, or a temporary position with a fixed duration, said leave shall canceled, and the employee shall be reinstated to his or her own position held before the unpaid military leave was granted.

115

(11)  Unpaid military leave shall be granted for the duration of the active duty military service set forth in the military orders. It shall be extended for such additional time as may be ordered, insofar as this is at the request of and for the convenience of the Armed Forces.

4.  _Leave for Judicial Purposes_

a.  Official Summons:

Any employee who is officially summoned to appear before any court of law, administrative body, or government agency shall be entitled to take paid leave for such time as he or she may be absent from work due to said summons, subject to the following provisions:

(1) This type of leave shall not be granted if the employee is summoned to appear before said bodies as a defendant or as an interested party.

  i.  An interested party is deemed to involve situations in which the employee appears in his personal capacity for purposes of the defense or exercise of a right, for instance as a plaintiff or defendant in a civil action, or as a petitioner or actor in a civil or personal administrative action.

  ii.  In such cases, the time used by the employee's shall be charged to vacation leave, and if the employee has not accrued leave, he or she shall be granted unpaid leave for the period used for said purposes.

(2) Paid leave shall be granted:

  i.  When an employee is summoned as a witness in a non-official capacity, for the benefit of the DNER or the Government of the Commonwealth of Puerto Rico, and the employee does not have a personal interest in the corresponding action; or

  ii.  When the employee is appearing as a defendant or respondent in his or her official capacity.

b.  Jury Service:

(1) Any employee who is required to serve on a jury in any court of law shall be granted paid leave for such time as he or she must fulfill said duty.

116

(2) The DNER shall have the authority to negotiate with the corresponding court for the employee to be excused from said service.

(3) The employee must promptly notify his or her supervisor, at least five (5) working days in advance of the date of the summons for jury service. Nevertheless, the direct supervisor may be notified within a shorter time frame, if the employee is unable to comply with this obligation due to the tardy receipt of the summons or any other reason outside of the employee's control.

(4) In the event that an employee, while serving on a jury, is excused by the court for a period of one (1) or more days, he or she must return to work, except under special circumstances such as exhaustion or fatigue attributed to jury services due to long sessions or night service, in which case the corresponding absences will be charged to the employee's accrued vacation or sick leave.

   i. If the employee uses sick leave, he or she will be required to present a medical certificate.

   ii. If the employee does not have sick leave or vacation leave, same shall be considered unpaid leave.

(5) Reimbursement of Meals and Mileage for Service as a Witness or on Jury Duty

An employee who takes judicial leave or takes leave to appear as a witness, as provided in paragraph (a) above, shall be entitled to reimbursement of meals and mileage, as provided for in the "Puerto Rico Jury Service Administration Act" Act No.281-2003, and pursuant to "Regulations to establish travel, meal, and lodging expenses for witnesses in civil cases" of 17 March 2004, of the Office for Court Administration and the "Regulations to establish travel, meal, and lodging expenses for witnesses in criminal cases" of 1 July 2004, of the Office of Courts Administration. The prohibition on the payment of honoraria established by both regulations is applicable to DNER employees.

117

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

    c.  Compensation  for Witness  or Jury Service:

        Employees  who use judicial  leave shall  not have to reimburse  the DNER  for any moneys  received  for witness  or jury  service,  nor shall  the employee's  pay be reduced for said  item.

In all cases,  once an employee  concludes  his or her appearance  in court,  the employee  must return  to work and submit  a certification  from the Clerk  of the Court,  certifying  the time  (days and hours)  served.

5.  *Maternity Leave*

    a.  Maternity  leave shall include  the prenatal and post-partum  rest periods to which every woman  who is pregnant  or who adopts  a child  is entitled,  in accordance with applicable  law and these Regulations.

    b.  Every pregnant  employee  shall have the right to a rest period  of four (4) weeks before delivery  and four (4) weeks after delivery.  In addition,  the employee  may take an additional four (4) consecutive  weeks to attend to and care for her child,  for a total of twelve (12) weeks of maternity  leave. Delivery  shall be understood  as the act by which the child conceived  is separated  from its mother's body  by natural means or is legally  extracted therefrom by a surgical-obstetric  procedure.  It shall also include  any premature or untimely birth or miscarriage,  including  in this latter case, those induced  legally  by medical practitioners,  which the mother may undergo  at any time during  the pregnancy.

    c.  The employee  may choose to take as little  as one (1) week of prenatal rest and extend up to seven (7) weeks the post-partum  rest to which she is entitled,  or up to eleven (11) weeks including  the four (4) additional  weeks for caring for and attending  to her child.  In these cases, the employee  must submit  a medical certification  to the DNER proving  that her condition  allows her to continue  to render services until  one (1) week before delivery.

    d.  During the maternity  leave period,  the employee  shall accrue her entire salary.

    e.  The maternity  leave period  of an employee  with temporary  status may not exceed the period of her appointment.

*Certified to be a correct and true translation  from the source text in Spanish to the target language  English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations  Inc.*

f.  If delivery should take place in a period of fewer than four (4) weeks after the employee has begun to take her prenatal rest period, or without her having begun this period, the employee may choose to extend the post-partum rest period by a time equivalent to that portion of the prenatal rest period that she was unable to take, that is, up to a total of twelve (12) weeks, including the four (4) additional weeks for caring and attending to the newborn.

g.  If the likely delivery date is calculated in error and the employee has taken the four (4) weeks of prenatal rest without the delivery having occurred, she shall have the right to extend the prenatal rest period, at her full salary, until the birth takes place. In this case, the employee shall still be entitled to take four (4) weeks of post-partum rest beginning from the date of delivery and four (4) additional weeks to care for and attend to her child.

h.  In the case of a premature birth, the employee shall have the right to take a rest period of eight (8) weeks of maternity leave, counting from the date of the premature birth, and the four (4) additional weeks for care for the child, for a total of twelve (12) weeks.

i.  An employee who has a miscarriage may claim up to a maximum of four (4) weeks of maternity leave. Nevertheless, in order to be entitled to these benefits, the miscarriage must be of such a nature as to produce the same physiological effects that normally arise as the result of childbirth, according to an opinion and certification given by the doctor who attends to the employee during the miscarriage.

j.  The employee may ask to be restored to her work position before the post-partum rest period is complete, provided that she submits a medical certification to the DNER proving that her condition allows her to carry out her duties. In this case, the employee will be understood to have waived the corresponding balance of the maternity leave and will no longer be entitled to it.

k.  If the employee experiences a post-partum complication that prevents her from returning to work upon completion of the post-partum rest period and the four (4) additional weeks provided for caring for the newborn, the DNER will grant her sick leave.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

   (1)  In such cases, a medical certification will be required, indicating the employee's condition and the estimated time that the condition in question will last.

   (2)  If the employee does not have accumulated sick leave, she will be granted vacation leave.

