UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

  Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## MOTION FOR LEAVE TO WITHDRAW AND REQUEST FOR REMOVAL FROM MAILING MATRIX

TO THE HONORABLE COURT:

  COMES NOW Kobre & Kim LLP ("Kobre & Kim"), the Independent Investigator retained by the Special Investigation Committee of the Financial Oversight and Management Board for Puerto Rico, by and through its counsel, D. Farrington Yates, and its Puerto Rico counsel, Luis F. del Valle, and which respectfully states, alleges, and prays as follows:

1. Kobre & Kim's role as Independent Investigator has concluded pursuant to the terms of its engagement and consistent with orders from this Court. Kobre & Kim has no active role in any matters pending before this Court.

2. Kobre & Kim, through the undersigned attorney, D. Farrington Yates, seeks to withdraw from the case as counsel of record for the Independent Investigator as its engagement has

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).

1

concluded.

3. Luis F. del Valle also seeks to withdraw as Puerto Rico counsel of record for the Independent Investigator as his engagement has concluded.

WHEREFORE, Kobre & Kim, through D. Farrington Yates and Luis F. del Valle, respectfully requests that this Honorable Court grants the withdrawal of Kobre & Kim, D. Farrington Yates and Luis F. del Valle as counsel of record for the Independent Investigator and that Kobre & Kim, alongside the undersigned attorneys D. Farrington Yates and Luis F. del Valle, be removed from the mailing matrix, service lists and any other lists related serving of notices by electronic or any other means.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 12th day of November, 2020.

**Kobre & Kim LLP**

*/s/ D. Farrington Yates*
D. Farrington Yates
N.Y. Bar No. 2986586
(Admitted *Pro Hac Vice*)
800 Third Avenue
New York, New York 10022
Tel. 212.488.1211
Fax. 212.488.1220
Farrington.Yates@kobrekim.com

*/s/ Luis F. del Valle*
Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.647.3503
Fax N/A
dvelawoffices@gmail.com

OF COUNSEL FOR
A&S LEGAL STUDIO, PSC
434 Avenida Hostos
San Juan, PR 00918
Tel. (787) 751-6764/763-0565
Fax (787) 763-8260

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, November 12, 2020, I uploaded a pdf version of this document to the Court's CM/ECF system, which will send notice electronically of its filing to all parties of record, through their counsel of record, and sent copy of the same to Kobre & Kim LLP, and the US Trustee, ustpregion21.hr.ecf@usdoj.gov

**A&S Legal Studio, PSC**
*Counsel for the Financial Oversight & Management Board for Puerto Rico*

*/s/ Luis F. del Valle*
Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.647.3503
Fax N/A
dvelawoffices@gmail.com

OF COUNSEL FOR
A&S LEGAL STUDIO, PSC
434 Avenida Hostos
San Juan, PR 00918
Tel. (787) 751-6764/763-0565
Fax (787) 763-8260