UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>**THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Objection deadline:** December 3, 2020 at 4:00 p.m. (Atlantic Standard Time)<br>**Hearing date:** December 9, 2020 at 9:30 a.m. (Atlantic Standard Time) |

**NOTICE OF FILING OF SIXTH INTERIM AND CONSOLIDATED SEMIANNUAL APPLICATION OF THE FEE EXAMINER AND GODFREY & KAHN, S.C., COUNSEL TO THE FEE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1 THROUGH SEPTEMBER 30, 2020**

**PLEASE TAKE NOTICE** that on November 12, 2020, pursuant to the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269] (the "**Interim Compensation Order**"), the *Thirteenth Amended Case Management Procedures Order* [Dkt. No. 13512-1] (the "**Case Management Procedures**"), the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 3324]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(the "**Fee Examiner Order**"), PROMESA §§ 316 and 317, 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2016, Local Rule 2016-1; Godfrey & Kahn, S.C. ("**Godfrey & Kahn**"), counsel to the Fee Examiner in these proceedings, and the Fee Examiner filed the *Sixth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From April 1 Through September 30, 2020* (the "**Interim Fee Application**").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Interim Fee Application must be (a) in writing, (b) conform with the Interim Compensation Order and the Case Management Procedures, and (c) be filed with the Court and served on the entities below, so as to be received on or before **December 3, 2020 at 4:00 p.m. (Atlantic Standard Time)** (the "**Objection Deadline**"):

(a) <u>Chambers of the Honorable Laura Taylor Swain</u>
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, NY 1007-1312

(b) <u>Office of the United States Trustee for Region 21</u>
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

(c) <u>Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF)</u>
Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, PR 00907
Attn: Carlos Saavedra, Esq.
Rocio Valentin, Esq.
E-Mail: Carlos.Saavedra@aafaf.pr.gov
Rocio. Valentin@aafaf.pr.gov

2

(d) Counsel for AAFAF:

| | |
|---|---|
| O'Melveny & Myers LLP | Marini Pietrantoni Muñiz, LLC |
| 7 Times Square | MCS Plaza, Ste 500 |
| New York, NY 10036 | 255 Ponce de León Ave. |
| Attn: John J. Rapisardi, Esq. | San Juan, PR 00917 |
|     Suzzane Uhland, Esq. | Attn: Luis C. Marini-Biaggi, Esq. |
|     Peter Friedman, Esq. |     Carolina Velaz-Rivero Esq. |
|     Nancy A. Mitchell, Esq. |     María T. Álvarez-Santos Esq. |
|     Maria J. DiConza, Esq. | E-Mail: lmarini@mpmlawpr.com |
| E-Mail: jrapisardi@omm.com |     cvelaz@mpmlawpr.com |
|     suhland@omm.com |     malvarez@mpmlawpr.com |
|     pfriedman@omm.com | |
|     mitchelln@omm.com | |
|     midconza@omm.com | |

(e) Counsel for the Oversight Board:

| | |
|---|---|
| Proskauer Rose LLP | O'Neill & Borges LLC |
| Eleven Times Square | 250 Muñoz Rivera Ave., Ste 800 |
| New York, NY 10036-8299 | San Juan, PR 00918-1813 |
| Attn: Martin J. Bienenstock | Attn: Hermann D. Bauer, Esq. |
|     Paul V. Possinger | E-Mail: hermann.bauer@oneillborges.com |
|     Ehud Barak | |
|     Maja Zerjal | |
|     Brian S. Rosen | |
| E-Mail: mbienenstock@proskauer.com | |
|     pposinger@proskauer.com | |
|     ebarak@proskauer.com | |
|     mzerjal@proskauer.com | |
|     brosen@proskauer.com | |

(f) Counsel for the Creditors' Committee:

| | |
|---|---|
| Paul Hastings LLP | Casillas, Santiago & Torres LLC |
| 200 Park Avenue | El Caribe Office Building |
| New York, NY 10166 | 53 Palmeras Street, Ste. 1601 |
| Attn: Luc A. Despins | San Juan, PR 00901-2419 |
|     James Bliss | Attn: Juan J. Casillas Ayala |
|     James Worthington |     Diana M. Batlle-Barasorda |
|     G. Alexander Bongartz |     Alberto J. E. Añese Negrón |
| E-Mail: lucdespins@paulhastings.com |     Erica C. Montull-Novoa |
|     james.bliss@paulhastings.com | E-Mail: jcasillas@cstlawpr.com |
|     jamesworthington@paulhastings.com |     aaneses@cstlawpr.com |
|     alexbongartz@paulhastings.com |     emontull@cstlawpr.com |

(g) <u>Counsel for the Retiree Committee:</u>

| | |
|---|---|
| Jenner & Block LLP | Bennazar, García & Milián, CSP |
| 919 Third Avenue | Edificio Union Plaza PH-A piso 18 |
| New York, NY 10022 | Avenida Ponce de León #416 |
| Attn: Robert Gordon | Hato Rey, San Juan, PR 00918 |
|      Richard Levin | Attn: A.J. Bennazar-Zequeira |
|      Catherine Steege | E-Mail: ajb@bennazar.org |
| E-Mail: rgordon@jenner.com | |
|       rlevin@jenner.com | |
|       csteege@jenner.com | |

(h) The entities listed on the List of Creditors Holding the 20 Largest Unsecured Claims in COFINA's Title III Case.

(i) Counsel to any other statutory committee appointed in these Title III Cases.

(j) The Fee Examiner, Brady C. Williamson, Esq., Godfrey & Kahn S.C., One East Main Street, Suite 500, Madison, WI 53703.

**PLEASE TAKE FURTHER NOTICE** the date of the hearing at which the Motion shall be considered by the Court is **December 9, 2020 at 9:30 a.m. (Atlantic Standard Time)** and will be held telephonically via CourtSolutions before the Honorable Laura Taylor Swain, United States District Court Judge.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed and served in accordance with the Interim Compensation Order and Case Management Procedures, the relief requested may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

Dated this 12th day of November, 2020.

          EDGE Legal Strategies, PSC

          /Eyck O. Lugo
          Eyck O. Lugo
          252 Ponce de León Avenue
          Citibank Tower, 12th Floor
          San Juan, PR 00918
          Telephone: (787) 522-2000
          Facsimile: (787) 522-2010
          *Puerto Rico Counsel*

          GODFREY & KAHN, S.C.
          One East Main Street, Suite 500
          Madison, WI 53703
          Telephone: (608) 257-3911
          Facsimile: (608) 257-0609
          Katherine Stadler (*Pro Hac Vice*)
          *Counsel for the Fee Examiner*

23147748.1