# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | ) PROMESA<br>) Title III<br>) |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | ) No. 17 BK 3283-LTS<br>)<br>) **(Jointly Administered)** |
| **THE COMMONWEALTH OF PUERTO RICO** | ) **Objection deadline:** December 3, 2020 at<br>) 4:00 p.m<br>) (Atlantic Standard Time) |
| **et al.,** **Debtors.**[1] | )<br>) **Hearing date:** December 9, 2020 at 9:30 a.m. |
| (Atlantic | )<br>) Standard Time)<br>)<br>) |

### NOTICE OF FILING OF SECOND INTERIM AND CONSOLIDATED APPLICATION OF EDGE LEGAL STRATEGIES, P.S.C., LOCAL COUNSEO TO THE FEE EXAMINER, BRADY WILLIAMSON, ESQ. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
### FROM FEBRUARY, 2020 THROUGH MARCH, 2020

**PLEASE TAKE NOTICE** that on November 12, 2020, pursuant to the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269] (the **"Interim Compensation Order"),** and the *Thirteenth Amended Case Management Procedures Order* [Dkt. No. 13512-1] (the **"Case Management Procedures"),** the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief [Dkt. No. 3324]* (the **"Fee Examiner Order"),** PROMESA §§ 316 and 317, 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2016, Local Rule 2016-1; EDGE Legal Strategies, P.S.C., local counsel to the Fee Examiner in these proceedings, filed the *Second Interim and Consolidated Application of EDGE Legal Strategies, P.S.C., Local Counsel to the Fee Examine, Brady Williamson, Esq. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From February 2020 to August 2020* (the **"Interim Fee Application").**

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Interim Fee Application must be (a) in writing, (b) conform with the Interim Compensation Order and the Case Management Procedures, and (c) be filed with the Court and served on the entities below, so as to be received on or before **December 3, 2020 at 4:00 p.m. (Atlantic Standard Time)** (the **"Objection Deadline"):**

(a) Chambers of the Honorable Laura Taylor Swain
 United States District Court for the Southern District of New York Daniel Patrick Moynihan United States Courthouse
 500 Pearl St., Suite No. 3212 New
 York, New York 1007-1312

(b) Office of the United States Trustee for Region 21 Edificio
 Ochoa, 500 Tanca Street, Suite 301
 San Juan, PR 00901-1922

(c) Puerto Rico Fiscal Agency and Financial Advisory Authority
 *(AAFAF)*
 Puerto Rico Fiscal Agency and Financial Advisory Authority Roberto Sanchez Vilella (Minillas) Government Center
 De Diego Ave. Stop 22
 San Juan, Puerto Rico 00907
 Attn: Carlos Saavedra, Esq.
  Rocio Valentin, Esq.
 E-Mail: Carlos.Saavedra@aafaf.pr.gov
  Rocio.Valentin@aafaf.pr.gov

3

(d) <u>Counsel for AAFAF:</u>
0'Melveny & Myers LLP
7 Times Square
New York, New York 10036 Attn: John J. Rapisardi, Esq.
Suzzane Uhland, Esq.
Peter Friedman, Esq.
Nancy A. Mitchell, Esq.
Maria J. DiConza, Esq.
E-Mail: jrapisardi@omm.com
 suhland@omm.com
 pfriedman@omm.com
 mitchelln@omm.com
 midconza@omm.com

Marini Pietrantoni Muñiz, LLC
MCS Plaza, Ste 500
255 Ponce de León Ave.
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
 Carolina Velaz-Rivero Esq.
 María T. Álvarez-Santos Esq.
E-Mail: lmarini@mpmlawpr.com
 cvelaz@mpmlawpr.com
 malvarez mpmlawpr.com

(e) <u>Counsel for the Oversight Board:</u>
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Attn: Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
Brian S. Rosen
E-Mail: mbienenstock@proskauer.com
 pposinger@proskauer.com
 ebarak@proskauer.com
 mzerjal@proskauer.com
 brosen@proskauer.com

O'Neill & Borges LLC
250 Munoz Rivera Ave., Ste 800 San Juan, PR 00918-1813
Attn: Hermann D. Bauer, Esq.
E-Mail: hermann.bauer@oneillborges.com

(f) <u>Counsel for the Creditors' Committee:</u>
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz
E-Mail: lucdespins@paulhastings.com
 james_bliss@paulhastings.com
 jamesworthington@paulhastings.com
 alexbongartz@paulhastings.com

Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, PR 00901-2419
Attn: Juan J. Casillas Ayala
Diana M. Batlle-Barasorda
Alberto J. E. Añese Negrón
Erica C. Montull-Novoa
E-Mail: jcasillas@cstlawpr.com
 aaneses@cstlawpr.com
 emontull@cstlawpr.com

(g) <u>Counsel for the Retiree Committee</u>
Jenner & Block LLP
919 Third Avenue
New York, New York 10022
Attn: Robert Gordon
Richard Levin
Catherine Steege
E-Mail: rgordon@jenner.com
 rlevin@jenner.com
 csteege@jenner.com

Bennazar, Garcia & Milian, CSP
Edificio Union Plaza PH-A piso 18
Avenida Ponce de Leon #416
Hato Rey, San Juan, PR 00918
Attn: A.J. Bennazar- Zequeira
E-Mail: E-Mail: ajb@bennazar.org

3

(h) The entities listed on the List of Creditors Holding the 20 Largest Unsecured Claims in COFINA's Title III Case.

(i) Counsel to any other statutory committee appointed in these Title III Cases.

(j) The Fee Examiner, Brady C. Williamson, Esq., Godfrey & Kahn S.C., One East Main Street, Suite 500, Madison, WI 53703.

**PLEASE TAKE FURTHER NOTICE** the date of the hearing at which the Motion shall be considered by the Court is **December 9, 2020 at 9:30 a.m. (Atlantic Standard Time)** and will be held telephonically via Court Solutions before the Honorable Laura Taylor Swain, United States District Court Judge.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed and served in accordance with the Interim Compensation Order and Case Management Procedures, the relief requested may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

Dated this 12th day of November, 2020.

        EDGE Legal Strategies, PSC

        *s/Eyck O. Lugo*
        Eyck O. Lugo
        252 Ponce de Leon Avenue Citibank Tower,
        12th Floor San Juan, PR 00918
        Telephone: (787) 522-2000
        Facsimile: (787) 522-2010
        *Puerto Rico Counsel*

        GODFREY & KAHN, S.C.
        One East Main Street, Suite 500
        Madison, WI 53703
        Telephone: (608) 257-3911
        Facsimile: (608) 257-0609
        Katherine Stadler *(Pro Hae Vice)*
        *Counsel for the Fee Examiner*