Estimated Hearing Date March 10, 2021 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: December 4, 2020 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-------------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
|   as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) | (Jointly Administered) |
| | | |
|   Debtors. [1] | | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3566-LTS |
| | ) | |
|   as representative of | ) | |
| | ) | **This Application relates** |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) | **only to ERS and shall** |
| GOVERNMENT OF THE COMMONWEALTH OF PUERTO | | **be filed in the Lead** |
| RICO | | **Case No. 17 BK 3283-** |
|   Debtor | | **LTS and ERS's Title III** |
| | | **Case (Case No. 17 BK** |
| | | **3566-LTS)** |

-------------------------------------------------------------------------

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## SUMMARY SHEET TO
### SEVENTH INTERIM FEE APPLICATION OF
### ALVAREZ & MARSAL NORTH AMERICA, LLC
### FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE EMPLOYEE RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
### FROM JUNE 1, 2020 THROUGH SEPTEMBER 30, 2020

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Retained to Provide Professional Services as: | Advisor |
| Date of Retention: | August 2, 2018 |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2020 through September 30, 2020 |
| Professional Fees | $503,629.20 |
| Less Voluntary Reduction | (50,362.92) |
| Total Amount of Fees Requested: | **$453,266.28** |
| Amount of Expenses Reimbursement Sought | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary | **$453,266.28** |

This is a(n) _____ Monthly ___X___ Interim _____ Final Fee Application

## Six Prior Interim Applications Filed in this Matter

### Monthly Fee Statements Filed Related to Seventh Interim Fee Application[2]
### June 1, 2020 through September 30, 2020

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Twenty-third - 7/29/2020 | 6/1/20 to 6/30/20 | $ 266,457.90 | $ (26,645.79) | $ 239,812.11 | $ 215,830.90 | $ (21,583.09) | $ (3,237.46) | $ - | $ 191,010.35 | $ 191,010.35 | $ - | $ 23,981.21 |
| Twenty-fourth - 8/17/2020 | to 7/31/2020 | $ 123,304.10 | $ (12,330.41) | $ 110,973.69 | $ 99,876.32 | $ (9,987.63) | $ (1,498.14) | $ - | $ 88,390.54 | $ 88,390.54 | $ - | $ 11,097.37 |
| Twenty-fifth - 9/14/2020 | 8/1/2020 - 8/31/2020 | $ 80,390.70 | $ (8,039.07) | $ 72,351.63 | $ 65,116.47 | $ (6,511.65) | $ (976.75) | $ - | $ 57,628.07 | $ 57,628.07 | $ - | $ 7,235.16 |
| Twenty-sixth - 10/26/2020 | to 9/30/2020 | $ 33,476.50 | $ (3,347.65) | $ 30,128.85 | $ 27,115.97 | $ (2,711.60) | $ (406.74) | $ - | $ 23,997.63 | ** | $ - | $ 3,012.89 |
| **Total** | | $ 503,629.20 | $ (50,362.92) | $ 453,266.28 | $ 407,939.65 | $ (40,793.97) | $ (6,119.09) | $ - | $ 361,026.59 | $ 337,028.96 | $ - | $ 45,326.63 |

---

[2] Please note A&M was retained on August 2, 2018, in the middle of the Fourth Interim Fee Period, and at that time submitted its First Interim Fee Application, rather than the fourth interim application. Accordingly, this current request represents A&M's Seventh Interim Fee Application.

**Compensation by Category**
**June 1, 2020 through September 30, 2020**

| COMPENSATION BY CATEGORY | | |
|---|---|---|
| **For the Period From June 1, 2020 through September 30, 2020** | | |
| TASK CATEGORY | TOTAL HOURS | TOTAL FEES REQUESTED |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 927.7 | $ 491,489.50 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 8.2 | $ 5,576.40 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Meetings | 9.2 | $ 6,563.30 |
| Total | 945.1 | $ 503,629.20 |
| **Blended Hourly Rate Before Voluntary Reduction** | | **$ 532.88** |
| | | |
| *Less 10% voluntary reduction* | | *$ (50,362.92)* |
| **Total Seventh Interim Fee Application With Reduction** | | **$ 453,266.28** |
| **Seventh Interim Fee Application Blended Hourly Rate With Reduction** | | **$ 479.60** |

**Fees by Professional**
**June 1, 2020 through September 30, 2020**

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Julie Hertzberg | Managing Director | Claim Management | $964 | 0.8 | $771.20 |
| Jay Herriman | Managing Director | Claim Management | $937 | 15.0 | 14,055.00 |
| Julie Hertzberg | Managing Director | Claim Management | $919 | 3.1 | $2,848.90 |
| Jay Herriman | Managing Director | Claim Management | $893 | 18.2 | 16,252.60 |
| Kara Harmon | Director | Claim Management | $675 | 55.6 | 37,530.00 |
| Mark Zeiss | Director | Claim Management | $661 | 6.6 | 4,362.60 |
| Mark Zeiss | Director | Claim Management | $630 | 16.2 | 10,206.00 |
| Richard Carter | Consultant II | Claim Management | $577 | 12.7 | 7,327.90 |
| Richard Carter | Consultant II | Claim Management | $550 | 168.7 | 92,785.00 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 181.9 | 100,045.00 |
| Laura Collier | Senior Associate | Claim Management | $525 | 164.1 | 86,152.50 |
| Jeffrey Gilleland | Consultant | Claim Management | $525 | 58.7 | 30,817.50 |
| Erik Waters | Associate | Claim Management | $415 | 233.0 | 96,695.00 |
| Emmett McNulty | Analyst | Claim Management | $400 | 7.7 | 3,080.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 2.8 | 700.00 |
| **Subtotal** | | | | **945.1** | **503,629.20** |
| *Less 10% voluntary reduction* | | | | | *-50,362.92* |
| **Total** | | | | | **$453,266.28** |

3

**Expenses by Category**
**June 1, 2020 through September 30, 2020**

No Expenses Incurred

**Monthly Fee Statements Filed Related to First Interim Fee Application**
**August 9, 2018 through September 30, 2018**

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 7% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First - 10/24/2018 | 8/9/18 to 8/31/18 | $ 40,385.00 | $ (7,673.15) | $ 32,711.85 | $ 29,440.67 | $ - | $ (441.61) | $ - | $ 28,999.06 | $ 28,999.06 | $ - | $ 3,271.18 |
| Second - 10/29/2018 | 9/1/18 to 9/30/18 | $120,267.50 | $ (12,026.75) | $108,240.75 | $ 97,416.68 | $ - | $ (1,461.25) | $ - | $ 95,955.43 | $ 95,955.43 | $ - | $ 10,824.07 |
| Total | | $160,652.50 | $ (19,699.90) | $140,952.60 | $126,857.35 | $ - | $ (1,902.86) | $ - | $124,954.49 | $124,954.49 | $ - | $ 14,095.25 |

*This amount represents 10% reduction of fees incurred per engagement agreement plus an additional $3,634.65 courtesy discount.

**Monthly Fee Statements Filed Related to Second Interim Fee Application**
**October 1, 2018 through January 31, 2019**

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 7% Puerto Rico Tax Withholding | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Third - 12/17/2018 | 10/1/18 to 10/31/18 | $ 101,332.50 | $ (10,133.25) | $ 91,199.25 | $ 82,079.33 | $ - | $ - | $ (1,231.19) | $ - | $ 80,848.14 | $ 82,079.33 | $ - | $ 9,119.92 |
| Fourth - 12/17/2018 | 11/1/18 to 11/30/18 | $ 100,960.00 | $ (10,096.00) | $ 90,864.00 | $ 81,777.60 | $ - | $ - | $ (1,226.66) | $ - | $ 80,550.94 | $ 81,777.60 | $ - | $ 9,086.40 |
| Fifth - 2/20/2019 | 12/1/18 to 12/31/18 | $ 26,422.50 | $ (2,642.25) | $ 23,780.25 | $ 21,402.23 | $ - | $ - | $ (321.03) | $ - | $ 21,081.20 | $ 21,402.23 | $ - | $ 2,378.02 |
| Fifth - Puerto Rico - 2/20/2019 | 12/1/18 to 12/31/18 | $ 4,140.00 | $ (414.00) | $ 3,726.00 | $ 3,353.40 | $ (234.74) | $ - | $ (50.30) | $ - | $ 3,068.36 | $ 3,353.40 | $ - | $ 372.60 |
| Sixth - 2/20/2019 | 1/1/19 to 1/31/19 | $ 80,832.50 | $ (8,083.25) | $ 72,749.25 | $ 65,474.33 | $ - | $ (6,547.43) | $ (982.11) | $ - | $ 57,944.78 | $ 65,474.33 | $ - | $ 7,274.92 |
| Total | | $ 313,687.50 | $ (31,368.75) | $ 282,318.75 | $ 254,086.89 | $ (234.74) | $ (6,547.43) | $ (3,811.30) | $ - | $ 243,493.41 | $ 254,086.89 | $ - | $ 28,231.86 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

## Monthly Fee Statements Filed Related to Third Interim Fee Application
## February 1, 2018 through May 31, 2019

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Net Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seventh - 4/29/2019 | 2/1/19 to 2/28/19 | $ 111,695.00 | $ (11,169.50) | $ 100,525.50 | $ 90,472.95 | $ (9,047.30) | $ (1,357.09) | $ - | $ 80,068.56 | $ 80,068.56 | $ - | $ 10,052.55 |
| Eighth - 5/6/2019 | 3/1/19 to 3/31/19 | $ 139,825.00 | $ (13,982.50) | $ 125,842.50 | $ 113,258.25 | $ (11,325.83) | $ (1,698.87) | $ - | $ 100,233.55 | $ 100,233.55 | $ - | $ 12,584.25 |
| Ninth - 5/22/2019 | 4/1/19 to 4/30/19 | $ 108,372.50 | $ (10,837.25) | $ 97,535.25 | $ 87,781.73 | $ (8,778.17) | $ (1,316.73) | $ - | $ 77,686.83 | $ 77,686.83 | $ - | $ 9,753.53 |
| Tenth - 7/1/19 | 5/1/19 to 5/31/19 | $ 183,802.50 | $ (18,380.25) | $ 165,422.25 | $ 148,880.03 | $ (14,888.00) | $ (2,233.20) | $ - | $ 131,758.82 | Pending | Pending | $ 16,542.23 |
| Total | | $ 543,695.00 | $ (54,369.50) | $ 489,325.50 | $ 440,392.95 | $ (44,039.30) | $ (6,605.89) | $ - | $ 389,747.76 | $ 257,988.94 | $ - | $ 48,932.55 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

## Monthly Fee Statements Filed Related to Fourth Interim Fee Application
## June 1, 2019 through September 30, 2019

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eleventh - 8/16/2019 | 6/1/19 to 6/30/19 | $ 278,275.00 | $ (88,064.50) | $ 190,210.50 | $ 171,189.45 | $ (17,118.95) | $ (2,567.84) | $ - | $ 151,502.66 | $ 151,502.66 | $ - | $ 19,021.05 |
| Twelfth - 9/9/2019 | 7/1/19 to 7/31/19 | $ 246,637.50 | $ (24,663.75) | $ 221,973.75 | $ 199,776.38 | $ (19,977.64) | $ (1,226.66) | $ - | $ 178,572.07 | $ 178,572.07 | $ - | $ 22,197.38 |
| Thirteenth - 10/15/2019 | 8/1/19 to 8/31/19 | $ 125,599.80 | $ (12,559.98) | $ 113,039.82 | $ 101,735.84 | $ (10,173.58) | $ (321.03) | $ - | $ 91,241.22 | $ 91,241.22 | $ - | $ 11,303.98 |
| Fourteenth - Puerto Rico - 10/25/2019 | 9/1/19 to 9/30/19 | $ 9,524.40 | $ (952.44) | $ 8,571.96 | $ 7,714.76 | $ (771.48) | $ (50.30) | $ - | $ 6,892.99 | $ 6,892.99 | $ - | $ 857.20 |
| Total | | $ 660,036.70 | $(126,240.67) | $ 533,796.03 | $ 480,416.43 | $ (48,041.64) | $ (4,165.84) | $ - | $ 428,208.94 | $ 428,208.94 | $ - | $ 53,379.60 |

*This amount represents 10% reduction of fees incurred per engagement agreement.  Additionally, A&M has reduced their fees by $66,930.00 related to the Claims objection audit further described below.

## Monthly Fee Statements Filed Related to Fifth Interim Fee Application
## October 1, 2019 through January 31, 2020

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fifteenth - 12/30/2019 | 10/1/19 to 10/31/19 | $ 33,453.90 | $ (3,345.39) | $ 30,108.51 | $ 27,097.66 | $ (2,709.77) | $ (406.46) | $ - | $ 23,981.43 | $ 23,981.43 | $ - | $ 3,010.85 |
| Sixteenth - 1/15/20 | 11/1/19 to 11/30/19 | $ 40,559.60 | $ (4,055.96) | $ 36,503.64 | $ 32,853.28 | $ (3,285.33) | $ (492.80) | $ - | $ 29,075.15 | $ 29,075.15 | $ - | $ 3,650.36 |
| Seventeenth - 2/5/20 | 12/1/19 to 12/31/19 | $ 66,046.60 | $ (6,604.66) | $ 59,441.94 | $ 53,497.75 | $ (5,349.77) | $ (802.47) | $ - | $ 47,345.51 | $ 47,345.51 | $ - | $ 5,944.19 |
| Eighteenth - 2/27/20 | 1/1/20 to 1/31/20 | $ 120,828.30 | $ (12,082.83) | $ 108,745.47 | $ 97,870.92 | ** | ** | $ - | $ 97,870.92 | ** | $ - | $ 10,874.55 |
| Total | | $ 260,888.40 | $ (26,088.84) | $ 234,799.56 | $ 211,319.60 | $ (11,344.87) | $ (1,701.73) | $ - | $ 198,273.01 | $ 100,402.08 | $ - | $ 23,479.96 |

*This amount represents 10% reduction of fees incurred per engagement agreement.
** Payment related to this fee period had not been received at the time of filing this interim fee application.

## Monthly Fee Statements Filed Related to Sixth Interim Fee Application
## February 1, 2020 through May 31, 2020

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nineteenth - 4/23/2020 | 2/1/20 to 2/29/20 | $ 92,170.30 | $ (9,217.03) | $ 82,953.27 | $ 74,657.94 | $ (7,465.79) | $ (1,119.87) | $ - | $ 66,072.28 | $ 66,072.28 | $ - | $ 8,295.33 |
| Twentieth - 5/26/2020 | 3/1/20 to 3/31/20 | $ 92,659.10 | $ (9,265.91) | $ 83,393.19 | $ 75,053.87 | $ (7,505.39) | $ (1,125.81) | $ - | $ 66,422.68 | $ 66,422.68 | $ - | $ 8,339.32 |
| Twenty-first - 6/15/2020 | 4/1/20 to 4/30/20 | $ 95,833.70 | $ (9,583.37) | $ 86,250.33 | $ 77,625.30 | $ (7,762.53) | $ (1,164.38) | $ - | $ 68,698.39 | $ 68,698.39 | $ - | $ 8,625.03 |
| Twenty-second - 7/6/2020 | 5/1/20 to 5/31/20 | $ 114,662.60 | $ (11,466.26) | $ 103,196.34 | $ 92,876.71 | $ (9,287.67) | $ (1,393.15) | $ - | $ 82,195.88 | ** | $ - | $ 10,319.63 |
| **Total** | | **$ 395,325.70** | **$ (39,532.57)** | **$ 355,793.13** | **$ 320,213.82** | **$ (32,021.38)** | **$ (4,803.21)** | **$ -** | **$ 283,389.23** | **$ 201,193.34** | **$ -** | **$ 35,579.31** |

*This amount represents 10% reduction of fees incurred per engagement agreement.

** Payment related to this fee period had not been received at the time of filing this interim fee application.

## Monthly Fee Statements Filed Related to Seventh Interim Fee Application
## June 1, 2020 through September 30, 2020

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Twenty-third - 7/29/2020 | 6/1/20 to 6/30/20 | $ 266,457.90 | $ (26,645.79) | $ 239,812.11 | $ 215,830.90 | $ (21,583.09) | $ (3,237.46) | $ - | $ 191,010.35 | $ 191,010.35 | $ - | $ 23,981.21 |
| Twenty-fourth - 8/17/2020 | 7/1/2020 to 7/31/2020 | $ 123,304.10 | $ (12,330.41) | $ 110,973.69 | $ 99,876.32 | $ (9,987.63) | $ (1,498.14) | $ - | $ 88,390.54 | $ 88,390.54 | $ - | $ 11,097.37 |
| Twenty-fifth - 9/14/2020 | 8/1/2020 - 8/31/2020 | $ 80,390.70 | $ (8,039.07) | $ 72,351.63 | $ 65,116.47 | $ (6,511.65) | $ (976.75) | $ - | $ 57,628.07 | $ 57,628.07 | $ - | $ 7,235.16 |
| Twenty-sixth - 10/26/2020 | 9/1/2020 to 9/30/2020 | $ 33,476.50 | $ (3,347.65) | $ 30,128.85 | $ 27,115.97 | $ (2,711.60) | $ (406.74) | $ - | $ 23,997.63 | ** | $ - | $ 3,012.89 |
| **Total** | | **$ 503,629.20** | **$ (50,362.92)** | **$ 453,266.28** | **$ 407,939.65** | **$ (40,793.97)** | **$ (6,119.09)** | **$ -** | **$ 361,026.59** | **$ 337,028.96** | **$ -** | **$ 45,326.63** |

Estimated Hearing Date March 10, 2021 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: December 4, 2020 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
|   as representative of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) (Jointly Administered) |
| | |
|        Debtors. [1] | |

---

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3566-LTS |
| | ) |
|   as representative of | ) **This Application relates only to ERS and shall be filed in the Lead Case No. 17 BK 3283-LTS and ERS's Title III Case (Case No. 17 BK 3566-LTS)** |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | |
| | |
|        Debtor | |

---

## SEVENTH INTERIM FEE APPLICATION OF
## ALVAREZ & MARSAL NORTH AMERICA, LLC
## FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE EMPLOYEE RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**FROM JUNE 1, 2020 THROUGH SEPTEMBER, 2020**

Pursuant to sections 316 and 317 of Title III of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively the "Bankruptcy Rules"), made applicable herein pursuant to section 310 of PROMESA, Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Puerto Rico, adopted by the Court on May 16, 2013 (the "Local Bankruptcy Rules") and this Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated June 6, 2018 [Docket No. 3269] (the "Second Amended Interim Compensation Order"), Alvarez & Marsal North America, LLC ("A&M"), as advisor to the Financial Oversight Board of Puerto Rico (the "Oversight Board") in its role as representative for the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, ("ERS"), as debtor under Title III of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 ("PROMESA"), hereby submits its Seventh interim fee application filed during the Eighth interim application period (the "Seventh Interim Fee Application") for the compensation of professional services performed by A&M and reimbursement of expenses incurred in connection therewith for the period commencing June 1, 2020 through and including September 30, 2020 (the "Seventh Interim Fee Application Period").

By this Seventh Interim Fee Application, A&M seeks compensation in the amount of $503,629.20 less a discount in the amount of $50,362.92 for a total amount of $453,266.28, all of which represents fees earned outside of Puerto Rico, and reimbursement of actual and necessary expenses incurred in the amount of $0.00 for the Seventh Interim Fee Application Period.

## JURISDICTION

1.      The United States District Court for the District of Puerto Rico (the "Court") has

subject matter jurisdiction over this Application pursuant to PROMESA section 306(a).

2.      Venue is proper in this district pursuant to PROMESA section 307(a).

3.      The statutory predicates for the relief requested herein are PROMESA sections

316 and 317.

## BACKGROUND

4.      On June 30, 2016, the Oversight Board was established under PROMESA section

101(b).  On August 31, 2016, President Obama appointed the Oversight Board's seven voting

members.

5.      Pursuant to PROMESA section 315, "[t]he Oversight Board in a case under this

subchapter is the representative of the debtor" and "may take any action necessary on behalf of

the debtor to prosecute the case of the debtor, including filing a petition under section [304] of

[PROMESA] . . . or otherwise generally submitting filings in relation to the case with the court."

48 U.S.C. § 2175.

6.      On September 30, 2016, the Oversight Board designated the Debtor as a "covered

entity" under PROMESA section 101(d),

7.      On May 21, 2017, the Oversight Board issued a restructuring certification

pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the

Debtor pursuant to PROMESA section 304(a), commencing a case under title III thereof (the

"Debtor's Title III Case").  Pursuant to PROMESA section 315(b), the Oversight Board is the

Debtor's representative in the Debtor's Title III Case.

8.      Background information regarding the Debtor and the commencement of the

Debtor's Title III Case is contained in the *Notice of Filing of Statement of Oversight Board in*

*Connection with PROMESA Title III Petition* [ECF No. 1, Case No. 17 BK 3283-LTS], attached to the Commonwealth of Puerto Rico's Title III petition.

9.    On August 2, 2018, the Oversight Board retained A&M, at discounted rates, to manage and resolve the tens of thousands of claims filed against the Title III entities[2].

10.    On July 29, 2020, A&M served on the Notice Parties (as defined in the Interim Compensation Order) its twenty-third monthly fee statement for the period June 1, 2020 through June 30, 2020.  The twenty-third monthly fee statement is attached hereto as Exhibit A.

11.    On August 17, 2020, A&M served on the Notice Parties its twenty-fourth monthly fee statement for the period July 1, 2020 through July 31, 2020.  The twenty-third monthly fee statement is attached hereto as Exhibit B.

12.    On September 14, 2020, A&M served on the Notice Parties its twenty-fifth monthly fee statement for the period August 1, 2020 through August 31, 2020.  The twenty-fifth monthly fee statement is attached hereto as Exhibit C.

13.    On October 27, 2020,  A&M served on the Notice Parties its twenty-sixth monthly fee statement for the period September 1, 2020 through September 30, 2020.  The twenty-sixth monthly fee statement is attached hereto as Exhibit D.

14.    In accordance with the Interim Compensation Order and as reflected in the foregoing summary, A&M has requested an aggregate gross payment of $407,939.65 which represents payment of ninety percent (90%) of the compensation sought and reimbursement of one-hundred percent (100%) of expenses incurred.  To date, A&M has received payment of $337,028.96 in fees and $0 in incurred expenses with respect to fee statements filed during the Seventh Interim Fee Application Period.  The variance between the requested fees and payments received relates to: 1) the Twenty-sixth monthly fee statement for the period September 1, 2020

---

[2] Pursuant to A&M's August 2, 2018 engagement letter with the Oversight Board (a copy of which is available on the Oversight Board's website at: https://drive.google.com/file/d/1HuXTVFMQJC4POU_3judw1CCHdSPGhp8q/view (the "Engagement Letter"), it shall not provide services or advice on any claims related to the Puerto Rico Electric Power Authority.

through September 30, 2020 remains unpaid, 2) a 1.5% Technical Service Fee tax withholdings totaling $5,712.36, and 3) a universal 10% withholding tax (versus fees incurred on Puerto Rico) effective as of December 2018 and as of the time of filing this Application, totaling $38,082.37 for the Seventh Interim Fee Application Period.

## REQUESTED FEES AND REIMBURSEMENT OF EXPENSES

15.     All services for which A&M requests compensation were performed for the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, ("ERS").  The time detail for the Seventh Interim Fee Application Period is attached hereto as Exhibit E.  This Seventh Interim Fee Application contains time entries describing the time spent by each professional during the Seventh Interim Fee Application Period.  To the best of A&M's knowledge, this Seventh Interim Fee Application substantially complies with the applicable provisions of PROMESA, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Second Interim Compensation Order.  A&M's time reports are entered and organized by task and by professional performing the described service in 1/10 of an hour increments.

