Estimated Hearing Date: March 10, 2021 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: December 4, 2020 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
|   as representative of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) (Jointly Administered) |
| | |
| Debtors. [1] | |

-----------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3567-LTS |
| | ) |
|   as representative of | ) |
| | ) **This Application relates** |
| THE PUERTO RICO HIGHWAYS AND | ) **only to HTA and shall** |
| TRANSPORTATION AUTHORITY | **be filed in the Lead** |
| | **Case No. 17 BK 3283-** |
| Debtor | **LTS and HTA's Title** |
| | **III Case (Case No. 17** |
| | **BK 3567-LTS)** |

-----------------------------------------------------------------------

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)..

**SUMMARY SHEET TO**
**SEVENTH INTERIM FEE APPLICATION OF**
**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND**
**MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE**
**PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY**
**FROM JUNE 1, 2020 THROUGH SEPTEMBER 30, 2020**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Retained to Provide Professional Services as: | Advisor |
| Date of Retention: | August 2, 2018 |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2020 through September 30, 2020 |
| Professional Fees | $140,186.30 |
| Less Voluntary Reduction | (14,018.63) |
| Total Amount of Fees Requested: | **$126,167.67** |
| Amount of Expenses Reimbursement Sought | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary | **$126,167.67** |

This is a(n) _____ Monthly ___X___ Interim _____ Final Fee Application

**Six Prior Interim Applications Filed in this Matter**

**Monthly Fee Statements Filed Related to Seventh Interim Fee Application[2]**
**June 1, 2020 through September 30, 2020**

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Twenty-third - 7/29/2020 | 6/1/20 to 6/30/20 | $ 21,199.40 | $ (2,119.94) | $ 19,079.46 | $ 17,171.51 | $ (1,717.15) | $ (257.57) | $ - | $ 15,196.79 | $ 15,196.79 | $ - | $ 1,907.95 |
| Twenty-fourth - 8/17/2020 | to 7/31/2020 | $ 83,590.30 | $ (8,359.03) | $ 75,231.27 | $ 67,708.14 | $ (6,770.81) | $ (1,015.62) | $ - | $ 59,921.71 | $ 59,921.71 | $ - | $ 7,523.13 |
| Twenty-fifth - 9/14/2020 | 8/1/2020 - 8/31/2020 | $ 15,982.10 | $ (1,598.21) | $ 14,383.89 | $ 12,945.50 | $ (1,294.55) | $ (194.18) | $ - | $ 11,456.77 | $ 11,456.77 | $ - | $ 1,438.39 |
| Twenty-sixth - 10/26/2020 | 9/1/2020 to | $ 19,414.50 | $ (1,941.45) | $ 17,473.05 | $ 15,725.75 | $ (1,572.57) | $ (235.89) | $ - | $ 13,917.28 | ** | $ - | $ 1,747.31 |
| **Total** | | **$ 140,186.30** | **$ (14,018.63)** | **$ 126,167.67** | **$ 113,550.90** | **$ (11,355.09)** | **$ (1,703.26)** | **$ -** | **$ 100,492.55** | **$ 86,575.26** | **$ -** | **$ 12,616.77** |

---

[2] Please note A&M was retained on August 2, 2018, in the middle of the Fourth Interim Fee Period, and at that time submitted its First Interim Fee Application, rather than the fourth interim application. Accordingly, this current request represents A&M's Seventh Interim Fee Application.

**Compensation by Category**
**June 1, 2020 through September 30, 2020**

| COMPENSATION BY CATEGORY | | |
|---|---|---|
| **For the Period From June 1, 2020 through September 30, 2020** | | |
| **TASK CATEGORY** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 261.1 | $    135,339.70 |
| Puerto Rico Highways and Transportation Authority - Fee Applications | 6.2 | $    4,494.90 |
| Puerto Rico Highways and Transportation Authority - Meetings | 0.5 | $    351.70 |
| Total | 267.8 | $    140,186.30 |
| **Blended Hourly Rate Before Voluntary Reduction** | | $    523.47 |
| | | |
| *Less 10% voluntary reduction* | | *$    (14,018.63)* |
| **Total Seventh Interim Fee Application With Reduction** | | $    126,167.67 |
| **Seventh Interim Fee Application Blended Hourly Rate With Reduction** | | $    471.13 |

**Fees by Professional**
**June 1, 2020 through September 30, 2020**

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $937 | 11.3 | 10,588.10 |
| Julie Hertzberg | Managing Director | Claim Management | $919 | 1.3 | $1,194.70 |
| Jay Herriman | Managing Director | Claim Management | $893 | 17.5 | 15,627.50 |
| Kara Harmon | Director | Claim Management | $675 | 2.8 | 1,890.00 |
| Mark Zeiss | Director | Claim Management | $661 | 6.0 | 3,966.00 |
| Mark Zeiss | Director | Claim Management | $630 | 14.3 | 9,009.00 |
| Richard Carter | Consultant II | Claim Management | $577 | 13.2 | 7,616.40 |
| Richard Carter | Consultant II | Claim Management | $550 | 16.1 | 8,855.00 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 31.5 | 17,325.00 |
| Laura Collier | Senior Associate | Claim Management | $525 | 0.5 | 262.50 |
| Jeffrey Gilleland | Consultant | Claim Management | $525 | 0.7 | 367.50 |
| Brent Wadzita | Analyst | Claim Management | $441 | 2.6 | 1,146.60 |
| Brent Wadzita | Analyst | Claim Management | $420 | 113.6 | 47,712.00 |
| Erik Waters | Associate | Claim Management | $415 | 21.4 | 8,881.00 |
| Emmett McNulty | Analyst | Claim Management | $400 | 13.3 | 5,320.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 1.7 | 425.00 |
| **Subtotal** | | | | **267.8** | **140,186.30** |
| *Less 10% voluntary reduction* | | | | | *-14,018.63* |
| **Total** | | | | | **$126,167.67** |

3

## Expenses by Category
## June 1, 2020 through September 30, 2020

No Expenses Incurred

## Monthly Fee Statements Filed Related to First Interim Fee Application
## August 9, 2018 through September 30, 2018

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 7% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First - 10/24/2018 | 8/9/18 to 8/31/18 | $ 28,295.00 | $ (2,829.50) | $ 25,465.50 | $ 22,918.95 | $ - | $ (343.78) | $ - | $ 22,575.17 | $ 22,918.95 | $ - | $ 2,546.55 |
| Second - 10/29/2018 | 9/1/18 to 9/30/18 | $ 69,365.00 | $ (6,936.50) | $ 62,428.50 | $ 56,185.65 | $ - | $ (842.78) | $ - | $ 55,342.87 | $ 56,185.65 | $ - | $ 6,242.85 |
| Total | | $ 97,660.00 | $ (9,766.00) | $ 87,894.00 | $ 79,104.60 | $ - | $ (1,186.57) | $ - | $ 77,918.03 | $ 79,104.60 | $ - | $ 8,789.40 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

## Monthly Fee Statements Filed Related to Second Interim Fee Application
## October 1, 2018 through January 31, 2019

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 7% Puerto Rico Tax Withholding | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Third - 12/17/2018 | 10/1/18 to 10/31/18 | $ 82,240.00 | $ (8,224.00) | $ 74,016.00 | $ 66,614.40 | $ - | $ - | $ (999.22) | $ - | $ 65,615.18 | $ 66,614.40 | $ - | 7,401.60 |
| Fourth - 12/17/2018 | 11/1/18 to 11/30/18 | $ 49,740.00 | $ (4,974.00) | $ 44,766.00 | $ 40,289.40 | $ - | $ - | $ (604.34) | $ - | $ 39,685.06 | $ 40,289.40 | $ - | 4,476.60 |
| Fifth - 2/20/2019 | 12/1/18 to 12/31/18 | $ 18,215.00 | $ (1,821.50) | $ 16,393.50 | $ 14,754.15 | $ - | $ - | $ (221.31) | $ - | $ 14,532.84 | $ 14,754.15 | $ - | 1,639.35 |
| Fifth - Puerto Rico - 2/20/2019 | 12/1/18 to 12/31/18 | $ 4,140.00 | $ (414.00) | $ 3,726.00 | $ 3,353.40 | $ - | $ - | $ (50.30) | $ - | $ 3,303.10 | $ 3,353.40 | $ - | 372.60 |
| Sixth - 2/20/2019 | 1/1/19 to 1/31/19 | $ 44,427.50 | $ (4,442.75) | $ 39,984.75 | $ 35,986.28 | $ - | $ (3,598.63) | $ (539.79) | $ - | $ 31,847.86 | $ 35,986.28 | $ - | 3,998.47 |
| Total | | $ 198,762.50 | $ (19,876.25) | $ 178,886.25 | $ 160,997.63 | $ - | $ (3,598.63) | $ (2,414.96) | $ - | $ 154,984.04 | $ 160,997.63 | $ - | 17,888.62 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

## Monthly Fee Statements Filed Related to Third Interim Fee Application
## February 1, 2019 through May 31, 2019

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Net Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seventh - 4/29/2019 | 2/1/19 to 2/28/19 | $ 74,310.00 | $ (7,431.00) | $ 66,879.00 | $ 60,191.10 | $ (6,019.11) | $ (902.87) | $ - | $ 53,269.12 | $ 53,269.12 | $ - | $ 6,687.90 |
| Eighth - 5/6/2019 | 3/1/19 to 3/31/19 | $ 20,485.00 | $ (2,048.50) | $ 18,436.50 | $ 16,592.85 | $ (1,659.29) | $ (248.89) | $ - | $ 14,684.67 | $ 14,684.67 | $ - | 1,843.65 |
| Ninth - 5/22/2019 | 4/1/19 to 4/30/19 | $ 15,567.50 | $ (1,556.75) | $ 14,010.75 | $ 12,609.68 | $ (1,260.97) | $ (189.15) | $ - | $ 11,159.56 | $ 11,159.56 | $ - | 1,401.08 |
| Tenth - 7/1/2019 | 5/1/19 to 5/31/19 | $ 49,517.50 | $ (4,951.75) | $ 44,565.75 | $ 40,109.18 | $ (4,010.92) | $ (601.64) | $ - | $ 35,496.62 | Pending | Pending | 4,456.58 |
| Total | | $ 159,880.00 | $ (15,988.00) | $ 143,892.00 | $ 129,502.80 | $ (12,950.28) | $ (1,942.54) | $ - | $ 114,609.98 | $ 79,113.36 | $ - | $ 14,389.20 |

## Monthly Fee Statements Filed Related to Fourth Interim Fee Application
## June 1, 2019 through September 30, 2019

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eleventh - 8/16/2019 | 6/1/19 to 6/30/19 | 39,037.50 | (14,850.00) | 24,187.50 | 21,768.75 | (2,176.88) | (326.53) | - | 19,265.34 | 19,265.34 | - | 2,418.75 |
| Twelfth - 9/9/2019 | 7/1/19 to 7/31/19 | 25,430.00 | (2,543.00) | 22,887.00 | 20,598.30 | (2,059.83) | (308.97) | - | 18,229.50 | 18,229.50 | - | 2,288.70 |
| Thirteenth - 10/15/2019 | 8/1/19 to 8/31/19 | 27,359.20 | (2,735.92) | 24,623.28 | 22,160.95 | (2,216.10) | (332.41) | - | 19,612.44 | 19,612.44 | - | 2,462.33 |
| Fourteenth - Puerto Rico - 10/25/2019 | 9/1/19 to 9/30/19 | 43,845.50 | (4,384.55) | 39,460.95 | 35,514.86 | (3,551.49) | (532.72) | - | 31,430.65 | 31,430.65 | - | 3,946.10 |
| Total | | 135,672.20 | (24,513.47) | 111,158.73 | 100,042.86 | (10,004.29) | (1,500.64) | - | 88,537.93 | 88,537.93 | - | 11,115.87 |

*This amount represents 10% reduction of fees incurred per engagement agreement. Additionally, A&M has reduced their fees by $12,162.50 related to the Claims objection audit further described below.

