**EXHIBIT A**

**Schedule of Sixth ACR Designated Claims**

**Exhibit A**

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 2183 | CARRILLO RODRIGUEZ, CARMEN  R | Pension/Retiree Claims | $                      - |
| 2313 | BELVIS VAZQUEZ, RAQUEL A | Pension/Retiree Claims | $                      - |
| 2363 | TORRES SANTIAGO, ELISA | Pension/Retiree Claims | $                      - |
| 3346 | PAGAN MARTINEZ, DANIEL | Public Employee & Pension/Retiree Claims | $           3,000.00 |
| 3461 | BELVIS VAZQUEZ, RAQUEL A. | Pension/Retiree Claims | $                      - |
| 4712 | LOPEZ SOTO, GRISELLE | Pension/Retiree Claims | $                      - |
| 5110 | MARIA H TORRES PEREZ | Public Employee Claims | $                      - |
| 6592 | PEREZ FELICIANO, JOSE | Public Employee & Pension/Retiree Claims | $         25,000.00 |
| 7366 | BERMUDEZ DIAZ, JOSE L | Public Employee & Pension/Retiree Claims | $         15,000.00 |
| 7401 | VAZQUEZ REYES, KARIAM S | Public Employee & Pension/Retiree Claims | $                      - |
| 7755 | RODRIGUEZ RAMOS, AMPARO | Public Employee Claims | $                      - |
| 7797 | RODRIGUEZ RAMOS, AMPARO | Pension/Retiree Claims | $                      - |
| 7942 | CORNIER LANCARA, EFRAIN O | Pension/Retiree Claims | $                      - |
| 8070 | TOLEDO, AGUSTIN CORDERO | Pension/Retiree Claims | $                      - |
| 9174 | TOLENTINO GARCIA, MAYRA IVETTE | Pension/Retiree Claims | $                      - |
| 11114 | CANCEL TORRES, ANA E | Public Employee & Pension/Retiree Claims | $                      - |
| 11182 | MEJIAS ARROYO, BRENDA LEE | Pension/Retiree Claims | $                      - |
| 13821 | VARGAS TIRU, JULIO | Public Employee Claims | $                      - |
| 14321 | ORTIZ RIVERA, WANDA | Pension/Retiree Claims | $       120,000.00 |
| 14839 | RIVERA VALENTIN, GLORIA M | Pension/Retiree Claims | $         38,593.56 |
| 16361 | PACHECO RIVERA, MAGDA IVETTE | Pension/Retiree Claims | $         25,000.00 |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 17259 | CONTRERAS LOPEZ, JUSTINA | Public Employee Claims | $ - |
| 18398 | MORALES MORALES, ELISA | Public Employee Claims | $ 1,600.00 |
| 19863 | PACHECO RIVERA, MAGDA I | Pension/Retiree Claims | $ 25,000.00 |
| 20568 | ZAYAS CINTRON, IVELISSE | Public Employee Claims | $ - |
| 22303 | ZAYAS CINTRON, IVELISSE | Public Employee Claims | $ - |
| 23025 | ROSADO MENDEZ, YAHAIRA | Public Employee & Union Grievance Claims | $ - |
| 23176 | ACEVEDO SOLA, JUVENAL | Pension/Retiree Claims | $ 100,000.00 |
| 23910 | ORTA ROMERO, MARITZA I | Pension/Retiree Claims | $ 333.66 |
| 25543 | NEGRON MILLAN, YVONNE | Pension/Retiree Claims | $ - |
| 27280 | TORRES RAMOS, MAYRA E | Public Employee & Pension/Retiree Claims | $ 1,326.48 |
| 27736 | PELLOT CRUZ, HECTOR J. | Pension/Retiree Claims | $ - |
| 27862 | ROSS NIEVES, JOHANNA | Public Employee & Union Grievance Claims | $ - |
| 28083 | TIRADO GARCIA, EDGAR | Public Employee Claims | $ - |
| 29321 | ROSS NIEVES, JOHANNA | Public Employee & Union Grievance Claims | $ - |
| 29740 | SANTIAGO RUIZ, MAXIMINA | Public Employee Claims | $ - |
| 30439 | MORALES MORALES, ELISA | Public Employee & Pension/Retiree Claims | $ 86,000.00 |
| 30498 | MONTALVO VAZQUEZ, CARLOS A. | Public Employee Claims | $ - |
| 30855 | PACHECO RIVERA, MAGDA I | Pension/Retiree Claims | $ - |
| 30990 | ZAIDA RAMOS CLEMENTE | Pension/Retiree Claims | $ - |
| 31216 | PEREZ AUILES, CRISTINA | Public Employee & Union Grievance Claims | $ - |
| 31627 | BAEZ LOPEZ, MARICELIS | Public Employee Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 32137 | MIRANDA DIAZ, ANIBAL | Pension/Retiree Claims | $ - |
| 32208 | AYALA BAEZ, ILKA J | Public Employee & Pension/Retiree Claims | $ - |
| 32812 | BAERGA VALLE, MARIA T. | Public Employee & Pension/Retiree Claims | $ - |
| 34059 | ROSADO MENDEZ, YAHAIRA | Public Employee & Union Grievance Claims | $ - |
| 34155 | ABADIA MUNOZ, NANNETTE | Pension/Retiree Claims | $ - |
| 34862 | BAEZ LOPEZ, MARICELIS | Public Employee Claims | $ - |
| 36421 | RIVERA MARRERO, GLADYVEL | Public Employee & Pension/Retiree Claims | $ - |
| 36765 | ROSA MORALES, MORAIMA | Public Employee & Union Grievance Claims | $ - |
