# EXHIBIT A

CDS 12/27/2019

2019 DEC 27 P 3:21

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| VELAZQUEZ RAMOS, ILUMINADA | 104010 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| VELAZQUEZ RAMOS, ILUMINADA | 104010 | 6/27/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

RECEIVED
JAN 0 3 2020
PRIME CLERK LLC

000758

Iluminada Velázquez Ramos
Hogar Santa Rosa
Apartamento 1002
Guayama P.R 00784



Secretaria (Clerk's office)
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico
00918-1767

RECEIVED

JAN 03 2020

PRIME CLERK LLC

# FedEx International Air Waybill — Origin Copy

**1 From**
- Date: 01/02/2020
- Sender's Name: Prime Clerk
- Company: Prime Clerk US District Court PR
- Address: (illegible) Federal Bldg, 150 Carlos Chardon Ave.
- City: San Juan
- State/Province: P.R.
- Country: USA
- ZIP/Postal Code: 00918-1767
- Internal Billing Reference: 1845-10(1) Package Court

**2 To**
- Phone: 3122574169
- Company: PRIME CLERK
- Address: 850 3RD AVE STE 412
- City: BROOKLYN
- State/Province: NY
- Country: US
- ZIP/Postal Code: 11232

**FedEx Tracking Number:** 8124 5395 0190 0402

**4 Express Package Service:** 03 FedEx Intl. Economy

**5 Packaging:** 02 FedEx Pak

**6 Special Handling:** (none checked)

**7 Payment:**
- Bill transportation charges to: Recipient
- FedEx Acct. No.: 9095-8996-7
- Bill duties and taxes to: Sender

**3 Shipment Information**
- Total Packages: 1
- Total Weight: 1.5 lbs

**8 Required Signature:** (signed)

RECEIVED JAN 03 2020 PRIME CLERK LLC

- Origin Station ID: SJGA
- Country Code/Destination Station ID: FBTA
- URSA Routing: SAFBTA
- Received At: Reg. Stop
- Base Charges FedEx Emp. #: 5168091
- Date: 01-02-20

662

09/17