# EXHIBIT A

16 de marzo de 2020

A: Junta de Supervisión y administración financiera de Puerto Rico

De: Luz S. Carmona Torres  # 17BK03566-LTS -4/17/288
P.O. Box 7333
Monte Santo
Vieques, P.R. 00765-9097
Promesa Título III   Núm 17BK-3283 LTS

RECEIVED
MAR 2 6 2020
PRIME CLERK LLC

Yo, Luz S. Carmona Torres residente de Vieques, Puerto Rico y empleada de gobierno que laboro para el Departamento de Educación de Puerto Rico.

Mi reclamación al Sistema de Retiro de los Empleados de Gobierno del Estado Libre Asociado de Puerto Rico fue que provengo del Programa Head Start y labore como maestra. Luego de 5 años de trabajar en esta agencia y cambió a trabajar al DE de Puerto Rico. Mi sorpresa es que tengo que pagar la cantidad de $65,000.00 para poder cubrir y completar luego de los cambios al actual 1.8 como está ahora. Ha sido doloroso para mi ya que ya estoy en la edad de 56 años y pensaba retirarme pero no con el dinero a pagar no me crediten esos años ya que debo pagarlos. Para mi sería posible que si es posible en considerar hacerse moratoria o dispensa para que sea empleada de antiguedad y pueda hacerlo.

Realizo está declaración no en apoyo y no deseo continuar con este proceso ni ningún tipo de reclamo a la Junta de Supervisión

y Administración Ferroviaria para Puerto Rico.

Declaro, so pena de incurrir falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que entiende es veraz a mi full saber y entender no proceder con ningún tipo de demanda o pertenecer a ella.

Luz S. Cannon Torres

To: Clerks' Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

Purie Clerk
Grand Central Station
P.O. Box 4850
New York, N.Y 10163-4850

PR 1845 SRF 40278 Pack ID 107941 MMLID-776175UC-DSHN-ECS

Luz S. Camuñe Tones
Hc01 Box 7333
Monte Santo
Vieques, P.R. 00765-9097

RECEIVED
MAR 26 2020
PRIME CLERK

Prime Clerk
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-48050