# EXHIBIT A-1

March 16, 2020

To: Financial Oversight and Management Board for Puerto Rico

From: Luz S. Carmona Torres   #17BK03566-LTS – 4/17/2018
P.O. Box 733
Monte Santo
Vieques, PR 00765-9047
PROMESA Title III No. 17BK-3283-LTS

RECEIVED
MAR 2 6 2020
PRIME CLERK LLC

I, Luz S. Carmona Torres, a resident of Vieques, Puerto Rico, and an government employee working for the Department of Education of Puerto Rico.

My claim to the Employees Retirement System of the Government of the Commonwealth of Puerto Rico was that I came from the Head Start Program where I worked as a teacher. After 5 years working for this agency, I switched to work for the Department of Education of Puerto Rico. My surprise is that I am forced to pay the amount of $65,000.00 in order to be able to cover and catch up after the changes to the current 1.8 as it is now.

It has been painful to me, since I am already 56 years old and was planning on retiring, but not since I have to pay that money, they won't add those years since I have to pay them. To me it would be possible for you to, if possible, consider /illegible/ or waiver so that I may be considered an employee with seniority.

I make this statement not in support, and I do not wish to continue with this proceeding or any type of claim to the Financial Oversight and Management Board for Puerto Rico.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

I declare, under penalty of incurring false testimony, in accordance with the Laws of the United States of America, that the foregoing is true to the best of my knowledge and belief, [and that I wish] not to proceed with or belong to any type of lawsuit.

Luz S. Carmona Torres

To:  Clerk's Office
     United States District Court
     #150 Chardon Avenue
     Federal Building
     San Juan, Puerto Rico 00918

     Prime Clerk
     Grand Central Station
     P.O. Box 4850
     New York, NY 10163-4850

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

PR 1845 SRF 40278 Pack ID 107941 MULID 776175u DSHN-ECS

Luz S. Carmona Tones
HC 01 Box 7333
Monte Santo
Vieques, P.R. 00765-9047

RECEIVED
MAR 26 2020
PRIME CLERK

Prime Clerk
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 7611 - Mailing Response

Signed this 9th day of November 2020



_____
Andreea I. Boscor

