# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF CORRESPONDENCE REGARDING THE ONE HUNDRED TWENTY-SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO INDIVIDUAL PROOFS OF CLAIM NOS. 2724 AND 28910.**

To the Honorable United States District Judge Laura Taylor Swain:

    1.    On December 12, 2019, the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Board"), as the sole representative of the Commonwealth, HTA and ERS (collectively, the "Debtors") pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] filed the *One Hundred Twenty-Second Omnibus Objection of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 9574] (the "One Hundred Twenty-Second Omnibus Objection") to various proofs of claim.

2.    The One Hundred Twenty-Second Omnibus Objection seeks to disallow deficient claims which purport to assert liabilities against the Commonwealth, HTA, or ERS, but which fail to provide critical information needed to understand what liabilities any of the Commonwealth, HTA, ERS, or any other Title III Debtor may owe.

3.    The Debtors have received the attached correspondence from: (a) Anibal Rodríguez Negrón ("Rodríguez Negrón"), a copy of which is attached hereto as Exhibit "A" (the "Rodríguez Negrón Response"), regarding Proof of Claim No. 2724 (the "Rodríguez Negrón Claim"), and (b) Dorka Rodríguez Santiago ("Rodríguez Santiago"), a copy of which is attached hereto as Exhibit "B" (the "Rodríguez Santiago Response," and together with the Rodríguez Negrón Response, the "Responses"), regarding Proof of Claim No. 28910 (the "Rodríguez Santiago Claim," and together with the Rodríguez Negrón Claim, the "Claims"). Certified translations of the Rodríguez Negrón Response and of the Rodríguez Santiago Response are attached hereto as Exhibits "A-1" and "B-1".

4.    The Rodríguez Negrón Response consists of a partially completed Mailing,[3] which,

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the One Hundred Twenty-Second Omnibus Objection.

2

as set forth in the One Hundred Twenty-Second Omnibus Objection, was mailed to claimants whose claims did not provide critical information needed to understand what liabilities the Commonwealth, HTA, ERS, or any other Title III debtor might owe. In the Rodríguez Negrón Response, Rodríguez Negrón states that the Rodríguez Negrón Claim is not based on (*i*) current or former employment with the government of Puerto Rico, or (*ii*) a pending case or legal proceeding. The Rodríguez Negrón Response does not provide any other basis for the Rodríguez Negrón Claim, however, and does not contain any information necessary to evaluate the Rodríguez Negrón Claim. Accordingly, the Debtors have determined that the Rodríguez Negrón Response still does not provide sufficient information to enable the Debtors to reconcile the Rodríguez Negrón Claim.

5. The Rodríguez Santiago Response consists of a copy of the Rodríguez Santiago Claim, but fails to contain any additional information necessary to evaluate the Rodríguez Santiago Claim, such as an explanation of the basis for the Rodríguez Santiago Claim. Accordingly, the Debtors have determined that the Rodríguez Santiago Response still does not provide sufficient information to enable the Debtors to reconcile the Rodríguez Santiago Claim.

6. Accordingly, the Debtors respectfully request that the Court grant the One Hundred Twenty-Second Omnibus Objection and disallow the Claims, notwithstanding the Responses.

Dated: November 13, 2020  
San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*  
Hermann D. Bauer  
USDC No. 215205  
Carla García Benítez  
USDC No. 203708  
Daniel J. Perez-Refojos  
USDC No. 303909  
**O'NEILL & BORGES LLC**  
250 Muñoz Rivera Ave., Suite 800  
San Juan, PR 00918-1813

Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth, HTA, and ERS*

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth, HTA, and ERS*