**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA and ERS.** |

**REPLY OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO RESPONSE FILED BY CLAIMANT INES M. RIVERA ROSARIO [ECF NO. 12092] TO THE ONE HUNDRED FORTY-FIFTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES**

**To the Honorable United States District Judge Laura Taylor Swain:**

The Commonwealth of Puerto Rico ("Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), and Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("ERS", and together with the Commonwealth and HTA, the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

"Debtors") by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Debtors pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] files this reply (the "Reply") to the response [ECF No. 12092] (the "Rivera Rosario Response"), filed by Ines M. Rivera Rosario ("Rivera Rosario"), to the *One Hundred Forty-Fifth Omnibus Objection of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecific Puerto Rico Statutes* [ECF No. 9938] (the "One Hundred Forty-Fifth Omnibus Objection"). In support of this Reply, the Debtors respectfully represent as follows:

1. On January 14, 2020, the Debtors filed the One Hundred Forty-Fifth Omnibus Objection, seeking to disallow certain proofs of claim that failed to comply with the applicable rules for filing a claim by not providing a basis for asserting a claim against the Commonwealth, HTA, ERS, or any other Title III Debtor (collectively, the "Deficient Claims"), each as listed on Exhibit "A" thereto. As set forth in the One Hundred Forty-Fifth Omnibus Objection and supporting exhibits thereto, each of the Deficient Claims purport to be based on obligations owed to the applicable claimant by the Commonwealth, HTA, or ERS, but failed to provide any information identifying the source of the obligations or explaining why the Commonwealth, HTA, ERS, or any other Title III debtor are liable to the claimant.

2. Any party who disputed the One Hundred Forty-Fifth Omnibus Objection was required to file a response by 4:00 p.m. (Atlantic Standard Time) on February 18, 2020, in

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.

accordance with the Court-approved notice attached to the One Hundred Forty-Fifth Omnibus Objection as Exhibit "C", which was served in English and Spanish on the individual creditors subject to the One Hundred Forty-Fifth Omnibus Objection, the U.S. Trustee, and the Master Service List (as defined in the *Order Further Amending Case Management Procedures* [ECF No. 8027-1]). Pursuant to the Court's *Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice and (D) Granting Related Relief* [ECF No. 12325], that deadline was subsequently extended until March 27, 2020 at 4:00 p.m. (Atlantic Standard Time).

3. The Rivera Rosario Response, a handwritten letter, was filed with the Court on March 4, 2020, and docketed as ECF No. 12092 on March 5, 2020. Therein, Rivera Rosario does not dispute that her proofs of claim, which were filed against the Commonwealth on June 28, 2018, and logged by Prime Clerk as Proofs of Claim Nos. 152339 (the "First Rivera Rosario Claim") and 165179 (the "Second Rivera Rosario Claim," and together with the First Rivera Rosario Claim, the "Rivera Rosario Claims"), assert liabilities arising out of "Ley 96" and "Ley 89," but do not provide critical information necessary to allow the Debtors to reconcile the Rivera Rosario Claims, such as an identification of the year of the asserted law, or an explanation of the liabilities Rivera Rosario contends are owed.

4. Instead, the Rivera Rosario Response contains a letter stating that Rivera Rosario disputes the One Hundred Forty-Fifth Omnibus Objection because "the government of Puerto Rico used my contributions to the Retirement System without a formal authorization or request," and "[t]hat money was used for payment to Creditors of the Government of Puerto Rico." The Rivera

3

Rosario Response also includes a page from the One Hundred Forty-Fifth Omnibus Objection, as well as a completed Mailing,[3] which, as set forth in the One Hundred Forty-Fifth Omnibus Objection, was mailed to claimants whose claims did not provide information needed to understand what liabilities the Commonwealth, HTA, ERS, or any other Title III debtor might owe. In the Mailing, Rivera Rosario states as the basis for the Rivera Rosario Claims the misuse of contributions to the retirement system.

5. While the Debtors are deeply mindful of the concerns raised in the Rivera Rosario Response, the Response does not provide sufficient information for the Debtors to determine what liabilities, if any, they may owe to Rivera Rosario. Therefore, the Rivera Rosario Claims remain deficient.

6. Accordingly, the Debtors respectfully request that the Court grant the One Hundred Forty-Fifth Omnibus Objection and disallow the Rivera Rosario Claims in their entirety.

[*Remainder of Page Intentionally Left Blank*]

---

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the One Hundred Forty-Fifth Omnibus Objection.

Dated: November 13, 2020
      San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico*