UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**MOTION TO SUBMIT CERTIFIED TRANSLATIONS IN CONNECTION WITH DOCKETED CLAIM OBJECTION RESPONSES TO BE HEARD AT THE NOVEMBER 20, 2020 SATELLITE HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth and HTA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(the "Oversight Board"), as sole Title III representative of the Debtors pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully file this motion in compliance with the Court's *Order Regarding Pending Omnibus Objections to Claims* [ECF No. 14419] (the "Satellite Hearing Procedures Order") directing the Oversight Board to file (*i*) any responses that were not filed on the docket and/or (*ii*) certified translations of any Spanish-language responses to claims that the Debtors intend to prosecute at the hearing to be held on November 20, 2020. Satellite Hearing Procedures Order at 2.

Attached hereto as Exhibit 1 is a certified translation of the response [ECF No. 10131] (the "Milagros Velez Torres Response") filed by Virgen Milagros Velez Torres ("Milagros Velez Torres") in response to the *One Hundred Eighteenth Omnibus Objection of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes* [ECF No. 9568] (the "One Hundred Eighteenth Omnibus Objection").

Attached hereto as Exhibit 2 is a certified translation of the response [ECF No. 10132] (the "Adria Velez Torres Response") filed by Virgen Adria Velez Torres ("Adria Velez Torres") in response to the One Hundred Eighteenth Omnibus Objection.

Attached hereto as Exhibit 3 is a certified translation of the response [ECF No. 9741] (the "Montañez Reyes Response") filed by Luis S. Montañez Reyes ("Montañez Reyes") in response to the *One Hundred Twenty-First Omnibus Objection of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the*

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

*Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 9572] (the "One Hundred Twenty-First Omnibus Objection").

Attached hereto as Exhibit 4 is a certified translation of the response [ECF No. 10653] (the "Acosta Cruz Response") filed by Myrna Acosta Cruz ("Acosta Cruz") in response to the *One Hundred Thirty-Fifth Omnibus Objection of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecific Puerto Rico Statutes* [ECF No. 9911] (the "One Hundred Thirty-Fifth Omnibus Objection").

Attached hereto as Exhibit 5 is a certified translation of the response [ECF No. 10649] (the "Cintrón González Response") filed by José Antonio Cintrón González ("Cintrón González") in response to the *One Hundred Thirty-Seventh Omnibus Objection of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecific Puerto Rico Statutes* [ECF No. 9915] (the "One Hundred Thirty-Seventh Omnibus Objection").

Attached hereto as Exhibit 6 is a certified translation of the response [ECF No. 11985] (the "Quinones Sánchez Response") filed by Minerva Quinones Sánchez ("Quinones Sánchez") in response to the *One Hundred Forty-Third Omnibus Objection of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecific Puerto Rico Statutes* [ECF No. 9936] (the "One Hundred Forty-Third Omnibus Objection").

Attached hereto as Exhibit 7 is a certified translation of the response [ECF No. 12092] (the "Rivera Rosario Response") filed by Ines M. Rivera Rosario ("Rivera Rosario") in response to the *One Hundred Forty-Fifth Omnibus Objection of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecific Puerto Rico Statutes* [ECF No. 9938] (the "One Hundred Forty-Fifth Omnibus Objection").

Additional responses that were not filed on the docket, as well as certified translations thereof, are being submitted via notices of correspondence submitted contemporaneously herewith.

Courtesy copies of these responses and certified translations will also be e-mailed to chambers in the form of a PDF binder.

WHEREFORE, the Oversight Board respectfully requests that this Honorable Court take notice of the filing of these responses and certified translations in compliance with the Court's orders.

[*Remainder of page intentionally left blank*]

Dated: November 13, 2020
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brian S. Rosen*

Martin J. Bienenstock
Brian S. Rosen
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
      brosen@proskauer.com

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: Hermann.bauer@oneillborges.com

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

5