# EXHIBIT 1

| | | |
|---|---|---|
| To | : | Promesa Act |
| | | Clerk of the Court of New York |
| From | : | Virgen Milagros Vélez Torres |
| | | 2144 Calle Franco, Urb. La Providencia |
| | | Ponce, Puerto Rico, 00728 |
| | | Phone 787-400-0118 |
| | | Email: vmvelezt@gmail.com |



**Objection: Claim Promesa Act.**

**CLAIMS**

1. 91584 vs Commonwealth of Puerto Rico – Department of Education of Puerto Rico
   Legal basis: Act 96 Cost of Living.

2. 94640 vs Commonwealth of Puerto Rico - Department of Education of Puerto Rico
   Legal basis: Act 34: Labor Law Changes.

3. 92983 vs Commonwealth of Puerto Rico - Department of Education of Puerto Rico
   Legal basis: Act 164 Sila Calderón.

4. 104956 vs Commonwealth of Puerto Rico - Department of Education of Puerto Rico
   Legal basis: Act 89 Romerazo

**SUBJECT**

I request an extension of time to submit the documents corresponding to the above-mentioned claims. The claim had to be submitted on or before January 14, 2020. Due to the fact that Puerto Rico is in a seismic emergency due to the recent earthquakes that have hit the southwestern area, I could not get the required documentation at the corresponding offices. In addition, at the time of submitting the initial claims, I did not find personnel who could offer clear instructions regarding the documents to be submitted.

Thank you in advance,

[signature]
Virgen Milagros Vélez Torres

2144 Calle Franco, Urb. La Providencia
Ponce, Puerto Rico, 00728
Phone 787-400-0118
Email: vmvelezt@gmail.com

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Virgen Milagros Vélez Torres
Urb. La Providencia
2144 Calle Franco
Ponce, P.R. 00728

SAN JUAN PR 009
14 JAN 2020 PM 2

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
#150 Chardon Avenue
Federal Building
San Juan, P.R. 00918

009183170G C018

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 105016 - ECF No. 10131 - Mailing Response

Signed this 9th day of November 2020

Andreea Boscor
Spanish into English
Certification #525556

Verify at www.atanet.org/verify

_____
Andreea I. Boscor

