# EXHIBIT 2

Case: 17-03283-LTS Doc#:10132 Filed:01/15/20 Entered:01/17/20 10:26:25 Desc: Main Document Page 1 of 1

To : Promesa Act
Clerk of the Court of ~~New York~~ *Puerto Rico*

From : Virgen Adria Vélez Torres
3013 Calle Danubio, Urb. Río Canas
Ponce, Puerto Rico, 00728
Phone 787-547-5262
Email: virgenvlz@yahoo.com

**Objection: Promesa Act Claim.**

**CLAIMS**

1. 91584 vs Commonwealth of Puerto Rico – Department of Education of Puerto Rico
   Legal basis: Act 96 Cost of Living.

2. 94640 vs Commonwealth of Puerto Rico - Department of Education of Puerto Rico
   Legal basis: Act 34: Labor Law Changes.

3. 92983 vs Commonwealth of Puerto Rico - Department of Education of Puerto Rico
   Legal basis: Act 164 Sila Calderón.

4. 104956 vs Commonwealth of Puerto Rico - Department of Education of Puerto Rico
   Legal basis: Act 89 Romerazo

**SUBJECT**

I request an extension of time to submit the documents corresponding to the above-mentioned claims. The claim had to be submitted on or before January 14, 2020. Due to the fact that Puerto Rico is in a seismic emergency due to the recent earthquakes that have hit the southwestern area, I could not get the required documentation at the corresponding offices. In addition, at the time of submitting the initial claims, I did not find personnel who could offer clear instructions regarding the documents to be submitted.

Thank you in advance,

[signature]
Virgen Adria Vélez Torres

3013 Calle Danubio, Urb. Río Canas
Ponce, Puerto Rico, 00728
Phone 787-547-5262
Email: virgenvlz@yahoo.com



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*13/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*13/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

> the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: ECF No 10132 - Adria Velez Torres Response

Signed this 13th day of November 2020



_____
Andreea I. Boscor

