# EXHIBIT 6

February 18, 2020

Minerva Quiñones Sanchez
Claim # 116567

Clerk's Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico



Greetings: I hereby very respectfully request an extension for submitting the documentation in support of my claim.

I have been affected emotionally and have been limited by the seismic activity that has been occurring in the southern area of the island.

I have not had access to the supporting documentation as it is located within my residence and I have been living outside of it. I am grateful for your consideration.

        Thank you in advance,
        Minerva Quiñones Sanchez

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

.TS Doc#:11985-1 Filed:02/28/20 Entered:03/03/20
Envelope Page 1 of 1



[Envelope page, 1 of 1]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 116567 - ECF No. 11985 - Mailing Response

Signed this 9th day of November 2020



Andreea I. Boscor

