# EXHIBIT 7

January 24, 2020

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | This filing relates to the Commonwealth, HTA, and ERS |
| Debtors. | |

The reason for joining the Omnibus Objection is that the government of Puerto Rico used my contributions to the Retirement System without a formal authorization or request. That money was used for payment to Creditors of the Government of Puerto Rico.

We respectfully request of this Court that this money be returned.

*Inés M. Rivera Rosario*
R.R. #1 Box 33 CCC
Carolina P.R. 00983

165179
152339

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

February 28, 2020

To whom it may concern:

Promesa 3

I appreciate being considered as I have sent my documents at this time.

A situation arose which made it impossible for me to send my documents on time.

Thank you,

*Inés M. Rivera Rosario*
Inés M. Rivera Rosario

RR#1 Box 33ccc
Carolina, P.R. 00983
165 179
152 339

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## One Hundred and Forty-Fifth Omnibus Objection
### Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | RIVERA ROSARIO, INES M.<br>RR HI...<br>BOX 33CC<br>CAROLINA, PR 00983 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 165179 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | RIVERA ROSARIO, LUIS<br>55 CALLE #5<br>VILLA EL ENCANTO<br>JUANA DIAZ, PR 00795 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 113007 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | RIVERA ROSARIO, LUIS M.<br>RR 01, BOX 2156<br>ANASCO, PR 00610 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 131856 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | RIVERA ROSARIO, LUIS M.<br>RR 01- BOX 2156<br>ANASCO, PR 00610 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 135592 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | RIVERA ROSSY, ANA C.<br>HC 02 BOX 6651<br>JAYUYA, PR 00664 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 155226 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | RIVERA ROSSY, ELADIO<br>HC 02 BOX 6651<br>JAYUYA, PR 00664 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 135607 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | RIVERA ROSSY, LUZ N.<br>H.C. 02 BOX 6651<br>JAYUYA, PR 00664 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 134551 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## One Hundred and Forty-Fifth Omnibus Objection
### Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 8 | RIVERA ROSA, GLORIA<br>1042 MARIA CADILLA<br>SAN JUAN, PR 00924 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 128757 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 9 | RIVERA ROSADO, ALEXIS<br>HC1 BOX 3334<br>ADJUNTAS, PR 00601 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 133110 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 10 | RIVERA ROSADO, LUIS J.<br>JARDINES DEL CARIBE CALLE 58 #4352<br>PONCE, PR 00728-1165 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 120443 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 11 | RIVERA ROSADO, MARITZA<br>63 CALLE CANAS<br>ADJUNTAS, PR 00601 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 160069 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 12 | RIVERA ROSADO, MARIVELIS<br>C/17 F46 URB. BAYAMON GARDEN<br>BAYAMON, PR 00957 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 155289 | $21,600.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 13 | RIVERA ROSARIO, INES M<br>RR BOX 33 CC<br>CAROLINA, PR 00983 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 152339 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

Proof of Claim Number:
Claimant:       [Handwritten:] *165179*
                [Handwritten:] *152339*

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Answer the four (4) applicable questions and sub-questions. Include as much detail as possible in your answers. **Your answers should provide <u>more</u> information than the initial proof of claim.** For example, if you previously wrote "Act 96" as a basis for your claim, please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim.

Also, if available and applicable to your claim, please provide:

• Copy of an initial brief, such as a Complaint or an Answer;
• An unpaid judgment or settlement agreement;
• Written notice of intent to file a claim with proof of mailing;
• Any documentation that, in your opinion, supports your claim.

Send the completed form and supporting documents **by email** to PRClaimsInfo@primeclerk.com, or **by mail or hand delivery** to the following address:

| By Mail | Hand Delivery or 24-hour Postal Service |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Questionnaire**

**1. What is the basis of your claim?**

☐        A legal action pending or concluded with or against the government of Puerto Rico

☐        Current or previous employment in the government of Puerto Rico

☒        Other (please indicate with the highest level of detail. Attach additional pages if needed.)
[Handwritten:]  *<u>The Government of Puerto Rico made use of our Retirement System contributions</u>*

**2. What is the amount of your claim (how much money you claim is owed):**

_____

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:*
*Claimant:*       [Handwritten:] **165179**
                 [Handwritten:] **152339**

**3. Employment.** Does your claim relate to current or prior employment with the government of Puerto Rico?

☐      No. *Go to Question 4.*
☒      Yes. **Answer questions 3(a)-(d).**

3(a).    Identify the specific agency or department where you work or have worked:
         [Handwritten:] **Dept. of Education**

3(b).    Identify the dates of your employment in relation to your claim:

3(c).    Last four digits of your social security number: _____

3(d).    What is the nature of your employment claims (select all that apply):

       ☐    Pension
       ☐    Unpaid wages
       ☐    Sick days
       ☐    Union Grievance
       ☐    Vacation
       ☒    Other (Provide as much detail as possible. Attach additional pages if necessary).
[Handwritten:] **Deduction of monthly contribution to the Retirement System**
_____

**4. Legal Action.** Is your claim related to a pending or closed legal action?

☒      No.
☐      Yes. **Answer Questions 4(a)-(f).**

4(a).    Identify the department or agency that is a party to the action.
         [Handwritten:] **Department of**

4(b).    Identify the name and address of the court or agency where the action is pending.
         [Handwritten:] **Admin. Retirement System**

4(c).    Case number: [Handwritten:] **17 BK 3283-LTS**

4(d).    Title, caption, or name of the case:
         [Handwritten:] **PROMESA Title III**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:*
*Claimant:*     [Handwritten:] ***165179***
                  [Handwritten:] ***152339***

4(e).    Status of the case (pending, on appeal, or closed):
[Handwritten:] ***Pending resolution***

4(f).    Do you have an unpaid judgment? Yes / <u>No</u> (Check one)
       If yes, what is the date and amount of the judgment?
       [Handwritten:] ***No***

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



[Envelope page, 1 of 1]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

    the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 165179 - ECF No. 12092 - Mailing Response (1)

Signed this 9th day of November 2020



_____
Andreea I. Boscor

