# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | ) PROMESA<br>) Title III<br>) |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | ) No. 17 BK 3283-LTS<br>)<br>) **(Jointly Administered)** |
| As a representative of | ) |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | ) **Re:** ECF Nos. 12474, 13810, 13824<br>)<br>) **Hearing date:** December 9, 2020 at 9:30 a.m. (Atlantic Standard Time) |
| **Debtors.**[1] | ) |

### NOTICE OF FILING OF PROPOSED AGREED AMENDED OMNIBUS ORDER AWARDING INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE EIGHTH INTERIM FEE PERIOD FROM OCTOBER 1, 2019 THROUGH JANUARY 31, 2020 AND PRIOR COMPENSATION PERIODS

The Fee Examiner respectfully files the proposed amended order (the "**Proposed Amended Order**"), attached hereto as **Exhibit A**, regarding the *Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the July 29, 2020 Omnibus Hearing* [Dkt. No. 13810] (the "**Report**"). On July 24, 2020, the Court entered the *Omnibus Order Awarding: I. Interim Allowance of Compensation for Professional Services*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283 LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284 LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567 LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566 LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 LTS) (Last Four Digits of Federal Tax ID: 3747 ) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523 LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to Software limitations).

*Rendered and Reimbursement of Expenses for the Eighth Interim (October 1, 2019–January 31, 2020) and Prior Compensation Periods; II. Final Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Final Fee Period* [Dkt. No. 13824] (the "**Original Order**").

After the Court entered the Original Order, the Fee Examiner became aware of an accounting error affecting the fees awarded to a single professional, Estrella, LLC, Puerto Rico Counsel to the Special Claims Committee. **Exhibit B** hereto is a redline comparison between the Amended Proposed Order Exhibit and the Original Order Exhibit. The Fee Examiner has conferred with Estrella, LLC and they are in agreement with the proposed amended order.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

Dated this 13th day of November, 2020.

          EDGE Legal Strategies, PSC

          *s/Eyck O. Lugo*
          Eyck O. Lugo
          252 Ponce de León Avenue
          Citibank Tower, 12th Floor
          San Juan, PR 00918
          Telephone: (787) 522-2000
          Facsimile: (787) 522-2010

          *Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler (*Pro Hac Vice* Approved)

*Counsel for the Fee Examiner*

23138292.1

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | ) ) ) **PROMESA** |
| | ) **Title III** |
| **THE FINANCIAL OVERSIGHT AND** | ) |
| **MANAGEMENT BOARD FOR PUERTO RICO,** | ) **No. 17 BK 3283-LTS** |
| | ) |
| As a representative of | ) |
| | ) **(Jointly Administered)** |
| **THE COMMONWEALTH OF PUERTO RICO** | ) |
| *et al.*, | ) **Re:** ECF Dkt. Nos. 12474, 13810, 13824 |
| | ) |
| | ) **Hearing Date:** December 9, 2020 at 9:30 a.m. (AST) |
| **Debtors.**[1] | ) |
| | ) |

**PARTIALLY AMENDED OMNIBUS ORDER AWARDING INTERIM ALLOWANCE
OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES FOR THE EIGHTH INTERIM
(OCTOBER 1, 2019-JANUARY 31, 2020) AND PRIOR COMPENSATION PERIODS**

This matter coming before the Court on the *Notice of Filing of Proposed Agreed Amended Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Eighth Interim Fee Period From October 1, 2019 Through January 31, 2020 and prior Compensation Periods* [Dkt. No. ____], the ("**Notice**")), the Applications indicated as "Recommended for Approval" on the attached **Exhibit A**, pursuant to sections 316 and 317 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA), Pub. L. No. 114-187, §§ 316, 317, 130 Stat., 549, 584-85

