# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                                      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## SWORN CERTIFICATION REGARDING NOVEMBER 18, 2020 AND NOVEMBER 20, 2020 SATELLITE HEARINGS

I, Mariah Dubin, depose and say that I am employed by Prime Clerk LLC ("Prime Clerk"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2].

On September 29, 2020, this Court entered the *Order Regarding Pending Omnibus Objections to Claims* [ECF No. 14419] (the "Satellite Hearing Procedures Order"), scheduling hearings to consider pending omnibus objections for November 18, 2020, at 9:30 a.m. (Atlantic Standard Time) (the "November 18 Satellite Hearing") and November 20, 2020, at 9:30 a.m.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

(Atlantic Standard Time) (the "November 20 Satellite Hearing," and together with the November 18 Satellite Hearing, the "Satellite Hearings") at Prime Clerk's temporary proof of claim collection center located at Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918 (the "Satellite Site"). *See* Satellite Hearing Procedures Order at 1.

On November 2, 2020, this Court entered the *Order Regarding Notices of Adjourned Omnibus Objections to Claims* [ECF No. 15005] (the "Adjourned Omnibus Objection Order"), which, among other things, directed the Oversight Board, by November 13, 2020, to "file a sworn certification that the arrangements for the Satellite Hearings comply with all applicable health and safety laws and regulations, including any applicable Executive Order relating to COVID-19 prevention measures." Adjourned Omnibus Objection Order at 2.

In accordance with the Adjourned Omnibus Objection Order, I hereby certify, to the best of my knowledge, information and belief, that the arrangements made by Prime Clerk for the Satellite Hearings comply with the applicable health and safety laws and regulations, including any applicable Executive Order relating to COVID-19 prevention measures.

Dated: November 13, 2020

Mariah Dubin

State of New York
County of New York

Subscribed and sworn to before me on November 13, 2020, by Mariah Dubin, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Gabriel Brunswick
Notary Public, State of New York
No. 02BR6323242
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 20, 2023