# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. al.*<br><br>    Debtors[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA")<br><br>    Debtor[2] | PROMESA<br>Title III<br><br>Case No. 17-04780 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

TO THE HONORABLE COURT

    The undersigned hereby certifies that I caused true and correct copies of the *Ninth Interim Fee Application of Filsinger Energy Partners for Allowance of an Administrative Claim for*

---

[1] The Debtors in the relevant Title III cases, along with their respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number are as follows: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

[2] See note 1.

*Compensation and Reimbursement of Expenses Incurred As Chief Financial Advisor to Puerto Rico Electric Power Authority ("PREPA") for the Period from June 1, 2020 through June 30, 2020 and August 17, 2020 through September 30, 2020* as Dkt. No. 15106 in Case No. 17-03283 (LTS) and as Dkt. No. 2292 in Case No. 17-04780 (LTS) (the "Application"), served in the following manner on November 13, 2020:

1. Electronically through the Court's CM/ECF system in Case No. 17-03283 (LTS) and in Case No. 17-04780 (LTS);

2. By email to each of the parties listed in **Exhibit A** attached hereto;

3. By U.S. mail to each of the parties listed in **Exhibit B** attached hereto, and;

4. By FedEx overnight delivery to the chambers of the Honorable Laura Taylor Swain at the United States District Court for the Southern District of New York, Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, Suite 3212, New York, NY 10007.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of November, 2020.

> SANCHEZ LRV LLC
> 270 Muñoz Rivera Avenue, Suite 1110
> San Juan, Puerto Rico 00918
> Tel. 787-522-6776
> Fax 787-522-6777
>
> s/ *Janelle Reyes-Maisonet*
> Janelle Reyes-Maisonet
> USDC-PR 231102
> jreyes@sanchezlrv.com
>
> *Counsel for Filsinger Energy Partners, Inc.*