Sonia Roses Bogal
HC-1 Box 31338
Juana Diaz, P.R. 00795-9757



U.S. POSTAGE PAID
JUANA DIAZ, PR
00795
NOV 10, 20
AMOUNT
$1.20
R2304M110228-01
0000



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767