# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: MARIA R. RODRIGUEZ
Direccion Postal: BOX 3502 – SUITE 088
JUANA DIAZ [R.00795

Teléfono contacto: Res. _____ Cel. 787-408-9616

II. EPIGRAFE

   A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Número de las evidencias por reclamo:

   Ley 124 – Julio 1973 – Aumento de Sueldo
   Ley 89 – Julio 1979 – Retribución Uniforme
   Ley 89 – Julio 1995 – Romerazo
   Ley 134 – Julio 1996 – Aportación Acumulado Retiro
   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 124 – Julio 1973 – Aumento de Sueldo
   Ley 89 – Julio 1979 – Retribución Uniforme
   Ley 89 – Julio 1995 – Romerazo
   Ley 134 – Julio 1996 – Aportación Acumulado Retiro
   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico desde el 15 de enero de 1998 hasta el 1 de agosto de 2018. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

MARIA R. RODRIGUEZ
Nombre en letra de molde

*[signature]*
Firma

RECLAMANTE: MARIA R. RODRIGUEZ
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 104414

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 15 enero de 1998 hasta 1 de agosto de 2018 como PROFESIONAL DE SERVICIO DE ALIMENTOS en el Departamento de la Educación de Puerto Rico – ELA.

| | Cantidad |
|---|---|
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 75,600 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

MARIA R. RODRIGUEZ
Nombre en letra de molde

_Maria R Rods 27/oct/2020_
Firma y fecha

RECLAMANTE: MARIA R. RODRIGUEZ
DIRECCION: BOX 3502-SUITE 088
JUANA DIAZ PR.00795

NUMERO DE RECLAMACION: 104414

Fecha de presentacion (envio): 27 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 27 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como PROFESIONAL DE SERVICIOS DE ALIMENTOS desde 15 de enero de 1998 hasta el 1 de agosto de 2018.
2. El monto adeudado en mi reclamación es de $75,600.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

MARIA R. RODRIGUEZ
Nombre en letra de molde

*[firma]* 27/oct/2020
Firma y fecha