Maria R. Rodriguez
Box 3502 - Suite 088
Juana Diaz P.R. 00795



U.S. POSTAGE PAID
JUANA DIAZ, PR
00795
NOV 10, 20
AMOUNT
$1.20
R2304M110228-01



RECEIVED & FILED
2020 NOV 13 AM 8:11

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan P.R. 00918-1767