**Hearing Date: December 9, 2020 at 9:30.m. (AST)**
**Objection Deadline: November 24, 2020 at 4:00 p.m. (AST)**

### UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | Promesa Title III |
| COMMONWEALTH OF PUERTO RICO | Case No. 17-3283 (LTS) |
| Debtors | Hearing Date: December 9, 2020 at 9:30.m. (AST) |
| | Objection Deadline: November 24, 2020 at 4:00 p.m. (AST) |

### NOTICE OF HEARING ON THE ASSOCIATION OF OWNERS OF THE MEDINA PROFESSIONAL CENTER CONDOMINIUM'S REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE

PLEASE TAKE NOTICE that a hearing on the *Association of Owners of the Medina Professional Center Condominium's Request for Allowance and Payment of Administrative Expense* (the "Motion for Payment of Administrative Expense") filed by the Association of Owners of the Medina Professional Center Condominium will be held before the Honorable Laura Taylor Swain, United States District Judge, on December 9, 2020 at 9:30 a.m. (AST) (the "Hearing").

PLEASE TAKE FURTHER NOTICE that any responses or objections ("Objections") to the Motion for Payment of Administrative Expense by any party shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court (a) by attorneys practicing in the District Court, including attorneys admitted pro hac vice, electronically in accordance with Rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, by submitting a hard copy via mail to the Clerk's Office, United States District Court, Room 150 Federal Building, San Juan, PR 00918-1767 or by hand delivery to the Clerk's Office, United States District Court, 150 Carlos Chardon Avenue, Room 150, San Juan, PR 00918, to the extent applicable, and shall be served in accordance with the Thirteenth Amended Case Management Procedures [Docket No. 13,512, Ex. A], so as to be so filed and received no later than November 24, 2020, 4:00 p.m. (AST) (the "Objection Deadline"), to the following parties:

| | | | |
|---|---|---|---|
| **(i)** | **Chambers of the Honorable Laura Taylor Swain:** | | O'Neill & Borges LLC 250 Muñoz Rivera Ave., Suite 800 San Juan, PR 00918-1813 |
| | United States District Court for the Southern District of New York | | Attn: Hermann D. Bauer, Esq. EMail:hermann.bauer@oneillborges.com |
| | Daniel Patrick Moynihan United States Courthouse | **(vi)** | **Counsel for the Creditors' Committee:** |

|     |     |     |
| --- | --- | --- |
|     | 500 Pearl St., Suite No. 3212<br>New York, New York 10007-1312 | Paul Hastings LLP<br>200 Park Avenue<br>New York, New York 10166<br>Attn: Luc. A. Despins |
| **(ii)** | **Office of the United States Trustee for Region 21** | James Bliss<br>James Worthington<br>E-Mail: lucdespins@paulhastings.com |
|     | Edificio Ochoa, 500<br>Tanca Street, Suite 301<br>San Juan, PR 00901-1922 | jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>alexbongartz@paulhastings.com |
| **(iii)** | **Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF):** | Casillas, Santiago & Torres LLC<br>El Caribe Office Building<br>53 Palmeras Street, Ste. 1601<br>San Juan, Puerto Rico 00901-2419 |
|     | Puerto Rico Fiscal Agency and Financial Advisory Authority<br>Roberto Sánchez Vilella (Minillas) Government Center<br>De Diego Ave. Stop 22<br>San Juan, Puerto Rico 00907 | Attn: Juan J. Casillas Ayala<br>Diana M. Batlle-Barasorda<br>G. Alexander Bongartz<br>Alberto J. E. Añeses Negrón<br><br>Ericka C. Montull-Novoa<br>E-Mail: jcasillas@cstlawpr.com<br>dbatlle@cstlawpr.com |
|     | Attn: Christian Sobrino Vega, Esq.<br>Mohammad Yassin, Esq.<br>E-Mail: CEO@aafaf.pr.gov<br>Mohammad.Yassin@aafaf.pr.gov | aaneses@cstlawpr.com<br>emontull@cstlawpr.com |
|     |     | **(vii)** **Counsel for the Retiree Committee:** |
|     |     | Jenner & Block LLP<br>919 Third Avenue |
| **(iv)** | **Counsel for AAFAF:** | New York, New York 10022<br>Attn: Robert Gordon |
|     | O'Melveny & Myers LLP<br>7 Times Square<br>New York, New York 10036<br>Attn: John J. Rapisardi, Esq.<br>Suzzanne Uhland, Esq.<br>Peter Friedman, Esq.<br>Nancy A. Mitchell, Esq.<br>Maria J. DiConza, Esq.<br>cvelaz@mpmlawpr.com<br>suhland@omm.com<br>pfriedman@omm.com<br>mitchelln@omm.com<br>mdiconza@omm.com | Richard Levin<br>Catherine Steege<br>E-Mail: rgordon@jenner.com<br>rlevin@jenner.com<br>csteege@jenner.com<br><br>Bennazar, García & Milián, C.S.P.<br>Edificio Union Plaza PH-A piso 18<br>Avenida Ponce de León #416<br>Hato Rey, San Juan, Puerto Rico 00918<br>Attn: A.J. Bennazar-Zequeira<br>E-Mail: ajb@bennazar.org |

