# Exhibit D

### Summary of Segal Consulting Blended Hourly Rates

| Timekeeper Category | Blended Hourly Rate Billed in this Fee Application |
|---|---|
| Senior Vice President | $709 |
| VP & Actuary | $510 |
| Actuary | $434 |
| Consultant | No time this period |
| Analyst | No time this period |
| All Employees | $540 |

Case Name: In re Commonwealth of Puerto Rico, et al.
Case Number: 17 BK 3283-LTS
Applicant's Name: Segal Consulting
Date of Application: November 16, 2020
Interim or Final: Interim