# Exhibit E

### Summary of Segal Consulting Hours Worked and Fees Incurred

| Name | Title | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Billed |
|---|---|---|---:|---:|---:|
| Bridges, Geoffrey W. | Actuary | Pension | 480.00 | 29.60 | 14,208.00 |
| Johnson, Noel | Actuary | Pension | 420.00 | 98.20 | 41,244.00 |
| Nicholl, Kim M. | Senior Vice President | Pension | 730.00 | 71.80 | 52,414.00 |
| Strom, Matthew A. | VP & Actuary | Pension | 580.00 | 11.50 | 6,670.00 |
| Timmons, Amy S. | VP & Sr. Consultant Administration | Pension | 510.00 | 19.40 | 9,894.00 |
| Sub-Total | | | | 230.50 | 124,430.00 |
| Less 50% Discount on Non-Working Travel Matter: | | | | | - |
| Total | | | | | 124,430.00 |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Segal Consulting |
| Date of Application: | November 16, 2020 |
| Interim or Final: | Interim |