# Exhibit G

### Summary of Segal Consulting Hours Worked and Fees Incurred

| Matter | Total Hours Billed | Total Fees |
|---|---:|---:|
| 001 Actuarial Analysis | 126.10 | $ 61,705.00 |
| 002 Research | - | $ - |
| 003 Data Analysis | - | $ - |
| 004 Calls & Meetings with Other Professionals | 52.60 | $ 29,227.00 |
| 005 Preparation of Reports | - | $ - |
| 006 Retirement Committee Meetings | 10.80 | $ 5,868.00 |
| 018 Case Administration | 41.00 | $ 27,630.00 |
| Non-Working Travel Time | - | $ - |
| Subtotal | **230.50** | **$ 124,430.00** |
| Less 50% Discount on Non-working Travel Matter | | $ - |
| Total | | $ 124,430.00 |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Segal Consulting |
| Date of Application: | November 16, 2020 |
| Interim or Final: | Interim |