# <u>EXHIBIT H</u>

**Detailed Time Records for Segal Consulting**



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**July 15, 2020**

INVOICE#  389314

Client Number: 14812

OFFICIAL COMMITTEE OF RETIREES IN THE
COMMONWEALTH OF PUERTO RICO
C/O JENNER & BLOCK LLP

FOR PROFESSIONAL SERVICES RENDERED IN MAINLAND

DURING JUNE 2020:                                                    $45,865.00

DISBURSEMENTS                                              $                -

**TOTAL INVOICE**                                              **$45,865.00**

I herby certify that no public servant of the Department of Treasury is a party to or has any interest
in the gains or benefits derived from the contract that is the basis of this invoice.  The only
consideration for providing services under the contract is the payment agreed upon with the
authorized representatives of the Official Committee of Retirees in the Commonwealth of  Retirees
of the Commonwealth of Puerto Rico.  The amount of this invoice is reasonable.  The services were
rendered and the corresponding payment has not been made.  To the best of my knowledge,
Segal Consulting does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

Kim Nicholl



101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**July 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in June 2020:

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|-------------|--|-------|-------|
| 6/1/2020 | Timmons, Amy S. | Weekly calculator stats | 0.90 | 459.00 |
| 6/5/2020 | Timmons, Amy S. | Renewal of hosting for online calculator site. | 0.30 | 153.00 |
| 6/9/2020 | Timmons, Amy S. | Weekly calculator stats update and distribution | 0.80 | 408.00 |
| 6/11/2020 | Johnson, Noel D. | Review ███████████. | 1.20 | 504.00 |
| 6/12/2020 | Johnson, Noel D. | Discussion and review ████████ █ | 1.30 | 546.00 |
| 6/15/2020 | Johnson, Noel D. | Updates ██████ | 0.90 | 378.00 |
| 6/15/2020 | Timmons, Amy S. | Weekly calculator statistics update and distribution | 1.00 | 510.00 |
| 6/16/2020 | Bridges, Geoffrey W. | Comparing projected ████████████ | 1.10 | 528.00 |
| 6/16/2020 | Johnson, Noel D. | Review of FOMB fiscal plan | 2.10 | 882.00 |
| 6/17/2020 | Johnson, Noel D. | Review of FOMB Fiscal Plan | 3.80 | 1,596.00 |
| 6/17/2020 | Nicholl, Kim M. | Review of changes made ███████████ | 1.30 | 949.00 |
| 6/18/2020 | Nicholl, Kim M. | Review of FOMB Fiscal Plan | 4.20 | 3,066.00 |
| 6/18/2020 | Johnson, Noel D. | Match analysis ███████████ | 3.90 | 1,638.00 |
| 6/19/2020 | Johnson, Noel D. | Match ███████████ | 4.10 | 1,722.00 |
| 6/22/2020 | Johnson, Noel D. | Review of FOMB Fiscal Plan | 1.70 | 714.00 |
| 6/22/2020 | Timmons, Amy S. | Weekly statistics for calculator | 0.90 | 459.00 |
| 6/23/2020 | Bridges, Geoffrey W. | Researching updates ██████████████ | 2.10 | 1,008.00 |
| 6/23/2020 | Johnson, Noel D. | FOMB Fiscal Plan analysis | 4.80 | 2,016.00 |
| 6/23/2020 | Nicholl, Kim M. | Prepare document ██████████████ | 1.30 | 949.00 |
| 6/23/2020 | Nicholl, Kim M. | Review plan of adjustment ██████████ | 2.40 | 1,752.00 |
| 6/24/2020 | Bridges, Geoffrey W. | Updating summary of changes ████████ | 0.30 | 144.00 |
| 6/24/2020 | Johnson, Noel D. | FOMB Fiscal Plan Analysis | 0.50 | 210.00 |
| 6/24/2020 | Nicholl, Kim M. | Review plan of adjustment ██████████ | 1.10 | 803.00 |
| 6/24/2020 | Nicholl, Kim M. | Prepare document ██████████████ | 0.80 | 584.00 |
| 6/29/2020 | Bridges, Geoffrey W. | Reviewing K. Nicholl slides prepared for Retiree Committee meeting. | 0.40 | 192.00 |
| 6/29/2020 | Johnson, Noel D. | FOMB Fiscal Plan analysis | 3.30 | 1,386.00 |
| 6/29/2020 | Nicholl, Kim M. | Work on descriptions ██████████ to be included in presentation to retiree committee | 2.60 | 1,898.00 |
| 6/29/2020 | Timmons, Amy S. | Preparation and distribution of weekly calculator statistics. | 0.80 | 408.00 |
| 6/30/2020 | Johnson, Noel D. | FOMB Fiscal Plan analysis | 1.50 | 630.00 |
| 6/30/2020 | Nicholl, Kim M. | Work on descriptions ████████ to be included in presentation to retiree committee | 0.50 | 365.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 480 | 3.90 | 1,872.00 |
| Johnson, Noel D. | 420 | 29.10 | 12,222.00 |
| Nicholl, Kim M. | 730 | 14.20 | 10,366.00 |
| Timmons, Amy S. | 510 | 4.70 | 2,397.00 |
| Total | | 51.90 | 26,857.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**July 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in June 2020:

