# EXHIBIT D

### Summary of Marchand ICS Group Hours Worked and Fees Incurred

| Name of Professional | Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---:|---:|---:|
| Ferdinand Díaz | Project Manager | $125.00 | 4.00 | $500.00 |
| Jorge Marchand | Principal | $175.00 | 350.50 | $61,337.50 |
| Male Noguera | Media Manager | $95.00 | 265.00 | $25,175.00 |
| María Schell | Business Editor | $110.00 | 332.90 | $36,619.00 |
| **Total** | | | **952.40** | **$123,631.50** |