# **EXHIBIT F**

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| Project Meetings | 338.80 | $46,157.00 |
| Project Management | 464.50 | $63,310.00 |
| Website Development and Management | 149.10 | $14,164.50 |
| **Total** | **952.40** | **$123,631.50** |