# **EXHIBIT H**

**Detailed Expense Records for Marchand ICS Group**

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From June 1 to June 30, 2020**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 6/8/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.00 |
| 6/20/2020 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 6/23/2020 | Constant Contact | Email Marketing Tool - ▬▬▬▬▬, and other communications to the ORC registered retiree database) | 877.50 |
| 6/23/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 605.16 |
| 6/27/2020 | LogMeIn/Open Voige | LogMeIn / Open Voice Coference Call Services Suscription for the ORC | 91.04 |
| | | *Total:* | **2,473.70** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From July 1 to July 31, 2020**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---:|
| 7/15/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.51 |
| 7/20/2020 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 7/23/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 387.63 |
| 7/27/2020 | LogMeIn/Open Voige | LogMeIn / Open Voice Coference Call Services Suscription for the ORC | 70.72 |
| | | *Total:* | **1,358.86** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From August 1 to August 31, 2020**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 8/5/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.00 |
| 8/5/2020 | Uno Radio Group | ORC Weekly Radio Program (10 pre-recorded programs at Noti Uno Radio) | 4,000.00 |
| 8/16/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.00 |
| 8/20/2020 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 8/22/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 375.53 |
| 8/27/2020 | LogMeIn/Open Voige | LogMeIn / Open Voice Coference Call Services Suscription for the ORC | 191.76 |
| | | *Total:* | **6,267.29** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From September 1 to September 30, 2020**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 9/4/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.00 |
| 9/18/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.00 |
| 9/22/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 57.76 |
| 9/22/2020 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 9/27/2020 | LogMeIn/Open Voige | LogMeIn / Open Voice Coference Call Services Suscription for the ORC | 44.40 |
| | | *Total:* | **1,802.16** |