**EXHIBIT B**

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY PROFESSIONAL BY LOCATION
FOR THE PERIOD JUNE 1, 2020 TO SEPTEMBER 30, 2020**

| Professional | Position | Blended Billing Rate | Mainland Hours | Mainland Fees | On-island Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|
| Collura, Lisa | Sr Managing Dir | $ 985 | 28.3 | $ 27,875.50 | - | $ - | 28.3 | $ 27,875.50 |
| Greenblatt, Matthew | Sr Managing Dir | 985 | 13.1 | 12,903.50 | - | - | 13.1 | 12,903.50 |
| Gumbs, Sean | Sr Managing Dir | 1,125 | 150.0 | 168,750.00 | - | - | 150.0 | 168,750.00 |
| Heeren, Ana | Sr Managing Dir | 925 | 30.8 | 28,490.00 | - | - | 30.8 | 28,490.00 |
| Rivera, Juan | Sr Managing Dir | 925 | 8.3 | 7,677.50 | - | - | 8.3 | 7,677.50 |
| Grunwald Kadar, Andrea [1] | Managing Dir | 915 | 165.0 | 150,975.00 | - | - | 165.0 | 150,975.00 |
| Park, Ji Yon | Managing Dir | 905 | 24.0 | 21,720.00 | - | - | 24.0 | 21,720.00 |
| Garcia Pelaez, Andres | Senior Director | 650 | 23.7 | 15,405.00 | - | - | 23.7 | 15,405.00 |
| Fitschen, Ernst | Director | 705 | 349.2 | 246,186.00 | - | - | 349.2 | 246,186.00 |
| Schwartz, Justin | Director | 550 | 2.0 | 1,100.00 | - | - | 2.0 | 1,100.00 |
| Sombuntham, Natalie | Director | 735 | 261.8 | 192,423.00 | - | - | 261.8 | 192,423.00 |
| Maassen, Thomas | Sr. Consultant | 490 | 0.2 | 98.00 | - | - | 0.2 | 98.00 |
| Smotkin, Lauren | Sr. Consultant | 450 | 10.0 | 4,500.00 | - | - | 10.0 | 4,500.00 |
| Coryea, Karoline | Consultant | 350 | 3.3 | 1,155.00 | - | - | 3.3 | 1,155.00 |
| Gower, Connor | Consultant | 380 | 227.1 | 86,298.00 | - | - | 227.1 | 86,298.00 |
| Ji, Yuhan | Consultant | 315 | 96.8 | 30,492.00 | - | - | 96.8 | 30,492.00 |
| Newton, Emilie | Consultant | 350 | 14.8 | 5,180.00 | - | - | 14.8 | 5,180.00 |
| Roussinov, Georgi | Consultant | 300 | 2.8 | 840.00 | - | - | 2.8 | 840.00 |
| Velez, Hannah | Consultant | 350 | 35.7 | 12,495.00 | - | - | 35.7 | 12,495.00 |
| Zhang, Ye | Consultant | 380 | 57.4 | 21,812.00 | - | - | 57.4 | 21,812.00 |
| Hellmund-Mora, Marili | Project Asst | 280 | 1.7 | 476.00 | - | - | 1.7 | 476.00 |
| **SUBTOTAL** | | | **1,506.0** | **$ 1,036,851.50** | **-** | **$ -** | **1,506.0** | **$ 1,036,851.50** |
| Less: 50% discount for non-working travel time | | | | - | | - | | - |
| **GRAND TOTAL** | | | | **$ 1,036,851.50** | | **$ -** | | **$ 1,036,851.50** |

(1): Ms. Grunwald Kadar has left the firm but continues to be an active project team member as an FTI contractor, as permissible pursuant to the FTI Retention Application [Dkt. 877] approved by the FTI Retention Order [Dkt. 1413].