# **EXHIBIT C**

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY TASK CODE BY LOCATION**
**FOR THE PERIOD JUNE 1, 2020 TO SEPTEMBER 30, 2020**

| Task Code | Task Description | Mainland Hours | Mainland Fees | On-island Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|
| 3 | Mediation | 11.1 | $ 9,900.50 | - | $ - | 11.1 | $ 9,900.50 |
| 4 | Analysis of the Fiscal Plan – General / Revenues | 169.9 | 141,862.50 | - | - | 169.9 | 141,862.50 |
| 9 | Potential Avoidance Actions & Litigation | 147.3 | 133,760.00 | - | - | 147.3 | 133,760.00 |
| 10 | Case Management | 9.5 | 7,801.50 | - | - | 9.5 | 7,801.50 |
| 12 | Analysis of Annual Budgets | 10.7 | 9,084.50 | - | - | 10.7 | 9,084.50 |
| 13 | Analysis of Other Miscellaneous Motions / Litigations | 7.4 | 7,974.00 | - | - | 7.4 | 7,974.00 |
| 16 | Analysis and Review of the Plan of Adjustment | 9.9 | 9,070.50 | - | - | 9.9 | 9,070.50 |
| 17 | Analysis of Pension and Retiree Related Liabilities | 15.1 | 14,608.50 | - | - | 15.1 | 14,608.50 |
| 18 | General Mtgs with Retiree Cmte & Cmte Professionals | 100.3 | 88,945.50 | - | - | 100.3 | 88,945.50 |
| 24 | Preparation of Fee Application | 44.2 | 35,500.50 | - | - | 44.2 | 35,500.50 |
| 27 | Strategic Communications | 79.9 | 39,093.50 | - | - | 79.9 | 39,093.50 |
| 28 | Analysis of the Fiscal Plan – Economic Review | 900.7 | 539,250.00 | - | - | 900.7 | 539,250.00 |
| | **SUBTOTAL** | **1,506.0** | **$ 1,036,851.50** | **-** | **$ -** | **1,506.0** | **$ 1,036,851.50** |
| | Less: 50% discount for non-working travel time | | - | | - | | - |
| | **GRAND TOTAL** | | **$ 1,036,851.50** | | **$ -** | | **$ 1,036,851.50** |