# **EXHIBIT F**

**SUMMARY OF FTI CONSULTING, INC. EXPENSES**
**FOR THE PERIOD JUNE 1, 2020 TO SEPTEMBER 30, 2020**

| **Expense Type** | **Amount** |
|---|---:|
| Airfare | $ - |
| Lodging | - |
| Transportation | - |
| Working Meals | - |
| Other | 32,436.75 |
| **Subtotal** | **$ 32,436.75** |
| Less: Voluntary Reductions[1] | (2,405.53) |
| **Grand Total** | **$ 30,031.22** |

(1): Expenses have been reduced to comply with the Fee Examiner Guidelines, namely in-office meals over $20.00 and out-of-office meals over $40.00 have been reduced to $20.00 and $40.00, respectively; train and airfares have been reduced to coach-equivalent or least expensive rates; and hotel lodging in San Juan has been reduced to $300.00 (per night).