# EXHIBIT G

**DETAILED EXPENSE RECORDS FOR FTI CONSULTING, INC.
FOR THE PERIOD JUNE 1, 2020 TO SEPTEMBER 30, 2020**

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD JUNE 1, 2020 TO JUNE 30, 2020**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 06/30/20 | U.S. Relativity, Hosting | Other | Relativity online hosting fees. | $ 1,000.00 |
| 07/28/20 | Sub-retained Vendor | Other | Sub-retained vendor fees for January 2020, February 2020 and March 2020. | 28,436.75 |
| | | **Other Total** | | **$ 29,436.75** |
| | | **Subtotal** | | **29,436.75** |
| | | Less: Voluntary Reductions[1] | | (2,405.53) |
| | | **Grand Total** | | **$ 27,031.22** |

(1): Voluntary reductions include 50% non-working travel discount on sub-retained vendor's fees. Hotel expenses in San Juan have been reduced to $300/night and taxi cab fares in NYC have been reduced to $100 to comply with the Fee Examiner Guidelines.

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD JULY 1, 2020 TO JULY 31, 2020**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 07/31/20 | U.S. Relativity, Hosting | Other | Relativity online hosting fees. | $ 1,000.00 |
| | | **Other Total** | | **$ 1,000.00** |
| | | **Subtotal** | | **1,000.00** |
| | | Less: Voluntary Reductions | | - |
| | | **Grand Total** | | **$ 1,000.00** |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD AUGUST 1, 2020 TO AUGUST 31, 2020**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 08/31/20 | U.S. Relativity, Hosting | Other | Relativity online hosting fees. | $ 1,000.00 |
| | | **Other Total** | | **$ 1,000.00** |
| | | **Subtotal** | | **1,000.00** |
| | | Less: Voluntary Reductions | | - |
| | | **Grand Total** | | **$ 1,000.00** |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2020 TO SEPTEMBER 30, 2020**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 09/30/20 | U.S. Relativity, Hosting | Other | Relativity online hosting fees. | $ 1,000.00 |
| | | **Other Total** | | **$ 1,000.00** |
| | | **Subtotal** | | **1,000.00** |
| | | Less: Voluntary Reductions | | - |
| | | **Grand Total** | | **$ 1,000.00** |