# EXHIBIT C

## COMPENSATION BY PROJECT CATEGORY

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| CASE ADMINISTRATION/MISCELLANEOUS | 238.70 | $66,585.00 |
| CHALLENGES TO PROMESA | 33.70 | $8,592.50 |
| COMMITTEE GOVERNANCE AND MEETINGS | 123.70 | $31,897.50 |
| COMMUNICATIONS WITH RETIREES | 185.60 | $53,677.50 |
| CONTESTED MATTERS | 58.40 | $19,585.00 |
| COURT HEARINGS | 26.80 | $8,877.50 |
| DISCOVERY MATTERS | 31.40 | $11,575.00 |
| EMPLOYMENT OF PROFESSIONALS/FEE APPLICATIONS | 50.70 | $14,750.00 |
| ERS/TRS/JRS MATTERS | 256.10 | $69,385.00 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 38.10 | $12,445.00 |
| GO BOND ISSUES | 11.00 | $3787.50 |
| MEDIATION | 0 | 0.00 |
| NON-WORKING TRAVEL TIME | 0 | 0.00 |
| PENSION ANALYSIS | 17.00 | $5,040.00 |
| PREPA | 34.10 | $12,607.50 |
| **TOTAL** | **1,105.30** | **$318,805.00** |