## **EXHIBIT D**

SUMMARY OF BENNAZAR, GARCÍA & MILIÁN, CSP EXPENSES

| Expense Description | Amount |
|---|---|
| Document Reproduction | $507.08 |
| Document Delivery | $556.00 |
| Postage | $ 15.40 |
| Translation services | $1,100.00 |
| **TOTAL** | **$2,178.48** |