# EXHIBIT F

## DETAILED EXPENSES OF BENNAZAR, GARCÍA & MILIÁN, C.S.P.

**JUNE 2020**

| | | |
|---|---|---:|
| | Expenses | $0.00 |

**JULY 2020**

**EXPENSES BGM**

| | | |
|---|---|---:|
| 07/15/20 | DOCUMENT DELIVERY: MS. LYDIA PELLOT | 18.00 |
| | DOCUMENT DELIVERY: MS. MILAGROS ACEVEDO | 35.00 |
| | DOCUMENT DELIVERY: MR. JUAN ORTIZ | 95.00 |
| | TRANSLATIONS: RITA, INC. SERVICES | 700.00 |
| | DOCUMENT DELIVERY: MR. MARCOS LÓPEZ | 45.00 |
| | SUBTOTAL: | [$1,200.14] |

AUGUST 2020

**EXPENSES BGM**

| | | |
|---|---|---:|
| 08/07/20 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES) | 133.93 |
| 08/11/20 | DOCUMENT DELIVERY SERVICES: CARMEN NÚÑEZ (BAYAMÓN) | 15.00 |
| 08/14/20 | DOCUMENT DELIVERY SERVICES: BLANCA PANIAGUA (CAROLINA) | 25.00 |
| | DOCUMENT DELIVERY SERVICES: ROSARIO PACHECO (SAN JUAN) | 25.00 |
| | DOCUMENT DELIVERY SERVICES: LYDIA PELLOT (SAN JUAN) | 25.00 |
| | DOCUMENT DELIVERY SERVICES: MARCOS LÓPEZ (TOA ALTA) | 40.00 |
| | DOCUMENT DELIVERY SERVICES: MILAGROS ACEVEDO (TOA ALTA) | 50.00 |
| | DOCUMENT DELIVERY SERVICES: JUAN ORTIZ (PONCE) | 120.00 |
| 08/17/20 | DOCUMENT REPRODUCTION: OCR MEETING OF AUGUST 17, 2020 | 0.90 |
| | POSTAGE | 15.40 |
| | DOCUMENT REPRODUCTION (EXTERNAL SERVICES) | 113.11 |
| | TRANSLATIONS: RITA, INVOICE 5988, COR MEETING OF AUGUST 17, 2020 | 400.00 |
| | SUBTOTAL: | [ $963.34] |

**SEPTEMBER 2020**

    **EXPENSES BGM**

| | | |
|---|---|---:|
| 09/29/20 | DOCUMENT DELIVERY SERVICES: MS. LYDIA PELLOT | 15.00 |
| | SUBTOTAL: | [$15.00] |

TOTAL EXPENSES     $2,178.48