<u>Exhibit A</u>

**Expense Detail**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Blanca Paniagua

**Period Covered:** From October 1, 2019 to September 30, 2020

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (.58 per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| November 4, 2019 | San Juan | Sub Committee meeting | | 13 $7.54 | | | | | | |
| November 6, 2019 | San Juan | Committee meeting | | 13 $7.54 | | | | | | |
| November 12, 2019 | San Juan | Committee meeting | | 13 $7.54 | | | | | | |
| December 17, 2019 | San Juan | Committee meeting | | 13 $7.54 | | | | | | |
| **Date** | **City Visited** | **Purpose of Trip** | **Parking** | **Miles (.575 per mile)** | **Tolls** | **Airfare (coach)** | **Taxi or transportation** | **Lodging** | **Meals** | **Misc. (specify)** |
| February 4, 2020 | San Juan | Radio Program | | 13 $7.475 | | | | | | |
| February 12, 2020 | San Juan | Committee meeting | | 13 $7.475 | | | | | | |
| February 18, 2020 | San Juan | Committee meeting | | 13 $7.475 | | | | | | |
| March 4, 2020 | San Juan | Committee meeting | | 13 $7.475 | | | | | | |
| **Totals** | | | | **$60.06** | | | | | | |

**Additional Information:**                                                                                  **Total: $60.06**

1

## Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

**Name:** Carmen Núñez          **Period Covered:** From October 1, 2019 to September 30, 2020

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (58 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| October 9, 2019 | San Juan | Sub Committee meeting | | 12 $6.96 | | | | | | |
| November 4, 2019 | San Juan | Sub Committee meeting | | 12 $6.96 | | | | | | |
| November 6, 2019 | San Juan | Committee meeting | | 12 $6.96 | | | | | | |
| November 12, 2019 | San Juan | Committee meeting | | 12 $6.96 | | | | | | |
| November 20, 2019 | San Juan | Meeting with Retiree representatives | | 12 $6.96 | | | | | | |
| December 6, 2019 | San Juan | Radio Program | | 12 $6.96 | | | | | | |
| December 17, 2019 | San Juan | Committee meeting | | 12 $6.96 | | | | | | |
| **Date** | **City Visited** | **Purpose of Trip** | **Parking** | **Miles (.575 per mile)** | **Tolls** | **Airfare (coach)** | **Taxi or transportation** | **Lodging** | **Meals** | **Misc. (specify)** |
| January 20, 2020 | San Juan | Meeting Resident Commissioner | | 12 $6.9 | | | | | | |
| February 4, 2020 | San Juan | Radio Program | | 12 $6.9 | | | | | | |

| February 12, 2020 | San Juan | Committee meeting | | 12 $6.9 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| February 18, 2020 | San Juan | Committee meeting | | 12 $6.9 | | | | | |
| February 18, 2020 | San Juan | Radio Program | | 12 $6.9 | | | | | |
| March 4, 2020 | San Juan | Committee meeting | | 12 $6.9 | | | | | |
| **Totals** | | | | **$90.12** | | | | | |

**Additional Information:**  **Total: $90.12**

## Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

**Name:** Juan Ortiz

**Period Covered:** From October 1, 2019 to Septiembre 30, 2020

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (58 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| November 6, 2019 | San Juan | Committee meeting | | 78 miles $45.24 | $6.75 | | | | | |
| November 12, 2019 | San Juan | Committee meeting | | 78 miles $45.24 | $6.75 | | | | | |
| December 17, 2019 | San Juan | Committee meeting | | 78 miles $45.24 | $6.75 | | | | | |
| **Date** | **City Visited** | **Purpose of Trip** | **Parking** | **Miles (.575 per mile)** | **Tolls** | **Airfare (coach)** | **Taxi or transportation** | **Lodging** | **Meals** | **Misc. (specify)** |
| February 4, 2020 | San Juan | Radio Program | | 78 miles $44.85 | $6.75 | | | | | |
| February 12, 2020 | San Juan | Committee meeting | | 78 miles $44.85 | $6.75 | | | | | |
| February 18, 2020 | San Juan | Committee meeting | | 78 miles $44.85 | $6.75 | | | | | |
| March 3, 2020 | San Juan | Radio Program | | 78 miles $44.85 | $6.75 | | | | | |
| March 4, 2020 | San Juan | Committee meeting | | 78 miles $44.85 | $6.75 | | | | | |
| March 10, 2020 | San Juan | Radio Program | | 78 miles $44.85 | $6.75 | | | | | |
| Totals | | | | $404.82 | $60.75 | | | | | |

**Additional Information:**

**Total: $465.57**

**Note: Attach all receipts**



**Note: Attach all receipts**

## Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

**Name:** Marcos López

**Period Covered:** From October 1, 2019 to September 30, 2020

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (58 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| November 6, 2019 | San Juan | Committee meeting | | 16.7 miles $9.69 | $2.30 | | | | | |
| November 12, 2019 | San Juan | Committee meeting | | 16.7 miles $9.69 | $2.30 | | | | | |
| December 17, 2019 | San Juan | Committee meeting | | 16.7 miles $9.69 | $2.30 | | | | | |
| Date | City Visited | Purpose of Trip | Parking | Miles (.575 per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
| February 4, 2020 | San Juan | Radio Program | | 16.7 miles $9.60 | $2.30 | | | | | |
| February 25, 2020 | San Juan | Radio Program | | 16.7 miles $9.60 | $2.30 | | | | | |
| March 4, 2020 | San Juan | Committee meeting | | 16.7 miles $9.60 | $2.30 | | | | | |
| Totals | | | | $57.87 | $13.80 | | | | | |

