# EXHIBIT D

**Summary of Jenner & Block LLP Blended Hourly Rates
(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | | Worked and Billed in 2019 (excluding Restructuring lawyers) | Blended Hourly Rate / Billed in this Fee Application |
|---|---|---|---|
| **Partner** | | **$818** | **$1,012.09** |
| | Partner – Sr. (20+ years) | $858 | $1,228.91 |
| | Partner – Mid (13-19 years) | $804 | $975.16 |
| | Partner – Jr. (0-12 years) | $747 | $900.00 |
| **Associate** | | **$551** | **$739.71** |
| | Associate – Sr. (5+ years) | $634 | $880.00 |
| | Associate – Mid (4-5years) | $617 | $722.41 |
| | Associate – Jr. (0-3 years) | $524 | $574.16 |
| **Counsel** | N/A | N/A | $586.27 |
| **Paralegal** | N/A | $295 | $302.98 |
| **Other** | N/A | $391 | $355.00 |
| **Blended Rate for all Attorneys in this Fee Application** | | | $824.96 |
| **Blended Rate for all Attorneys with 15% discount** | | | $701.22 |
| **Blended Rate for All Timekeepers in this Fee Application** | | | $783.13 |
| **Blended Rate for all Timekeepers with 15% discount** | | | $665.66 |

Case Name:            In re Commonwealth of Puerto Rico, et al.

Case Number:          17 BK 3283-LTS

Applicant's Name:     Jenner & Block LLP

Date of Application:  November 16, 2020

Interim or Final:     Interim