# **EXHIBIT E**

**Summary of Jenner & Block LLP Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Requested |
|---|---|---|---|---|---|---|
| IAN HEATH GERSHENGORN | Partner | 1993 | Appellate & Supreme Court Practice | $1,300 | 28.70 | $37,310.00 |
| ROBERT D. GORDON | Partner | 1989 | Restructuring & Bankruptcy | $1,225 | 82.00 | $100,450.00 |
| MARC B. HANKIN | Partner | 1992 | Restructuring & Bankruptcy | $1,125 | 12.80 | $14,400.00 |
| LINDSAY C. HARRISON | Partner | 2003 | Appellate & Supreme Court Practice | $1000 | 1.50 | $1,500.00 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring & Bankruptcy | $900 | 354.30 | $318,870.00 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | $975 | 234.10 | $228,247.50 |
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring & Bankruptcy | $1,225 | 99.80 | $122,255.00 |
| CARTER H. KLEIN | Of Counsel | 1972 | Corporate | $775 | 3.00 | $2,325.00 |
| LAURA E. PELANEK | Staff Attorney/ Special Counsel | 2004 | Litigation | $585 | 447.00 | $261,495.00 |
| ADRIENNE LEE BENSON | Associate | 2015 | Appellate & Supreme Court Practice | $755 | 84.10 | $63,495.50 |
| TASSITY S. JOHNSON | Associate | 2014 | Appellate & Supreme Court Practice | $825 | 22.90 | $18,892.50 |
| KATHERINE A. ROSOFF | Associate | 2018 | Litigation | $665 | 5.80 | $3,857.00 |
| ADAM T. SWINGLE | Associate | 2018 | Restructuring & Bankruptcy | $570 | 126.60 | $72,162.00 |
| JOHN D. VANDEVENTER | Associate | 2014 | Restructuring & Bankruptcy | $780 | 23.70 | $18,486.00 |
| NATHANIEL K.S. WACKMAN | Associate | 2015 | Complex Commercial Litigation | $745 | 8.00 | $5,960.00 |
| CARL N. WEDOFF | Associate | 2010 | Restructuring & Bankruptcy | $880 | 182.20 | $160,336.00 |
| WILLIAM A. WILLIAMS | Associate | 2015 | Restructuring & Bankruptcy | $630 | 71.80 | $45,234.00 |
| KATHLEEN R. ALBERT | Paralegal | N/A | Litigation / Restructuring & Bankruptcy | $330 | 4.30 | $1,419.00 |

# **EXHIBIT E**

**Summary of Jenner & Block LLP Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Requested |
|---|---|---|---|---|---|---|
| CATHERINE R. CARACCI | Paralegal | N/A | Litigation / Restructuring & Bankruptcy | $355 | 21.10 | $7,490.50 |
| TOI D. HOOKER | Paralegal | N/A | Restructuring & Bankruptcy | $400 | 34.50 | $13,800.00 |
| CHERYL J. KRAS | Paralegal | N/A | Litigation | $400 | 6.70 | $2,680.00 |
| CHERYL L. OLSON | Paralegal | N/A | Litigation | $400 | 0.70 | $280.00 |
| MARC A. PATTERSON | Paralegal | N/A | Restructuring & Bankruptcy | $230 | 78.40 | $18,032.00 |
| CHARLOTTE M. STRETCH | Paralegal | N/A | Appellate & Supreme Court Practice | $355 | 8.50 | $3,017.50 |
| PAUL S. RAMONAS | Library Services | N/A | Information Services | $355 | 0.30 | $106.50 |
| JAMES P. WALSH | Library Services | N/A | Information Services | $355 | 1.50 | $532.50 |
| **Sub-Total*** | | | | | **1,944.30** | **$1,522,633.50** |
| Less 15% Fee Discount on all matters except the Non-working Travel Matter | | | | | | $228,395.13 |
| Less 50% Discount on Non-working Travel Matter | | | | | | N/A |
| **Total** | | | | | | **$1,294,238.37** |