## EXHIBIT F

**Summary of Jenner & Block LLP Expenses**

| Service Description | Amount |
|---|---:|
| B&W Copy | $5,613.10 |
| Color Copy | $20.00 |
| Court Fees | $511.00 |
| Lexis Research | $5,194.37 |
| Other Professional Services - Alix Partners LLP; Transperfect Translations; | $84,764.17 |
| Pacer Charges | $161.80 |
| Postage Expense | $209.98 |
| Publications/Books | $63.29 |
| Special Messenger Service | $306.65 |
| UPS | $135.21 |
| Westlaw Research | $13,652.41 |
| **Travel** | |
| Airfare | N/A |
| Ground Transportation | N/A |
| Hotel | N/A |
| Meals | N/A |
| Parking | N/A |
| **TOTAL** | **$110,631.98** |