## EXHIBIT G

### Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| CASE ADMINISTRATION/MISCELLANEOUS | 198.50 | $142,777.50 |
| CHALLENGES TO PROMESA | 156.60 | $131,867.00 |
| CLAIMS ISSUES | 9.90 | $9,368.00 |
| COMMITTEE GOVERNANCE AND MEETINGS | 41.80 | $45,778.00 |
| COMMUNICATIONS WITH RETIREES | 2.20 | $2,695.00 |
| COURT HEARINGS | 13.10 | $13,239.00 |
| ECONOMIC AND DISASTER RECOVERY ANALYSIS | 0.60 | $735.00 |
| EMPLOYMENT OF PROFESSIONALS (JENNER) | 50.40 | $36,885.00 |
| EMPLOYMENT OF PROFESSIONALS (NON-JENNER) | 38.30 | $33,903.50 |
| ERS BOND ISSUES | 1,415.80 | $1,086,743.50 |
| FEE APPLICATION AND STATEMENTS | | |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 10.70 | $11,382.50 |
| GO BONDS ISSUES | 5.20 | $5,789.50 |
| MEDIATION | | |
| PENSION ANALYSIS | | |
| PREPA | 1.20 | $1,470.00 |
| NON-WORKING TRAVEL TIME | | |
| **Sub-Total*** | $1,944.30 | $1,522,633.50 |
| Less 15% Fee Discount on all matters (except Non-Working Travel) | | $228,395.13 |
| Less 50% Discount on Non-Working Travel | | N/A |
| **Total** | | **$1,294,238.37** |