# **EXHIBIT I**

**Detailed Expense Records for Jenner & Block**

Case:17-03283-LTS Doc#:15152-9 Filed:11/16/20 Entered:11/16/20 19:16:47 Desc:
Exhibit I Page 1 of 11

# June 2020

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                    **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 6/03/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 06/03/ 2020 | 70.00 |
| 6/09/20 | Publications/Books, ELAN CORPORATE PAYMENT SYSTEMS , 06/09/2020 | 63.29 |
| 6/11/20 | B&W Copy | 98.50 |
| 6/12/20 | Other Professional Services; ALIX PARTNERS LLP; 06/12/2020 | 8,723.00 |
| 6/15/20 | B&W Copy | 55.00 |
| 6/18/20 | Other Professional Services; GREGORY EDWARDS, LLC; 06/18/2020 | 3,015.78 |
| 6/18/20 | Other Professional Services; GREGORY EDWARDS, LLC; 06/18/2020 | 2,359.39 |
| 6/18/20 | B&W Copy | 25.80 |
| 6/22/20 | US Messenger & Logistics 05/22/2020 | 14.03 |
| 6/22/20 | US Messenger & Logistics 05/22/2020 | 21.50 |
| 6/22/20 | US Messenger & Logistics 05/28/2020 | 24.81 |
| 6/22/20 | US Messenger & Logistics 05/28/2020 | 21.50 |
| 6/22/20 | B&W Copy | 431.20 |
| 6/26/20 | B&W Copy | 4.50 |
| 6/26/20 | 06/26/2020 UPS Delivery Service 1Z6134380191373410 | 19.01 |
| 6/30/20 | Lexis Research | 233.49 |
| 6/30/20 | Westlaw Research | 309.55 |
| 6/30/20 | Westlaw Research | 12.75 |
| 6/30/20 | Westlaw Research | 722.60 |
| 6/30/20 | Westlaw Research | 959.66 |
| 6/30/20 | Westlaw Research | 122.94 |
| | TOTAL DISBURSEMENTS | $ 17,308.30 |

MATTER 10113 TOTAL                                       $ 17,308.30

# July 2020

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES** **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 6/18/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 06/18/ 2020 | 231.00 |
| 7/01/20 | B&W Copy | 27.20 |
| 7/06/20 | B&W Copy | 96.30 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | 14.80 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | 22.00 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | 3.50 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | 3.40 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | .20 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | 1.30 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | 1.60 |
| 7/07/20 | Other Professional Services; PACER SERVICE CENTER; 07/07/2020 | 3.80 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 19.10 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 1.30 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | .40 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 7.80 |
| 7/07/20 | Other -; PACER SERVICE CENTER; 07/07/2020; Public access to court electronic records for various matters. | 1.30 |
| 7/07/20 | Color Copy | 19.00 |
| 7/07/20 | B&W Copy | 145.20 |
| 7/07/20 | B&W Copy | 15.60 |
| 7/08/20 | B&W Copy | 733.40 |
| 7/08/20 | 07/08/2020 UPS Delivery Service 1Z6134380199912939 | 19.06 |
| 7/09/20 | US Messenger 06/11/2020 | 69.50 |
| 7/09/20 | US Messenger 06/11/2020 | 33.32 |
| 7/09/20 | US Messenger 06/11/2020 | 33.04 |
| 7/10/20 | B&W Copy | 169.60 |
| 7/13/20 | B&W Copy | 3.00 |
| 7/13/20 | 07/13/2020 UPS Delivery Service 1Z6134380198677071 | 19.06 |
| 7/15/20 | Other Professional Services; ALIX PARTNERS LLP; 07/15/2020; June 2020. | 8,180.00 |
| 7/15/20 | B&W Copy | 663.10 |
| 7/16/20 | Postage Expense | 209.98 |
| 7/16/20 | B&W Copy | 444.00 |
| 7/16/20 | 07/16/2020 UPS Delivery Service 1Z6134380190939427 | 44.78 |
| 7/21/20 | 06/30/20 Quarterly Pacer Charge | 31.30 |

# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 7/21/20 | 06/30/20 Quarterly Pacer Charge | 25.20 |
| 7/21/20 | 06/30/20 Quarterly Pacer Charge | 3.00 |
| 7/21/20 | B&W Copy | 399.60 |
| 7/24/20 | US Messenger 06/18/2020 | 22.03 |
| 7/24/20 | US Messenger 06/22/2020 | 33.60 |
| 7/28/20 | US Messenger 07/10/2020 | 33.32 |
| 7/29/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 07/29/ 2020 | 70.00 |
| 7/31/20 | Lexis Research | 2,707.14 |
| 7/31/20 | Westlaw Research | 100.18 |
| 7/31/20 | Westlaw Research | 3,727.79 |
| 7/31/20 | Westlaw Research | 944.57 |
| | TOTAL DISBURSEMENTS | $ 19,334.37 |

