# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

(See Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

The blended hourly rate for CST timekeepers who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters") during the twelve-month period beginning on October 1, 2019 and ending on September 30, 2020 was, in the aggregate, approximately $190 per hour (the "Non-Bankruptcy Blended Hourly Rate"). The blended hourly rate for CST's timekeepers in the Title III Cases during the Application Period was approximately $238 per hour (the "Debtor Blended Hourly Rate"). A detailed comparison of these rates follows:

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE ||
|---|---|---|
| | NON-BANKRUPTCY BLENDED HOURLY RATE | COMMITTEE BLENDED HOURLY RATE |
| Partner | $247 | $270 |
| Counsel | $213 | $260 |
| Junior Partner | $205 | $240 |
| Senior Associate | $171 | $200 |
| Associate | $148 | $170 |
| | | |
| All timekeepers aggregated | $190 | $238 |

1