# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION FOR FEE PERIOD

| Name | Title or Position | Department | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $152,064.00 | 563.20 | $270.00 | 0 |
| Luis F. Llach | Partner | Labor and Litigation | 2004 | $33,480.00 | 124.00 | $270.00 | 0 |
| Luis L. Torres | Partner | Corporate and Taxes | 1997 | $135.00 | 0.50 | $270.00 | 0 |
| Miguel A. Santiago | Partner | Corporate and Taxes | 1998 | $13,446.00 | 49.80 | $270.00 | 0 |
| | | **Total Partner:** | | **$199,125.00** | **737.50** | | |
| Rene Comas | Counsel | Labor and Litigation | 1997 | $650.00 | 2.50 | $260.00 | 0 |
| | | **Total Counsel:** | | **$650.00** | **2.50** | | |
| Israel Fernandez | Junior Partner | Labor and Litigation | 2006 | $12,936.00 | 53.90 | $240.00 | 0 |
| | | **Total Junior Partner:** | | **$12,936.00** | **53.90** | | |
| Ericka Montull | Senior Associate | Labor and Litigation | 2011 | $1,700.00 | 8.50 | $200.00 | 0 |

1

| Cristina Fernández | Senior Associate | Labor and Litigation | 2015 | $19,860.00 | 99.30 | $200.00 | 1 |
|---|---|---|---|---|---|---|---|
| Juan Nieves | Senior Associate | Labor and Litigation | 2012 | $42,480.00 | 212.40 | $200.00 | 0 |
| Natalia Del Nido | Senior Associate | Labor and Litigation | 2011 | $1,840.00 | 9.20 | $200.00 | 0 |
| | | **Total Senior Associate:** | | **$65,880.00** | **329.40** | | |
| Viviana Currais | Associate | Labor and Litigation | 2017 | $1,411.00 | 8.30 | $170.00 | 0 |
| | | **Total Associate:** | | **$1,411.00** | **8.30** | | |
| Paralegal Services | Paralegal | Labor and Litigation | | $1,130.50 | 11.90 | $95.00 | 0 |
| | | **Total Paraprofessional:** | | **$1,130.50** | **11.90** | | |
| | **Total:** | | | **$281,132.50** | **1,143.50** | | |
| | **Blended Rate:** | | | | | **$245.85** | |
| | **Blended Rate Excluding Paraprofessionals:** | | | | | **$247.44** | |

2