# EXHIBIT D

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

**EXHIBIT D-1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET**

| Task Code and Project Category | Budgeted Hours | | | | | Billed Hours | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Total | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Total |
| B110 Case Administration | 30.00 | 17.00 | 21.00 | 20.00 | 88.00 | 18.60 | 27.50 | 5.10 | 7.10 | 58.30 |
| B112 General Creditor Inquiries | 2.00 | 2.00 | 2.00 | 2.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B113 Pleadings Review | 70.00 | 65.00 | 76.00 | 75.00 | 286.00 | 67.80 | 89.70 | 72.50 | 55.20 | 285.20 |
| B120 Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B130 Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 3.00 | 1.00 | 1.00 | 1.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 13.00 | 10.00 | 10.00 | 10.00 | 43.00 | 7.40 | 5.60 | 3.10 | 9.10 | 25.20 |
| B155 Court Hearings | 10.00 | 8.00 | 8.00 | 8.00 | 34.00 | 9.40 | 3.40 | 0.10 | 6.90 | 19.80 |
| B160 Employment / Fee Applications | 3.00 | 3.00 | 3.00 | 3.00 | 12.00 | 3.70 | 3.90 | 0.40 | 0.00 | 8.00 |
| B161 Budgeting (Case) | 2.00 | 2.00 | 3.00 | 4.00 | 11.00 | 2.20 | 3.20 | 1.30 | 2.40 | 9.10 |
| B165 Fee and Employment Applications of Other Professionals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B170 Fee and Employment Objections | 1.00 | 1.00 | 1.00 | 1.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B180 Avoidance Action | 50.00 | 35.00 | 65.00 | 75.00 | 225.00 | 50.00 | 43.00 | 65.00 | 53.60 | 211.60 |

1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B185 Assumption / Rejection of Leases and Contracts | 2.00 | 2.00 | 2.00 | 2.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B190 Other Contested Matters | 55.00 | 45.00 | 55.00 | 55.00 | 210.00 | 53.40 | 64.00 | 25.00 | 48.20 | 190.60 |
| B191 General Litigation | 80.00 | 70.00 | 75.00 | 75.00 | 300.00 | 79.80 | 98.20 | 71.10 | 50.40 | 299.50 |
| B195 Non-Working Travel | 1.00 | 1.00 | 1.00 | 1.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 1.00 | 1.00 | 1.00 | 1.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B220 Employee Benefits / Pensions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B230 Financing / Cash Collections | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 Security Document Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 1.00 | 1.00 | 1.00 | 1.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 Investigations | 4.00 | 2.00 | 0.00 | 0.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B310 Claims Administration and Objections | 42.00 | 12.00 | 20.00 | 10.00 | 84.00 | 1.00 | 11.70 | 13.50 | 0.00 | 26.20 |
| B312 Objections to Claims | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B320 Plan and Disclosure Statement | 3.00 | 3.00 | 4.00 | 3.00 | 13.00 | 2.30 | 0.70 | 0.00 | 0.00 | 3.00 |
| B420 Restructurings | 4.00 | 4.00 | 4.00 | 5.00 | 17.00 | 3.50 | 3.20 | 0.00 | 0.30 | 7.00 |
| **TOTAL HOURS** | **377.00** | **285.00** | **353.00** | **352.00** | **1,367.00** | **299.10** | **354.10** | **257.10** | **233.20** | **1,143.50** |
| **TOTAL FEES** | **$88,218.00** | **$66,690.00** | **$84,014.00** | **$83,776.00** | **$322,698.00** | **$74,223.50** | **$85,800.00** | **$62,341.50** | **$58,767.50** | **$281,132.50** |

2

# FURTHER BREAKDOWN OF COMPENSATION REQUESTED
# BY PROJECT CATEGORY AND BY MATTER

### General (Matter ID: 396-00002)

| Task Code and Project Category | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 13.70 | $3,282.50 |
| B113 - Pleadings Review | 197.60 | $48,760.00 |
| B150 - Meetings of and Communications with Creditors | 24.40 | $6,588.00 |
| B155 - Court Hearings | 13.70 | $3,611.50 |
| B190 - Other Contested Matters | 53.70 | $13,282.00 |
| B191 - General Litigation | 56.70 | $14,873.00 |
| B320 - Plan and Disclosure Statement | 2.40 | $648.00 |
| B420 - Restructurings | 3.40 | $897.00 |
| **Total** | **365.60** | **$91,942.00** |

### PREPA (Matter ID: 396-00006)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 0.80 | $163.50 |
| B113 - Pleadings Review | 40.10 | $10,379.00 |
| B155 - Court Hearings | 1.50 | $405.00 |
| B190 - Other Contested Matters | 99.40 | $25,057.00 |
| B191 - General Litigation | 36.60 | $9,822.00 |
| B420 - Restructurings | 3.60 | $972.00 |
| **Total** | **182.00** | **$46,798.50** |

### HTA (Matter ID: 396-00007)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 0.10 | $9.50 |
| B113 - Pleadings Review | 13.90 | $3,683.00 |
| B150 - Meetings of and Communications with Creditors | 0.10 | $27.00 |
| B155 - Court Hearings | 4.60 | $1,242.00 |
| B190 - Other Contested Matters | 1.40 | $378.00 |
| B191 - General Litigation | 6.90 | $1,863.00 |
| B320 - Plan and Disclosure Statement | 0.60 | $162.00 |
| **Total** | **27.60** | **$7,364.50** |

### ERS (Matter ID: 396-00008)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110  - Case Administration | 0.40 | $108.00 |
| B113  - Pleadings Review | 30.30 | $8,125.00 |
| B190  - Other Contested Matters | 22.60 | $5,731.00 |
| B191  - General Litigation | 142.80 | $37,058.00 |
| **Total** | **196.10** | **$51,022.00** |

### PBAPR (Matter ID: 396-00014)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113  - Pleadings Review | 0.80 | $216.00 |
| **Total** | **0.80** | **$216.00** |

### Fee Application (Matter ID: 396-00015)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110  - Case Administration | 16.30 | $3,071.00 |
| B160  - Fee/Employment Applications | 8.00 | $2,083.00 |
| B161  - Budgeting (Case) | 9.10 | $2,457.00 |
| B191  - General Litigation | 1.10 | $297.00 |
| **Total** | **34.50** | **$7,908.00** |

### Avoidance Actions (Matter ID: 396-00018)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110  - Case Administration | 27.00 | $5,858.50 |
| B113  - Pleadings Review | 2.50 | $668.00 |
| B150  - Meetings of and Communications with Creditors | 0.70 | $189.00 |
| B180  - Avoidance Action | 211.60 | $46,380.00 |
| B190  - Other Contested Matters | 13.50 | $3,449.00 |
| B191  - General Litigation | 55.40 | $12,746.00 |
| B310  - Claims Administration and Objections | 26.20 | $6,591.00 |
| **Total** | **336.90** | **$75,881.50** |

3

# EXHIBIT D-2

## SUMMARY OF EXPENSES BY CATEGORY

| Category | Amount |
|---|---:|
| Certified Translations | $1,348.06 |
| Conference Calls Expense | $30.51 |
| Court Solutions Invoices re: Fee Appearances at Hearings | $350.00 |
| Delivery Expense | $15.00 |
| Filing Fees | $404.00 |
| Photocopies Expense | $1,071.80 |
| Postage Expense | $555.45 |
| Transcription of Hearings | $1,961.35 |
| **Total** | **$5,736.17** |