# EXHIBIT E

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR

### June 2020 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $48,371.50 | $43,534.35 | $33.30 | $43,567.65 |
| PREPA | $5,669.00 | $5,102.10 | $0.00 | $5,102.10 |
| HTA | $350.00 | $315.00 | $0.00 | $315.00 |
| ERS | $19,833.00 | $17,849.70 | $8.90 | $17,858.60 |
| **Total** | **$74,223.50** | **$66,801.15** | **$42.20** | **$66,843.35** |

### July 2020 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $56,922.00 | $51,229.80 | $1,903.49 | $53,133.29 |
| PREPA | $21,941.00 | $19,746.90 | $0.00 | $19,746.90 |
| HTA | $3,577.00 | $3,219.30 | $0.00 | $3,219.30 |
| ERS | $3,360.00 | $3,024.00 | $0.00 | $3,024.00 |
| **Total** | **$85,800.00** | **$77,220.00** | **$1,903.49** | **$79,123.49** |

1

**August 2020 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $34,359.50 | $30,923.55 | $402.92 | $31,326.47 |
| PREPA | $14,348.00 | $12,913.20 | $0.00 | $12,913.20 |
| HTA | $1,350.00 | $1,215.00 | $0.00 | $1,215.00 |
| ERS | $12,284.00 | $11,055.60 | $0.00 | $11,055.60 |
| **Total** | **$62,341.50** | **$56,107.35** | **$402.92** | **$56,510.27** |

**September 2020 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $36,294.50 | $32,665.05 | $2,719.56 | $35,384.61 |
| PREPA | $4,840.50 | $4,356.45 | $423.40 | $4,779.85 |
| HTA | $2,087.50 | $1,878.75 | $244.60 | $2,123.35 |
| ERS | $15,545.00 | $13,990.50 | $0.00 | $13,990.50 |
| **Total** | **$58,767.50** | **$52,890.75** | **$3,387.56** | **$56,278.31** |