## <u>SCHEDULE 1</u>

## MONTHLY STATEMENTS COVERED IN APPLICATION

### (attached hereto)

| Date Submitted | Monthly Period Covered | Requested Fees (90%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 10% Fee Holdback |
|---|---|---|---|---|---|---|
| **Interim Fee Period: May 16, 2020 through September 15, 2020** | | | | | | |
| 9/24/20 | 5/16/20 - 6/15/20 | $4,500.00 | $0.00 | $4,500.00 | $0.00 | $500.00 |
| 9/25/20 | 6/16/20 - 7/15/20 | $4,500.00 | $0.00 | $4.500.00 | $0.00 | $500.00 |
| 10/20/20 | 7/16/20 - 8/15/20 | $4,500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| 11/14/20 | 8/16/20 - 9/15/20 | $4,500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| **Total** | | **$18,000.00** | **$0.00** | **$9,000.00** | **$0.00** | **$2,000.00** |




Washington D.C. • New York • Havana • San Juan • 787.364.1111 • kromaidea.com

# INVOICE – FEE

| Date | Invoice # |
|---|---|
| 6/15/2020 | 2020-0374 |

P.O. No.

Bill To:

UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|

4 - UNSECURED FEES

| Description | Amount |
|---|---|

CLIENT: UCC
PRODUCT: MONTHLY FEE

MAY, 16 2019 TO JUNE, 15 2020

FEE MESUAL:                                                                        5,000.00

Website
  1. Worked on changes to multiple sections of the Website
    a. Uploading documents for the existing sections
    b. Revising texts and links for both languages
      Estimated hours on this project: 2 hours

Communications and others
  1. Monitoring local media
    1. Daily clippings with their translation of article/news related to matters of the Committee.
    2. Daily we spend around 1.5 doing these clippings/translations and sending them to the UCC
      Estimated hours on this project: 30 hours

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209

**strategists+ creatives +storytellers**

Washington D.C. • New York • Havana • San Juan • 787.364.1111 • kromaidea.com

# INVOICE - FEE

| Date | Invoice # |
|------|-----------|
| 7/17/2020 | 2020-0426 |

P.O. No.

**Bill To:**

UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---------|-------|
| 4 - UNSECURED FEES | |

| Description | Amount |
|-------------|--------|
| CLIENT: UCC | |
| PRODUCT: MONTHLY FEE | |
| JUNE 16, 2020 TO JULY 15, 2020 | |
| FEE MESUAL: | 5,000.00 |

Communications and others:

- 1. Monitoring local media
   1. Daily clippings with their translation of article/news related to matters of the Committee.
   2. Daily we spend around 1.0 hour doing these clippings/translations and sending them to the UCC
      Estimated hours on this project: 30 hours

- 2. Monday, June 22, 2020
   1. Revise and format a follow up letter for the associations UCC met in December.
   2. Send them to the members
   3. Follow up to them
      Estimated hours on project: 5 hrs.

- 3. July 6, 2020
   1. Attend request from a journalist to answer a question about the privatization of PREPA and the bankruptcy project.
      Estimated hours on project: 1 hr.

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|------|-----------|
| 8/31/2020 | 2020-0494 |

P.O. No.

**Bill To:**

UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---------|-------|

4 - UNSECURED FEES

| Description | Amount |
|-------------|--------|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE | |
| JULY 16, 2020 TO AUGUST 15, 2020 | |
| FEE MESUAL: | 5,000.00 |

Communications and others
1. Monitoring local media
   1. Daily clippings with their translation of article/news related to matters of the Committee.
   2. Daily we spend around 1.0 hour doing these clippings/translations and sending them to the UCC
      Estimated hours on this project: 30 hours

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE – FEE

| Date | Invoice # |
|------|-----------|
| 9/30/2020 | 2020-0571 |

P.O. No.

Bill To:

UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---------|-------|
| 4 - UNSECURED FEES | |

| Description | Amount |
|-------------|--------|
| CLIENT: UCC | |
| PRODUCT: MONTHLY FEE | |
| AUGUST 16, 2020 TO SEPTEMBER 15, 2020 | |
| FEE MESUAL: | 5,000.00 |

Communications and others
- 1. Monitoring local media
    1. Daily clippings with their translation of article/news related to matters of the Committee.
    2. Daily we spend around 1.0 hour doing these clippings/translations and sending them to the UCC
       Estimated hours on this project: 30 hours

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | Total | $5,000.00 |
|--|-------|-----------|
| | Payments/Credits | $0.00 |
| | Balance Due | $5,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.