**Exhibit A**

**Summary of Fees Incurred by Professional**

| EXHIBIT A: SUMMARY OF FEES INCURRED BY PROFESSIONAL | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Billing Rate** | **Hours** | **100% of Fees** |
| Stenger, Edward J | Managing Director | $ 1,195 | 5.9 | $ 7,050.50 |
| Martinez, Scott | Director | 910 | 545.8 | 496,678.00 |
| Ubarri, Enrique R | Director | 910 | 2.7 | 2,457.00 |
| Kardos, Elizabeth S | Director | 710 | 3.4 | 2,414.00 |
| Westermann, Michael | Senior Vice President | 690 | 2.0 | 1,380.00 |
| Praga, Deborah | Vice President | 605 | 238.7 | 144,413.50 |
| Verry, Laura C | Senior Vice President | 510 | 2.2 | 1,122.00 |
| **Total** | | | **800.7** | **$ 655,515.00** |