# Exhibit B

## Summary of Hours and Fees by Project Category

| EXHIBIT B: SUMMARY OF FEES INCURRED DURING THE INTERIM PERIOD BY PROJECT CATEGORY ||||||
| Matter Category | Old Matter Category | Description | Hours | 100% Fees |
| --- | --- | --- | --- | --- |
| 12275.00100 | 1 | Planning & Coordination / Case Management | 7.8 | $ 6,675.50 |
| 12275.00101 | 2 | Meetings and Communications with Committee Members and/or Professionals | 85.7 | 68,748.50 |
| 12275.00102 | 3 | Communication with Interested Parties | 37.9 | 32,445.50 |
| 12275.00103 | 4 | Liquidity and Cash Management | 73.2 | 59,627.50 |
| 12275.00104 | 5 | Fiscal Plan and Related Budgets Analysis and Assessment | 101.6 | 76,442.00 |
| 12275.00105 | 6 | Financial and Other Diligence | 18.0 | 16,604.00 |
| 12275.00106 | 7 | Sales of Assets | - | - |
| 12275.00107 | 8 | Due Diligence of Commonwealth Assets | 0.4 | 364.00 |
| 12275.00108 | 9 | Debt Capacity | 0.3 | 181.50 |
| 12275.00109 | 10 | Investments in Puerto Rico, Including Public-Private Partnerships | - | - |
| 12275.00110 | 11 | Plan of Adjustment Review and Negotiations | - | - |
| 12275.00111 | 12 | Litigation Support and Claims Analysis | 149.8 | 128,393.00 |
| 12275.00112 | 13 | Testimony / Court Appearance | 15.5 | 14,105.00 |
| 12275.00113 | 14 | Expert Reports | - | - |
| 12275.00114 | 15 | Pension Matters | 6.0 | 5,216.00 |
| 12275.00115 | 16 | Retention | 4.5 | 2,835.00 |
| 12275.00116 | 17 | Fee Statements and Fee Applications | 48.9 | 33,707.00 |
| 12275.00117 | 19 | PREPA Title III | 174.8 | 146,075.00 |
| 12275.00118 | 20 | HTA Title III | 30.3 | 22,723.50 |
| 12275.00119 | 21 | ERS Title III | 46.0 | 41,372.00 |
| 12275.00129 | 18 | Non-Working Travel Time | - | - |
| **Total** | | | **800.7** | **$ 655,515.00** |