**Exhibit D**

**Summary of Expenses**

| EXHIBIT D: Summary of Expenses Incurred During the Interim Period | Total |
|---|---|
| **Category** | |
| Phone | $ 39.83 |
| Direct Charges | - |
| Postage/Courier | - |
| Copy Charges | - |
| Less: Agreed Upon Expense Reduction for 8th Interim Period | (663.57) |
| **Grand Total** | **$ (623.74)** |