**Exhibit E**

**Detail of Expenses by Expense Category**

| EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY | | | | | |
|---|---|---|---|---|---|
| Professional | Date | Category | Description | | Amount |
| Martinez, Scott | 2/4/2020 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | $ | 16.89 |
| Martinez, Scott | 2/9/2020 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | | 2.62 |
| Martinez, Scott | 4/9/2020 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | | 5.85 |
| Martinez, Scott | 4/16/2020 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | | 3.35 |
| Martinez, Scott | 4/29/2020 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | | 5.36 |
| Martinez, Scott | 7/28/2020 | Phone | Conference Calls Vendor:  Scott Martinez | | 5.76 |
| **Total Phone Expense** | | | | $ | **39.83** |
| Less: Agreed Upon Expense Reduction for 8th Interim Period | | | | | (663.57) |
| **Total Expenses** | | | | $ | **(623.74)** |