**EXHIBIT D**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

## EXHIBIT D-1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | June 2020 | July 2020 | August 2020 | September 2020 | Total | June 2020 | July 2020 | August 2020 | September 2020 | Total |
| B110 | Case Administration | 50 | 50 | 50 | 50 | 200 | 22.00 | 17.20 | 11.80 | 29.90 | **80.90** |
| B112 | General Creditor Inquiries | 2 | 2 | 2 | 2 | 8 | 0.00 | 1.30 | 0.00 | 0.00 | **1.30** |
| B113 | Pleadings Review | 20 | 20 | 25 | 25 | 90 | 12.30 | 15.00 | 8.60 | 12.30 | **48.20** |
| B120 | Asset Analysis and Recovery | 0 | 2 | 2 | 2 | 6 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B130 | Asset Disposition | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B140 | Relief from Stay / Adequate Protection Proceedings | 50 | 10 | 20 | 30 | 110 | 1.00 | 31.50 | 3.50 | 3.60 | **39.60** |
| B150 | Meetings of Creditors' Committee and Communications with Creditors | 100 | 75 | 75 | 75 | 325 | 72.00 | 62.30 | 86.70 | 89.70 | **310.70** |
| B155 | Court Hearings (including Preparation for Court Hearings) | 30 | 20 | 10 | 30 | 90 | 54.70 | 8.30 | 4.70 | 76.80 | **144.50** |
| B160 | Employment / Fee Applications (Paul Hastings) | 50 | 40 | 40 | 50 | 180 | 44.10 | 48.30 | 14.80 | 23.80 | **131.00** |
| B161 | Budgeting (Case) | 2 | 2 | 2 | 2 | 8 | 1.10 | 0.80 | 0.70 | 0.60 | **3.20** |
| B165 | Employment / Fee Applications (Other Professionals) | 10 | 5 | 5 | 5 | 25 | 0.90 | 13.00 | 1.70 | 2.20 | **17.80** |
| B170 | Fee and Employment Objections | 2 | 2 | 2 | 2 | 8 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | June 2020 | July 2020 | August 2020 | September 2020 | Total | June 2020 | July 2020 | August 2020 | September 2020 | Total |
| B180 | Avoidance Action Analysis | 5 | 5 | 5 | 5 | **20** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B185 | Assumption / Rejection of Leases and Contracts | 25 | 25 | 25 | 25 | **100** | 4.80 | 1.50 | 0.00 | 0.00 | **6.30** |
| B190 | Other Contested Matters (including GDB restructuring) | 25 | 15 | 20 | 10 | **70** | 1.40 | 1.80 | 1.60 | 0.90 | **5.70** |
| B191 | General Litigation | 150 | 200 | 200 | 200 | **750** | 32.20 | 19.60 | 18.70 | 29.70 | **100.20** |
| B195 | Non-Working Travel[1] | 2 | 0 | 0 | 0 | **2** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 5 | 5 | 5 | 5 | **20** | 1.80 | 1.00 | 0.00 | 0.00 | **2.80** |
| B220 | Employee Benefits / Pensions | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.20 | 0.00 | 0.00 | **0.20** |
| B230 | Financing / Cash Collections | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B231 | Security Document Analysis | 5 | 5 | 5 | 5 | **20** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B240 | Tax Issues | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 5 | 5 | 5 | 5 | **20** | 1.00 | 2.60 | 1.00 | 0.00 | **4.60** |
| B261 | Investigations | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B310 | Claims Administration and Objections | 250 | 150 | 300 | 200 | **900** | 190.30 | 231.90 | 313.30 | 180.00 | **915.50** |

---

[1] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

2

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | June 2020 | July 2020 | August 2020 | September 2020 | Total | June 2020 | July 2020 | August 2020 | September 2020 | Total |
| B320   Plan and Disclosure Statement | 250 | 150 | 50 | 50 | **500** | 59.50 | 40.00 | 0.30 | 49.60 | **149.40** |
| B420   Restructurings | 10 | 10 | 20 | 100 | **140** | 42.80 | 79.70 | 143.70 | 122.70 | **388.50** |
| **TOTAL HOURS** | 1,047 | 798 | 868 | 878 | **3,591** | 541.50 | 576.00 | 611.10 | 621.80 | **2,350.40** |
| **TOTAL FEES** | $1,065,846.00[2] | $813,960.00 | $890,568.00 | $990,384.00 | **$3,760,758.00** | $583,415.50 | 609,163.50 | $645,309.00 | $627,751.50 | **$2,465,639.50** |
| *MINUS 20% REDUCTION*[3] | ($213,169.20) | ($162,792.00) | ($178,113.60) | ($198,076.80) | **($752,151.60)** | ($116,683.10) | ($121,832.70) | ($129,061.80) | ($125,550.30) | **($493,127.90)** |
| **TOTAL FEES (NET OF REDUCTION)** | **$852,676.80** | **$651,168.00** | **$712,454.40** | **$792,307.20** | **$3,008,606.40** | **$466,732.40** | **$487,330.80** | **$516,247.20** | **$502,201.20** | **$1,972,511.60** |

---

[2]   The Total Estimated Fees are calculated based on a blended hourly rate of $1018, $1020, $1026, and $1,028 for the Paul Hastings attorneys who are expected to work on this matter in June, July, August, and September, respectively.  The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time.  However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% reduction, would be approximately $814, $816, $821, and $822, respectively.

