**EXHIBIT E**

**BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR AND BY WHETHER SERVICES WERE RENDERED IN PUERTO RICO OR OUTSIDE PUERTO RICO**

**June 2020 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $127,513.52[1] | $102,010.82 | $1,176.13[2] | $103,186.95 |
| Total for HTA (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for ERS (all outside of Puerto Rico) | $220,890.00 | $176,712.00 | $7,203.33 | $183,915.33 |
| Total for PREPA (all outside of Puerto Rico) | $65,547.50 | $52,438.00 | $0.00 | $52,438.00 |
| **Grand Total for all Debtors (net of credits)** | **$413,951.02** | **$331,160.82** | **$8,379.46** | **$339,540.28** |

---

[1] Reflects a credit of $172,371.48 for fee reductions pursuant to the orders approving Paul Hastings' Seventh and Eighth Interim Fee Applications.

[2] Reflects a credit of $647.49 for expense reductions pursuant to the orders approving Paul Hastings' Seventh and Eighth Interim Fee Applications.

**July 2020 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $268,515.00 | $214,812.00 | $6,485.72 | $221,297.72 |
| Total for HTA (all outside of Puerto Rico) | $910.00 | $728.00 | $0.00 | $728.00 |
| Total for ERS (all outside of Puerto Rico) | $128,415.00 | $102,732.00 | $59,291.67 | $162,023.67 |
| Total for PREPA (all outside of Puerto Rico) | $211,323.50 | $169,058.80 | $754.61 | $169,813.41 |
| **Grand Total for all Debtors** | **$609,163.50** | **$487,330.80** | **$66,532.00** | **$553,862.80** |

**August 2020 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $219,324.00 | $175,459.20 | $5,487.51 | $180,946.71 |
| Total for HTA (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for ERS (all outside of Puerto Rico) | $151,622.00 | $121,297.60 | $9,823.32 | $131,120.92 |
| Total for PREPA (all outside of Puerto Rico) | $274,363.00 | $219,490.40 | $19,488.69 | $238,979.09 |
| **Grand Total for all Debtors** | **$645,309.00** | **$516,247.20** | **$34,799.52** | **$551,046.72** |

**September 2020 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $316,696.00 | $253,356.80 | $24,481.82 | $277,838.62 |
| Total for HTA (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for ERS (all outside of Puerto Rico) | $129,309.00 | $103,447.20 | $14,254.02 | $117,701.22 |
| Total for PREPA (all outside of Puerto Rico) | $178,839.50 | $143,071.60 | $1,191.28 | $144,262.88 |
| **Grand Total for all Debtors** | **$624,844.50** | **$499,875.60** | **$39,927.12** | **$539,802.72** |