**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON NOVEMBER 18, 2020 AT 9:00 A.M. AST**

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, November 18, 2020**, from 9:00 a.m. to 12:00 p.m., and from 1:00 p.m. to 5:30 p.m. (Atlantic Standard Time) <br><br> Honorable Laura Taylor Swain, United States District Court Judge |
| **Location of Hearing:** | **The Hearing will be conducted telephonically via CourtSolutions. Claimants whose claims are the subject of the Hearing may participate by telephone by going to the location established by the Oversight Board located at Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918 (the "Satellite Site").** <br><br> Attorney Participation: Pursuant to the *Order Regarding Procedures for Hearings on November 18 and 20, 2020* [Case No. 17-3283, ECF No. 15097], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and wish to participate as speakers or listen in on the proceedings must register with CourtSolutions at www.court-solutions.com. The FOMB |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

may register up to three speaking lines, and all other parties shall be limited to two speaking lines. There will be no limitation on listen-only lines.

Members of the Public and Press: Members of the public and press may listen in on the proceedings on a listen-only line by dialing (888) 363-4749 and entering the access code (7214978) and security code (7373) when prompted.

**Copies of Documents:** Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

I. **CONTESTED CLAIM OBJECTIONS (beginning at 9:00 a.m. Atlantic Standard Time):**

Objection Deadline: March 27, 2020 at 4:00 p.m. (Atlantic Standard Time).

Reply Deadline: November 11, 2020 at 4:00 p.m. (Atlantic Standard Time)

Related Documents Concerning All Claim Objections Scheduled for 9:00 a.m.:
A. Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 12325]**

B. Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14399]**

C. Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

D. Order Regarding Notices of Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 15005]**

1. **Eighty-Eighth Omnibus Objection to Claims.** Eighty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 8977]**

Responses:

   A. Response to Eighty-Eighth Omnibus Objection to Claims by Magaly Muniz Tirado (Claim No. 61531) **[Case No. 17-3283, ECF No. 15075 - 1, 2]** (Response Form not returned)

Replies, Joinders & Statements:
   A. Notice of Correspondence Regarding the Eighty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 61531 **[Case No. 17-3283, ECF No. 15075]**

Related Documents:
   A. Notice of Presentment of Proposed Order (A) Granting in Part the Eighty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14618]**

Status: This matter is going forward.

Estimated Time Required: 15 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 7.5 minutes
   B. Objecting Parties: N/A

2. **Ninety-Fourth Omnibus Objection to Claims.** Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 8983]**

Responses:
   A. Response to Ninety-Fourth Omnibus Objection to Claims by Teresita De Jesus Jusino (Claim No. 161340) **Case No. 17-3283, ECF No. 15100-1]** (Response Form not returned)

   B. Response to Ninety-Fourth Omnibus Objection to Claims by Teresa Angelica De La Haba (Claim No. 12995) **[Case No. 17-3283, ECF No. 15100-2]** (Response Form not returned)

    C. Response to Ninety-Fourth Omnibus Objection to Claims by Teresa Angelica De-La-Haba (Claim No. 14790) **[Case No. 17-3283, ECF No. 15100-3]** (Response Form not returned)

    D. Response to Ninety-Fourth Omnibus Objection to Claims by Marcelina Medina Marrero (Claim No. 53781) **Case No. 17-3283, ECF No. 15100-1]** (Response Form not returned)

Replies, Joinders & Statements:

    A. Notice of Correspondence Regarding the Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proofs of Claim Nos. 161340, 12995, 14790, and 53781 **[Case No. 17-3283, ECF No. 15090]**

    B. Motion Submitting Exhibits to the Notice of Correspondence Regarding the Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proofs of Claim Nos. 161340, 12995, 14790, and 53781 [ECF No. 15090] **[Case No. 17-3283, ECF No. 15100]**

Related Documents:

    A. Notice of Presentment of Proposed Order (A) Granting in Part the Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14626]**

Status: This matter is going forward.

Estimated Time Required: 60 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 30 minutes
    B. Objecting Parties: N/A

II. **CONTESTED CLAIM OBJECTIONS (beginning at 10:30 a.m. Atlantic Standard Time):**

Objection Deadline: March 27, 2020 at 4:00 p.m. (Atlantic Standard Time).

