UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------x

| | |
|---|---|
| HON. WANDA VÁZQUEZ GARCED et al., | |
| Plaintiffs, | Adv. Proc. No. 20-080-LTS |
| -v- | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BAORD FOR PUERTO RICO, | |
| Defendant. | |

---------------------------------------------------------x

| | |
|---|---|
| HON. WANDA VÁZQUEZ GARCED et al., | |
| Plaintiffs, | Adv. Proc. No. 20-082-LTS |
| -v- | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Defendant.

-------------------------------------------------------------x

HON. WANDA VÁZQUEZ GARCED et al.,

        Plaintiffs,                         Adv. Proc. No. 20-083-LTS

    -v-

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BAORD FOR PUERTO RICO,

        Defendant.

-------------------------------------------------------------x

HON. WANDA VÁZQUEZ GARCED et al.,

        Plaintiffs,                         Adv. Proc. No. 20-084-LTS

    -v-

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BAORD FOR PUERTO RICO,

        Defendant.

-------------------------------------------------------------x

HON. WANDA VÁZQUEZ GARCED et al.,

        Plaintiffs,                         Adv. Proc. No. 20-085-LTS

    -v-

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BAORD FOR PUERTO RICO,

        Defendant.

-------------------------------------------------------------x

### ORDER REGARDING PROCEDURES FOR NOVEMBER 24, 2020, HEARING

        The Court will hear oral arguments in connection with the pending motions and

cross-motions for summary judgment in the above-captioned adversary proceedings (Docket

Entry No. 14 in Adv. Proc. No. 20-080, Docket Entry Nos. 12 and 28 in Adv. Proc. No. 20-082,

Docket Entry Nos. 13 and 29 in Adv. Proc. No. 20-083, Docket Entry No. 13 in Adv. Proc. No.

20-084, and Docket Entry No. 12 in Adv. Proc. No. 20-085 collectively, the "Motions for

Summary Judgment") beginning at **10:00 a.m. (Atlantic Standard Time) (9:00 a.m. Eastern**

**Standard Time) on November 24, 2020** (the "Hearing").  In light of the ongoing COVID-19

public health crisis, the Court will conduct the Hearing telephonically via CourtSolutions.  The

Hearing shall be governed by the following procedures.

**Registration for Speaking and Listen-In Lines for**
**Attorneys; Listen-In Facilities for Members of Public and Press**

   1. Attorneys who have entered an appearance in the Title III proceedings may

register to participate as speakers or listen-in on the proceedings by telephone.  Such attorneys

must register with CourtSolutions at www.court-solutions.com no later than **November 20,**

**2020, at 5:00 p.m. (Atlantic Standard Time)** and pay the fee established by CourtSolutions.  In

order to promote the efficient conduct of the proceedings, the number of speaking participation

lines shall be limited.  The Financial Oversight and Management Board for Puerto Rico, on the

one hand, and Governor Wanda Vázquez Garced and the Puerto Rico Fiscal Agency and

Financial Advisory Authority, on the other hand, shall be limited to four such speaking lines

each.  There will be no limitation on the registration of listen-in lines for attorneys who have

entered appearances in these proceedings.

   2. In order to listen-in on the proceedings by telephone, members of the public

and press should dial (888) 363-4749, and enter the access code (7214978) and security code

(6161) when prompted.  The access lines for press and the general public will be in listen-only

mode at all times.  Recording and further broadcasting of the proceedings by any means remain

prohibited.  Although Judicial Conference policy generally prohibits the broadcasting of

proceedings in federal trial courts, the Executive Committee of the Judicial Conference has

approved a limited temporary exception to the policy to allow a judge to authorize the use of

teleconference technology to provide the public and the press with audio access to court

proceedings while public access to federal courthouses is restricted due to the health and safety

concerns presented by the COVID-19 pandemic.

**<u>Order and Number of Speakers; Telephone Etiquette</u>**

3.   The Court has allotted a total of three hours of argument time for the Motions for Summary Judgment.

4.   Counsel who intend to speak must jointly file an informative motion by **November 20, 2020, at 12:00 p.m. (Atlantic Standard Time)** identifying (a) the names of the individuals who intend to appear and speak in connection with each Motion for Summary Judgment, (b) the order in which the speakers shall present argument, and (c) time allocations for each speaker.

5.   During the call, the individuals who are allocated speaking lines are directed to observe the following rules:

      a.   Use a landline whenever possible.

      b.   Use a handset rather than a speakerphone.

      c.   Identify yourself if asked to do so.

      d.   Identify yourself by name each time you speak.

      e.   <u>Mute</u> yourself when you are not speaking to eliminate background noise.

      f.   Spell proper names.

6.   All persons granted remote access to the proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

**Pre-Hearing Filing Deadlines**

       7.   To the extent that counsel at the Hearing intend to refer to exhibits or to direct the Court's attention to particular exhibits that have been filed in connection with the Motions for Summary Judgment, counsel shall file any such exhibits and/or demonstratives as attachments in searchable PDF format to an informative motion labeled to correspond to the relevant Motion(s) for Summary Judgment by **3:00 p.m. (Atlantic Standard Time) on November 20, 2020**.  Each party shall mark its exhibits, if any, in a distinctive manner (e.g., "Movants' Ex. 1" or "Opponents' Ex. 1") and include an exhibit list cross-referencing each exhibit with its location in the motion submissions that are on the docket.

       SO ORDERED.

Dated: November 17, 2020

                          /s/ Laura Taylor Swain
                         LAURA TAYLOR SWAIN
                         United States District Judge