UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>**This Motion relates to PREPA and shall be filed in Lead Case No. 17 BK 3283-LTS and Case No. 17 BK 4780-LTS.** |

**DECLARATION OF FERNANDO M. PADILLA IN RESPECT OF MOTION FOR ORDER APPROVING PREPA'S ASSUMPTION OF CERTAIN RENEWABLE ENERGY POWER PURCHASE AND OPERATING AGREEMENTS**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

I, Fernando M. Padilla, under penalty of perjury, declare as follows:

1. I am the Director of the Restructuring, Fiscal Affairs and Program Management Office of the Puerto Rico Electric Power Authority ("PREPA"). I am over 18 years of age.

2. In my role as Director of the Program Management Office, I (i) develop policy rationales that inform PREPA's Governing Board regarding project prioritization and approach to project implementation; (ii) confer with and advise PREPA's management and Governing Board on fiscal and restructuring matters; and (iii) implement PREPA's certified fiscal plans and oversee full compliance of corporate strategy, financials, budget, and project implementation to secure working capital for PREPA.

3. I am authorized to make and submit this declaration on behalf of PREPA and I am familiar with certain of the books, records, policies and documents maintained by PREPA (the "Business Records"). The Business Records are kept by PREPA in the regular course of its business and are made at or near the time of the events appearing therein by, or from information provided by, persons with knowledge of the activity. It is the regular course of business for PREPA to make such records. Except as otherwise noted, I have personal knowledge of the matters set forth herein or have relied on information and analyses provided to me by other PREPA employees and PREPA's advisors. If called and sworn as a witness, I could and would testify thereto consistent with the facts herein.

4. I make this Declaration in respect of the *Motion for Entry of an Order Approving PREPA's Assumption of Certain Renewable Energy Power Purchase and Operating Agreements* (the "Motion").[2]

## The Assumed PPOAs

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

5.  From 2009 to 2012, PREPA pursued significant renewable energy project developments resulting in the execution of approximately sixty (60) power purchase and operating agreements ("PPOAs") with renewable energy project developers. Eleven (11) of the renewable energy projects reached commercial operations and currently sell energy and Renewable Energy Certificates (the "RECs")[3] to PREPA (such renewable energy projects, the "Operating Projects").[4]

6.  To better align PREPA's finances with the objectives of PREPA's certified Fiscal Plan, PREPA's management determined in 2019 that nine (9) of the eleven (11) renewable energy PPOAs for the Operating Projects must be renegotiated. PREPA initiated arms-length negotiations with the owners/sponsors of these Operating Projects in late 2019.

7.  PREPA reached agreements in principle with respect to six (6) of these PPOAs on amendments to their agreements, which six amended agreements constitute the Assumed PPOAs. The Assumed PPOAs comprise over 250 MW of renewable energy generation and deliver price reductions between 10–15%. PREPA estimates these price reductions will yield at least $250 million in savings over the life of the Assumed PPOAs.[5] Most of these amendments also include both modest term extensions and possible increases in the amount of renewable energy generating capacity at the Operating Projects covered by the Assumed PPOAs. These amendments support PREPA's efforts toward meeting the renewable energy portfolio requirements placed on it by the

---

[3] RECs are credits or other environmental attributes, or payments in lieu thereof, now or in the future available to producers of energy from renewable clean energy sources or owners of renewable clean energy sources. This includes, for example, green certificates, emission reductions, allowances, rights to payment, among other things.

[4] The Title III Court has approved PREPA's rejection of 27 of these PPOAs and determined that rejection was a sound exercise of PREPAs business judgment. *See Memorandum Opinion Regarding Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief* [ECF No. 2199].

[5] In its letter approving these amendments to the Assumed PPOAs, the Oversight Board indicated its estimate that the amendments will produce approximately $495 to 525 million in savings over the remaining life of the amended contracts. The Oversight Board identified savings of approximately $285 million under the contracts themselves and a total of $495 to 525 million in savings accounting for displacement of more expensive generation by the power provided to PREPA under the Assumed PPOAs.

3

Puerto Rico Energy Public Policy Act (Act 17-2019) ("Act 17") and the Integrated Resource Plan recently approved by the Puerto Rico Energy Bureau ("PREB").

8. In renegotiating these Assumed PPOAs, PREPA exceeded its goal of a ten percent (10%) net present value ("NPV") discount of the all-in energy price under its renewable energy PPOAs (inclusive of RECs). PREPA elected to seek a discount to the all-in pricing under the Assumed PPOAs that, while meaningful, was not likely to destroy PREPA's relationships with the owners/sponsors of the Operating Projects, which could damage the investment climate for renewable energy in Puerto Rico in the future. PREPA's overarching goal in renegotiating pricing for these PPOAs was to balance the need for price reductions with the equally important goal of maintaining a strong and positive economic environment to facilitate additional developments of renewable energy projects in the Commonwealth.

