**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I caused true and correct copies of the following

1. *Tenth Interim Application of Segal Consulting for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Actuaries and Consultants to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from June 1, 2020 through September 30, 2020* as Dkt. No. 15144 (the "**Segal Application**");

2. *Tenth Interim Application of Marchand ICS Group for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Information Agent to the Official*

---

[1] The Debtors in these jointly-administered PROMESA title III cases (these "Title III"), along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

*Committee of Retired Employees of the Commonwealth of Puerto Rico from June 1, 2020 through September 30, 2020 as* Dkt. No. 15145 (the "**Marchand Application**");

3. *Tenth Interim Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from June 1, 2020 through September 30, 2020* as Dkt. No. 15146 (the "**FTI Application**");

4. *Tenth Interim Application of Bennazar, Garcia & Milian, C.S.P. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from June 1, 2020 through September 30, 2020* as Dkt. No. 15149 (the "**Bennazar Application**");

5. *Tenth Interim Application of The Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Reimbursement of Expenses Incurred During the Eighth, Ninth, and Tenth Interim Periods (October 1, 2019 through September 30, 2020)* as Dkt. No. 15151, (the "**Retiree Committee Application**"); and

6. *Tenth Interim Application of Jenner & Block LLP as Counsel to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from June 1, 2020 through September 30, 2020* as Dkt. No. 15152 (the "**Jenner Application**") (and together with the **Segal Application, Marchand Application**, **FTI Application**, B**ennazar Application**, and the **Retiree Committee Application**, the "**Applications**");

to be served in the following manner:

On November 16, 2020, the Applications were sent through the Court's CM/ECF system and via email to each of the parties listed in Exhibit A attached hereto.

On November 16, 2020, the Applications were sent via email to the Honorable Laura Taylor Swain and Honorable Judith G. Dein at SwainDPRCorresp@nysd.uscourts.gov ; deindprcorresp@mad.uscourts.gov.

On November 17, 2020, one copy of each Application was sent by UPS overnight delivery to Nancy J. Gargula, The Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901, and one copy of each Application was sent on November 18, 2020 by US Postal Service to the following:

Carlos Saavedra, Esq.
Rocío Valentin, Esq.
Puerto Rico Fiscal Agency and Financial Advisory
Authority Roberto Sánchez Vilella (Minillas)
Government Center De Diego Ave. Stop 22
San Juan, Puerto Rico 00907

Andrés W. López
Law Offices of Andrés W. López
902 Fernández Juncos Ave.
San Juan, PR 00907

Arturo Diaz-Angueira
Katiuska Bolaños-Lugo
Cancio, Nadal, Rivera & Díaz, P.S.C.
PO Box 364966
San Juan, PR 00936-4966

Paul V. Possinger
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602

Luc. A. Despins
James Bliss
James Worthington
G. Alexander Bongartz
Paul Hastings LLP
200 Park Avenue
New York, New York 10166

John J. Rapisardi
Suzzanne Uhland
Peter Friedman
Nancy A. Mitchell
Maria DiConza
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036

David D. Cleary
Nathan A. Haynes
Kevin D. Finger
Greenberg Traurig LLP
200 Park Avenue
New York, New York 10166

Martin J. Bienenstock
Ehud Barak
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299

Hermann D. Bauer, Esq.
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

Juan J. Casillas Ayala
Diana M. Batlle-Barasorda
Alberto J. E. Añeses Negrón
Ericka C. Montull-Novoa
Casillas, Santiago & Torres LLC
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419

| | |
|---|---|
| Luis C. Marini-Biaggi<br>Carolina Velaz-Rivero<br>Maria T. Alvarez-Santos, Esq.<br>Marini Pietrantoni Muniz LLC<br>MCS Plaza, Suite 500<br>255 Ponce de Leon Ave.<br>San Juan, PR 00917 | Reylam Guerra Goderich<br>Omar Rodriguez Perez<br>Angel L. Pantoja Rodriguez<br>Francisco Pares Alicea<br>Francisco Pena Montanez<br>The Puerto Rico Department of Treasury<br>P.O. Box 9024140<br>San Juan, PR 00902-4140 |
| Eyck O. Lugo<br>EDGE Legal Strategies PSC<br>252 Ponce de Leon Avenue<br>Citibank Tower, 12th Floor<br>San Juan, PR 00918 | Katherine Stadler<br>Godfrey & Kahn S.C.<br>One East Main Street Suite 500<br>Madison, WI 53703 |

| | |
|---|---|
| November 18, 2020 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By:<br>*/s/ Robert Gordon*<br>Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>Carl Wedoff (admitted *pro hac vice*)<br>919 Third Avenue<br>New York, NY 10022-3908<br>rgordon@jenner.com<br>rlevin@jenner.com<br>cwedoff@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile)<br><br>Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>Landon Raiford (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>lraiford@jenner.com<br>312-222-9350 (telephone)<br>312-239-5199 (facsimile) | By:<br>*/s/ A.J. Bennazar-Zequeira*<br>A.J. Bennazar-Zequeira<br>Héctor M. Mayol Kauffmann<br>Francisco del Castillo Orozco<br>Edificio Union Plaza<br>1701 Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile)<br><br>*Counsel for The Official Committee of Retired Employees of Puerto Rico* |

**EXHIBIT A**

**EMAIL SERVICE**

Carlos.Saavedra@aafaf.pr.gov;
Rocio.valentin@aafaf.pr.gov;
jrapisardi@omm.com;
suhland@omm.com;
pfriedman@omm.com;
mitchelln@omm.com;
mdiconza@omm.com;
andres@awllaw.com;
clearyd@gtlaw.com;
haynesn@gtlaw.com;
fingerk@gtlaw.com;
adiaz@cnrd.com;
kbolanos@cnrd.com;
mbienenstock@proskauer.com;
ppossinger@proskauer.com;
ebarak@proskauer.com;
mzerjal@proskauer.com;
ctheodoridis@proskauer.com;
brosen@proskauer.com;
hermann.bauer@oneillborges.com;
lucdespins@paulhastings.com;
jamesbliss@paulhastings.com;
jamesworthington@paulhastings.com;
alexbongartz@paulhastings.com;
jcasillas@cstlawpr.com;
dbatlle@cstlawpr.com;
AAneses@cstlawpr.com;
emontull@cstlawpr.com;
lmarini@mpmlawpr.com;
cvelaz@mpmlawpr.com;
malvarez@mpmlaw.pr.com;
igarau@mpmlawpr.com;
Reylam.Guerra@haciendapr.gov;
Rodriguez.Omar@hacienda.pr.gov;
Angel.pantoja@hacienda.pr.gov;
Francisco.pares@hacienda.pr.gov;
Francisco.Pena@hacienda.pr.gov;
elugo@edgelegalpr.com;
Kstadler@gklaw.com