**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON NOVEMBER 20, 2020 AT 9:00 A.M. AST**

| | |
|---|---|
| **Time and Date of Hearing:** | **Friday, November 20, 2020**, from 9:00 a.m. to 12:00 p.m., and from 1:00 p.m. to 5:30 p.m. (Atlantic Standard Time) |
| | Honorable Laura Taylor Swain, United States District Court Judge |
| **Location of Hearing:** | **The Hearing will be conducted telephonically via CourtSolutions. Claimants whose claims are the subject of the Hearing may participate by telephone by going to the location established by the Oversight Board located at Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan, PR 00918 (the "Satellite Site").** |
| | Attorney Participation: Pursuant to the *Order Regarding Procedures for Hearings on November 18 and 20, 2020* [Case No. 17-3283, ECF No. 15097], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and wish to participate as speakers or listen in on the proceedings must register with CourtSolutions at www.court-solutions.com. The FOMB |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

may register up to three speaking lines, and all other parties shall be limited to two speaking lines.  There will be no limitation on listen-only lines.

Members of the Public and Press:  Members of the public and press may listen in on the proceedings on a listen-only line by dialing (888) 363-4749 and entering the access code (7214978) and security code (7373) when prompted.

**Copies of Documents:**   Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I.   CONTESTED CLAIM OBJECTIONS (beginning at 9:00 a.m. Atlantic Standard Time):

Objection Deadline:  March 27, 2020 at 4:00 p.m. (Atlantic Standard Time).

Reply Deadline: November 11, 2020 at 4:00 p.m. (Atlantic Standard Time)

Related Documents Concerning All Claim Objections Scheduled for 9:00 a.m.:

A.  Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 12325]**

B.  Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14399]**

C.  Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

D.  Order Regarding Notices of Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 15005]**

1.  **One Hundred Eighteenth Omnibus Objection to Claims.** One Hundred Eighteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9568]**

Responses:

    A. Response to One Hundred Eighteenth Omnibus Objection to Claims, filed by Iluminada Velazquez Ramos (Claim No. 104010) **[Case No. 17-3283, ECF No. 15116-1]** (Response Form not returned)

    B. Response to One Hundred Eighteenth Omnibus Objection to Claims, filed by Virgen Adria Velez Torres (Claim No. 104450) **[Case No. 17-3283, ECF No. 10132]** (Response Form not returned)

    C. Response to One Hundred Eighteenth Omnibus Objection to Claims, filed by Virgen Adria Velez Torres (Claim No. 101788) **[Case No. 17-3283, ECF No. 10132]** (Response Form not returned)

    D. Response to One Hundred Eighteenth Omnibus Objection to Claims, filed by Virgen Adria Velez Torres (Claim No. 104306) **[Case No. 17-3283, ECF No. 10132]** (Response Form not returned)

    E. Response to One Hundred Eighteenth Omnibus Objection to Claims, filed by Virgen Milagros Velez Torres (Claim No. 105675) **[Case No. 17-3283, ECF No. 10131]** (Response Form not returned)

Replies, Joinders & Statements:

    A. Notice of Correspondence Regarding the One Hundred Eighteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 104010 **[Case No. 17-3283, ECF No. 15116]**

    B. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Claimants Virgen Milagros Velez Torres [ECF No. 10131] and Virgen Adria Velez Torres [ECF No. 10132] to the One Hundred Eighteenth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 15122]**

Related Documents:

    A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Eighteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14656]**

B. Motion to Submit Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the November 20, 2020 Satellite Hearing **[Case No. 17-3283, ECF No. 15129]**

Status:  This matter is going forward.

Estimated Time Required:  75 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 25 minutes
B. Objecting Parties: N/A

## II.   CONTESTED CLAIM OBJECTIONS (beginning at 10:30 a.m. Atlantic Standard Time):

Objection Deadline:  March 27, 2020 at 4:00 p.m. (Atlantic Standard Time).

