**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | Promesa Title III |
| COMMONWEALTH OF PUERTO RICO | Case No. 17-3283 (LTS) |
| Debtors | |

**CERTIFICATE OF SERVICE**

I hereby certify that the Association of Owners of the Medina Professional Center Condominium's (the "HOA"), in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's Thirteenth Amended Notice, Case Management and Administrative Procedures Order (Docket No. 13,512 of Case No. 17-03283 (LTS)) sent a true and exact copy of the document titled *Association of Owners of the Medina Professional Center Condominium's Request for Allowance and Payment of Administrative Expense* filed by the undersigned counsels on behalf of the HOA. (Docket No. 15,140 of Case No. 17-3283) by electronic mail upon all the parties listed in the Master Service List on November 16, 2020 and by U.S. mail upon the US Trustee on November 19, 2020.

Dated: November 19, 2020

Respectfully submitted,

**CÓRDOVA & DICK, LLC**
Attorneys for the HOA

P.O. Box 194021
San Juan, PR 00919-4021

#403 Calle 12 de Octubre
Urb. El Vedado
San Juan, PR 00918

787 452 6425

*/f/BRIAN M. DICK BIASCOECHEA*
BRIAN M. DICK BIASCOECHEA
RÚA Núm. 18,276

bmd@cordovadick.com