   (3)  If the employee does not have accumulated sick leave or vacation leave, she may be granted unpaid leave for the period of time recommended by the physician.

l.   Maternity leave will not be granted to employees who are taking any other type of leave, with or without pay. Exempted from this provision are those employees who have been authorized to take vacation leave or sick leave and those who are taking leave without pay as a result of complications prior to delivery.

m.  A female employee who adopts a pre-school age child, meaning a child five (5) years of age or younger who is not enrolled in any school, in accordance with current legislation and legal procedures in Puerto Rico or any other jurisdiction in the United States, shall have a right to the same maternity benefits with full pay as are enjoyed by female employee who has a regular childbirth. If she adopts a child six (6) years of age or older, she shall have the right to maternity leave at full pay for a period of fifteen (15) days.

   (1)  This leave will be counted beginning on the date when the adopted child is received within the nuclear family, which date must be documented in writing.

   (2)  When claiming this right, the employee must submit supporting evidence to the DNER, showing the adoption procedures carried out by the corresponding organization.

n.   An employee who is pregnant or who adopts a child shall be required to notify the DNER in advance of her plans for taking maternity leave and for returning to work.

o.   The DNER may authorize the advance payment of salaries corresponding to the maternity leave period, provided that the employee so requests with suitable advance notice. If the employee returns to work before the post-partum rest period is compete, she shall be required to return the balance corresponding to the maternity leave not taken.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

p. In the event of the death of the newborn prior to the completion of the maternity leave period, the employee shall have the right to claim only that part of the post-partum period that completes the first eight (8) weeks of unused maternity leave. The additional benefit of four (4) weeks, provided for the care of the newborn, will cease on the date of death, given that the need for attention and care that justified the granting of that period no longer exists. In these cases, the employee may make use of any other leave to which she may be entitled.

6. _Paternity Leave_

a. The paternity leave period shall consist of the period of five (5) working days following the date of birth of the newborn.

b. In addition, an employee who, with their spouse, adopts a preschool-age child, meaning a child five (5) years of age or younger who is not enrolled in any school, in accordance with current legislation and legal procedures in Puerto Rico or any other jurisdiction in the United States, shall have the right to paternity leave consisting of a period of fifteen (15) days counted from the date on which the child is received into the nuclear family, which date must be documented in writing. If a child six (6) years of age or older is adopted, the spouse shall have a right to paternity leave at full pay for a period of fifteen (15) days.

c. An employee who adopts a pre-school age child, meaning a child five (5) years of age or younger who is not enrolled in any school, in accordance with current legislation and legal procedures in Puerto Rico or any other jurisdiction in the United States, shall have the right to paternity leave consisting of a period of eight (8) weeks, counted from the date on which the child is received into the nuclear family, which date must be documented in writing. If a child six (6) years of age or older is adopted, the spouse shall have a right to paternity leave at full pay for a period of fifteen (15) days.

d. When claiming this right on the basis of paragraphs (a) and (b) above, the employee shall certify that he is legally married or cohabits with the mother of the minor child, as the case may be. He must also certify, under paragraph (a), that he has not been a perpetrator of domestic violence.

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

e.  If the spouse claims this right under paragraphs (b) and (c) above, he must certify that he has not been the perpetrator of any domestic violence, crime of a sexual nature, or child abuse.

f.  The certification specified in paragraphs (d) and (e) must be made by submitting the form required by the DNER for this purpose, which must also include the signature of the child's mother or spouse, where applicable.

g.  The employee must request the paternity leave and provide the birth certificate as soon as possible.

h.  During the paternity leave period, all of the employee's salary shall accrue.

i.  The paternity leave period may not exceed the period of appointment of an employee with temporary status.

j.  Paternity leave will not be granted to employees who are taking any other type of leave, with or without pay. Exempted from this provision are those employees who have been authorized to take vacation leave or sick leave.

7.  _Special Paid Leave for Breastfeeding_

a.  Pursuant to Act No. 427-2000, as amended, time shall be granted to nursing mothers so that, after taking their maternity leave, they have the opportunity to breastfeed their babies for one (1) hour during each full work day, which may be split among two (2) thirty-minute periods or three (3) twenty-minute periods.

b.  This benefit shall be granted in the event that the DNER has or should come to have a Care Center in its facilities and the mother is able to go the Care Center where her baby is in order to breastfeed it, or to extract breast milk in the place prepared for that purpose in the workplace.

c.  Within the workplace, the special leave for breastfeeding shall last for a maximum of twelve (12) months, counted from the date on which the employee resumes her work functions.

d.  Employees who wish to make use of this benefit must submit a medical certification to the DNER, during the period corresponding to the fourth (4th) and eighth (8th) month of the

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

infant's life, documenting the fact that she is breastfeeding her baby. Said certification must be submitted no later than the fifth (5th) day of each period.

e. The DNER shall designate an area of physical space that ensures the privacy, safety, and health of the mother, and to this end shall establish regulations governing the operation of this breastfeeding space.

8. _Leave for Studies or Training_

a. Special leave may be granted to employees for study or training, as set out in Section 6.5 of Act No. 184, *supra*.

b. Act No. 203, *supra*, provides for unpaid study leave to veterans who are serving in any position within the Government of the Commonwealth of Puerto Rico. The duration of such unpaid leave shall be for the whole of whatever period is reasonably required by said studies, while the employee is actually taking or studying the courses in question. A veteran who makes use of this benefit, and who so requests, upon completion of his or her studies and within one hundred eighty (180) days after completing said studies, shall be placed in the same position that he or she was carrying out prior to taking leave for the studies in question, or in another job or position that is equal in category, salary, and hierarchy. Once the employee has been reinstated in this job or position, he or she may only be removed for causes recognized by the laws of Puerto Rico, these Regulations, or the regulations issued by the OCALARH, if his or her position is subject to the provisions of Act No. 184, *supra*.

c. The Secretary may grant partial day leave to employees to attend educational institutions accredited by the legally designated government agency, subject to the following rules:

(1) The time used will be charged against the employee's accrued vacation leave or by means of an administrative arrangement that allows the employee to repay the portion of time used for study purposes by rendering hourly service.

(2) When an employee is authorized to receive short-term training, he may be granted paid leave for that purpose. In addition, payment of per diem, travel, and other expenses, as needed, may be authorized.

123

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

9. *Special Paid Leave*

Employees shall have the right to paid leave in the situations listed below. The Secretary's authorization is required in order to grant these types of leave:

a. Paid Leave to Participate in Activities Involving Official Representation of the Country:

   (1) This type of leave shall be granted in cases where an employee is the official representative of Puerto Rico at Olympic games, conventions, competitions or other similar activities, for the period of time in which such representation takes place, including the period of time required to travel to and from the activity.

   (2) Official evidence of the employee's representation shall be required together with the employee's application for this type of leave. In all cases, this type of leave must be approved in advance by the Secretary.

b. Special Athletic Leave:

   When officially representing the country as an athlete, employees shall be governed by the following provisions in accordance with Act No. 49 of June 27, 1987, as amended:

   (1) Special athletic leave will be granted to any employee who is duly certified by the Puerto Rico Olympic Committee as an athlete to represent Puerto Rico in the Olympic Games, Pan American Games, Central American Games or Regional or World Championships.

   (2) Persons with disabilities must be certified by the Secretary of Recreation and Sports as athletes to represent Puerto Rico in said sports events, following certification by a local organization that is recognized by the corresponding international organization for the governing the practice of sports by persons with disabilities.