16.     A&M incurred no expenses for the Seventh Interim Fee Application Period as presented here to as Exhibit F.

17.     The services rendered by A&M during the Seventh Interim Fee Application can be grouped into the categories set forth below.  A&M attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed are generally described below by category, and as set forth in the attached time detail attached hereto as Exhibit G.  This Exhibit G also identifies the professional who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

5

## SUMMARY OF SERVICES PERFORMED

18.     This Seventh Interim Fee Application covers the fees incurred during the Seventh

Interim Fee Application Period with respect to services rendered as advisor to the Oversight

Board in its role as representative for ERS.  A&M believes it is appropriate to be compensated

for the time spent in connection with these matters, and set forth a narrative description of the

services rendered for the Debtors and the time expended, organized by project task categories as

follows:

**A.  Employee Retirement System of the Government of the Commonwealth of Puerto Rico
- Claims Administration and Objections**

19.     During this period, A&M:

> a.  Reviewed approximately 7,250 Claims identified as human resource related to
> confirm proper categorization for transfer to the Administrative Claims
> Resolution (ACR) process and, further, recorded asserted agency information
> for ease of transfer to correct contacts for further reconciliation;

> b.  Reviewed approximately 270 Claims asserted as tax refunds and compared the
> claim documentation against payment data provided by the Department of
> Treasury to determine if the Claim had been satisfied and should be placed on
> an upcoming objection or transferred to the Administrative Claims Resolution
> (ACR) process;

> c.  Reviewed approximately 10 Claims Reconciliation workbooks related to
> accounts payable Claims completed by Commonwealth agencies. In instances
> where the Commonwealth needed additional information from the creditor to
> complete the reconciliation, A&M coordinated the follow up communication;

6

d.   Reviewed approximately 150 Claims related to litigation and prepared data questionnaires based upon asserted case number and agency for further reconciliation;

e.   Reviewed approximately 600 supplemental outreach forms which were returned by creditors to validate if the creditor provided sufficient information to verify the asserted liability and finalize reconciliation. Claims were then processed for entry into Alternative Dispute Resolution (ADR), Administrative Claims Resolution (ACR), or future objections;

f.   Reviewed responses to approximately 40 adjourned Claims from previous deficient Claim Omnibus Objections to determine if the response provided sufficient information to move the Claim into the Administrative Claims Resolution (ACR) or Alternative Dispute Resolution (ADR) process or move forward with an Objection;

g.   Reviewed approximately 175 Omnibus Objection responses from claimants to determine next steps in reconciliation process;

h.   Prepared and filed Omnibus Objections affecting approximately 150 Claims;

i.   Created and updated Claims summary analysis by claim type to allow counsel to review the claims groupings and confirm A&M's proposed treatment for each claim type;

j.   Performed creditor outreach to collect missing information for deficient Proofs of Claim;

k.   Reviewed approximately 1,500 Claims identified as human resources related and prepared notices to transfer Claims into the Administrative Claims Resolution (ACR) process;

7

l.   Reviewed responses to approximately 40 Claims related to the Administrative Claims Resolution (ACR) process.  Worked with AAFAF representative to develop system to resolve responses;

m.   Reviewed approximately 50 newly filed claims to determine next steps in reconciliation process;

n.   Provided regular updates of the claims reconciliation progress to representatives of the Title III entities, AAFAF, the Oversight Board, and their respective advisors.

In conjunction with this category, A&M expended approximately 927.7 hours during the Application Period, for a total of $491,489.50, prior to any fee reduction.

**B.  Employee Retirement System of the Government of the Commonwealth of Puerto Rico – Fee Applications**

20.   During the Seventh Interim Fee Application Period, A&M prepared its Sixth Interim Fee Applications as required by the Second Amended Interim Compensation Order. In conjunction with this category, A&M expended approximately 8.2 hours during the Application Period, for a total of $5,576.40, prior to any fee reduction.

**C.  Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Meetings**

21.   During the Seventh Interim Fee Application Period, A&M held meetings with other Title III professionals to coordinate and streamline the individual claims reconciliation process.  In conjunction with this category, A&M expended approximately 9.2 hours during the Application Period, for a total of $6,563.30 prior to any fee reduction.

**D.  Discounts Agreed to By A&M and the Oversight Board**

22.   A&M and the Oversight Board in its role as representative for ERS had previously agreed to a ten-percent discount of fees based on the Engagement Letter.

**CERTIFICATE OF COMPLIANCE AND REQUEST FOR WAIVER**

23.     Attached hereto as <u>Exhibit H</u> is a declaration of Julie M. Hertzberg, the

undersigned representative of A&M.  To the extent that the Seventh Interim Fee Application

does not comply in all respects with the requirements of the aforementioned rules, A&M

believes that such deviations are not material and respectfully requests that any such

requirements be waived.

**<u>NOTICE</u>**

24.     Pursuant to the Interim Compensation Order, notice of this Application has been

filed in ERS's and the jointly-administered Commonwealth of Puerto Rico's Title III cases and

served upon:

> (a)  the Financial Oversight and Management Board, 40 Washington Square
> South, Office 314A, New York, NY 10012, Attn: Professor Arthur J. Gonzalez,
> Oversight Board Member.
>
> (b)  attorneys for the Financial Oversight and Management Board as
> representative of The Commonwealth of Puerto Rico, O'Neill & Borges LLC,
> 250 Muñoz Rivera Ave., suite 800, San Juan, PR 00918-1813, Attn: Hermann D.
> Bauer, Esq. (Hermann.bauer@oneillborges.com;
>
> (c)  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory
> Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Time Square, New
> York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzanne
> Uhland, Esq. (suhland@omm.com), and Diana M. perez, Esq.
> (dperez@omm.com).
>
> (d)  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory
> Authority, Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500,
> 255 Ponce de León Ave., San Juan P.R. 00917, Attn.: Luis C.
> Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-
> Rivero Esq. (cvelaz@mpmlawpr.com);
>
> (e)  the Office of the United States Trustee for the District of Puerto
> Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR
> 00901 (re: *In re: Commonwealth of Puerto Rico*);
>
> (f)  attorneys for the Official Committee of Unsecured Creditors, Paul
> Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc A.
> Despins, Esq. (lucdespins@paulhastings.com);

9

(g)  attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

(h)  attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com); and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

(i)  attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

(j)  the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

k.  attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

l.  attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@ gklaw.com).

A&M submits that, in light of the foregoing, no other or further notice need be provided.

[remainder of page intentionally left blank]

WHEREFORE, pursuant to the Second Amended Interim Compensation Order, A&M respectfully requests that, for the period June 1, 2020 through September 30, 2020, the Court (i) grant A&M interim allowance of compensation in the amount of $453,266.28 for professional services rendered during the Seventh Interim Fee Application Period.  A&M did not incur any expenses.

Dated: November 13, 2020
Detroit, Michigan

/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

ADVISOR TO THE OVERSIGHT BOARD
AS REPRESENTATIVE OF THE
DEBTOR

**<u>EXHIBITS</u>**

# Exhibit A

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
JUNE 1, 2020 THROUGH JUNE 30, 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3566-LTS |
| | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) | |
| GOVERNMENT OF THE COMMONWEALTH OF | | |
| PUERTO RICO, et al., | | |
| | | |
| Debtors. [1] | | |

**COVER SHEET TO TWENTY-THIRD MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
<u>JUNE 1, 2020 THROUGH JUNE 30, 2020</u>**

# ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

| | |
|---|---|
| Name of Applicant: | <u>Alvarez & Marsal North America, LLC (A&M)</u> |
| Authorized to Provide Professional Services to: | <u>Financial Oversight and Management Board of Puerto Rico</u> |
| Services Rendered to: | <u>Employee Retirement System of the Government of the Commonwealth of Puerto Rico</u> |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought: | June 1, 2020 through June 30, 2020 |
|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $239,812.11 ($266,457.90 incurred less 10% voluntary reduction of $26,645.79) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $  - 0 - |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Twenty-Third monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for June 2020.


/s/
—————————————————————————————
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On July 29, 2020 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J Gonzalez
        FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala, Esq.
        Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
        Suzanne Uhland, Esq.
        Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
        Carolina Velaz-Rivero, Esq.
        Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn: Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn: A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
General Accounting
        Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
        Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
        Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
        Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosauker, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY 10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period June 1, 2020 through June 30, 2020 Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 520.6 | $        266,257.90 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 0.8 | $             200.00 |
| **Subtotal** | **521.4** | **266,457.90** |
| *Less 10% voluntary reduction* | | *(26,645.79)* |
| **Total** | | $        239,812.11 |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $893 | 3.8 | 3,393.40 |
| Kara Harmon | Director | Claim Management | $675 | 10.7 | 7,222.50 |
| Mark Zeiss | Director | Claim Management | $630 | 9.2 | 5,796.00 |
| Richard Carter | Consultant II | Claim Management | $550 | 138.9 | 76,395.00 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 51.0 | 28,050.00 |
| Collier, Laura | Senior Associate | Claim Management | $525 | 149.1 | 78,277.50 |
| Jeffrey Gilleland | Consultant | Claim Management | $525 | 14.5 | 7,612.50 |
| Erik Waters | Associate | Claim Management | $415 | 143.4 | 59,511.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 0.8 | 200.00 |
| **Subtotal** | | | | **521.4** | **266,457.90** |
| *Less 10% voluntary reduction* | | | | | *-26,645.79* |
| **Total** | | | | | **$239,812.11** |

**Summary of Expenses for the Period June 1, 2020 through June 30, 2020**

**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

No Expenses Incurred

2

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $215,830.90 for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.

/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

## **EXHIBITS**

*Exhibit A*

**Employee Retirement System of the Government of the
Commonwealth of Puerto Rico
Summary of Time Detail by Task
June 1, 2020 through June 30, 2020**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 520.6 | $266,257.90 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 0.8 | $200.00 |
| **Total** | **521.4** | **$266,457.90** |

*Exhibit B*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### June 1, 2020 through June 30, 2020

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893.00 | 3.8 | $3,393.40 |
| Harmon, Kara | Director | $675.00 | 10.7 | $7,222.50 |
| Zeiss, Mark | Director | $630.00 | 9.2 | $5,796.00 |
| Carter, Richard | Consultant II | $550.00 | 138.9 | $76,395.00 |
| DiNatale, Trevor | Consultant II | $550.00 | 51.0 | $28,050.00 |
| Collier, Laura | Senior Associate | $525.00 | 149.1 | $78,277.50 |
| Gilleland, Jeffrey | Consultant | $525.00 | 14.5 | $7,612.50 |
| Waters, Erik | Associate | $415.00 | 143.4 | $59,511.00 |
| Corbett, Natalie | Para Professional | $250.00 | 0.8 | $200.00 |
| **Total** | | | **521.4** | **$266,457.90** |

*Exhibit C*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### June 1, 2020 through June 30, 2020

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893 | 3.8 | $3,393.40 |
| Harmon, Kara | Director | $675 | 10.7 | $7,222.50 |
| Zeiss, Mark | Director | $630 | 9.2 | $5,796.00 |
| Waters, Erik | Associate | $415 | 143.4 | $59,511.00 |
| Carter, Richard | Consultant II | $550 | 138.9 | $76,395.00 |
| DiNatale, Trevor | Consultant II | $550 | 51.0 | $28,050.00 |
| Collier, Laura | Senior Associate | $525 | 149.1 | $78,277.50 |
| Gilleland, Jeffrey | Consultant | $525 | 14.5 | $7,612.50 |
| | | | 520.6 | $266,257.90 |
| | *Average Billing Rate* | | | $511.44 |

*Exhibit C*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### June 1, 2020 through June 30, 2020

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications**

**Prepare monthly and interim fee applications in accordance with court guidelines.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Corbett, Natalie | Para Professional | $250 | 0.8 | $200.00 |
| | | | 0.8 | $200.00 |
| | *Average Billing Rate* | | | $250.00 |

Exhibit D

**_Employee Retirement System of the Government_**
**_of the Commonwealth of Puerto Rico_**
**_Time Detail by Activity by Professional_**
**_June 1, 2020 through June 30, 2020_**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 6/1/2020 | 1.2 | Review 21 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/1/2020 | 2.9 | Review 61 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/1/2020 | 1.8 | Review 39 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/1/2020 | 2.1 | Review 50 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/1/2020 | 2.4 | Review 52 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/1/2020 | 2.9 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/1/2020 | 2.4 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| DiNatale, Trevor | 6/1/2020 | 2.8 | Review 197 pension Claims detail to determine proper categorization for ACR process |
| Waters, Erik | 6/1/2020 | 1.7 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/1/2020 | 2.4 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/1/2020 | 1.4 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/1/2020 | 1.2 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/1/2020 | 2.2 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/1/2020 | 2.9 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/2/2020 | 1.4 | Review 33 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/2/2020 | 2.3 | Review 65 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/2/2020 | 2.9 | Review 65 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/2/2020 | 1.9 | Review 41 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/2/2020 | 3.1 | Review 75 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |

> *Employee Retirement System of the Government*
> *of the Commonwealth of Puerto Rico*
> *Time Detail by Activity by Professional*
> *June 1, 2020 through June 30, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 6/2/2020 | 2.6 | Review 66 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/2/2020 | 1.6 | Review 62 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/2/2020 | 1.7 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/2/2020 | 2.9 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/2/2020 | 1.9 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Collier, Laura | 6/2/2020 | 2.8 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| DiNatale, Trevor | 6/2/2020 | 2.9 | Review 209 pension Claims detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 6/2/2020 | 2.2 | Review 152 pension Claims detail to determine proper categorization for ACR process |
| Waters, Erik | 6/2/2020 | 1.4 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/2/2020 | 0.7 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/2/2020 | 2.4 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/2/2020 | 2.1 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/3/2020 | 2.2 | Review 67 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/3/2020 | 1.1 | Review 30 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/3/2020 | 3.1 | Review 111 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/3/2020 | 1.6 | Review 48 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/3/2020 | 1.4 | Review 33 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/3/2020 | 2.9 | Review asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| Collier, Laura | 6/3/2020 | 2.4 | Continue to analyze claims categorized as pension-only for accuracy |

*Exhibit D*

**Employee Retirement System of the Government**
**of the Commonwealth of Puerto Rico**
**Time Detail by Activity by Professional**
**June 1, 2020 through June 30, 2020**

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico -**
**Claims Administration and Objections**

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Collier, Laura | 6/3/2020 | 2.6 | Continue to review claims categorized as pension-only for accuracy |
| Collier, Laura | 6/3/2020 | 2.8 | Continue to analyze claims categorized as pension-only for accuracy |
| DiNatale, Trevor | 6/3/2020 | 2.1 | Review 136 pension Claims detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 6/3/2020 | 2.8 | Review 196 pension Claims detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 6/3/2020 | 0.6 | Review 34 pension Claims detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 6/3/2020 | 1.2 | Review 85 pension Claims detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 6/3/2020 | 0.8 | Review 54 pension Claims detail to determine proper categorization for ACR process |
| Waters, Erik | 6/3/2020 | 1.6 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/3/2020 | 0.4 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/3/2020 | 2.6 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/3/2020 | 0.6 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/3/2020 | 1.3 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/3/2020 | 1.8 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Carter, Richard | 6/4/2020 | 1.9 | Review 68 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/4/2020 | 2.3 | Review 86 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/4/2020 | 2.1 | Review 69 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/4/2020 | 2.6 | Review 75 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/4/2020 | 2.6 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Collier, Laura | 6/4/2020 | 2.6 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |

*Page 3 of 17*

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*June 1, 2020 through June 30, 2020*

*Exhibit D*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Collier, Laura | 6/4/2020 | 2.8 | Continue to review claims categorized as pension-only for accuracy |
| Collier, Laura | 6/4/2020 | 1.4 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| DiNatale, Trevor | 6/4/2020 | 3.1 | Review 221 pension Claims detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 6/4/2020 | 2.8 | Review 199 pension Claims detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 6/4/2020 | 1.6 | Review 113 pension Claims detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 6/4/2020 | 0.9 | Prepare population of pension/retirement Claim detail for proper ACR categorization workstream |
| DiNatale, Trevor | 6/4/2020 | 0.7 | Review 49 pension Claims detail to determine proper categorization for ACR process |
| Waters, Erik | 6/4/2020 | 2.1 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/4/2020 | 1.3 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/4/2020 | 0.9 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/4/2020 | 0.9 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/4/2020 | 1.6 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/5/2020 | 2.3 | Review 39 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/5/2020 | 3.1 | Review 86 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/5/2020 | 2.8 | Continue to analyze claims categorized as pension-only for accuracy |
| Collier, Laura | 6/5/2020 | 2.9 | Continue to review claims categorized as pension-only for accuracy |
| Collier, Laura | 6/5/2020 | 2.4 | Continue to analyze claims categorized as pension-only for accuracy |
| Collier, Laura | 6/5/2020 | 2.4 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 6/5/2020 | 2.2 | Analyze public employee and pension Claims to prepare for the ACR process |

**Exhibit D**

> ***Employee Retirement System of the Government***
> ***of the Commonwealth of Puerto Rico***
> ***Time Detail by Activity by Professional***
> ***June 1, 2020 through June 30, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 6/5/2020 | 3.1 | Analyze mailing response detail for HR claims to ensure proper categorization for ACR process |
| Waters, Erik | 6/5/2020 | 1.4 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/5/2020 | 2.9 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/6/2020 | 2.8 | Review 56 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 6/6/2020 | 1.3 | Organize HR / Pension Claim review responses from A&M team to update reconciliation detail/proper categorization for ACR process |
| Waters, Erik | 6/6/2020 | 2.6 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Carter, Richard | 6/7/2020 | 2.4 | Review 64 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/7/2020 | 2.9 | Review 67 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Waters, Erik | 6/7/2020 | 2.1 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/8/2020 | 1.8 | Review 32 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/8/2020 | 0.1 | Prepare/send supplemental spreadsheet of Pension only claim review to team. |
| Collier, Laura | 6/8/2020 | 2.7 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Collier, Laura | 6/8/2020 | 2.9 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| Collier, Laura | 6/8/2020 | 1.1 | Analyze and review claims with waterfall category related to pension only to confirm accuracy |
| Waters, Erik | 6/8/2020 | 1.4 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/8/2020 | 2.3 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/8/2020 | 2.6 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/9/2020 | 1.9 | Review 45 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/9/2020 | 2.2 | Review 49 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through June 30, 2020**

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 6/9/2020 | 2.7 | Review 60 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/9/2020 | 2.6 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/9/2020 | 2.9 | Analyze and review claims with waterfall category related to pension only to confirm accuracy |
| Collier, Laura | 6/9/2020 | 2.8 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| DiNatale, Trevor | 6/9/2020 | 0.7 | Review draft July omnibus objections to verify accuracy |
| Waters, Erik | 6/9/2020 | 2.9 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/9/2020 | 2.2 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/9/2020 | 0.9 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/9/2020 | 2.4 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Zeiss, Mark | 6/9/2020 | 1.3 | Review July objection motions for objection basis, declarations, fit to claims exhibits |
| Carter, Richard | 6/10/2020 | 2.2 | Review 43 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/10/2020 | 3.1 | Review 70 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/10/2020 | 2.6 | Review 50 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/10/2020 | 1.8 | Review 37 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/10/2020 | 2.3 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Collier, Laura | 6/10/2020 | 2.4 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| Collier, Laura | 6/10/2020 | 0.7 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/10/2020 | 2.8 | Analyze and review claims with waterfall category related to pension only to confirm accuracy |
| Waters, Erik | 6/10/2020 | 1.3 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |

*Exhibit D*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through June 30, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 6/10/2020 | 2.9 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/10/2020 | 0.4 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/10/2020 | 1.8 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/11/2020 | 2.4 | Review 46 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/11/2020 | 1.9 | Review 45 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/11/2020 | 1.4 | Review 24 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/11/2020 | 1.7 | Review 30 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/11/2020 | 2.2 | Analyze and review claims with waterfall category related to pension only to confirm accuracy |
| Collier, Laura | 6/11/2020 | 1.8 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| Collier, Laura | 6/11/2020 | 2.8 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Herriman, Jay | 6/11/2020 | 0.9 | Review claims to be included in Omni's to be heard at July Omnibus |
| Waters, Erik | 6/11/2020 | 2.1 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/11/2020 | 0.9 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/11/2020 | 2.9 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Zeiss, Mark | 6/11/2020 | 1.1 | Revise July Bondholder Omnibus Exhibits per comments from A&M, Proskauer |
| Zeiss, Mark | 6/11/2020 | 1.2 | Revise July Non-Bondholder Omnibus Exhibits per comments from A&M, Proskauer |
| Carter, Richard | 6/12/2020 | 2.1 | Review 32 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/12/2020 | 2.9 | Review 65 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/12/2020 | 2.6 | Review 50 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |

*Exhibit D*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through June 30, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 6/12/2020 | 2.3 | Review 70 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/12/2020 | 2.6 | Analyze and review claims with waterfall category related to pension only to confirm accuracy |
| Collier, Laura | 6/12/2020 | 2.3 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Collier, Laura | 6/12/2020 | 2.1 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| Collier, Laura | 6/12/2020 | 1.4 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 6/12/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Waters, Erik | 6/12/2020 | 2.3 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/12/2020 | 1.3 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/12/2020 | 2.6 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Zeiss, Mark | 6/12/2020 | 1.4 | Review Proskauer claimant mail scans for proper reconciliation including moving to ACR, ADR process |
| Carter, Richard | 6/13/2020 | 1.9 | Review 43 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/13/2020 | 2.9 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| Collier, Laura | 6/13/2020 | 2.4 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 6/13/2020 | 1.3 | Prepare pension Claim review workstream detail to determine proper categorization for ACR process |
| Carter, Richard | 6/14/2020 | 2.2 | Review 49 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Waters, Erik | 6/14/2020 | 2.1 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/15/2020 | 2.7 | Review 60 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/15/2020 | 1.7 | Review 34 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/15/2020 | 2.7 | Analyze asserted Pension Claims to confirm asserted Claim basis is accurate for transfer into the ACR process |

*Exhibit D*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through June 30, 2020*

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico -
Claims Administration and Objections**

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Collier, Laura | 6/15/2020 | 2.6 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/15/2020 | 1.3 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| Gilleland, Jeffrey | 6/15/2020 | 0.5 | Analyze 4 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Herriman, Jay | 6/15/2020 | 0.4 | Review claims waterfall in prep of sending to AAFAF and counsel |
| Waters, Erik | 6/15/2020 | 1.9 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/15/2020 | 1.5 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/15/2020 | 2.6 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/16/2020 | 2.3 | Review 65 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/16/2020 | 1.9 | Review 49 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/16/2020 | 1.6 | Review 35 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/16/2020 | 2.8 | Analyze asserted Pension Claims to confirm asserted Claim basis is accurate for transfer into the ACR process |
| Collier, Laura | 6/16/2020 | 1.3 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 6/16/2020 | 0.8 | Review draft letter to provide to pension claimants and provide feedback to Proskauer |
| Gilleland, Jeffrey | 6/16/2020 | 0.5 | Analyze 7 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Harmon, Kara | 6/16/2020 | 0.2 | Analyze 14 Claims from R. Carter related to asserted Pension liabilities to prepare Claims for inclusion in ACR pension mailing |
| Harmon, Kara | 6/16/2020 | 0.6 | Analyze 17 pension Claims from L. Collier to prepare modifications to reporting in order to prepare Claims for ACR pension mailing |
| Waters, Erik | 6/16/2020 | 2.8 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/16/2020 | 1.9 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through June 30, 2020*

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico -
Claims Administration and Objections**

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 6/16/2020 | 2.7 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/17/2020 | 2.4 | Review 50 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/17/2020 | 2.2 | Review 47 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/17/2020 | 1.9 | Review 30 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/17/2020 | 2.9 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| Collier, Laura | 6/17/2020 | 2.7 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Collier, Laura | 6/17/2020 | 0.7 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Gilleland, Jeffrey | 6/17/2020 | 0.9 | Analyze 14 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Waters, Erik | 6/17/2020 | 1.8 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/17/2020 | 1.1 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/17/2020 | 0.7 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/17/2020 | 2.7 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/17/2020 | 2.3 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Carter, Richard | 6/18/2020 | 2.3 | Review 45 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/18/2020 | 1.6 | Review 29 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/18/2020 | 1.9 | Review 35 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/18/2020 | 2.9 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| Collier, Laura | 6/18/2020 | 2.7 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/18/2020 | 1.6 | Analyze asserted Pension Claims to confirm asserted Claim basis is accurate for transfer into the ACR process |