## Monthly Fee Statements Filed Related to Fifth Interim Fee Application
## October 1, 2019 through January 31, 2020

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fifteenth - 12/30/19 | 10/1/19 to 10/31/19 | 19,924.90 | (1,992.49) | 17,932.41 | 16,139.17 | (1,613.92) | (242.09) | - | 14,283.16 | 14,283.16 | - | 1,793.24 |
| Sixteenth - 1/15/20 | 11/1/19 to 11/30/19 | 12,925.20 | (1,292.52) | 11,632.68 | 10,469.41 | (1,046.94) | (157.04) | - | 9,265.43 | 9,265.43 | - | 1,163.27 |
| Seventeenth - 2/5/20 | 12/1/19 to 12/31/19 | 6,220.30 | (622.03) | 5,598.27 | 5,038.44 | (503.84) | (75.58) | - | 4,459.02 | 4,459.02 | - | 559.83 |
| Eighteenth - 2/27/20 | 1/1/20 to 1/31/20 | 19,083.70 | (1,908.37) | 17,175.33 | 15,457.80 | ** | ** | - | 15,457.80 | ** | - | 1,717.53 |
| Total | | 58,154.10 | (5,815.41) | 52,338.69 | 47,104.82 | (3,164.70) | (474.71) | - | 43,465.41 | 28,007.62 | - | 5,233.87 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

## Monthly Fee Statements Filed Related to Sixth Interim Fee Application
## February 1, 2020 through May 31, 2020

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nineteenth - 4/23/20 | 2/1/20 to 2/29/20 | 19,971.70 | (1,997.17) | 17,974.53 | 16,177.08 | (1,617.71) | (242.66) | - | 14,316.71 | 14,316.71 | - | 1,797.45 |
| Twentieth - 5/26/20 | 3/1/20 to 3/31/20 | 14,929.70 | (1,492.97) | 13,436.73 | 12,093.06 | (1,209.31) | (181.40) | - | 10,702.36 | 10,702.36 | - | 1,343.67 |
| Twenty-first - 7/6/20 | 4/1/20 to 4/30/20 | 36,840.80 | (3,684.08) | 33,156.72 | 29,841.05 | (2,984.10) | (447.62) | - | 26,409.33 | 26,409.33 | - | 3,315.67 |
| Twenty-second - 7/6/20 | 5/1/20 to 5/31/20 | 15,493.00 | (1,549.30) | 13,943.70 | 12,549.33 | (1,254.93) | (188.24) | - | 11,106.16 | ** | - | 1,394.37 |
| Total | | 87,235.20 | (8,723.52) | 78,511.68 | 70,660.51 | (7,066.05) | (1,059.91) | - | 62,534.55 | 51,428.40 | - | 7,851.17 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

## Monthly Fee Statements Filed Related to Sixth Interim Fee Application
## February 1, 2020 through May 31, 2020

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Twenty-third - 7/29/2020 | 6/1/20 to 6/30/20 | 21,199.40 | (2,119.94) | 19,079.46 | 17,171.51 | (1,717.15) | (257.57) | - | 15,196.79 | 15,196.79 | - | 1,907.95 |
| Twenty-fourth - 8/17/2020 | 7/1/2020 to 7/31/2020 | 83,590.30 | (8,359.03) | 75,231.27 | 67,708.14 | (6,770.81) | (1,015.62) | - | 59,921.71 | 59,921.71 | - | 7,523.13 |
| Twenty-fifth - 9/14/2020 | 8/1/2020 - 8/31/2020 | 15,982.10 | (1,598.21) | 14,383.89 | 12,945.50 | (1,294.55) | (194.18) | - | 11,456.77 | 11,456.77 | - | 1,438.39 |
| Twenty-sixth - 10/26/2020 | 9/1/2020 to 9/30/2020 | 19,414.50 | (1,941.45) | 17,473.05 | 15,725.75 | (1,572.57) | (235.89) | - | 13,917.28 | ** | - | 1,747.31 |
| Total | | 140,186.30 | (14,018.63) | 126,167.67 | 113,550.90 | (11,355.09) | (1,703.26) | - | 100,492.55 | 86,575.26 | - | 12,616.77 |

Estimated Hearing Date: March 10, 2021 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: December 4, 2020 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
|   as representative of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) (Jointly Administered) |
| | |
| Debtors. [1] | |

---------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3567-LTS |
| | ) |
|   as representative of | ) **This Application relates only to HTA and shall be filed in the Lead Case No. 17 BK 3283-LTS and HTA's Title III Case (Case No. 17 BK 3567-LTS)** |
| THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY | |
| Debtor | |

---------------------------------------------------------------------------

## SEVENTH INTERIM FEE APPLICATION OF
## ALVAREZ & MARSAL NORTH AMERICA, LLC
## FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
## EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND
## MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE
## PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
## FROM JUNE 1, 2020 THROUGH SEPTMEBER 30, 2020

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pursuant to sections 316 and 317 of Title III of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively the "Bankruptcy Rules"), made applicable herein pursuant to section 310 of PROMESA, Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Puerto Rico, adopted by the Court on May 16, 2013 (the "Local Bankruptcy Rules") and this Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated June 6, 2018 [Docket No. 3269] (the "Second Amended Interim Compensation Order"), Alvarez & Marsal North America, LLC ("A&M"), as advisor to the Financial Oversight Board of Puerto Rico (the "Oversight Board") in its role as representative for the Puerto Rico Highways and Transportation Authority, ("HTA"), as debtor under Title III of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 ("PROMESA"), hereby submits its Seventh interim fee application filed during the Eighth interim application period (the "Seventh Interim Fee Application") for the compensation of professional services performed by A&M and reimbursement of expenses incurred in connection therewith for the period commencing June 1, 2020 through and including September 30, 2020 (the "Seventh Interim Fee Application Period").

By this Seventh Interim Fee Application, A&M seeks compensation in the amount of $140,186.30 less a discount in the amount of $14,018.63 for a total amount of $126,167.67, all of which represents fees earned outside of Puerto Rico, and reimbursement of actual and necessary expenses incurred in the amount of $0.00 for the Seventh Interim Fee Application Period.

## **JURISDICTION**

1.     The United States District Court for the District of Puerto Rico (the "Court") has subject matter jurisdiction over this Application pursuant to PROMESA section 306(a).

2.     Venue is proper in this district pursuant to PROMESA section 307(a).

3.     The statutory predicates for the relief requested herein are PROMESA sections 316 and 317.

## BACKGROUND

4.     On June 30, 2016, the Oversight Board was established under PROMESA section 101(b).  On August 31, 2016, President Obama appointed the Oversight Board's seven voting members.

5.     Pursuant to PROMESA section 315, "[t]he Oversight Board in a case under this subchapter is the representative of the debtor" and "may take any action necessary on behalf of the debtor to prosecute the case of the debtor, including filing a petition under section [304] of [PROMESA] . . . or otherwise generally submitting filings in relation to the case with the court." 48 U.S.C. § 2175.

6.     On September 30, 2016, the Oversight Board designated the Debtor as a 'covered entity" under PROMESA section 101(d),

7.     On May 21, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Debtor pursuant to PROMESA section 304(a), commencing a case under title III thereof (the "Debtor's Title III Case").  Pursuant to PROMESA section 315(b), the Oversight Board is the Debtor's representative in the Debtor's Title III Case.

8.     Background information regarding the Debtor and the commencement of the Debtor's Title III Case is contained in the *Notice of Filing of Statement of Oversight Board in Connection with PROMESA Title III Petition* [ECF No. 1, Case No. 17 BK 3283-LTS], attached to the Commonwealth of Puerto Rico's Title III petition.

9.     On August 2, 2018, the Oversight Board retained A&M, at discounted rates, to

manage and resolve the tens of thousands of claims filed against the Title III entities[2].

10.     On July 29, 2020, A&M served on the Notice Parties (as defined in the Interim Compensation Order) its twenty-third monthly fee statement for the period June 1, 2020 through June 30, 2020.  The twenty-third monthly fee statement is attached hereto as Exhibit A.

11.     On August 17, 2020, A&M served on the Notice Parties its twenty-fourth monthly fee statement for the period July 1, 2020 through July 31, 2020.  The twenty-fourth monthly fee statement is attached hereto as Exhibit B.

12.     On September 14, 2020, A&M served on the Notice Parties its twenty-fifth monthly fee statement for the period August 1, 2020 through August 31, 2020.  The twenty-fifth monthly fee statement is attached hereto as Exhibit C.

13.     On October 27, 2020, A&M served on the Notice Parties its twenty-sixth monthly fee statement for the period September 1, 2020 through September 30, 2020.  The twenty-sixth monthly fee statement is attached hereto as Exhibit D.

14.     In accordance with the Interim Compensation Order and as reflected in the foregoing summary, A&M has requested an aggregate gross payment of $113,550.90, which represents payment of ninety percent (90%) of the compensation sought and reimbursement of one-hundred percent (100%) of expenses incurred.  To date, A&M has received payment of $86,575.26 in fees and $0 in incurred expenses with respect to fee statements filed during the Seventh Interim Compensation Period.    The variance between the requested fees and payments received relates to: 1) the Twenty-sixth monthly fee statement for the period September 1, 2020 through September 30, 2020 remains unpaid, 2) a 1.5% Technical Service Fee tax withholdings totaling $1,467.38, and 3) a universal 10% withholding tax (versus fees incurred on Puerto Rico)

---

[2] Pursuant to A&M's August 2, 2018 engagement letter with the Oversight Board (a copy of which is available on the Oversight Board's website at:
https://drive.google.com/file/d/1HuXTVFMQJC4POU_3judw1CCHdSPGhp8q/view (the "Engagement Letter"), it shall not provide services or advice on any claims related to the Puerto Rico Electric Power Authority.

effective as of December 2018 and as of the time of filing this Application, totaling $9,782.52

for the Seventh Interim Fee Application Period.

## **REQUESTED FEES AND REIMBURSEMENT OF EXPENSES**

15.     All services for which A&M requests compensation were performed for Puerto

Rico Highways and Transportation Authority ("HTA").  The time detail for the Seventh Interim

Fee Application Period is attached hereto as Exhibit E.  This Seventh Interim Fee Application

contains time entries describing the time spent by each professional during the Seventh Interim

Fee Application Period.  To the best of A&M's knowledge, this Seventh Interim Fee Application

substantially complies with the applicable provisions of PROMESA, the Bankruptcy Rules, the

Local Bankruptcy Rules, and the Second Interim Compensation Order.  A&M's time reports are

entered and organized by task and by professional performing the described service in 1/10 of an

hour increments.

16.     A&M incurred no expenses for the Seventh Interim Fee Application Period as

presented here to as Exhibit F.

17.     The services rendered by A&M during the Seventh Interim Fee Application can

be grouped into the categories set forth below.  A&M attempted to place the services provided in

the category that best relates to such services.  However, because certain services may relate to

one or more categories, services pertaining to one category may in fact be included in another

category.  These services performed are generally described below by category, and as set forth

in the attached time detail attached hereto as Exhibit G.  This Exhibit G also identifies the

professional who rendered services relating to each category, along with the number of hours for

each individual and the total compensation sought for each category.

## SUMMARY OF SERVICES PERFORMED

18.     This Seventh Interim Fee Application covers the fees incurred during the Seventh

Interim Fee Application Period with respect to services rendered as advisor to the Oversight

Board in its role as representative for HTA.  A&M believes it is appropriate to be compensated

for the time spent in connection with these matters, and set forth a narrative description of the

services rendered for the Debtors and the time expended, organized by project task categories as

follows:

## A. **Puerto Rico Highways and Transportation Authority – Claims Administration and Objections**

19.     During this period, A&M:

a.   Reviewed approximately 300 Claims identified as human resource related to
confirm proper categorization for transfer to the Administrative Claims
Resolution (ACR) process and, further, recorded asserted agency information
for ease of transfer to correct contacts for further reconciliation;

b.   Reviewed approximately 10 Claims asserted as tax refunds and compared the
claim documentation against payment data provided by the Department of
Treasury to determine if the Claim had been satisfied and should be placed on
an upcoming objection or transferred to the Administrative Claims Resolution
(ACR) process;

c.   Reviewed approximately 15 Claims Reconciliation workbooks related to
accounts payable Claims completed by Commonwealth agencies. In instances
where the Commonwealth needed additional information from the creditor to
complete the reconciliation, A&M coordinated the follow up communication;

d.   Prepared approximately 35 Claim Reconciliation workbooks related to
accounts payable Claims aggregating data received from the creditor and

historical payment information provided by the Commonwealth prior to
sending to the appropriate Commonwealth agency for reconciliation;

e.   Reviewed approximately 20 Claims related to litigation and prepared data
questionnaires based upon asserted case number and agency for further
reconciliation;

f.   Reviewed approximately 40 supplemental outreach forms which were
returned by creditors to validate if the creditor provided sufficient information
to verify the asserted liability and finalize reconciliation. Claims were then
processed for entry into Alternative Dispute Resolution (ADR),
Administrative Claims Resolution (ACR), or future objections;

g.   Reviewed approximately 50 Claims identified as human resources related and
prepared notices to transfer Claims into the Administrative Claims Resolution
(ACR) process;

h.   Reviewed approximately 25 Claims that had been adjourned from previous
deficient Claim omnibus objections to determine if creditor response provided
sufficient information to move claim in to the Administrative Claims
Resolution (ACR) or Alternative Dispute Resolution (ADR) process;

i.   Reviewed approximately 100 Omnibus Objection responses from claimants to
determine next steps in reconciliation process;

j.   Prepared and filed Omnibus Objections affecting approximately 80 Claims;

k.   Created and updated Claims summary analysis by claim type to allow counsel
to review the claims groupings and confirm A&M's proposed treatment for
each claim type;

l.   Performed creditor outreach to collect missing information for deficient
Proofs of Claim;

      m.  Provided regular updates of the claims reconciliation progress to representatives of the Title III entities, AAFAF, the Oversight Board, and their respective advisors.

In conjunction with this category, A&M expended approximately 261.1 hours during the Application Period, for a total of $135,339.70, prior to any fee reduction.

**B.  Puerto Rico Highways and Transportation Authority – Fee Applications**

20.     During the Seventh Interim Fee Application Period, A&M prepared its Sixth Interim Fee Application as required by the Second Amended Interim Compensation Order. In conjunction with this category, A&M expended approximately 6.2 hours during the Application Period, for a total of $4,494.90, prior to any fee reduction.

**C.  Puerto Rico Highways and Transportation Authority – Meetings**

21.     During the Seventh Interim Fee Application Period, A&M participated in meetings to review the HTA claims process. These meetings included:

      a.  Meeting with HTA representatives to review the status of the accounts payable claims reconciliation process and discuss next steps;

      b.  Meeting with Proskauer to discuss next steps related to reconciliation of Claims identified as related to Bonds.