| 38417 | TORRES SERRANO, SANDRA G. | Pension/Retiree Claims | $ - |
| 38627 | RODRIGUEZ MARTES, MELISA M | Public Employee & Pension/Retiree Claims | $ - |
| 39299 | MERCADO CANALS, ISAMARYS | Public Employee & Union Grievance Claims | $ - |
| 39654 | SOTO CORCHADO, MARISOL | Public Employee & Union Grievance Claims | $ - |
| 40207 | VAZQUEZ DIAZ, MILDRED | Public Employee & Pension/Retiree Claims | $ - |
| 40648 | LOPEZ RODRIGUEZ, YAZIM | Public Employee & Pension/Retiree Claims | $ - |
| 41564 | PIZARRO CARABALLO, RUTH EILEEN | Public Employee & Pension/Retiree Claims | $ - |
| 42012 | MONTALVO DEYNES, VICTOR  A. | Public Employee & Union Grievance Claims | $ - |
| 42031 | MONTALVO DEYNES, VICTOR A | Public Employee & Union Grievance Claims | $ - |
| 42190 | RIVERA FELICIANO, NEREIDA | Public Employee & Union Grievance Claims | $ - |
| 42220 | RIVERA FELICIANO, NEREIDA | Public Employee & Union Grievance Claims | $ - |
| 43985 | CRESPO MENDEZ, YOLANDA | Pension/Retiree Claims | $ - |
| 44053 | ORTA PEREZ, CARMEN J | Public Employee & Pension/Retiree Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 48120 | LUGO BEAUCHAMP, NIDYVETTE | Public Employee Claims | $ - |
| 49365 | RUIZ TORRES, MARIBELLE | Public Employee & Pension/Retiree Claims | $ - |
| 49734 | SANCHEZ ROSADO, MARILYN | Public Employee & Pension/Retiree Claims | $ - |
| 49797 | ASTACIO CORREA, ILEANA | Public Employee Claims | $ - |
| 50178 | COLON TORRES, CARMEN L. | Public Employee & Pension/Retiree Claims | $ - |
| 51157 | SANTIAGO HERNANDEZ, ANGEL L. | Public Employee & Pension/Retiree Claims | $ - |
| 55609 | CUBERO RODRIGUEZ, CARMEN I. | Public Employee & Union Grievance Claims | $ - |
| 56538 | ROBERTO VAZQUEZ, JOSE L. | Public Employee Claims | $ - |
| 58325 | COLON BETANCOURT, IDXIA | Public Employee & Pension/Retiree Claims | $ - |
| 58434 | VALLE IZQUIERDO, MIGDALIA | Public Employee Claims | $ 10,200.00 |
| 59023 | TORRES RAMIREZ, LUISA M. | Pension/Retiree Claims | $ - |
| 61222 | PEREZ NIEVES, LUZ A | Public Employee & Union Grievance Claims | $ - |
| 61347 | SANCHEZ ROSADO, MARLYN | Public Employee & Pension/Retiree Claims | $ - |
| 61421 | PEREZ NIEVES, LUIZ A. | Public Employee & Union Grievance Claims | $ - |
| 62371 | TORRES RAMIREZ, LUISA M | Pension/Retiree Claims | $ - |
| 63518 | RIVERA MEJIAS, ARMANDA | Public Employee & Pension/Retiree Claims | $ - |
| 64052 | QUILES RODRIGUEZ, SOL TERESA | Public Employee & Pension/Retiree Claims | $ - |
| 64424 | RIVERA MALDONADO, ANGEL L. | Public Employee Claims | $ - |
| 67802 | VELAZQUEZ SUREN, LYDIA | Public Employee & Pension/Retiree Claims | $ - |
| 68188 | CORDOVA ORTIZ, ANA HILDA | Public Employee Claims | $ 10,800.00 |
| 68341 | CEDENO, QUETCY | Public Employee Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 70582 | RODRIGUEZ ECHEVARRIA , GRACE  J. | Public Employee Claims | $                      - |
| 72514 | ROSADO CORDERO, JOSE D. | Public Employee & Pension/Retiree Claims | $                      - |
| 73270 | MORALES, ARLENE I | Public Employee Claims | $                      - |
| 73271 | QUILES RODRIGUEZ, SOL TERESA | Public Employee & Pension/Retiree Claims | $                      - |
| 76499 | SALDANA BETANCOURT, VIVIAN  J. | Pension/Retiree Claims | $           114,101.46 |
| 77679 | PACHECO PENA, JENNY | Public Employee Claims | $                      - |
| 77955 | TORRES SANTANA, BRUNILDA | Public Employee Claims | $                      - |
| 79101 | RODRIGUEZ RIVERA, LIZBETH | Public Employee Claims | $                      - |
| 79641 | TORRES ORTIZ, RITA M | Public Employee & Pension/Retiree Claims | $                      - |
| 79905 | QUINONES RIVERA , VICTOR  M. | Public Employee & Pension/Retiree Claims | $                      - |
| 80038 | OSORIO FERRER, LUIS A | Public Employee Claims | $             10,000.00 |
| 80619 | COLON MONTANEZ, ROLANDO | Public Employee Claims | $                      - |
| 81443 | MALDONADO BLANCO, CARMEN M. | Public Employee Claims | $                      - |
| 82116 | AMALBERT MILLAN , ROSA  M. | Public Employee Claims | $             75,000.00 |
| 82372 | TORRES NICOT, CRUCITA | Public Employee Claims | $                      - |