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(2016), and Rule 2016 of the Local Rules of Bankruptcy Practice and Procedure of the U.S. Bankruptcy Court for the District of Puerto Rico, for the interim allowance of certain fees, including all holdbacks and expenses incurred by the Applicants for the specific period of time set forth in each of the Applications (the "**Compensation Periods**"); filed in accordance with the *Order Setting Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 1150] (the "**Interim Compensation Order**"); the *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 1715] (the "**First Amended Interim Compensation Order**"); the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269] (the "**Second Amended Interim Compensation Order**"); the *Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] (the "**Fee Examiner Order**"); and the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 3324] (the "**First Amended Fee Examiner Order**"); and the Court having reviewed the Applications and/or the report filed by the Fee Examiner with respect to the Applications [*see* Dkt. No. 13810]; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to PROMESA section 306(a); and (b) notice of the Applications and the hearing thereon being adequate under the circumstances; and (c) all parties with notice of the Applications having been afforded the opportunity to be heard on the Applications; now therefore

    IT IS HEREBY ORDERED THAT:

    1.    The Applications are GRANTED on an interim basis as set forth on the attached **Exhibit A**.

2

2. The Applicants are allowed (a) interim compensation for services rendered during the Compensation Periods and (b) interim reimbursement for actual and necessary expenses incurred during the Compensation Periods, each in the respective and adjusted amounts set forth on the attached **Exhibit A**, including, except as otherwise indicated, any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay the Applicants 100 percent of the fees and 100 percent of the expenses listed on **Exhibit A** under the columns "Interim Fees Recommended for Approval" and "Interim Expenses Recommended for Approval," respectively, for services rendered and expenses incurred during the Compensation Periods.

SO ORDERED.

Dated: November ____, 2020

                                              LAURA TAYLOR SWAIN
                                              United States District Judge