*In re Commonwealth of PR,* case no. 17-3283
Notice of Hearing on Request for Allowance of Administrative Expense Claim
Page 2

|  |  |  |  |
|---|---|---|---|
|  | malvarez@mpmlawpr.com | **(viii)** | **The entities listed on the List of Creditors Holding the 20 Largest Unsecured Claims in COFINA's Title III Case.** |
|  | Marini Pietrantoni Muñiz LLC<br>MCS Plaza, Suite 500<br>255 Ponce de León Ave.<br>San Juan, PR 00917 | **(ix)** | **Counsel to any other statutory committee appointed in these Title III Cases.** |
|  | Attn: Luis C. Marini-Biaggi, Esq.<br>Carolina Velaz-Rivero Esq.<br>María T. Álvarez-Santos Esq.<br>E-Mail:<br>lmarini@mpmlawpr.com | **(x)** | **List of entities in the Master Service List found in the following link: https://cases.primeclerk.com/puertorico/Home-Index** |
|  | E-Mail: jrapisardi@omm.com | **(xi)** | **any person or entity with a particularized interest in the subject matter of a document** |
| **(v)** | **Counsel for the Oversight Board:** |  |  |
|  | Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>Attn: Martin J. Bienenstock<br>Paul V. Possinger<br>Ehud Barak<br>Maja Zerjal<br>E-mail:<br>mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com |  |  |

PLEASE TAKE FURTHER NOTICE that if an Objection to the Motion for Payment of Administrative Expense is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the District Court may enter an order granting the relief sought without a hearing pursuant to the Thirteenth Amended Case Management Procedures.

PLEASE TAKE FURTHER NOTICE that copies of all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov subject to the procedures and fees set forth therein.

Dated: November 16, 2020

*In re Commonwealth of PR,* case no. 17-3283
Notice of Hearing on Request for Allowance of Administrative Expense Claim
Page 3

    Respectfully submitted,

**CÓRDOVA & DICK, LLC**
Attorneys for the HOA

P.O. Box 194021
San Juan, PR 00919-4021

#403 Calle 12 de Octubre
Urb. El Vedado
San Juan, PR 00918

787 452 6425

*/f/BRIAN M. DICK BIASCOECHEA*
BRIAN M. DICK BIASCOECHEA
RÚA Núm. 18,276

bmd@cordovadick.com

*In re Commonwealth of PR,* case no. 17-3283
Notice of Hearing on Request for Allowance of Administrative Expense Claim
Page 4

**Hearing Date: December 9, 2020 at 9:30.m. (AST)**
**Objection Deadline: November 24, 2020 at 4:00 p.m. (AST)**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | Promesa Title III |
| COMMONWEALTH OF PUERTO RICO | Case No. 17-3283 (LTS) |
| Debtors | Hearing Date: December 9, 2020 at 9:30.m. (AST) |
| | Objection Deadline: November 24, 2020 at 4:00 p.m. (AST) |

**THE ASSOCIATION OF OWNERS OF THE MEDINA PROFESSIONAL CENTER CONDOMINIUM'S REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE**

TO THE HONORABLE COURT:

**COMES NOW**, the Association of Owners of the Medina Professional Center Condominium (the "HOA" and the "Condominium", respectively), by virtue of 11 U.S.C. ("Code") §503, and through the undersigned attorney respectfully states, alleges and prays:

**I.    Introduction**

1.    The HOA respectfully requests payment of post-petition HOA fees owed by the Commonwealth on account of its property in the Condominium, as an administrative expense.

**II.    Facts**

2.    The Commonwealth owns the Fifth Floor Offices in the Condominium.

3.    The Offices are recorded as Lot No. 27,185 in page 31 of Volume 909 of the Río Piedras Norte Property Registry of San Juan, Section II with the following description:

URBANA: PROPIEDAD HORIZONTAL: Fifth Floor. It is a rectangular-shaped area measuring eighty-four feet (84') long and thirty-eight feet (38') wide, making a total area of three thousand three hundred eight (3,368) square feet, equivalent to three hundred thirteen and one hundredth (313.01) square meters. The fifth floor has not been divided for office but could be easily divided. Its boundaries are as follows: on the NORTH, with Arzuaga Street; on the SOUTH, with the property of

Federico Basora; on the EAST, with the property of Hermanos Lagunas; and on the WEST, with Monseñor Torres Street.

4. Ownership of the Offices also includes parking lots nos. 501, 502, 503, 504, 505, 506, 507, 508, 509 y 510.

5. The Commonwealth has 5.1% ownership interest in the common elements of the condominium.

6. **Exhibit A** is a title study of the Fifth Floor Offices.