Re:  Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|--|-------|-------|
| 6/1/2020 | Strom, Matthew A. | Professional call to discuss | 1.00 | 580.00 |
| 6/1/2020 | Bridges, Geoffrey W. | Professional call to discuss | 1.00 | 480.00 |
| 6/1/2020 | Nicholl, Kim M. | Professional call to discuss | 1.00 | 730.00 |
| 6/1/2020 | Johnson, Noel D. | Professional call to discuss | 1.00 | 420.00 |
| 6/9/2020 | Bridges, Geoffrey W. | Professional call to discuss | 1.30 | 624.00 |
| 6/9/2020 | Nicholl, Kim M. | Professional call to discuss | 1.30 | 949.00 |
| 6/9/2020 | Strom, Matthew A. | Professional call to discuss | 1.30 | 754.00 |
| 6/9/2020 | Johnson, Noel D. | Professional call to discuss | 1.30 | 546.00 |
| 6/12/2020 | Bridges, Geoffrey W. | Call ▮ about ▮ data available | 0.50 | 240.00 |
| 6/12/2020 | Strom, Matthew A. | Call ▮ about ▮ data available | 0.50 | 290.00 |
| 6/15/2020 | Bridges, Geoffrey W. | Professional call to discuss | 1.00 | 480.00 |
| 6/15/2020 | Johnson, Noel D. | Professional call to discuss | 1.00 | 420.00 |
| 6/15/2020 | Nicholl, Kim M. | Professional call to discuss | 1.00 | 730.00 |
| 6/18/2020 | Bridges, Geoffrey W. | Conference call with ▮ Segal staff to discuss updated FOMB fiscal plan. | 0.50 | 240.00 |
| 6/17/2020 | Nicholl, Kim M. | Call ▮ about benefit projections | 0.50 | 365.00 |
| 6/18/2020 | Johnson, Noel D. | Discussion ▮ regarding FOMB Fiscal Plan | 0.50 | 210.00 |

| Date | Name | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 6/22/2020 | Bridges, Geoffrey W. | Professional call to discuss ███████ | 1.20 | 576.00 |
| 6/22/2020 | Johnson, Noel D. | Professional call to discuss ███████ | 1.20 | 504.00 |
| 6/22/2020 | Nicholl, Kim M. | Professional call to discuss ███████ | 1.20 | 876.00 |
| 6/22/2020 | Strom, Matthew A. | Professional call to discuss ███████ | 1.20 | 696.00 |
| 6/29/2020 | Bridges, Geoffrey W. | Professional call to discuss ███████ | 0.50 | 240.00 |
| 6/29/2020 | Johnson, Noel D. | Professional call to discuss ███████ | 0.50 | 210.00 |
| 6/29/2020 | Nicholl, Kim M. | Professional call to discuss ███████ | 0.60 | 438.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480 | 6.00 | 2,880.00 |
| Johnson, Noel D. | 420 | 5.50 | 2,310.00 |
| Nicholl, Kim M. | 730 | 5.60 | 4,088.00 |
| Strom, Matthew A. | 580 | 4.00 | 2,320.00 |
| Total | | 21.10 | 11,598.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**July 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in June 2020:

Re:  Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|-------------|---|------|-------|
| 6/12/2020 | Bridges, Geoffrey W. | Reviewing payments received from Hacienda, attempting to reconcile with invoices sent. | 0.60 | 288.00 |
| 6/15/2020 | Nicholl, Kim M. | Preparation of July budget | 0.90 | 657.00 |
| 6/15/2020 | Nicholl, Kim M. | Preparation of declaration | 1.00 | 730.00 |
| 6/15/2020 | Nicholl, Kim M. | Work on May bill - time in excess of normal time to do client invoice | 3.80 | 2,774.00 |
| 6/16/2020 | Nicholl, Kim M. | Prepare May invoice in Excel format | 0.90 | 657.00 |
| 6/25/2020 | Bridges, Geoffrey W. | Beginning work on preparing schedules for fee application. Pulled in information for February and March invoices. | 0.70 | 336.00 |
| 6/26/2020 | Bridges, Geoffrey W. | Completed draft of ninth fee application. | 4.10 | 1,968.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480.00 | 5.40 | 2,592.00 |
| Nicholl, Kim M. | 730.00 | 6.60 | 4,818.00 |
| Total | | 12.00 | 7,410.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**July 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Bridges, Geoffrey W. | 480.00 | 15.30 | 7,344.00 |
| Johnson, Noel D. | 420.00 | 34.60 | 14,532.00 |
| Nicholl, Kim M. | 730.00 | 26.40 | 19,272.00 |
| Strom, Matthew A. | 580.00 | 4.00 | 2,320.00 |
| Timmons, Amy S. | 510.00 | 4.70 | 2,397.00 |
|  |  | 85.00 | 45,865.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**August 15, 2020**

INVOICE#   391488

Client Number: 14812

OFFICIAL COMMITTEE OF RETIREES IN THE
COMMONWEALTH OF PUERTO RICO
C/O JENNER & BLOCK LLP

FOR PROFESSIONAL SERVICES RENDERED IN MAINLAND

DURING JULY 2020:                                                    $33,423.00

DISBURSEMENTS                                           $                    -

**TOTAL INVOICE**                                        **$33,423.00**

I herby certify that no public servant of the Department of Treasury is a party to or has any interest in the
gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for
providing services under the contract is the payment agreed upon with the authorized representatives
of the Official Committee of Retirees in the Commonwealth of  Retirees of the Commonwealth of Puerto Rico.
The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not
been made.  To the best of my knowledge, Segal Consulting does not have any debts owed to the
Government of Puerto Rico or its instrumentalities.

*Kim Nicholl*

Kim Nicholl

**Benefits, Compensation and HR Consulting. Member of The Segal Group.** Offices throughout the United States and Canada



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

August 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in July 2020:

Re:   Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 7/1/2020 | Johnson, Noel D. | FOMB Fiscal Plan analysis | 1.70 | 714.00 |
| 7/2/2020 | Johnson, Noel D. | FOMB Fiscal Plan Analysis | 2.60 | 1,092.00 |
| 7/7/2020 | Timmons, Amy S. | Weekly calculator statistics - development and distribution | 0.90 | 459.00 |
| 7/9/2020 | Johnson, Noel D. | FOMB Fiscal Plan analysis | 2.30 | 966.00 |
| 7/10/2020 | Johnson, Noel D. | FOMB Fiscal Plan analysis | 1.80 | 756.00 |
| 7/13/2020 | Johnson, Noel D. | FOMB Fiscal Plan analysis | 1.40 | 588.00 |
| 7/13/2020 | Timmons, Amy S. | Preparation and distribution of weekly calculator statistics | 0.80 | 408.00 |
| 7/20/2020 | Timmons, Amy S. | Preparation and distribution of weekly calculator statistics | 0.80 | 408.00 |
| 7/27/2020 | Timmons, Amy S. | Development and distribution of weekly calculator | 0.90 | 459.00 |
| 7/28/2020 | Johnson, Noel D. | FOMB Fiscal Plan analysis | 3.60 | 1,512.00 |
| 7/30/2020 | Johnson, Noel D. | FOMB Fiscal Plan analysis | 2.70 | 1,134.00 |
| 7/31/2020 | Johnson, Noel D. | FOMB Fiscal Plan analysis | 6.10 | 2,562.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Johnson, Noel D. | 420 | 22.20 | 9,324.00 |
| Timmons, Amy S. | 510 | 3.40 | 1,734.00 |
| | | 25.60 | 11,058.00 |