**Additional Information:**                                                                 **Total: $71.67**

**Note: Attach all receipts**

## Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

**Name:** Mr. Miguel Fabre                    **Period Covered:** From October 1, 2019 to September 30, 2020

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (58 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| November 6, 2019 | San Juan | Committee meeting | | 10 m $5.80 | $1.10 | | | | | |
| November 12, 2019 | San Juan | Committee meeting | | 10 m $5.80 | $1.10 | | | | | |
| November 20, 2019 | San Juan | Meeting with Retiree Groups | | 10 m $5.80 | $1.10 | | | | | |
| December 12, 2019 | San Juan | Meeting with attorneys | | 10 m $5.80 | $1.10 | | | | | |
| December 17, 2019 | San Juan | Committee meeting | | 10 m $5.80 | $1.10 | | | | | |
| Date | City Visited | Purpose of Trip | Parking | Miles (.575 per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
| January 20, 2020 | San Juan | Meeting Resident Commissioner | | 10 m $5.75 | $1.10 | | | | | |
| February 4, 2020 | San Juan | Radio Program | | 10 m $5.75 | $1.10 | | | | | |
| February 12, 2020 | San Juan | Committee meeting | | 10 m $5.75 | $1.10 | | | | | |
| February 18, 2020 | San Juan | Committee meeting | | 10 m $5.75 | $1.10 | | | | | |
| February 18, 2020 | San Juan | Radio Program | | 10 m $5.75 | $1.10 | | | | | |

| Date | Location | Activity | | Amount | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| February 25, 2020 | San Juan | Radio Program | | 10 m $5.75 | $1.10 | | | | | |
| March 3, 2020 | San Juan | Radio Program | | 10 m $5.75 | $1.10 | | | | | |
| March 4, 2020 | San Juan | Committee meeting | | 10 m $5.75 | $1.10 | | | | | |
| March 9, 2020 | San Juan | Meeting Legislature | | 10 m $5.75 | $1.10 | | | | | |
| March 10, 2020 | San Juan | Radio Program | | 10 m $5.75 | $1.10 | | | | | |
| **Totals** | | | | **$86.50** | **$16.50** | | | | | |

**Additional Information:**                                                                                          **Total: $103.00**

2

## Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

**Name:** Milagros Acevedo                                                      **Period Covered:** From October 1, 2019 to September 30, 2020

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (58 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| November 6, 2019 | San Juan | Committee meeting | | 16 miles $9.28 | $1.10 | | | | | |
| November 12, 2019 | San Juan | Committee meeting | | 16 miles $9.28 | $1.10 | | | | | |
| December 17, 2019 | San Juan | Committee meeting | | 16 miles $9.28 | $1.10 | | | | | |
| **Date** | **City Visited** | **Purpose of Trip** | **Parking** | **Miles (.575 per mile)** | **Tolls** | **Airfare (coach)** | **Taxi or transportation** | **Lodging** | **Meals** | **Misc. (specify)** |
| February 4, 2020 | San Juan | Radio Program | | 16 miles $9.20 | $1.10 | | | | | |
| February 12, 2020 | San Juan | Committee meeting | | 16 miles $9.20 | $1.10 | | | | | |
| February 18, 2020 | San Juan | Committee meeting | | 16 miles $9.20 | $1.10 | | | | | |
| March 4, 2020 | San Juan | Committee meeting | | 16 miles $9.20 | $1.10 | | | | | |
| **Totals** | | | | **$64.64** | **$7.70** | | | | | |

**Additional Information:**                                                                                          **Total: 72.34**

**Note: Attach all receipts**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Rosario Pacheco  **Period Covered:** From October 1, 2019 to September 30, 2020

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (58 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| November 4, 2019 | San Juan | Sub Committee meeting | | 5 miles $2.90 | | | | | | |
| November 6, 2019 | San Juan | Committee meeting | | 5 miles $2.90 | | | | | | |
| November 12, 2019 | San Juan | Committee meeting | | 5 miles $2.90 | | | | | | |
| December 17, 2019 | San Juan | Committee meeting | | 5 miles $2.90 | | | | | | |
| **Date** | **City Visited** | **Purpose of Trip** | **Parking** | **Miles (.575 per mile)** | **Tolls** | **Airfare (coach)** | **Taxi or transportation** | **Lodging** | **Meals** | **Misc. (specify)** |
| February 4, 2020 | San Juan | Radio Program | | 5 miles $2.875 | | | | | | |
| February 12, 2020 | San Juan | Committee meeting | | 5 miles $2.875 | | | | | | |
| March 4, 2020 | San Juan | Committee meeting | | 5 miles $2.875 | | | | | | |
| **Totals** | | | | **$20.23** | | | | | | |

**Additional Information:**  **Total: $20.23**

**Note: Attach all receipts**