MATTER 10113 TOTAL $ 19,334.37

# August 2020

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES** **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 3/26/20 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 03/26/2020; March 6, 2020 - NY - Deponent: James Bolin. | 2,046.78 |
| 3/26/20 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 03/26/2020; March 6, 2020 - NY - Deponent: Luke Corning. | 1,790.90 |
| 3/26/20 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 03/26/2020; March 4, 2020 - NY - Deponent: Shanshan Cao. | 2,462.30 |
| 3/26/20 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 03/26/2020; March 3, 2020 - NY - Deponent: Justin Boyer. | 2,489.53 |
| 3/26/20 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 03/26/2020; February 28, 2020 - NY - Deoponent: Patrick Dowd. | 2,004.64 |
| 3/26/20 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 03/26/2020; February 28, 2020 - NY - Deponent: Elan Daniels. | 2,004.71 |
| 4/09/20 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 04/09/2020; March 5, 2020 - NY - Deponent: Jordan Mikes, Esq. | 3,159.32 |
| 6/04/20 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 06/04/2020; March 13, 2020 - NY - Deponent: Pedro R. Ortiz Cortes. | 2,332.17 |
| 7/06/20 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 07/06/2020; June 2, 2020 - NY - Deponent: Ricardo Ramos. | 2,794.04 |
| 7/06/20 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 07/06/2020; June 4, 2020 - NY - Deponent: Alex Chang. | 2,754.24 |
| 7/07/20 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 07/07/2020; June 8, 2020 - NY - Deponent: Luis Manuel Collozo Rodriguez (Vol. 1). | 4,124.58 |
| 7/07/20 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 07/07/2020; June 10, 2020 - NY - Deponent: Cecil Tirado Soto. | 4,633.31 |
| 7/07/20 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 07/07/2020; June 9, 2020 - NY - Deponent: Luis Manuel Collozo Rodriguez (Vol.II). | 4,535.04 |
| 7/07/20 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 07/07/2020; June 5, 2020 - NY - Deponent: Juan Cancel Alegria. | 5,234.59 |
| 7/31/20 | B&W Copy | 19.20 |
| 7/31/20 | 07/31/2020 UPS Delivery Service 1Z6134380192295619 | 19.06 |
| 8/03/20 | Color Copy | 1.00 |
| 8/03/20 | B&W Copy | 11.60 |
| 8/10/20 | B&W Copy | 83.70 |
| 8/10/20 | 08/10/2020 UPS Delivery Service 1Z6134380193117676 | 14.24 |
| 8/12/20 | Other Professional Services; ALIX PARTNERS LLP; 08/12/2020 | 8,326.25 |
| 8/17/20 | Pacer Charges; PACER SERVICE CENTER; 08/17/2020; Period 04/01/20-06/30/2020. | 21.80 |
| 8/17/20 | B&W Copy | 26.50 |
| 8/18/20 | B&W Copy | 84.10 |
| 8/31/20 | Lexis Research | 363.51 |
| 8/31/20 | Westlaw Research | 2,158.36 |

# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 8/31/20 | Westlaw Research | 423.25 |
| | TOTAL DISBURSEMENTS | $ 53,918.72 |

MATTER 10113 TOTAL $ 53,918.72

Case:17-03283-LTS Doc#:15152-9 Filed:11/16/20 Entered:11/16/20 19:16:47 Desc: Exhibit I Page 10 of 11

# September 2020

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                                                                    **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 3/19/20 | Other Professional Services; EPIQ eDISCOVERY SOLUTIONS; 03/19/2020; Digital Prints (Blowbacks) Color - Oversight. | 2,778.30 |
| 8/14/20 | Other Professional Services; ALIX PARTNERS LLP; 08/14/2020; Data hosting. | 321.35 |
| 9/09/20 | Other Professional Services; ALIX PARTNERS LLP; 09/09/2020; Data hosting. | 275.95 |
| 9/10/20 | Other Professional Services; ALIX PARTNERS LLP; 09/10/2020; August 2020. | 8,418.00 |
| 9/11/20 | B&W Copy | 1.90 |
| 9/13/20 | B&W Copy | 910.20 |
| 9/14/20 | B&W Copy | 1,123.90 |
| 9/14/20 | B&W Copy | .50 |
| 9/16/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 09/16/ 2020 | 70.00 |
| 9/16/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 09/16/ 2020 | 70.00 |
| 9/29/20 | B&W Copy | 39.50 |
| 9/30/20 | Lexis Research | 1,843.64 |
| 9/30/20 | Lexis Research | 46.59 |
| 9/30/20 | Westlaw Research | 3,748.97 |
| 9/30/20 | Westlaw Research | 421.79 |
|  | TOTAL DISBURSEMENTS | $ 20,070.59 |

MATTER 10113 TOTAL                                                                                                   $ 20,070.59