3

**SUMMARY OF COMPENSATION REQUESTED AS COMPARED TO SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | June 2020 | July 2020 | August 2020 | September 2020 | Total | June 2020 | July 2020 | August 2020 | September 2020 | Total |
| **Omnibus Claims Objection** | | | | | | | | | | |
| B310   Claims Administration and Objections | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| **GO Lien Challenges** | | | | | | | | | | |
| B191   General Litigation | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| **Garden Variety Avoidance Actions** | | | | | | | | | | |
| B191   General Litigation | 20 | 20 | 20 | 20 | **80** | 12.1 | 4.8 | 1.0 | 22.4 | **40.3** |
| **Stayed Co-Plaintiff Adversary Proceedings** | | | | | | | | | | |
| B191   General Litigation | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| **ERS Lien Adversary Proceedings** | | | | | | | | | | |
| B191   General Litigation | 75 | 75 | 100 | 100 | **350** | 8.1 | 0.4 | 2.6 | 3.3 | **14.4** |
| **TOTAL HOURS** | **95** | **95** | **120** | **120** | **430** | **20.2** | **5.2** | **3.6** | **25.7** | **54.7** |

4

# FURTHER BREAKDOWN OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND BY MATTER[1]

*Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 76.70 | $58,528.00 |
| B113   Pleadings Review | 43.30 | $22,001.00 |
| B140   Relief from Stay / Adequate Protection Proceedings | 39.60 | $44,124.01 |
| B150   Meetings of and Communications with Creditors | 224.50 | $217,951.50 |
| B155   Court Hearings | 86.50 | $93,354.50 |
| B160   Employment / Fee Applications (Paul Hastings) | 131.00 | $123,669.50 |
| B161   Budgeting (Case) | 3.20 | $4,160.00 |
| B165   Employment / Fee Applications (Other Professionals) | 17.80 | $14,119.00 |
| B190   Other Contested Matters | 5.70 | $7,336.50 |
| B210   Debtors' Financial Information and Operations/Fiscal Plan | 1.30 | $1,345.50 |
| B220   Employee Benefits/Pensions | 0.20 | $260.00 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 2.60 | $2,223.00 |
| B310   Claims Administration and Objections | 69.20 | $56,189.99 |
| B320   Plan and Disclosure Statement (including Business Plan) | 149.40 | $140,891.00 |
| **TOTAL** | **851.00** | **$786,153.50** |

*Communications with Creditors (other than Committee Members) / Website (Matter ID 00004)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B112   General Creditor Inquiries | 1.30 | $1,345.50 |
| B150   Meetings of and Communications with Creditors | 2.60 | $3,380.00 |
| **TOTAL** | **3.90** | **$4,725.50** |

---

[1] The fees set forth on this Exhibit D-1 do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of its total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

*PREPA (Matter ID 00006)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---:|---:|
| B110 Case Administration | 1.20 | $264.00 |
| B155 Court Hearings | 15.10 | $18,630.00 |
| B185 Assumption/Rejection of Leases and Contracts | 6.30 | $7,513.50 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 1.20 | $1,700.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 2.00 | $2,600.00 |
| B310 Claims Administration and Objections | 243.00 | $266,198.00 |
| B420 Restructurings | 388.50 | $433,168.00 |
| **TOTAL** | **657.30** | **$730,073.50** |

*HTA (Matter ID 00007)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B191 General Litigation | 0.40 | $520.00 |
| B210 Debtors' Financial Information and Operations/fiscal Plan | 0.30 | $390.00 |
| **TOTAL** | **0.70** | **$910.00** |

*ERS (Matter ID 00008)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 2.10 | $619.50 |
| B191 General Litigation | 29.20 | $25,550.00 |
| B310 Claims Administration and Objections | 534.90 | $604,066.50 |
| **TOTAL** | **566.20** | **$630,236.00** |

*Other Adversary Proceedings (Matter ID 00009)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 0.90 | $198.00 |
| B113 Pleadings Review | 4.90 | $1,078.00 |
| B155 Court Hearings | 42.90 | $50,150.00 |

| | | |
|---|---:|---:|
| B191   General Litigation | 69.30 | $80,796.00 |
| B310   Claims Administration and Objections | 68.40 | $77,866.00 |
| **TOTAL** | **186.40** | **$210,088.00** |

*Creditors Committee Meetings (Matter ID 00012)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B150   Meetings of and Communications with Creditors | 83.60 | $101,633.00 |
| **TOTAL** | **83.60** | **$101,633.00** |

*Constitutional Issues (Matter ID 00014)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B191   General Litigation | 1.30 | $1,820.00 |
| **TOTAL** | **1.30** | **$1,820.00** |

# EXHIBIT D-2

## SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY

| Category | Amount |
|---|---:|
| Travel Expenses – Airfare | $408.00 |
| Travel Expenses – Lodging | $600.00 |
| Travel Expenses - Taxi / Ground Transportation | $334.59 |
| Travel Expenses | $219.00 |
| Articles and Publications | $250.77 |
| Court Call | $770.00 |
| Messenger | $490.33 |
| Computer Search | $22,050.84 |
| Court Reporting Services | $29,307.39 |
| In-house Black and White Reproduction Charges (48,076 copies at $0.08 per page) | $3,846.08 |
| In-house Color Reproduction Charges (2,252 copies at $0.25 per page) | $563.00 |
| Outside Professional Services | $89,046.14 |
| Postage/Express Mail | $2,399.45 |
| **TOTAL** | **$150,285.59** |