Reply Deadline: November 11, 2020 at 4:00 p.m. (Atlantic Standard Time)

Related Documents Concerning All Claim Objections Scheduled for 10:30 a.m.:

4

    A. Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 12325]**

    B. Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14399]**

    C. Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

    D. Order Regarding Notices of Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 15005]**

1. **<u>Ninety-Fifth Omnibus Objection to Claims.</u>** Ninety-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 8984]**

   <u>Responses</u>:
       A. Response to Ninety-Fifth Omnibus Objection to Claims by Ines Rodriguez Cruz (Claim No. 161854) **Case No. 17-3283, ECF No. 15076- 1, 2]** (Response Form not returned)

       B. Response to Ninety-Fifth Omnibus Objection to Claims by Carmen D. Sanchez Maltes (Claim No. 44934) **Case No. 17-3283, ECF No. 15076- 3, 4]** (Response Form not returned)

       C. Response to Ninety-Fifth Omnibus Objection to Claims by Neveida Troche Vargas (Claim No. 161279) **[Case No. 17-3283, ECF No. 15076- 5]** (Response Form not returned)

   <u>Replies, Joinders & Statements</u>:
       A. Notice of Correspondence Regarding the Ninety-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim Nos. 161854, 44934, and 161279 **[Case No. 17-3283, ECF No. 15076]**

   <u>Related Documents</u>:
       A. Notice of Presentment of Proposed Order (A) Granting in Part the Ninety-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,

Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14627]**

Status: This matter is going forward.

Estimated Time Required: 45 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 22.5 minutes
    B. Objecting Parties: N/A

2. **Ninety-Sixth Omnibus Objection to Claims.** Ninety-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided **[Case No. 17-3283, ECF No. 9546]**

    Responses:
    A. Response to Ninety-Sixth Omnibus Objection to Claims, filed by Miguel Angel Garcia Cruz (Claim No. 110432) **[Case No. 17-3283, ECF No. 12234]** (Response Form not returned)

    Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Claimant Miguel Angel Garcia Cruz [ECF No. 12234] to the Ninety-Sixth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided **[Case No. 17-3283, ECF No. 15068]**

    Related Documents:
    A. Notice of Presentment of Proposed Order (A) Granting in Part the Ninety-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14629]**

    B. Motion to Submit Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the November 18, 2020 Satellite Hearing **[Case No. 17-3283, ECF No. 15073]**

Status: This matter is going forward.

Estimated Time Required: 15 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 7.5 minutes
    B. Objecting Parties: N/A

3. **One Hundred First Omnibus Objection to Claims.** One Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided **[Case No. 17-3283, ECF No. 9551]**

    Responses:
        A. Response to One Hundred First Omnibus Objection to Claims, filed by Ana L. Luna Rios (Claim No. 13241) **[Case No. 17-3283, ECF No. 15077- 1, 2]** (Response Form not returned)

    Replies, Joinders & Statements:
        A. Notice of Correspondence Regarding the One Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 13241 **[Case No. 17-3283, ECF No. 15077]**

    Related Documents:
        A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14636]**

Status: This matter is going forward.

Estimated Time Required: 15 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 7.5 minutes
    B. Objecting Parties: N/A

III. **CONTESTED CLAIM OBJECTIONS (beginning at 1:00 p.m. Atlantic Standard Time):**

Objection Deadline: March 27, 2020 at 4:00 p.m. (Atlantic Standard Time).

Reply Deadline: November 11, 2020 at 4:00 p.m. (Atlantic Standard Time)

Related Documents Concerning All Claim Objections Scheduled for 1:00 p.m.:

A. Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 12325]**

B. Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14399]**

C. Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

D. Order Regarding Notices of Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 15005]**

1. **One Hundred Second Omnibus Objection to Claims.** One Hundred Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided **[Case No. 17-3283, ECF No. 9552]**

   Responses:

   A. Response to One Hundred Second Omnibus Objection to Claims, filed by Roberto Navarro Lugo (Claim No. 24111) **[Case No. 17-3283, ECF No. 15089-1, 2]** (Response Form not returned)

   B. Response to One Hundred Second Omnibus Objection to Claims, filed by Aracelis Nazario (Claim No. 11823) **[Case No. 17-3283, ECF Nos. 9963 & 10203]** (Response Form not returned)

   Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Aracelis Nazario to the

    One Hundred Second Omnibus Objection (Non-Substantive) to Deficient Claims **[Case No. 17-3283, ECF No. 10289]**

  B. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Claimant Aracelis Nazario [ECF Nos. 9963 and 10203] to the One Hundred Second Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided **[Case No. 17-3283, ECF No. 15069]**

  C. Notice of Correspondence Regarding One Hundred Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 2411 **[Case No. 17-3283, ECF No. 15089]**

Related Documents:
  A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14637]**

Status: This matter is going forward.