9. To alleviate some of the negative impact on their Operating Projects, PREPA gave the owners/sponsors negotiating these reductions flexibility to (a) shape the savings at their discretion, so long as the ten percent (10%) NPV discount was achieved, (b) offer modest increases in the generating capacity to be sold to PREPA from the Operating Projects, with the related energy and RECs to be sold at market prices, as determined by PREPA's Governing Board ("Board Determined Market Prices"), and (c) make modest extensions to the terms of the Assumed PPOAs with the energy and RECs sold during such term extensions being priced at Board Determined Market Prices. Notably, all the owners/sponsors of the Operating Projects under the Assumed PPOAs accommodated PREPA's request for price reductions.

10. On May 28, 2020, the PREPA Governing Board approved the execution of the amendments to the Assumed PPOAs pursuant to Resolution 4799.

11. Valid execution of the amendments to the Assumed PPOAs also depends on certain

4

requisite approvals, including approval from the Oversight Board and PREB. On September 30, 2020, the Oversight Board approved the six Assumed PPOAs as amended under the Contract Review Policy, confirming PREPA's compliance with the Fiscal Plan. Further, on October 16, 2020 and October 19, 2020, PREB issued resolutions and orders approving the Assumed PPOAs as amended.[6]

12. Further, on November 5, 2020, the Puerto Rico Public-Private Partnerships Authority (the "P3 Authority") approved the execution of the amendments to the Assumed PPOAs.

13. PREPA's decision to assume the Assumed PPOAs facilitates PREPA's compliance with its Fiscal Plan. The Assumed PPOAs are vital to PREPA's operations and PREPA's ability to comply with the energy public policy of Puerto Rico. If PREPA fails to assume the Assumed PPOAs, PREPA will be forced to pay higher costs to purchase renewable power under these contracts as their amendments will not go effective, which costs will be passed onto ratepayers. In renegotiating the Assumed PPOAs, PREPA achieved its goal of obtaining price reductions from its counterparties while also maintaining a strong and positive working relationship with such counterparties, allowing PREPA to facilitate additional developments of renewable energy projects in Puerto Rico on favorable terms. It was also able to retain significant sources of renewable energy on market terms without needing to find replacement renewable energy sources that will help it meet its renewable power requirements under Puerto Rico law.

---

[6] *See* resolutions entered on October 16, 2020 in cases *In Re: Aprobación de Enmienda a Contrato de Compraventa de Energía Renovable con Fonroche Energy Humacao, LLC, Proyecto En Operación*, Case No. NEPR-AP-2020-0020; *In Re: Aprobación de Enmienda a Contrato de Compraventa de Energía Renovable con Horizon Energy, LLC Proyecto En Operación*, Case No. NEPR-AP-2020-0021; *In Re: Aprobación de Enmienda a Contrato de Compraventa de Energía Renovable con Oriana Energy, LLC, Proyecto En Operación*, Case No. NEPR-AP-2020-0022; *In Re: Aprobación de Enmienda a Contrato de Compraventa de Energía Renovable con Pattern Santa Isabel, LLC, Proyecto En Operación*, Case No. NEPR-AP-2020-0023; *In Re: Aprobación de Enmienda a Contrato de Compraventa de Energía Renovable con San Fermin Solar Farm, LLC, Proyecto En Operación*, Case No. NEPR-AP-2020-0024; and *Resolution* entered on October 19, 2020 in case *In Re: Aprobación de Enmienda a Contrato de Compraventa de Energía Renovable con AES Ilumina, LLC, Proyecto En Operación*, Case No. NEPR-AP-2020-0019.

14. Further, each of the counterparties agrees that it has adequate assurance of future performance from PREPA, and that there are no cure costs that PREPA would be required to pay upon assumption of any of the Assumed Contracts pursuant to section 365(b) of the Bankruptcy Code. The Assumed PPOAs thus provide PREPA with significant cost savings, which will facilitate its ability to ensure a reliable and continuous source of power from renewable energy sources on reasonable terms that are significantly more favorable than any alternative reasonably available to PREPA.

15. Accordingly, the assumption by PREPA of the Assumed PPOAs will benefit PREPA through (i) the economic benefits to PREPA of the Assumed PPOAs as amended, particularly as compared with the prior terms, and (ii) the lack of reasonably available alternatives for replacement of the power and RECs provided under the Assumed PPOAs. As such, PREPA has exercised sound judgment in deciding to assume the Assumed PPOAs.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

November 17, 2020

_____
Fernando M. Padilla
Director
Restructuring, Fiscal Affairs and Program Management Office of the Puerto Rico Electric Power Authority