Reply Deadline: November 11, 2020 at 4:00 p.m. (Atlantic Standard Time)

Related Documents Concerning All Claim Objections Scheduled for 10:30 a.m.:

A. Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 12325]**

B. Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14399]**

C. Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

D. Order Regarding Notices of Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 15005]**

1. **One Hundred Eighteenth Omnibus Objection to Claims.** One Hundred Eighteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9568]**

<u>Responses</u>:

    A.  Response to One Hundred Eighteenth Omnibus Objection to Claims, filed by Virgen Milagros Velez Torres (Claim No. 100547) **[Case No. 17-3283, ECF No. 10131]** (Response Form not returned)

    B.  Response to One Hundred Eighteenth Omnibus Objection to Claims, filed by Virgen Milagros Velez Torres (Claim No. 105016) **[Case No. 17-3283, ECF No. 10131]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:

    A.  Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Claimants Virgen Milagros Velez Torres [ECF No. 10131] and Virgen Adria Velez Torres [ECF No. 10132] to the One Hundred Eighteenth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 15122]**

<u>Related Documents</u>:

    A.  Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Eighteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Unspecified Puerto Rico Statutes, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14656]**

    B.  Motion to Submit Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the November 20, 2020 Satellite Hearing **[Case No. 17-3283, ECF No. 15129]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  30 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 10 minutes
    B. <u>Objecting Parties</u>: N/A

2.  **<u>One Hundred Nineteenth Omnibus Objection to Claims.</u>** One Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 9569]**

5

Responses:

    A. Response to One Hundred Nineteenth Omnibus Objection to Claims, filed by Luz S. Carmona Torres (Claim No. 7611) **[Case No. 17-3283, ECF No. 15117-1, 2]** (Response Form not returned)

Replies, Joinders & Statements:

    A. Notice of Correspondence Regarding the One Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 7611 **[Case No. 17-3283, ECF No. 15117]**

Related Documents:

    A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14659]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 6 minutes
    B. Objecting Parties: N/A

3. **One Hundred Twenty-First Omnibus Objection to Claims.** One Hundred Twenty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 9572]**

Responses:

    A. Response to One Hundred Twenty-First Omnibus Objection to Claims, filed by Luis S. Montanez Reyes (Claim No. 1120) **[Case No. 17-3283, ECF No. 9741]** (Response Form not returned)

    B. Response to One Hundred Twenty-First Omnibus Objection to Claims, filed by Luis S. Montanez Reyes (Claim No. 3624) **[Case No. 17-3283, ECF No. 9741]** (Response Form not returned)

Replies, Joinders & Statements:

    A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Claimant Luis S. Montanez Reyes [ECF No. 9741] to the One Hundred Twenty-First Omnibus Objection (Non-Substantive) to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 15123]**

Related Documents:

    A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Twenty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14661]**

    B. Motion to Submit Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the November 20, 2020 Satellite Hearing **[Case No. 17-3283, ECF No. 15129]**

Status:  This matter is going forward.

Estimated Time Required:  30 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 10 minutes
    B. Objecting Parties: N/A

## III.  CONTESTED CLAIM OBJECTIONS (beginning at 1:00 p.m. Atlantic Standard Time):

Related Documents Concerning All Claim Objections Scheduled for 1:00 p.m.:

    A. Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14399]**

    B. Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

    C. Order Regarding Notices of Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 15005]**

1. **One Hundred Twenty-Second Omnibus Objection to Claims.** One Hundred Twenty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,

Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 9574]**

Objection Deadline:  March 27, 2020 at 4:00 p.m. (Atlantic Standard Time).

Reply Deadline: November 11, 2020 at 4:00 p.m. (Atlantic Standard Time)

Responses:

A. Response to One Hundred Twenty-Second Omnibus Objection to Claims, filed by Anibal Rodriguez Negron (Claim No. 2724) **[Case No. 17-3283, ECF No. 15118-1, 2]** (Response Form not returned)

B. Response to One Hundred Twenty-Second Omnibus Objection to Claims, filed by Dorka Rodriguez Santiago (Claim No. 28910) **[Case No. 17-3283, ECF No. 15118-3, 4]** (Response Form not returned)

Replies, Joinders & Statements:

A. Notice of Correspondence Regarding the One Hundred Twenty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proofs of Claim No. 2724 and 28910 **[Case No. 17-3283, ECF No. 15118]**

Related Documents:

A. Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 12325]**

B. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Twenty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14658]**

Status:  This matter is going forward.