   (3) In order to be granted special athletic leave, the employee must submit to the Secretary, within no less than ten (10) days prior to quartering, a certified copy of the supporting document that entitles the employee to represent Puerto Rico in the competition, which must contain information about the time during which he or she will be participating in the competition.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

(4)   This special athletic leave may be accumulated up to a maximum of thirty (30) working days per year.

(5)   Eligible employees who are athletes, coaches, and specialized staff may be absent from their jobs for a maximum of forty-five (45) working days per year, provided they have been accumulated, with no reduction of their duties. If an employee's request exceeds the limits of his or her accumulated special leave for sports activities, the extra time will be processed and authorized by subtracting any excess days from accumulated vacation leave.

(6)   For purposes of this type of leave, the term "athlete" includes athletes, judges, referees, technicians, delegates and any other person certified in such a capacity by the Puerto Rico Olympic Committee, as well as persons with disabilities certified as athletes by the Secretary of the Department of Recreation and Sports.

(7)   For the purposes of this special type of leave, to be granted to persons with disabilities, certified by the Secretary of the Department of Recreation and Sports, the following terms shall be understood as follows:

   i.   Athlete: includes athletes, judges, referees, coaches, healthcare professionals, delegates, and any other person certified in such a capacity by the Secretary of the Department of Recreation and Sports, following certification by a local organization recognized by a corresponding international organization.

   ii.   Local Organization: a country-level entity that is recognized by the corresponding international organization for the practice of sports by persons with disabilities, in accordance with the criteria, sport classifications and rules for the practice of sports by persons with disabilities, and which acts as the body that accredits local organizations.

   iii.   International Organization: the body that establishes, the international level, the criteria and sport classifications and rules for the practice of sports by persons with disabilities, and which acts as the body that accredits local organizations.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

c. Paid Leave for Voluntary Service to the Corps of the Puerto Rico State Agency for Emergency and Disaster Management:

(1) Paid leave shall be granted for the time an employee renders volunteer service to the Corps of the Puerto Rico State Agency for Emergency and Disaster Management (AEMEAD), an agency created under Act No. 211-1999, as amended, in the event of a disaster or for brief training sessions in which they have been officially required to participate, provided they are members of the AEMEAD.

   i. A disaster is defined as the occurrence of an event that results in property damage, death and/or injury in one or more communities. Disaster cases shall be understood to mean emergency situations caused by natural forces such as hurricanes, storms, floods, earthquakes, fires and other manifestations of *force majeure* that require the services of the AEMEAD.

   ii. An emergency is defined as any situation or circumstance for which state and municipal efforts are necessary for the purpose of saving lives and protecting property, public health and safety, or to minimize or avoid the risk of a disaster occurring in any part of Puerto Rico.

   iii. Volunteer Corps are defined as groups of duly certified citizens who collaborate and provide volunteer services to the AEMEAD or Municipal Office.

(2) To take such leave, the employee must submit the following to the DNER:

   i. Official evidence showing that he or she belongs to the Volunteer Corps of the AEMEAD.

   ii. Following the rendering of voluntary services, the employee must provide AEMEAD with certification of the services provided and the period of time in which he or she served.

   iii. If the employee does not belong to EMEAD, but joined it due to the emergency in order to render emergency services, he or she must provide the

126

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

the DNER with AEMEAD certification of the services provided and the period of time during which he or she served.

d. Leave for Voluntary Service to the American Red Cross of Puerto Rico:

(1) This category of paid leave is established in the "Voluntary Leave for Emergency Services Act", Act No. 58-1994, as amended.

(2) Employees who are certified disaster services volunteers for the American Red Cross may take a paid leave of absence from work for a period not to exceed thirty (30) calendar days in any given twelve (12) month period, to take part in specialized disaster service functions.

(3) This leave may be used consecutively, intermittently or in fragmented form, but may not exceed thirty (30) calendar days during the specified period.

(4) For the purposes of this leave, disaster situations shall be understood to include emergencies caused by hurricanes, storms, floods, earthquakes, fires and other *force majeure* events requiring emergency services.

(5) In order take this leave, the employee must obtain the prior approval of the Secretary and submit the following:

i. Official evidence showing that he or she is a certified volunteer with the American Red Cross disaster services.

ii. A communication issued by the American Red Cross requesting his or her services.

iii. Upon completion of services, he or she must submit to the DNER a certificate issued by the American Red Cross attesting to the services provided and the amount of time served.

(6) This leave shall apply to volunteer services rendered in disasters occurring within the jurisdiction of Puerto Rico.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

(7)  This leave shall be granted without prejudice to any pay the employee is receiving or to any other benefits such as compensatory time, vacation, sick leave, and seniority.

e.  Leave for Examinations and Employment Interviews:

Paid leave shall be granted to any employee who requests it for the period of time required to take examinations or attend certain interviews to which he or she has been officially invited in connection with a public service employment opportunity. The employee must submit evidence to DNER of the official notice to that effect.

f.  Child Vaccination Leave:

(1)  Paid leave shall be granted for a period of two (2) hours to any employee who so requests, to take his or her children to be vaccinated at a government or private institution. Employees with more than one child shall be required to schedule and coordinate immunization appointments to minimize the use of this leave.

(2)  If both parents are employed at DNER, the leave of absence must be used by one of them, at their election, each time vaccinations are administered to a minor child.

(3)  As an exception, in extraordinary and highly meritorious cases, such as cases of minors who have a disability that requires the presence of more than one adult to transport him or her, and if there are no other alternatives and provided that proper evidence is presented, both parents may be granted permission.

(4)  The employee must agree in advance with his or her supervisor regarding the day and time when he or she will make use of this leave and must complete the appropriate form.

(5)  Together with the application for the use of this leave, the employee must submit to DNER the immunization card of his or her child or children.

(6)  Immediately upon making use of this leave, the employee shall provide the DNER with the appropriate certification indicating the place, date and time at which his or her child or children were immunized. If this certification is not submitted, the time used will be deducted from the employee's accrued vacation time and if no such leave has been accrued, the leave period granted will be deducted from the employee's salary.

128

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

(7) This leave also applies to official requirements issued by health authorities to vaccinate children when there are outbreaks of epidemics throughout the island or in a specific area.

(8) Employees have the responsibility to make judicious and limited use of this leave. Supervisors are responsible for enforcing the rules governing this leave and ensuring that services are not affected.

(9) Employees who are on any other type of leave of absence are not entitled to this benefit.

(10) This type of leave cannot be accrued.

g. Paid leave for Public Employees who are Members of Local Election Commission:
Paid leave will be granted to public employees who are Members of Local Election Commissions. This leave shall be used only to attend the meetings of said commissions, and official evidence of the meeting invitation shall be required.

h. Paid leave for Public Employees who are Acting Local Commissioner-Presidents to Carry Out Full-Time Functions in Local Commissions:
Public employees who are acting local Commissioner-Presidents shall be granted paid leave, upon request of the State Election Commission, to perform full-time duties on the local commissions in question or additional duties assigned by the Commission. such as election monitoring or ballot counting for a term not to exceed one hundred and eighty (180) days in the year in which a general election is held, beginning on July 1 of the election year and, if necessary, until the completion of the general vote count. In addition, the DNER shall grant such time as may be required by those employees who are local Commissioner-Presidents without charging it to any leave or any reduction in pay to attend meetings called by the Local Commission and which are reported in advance by the employee.