*Exhibit D*

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*June 1, 2020 through June 30, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Gilleland, Jeffrey | 6/18/2020 | 0.4 | Analyze 7 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/18/2020 | 0.2 | Review, analyze, and add notes to 4 proof of claims and outreach mailings flagged for further follow up with A&M team member. |
| Waters, Erik | 6/18/2020 | 2.8 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/18/2020 | 2.2 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Carter, Richard | 6/19/2020 | 1.8 | Review 33 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/19/2020 | 2.1 | Review 41 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/19/2020 | 2.8 | Analyze asserted Pension Claims to confirm asserted Claim basis is accurate for transfer into the ACR process |
| Collier, Laura | 6/19/2020 | 2.6 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/19/2020 | 1.7 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| DiNatale, Trevor | 6/19/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffrey | 6/19/2020 | 0.1 | Analyze 1 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/19/2020 | 0.2 | Analyze 5 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/19/2020 | 0.4 | Review, analyze, and add notes to 10 proof of claims and outreach mailings flagged for further follow up. |
| Herriman, Jay | 6/19/2020 | 1.3 | Review Pension claims in prep of sending into ACR process |
| Waters, Erik | 6/19/2020 | 1.1 | Confirming proper categorization of HR Claims including bifurcating between asserted agencies |
| Waters, Erik | 6/19/2020 | 2.9 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/19/2020 | 1.4 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Gilleland, Jeffrey | 6/20/2020 | 0.6 | Analyze 10 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |

*Exhibit D*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through June 30, 2020**

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Gilleland, Jeffrey | 6/20/2020 | 1.4 | Analyze 34 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Carter, Richard | 6/21/2020 | 0.3 | Review 11 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Gilleland, Jeffrey | 6/21/2020 | 0.5 | Analyze 11 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/21/2020 | 0.6 | Analyze 15 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Waters, Erik | 6/21/2020 | 1.1 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/21/2020 | 2.8 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/22/2020 | 2.6 | Review 60 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/22/2020 | 2.1 | Review 55 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/22/2020 | 1.7 | Review 38 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/22/2020 | 2.8 | Analyze asserted Pension Claims to confirm asserted Claim basis is accurate for transfer into the ACR process |
| Collier, Laura | 6/22/2020 | 2.9 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| Collier, Laura | 6/22/2020 | 2.7 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Gilleland, Jeffrey | 6/22/2020 | 0.8 | Analyze 19 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 6/22/2020 | 1.2 | Analyze 21 supplemental outreach documents to capture asserted agency and categorize for entry into ACR/ADR process |
| Harmon, Kara | 6/22/2020 | 0.6 | Analyze 36 supplemental outreach documents to capture asserted agency and categorize for entry into ACR/ADR process |
| Herriman, Jay | 6/22/2020 | 0.3 | Review claims to be included on September Omnibus objections |
| Waters, Erik | 6/22/2020 | 2.2 | Review of pension claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/22/2020 | 1.7 | Review of pension claims to determine proper categorization for ACR/ADR process |

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through June 30, 2020*

*Exhibit D*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 6/22/2020 | 2.4 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/22/2020 | 1.9 | Review of pension claims to determine proper categorization for ACR/ADR process |
| Collier, Laura | 6/23/2020 | 2.4 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Collier, Laura | 6/23/2020 | 2.9 | Analyze asserted Pension Claims to confirm asserted Claim basis is accurate for transfer into the ACR process |
| Gilleland, Jeffrey | 6/23/2020 | 0.2 | Analyze 5 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/23/2020 | 0.8 | Analyze 81 supplemental outreach forms to see if any include designation for unions specific matters. |
| Harmon, Kara | 6/23/2020 | 1.2 | Analyze 23 supplemental outreach documents to capture asserted agency and categorize for entry into ACR/ADR process |
| Harmon, Kara | 6/23/2020 | 0.8 | Analyze 14 supplemental outreach responses to categorize for ADR/ACR and capture asserted agency for Commonwealth review |
| Waters, Erik | 6/23/2020 | 2.6 | Review of pension claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/23/2020 | 2.2 | Review of pension claims to determine proper categorization for ACR/ADR process |
| Zeiss, Mark | 6/23/2020 | 0.9 | Revise proposed September bondholder Omnibus Exhibit report per Proskauer change in bondholder Omnibus exhibits for exhibit by CUSIP type where bondholders can appear on multiple Exhibits |
| Collier, Laura | 6/24/2020 | 2.2 | Analyze asserted Pension Claims to confirm asserted Claim basis is accurate for transfer into the ACR process |
| Collier, Laura | 6/24/2020 | 2.9 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| DiNatale, Trevor | 6/24/2020 | 2.6 | Analyze HR related claim detail to determine proper reconciliation and categorization for ACR process |
| DiNatale, Trevor | 6/24/2020 | 0.8 | Prepare pension Claim review workstream detail to determine proper categorization for ACR process |
| Gilleland, Jeffrey | 6/24/2020 | 1.0 | Analyze 23 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 6/24/2020 | 0.8 | Analyze 18 supplemental outreach responses to categorize for ADR/ACR and capture asserted agency for Commonwealth review |
| Waters, Erik | 6/24/2020 | 2.7 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*June 1, 2020 through June 30, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 6/24/2020 | 2.9 | Review of HR claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/24/2020 | 1.9 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Zeiss, Mark | 6/24/2020 | 1.7 | Revise proposed September bondholder Omnibus Exhibit report separating Proskauer CUSIP research vs potential claims on Omnibus exhibits in order to separate Proskauer, A&M tasks |
| Carter, Richard | 6/25/2020 | 0.4 | Review/determine next steps for 5 unreconciled AP claims. |
| Collier, Laura | 6/25/2020 | 2.6 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/25/2020 | 1.6 | Analyze asserted Pension Claims to confirm asserted Claim basis is accurate for transfer into the ACR process |
| Gilleland, Jeffrey | 6/25/2020 | 0.3 | Analyze 52 supplemental outreach forms to see if any include designation for unions specific matters |
| Gilleland, Jeffrey | 6/25/2020 | 0.6 | Analyze 13 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 6/25/2020 | 0.6 | Prepare updated master workbook of Claims ready for inclusion on September omnibus objections for discussions with Proskauer on weekly status call |
| Harmon, Kara | 6/25/2020 | 0.8 | Analyze 9 supplemental outreach responses to capture asserted agency / categorize for inclusion in ADR or ACR process |
| Harmon, Kara | 6/25/2020 | 0.2 | Analyze newly reclassified accounts payable Claims to determine if enough support is provided to prepare Claims reconciliation workbooks for ERS |
| Herriman, Jay | 6/25/2020 | 0.9 | Review draft May fee statement, updating as appropriate |
| Waters, Erik | 6/25/2020 | 2.3 | Review of HR claims to determine proper categorization for ACR/ADR process |
| Zeiss, Mark | 6/25/2020 | 0.8 | Revise proposed September bondholder Omnibus Exhibit report for correct placement on Omnis, amounts |
| Collier, Laura | 6/26/2020 | 0.9 | Continue to review and analyze supplemental outreach responses to categorize under appropriate waterfalls |
| DiNatale, Trevor | 6/26/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 6/26/2020 | 0.8 | Generate report highlighting pension claims identified for ACR mailing process |

*Exhibit D*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through June 30, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Gilleland, Jeffrey | 6/26/2020 | 0.6 | Analyze 9 claims flagged for follow-up from supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/26/2020 | 0.3 | Analyze 8 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 6/26/2020 | 0.8 | Analyze 13 supplemental outreach responses to capture asserted agency / categorize for inclusion in ADR or ACR process |
| Zeiss, Mark | 6/26/2020 | 0.8 | Revise proposed September bondholder Omnibus Exhibit report for correct placement on Omnis, amounts |
| Collier, Laura | 6/27/2020 | 1.1 | Continue to review and analyze supplemental outreach responses to categorize under appropriate waterfalls |
| Gilleland, Jeffrey | 6/27/2020 | 0.3 | Analyze 7 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/27/2020 | 0.5 | Analyze 16 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Collier, Laura | 6/28/2020 | 1.2 | Analyze supplemental outreach responses to determine next steps for HR claims |
| Gilleland, Jeffrey | 6/28/2020 | 0.3 | Analyze 11 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/28/2020 | 0.9 | Analyze 21 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Carter, Richard | 6/29/2020 | 0.9 | Review/categorize 9 deficient HR-related claims to determine next steps. |
| Carter, Richard | 6/29/2020 | 2.4 | Review 23 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/29/2020 | 0.7 | Review 9 Litigation-related claims within deficient claim population to identify litigation case numbers. |
| Collier, Laura | 6/29/2020 | 0.4 | Analyze supplemental outreach responses to determine next steps for HR claims |
| DiNatale, Trevor | 6/29/2020 | 2.8 | Analyze Claim detail for Claims adjourned from omnibus objections to determine proper categorization for ACR OR ADR process |
| DiNatale, Trevor | 6/29/2020 | 1.6 | Review Claim detail for Claims adjourned from omnibus objections to determine proper categorization for ACR OR ADR process |

*Page 15 of 17*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through June 30, 2020*

**Exhibit D**

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Gilleland, Jeffrey | 6/29/2020 | 0.2 | Analyze 7 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/29/2020 | 0.5 | Analyze 13 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 6/29/2020 | 0.8 | Continue analysis of omnibus objection responses to categorize for ADR / ACR and capture asserted agency for ease of transfer to responsible government party |
| Waters, Erik | 6/29/2020 | 2.4 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Carter, Richard | 6/30/2020 | 0.3 | Review/categorize 5 deficient HR-related claims to determine next steps. |
| Carter, Richard | 6/30/2020 | 2.1 | Review/categorize 30 deficient HR-related claims to determine next steps. |
| Carter, Richard | 6/30/2020 | 0.8 | Review/categorize 9 deficient HR-related claims to determine next steps. |
| Carter, Richard | 6/30/2020 | 0.4 | Review/categorize 6 deficient HR-related claims to determine next steps. |
| Collier, Laura | 6/30/2020 | 2.3 | Analyze supplemental outreach responses to determine next steps for HR claims |
| DiNatale, Trevor | 6/30/2020 | 2.6 | Analyze Claim detail for Claims adjourned from omnibus objections to determine proper categorization for ACR OR ADR process |
| Gilleland, Jeffrey | 6/30/2020 | 0.5 | Analyze 12 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/30/2020 | 0.3 | Analyze 11 claims flagged for follow-up from supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Gilleland, Jeffrey | 6/30/2020 | 0.1 | Analyze 3 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 6/30/2020 | 2.1 | Complete analysis of omnibus objection responses to categorize for ADR/ACR and capture asserted agency for ease of transfer to responsible government party |
| Waters, Erik | 6/30/2020 | 1.6 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |

*Exhibit D*

> ### *Employee Retirement System of the Government of the Commonwealth of Puerto Rico*
> ### *Time Detail by Activity by Professional*
> ### *June 1, 2020 through June 30, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 6/30/2020 | 2.2 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |
| Waters, Erik | 6/30/2020 | 0.3 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |
| **Subtotal** | | **520.6** | |

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 6/5/2020 | 0.8 | Update April invoice with changes to time detail descriptions |
| **Subtotal** | | **0.8** | |
| *Grand Total* | | **521.4** | |

# <u>Exhibit B</u>

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
JULY 1, 2020 THROUGH JULY 31, 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3566-LTS |
| | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) | |
| GOVERNMENT OF THE COMMONWEALTH OF | | |
| PUERTO RICO, et al., | | |

Debtors. [1]

**COVER SHEET TO TWENTY-FOURTH MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
JULY 1, 2020 THROUGH JULY 31, 2020**

## ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Employee Retirement System of the Government of the Commonwealth of Puerto Rico |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought: | July 1, 2020 through July 31, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary: | $110,973.69 ($123,304.10 incurred less 10% voluntary reduction of $12,330.41) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $  - 0 - |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Twenty-Fourth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for July 2020.

_/s/_____

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On August 17, 2020 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
       FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:     Juan J. Casillas Ayala, Esq.
          Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:     John J. Rapisardi, Esq.
          Suzanne Uhland, Esq.
          Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:     Luis C. Marini-Biaggi, Esq.
          Carolina Velaz-Rivero, Esq.
          Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:     Robert Gordon, Esq.
          Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:     Catherine Steege, Esq.
          Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:     Reylam Guerra Goderich, Deputy Assistant of
General Accounting
          Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
          Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
          Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
          Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY  10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period July 1, 2020 through July 31, 2020 Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 210.1 | $    115,221.10 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 5.6 | $      4,445.50 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting | 4.9 | 3,637.50 |
| **Subtotal** | **220.6** | **123,304.10** |
| *Less 10% voluntary reduction* | | *(12,330.41)* |
| **Total** | | $    **110,973.69** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Julie Hertzberg | Managing Director | Claim Management | $919 | 3.1 | $2,848.90 |
| Jay Herriman | Managing Director | Claim Management | $893 | 14.4 | 12,859.20 |
| Kara Harmon | Director | Claim Management | $675 | 26.3 | 17,752.50 |
| Mark Zeiss | Director | Claim Management | $630 | 7.0 | 4,410.00 |
| Richard Carter | Consultant II | Claim Management | $550 | 29.8 | 16,390.00 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 49.8 | 27,390.00 |
| Collier, Laura | Senior Associate | Claim Management | $525 | 15.0 | 7,875.00 |
| Jeffrey Gilleland | Consultant | Claim Management | $525 | 25.7 | 13,492.50 |
| Erik Waters | Associate | Claim Management | $415 | 41.4 | 17,181.00 |
| Emmett McNulty | Analyst | Claim Management | $400 | 7.2 | 2,880.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 0.9 | 225.00 |
| **Subtotal** | | | | **220.6** | **123,304.10** |
| *Less 10% voluntary reduction* | | | | | *-12,330.41* |
| **Total** | | | | | **$110,973.69** |

**Summary of Expenses for the Period July 1, 2020 through July 31, 2020**

**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

No Expenses Incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $99,876.32 for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.


 /s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

3

**<u>EXHIBITS</u>**

*Exhibit A*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Task
### July 1, 2020 through July 31, 2020

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 210.1 | $115,221.10 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 5.6 | $4,445.50 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting | 4.9 | $3,637.50 |
| **Total** | **220.6** | **$123,304.10** |

*Page 1 of 1*

*Exhibit B*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### July 1, 2020 through July 31, 2020

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $919.00 | 3.1 | $2,848.90 |
| Herriman, Jay | Managing Director | $893.00 | 14.4 | $12,859.20 |
| Harmon, Kara | Director | $675.00 | 26.3 | $17,752.50 |
| Zeiss, Mark | Director | $630.00 | 7.0 | $4,410.00 |
| Carter, Richard | Consultant II | $550.00 | 29.8 | $16,390.00 |
| DiNatale, Trevor | Consultant II | $550.00 | 49.8 | $27,390.00 |
| Collier, Laura | Senior Associate | $525.00 | 15.0 | $7,875.00 |
| Gilleland, Jeffrey | Consultant | $525.00 | 25.7 | $13,492.50 |
| Waters, Erik | Associate | $415.00 | 41.4 | $17,181.00 |
| McNulty, Emmett | Analyst | $400.00 | 7.2 | $2,880.00 |
| Corbett, Natalie | Para Professional | $250.00 | 0.9 | $225.00 |
| | | **Total** | **220.6** | **$123,304.10** |

*Exhibit C*

> ### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
> ### Summary of Time Detail by Professional
> ### July 1, 2020 through July 31, 2020

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections**

**Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $919 | 1.8 | $1,654.20 |
| Herriman, Jay | Managing Director | $893 | 8.8 | $7,858.40 |
| Harmon, Kara | Director | $675 | 25.2 | $17,010.00 |
| Zeiss, Mark | Director | $630 | 6.5 | $4,095.00 |
| Waters, Erik | Associate | $415 | 41.4 | $17,181.00 |
| Carter, Richard | Consultant II | $550 | 29.8 | $16,390.00 |
| DiNatale, Trevor | Consultant II | $550 | 48.7 | $26,785.00 |
| Collier, Laura | Senior Associate | $525 | 15.0 | $7,875.00 |
| Gilleland, Jeffrey | Consultant | $525 | 25.7 | $13,492.50 |
| McNulty, Emmett | Analyst | $400 | 7.2 | $2,880.00 |
| | | | 210.1 | $115,221.10 |
| | *Average Billing Rate* | | | $548.41 |

*Exhibit C*

**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**
**Summary of Time Detail by Professional**
**July 1, 2020 through July 31, 2020**

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications**

Prepare monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $919 | 0.9 | $827.10 |
| Herriman, Jay | Managing Director | $893 | 3.8 | $3,393.40 |
| Corbett, Natalie | Para Professional | $250 | 0.9 | $225.00 |
| | | | 5.6 | $4,445.50 |
| | *Average Billing Rate* | | | $793.84 |

*Exhibit C*

**Employee Retirement System of the Government of the
Commonwealth of Puerto Rico
Summary of Time Detail by Professional
July 1, 2020 through July 31, 2020**

**Employees Retirement System
of the Government of the
Commonwealth of Puerto Rico -
Meeting**

**Participate in meetings with Debtors' management, Board of Directors and/or
advisors to present findings or discuss various matters related to the filing,
reporting and/ or operating the business; excludes meetings with UCC and/or
other Creditor constituents and their advisors.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $919 | 0.4 | $367.60 |
| Herriman, Jay | Managing Director | $893 | 1.8 | $1,607.40 |
| Harmon, Kara | Director | $675 | 1.1 | $742.50 |
| Zeiss, Mark | Director | $630 | 0.5 | $315.00 |
| DiNatale, Trevor | Consultant II | $550 | 1.1 | $605.00 |
| | | | 4.9 | $3,637.50 |
| | *Average Billing Rate* | | | $742.35 |

*Exhibit D*

> ***Employee Retirement System of the Government***
> ***of the Commonwealth of Puerto Rico***
> ***Time Detail by Activity by Professional***
> ***July 1, 2020 through July 31, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 7/1/2020 | 1.7 | Review/categorize 16 deficient HR-related claims to determine next steps. |
| Carter, Richard | 7/1/2020 | 1.1 | Review/categorize 17 deficient HR-related claims to determine next steps. |
| Collier, Laura | 7/1/2020 | 1.7 | Review objection responses to properly assign waterfall category to claim |
| DiNatale, Trevor | 7/1/2020 | 2.2 | Review Claim detail for Claims adjourned from omnibus objections to determine proper categorization for ACR OR ADR process |
| Gilleland, Jeffrey | 7/1/2020 | 0.2 | Analyze 7 claims flagged for follow-up from supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Gilleland, Jeffrey | 7/1/2020 | 0.5 | Analyze 10 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/1/2020 | 1.8 | Analyze 30 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Waters, Erik | 7/1/2020 | 1.2 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process |
| Waters, Erik | 7/1/2020 | 1.6 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process |
| Zeiss, Mark | 7/1/2020 | 0.4 | Revise proposed September bondholder Omnibus Exhibit report for correct placement on Omnis, amounts |
| Carter, Richard | 7/2/2020 | 0.3 | Review/categorize 2 deficient HR-related claims to determine next steps. |
| Carter, Richard | 7/2/2020 | 1.9 | Review/categorize 19 deficient HR-related claims to determine next steps. |
| Collier, Laura | 7/2/2020 | 1.7 | Review objection responses to properly assign waterfall category to claim |
| DiNatale, Trevor | 7/2/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffrey | 7/2/2020 | 0.3 | Analyze 9 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/2/2020 | 0.7 | Analyze 16 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |

*Exhibit D*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
July 1, 2020 through July 31, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Harmon, Kara | 7/2/2020 | 1.3 | Analyze 15 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Waters, Erik | 7/2/2020 | 2.8 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process |
| DiNatale, Trevor | 7/3/2020 | 0.8 | Prepare update to Claim reconciliation detail for pension Claims transferred to ACR process |
| Gilleland, Jeffrey | 7/3/2020 | 0.6 | Analyze 12 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/3/2020 | 0.1 | Analyze 2 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/4/2020 | 0.7 | Analyze 19 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/4/2020 | 0.3 | Analyze 8 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/5/2020 | 0.8 | Analyze 15 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/5/2020 | 0.2 | Analyze 4 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Collier, Laura | 7/6/2020 | 1.6 | Analyze claim detail for claims adjourned from omnibus objections to determine proper categorization for ACR or ADR process |
| DiNatale, Trevor | 7/6/2020 | 0.4 | Provide feedback to Proskauer regarding draft "Notice of ACR Transfer" document |
| DiNatale, Trevor | 7/6/2020 | 0.8 | Perform updates to waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 7/6/2020 | 1.3 | Review draft of "Notice of ACR Transfer" file to filed with court |
| DiNatale, Trevor | 7/6/2020 | 1.6 | Review objection response detail from Claims on adjourned omnibus objections to determine proper categorization for ACR or ADR process |
| Gilleland, Jeffrey | 7/6/2020 | 0.6 | Analyze 13 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
July 1, 2020 through July 31, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| McNulty, Emmett | 7/6/2020 | 1.6 | Prepare AP claim reconciliation workbook for AP claim with more than 50 individual invoices, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Collier, Laura | 7/7/2020 | 1.4 | Review claim detail for claims adjourned from omnibus objections to determine proper categorization for ACR or ADR process |
| DiNatale, Trevor | 7/7/2020 | 2.1 | Review 89 deficient Claims without supplemental mailing response for inclusion in the upcoming omnibus objection |
| DiNatale, Trevor | 7/7/2020 | 2.7 | Analyze 101 deficient Claims without supplemental mailing response for inclusion in the upcoming omnibus objection |
| Gilleland, Jeffrey | 7/7/2020 | 0.8 | Analyze 21 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| McNulty, Emmett | 7/7/2020 | 1.3 | Generate AP claims reconciliation workbooks, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Waters, Erik | 7/7/2020 | 1.7 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Waters, Erik | 7/7/2020 | 2.4 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |
| Zeiss, Mark | 7/7/2020 | 1.3 | Draft ten non-bondholder Omnibus Exhibits for September hearing with applicable objections |
| Collier, Laura | 7/8/2020 | 1.9 | Analyze omnibus objection responses to categorize for ADR / ACR and capture asserted agency for ease of transfer to responsible government party |
| DiNatale, Trevor | 7/8/2020 | 0.4 | Review HR related Claim detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 7/8/2020 | 2.1 | Analyze 76 deficient Claims without supplemental mailing response for inclusion in the upcoming omnibus objection |
| DiNatale, Trevor | 7/8/2020 | 0.8 | Review draft omnibus objection exhibits to confirm accuracy |
| Gilleland, Jeffrey | 7/8/2020 | 0.8 | Analyze 19 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Herriman, Jay | 7/8/2020 | 2.7 | Review employee related claims in prep of adding them to the ACR process |
| McNulty, Emmett | 7/8/2020 | 2.6 | Generate AP claim reconciliation workbook for AP claim with more than 50 line items, by asserted agency, for final reconciliation by Commonwealth identified responsible party |