In conjunction with this category, A&M expended approximately .5 hours during the Application Period, for a total of $351.70, prior to any fee reduction.

**D.  Discounts Agreed to By A&M and the Oversight Board**

22.     A&M and the Oversight Board in its role as representative for HTA had previously agreed to a ten-percent discount of fees based on the Engagement Letter.

### CERTIFICATE OF COMPLIANCE AND REQUEST FOR WAIVER

23.     Attached hereto as <u>Exhibit H</u> is a declaration of Julie M. Hertzberg, the undersigned representative of A&M.  To the extent that the Seventh Interim Fee Application

does not comply in all respects with the requirements of the aforementioned rules, A&M

believes that such deviations are not material and respectfully requests that any such

requirements be waived.

## **NOTICE**

24.     Pursuant to the Interim Compensation Order, notice of this Application has been

filed in HTA's and the jointly-administered Commonwealth of Puerto Rico's Title III cases and

served upon:

> (a)  the Financial Oversight and Management Board, 40 Washington Square
> South, Office 314A, New York, NY 10012, Attn: Professor Arthur J. Gonzalez,
> Oversight Board Member.
>
> (b)  attorneys for the Financial Oversight and Management Board as
> representative of The Commonwealth of Puerto Rico, O'Neill & Borges LLC,
> 250 Muñoz Rivera Ave., suite 800, San Juan, PR 00918-1813, Attn: Hermann D.
> Bauer, Esq. (Hermann.bauer@oneillborges.com;
>
> (c)  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory
> Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Time Square, New
> York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com) and Diana
> M. Perez, Esq. (dperez@omm.com).
>
> (d)  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory
> Authority, Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500,
> 255 Ponce de León Ave., San Juan P.R. 00917, Attn.: Luis C.
> Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-
> Rivero Esq. (cvelaz@mpmlawpr.com);
>
> (e)  the Office of the United States Trustee for the District of Puerto
> Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR
> 00901 (re: *In re: Commonwealth of Puerto Rico*);
>
> (f)  attorneys for the Official Committee of Unsecured Creditors, Paul
> Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc A.
> Despins, Esq. (lucdespins@paulhastings.com);
>
> (g)  attorneys for the Official Committee of Unsecured Creditors,
> Casillas, Santiago & Torres LLC, El Caribe Office Building, 53
> Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J.
> Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E.
> Añeses Negrón, Esq. (aaneses@cstlawpr.com);
>
> (h)  attorneys for the Official Committee of Retired Employees, Jenner &
> Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert

Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq.
(rlevin@jenner.com); and Jenner & Block LLP, 353 N. Clark Street,
Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.
com) and Melissa Root, Esq. (mroot@jenner.com);

(i) attorneys for the Official Committee of Retired Employees,
Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416
Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-
Zequeira, Esq. (ajb@bennazar.org);

(j) the Puerto Rico Department of Treasury, PO Box 9024140, San
Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy
Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov);
Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central
Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja
Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax
Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea,
Assistant Secretary of Internal Revenue and Tax Policy
(francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez,
CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda. pr.gov);

k. attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252
Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR
00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

l. attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East
Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler
(KStadler@ gklaw.com).

A&M submits that, in light of the foregoing, no other or further notice need be provided.

WHEREFORE, pursuant to the Second Amended Interim Compensation Order, A&M

respectfully requests that, for the period June 1, 2020 through September 30, 2020, the Court (i)

grant A&M interim allowance of compensation in the amount of $126,167.67 for professional

services rendered during the Sixth Interim Fee Application Period. A&M did not incur any

expenses.

Dated: November 13, 2020
Detroit, Michigan

/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road

Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

ADVISOR TO THE OVERSIGHT BOARD
AS REPRESENTATIVE OF THE
DEBTOR

11

## EXHIBITS

# <u>Exhibit A</u>

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
JUNE 1, 2020 THROUGH JUNE 30, 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3567-LTS |
| | ) |
| | ) |
|    as representative of | ) |
| | ) |
| THE PUERTO RICO HIGHWAYS AND | ) |
| TRANSPORTATION AUTHORITY, et al., | ) |

Debtors. [1]

**COVER SHEET TO TWENTY-THIRD MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
<u>JUNE 1, 2020 THROUGH JUNE 30, 2020</u>**

# ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

| | |
|---|---|
| Name of Applicant: | <u>Alvarez & Marsal North America, LLC (A&M)</u> |
| Authorized to Provide Professional Services to: | <u>Financial Oversight and Management Board of Puerto Rico</u> |
| Services Rendered to: | <u>Puerto Rico Highways & Transportation Authority</u> |

Period for which compensation and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| reimbursement for fees and services outside of Puerto Rico is sought: | <u>June 1, 2020 through June 30, 2020</u> |
| | |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$19,079.46 ($21,199.40 incurred less 10% voluntary reduction of $2,119.94)</u> |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | <u>$   - 0 -</u> |
| This is a(n): | ✓ Monthly  ___ Interim  ___ Final application |

This is A&M's Twenty-Third monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for June 2020.


 /s/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On July 29, 2020 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
         FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:     Juan J. Casillas Ayala, Esq.
         Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:     John J. Rapisardi, Esq.
         Suzanne Uhland, Esq.

Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:     Luis C. Marini-Biaggi, Esq.
         Carolina Velaz-Rivero, Esq.
         Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:     Robert Gordon, Esq.
         Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:     Catherine Steege, Esq.
         Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:     Reylam Guerra Goderich, Deputy Assistant of
General Accounting
         Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
         Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
         Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
         Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY  10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period June 1, 2020 through June 30, 2020**

**Puerto Rico Highways & Transportation Authority**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 36.1 | 21,199.40 |
| **Subtotal** | **36.1** | **21,199.40** |
| *Less 10% voluntary reduction* | | *(2,119.94)* |
| **Total** | | **$ 19,079.46** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $893 | 4.80 | 4,286.40 |
| Kara Harmon | Director | Claim Management | $675 | 1.10 | 742.50 |
| Mark Zeiss | Director | Claim Management | $630 | 8.30 | 5,229.00 |
| Richard Carter | Consultant II | Claim Management | $550 | 7.80 | 4,290.00 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 5.60 | 3,080.00 |
| Laura Collier | Senior Associate | Claim Management | $525 | 0.40 | 210.00 |
| Erik Waters | Associate | Claim Management | $415 | 8.10 | 3,361.50 |
| **Subtotal** | | | | **36.1** | **21,199.40** |
| *Less 10% voluntary reduction* | | | | | *-2,119.94* |
| **Total** | | | | | **$19,079.46** |

**Summary of Expenses for the Period June 1, 2020 through June 30, 2020**

**Puerto Rico Highways & Transportation Authority**

No Expenses Incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $17,171.51, for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.


/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

3

**<u>EXHIBITS</u>**

*Exhibit A*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Task**
**June 1, 2020 through June 30, 2020**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections | 36.1 | $21,199.40 |
| **Total** | **36.1** | **$21,199.40** |

*Page 1 of 1*

*Exhibit B*

### Puerto Rico Highways & Transportation Authority
### Summary of Time Detail by Professional
### June 1, 2020 through June 30, 2020

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893.00 | 4.8 | $4,286.40 |
| Harmon, Kara | Director | $675.00 | 1.1 | $742.50 |
| Zeiss, Mark | Director | $630.00 | 8.3 | $5,229.00 |
| Carter, Richard | Consultant II | $550.00 | 7.8 | $4,290.00 |
| DiNatale, Trevor | Consultant II | $550.00 | 5.6 | $3,080.00 |
| Collier, Laura | Senior Associate | $525.00 | 0.4 | $210.00 |
| Waters, Erik | Associate | $415.00 | 8.1 | $3,361.50 |
| **Total** | | | **36.1** | **$21,199.40** |

*Exhibit C*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**June 1, 2020 through June 30, 2020**

**Puerto Rico Highways and
Transportaion Authority - Claims
Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims
reconciliation process: notably, claims planning process, potential claim
analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893 | 4.8 | $4,286.40 |
| Harmon, Kara | Director | $675 | 1.1 | $742.50 |
| Zeiss, Mark | Director | $630 | 8.3 | $5,229.00 |
| Waters, Erik | Associate | $415 | 8.1 | $3,361.50 |
| Carter, Richard | Consultant II | $550 | 7.8 | $4,290.00 |
| DiNatale, Trevor | Consultant II | $550 | 5.6 | $3,080.00 |
| Collier, Laura | Senior Associate | $525 | 0.4 | $210.00 |
| | | | 36.1 | $21,199.40 |
| | *Average Billing Rate* | | | $587.24 |

**Exhibit D**

> ### *Puerto Rico Highways & Transportation Authority*
> ### *Time Detail by Activity by Professional*
> ### *June 1, 2020 through June 30, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Collier, Laura | 6/1/2020 | 0.10 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| Carter, Richard | 6/9/2020 | 0.10 | Review 2 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 6/9/2020 | 0.40 | Review draft July omnibus objections to verify accuracy |
| Zeiss, Mark | 6/9/2020 | 1.10 | Review July objection motions for objection basis, declarations, fit to claims exhibits |
| Collier, Laura | 6/10/2020 | 0.10 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Carter, Richard | 6/11/2020 | 0.10 | Review 1 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Herriman, Jay | 6/11/2020 | 0.80 | Review claims to be included in Omni's to be heard at July Omnibus |
| Zeiss, Mark | 6/11/2020 | 0.90 | Revise July Non-Bondholder Omnibus Exhibits per comments from A&M, Proskauer |
| Zeiss, Mark | 6/11/2020 | 0.80 | Revise July Bondholder Omnibus Exhibits per comments from A&M, Proskauer |
| DiNatale, Trevor | 6/12/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 6/12/2020 | 1.30 | Review Proskauer claimant mail scans for proper reconciliation including moving to ACR, ADR process |
| Collier, Laura | 6/13/2020 | 0.10 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Carter, Richard | 6/14/2020 | 0.10 | Review 1 HR-related claim in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/15/2020 | 0.20 | Review 3 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Herriman, Jay | 6/15/2020 | 0.20 | Review claims waterfall in prep of sending to AAFAF and counsel |
| Collier, Laura | 6/16/2020 | 0.10 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Waters, Erik | 6/18/2020 | 1.70 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| DiNatale, Trevor | 6/19/2020 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Harmon, Kara | 6/23/2020 | 0.40 | Analyze 14 supplemental outreach documents to capture asserted agency and categorize for entry into ACR/ADR process |

*Exhibit D*

**Puerto Rico Highways & Transportation Authority**
**Time Detail by Activity by Professional**
**June 1, 2020 through June 30, 2020**

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 6/23/2020 | 0.80 | Revise proposed September bondholder Omnibus Exhibit report per Proskauer change in bondholder Omnibus exhibits for exhibit by CUSIP type where bondholders can appear on multiple Exhibits |
| Zeiss, Mark | 6/24/2020 | 1.80 | Revise proposed September bondholder Omnibus Exhibit report separating Proskauer CUSIP research vs potential claims on Omnibus exhibits in order to separate Proskauer, A&M tasks |
| Carter, Richard | 6/25/2020 | 0.70 | Review/determine next steps for 8 unreconciled AP claims. |
| Carter, Richard | 6/25/2020 | 3.10 | Review/determine next steps for 35 unreconciled AP claims. |
| Harmon, Kara | 6/25/2020 | 0.40 | Analyze newly reclassified accounts payable Claims to determine if enough support is provided to prepare Claims reconciliation workbooks for HTA |
| Herriman, Jay | 6/25/2020 | 0.30 | Review draft May fee statement, updating as appropriate |
| Herriman, Jay | 6/25/2020 | 1.20 | Review claims asserting liabilities related to municipal bonds for inclusion on objection for hearing in September |
| Zeiss, Mark | 6/25/2020 | 0.90 | Revise proposed September bondholder Omnibus Exhibit report for correct placement on Omnis, amounts |
| Carter, Richard | 6/26/2020 | 1.40 | Prepare drafts of 4 emails to claimants requesting additional support for their proofs of claim. |
| DiNatale, Trevor | 6/26/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Harmon, Kara | 6/26/2020 | 0.30 | Prepare analysis of Claims identified for preparation of Claims reconciliation workbooks to send to B. Wadzita and E. McNulty |
| Waters, Erik | 6/26/2020 | 1.40 | Review of HR claims to determine proper categorization for ACR/ADR process |
| Zeiss, Mark | 6/26/2020 | 0.70 | Revise proposed September bondholder Omnibus Exhibit report for correct placement on Omnis, amounts |
| Carter, Richard | 6/27/2020 | 1.30 | Prepare drafts of 3 emails to claimants requesting additional support for their proofs of claim. |
| Carter, Richard | 6/29/2020 | 0.20 | Review/send 7 emails to claimants/counsel for claimants requesting additional support for their claims. |
| Carter, Richard | 6/29/2020 | 0.60 | Update master tracker for unresolved claims reconciliations based on latest updates. |
| Herriman, Jay | 6/29/2020 | 2.30 | Review bond claim analysis in prep of listing additional claims on Omnibus objections |
| Waters, Erik | 6/29/2020 | 2.10 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |

*Exhibit D*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*June 1, 2020 through June 30, 2020*

**Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections**

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 6/30/2020 | 2.90 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |
| **Subtotal** | | **36.1** | |
| ***Grand Total*** | | **36.1** | |

*Page 3 of 3*

# Exhibit B

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
JULY 1, 2020 THROUGH JULY 31, 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3567-LTS |
| | ) |
| | ) |
| as representative of | ) |
| | ) |
| THE PUERTO RICO HIGHWAYS AND | ) |
| TRANSPORTATION AUTHORITY, et al., | |
| | |
| Debtors. [1] | |

**COVER SHEET TO TWENTY-FOURTH MONTHLY FEE APPLICATION OF**
**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO**
**AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE**
**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO**
**FOR THE PERIOD FROM**
**JULY 1, 2020 THROUGH JULY 31, 2020**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT**
**WERE INCURRED OUTSIDE OF PUERTO RICO**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Puerto Rico Highways & Transportation Authority |

Period for which compensation and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| reimbursement for fees and services outside of Puerto Rico is sought: | July 1, 2020 through July 31, 2020 |
|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $75,231.27 ($83,590.30 incurred less 10% voluntary reduction of $8,359.03) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   - 0 - |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Twenty-Fourth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for July 2020.