| 83157 | CLASS MARTINEZ, NORA  H. | Public Employee & Pension/Retiree Claims | $                      - |
| 83646 | PACHECO TROCHE, MILDRED | Public Employee & Pension/Retiree Claims | $                      - |
| 83889 | ABRIL LEBRON, WANDA I | Pension/Retiree Claims | $                      - |
| 85046 | VELAZQUEZ ARROYO, ANGELA LUISA | Public Employee & Pension/Retiree Claims | $                      - |
| 85203 | CALDERON, JOANN | Public Employee Claims | $                      - |
| 86305 | TORRES RAMOS, MILDRED | Public Employee Claims | $                      - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 86660 | VALDES DE JESUS, JULIO A. | Pension/Retiree Claims | $ 40,371.96 |
| 86662 | TORRES RODRIGUEZ, DIANA | Public Employee Claims | $ 14,040.00 |
| 86802 | VAZQUEZ OLIVIERI, MILDRED M | Public Employee Claims | $ - |
| 86930 | RIVERA PEREIRA, ALBA N. | Public Employee & Pension/Retiree Claims | $ - |
| 87398 | MALDONADO TORRES, LYDIA E. | Public Employee Claims | $ - |
| 87568 | CEDENO RODRIGUEZ, GENARO M. | Public Employee Claims | $ - |
| 87846 | RIVERA BALAY, ELIEZER | Pension/Retiree Claims | $ - |
| 88743 | MELIA RODRIGUEZ, EMILIO | Public Employee Claims | $ 32,000.00 |
| 88764 | TORRES ORTIZ, RITA M. | Public Employee & Pension/Retiree Claims | $ - |
| 89555 | VEGA ZAYAS, LYDIA MARIA | Public Employee & Pension/Retiree Claims | $ - |
| 89722 | COLON TORRES, ENID | Public Employee & Pension/Retiree Claims | $ - |
| 90963 | VELAZQUEZ ARROYO, ANGELA | Public Employee & Pension/Retiree Claims | $ - |
| 91014 | AMALBERT MILLAN, ROSA M | Public Employee & Pension/Retiree Claims | $ 75,000.00 |
| 91432 | VAZQUEZ ALVAREZ, CARMEN E. | Public Employee & Pension/Retiree Claims | $ - |
| 92104 | CAPELES DIAZ, CARMEN D. | Public Employee & Pension/Retiree Claims | $ 1,500.00 |
| 92439 | LOPEZ RODRIQUEZ, MIRIAM DEL CARMEN | Public Employee & Pension/Retiree Claims | $ 25,200.00 |
| 94151 | VAZQUEZ CRUZ, MIRIAM | Public Employee & Pension/Retiree Claims | $ - |
| 94805 | TORRES NICOT, CRUCITA | Public Employee Claims | $ - |
| 95144 | ORTIZ COLON, WANDA | Public Employee & Pension/Retiree Claims | $ 101,000.00 |
| 95366 | CAPELES DIAZ, CARMEN D. | Public Employee & Pension/Retiree Claims | $ 5,000.00 |
| 95667 | CLASS MARTINEZ, NORA H. | Public Employee & Pension/Retiree Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 97172 | RIVERA GARCIA, IRMA M. | Public Employee & Pension/Retiree Claims | $ - |
| 97252 | CLASS MARTINEZ, NORA H. | Public Employee & Pension/Retiree Claims | $ - |
| 97559 | VELAZQUEZ LOPEZ, MARTHA M. | Public Employee & Pension/Retiree Claims | $ - |
| 97708 | TOUSET RODRIGUEZ, MYRIAM | Public Employee Claims | $ - |
| 97842 | TORRES NICOT, CRUCITA | Public Employee Claims | $ - |
| 99065 | TORRES VAZQUEZ, ELSA E. | Public Employee & Pension/Retiree Claims | $ 75,000.00 |
| 99373 | VELAZQUEZ SUREN, ROSA ENID | Public Employee & Pension/Retiree Claims | $ - |
| 99612 | VELAZQUEZ OSORIO, MARILENA | Public Employee Claims | $ - |
| 99842 | FIGUERA HERNANDEZ, YOLANDA | Public Employee Claims | $ - |
| 100911 | SEVILLA ESTELA, MANUEL A. | Public Employee & Pension/Retiree Claims | $ 4,451.50 |
| 100970 | VEGA SERRANO, IVETTE M | Public Employee Claims | $ - |
| 101810 | GONZALEZ COLLAZO, ARACELIS | Public Employee Claims | $ - |
| 102047 | LUZ MINERVA CARMONA MARQUEZ | Public Employee Claims | $ 37,695.20 |
| 102342 | TORRES RODRIGUEZ, MARIA MONSERRATE | Public Employee Claims | $ - |
| 102509 | TORRES LABOY, MARIA L | Public Employee Claims | $ - |
| 102710 | ALVARADO COLON, MARIBEL | Public Employee Claims | $ 5,400.00 |
| 102939 | FIGUEROA HERNANDEZ, YOLANDA | Public Employee Claims | $ - |
| 103870 | VASQUEZ RUIZ, LUCIANO | Public Employee & Pension/Retiree Claims | $ 75,000.00 |
| 104451 | CABALLERO MUNOZ, AGNES | Public Employee & Pension/Retiree Claims | $ 3,400.00 |
| 105304 | VELAZQUEZ OSORIO, MARILENA | Public Employee Claims | $ - |
| 105378 | TORRES SUAREZ, GLORIA I. | Public Employee & Pension/Retiree Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 105512 | RAMOS RODRIGUEZ, JOSE A | Public Employee Claims | $ 7,000.00 |
| 105724 | VELEZ RODRIGUEZ, GLORIA ESTHER | Public Employee Claims | $ - |
| 107890 | TORRES RIVAS, LUZ V. | Public Employee Claims | $ - |