23138265.1

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Third - Eighth Fee Interim Fee Period Applications Recommended for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Third Interim Fee Period (February 1 - May 31, 2018)* | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 1 | **Citigroup Global Markets Inc. [Dkt. No. 4020]** | 2/01 - 5/31/2018 | $ 1,803,571.43 | $ - | $ 40,912.98 | $ 10,399.02 | $ 1,803,571.43 | $ 30,513.96 |
| | *Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)* | | | | | | | |
| | *Advisor to the FOMB - Commonwealth* | | | | | | | |
| 2-a | **Alvarez & Marsal North America, LLC [Dkt. No. 12280]** | 10/1/2019 - 1/31/2020 | $ 2,072,030.49 | $ 1,152.00 | $ 16,879.67 | $ 313.55 | $ 2,070,878.49 | $ 16,566.12 |
| | *Advisor to the FOMB - ERS* | | | | | | | |
| 2-b | **Alvarez & Marsal North America, LLC [Dkt. No. 12282 and 17-3566 Dkt. No. 833]** | 10/1/2019 - 1/31/2020 | $ 234,799.56 | $ - | $ - | $ - | $ 234,799.56 | $ - |
| | *Advisor to the FOMB - HTA* | | | | | | | |
| 2-c | **Alvarez & Marsal North America, LLC [Dkt. No. 12284 and 17-3567 Dkt. No. 735]** | 10/1/2019 - 1/31/2020 | $ 52,338.69 | $ - | $ - | $ - | $ 52,338.69 | $ - |
| | *Puerto Rico Counsel to the Official Committee of Retired Employees* | | | | | | | |
| 3 | **Bennazar Garcia & Milan, C.S.P. [Dkt. No. 12361]** | 10/1/2019 - 1/31/2020 | $ 316,465.00 | $ 487.50 | $ 5,289.47 | $ - | $ 315,977.50 | $ 5,289.47 |
| | *Consulting Services to the FOMB - PREPA* | | | | | | | |
| 4 | **Berkeley Research Group, LLC [Dkt. No. 12358]** | 10/1/2019 - 1/31/2020 | $ 743,847.75 | $ 126.00 | $ 23,412.59 | $ 3,755.30 | $ 743,721.75 | $ 19,657.29 |
| | *Economic Consultant to Proskauer Rose as legal counsel to FOMB* | | | | | | | |
| 5 | **Brattle Group, Inc., The [Dkt. No. 12277]** | 10/1/2019 - 1/31/2020 | $ 18,143.25 | $ - | $ - | $ - | $ 18,143.25 | $ - |
| | *Puerto Rico Conflicts Counsel to the FOMB* | | | | | | | |
| 6-a | **Cardona Fernandez, Esq., Ileana C. [Dkt. No. 12403]** | 10/1/2019 - 1/31/2020 | $ 9,945.00 | $ 866.25 | $ - | $ - | $ 9,078.75 | $ - |
| | *Puerto Rico Conflicts Counsel to the FOMB- PREPA* | | | | | | | |
| 6-b | **Cardona Fernandez, Esq., Ileana C. [17-4780 Dkt. No. 1939]** | 10/1/2019 - 1/31/2020 | $ 10,800.00 | $ - | $ 400.00 | $ - | $ 10,800.00 | $ 400.00 |
| | *Puerto Rico Counsel to Official Committee of Unsecured Creditors* | | | | | | | |
| 7 | **Casillas Santiago & Torres LLC [Dkt. No. 12397]** | 10/1/2019 - 1/31/2020 | $ 559,558.00 | $ - | $ 12,999.65 | $ - | $ 559,558.00 | $ 12,999.65 |
| | *Financial Advisor to the FOMB - Commonwealth* | | | | | | | |
| 8-a | **DiCicco, Gulman & Company LLP [Dkt. No. 13076]** | 10/1/2019 - 1/31/2020 | $ 1,068,450.00 | $ 14,671.13 | $ - | $ - | $ 1,053,778.87 | $ - |
| | *Financial Advisor to the FOMB - ERS* | | | | | | | |
| 8-b | **DiCicco, Gulman & Company LLP [17-3566 Dkt. No. 902]** | 10/1/2019 - 1/31/2020 | $ 176,700.00 | $ - | $ - | $ - | $ 176,700.00 | $ - |
| | *Financial Advisor to the FOMB - HTA* | | | | | | | |
| 8-c | **DiCicco, Gulman & Company LLP [17-3567 Dkt. No. 800]** | 10/1/2019 - 1/31/2020 | $ 92,400.00 | $ - | $ - | $ - | $ 92,400.00 | $ - |
| | *Financial Advisor to the FOMB - PREPA* | | | | | | | |
| 8-d | **DiCicco, Gulman & Company LLP [17-4780 Dkt. No. 1984]** | 10/1/2019 - 1/31/2020 | $ 212,175.00 | $ - | $ - | $ - | $ 212,175.00 | $ - |
| | *Puerto Rico Counsel to Special Claims Committee* | | | | | | | |
| 9 | **Estrella, LLC [Dkt. No. 12474]** | 9/1 - 12/31/2019 | $ 272,061.00 | $ 19,672.50 | $ 9,605.09 | $ - | $ 252,388.50 | $ 9,605.09 |