7. The HOA has approved the maintenance fees collected herein.

8. The HOA filed a Proof of Claim ("POC") for pre-petition HOA fees on May 25, 2018. *See* POC 22747.

9. The HOA's POC has not been objected.

10. The Commonwealth has not paid the HOA fees that have accrued post-petition.

11. By September 11, 2020, the Commonwealth owed the HOA $71,002.94 in post-petition maintenance fees.

12. The Offices accrue per diem maintenance fees of $55.42.

13. **Exhibit B** is a true and correct copy of a statement of account of the Fifth Floor Offices as of September 11, 2020.

14. The Commonwealth leases the Fifth Floor Offices to a non-profit organization called "Jóvenes de Puerto Rico en Riesgo", which translates to "Youth of Puerto Rico at Risk".

15. The maintenance fees cover the following costs:

    a. Security costs, including:

        i. Security guard services

        ii. Door locks

*In re Commonwealth of PR,* case no. 17-3283
Request for Payment of an Administrative Expense
Page 2

       iii. Alarm systems

   b. Cleaning costs, including:

       i. Cleaning equipment and materials

       ii. Cleaning services

   c. Maintenance costs, including:

       i. Elevator maintenance services and materials

       ii. Water pump maintenance and materials

       iii. Electrical equipment maintenance services and materials

       iv. Plumbing equipment maintenance and materials

   d. Administrative costs, including:

       i. Administrator's fees necessary to generally supervise the condominium, coordinate among office owners, communicate with contractors, maintenance service suppliers and Commonwealth agencies, including to obtain permits, services, etc.

       ii. Hazard and General Liability Insurance

       iii. Directors and Officers Insurance

       iv. Legal costs, including attorneys fees

       v. Payment of utilities for common areas.

### III. Discussion

16. The PR Condominium Act requires that all property owners cover their fair share of condominium maintenance costs. *See* Arts. 59 and 60 of Law 129 – 2020.

17. The Court may allow an administrative expense claim for the post-petition cost of preserving the "property of the debtor." *See* Code §503(b)(1)(A) and PROMESA § 305(c)(5).

*In re Commonwealth of PR,* case no. 17-3283
Request for Payment of an Administrative Expense
Page 3

Courts usually assume that HOA fees benefit the property of the debtor because HOAs are typically good judges of the expenses needed to preserve the value of their individual units and the condominiums. *See* 140 A.L.R. 1 §24; *e.g. In re Hill*, 100 BR 907 (ND. Ohio, 1989); *In re Lenz*, 90 BR 458 (DC Colo. 1988); *In re Guillebeaux*, 361 BR 87 (MD NC, 2007). The Court's factual determination on whether the maintenance fees benefit the property of the debtor is therefore somewhat redundant. In any case, the purpose of the HOA fees collected herein is precisely to upkeep, protect and maintain the value of the Offices and the Condominium. Therefore, the HOA fees clearly benefit the debtor's property and therefore fall within the definition of "administrative expense."

18. In sum, the maintenance fees are expenses incurred to preserve the debtor's property. The accrued post-petition HOA fees and the per diem contribution should therefore be allowed and paid as an administrative expense, and the HOA fees should be kept current thereafter. *See* Code §503. A proposed Order is attached hereto as **Exhibit C**.

WHEREFORE, the HOA respectfully requests that the Court allow and order the payment of the accrued post-petition maintenance fees of $71,002.94 up to September 11, 2020, and a *per diem* of $55.42, until the date of payment. The HOA further requests an order against the Commonwealth to keep their HOA fees current thereafter.

Respectfully submitted.

In San Juan, Puerto Rico, November 16, 2020.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify all parties registered through their attorneys of record.

*In re Commonwealth of PR,* case no. 17-3283
Request for Payment of an Administrative Expense
Page 4

**CÓRDOVA & DICK, LLC**
Attorneys for the HOA

P.O. Box 194021
San Juan, PR 00919-4021

#403 Calle 12 de Octubre
Urb. El Vedado
San Juan, PR 00918

787 452 6425

*/f/BRIAN M. DICK BIASCOECHEA*
BRIAN M. DICK BIASCOECHEA
RÚA Núm. 18,276

bmd@cordovadick.com

*In re Commonwealth of PR,* case no. 17-3283
Request for Payment of an Administrative Expense
Page 5