EIN#     13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**August 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in July 2020:

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 7/6/2020 | Nicholl, Kim M. | Professional call to discuss ████ | 1.10 | 803.00 |
| 7/6/2020 | Bridges, Geoffrey W. | Professional call to discuss ████ | 1.10 | 528.00 |
| 7/6/2020 | Strom, Matthew A. | Professional call to discuss ████ | 1.10 | 638.00 |
| 7/13/2020 | Johnson, Noel D. | Professional call to discuss ████ | 0.50 | 210.00 |
| 7/13/2020 | Strom, Matthew A. | Professional call to discuss ████ | 0.50 | 290.00 |
| 7/13/2020 | Nicholl, Kim M. | Professional call to discuss ████ | 0.50 | 365.00 |
| 7/20/2020 | Bridges, Geoffrey W. | Professional call to discuss ████ | 0.80 | 384.00 |
| 7/20/2020 | Johnson, Noel D. | Professional call to discuss ████ | 0.80 | 336.00 |
| 7/20/2020 | Strom, Matthew A. | Professional call to discuss ████ | 0.80 | 464.00 |
| 7/27/2020 | Johnson, Noel D. | Professional call to discuss ████ | 0.80 | 336.00 |
| 7/27/2020 | Strom, Matthew A. | Professional call to discuss ████ | 0.80 | 464.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480 | 1.90 | 912.00 |
| Johnson, Noel D. | 420 | 2.10 | 882.00 |
| Nicholl, Kim M. | 730 | 1.60 | 1,168.00 |
| Strom, Matthew A. | 580 | 3.20 | 1,856.00 |
| | | 8.80 | 4,818.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984 8500
Fax: (312) 896-9364

**August 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in July 2020:

Re:   Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 7/17/2020 | Bridges, Geoffrey W. | Meeting of the Official Retirement Committee | 3.60 | 1,728.00 |
| 7/17/2020 | Johnson, Noel D. | Meeting of the Official Retirement Committee | 3.60 | 1,512.00 |
| 7/17/2020 | Nicholl, Kim M. | Meeting of the Official Retirement Committee | 3.60 | 2,628.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 480.00 | 3.60 | 1,728.00 |
| Johnson, Noel D. | 420.00 | 3.60 | 1,512.00 |
| Nicholl, Kim M. | 730.00 | 3.60 | 2,628.00 |
| | | 10.80 | 5,868.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**August 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in July 2020:

Re:  Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 7/6/2020 | Nicholl, Kim M. | Work on ninth interim fee application | 3.20 | 2,336.00 |
| 7/6/2020 | Bridges, Geoffrey W. | Putting together spreadsheet with unpaid billed amounts. | 0.40 | 192.00 |
| 7/6/2020 | Nicholl, Kim M. | Response to questions from fee examiner | 1.10 | 803.00 |
| 7/13/2020 | Bridges, Geoffrey W. | Reviewing summary from C. Wedoff at Jenner with unpaid invoice amounts. | 0.30 | 144.00 |
| 7/13/2020 | Bridges, Geoffrey W. | Completing draft of fee application, creating hard-coded excel file with exhibits, sending to Jenner. | 1.00 | 480.00 |
| 7/13/2020 | Bridges, Geoffrey W. | Attending conference call with COR professionals to discuss projects and COR meeting on Friday. | 0.50 | 240.00 |
| 7/13/2020 | Nicholl, Kim M. | Work on fee application | 2.40 | 1,752.00 |
| 7/14/2020 | Bridges, Geoffrey W. | Updates to fee application. | 0.80 | 384.00 |
| 7/14/2020 | Nicholl, Kim M. | Work on June invoice - time in excess of normal time for billing | 4.20 | 3,066.00 |
| 7/15/2020 | Nicholl, Kim M. | Bill in excel format | 0.70 | 511.00 |
| 7/15/2020 | Nicholl, Kim M. | Budget for August | 0.90 | 657.00 |
| 7/15/2020 | Nicholl, Kim M. | Declaration | 1.00 | 730.00 |
| 7/22/2020 | Bridges, Geoffrey W. | Reviewing payments received against invoices, summarizing underpayments due to special contributions. | 0.80 | 384.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480.00 | 3.80 | 1,824.00 |
| Nicholl, Kim M. | 730.00 | 13.50 | 9,855.00 |
| | | 17.30 | 11,679.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