Estimated Time Required: 30 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: Laura Stafford and Brian Rosen, 15 minutes
  B. Objecting Parties: N/A

2. **One Hundred Fourth Omnibus Objection to Claims.** One Hundred Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided **[Case No. 17-3283, ECF No. 9554]**

Responses:
  A. Response to One Hundred Fourth Omnibus Objection to Claims, filed by Hector Enrique Rios Guadarrama (Claim No. 59260) **[Case No. 17-3283, ECF No. 10518]** (Response Form not returned)

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Claimant Hector Enrique Rios Guadarrama [ECF No. 10518] to the One Hundred Fourth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 15070]**

Related Documents:
   A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14640]**

   B. Motion to Submit Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the November 18, 2020 Satellite Hearing **[Case No. 17-3283, ECF No. 15073**

Status: This matter is going forward.

Estimated Time Required: 15 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 7.5 minutes
   B. Objecting Parties: N/A

3. **One Hundred Fifth Omnibus Objection to Claims.** One Hundred Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided **[Case No. 17-3283, ECF No. 9555]**

Responses:

   A. Response to One Hundred Fifth Omnibus Objection to Claims, filed by Dorka Rodriguez Santiago (Claim No. 32539) **[Case No. 17-3283, ECF No. 15088- 1, 2]** (Response Form not returned)

Replies, Joinders & Statements:
   A. Notice of Correspondence Regarding the One Hundred Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the

Government of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 32539 **[Case No. 17-3283, ECF No. 15088]**

Related Documents:
A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14642]**

Status: This matter is going forward.

Estimated Time Required: 15 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 7.5 minutes
   B. Objecting Parties: N/A

4. **One Hundred Seventh Omnibus Objection to Claims.** One Hundred Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided **[Case No. 17-3283, ECF No. 9557]**

    Responses:
    A. Response to One Hundred Seventh Omnibus Objection to Claims, filed by Flor M. Silva Rivera (Claim No. 89977) **[Case No. 17-3283, ECF No. 15078- 1, 2]** (Response Form not returned)

    Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the One Hundred Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proofs of Claim Nos. 89977 and 167915 **[Case No. 17-3283, ECF No. 15078]**

    Related Documents:
    A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or

11

      Services Provided, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14644]**

      Status: This matter is going forward.

      Estimated Time Required: 15 minutes.

      Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

        A. Debtors: Laura Stafford and Brian Rosen, 7.5 minutes
        B. Objecting Parties: N/A

IV. **CONTESTED CLAIM OBJECTIONS (beginning at 2:30 p.m. Atlantic Standard Time):**

    Objection Deadline: March 27, 2020 at 4:00 p.m. (Atlantic Standard Time).

    Reply Deadline: November 11, 2020 at 4:00 p.m. (Atlantic Standard Time)

    Related Documents Concerning All Claim Objections Scheduled for 2:30 p.m.:

      A. Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 12325]**

      B. Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14399]**

      C. Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

      D. Order Regarding Notices of Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 15005]**

1. **One Hundred Seventh Omnibus Objection to Claims.** One Hundred Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided **[Case No. 17-3283, ECF No. 9557]**

Responses:

A. Response to One Hundred Seventh Omnibus Objection to Claims, filed by Luz V. Torres Rivas (Claim No. 67915) **[Case No. 17-3283, ECF No. 15078- 3, 4]** (Response Form not returned)

Replies, Joinders & Statements:

A. Notice of Correspondence Regarding the One Hundred Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proofs of Claim Nos. 89977 and 167915 **[Case No. 17-3283, ECF No. 15078]**

Related Documents:
A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14644]**

Status: This matter is going forward.

Estimated Time Required: 15 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: Laura Stafford and Brian Rosen, 7.5 minutes
  B. Objecting Parties: N/A

2. **One Hundred Tenth Omnibus Objection to Claims.** One Hundred Tenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9560]**

Responses:
A. Response to One Hundred Tenth Omnibus Objection to Claims, file by Jose A. Colon Rivera (Claim No. 100877) **[Case No. 17-3283, ECF No. 15079- 1, 2]** (Response Form not returned)

Replies, Joinders & Statements:
A. Notice of Correspondence Regarding the One Hundred Tenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways

and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 100877 **[Case No. 17-3283, ECF No. 15079]**

Related Documents:
A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Tenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14647]**

Status: This matter is going forward.