Estimated Time Required:  30 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

8

     A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 10 minutes
     B. <u>Objecting Parties</u>: N/A

2. **One Hundred Twenty-Third Omnibus Objection to Claims.** One Hundred Twenty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 9576]**

<u>Objection Deadline</u>: March 27, 2020 at 4:00 p.m. (Atlantic Standard Time).

<u>Reply Deadline</u>: November 11, 2020 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
     A. Response to One Hundred Twenty-Third Omnibus Objection to Claims, filed by Hector F. Vallejo Moreno (Claim No. 41566) **[Case No. 17-3283, ECF No. 9978]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
     A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed By Claimant Hector F. Vallejo Moreno [ECF No. 9978] to One Hundred Twenty-Third Omnibus Objection (Non-Substantive) to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 11940]**

<u>Related Documents</u>:
     A. Motion to Submit Certified Translations **[Case No. 17-3283, ECF No. 11789]**

     B. Notice of (A) Hearing as to Proof of Claim No. 41566, (B) Further Adjournment as to Claims Listed in Schedule B, (C) Withdrawal of Objection to Certain Claims, and (D) Submission of Amended Schedules for the One Hundred Twenty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 11938]**

     C. Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 12325]**

     D. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Twenty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees

Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14662]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 6 minutes
    B. Objecting Parties: N/A

3. **One Hundred Twenty-Fourth Omnibus Objection to Claims.** One Hundred Twenty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided **[Case No. 17-3283, ECF No. 9892]**

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Reply Deadline: November 11, 2020 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to One Hundred Twenty-Fourth Omnibus Objection to Claims, filed by Francisco Beltran Cintron (Claim No. 146528) **[Case No. 17-3283, ECF No. 15119-1, 2]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the One Hundred Twenty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 146528 **[Case No. 17-3283, ECF No. 15119]**

Related Documents:
    A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Twenty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14667]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 6 minutes
    B. Objecting Parties: N/A

4. **One Hundred Twenty-Eighth Omnibus Objection to Claims.** One Hundred Twenty-
Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Interests Based on Salary Demands, Employment, or Services Provided **[Case No. 17-
3283, ECF No. 9900]**

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Reply Deadline: November 11, 2020 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to One Hundred Twenty-Eighth Omnibus Objection to Claims, filed by
       Isidra Lopez Melendez (Claim No. 133754) **[Case No. 17-3283, ECF No. 15120-
       1, 2]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the One Hundred Twenty-Eighth Omnibus
       Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
       Highways and Transportation Authority, and Employees Retirement System of the
       Government of the Commonwealth of Puerto Rico to Individual Proofs of Claim
       Nos. 133754 and 164333 **[Case No. 17-3283, ECF No. 15120]**

Related Documents:
    A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred
       Twenty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of
       Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
       Retirement System of the Government of the Commonwealth of Puerto Rico to
       Deficient Claims Asserting Interests Based on Salary Demands, Employment,
       or Services Provided, (B) Approving Form of Notice for Claims to Be Set For
       Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14671]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

11

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 6 minutes
    B. Objecting Parties: N/A

## IV.  CONTESTED CLAIM OBJECTIONS (beginning at 2:30 p.m. Atlantic Standard Time):

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Reply Deadline: November 11, 2020 at 4:00 p.m. (Atlantic Standard Time)

Related Documents Concerning All Claim Objections Scheduled for 2:30 p.m.:

    A. Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14399]**

    B. Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

    C. Order Regarding Notices of Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 15005]**

1. **One Hundred Twenty-Eighth Omnibus Objection to Claims.** One Hundred Twenty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided **[Case No. 17-3283, ECF No. 9900]**