129

i.  <u>Municipal Legislator's Leave</u>

(1)  Municipal legislators who are employed in the career service of the DNER shall be entitled to special leave of absence for good cause with pay. This leave of absence shall not exceed a maximum of five (5) working days per year.

(2)  They shall also be entitled to unpaid leave not exceeding five (5) working days per year.

(3)  Both types of leave shall be used to attend sessions of the Legislature and meetings and hearings of the Legislature for the purpose of conducting the legislative business of the municipality.

(4)  For either of the two (2) special types of leave, the Legislature shall forward, in writing, the notice of the meeting sent to the Municipal Legislator, at least twenty-four (24) hours in advance. The Municipal Legislator shall be responsible for submitting the same to the DNER for the granting of the special leave that applies for that purpose.

(5) This leave shall be in addition to and not concurrent with any other leave to which the assemblyman is entitled as an employee.

j.  <u>Paid Leave for Public Employees with Children, to Visit Educational Institutions:</u>

(1)  Act No. 134-1998, provides for the granting of working hours to employees, without reduction of their pay or the balances of their leaves, to go to public or private educational institutions where their children are studying to inquire about their conduct and scholastic performance.

(2)  The time granted shall be two (2) working hours at the beginning and end of each school semester.

(3)  As provided by the above-mentioned law, immediately after making use of this leave, the employee shall present the corresponding documentation showing that the time granted was used to carry out the actions authorized herein.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

k. Paid Leave for Public Employees to Donate Blood or to Registry as a Potential Bone Marrow Donor;

Public employees shall be granted paid leave of absence for a period of four (4) hours to donate blood or to registry as a potential bone marrow donor in accordance with Act No. 154-2000, as amended. The leave to enroll in this registry shall be granted only once per employee, and the employee shall be required to submit to the DNER evidence that he or she used the time allotted for the stated purposes. the DNER may corroborate by any means that this leave was used for the purposes set out above.

l. Granting of Time to Renew a Driver's License;

Up to two (2) working hours, with pay and not to be charged against any leave, will be granted to renew a driver's license, as provided in Act No. 22-2000, as amended.

m. Paid Leave for Public Employees who are Members of Organized Cooperatives in Government Agencies;

Work time will be granted, with no charge against any leave, to members of the directing bodies of cooperatives organized within government agencies. The Secretary of the Board of Directors must certify the following to the DNER: the employees who are members of the governing bodies of their cooperative, the days on which they meet, and attendance at the respective meetings. The time granted to employees who are board members of the cooperative to hold their meetings shall not exceed three (3) hours per month for members of the Board of Directors, the supervisory committee and the education committee.

In addition, work time, up to a maximum of three (3) hours per year and with no charge against any leave of absence, shall be granted to employees who are members of cooperatives organized in any government agency, to attend the General and Special Members Meetings of such cooperatives.

Cooperatives are required to send the DNER a copy of the call to the meeting and the list of member employees at least ten (10) days prior to holding the Meeting. Likewise, the Secretary of the Board of Directors of the cooperative must certify the employees'

131

attendance at the Meeting to the DNER, by means of a Certificate of Attendance, on or before ten (10) working days after the Meeting is held. The employees shall be responsible to submit said Certificate to the Human Resources Office of the DNER, otherwise the time will be deducted from their regular leave of absence.

n. <u>Leave of Absence for Unforeseen Circumstances</u>;

In cases where the Secretary determines that it is appropriate to suspend services due to situations such as a power or water outage, fire, windstorms, hurricanes, earthquakes or other situations that make it impossible to be physically present in the workplace, paid leave shall be granted to employees who are providing services at the time the situation arises.

10. *Unpaid Leave*

Unpaid leave is a leave of absence that is granted to an employee to take off work for a certain amount of time. This leave does not involve termination of employment, and the employee retains the position until he or she returns or resigns. This leave will be granted when it is certain that the employee will return to his or her position at the end of the leave.

a. <u>General Provisions</u>;

(1) Unpaid leave will not be granted in cases where the employee intends to use such leave to pursue other employment opportunities.

(2) If the cause for which the leave was granted ceases to exist, the employee shall immediately return to his or her employment or notify the Secretary of the reasons why he or she is unavailable, or of his or her decision not to return to his or her previous employment.

b. <u>In Addition to the Unpaid Leaves Provided for in Other Sections of these Regulations, the Following Leaves of Absence shall be Granted</u>;

(1) To employees with regular status, to provide services in other agencies of the Government of the Commonwealth of Puerto Rico or in a private entity, if it is determined that the experience gained by the employee will meet a proven training need for the DNER or public service.

(2) To employees with a regular or probationary status, to provide services of a temporary nature as provided in Act No. 184, *supra*.

132

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

(3) To employees with regular status, to protect their status or the rights to which they may be entitled in the following cases:

    i. A disability claim with the Retirement System or other entity, where the employee has exhausted his or her sick leave and vacation leave.

    ii. A situation in which the employee has had an accident at work and is under medical treatment with the State Insurance Fund Corporation or pending a final determination regarding his or her accident and, has exhausted his or her vacation and sick leave.

    iii. To employees who request leave after the birth of a child, with the understanding that this type of leave may be granted for a period of time not to exceed six (6) months from the time it is authorized.

    iv. To career employees with regular status who come to provide services as employees in a position of trust in the Governor's Office or the Legislature while providing such services.

    v. To career employees with regular status who have been elected in the general elections or are selected to fill vacancies in an elected public office in the Executive or Legislative Branches, including the offices of Resident Commissioner in the United States and Mayor, while they continue providing said services.

    vi. The Secretary may grant unpaid leave in cases of temporary budgetary shortfalls that do not require the permanent elimination of positions. Such leaves of absence shall be granted in accordance with the DNER Severance Decree Plan.

(4) Unpaid Athletic Leave for Training:

    i. Unpaid athletic leave shall be granted to any employee who is duly selected and certified by the Board as an athlete in training and coach for the Olympic, Paralympic, Pan American or Central American Games and for Regional or World Championships.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

ii. For the purposes of this subsection, the following terms and phrases shall have the meaning expressed below:

(a) Athlete in training: Persons selected and certified to participate under this Act by the Board for the Development of the Full-Time High-Performance Puerto Rican Athlete, for their achievements and credentials in international competition.

(b) Coach: A specialized technician who carries out his duties at a high level in the field of sports training and competition.

(c) COPUR: Puerto Rico Olympic Committee.

(d) COPAPUR: Puerto Rico Paralympic Committee.