*Exhibit D*

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*July 1, 2020 through July 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 7/8/2020 | 0.9 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |
| Waters, Erik | 7/8/2020 | 1.1 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Collier, Laura | 7/9/2020 | 1.6 | Review and analyze supplemental outreach responses to categorize under appropriate waterfalls |
| Gilleland, Jeffrey | 7/9/2020 | 0.4 | Analyze 11 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/9/2020 | 0.3 | Analyze 8 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/9/2020 | 1.3 | Analyze deficient objection responses to categorize adjourned Claims for processing into ADR or ACR |
| Harmon, Kara | 7/9/2020 | 0.2 | Analyze draft objection exhibits for September omnibus objection to prepare comments for M. Zeiss related to modifications |
| Zeiss, Mark | 7/9/2020 | 1.3 | Draft September bondholder exhibits for bondholder claims with single, multiple bond objections, some with remaining Commonwealth GO bonds |
| Collier, Laura | 7/10/2020 | 1.2 | Analyze proactive outreach responses returned by claimants to determine next steps for reconciliation |
| DiNatale, Trevor | 7/10/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffrey | 7/10/2020 | 0.9 | Analyze18 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/10/2020 | 1.6 | Analyze 34 Claims categorized as miscellaneous Claims to confirm asserted Claims basis in order to categorize for ADR, ACR, or flag for supplemental outreach |
| Waters, Erik | 7/10/2020 | 1.6 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Waters, Erik | 7/10/2020 | 1.2 | Review of HR claims with supplemental outreach to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Collier, Laura | 7/11/2020 | 0.9 | Review and analyze supplemental outreach responses to categorize under appropriate waterfalls |
| Gilleland, Jeffrey | 7/11/2020 | 0.2 | Analyze 6 claims flagged for follow-up from supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |

*Page 4 of 12*

*Exhibit D*

***Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
July 1, 2020 through July 31, 2020***

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico -
Claims Administration and Objections**

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Gilleland, Jeffrey | 7/11/2020 | 0.6 | Analyze 15 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/12/2020 | 0.5 | Analyze 12 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Collier, Laura | 7/13/2020 | 1.6 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation into ACR or ADR process |
| Gilleland, Jeffrey | 7/13/2020 | 0.6 | Analyze 14 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Collier, Laura | 7/14/2020 | 0.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation into ACR or ADR process |
| DiNatale, Trevor | 7/14/2020 | 1.8 | Analyze HR supplemental mailing responses to determine proper categorization for ACR process |
| DiNatale, Trevor | 7/14/2020 | 2.8 | Analyze litigation and identified HR related claims to determine potential duplication of liabilities |
| Gilleland, Jeffrey | 7/14/2020 | 0.3 | Analyze 10 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/14/2020 | 0.4 | Analyze 12 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/14/2020 | 2.7 | Analyze 46 Claims categorized as miscellaneous Claims to confirm asserted Claims basis in order to categorize for ADR, ACR, or flag for supplemental outreach |
| McNulty, Emmett | 7/14/2020 | 1.7 | Generate AP claims reconciliation workbooks, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Waters, Erik | 7/14/2020 | 1.2 | Analyze HR Supplemental Outreach Claims to confirm proper categorization for transfer into ACR process |
| Zeiss, Mark | 7/14/2020 | 0.9 | Revise September Non-Bondholder Claims Objection Exhibits per Proskauer comments |
| Zeiss, Mark | 7/14/2020 | 1.3 | Revise September Bondholder Claims Objection Exhibits per Proskauer comments |
| Carter, Richard | 7/15/2020 | 1.8 | Review 14 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Collier, Laura | 7/15/2020 | 0.2 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation into ACR or ADR process |

Exhibit D

**Employee Retirement System of the Government**
**of the Commonwealth of Puerto Rico**
**Time Detail by Activity by Professional**
**July 1, 2020 through July 31, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 7/15/2020 | 0.7 | Prepare HR and Pension Claim review workstream to determine proper categorization for ACR process |
| Gilleland, Jeffrey | 7/15/2020 | 0.8 | Analyze 20 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/15/2020 | 1.2 | Analyze 24 supplemental outreach responses to capture asserted agency and categorize Claims for ADR / ACR process |
| Waters, Erik | 7/15/2020 | 1.4 | Analyze HR Supplemental Outreach Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 7/15/2020 | 2.7 | Review of HR Supplemental Outreach claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Carter, Richard | 7/16/2020 | 2.1 | Review 19 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Collier, Laura | 7/16/2020 | 0.3 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation into ACR or ADR process |
| DiNatale, Trevor | 7/16/2020 | 0.4 | Review HR supplemental mailing responses to determine proper categorization for ACR OR ADR process |
| DiNatale, Trevor | 7/16/2020 | 1.3 | Analyze HR Claims asserting laws related to incentive pay and salary increases to determine proper ADR or ACR categorization |
| Gilleland, Jeffrey | 7/16/2020 | 0.7 | Analyze 19 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/16/2020 | 1.7 | Analyze 34 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation (ADR/ACR) |
| Waters, Erik | 7/16/2020 | 2.6 | Analyze HR Supplemental Outreach Claims to confirm proper categorization for transfer into ACR process |
| Zeiss, Mark | 7/16/2020 | 1.3 | Review September Bondholder exhibits vs bondholder claims for objection review due diligence |
| Carter, Richard | 7/17/2020 | 1.8 | Review 15 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Collier, Laura | 7/17/2020 | 0.1 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation into ACR or ADR process |
| DiNatale, Trevor | 7/17/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffrey | 7/17/2020 | 0.4 | Analyze 12 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |

*Exhibit D*

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*July 1, 2020 through July 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Gilleland, Jeffrey | 7/18/2020 | 1.1 | Analyze 26 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/19/2020 | 0.3 | Analyze 7 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/19/2020 | 0.4 | Analyze 11 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Carter, Richard | 7/20/2020 | 1.6 | Review 13 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 7/20/2020 | 1.7 | Review of draft omnibus objection detail to provide feedback to Proskauer |
| DiNatale, Trevor | 7/20/2020 | 1.1 | Review HR Claim mailing response detail to determine next steps in reconciliation process |
| Gilleland, Jeffrey | 7/20/2020 | 0.4 | Analyze 9 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/20/2020 | 1.7 | Analyze 43 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation (ADR/ACR) |
| Collier, Laura | 7/21/2020 | 0.4 | Analyze proactive outreach responses returned by claimants to determine next steps for reconciliation |
| DiNatale, Trevor | 7/21/2020 | 0.8 | Review agency provided response detail regarding litigation Claim case detail to determine next steps in reconciliation process |
| DiNatale, Trevor | 7/21/2020 | 0.4 | Update the September omnibus objection tracker for internal and Proskauer review |
| DiNatale, Trevor | 7/21/2020 | 1.9 | Prepare litigation Claim reconciliation workbooks for DOJ and AAFAF review |
| Gilleland, Jeffrey | 7/21/2020 | 0.7 | Analyze 17 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/21/2020 | 2.3 | Analyze 48 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation (ADR/ACR) |
| Carter, Richard | 7/22/2020 | 1.8 | Review 16 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 7/22/2020 | 1.7 | Review mailing response detail for Claims on draft deficient objection to determine next steps in reconciliation process |

*Page 7 of 12*

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*July 1, 2020 through July 31, 2020*

*Exhibit D*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 7/22/2020 | 2.3 | Prepare litigation Claim reconciliation workbooks for DOJ and AAFAF review |
| DiNatale, Trevor | 7/22/2020 | 1.1 | Analyze supplemental mailing response detail to determine next steps in reconciliation process |
| Gilleland, Jeffry | 7/22/2020 | 1.2 | Analyze 18 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffry | 7/22/2020 | 0.4 | Analyze 8 claims flagged for follow-up from supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Harmon, Kara | 7/22/2020 | 1.8 | Analyze 30 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Carter, Richard | 7/23/2020 | 2.4 | Review 23 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 7/23/2020 | 1.3 | Review mailing response detail for Claims on draft deficient objection to determine next steps in reconciliation process |
| Gilleland, Jeffry | 7/23/2020 | 1.1 | Analyze 19 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine various aspects of the creditor's claim, including basis, place and term of employment, and other pertinent information. |
| DiNatale, Trevor | 7/24/2020 | 1.8 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffry | 7/24/2020 | 0.5 | Analyze 5 returned proof of claims and supplemental outreach mailings for Claims to determine various aspects of the creditor's claim, including basis, place and term of employment, and other pertinent creditor information. |
| Harmon, Kara | 7/24/2020 | 1.6 | Analyze 29 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Herriman, Jay | 7/24/2020 | 1.1 | Review claims to be included in ACR process to identify next steps in process |
| Carter, Richard | 7/25/2020 | 1.7 | Review 16 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Carter, Richard | 7/25/2020 | 3.1 | Review 30 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Gilleland, Jeffry | 7/25/2020 | 0.7 | Analyze 11 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |

*Exhibit D*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
July 1, 2020 through July 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Gilleland, Jeffrey | 7/26/2020 | 1.4 | Analyze 38 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Carter, Richard | 7/27/2020 | 2.1 | Review 19 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Carter, Richard | 7/27/2020 | 2.7 | Review 29 HR-related claims in order to determine if the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 7/27/2020 | 0.9 | Prepare report of uncategorized HR Claim detail to determine proper categorization for ACR process |
| Gilleland, Jeffrey | 7/27/2020 | 0.7 | Analyze 24 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/27/2020 | 1.4 | Analyze 26 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Herriman, Jay | 7/27/2020 | 2.3 | Review responses received from creditors related to pension claims in the ACR process |
| Waters, Erik | 7/27/2020 | 2.3 | Analyze HR Supplemental Outreach Claims to confirm proper categorization for transfer into ACR process |
| DiNatale, Trevor | 7/28/2020 | 0.4 | Review report of undeliverable, HR supplemental mailing responses to determine next steps in reconciliation process |
| DiNatale, Trevor | 7/28/2020 | 1.4 | Analyze supplemental outreach response report from PrimeClerk to determine next steps for claims on deficient objection |
| Gilleland, Jeffrey | 7/28/2020 | 0.3 | Analyze 9 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/28/2020 | 0.6 | Analyze 19 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Herriman, Jay | 7/28/2020 | 0.4 | Review responses received from creditors related to pension claims in the ACR process |
| Hertzberg, Julie | 7/28/2020 | 0.3 | Review responses received from creditors related to pension claims in the ACR process |
| Waters, Erik | 7/28/2020 | 2.6 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Waters, Erik | 7/28/2020 | 2.2 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Waters, Erik | 7/28/2020 | 1.7 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |

*Exhibit D*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
July 1, 2020 through July 31, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 7/28/2020 | 1.1 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Carter, Richard | 7/29/2020 | 0.9 | Review 9 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Carter, Richard | 7/29/2020 | 1.9 | Review 12 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 7/29/2020 | 1.7 | Analyze supplemental outreach responses to determine proper categorization for ACR process |
| Gilleland, Jeffrey | 7/29/2020 | 1.1 | Analyze 24 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/29/2020 | 1.9 | Analyze 32 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Hertzberg, Julie | 7/29/2020 | 0.3 | Review details regarding pension FAQs |
| Hertzberg, Julie | 7/29/2020 | 1.2 | Draft specific responses to inquiries regarding pension ACR Letters |
| Waters, Erik | 7/29/2020 | 2.7 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Waters, Erik | 7/29/2020 | 1.2 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Carter, Richard | 7/30/2020 | 0.9 | Review 8 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Gilleland, Jeffrey | 7/30/2020 | 1.3 | Analyze 27 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/30/2020 | 0.8 | Analyze new objection responses for deficient Claims to determine next steps for reconciliation and entry into ADR / ACR process |
| Herriman, Jay | 7/30/2020 | 2.3 | Review claims to be included in next round of ACR mailings related to Pension Claims |
| Waters, Erik | 7/30/2020 | 2.1 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| DiNatale, Trevor | 7/31/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffrey | 7/31/2020 | 0.8 | Analyze 22 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |

*Exhibit D*

> **Employee Retirement System of the Government**
> **of the Commonwealth of Puerto Rico**
> **Time Detail by Activity by Professional**
> **July 1, 2020 through July 31, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Harmon, Kara | 7/31/2020 | 1.9 | Analyze 28 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Waters, Erik | 7/31/2020 | 0.4 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 7/31/2020 | 2.7 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| **Subtotal** | | **210.1** | |

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 7/7/2020 | 0.4 | Create Sixth Interim Fee Apps |
| Corbett, Natalie | 7/10/2020 | 0.1 | Prepare Sixth Interim Fee Apps |
| Herriman, Jay | 7/12/2020 | 1.7 | Review / Update draft interim fee application |
| Herriman, Jay | 7/15/2020 | 0.8 | Update sixth interim fee app with additional discussion of workstreams from period |
| Herriman, Jay | 7/15/2020 | 1.1 | Review draft sixth interim fee app |
| Hertzberg, Julie | 7/15/2020 | 0.7 | Review draft sixth interim fee app |
| Hertzberg, Julie | 7/15/2020 | 0.2 | Provide comments to J. Herriman re: sixth interim fee app |
| Herriman, Jay | 7/16/2020 | 0.2 | Finalize interim fee app and send for filing with court |
| Corbett, Natalie | 7/27/2020 | 0.4 | Create June invoice |
| **Subtotal** | | **5.6** | |

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 7/27/2020 | 0.2 | Participate in conference call with J. Herriman, K. Harmon, T. DiNatale, J. Berman, and L. Stafford regarding ACR pension letter mailing and process |

**_Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
July 1, 2020 through July 31, 2020_**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Harmon, Kara | 7/27/2020 | 0.2 | Participate in conference call with J. Herriman, K. Harmon, T. DiNatale, J. Berman, and L. Stafford regarding ACR pension letter mailing and process |
| Herriman, Jay | 7/27/2020 | 0.2 | Participate in conference call with J. Herriman, K. Harmon, T. DiNatale, J. Berman, and L. Stafford regarding ACR pension letter mailing and process |
| Herriman, Jay | 7/28/2020 | 0.3 | Call with L. Stafford re: discuss questions from the retiree committee related to pension clam mailings |
| DiNatale, Trevor | 7/29/2020 | 0.4 | Participate in conference call with J. Herriman, K. Harmon, and T. DiNatale regarding ACR pension letter response review process |
| Harmon, Kara | 7/29/2020 | 0.4 | Participate in conference call with J. Herriman, K. Harmon, and T. DiNatale regarding ACR pension letter response review process |
| Herriman, Jay | 7/29/2020 | 0.4 | Participate in conference call with J. Herriman, K. Harmon, and T. DiNatale regarding ACR pension letter response review process |
| Herriman, Jay | 7/29/2020 | 0.4 | Call with J. Hertzberg and J. Herriman re: discuss status of ACR pension letters and creation of FAQ document |
| Hertzberg, Julie | 7/29/2020 | 0.4 | Call with J. Hertzberg and J. Herriman re: discuss status of ACR pension letters and creation of FAQ document |
| DiNatale, Trevor | 7/30/2020 | 0.5 | Participate in conference call with J. Herriman, K. Harmon, M. Zeiss, T. DiNatale and L. Stafford regarding undeliverable outreach mailing and ACR pension response process |
| Harmon, Kara | 7/30/2020 | 0.5 | Participate in conference call with J. Herriman, K. Harmon, M. Zeiss, T. DiNatale and L. Stafford regarding undeliverable outreach mailing and ACR pension response process |
| Herriman, Jay | 7/30/2020 | 0.5 | Participate in conference call with J. Herriman, K. Harmon, M. Zeiss, T. DiNatale and L. Stafford regarding undeliverable outreach mailing and ACR pension response process |
| Zeiss, Mark | 7/30/2020 | 0.5 | Participate in conference call with J. Herriman, K. Harmon, M. Zeiss, T. DiNatale and L. Stafford regarding undeliverable outreach mailing and ACR pension response process |

**Subtotal** — **4.9**

**_Grand Total_** — **220.6**

# <u>Exhibit C</u>

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | )   PROMESA |
| | )   Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | )   No. 17 BK 3566-LTS |
| | ) |
| | ) |
| as representative of | ) |
| | ) |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) |
| GOVERNMENT OF THE COMMONWEALTH OF | |
| PUERTO RICO, et al., | |

Debtors. [1]

**COVER SHEET TO TWENTY-FIFTH MONTHLY FEE APPLICATION OF**
**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO**
**AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE**
**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO**
**FOR THE PERIOD FROM**
**AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT**
**WERE INCURRED OUTSIDE OF PUERTO RICO**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Employee Retirement System of the Government of the Commonwealth of Puerto Rico |

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought: | August 1, 2020 through August 31, 2020 |
|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $72,351.63 ($80,390.70 incurred less 10% voluntary reduction of $8,039.07) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   - 0 - |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Twenty-Fifth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

2

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for August 2020.


   /s/ _____

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On September 14, 2020 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
      FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured**
**Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
      Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq.
      Suzanne Uhland, Esq.
      Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:  Luis C. Marini-Biaggi, Esq.
      Carolina Velaz-Rivero, Esq.
      Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:  Robert Gordon, Esq.
      Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:  Catherine Steege, Esq.
      Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
General Accounting
      Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
      Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
      Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
      Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY  10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period August 1, 2020 through August 31, 2020**
**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| TASK CODE | TOTAL HOURS | TOTAL FEES REQUESTED |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 144.8 | $ 77,764.70 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 0.3 | $ 75.00 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting | 3.9 | 2,551.00 |
| **Subtotal** | **149.0** | **80,390.70** |
| *Less 10% voluntary reduction* | | *(8,039.07)* |
| **Total** | | $ **72,351.63** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $937 | 7.0 | 6,559.00 |
| Kara Harmon | Director | Claim Management | $675 | 18.6 | 12,555.00 |
| Mark Zeiss | Director | Claim Management | $661 | 2.2 | 1,454.20 |
| Richard Carter | Consultant II | Claim Management | $577 | 11.0 | 6,347.00 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 42.7 | 23,485.00 |
| Jeffrey Gilleland | Consultant | Claim Management | $525 | 18.5 | 9,712.50 |
| Erik Waters | Associate | Claim Management | $415 | 48.2 | 20,003.00 |
| Emmett McNulty | Analyst | Claim Management | $400 | 0.5 | 200.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 0.3 | 75.00 |
| **Subtotal** | | | | **149.0** | **80,390.70** |
| *Less 10% voluntary reduction* | | | | | *-8,039.07* |
| **Total** | | | | | **$72,351.63** |

**Summary of Expenses for the Period August 1, 2020 through August 31, 2020**

**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

No Expenses Incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $65,116.47 for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.


/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

3

# **EXHIBITS**

*Exhibit A*

***Employee Retirement System of the Government of the
Commonwealth of Puerto Rico
Summary of Time Detail by Task
August 1, 2020 through August 31, 2020***

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 144.8 | $77,764.70 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 0.3 | $75.00 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting | 3.9 | $2,551.00 |
| **Total** | **149.0** | **$80,390.70** |

*Exhibit B*

*Employee Retirement System of the Government of the*
*Commonwealth of Puerto Rico*
*Summary of Time Detail by Professional*
*August 1, 2020 through August 31, 2020*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937.00 | 7.0 | $6,559.00 |
| Harmon, Kara | Director | $675.00 | 18.6 | $12,555.00 |
| Zeiss, Mark | Director | $661.00 | 2.2 | $1,454.20 |
| Carter, Richard | Consultant II | $577.00 | 11.0 | $6,347.00 |
| DiNatale, Trevor | Consultant II | $550.00 | 42.7 | $23,485.00 |
| Gilleland, Jeffrey | Consultant | $525.00 | 18.5 | $9,712.50 |
| Waters, Erik | Associate | $415.00 | 48.2 | $20,003.00 |
| McNulty, Emmett | Analyst | $400.00 | 0.5 | $200.00 |
| Corbett, Natalie | Para Professional | $250.00 | 0.3 | $75.00 |
| | *Total* | | **149.0** | **$80,390.70** |

*Exhibit C*

**Employee Retirement System of the Government of the
Commonwealth of Puerto Rico
Summary of Time Detail by Professional
August 1, 2020 through August 31, 2020**

**Employees Retirement System
of the Government of the
Commonwealth of Puerto Rico -
Claims Administration and
Objections**

Advise and assist the Debtors in questions and processes regarding the claims
reconciliation process: notably, claims planning process, potential claim
analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 6.5 | $6,090.50 |
| Harmon, Kara | Director | $675 | 16.9 | $11,407.50 |
| Zeiss, Mark | Director | $661 | 2.2 | $1,454.20 |
| Waters, Erik | Associate | $415 | 48.2 | $20,003.00 |
| Carter, Richard | Consultant II | $577 | 11.0 | $6,347.00 |
| DiNatale, Trevor | Consultant II | $550 | 41.0 | $22,550.00 |
| Gilleland, Jeffrey | Consultant | $525 | 18.5 | $9,712.50 |
| McNulty, Emmett | Analyst | $400 | 0.5 | $200.00 |
| | | | 144.8 | $77,764.70 |
| | *Average Billing Rate* | | | $537.05 |

*Exhibit C*

## Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### August 1, 2020 through August 31, 2020

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications**

Prepare monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Corbett, Natalie | Para Professional | $250 | 0.3 | $75.00 |
| | | | 0.3 | $75.00 |
| | *Average Billing Rate* | | | $250.00 |

*Exhibit C*

**Employee Retirement System of the Government of the
Commonwealth of Puerto Rico
Summary of Time Detail by Professional
August 1, 2020 through August 31, 2020**

**Employees Retirement System
of the Government of the
Commonwealth of Puerto Rico -
Meeting**

**Participate in meetings with Debtors' management, Board of Directors and/or
advisors to present findings or discuss various matters related to the filing,
reporting and/ or operating the business; excludes meetings with UCC and/or
other Creditor constituents and their advisors.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 0.5 | $468.50 |
| Harmon, Kara | Director | $675 | 1.7 | $1,147.50 |
| DiNatale, Trevor | Consultant II | $550 | 1.7 | $935.00 |
| | | | 3.9 | $2,551.00 |
| | *Average Billing Rate* | | | $654.10 |

**Exhibit D**

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
August 1, 2020 through August 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Gilleland, Jeffrey | 8/2/2020 | 1.4 | Analyze 41 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Carter, Richard | 8/3/2020 | 0.3 | Review 2 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 8/3/2020 | 1.1 | Analyze supplemental outreach responses to determine proper categorization for ACR process |
| Gilleland, Jeffrey | 8/3/2020 | 1.1 | Analyze 26 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Waters, Erik | 8/3/2020 | 0.7 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Carter, Richard | 8/4/2020 | 0.8 | Review 7 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Gilleland, Jeffrey | 8/4/2020 | 0.9 | Analyze 18 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Harmon, Kara | 8/4/2020 | 1.1 | Analyze 22 supplemental outreach responses to categorize Claims for ACR process |
| Waters, Erik | 8/4/2020 | 0.6 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Waters, Erik | 8/4/2020 | 1.7 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Waters, Erik | 8/4/2020 | 2.1 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Waters, Erik | 8/4/2020 | 2.4 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| DiNatale, Trevor | 8/5/2020 | 2.4 | Review asserted agency detail for HR Claims to ensure proper categorization for streamlined ACR process |
| DiNatale, Trevor | 8/5/2020 | 0.8 | Review HR Claim detail to determine proper categorization for ACR process |
| Gilleland, Jeffrey | 8/5/2020 | 0.1 | Analyze 2 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Harmon, Kara | 8/5/2020 | 0.4 | Analyze 12 supplemental outreach responses to categorize Claims for ACR process |
| Waters, Erik | 8/5/2020 | 1.1 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |

*Page 1 of 8*

*Exhibit D*

> *Employee Retirement System of the Government*
> *of the Commonwealth of Puerto Rico*
> *Time Detail by Activity by Professional*
> *August 1, 2020 through August 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 8/5/2020 | 1.5 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| DiNatale, Trevor | 8/6/2020 | 1.7 | Update upcoming omnibus objection tracker for internal and Proskauer review |
| DiNatale, Trevor | 8/6/2020 | 2.1 | Prepare upcoming omnibus objection tracker for internal and Proskauer review |
| Gilleland, Jeffrey | 8/6/2020 | 0.9 | Analyze 19 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided information to transfer into ACR process. |
| Waters, Erik | 8/6/2020 | 2.2 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 8/6/2020 | 2.7 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| DiNatale, Trevor | 8/7/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffrey | 8/7/2020 | 0.7 | Analyze 37 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws for additional information to determine if the creditor provided enough information to transfer into ACR process. |
| Harmon, Kara | 8/7/2020 | 0.9 | Analyze 17 supplemental outreach responses to categorize Claims for ACR process |
| Waters, Erik | 8/7/2020 | 1.2 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Zeiss, Mark | 8/7/2020 | 0.7 | Draft Omnibus Exhibit lists of bondholder claims eligible for objection by objection type, potential grouping |
| Zeiss, Mark | 8/7/2020 | 0.6 | Revise report of bondholder claims eligible for October objections hearing |
| Gilleland, Jeffrey | 8/8/2020 | 0.2 | Analyze 4 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process |
| Gilleland, Jeffrey | 8/10/2020 | 0.1 | Analyze 2 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Harmon, Kara | 8/10/2020 | 2.3 | Analyze 32 supplemental outreach responses to categorize Claims for ACR process |
| Waters, Erik | 8/10/2020 | 2.2 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Carter, Richard | 8/11/2020 | 0.6 | Review 6 HR-related claims in order to determine that the basis asserted is only pension/retirement. |

*Page 2 of 8*

*Exhibit D*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
August 1, 2020 through August 31, 2020**

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico -
Claims Administration and Objections**

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 8/11/2020 | 0.8 | Review supplemental mailing responses to determine inclusion on upcoming deficient mailing response Claim objection |
| Gilleland, Jeffrey | 8/11/2020 | 0.3 | Analyze 7 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Harmon, Kara | 8/11/2020 | 2.6 | Analyze 48 supplemental outreach responses to categorize Claims for ACR process |
| Waters, Erik | 8/11/2020 | 0.6 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 8/11/2020 | 2.3 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Carter, Richard | 8/12/2020 | 1.2 | Review 14 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 8/12/2020 | 2.9 | Review Claims identified as deficient to confirm inclusion on upcoming omnibus objection |
| Gilleland, Jeffrey | 8/12/2020 | 0.3 | Analyze 8 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Harmon, Kara | 8/12/2020 | 1.4 | Analyze 16 supplemental outreach responses to categorize Claims for ACR process |
| Waters, Erik | 8/12/2020 | 2.4 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 8/12/2020 | 2.7 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Carter, Richard | 8/13/2020 | 2.1 | Review 18 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Carter, Richard | 8/13/2020 | 2.6 | Review 25 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 8/13/2020 | 1.9 | Review Claims identified as deficient to confirm inclusion on upcoming omnibus objection |
| Gilleland, Jeffrey | 8/13/2020 | 0.2 | Analyze 5 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Harmon, Kara | 8/13/2020 | 0.4 | Analyze 12 supplemental outreach responses to categorize Claims for ACR process |
| Waters, Erik | 8/13/2020 | 1.7 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |

> *Employee Retirement System of the Government*
> *of the Commonwealth of Puerto Rico*
> *Time Detail by Activity by Professional*
> *August 1, 2020 through August 31, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 8/13/2020 | 0.9 | Revise October bondholder claims objections per Proskauer research on bond CUSIPS |
| Carter, Richard | 8/14/2020 | 1.1 | Update claim waterfall flags on 111 HR-related claims in the claims management system. |
| Carter, Richard | 8/14/2020 | 2.3 | Review 24 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 8/14/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffrey | 8/14/2020 | 0.1 | Analyze 2 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Harmon, Kara | 8/14/2020 | 1.3 | Analyze 19 supplemental outreach responses to categorize Claims for ACR process |
| Waters, Erik | 8/14/2020 | 1.5 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Gilleland, Jeffrey | 8/16/2020 | 0.1 | Analyze 2 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Gilleland, Jeffrey | 8/17/2020 | 0.1 | Analyze 2 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process. |
| Gilleland, Jeffrey | 8/18/2020 | 1.6 | Analyze 25 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Harmon, Kara | 8/18/2020 | 0.9 | Analyze 13 supplemental outreach responses to capture asserted agency and categorize for ACR process |
| Waters, Erik | 8/18/2020 | 1.2 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 8/18/2020 | 2.6 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Gilleland, Jeffrey | 8/19/2020 | 1.4 | Analyze 23 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Waters, Erik | 8/19/2020 | 0.9 | Review of unresolved HR claims to confirm proper categorization for ACR/ADR process |

*Exhibit D*

```
Employee Retirement System of the Government
    of the Commonwealth of Puerto Rico
    Time Detail by Activity by Professional
    August 1, 2020 through August 31, 2020
```

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 8/19/2020 | 2.3 | Review of unresolved HR claims to confirm proper categorization for ACR/ADR process |
| DiNatale, Trevor | 8/20/2020 | 1.1 | Review supplemental mailing detail to determine inclusion in upcoming Claim objections |
| DiNatale, Trevor | 8/20/2020 | 1.4 | Review supplemental outreach responses to determine next steps in ACR process |
| DiNatale, Trevor | 8/20/2020 | 2.2 | Analyze uncategorized HR Claims to determine proper categorization for ACR process |
| Gilleland, Jeffrey | 8/20/2020 | 1.8 | Analyze 35 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Waters, Erik | 8/20/2020 | 1.8 | Review of unresolved HR claims to confirm proper categorization for ACR/ADR process |
| DiNatale, Trevor | 8/21/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffrey | 8/21/2020 | 0.7 | Analyze 9 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Harmon, Kara | 8/21/2020 | 1.3 | Analyze 29 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Herriman, Jay | 8/21/2020 | 1.1 | Review claims to be included on Objections for the October Omnibus hearing |
| Waters, Erik | 8/21/2020 | 1.1 | Review of unresolved HR claims to confirm proper categorization for ACR/ADR process |
| Gilleland, Jeffrey | 8/22/2020 | 0.3 | Analyze 5 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Gilleland, Jeffrey | 8/23/2020 | 0.1 | Analyze 3 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| DiNatale, Trevor | 8/24/2020 | 1.4 | Prepare initial draft of ACR notice list for internal and Proskauer review |
| Gilleland, Jeffrey | 8/24/2020 | 1.1 | Analyze 23 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
August 1, 2020 through August 31, 2020*

*Exhibit D*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Harmon, Kara | 8/24/2020 | 1.7 | Analyze 33 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Herriman, Jay | 8/24/2020 | 1.3 | Review pension claims to be included in next ACR notice filing |
| DiNatale, Trevor | 8/25/2020 | 2.2 | Review Claims identified as deficient to confirm inclusion on upcoming omnibus objection |
| Gilleland, Jeffrey | 8/25/2020 | 0.4 | Analyze 10 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Harmon, Kara | 8/25/2020 | 1.4 | Analyze 23 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Waters, Erik | 8/25/2020 | 0.5 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |
| Waters, Erik | 8/25/2020 | 1.7 | Analyze unresolved HR claims to confirm proper categorization for ACR/ADR process and asserted agency |
| Waters, Erik | 8/25/2020 | 1.9 | Analyze unresolved HR claims to confirm proper categorization for ACR/ADR process and asserted agency |
| DiNatale, Trevor | 8/26/2020 | 1.6 | Create ACR response letter tracker for Proskauer and Commonwealth review |
| DiNatale, Trevor | 8/26/2020 | 1.8 | Review ACR response letter detail from pension claimants to determine next steps in reconciliation |
| DiNatale, Trevor | 8/26/2020 | 2.4 | Create standard operating procedures for reviewing ACR pension letter responses from claimants |
| Gilleland, Jeffrey | 8/26/2020 | 0.6 | Analyze 13 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| McNulty, Emmett | 8/26/2020 | 0.2 | Perform triage of newly filed claims to ensure proper claim classification for further reconciliation/prepare claims for objection, as needed |
| Waters, Erik | 8/26/2020 | 1.4 | Review of unresolved HR claims to confirm proper categorization for ACR/ADR process |
| Waters, Erik | 8/26/2020 | 1.9 | Review of unresolved HR claims to confirm proper categorization for ACR/ADR process |
| DiNatale, Trevor | 8/27/2020 | 0.9 | Update ACR response letter tracker for Proskauer and Commonwealth review |

**Exhibit D**

<table>
<tr><td colspan="4" align="center">*Employee Retirement System of the Government of the Commonwealth of Puerto Rico Time Detail by Activity by Professional August 1, 2020 through August 31, 2020*</td></tr>
</table>

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 8/27/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 8/27/2020 | 1.8 | Finalize standard operating procedures for reviewing ACR pension letter responses from claimants |
| Gilleland, Jeffrey | 8/27/2020 | 0.5 | Analyze 9 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Harmon, Kara | 8/27/2020 | 1.2 | Analyze 23 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Herriman, Jay | 8/27/2020 | 0.8 | Review claims to be included on October Omnibus objections |
| Herriman, Jay | 8/27/2020 | 2.1 | Review responses to ACR mailings related to pension claims |
| McNulty, Emmett | 8/27/2020 | 0.3 | Generate AP claims reconciliation workbooks, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Waters, Erik | 8/27/2020 | 1.3 | Analyze unresolved HR claims to confirm proper categorization for ACR/ADR process and asserted agency |
| Gilleland, Jeffrey | 8/28/2020 | 0.7 | Analyze 14 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Gilleland, Jeffrey | 8/29/2020 | 1.2 | Analyze 25 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Gilleland, Jeffrey | 8/30/2020 | 1.4 | Analyze 30 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Herriman, Jay | 8/30/2020 | 0.6 | Review claims waterfall prior to sending to AAFAF and counsel |
| Herriman, Jay | 8/30/2020 | 0.6 | Review claims waterfall prior to sending to AAFAF and counsel |
| DiNatale, Trevor | 8/31/2020 | 2.3 | Review supplemental outreach responses to determine proper categorization for ACR process |
| Gilleland, Jeffrey | 8/31/2020 | 0.2 | Analyze 7 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |

*Page 7 of 8*

*Exhibit D*

***Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
August 1, 2020 through August 31, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
| --- | --- | --- | --- |
| **Subtotal** | | **144.8** | |

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications

| Professional | Date | Hours | Activity |
| --- | --- | --- | --- |
| Corbett, Natalie | 8/6/2020 | 0.3 | Update July invoice with changes to time detail descriptions |
| **Subtotal** | | **0.3** | |

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting

| Professional | Date | Hours | Activity |
| --- | --- | --- | --- |
| DiNatale, Trevor | 8/25/2020 | 0.5 | Participate in conference call with J. Herriman, K. Harmon, and T. DiNatale regarding ACR pension letter responses and process |
| Harmon, Kara | 8/25/2020 | 0.5 | Participate in conference call with J. Herriman, K. Harmon, and T. DiNatale regarding ACR pension letter responses and process |
| Herriman, Jay | 8/25/2020 | 0.5 | Participate in conference call with J. Herriman, K. Harmon, and T. DiNatale regarding ACR pension letter responses and process |
| DiNatale, Trevor | 8/27/2020 | 1.2 | Participate in conference call with K. Harmon and T. DiNatale regarding ACR pension letter responses and reconciliation process/tracking |
| Harmon, Kara | 8/27/2020 | 1.2 | Participate in conference call with K. Harmon and T. DiNatale regarding ACR pension letter responses and reconciliation process/tracking |
| **Subtotal** | | **3.9** | |
| ***Grand Total*** | | **149.0** | |

# Exhibit D

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3566-LTS |
| | ) |
| | ) |
| as representative of | ) |
| | ) |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) |
| GOVERNMENT OF THE COMMONWEALTH OF | |
| PUERTO RICO, et al., | |
| | |
| Debtors. [1] | |

**COVER SHEET TO TWENTY-SIXTH MONTHLY FEE APPLICATION OF**
**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO**
**AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE**
**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO**
**FOR THE PERIOD FROM**
**SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

# ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Employee Retirement System of the Government of the Commonwealth of Puerto Rico |

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought: | September 1, 2020 through September 30, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary: | $30,128.85 ($33,476.50 incurred less 10% voluntary reduction of $3,347.65) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   - 0 - |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Twenty-Sixth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

2

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for September 2020.


/s/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On October 26, 2020 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J Gonzalez
          FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:     Juan J. Casillas Ayala, Esq.
          Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY 10036
Attn:     John J. Rapisardi, Esq.
          Suzanne Uhland, Esq.
          Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn:     Luis C. Marini-Biaggi, Esq.
          Carolina Velaz-Rivero, Esq.
          Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn:     Robert Gordon, Esq.
          Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:     Catherine Steege, Esq.
          Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn: A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn:     Reylam Guerra Goderich, Deputy Assistant of
General Accounting
          Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
          Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
          Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
          Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY 10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period September 1, 2020 through September 30, 2020 Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| TASK CODE | TOTAL HOURS | TOTAL FEES REQUESTED |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 52.2 | $ 32,245.80 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 1.5 | $ 855.90 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting | 0.4 | 374.80 |
| **Subtotal** | **54.1** | 33,476.50 |
| *Less 10% voluntary reduction* | | *(3,347.65)* |
| **Total** | | $ 30,128.85 |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Julie Hertzberg | Managing Director | Claim Management | $964 | 0.8 | $771.20 |
| Jay Herriman | Managing Director | Claim Management | $937 | 8.0 | 7,496.00 |
| Mark Zeiss | Director | Claim Management | $661 | 4.4 | 2,908.40 |
| Richard Carter | Consultant II | Claim Management | $577 | 1.7 | 980.90 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 38.4 | 21,120.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 0.8 | 200.00 |
| **Subtotal** | | | | **54.1** | **33,476.50** |
| *Less 10% voluntary reduction* | | | | | *-3,347.65* |
| **Total** | | | | | **$30,128.85** |

**Summary of Expenses for the Period September 1, 2020 through September 30, 2020**

**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

No Expenses Incurred

2

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $27,115.97 for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.

/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

3

**<u>EXHIBITS</u>**

*Exhibit A*

---

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Task
### September 1, 2020 through September 30, 2020

---

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 52.2 | $32,245.80 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 1.5 | $855.90 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting | 0.4 | $374.80 |
| **Total** | **54.1** | **$33,476.50** |

*Page 1 of 1*

*Exhibit B*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### September 1, 2020 through September 30, 2020

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $964.00 | 0.8 | $771.20 |
| Herriman, Jay | Managing Director | $937.00 | 8.0 | $7,496.00 |
| Zeiss, Mark | Director | $661.00 | 4.4 | $2,908.40 |
| Carter, Richard | Consultant II | $577.00 | 1.7 | $980.90 |
| DiNatale, Trevor | Consultant II | $550.00 | 38.4 | $21,120.00 |
| Corbett, Natalie | Para Professional | $250.00 | 0.8 | $200.00 |
| **Total** | | | **54.1** | **$33,476.50** |

*Exhibit C*

**Employee Retirement System of the Government of the
Commonwealth of Puerto Rico
Summary of Time Detail by Professional
September 1, 2020 through September 30, 2020**

**Employees Retirement System
of the Government of the
Commonwealth of Puerto Rico -
Claims Administration and
Objections**

**Advise and assist the Debtors in questions and processes regarding the claims
reconciliation process: notably, claims planning process, potential claim
analysis, review of claims filed against the Debtors and other claim related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $964 | 0.8 | $771.20 |
| Herriman, Jay | Managing Director | $937 | 6.9 | $6,465.30 |
| Zeiss, Mark | Director | $661 | 4.4 | $2,908.40 |
| Carter, Richard | Consultant II | $577 | 1.7 | $980.90 |
| DiNatale, Trevor | Consultant II | $550 | 38.4 | $21,120.00 |
| | | | 52.2 | $32,245.80 |
| | *Average Billing Rate* | | | $617.74 |

*Page 1 of 3*

*Exhibit C*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### September 1, 2020 through September 30, 2020

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications**

Prepare monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 0.7 | $655.90 |
| Corbett, Natalie | Para Professional | $250 | 0.8 | $200.00 |
| | | | 1.5 | $855.90 |
| | *Average Billing Rate* | | | $570.60 |

*Exhibit C*

**Employee Retirement System of the Government of the
Commonwealth of Puerto Rico
Summary of Time Detail by Professional
September 1, 2020 through September 30, 2020**

**Employees Retirement System
of the Government of the
Commonwealth of Puerto Rico -
Meeting**

**Participate in meetings with Debtors' management, Board of Directors and/or
advisors to present findings or discuss various matters related to the filing,
reporting and/ or operating the business; excludes meetings with UCC and/or
other Creditor constituents and their advisors.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 0.4 | $374.80 |
| | | | 0.4 | $374.80 |
| | *Average Billing Rate* | | | $937.00 |

*Exhibit D*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
September 1, 2020 through September 30, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 9/1/2020 | 0.2 | Prepare detailed analysis related to unresolved accounts payable claims for Commonwealth agencies to review/provide additional reconciliation information for ADR Process |
| DiNatale, Trevor | 9/1/2020 | 1.3 | Update exhibit for upcoming ACR notice filing per Proskauer's notes |
| DiNatale, Trevor | 9/1/2020 | 2.4 | Review supplemental outreach responses to determine proper categorization for ACR process |
| Carter, Richard | 9/2/2020 | 0.1 | Prepare summary report related to 5 unresolved accounts payable Claims for Commonwealth agencies to review and provide additional reconciliation information |
| Carter, Richard | 9/2/2020 | 0.3 | Prepare detailed analysis related to 5 unresolved accounts payable claims for Commonwealth agencies to review/provide additional reconciliation information |
| DiNatale, Trevor | 9/2/2020 | 1.3 | Update report of adjourned Claims from omnibus objection identified for ACR process for Proskauer and AAFAF review |
| DiNatale, Trevor | 9/2/2020 | 2.6 | Review supplemental outreach responses to determine proper categorization for ACR process |
| DiNatale, Trevor | 9/3/2020 | 1.3 | Review supplemental outreach responses to determine proper Claim categorization for ACR process |
| DiNatale, Trevor | 9/4/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 9/9/2020 | 1.2 | Review ACR pension mailing response detail to determine next steps in reconciliation process |
| DiNatale, Trevor | 9/9/2020 | 2.9 | Analyze supplemental mailing response detail to determine next steps in reconciliation process |
| DiNatale, Trevor | 9/10/2020 | 1.6 | Analyze supplemental mailing response detail to determine next steps in reconciliation process |
| Herriman, Jay | 9/10/2020 | 0.6 | Review listing of ACR notices / mailings returned by USPS |
| DiNatale, Trevor | 9/11/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 9/12/2020 | 1.1 | Review ACR pension mailing response detail report from Prime Clerk to determine undeliverable mailings |
| DiNatale, Trevor | 9/14/2020 | 1.4 | Analyze updated ACR pension mailing response report for AAFAF review |
| Zeiss, Mark | 9/15/2020 | 1.3 | Review new mailing, docket responses from claimants on Deficient Omnibus exhibits for ADR, ACR, still deficient reconciliation |
| DiNatale, Trevor | 9/16/2020 | 2.3 | Perform review of claims identified for upcoming deficient omnibus objection |

*Page 1 of 3*

**Exhibit D**

> ***Employee Retirement System of the Government
> of the Commonwealth of Puerto Rico
> Time Detail by Activity by Professional
> September 1, 2020 through September 30, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 9/16/2020 | 1.2 | Review analysis of unsolicited mailings from creditors with associated letters and attachments |
| Herriman, Jay | 9/17/2020 | 1.3 | Review analysis of parties who responded to ACR Pension claim transfer prior to sending to AAFAF for next steps |
| Carter, Richard | 9/18/2020 | 1.1 | Prepare summary report regarding 4 unresolved accounts payable Claims to highlight additional information required from creditors to determine next steps in reconciliation process |
| DiNatale, Trevor | 9/18/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 9/21/2020 | 1.1 | Analyze litigation Claim support to determine if additional support regarding judgement/settlement detail is required for reconciliation |
| Zeiss, Mark | 9/21/2020 | 0.4 | Revise report of Exhibit A, B for Omnis December through September per Proskauer direction of notice of presentment, adjourned claims on Omnis |
| Zeiss, Mark | 9/21/2020 | 0.9 | Draft report of Exhibit A, B for Omnis December through September per Proskauer direction of notice of presentment, adjourned claims on Omnis |
| DiNatale, Trevor | 9/22/2020 | 1.6 | Generate Claim summary report for UCC review reflecting Claim reconciliation status/progress |
| Herriman, Jay | 9/22/2020 | 1.9 | Review responses to ACR-Pension claim mailings received from Prime Clerk |
| Zeiss, Mark | 9/22/2020 | 0.6 | Revise Omnibus Exhibits A, B per Proskauer direction for December, January Omnibus Exhibits |
| Zeiss, Mark | 9/22/2020 | 1.2 | Draft Omnibus Exhibits A, B per Proskauer direction for December, January Omnibus Exhibits |
| DiNatale, Trevor | 9/23/2020 | 1.7 | Perform updates to Claim status summary report for UCC review |
| DiNatale, Trevor | 9/24/2020 | 2.3 | Perform updates to ACR "initial determination" response tracker for AAFAF and agency review |
| DiNatale, Trevor | 9/25/2020 | 0.6 | Prepare report of claimants in ACR process that require additional reconciliation review for AAFAF review |
| DiNatale, Trevor | 9/25/2020 | 1.9 | Create draft ACR status report for internal and Proskauer review |
| DiNatale, Trevor | 9/25/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 9/29/2020 | 0.7 | Review Claims in ACR process with undeliverable "initial determination" letter to determine next steps for ACR |
| Herriman, Jay | 9/29/2020 | 1.9 | Review updated ACR claim response submissions provided by Prime Clerk |

*Page 2 of 3*

**Employee Retirement System of the Government**
**of the Commonwealth of Puerto Rico**
**Time Detail by Activity by Professional**
**September 1, 2020 through September 30, 2020**

*Exhibit D*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Hertzberg, Julie | 9/29/2020 | 0.8 | Review various updated ACR claim responses provided by Prime Clerk |
| DiNatale, Trevor | 9/30/2020 | 1.1 | Perform quality check on ACR undeliverable detail report |
| **Subtotal** | | **52.2** | |

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 9/9/2020 | 0.8 | Create August invoice |
| Herriman, Jay | 9/10/2020 | 0.7 | Review August fee statement prior to sending to board for approval / noticing |
| **Subtotal** | | **1.5** | |

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 9/17/2020 | 0.4 | Call with R. Colon re: status of ACR claims and next steps of agency reconciliation |
| **Subtotal** | | **0.4** | |
| *Grand Total* | | **54.1** | |

# Exhibit E

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**PROFESSIONAL SERVICES TIME DETAIL FOR THE SEVENTH INTERIM**
**FEE APPLICATION PERIOD**
**JUNE 1, 2020 THROUGH SEPTEMBER 30, 2020**

*Exhibit E*

> ***Employee Retirement System of the Government***
> ***of the Commonwealth of Puerto Rico***
> ***Time Detail by Activity by Professional***
> ***June 1, 2020 through September 30, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 6/1/2020 | 1.2 | Review 21 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/1/2020 | 2.9 | Review 61 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/1/2020 | 1.8 | Review 39 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/1/2020 | 2.1 | Review 50 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/1/2020 | 2.4 | Review 52 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/1/2020 | 2.9 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/1/2020 | 2.4 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| DiNatale, Trevor | 6/1/2020 | 2.8 | Review 197 pension Claims detail to determine proper categorization for ACR process |
| Waters, Erik | 6/1/2020 | 1.7 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/1/2020 | 2.4 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/1/2020 | 1.4 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/1/2020 | 1.2 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/1/2020 | 2.2 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/1/2020 | 2.9 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/2/2020 | 1.4 | Review 33 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/2/2020 | 2.3 | Review 65 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/2/2020 | 2.9 | Review 65 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/2/2020 | 1.9 | Review 41 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/2/2020 | 3.1 | Review 75 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |

*Exhibit E*

***Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through September 30, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 6/2/2020 | 2.6 | Review 66 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/2/2020 | 1.6 | Review 62 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/2/2020 | 1.7 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/2/2020 | 2.9 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/2/2020 | 1.9 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Collier, Laura | 6/2/2020 | 2.8 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| DiNatale, Trevor | 6/2/2020 | 2.9 | Review 209 pension Claims detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 6/2/2020 | 2.2 | Review 152 pension Claims detail to determine proper categorization for ACR process |
| Waters, Erik | 6/2/2020 | 1.4 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/2/2020 | 0.7 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/2/2020 | 2.4 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/2/2020 | 2.1 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/3/2020 | 2.2 | Review 67 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/3/2020 | 1.1 | Review 30 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/3/2020 | 3.1 | Review 111 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/3/2020 | 1.6 | Review 48 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/3/2020 | 1.4 | Review 33 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/3/2020 | 2.9 | Review asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |

*Exhibit E*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through September 30, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Collier, Laura | 6/3/2020 | 2.4 | Continue to analyze claims categorized as pension-only for accuracy |
| Collier, Laura | 6/3/2020 | 2.6 | Continue to review claims categorized as pension-only for accuracy |
| Collier, Laura | 6/3/2020 | 2.8 | Continue to analyze claims categorized as pension-only for accuracy |
| DiNatale, Trevor | 6/3/2020 | 2.1 | Review 136 pension Claims detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 6/3/2020 | 2.8 | Review 196 pension Claims detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 6/3/2020 | 0.6 | Review 34 pension Claims detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 6/3/2020 | 1.2 | Review 85 pension Claims detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 6/3/2020 | 0.8 | Review 54 pension Claims detail to determine proper categorization for ACR process |
| Waters, Erik | 6/3/2020 | 1.6 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/3/2020 | 0.4 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/3/2020 | 2.6 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/3/2020 | 0.6 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/3/2020 | 1.3 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/3/2020 | 1.8 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Carter, Richard | 6/4/2020 | 1.9 | Review 68 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/4/2020 | 2.3 | Review 86 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/4/2020 | 2.1 | Review 69 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/4/2020 | 2.6 | Review 75 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |

***Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through September 30, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Collier, Laura | 6/4/2020 | 2.6 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Collier, Laura | 6/4/2020 | 2.6 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/4/2020 | 2.8 | Continue to review claims categorized as pension-only for accuracy |
| Collier, Laura | 6/4/2020 | 1.4 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| DiNatale, Trevor | 6/4/2020 | 3.1 | Review 221 pension Claims detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 6/4/2020 | 2.8 | Review 199 pension Claims detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 6/4/2020 | 1.6 | Review 113 pension Claims detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 6/4/2020 | 0.9 | Prepare population of pension/retirement Claim detail for proper ACR categorization workstream |
| DiNatale, Trevor | 6/4/2020 | 0.7 | Review 49 pension Claims detail to determine proper categorization for ACR process |
| Waters, Erik | 6/4/2020 | 2.1 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/4/2020 | 1.3 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/4/2020 | 0.9 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/4/2020 | 0.9 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/4/2020 | 1.6 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/5/2020 | 3.1 | Review 86 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/5/2020 | 2.3 | Review 39 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/5/2020 | 2.8 | Continue to analyze claims categorized as pension-only for accuracy |
| Collier, Laura | 6/5/2020 | 2.9 | Continue to review claims categorized as pension-only for accuracy |

*Exhibit E*

> *Employee Retirement System of the Government*
> *of the Commonwealth of Puerto Rico*
> *Time Detail by Activity by Professional*
> *June 1, 2020 through September 30, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Collier, Laura | 6/5/2020 | 2.4 | Continue to analyze claims categorized as pension-only for accuracy |
| Collier, Laura | 6/5/2020 | 2.4 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 6/5/2020 | 2.2 | Analyze public employee and pension Claims to prepare for the ACR process |
| DiNatale, Trevor | 6/5/2020 | 3.1 | Analyze mailing response detail for HR claims to ensure proper categorization for ACR process |
| Waters, Erik | 6/5/2020 | 1.4 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/5/2020 | 2.9 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/6/2020 | 2.8 | Review 56 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 6/6/2020 | 1.3 | Organize HR / Pension Claim review responses from A&M team to update reconciliation detail/proper categorization for ACR process |
| Waters, Erik | 6/6/2020 | 2.6 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Carter, Richard | 6/7/2020 | 2.4 | Review 64 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/7/2020 | 2.9 | Review 67 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Waters, Erik | 6/7/2020 | 2.1 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/8/2020 | 1.8 | Review 32 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/8/2020 | 0.1 | Prepare/send supplemental spreadsheet of Pension only claim review to team. |
| Collier, Laura | 6/8/2020 | 2.7 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Collier, Laura | 6/8/2020 | 2.9 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| Collier, Laura | 6/8/2020 | 1.1 | Analyze and review claims with waterfall category related to pension only to confirm accuracy |
| Waters, Erik | 6/8/2020 | 2.6 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |

***Employee Retirement System of the Government of the Commonwealth of Puerto Rico Time Detail by Activity by Professional June 1, 2020 through September 30, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 6/8/2020 | 1.4 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/8/2020 | 2.3 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/9/2020 | 2.7 | Review 60 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/9/2020 | 1.9 | Review 45 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/9/2020 | 2.2 | Review 49 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/9/2020 | 2.9 | Analyze and review claims with waterfall category related to pension only to confirm accuracy |
| Collier, Laura | 6/9/2020 | 2.8 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| Collier, Laura | 6/9/2020 | 2.6 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 6/9/2020 | 0.7 | Review draft July omnibus objections to verify accuracy |
| Waters, Erik | 6/9/2020 | 2.2 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/9/2020 | 0.9 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/9/2020 | 2.9 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/9/2020 | 2.4 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Zeiss, Mark | 6/9/2020 | 1.3 | Review July objection motions for objection basis, declarations, fit to claims exhibits |
| Carter, Richard | 6/10/2020 | 2.2 | Review 43 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/10/2020 | 2.6 | Review 50 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/10/2020 | 3.1 | Review 70 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/10/2020 | 1.8 | Review 37 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/10/2020 | 2.4 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |

***Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through September 30, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Collier, Laura | 6/10/2020 | 2.3 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Collier, Laura | 6/10/2020 | 0.7 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/10/2020 | 2.8 | Analyze and review claims with waterfall category related to pension only to confirm accuracy |
| Waters, Erik | 6/10/2020 | 1.3 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/10/2020 | 0.4 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/10/2020 | 2.9 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/10/2020 | 1.8 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/11/2020 | 1.9 | Review 45 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/11/2020 | 2.4 | Review 46 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/11/2020 | 1.4 | Review 24 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/11/2020 | 1.7 | Review 30 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/11/2020 | 2.8 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/11/2020 | 2.2 | Analyze and review claims with waterfall category related to pension only to confirm accuracy |
| Collier, Laura | 6/11/2020 | 1.8 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| Herriman, Jay | 6/11/2020 | 0.9 | Review claims to be included in Omni's to be heard at July Omnibus |
| Waters, Erik | 6/11/2020 | 0.9 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/11/2020 | 2.9 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/11/2020 | 2.1 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |

*Exhibit E*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through September 30, 2020**

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 6/11/2020 | 1.2 | Revise July Non-Bondholder Omnibus Exhibits per comments from A&M, Proskauer |
| Zeiss, Mark | 6/11/2020 | 1.1 | Revise July Bondholder Omnibus Exhibits per comments from A&M, Proskauer |
| Carter, Richard | 6/12/2020 | 2.6 | Review 50 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/12/2020 | 2.9 | Review 65 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/12/2020 | 2.1 | Review 32 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/12/2020 | 2.3 | Review 70 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/12/2020 | 1.4 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/12/2020 | 2.3 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Collier, Laura | 6/12/2020 | 2.6 | Analyze and review claims with waterfall category related to pension only to confirm accuracy |
| Collier, Laura | 6/12/2020 | 2.1 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| DiNatale, Trevor | 6/12/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Waters, Erik | 6/12/2020 | 2.3 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/12/2020 | 1.3 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/12/2020 | 2.6 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Zeiss, Mark | 6/12/2020 | 1.4 | Review Proskauer claimant mail scans for proper reconciliation including moving to ACR, ADR process |
| Carter, Richard | 6/13/2020 | 1.9 | Review 43 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/13/2020 | 2.4 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/13/2020 | 2.9 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |

*Exhibit E*

**Employee Retirement System of the Government**
**of the Commonwealth of Puerto Rico**
**Time Detail by Activity by Professional**
**June 1, 2020 through September 30, 2020**

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 6/13/2020 | 1.3 | Prepare pension Claim review workstream detail to determine proper categorization for ACR process |
| Carter, Richard | 6/14/2020 | 2.2 | Review 49 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Waters, Erik | 6/14/2020 | 2.1 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/15/2020 | 1.7 | Review 34 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/15/2020 | 2.7 | Review 60 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/15/2020 | 2.7 | Analyze asserted Pension Claims to confirm asserted Claim basis is accurate for transfer into the ACR process |
| Collier, Laura | 6/15/2020 | 2.6 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/15/2020 | 1.3 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| Gilleland, Jeffrey | 6/15/2020 | 0.5 | Analyze 4 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Herriman, Jay | 6/15/2020 | 0.4 | Review claims waterfall in prep of sending to AAFAF and counsel |
| Waters, Erik | 6/15/2020 | 1.9 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/15/2020 | 1.5 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/15/2020 | 2.6 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/16/2020 | 2.3 | Review 65 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/16/2020 | 1.9 | Review 49 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/16/2020 | 1.6 | Review 35 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/16/2020 | 2.8 | Analyze asserted Pension Claims to confirm asserted Claim basis is accurate for transfer into the ACR process |
| Collier, Laura | 6/16/2020 | 1.3 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 6/16/2020 | 0.8 | Review draft letter to provide to pension claimants and provide feedback to Proskauer |

*Exhibit E*

> ***Employee Retirement System of the Government***
> ***of the Commonwealth of Puerto Rico***
> ***Time Detail by Activity by Professional***
> ***June 1, 2020 through September 30, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Gilleland, Jeffrey | 6/16/2020 | 0.5 | Analyze 7 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Harmon, Kara | 6/16/2020 | 0.2 | Analyze 14 Claims from R. Carter related to asserted Pension liabilities to prepare Claims for inclusion in ACR pension mailing |
| Harmon, Kara | 6/16/2020 | 0.6 | Analyze 17 pension Claims from L. Collier to prepare modifications to reporting in order to prepare Claims for ACR pension mailing |
| Waters, Erik | 6/16/2020 | 2.8 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/16/2020 | 2.7 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/16/2020 | 1.9 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/17/2020 | 2.2 | Review 47 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/17/2020 | 2.4 | Review 50 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/17/2020 | 1.9 | Review 30 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/17/2020 | 0.7 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/17/2020 | 2.7 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Collier, Laura | 6/17/2020 | 2.9 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| Gilleland, Jeffrey | 6/17/2020 | 0.9 | Analyze 14 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Waters, Erik | 6/17/2020 | 1.1 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/17/2020 | 1.8 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/17/2020 | 0.7 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/17/2020 | 2.7 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |

*Exhibit E*

### *Employee Retirement System of the Government of the Commonwealth of Puerto Rico Time Detail by Activity by Professional June 1, 2020 through September 30, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 6/17/2020 | 2.3 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Carter, Richard | 6/18/2020 | 2.3 | Review 45 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/18/2020 | 1.9 | Review 35 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/18/2020 | 1.6 | Review 29 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/18/2020 | 2.9 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| Collier, Laura | 6/18/2020 | 2.7 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/18/2020 | 1.6 | Analyze asserted Pension Claims to confirm asserted Claim basis is accurate for transfer into the ACR process |
| Gilleland, Jeffrey | 6/18/2020 | 0.4 | Analyze 7 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/18/2020 | 0.2 | Review, analyze, and add notes to 4 proof of claims and outreach mailings flagged for further follow up with A&M team member. |
| Waters, Erik | 6/18/2020 | 2.8 | Review of pension/retiree claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/18/2020 | 2.2 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Carter, Richard | 6/19/2020 | 2.1 | Review 41 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/19/2020 | 1.8 | Review 33 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/19/2020 | 2.8 | Analyze asserted Pension Claims to confirm asserted Claim basis is accurate for transfer into the ACR process |
| Collier, Laura | 6/19/2020 | 2.6 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/19/2020 | 1.7 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| DiNatale, Trevor | 6/19/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through September 30, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Gilleland, Jeffrey | 6/19/2020 | 0.1 | Analyze 1 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/19/2020 | 0.2 | Analyze 5 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/19/2020 | 0.4 | Review, analyze, and add notes to 10 proof of claims and outreach mailings flagged for further follow up. |
| Herriman, Jay | 6/19/2020 | 1.3 | Review Pension claims in prep of sending into ACR process |
| Waters, Erik | 6/19/2020 | 1.1 | Confirming proper categorization of HR Claims including bifurcating between asserted agencies |
| Waters, Erik | 6/19/2020 | 1.4 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 6/19/2020 | 2.9 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Gilleland, Jeffrey | 6/20/2020 | 1.4 | Analyze 34 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/20/2020 | 0.6 | Analyze 10 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Carter, Richard | 6/21/2020 | 0.3 | Review 11 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Gilleland, Jeffrey | 6/21/2020 | 0.6 | Analyze 15 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/21/2020 | 0.5 | Analyze 11 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Waters, Erik | 6/21/2020 | 1.1 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/21/2020 | 2.8 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Carter, Richard | 6/22/2020 | 2.6 | Review 60 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/22/2020 | 2.1 | Review 55 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/22/2020 | 1.7 | Review 38 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |

*Exhibit E*

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*June 1, 2020 through September 30, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Collier, Laura | 6/22/2020 | 2.8 | Analyze asserted Pension Claims to confirm asserted Claim basis is accurate for transfer into the ACR process |
| Collier, Laura | 6/22/2020 | 2.7 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Collier, Laura | 6/22/2020 | 2.9 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| Gilleland, Jeffrey | 6/22/2020 | 0.8 | Analyze 19 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 6/22/2020 | 0.6 | Analyze 36 supplemental outreach documents to capture asserted agency and categorize for entry into ACR/ADR process |
| Harmon, Kara | 6/22/2020 | 1.2 | Analyze 21 supplemental outreach documents to capture asserted agency and categorize for entry into ACR/ADR process |
| Herriman, Jay | 6/22/2020 | 0.3 | Review claims to be included on September Omnibus objections |
| Waters, Erik | 6/22/2020 | 1.9 | Review of pension claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/22/2020 | 1.7 | Review of pension claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/22/2020 | 2.2 | Review of pension claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/22/2020 | 2.4 | Evaluate asserted pension Claims to determine proper categorization for ACR/ADR process |
| Collier, Laura | 6/23/2020 | 2.9 | Analyze asserted Pension Claims to confirm asserted Claim basis is accurate for transfer into the ACR process |
| Collier, Laura | 6/23/2020 | 2.4 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Gilleland, Jeffrey | 6/23/2020 | 0.8 | Analyze 81 supplemental outreach forms to see if any include designation for unions specific matters. |
| Gilleland, Jeffrey | 6/23/2020 | 0.2 | Analyze 5 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 6/23/2020 | 0.8 | Analyze 14 supplemental outreach responses to categorize for ADR/ACR and capture asserted agency for Commonwealth review |
| Harmon, Kara | 6/23/2020 | 1.2 | Analyze 23 supplemental outreach documents to capture asserted agency and categorize for entry into ACR/ADR process |
| Waters, Erik | 6/23/2020 | 2.2 | Review of pension claims to determine proper categorization for ACR/ADR process |

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*June 1, 2020 through September 30, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 6/23/2020 | 2.6 | Review of pension claims to determine proper categorization for ACR/ADR process |
| Zeiss, Mark | 6/23/2020 | 0.9 | Revise proposed September bondholder Omnibus Exhibit report per Proskauer change in bondholder Omnibus exhibits for exhibit by CUSIP type where bondholders can appear on multiple Exhibits |
| Collier, Laura | 6/24/2020 | 2.2 | Analyze asserted Pension Claims to confirm asserted Claim basis is accurate for transfer into the ACR process |
| Collier, Laura | 6/24/2020 | 2.9 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| DiNatale, Trevor | 6/24/2020 | 2.6 | Analyze HR related claim detail to determine proper reconciliation and categorization for ACR process |
| DiNatale, Trevor | 6/24/2020 | 0.8 | Prepare pension Claim review workstream detail to determine proper categorization for ACR process |
| Gilleland, Jeffrey | 6/24/2020 | 1.0 | Analyze 23 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 6/24/2020 | 0.8 | Analyze 18 supplemental outreach responses to categorize for ADR/ACR and capture asserted agency for Commonwealth review |
| Waters, Erik | 6/24/2020 | 1.9 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Waters, Erik | 6/24/2020 | 2.9 | Review of HR claims to determine proper categorization for ACR/ADR process |
| Waters, Erik | 6/24/2020 | 2.7 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| Zeiss, Mark | 6/24/2020 | 1.7 | Revise proposed September bondholder Omnibus Exhibit report separating Proskauer CUSIP research vs potential claims on Omnibus exhibits in order to separate Proskauer, A&M tasks |
| Carter, Richard | 6/25/2020 | 0.4 | Review/determine next steps for 5 unreconciled AP claims. |
| Collier, Laura | 6/25/2020 | 1.6 | Analyze asserted Pension Claims to confirm asserted Claim basis is accurate for transfer into the ACR process |
| Collier, Laura | 6/25/2020 | 2.6 | Review a batch of HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Gilleland, Jeffrey | 6/25/2020 | 0.6 | Analyze 13 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/25/2020 | 0.3 | Analyze 52 supplemental outreach forms to see if any include designation for unions specific matters |

*Exhibit E*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through September 30, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Harmon, Kara | 6/25/2020 | 0.2 | Analyze newly reclassified accounts payable Claims to determine if enough support is provided to prepare Claims reconciliation workbooks for ERS |
| Harmon, Kara | 6/25/2020 | 0.6 | Prepare updated master workbook of Claims ready for inclusion on September omnibus objections for discussions with Proskauer on weekly status call |
| Harmon, Kara | 6/25/2020 | 0.8 | Analyze 9 supplemental outreach responses to capture asserted agency / categorize for inclusion in ADR or ACR process |
| Herriman, Jay | 6/25/2020 | 0.9 | Review draft May fee statement, updating as appropriate |
| Waters, Erik | 6/25/2020 | 2.3 | Review of HR claims to determine proper categorization for ACR/ADR process |
| Zeiss, Mark | 6/25/2020 | 0.8 | Revise proposed September bondholder Omnibus Exhibit report for correct placement on Omnis, amounts |
| Collier, Laura | 6/26/2020 | 0.9 | Continue to review and analyze supplemental outreach responses to categorize under appropriate waterfalls |
| DiNatale, Trevor | 6/26/2020 | 0.8 | Generate report highlighting pension claims identified for ACR mailing process |
| DiNatale, Trevor | 6/26/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffrey | 6/26/2020 | 0.3 | Analyze 8 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/26/2020 | 0.6 | Analyze 9 claims flagged for follow-up from supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 6/26/2020 | 0.8 | Analyze 13 supplemental outreach responses to capture asserted agency / categorize for inclusion in ADR or ACR process |
| Zeiss, Mark | 6/26/2020 | 0.8 | Revise proposed September bondholder Omnibus Exhibit report for correct placement on Omnis, amounts |
| Collier, Laura | 6/27/2020 | 1.1 | Continue to review and analyze supplemental outreach responses to categorize under appropriate waterfalls |
| Gilleland, Jeffrey | 6/27/2020 | 0.5 | Analyze 16 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/27/2020 | 0.3 | Analyze 7 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Collier, Laura | 6/28/2020 | 1.2 | Analyze supplemental outreach responses to determine next steps for HR claims |

*Page 15 of 39*

***Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through September 30, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Gilleland, Jeffrey | 6/28/2020 | 0.3 | Analyze 11 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/28/2020 | 0.9 | Analyze 21 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Carter, Richard | 6/29/2020 | 2.4 | Review 23 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/29/2020 | 0.7 | Review 9 Litigation-related claims within deficient claim population to identify litigation case numbers. |
| Carter, Richard | 6/29/2020 | 0.9 | Review/categorize 9 deficient HR-related claims to determine next steps. |
| Collier, Laura | 6/29/2020 | 0.4 | Analyze supplemental outreach responses to determine next steps for HR claims |
| DiNatale, Trevor | 6/29/2020 | 2.8 | Analyze Claim detail for Claims adjourned from omnibus objections to determine proper categorization for ACR OR ADR process |
| DiNatale, Trevor | 6/29/2020 | 1.6 | Review Claim detail for Claims adjourned from omnibus objections to determine proper categorization for ACR OR ADR process |
| Gilleland, Jeffrey | 6/29/2020 | 0.5 | Analyze 13 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/29/2020 | 0.2 | Analyze 7 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 6/29/2020 | 0.8 | Continue analysis of omnibus objection responses to categorize for ADR / ACR and capture asserted agency for ease of transfer to responsible government party |
| Waters, Erik | 6/29/2020 | 2.4 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Carter, Richard | 6/30/2020 | 0.4 | Review/categorize 6 deficient HR-related claims to determine next steps. |
| Carter, Richard | 6/30/2020 | 0.8 | Review/categorize 9 deficient HR-related claims to determine next steps. |
| Carter, Richard | 6/30/2020 | 0.3 | Review/categorize 5 deficient HR-related claims to determine next steps. |
| Carter, Richard | 6/30/2020 | 2.1 | Review/categorize 30 deficient HR-related claims to determine next steps. |

Exhibit E

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through September 30, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Collier, Laura | 6/30/2020 | 2.3 | Analyze supplemental outreach responses to determine next steps for HR claims |
| DiNatale, Trevor | 6/30/2020 | 2.6 | Analyze Claim detail for Claims adjourned from omnibus objections to determine proper categorization for ACR OR ADR process |
| Gilleland, Jeffrey | 6/30/2020 | 0.5 | Analyze 12 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 6/30/2020 | 0.3 | Analyze 11 claims flagged for follow-up from supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Gilleland, Jeffrey | 6/30/2020 | 0.1 | Analyze 3 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 6/30/2020 | 2.1 | Complete analysis of omnibus objection responses to categorize for ADR/ACR and capture asserted agency for ease of transfer to responsible government party |
| Waters, Erik | 6/30/2020 | 2.2 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |
| Waters, Erik | 6/30/2020 | 1.6 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |
| Waters, Erik | 6/30/2020 | 0.3 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |
| Carter, Richard | 7/1/2020 | 1.1 | Review/categorize 17 deficient HR-related claims to determine next steps. |
| Carter, Richard | 7/1/2020 | 1.7 | Review/categorize 16 deficient HR-related claims to determine next steps. |
| Collier, Laura | 7/1/2020 | 1.7 | Review objection responses to properly assign waterfall category to claim |
| DiNatale, Trevor | 7/1/2020 | 2.2 | Review Claim detail for Claims adjourned from omnibus objections to determine proper categorization for ACR OR ADR process |
| Gilleland, Jeffrey | 7/1/2020 | 0.2 | Analyze 7 claims flagged for follow-up from supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |

***Employee Retirement System of the Government***
***of the Commonwealth of Puerto Rico***
***Time Detail by Activity by Professional***
***June 1, 2020 through September 30, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Gilleland, Jeffrey | 7/1/2020 | 0.5 | Analyze 10 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/1/2020 | 1.8 | Analyze 30 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Waters, Erik | 7/1/2020 | 1.6 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process |
| Waters, Erik | 7/1/2020 | 1.2 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process |
| Zeiss, Mark | 7/1/2020 | 0.4 | Revise proposed September bondholder Omnibus Exhibit report for correct placement on Omnis, amounts |
| Carter, Richard | 7/2/2020 | 0.3 | Review/categorize 2 deficient HR-related claims to determine next steps. |
| Carter, Richard | 7/2/2020 | 1.9 | Review/categorize 19 deficient HR-related claims to determine next steps. |
| Collier, Laura | 7/2/2020 | 1.7 | Review objection responses to properly assign waterfall category to claim |
| DiNatale, Trevor | 7/2/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffrey | 7/2/2020 | 0.7 | Analyze 16 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/2/2020 | 0.3 | Analyze 9 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/2/2020 | 1.3 | Analyze 15 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Waters, Erik | 7/2/2020 | 2.8 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process |
| DiNatale, Trevor | 7/3/2020 | 0.8 | Prepare update to Claim reconciliation detail for pension Claims transferred to ACR process |
| Gilleland, Jeffrey | 7/3/2020 | 0.1 | Analyze 2 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/3/2020 | 0.6 | Analyze 12 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |

*Exhibit E*

> ***Employee Retirement System of the Government***
> ***of the Commonwealth of Puerto Rico***
> ***Time Detail by Activity by Professional***
> ***June 1, 2020 through September 30, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Gilleland, Jeffrey | 7/4/2020 | 0.7 | Analyze 19 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/4/2020 | 0.3 | Analyze 8 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/5/2020 | 0.8 | Analyze 15 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/5/2020 | 0.2 | Analyze 4 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Collier, Laura | 7/6/2020 | 1.6 | Analyze claim detail for claims adjourned from omnibus objections to determine proper categorization for ACR or ADR process |
| DiNatale, Trevor | 7/6/2020 | 0.4 | Provide feedback to Proskauer regarding draft "Notice of ACR Transfer" document |
| DiNatale, Trevor | 7/6/2020 | 0.8 | Perform updates to waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 7/6/2020 | 1.3 | Review draft of "Notice of ACR Transfer" file to filed with court |
| DiNatale, Trevor | 7/6/2020 | 1.6 | Review objection response detail from Claims on adjourned omnibus objections to determine proper categorization for ACR or ADR process |
| Gilleland, Jeffrey | 7/6/2020 | 0.6 | Analyze 13 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| McNulty, Emmett | 7/6/2020 | 1.6 | Prepare AP claim reconciliation workbook for AP claim with more than 50 individual invoices, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Collier, Laura | 7/7/2020 | 1.4 | Review claim detail for claims adjourned from omnibus objections to determine proper categorization for ACR or ADR process |
| DiNatale, Trevor | 7/7/2020 | 2.7 | Analyze 101 deficient Claims without supplemental mailing response for inclusion in the upcoming omnibus objection |
| DiNatale, Trevor | 7/7/2020 | 2.1 | Review 89 deficient Claims without supplemental mailing response for inclusion in the upcoming omnibus objection |
| Gilleland, Jeffrey | 7/7/2020 | 0.8 | Analyze 21 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |

***Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through September 30, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| McNulty, Emmett | 7/7/2020 | 1.3 | Generate AP claims reconciliation workbooks, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Waters, Erik | 7/7/2020 | 1.7 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Waters, Erik | 7/7/2020 | 2.4 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |
| Zeiss, Mark | 7/7/2020 | 1.3 | Draft ten non-bondholder Omnibus Exhibits for September hearing with applicable objections |
| Collier, Laura | 7/8/2020 | 1.9 | Analyze omnibus objection responses to categorize for ADR / ACR and capture asserted agency for ease of transfer to responsible government party |
| DiNatale, Trevor | 7/8/2020 | 0.4 | Review HR related Claim detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 7/8/2020 | 2.1 | Analyze 76 deficient Claims without supplemental mailing response for inclusion in the upcoming omnibus objection |
| DiNatale, Trevor | 7/8/2020 | 0.8 | Review draft omnibus objection exhibits to confirm accuracy |
| Gilleland, Jeffrey | 7/8/2020 | 0.8 | Analyze 19 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Herriman, Jay | 7/8/2020 | 2.7 | Review employee related claims in prep of adding them to the ACR process |
| McNulty, Emmett | 7/8/2020 | 2.6 | Generate AP claim reconciliation workbook for AP claim with more than 50 line items, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Waters, Erik | 7/8/2020 | 0.9 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |
| Waters, Erik | 7/8/2020 | 1.1 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Collier, Laura | 7/9/2020 | 1.6 | Review and analyze supplemental outreach responses to categorize under appropriate waterfalls |
| Gilleland, Jeffrey | 7/9/2020 | 0.3 | Analyze 8 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/9/2020 | 0.4 | Analyze 11 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |

*Exhibit E*

> *Employee Retirement System of the Government*
> *of the Commonwealth of Puerto Rico*
> *Time Detail by Activity by Professional*
> *June 1, 2020 through September 30, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Harmon, Kara | 7/9/2020 | 1.3 | Analyze deficient objection responses to categorize adjourned Claims for processing into ADR or ACR |
| Harmon, Kara | 7/9/2020 | 0.2 | Analyze draft objection exhibits for September omnibus objection to prepare comments for M. Zeiss related to modifications |
| Zeiss, Mark | 7/9/2020 | 1.3 | Draft September bondholder exhibits for bondholder claims with single, multiple bond objections, some with remaining Commonwealth GO bonds |
| Collier, Laura | 7/10/2020 | 1.2 | Analyze proactive outreach responses returned by claimants to determine next steps for reconciliation |
| DiNatale, Trevor | 7/10/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffrey | 7/10/2020 | 0.9 | Analyze18 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/10/2020 | 1.6 | Analyze 34 Claims categorized as miscellaneous Claims to confirm asserted Claims basis in order to categorize for ADR, ACR, or flag for supplemental outreach |
| Waters, Erik | 7/10/2020 | 1.2 | Review of HR claims with supplemental outreach to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Waters, Erik | 7/10/2020 | 1.6 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Collier, Laura | 7/11/2020 | 0.9 | Review and analyze supplemental outreach responses to categorize under appropriate waterfalls |
| Gilleland, Jeffrey | 7/11/2020 | 0.2 | Analyze 6 claims flagged for follow-up from supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Gilleland, Jeffrey | 7/11/2020 | 0.6 | Analyze 15 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/12/2020 | 0.5 | Analyze 12 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Collier, Laura | 7/13/2020 | 1.6 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation into ACR or ADR process |
| Gilleland, Jeffrey | 7/13/2020 | 0.6 | Analyze 14 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |

*Exhibit E*

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*June 1, 2020 through September 30, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Collier, Laura | 7/14/2020 | 0.4 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation into ACR or ADR process |
| DiNatale, Trevor | 7/14/2020 | 1.8 | Analyze HR supplemental mailing responses to determine proper categorization for ACR process |
| DiNatale, Trevor | 7/14/2020 | 2.8 | Analyze litigation and identified HR related claims to determine potential duplication of liabilities |
| Gilleland, Jeffrey | 7/14/2020 | 0.3 | Analyze 10 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/14/2020 | 0.4 | Analyze 12 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/14/2020 | 2.7 | Analyze 46 Claims categorized as miscellaneous Claims to confirm asserted Claims basis in order to categorize for ADR, ACR, or flag for supplemental outreach |
| McNulty, Emmett | 7/14/2020 | 1.7 | Generate AP claims reconciliation workbooks, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Waters, Erik | 7/14/2020 | 1.2 | Analyze HR Supplemental Outreach Claims to confirm proper categorization for transfer into ACR process |
| Zeiss, Mark | 7/14/2020 | 0.9 | Revise September Non-Bondholder Claims Objection Exhibits per Proskauer comments |
| Zeiss, Mark | 7/14/2020 | 1.3 | Revise September Bondholder Claims Objection Exhibits per Proskauer comments |
| Carter, Richard | 7/15/2020 | 1.8 | Review 14 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Collier, Laura | 7/15/2020 | 0.2 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation into ACR or ADR process |
| DiNatale, Trevor | 7/15/2020 | 0.7 | Prepare HR and Pension Claim review workstream to determine proper categorization for ACR process |
| Gilleland, Jeffrey | 7/15/2020 | 0.8 | Analyze 20 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/15/2020 | 1.2 | Analyze 24 supplemental outreach responses to capture asserted agency and categorize Claims for ADR / ACR process |
| Waters, Erik | 7/15/2020 | 2.7 | Review of HR Supplemental Outreach claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Waters, Erik | 7/15/2020 | 1.4 | Analyze HR Supplemental Outreach Claims to confirm proper categorization for transfer into ACR process |

Exhibit E

***Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through September 30, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 7/16/2020 | 2.1 | Review 19 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Collier, Laura | 7/16/2020 | 0.3 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation into ACR or ADR process |
| DiNatale, Trevor | 7/16/2020 | 0.4 | Review HR supplemental mailing responses to determine proper categorization for ACR OR ADR process |
| DiNatale, Trevor | 7/16/2020 | 1.3 | Analyze HR Claims asserting laws related to incentive pay and salary increases to determine proper ADR or ACR categorization |
| Gilleland, Jeffrey | 7/16/2020 | 0.7 | Analyze 19 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/16/2020 | 1.7 | Analyze 34 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation (ADR/ACR) |
| Waters, Erik | 7/16/2020 | 2.6 | Analyze HR Supplemental Outreach Claims to confirm proper categorization for transfer into ACR process |
| Zeiss, Mark | 7/16/2020 | 1.3 | Review September Bondholder exhibits vs bondholder claims for objection review due diligence |
| Carter, Richard | 7/17/2020 | 1.8 | Review 15 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Collier, Laura | 7/17/2020 | 0.1 | Review proactive outreach responses returned by claimants to determine next steps for reconciliation into ACR or ADR process |
| DiNatale, Trevor | 7/17/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffrey | 7/17/2020 | 0.4 | Analyze 12 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/18/2020 | 1.1 | Analyze 26 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/19/2020 | 0.3 | Analyze 7 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/19/2020 | 0.4 | Analyze 11 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Carter, Richard | 7/20/2020 | 1.6 | Review 13 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 7/20/2020 | 1.1 | Review HR Claim mailing response detail to determine next steps in reconciliation process |

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*June 1, 2020 through September 30, 2020*

*Exhibit E*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 7/20/2020 | 1.7 | Review of draft omnibus objection detail to provide feedback to Proskauer |
| Gilleland, Jeffrey | 7/20/2020 | 0.4 | Analyze 9 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/20/2020 | 1.7 | Analyze 43 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation (ADR/ACR) |
| Collier, Laura | 7/21/2020 | 0.4 | Analyze proactive outreach responses returned by claimants to determine next steps for reconciliation |
| DiNatale, Trevor | 7/21/2020 | 0.4 | Update the September omnibus objection tracker for internal and Proskauer review |
| DiNatale, Trevor | 7/21/2020 | 0.8 | Review agency provided response detail regarding litigation Claim case detail to determine next steps in reconciliation process |
| DiNatale, Trevor | 7/21/2020 | 1.9 | Prepare litigation Claim reconciliation workbooks for DOJ and AAFAF review |
| Gilleland, Jeffrey | 7/21/2020 | 0.7 | Analyze 17 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/21/2020 | 2.3 | Analyze 48 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation (ADR/ACR) |
| Carter, Richard | 7/22/2020 | 1.8 | Review 16 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 7/22/2020 | 2.3 | Prepare litigation Claim reconciliation workbooks for DOJ and AAFAF review |
| DiNatale, Trevor | 7/22/2020 | 1.7 | Review mailing response detail for Claims on draft deficient objection to determine next steps in reconciliation process |
| DiNatale, Trevor | 7/22/2020 | 1.1 | Analyze supplemental mailing response detail to determine next steps in reconciliation process |
| Gilleland, Jeffrey | 7/22/2020 | 0.4 | Analyze 8 claims flagged for follow-up from supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Gilleland, Jeffrey | 7/22/2020 | 1.2 | Analyze 18 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |

*Page 24 of 39*

*Exhibit E*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through September 30, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Harmon, Kara | 7/22/2020 | 1.8 | Analyze 30 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Carter, Richard | 7/23/2020 | 2.4 | Review 23 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 7/23/2020 | 1.3 | Review mailing response detail for Claims on draft deficient objection to determine next steps in reconciliation process |
| Gilleland, Jeffrey | 7/23/2020 | 1.1 | Analyze 19 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine various aspects of the creditor's claim, including basis, place and term of employment, and other pertinent information. |
| DiNatale, Trevor | 7/24/2020 | 1.8 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffrey | 7/24/2020 | 0.5 | Analyze 5 returned proof of claims and supplemental outreach mailings for Claims to determine various aspects of the creditor's claim, including basis, place and term of employment, and other pertinent creditor information. |
| Harmon, Kara | 7/24/2020 | 1.6 | Analyze 29 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Herriman, Jay | 7/24/2020 | 1.1 | Review claims to be included in ACR process to identify next steps in process |
| Carter, Richard | 7/25/2020 | 1.7 | Review 16 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Carter, Richard | 7/25/2020 | 3.1 | Review 30 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Gilleland, Jeffrey | 7/25/2020 | 0.7 | Analyze 11 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/26/2020 | 1.4 | Analyze 38 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Carter, Richard | 7/27/2020 | 2.1 | Review 19 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Carter, Richard | 7/27/2020 | 2.7 | Review 29 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 7/27/2020 | 0.9 | Prepare report of uncategorized HR Claim detail to determine proper categorization for ACR process |

*Exhibit E*

> **Employee Retirement System of the Government**
> **of the Commonwealth of Puerto Rico**
> **Time Detail by Activity by Professional**
> **June 1, 2020 through September 30, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Gilleland, Jeffrey | 7/27/2020 | 0.7 | Analyze 24 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/27/2020 | 1.4 | Analyze 26 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Herriman, Jay | 7/27/2020 | 2.3 | Review responses received from creditors related to pension claims in the ACR process |
| Waters, Erik | 7/27/2020 | 2.3 | Analyze HR Supplemental Outreach Claims to confirm proper categorization for transfer into ACR process |
| DiNatale, Trevor | 7/28/2020 | 1.4 | Analyze supplemental outreach response report from PrimeClerk to determine next steps for claims on deficient objection |
| DiNatale, Trevor | 7/28/2020 | 0.4 | Review report of undeliverable, HR supplemental mailing responses to determine next steps in reconciliation process |
| Gilleland, Jeffrey | 7/28/2020 | 0.6 | Analyze 19 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Gilleland, Jeffrey | 7/28/2020 | 0.3 | Analyze 9 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Herriman, Jay | 7/28/2020 | 0.4 | Review responses received from creditors related to pension claims in the ACR process |
| Hertzberg, Julie | 7/28/2020 | 0.3 | Review responses received from creditors related to pension claims in the ACR process |
| Waters, Erik | 7/28/2020 | 1.1 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Waters, Erik | 7/28/2020 | 1.7 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Waters, Erik | 7/28/2020 | 2.2 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Waters, Erik | 7/28/2020 | 2.6 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Carter, Richard | 7/29/2020 | 0.9 | Review 9 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Carter, Richard | 7/29/2020 | 1.9 | Review 12 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 7/29/2020 | 1.7 | Analyze supplemental outreach responses to determine proper categorization for ACR process |

*Exhibit E*

> ### *Employee Retirement System of the Government of the Commonwealth of Puerto Rico*
> ### *Time Detail by Activity by Professional*
> ### *June 1, 2020 through September 30, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Gilleland, Jeffrey | 7/29/2020 | 1.1 | Analyze 24 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/29/2020 | 1.9 | Analyze 32 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Hertzberg, Julie | 7/29/2020 | 1.2 | Draft specific responses to inquiries regarding pension ACR Letters |
| Hertzberg, Julie | 7/29/2020 | 0.3 | Review details regarding pension FAQs |
| Waters, Erik | 7/29/2020 | 2.7 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Waters, Erik | 7/29/2020 | 1.2 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Carter, Richard | 7/30/2020 | 0.9 | Review 8 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Gilleland, Jeffrey | 7/30/2020 | 1.3 | Analyze 27 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/30/2020 | 0.8 | Analyze new objection responses for deficient Claims to determine next steps for reconciliation and entry into ADR / ACR process |
| Herriman, Jay | 7/30/2020 | 2.3 | Review claims to be included in next round of ACR mailings related to Pension Claims |
| Waters, Erik | 7/30/2020 | 2.1 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| DiNatale, Trevor | 7/31/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffrey | 7/31/2020 | 0.8 | Analyze 22 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/31/2020 | 1.9 | Analyze 28 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Waters, Erik | 7/31/2020 | 2.7 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 7/31/2020 | 0.4 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Gilleland, Jeffrey | 8/2/2020 | 1.4 | Analyze 41 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |

***Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through September 30, 2020***

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 8/3/2020 | 0.3 | Review 2 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 8/3/2020 | 1.1 | Analyze supplemental outreach responses to determine proper categorization for ACR process |
| Gilleland, Jeffrey | 8/3/2020 | 1.1 | Analyze 26 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Waters, Erik | 8/3/2020 | 0.7 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Carter, Richard | 8/4/2020 | 0.8 | Review 7 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Gilleland, Jeffrey | 8/4/2020 | 0.9 | Analyze 18 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Harmon, Kara | 8/4/2020 | 1.1 | Analyze 22 supplemental outreach responses to categorize Claims for ACR process |
| Waters, Erik | 8/4/2020 | 2.1 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Waters, Erik | 8/4/2020 | 1.7 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Waters, Erik | 8/4/2020 | 2.4 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 8/4/2020 | 0.6 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| DiNatale, Trevor | 8/5/2020 | 2.4 | Review asserted agency detail for HR Claims to ensure proper categorization for streamlined ACR process |
| DiNatale, Trevor | 8/5/2020 | 0.8 | Review HR Claim detail to determine proper categorization for ACR process |
| Gilleland, Jeffrey | 8/5/2020 | 0.1 | Analyze 2 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Harmon, Kara | 8/5/2020 | 0.4 | Analyze 12 supplemental outreach responses to categorize Claims for ACR process |
| Waters, Erik | 8/5/2020 | 1.1 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 8/5/2020 | 1.5 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| DiNatale, Trevor | 8/6/2020 | 1.7 | Update upcoming omnibus objection tracker for internal and Proskauer review |

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*June 1, 2020 through September 30, 2020*

*Exhibit E*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 8/6/2020 | 2.1 | Prepare upcoming omnibus objection tracker for internal and Proskauer review |
| Gilleland, Jeffrey | 8/6/2020 | 0.9 | Analyze 19 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Waters, Erik | 8/6/2020 | 2.2 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 8/6/2020 | 2.7 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| DiNatale, Trevor | 8/7/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffrey | 8/7/2020 | 0.7 | Analyze 37 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws for additional information to determine if the creditor provided enough information to transfer into ACR process. |
| Harmon, Kara | 8/7/2020 | 0.9 | Analyze 17 supplemental outreach responses to categorize Claims for ACR process |
| Waters, Erik | 8/7/2020 | 1.2 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Zeiss, Mark | 8/7/2020 | 0.7 | Draft Omnibus Exhibit lists of bondholder claims eligible for objection by objection type, potential grouping |
| Zeiss, Mark | 8/7/2020 | 0.6 | Revise report of bondholder claims eligible for October objections hearing |
| Gilleland, Jeffrey | 8/8/2020 | 0.2 | Analyze 4 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Gilleland, Jeffrey | 8/10/2020 | 0.1 | Analyze 2 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Harmon, Kara | 8/10/2020 | 2.3 | Analyze 32 supplemental outreach responses to categorize Claims for ACR process |
| Waters, Erik | 8/10/2020 | 2.2 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Carter, Richard | 8/11/2020 | 0.6 | Review 6 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 8/11/2020 | 0.8 | Review supplemental mailing responses to determine inclusion on upcoming deficient mailing response Claim objection |

*Exhibit E*

### *Employee Retirement System of the Government of the Commonwealth of Puerto Rico Time Detail by Activity by Professional June 1, 2020 through September 30, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Gilleland, Jeffrey | 8/11/2020 | 0.3 | Analyze 7 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Harmon, Kara | 8/11/2020 | 2.6 | Analyze 48 supplemental outreach responses to categorize Claims for ACR process |
| Waters, Erik | 8/11/2020 | 2.3 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 8/11/2020 | 0.6 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Carter, Richard | 8/12/2020 | 1.2 | Review 14 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 8/12/2020 | 2.9 | Review Claims identified as deficient to confirm inclusion on upcoming omnibus objection |
| Gilleland, Jeffrey | 8/12/2020 | 0.3 | Analyze 8 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Harmon, Kara | 8/12/2020 | 1.4 | Analyze 16 supplemental outreach responses to categorize Claims for ACR process |
| Waters, Erik | 8/12/2020 | 2.4 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 8/12/2020 | 2.7 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Carter, Richard | 8/13/2020 | 2.6 | Review 25 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Carter, Richard | 8/13/2020 | 2.1 | Review 18 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 8/13/2020 | 1.9 | Review Claims identified as deficient to confirm inclusion on upcoming omnibus objection |
| Gilleland, Jeffrey | 8/13/2020 | 0.2 | Analyze 5 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Harmon, Kara | 8/13/2020 | 0.4 | Analyze 12 supplemental outreach responses to categorize Claims for ACR process |
| Waters, Erik | 8/13/2020 | 1.7 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Zeiss, Mark | 8/13/2020 | 0.9 | Revise October bondholder claims objections per Proskauer research on bond CUSIPS |

*Exhibit E*

### *Employee Retirement System of the Government of the Commonwealth of Puerto Rico Time Detail by Activity by Professional June 1, 2020 through September 30, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 8/14/2020 | 2.3 | Review 24 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Carter, Richard | 8/14/2020 | 1.1 | Update claim waterfall flags on 111 HR-related claims in the claims management system. |
| DiNatale, Trevor | 8/14/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffrey | 8/14/2020 | 0.1 | Analyze 2 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Harmon, Kara | 8/14/2020 | 1.3 | Analyze 19 supplemental outreach responses to categorize Claims for ACR process |
| Waters, Erik | 8/14/2020 | 1.5 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Gilleland, Jeffrey | 8/16/2020 | 0.1 | Analyze 2 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Gilleland, Jeffrey | 8/17/2020 | 0.1 | Analyze 2 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process. |
| Gilleland, Jeffrey | 8/18/2020 | 1.6 | Analyze 25 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Harmon, Kara | 8/18/2020 | 0.9 | Analyze 13 supplemental outreach responses to capture asserted agency and categorize for ACR process |
| Waters, Erik | 8/18/2020 | 2.6 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Waters, Erik | 8/18/2020 | 1.2 | Analyze HR Claims to confirm proper categorization for transfer into ACR process |
| Gilleland, Jeffrey | 8/19/2020 | 1.4 | Analyze 23 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Waters, Erik | 8/19/2020 | 0.9 | Review of unresolved HR claims to confirm proper categorization for ACR/ADR process |
| Waters, Erik | 8/19/2020 | 2.3 | Review of unresolved HR claims to confirm proper categorization for ACR/ADR process |

*Exhibit E*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through September 30, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 8/20/2020 | 1.1 | Review supplemental mailing detail to determine inclusion in upcoming Claim objections |
| DiNatale, Trevor | 8/20/2020 | 1.4 | Review supplemental outreach responses to determine next steps in ACR process |
| DiNatale, Trevor | 8/20/2020 | 2.2 | Analyze uncategorized HR Claims to determine proper categorization for ACR process |
| Gilleland, Jeffrey | 8/20/2020 | 1.8 | Analyze 35 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Waters, Erik | 8/20/2020 | 1.8 | Review of unresolved HR claims to confirm proper categorization for ACR/ADR process |
| DiNatale, Trevor | 8/21/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffrey | 8/21/2020 | 0.7 | Analyze 9 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Harmon, Kara | 8/21/2020 | 1.3 | Analyze 29 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Herriman, Jay | 8/21/2020 | 1.1 | Review claims to be included on Objections for the October Omnibus hearing |
| Waters, Erik | 8/21/2020 | 1.1 | Review of unresolved HR claims to confirm proper categorization for ACR/ADR process |
| Gilleland, Jeffrey | 8/22/2020 | 0.3 | Analyze 5 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Gilleland, Jeffrey | 8/23/2020 | 0.1 | Analyze 3 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| DiNatale, Trevor | 8/24/2020 | 1.4 | Prepare initial draft of ACR notice list for internal and Proskauer review |
| Gilleland, Jeffrey | 8/24/2020 | 1.1 | Analyze 23 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |

*Exhibit E*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through September 30, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Harmon, Kara | 8/24/2020 | 1.7 | Analyze 33 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Herriman, Jay | 8/24/2020 | 1.3 | Review pension claims to be included in next ACR notice filing |
| DiNatale, Trevor | 8/25/2020 | 2.2 | Review Claims identified as deficient to confirm inclusion on upcoming omnibus objection |
| Gilleland, Jeffrey | 8/25/2020 | 0.4 | Analyze 10 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Harmon, Kara | 8/25/2020 | 1.4 | Analyze 23 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Waters, Erik | 8/25/2020 | 1.9 | Analyze unresolved HR claims to confirm proper categorization for ACR/ADR process and asserted agency |
| Waters, Erik | 8/25/2020 | 1.7 | Analyze unresolved HR claims to confirm proper categorization for ACR/ADR process and asserted agency |
| Waters, Erik | 8/25/2020 | 0.5 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |
| DiNatale, Trevor | 8/26/2020 | 1.6 | Create ACR response letter tracker for Proskauer and Commonwealth review |
| DiNatale, Trevor | 8/26/2020 | 1.8 | Review ACR response letter detail from pension claimants to determine next steps in reconciliation |
| DiNatale, Trevor | 8/26/2020 | 2.4 | Create standard operating procedures for reviewing ACR pension letter responses from claimants |
| Gilleland, Jeffrey | 8/26/2020 | 0.6 | Analyze 13 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| McNulty, Emmett | 8/26/2020 | 0.2 | Perform triage of newly filed claims to ensure proper claim classification for further reconciliation/prepare claims for objection, as needed |
| Waters, Erik | 8/26/2020 | 1.9 | Review of unresolved HR claims to confirm proper categorization for ACR/ADR process |
| Waters, Erik | 8/26/2020 | 1.4 | Review of unresolved HR claims to confirm proper categorization for ACR/ADR process |
| DiNatale, Trevor | 8/27/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through September 30, 2020*

*Exhibit E*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 8/27/2020 | 1.8 | Finalize standard operating procedures for reviewing ACR pension letter responses from claimants |
| DiNatale, Trevor | 8/27/2020 | 0.9 | Update ACR response letter tracker for Proskauer and Commonwealth review |
| Gilleland, Jeffrey | 8/27/2020 | 0.5 | Analyze 9 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Harmon, Kara | 8/27/2020 | 1.2 | Analyze 23 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Herriman, Jay | 8/27/2020 | 0.8 | Review claims to be included on October Omnibus objections |
| Herriman, Jay | 8/27/2020 | 2.1 | Review responses to ACR mailings related to pension claims |
| McNulty, Emmett | 8/27/2020 | 0.3 | Generate AP claims reconciliation workbooks, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Waters, Erik | 8/27/2020 | 1.3 | Analyze unresolved HR claims to confirm proper categorization for ACR/ADR process and asserted agency |
| Gilleland, Jeffrey | 8/28/2020 | 0.7 | Analyze 14 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Gilleland, Jeffrey | 8/29/2020 | 1.2 | Analyze 25 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Gilleland, Jeffrey | 8/30/2020 | 1.4 | Analyze 30 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |
| Herriman, Jay | 8/30/2020 | 0.6 | Review claims waterfall prior to sending to AAFAF and counsel |
| Herriman, Jay | 8/30/2020 | 0.6 | Review claims waterfall prior to sending to AAFAF and counsel |
| DiNatale, Trevor | 8/31/2020 | 2.3 | Review supplemental outreach responses to determine proper categorization for ACR process |
| Gilleland, Jeffrey | 8/31/2020 | 0.2 | Analyze 7 returned proof of claims and supplemental outreach mailings for Claims asserting various Puerto Rico laws and other pertinent information to determine if the creditor provided enough information to transfer into ACR process |

***Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through September 30, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 9/1/2020 | 0.2 | Prepare detailed analysis related to unresolved accounts payable claims for Commonwealth agencies to review/provide additional reconciliation information for ADR Process |
| DiNatale, Trevor | 9/1/2020 | 1.3 | Update exhibit for upcoming ACR notice filing per Proskauer's notes |
| DiNatale, Trevor | 9/1/2020 | 2.4 | Review supplemental outreach responses to determine proper categorization for ACR process |
| Carter, Richard | 9/2/2020 | 0.1 | Prepare summary report related to 5 unresolved accounts payable Claims for Commonwealth agencies to review and provide additional reconciliation information |
| Carter, Richard | 9/2/2020 | 0.3 | Prepare detailed analysis related to 5 unresolved accounts payable claims for Commonwealth agencies to review/provide additional reconciliation information |
| DiNatale, Trevor | 9/2/2020 | 2.6 | Review supplemental outreach responses to determine proper categorization for ACR process |
| DiNatale, Trevor | 9/2/2020 | 1.3 | Update report of adjourned Claims from omnibus objection identified for ACR process for Proskauer and AAFAF review |
| DiNatale, Trevor | 9/3/2020 | 1.3 | Review supplemental outreach responses to determine proper Claim categorization for ACR process |
| DiNatale, Trevor | 9/4/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 9/9/2020 | 2.9 | Analyze supplemental mailing response detail to determine next steps in reconciliation process |
| DiNatale, Trevor | 9/9/2020 | 1.2 | Review ACR pension mailing response detail to determine next steps in reconciliation process |
| DiNatale, Trevor | 9/10/2020 | 1.6 | Analyze supplemental mailing response detail to determine next steps in reconciliation process |
| Herriman, Jay | 9/10/2020 | 0.6 | Review listing of ACR notices / mailings returned by USPS |
| DiNatale, Trevor | 9/11/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 9/12/2020 | 1.1 | Review ACR pension mailing response detail report from Prime Clerk to determine undeliverable mailings |
| DiNatale, Trevor | 9/14/2020 | 1.4 | Analyze updated ACR pension mailing response report for AAFAF review |
| Zeiss, Mark | 9/15/2020 | 1.3 | Review new mailing, docket responses from claimants on Deficient Omnibus exhibits for ADR, ACR, still deficient reconciliation |
| DiNatale, Trevor | 9/16/2020 | 2.3 | Perform review of claims identified for upcoming deficient omnibus objection |

*Exhibit E*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Time Detail by Activity by Professional
### June 1, 2020 through September 30, 2020

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections**

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 9/16/2020 | 1.2 | Review analysis of unsolicited mailings from creditors with associated letters and attachments |
| Herriman, Jay | 9/17/2020 | 1.3 | Review analysis of parties who responded to ACR Pension claim transfer prior to sending to AAFAF for next steps |
| Carter, Richard | 9/18/2020 | 1.1 | Prepare summary report regarding 4 unresolved accounts payable Claims to highlight additional information required from creditors to determine next steps in reconciliation process |
| DiNatale, Trevor | 9/18/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 9/21/2020 | 1.1 | Analyze litigation Claim support to determine if additional support regarding judgement/settlement detail is required for reconciliation |
| Zeiss, Mark | 9/21/2020 | 0.9 | Draft report of Exhibit A, B for Omnis December through September per Proskauer direction of notice of presentment, adjourned claims on Omnis |
| Zeiss, Mark | 9/21/2020 | 0.4 | Revise report of Exhibit A, B for Omnis December through September per Proskauer direction of notice of presentment, adjourned claims on Omnis |
| DiNatale, Trevor | 9/22/2020 | 1.6 | Generate Claim summary report for UCC review reflecting Claim reconciliation status/progress |
| Herriman, Jay | 9/22/2020 | 1.9 | Review responses to ACR-Pension claim mailings received from Prime Clerk |
| Zeiss, Mark | 9/22/2020 | 0.6 | Revise Omnibus Exhibits A, B per Proskauer direction for December, January Omnibus Exhibits |
| Zeiss, Mark | 9/22/2020 | 1.2 | Draft Omnibus Exhibits A, B per Proskauer direction for December, January Omnibus Exhibits |
| DiNatale, Trevor | 9/23/2020 | 1.7 | Perform updates to Claim status summary report for UCC review |
| DiNatale, Trevor | 9/24/2020 | 2.3 | Perform updates to ACR "initial determination" response tracker for AAFAF and agency review |
| DiNatale, Trevor | 9/25/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 9/25/2020 | 0.6 | Prepare report of claimants in ACR process that require additional reconciliation review for AAFAF review |
| DiNatale, Trevor | 9/25/2020 | 1.9 | Create draft ACR status report for internal and Proskauer review |
| DiNatale, Trevor | 9/29/2020 | 0.7 | Review Claims in ACR process with undeliverable "initial determination" letter to determine next steps for ACR |
| Herriman, Jay | 9/29/2020 | 1.9 | Review updated ACR claim response submissions provided by Prime Clerk |

***Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
June 1, 2020 through September 30, 2020***

***Exhibit E***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Hertzberg, Julie | 9/29/2020 | 0.8 | Review various updated ACR claim responses provided by Prime Clerk |
| DiNatale, Trevor | 9/30/2020 | 1.1 | Perform quality check on ACR undeliverable detail report |
| **Subtotal** | | **927.7** | |

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 6/5/2020 | 0.8 | Update April invoice with changes to time detail descriptions |
| Corbett, Natalie | 7/7/2020 | 0.4 | Create Sixth Interim Fee Apps |
| Corbett, Natalie | 7/10/2020 | 0.1 | Prepare Sixth Interim Fee Apps |
| Herriman, Jay | 7/12/2020 | 1.7 | Review / Update draft interim fee application |
| Herriman, Jay | 7/15/2020 | 1.1 | Review draft sixth interim fee app |
| Herriman, Jay | 7/15/2020 | 0.8 | Update sixth interim fee app with additional discussion of workstreams from period |
| Hertzberg, Julie | 7/15/2020 | 0.2 | Provide comments to J. Herriman re: sixth interim fee app |
| Hertzberg, Julie | 7/15/2020 | 0.7 | Review draft sixth interim fee app |
| Herriman, Jay | 7/16/2020 | 0.2 | Finalize interim fee app and send for filing with court |
| Corbett, Natalie | 7/27/2020 | 0.4 | Create June invoice |
| Corbett, Natalie | 8/6/2020 | 0.3 | Update July invoice with changes to time detail descriptions |
| Corbett, Natalie | 9/9/2020 | 0.8 | Create August invoice |
| Herriman, Jay | 9/10/2020 | 0.7 | Review August fee statement prior to sending to board for approval / noticing |
| **Subtotal** | | **8.2** | |

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting

| Professional | Date | Hours | Activity |
|---|---|---|---|

*Page 37 of 39*

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*June 1, 2020 through September 30, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 7/27/2020 | 0.2 | Participate in conference call with J. Herriman, K. Harmon, T. DiNatale, J. Berman, and L. Stafford regarding ACR pension letter mailing and process |
| Harmon, Kara | 7/27/2020 | 0.2 | Participate in conference call with J. Herriman, K. Harmon, T. DiNatale, J. Berman, and L. Stafford regarding ACR pension letter mailing and process |
| Herriman, Jay | 7/27/2020 | 0.2 | Participate in conference call with J. Herriman, K. Harmon, T. DiNatale, J. Berman, and L. Stafford regarding ACR pension letter mailing and process |
| Herriman, Jay | 7/28/2020 | 0.3 | Call with L. Stafford re: discuss questions from the retiree committee related to pension clam mailings |
| DiNatale, Trevor | 7/29/2020 | 0.4 | Participate in conference call with J. Herriman, K. Harmon, and T. DiNatale regarding ACR pension letter response review process |
| Harmon, Kara | 7/29/2020 | 0.4 | Participate in conference call with J. Herriman, K. Harmon, and T. DiNatale regarding ACR pension letter response review process |
| Herriman, Jay | 7/29/2020 | 0.4 | Call with J. Hertzberg and J. Herriman re: discuss status of ACR pension letters and creation of FAQ document |
| Herriman, Jay | 7/29/2020 | 0.4 | Participate in conference call with J. Herriman, K. Harmon, and T. DiNatale regarding ACR pension letter response review process |
| Hertzberg, Julie | 7/29/2020 | 0.4 | Call with J. Hertzberg and J. Herriman re: discuss status of ACR pension letters and creation of FAQ document |
| DiNatale, Trevor | 7/30/2020 | 0.5 | Participate in conference call with J. Herriman, K. Harmon, M. Zeiss, T. DiNatale and L. Stafford regarding undeliverable outreach mailing and ACR pension response process |
| Harmon, Kara | 7/30/2020 | 0.5 | Participate in conference call with J. Herriman, K. Harmon, M. Zeiss, T. DiNatale and L. Stafford regarding undeliverable outreach mailing and ACR pension response process |
| Herriman, Jay | 7/30/2020 | 0.5 | Participate in conference call with J. Herriman, K. Harmon, M. Zeiss, T. DiNatale and L. Stafford regarding undeliverable outreach mailing and ACR pension response process |
| Zeiss, Mark | 7/30/2020 | 0.5 | Participate in conference call with J. Herriman, K. Harmon, M. Zeiss, T. DiNatale and L. Stafford regarding undeliverable outreach mailing and ACR pension response process |
| DiNatale, Trevor | 8/25/2020 | 0.5 | Participate in conference call with J. Herriman, K. Harmon, and T. DiNatale regarding ACR pension letter responses and process |
| Harmon, Kara | 8/25/2020 | 0.5 | Participate in conference call with J. Herriman, K. Harmon, and T. DiNatale regarding ACR pension letter responses and process |

*Exhibit E*

**Employee Retirement System of the Government**
**of the Commonwealth of Puerto Rico**
**Time Detail by Activity by Professional**
**June 1, 2020 through September 30, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 8/25/2020 | 0.5 | Participate in conference call with J. Herriman, K. Harmon, and T. DiNatale regarding ACR pension letter responses and process |
| DiNatale, Trevor | 8/27/2020 | 1.2 | Participate in conference call with K. Harmon and T. DiNatale regarding ACR pension letter responses and reconciliation process/tracking |
| Harmon, Kara | 8/27/2020 | 1.2 | Participate in conference call with K. Harmon and T. DiNatale regarding ACR pension letter responses and reconciliation process/tracking |
| Herriman, Jay | 9/17/2020 | 0.4 | Call with R. Colon re: status of ACR claims and next steps of agency reconciliation |
| **Subtotal** | | **9.2** | |
| *Grand Total* | | 945.1 | |

# <u>Exhibit G</u>

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**SERVICES PERFORMED BY CATEGORY**
**FOR THE SEVENTH INTERIM FEE APPLICATION PERIOD**
**JUNE 1, 2020 THROUGH SEPTEMBER 30, 2020**

*Exhibit G*

**Employee Retirement System of the Government of the
Commonwealth of Puerto Rico
Summary of Time Detail by Professional
June 1, 2020 through September 30, 2020**

**Employees Retirement System
of the Government of the
Commonwealth of Puerto Rico -
Claims Administration and
Objections**

Advise and assist the Debtors in questions and processes regarding the claims
reconciliation process: notably, claims planning process, potential claim
analysis, review of claims filed against the Debtors and other claim related
items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $964 | 0.8 | $771.20 |
| Herriman, Jay | Managing Director | $937 | 13.4 | $12,555.80 |
| Hertzberg, Julie | Managing Director | $919 | 1.8 | $1,654.20 |
| Herriman, Jay | Managing Director | $893 | 12.6 | $11,251.80 |
| Harmon, Kara | Director | $675 | 52.8 | $35,640.00 |
| Zeiss, Mark | Director | $661 | 6.6 | $4,362.60 |
| Zeiss, Mark | Director | $630 | 15.7 | $9,891.00 |
| Waters, Erik | Associate | $415 | 233.0 | $96,695.00 |
| Carter, Richard | Consultant II | $577 | 12.7 | $7,327.90 |
| Carter, Richard | Consultant II | $550 | 168.7 | $92,785.00 |
| DiNatale, Trevor | Consultant II | $550 | 179.1 | $98,505.00 |
| Collier, Laura | Senior Associate | $525 | 164.1 | $86,152.50 |
| Gilleland, Jeffrey | Consultant | $525 | 58.7 | $30,817.50 |
| McNulty, Emmett | Analyst | $400 | 7.7 | $3,080.00 |
| | | | 927.7 | $491,489.50 |

*Average Billing Rate* — $529.79

*Exhibit G*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### June 1, 2020 through September 30, 2020

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications**

**Prepare monthly and interim fee applications in accordance with court guidelines.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 0.7 | $655.90 |
| Hertzberg, Julie | Managing Director | $919 | 0.9 | $827.10 |
| Herriman, Jay | Managing Director | $893 | 3.8 | $3,393.40 |
| Corbett, Natalie | Para Professional | $250 | 2.8 | $700.00 |
| | | | 8.2 | $5,576.40 |
| | | *Average Billing Rate* | | $680.05 |

*Exhibit G*

**Employee Retirement System of the Government of the
Commonwealth of Puerto Rico
Summary of Time Detail by Professional
June 1, 2020 through September 30, 2020**

**Employees Retirement System
of the Government of the
Commonwealth of Puerto Rico -
Meeting**

**Participate in meetings with Debtors' management, Board of Directors and/or
advisors to present findings or discuss various matters related to the filing,
reporting and/ or operating the business; excludes meetings with UCC and/or
other Creditor constituents and their advisors.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 0.9 | $843.30 |
| Hertzberg, Julie | Managing Director | $919 | 0.4 | $367.60 |
| Herriman, Jay | Managing Director | $893 | 1.8 | $1,607.40 |
| Harmon, Kara | Director | $675 | 2.8 | $1,890.00 |
| Zeiss, Mark | Director | $630 | 0.5 | $315.00 |
| DiNatale, Trevor | Consultant II | $550 | 2.8 | $1,540.00 |
| | | | 9.2 | $6,563.30 |
| | *Average Billing Rate* | | | $713.40 |

# Exhibit H

**DECLARATION OF JULIE M. HERTZBERG IN SUPPORT OF THE SEVENTH INTERIM FEE APPLICATION OF ALVAREZ AND MARSAL NORTH AMERICA, LLC FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE EMPLOYEE RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
|   as representative of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) (Jointly Administered) |
| | ) |
|           Debtors. [1] | |

-------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3566-LTS |
| | ) |
|   as representative of | ) |
| | ) **This Application relates** |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) **only to ERS and shall be** |
| GOVERNMENT OF THE COMMONWEALTH OF | ) **filed in the Lead Case No.** |
| PUERTO RICO | **17 BK 3283-LTS and** |
| | **ERS's Title III Case (Case** |
|           Debtor | **No. 17 BK 3566-LTS)** |

-------------------------------------------------------------------------

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS IN
RESPECT OF SEVENTH INTERIM FEE APPLICATION OF ALVAREZ AND
MARSAL NORTH AMERICA, LLC FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS
REPRESENTATIVE OF THE EMPLOYEE RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE
PERIOD**

**JUNE 1, 2020 THROUGH SEPTEMBER 30, 2020**

Pursuant to the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 in Larger Chapter

11 Cases issued by the Executive Office for the United States Trustee, 28 CFR Part 58,

Appendix A (the "Guidelines"), together with the Local Rule 2016-1, the undersigned, a Partner

and Managing Director of the firm Alvarez and Marsal North America, LLC ("A&M"), advisors

for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as

representative of the Employee Retirement System of the Government of the Commonwealth of

Puerto Rico (the "Debtor"), pursuant to section 315(b) of the Puerto Rico Oversight,

Management, and Economic Stability Act ("PROMESA"),[2] hereby certifies with respect to

A&M's Sixth interim application for allowance of compensation for services rendered and

reimbursement of expenses incurred with respect to the Debtor's Title III case, dated November

13, 2020 (the "Application"),[3] for the period from June 1, 2020 through and including

September 30, 2020 (the "Compensation Period") as follows:

1. I am the professional designated by A&M in respect of compliance with the Guidelines
   and Local Rule 2016-1.

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.
[3] Capitalized terms used but not defined herein have the meanings given to them in the Application.

2.  I make this certification in support of the Application for interim compensation and
    reimbursement of expenses incurred during the Compensation Period in Accordance with
    the Guidelines and Local Rule 2016-1.

3.  In respect of the Guidelines and Local Rule 2016-1, I certify that:

    a.  I have read the Application;

    b.  to the best of my knowledge, information, and belief formed after reasonable
        inquiry, the fees and disbursements sought fall within the Guidelines;

    c.  except to the extent that fees or disbursements are prohibited by the Guidelines,
        the fees and disbursements sought are billed at rates in accordance with practices
        customarily employed by A&M and generally accepted by A&M's clients; and

    d.  in providing a reimbursable service, A&M does not make a profit on that service,
        whether the service is performed by A&M in house or through a third party.

4.  I certify that A&M has previously provided monthly statements of A&M's fees and
    disbursements by filing and serving monthly statements in accordance with the Interim
    Compensation Order (as defined in the Application), except that completing reasonable
    and necessary internal accounting and review procedures may have, at times, precluded
    filing fee statements within the time periods specified in the Interim Compensation
    Order.

Dated: November 13, 2020

                                        /s/
                                        Julie M. Hertzberg

# PROPOSED ORDER

**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) | (Jointly Administered) |
| Debtors. [1] | | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT | ) | No. 17 BK 3566-LTS |
| BOARD FOR PUERTO RICO | | |
| | ) | |
| as representative of | ) | |
| | ) | **)** |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) | |
| GOVERNMENT OF THE COMMONWEALTH OF | | |
| PUERTO RICO | | |
| Debtor | | |

-------------------------------------------------------------------------

**ORDER APPROVING SEVENTH INTERIM FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS
ADVISORS FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF
PUERTO RICO, AS REPRESENTATIVE OF THE EMPLOYEE RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,
FOR THE PERIOD
<u>JUNE 1, 2020 THROUGH SEPTEMBER 30, 2020</u>**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon the application (the "Application")[2] of Alvarez and Marsal North America, LLC

("A&M") as advisors for the Financial Oversight and Management Board for Puerto Rico (the

"Oversight Board") acting as representative of the Employee Retirement System of the

Government of the Commonwealth of Puerto Rico (the "Debtor") under section 315(b) of the

*Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[3] seeking,

pursuant to (a) PROMESA sections 316 and 317, (b) Rule 2016 of the Federal Rules of

Bankruptcy Procedure, (c) Local Rule 2016-1, (d) the *United States Trustee Guidelines for*

*Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11*

*U.S.C. § 330 in Larger Chapter 11 Cases* issued by the Executive Office for the United States

Trustee, 28 CFR Part 58, Appendix A, and (e) this Court's *Second Amended Order Setting*

*Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF

No. 3269], an allowance of interim compensation for professional services rendered by A&M for

the period commencing June 1, 2020 through and including September 30, 2020 in the amount of

**$453,266.28**, all of which represents fees earned outside of Puerto Rico; this Court having

determined that the legal and factual bases set forth in the Application establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

hereby **ORDERED** that:

1.  The Application is APPROVED as set forth herein.

2.  Compensation to A&M for professional services rendered during the Compensation

    Period is allowed on an interim basis in the amount of **$453,266.28**, all of which

    represents fees earned outside of Puerto Rico,

3.  The Debtor is authorized to pay A&M all fees allowed pursuant to this order, including

    those that were previously held back pursuant to the Interim Compensation Order, less

---

[2] Capitalized terms not defined in this order will have the meanings ascribed to them in the Application.
[3] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

any amounts previously paid for such fees and expenses under the terms of the Interim

Compensation Order.

4.  The Debtor is authorized to take all actions necessary to effectuate the relief granted

pursuant to this order in accordance with the Application.


Dated: _____, 2021                _____
        San Juan, Puerto Rico                        Honorable Laura Taylor Swain
                                                      United States District Judge