/s/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On August 17, 2020 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J Gonzalez
        FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
        Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY 10036
Attn:    John J. Rapisardi, Esq.
        Suzanne Uhland, Esq.

        Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn:    Luis C. Marini-Biaggi, Esq.
        Carolina Velaz-Rivero, Esq.
        Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn:    Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:    Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn: A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn:    Reylam Guerra Goderich, Deputy Assistant of
General Accounting
        Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
        Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
        Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
        Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY 10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period July 1, 2020 through July 31, 2020**

**Puerto Rico Highways & Transportation Authority**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 169.6 | 79,516.60 |
| Puerto Rico Highways and Transportation Authority - Fee Applications | 4.9 | 3,895.10 |
| Puerto Rico Highways and Transportation Authority - Meeting | 0.2 | 178.60 |
| **Subtotal** | **174.7** | **83,590.30** |
| *Less 10% voluntary reduction* | | *(8,359.03)* |
| **Total** | | **$     75,231.27** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Julie Hertzberg | Managing Director | Claim Management | $919 | 1.30 | $1,194.70 |
| Jay Herriman | Managing Director | Claim Management | $893 | 12.70 | 11,341.10 |
| Kara Harmon | Director | Claim Management | $675 | 1.70 | 1,147.50 |
| Mark Zeiss | Director | Claim Management | $630 | 6.00 | 3,780.00 |
| Richard Carter | Consultant II | Claim Management | $550 | 8.30 | 4,565.00 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 9.20 | 5,060.00 |
| Laura Collier | Senior Associate | Claim Management | $525 | 0.10 | 52.50 |
| Jeffrey Gilleland | Consultant | Claim Management | $525 | 0.20 | 105.00 |
| Brent Wadzita | Analyst | Claim Management | $420 | 113.60 | 47,712.00 |
| Erik Waters | Associate | Claim Management | $415 | 7.50 | 3,112.50 |
| Emmett McNulty | Analyst | Claim Management | $400 | 13.30 | 5,320.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 0.80 | 200.00 |
| **Subtotal** | | | | **174.7** | **83,590.30** |
| *Less 10% voluntary reduction* | | | | | *-8,359.03* |
| **Total** | | | | | **$75,231.27** |

**Summary of Expenses for the Period July 1, 2020 through July 31, 2020**

**Puerto Rico Highways & Transportation Authority**

No Expenses Incurred

2

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $67,708.14, for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.


_/s/_____
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

## **EXHIBITS**

*Exhibit A*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Task**
**July 1, 2020 through July 31, 2020**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections | 169.6 | $79,516.60 |
| Puerto Rico Highways and Transportaion Authority - Fee Applications | 4.9 | $3,895.10 |
| Puerto Rico Highways and Transportaion Authority - Meeting | 0.2 | $178.60 |
| **Total** | **174.7** | **$83,590.30** |

| | | | | |
|---|---|---|---|---|
| *Puerto Rico Highways & Transportation Authority* *Summary of Time Detail by Professional* *July 1, 2020 through July 31, 2020* | | | | |

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $919.00 | 1.3 | $1,194.70 |
| Herriman, Jay | Managing Director | $893.00 | 12.7 | $11,341.10 |
| Harmon, Kara | Director | $675.00 | 1.7 | $1,147.50 |
| Zeiss, Mark | Director | $630.00 | 6.0 | $3,780.00 |
| Carter, Richard | Consultant II | $550.00 | 8.3 | $4,565.00 |
| DiNatale, Trevor | Consultant II | $550.00 | 9.2 | $5,060.00 |
| Collier, Laura | Senior Associate | $525.00 | 0.1 | $52.50 |
| Gilleland, Jeffrey | Consultant | $525.00 | 0.2 | $105.00 |
| Wadzita, Brent | Analyst | $420.00 | 113.6 | $47,712.00 |
| Waters, Erik | Associate | $415.00 | 7.5 | $3,112.50 |
| McNulty, Emmett | Analyst | $400.00 | 13.3 | $5,320.00 |
| Corbett, Natalie | Para Professional | $250.00 | 0.8 | $200.00 |
| | | *Total* | **174.7** | **$83,590.30** |

*Exhibit C*

---

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**July 1, 2020 through July 31, 2020**

---

**Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893 | 9.7 | $8,662.10 |
| Harmon, Kara | Director | $675 | 1.7 | $1,147.50 |
| Zeiss, Mark | Director | $630 | 6.0 | $3,780.00 |
| Waters, Erik | Associate | $415 | 7.5 | $3,112.50 |
| Carter, Richard | Consultant II | $550 | 8.3 | $4,565.00 |
| DiNatale, Trevor | Consultant II | $550 | 9.2 | $5,060.00 |
| Collier, Laura | Senior Associate | $525 | 0.1 | $52.50 |
| Gilleland, Jeffrey | Consultant | $525 | 0.2 | $105.00 |
| Wadzita, Brent | Analyst | $420 | 113.6 | $47,712.00 |
| McNulty, Emmett | Analyst | $400 | 13.3 | $5,320.00 |
| | | | 169.6 | $79,516.60 |

*Average Billing Rate* $468.85

*Exhibit C*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**July 1, 2020 through July 31, 2020**

**Puerto Rico Highways and
Transportaion Authority - Fee
Applications**

Prepare monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $919 | 1.3 | $1,194.70 |
| Herriman, Jay | Managing Director | $893 | 2.8 | $2,500.40 |
| Corbett, Natalie | Para Professional | $250 | 0.8 | $200.00 |
| | | | 4.9 | $3,895.10 |
| | *Average Billing Rate* | | | $794.92 |

*Exhibit C*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**July 1, 2020 through July 31, 2020**

**Puerto Rico Highways and
Transportaion Authority -
Meeting**

Participate in meetings with Debtors' management, Board of Directors and/or
advisors to present findings or discuss various matters related to the filing,
reporting and/ or operating the business; excludes meetings with UCC and/or
other Creditor constituents and their advisors.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $893 | 0.2 | $178.60 |
| | | | 0.2 | $178.60 |
| | *Average Billing Rate* | | | $893.00 |

*Page 3 of 3*

*Exhibit D*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*July 1, 2020 through July 31, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 7/1/2020 | 0.40 | Revise proposed September bondholder Omnibus Exhibit report for correct placement on Omnis, amounts |
| DiNatale, Trevor | 7/2/2020 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Harmon, Kara | 7/2/2020 | 1.10 | Analyze 10 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Waters, Erik | 7/2/2020 | 1.40 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process |
| Carter, Richard | 7/6/2020 | 1.10 | Prepare/send claim reconciliation workbook for claim for Commonwealth agency to review/update. |
| DiNatale, Trevor | 7/6/2020 | 0.60 | Perform updates to waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 7/6/2020 | 2.70 | Review claims to be included in next batch of ACR process |
| McNulty, Emmett | 7/6/2020 | 0.80 | Prepare AP claim reconciliation workbook for AP claim with 15 line items, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Waters, Erik | 7/6/2020 | 2.70 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |
| Zeiss, Mark | 7/7/2020 | 1.20 | Draft ten non-bondholder Omnibus Exhibits for September hearing with applicable objections |
| Collier, Laura | 7/8/2020 | 0.10 | Analyze omnibus objection responses to categorize for ADR / ACR and capture asserted agency for ease of transfer to responsible government party |
| McNulty, Emmett | 7/9/2020 | 2.40 | Prepare AP claims reconciliation workbooks, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Zeiss, Mark | 7/9/2020 | 1.10 | Draft September bondholder exhibits for bondholder claims with single, multiple bond objections, some with remaining Commonwealth GO bonds |
| Carter, Richard | 7/10/2020 | 0.90 | Review/prepare schedule of recommended next steps for 2 miscellaneous claims upon receiving translations of proof of claim support. |
| DiNatale, Trevor | 7/10/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 7/13/2020 | 2.20 | Review additional support received from Prime Clerk pertaining to 2 unresolved claims to determine next steps. |
| Carter, Richard | 7/13/2020 | 1.70 | Prepare/send follow up emails to claimants with questions relating to unresolved claims. |

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*July 1, 2020 through July 31, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Gilleland, Jeffrey | 7/13/2020 | 0.10 | Analyze 2 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Herriman, Jay | 7/13/2020 | 1.30 | Review updated listing of bond claims to be included on September Omni objection |
| McNulty, Emmett | 7/13/2020 | 0.90 | Prepare AP claims reconciliation workbooks, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Wadzita, Brent | 7/13/2020 | 1.70 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/13/2020 | 1.90 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/13/2020 | 2.30 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/13/2020 | 2.60 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/13/2020 | 3.10 | Analyze AP equipment claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Carter, Richard | 7/14/2020 | 1.70 | Review claim emails from Commonwealth to determine next steps for reconciliation. |
| Gilleland, Jeffrey | 7/14/2020 | 0.10 | Analyze 1 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/14/2020 | 0.60 | Analyze 17 Claims categorized as miscellaneous Claims to confirm asserted Claims basis in order to categorize for ADR, ACR, or flag for supplemental outreach |
| Wadzita, Brent | 7/14/2020 | 0.80 | Perform triage of newly filed claims to ensure proper claim classification for further reconciliation/ prepare claims for objection, as needed |
| Wadzita, Brent | 7/14/2020 | 2.90 | Analyze weekly claims register to capture claim changes and review newly filed claims |
| Wadzita, Brent | 7/14/2020 | 1.80 | Analyze weekly claims register to capture claim changes and review newly filed claims |
| Wadzita, Brent | 7/14/2020 | 3.10 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/14/2020 | 1.10 | Analyze AP service claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*July 1, 2020 through July 31, 2020*

*Exhibit D*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Wadzita, Brent | 7/14/2020 | 0.40 | Analyze weekly claims register to capture claim changes and review newly filed claims |
| Waters, Erik | 7/14/2020 | 0.80 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |
| Zeiss, Mark | 7/14/2020 | 1.60 | Revise September Bondholder Claims Objection Exhibits per Proskauer comments |
| Zeiss, Mark | 7/14/2020 | 0.60 | Revise September Non-Bondholder Claims Objection Exhibits per Proskauer comments |
| Herriman, Jay | 7/15/2020 | 1.80 | Review claims to be included on omnibus objections to be heard in September |
| Wadzita, Brent | 7/15/2020 | 0.70 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/15/2020 | 1.60 | Analyze AP service claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/15/2020 | 2.10 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/15/2020 | 2.30 | Analyze AP equipment claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/15/2020 | 2.90 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| McNulty, Emmett | 7/16/2020 | 3.10 | Generate AP claims reconciliation workbook for claim with more than 100 invoices, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Wadzita, Brent | 7/16/2020 | 3.10 | Analyze AP service claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/16/2020 | 2.70 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/16/2020 | 2.40 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Zeiss, Mark | 7/16/2020 | 1.10 | Review September Bondholder exhibits vs bondholder claims for objection review due diligence |
| DiNatale, Trevor | 7/17/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 7/17/2020 | 2.10 | Review municipal bond claims to be included in next round of Omnibus Objections |

*Exhibit D*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*July 1, 2020 through July 31, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Wadzita, Brent | 7/17/2020 | 1.60 | Analyze AP equipment claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/17/2020 | 2.90 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/17/2020 | 2.60 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| McNulty, Emmett | 7/18/2020 | 2.30 | Generate AP claims reconciliation workbook for claim with more than 70 invoices, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Wadzita, Brent | 7/18/2020 | 2.10 | Analyze AP equipment claims reconciliation workbooks by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Wadzita, Brent | 7/20/2020 | 2.30 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/20/2020 | 1.10 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/20/2020 | 2.80 | Analyze AP equipment claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/20/2020 | 2.10 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| McNulty, Emmett | 7/21/2020 | 1.70 | Generate AP claims reconciliation workbooks, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Wadzita, Brent | 7/21/2020 | 2.60 | Analyze AP equipment claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/21/2020 | 1.90 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/21/2020 | 2.80 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Herriman, Jay | 7/22/2020 | 1.80 | Review bond claims to be included on Omnibus objections |
| Wadzita, Brent | 7/22/2020 | 2.40 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/22/2020 | 1.60 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |

*Exhibit D*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*July 1, 2020 through July 31, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Wadzita, Brent | 7/22/2020 | 2.20 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| McNulty, Emmett | 7/23/2020 | 2.10 | Generate AP claims reconciliation workbooks, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Wadzita, Brent | 7/23/2020 | 1.10 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/23/2020 | 1.80 | Analyze AP building contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/23/2020 | 2.40 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/23/2020 | 0.60 | Analyze AP equipment claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/23/2020 | 2.80 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| DiNatale, Trevor | 7/24/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Wadzita, Brent | 7/24/2020 | 1.60 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/24/2020 | 2.30 | Analyze AP building contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/24/2020 | 2.90 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Carter, Richard | 7/27/2020 | 0.30 | Review 2 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Wadzita, Brent | 7/27/2020 | 2.40 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/27/2020 | 2.70 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/27/2020 | 2.10 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/27/2020 | 1.10 | Analyze AP building contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*July 1, 2020 through July 31, 2020*

*Exhibit D*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Wadzita, Brent | 7/27/2020 | 0.90 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Waters, Erik | 7/27/2020 | 2.60 | Analyze HR Supplemental Outreach Claims to confirm proper categorization for transfer into ACR process |
| Carter, Richard | 7/28/2020 | 0.40 | Review/prepare/send correspondence to claimant requesting additional information required for reconciling their claim. |
| Wadzita, Brent | 7/28/2020 | 0.70 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/28/2020 | 3.10 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/28/2020 | 2.20 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/28/2020 | 1.20 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/28/2020 | 0.90 | Analyze AP equipment claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/29/2020 | 1.40 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/29/2020 | 1.70 | Analyze AP building contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| DiNatale, Trevor | 7/31/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Wadzita, Brent | 7/31/2020 | 2.20 | Analyze AP building contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/31/2020 | 1.20 | Analyze AP equipment claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/31/2020 | 0.90 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/31/2020 | 2.90 | Analyze AP service contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |

| **Subtotal** | | **169.6** | |

*Page 6 of 7*

*Exhibit D*

***Puerto Rico Highways & Transportation Authority***
***Time Detail by Activity by Professional***
***July 1, 2020 through July 31, 2020***

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 7/7/2020 | 0.60 | Continue to prepare Sixth Interim Fee Apps |
| Herriman, Jay | 7/12/2020 | 1.30 | Review / Update draft interim fee application |
| Herriman, Jay | 7/15/2020 | 0.50 | Update sixth interim fee app with additional discussion of workstreams from period |
| Herriman, Jay | 7/15/2020 | 0.80 | Review draft sixth interim fee app |
| Hertzberg, Julie | 7/15/2020 | 1.10 | Review draft sixth interim fee app |
| Hertzberg, Julie | 7/15/2020 | 0.20 | Provide comments to J. Herriman re: sixth interim fee app |
| Herriman, Jay | 7/16/2020 | 0.20 | Finalize interim fee app and send for filing with court |
| Corbett, Natalie | 7/27/2020 | 0.20 | Update and finalize June invoice with changes to time detail |

| **Subtotal** | | **4.9** | |

## Puerto Rico Highways and Transportaion Authority - Meeting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 7/13/2020 | 0.20 | Call with L. Stafford re: discuss bond claims to be included on September Omni objections |

| **Subtotal** | | **0.2** | |

| ***Grand Total*** | | 174.7 | |

# __Exhibit C__

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3567-LTS |
| | ) | |
| | ) | |
|   as representative of | ) | |
| | ) | |
| THE PUERTO RICO HIGHWAYS AND | ) | |
| TRANSPORTATION AUTHORITY, et al., | ) | |

Debtors. [1]

**COVER SHEET TO TWENTY-FIFTH MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

## ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Puerto Rico Highways & Transportation Authority |

Period for which compensation and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| reimbursement for fees and services outside of Puerto Rico is sought: | <u>August 1, 2020 through August 31, 2020</u> |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$14,383.89 ($15,982.10 incurred less 10% voluntary reduction of $1,598.21)</u> |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | <u>$   - 0 -</u> |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Twenty-Fifth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for August 2020.

/s/
_____

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On September 14, 2020 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
   FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala, Esq.
   Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq.
   Suzanne Uhland, Esq.

   Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn: Luis C. Marini-Biaggi, Esq.
   Carolina Velaz-Rivero, Esq.
   Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn: Robert Gordon, Esq.
   Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn: Catherine Steege, Esq.
   Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
General Accounting
   Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
   Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
   Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
   Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY  10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period August 1, 2020 through August 31, 2020**

**Puerto Rico Highways & Transportation Authority**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 26.4 | 15,659.00 |
| Puerto Rico Highways and Transportation Authority - Fee Applications | 0.6 | 150.00 |
| Puerto Rico Highways and Transportation Authority - Meeting | 0.3 | 173.10 |
| **Subtotal** | **27.3** | **15,982.10** |
| *Less 10% voluntary reduction* | | *(1,598.21)* |
| **Total** | | **$      14,383.89** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $937 | 5.10 | 4,778.70 |
| Mark Zeiss | Director | Claim Management | $661 | 1.30 | 859.30 |
| Richard Carter | Consultant II | Claim Management | $577 | 4.00 | 2,308.00 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 7.40 | 4,070.00 |
| Jeffrey Gilleland | Consultant | Claim Management | $525 | 0.50 | 262.50 |
| Brent Wadzita | Analyst | Claim Management | $441 | 2.60 | 1,146.60 |
| Erik Waters | Associate | Claim Management | $415 | 5.80 | 2,407.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 0.60 | 150.00 |
| **Subtotal** | | | | **27.3** | **15,982.10** |
| *Less 10% voluntary reduction* | | | | | *-1,598.21* |
| **Total** | | | | | **$14,383.89** |

**Summary of Expenses for the Period August 1, 2020 through August 31, 2020**

**Puerto Rico Highways & Transportation Authority**

No Expenses Incurred

2

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $12,945.50, for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.


/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

3

## **EXHIBITS**

*Exhibit A*

*Puerto Rico Highways & Transportation Authority*
*Summary of Time Detail by Task*
*August 1, 2020 through August 31, 2020*

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections | 26.4 | $15,659.00 |
| Puerto Rico Highways and Transportaion Authority - Fee Applications | 0.6 | $150.00 |
| Puerto Rico Highways and Transportaion Authority - Meeting | 0.3 | $173.10 |
| **Total** | **27.3** | **$15,982.10** |

*Exhibit B*

### Puerto Rico Highways & Transportation Authority
### Summary of Time Detail by Professional
### August 1, 2020 through August 31, 2020

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937.00 | 5.1 | $4,778.70 |
| Zeiss, Mark | Director | $661.00 | 1.3 | $859.30 |
| Carter, Richard | Consultant II | $577.00 | 4.0 | $2,308.00 |
| DiNatale, Trevor | Consultant II | $550.00 | 7.4 | $4,070.00 |
| Gilleland, Jeffrey | Consultant | $525.00 | 0.5 | $262.50 |
| Wadzita, Brent | Analyst | $441.00 | 2.6 | $1,146.60 |
| Waters, Erik | Associate | $415.00 | 5.8 | $2,407.00 |
| Corbett, Natalie | Para Professional | $250.00 | 0.6 | $150.00 |
| **Total** | | | **27.3** | **$15,982.10** |

*Exhibit C*

## Puerto Rico Highways & Transportation Authority
## Summary of Time Detail by Professional
## August 1, 2020 through August 31, 2020

**Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 5.1 | $4,778.70 |
| Zeiss, Mark | Director | $661 | 1.3 | $859.30 |
| Waters, Erik | Associate | $415 | 5.8 | $2,407.00 |
| Carter, Richard | Consultant II | $577 | 3.7 | $2,134.90 |
| DiNatale, Trevor | Consultant II | $550 | 7.4 | $4,070.00 |
| Gilleland, Jeffrey | Consultant | $525 | 0.5 | $262.50 |
| Wadzita, Brent | Analyst | $441 | 2.6 | $1,146.60 |
| | | | 26.4 | $15,659.00 |
| | | *Average Billing Rate* | | $593.14 |

*Exhibit C*

***Puerto Rico Highways & Transportation Authority***
***Summary of Time Detail by Professional***
***August 1, 2020 through August 31, 2020***

**Puerto Rico Highways and
Transportaion Authority - Fee
Applications**

**Prepare monthly and interim fee applications in accordance with court guidelines.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Corbett, Natalie | Para Professional | $250 | 0.6 | $150.00 |
| | | | 0.6 | $150.00 |
| | *Average Billing Rate* | | | $250.00 |

*Exhibit C*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**August 1, 2020 through August 31, 2020**

**Puerto Rico Highways and Transportaion Authority - Meeting**

Participate in meetings with Debtors' management, Board of Directors and/or advisors to present findings or discuss various matters related to the filing, reporting and/ or operating the business; excludes meetings with UCC and/or other Creditor constituents and their advisors.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Carter, Richard | Consultant II | $577 | 0.3 | $173.10 |
| | | | 0.3 | $173.10 |
| | *Average Billing Rate* | | | $577.00 |

*Page 3 of 3*

*Exhibit D*

---

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*August 1, 2020 through August 31, 2020*

---

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 8/3/2020 | 2.30 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Gilleland, Jeffrey | 8/4/2020 | 0.10 | Analyze 1 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| DiNatale, Trevor | 8/7/2020 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 8/7/2020 | 0.30 | Draft Omnibus Exhibit lists of bondholder claims eligible for objection by objection type, potential grouping |
| Zeiss, Mark | 8/7/2020 | 0.40 | Revise report of bondholder claims eligible for October objections hearing |
| Waters, Erik | 8/10/2020 | 1.90 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Carter, Richard | 8/11/2020 | 0.40 | Review Insurance claims relating to specific claimant at the request of internal team. |
| Carter, Richard | 8/12/2020 | 0.10 | Review 2 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Zeiss, Mark | 8/13/2020 | 0.60 | Revise October bondholder claims objections per Proskauer research on bond CUSIPS |
| DiNatale, Trevor | 8/14/2020 | 1.90 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffrey | 8/17/2020 | 0.10 | Analyze 1 returned proof of claim and supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Herriman, Jay | 8/17/2020 | 1.10 | Review claims to be included on Objections for the October Omnibus hearing |
| Gilleland, Jeffrey | 8/18/2020 | 0.10 | Analyze 1 returned proof of claim and supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Herriman, Jay | 8/18/2020 | 1.70 | Review data related to bond claims to be included on upcoming Omnibus objections |
| Waters, Erik | 8/18/2020 | 0.40 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |
| Gilleland, Jeffrey | 8/19/2020 | 0.10 | Analyze 1 returned proof of claim and supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |

<div style="border:1px solid">

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*August 1, 2020 through August 31, 2020*

</div>

*Exhibit D*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 8/21/2020 | 1.90 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 8/21/2020 | 1.70 | Review claims to be included on Objections for the October Omnibus hearing |
| Wadzita, Brent | 8/21/2020 | 2.60 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Gilleland, Jeffrey | 8/22/2020 | 0.10 | Analyze 1 returned proof of claim and supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Waters, Erik | 8/25/2020 | 1.20 | Analyze unresolved HR claims to confirm proper categorization for ACR/ADR process and asserted agency |
| Carter, Richard | 8/26/2020 | 0.40 | Review/prepare correspondence to Commonwealth re: unresolved claims. |
| Carter, Richard | 8/26/2020 | 0.70 | Review/prepare correspondence to Commonwealth relating to 3 claims requiring additional review. |
| Carter, Richard | 8/27/2020 | 1.40 | Run/review updated claim register report to identify unresolved AP claims still requiring claim reconciliation workbooks. |
| DiNatale, Trevor | 8/27/2020 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 8/27/2020 | 0.20 | Review claims to be included on October Omnibus objections |
| Carter, Richard | 8/28/2020 | 0.70 | Review/prepare unresolved claim reconciliation workbook emails to be sent to Commonwealth for review. |
| Herriman, Jay | 8/30/2020 | 0.20 | Review claims waterfall prior to sending to AAFAF and counsel |
| Herriman, Jay | 8/30/2020 | 0.20 | Review claims waterfall prior to sending to AAFAF and counsel |

| **Subtotal** | | **26.4** | |

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 8/7/2020 | 0.60 | Finalize July invoice |

| **Subtotal** | | **0.6** | |

*Exhibit D*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*August 1, 2020 through August 31, 2020*

## Puerto Rico Highways and Transportaion Authority - Meeting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 8/4/2020 | 0.30 | Conference call with claimant regarding request for additional information relating to unresolved AP claim. |
| **Subtotal** | | **0.3** | |
| *Grand Total* | | 27.3 | |

# __Exhibit D__

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3567-LTS |
| | ) |
| | ) |
| as representative of | ) |
| | ) |
| THE PUERTO RICO HIGHWAYS AND | ) |
| TRANSPORTATION AUTHORITY, et al., | |
| | |
| Debtors. [1] | |

**COVER SHEET TO TWENTY-SIXTH MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
<u>SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020</u>**

## ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

| | |
|---|---|
| Name of Applicant: | <u>Alvarez & Marsal North America, LLC (A&M)</u> |
| Authorized to Provide Professional Services to: | <u>Financial Oversight and Management Board of Puerto Rico</u> |
| Services Rendered to: | <u>Puerto Rico Highways & Transportation Authority</u> |

Period for which compensation and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| reimbursement for fees and services outside of Puerto Rico is sought: | September 1, 2020 through September 30, 2020 |
|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $17,473.05 ($19,414.50 incurred less 10% voluntary reduction of $1,941.45) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $  - 0 - |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Twenty-Sixth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for September 2020.