| 109300 | VELAZQUEZ OSORIO, MARILENA | Public Employee Claims | $ - |
| 110491 | FIGUEROA HERNANDEZ, YOLANDA | Public Employee Claims | $ - |
| 110613 | TORRES VELEZ, DORA M. | Public Employee Claims | $ - |
| 110717 | DELGADO AGOSTO, EMERITA | Public Employee & Pension/Retiree Claims | $ - |
| 111007 | TORRES RIVERA, RAINIER MANUEL | Public Employee Claims | $ - |
| 112012 | MANFREDY FIGUEROA, MINERVA | Public Employee & Pension/Retiree Claims | $ - |
| 112095 | ANTUNA, MARIA M | Pension/Retiree Claims | $ 14,000.00 |
| 112376 | CRUZ ROSADO, MARITZA | Public Employee Claims | $ - |
| 112396 | RODRIGUEZ VELAZQUEZ, MARTHA | Public Employee Claims | $ - |
| 112425 | MARTINEZ ORTIZ, MIRIAM | Public Employee Claims | $ - |
| 113116 | LOPEZ LOPEZ, PAULA | Public Employee & Pension/Retiree Claims | $ 8,000.00 |
| 113549 | ALICEA NIETO, EDMEE | Public Employee & Pension/Retiree Claims | $ - |
| 114199 | PEREZ MONTANO, GLORIA | Public Employee Claims | $ 4,800.00 |
| 114771 | ARILL TORRES, CARLOS MIGUEL | Public Employee Claims | $ 6,000.00 |
| 114968 | PANELL MORALES, MYRIAM | Pension/Retiree Claims | $ 2,750.00 |
| 115008 | MALDONADO PEREZ, LIZETTE | Public Employee Claims | $ - |
| 115033 | CRUZ RAMEY, PASCUAL | Pension/Retiree Claims | $ - |
| 115327 | MARTINEZ ZAYAS, WANDA E. | Public Employee Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 115410 | ROQUE RODRIGUEZ, SONIA A. | Public Employee Claims | $ - |
| 116037 | RODRIGUEZ VEGA, FRANCISCO JAVIER | Public Employee Claims | $ - |
| 116047 | CLEMENTE PENA, PEDRO PABLO | Public Employee Claims | $ - |
| 116215 | ABREU FARGAS , LUZ  CELESTE | Public Employee Claims | $ - |
| 116244 | MELENDEZ VEGA, DOMINGO | Public Employee Claims | $ - |
| 116263 | ARILL TORRES, IDA | Public Employee Claims | $ - |
| 116513 | PEREZ MORALES, ELENA | Public Employee & Pension/Retiree Claims | $ - |
| 116649 | MARTINEZ BASTIAN, VIVIAN N. | Public Employee & Pension/Retiree Claims | $ 45,000.00 |
| 116706 | ARZUAGA GUZMAN, JUANITA M. | Public Employee Claims | $ - |
| 116850 | ASTOR ACOSTA, EGLANTINA | Public Employee Claims | $ - |
| 116991 | CRUZ REYES, ANA F. | Public Employee & Pension/Retiree Claims | $ - |
| 117107 | ARILL TORRES, CARLOS M. | Public Employee Claims | $ 116.00 |
| 117420 | FLORES OYOLA, EPIFANIO | Public Employee Claims | $ 19,200.00 |
| 117576 | MARTINEZ LANAUSSE, YOLANDA | Public Employee Claims | $ - |
| 117704 | CUEVAS MARTINEZ, LUZ  T | Public Employee & Union Grievance Claims | $ - |
| 118244 | RODRIGUEZ SANCHEZ, FRANCISCO JAVIER | Public Employee Claims | $ 40,000.00 |
| 118542 | RODRIGUEZ RIVERA, CARLOS | Pension/Retiree Claims | $ 100,000.00 |
| 118678 | MOJICA CRUZ, ANA DEVORA | Public Employee Claims | $ 80,000.00 |
| 118721 | MIRANDA TORRES, AMARILIS | Public Employee Claims | $ - |
| 119032 | PANTOJA GONZALEZ, LUZ M. | Public Employee Claims | $ - |
| 119135 | ESPADA ORTIZ , SONIA  I. | Public Employee Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 119143 | PEREZ MONTANO, GLORIA | Public Employee Claims | $ 15,000.00 |
| 119367 | RODRIGUEZ RAMOS, MILAGROS | Public Employee Claims | $ - |
| 119413 | CLAVELL CANDELARIO, DELIA | Public Employee Claims | $ - |
| 119433 | ALSINA LOPEZ, CARMEN ENEIDA | Public Employee & Pension/Retiree Claims | $ - |
| 119482 | PORTO TORRES, DORIS DE L. | Public Employee Claims | $ - |
| 119506 | ALVIRA CALDERON, JULIA F. | Public Employee & Pension/Retiree Claims | $ - |
| 119674 | MARTINEZ RUIZ, GLORIA M. | Public Employee Claims | $ 15,000.00 |
| 119768 | RODRIQUEZ LABOY, CARMEN M. | Public Employee & Pension/Retiree Claims | $ - |
| 120093 | LUGO MORALES, NOEMI | Public Employee & Pension/Retiree Claims | $ - |
| 120288 | RODRIGUEZ COLON, HARRY | Public Employee Claims | $ - |
| 120438 | ALICEA FONSECA, NORMA I. | Public Employee & Pension/Retiree Claims | $ - |
| 121627 | ESPADA ORTIZ, SONIA I. | Public Employee Claims | $ - |
| 121674 | ABREU FARGAS, NESTOR A. | Public Employee Claims | $ 28,173.02 |
| 121710 | ACEVEDO PEREZ , SONIA  M. | Pension/Retiree Claims | $ 63,862.00 |
| 121990 | COLON, LYDIA PORTALATIN | Public Employee & Pension/Retiree Claims | $ - |
| 122313 | MARTORELL VAZQUEZ, JOSE R. | Public Employee Claims | $ - |