| | *Chief Financial Advisor to PREPA* | | | | | | | |
| 10 | **Filsinger Energy Partners [Dkt. No. 12345 AND 17-4780 Dkt. No. 1937]** | 10/1/2019 - 1/31/2020 | $ 1,244,886.86 | $ - | $ 50,645.53 | $ - | $ 1,244,886.86 | $ 50,645.53 |
| | *Financial Advisor for the Official Committee of Retired Employees* | | | | | | | |
| 11 | **FTI Consulting, Inc. [Dkt. No. 12360]** | 10/1/2019 - 1/31/2020 | $ 1,256,489.50 | $ 45,000.00 | $ 136,594.11 | $ - | $ 1,211,489.50 | $ 136,594.11 |
| | *Special Litigation Counsel to Official Committee of Unsecured Creditors* | | | | | | | |
| 12 | **Genovese Joblove & Battista, P.A. [Dkt. No. 12409]** | 10/1/2019 - 1/31/2020 | $ 1,195,830.20 | $ 23,923.80 | $ 33,296.95 | $ - | $ 1,171,906.40 | $ 33,296.95 |
| | *Counsel to the Official Committee of Retired Employees* | | | | | | | |
| 13 | **Jenner & Block LLP [Dkt. No. 12406]** | 10/1/2019 - 1/31/2020 | $ 1,245,646.31 | $ 22,127.72 | $ 62,799.73 | $ 2,000.00 | $ 1,223,518.59 | $ 60,799.73 |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Third - Eighth Fee Interim Fee Period Applications Recommended for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Communications Advisor to Official Committee of Unsecured Creditors* | | | | | | | | |
| 14 | **Kroma Advertising, Inc. [Dkt. No. 12390]** | 9/16/2019 - 1/31/2020 | $ 70,000.00 | $ - | $ - | $ - | $ 70,000.00 | | $ - |
| | *Special Counsel to the FOMB* | | | | | | | | |
| 15 | **Luskin Stern & Eisler LLP [Dkt. No. 12356]** | 10/1/2019 - 1/31/2020 | $ 30,663.00 | $ - | $ 66.91 | $ - | $ 30,663.00 | | $ 66.91 |
| | *Information Agent to the Official Committee of Retired Employees* | | | | | | | | |
| 16 | **Marchand ICS Group [Dkt. No. 12359]** | 10/1/2019 - 1/31/2020 | $ 83,573.50 | $ - | $ 16,315.10 | $ 500.00 | $ 83,573.50 | | $ 15,815.10 |
| | *Counsel to the FOMB* | | | | | | | | |
| 17 | **Munger Tolles & Olson LLP [Dkt. No. 12350]** | 10/1/2019 - 11/30/2019 | $ 209,067.70 | $ 4,362.59 | $ 20,762.73 | $ 2,814.35 | $ 204,705.11 | | $ 17,948.38 |
| | *Special Debt Financing Counsel to PREPA* | | | | | | | | |
| 18 | **Norton Rose Fulbright US LLP [Dkt. No. 12338 and 17-4780 Dkt. No. 1936]** | 6/1 - 30/2019 and 10/1/2019 - 1/31/2020 | $ 94,542.00 | $ - | $ - | $ - | $ 94,542.00 | | $ - |
| | *Members of the Official Committee of Unsecured Creditors* | | | | | | | | |
| 19 | **OCUC, Members - Drivetrain and SEIU [Dkt. No. 12394]** | 11/2019 - 1/2020 | $ - | $ - | $ 3,433.58 | $ 110.00 | $ - | | $ 3,323.58 |
| | *Counsel to Official Committee of Unsecured Creditors* | | | | | | | | |
| 20 | **Paul Hastings LLP [Dkt. No. 12395]** | 10/1/2019 - 1/31/2020 | $ 5,788,714.00 | $ 147,263.58 | $ 281,132.48 | $ 99.18 | $ 5,641,450.42 | FN1 | $ 281,033.30 |
| | *Financial Advisor to the Mediation Team* | | | | | | | | |
| 21 | **Phoenix Management Services, LLC [Dkt. No. 12355]** | 9/30 - 2/2/2020 | $ 205,735.70 | $ 780.00 | $ 5,175.17 | $ - | $ 204,955.70 | | $ 5,175.17 |
| | *Actuaries and Consultants to the Official Committee of Retired Employees* | | | | | | | | |
| 22 | **Segal Consulting [dkt. No. 12384]** | 10/1/2019 - 1/31/2020 | $ 232,900.00 | $ 2,687.71 | $ 2,013.99 | $ 33.96 | $ 230,212.29 | | $ 1,980.03 |
| | *Macroeconomic Consultant to the FOMB* | | | | | | | | |
| 23 | **Wolfe, Andrew [Dkt. No. 12292]** | 10/1/2019 - 1/31/2020 | $ 66,300.00 | $ - | $ 2,250.00 | $ - | $ 66,300.00 | | $ 2,250.00 |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 24 | **Zolfo Cooper, LLC [Dkt. No. 12385]** | 10/1/2019 - 1/31/2020 | $ 1,399,103.00 | $ 34,900.62 | $ 8,762.60 | $ 663.57 | $ 1,342,078.88 | FN2 | $ 8,099.03 |