Exhibit A

# Statement

Association of Owners Professional
Medina Center Cond
San Juan, PR 00928-1153

| Date |
|---|
| 9/11/2020 |

| To: |
|---|

DEPARTAMENTO DE EDUCACION
PO BOX 190759
SAN JUAN, PR 00919-0759

| Phone # | Fax # | Amount Due | Amount Enc. |
|---|---|---|---|
| 787-562-1252 | 787-274-2687 | $75,822.94 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 01/01/2017 | INV #6415. Due 01/01/2017. Orig. Amount $964.00. | 964.00 | 964.00 |
| 02/01/2017 | INV #6468. Due 02/01/2017. Orig. Amount $964.00. | 964.00 | 1,928.00 |
| 03/01/2017 | INV #6530. Due 03/01/2017. Orig. Amount $964.00. | 964.00 | 2,892.00 |
| 04/01/2017 | INV #6579. Due 04/01/2017. Orig. Amount $964.00. | 964.00 | 3,856.00 |
| 05/01/2017 | INV #6656. Due 05/01/2017. Orig. Amount $964.00. | 964.00 | 4,820.00 |
| 06/01/2017 | INV #6709. Due 06/01/2017. Orig. Amount $964.00. | 964.00 | 5,784.00 |
| 07/01/2017 | INV #6776. Due 07/01/2017. Orig. Amount $964.00. | 964.00 | 6,748.00 |
| 07/01/2017 | INV #7266. Due 07/01/2017. Orig. Amount $506.10. | 506.10 | 7,254.10 |
| 07/11/2017 | INV #7267. Due 07/11/2018. Orig. Amount $86.74. | 86.74 | 7,340.84 |
| 07/26/2017 | INV #7268. Due 07/26/2017. Orig. Amount $96.40. | 96.40 | 7,437.24 |
| 08/01/2017 | INV #6835. Due 08/01/2017. Orig. Amount $964.00. | 964.00 | 8,401.24 |
| 08/11/2017 | INV #7269. Due 08/11/2017. Document. Amount $101.24. | 101.24 | 8,502.48 |
| 08/26/2017 | INV #7270. Due 08/26/2018. Orig. Amount $96.40. | 96.40 | 8,598.88 |
| 09/01/2017 | INV #6875. Due 09/01/2017. Orig. Amount $964.00. | 964.00 | 9,562.88 |
| 09/11/2017 | INV #7271. Due 09/11/2017. Orig. Amount $115.68. | 115.68 | 9,678.56 |
| 09/26/2017 | INV #7272. Due 09/26/2017. Orig. Amount $96.40. | 96.40 | 9,774.96 |
| 10/11/2017 | INV #7273. Due 10/11/2017. Orig. Amount $130.14. | 130.14 | 9,905.10 |
| 10/26/2017 | INV #7274. Due 10/26/2017. Orig. Amount $96.40. | 96.40 | 10,001.50 |
| 11/01/2017 | INV #6991. Due 11/01/2017. Orig. Amount $964.00. | 964.00 | 10,965.50 |
| 11/11/2017 | INV #7275. Due 11/11/2017. Orig. Amount $144.60. | 144.60 | 11,110.10 |
| 11/26/2017 | INV #7276. Due 11/26/2017. Orig. Amount $96.40. | 96.40 | 11,206.50 |
| 12/01/2017 | INV #6992. Due 12/01/2017. Orig. Amount $964.00. | 964.00 | 12,170.50 |
| 12/11/2017 | INV #7277. Due 12/11/2017. Orig. Amount $231.54. | 231.54 | 12,402.04 |
| 12/26/2017 | INV #7278. Due 12/26/2017. Orig. Amount $96.40. | 96.40 | 12,498.44 |
| 01/01/2018 | INV #7030. Due 01/01/2018. Orig. Amount $964.00. | 964.00 | 13,462.44 |
| 01/11/2018 | INV #7279. Due 01/11/2017. Orig. Amount $173.48. | 173.48 | 13,635.92 |
| 01/26/2018 | INV #7280. Due 01/26/2018. Orig. Amount $96.40. | 96.40 | 13,732.32 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 964.00 | 2,862.23 | 4,819.74 | 67,176.97 | $75,822.94 |