August 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480.00 | 9.30 | 4,464.00 |
| Johnson, Noel D. | 420.00 | 27.90 | 11,718.00 |
| Nicholl, Kim M. | 730.00 | 18.70 | 13,651.00 |
| Strom, Matthew A. | 580.00 | 3.20 | 1,856.00 |
| Timmons, Amy S. | 510.00 | 3.40 | 1,734.00 |
| | | 62.50 | 33,423.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**September 15, 2020**

INVOICE#   393199

Client Number: 14812

OFFICIAL COMMITTEE OF RETIREES IN THE
COMMONWEALTH OF PUERTO RICO
C/O JENNER & BLOCK LLP

FOR PROFESSIONAL SERVICES RENDERED IN MAINLAND

DURING AUGUST 2020:                                          $37,262.00

DISBURSEMENTS                                        $                -

**TOTAL INVOICE**                                        **$37,262.00**

I herby certify that no public servant of the Department of Treasury is a party to or has any interest
in the gains or benefits derived from the contract that is the basis of this invoice.  The only
consideration for providing services under the contract is the payment agreed upon with the authorized
representatives of the Official Committee of Retirees in the Commonwealth of  Retirees of the Commonwealth
of Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding
payment has not been made.  To the best of my knowledge, Segal Consulting does not have any debts
owed to the Government of Puerto Rico or its instrumentalities.

Kim Nicholl



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

September 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in August 2020:

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 8/3/2020 | Timmons, Amy S. | Preparation and distribution of weekly and life-to-date calculator statistics | 0.80 | 408.00 |
| 8/5/2020 | Johnson, Noel D. | ██████████ analysis | 7.90 | 3,318.00 |
| 8/7/2020 | Johnson, Noel D. | ██████████ analysis ██████████ | 3.60 | 1,512.00 |
| 8/10/2020 | Timmons, Amy S. | Preparation and distribution of weekly calculator statistics | 1.10 | 561.00 |
| 8/14/2020 | Timmons, Amy S. | Response to additional questions ██████ regarding life-to-date calculator statistics | 1.30 | 663.00 |
| 8/17/2020 | Nicholl, Kim M. | Review of questions █████████████████ ███████████ | 2.20 | 1,606.00 |
| 8/17/2020 | Nicholl, Kim M. | Discussing questions ███████████ with other Segal staff. | 0.50 | 365.00 |
| 8/17/2020 | Strom, Matthew A. | Discussing questions ██████████ with other Segal staff. | 0.50 | 290.00 |
| 8/17/2020 | Johnson, Noel D. | Discussing questions ██████████ with other Segal staff. | 0.50 | 210.00 |
| 8/17/2020 | Bridges, Geoffrey W. | Discussing questions ██████████ with other Segal staff. | 0.50 | 240.00 |
| 8/17/2020 | Timmons, Amy S. | Development and distribution of weekly calculator statistics, attendance on weekly status call ████████ | 1.10 | 561.00 |
| 8/18/2020 | Nicholl, Kim M. | Research questions ███████████ | 3.10 | 2,263.00 |
| 8/18/2020 | Johnson, Noel D. | Review of request ███████████ | 2.90 | 1,218.00 |
| 8/19/2020 | Nicholl, Kim M. | Research items related to questions ████████ ████ | 2.10 | 1,533.00 |
| 8/21/2020 | Johnson, Noel D. | Response to requests ██████████ | 4.30 | 1,806.00 |
| 8/24/2020 | Timmons, Amy S. | Preparation and distribution of weekly calculator statistics | 0.90 | 459.00 |
| 8/27/2020 | Johnson, Noel D. | Analysis related to questions ███████████ | 5.20 | 2,184.00 |
| 8/28/2020 | Johnson, Noel D. | Analysis of ██████████ ██████████ | 6.20 | 2,604.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480.00 | 0.50 | 240.00 |
| Johnson, Noel D. | 420.00 | 30.60 | 12,852.00 |
| Nicholl, Kim M. | 730.00 | 7.90 | 5,767.00 |
| Strom, Matthew A. | 580.00 | 0.50 | 290.00 |
| Timmons, Amy S. | 510.00 | 5.20 | 2,652.00 |
| | | 44.70 | 21,801.00 |