Estimated Time Required: 15 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 7.5 minutes
B. Objecting Parties: N/A

3. **One Hundred Eleventh Omnibus Objection to Claims.** One Hundred Eleventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9561]**

Responses:
A. Response to One Hundred Eleventh Omnibus Objection to Claims, filed by Alfredo Garcia Cruz (Claim No. 110338) **[Case No. 17-3283, ECF Nos. 9789 and 9815]** (Response Form not returned)

Replies, Joinders & Statements:
A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Claimant Alfredo Garcia Cruz [ECF Nos. 9815 and 9789] to the One Hundred Eleventh Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 15071]**

Related Documents:
A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Eleventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to

    Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14649]**

  B. Motion to Submit Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the November 18, 2020 Satellite Hearing **[Case No. 17-3283, ECF No. 15073]**

Status: This matter is going forward.

Estimated Time Required: 15 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: Laura Stafford and Brian Rosen, 7.5 minutes
  B. Objecting Parties: N/A

4. **One Hundred Thirteenth Omnibus Objection to Claims.** One Hundred Thirteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9563]**

Responses:

  A. Response to One Hundred Thirteenth Omnibus Objection to Claims, filed by Petra Montes Alicea (Claim No. 80705) **[Case No. 17-3283, ECF No. 15080- 1, 2]** (Response Form returned; claimant does not intend to attend hearing)

Replies, Joinders & Statements:
  A. Notice of Correspondence Regarding the One Hundred Thirteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 80705 **[Case No. 17-3283, ECF No. 15080]**

Related Documents:
  A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Thirteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14651]**

Status: This matter is going forward.

Estimated Time Required: 15 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

 A. Debtors: Laura Stafford and Brian Rosen, 7.5 minutes
 B. Objecting Parties: N/A

V. **CONTESTED CLAIM OBJECTIONS (beginning at 4:00 p.m. Atlantic Standard Time):**

Objection Deadline: March 27, 2020 at 4:00 p.m. (Atlantic Standard Time).

Reply Deadline: November 11, 2020 at 4:00 p.m. (Atlantic Standard Time)

Related Documents Concerning All Claim Objections Scheduled for 4:00 p.m.:

 A. Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 12325]**

 B. Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14399]**

 C. Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

 D. Order Regarding Notices of Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 15005]**

1. **One Hundred Fourteenth Omnibus Objection to Claims.** One Hundred Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9564]**

Responses:

 A. Response to One Hundred Fourteenth Omnibus Objection to Claims, filed by Zoraida Pagan Velazquez (Claim No. 103729) **[Case No. 17-3283, ECF No. 15082- 1, 2]** (Response Form not returned)

 B. Response to One Hundred Fourteenth Omnibus Objection to Claims, filed by Elizabeth Pagan-Velazquez (Claim No. 98919) **[Case No. 17-3283, ECF No. 15082- 3, 4]** (Response Form not returned)

16

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the One Hundred Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proofs of Claim Nos. 103729 and 98919 **[Case No. 17-3283, ECF No. 15082]**

Related Documents:
    A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14652]**

Status: This matter is going forward.

Estimated Time Required: 30 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 15 minutes
    B. Objecting Parties: N/A

2. **One Hundred Fifteenth Omnibus Objection to Claims.** One Hundred Fifteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9565]**

Responses:

    A. Response to One Hundred Fifteenth Omnibus Objection to Claims, filed by Hector Enrique Rios Guadarrama (Claim No. 61672) **[Case No. 17-3283, ECF No. 10519]** (Response Form not returned)

    B. Response to One Hundred Fifteenth Omnibus Objection to Claims, filed by Doris E. Rivera Garcia (Claim No. 34269) **[Case No. 17-3283, ECF No. 15083- 1, 2]** (Response Form not returned)

Replies, Joinders & Statements:

    A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Claimant Hector

Enrique Rios Guadarrama [ECF No. 10519] to the One Hundred Fifteenth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 15072]**

B. Notice of Correspondence Regarding the One Hundred Fifteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 34269 **[Case No. 17-3283, ECF No. 15083]**

Related Documents:

A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Fifteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14653]**

B. Motion to Submit Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the November 18, 2020 Satellite Hearing **[Case No. 17-3283, ECF No. 15073]**

Status: This matter is going forward.

Estimated Time Required: 30 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 15 minutes
B. Objecting Parties: N/A

| | |
|---|---|
| Dated: November 16, 2020<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/ Martin J. Bienenstock*<br>Martin J. Bienenstock<br>Brian S. Rosen<br>(Admission *Pro Hac Vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*<br><br>*/s/ Hermann D. Bauer*<br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors* |

## Exhibit A

**Procedures Order**