Responses:
    A. Response to One Hundred Twenty-Eighth Omnibus Objection to Claims, filed by Isidra Lopez Melendez (Claim No. 164333) **[Case No. 17-3283, ECF No. 15120-3, 4]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the One Hundred Twenty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proofs of Claim Nos. 133754 and 164333 **[Case No. 17-3283, ECF No. 15120]**

Related Documents:
    A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Twenty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees

Retirement System of the Government of the Commonwealth of Puerto Rico to
Deficient Claims Asserting Interests Based on Salary Demands, Employment, or
Services Provided, (B) Approving Form of Notice for Claims to Be Set For
Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14671]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 6 minutes
    B. Objecting Parties: N/A

2. **One Hundred Thirty-Fifth Omnibus Objection to Claims.** One Hundred Thirty-Fifth
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests
Based Upon Unspecified Puerto Rico Statutes  **[Case No. 17-3283, ECF No. 9911]**

Responses:
    A. Response to One Hundred Thirty-Fifth Omnibus Objection to Claims, filed by
    Myrna Acosta Cruz (Claim No. 140954) **[Case No. 17-3283, ECF No. 10653]**
    (Response Form not returned)

    B. Response to One Hundred Thirty-Fifth Omnibus Objection to Claims, filed by Ana
    M. Acosta Lopez (Claim No. 127344) **[Case No. 17-3283, ECF No. 15121-1, 2]**
    (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the One Hundred Thirty-Fifth Omnibus
    Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
    Highways and Transportation Authority, and Employees Retirement System of the
    Government of the Commonwealth of Puerto Rico to Individual Proof of Claim
    No. 127344 **[Case No. 17-3283, ECF No. 15121]**

    B. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and
    Transportation Authority, and Employees Retirement System of the Government
    of the Commonwealth of Puerto Rico to Response Filed by Claimant Myrna Acosta
    Cruz [ECF No. 10653] to the One Hundred Thirty-Fifth Omnibus Objection (Non-
    Substantive) to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No.
    15124]**

Related Documents:
    A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred
    Thirty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of

13

Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth of Puerto Rico to
Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes,
(B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting
Related Relief **[Case No. 17-3283, ECF No. 14685]**

    B.  Motion to Submit Certified Translations in Connection with Docketed Claim
Objection Responses To Be Heard at the November 20, 2020 Satellite Hearing
**[Case No. 17-3283, ECF No. 15129]**

Status:  This matter is going forward.

Estimated Time Required:  30 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 10 minutes
    B. Objecting Parties: N/A

3.  **One Hundred Thirty-Seventh Omnibus Objection to Claims.** One Hundred Thirty-
Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation Authority, and Employees Retirement System
of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Interests Based Upon Unspecified Puerto Rico Statutes  **[Case No. 17-3283, ECF No.
9915]**

Responses:
    A.  Response to One Hundred Thirty-Seventh Omnibus Objection to Claims, filed by
Jose Antonio Cintron Gonzalez (Claim No. 136369) **[Case No. 17-3283, ECF No.
10649]** (Response Form not returned)

Replies, Joinders & Statements:
    A.  Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government
of the Commonwealth of Puerto Rico to Response Filed by Claimant Jose Antonio
Cintron Gonzalez [ECF No. 10649] to the One Hundred Thirty-Seventh Omnibus
Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon
Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 15125]**

Related Documents:
    A.  Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred
Thirty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
Retirement System of the Government of the Commonwealth of Puerto Rico to
Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes,

(B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14688]**

B. Motion to Submit Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the November 20, 2020 Satellite Hearing **[Case No. 17-3283, ECF No. 15129]**

Status: This matter is going forward.