(e) Board: An office of the Department of Recreation and Sports known as the Board for the Development of the Full-Time High-Performance Puerto Rican Athlete, charged with the certification of athletes in training and coaches.

iii.  The unpaid athletic training leave shall be for up to one (1) year with right of renewal, provided that it is approved by the Board and the employer is notified on or before the thirtieth day prior to its expiration. This unpaid athletic leave of absence for training or competition allows eligible athletes and coaches to be absent from work without loss of time and guarantees their employment without affecting any benefits and rights acquired during the period in which they are participating in training or competition.

iv. While unpaid athletic leave is taken to train, to provide training or to compete, the Board shall be responsible for the salaries of participants. Therefore, it has the obligation to make available to the employer the amount corresponding to the legal deductions taken

134

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

from the employee during that period, so that the employer can continue covering the payments corresponding to such contributions.

    v.   Any athlete or coach selected and certified by the Board for pre-competition training shall, at least fifteen (15) days prior to his or her quartering, submit to the DNER a certified copy of the document accrediting him or her for training, competition or as a coach selected for such purposes, which shall contain information about the time the athlete or coach will be participating in the training in question.

c.  <u>Duration of the Unpaid Leave of Absence</u>;

   (1)  The unpaid leave of absence shall be granted for a period not to exceed one (1) year, except for those with a set term.

   (2)  Unpaid leave may be extended at the discretion of the Secretary when there is a reasonable expectation that the employee will return to work.

   (3)  In exercising his or her discretion, the Secretary shall ensure that at least one of the following purposes is achieved:

      i.   Further training of the employee or completion of the studies for which the leave of absence was originally granted;

      ii.   Protection or improvement of the employee's health;

      iii.   The need to retain the employee for the benefit of the DNER;

      iv.   Help to promote the development of a government program, when the employee's continued work in another agency or entity results in a benefit to the public interest.

      v.   The final determination in the event of a workplace accident is pending before the State Insurance Fund Corporation.

      vi.   The final determination regarding disability is pending in any action filed by the employee with the Retirement System or any other organization.

d.  <u>Cancellation of Unpaid Leave of Absence</u>;

The Secretary may cancel an unpaid leave of absence at any time, if it is determined that the purpose for which it was granted is not being met. In this case, he or she must

135

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

notify the employee five (5) days in advance, stating the reasons for the cancellation. The employee is required to notify the DNER of any changes in the situation that led to the granting of the unpaid leave of absence or of his or her decision not to return to work at the end of the leave of absence.

## Section 13.5 – General Provisions for Leaves of Absence

1. Any other leave of absence, with or without pay, may be granted at the discretion of the Secretary when the needs of the service so permit and in compliance with the provisions of Act No. 184, *supra.*

2. Days off and holidays shall not be considered for the purpose of calculating paid leave, with the exception of maternity leave.

3. Days on which public services are suspended by the Governor shall be counted as days off only for personnel on active duty and not for personnel on any other type of leave of absence.

4. The Secretary shall ensure that, in the administration of leaves of absence, no type of leave is used for purposes other than those for which it was granted.

5. Employees shall accrue sick and vacation leave during the time they are on any paid leave of absence, provided they return to public service at the end of the period of leave. Accrued leave shall be credited, in these cases, when the employee returns to work.

6. An employee may be subject to disciplinary measures for the improper use of any of the leaves of absence to which he or she is entitled.

7. In the case of employees whose appointment has a set duration, leaves of absence may not be granted for a period exceeding the term of such appointment.

## Section 13.6 – Law Governing Family and Medical Leaves of Absence

1. These Regulations incorporate the Family and Medical Leave Act (FMLA), Public Act. No. 103-1993, as amended, which provides that every eligible employee shall be entitled to a total of twelve (12) weeks of unpaid leave during any twelve (12) month period for one or more of the following reasons:

   a. The birth of one (1) child, for the purpose of caring for him or her;

   b. The adoption of one (1) child, or placement in the home for foster care;

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

   c.   The care of a spouse, son, daughter, father, or mother of the employee who suffers from a serious health condition;  or

   d.   A serious health conditions  that renders the employee unable to carry out his or her job functions.

2.   In certain circumstances, an employee may elect to use accrued paid leave (such as sick leave or vacation) as a partial or full substitute for Family and Medical Leave. The Secretary shall be responsible  for determining  whether the employee's use of paid leave of absence shall be considered Family and Medical Leave, based on information  provided by the employee.

3.   Under no circumstances may paid leave be credited as Family and Medical Leave after such leave has ended.

4.   For the purposes of this Act, "serious health condition"  shall be understood to be a disease, injury, impairment,  or physical or mental condition  that involves:

   a.   Any period of disability or treatment requiring confinement for one (1) or more nights in a hospital, hospice or residential health care facility;

   b.   Any period of disability requiring an absence of more than three (3) days from work, school or other regular daily activities, for ongoing treatment by or under the supervision of a health care provider; or

   c.   Ongoing treatment, including prenatal care, by or under the supervision of a health care provider for a condition  that is either incurable or so severe that it could result in a period of disability greater than three (3) days if not treated.

5.   To be eligible for the benefits of this type of leave of absence, the employee must:

   a.   Have worked for the DNER for at least twelve (12) months; and

   b.   Have worked for at least one thousand two hundred and fifty (1,250) hours during the twelve (12) months prior to the start of the leave of absence.

6.   When both spouses work at the DNER, they shall be jointly entitled to a combined total of twelve (12) weeks of this type of leave of absence for the birth of one (1) child or the placement of the child with them for adoption or foster care, and to care for a parent (excluding in-laws) who has a serious health condition, as this term is defined in the "Family and Medical Leave Act".

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

7. Family and Medical Leave may be used intermittently, under certain circumstances. That is, it may be fragmented, or it may be used by reducing daily or weekly working hours. In addition, vacation or sick leave may be used as a total or partial substitute for Family and Medical Leave.

8. The DNER may require employees to apply for this type of leave with thirty (30) days prior notice, when the need is foreseeable, and to submit medical certificates proving the need for the leave of absence due to a serious health condition affecting the employee or members of his or her immediate family (spouse, children or parents).

9. It may also request a second medical opinion, paid for by the DNER, when there are reasonable grounds for doing so, as well as periodic reports during the period of leave regarding the employee's or family member's health condition and his or her intention to return to work.

10. While the employee is on this type of leave, his or her health insurance will remain in effect, under the same conditions as if he or she were working.

11. Employees with fixed-term appointments may not be granted leave of absence for a period exceeding the term of such appointment.

12. The fact that an employee has made use of this leave of absence will not result in the loss of any employment benefits he or she may have acquired or to which he or she may have been entitled prior to the use of this license.

## ARTICLE 14 – WORKDAY AND ATTENDANCE

### Section 14.1 – General Provisions on the Workday

1. Pursuant to Article 11, Section 11.1 (1) of Act No. 184, *supra*, the work week for public employees shall not exceed forty (40) hours or be less than thirty-seven (37½) hours, based on five (5) working days, except as otherwise provided by special legislation. The daily workday shall not exceed eight (8) hours or be less than seven and one-half (7½) hours.

2. The employee's regular work week shall consist of the number of hours that the employee is required to perform services within a period of seven (7) consecutive calendar days, according to his/her regular work schedule.

3. Normally, the work week will comprise the days from Monday to Friday, with Saturday and Sunday being days off. However, in order to meet service needs, the DNER may establish a

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

regular work week for all or part of its staff, beginning and ending on any day of the week, provided that the work week includes two (2) days off.