/s/
_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On October 26, 2020 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
         FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:     Juan J. Casillas Ayala, Esq.
          Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:     John J. Rapisardi, Esq.
          Suzanne Uhland, Esq.

Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:     Luis C. Marini-Biaggi, Esq.
          Carolina Velaz-Rivero, Esq.
          Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:     Robert Gordon, Esq.
          Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:     Catherine Steege, Esq.
          Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:     Reylam Guerra Goderich, Deputy Assistant of
General Accounting
          Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
          Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
          Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
          Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY  10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period September 1, 2020 through September 30, 2020**

**Puerto Rico Highways & Transportation Authority**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 29.0 | 18,964.70 |
| Puerto Rico Highways and Transportation Authority - Fee Applications | 0.7 | 449.80 |
| **Subtotal** | **29.7** | **19,414.50** |
| *Less 10% voluntary reduction* | | *(1,941.45)* |
| **Total** | | **$     17,473.05** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $937 | 6.20 | 5,809.40 |
| Mark Zeiss | Director | Claim Management | $661 | 4.70 | 3,106.70 |
| Richard Carter | Consultant II | Claim Management | $577 | 9.20 | 5,308.40 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 9.30 | 5,115.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 0.30 | 75.00 |
| **Subtotal** | | | | **29.7** | **19,414.50** |
| *Less 10% voluntary reduction* | | | | | *-1,941.45* |
| **Total** | | | | | **$17,473.05** |

**Summary of Expenses for the Period September 1, 2020 through September 30, 2020**

**Puerto Rico Highways & Transportation Authority**

No Expenses Incurred

2

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $15,725.75, for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.

/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

## **EXHIBITS**

4

*Exhibit A*

|  |  |
|---|---|
| **Puerto Rico Highways & Transportation Authority** | |
| **Summary of Time Detail by Task** | |
| **September 1, 2020 through September 30, 2020** | |

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections | 29.0 | $18,964.70 |
| Puerto Rico Highways and Transportaion Authority - Fee Applications | 0.7 | $449.80 |
| **Total** | **29.7** | **$19,414.50** |

### Puerto Rico Highways & Transportation Authority
### Summary of Time Detail by Professional
### September 1, 2020 through September 30, 2020

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937.00 | 6.2 | $5,809.40 |
| Zeiss, Mark | Director | $661.00 | 4.7 | $3,106.70 |
| Carter, Richard | Consultant II | $577.00 | 9.2 | $5,308.40 |
| DiNatale, Trevor | Consultant II | $550.00 | 9.3 | $5,115.00 |
| Corbett, Natalie | Para Professional | $250.00 | 0.3 | $75.00 |
| | | **Total** | **29.7** | **$19,414.50** |

*Exhibit C*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**September 1, 2020 through September 30, 2020**

**Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 5.8 | $5,434.60 |
| Zeiss, Mark | Director | $661 | 4.7 | $3,106.70 |
| Carter, Richard | Consultant II | $577 | 9.2 | $5,308.40 |
| DiNatale, Trevor | Consultant II | $550 | 9.3 | $5,115.00 |
| | | | 29.0 | $18,964.70 |
| | *Average Billing Rate* | | | $653.96 |

*Exhibit C*

---

### *Puerto Rico Highways & Transportation Authority*
### *Summary of Time Detail by Professional*
### *September 1, 2020 through September 30, 2020*

---

**Puerto Rico Highways and
Transportaion Authority - Fee
Applications**

**Prepare monthly and interim fee applications in accordance with court guidelines.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 0.4 | $374.80 |
| Corbett, Natalie | Para Professional | $250 | 0.3 | $75.00 |
| | | | 0.7 | $449.80 |
| | *Average Billing Rate* | | | $642.57 |

*Exhibit D*

**Puerto Rico Highways & Transportation Authority**
**Time Detail by Activity by Professional**
**September 1, 2020 through September 30, 2020**

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 9/1/2020 | 0.60 | Perform review of unresolved accounts payable Claim detail to determine next steps in Claims reconciliation process |
| Carter, Richard | 9/2/2020 | 0.20 | Prepare summary report related to 26 unresolved accounts payable Claims for Commonwealth agencies to review and provide additional reconciliation information |
| Carter, Richard | 9/2/2020 | 0.60 | Prepare detailed report regarding 26 unresolved accounts payable claims for Commonwealth agencies to review/provide additional reconciliation information |
| Herriman, Jay | 9/2/2020 | 1.30 | Review proposed changes to bond claim objection listing. |
| DiNatale, Trevor | 9/4/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 9/4/2020 | 1.70 | Review claims to be included in October Omnibus objections |
| Herriman, Jay | 9/9/2020 | 1.70 | Review final Omnibus objection exhibits and associated objections / declarations before filing |
| Carter, Richard | 9/11/2020 | 0.30 | Prepare detailed analysis related to 3 unresolved accounts payable claims related to Commonwealth agency to review/provide additional reconciliation information. |
| DiNatale, Trevor | 9/11/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 9/14/2020 | 1.10 | Review listing of remaining bond claims in preparation of creating December Omnibus objections |
| Zeiss, Mark | 9/15/2020 | 1.10 | Review new mailing, docket responses from claimants on Deficient Omnibus exhibits for ADR, ACR, still deficient reconciliation |
| Carter, Richard | 9/16/2020 | 0.40 | Prepare detailed analysis of documentation provided by claimant regarding unresolved AP claims in order to send to analysts to create claim reconciliation workbooks. |
| Carter, Richard | 9/17/2020 | 0.70 | Prepare analysis related to 4 unresolved accounts payable Claims for Commonwealth agencies to review and provide additional reconciliation information |
| DiNatale, Trevor | 9/18/2020 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 9/21/2020 | 0.90 | Prepare a summary report regarding 6 unresolved accounts payable Claims to highlight additional information required from creditors to determine next steps in reconciliation process |
| DiNatale, Trevor | 9/21/2020 | 1.40 | Review newly classified litigation Claims to incorporate case detail into master litigation tracker |

*Page 1 of 3*

<div align="right">*Exhibit D*</div>

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*September 1, 2020 through September 30, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 9/21/2020 | 0.60 | Revise report of Exhibit A, B for Omnis December through September per Proskauer direction of notice of presentment, adjourned claims on Omnis |
| Zeiss, Mark | 9/21/2020 | 1.20 | Draft report of Exhibit A, B for Omnis December through September per Proskauer direction of notice of presentment, adjourned claims on Omnis |
| Carter, Richard | 9/22/2020 | 2.80 | Prepare summary report regarding unresolved accounts payable Claims to highlight additional information required from creditors to determine proper classification for ADR process |
| DiNatale, Trevor | 9/22/2020 | 1.20 | Generate Claim summary report for UCC review reflecting Claim reconciliation status/progress |
| Zeiss, Mark | 9/22/2020 | 0.70 | Revise Omnibus Exhibits A, B per Proskauer direction for December, January Omnibus Exhibits |
| Zeiss, Mark | 9/22/2020 | 1.10 | Draft Omnibus Exhibits A, B per Proskauer direction for December, January Omnibus Exhibits |
| Carter, Richard | 9/23/2020 | 1.10 | Prepare summary report regarding 6 unresolved accounts payable Claims to highlight additional information required from creditors to determine next steps in reconciliation process |
| Carter, Richard | 9/24/2020 | 0.90 | Prepare summary report regarding 5 unresolved accounts payable Claims to highlight additional information required from creditors to determine next steps in reconciliation process |
| Carter, Richard | 9/25/2020 | 0.70 | Prepare updated master claims reconciliation schedule compiled with latest correspondences received by Commonwealth agencies. |
| DiNatale, Trevor | 9/25/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |

| **Subtotal** | | **29.0** | |

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 9/8/2020 | 0.30 | Update August invoice and templates |
| Herriman, Jay | 9/10/2020 | 0.40 | Review August fee statement prior to sending to board for approval / noticing |

| **Subtotal** | | **0.7** | |

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*September 1, 2020 through September 30, 2020*

*Grand Total*                                        29.7

## <u>Exhibit E</u>

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**PROFESSIONAL SERVICES TIME DETAIL FOR THE SEVENTH INTERIM**
**FEE APPLICATION PERIOD**
**JUNE 1, 2020 THROUGH SEPTEMBER 30, 2020**

Exhibit E

> ### *Puerto Rico Highways & Transportation Authority*
> ### *Time Detail by Activity by Professional*
> ### *June 1, 2020 through September 30, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Collier, Laura | 6/1/2020 | 0.10 | Analyze asserted Pension Claims to confirm asserted Claim basis for transfer into the ACR process |
| Carter, Richard | 6/9/2020 | 0.10 | Review 2 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| DiNatale, Trevor | 6/9/2020 | 0.40 | Review draft July omnibus objections to verify accuracy |
| Zeiss, Mark | 6/9/2020 | 1.10 | Review July objection motions for objection basis, declarations, fit to claims exhibits |
| Collier, Laura | 6/10/2020 | 0.10 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Carter, Richard | 6/11/2020 | 0.10 | Review 1 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Herriman, Jay | 6/11/2020 | 0.80 | Review claims to be included in Omni's to be heard at July Omnibus |
| Zeiss, Mark | 6/11/2020 | 0.90 | Revise July Non-Bondholder Omnibus Exhibits per comments from A&M, Proskauer |
| Zeiss, Mark | 6/11/2020 | 0.80 | Revise July Bondholder Omnibus Exhibits per comments from A&M, Proskauer |
| DiNatale, Trevor | 6/12/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 6/12/2020 | 1.30 | Review Proskauer claimant mail scans for proper reconciliation including moving to ACR, ADR process |
| Collier, Laura | 6/13/2020 | 0.10 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Carter, Richard | 6/14/2020 | 0.10 | Review 1 HR-related claim in order to confirm that the basis asserted is only pension/retirement. |
| Carter, Richard | 6/15/2020 | 0.20 | Review 3 HR-related claims in order to confirm that the basis asserted is only pension/retirement. |
| Herriman, Jay | 6/15/2020 | 0.20 | Review claims waterfall in prep of sending to AAFAF and counsel |
| Collier, Laura | 6/16/2020 | 0.10 | Analyze and review claims with waterfall category related to pension only to confirm accuracy for transfer into the ACR process |
| Waters, Erik | 6/18/2020 | 1.70 | Analyze asserted pension Claims to confirm proper categorization for transfer into ACR process |
| DiNatale, Trevor | 6/19/2020 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |

*Exhibit E*

**Puerto Rico Highways & Transportation Authority**
**Time Detail by Activity by Professional**
**June 1, 2020 through September 30, 2020**

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Harmon, Kara | 6/23/2020 | 0.40 | Analyze 14 supplemental outreach documents to capture asserted agency and categorize for entry into ACR/ADR process |
| Zeiss, Mark | 6/23/2020 | 0.80 | Revise proposed September bondholder Omnibus Exhibit report per Proskauer change in bondholder Omnibus exhibits for exhibit by CUSIP type where bondholders can appear on multiple Exhibits |
| Zeiss, Mark | 6/24/2020 | 1.80 | Revise proposed September bondholder Omnibus Exhibit report separating Proskauer CUSIP research vs potential claims on Omnibus exhibits in order to separate Proskauer, A&M tasks |
| Carter, Richard | 6/25/2020 | 3.10 | Review/determine next steps for 35 unreconciled AP claims. |
| Carter, Richard | 6/25/2020 | 0.70 | Review/determine next steps for 8 unreconciled AP claims. |
| Harmon, Kara | 6/25/2020 | 0.40 | Analyze newly reclassified accounts payable Claims to determine if enough support is provided to prepare Claims reconciliation workbooks for HTA |
| Herriman, Jay | 6/25/2020 | 1.20 | Review claims asserting liabilities related to municipal bonds for inclusion on objection for hearing in September |
| Herriman, Jay | 6/25/2020 | 0.30 | Review draft May fee statement, updating as appropriate |
| Zeiss, Mark | 6/25/2020 | 0.90 | Revise proposed September bondholder Omnibus Exhibit report for correct placement on Omnis, amounts |
| Carter, Richard | 6/26/2020 | 1.40 | Prepare drafts of 4 emails to claimants requesting additional support for their proofs of claim. |
| DiNatale, Trevor | 6/26/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Harmon, Kara | 6/26/2020 | 0.30 | Prepare analysis of Claims identified for preparation of Claims reconciliation workbooks to send to B. Wadzita and E. McNulty |
| Waters, Erik | 6/26/2020 | 1.40 | Review of HR claims to determine proper categorization for ACR/ADR process |
| Zeiss, Mark | 6/26/2020 | 0.70 | Revise proposed September bondholder Omnibus Exhibit report for correct placement on Omnis, amounts |
| Carter, Richard | 6/27/2020 | 1.30 | Prepare drafts of 3 emails to claimants requesting additional support for their proofs of claim. |
| Carter, Richard | 6/29/2020 | 0.60 | Update master tracker for unresolved claims reconciliations based on latest updates. |
| Carter, Richard | 6/29/2020 | 0.20 | Review/send 7 emails to claimants/counsel for claimants requesting additional support for their claims. |
| Herriman, Jay | 6/29/2020 | 2.30 | Review bond claim analysis in prep of listing additional claims on Omnibus objections |