| 122678 | AMALBERT-MILLAN, MARIA A. | Public Employee & Pension/Retiree Claims | $ - |
| 122917 | COLON TORRES, YOLANDA | Public Employee Claims | $ - |
| 123154 | ALEMANY COLON , LUZ N | Public Employee Claims | $ - |
| 123207 | CINTRON COSME, MERCEDES | Public Employee Claims | $ - |
| 123664 | RODRIGUEZ, TOMAS NADAL | Pension/Retiree Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 123778 | ALVAREZ ORTIZ, DINORAH | Public Employee Claims | $ - |
| 123937 | LAMBOY MEDINA, LUIS E | Pension/Retiree Claims | $ 18,500.00 |
| 124011 | ALMODOVAR ANTONGIORGI, RAMON | Public Employee Claims | $ - |
| 124094 | LOPEZ SANTIAGO, LYMARI | Public Employee & Pension/Retiree Claims | $ - |
| 124671 | ROQUE TORRES, NITSA | Public Employee Claims | $ - |
| 124714 | MALDONADO GARCIA, LUIS A. | Public Employee Claims | $ - |
| 125569 | MOJICA CRUZ, ELIZABETH | Public Employee Claims | $ 80,000.00 |
| 125989 | MALDONADO RODRIGUEZ, WIDALIZ | Public Employee Claims | $ - |
| 126029 | ALVALLE ALVARADO, BETTY | Public Employee & Pension/Retiree Claims | $ - |
| 126359 | CRUZ FLORES, MIRIAM V. | Public Employee Claims | $ 10,200.00 |
| 126600 | BONILLA RODRIGUEZ, JANETTE R. | Public Employee & Pension/Retiree Claims | $ 17,010.00 |
| 126640 | BAEZ BAEZ, ELBA  G. | Public Employee & Pension/Retiree Claims | $ 22,200.00 |
| 126696 | LEVANTE LOPEZ, FERNANDO L. | Public Employee Claims | $ - |
| 126706 | COTTO COLON, ROSA DEL PILAR | Public Employee Claims | $ 75,000.00 |
| 126759 | RODRIQUEZ VELAZQUEZ, THAMAR | Public Employee Claims | $ 50,000.00 |
| 126988 | MALDONADO RODRIGUEZ, WIDALIZ | Public Employee Claims | $ - |
| 127046 | MALDONADO RODRIGUEZ, WIDALIZ | Public Employee Claims | $ - |
| 127397 | RODRIGUEZ SABATER, SADER | Public Employee Claims | $ - |
| 127795 | MIRANDA TORRES, AMARILIS | Public Employee Claims | $ - |
| 127828 | ALEMANY COLON , LUZ  N | Public Employee Claims | $ - |
| 128052 | LOZADA SANCHEZ, ZORAIDA | Public Employee & Pension/Retiree Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 128441 | RODRIGUEZ SANTIAGO, ROSA MILAGROS | Public Employee & Pension/Retiree Claims | $ - |
| 128550 | RODRIGUEZ TORRES, CECILIA | Public Employee Claims | $ - |
| 128722 | RODRIGUEZ ALICEA, LISSETTE | Public Employee Claims | $ - |
| 128952 | CRUZ ROSADO, MARTHA | Public Employee Claims | $ - |
| 129197 | ACOSTA ANAYA, CARMEN MARIA | Public Employee Claims | $ - |
| 129266 | PEREZ TORRES , FERNANDO.  E. | Public Employee & Pension/Retiree Claims | $ - |
| 129899 | MATOS MATOS, CARMEN E. | Public Employee Claims | $ - |
| 130182 | BERNIER COLON, CARMEN L. | Public Employee Claims | $ - |
| 130429 | COLLAZO MORINGLANE, MYRNA G. | Public Employee Claims | $ - |
| 130515 | RODRIGUEZ COTTO, AMARILIS | Public Employee Claims | $ - |
| 130527 | ROLON SALGADO, ANA R | Public Employee Claims | $ - |
| 130675 | MALDONADO RIVERA, MARIA DEL CARMEN | Public Employee Claims | $ - |
| 130788 | QUINONES ROMAN, MIGDALIA | Public Employee Claims | $ - |
| 131085 | MALDONADO ORTIZ, SONIA M. | Public Employee & Pension/Retiree Claims | $ - |
| 131087 | ANDINO BULTRON, MARIA S | Pension/Retiree Claims | $ 115,722.00 |
| 131316 | RODRIGUEZ ALVAREZ, MIGUELINA | Public Employee & Pension/Retiree Claims | $ 18,300.00 |
| 131592 | BERMUDEZ GONZALEZ, MILTA E | Pension/Retiree Claims | $ 60,000.00 |
| 131738 | IRIZARRY LUGO, CARLOS J. | Public Employee Claims | $ - |
| 131761 | OSORIO CRUZ, BENITA | Public Employee Claims | $ 20,000.00 |
| 132044 | CRUZ CRUZ, LUZ MINERVA | Public Employee & Pension/Retiree Claims | $ - |
| 132050 | ALVARADO IGLESIAS, MARGARITA  R. | Public Employee Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 132767 | BAEZ MENDEZ, OSCAR | Public Employee & Pension/Retiree Claims | $                    - |
| 132810 | RODRIGUEZ SABATER, SADER | Public Employee Claims | $                    - |
| 132900 | PORTALATIN COLON, LYDIA | Public Employee & Pension/Retiree Claims | $                    - |
| 133545 | ALICEA ORTIZ, LILLIAN H. | Public Employee & Pension/Retiree Claims | $                    - |
| 133878 | MALDONADO RIVERA, MARIA DEL CARMEN | Public Employee Claims | $                    - |
| 133964 | ACEVEDO REYES, CARMEN C | Public Employee & Pension/Retiree Claims | $                    - |