**FN1** - The Fee Examiner recommends that, for the eighth interim fee period, and only this period, the foregoing stipulated fee reductions, other than $73,343.54, on account of certain negotiated reductions, be included within the overall 20 percent reduction, as agreed by Paul Hastings LLP, in total fees sought by Paul Hastings LLP as part of its final fee application, which fee application is subject to Court approval. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $5,569,743.42 (i.e., $5,788,714.00 minus (a) the aforementioned credit of $73,343.54 and (b) a credit of $145,627.04 for fee reductions pursuant to the order approving Paul Hastings' Sixth Interim Fee Application).

**FN2** - The Fee Examiner and Zolfo Cooper have agreed to provisionally defer $22,123.50 in fees related to the expert report prepared by London Economics International, as discussions with the Fee Examiner on these fees continue.

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Third - Eighth Fee Interim Fee Period Applications Recommended for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Third Interim Fee Period (February 1 - May 31, 2018)* | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 1 | **Citigroup Global Markets Inc. [Dkt. No. 4020]** | 2/01 - 5/31/2018 | $ 1,803,571.43 | $ - | $ 40,912.98 | $ 10,399.02 | $ 1,803,571.43 | $ 30,513.96 |
| | *Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)* | | | | | | | |
| | *Advisor to the FOMB - Commonwealth* | | | | | | | |
| 2-a | **Alvarez & Marsal North America, LLC [Dkt. No. 12280]** | 10/1/2019 - 1/31/2020 | $ 2,072,030.49 | $ 1,152.00 | $ 16,879.67 | $ 313.55 | $ 2,070,878.49 | $ 16,566.12 |
| | *Advisor to the FOMB - ERS* | | | | | | | |
| 2-b | **Alvarez & Marsal North America, LLC [Dkt. No. 12282 and 17-3566 Dkt. No. 833]** | 10/1/2019 - 1/31/2020 | $ 234,799.56 | $ - | $ - | $ - | $ 234,799.56 | $ - |
| | *Advisor to the FOMB - HTA* | | | | | | | |
| 2-c | **Alvarez & Marsal North America, LLC [Dkt. No. 12284 and 17-3567 Dkt. No. 735]** | 10/1/2019 - 1/31/2020 | $ 52,338.69 | $ - | $ - | $ - | $ 52,338.69 | $ - |
| | *Puerto Rico Counsel to the Official Committee of Retired Employees* | | | | | | | |
| 3 | **Bennazar Garcia & Milan, C.S.P. [Dkt. No. 12361]** | 10/1/2019 - 1/31/2020 | $ 316,465.00 | $ 487.50 | $ 5,289.47 | $ - | $ 315,977.50 | $ 5,289.47 |
| | *Consulting Services to the FOMB - PREPA* | | | | | | | |
| 4 | **Berkeley Research Group, LLC [Dkt. No. 12358]** | 10/1/2019 - 1/31/2020 | $ 743,847.75 | $ 126.00 | $ 23,412.59 | $ 3,755.30 | $ 743,721.75 | $ 19,657.29 |
| | *Economic Consultant to Proskauer Rose as legal counsel to FOMB* | | | | | | | |
| 5 | **Brattle Group, Inc., The [Dkt. No. 12277]** | 10/1/2019 - 1/31/2020 | $ 18,143.25 | $ - | $ - | $ - | $ 18,143.25 | $ - |
| | *Puerto Rico Conflicts Counsel to the FOMB* | | | | | | | |
| 6-a | **Cardona Fernandez, Esq., Ileana C. [Dkt. No. 12403]** | 10/1/2019 - 1/31/2020 | $ 9,945.00 | $ 866.25 | $ - | $ - | $ 9,078.75 | $ - |