| E-mail |
|---|
| mpcb@dpaccountant.com |

Page 1

Association of Owners Professional
Medina Center Cond
San Juan, PR 00928-1153

# Statement

| Date |
|---|
| 9/11/2020 |

**To:**

DEPARTAMENTO DE EDUCACION
PO BOX 190759
SAN JUAN, PR 00919-0759

| Phone # | Fax # | | Amount Due | Amount Enc. |
|---|---|---|---|---|
| 787-562-1252 | 787-274-2687 | | $75,822.94 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 02/01/2018 | INV #7098. Due 02/01/2018. Orig. Amount $964.00. | 964.00 | 14,696.32 |
| 02/11/2018 | INV #7281. Due 02/11/2018. Orig. Amount $187.98. | 187.98 | 14,884.30 |
| 02/26/2018 | INV #7282. Due 02/26/2018. Orig. Amount $0.01. | 0.01 | 14,884.31 |
| 03/01/2018 | INV #7137. Due 03/01/2018. Orig. Amount $964.00. | 964.00 | 15,848.31 |
| 03/11/2018 | INV #7283. Due 03/11/2018. Orig. Amount $202.44. | 202.44 | 16,050.75 |
| 03/26/2018 | INV #7284. Due 03/26/2018. Orig. Amount $96.40. | 96.40 | 16,147.15 |
| 04/01/2018 | INV #7178. Due 04/01/2018. Orig. Amount $964.00. | 964.00 | 17,111.15 |
| 04/06/2018 | INV #2261. Due 04/06/2018. Orig. Amount $1,542.98. | 1,542.98 | 18,654.13 |
| 04/11/2018 | INV #7285. Due 04/11/2018. Orig. Amount $216.80. | 216.80 | 18,870.93 |
| 04/26/2018 | INV #7286. Due 04/26/2018. Orig. Amount $96.40. | 96.40 | 18,967.33 |
| 05/01/2018 | INV #2328. Due 05/01/2018. Orig. Amount $1,542.98. | 1,542.98 | 20,510.31 |
| 05/01/2018 | INV #7221. Due 05/01/2018. Orig. Amount $964.00. | 964.00 | 21,474.31 |
| 05/11/2018 | INV #7287. Due 05/11/2018. Orig. Amount $254.50. | 254.50 | 21,728.81 |
| 06/01/2018 | INV #7288. Due 06/01/2018. Orig. Amount $964.00. | 964.00 | 22,692.81 |
| 07/01/2018 | INV #7332. Due 07/01/2018. Orig. Amount $964.00. | 964.00 | 23,656.81 |
| 07/11/2018 | INV #7779. Due 07/11/2018. Orig. Amount $268.97. | 268.97 | 23,925.78 |
| 07/26/2018 | INV #7787. Due 07/26/2018. Orig. Amount $192.80. | 192.80 | 24,118.58 |
| 08/01/2018 | INV #7466. Due 08/01/2018. Orig. Amount $964.00. | 964.00 | 25,082.58 |
| 08/11/2018 | INV #7780. Due 08/11/2018. Orig. Amount $292.11. | 292.11 | 25,374.69 |
| 08/26/2018 | INV #7788. Due 08/26/2018. Orig. Amount $96.40. | 96.40 | 25,471.09 |
| 09/01/2018 | INV #7503. Due 09/01/2018. Orig. Amount $964.00. | 964.00 | 26,435.09 |
| 09/11/2018 | INV #7781. Due 09/11/2018. Orig. Amount $306.57. | 306.57 | 26,741.66 |
| 09/26/2018 | INV #7789. Due 09/26/2018. Orig. Amount $96.40. | 96.40 | 26,838.06 |
| 10/01/2018 | INV #7553. Due 10/01/2018. Orig. Amount $964.00. | 964.00 | 27,802.06 |
| 10/11/2018 | INV #7782. Due 10/11/2018. Orig. Amount $321.03. | 321.03 | 28,123.09 |
| 10/26/2018 | INV #7790. Due 10/26/2018. Orig. Amount $96.40. | 96.40 | 28,219.49 |
| 11/01/2018 | INV #7600. Due 11/01/2018. Orig. Amount $964.00. | 964.00 | 29,183.49 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 964.00 | 2,862.23 | 4,819.74 | 67,176.97 | $75,822.94 |

| E-mail |
|---|
| mpcb@dpaccountant.com |

Page 2

Association of Owners Professional
Medina Center Cond.
San Juan, PR 00928-1153

# Statement

| Date |
|---|
| 9/11/2020 |

**To:**

DEPARTAMENTO DE EDUCACION
PO BOX 190759
SAN JUAN, PR 00919-0759

| Phone # | Fax # | Amount Due | Amount Enc. |
|---|---|---|---|
| 787-562-1252 | 787-274-2687 | $75,822.94 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/11/2018 | INV #7783. Due 11/11/2018. Orig. Amount $335.49. | 335.49 | 29,518.98 |
| 11/26/2018 | INV #7791. Due 11/26/2018. Orig. Amount $96.40. | 96.40 | 29,615.38 |
| 12/01/2018 | INV #7658. Due 12/01/2018. Orig. Amount $964.00. | 964.00 | 30,579.38 |
| 12/11/2018 | INV #7784. Due 12/11/2018. Orig. Amount $349.94. | 349.94 | 30,929.32 |
| 12/26/2018 | INV #7794. Due 12/26/2018. Orig. Amount $96.40. | 96.40 | 31,025.72 |
| 01/01/2019 | INV #7699. Due 01/01/2019. Orig. Amount $964.00. | 964.00 | 31,989.72 |
| 01/11/2019 | INV #7785. Due 01/11/2019. Orig. Amount $364.41. | 364.41 | 32,354.13 |
| 01/26/2019 | INV #7793. Due 01/26/2019. Orig. Amount $96.40. | 96.40 | 32,450.53 |
| 02/01/2019 | INV #7740. Due 02/01/2019. Orig. Amount $964.00. | 964.00 | 33,414.53 |
| 02/11/2019 | INV #7786. Due 02/11/2019. Orig. Amount $341.26. | 341.26 | 33,755.79 |
| 02/26/2019 | INV #8190. Due 02/26/2019. Orig. Amount $96.40. | 96.40 | 33,852.19 |
| 03/01/2019 | INV #7795. Due 03/01/2019. Orig. Amount $964.00. | 964.00 | 34,816.19 |
| 03/11/2019 | INV #8185. Due 03/11/2019. Orig. Amount $355.72. | 355.72 | 35,171.91 |
| 03/26/2019 | INV #8191. Due 03/26/2019. Orig. Amount $96.40. | 96.40 | 35,268.31 |
| 04/01/2019 | INV #7834. Due 04/01/2019. Orig. Amount $964.00. | 964.00 | 36,232.31 |
| 04/11/2019 | INV #8186. Due 04/11/2019. Orig. Amount $360.54. | 360.54 | 36,592.85 |
| 04/26/2019 | INV #8192. Due 04/26/2019. Orig. Amount $96.40. | 96.40 | 36,689.25 |
| 05/01/2019 | INV #7881. Due 05/01/2019. Orig. Amount $964.00. | 964.00 | 37,653.25 |
| 05/11/2019 | INV #8187. Due 05/11/2019. Orig. Amount $365.36. | 365.36 | 38,018.61 |
| 05/14/2019 | INV #2379. Due 05/14/2019. Orig. Amount $1,640.08. | 1,640.08 | 39,658.69 |
| 05/26/2019 | INV #8193. Due 05/26/2019. Orig. Amount $260.41. | 260.41 | 39,919.10 |
| 06/01/2019 | INV #2448. Due 06/01/2019. Orig. Amount $1,640.08. | 1,640.08 | 41,559.18 |
| 06/01/2019 | INV #7920. Due 06/01/2019. Orig. Amount $964.00. | 964.00 | 42,523.18 |
| 06/11/2019 | INV #8188. Due 06/11/2019. Orig. Amount $379.82. | 379.82 | 42,903.00 |
| 06/26/2019 | INV #8194. Due 06/26/2019. Orig. Amount $260.41. | 260.41 | 43,163.41 |
| 07/01/2019 | INV #2483. Due 07/01/2019. Orig. Amount $1,640.08. | 1,640.08 | 44,803.49 |
| 07/01/2019 | INV #7981. Due 07/01/2019. Orig. Amount $964.00. | 964.00 | 45,767.49 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 964.00 | 2,862.23 | 4,819.74 | 67,176.97 | $75,822.94 |