EIN#    13-1975125

 Segal

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

September 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in August 2020:

Re:  Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 8/3/2020 | Nicholl, Kim M. | Professional call to discuss communications iniative █ | 1.00 | 730.00 |
| 8/3/2020 | Johnson, Noel D. | Professional call to discuss communications iniative █ | 1.00 | 420.00 |
| 8/3/2020 | Bridges, Geoffrey W. | Professional call to discuss communications iniative █ | 1.00 | 480.00 |
| 8/3/2020 | Strom, Matthew A. | Professional call to discuss communications iniative █ | 1.00 | 580.00 |
| 8/4/2020 | Nicholl, Kim M. | FOMB 20th Public Board Meeting on Livestream.com | 2.00 | 1,460.00 |
| 8/7/2020 | Timmons, Amy S. | Call with Male, Jorge, Maria, and Ana to discuss life-to-date calculator results | 0.50 | 255.00 |
| 8/13/2020 | Timmons, Amy S. | Follow up call with Male, Jorge, Maria, and Ana to discuss life-to-date calculator results | 0.80 | 408.00 |
| 8/17/2020 | Strom, Matthew A. | Professional call to discuss █████████ | 0.90 | 522.00 |
| 8/17/2020 | Johnson, Noel D. | Professional call to discuss █████████ | 0.90 | 378.00 |
| 8/17/2020 | Timmons, Amy S. | Professional call to discuss █████████ | 0.90 | 459.00 |
| 8/17/2020 | Bridges, Geoffrey W. | Professional call to discuss █████████ | 0.90 | 432.00 |
| 8/17/2020 | Nicholl, Kim M. | Professional call to discuss █████████ | 0.90 | 657.00 |
| 8/19/2020 | Johnson, Noel D. | Conference call with FTI █████ | 1.00 | 420.00 |
| 8/19/2020 | Bridges, Geoffrey W. | Conference call with FTI █████ | 1.00 | 480.00 |
| 8/19/2020 | Strom, Matthew A. | Conference call with FTI █████ | 1.00 | 580.00 |
| 8/19/2020 | Nicholl, Kim M. | Conference call with FTI █████ | 1.00 | 730.00 |
| 8/24/2020 | Bridges, Geoffrey W. | Professional call to discuss updates on bankruptcy, timeline for meeting with retiree committee, and communications iniative █ | 0.70 | 336.00 |
| 8/24/2020 | Johnson, Noel D. | Professional call to discuss updates on bankruptcy, timeline for meeting with retiree committee, and communications iniative █ | 0.70 | 294.00 |
| 8/24/2020 | Nicholl, Kim M. | Professional call to discuss updates on bankruptcy, timeline for meeting with retiree committee, and communications iniative █ | 0.70 | 511.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 480.00 | 3.60 | 1,728.00 |
| Johnson, Noel D. | 420.00 | 3.60 | 1,512.00 |
| Nicholl, Kim M. | 730.00 | 5.60 | 4,088.00 |
| Strom, Matthew A. | 580.00 | 2.90 | 1,682.00 |
| Timmons, Amy S. | 510.00 | 2.20 | 1,122.00 |
| | | 17.90 | 10,132.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**September 15, 2020**

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in August 2020:

Re:   Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|-----------|--|-------|-------|
| 8/12/2020 | Nicholl, Kim M. | Preparation of July bill - time in excess of normal time to do invoice | 4.30 | 3,139.00 |
| 8/17/2020 | Nicholl, Kim M. | Prepare invoice in Excel format | 1.10 | 803.00 |
| 8/17/2020 | Nicholl, Kim M. | Preparation of September budget | 0.80 | 584.00 |
| 8/17/2020 | Nicholl, Kim M. | Preparation of declaration | 1.10 | 803.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Nicholl, Kim M. | 730.00 | 7.30 | 5,329.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

September 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480.00 | 4.10 | 1,968.00 |
| Johnson, Noel D. | 420.00 | 34.20 | 14,364.00 |
| Nicholl, Kim M. | 730.00 | 20.80 | 15,184.00 |
| Strom, Matthew A. | 580.00 | 3.40 | 1,972.00 |
| Timmons, Amy S. | 510.00 | 7.40 | 3,774.00 |
|  |  | 69.90 | 37,262.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**October 15, 2020**