Estimated Time Required: 15 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: Laura Stafford and Brian Rosen, 6 minutes
  B. Objecting Parties: N/A

4. **One Hundred Forty-First Omnibus Objection to Claims.** One Hundred Forty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 9934]**

Responses:
  A. Response to One Hundred Forty-First Omnibus Objection to Claims, filed by Carmen Elisa Medina Gomez (Claim No. 129968) **[Case No. 17-3283, ECF No. 11442]** (Response Form not returned)

Replies, Joinders & Statements:
  A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Claimant Carmen Elisa Medina Gomez [ECF No. 11442] to the One Hundred Forty-First Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 15126]**

Related Documents:
  A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Forty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14693]**

Status: This matter is going forward.

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 6 minutes
    B. Objecting Parties: N/A

## V.   CONTESTED CLAIM OBJECTIONS (beginning at 4:00 p.m. Atlantic Standard Time):

Objection Deadline:  February 18, 2020 at 4:00 p.m. (Atlantic Standard Time).

Reply Deadline: November 11, 2020 at 4:00 p.m. (Atlantic Standard Time)

Related Documents Concerning All Claim Objections Scheduled for 4:00 p.m.:

    A. Informative Motion of the Financial Oversight and Management Board for Puerto
Rico Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14399]**

    B. Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

    C. Order Regarding Notices of Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 15005]**

1. **One Hundred Forty-First Omnibus Objection to Claims.** One Hundred Forty-First
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
Highways and Transportation Authority, and Employees Retirement System of the
Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests
Based Upon Unspecified Puerto Rico Statutes  **[Case No. 17-3283, ECF No. 9934]**

Responses:
    A. Response to One Hundred Forty-First Omnibus Objection to Claims, filed by
Carmen Elisa Medina Gomez (Claim No. 142010) **[Case No. 17-3283, ECF No. 11442]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees Retirement System of the Government
of the Commonwealth of Puerto Rico to Response Filed by Claimant Carmen Elisa
Medina Gomez [ECF No. 11442] to the One Hundred Forty-First Omnibus
Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon
Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 15126]**

Related Documents:

    A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Forty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14693]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 6 minutes
    B. Objecting Parties: N/A

2. **One Hundred Forty-Third Omnibus Objection to Claims.** One Hundred Forty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes  **[Case No. 17-3283, ECF No. 9936]**

Responses:
    A. Response to One Hundred Forty-Third Omnibus Objection to Claims, filed by Minerva Quinones Sanchez (Claim No. 116567) **[Case No. 17-3283, ECF No. 11985]** (Response Form not returned)

Replies, Joinders & Statements:

    A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Claimant Minerva Quinones Sanchez [ECF No. 11985] to the One Hundred Forty-Third Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 15127]**

Related Documents:
    A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Forty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes,

(B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14695]**

B. Motion to Submit Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the November 20, 2020 Satellite Hearing **[Case No. 17-3283, ECF No. 15129]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 6 minutes
    B. Objecting Parties: N/A

3. **One Hundred Forty-Fifth Omnibus Objection to Claims.** One Hundred Forty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes  **[Case No. 17-3283, ECF No. 9938]**

Responses:
    A. Response to One Hundred Forty-Fifth Omnibus Objection to Claims, filed by Ines M. Rivera Rosario (Claim No. 152339) **[Case No. 17-3283, ECF No. 12092]** (Response Form not returned)

    B. Response to One Hundred Forty-Fifth Omnibus Objection to Claims, filed by Ines M. Rivera Rosario (Claim No. 165179) **[Case No. 17-3283, ECF No. 12092]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Claimant Ines M. Rivera Rosario [ECF No. 12092] to the One Hundred Forty-Fifth Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes **[Case No. 17-3283, ECF No. 15128]**

Related Documents:
    A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Forty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified Puerto Rico Statutes,

(B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting
Related Relief **[Case No. 17-3283, ECF No. 14697]**

B.  Motion to Submit Certified Translations in Connection with Docketed Claim
Objection Responses To Be Heard at the November 20, 2020 Satellite Hearing
**[Case No. 17-3283, ECF No. 15129]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  30 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 10 minutes
B. <u>Objecting Parties</u>: N/A


*[Remainder of page intentionally left blank]*

Dated: November 18, 2020
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900


*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

*/s/  Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944


*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

20

## **Exhibit A**

**Procedures Order**