4. Within the above-specified limits, the regular working hours applicable to DNER employees shall be established, taking into consideration the needs of the service. For this purpose, the workday for DNER employees shall be seven and a half hours (7½) or eight (8) hours, while the work week shall be thirty-seven and a half hours (37½) or forty (40) hours.

5. Notwithstanding the foregoing, in those cases in which a reduced regular work schedule has been established as a measure to avoid layoffs, the workday may be established on the basis of less than five (5) working days. the DNER shall comply with the provisions of Section 6.6 (9) of Act No. 184, *supra*, and any Executive Order in effect when a reduction in the work day and/or a reduced-hour work schedule is implemented as a result of budget shortfalls, lack of funding, or lack of work in the DNER.

## Section 14.2 – Work Schedule

1. As a general rule, the regular daily working hours shall be set on the basis of a fixed time of entry and exit. However, Article 11, Section 11.1 (5) of Act No. 184, *supra*, provides that a system using flexible, staggered, extended, or rotating hours may be adopted through internal regulations.

2. For this purpose, the regular workday of DNER employees will consist of seven and a half (7½) hours or eight (8) hours. The schedule shall be established by means of internal regulations.

## Section 14.3 – Special Schedules

The Secretary may authorize special start and/or end time schedules in order to meet service needs, or upon request of the employee for a justified reason. The approval of such requests shall be at the discretion of the Secretary.

## Section 14.4 – Meal Periods

1. Each employee shall be allowed one (1) hour for a meal during his or her workday. No employee shall be allowed to exceed one (1) hour for these purposes. The employee may begin to take his or her meal period no earlier than the end of the first three and one-half hours of the workday, nor later than the end of the fifth consecutive hour of the workday. This period shall not be flexible. Failure to comply with this provision may result in corrective action or disciplinary measures, as applicable.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

2.  The Secretary, or his or her authorized representative may, due to an emergency situation or service need, require an employee to provide service during mealtimes or portions thereof. In such case, compensatory time shall be granted to the employee at the rate of time-and-a-half on the day the mealtime was reduced or eliminated.

3.  The Secretary, or his or her authorized representative, may authorize the reduction of mealtimes by a period of not less than one-half hour (30 minutes), for good cause and without affecting service, whether due to the needs of the DNER or the employee.

4.  Work should be scheduled in such a way as to avoid as much as possible the need to reduce or eliminate the employee's mealtime.

## Section 14.5 – Rest Periods

1.  Two (2) rest or snack periods will be granted daily, one in the morning and one in the afternoon. Such periods shall not exceed fifteen (15) minutes and shall be taken no earlier than 9:30 a.m. and no earlier than 2:30 p.m. Rest periods shall not accumulate, and the granting of such rest periods is a privilege. Supervisors shall exercise appropriate control so that the enjoyment of rest periods does not interfere with the provision of services.

## Section 14.6 – Hours Worked

Hours worked shall include all time during which an employee is required to provide services or remain on the premises or in a confined workplace, and all time during which the employee is expressly ordered or authorized to perform such service. Hours worked shall not include those during which the employee is on any type of leave of absence.

## Section 14.7 – Overtime Work

1.  For the purposes of the DNER, overtime work is considered to be any additional hours worked in excess of seven and a half (7½) or eight (8) hours per day or thirty-seven and a half (37½) or forty (40) hours in a work week.

2.  The work schedule shall be set up in such a way as to minimize the need for work in excess of the regular hours established for employees. However, because of the special nature of the services or due to an emergency situation, the DNER may require employees to perform services in excess of their regular work day or work week, on any holiday, or on any day when services are suspended by the Governor without a charge against leave.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

3. Supervisors shall take steps to ensure that prior express authorization is given by the Secretary or the Secretary's authorized representative whenever an employee remains at work beyond his or her work schedule. Supervisors shall be responsible to make appropriate use of personnel outside of working hours. In addition, supervisors shall be responsible to ensure that employees do not work in excess of their work schedule.

4. The overtime work hours form must be submitted to the Human Resources Office together with the attendance record.

### Section 14.8 – Compensatory Leave

1. Pursuant to Article 11 of Act No. 184, *supra*, with respect to overtime hours worked, where applicable:

   a. Employees shall be entitled to receive compensatory leave, at the rate of time-and-a-half, for services rendered in excess of their regular daily or weekly work day, meal time, and for services rendered on holidays, rest days, or days on which services are suspended, without charge against leave, by the Governor.

   b. This leave must be taken by the employee within a period of thirty (30) days, counted from the date he or she rendered services in excess of the daily or weekly schedule, including rest days or holidays. If this is not possible due to service needs, this leave may be accumulated up to a maximum of two hundred and forty (240) hours. For employees in health and safety positions, if applicable, up to four hundred and eighty (480) hours may be accumulated. Compensation for overtime in the form of compensatory leave is not applicable to any hours that the employee accumulates in excess of the above-mentioned limits.

   c. Accumulated overtime in excess of two hundred and forty (240) hours is calculated on a time-and-a half basis, based on the salary being earned by the employee at the time of payment. Such payment shall be made within thirty (30) days following the date on which the overtime was performed or within the next day, if not possible, because the overtime to be paid could not be calculated.

141

d.   The DNER will make arrangements for the employee to take such leave prior to being separated from the service or transferring to another government agency; however, when an employee is unable to take accrued compensatory leave of absence due to service needs, the DNER will be obligated to pay such leave at the rate of time-and-a-half, at the rate of pay received by the employee at the time of separation from the DNER. In such cases, there must be written evidence in the employee's human resources file showing that the employee was unable to take this leave due to service needs and at the request of the DNER.

e.   The provisions of this Section exclude those employees who perform functions of an administrative, executive, or professional nature, as those terms are defined in the "Fair Labor Standards Act of 1938," as amended.

2.   Overtime Hour Worked, based on the amendments to the "Federal Fair Labor Standards Act of 1938," as amended:

None of the preceding provisions shall be interpreted in such a way as to violate the "Federal Fair Labor Standards Act of 1938" with respect to overtime worked and the compensation received by the employee for such work.

a.   For purposes of this subsection, overtime comprises all additional hours worked in excess of the forty (40) hours of the regular weekly work schedule. Hours in which the employee is on any type of leave of absence shall not be considered as hours worked.

b.   Overtime worked in excess of the regular workweek will accrue at the rate of time-and-a-half, up to a maximum of four hundred and eighty (480) hours for public safety and emergency employees and up to two hundred and forty (240) hours for other eligible employees.

c.   Overtime hours thus accumulated may be taken in the form compensatory leave. The use of such leave will be authorized within a reasonable period of time, upon the employee's request, provided that the operations of the DNER are not affected.

d.   Accumulated overtime in excess of two hundred and forty (240) and four hundred and eighty (480) hours, as the case may be, shall be paid in cash, at the rate of time-and-a-half based on the salary being earned by the employee at the time of payment. Such

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

payment shall be made within the pay period in which the overtime was performed or within the next pay period, if payment is not possible because the overtime to be paid could not be calculated.

e.  Any employee who has accumulated compensatory time will receive, upon termination of his or her employment a cash payment based on:

(1)  His or her average salary during the previous three (3) years of employment.