Exhibit E

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*June 1, 2020 through September 30, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Waters, Erik | 6/29/2020 | 2.10 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |
| Waters, Erik | 6/30/2020 | 2.90 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |
| Zeiss, Mark | 7/1/2020 | 0.40 | Revise proposed September bondholder Omnibus Exhibit report for correct placement on Omnis, amounts |
| DiNatale, Trevor | 7/2/2020 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Harmon, Kara | 7/2/2020 | 1.10 | Analyze 10 supplemental outreach responses to capture asserted agency and Claim basis in order to categorize Claims for further reconciliation |
| Waters, Erik | 7/2/2020 | 1.40 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process |
| Carter, Richard | 7/6/2020 | 1.10 | Prepare/send claim reconciliation workbook for claim for Commonwealth agency to review/update. |
| DiNatale, Trevor | 7/6/2020 | 0.60 | Perform updates to waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 7/6/2020 | 2.70 | Review claims to be included in next batch of ACR process |
| McNulty, Emmett | 7/6/2020 | 0.80 | Prepare AP claim reconciliation workbook for AP claim with 15 line items, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Waters, Erik | 7/6/2020 | 2.70 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |
| Zeiss, Mark | 7/7/2020 | 1.20 | Draft ten non-bondholder Omnibus Exhibits for September hearing with applicable objections |
| Collier, Laura | 7/8/2020 | 0.10 | Analyze omnibus objection responses to categorize for ADR / ACR and capture asserted agency for ease of transfer to responsible government party |
| McNulty, Emmett | 7/9/2020 | 2.40 | Prepare AP claims reconciliation workbooks, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Zeiss, Mark | 7/9/2020 | 1.10 | Draft September bondholder exhibits for bondholder claims with single, multiple bond objections, some with remaining Commonwealth GO bonds |
| Carter, Richard | 7/10/2020 | 0.90 | Review/prepare schedule of recommended next steps for 2 miscellaneous claims upon receiving translations of proof of claim support. |

*Page 3 of 13*

*Exhibit E*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*June 1, 2020 through September 30, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 7/10/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 7/13/2020 | 2.20 | Review additional support received from Prime Clerk pertaining to 2 unresolved claims to determine next steps. |
| Carter, Richard | 7/13/2020 | 1.70 | Prepare/send follow up emails to claimants with questions relating to unresolved claims. |
| Gilleland, Jeffrey | 7/13/2020 | 0.10 | Analyze 2 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Herriman, Jay | 7/13/2020 | 1.30 | Review updated listing of bond claims to be included on September Omni objection |
| McNulty, Emmett | 7/13/2020 | 0.90 | Prepare AP claims reconciliation workbooks, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Wadzita, Brent | 7/13/2020 | 1.70 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/13/2020 | 1.90 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/13/2020 | 3.10 | Analyze AP equipment claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/13/2020 | 2.30 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/13/2020 | 2.60 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Carter, Richard | 7/14/2020 | 1.70 | Review claim emails from Commonwealth to determine next steps for reconciliation. |
| Gilleland, Jeffrey | 7/14/2020 | 0.10 | Analyze 1 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR. |
| Harmon, Kara | 7/14/2020 | 0.60 | Analyze 17 Claims categorized as miscellaneous Claims to confirm asserted Claims basis in order to categorize for ADR, ACR, or flag for supplemental outreach |
| Wadzita, Brent | 7/14/2020 | 2.90 | Analyze weekly claims register to capture claim changes and review newly filed claims |
| Wadzita, Brent | 7/14/2020 | 0.40 | Analyze weekly claims register to capture claim changes and review newly filed claims |
| Wadzita, Brent | 7/14/2020 | 3.10 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |

*Page 4 of 13*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*June 1, 2020 through September 30, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Wadzita, Brent | 7/14/2020 | 1.80 | Analyze weekly claims register to capture claim changes and review newly filed claims |
| Wadzita, Brent | 7/14/2020 | 1.10 | Analyze AP service claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/14/2020 | 0.80 | Perform triage of newly filed claims to ensure proper claim classification for further reconciliation/ prepare claims for objection, as needed |
| Waters, Erik | 7/14/2020 | 0.80 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |
| Zeiss, Mark | 7/14/2020 | 1.60 | Revise September Bondholder Claims Objection Exhibits per Proskauer comments |
| Zeiss, Mark | 7/14/2020 | 0.60 | Revise September Non-Bondholder Claims Objection Exhibits per Proskauer comments |
| Herriman, Jay | 7/15/2020 | 1.80 | Review claims to be included on omnibus objections to be heard in September |
| Wadzita, Brent | 7/15/2020 | 1.60 | Analyze AP service claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/15/2020 | 2.10 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/15/2020 | 2.30 | Analyze AP equipment claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/15/2020 | 2.90 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/15/2020 | 0.70 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| McNulty, Emmett | 7/16/2020 | 3.10 | Generate AP claims reconciliation workbook for claim with more than 100 invoices, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Wadzita, Brent | 7/16/2020 | 3.10 | Analyze AP service claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/16/2020 | 2.40 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/16/2020 | 2.70 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Zeiss, Mark | 7/16/2020 | 1.10 | Review September Bondholder exhibits vs bondholder claims for objection review due diligence |

*Exhibit E*

> *Puerto Rico Highways & Transportation Authority*
> *Time Detail by Activity by Professional*
> *June 1, 2020 through September 30, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 7/17/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 7/17/2020 | 2.10 | Review municipal bond claims to be included in next round of Omnibus Objections |
| Wadzita, Brent | 7/17/2020 | 2.90 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/17/2020 | 2.60 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/17/2020 | 1.60 | Analyze AP equipment claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| McNulty, Emmett | 7/18/2020 | 2.30 | Generate AP claims reconciliation workbook for claim with more than 70 invoices, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Wadzita, Brent | 7/18/2020 | 2.10 | Analyze AP equipment claims reconciliation workbooks by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Wadzita, Brent | 7/20/2020 | 1.10 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/20/2020 | 2.80 | Analyze AP claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/20/2020 | 2.30 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/20/2020 | 2.10 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| McNulty, Emmett | 7/21/2020 | 1.70 | Generate AP claims reconciliation workbooks, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Wadzita, Brent | 7/21/2020 | 2.60 | Analyze AP equipment claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/21/2020 | 1.90 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/21/2020 | 2.80 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Herriman, Jay | 7/22/2020 | 1.80 | Review bond claims to be included on Omnibus objections |

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*June 1, 2020 through September 30, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Wadzita, Brent | 7/22/2020 | 1.60 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/22/2020 | 2.20 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/22/2020 | 2.40 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| McNulty, Emmett | 7/23/2020 | 2.10 | Generate AP claims reconciliation workbooks, by asserted agency, for final reconciliation by Commonwealth identified responsible party |
| Wadzita, Brent | 7/23/2020 | 2.40 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/23/2020 | 2.80 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/23/2020 | 0.60 | Analyze AP equipment claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/23/2020 | 1.80 | Analyze AP building contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/23/2020 | 1.10 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| DiNatale, Trevor | 7/24/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Wadzita, Brent | 7/24/2020 | 2.90 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/24/2020 | 2.30 | Analyze AP building contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/24/2020 | 1.60 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Carter, Richard | 7/27/2020 | 0.30 | Review 2 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Wadzita, Brent | 7/27/2020 | 2.10 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/27/2020 | 2.70 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |

<div style="text-align:center">

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*June 1, 2020 through September 30, 2020*

</div>

*Exhibit E*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Wadzita, Brent | 7/27/2020 | 2.40 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/27/2020 | 1.10 | Analyze AP building contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/27/2020 | 0.90 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Waters, Erik | 7/27/2020 | 2.60 | Analyze HR Supplemental Outreach Claims to confirm proper categorization for transfer into ACR process |
| Carter, Richard | 7/28/2020 | 0.40 | Review/prepare/send correspondence to claimant requesting additional information required for reconciling their claim. |
| Wadzita, Brent | 7/28/2020 | 3.10 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/28/2020 | 2.20 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/28/2020 | 1.20 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/28/2020 | 0.90 | Analyze AP equipment claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/28/2020 | 0.70 | Analyze AP lease claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/29/2020 | 1.70 | Analyze AP building contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/29/2020 | 1.40 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| DiNatale, Trevor | 7/31/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Wadzita, Brent | 7/31/2020 | 2.20 | Analyze AP building contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/31/2020 | 2.90 | Analyze AP service contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Wadzita, Brent | 7/31/2020 | 0.90 | Analyze AP trade vendor claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |

Exhibit E

**Puerto Rico Highways & Transportation Authority**
**Time Detail by Activity by Professional**
**June 1, 2020 through September 30, 2020**

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Wadzita, Brent | 7/31/2020 | 1.20 | Analyze AP equipment claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Waters, Erik | 8/3/2020 | 2.30 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Gilleland, Jeffrey | 8/4/2020 | 0.10 | Analyze 1 returned supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| DiNatale, Trevor | 8/7/2020 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 8/7/2020 | 0.40 | Revise report of bondholder claims eligible for October objections hearing |
| Zeiss, Mark | 8/7/2020 | 0.30 | Draft Omnibus Exhibit lists of bondholder claims eligible for objection by objection type, potential grouping |
| Waters, Erik | 8/10/2020 | 1.90 | Review of HR claims to determine proper categorization for ACR/ADR process and bifurcating between asserted agencies |
| Carter, Richard | 8/11/2020 | 0.40 | Review Insurance claims relating to specific claimant at the request of internal team. |
| Carter, Richard | 8/12/2020 | 0.10 | Review 2 HR-related claims in order to determine that the basis asserted is only pension/retirement. |
| Zeiss, Mark | 8/13/2020 | 0.60 | Revise October bondholder claims objections per Proskauer research on bond CUSIPS |
| DiNatale, Trevor | 8/14/2020 | 1.90 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Gilleland, Jeffrey | 8/17/2020 | 0.10 | Analyze 1 returned proof of claim and supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Herriman, Jay | 8/17/2020 | 1.10 | Review claims to be included on Objections for the October Omnibus hearing |
| Gilleland, Jeffrey | 8/18/2020 | 0.10 | Analyze 1 returned proof of claim and supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Herriman, Jay | 8/18/2020 | 1.70 | Review data related to bond claims to be included on upcoming Omnibus objections |
| Waters, Erik | 8/18/2020 | 0.40 | Review of omnibus objections to determine proper categorization of claim for ACR/ADR process including bifurcating between asserted agencies |

*Exhibit E*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*June 1, 2020 through September 30, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Gilleland, Jeffrey | 8/19/2020 | 0.10 | Analyze 1 returned proof of claim and supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| DiNatale, Trevor | 8/21/2020 | 1.90 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 8/21/2020 | 1.70 | Review claims to be included on Objections for the October Omnibus hearing |
| Wadzita, Brent | 8/21/2020 | 2.60 | Analyze AP contract claims reconciliation workbooks by asserted agency, for final reconciliation by identified responsible party |
| Gilleland, Jeffrey | 8/22/2020 | 0.10 | Analyze 1 returned proof of claim and supplemental outreach mailings for Claims asserting various Puerto Rico laws to determine if the creditor provided enough information to transfer into ACR process. |
| Waters, Erik | 8/25/2020 | 1.20 | Analyze unresolved HR claims to confirm proper categorization for ACR/ADR process and asserted agency |
| Carter, Richard | 8/26/2020 | 0.40 | Review/prepare correspondence to Commonwealth re: unresolved claims. |
| Carter, Richard | 8/26/2020 | 0.70 | Review/prepare correspondence to Commonwealth relating to 3 claims requiring additional review. |
| Carter, Richard | 8/27/2020 | 1.40 | Run/review updated claim register report to identify unresolved AP claims still requiring claim reconciliation workbooks. |
| DiNatale, Trevor | 8/27/2020 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 8/27/2020 | 0.20 | Review claims to be included on October Omnibus objections |
| Carter, Richard | 8/28/2020 | 0.70 | Review/prepare unresolved claim reconciliation workbook emails to be sent to Commonwealth for review. |
| Herriman, Jay | 8/30/2020 | 0.20 | Review claims waterfall prior to sending to AAFAF and counsel |
| Herriman, Jay | 8/30/2020 | 0.20 | Review claims waterfall prior to sending to AAFAF and counsel |
| Carter, Richard | 9/1/2020 | 0.60 | Perform review of unresolved accounts payable Claim detail to determine next steps in Claims reconciliation process |
| Carter, Richard | 9/2/2020 | 0.20 | Prepare summary report related to 26 unresolved accounts payable Claims for Commonwealth agencies to review and provide additional reconciliation information |
| Carter, Richard | 9/2/2020 | 0.60 | Prepare detailed report regarding 26 unresolved accounts payable claims for Commonwealth agencies to review/provide additional reconciliation information |
| Herriman, Jay | 9/2/2020 | 1.30 | Review proposed changes to bond claim objection listing. |