| 134631 | MELENDEZ ALSINA, ELIZABETH | Public Employee Claims | $                    - |
| 134763 | MATEO TORRES, MARIA M. | Public Employee & Pension/Retiree Claims | $                    - |
| 134790 | ALVIRA CALDERON, JULIA F. | Public Employee & Pension/Retiree Claims | $                    - |
| 134892 | IRIZARRY LUGO, CARLOS  J. | Public Employee Claims | $                    - |
| 135581 | RODRIGUEZ RAMOS, MILAGROS | Public Employee Claims | $                    - |
| 136554 | COSS MARTINEZ, MARIA M | Public Employee & Pension/Retiree Claims | $                    - |
| 136571 | ARROYO NEGRONI, MIGDALIA | Public Employee & Pension/Retiree Claims | $                    - |
| 136780 | ARROYO NEGRONI, MIGDALIA | Public Employee & Pension/Retiree Claims | $                    - |
| 136788 | ARROYO NEGRONI, MIGDALIA | Public Employee & Pension/Retiree Claims | $                    - |
| 137110 | CINTRON DIAZ, IRMA L. | Public Employee Claims | $                    - |
| 137422 | MARIANI GUEVARA, VIOLETA | Public Employee Claims | $                    - |
| 137523 | PEREZ LEON, ZULMA E | Public Employee Claims | $                    - |
| 137541 | BAEZ CASASNOVAS, JOSE E. | Public Employee & Pension/Retiree Claims | $          8,400.00 |
| 138135 | PEREZ MONTANO, GLORIA | Public Employee Claims | $          5,000.00 |
| 138213 | COLON DIAZ, ANGEL L. | Pension/Retiree Claims | $                    - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 138221 | ACEVEDO REYES, CARMEN C. | Public Employee & Pension/Retiree Claims | $ - |
| 138358 | BAEZ SANTIAGO, VIVIAN | Public Employee & Pension/Retiree Claims | $ - |
| 138794 | ALFONSECA BAEZ, MARGARITA | Public Employee & Pension/Retiree Claims | $ - |
| 138812 | ARILL TORRES, CARLOS M. | Public Employee Claims | $ 15,000.00 |
| 138860 | MALDONADO RIVERA, MARIA DEL CARMEN | Public Employee Claims | $ - |
| 138930 | ALAMO CUEVAS, JOSE M. | Public Employee Claims | $ - |
| 139162 | COLON VEGA, IRMA | Public Employee Claims | $ - |
| 139298 | ALFONSECA BAEZ, MARGARITA | Public Employee & Pension/Retiree Claims | $ - |
| 139534 | MEDINA DIAZ, CARMEN M. | Public Employee & Pension/Retiree Claims | $ - |
| 139735 | MARTINEZ LANAUSSE, ESTHER | Public Employee Claims | $ - |
| 139842 | ABRAMS SANCHEZ, LUZ M. | Public Employee & Pension/Retiree Claims | $ 14,000.00 |
| 139852 | MELENDEZ COLON, FRANCISCO | Public Employee Claims | $ - |
| 139927 | DOMINGUEZ MARTINEZ, HILKAMIDA C. | Public Employee Claims | $ 70,000.00 |
| 139988 | BORGES GARUA, QUINTIN | Public Employee Claims | $ - |
| 140116 | AMARAL GONZALEZ, ISABEL | Public Employee & Pension/Retiree Claims | $ 75,000.00 |
| 140207 | LOZADA RIVERA, DORA A. | Public Employee & Pension/Retiree Claims | $ - |
| 140270 | COLON VEGA, IRMA | Public Employee & Pension/Retiree Claims | $ - |
| 140291 | ROMAN MORALES, MARTA JULIA | Public Employee Claims | $ - |
| 140481 | PEREZ LEON, ZULMA E | Public Employee Claims | $ - |
| 140508 | MALDONALDO PEREZ, LIZETTE | Pension/Retiree Claims | $ 61,843.28 |
| 141030 | IRIZARRY CUADRADO, NADIEZHDA | Pension/Retiree Claims | $ 132,046.20 |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 141045 | RODRIGUEZ RIVERA, JOSE LUIS | Public Employee & Pension/Retiree Claims | $ - |
| 141336 | PIZARRO CEPEDA, MIGDALIA | Public Employee Claims | $ - |
| 141491 | MIRANDA MARTINEZ, ANIBAL | Public Employee Claims | $ - |
| 141520 | RODRIGUEZ RAMOS, MILAGROS | Public Employee Claims | $ - |
| 142327 | PONCE ALVAREZ, SOR I. | Public Employee & Pension/Retiree Claims | $ - |
| 142488 | AMADOR COLON, VERONICA | Pension/Retiree Claims | $ - |
| 142867 | LOZADA SANCHEZ, ZORAIDA | Public Employee & Pension/Retiree Claims | $ - |
| 143150 | AGUAYO CRUZ, IDA LUZ | Public Employee & Pension/Retiree Claims | $ - |
| 143238 | COLLAZO MORALES, NYDIA I. | Public Employee & Pension/Retiree Claims | $ - |
| 143774 | CINTRON DIAZ, IRMA L. | Public Employee & Pension/Retiree Claims | $ - |
| 143918 | PORTALATIN COLON, LYDIA | Public Employee Claims | $ - |
| 144449 | MIRANDA MARTINEZ, ANIBAL | Public Employee Claims | $ - |
| 144493 | ALERS MARTINEZ, AXA | Public Employee & Pension/Retiree Claims | $ - |