| | *Puerto Rico Conflicts Counsel to the FOMB- PREPA* | | | | | | | |
| 6-b | **Cardona Fernandez, Esq., Ileana C. [17-4780 Dkt. No. 1939]** | 10/1/2019 - 1/31/2020 | $ 10,800.00 | $ - | $ 400.00 | $ - | $ 10,800.00 | $ 400.00 |
| | *Puerto Rico Counsel to Official Committee of Unsecured Creditors* | | | | | | | |
| 7 | **Casillas Santiago & Torres LLC [Dkt. No. 12397]** | 10/1/2019 - 1/31/2020 | $ 559,558.00 | $ - | $ 12,999.65 | $ - | $ 559,558.00 | $ 12,999.65 |
| | *Financial Advisor to the FOMB - Commonwealth* | | | | | | | |
| 8-a | **DiCicco, Gulman & Company LLP [Dkt. No. 13076]** | 10/1/2019 - 1/31/2020 | $ 1,068,450.00 | $ 14,671.13 | $ - | $ - | $ 1,053,778.87 | $ - |
| | *Financial Advisor to the FOMB - ERS* | | | | | | | |
| 8-b | **DiCicco, Gulman & Company LLP [17-3566 Dkt. No. 902]** | 10/1/2019 - 1/31/2020 | $ 176,700.00 | $ - | $ - | $ - | $ 176,700.00 | $ - |
| | *Financial Advisor to the FOMB - HTA* | | | | | | | |
| 8-c | **DiCicco, Gulman & Company LLP [17-3567 Dkt. No. 800]** | 10/1/2019 - 1/31/2020 | $ 92,400.00 | $ - | $ - | $ - | $ 92,400.00 | $ - |
| | *Financial Advisor to the FOMB - PREPA* | | | | | | | |
| 8-d | **DiCicco, Gulman & Company LLP [17-4780 Dkt. No. 1984]** | 10/1/2019 - 1/31/2020 | $ 212,175.00 | $ - | $ - | $ - | $ 212,175.00 | $ - |
| | *Puerto Rico Counsel to Special Claims Committee* | | | | | | | |
| 9 | **Estrella, LLC [Dkt. No. 12474]** | 9/1 - 12/31/2019 | ~~$288,666.09~~ $272,061.00 | $ 19,672.50 | $ 9,605.09 | $ - | ~~$261,993.59~~ $252,388.50 | $ 9,605.09 |
| | *Chief Financial Advisor to PREPA* | | | | | | | |
| 10 | **Filsinger Energy Partners [Dkt. No. 12345 AND 17-4780 Dkt. No. 1937]** | 10/1/2019 - 1/31/2020 | $ 1,244,886.86 | $ - | $ 50,645.53 | $ - | $ 1,244,886.86 | $ 50,645.53 |
| | *Financial Advisor for the Official Committee of Retired Employees* | | | | | | | |
| 11 | **FTI Consulting, Inc. [Dkt. No. 12360]** | 10/1/2019 - 1/31/2020 | $ 1,256,489.50 | $ 45,000.00 | $ 136,594.11 | $ - | $ 1,211,489.50 | $ 136,594.11 |
| | *Special Litigation Counsel to Official Committee of Unsecured Creditors* | | | | | | | |
| 12 | **Genovese Joblove & Battista, P.A. [Dkt. No. 12409]** | 10/1/2019 - 1/31/2020 | $ 1,195,830.20 | $ 23,923.80 | $ 33,296.95 | $ - | $ 1,171,906.40 | $ 33,296.95 |
| | *Counsel to the Official Committee of Retired Employees* | | | | | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Third - Eighth Fee Interim Fee Period Applications Recommended for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| 13 | **Jenner & Block LLP [Dkt. No. 12406]** | 10/1/2019 - 1/31/2020 | $ 1,245,646.31 | $ 22,127.72 | $ 62,799.73 | $ 2,000.00 | $ 1,223,518.59 | | $ 60,799.73 |
| | *Communications Advisor to Official Committee of Unsecured Creditors* | | | | | | | | |
| 14 | **Kroma Advertising, Inc. [Dkt. No. 12390]** | 9/16/2019 - 1/31/2020 | $ 70,000.00 | $ - | $ - | $ - | $ 70,000.00 | | $ - |
| | *Special Counsel to the FOMB* | | | | | | | | |
| 15 | **Luskin Stern & Eisler LLP [Dkt. No. 12356]** | 10/1/2019 - 1/31/2020 | $ 30,663.00 | $ - | $ 66.91 | $ - | $ 30,663.00 | | $ 66.91 |