| E-mail |
|---|
| mpcb@dpaccountant.com |

Association of Owners Professional
Medina Center Cond.
San Juan, PR 00928-1153

# Statement

**Date**
9/11/2020

**To:**
DEPARTAMENTO DE EDUCACION
PO BOX 190759
SAN JUAN, PR 00919-0759

| Phone # | Fax # |
|---|---|
| 787-562-1252 | 787-274-2687 |

| Amount Due | Amount Enc. |
|---|---|
| $75,822.94 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 07/11/2019 | INV #8189. Due 07/11/2019. Orig. Amount $394.28. | 394.28 | 46,161.77 |
| 07/26/2019 | INV #8195. Due 07/26/2019. Orig. Amount $260.41. | 260.41 | 46,422.18 |
| 08/01/2019 | INV #8022. Due 08/01/2019. Orig. Amount $964.00. | 964.00 | 47,386.18 |
| 08/01/2019 | INV #2502. Due 08/01/2019. Orig. Amount $1,640.08. | 1,640.08 | 49,026.26 |
| 08/26/2019 | INV #8196. Due 08/26/2019. Orig. Amount $260.41. | 260.41 | 49,286.67 |
| 09/01/2019 | INV #8066. Due 09/01/2019. Orig. Amount $964.00. | 964.00 | 50,250.67 |
| 09/26/2019 | INV #8197. Due 09/26/2019. Orig. Amount $96.40. | 96.40 | 50,347.07 |
| 10/01/2019 | INV #8105. Due 10/01/2019. Orig. Amount $964.00. | 964.00 | 51,311.07 |
| 10/26/2019 | INV #8484. Due 10/26/2019. Orig. Amount $96.40. | 96.40 | 51,407.47 |
| 11/01/2019 | INV #8199. Due 11/01/2019. Orig. Amount $964.00. | 964.00 | 52,371.47 |
| 11/26/2019 | INV #8485. Due 11/26/2019. Orig. Amount $96.40. | 96.40 | 52,467.87 |
| 12/01/2019 | INV #8238. Due 12/01/2019. Orig. Amount $964.00. | 964.00 | 53,431.87 |
| 12/26/2019 | INV #8486. Due 12/26/2019. Orig. Amount $96.40. | 96.40 | 53,528.27 |
| 01/01/2020 | INV #8301. Due 01/01/2020. Orig. Amount $964.00. | 964.00 | 54,492.27 |
| 01/26/2020 | INV #8487. Due 01/26/2020. Orig. Amount $96.40. | 96.40 | 54,588.67 |
| 02/01/2020 | INV #8353. Due 02/01/2020. Orig. Amount $964.00. | 964.00 | 55,552.67 |
| 02/10/2020 | INV #8397. Due 02/10/2020. Orig. Amount $1,937.64. | 1,937.64 | 57,490.31 |
| 02/26/2020 | INV #8488. Due 02/26/2020. Orig. Amount $96.40. | 96.40 | 57,586.71 |
| 03/01/2020 | INV #8399. Due 03/01/2020. Orig. Amount $964.00. | 964.00 | 58,550.71 |
| 03/10/2020 | INV #8491. Due 03/10/2020. Orig. Amount $520.56. | 520.56 | 59,071.27 |
| 03/26/2020 | INV #8489. Due 03/26/2020. Orig. Amount $96.40. | 96.40 | 59,167.67 |
| 04/01/2020 | INV #8445. Due 04/01/2020. Orig. Amount $964.00. | 964.00 | 60,131.67 |
| 04/10/2020 | INV #8492. Due 04/10/2020. Orig. Amount $535.02. | 535.02 | 60,666.69 |
| 04/26/2020 | INV #8490. Due 04/26/2020. Orig. Amount $96.40. | 96.40 | 60,763.09 |
| 05/01/2020 | INV #8494. Due 05/01/2020. Orig. Amount $964.00. | 964.00 | 61,727.09 |
| 05/10/2020 | INV #8654. Due 05/10/2020. Orig. Amount $549.48. | 549.48 | 62,276.57 |
| 05/13/2020 | INV #2553. Due 05/13/2020. Orig. Amount $1,638.03. | 1,638.03 | 63,914.60 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 964.00 | 2,862.23 | 4,819.74 | 67,176.97 | $75,822.94 |