INVOICE#   395729

Client Number: 14812

OFFICIAL COMMITTEE OF RETIREES IN THE
COMMONWEALTH OF PUERTO RICO
C/O JENNER & BLOCK LLP

FOR PROFESSIONAL SERVICES RENDERED IN MAINLAND

DURING SEPTEMBER 2020:                                    $7,880.00

DISBURSEMENTS                               $              -

**TOTAL INVOICE**                                      **$7,880.00**

I herby certify that no public servant of the Department of Treasury is a party to or has any interest in
the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration
for providing services under the contract is the payment agreed upon with the authorized
representatives of the Official Committee of Retirees in the Commonwealth of  Retirees of the Commonwealth
of Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding
payment has not been made.  To the best of my knowledge, Segal Consulting does not have any debts
owed to the Government of Puerto Rico or its instrumentalities.

Kim Nicholl



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**October 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in September 2020:

Re:   Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 9/8/2020 | Timmons, Amy S. | Updating of weekly calculator statistics and distribution of info | 0.70 | 357.00 |
| 9/14/2020 | Timmons, Amy S. | Weekly update of calculator statistics and distribution of report | 0.90 | 459.00 |
| 9/21/2020 | Timmons, Amy S. | Preparation and distribution of weekly calculator statistics | 0.70 | 357.00 |
| 9/28/2020 | Timmons, Amy S. | Preparation and distribution of weekly statistics, review of calculator requested enhancements | 1.10 | 561.00 |
| 9/29/2020 | Timmons, Amy S. | Discuss calculator enhancements with developer | 0.50 | 255.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Timmons, Amy S. | 510.00 | 3.90 | 1,989.00 |
| Total | | 3.90 | 1,989.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**October 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in September 2020:

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 9/8/2020 | Bridges, Geoffrey W. | Professional call to discuss status of the plan of adjustment, the 9/16 omnibus hearing, communication initiative and litigation matters | 0.90 | 432.00 |
| 9/8/2020 | Johnson, Noel D. | Professional call to discuss status of the plan of adjustment, the 9/16 omnibus hearing, communication initiative and litigation matters | 0.90 | 378.00 |
| 9/8/2020 | Nicholl, Kim M. | Professional call to discuss status of the plan of adjustment, the 9/16 omnibus hearing, communication initiative and litigation matters | 0.90 | 657.00 |
| 9/8/2020 | Strom, Matthew A. | Professional call to discuss status of the plan of adjustment, the 9/16 omnibus hearing, communication initiative and litigation matters | 0.90 | 522.00 |
| 9/14/2020 | Nicholl, Kim M. | Professional call to discuss the FOMB status report, AAFAF status report, communications intiative and litigation | 0.60 | 438.00 |
| 9/14/2020 | Johnson, Noel D. | Professional call to discuss the FOMB status report, AAFAF status report, communications intiative and litigation | 0.60 | 252.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 480.00 | 0.90 | 432.00 |
| Johnson, Noel D. | 420.00 | 1.50 | 630.00 |
| Nicholl, Kim M. | 730.00 | 1.50 | 1,095.00 |
| Strom, Matthew A. | 580.00 | 0.90 | 522.00 |
| Total | | 4.80 | 2,679.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

October 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in September 2020:

Re:   Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 9/14/2020 | Nicholl, Kim M. | Work on August invoice - time in excess of time normally needed to prepare bill, including updating spreadsheets so that the billing department can prepare the invoice in required format, creating an excel file of the invoice | 2.80 | 2,044.00 |
| 9/14/2020 | Nicholl, Kim M. | Prepare declaration | 0.70 | 511.00 |
| 9/14/2020 | Nicholl, Kim M. | Prepare budget for October | 0.90 | 657.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Nicholl, Kim M. | 730.00 | 4.40 | 3,212.00 |
| Total | | 4.40 | 3,212.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

October 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480.00 | 0.90 | 432.00 |
| Johnson, Noel D. | 420.00 | 1.50 | 630.00 |
| Nicholl, Kim M. | 730.00 | 5.90 | 4,307.00 |
| Strom, Matthew A. | 580.00 | 0.90 | 522.00 |
| Timmons, Amy S. | 510.00 | 3.90 | 1,989.00 |
|  |  | 13.10 | 7,880.00 |

EIN#    13-1975125