(2)  His or her final salary, whichever is greater.

## Section 14.9 – Other Provisions on Workday and Attendance

The DNER shall establish written regulations that do not conflict with Act No. 184, *supra*, with the "Federal Fair Labor Standards Act of 1938", nor with these Regulations in order to govern, among others, the following aspects:

1.  Weekly and daily work schedules applicable to the employees;

2.  Work hours;

3.  Meal periods;

4.  Accumulated overtime hours, with respect to personnel who have the right to receive compensatory leave.

5.  Method and control of the attendance record and forms for maintaining proper attendance records;

6.  Separate records of time worked in excess of the daily and weekly work schedules;

7.  Standards for absences and lateness;

8.  Standards, procedures, controls, and booking of leaves of absence; and

9.  Corrective measure and specific disciplinary actions to which career employees are subject when they violate the above-mentioned standards and procedures.

## ARTICLE 15 – REINTEGRATIONS

## Section 15.1 – General Provisions

A reintegration shall be understood to mean the inclusion, in one of the DNER's registries of persons eligible for employment, of the name of a person who remains eligible for the class or classes of positions, or other similar classes, in which he or she served as a regular employee, and involving the same level of work.

The following persons shall have the right to reintegration:

143

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

1. Regular employees who resign from their positions or are laid off due to reductions in force;

2. Employees in a position of trust who were separated from their position without exercising the right to reinstatement under Section 9.2 of Act No. 184, *supra*;

3. Regular employees who were separated from service by reason of occupational or non-occupational disability, upon recovery from such disability.

Any person who is approved for reintegration shall be entitled to be included in a registry for a period of no more than three (3) years from the date of his or her separation from service or the date on which his or her disability officially ended. Exceptions to this provision are persons who recover from their occupational or non-occupational disability from one of the retirement systems. In these cases, they will remain on the registry until they are selected.

## Section 15.2 – Procedure for Requesting Reintegration

1. Persons who are eligible for reintegration and who wish to exercise that right, with the exception of those who were laid off due to a reduction in force or those who have recovered from an occupational or non-occupational disability from one of the retirement systems, must file a written request with the DNER within three (3) years after the effective date of the separation from the post they held. the DNER will notify the agency in writing of the action taken regarding the individual's reintegration request.

2. In cases involving employees who stopped working due to occupational or non-occupational disability and who recover from their disability, there is no deadline for filing their application. They may exercise the right of reintegration at any time. In addition, they will be certified as sole candidates and the DNER shall be required to appoint them if they are available, but may require that they provide suitable proof or evidence of capacity.

3. The names of employees who were laid off due to a reduction in force or a lack of funds, or who have recovered from an occupational or non-occupational disability in the DNER, will be included in the registry without the need for them to file an application.

## Section 15.3 – Notification to the Applicant

1. The employee will be notified in writing of the action taken on his or her application for reintegration. Laid-off employees will be informed in writing of the reintegration made.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

2. If the DNER denies a reintegration request, it will inform the employee of the reason or reasons for such action and the employee may request a reconsideration of this decision within ten (10) days of the date of the notice. If the decision is upheld, the employee may appeal to the CASP within thirty (30) days following notification of the decision.

## Section 15.4 – Reintegration in Modified or Eliminated Position Classes

If, at the time of an employee's reintegration, the position class that he or she held has been changed or eliminated, the applicant's name will be entered in the registry for a position class whose functions substantially coincide with those of the position class that was changed or eliminated. The employee must meet the minimum academic qualifications and work experience for the position.

## Section 15.5 – Probationary Period in Cases of Reintegration

Persons who are reintegrated by the DNER will be subject to the corresponding probationary period. However, the Secretary may assign regular status to such employees when, as a result of such reintegration, they are appointed to a position within one (1) year following the date of separation from service.

## ARTICLE 16 - EMPLOYEE RECORDS

## Section 16.1 - Employee Records

1. Employee records shall reflect the complete history of employees from the date of their original entry into public service to the time of their final separation.

2. The DNER shall be responsible for the retention, custody, and maintenance of employee records as provided below and in accordance with Act No. 5 of December 8, 1955, as amended, which created the Public Records Retention and Disposal Program and the Regulations on the Administration of the Public Records Retention and Disposal Program in the Executive Branch.

## Section 16.2 - Classification of Records

Employee records will be classified as active or inactive. Active records are those for employees who remain linked to the service, and inactive records are those of employees who have left the service.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Section 16.3 - Content of Records**

Every employee to whom any type of appointment is give will have a record opened, which will be identified with the employee's full name. This record will contain, among others, the original of the following documents:

1.  Personnel History;

2.  1-9 - Employment Eligibility Verification, "Federal Immigration Reform and Control Act of November 6, 1986," as amended (Public Act No. 99-603);

3.  Criminal Record Certificate issued by the Puerto Rico Police;

4.  Certificate of Filing of Income Tax Return

5.  ASUME Debt Certification that shows that a maintenance debtor is in good standing with the child support or is following a payment plan to that effect;

6.  Notices of change in status, salary, classification, and other;

7.  Notice of Appointment and Oath;

8.  Employee performance evaluations;

9.  Documents reflecting the award of salary increases or any other aspect related to compensation;

10. Commendations for good performance, service excellence or administrative improvements;

11. Documents reflecting disciplinary actions, as well as CASP decisions in this respect, where this forum has submitted a sanction decision;

12. Certifications of services rendered to the Government of the Commonwealth of Puerto Rico;

13. Letters of amendment to documents that are part of the record;

14. Communications on promotions, transfers and demotions;

15. Evidence of training;

16. Documentation related to the participation of employees in the Pension Administration System and its administrative units;

17. Authorizations for salary discounts for association fees, obligations to the Pension Administration System, the Association of Employees of the Commonwealth (AEELA) or others authorized by Law;

18. Documents concerning scholarships or paid or unpaid study leaves, such as contracts, evidence of studies, applications and authorizations for tuition payments; and

146

19.   Leave records.

In accordance with the provisions of Act No. 191-2009, as amended, a photocopy certified as a true copy of the certified copy issued by the Demographic Registry shall be retained as evidence of the birth certificate. In the absence of the latter, a copy of the Baptismal Certificate accompanied by a copy of a negative certification from the Demographic Registry shall be retained. Failing this, a certificate from the State Election Commission stating the age of the participant as of the date of registration shall be accepted and a copy shall be retained in the record.

## Section 16.4 - Retirement Matters Record

A Retirement Matters Record shall be opened for any employee who is given an appointment in the career service or a transitional appointment in this service, and this record shall be identified with the employee's full name. The following documents shall be filed and maintained in this Record:

1.   Birth Certificate;

   a.   In accordance with the provisions of Act No. 191, above, a photostatic copy certified as a true and accurate copy of the certified copy issued by the Demographic Registry or, failing that, a Baptismal Certificate accompanied by a negative certification from the Demographic Registry.

   b.   In the absence of a Birth or Baptismal Certificate, a certificate of the State Election Commission showing the age of the participant at the time of registration.