<div style="text-align: right">*Exhibit E*</div>

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*June 1, 2020 through September 30, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 9/4/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 9/4/2020 | 1.70 | Review claims to be included in October Omnibus objections |
| Herriman, Jay | 9/9/2020 | 1.70 | Review final Omnibus objection exhibits and associated objections / declarations before filing |
| Carter, Richard | 9/11/2020 | 0.30 | Prepare detailed analysis related to 3 unresolved accounts payable claims related to Commonwealth agency to review/provide additional reconciliation information. |
| DiNatale, Trevor | 9/11/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 9/14/2020 | 1.10 | Review listing of remaining bond claims in preparation of creating December Omnibus objections |
| Zeiss, Mark | 9/15/2020 | 1.10 | Review new mailing, docket responses from claimants on Deficient Omnibus exhibits for ADR, ACR, still deficient reconciliation |
| Carter, Richard | 9/16/2020 | 0.40 | Prepare detailed analysis of documentation provided by claimant regarding unresolved AP claims in order to send to analysts to create claim reconciliation workbooks. |
| Carter, Richard | 9/17/2020 | 0.70 | Prepare analysis related to 4 unresolved accounts payable Claims for Commonwealth agencies to review and provide additional reconciliation information |
| DiNatale, Trevor | 9/18/2020 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 9/21/2020 | 0.90 | Prepare a summary report regarding 6 unresolved accounts payable Claims to highlight additional information required from creditors to determine next steps in reconciliation process |
| DiNatale, Trevor | 9/21/2020 | 1.40 | Review newly classified litigation Claims to incorporate case detail into master litigation tracker |
| Zeiss, Mark | 9/21/2020 | 1.20 | Draft report of Exhibit A, B for Omnis December through September per Proskauer direction of notice of presentment, adjourned claims on Omnis |
| Zeiss, Mark | 9/21/2020 | 0.60 | Revise report of Exhibit A, B for Omnis December through September per Proskauer direction of notice of presentment, adjourned claims on Omnis |
| Carter, Richard | 9/22/2020 | 2.80 | Prepare summary report regarding unresolved accounts payable Claims to highlight additional information required from creditors to determine proper classification for ADR process |
| DiNatale, Trevor | 9/22/2020 | 1.20 | Generate Claim summary report for UCC review reflecting Claim reconciliation status/progress |

*Exhibit E*

**Puerto Rico Highways & Transportation Authority**
**Time Detail by Activity by Professional**
**June 1, 2020 through September 30, 2020**

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 9/22/2020 | 1.10 | Draft Omnibus Exhibits A, B per Proskauer direction for December, January Omnibus Exhibits |
| Zeiss, Mark | 9/22/2020 | 0.70 | Revise Omnibus Exhibits A, B per Proskauer direction for December, January Omnibus Exhibits |
| Carter, Richard | 9/23/2020 | 1.10 | Prepare summary report regarding 6 unresolved accounts payable Claims to highlight additional information required from creditors to determine next steps in reconciliation process |
| Carter, Richard | 9/24/2020 | 0.90 | Prepare summary report regarding 5 unresolved accounts payable Claims to highlight additional information required from creditors to determine next steps in reconciliation process |
| Carter, Richard | 9/25/2020 | 0.70 | Prepare updated master claims reconciliation schedule compiled with latest correspondences received by Commonwealth agencies. |
| DiNatale, Trevor | 9/25/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |

| **Subtotal** | | **261.1** | |

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 7/7/2020 | 0.60 | Continue to prepare Sixth Interim Fee Apps |
| Herriman, Jay | 7/12/2020 | 1.30 | Review / Update draft interim fee application |
| Herriman, Jay | 7/15/2020 | 0.50 | Update sixth interim fee app with additional discussion of workstreams from period |
| Herriman, Jay | 7/15/2020 | 0.80 | Review draft sixth interim fee app |
| Hertzberg, Julie | 7/15/2020 | 0.20 | Provide comments to J. Herriman re: sixth interim fee app |
| Hertzberg, Julie | 7/15/2020 | 1.10 | Review draft sixth interim fee app |
| Herriman, Jay | 7/16/2020 | 0.20 | Finalize interim fee app and send for filing with court |
| Corbett, Natalie | 7/27/2020 | 0.20 | Update and finalize June invoice with changes to time detail |
| Corbett, Natalie | 8/7/2020 | 0.60 | Finalize July invoice |
| Corbett, Natalie | 9/8/2020 | 0.30 | Update August invoice and templates |

**Exhibit E**

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*June 1, 2020 through September 30, 2020*

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 9/10/2020 | 0.40 | Review August fee statement prior to sending to board for approval / noticing |
| **Subtotal** | | **6.2** | |

## Puerto Rico Highways and Transportaion Authority - Meeting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 7/13/2020 | 0.20 | Call with L. Stafford re: discuss bond claims to be included on September Omni objections |
| Carter, Richard | 8/4/2020 | 0.30 | Conference call with claimant regarding request for additional information relating to unresolved AP claim. |
| **Subtotal** | | **0.5** | |
| *Grand Total* | | **267.8** | |

# Exhibit G

**ALVAREZ & MARSAL NORTH AMERICA, LLC
SERVICES PERFORMED BY CATEGORY
FOR THE SEVENTH INTERIM FEE APPLICATION PERIOD
JUNE 1, 2020 THROUGH SEPTEMBER 30, 2020**

*Exhibit G*

---

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### June 1, 2020 through September 30, 2020

---

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections**

**Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Hertzberg, Julie | Managing Director | $964 | 0.8 | $771.20 |
| Herriman, Jay | Managing Director | $937 | 13.4 | $12,555.80 |
| Hertzberg, Julie | Managing Director | $919 | 1.8 | $1,654.20 |
| Herriman, Jay | Managing Director | $893 | 12.6 | $11,251.80 |
| Harmon, Kara | Director | $675 | 52.8 | $35,640.00 |
| Zeiss, Mark | Director | $661 | 6.6 | $4,362.60 |
| Zeiss, Mark | Director | $630 | 15.7 | $9,891.00 |
| Waters, Erik | Associate | $415 | 233.0 | $96,695.00 |
| Carter, Richard | Consultant II | $577 | 12.7 | $7,327.90 |
| Carter, Richard | Consultant II | $550 | 168.7 | $92,785.00 |
| DiNatale, Trevor | Consultant II | $550 | 179.1 | $98,505.00 |
| Collier, Laura | Senior Associate | $525 | 164.1 | $86,152.50 |
| Gilleland, Jeffrey | Consultant | $525 | 58.7 | $30,817.50 |
| McNulty, Emmett | Analyst | $400 | 7.7 | $3,080.00 |
| | | | 927.7 | $491,489.50 |
| | *Average Billing Rate* | | | $529.79 |

*Exhibit G*

**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**
**Summary of Time Detail by Professional**
**June 1, 2020 through September 30, 2020**

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications**

Prepare monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 0.7 | $655.90 |
| Hertzberg, Julie | Managing Director | $919 | 0.9 | $827.10 |
| Herriman, Jay | Managing Director | $893 | 3.8 | $3,393.40 |
| Corbett, Natalie | Para Professional | $250 | 2.8 | $700.00 |
| | | | 8.2 | $5,576.40 |
| | | *Average Billing Rate* | | $680.05 |

*Exhibit G*

**Employee Retirement System of the Government of the Commonwealth of Puerto Rico
Summary of Time Detail by Professional
June 1, 2020 through September 30, 2020**

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Meeting**

**Participate in meetings with Debtors' management, Board of Directors and/or advisors to present findings or discuss various matters related to the filing, reporting and/ or operating the business; excludes meetings with UCC and/or other Creditor constituents and their advisors.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 0.9 | $843.30 |
| Hertzberg, Julie | Managing Director | $919 | 0.4 | $367.60 |
| Herriman, Jay | Managing Director | $893 | 1.8 | $1,607.40 |
| Harmon, Kara | Director | $675 | 2.8 | $1,890.00 |
| Zeiss, Mark | Director | $630 | 0.5 | $315.00 |
| DiNatale, Trevor | Consultant II | $550 | 2.8 | $1,540.00 |
| | | | 9.2 | $6,563.30 |
| | *Average Billing Rate* | | | $713.40 |

# <u>Exhibit H</u>

**DECLARATION OF JULIE M. HERTZBERG IN SUPPORT OF THE SEVENTH INTERIM FEE
APPLICATION OF ALVAREZ AND MARSAL NORTH AMERICA, LLC FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE
THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------

In re:                                              )   PROMESA
                                                    )   Title III
THE FINANCIAL OVERSIGHT AND                         )
MANAGEMENT BOARD FOR PUERTO RICO,                   )   No. 17 BK 3283-LTS
                                                    )
   as representative of                             )
                                                    )
THE COMMONWEALTH OF PUERTO RICO, et al.,            )   (Jointly Administered)
                                                    )
            Debtors. [1]                            )

---------------------------------------------------------------

In re:                                              )   PROMESA
                                                    )   Title III
THE FINANCIAL OVERSIGHT AND                         )
MANAGEMENT BOARD FOR PUERTO RICO,                   )   No. 17 BK 3567-LTS
                                                    )
   as representative of                             )
                                                    )   **This Application relates
                                                    )   only to HTA and shall be
THE PUERTO RICO HIGHWAYS AND                        )   filed in the Lead Case No.
TRANSPORTATION AUTHORITY                                17 BK 3283-LTS and
                                                        HTA's Title III Case
            Debtor                                      (Case No. 17 BK 3567-
                                                        LTS)**

---------------------------------------------------------------

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS IN
RESPECT OF SEVENTH INTERIM FEE APPLICATION OF ALVAREZ AND
MARSAL NORTH AMERICA, LLC FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS
REPRESENTATIVE OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION
AUTHORITY, FOR THE PERIOD**

**JUNE 1, 2020 THROUGH SEPTEMBER 30, 2020**

Pursuant to the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 in Larger Chapter

11 Cases issued by the Executive Office for the United States Trustee, 28 CFR Part 58,

Appendix A (the "Guidelines"), together with the Local Rule 2016-1, the undersigned, a Partner

and Managing Director of the firm Alvarez and Marsal North America, LLC ("A&M"), advisors

for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as

representative of the Puerto Rico Highways and Transportation Authority (the "Debtor"),

pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability

Act ("PROMESA"),[2] hereby certifies with respect to A&M's seventh interim application for

allowance of compensation for services rendered and reimbursement of expenses incurred with

respect to the Debtor's Title III case, dated November 13, 2020 (the "Application"),[3] for the

period from June 1, 2020 through and including September 30, 2020 (the "Compensation

Period") as follows:

1. I am the professional designated by A&M in respect of compliance with the Guidelines
   and Local Rule 2016-1.

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.
[3] Capitalized terms used but not defined herein have the meanings given to them in the Application.

2.  I make this certification in support of the Application for interim compensation and reimbursement of expenses incurred during the Compensation Period in Accordance with the Guidelines and Local Rule 2016-1.

3.  In respect of the Guidelines and Local Rule 2016-1, I certify that:

    a.  I have read the Application;

    b.  to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines;

    c.  except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought are billed at rates in accordance with practices customarily employed by A&M and generally accepted by A&M's clients; and

    d.  in providing a reimbursable service, A&M does not make a profit on that service, whether the service is performed by A&M in house or through a third party.

4.  I certify that A&M has previously provided monthly statements of A&M's fees and disbursements by filing and serving monthly statements in accordance with the Interim Compensation Order (as defined in the Application), except that completing reasonable and necessary internal accounting and review procedures may have, at times, precluded filing fee statements within the time periods specified in the Interim Compensation Order.

Dated: November 13, 2020

/s/_____
Julie M. Hertzberg

# **PROPOSED ORDER**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
|   as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) | (Jointly Administered) |
|          Debtors. [1] | | |

------------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT | ) | No. 17 BK 3567-LTS |
| BOARD FOR PUERTO RICO | | |
| | ) | |
|   as representative of | ) | |
| | ) | ) |
| THE PUERTO RICO HIGHWAYS AND | ) | |
| TRANSPORTATION AUTHORITY | | |
|          Debtor | | |

------------------------------------------------------------------------

**ORDER APPROVING SEVENTH INTERIM FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS
ADVISORS FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF
PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY, FOR THE PERIOD
JUNE 1, 2020 THROUGH SEPTEMBER 30, 2020**

Upon the application (the "Application")[2] of Alvarez and Marsal North America, LLC

("A&M") as advisors for the Financial Oversight and Management Board for Puerto Rico (the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

"Oversight Board") acting as representative of the Puerto Rico Highways and Transportation Authority (the "Debtor") under section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[3] seeking, pursuant to (a) PROMESA sections 316 and 317, (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (c) Local Rule 2016-1, (d) the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 in Larger Chapter 11 Cases* issued by the Executive Office for the United States Trustee, 28 CFR Part 58, Appendix A, and (e) this Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 3269], an allowance of interim compensation for professional services rendered by A&M for the period commencing June 1, 2020 through and including September 30, 2020 in the amount of **$126,167.67** all of which represents fees earned outside of Puerto Rico; this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1. The Application is APPROVED as set forth herein.

2. Compensation to A&M for professional services rendered during the Compensation Period is allowed on an interim basis in the amount of **$126,167.67**, all of which represents fees earned outside of Puerto Rico,

3. The Debtor is authorized to pay A&M all fees allowed pursuant to this order, including those that were previously held back pursuant to the Interim Compensation Order, less any amounts previously paid for such fees and expenses under the terms of the Interim Compensation Order.

---

[2] Capitalized terms not defined in this order will have the meanings ascribed to them in the Application.
[3] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

4.  The Debtor is authorized to take all actions necessary to effectuate the relief granted

pursuant to this order in accordance with the Application.


Dated: _____, 2021        _____
       San Juan, Puerto Rico                                         Honorable Laura Taylor Swain
                                                                                 United States District Judge