| 144696 | ORTIZ, ADYLIZ RIVERA | Pension/Retiree Claims | $ - |
| 145207 | ALICEA FONSECA, MARIA NEREIDA | Public Employee Claims | $ - |
| 145266 | ALICEA FONSECA, MARIA N. | Public Employee Claims | $ - |
| 145332 | MARCUCCI RAMIREZ, EDGARDO | Public Employee Claims | $ 13,800.00 |
| 145791 | MEJIAS SOTO, ADAMILA | Public Employee Claims | $ - |
| 145855 | MAS MORALES, MARIBEL | Public Employee Claims | $ - |
| 146044 | ORTIZ VELEZ, NYDIA M. | Public Employee Claims | $ 4,000.00 |
| 146182 | ORTIZ VEGA, CORAL | Public Employee Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 146409 | LOPEZ OLIVER , ARIEL  M. | Pension/Retiree Claims | $                     - |
| 146621 | BELLO CORREA, KAREN J. | Public Employee & Pension/Retiree Claims | $                     - |
| 147081 | JIMENEZ MEDINA , ISABEL M | Public Employee Claims | $                     - |
| 147132 | DIAZ VELAZQUEZ, MABEL | Public Employee Claims | $          2,700.00 |
| 147245 | MOJICA CRUZ, NORMA I. | Public Employee Claims | $        50,000.00 |
| 147254 | PAGAN MEJIAS, ADANELLY | Public Employee Claims | $                     - |
| 147357 | ALAMO CUEVAS, JOSE M. | Public Employee Claims | $                     - |
| 147857 | OVERMAN LEBRON, JOSEFINA | Public Employee Claims | $                     - |
| 148092 | ORTIZ VELEZ, NYDIA M | Public Employee Claims | $        15,000.00 |
| 148428 | ORTIZ VELEZ , NYDIA  M | Public Employee Claims | $          4,800.00 |
| 148430 | RODRIGUEZ SABATER, SADER | Public Employee Claims | $                     - |
| 148563 | ALICEA TOYENS , ADALIS | Public Employee & Pension/Retiree Claims | $                     - |
| 149054 | PLAZA RIVERA, ANGELITA | Public Employee Claims | $                     - |
| 149162 | ACEVEDO ACEVEDO, NOEMI | Public Employee & Pension/Retiree Claims | $          8,400.00 |
| 149181 | PEREZ TORRES, FERNANDO E. | Public Employee Claims | $                     - |
| 149385 | BAEZ TORRES, MYRNA | Public Employee & Pension/Retiree Claims | $                     - |
| 149419 | ALFONSECA BAEZ , MARGARITA | Public Employee & Pension/Retiree Claims | $                     - |
| 149470 | ALVARADO TOLEDO, JOSE L. | Public Employee Claims | $                     - |
| 150012 | BAEZ BAEZ, ELBA G. | Public Employee & Pension/Retiree Claims | $          6,000.00 |
| 150343 | LOPEZ PADILLA, CARLOS L | Public Employee & Pension/Retiree Claims | $                     - |
| 150454 | ACEVEDO ACEVEDO, NOEMI | Public Employee Claims | $        17,400.00 |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 150518 | IRIZARRY CUADRADO, NADIEZHDA | Public Employee & Pension/Retiree Claims | $ 93,600.00 |
| 150827 | OYOLA RIOS, BETZAIDA | Public Employee & Pension/Retiree Claims | $ - |
| 151600 | BERNIER COLON, VILMA | Public Employee Claims | $ - |
| 151884 | ASTACIO SANCHEZ, ELIZABETH | Public Employee & Pension/Retiree Claims | $ - |
| 152201 | CORDERO VAZQUEZ, CARMEN J | Public Employee Claims | $ - |
| 152319 | ALVARADO CINTRON, JOSE A | Public Employee & Pension/Retiree Claims | $ 24,000.00 |
| 152569 | MARTINEZ GARCIA, ROSA H. | Public Employee Claims | $ - |
| 152575 | MALDONADO ORTIZ, SONIA  M. | Public Employee & Pension/Retiree Claims | $ - |
| 152609 | MOJICA CRUZ, NORMA I | Public Employee Claims | $ 50,000.00 |
| 152743 | ADORNO NICHOL , MARISOL | Pension/Retiree Claims | $ 77,784.48 |
| 152940 | MARTINEZ FONTANEZ, RUBEN | Public Employee Claims | $ - |
| 153104 | ALVARADO CINTRON, JOSE A. | Public Employee & Pension/Retiree Claims | $ 3,600.00 |
| 153441 | MARRERO COLL, FERNANDO GERARDO | Pension/Retiree Claims | $ 150,000.00 |
| 153901 | MARTINEZ RUIZ, MARGARITA DEL P. | Public Employee Claims | $ - |
| 153917 | CRUZ CRUZ, ADA  HILDA | Public Employee Claims | $ - |
| 154075 | AGUAYO CRUZ, IDA LUZ | Public Employee & Pension/Retiree Claims | $ - |
| 154334 | COLON DIAZ, MARIAM L | Public Employee & Pension/Retiree Claims | $ 7,000.00 |
| 154617 | CRUZ ESCUTE, CARMEN NITZA | Public Employee & Pension/Retiree Claims | $ - |
| 154964 | ASTACIO CORREA, ILEANA | Public Employee Claims | $ - |
| 155149 | MATEO TORRES, MARIA M. | Public Employee & Pension/Retiree Claims | $ - |