| | *Information Agent to the Official Committee of Retired Employees* | | | | | | | | |
| 16 | **Marchand ICS Group [Dkt. No. 12359]** | 10/1/2019 - 1/31/2020 | $ 83,573.50 | $ - | $ 16,315.10 | $ 500.00 | $ 83,573.50 | | $ 15,815.10 |
| | *Counsel to the FOMB* | | | | | | | | |
| 17 | **Munger Tolles & Olson LLP [Dkt. No. 12350]** | 10/1/2019 - 11/30/2019 | $ 209,067.70 | $ 4,362.59 | $ 20,762.73 | $ 2,814.35 | $ 204,705.11 | | $ 17,948.38 |
| | *Special Debt Financing Counsel to PREPA* | | | | | | | | |
| 18 | **Norton Rose Fulbright US LLP [Dkt. No. 12338 and 17-4780 Dkt. No. 1936]** | 6/1 - 30/2019 and 10/1/2019 - 1/31/2020 | $ 94,542.00 | $ - | $ - | $ - | $ 94,542.00 | | $ - |
| | *Members of the Official Committee of Unsecured Creditors* | | | | | | | | |
| 19 | **OCUC, Members - Drivetrain and SEIU [Dkt. No. 12394]** | 11/2019 - 1/2020 | $ - | $ - | $ 3,433.58 | $ 110.00 | $ - | | $ 3,323.58 |
| | *Counsel to Official Committee of Unsecured Creditors* | | | | | | | | |
| 20 | **Paul Hastings LLP [Dkt. No. 12395]** | 10/1/2019 - 1/31/2020 | $ 5,788,714.00 | $ 147,263.58 | $ 281,132.48 | $ 99.18 | $ 5,641,450.42 | FN1 | $ 281,033.30 |
| | *Financial Advisor to the Mediation Team* | | | | | | | | |
| 21 | **Phoenix Management Services, LLC [Dkt. No. 12355]** | 9/30 - 2/2/2020 | $ 205,735.70 | $ 780.00 | $ 5,175.17 | $ - | $ 204,955.70 | | $ 5,175.17 |
| | *Actuaries and Consultants to the Official Committee of Retired Employees* | | | | | | | | |
| 22 | **Segal Consulting [dkt. No. 12384]** | 10/1/2019 - 1/31/2020 | $ 232,900.00 | $ 2,687.71 | $ 2,013.99 | $ 33.96 | $ 230,212.29 | | $ 1,980.03 |
| | *Macroeconomic Consultant to the FOMB* | | | | | | | | |
| 23 | **Wolfe, Andrew [Dkt. No. 12292]** | 10/1/2019 - 1/31/2020 | $ 66,300.00 | $ - | $ 2,250.00 | $ - | $ 66,300.00 | | $ 2,250.00 |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 24 | **Zolfo Cooper, LLC [Dkt. No. 12385]** | 10/1/2019 - 1/31/2020 | $ 1,399,103.00 | $ 34,900.62 | $ 8,762.60 | $ 663.57 | $ 1,342,078.88 | FN2 | $ 8,099.03 |

**FN1** - The Fee Examiner recommends that, for the eighth interim fee period, and only this period, the foregoing stipulated fee reductions, other than $73,343.54, on account of certain negotiated reductions, be included within the overall 20 percent reduction, as agreed by Paul Hastings LLP, in total fees sought by Paul Hastings LLP as part of its final fee application, which fee application is subject to Court approval. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $5,569,743.42 (i.e., $5,788,714.00 minus (a) the aforementioned credit of $73,343.54 and (b) a credit of $145,627.04 for fee reductions pursuant to the order approving Paul Hastings' Sixth Interim Fee Application).

**FN2** - The Fee Examiner and Zolfo Cooper have agreed to provisionally defer $22,123.50 in fees related to the expert report prepared by London Economics International, as discussions with the Fee Examiner on these fees continue.