| E-mail |
|---|
| mpcb@dpaccountant.com |

Association of Owners Professional
Medina Center Cond.
San Juan, PR 00928-1153

# Statement

| Date |
|---|
| 9/11/2020 |

**To:**

DEPARTAMENTO DE EDUCACION
PO BOX 190759
SAN JUAN, PR 00919-0759

| Phone # | Fax # | Amount Due | Amount Enc. |
|---|---|---|---|
| 787-562-1252 | 787-274-2687 | $75,822.94 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 05/26/2020 | INV #8655. Due 05/26/2020. Orig. Amount $96.40. | 96.40 | 64,011.00 |
| 06/01/2020 | INV #2620. Due 06/01/2020. Orig. Amount $1,638.03. | 1,638.03 | 65,649.03 |
| 06/01/2020 | INV #8534. Due 06/01/2020. Orig. Amount $964.00. | 964.00 | 66,613.03 |
| 06/10/2020 | INV #8656. Due 06/10/2020. Orig. Amount $563.94. | 563.94 | 67,176.97 |
| 06/26/2020 | INV #8657. Due 06/26/2020. Orig. Amount $260.20. | 260.20 | 67,437.17 |
| 07/01/2020 | INV #2658. Due 07/01/2020. Orig. Amount $1,638.03. | 1,638.03 | 69,075.20 |
| 07/01/2020 | INV #8574. Due 07/01/2020. Orig. Amount $964.00. | 964.00 | 70,039.20 |
| 07/10/2020 | INV #8658. Due 07/10/2020. Orig. Amount $1,957.51. | 1,957.51 | 71,996.71 |
| 07/26/2020 | INV #8659. Due 07/26/2020. Orig. Amount $260.20. | 260.20 | 72,256.91 |
| 08/01/2020 | INV #8615. Due 08/01/2020. Orig. Amount $964.00. | 964.00 | 73,220.91 |
| 08/01/2020 | INV #8660. Due 08/01/2020. Orig. Amount $1,638.03. | 1,638.03 | 74,858.94 |
| 09/01/2020 | INV #8675. Due 09/01/2020. Orig. Amount $964.00. | 964.00 | 75,822.94 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 964.00 | 2,862.23 | 4,819.74 | 67,176.97 | $75,822.94 |

| E-mail |
|---|
| mpcb@dpaccountant.com |

Page 5

Exhibit B

# LEGAL OPS, Inc.



P.O. Box 79682
Carolina, PR 00984-9682
Phone: 787-998-2170
Fax: 787-791-1497
www.legalopspr.com
Email: customerservice@legalopspr.com
Join us on Facebook: Legal Ops, Inc

NUESTRA RESPONSABILIDAD POR ERRORES, OMISIONES O NEGLIGENCIA COMETIDA EN EL PROCESO DE INVESTIGACIÓN, RECOPILACIÓN DE INFORMACIÓN Y/O EN LA REDACCIÓN DE ESTUDIOS DE TÍTULO ESTÁ LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TÍTULO. PARA MAYOR PROTECCIÓN DEBERÁ OBTENER UNA PÓLIZA DE TÍTULO Y/O CERTIFICACIÓN REGISTRAL. NO SOMOS RESPONSABLES POR ERRORES DEL REGISTRO O SUS EMPLEADOS.

**ASUNTO**: Quinto Piso – Cond. Medina Professional Center

**SOLICITADO POR**: Lcdo. Brian M. Dick-Biascoechea

**FINCA**: Finca Número 27,185 de Río Piedras Norte
Registro de la Propiedad de Puerto Rico
Sección II de San Juan

**DESCRIPCIÓN**:

URBANA: Propiedad Horizontal: Fifth Floor. It is a rectangular-shaped area measuring eighty four feet (84') long and thirty eight feet (38') wide, making a total area of three thousand three hundred eight (3,368) square feet, equivalent to three hundred thirteen and one hundredth (313.01) square meters. The fifth floor has not been divided for office, but could be easily divided. Its boundaries are as follows: on the **NORTH**, with Arzuaga Street; on the **SOUTH**, with the property of Federico Basora; on the **EAST**, with the property of Hermanos Lagunas; and on the **WEST**, with Monseñor Torres Street.