2.   Notice of Appointment and Oath;

3.   Notices of Changes;

4.   Individual Declaration;

5.   Service Record and Break-in-Service Certification or, in its place, Certification of Years of Service and Earned Wages issued by the Office of Conservation and Disposition of Public Documents; and

6.   Evidence of any benefits granted by the Pension Administration System.

## Section 16.5 - Medical Record

All information related to employee health and medical examinations performed on employees will be kept in a separate record, which is considered a confidential medical record in accordance with

147

the ADA and the Health Insurance Portability & Accountability Act (HIPAA). This record shall contain the following documents:

1.  Medical Examination Form;
2.  Request for Reasonable Accommodation;
3.  Medical Certification;
4.  Occupational Accident Record; and
5.  Determinations and other certifications of a medical nature
6.  Unpaid leave authorized by medical condition

## Section 16.6 - Custodian of Records

The custodian of records reflecting the employee's history, Medical Records, and Retirement Records shall be the Human Resources Area Officer or their authorized representative from the Operations, Reports, and Records Division, who shall in turn be under the supervision of the Director of Resources.

## Section 16.7 - Review of Records

1.  The individual records of the employees shall be confidential and may be examined only for official purposes or when authorized in writing by the employee themselves for other purposes. The custodians of the records shall be responsible for the confidentiality and the use or disclosure in written or oral form of the information contained in the records.
2.  Every employee shall have the right to examine their record in the company of the record custodian. The employee shall record a request for a review of the record at least five (5) business days in advance. Where the employee is incapacitated by reason of physical illness that prevents them from personally attending the examination of the record, they may designate a representative in writing. If the impairment is due to mental disability, the record may be examined by the person who is appointed guardian by a court of competent jurisdiction.
3.  Employees may obtain copies of the documents contained in their records upon payment of the cost of reproduction and any other prescribed fee. Requests for copies shall be made in writing not less than five (5) working days in advance. Copies of the requested documents will be delivered within the indicated term.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

4.   The Unit and the custodians of the records are confidential and no one may be in the Unit unless they have made the request and are in the company of the custodial employee.

## Section 16.8 - Retention and Disposition of Records

All documents pertaining to the records of active and inactive employees shall be kept and maintained on record, firmly secured. The disposition of the employees' records will be done according to the following rules:

1.   When an employee transfer occurs between an Individual Managing Agency and the DNER, between municipalities and the DNER, between agencies excluded from the Human Resources Management System and the DNER, between public corporations and the DNER, and between government agencies and administrative units and agencies of the Executive Branch and the DNER, the employee's records shall be transferred no later than thirty (30) days from the effective date of the transfer. Whenever an employee's record is transferred, a certification of the documents included in the record shall be prepared and the receiving agency shall verify and certify the receipt of the documents.

2.   The personnel record of any employee who leaves service for any reason shall be retained and kept inactive for a period of six (6) years or an intervention by the Comptroller, whichever occurs first. The final disposition shall be made in accordance with the regulations for the management, retention and disposition of public documents in the Executive Branch.

3.   Where a separated employee is reinstated to a position in the DNER before the six (6) year period, the DNER shall reactivate the record and incorporate the subsequent documents pertaining to the resumption and continuation of their services. If another agency requests the employee's record because the employee has been reinstated, the agency will transmit the employee's record to the agency within thirty (30) days of the date of the request so that the employee's entire public service record is kept in one record.

4.   If the separated employee applies for a pension from a Pension Administration System of the Government of the Commonwealth of Puerto Rico, this system may request the former

149

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

employee's retirement record and the DNER will transmit it to it. Thereafter, the Pension Administration System shall keep the record.

5. In any case in which the death of an active employee who is not a member of the Pension Administration System occurs, the DNER shall keep the records and dispose of them, in accordance with the regulations for the management, retention and disposal of public documents in the Executive Branch. Where the employee is a participant in this Pension Administration System, the corresponding record shall be sent together with the Notice of Change notifying the death.

6. A record shall be kept in the employee's file of the documents that have been disposed of upon termination of the retention period.

## ARTICLE 17 - PROHIBITION

1. For the purpose of ensuring the faithful application of the Merit Principle in the public service during pre- and post-election periods, as provided by Section 6.9 of Act No. 184, *supra*, and the regulations issued by the OCALARH, the Secretary shall refrain from any human resources operations involving areas essential to that Principle, such as appointments, promotions, transfers, and demotions. Nor may they undertake any changes or actions regarding compensation or changes in the category of positions.

2. This prohibition shall include the period of two (2) months before and two (2) months following the holding of Puerto Rico's General Elections; it being stipulated that, during this period, no changes or human resources operations of any kind may be processed or registered in the records of the employees retroactively.

3. Changes as a result of the termination of the probationary period and the imposition of disciplinary actions shall be exempted from the pre- and post-election prohibition.

4. As an absolute prohibition, the reinstatement of employees with regular status in the career service who hold positions of trust or an elected position in the Executive or Legislative Branch, pursuant to Article 9, Section 9.2 of Act No. 184, *supra*, is also excluded from the prohibition. In both situations, employees shall accrue all benefits in terms of classification and salary to which they are entitled, with due administrative prudence.

150

5.  With the prior approval of the OCALARH, exceptions to this prohibition may be made for urgent and undeferrable needs of the service, duly evidenced and certified, in accordance with the rules issued by the OCALARH in this regard.

## ARTICLE 18 - SEVERABILITY CLAUSE

If any word, sentence, subsection, article, section or part of these Rules is declared unconstitutional or void by a competent court, such declaration shall not affect, impair or invalidate the remaining provisions and parts of these Rules, but its effect shall be limited to the specific word, sentence, subsection, article, section or part declared unconstitutional or void.

## ARTICLE 19 - REPEAL

These Regulations supersede any other DNER rules, regulations or standards that conflict with the provisions of the Regulations.

## ARTICLE 20 - VALIDITY AND APPROVAL

These Regulations shall become effective immediately from the date of approval by the OCALARH, in accordance with Act No. 184, *supra*.


[Signature]                                             April 3, 2016
**CARMEN GUERRERO PEREZ**                  **DATE**
**SECRETARY, DEPARTMENT OF**
**NATURAL AND ENVIRONMENTAL**
**RESOURCES (DNER)**


[Signature]                                             April 3, 2016
**HARRY O. VEGA DIAZ**                        **DATE**
**DIRECTOR**
**OFFICE OF LABOR AFFAIRS AND**
**HUMAN RESOURCES ADMINISTRATION**
**TRAINING AND COUNSELING (OCALARH)**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[The following phrases repeat throughout the final ticket pages]

**Reclamación de retribución de escala salarial del Sr. Roberto Navarro Lugo**

**Pay scale compensation claim of Mr. Roberto Navarro Lugo**

Compatido por medio de Google app

Shared through Google app

Enviado desde me iPhone

Sent from my iPhone

152

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**718.384.8040**
**TargemTranslations.com**
**projects@targemtranslations.com**
**185 Clymer St. Brooklyn, NY 11211**

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 24111-Mailing Response

Signed this 11th day of November 2020



Verify at www.atanet.org/verify

_____
Andreea I. Boscor