| 155349 | FLORES OYOLA, EPIFANIO | Public Employee Claims | $ 22,200.00 |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 155470 | PEREZ MONTANO, JUANITA | Public Employee Claims | $ 4,800.00 |
| 155544 | ARVELO MORALES, WANDA I. | Public Employee Claims | $ 12,000.00 |
| 155758 | AROCHO GONZALEZ, ANA MARIA | Public Employee & Pension/Retiree Claims | $ - |
| 156053 | MEDINA LOPEZ, GLORICELA | Public Employee Claims | $ 19,200.00 |
| 156230 | MAS MORALES, MARIBEL | Public Employee Claims | $ - |
| 156734 | PENA GOMEZ, MILAGRITOS | Public Employee Claims | $ - |
| 157030 | RODRIGUEZ MORALES, JOSE A | Public Employee & Pension/Retiree Claims | $ - |
| 157199 | ALVERIO MELENDEZ, YOLANDA | Public Employee & Pension/Retiree Claims | $ 75,000.00 |
| 157394 | CUEVAS SANCHEZ, LISETT | Pension/Retiree Claims | $ - |
| 157837 | CLASS PEREZ, JOSE E. | Public Employee Claims | $ - |
| 158116 | MATOS MATOS, CARMEN L. | Public Employee Claims | $ 18,000.00 |
| 158326 | RODRIGUEZ RODRIGUEZ, ANDREA | Public Employee Claims | $ - |
| 158415 | GARCIA GARCIA, RAFAEL | Public Employee & Pension/Retiree Claims | $ 10,000.00 |
| 158558 | ALERS MARTINEZ, AIXA M. | Public Employee & Pension/Retiree Claims | $ - |
| 158844 | PEREZ MONTANO, MARIA DOLORES | Public Employee Claims | $ 13,500.00 |
| 158887 | ACEVEDO RIOS, YOLANDA | Public Employee Claims | $ 15,600.00 |
| 159316 | FENEQUE CARRERO, BRUNILDA | Public Employee Claims | $ - |
| 159543 | RODRIGUEZ TORRES, MONSERRATE | Public Employee & Pension/Retiree Claims | $ - |
| 160219 | MULLER ARROYO, JUANITA | Public Employee Claims | $ 4,800.00 |
| 160222 | BERRIOS LOZADA, VIVIANA | Public Employee & Pension/Retiree Claims | $ - |
| 160238 | MARCUCCI RAMIREZ, EDGARDO | Public Employee Claims | $ - |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 160498 | AYALA VELEZ, ANISA M | Public Employee Claims | $ 19,200.00 |
| 160754 | AVILES MENDEZ , MILAGROS | Public Employee & Pension/Retiree Claims | $ 24,000.00 |
| 160952 | MERCADO MERCADO, DIANA E. | Public Employee Claims | $ 30,000.00 |
| 161088 | PEREZ MONTANO, JUANITA | Public Employee Claims | $ 15,000.00 |
| 161089 | COLLAZO NIEVES, LYDIA E | Public Employee & Pension/Retiree Claims | $ 75,000.00 |
| 161121 | MALDONADO PEREZ, LIZETTE | Public Employee & Pension/Retiree Claims | $ - |
| 161385 | BOSQUES VILLALONGO, WILMARIE | Public Employee Claims | $ - |
| 161606 | MARCUCCI RAMIREZ, EDGARDO | Public Employee Claims | $ - |
| 161963 | AVILES MENDEZ, MILAGROS | Public Employee & Pension/Retiree Claims | $ 7,200.00 |
| 162790 | MARTINEZ TIRADO, LUZ M. | Public Employee & Pension/Retiree Claims | $ - |
| 162925 | MELENDEZ ROSADO, YOLANDA | Public Employee & Pension/Retiree Claims | $ - |
| 162926 | BOCACHICA COLON, MARIA I | Public Employee & Pension/Retiree Claims | $ - |
| 163276 | PINEIRO FUENTES, MARILYN | Public Employee & Pension/Retiree Claims | $ 3,000.00 |
| 163505 | BERRIOS WILLIAMS , MYRNA L | Public Employee & Pension/Retiree Claims | $ - |
| 163602 | COLON WILLIAMS, YOLANDA | Public Employee Claims | $ - |
| 163869 | MARTINEZ RUIZ, GLORIA M | Public Employee Claims | $ 30,000.00 |
| 164091 | LUQUE, FRANCISCA CARDONA | Public Employee Claims | $ - |
| 164308 | ROLON SALGADO, ANA R | Public Employee Claims | $ - |
| 164467 | RODRIGUEZ PAGAN , IBRAHIM  A. | Public Employee & Pension/Retiree Claims | $ - |
| 165615 | PEREZ MONTANO, MARIA DOLORES | Public Employee Claims | $ 4,800.00 |
| 166298 | MERCADO GALINDO, MOISES M | Public Employee Claims | $ 16,800.00 |

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 166729 | ANDUJAR FONT, SANTA E. | Public Employee & Pension/Retiree Claims | $ - |
| 167625 | MOJICA CRUZ, ELIZABETH | Public Employee Claims | $ 80,000.00 |
| 167928 | COSS MARTINEZ, MARIA M | Public Employee & Pension/Retiree Claims | $ - |
| 169628 | FIGUEROA JIMENEZ, FELIX A. | Public Employee & Pension/Retiree Claims | $ - |
| 169860 | FIGUEROA MENDEZ, PEDRO A. | Public Employee Claims | $ - |
| 114093 | RODRIGUEZ COLON, ANDRES | Public Employee & Pension/Retiree Claims | $ - |
| 113558 | FLORES DEL VALLE, MERCEDES | Public Employee & Pension/Retiree Claims | $ - |
| 96117 | FIGUEROA CORREA, LYDIA H. | Public Employee & Pension/Retiree Claims | $ - |
| 151910 | ACOSTA RODRIGUEZ, JOSE M | Public Employee & Pension/Retiree Claims | $ - |