Le corresponde un cinco punto uno por ciento (5.1%) en los elementos comunes limitados. Le corresponde los espacios de estacionamiento con los números 501, 502, 503, 504, 505, 506, 507, 508, 509 y 510, todos localizados en el tercer piso.

Consta inscrita en su primera (1ª) inscripción al folio número treinta y uno (31) del tomo número novecientos nueve (909) de Río Piedras Norte, finca número veintisiete mil ciento ochenta y cinco (27,185), en el Registro de la Propiedad de Puerto Rico, Sección Segunda de San Juan.

**Número de Catastro:** no se expresa

**TRACTO:**

Se separa de la finca número veintitrés mil cincuenta y cinco (23,055), inscrita al folio número sesenta vuelto (60vto) del tomo número ochocientos treinta (830) de Río Piedras.

**PREVIA:**

Por la escritura número diez (10) otorgada en San Juan el 25 de abril de 1980 ante el notario Raymond Sandoval Alemañy, Government Development Bank for Puerto Rico libera la finca de este número incluyendo los espacios de estacionamiento en consideración a la suma de $51,456.18. Por el propio documento Norberto Medina Realty Corporation, vende la finca objeto de estudio a favor de Fundación Educativa Ana G. Méndez Incorporada por la suma de $229,540.00.

Pág. 2 de 2
Finca 27,184 de Río Piedras Norte

**DOMINIO**:

Consta inscrita a favor del **Estado Libre Asociado de Puerto Rico**, quien adquiere por medio de permuta del anterior titular, Fundación Educativa Ana G. Méndez Incorporada, quien permuta esta finca valorada en $229,540.00 y otra finca valorada en $236,100.00 por una finca propiedad del Estado Libre Asociado de Puerto Rico, valorada en $558,489.00 que no pertenece a la demarcación de este Registro, existiendo una diferencia de $92,849.00 cuya suma la Fundación paga en el acto de otorgamiento de la escritura al Estado Libre Asociado de Puerto Rico; así resulta de la escritura número treinta y dos (32) otorgada en San Juan el 31 de julio de 1980 ante la notaria Carmen Guede Mijares; presentada para su inscripción el 4 de febrero de 1981 al asiento número cuarenta y seis (46) del diario número setecientos setenta y siete (777), e inscrita al folio número treinta y cuatro (34) del tomo número novecientos nueve (909) de Río Piedras Norte, finca número veintisiete mil ciento ochenta y cinco (27,185), en su quinta (5ª) inscripción.

**GRAVÁMENES**:

*Por su procedencia*:

   Libre

*Por si*:

   Libre

**DOCUMENTOS PRESENTADOS Y PENDIENTES DE CALIFICACIÓN**:

No surgen documentos presentados y pendientes de inscripción y despacho bajo la bitácora electrónica de esta finca.

**REVISADOS**:

Registros de Embargos Estatales y Federales, Sentencias, Registro de Gravámenes creados por la Ley 12 digitalizada en el Sistema Karibe y bitácora electrónica bajo número de finca veintisiete mil ciento ochenta y cinco (27,185), a las 11:49 AM hoy 6 de junio de 2019.

*s/Myrna Ortiz Lizardi*
Myrna Ortiz Lizardi
LEGAL OPS, Inc.

**ADVERTENCIA:**

Actualmente el Registro de la Propiedad tiene documentos extendidos en virtud de la Ley 216-2010 en folios móviles con fechas entre el 3 de octubre de 2017 al 28 de febrero de 2018 que no están disponibles al público. Legal Ops, Inc. no se hace responsable por documentos extendidos en estas fechas y que por razones ajenas no estaban presentados bajo la finca objeto de este estudio.

Exhibit C

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | Promesa Title III |
| COMMONWEALTH OF PUERTO RICO | Case No. 17-3283 (LTS) |
| Debtors | |

## [PROPOSED] ORDER ON THE ASSOCIATION OF OWNERS OF THE MEDINA PROFESSIONAL CENTER CONDOMINIUM'S REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE

Upon consideration of the *Association of Owners of the Medina Professional Center Condominium's Request for Payment of Administrative Expense* (the "Motion"), the Court having reviewed the Motion and relief requested therein; the Court having jurisdiction over the Motion pursuant to 28 U.S.C. Section 1331 and 48 U.S.C. Section 2166(a); the Court determining that venue of this proceeding and the Motion in this District is proper under 28 U.S.C. Section 1391(b) and 48 U.S.C. Section 2167(a); notice of the Motion being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. The Administrative Expense Claim filed by the Association of Owners of the Medina Professional Center Condominium is hereby allowed.

3. Payment to the Association of Owners of the Medina Professional Center Condominium of the accrued post-petition maintenance fees of $71,002.94 up to September 11, 2020, plus a per diem of $55.42, accruing thereafter until the date of payment, is hereby ordered.

4. The Commonwealth is hereby ordered to keep their HOA fees current.

Dated: _____, 2021, in San Juan, Puerto Rico.

_____
The Hon. Laura Taylor Swain
UNITED STATES DISTRICT JUDGE