```
 1              UNITED STATES DISTRICT COURT

 2              DISTRICT OF PUERTO RICO

 3
    In Re:                    )       Docket No. 3:17-BK-3283(LTS)
 4                            )
                             )       PROMESA Title III
 5  The Financial Oversight and )
    Management Board for       )
 6  Puerto Rico,              )       (Jointly Administered)
                             )
 7  as representative of       )
                             )
 8  The Commonwealth of        )
    Puerto Rico, et al.        )       November 18, 2020
 9                            )
                 Debtors,     )
10
    _____
11

12       HEARING ON ADJOURNED OMNIBUS OBJECTIONS TO CLAIMS

13    BEFORE THE HONORABLE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN

14            UNITED STATES DISTRICT COURT JUDGE

15    AND THE HONORABLE U.S. MAGISTRATE JUDGE JUDITH GAIL DEIN

16            UNITED STATES DISTRICT COURT JUDGE

17  _____

18
    APPEARANCES:
19
    ALL PARTIES APPEARING TELEPHONICALLY
20
    For The Commonwealth
21  of Puerto Rico, et al.:  Ms. Laura Stafford, PHV

22

23

24

25  Proceedings recorded by stenography.  Transcript produced by
    CAT.
```

```
 1                            I N D E X

 2   WITNESSES:                                    PAGE

 3        None.

 4

 5   EXHIBITS:

 6        None.

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                                    San Juan, Puerto Rico

 2                                    November 18, 2020

 3                                    At or about 9:25 AM

 4                          *     *     *

 5           THE COURT  This is Judge Swain speaking.

 6           MS. NG:  Hi, Judge  It's Lisa.

 7           THE COURT:  Hello, Ms. Ng.

 8           Ms. Diaz, would you please announce the case?

 9           COURTROOM DEPUTY:  Absolutely, Your Honor.

10           The United States District Court for the District of

11  Puerto Rico is now in session.  The Honorable Laura Taylor

12  Swain presiding.  Also sitting, the Honorable Judith Gail

13  Dein.  God save the United States of America and this

14  Honorable Court.

15           Bankruptcy Case No. 17-3283, In re:  The Financial

16  Oversight and Management Board for Puerto Rico, as

17  representative of the Commonwealth of Puerto Rico, et al., for

18  Hearing on Adjourned Omnibus Objections to Claims.

19           THE COURT:  Thank you.

20           Is Ms. Walker, the court reporter, on the line?

21           COURT REPORTER:  Yes, Your Honor.

22           THE COURT:  Good morning, Ms. Walker.

23           COURT REPORTER:  Good morning, Your Honor.

24           THE COURT:  And thank you.

25           Is the interpreter at the satellite location?
```

1          THE INTERPRETER:  Yes, Your Honor.  Juan Segarra

2 speaking.

3          THE COURT:  Thank you.  Would you say your name one

4 more time, please, sir?

5          THE INTERPRETER:  Certainly.  Juan Segarra.

6          THE COURT:  Good morning, Mr. Segarra.  And are you a

7 certified interpreter?

8          THE INTERPRETER:  Yes, Your Honor, I am.

9          THE COURT:  Thank you.  Are there individuals there

10 who need Spanish interpretation now?

11          COURTROOM DEPUTY:  Good morning, Your Honor.  This is

12 Carmen from Prime Clerk's site.

13          THE COURT:  Good morning.

14          COURTROOM DEPUTY:  We have no one from the nine

15 o'clock list as per the Agenda.  There's no one present here

16 right now.

17          THE COURT:  All right.  And so then Mr. Segarra won't

18 have to interpret the following remarks; but please let me

19 know at any point when someone is there for whom Mr. Segarra

20 needs to begin interpreting, and then I will work with him for

21 consecutive interpretation to the extent that is necessary.

22          Is that acceptable to you, Mr. Segarra?

23          THE INTERPRETER:  That is understood.  That sounds

24 perfect, Your Honor.

25          THE COURT:  Very good.  Thank you.

1          Again, welcome, counsel, parties in interest, and

2    members of the public and press.  Today's telephonic hearing

3    is for the purpose of addressing several pending Omnibus Claim

4    Objections.  To ensure the orderly operation of today's

5    telephonic hearing, all parties on the line must mute their

6    phones when they are not speaking.

7          If you are accessing these proceedings on a computer,

8    please be sure to select "mute" on both the Court Solutions

9    dashboard and your phone.  When you need to speak, you must

10   unmute on both the dashboard and the phone.

11         I remind everyone that, consistent with the court and

12   judicial conference policies and the Orders that have been

13   issued, no recording or retransmission of the hearing is

14   permitted by any person, including but not limited to the

15   parties, members of the public, or the press.  Violations of

16   this rule may be punished with sanctions.

17         The Agenda for today's hearing was filed by the

18   Oversight Board on November 16th, 2020.  The Agenda, which was

19   filed as Docket Entry No. 15161 in Case No. 17-3283, is

20   available to the public at no cost on Prime Clerk for those

21   who are interested.

22         Each portion of today's hearing will begin at or

23   about the time indicated on the Agenda.  If we need to take a

24   break, I will direct everyone to disconnect and dial back in

25   at a specified time.  Today we will have sessions beginning at

1    9:00 AM Atlantic Standard Time, 10:30 AM Atlantic Standard

2    Time, 1:00 PM Atlantic Standard Time, 2:30 PM Atlantic

3    Standard Time, and 4:00 PM Atlantic Standard Time.

4         The first Agenda item is the 88th Omnibus Objection.

5    And just to be clear, again, Ms. Tacoronte, have any

6    respondents appeared at the site to speak in response to the

7    88th Omnibus Objection to Claims?

8         THE INTERPRETER:  This is the interpreter speaking.

9    There is no one that has appeared here.  I don't know if there

10   are any other cubicles where someone might be at.  Carmen is

11   not here in this room at this time.  I don't know if she's

12   hearing you from another cubicle.

13        THE COURT:  Thank you, Mr. Segarra.

14        Since she has indicated that there was no one as of a

15   few minutes ago, and no one has been sent into the cubicle

16   with you, we will proceed with my calling on counsel for the

17   Oversight Board to speak to the 88th Omnibus Objection.

18        MS. STAFFORD:  Thank you, Your Honor.

19        THE COURT:  Thank you.

20        MS. STAFFORD:  Thank you, Your Honor.  This is Laura

21   Stafford of Proskauer Rose on behalf of the Financial

22   Oversight and Management Board.

23        The 88th Omnibus Objection --

24        THE COURT:  Good morning, Ms. Stafford.

25        MS. STAFFORD:  Good morning, Your Honor.

1          The 88th Omnibus Objection's filed at ECF No. 8977.

2     This objection seeks to disallow in their entirety proofs of

3     claim that asserted interests based upon unspecified Puerto

4     Rico statutes, but failed to provide a basis for asserting

5     liability against the debtors.

6          One response remains outstanding.  It was filed by

7     Megaly Muniz Tirado, who presents Proof of Claim No. 61531.

8     This response was mailed to the debtors, and the debtors have

9     filed it on the docket at ECF No. 15075-1.   The response

10    contains a copy of a page from the 88th Omnibus Objection, and

11    on that page, the claimant hand wrote the words, "Received,

12    Megaly."

13         The claimant did not, however, provide any additional

14    information required to process the claim, such as information

15    regarding the specific Puerto Rico laws asserted, or how those

16    laws result in additional liabilities owed.  Accordingly, the

17    debtors request that the Court grant the objection and

18    disallow the claim, not withstanding Ms. Muniz Tirado's

19    response.

20         THE COURT:  Ms. Stafford, I noticed that this claim

21    and several others that refer to laws include references to a

22    Law 96.  And one of the proofs of claim, not this one,

23    attached a copy of that statute, which appeared to be a law

24    passed in 2002 that provided for a 100 dollar raise for public

25    employees.

1          To the extent it is possible objectively to ascertain

2     what the law is, would you explain why a claim referring to

3     that law is still deficient and should be disallowed?

4          MS. STAFFORD:  Of course, Your Honor.  We understand

5     that Law 96, to the extent that -- well, it is not always

6     clear whether a claimant who writes Law 96 on a claim refers

7     to this law or a different one.  And in any event, it's not

8     always clear without additional information whether that

9     claimant is a public employee and/or was a public employee who

10    was entitled to the raise set forth in Law 96.

11         So without additional information regarding a

12    claimant's status as a public employee, it's impossible for us

13    to know whether or not this claimant is, in fact, entitled to

14    the liabilities -- or to the raises set forth in Law 96.

15         THE COURT:  And so again, to be clear, this person

16    simply provided a name, a claim amount, references to the law,

17    and did not provide any additional information in response to

18    the objection?

19         MS. STAFFORD:  That is correct, Your Honor.

20         THE COURT:  Then the objection, the 88th Omnibus

21    Objection, is sustained as to Claim No. 61531 of Megaly Muniz

22    Tirado, and that claim is disallowed in its entirety, because

23    the proof of claim and supplemental response from the claimant

24    fail to provide sufficient information to support a claim.

25         And, Ms. Stafford, will the debtor provide a

1    comprehensive proposed order disallowing the claims resolved

2    by the 88th Omnibus Objection?

3         MS. STAFFORD:  We would be glad to, Your Honor.

4         THE COURT:  Thank you.

5         The next Agenda item is the 94th Omnibus Objection to

6    Claims.  Mr. Interpreter, has anyone been sent into the room

7    to speak in response to that objection?

8         THE INTERPRETER:  Not at this time, Your Honor.

9         THE COURT:  Thank you.

10        COURTROOM DEPUTY:  Your Honor, this is Carmen.  I'm

11   sorry.  I was not available earlier.  But Mr. Segarra is

12   correct, Your Honor.

13        THE COURT:  All right.  So when we get to each

14   objection, I will ask that question to make sure that if

15   anyone is there, we are engaging them.  But at this point, has

16   anyone scheduled for the 9:00 AM matters arrived at the

17   satellite location or appeared at the satellite location,

18   Ms. Tacoronte?

19        COURTROOM DEPUTY:  No, Your Honor.

20        THE COURT:  Very well.  So I will assume that if

21   anyone appears, you'll be sending them into the room, but I

22   will ask the question as we begin the argumentation with

23   respect to each one.

24        And so I now turn to the 94th Omnibus Objection.

25   Ms. Stafford?

1          MS. STAFFORD:  Yes.  Thank you, Your Honor.

2          The 94th Omnibus Objection was filed at ECF No. 8983,

3     and this objection seeks to disallow in their entirety proofs

4     of claim that fail to provide a basis for asserting liability

5     against the debtors.

6          There are four responses that remain outstanding.

7     The first of those was submitted by Teresita De Jesus Jusino

8     with respect to Proof of Claim No. 161340.  This response was

9     mailed to the debtors, and we have filed it on the docket at

10    ECF No. 15100-1.

11         This response contains a copy of a completed outreach

12    mailing.  In that mailing, the claimant states that her claim

13    is based on a legal action against the Puerto Rico Electric

14    Power Authority.  We, therefore, understand that any

15    liabilities should be asserted against PREPA and not against

16    the Commonwealth.  And the debtors, therefore, request the

17    Court grant the objection and reclassify this claim to be

18    asserted against PREPA.

19         THE COURT:  And so the debtor is not asking for the

20    claim to be disallowed absolutely, but instead to be

21    disallowed as against the Commonwealth and classified as a

22    claim against PREPA only?

23         MS. STAFFORD:  That is correct, Your Honor.

24         THE COURT:  And I understand that this claim also was

25    labeled with the case number for ERS, but contains no

1    information that would indicate that there is actually a claim

2    against ERS?

3         MS. STAFFORD:  That is correct, Your Honor.

4         THE COURT:  And so it is to be reclassified as a

5    claim against PREPA only.  I will rule on it after we speak of

6    all of the other responses to the 94th Objection.  And so you

7    may continue.

8         MS. STAFFORD:  Sounds good.  Thank you, Your Honor.

9         The next response on the Agenda was submitted by

10   Teresa Angelica De La Haba with respect to Proof of Claim No.

11   12995.  This response was also mailed to the debtors, and we

12   have filed it on the docket at ECF No. 15100-2.  And this

13   response relates to a proof of claim that was asserted against

14   ERS.

15        The response contains a copy of a page from the 94th

16   Omnibus Objection, as well as a copy of a partially completed

17   mailing in which Ms. De La Haba purports to assert liabilities

18   arising from the status of the bondholder holding

19   approximately 415,000 dollars in bonds.  The response also

20   contains a copy of a UBS account statement belonging to Ms. De

21   La Haba.  That statement contains evidence regarding Ms. De La

22   Haba's ownership of seven bonds issued by the Commonwealth and

23   its instrumentalities.

24        And I'm happy to take the seven bonds in turn or in

25   the order -- in the steps laid out in our notice of

1    correspondence, if that would be most efficient, Your Honor.

2            THE COURT:  Yes.  That would be fine.

3            MS. STAFFORD:  Okay.  The first of those bonds is an

4    ERS bond.  And the CUSIP number for that bond is covered by a

5    master proof of claim which was filed by the Bank of New York

6    Mellon on behalf of ERS bondholders against ERS.

7            The ERS bond portion of this claim, therefore,

8    asserts an ERS bond that is duplicative of a master proof of

9    claim asserted against the Commonwealth.  And we would request

10   that the Court disallow the ERS bond portion of this claim as

11   duplicative of that master proof of claim.

12           THE COURT:  And so I just want to be clear about

13   that.  I think I heard -- I may have misheard you -- that when

14   you first described the master proof of claim, I thought you

15   said that it was a master proof of claim filed against ERS

16   only, and a moment ago you said that this should be disallowed

17   as duplicative of a master proof of claim filed as against ERS

18   and the Commonwealth.

19           So the question is whether the master proof of claim

20   also covers an ERS bond-based claim, that is, to the extent it

21   is also asserted against the Commonwealth?

22           MS. STAFFORD:  I apologize if I misspoke, Your Honor,

23   but the CUSIP number for the ERS bond in question is

24   duplicative of a master proof of claim that was filed against

25   ERS.  And so we'd request the Court disallow the portion of

1    the -- of Ms. De La Haba's ERS bond that was asserted against

2    ERS, as it is duplicative of a master proof of claim filed

3    against ERS.

4            THE COURT:  And so to the extent that this claim is

5    also asserted as against the Commonwealth, again arising from

6    the holding of ERS bonds, and, as you know, we have a lot of

7    litigation about that sort of thing, are you seeking to

8    disallow it as against the Commonwealth?

9            MS. STAFFORD:  We are, Your Honor.  There was a

10   separate proof of claim filed -- or sorry -- well, a separate

11   proof of claim and a separate response, which is the next item

12   on the Agenda, asserting this ERS bond against the

13   Commonwealth.  And this ERS bond would also be duplicative of

14   a separate master proof of claim filed against the

15   Commonwealth by Bank of New York Mellon.  And so we'd request,

16   in either instance, whether against ERS or against the

17   Commonwealth, it be disallowed as duplicative of those master

18   proofs of claim.

19           THE COURT:  And so what is the number of the ERS

20   bondholder master proof of claim as against the Commonwealth?

21           MS. STAFFORD:  It is 32004.  And if you'd like us to

22   file anything to make that clear on the docket, we can

23   certainly do that.

24           THE COURT:  Yes.  I would be grateful if you would do

25   that.

1           All right.  So this is duplicative of the claims

2  filed by -- the master proof of claim filed by Bank of New

3  York Mellon against ERS and the master proof of claim filed by

4  Bank of New York Mellon on behalf of ERS bondholders as

5  against the Commonwealth, correct?

6           MS. STAFFORD:  That is correct, Your Honor.

7           THE COURT:  All right.  Thank you.  You may go on.

8           MS. STAFFORD:  The next proof of -- the next bond

9  asserted by Ms. De La Haba against both the Commonwealth and

10  ERS is a COFINA bond.  The claim provides no basis for

11  asserting liabilities associated with a COFINA bond against

12  ERS.

13          And to the extent Ms. De La Haba seeks to assert the

14  COFINA bond against the Commonwealth, the liabilities

15  associated with that bond have been settled and released

16  pursuant to this Court's Order approving a settlement of the

17  COFINA-Commonwealth dispute, as well as its order approving a

18  plan of confirmation for COFINA.

19          Accordingly, the Commonwealth has been released from

20  all liability for the portions of this claim asserting

21  interest in COFINA bonds, and so we would request this COFINA

22  bond claim be disallowed as against ERS and against the

23  Commonwealth.

24          THE COURT:  Thank you.  You may go on.

25          MS. STAFFORD:  Ms. De La Haba also asserts a claim --

1   a claim arising from an AFICA bond which asserts liabilities

2   associated with a bond issued by AFICA, which according to the

3   offering statements associated with that bond, do not

4   constitute an indebtedness of the Commonwealth or any of its

5   political subdivisions other than AFICA.

6           Accordingly, Your Honor, ERS nor any other Title III

7   debtor is liable for the liabilities associated with that

8   AFICA bond, and we would request that -- the assertion that

9   the AFICA bond against the Commonwealth and against ERS be

10  disallowed.  And should I go on?

11          THE COURT:  Yes, please.

12          MS. STAFFORD:  The remaining four bonds asserted by

13  Ms. De La Haba are a GO bond, a PRIDCO bond, a PBA bond, and a

14  PRASA bond.  Our understanding is that each of these four

15  bonds would be appropriately asserted, if at all, against the

16  Commonwealth and not ERS.  And so we would request that to the

17  extent they are currently asserted against ERS, they be

18  reclassified to be asserted against the Commonwealth instead

19  of ERS.

20          THE COURT:  All right.  And then she has another

21  proof of claim that we'll discuss afterwards that you are also

22  seeking to disallow as -- or did you want to disallow this one

23  as duplicative of another proof of claim?

24          MS. STAFFORD:  My preference would -- well, my

25  preference would be to reclassify Claim No. 12995 against the

1  Commonwealth, and then disallow 14790 to the extent it asserts

2  the same bonds.  And the reason for that, Your Honor, is that

3  12995 has additional supporting documentation attached to it

4  that we want to make sure is associated with the claim Ms. De

5  La Haba has before the Commonwealth.

6      THE COURT:  That makes sense.  So 12995 published

7  everything that is in 14790 and is further documented?

8      MS. STAFFORD:  That is correct.

9      THE COURT:  Thank you for making that clear.

10      You may go on to speak about the next respondent to

11  the 94th Objection.

12      MS. STAFFORD:  Thank you, Your Honor.

13      The remaining response was filed by Marcelina Medina

14  Marrero with respect to Proof of Claim No. 53781.  And this

15  response was mailed to the debtors, and we have filed it on

16  the docket at ECF No. 15100-1.

17      This response consists of a copy of a partially

18  completed outreach mailing in which the claimant purports to

19  assert liabilities arising out of a pending legal action in

20  the amount of one dollar to 25,000 dollars.  The response

21  does not, however, provide any information necessary to

22  reconcile the claim, such as a case number of the asserted

23  legal action, nor any explanation of the liabilities allegedly

24  owed.

25      Accordingly, because the claimant still has not

1   provided sufficient information to enable the debtors to

2   process the claim, we would request that the Court grant the

3   objection and disallow the claim, not withstanding Ms. Medina

4   Marrero's response.

5           THE COURT:  Thank you.

6           I will now rule on these objections.  The 94th

7   Omnibus Objection is sustained as to Claim No. 161340 of

8   Teresita De Jesus Jusino, to the extent that the proof of

9   claim is reclassified as a claim solely against PREPA.  The

10  remainder of the claim is disallowed for lack of sufficient

11  information to support a claim.

12          Then turning to Claim Nos. 12995 and 14790 of Teresa

13  Angelica De La Haba, the objection is sustained to the

14  following extent:  Claim No. 12995 is disallowed as

15  duplicative of master claims filed on behalf of ERS

16  bondholders by the Bank of New York Mellon as against ERS and

17  the Commonwealth.  And the remainder of the -- well, that's

18  first.

19          Second, it is reclassified as a proof of claim

20  against the Commonwealth on account of ownership of GO,

21  PRIDCO, PBA and PRASA bonds.  And to the extent it is based on

22  AFICA bonds, it is disallowed as against the Commonwealth and

23  ERS, because AFICA is not a Title III debtor, and no basis has

24  been proffered for asserting a claim against ERS or the

25  Commonwealth on account of AFICA bonds.

1    It is disallowed to the extent it is based on

2    ownership of COFINA bonds, because the ownership of such bonds

3    provides no basis for a claim against ERS.  And claims against

4    the Commonwealth, on account of COFINA bond ownership, were

5    released in connection with the confirmation of the COFINA

6    Plan and the approval of the settlement between COFINA and the

7    Commonwealth.

8    Claim 14790 is disallowed in its entirety as

9    duplicative of Claim No. 12995.

10   And finally, the 94th Omnibus Objection is sustained

11   as to Claim No. 53781 of Marcelina Medina Marrero.  And that

12   claim is disallowed in its entirety, because the proof of

13   claim and supplemental response from the claimant failed to

14   provide sufficient information to support a claim.

15   And, Ms. Stafford, you will make a filing identifying

16   the master ERS proof of claim against the Commonwealth, and

17   also submit a proposed order resolving all of the 94th Omnibus

18   Objection included in this ruling?

19   MS. STAFFORD:  We will be glad to do so, Your Honor.

20   Thank you.

21   THE COURT:  Thank you very much.

22   Does this conclude all of the 9:00 AM matters?

23   MS. STAFFORD:  I believe it does, Your Honor.

24   THE COURT:  All right.  So let's all disconnect and

25   call back in at 10:30 AM, which is 35 minutes from now.

1          And, Ms. Ng, I would ask you to let me know when

2     everyone is back on the line.  And, of course, Ms. Tacoronte,

3     to let me know whether any of the respondents to the

4     objections who are scheduled for 10:30 are there, and we will

5     recommence.

6          Is that acceptable, Ms. Stafford?

7          MS. STAFFORD:  That sounds great, Your Honor.  Thank

8     you.

9          THE COURT:  Thank you.

10         Ms. Tacoronte, does that work for you?

11         COURTROOM DEPUTY:  Absolutely, Your Honor.

12         THE COURT:  Okay.  Very good.  Thank you.  I'll speak

13    with you all again in about a half hour.  Everyone please

14    disconnect from the Prime Clerk line and then reconnect.  I'll

15    speak with you shortly.  Thank you.

16         (At 9:54 AM, recess taken.)

17         (At 10:31 AM, proceedings reconvened.)

18         THE COURT:  Again, good morning.  This is Judge Swain

19    speaking.

20         MS. NG:  Hi, Judge.  It's Lisa.

21         THE COURT:  And so we are now going to begin the

22    10:30 AM portion of this claim objection hearing.  Are there

23    any respondents present?

24         COURTROOM DEPUTY:  Good morning, Your Honor.  This is

25    Carmen from Prime Clerk's site.  I'm here with the

1  interpreter, Mr. Segarra, and there are no speakers for 10:30

2  AM.

3          THE COURT:  Thank you.

4          And so I will proceed with hearing from the attorney

5  for the Oversight Board concerning the 95th Omnibus Objection

6  to Claims.

7          MS. STAFFORD:  Thank you, Your Honor.  This is Laura

8  Stafford from Proskauer Rose on behalf of the Oversight Board.

9          With respect to the 95th Omnibus Objection to claims

10  which was filed at ECF No. 8984, this objection seeks to

11  disallow in their entirety proofs of claim that fail to

12  provide a basis for asserting liability against the debtors.

13          Three responses remain outstanding.  The first of

14  those was filed by or submitted by Ms. Ines Rodriguez Cruz

15  with respect to Proof of Claim No. 15076- -- sorry, with

16  respect to Proof of Claim No. 161854.  And the response was

17  mailed to the debtors and filed on the docket at ECF No.

18  15076-1.

19          This response consists of a handwritten message from

20  Ms. Rodriguez Cruz containing Ms. Rodriguez Cruz's contact

21  information and requesting copies of a motion filed on

22  September 16th, 2020.  It does not, however, provide any

23  additional information needed to process the claim.

24          Accordingly, because the claimant still has not

25  provided sufficient information to enable the debtors to

1   process the claim, we would request the Court grant the

2   objection and disallow the claim, not withstanding

3   Ms. Rodriguez Cruz's response.

4           THE COURT:   Thank you.   You may go on to the next

5   response.

6           MS. STAFFORD:   Sure, Your Honor.   The next response

7   was filed by Carmen Sanchez Maltes with respect to Proof of

8   Claim No. 44934.   This response was also mailed to the debtors

9   and was filed on the docket at ECF No. 15076-3.

10          This response contains a copy of our outreach

11  mailing, and on that outreach mailing, the claimant purports

12  to assert liabilities arising out of a litigation.   However,

13  the only case number provided by the claimant is the number of

14  the Commonwealth Title III case.

15          Accordingly, since the claimant has still not

16  provided sufficient information to enable the debtors to

17  process the claim, we would request the Court grant the

18  objection and disallow the claim, not withstanding Ms. Sanchez

19  Maltes' response.

20          And if you'd like, I can proceed to the next item on

21  the Agenda.

22          THE COURT:   Yes, please.

23          MS. STAFFORD:   The third response that remains

24  outstanding with respect to the 95th Omnibus Objection was

25  submitted by Neveida Troche Vargas with respect to Proof of

1   Claim No. 161279.  This response was also mailed to the

2   debtors and was filed on the docket at ECF No. 15076-5.

3        This response consists of a copy of a handwritten

4   note in which Ms. Troche Vargas states, "Prime Clerk received

5   your proof of claim."  The response does not, however, provide

6   any additional information needed to process the claim.

7        Accordingly, because the claimant still has not

8   provided sufficient information to enable the debtors to

9   process the claim, we would request the Court grant the

10  objection and disallow the claim, not withstanding Ms. Troche

11  Vargas' response.

12       THE COURT:  Thank you.  And as we noted in beginning

13  this segment of the Agenda, none of these respondents has come

14  to speak further to the response to the objection.  And so I

15  am ready to rule.

16       The 95th Omnibus Objection is sustained as to Claim

17  No. 161854 of Ines Rodriguez Cruz.  And that claim is

18  disallowed in its entirety, because the proof of claim and

19  supplemental response from the claimant failed to provide

20  sufficient information to support a claim.

21       The 95th Omnibus Objection is also sustained as to

22  Claim No. 44934 of Carmen D. Sanchez Maltes.  And that claim

23  is disallowed in its entirety, because the proof of claim and

24  supplemental response from the claimant failed to provide

25  sufficient information to support a claim.

1       The 95th Omnibus Objection is further sustained as to

2   Claim No. 161279 of Neveida Troche Vargas.  And that claim is

3   disallowed in its entirety, because the proof of claim and

4   supplemental response from the claimant failed to provide

5   sufficient information to support a claim.

6       And, Ms. Stafford, will the Oversight Board submit a

7   comprehensive proposed order dealing with all of the claims

8   outstanding in the 95th Omnibus Objection, including those

9   that I have just ruled on?

10       MS. STAFFORD:  We would be glad to, Your Honor.

11       THE COURT:  Thank you.

12       The next Agenda item is the 96th Omnibus Objection to

13   Claims.  Ms. Tacoronte, is there anyone there to speak in

14   response to the 96th Objection?

15       COURTROOM DEPUTY:  No, Your Honor.

16       THE COURT:  Thank you.

17       And so, Ms. Stafford, I would invite you to make your

18   arguments.

19       MS. STAFFORD:  Thank you, Your Honor.

20       With respect to the 96th Omnibus Objection, which was

21   filed at ECF No. 9546, this objection seeks to disallow in

22   their entirety proofs of claim that asserted interests based

23   on salary demands, employment, or services provided, but which

24   failed to provide a basis for asserting liability against the

25   debtors.

1          One response remains outstanding.  This response was

2    submitted by Mr. Miguel Angel Garcia Cruz with respect to

3    Proof of Claim No. 110432, and it was filed on the docket at

4    ECF No. 12234.  The response consists of a handwritten letter

5    that contains information regarding Mr. Garcia Cruz's mailing

6    address.  The response does not, however, provide any

7    additional information needed to process the claim.

8          Accordingly, because the claimant still has not

9    provided sufficient information to enable the debtors to

10   process the claim, we would request the Court grant the

11   objection and disallow the claim, not withstanding Mr. Garcia

12   Cruz's response.

13         THE COURT:  I do have a question about this one.  The

14   claim itself seems to refer to accumulated contributions to

15   Puerto Rico Government retirement.  And we have the ACR Order

16   in place for pension-related claims.  Is there any

17   relationship that you know of between this type of claim

18   that's being asserted and the types of claims that are being

19   transferred into ACR?

20         Another way to ask it would be has there been any

21   cross checking to see whether someone by this name is also in

22   the list of pension plan participants who are to be

23   transferred into ACR?

24         MS. STAFFORD:  Typically, the claims that have been

25   transferred into ACR for purposes of resolving pension-related

1    claims are ones with respect to which we have information

2    substantiating that the claimant is, in fact, an employee.

3    So, typically, we would be looking for information such as

4    their dates of service, employee ID number, or Social Security

5    number, without which it's very difficult for the debtors to

6    be able to look at and evaluate whether or not the claimant

7    is, in fact, a public employee with a pension-related claim.

8           And I don't believe this claimant has provided any of

9    that type of information, which makes it difficult for us to

10   evaluate their pension-related claim.

11          THE COURT:  Now, I may not be remembering this

12   perfectly because, as you know, there's a lot of information

13   in all of these cases, but right now my partial recollection

14   is that, as to pension claims, people were told that they

15   didn't have to file a proof of claim.  And so I've had the

16   general impression that, at some point, the Commonwealth was

17   reviewing its own rolls as to people it believed were

18   participants in the system.  And I thought that that may have

19   been one of the mechanisms for determining what would be

20   processed through ACR, or recognized by way of pension claims.

21          Feel free to tell me I'm completely incorrect about

22   that, but if you can help me put my bits of information

23   together, I'd be grateful.

24          MS. STAFFORD:  Of course.  And it is true that the

25   claimants were not -- that with respect to the Bar Date Order,

1  claimants who were asserting pension liabilities were not

2  obligated to submit any type of proof of claim.  And the

3  reason for that is that the -- as I understand it, the

4  treatment of pensions in the plan of adjustment will be

5  determined at a later time.

6      And we have a process in place for gathering

7  information from those individuals such that, you know, we

8  would be able to solicit those on a new plan, but if an

9  individual was entitled to a pension, they were not obligated

10  to file a proof of claim to maintain that right.  And whether

11  their claim is allowed or disallowed would have no impact on

12  their rights to receive a pension.

13      The amount would be determined at a later time, but

14  the pensions themselves, they were not required to file a

15  proof of claim in order to substantiate that.  And we would,

16  you know, respect their right to a proof of claim -- I'm

17  sorry, to a pension, regardless of what happens with the claim

18  that was filed, with respect to a pension hearing, as part of

19  this process.

20      I don't believe that we had checked the rolls of

21  individuals who had claimed a pension -- well, who are

22  entitled to a pension against the proof of claim population.

23  But to the extent that someone had filed a proof of claim and

24  asserted that they were entitled to a pension, we had put

25  it -- we had put those types of claims into the ACR procedure

1    so that they could be resolved and so that we could determine

2    whether or not they actually disputed the amount of the

3    pension, or were just seeking to substantiate their claim to a

4    pension.

5         But we did that with respect to individuals who

6    provided enough information that we could check against our

7    rolls and determine that they were, in fact, public employees

8    entitled to a pension.  And I -- this claim, unfortunately,

9    does not include information sufficient so as to be able to

10   make that determination, because we don't have any information

11   regarding his dates of service, the agency he worked for, or

12   the -- or his Social Security number or employee ID number.

13        THE COURT:  So do I understand you correctly to be

14   saying that my sustaining the objection as to this claim and

15   disallowing this claim will not prejudice this individual, if

16   it turns out that he is a legitimate pension claimant, to be

17   treated under the plan later?  It will not disqualify him or

18   eliminate any pension rights that he may actually have?

19        MS. STAFFORD:  That is correct, Your Honor.

20        THE COURT:  All right.  Then thank you very much for

21   making that clear.  And with that clarification of the manner

22   in which pension-related claims are being treated, the 96th

23   Omnibus Objection is sustained as to Claim No. 110432 of

24   Miguel Angel Garcia Cruz.  And that claim is disallowed in its

25   entirety, because the proof of claim and supplemental response

1    from the claimant failed to provide sufficient information to

2    support the claim.

3         And, Ms. Stafford, you will prepare a comprehensive

4    order resolving the outstanding aspects of the 96th Omnibus

5    Objection, including the Garcia Cruz claim?

6         MS. STAFFORD:  Yes, we will, Your Honor.  Thank you.

7         THE COURT:  Thank you.

8         The next Agenda item is the 101st Omnibus Objection.

9    And, Ms. Tacoronte, is there anyone there to speak in response

10   to the 101st objection?

11        COURTROOM DEPUTY:  No, Your Honor.  There is no one.

12        THE COURT:  Thank you.

13        Ms. Stafford, you may proceed.

14        MS. STAFFORD:  Thank you, Your Honor.

15        The 101st Omnibus Objection was filed at ECF No.

16   9551.  This objection seeks to disallow in their entirety

17   proofs of claim that assert an interest based on salary

18   demands, employment, or services provided, but which failed to

19   provide a basis for asserting liability against the debtors.

20        One response to this objection remains outstanding.

21   This response was submitted to the debtors by Ana L. Luna

22   Rios, and it is with respect to Proof of Claim No. 13241,

23   which was filed by the debtors at ECF No. 15077-2.

24        This response consists of a copy of a handwritten

25   note in which Ms. Luna Rios states that she is a public

1  employee and understands that there will be a hearing on April

2  11, 2020.  The response does not, however, provide any

3  additional information needed to process the claim, such as

4  information regarding Ms. Luna Rios' dates of service, or what

5  liabilities Ms. Luna Rios claims she is owed with respect to

6  her status as a public employee.

7         Accordingly, because the claimant has still not

8  provided sufficient information to enable the debtors to

9  process the claim, we would request the Court grant the

10  objection and disallow the claim, not withstanding Ms. Luna

11  Rios' response.

12         THE COURT:  Thank you.

13         The 101st Omnibus Objection, in the absence of

14  Ms. Luna Rios' appearance and proffer of any additional

15  information at all, is sustained as to Claim No. 13241 of Ana

16  L. Luna Rios.  And that claim is disallowed in its entirety,

17  because the proof of claim and supplemental response from the

18  claimant failed to provide sufficient information to support a

19  claim.

20         And, Ms. Stafford, will you submit a comprehensive

21  proposed order dealing with the outstanding claims on the

22  101st Objection, including the Luna Rios claim?

23         MS. STAFFORD:  We would be glad to do so, Your Honor.

24  Thank you.

25         THE COURT:  Thank you.

1        And so, according to my notes, this concludes the

2   10:30 AM portion of the Agenda.

3        Ms. Tacoronte, has anyone arrived late or is there

4   anyone there seeking to speak to any nine o'clock or 10:30

5   matters?

6        COURTROOM DEPUTY:  No, Your Honor.

7        THE COURT:  Very well then.  It is time to adjourn

8   again.  The next session is scheduled to begin at 1:00 PM

9   Atlantic Standard Time, which would be 12:00 noon Eastern

10  Standard Time.

11       Do I have that correct, Ms. Stafford?

12       MS. STAFFORD:  That is correct, Your Honor.  Thank

13  you.

14       THE COURT:  Very well then.  And is there anything

15  further that you wanted to discuss at this point,

16  Ms. Stafford?

17       MS. STAFFORD:  No, Your Honor.

18       THE COURT:  Very well then.  I'll ask that everyone

19  sign off and dial in again at 12:00 noon Eastern Time, which

20  is 1:00 PM Atlantic Standard Time, and we will continue with

21  the hearing at that point.  Thank you all very much.  Stay

22  well.

23       (At 10:49 AM, recess taken.)

24       (At 1:00 PM, proceedings reconvened.)

25       THE COURT:  Good afternoon.  Judge Swain is here.

1          MS. NG:  Hi, Judge.  It's Lisa.

2          THE COURT:  Hi.  So you were able to hear me when I

3     said that?

4          MS. NG:  Yes.

5          THE COURT:  Good.  There was some music or something.

6     And so is everyone on the line, Ms. Ng?

7          MS. NG:  Yes.  Everybody that needs to be is on.

8          THE COURT:  Including the court reporter?

9          COURTROOM DEPUTY:  Yes, Your Honor.  We are here.

10         COURT REPORTER:  Good afternoon, Judge.  I'm here.

11         THE COURT:  Good afternoon, Ms. Walker.  Thank you so

12    much.

13         Ms. Tacoronte, have any of the people scheduled, any

14    of the claimants scheduled for the 1:00 PM time slot arrived

15    or made themselves known?

16         COURTROOM DEPUTY:  No, Your Honor.  We just verified,

17    and there is no one from the one o'clock group yet.

18         THE COURT:  Thank you.

19         We'll begin with the first item on the one o'clock

20    Agenda, which is the 102nd Omnibus Objection.  Ms. Stafford.

21         MS. STAFFORD:  Thank you, Your Honor.  This is Laura

22    Stafford from Proskauer Rose on behalf of the Financial

23    Oversight Board.

24         With respect to the 102nd Omnibus Objection, which

25    was filed on the docket at ECF No. 9552, this objection seeks

1    to disallow in their entirety proofs of claim that assert an

2    interest based on salary demand, employment, or services

3    provided, but which failed to provide a basis for asserting

4    liability against the debtors.

5           There are three responses outstanding filed by two

6    individual claimants.  The first of those was filed by Roberto

7    Navarro Lugo, with respect to Proof of Claim No. 24111.  And

8    this was mailed to the debtor and filed on the docket at ECF

9    No. 15089-1.

10           The response consists of a human resources rule book,

11   as well as two pages printed off of a web page, but it does

12   not provide additional information needed to process the

13   claim, such as information regarding the dates of the

14   claimant's employment, or the nature and source of the

15   liabilities that claimant -- that the claimant is asserting.

16           Accordingly, because the claimant has not provided

17   sufficient information to enable the debtor to process the

18   claim, we would request the Court grant the objection and

19   disallow the claim, not withstanding Mr. Navarro Lugo's

20   response.

21           THE COURT:  Thank you.  You may go on to address the

22   next one.

23           MS. STAFFORD:  Thank you, Your Honor.

24           The next claimant on the Agenda is Aracelis Nazario.

25   She filed two responses with respect to Proof of Claim No.

1    11823, and those responses were filed on the docket at ECF

2    Nos. 9963 and 10203.  Both of those responses contain

3    documentation asserting liabilities associated with a bond

4    purportedly issued by ERS and bearing CUSIP No. 29216MAC4.

5    That CUSIP number is covered by a master proof of claim filed

6    by the Bank of New York Mellon on behalf of ERS bondholders,

7    and the Proof of Claim Number for that master proof of claim

8    is 16777.

9           Ms. Nazario's claim is, therefore, duplicative of a

10   master proof of claim, and failure to disallow Ms. Nazario's

11   claim would result in her potentially receiving an undue debt

12   recovery.

13          Accordingly, because the claim is duplicative of a

14   master proof of claim, we would request the Court grant the

15   objection and disallow the claim, not withstanding

16   Ms. Nazario's responses.

17          THE COURT:  Thank you.

18          On the basis of the information proffered by the

19   Oversight Board, and in the absence of an appearance or any

20   further proffer of information by these claimants, the 102nd

21   Omnibus Objection is sustained as to Claim No. 24111 of

22   Roberto Navarro Lugo.  And that claim is disallowed in its

23   entirety, because the proof of claim and supplemental response

24   from the claimant failed to provide sufficient information to

25   support a claim.

1          The 102nd Omnibus Objection is also sustained as to

2     Claim Number 11823 of Aracelis Nazario.  And that claim is

3     disallowed in its entirety, because it is duplicative of a

4     master proof of claim, which is No. 16777, that has been filed

5     with respect to ERS bonds.

6          Ms. Stafford, will you submit a comprehensive

7     proposed order?

8          MS. STAFFORD:  Yes, we will do so, Your Honor.

9          THE COURT:  Thank you.

10         Ms. Tacoronte, is there anyone here to speak in

11    response to the 104th Omnibus Objection?

12         COURTROOM DEPUTY:  No, Your Honor.  There is no one

13    here.

14         THE COURT:  Thank you.

15         Ms. Stafford, would you proceed?

16         MS. STAFFORD:  Thank you, Your Honor.

17         The 104th Omnibus Objection was filed at ECF No.

18    9554, and this objection seeks to disallow in their entirety

19    proofs of claim that assert interest based on salary demands,

20    employment, or services provided, but which failed to provide

21    a basis for asserting liability against the debtors.

22         One response remains outstanding, and this was filed

23    by Hector Enrique Rios Guadarrama with respect to Proof of

24    Claim No. 59260.  And it was filed on the docket at ECF No.

25    10518.  The response consists of a letter requesting

1    additional time to obtain any necessary documents in light of

2    the January 2020 earthquakes and the subsequent closure of

3    public offices.

4         The debtors had agreed to extend until March 27th,

5    2020, the deadline for claimants subject to the 104th Omnibus

6    Objection to file responses to their objections.  During that

7    time, between the filing of the objection and the March 27

8    deadline, government offices reopened in mid January and were

9    serving the people of Puerto Rico for approximately three

10   months, at least.  Nevertheless, Mr. Rios Guadarrama has not

11   provided any additional documentation in support of his claim.

12        Accordingly, because the claimant still has not

13   provided sufficient information to enable the debtors to

14   process the claim, we would request the Court grant the

15   objection and disallow the claim, not withstanding Mr. Rios

16   Guadarrama's response.

17        THE COURT:  Ms. Stafford, this is another claim in

18   which there seems to be a reference to retirement system

19   contributions.  And so, based on our earlier discussion this

20   morning, I understand that the disallowance of this claim will

21   not prejudice any rights or claim that Mr. Guadarrama may have

22   that will be dealt with through the administrative claims

23   reconciliation process; is that correct?

24        MS. STAFFORD:  That is correct, Your Honor.  The

25   disallowance of this claim will not affect Mr. Rios

 1  Guadarrama's right to receive his pension.

 2         THE COURT:  Thank you.

 3         And so based on the information proffered by the

 4  Oversight Board, and in the absence of any appearance or

 5  proffer of further information in support of the claim, the

 6  104th Omnibus Objection is sustained as to Claim No. 59260 of

 7  Hector Enrique Rios Guadarrama.  And that claim is disallowed

 8  in its entirety, because the proof of claim and the

 9  supplemental response from the claimant failed to provide

10  sufficient information to support a claim.

11         And will the Oversight Board provide a comprehensive

12  proposed order as to the 104th Omnibus Objection?

13         MS. STAFFORD:  We will do so, Your Honor  Thank you.

14         THE COURT:  Thank you.

15         Ms. Tacoronte, has anyone appeared to speak in

16  response to the 105th Omnibus Objection?

17         COURTROOM DEPUTY:  No, Your Honor.

18         THE COURT:  Thank you.  We will proceed.

19         Ms. Stafford.

20         MS. STAFFORD:  Thank you, Your Honor.  With respect

21  to the 105th Omnibus Objection, this objection was filed at

22  ECF No. 9555, and it seeks to disallow in their entirety

23  proofs of claim asserting interest based on salary demands,

24  employment, or services provided, but which failed to provide

25  a basis for asserting liability against the debtors.

1          There is one response that remains outstanding.  It

2     was submitted by Dorka Rodriguez Santiago with respect to

3     Proof of Claim No. 32539.  The response was mailed to the

4     debtors and was filed on the docket at ECF No. 15088-1.  The

5     response consists only of a copy of Ms. Rodriguez Santiago's

6     proof of claim.  It does not, however, provide any additional

7     information needed to process the claim.

8          Accordingly, because the claimant still has not

9     provided sufficient information to enable the debtors to

10    process her claim, we would request the Court grant the

11    objection and disallow the claim, not withstanding

12    Ms. Rodriguez Santiago's response.

13         THE COURT:  Thank you.

14         On the basis of the information proffered by the

15    Oversight Board and in the absence of an appearance or the

16    tender of any additional information, the 105th Omnibus

17    Objection is sustained as to Claim No. 32539 of Dorka

18    Rodriguez Santiago.  And that claim is disallowed in its

19    entirety, because the proof of claim and supplemental response

20    from the claimant failed to provide sufficient information to

21    support the claim.

22         And will the Oversight Board provide a comprehensive

23    proposed order?

24         MS. STAFFORD:  Yes.  We will be glad to do so, Your

25    Honor.

1          THE COURT:  Thank you.

2          Ms. Tacoronte, has anyone appeared in response to the

3     107th Omnibus Objection, which is the next Agenda item?

4          COURTROOM DEPUTY:  No, Your Honor.

5          THE COURT:  Thank you.

6          We will proceed.  Ms. Stafford.

7          MS. STAFFORD:  Thank you, Your Honor.

8          The 107th Omnibus Objection was filed at ECF No.

9     9557, and it seeks to disallow in their entirety proofs of

10    claim that assert interest based on salary demands,

11    employment, or services provided, but which failed to provide

12    a basis for asserting liability against the debtors.

13         Two responses to this objection remain outstanding,

14    one of which will be taken up at the next time slot.  That's

15    the 2:30 time slot.  The first of these responses was filed by

16    Flor M. Silva Rivera with respect to Proof of Claim No. 89977.

17    This response was mailed to the debtors and is filed on the

18    docket at ECF No. 15078-1.

19         The response consists of a partially completed

20    outreach mailing response, which purports to assert

21    liabilities in the amount of $76,231.99.  It does not,

22    however, provide any additional information needed to process

23    the claim, such as any information regarding the nature or the

24    source of the liabilities asserted.

25         Accordingly, because the claimant has not provided

1   sufficient information to enable the debtors to process the

2   claim, we would request the Court grant the objection and

3   disallow the claim, not withstanding Ms. Silva Rivera's

4   response.

5         THE COURT:  Now, this claim refers to something that

6   has been translated as "accumulated retirement contributions."

7   So once again, if this claim is disallowed for lack of

8   sufficient information, will that prejudice any retirement

9   benefits that Ms. Silva Rivera may have on the books of the

10  Commonwealth or relevant entity that will be processed through

11  ACR?

12        MS. STAFFORD:  No, it will not, Your Honor.  The

13  claimant's right to receive her pension will not be affected.

14        THE COURT:  Thank you.

15        On the basis of the Oversight Board's proffer, and in

16  the absence of an appearance or further information from the

17  claimant -- whoever -- everybody, please make sure you mute.

18  There's some household background noise going on.

19        So the 107th Omnibus Objection is sustained as to

20  Claim No. 89977 of Flor M. Silva -- Flor M. Silva Rivera.  And

21  that claim is disallowed in its entirety, because the proof of

22  claim and supplemental response from the claimant failed to

23  provide sufficient information to support a claim.

24        And we will finish the discussion of the 107th

25  Omnibus Objection at the 2:30 time slot.

 1          Ms. Tacoronte, have any claimants shown up since the

 2   last time I asked you?

 3          COURTROOM DEPUTY:  No, Your Honor.

 4          THE COURT:  Very well then.  This concludes the one

 5   o'clock segment, and we will reconvene at 2:30.  So we will

 6   adjourn now.  Please exit from Court Solutions and dial back

 7   in at 2:30.  And please be sure to mute your telephone if you

 8   are not Ms. Stafford or Ms. Tacoronte, because we have had

 9   some ambient noise here that's a bit distracting.

10          Thank you all so very much.  We are adjourned.

11          (At 1:17 PM, recess taken.)

12          (At 2:30 PM, proceedings reconvened.)

13          THE COURT:  Good afternoon.  This is Judge Swain.

14          MS. NG:  Hi, Judge.  It's Lisa.

15          THE COURT:  Ms. Ng, you've ascertained that everyone

16   we need to have on is on?

17          MS. NG:  Yes.  I did a sound check with everybody.

18          THE COURT:  Very good.  This is the 2:30 PM Atlantic

19   Standard Time portion of the claims objection calendar.

20          Ms. Tacoronte, are there any speakers for the 2:30

21   segment?

22          COURTROOM DEPUTY:  No, Your Honor.

23          THE COURT:  And after we finished the morning

24   segments, did anyone come late?  Ms. Tacoronte?

25          COURTROOM DEPUTY:  I'm sorry, Your Honor.  I replied

1    "no" to your second question.  We didn't have anyone arriving

2    late from previous sessions.  Can you hear me?

3            THE COURT:  Thank you.  I can hear you now.  I'm

4    sorry.  I don't know why I didn't hear you the first time.

5    Thank you for repeating that.

6            COURTROOM DEPUTY:  Thank you.  Thank you, Your Honor.

7            THE COURT:  Thank you, Ms. Tacoronte.

8            So we will now proceed to the second part of the

9    objection, the 107th Omnibus Objection.  And just for

10   completeness of the record, Ms. Stafford, would you make a

11   brief statement as to the nature of -- the general nature of

12   the 107th Omnibus Objection before speaking specifically to

13   the Torres Rivas response?

14           MS. STAFFORD:  Of course.  I'd be happy to, Your

15   Honor.  And, again, this is Laura Stafford of Proskauer Rose

16   on behalf of the Financial Oversight and Management Board.

17           The 107th Omnibus Objection was filed at ECF No.

18   9557, and it seeks to disallow, in their entirety, proofs of

19   claim asserting interests based on salary demands, employment,

20   or services provided, but which failed to provide a basis for

21   asserting liability against the debtors.

22           There are two responses that remain outstanding.  One

23   of which was addressed during the 1:30 time slot -- I'm sorry,

24   during the 1:00 PM time slot.  The remaining response was

25   filed by Luz V. Torres Rivas, and it relates to Proof of Claim

1   No. 67915.  It was mailed to the debtors, and they have filed

2   it on the docket at ECF No. 15078-3.

3          This response consists of a portion, a couple pages

4   of a mailing, which states that the -- a copy of the debtors'

5   outreach mailing.  And these pages state that the Torres Rivas

6   response is based on a pending legal action.  It does not,

7   however, provide any additional information needed to process

8   the claim, such as any information regarding the legal action

9   that Ms. Torres Rivas asserts is pending, or the nature or

10   source of the liabilities asserted.

11          Accordingly, because the claimant still has not

12   provided sufficient information to enable the debtors to

13   process the claim, we would request the Court grant the

14   objection and disallow the claim, not withstanding Ms. Torres

15   Rivas' response.

16          THE COURT:  Thank you.

17          Would you remind me, did I rule on the Silva Rivera

18   response before we broke?

19          MS. STAFFORD:  Yes.  I believe you entered on the

20   record that it was disallowed.

21          THE COURT:  All right.  That's what I think I did as

22   well.  Since neither of us seems to be a hundred percent sure,

23   it won't hurt for me to just say it again so that the record

24   is clear.

25          So with respect to the 107th Omnibus Objection, it is

1  sustained as to Claim No. 89977 of Flor M. Silva Rivera.  And

2  that claim is disallowed in its entirety, because the proof of

3  claim and supplemental response from the claimant failed to

4  provide sufficient information to support a claim.

5       The 107th Omnibus Objection is also sustained as to

6  Claim No. 67915 filed by Luz V. Torres Rivas.  And that claim

7  is disallowed in its entirety, because the proof of claim and

8  supplemental response from the claimant failed to provide

9  sufficient information to support a claim.

10      And, Ms. Stafford, kindly provide a comprehensive

11  proposed order as to the 107th Omnibus Objection.

12      MS. STAFFORD:  We would be glad to do so, Your Honor.

13  Thank you.

14      THE COURT:  Thank you.

15      And so the next Agenda item is the 110th Omnibus

16  Objection.  Ms. Tacoronte, are there any speakers there with

17  respect to the 110th Omnibus Objection?

18      COURTROOM DEPUTY:  No, Your Honor.  We just received

19  confirmation that there is no one at the reception area or the

20  waiting area.

21      THE COURT:  Thank you.

22      Ms. Stafford, would you proceed?

23      MS. STAFFORD:  Thank you, Your Honor.

24      The 110th Omnibus Objection was filed at ECF No.

25  9560.  The objection seeks to disallow in their entirety

1  proofs of claim asserting interests based on unspecified

2  Puerto Rico statutes, but which failed to provide a basis for

3  asserting liability against the debtors.

4         One response to this objection remains outstanding.

5  It was filed by Jose A. Colon Rivera with respect to Proof of

6  Claim No. 100877.  The response was mailed to the debtors, and

7  the debtors have filed it on the docket at ECF No. 15079-1.

8         The response consists of a partially completed

9  mailing, which purports to assert liabilities arising from Law

10  96.  It does not, however, provide any information needed to

11  -- any additional information needed to process the claim,

12  such as information regarding the nature of the liabilities

13  asserted, why the law results in liabilities owed to the

14  claimant, or the claimant's status as an employee of the

15  Commonwealth.

16         Accordingly, the claimant still has not provided

17  sufficient information to enable the debtors to process the

18  claim.  And we would request the Court grant the objection and

19  disallow the claim, not withstanding Mr. Colon Rivera's

20  response.

21         THE COURT:  Thank you.  On the basis of the Oversight

22  Board's proffers and in the absence of any appearance in

23  opposition, the 110th Omnibus Objection is sustained as to

24  Claim No. 100877 of Jose A. Colon Rivera.  And that claim is

25  disallowed in its entirety, because the proof of claim and

1  supplemental response from the claimant failed to provide

2  sufficient information to support a claim.

3        Ms. Stafford, will you provide a comprehensive

4  proposed order disallowing the claims as to the 110th Omnibus

5  Objection?

6        MS. STAFFORD:  Of course, Your Honor  Thank you.

7        THE COURT:  Thank you.

8        Ms. Tacoronte, is there anyone there to speak in

9  response to the 111th Objection?

10        COURTROOM DEPUTY:  No, Your Honor.

11        THE COURT:  Thank you.

12        Ms. Stafford, would you proceed?

13        MS. STAFFORD:  Thank you, Your Honor.

14        The 111th Omnibus Objection was filed at ECF No.

15  9561.  This objection seeks to disallow in their entirety

16  proofs of claim asserting interests based on unspecified

17  Puerto Rico statutes, but which failed to provide a basis for

18  asserting liability against the debtors.

19        Two responses remain outstanding, both filed by the

20  same claimant.  Claimant Alfredo Garcia Cruz filed two

21  responses, which are on the docket at 9789 and 9815,

22  addressing Proof of Claim No. 110328.  These two responses are

23  identical handwritten letters that provide information

24  regarding Mr. Garcia Cruz's mailing address, but they do not,

25  however, provide additional information needed to process the

1    claim, such as information regarding the nature or source of

2    the liabilities asserted.

3              Accordingly, because the claimant still has not

4    provided sufficient information to enable the debtors to

5    process the claim, we would request the Court grant the

6    objection and disallow the claim, not withstanding Mr. Garcia

7    Cruz' responses.

8              THE COURT:   Thank you.

9              On the basis of the Oversight Board's proffers and in

10   the absence of any appearance in opposition, the 111th Omnibus

11   Objection is sustained as to Claim No. 1180338 of Alfredo

12   Garcia Cruz.  And that claim is disallowed in its entirety,

13   because the proof of claim and supplemental response from the

14   claimant failed to provide sufficient information to support a

15   claim.

16             And will the Oversight Board prepare a comprehensive

17   order as to the 111th Omnibus Objection?

18             MS. STAFFORD:   We will be glad to do so, Your Honor.

19   Thank you.

20             THE COURT:   Thank you, Ms. Stafford.

21             And the final Agenda item for this segment is the

22   113th Omnibus Objection.  Ms. Tacoronte, is there anyone there

23   to speak in opposition to the 113th Omnibus Objection?

24             COURTROOM DEPUTY:   No, Your Honor.

25             THE COURT:   Thank you, Ms. Tacoronte.

1          Ms. Stafford, will you proceed, please?

2          MS. STAFFORD:  Of course, Your Honor.  The 113th

3     Omnibus Objection was filed at ECF No. 9563.  This objection

4     seeks to disallow in their entirety proofs of claim asserting

5     interest based on unspecified Puerto Rico statutes, but which

6     fail to provide a basis for asserting liability against the

7     debtors.

8          There is one response that remains outstanding, filed

9     by Petra Montes Alicea with respect to Proof of Claim No.

10    80705.  This response was mailed to the debtors and was filed

11    on the docket at ECF No. 15080-1.  This response consists of a

12    partially completed questionnaire, wherein Ms. Montes Alicea

13    asserts liabilities arising out of a pending legal action.

14    However, the only case number that Ms. Montes Alicea provides

15    is the number of the Commonwealth Title III case.  The

16    response does not provide any additional information regarding

17    any liabilities asserted by Ms. Montes Alicea.

18          Accordingly, because the claimant still has not

19    provided sufficient information to enable the debtors to

20    process the claim, we would request the Court grant the

21    objection and disallow the claim, not withstanding Ms. Montes

22    Alicea's response.

23          THE COURT:  Thank you.

24          On the basis of the Oversight Board's proffers and in

25    the absence of an appearance in opposition, the 113th Omnibus

48

1  Objection is sustained as to Claim No. 80705 of Petra Montes

2  Alicea.  And that claim is disallowed in its entirety, because

3  the proof of claim and supplemental response from the claimant

4  failed to provide sufficient information to support the claim.

5       And, Ms. Stafford, will the Oversight Board provide a

6  comprehensive proposed order as to the 113th Omnibus

7  Objection?

8       MS. STAFFORD:  We will be glad to do so, Your Honor.

9  Thank you.

10      THE COURT:  Thank you.

11      Now, I have a question for Ms. Tacoronte.  Is she

12  still there?  Ms. Tacoronte?

13      COURTROOM DEPUTY:  Yes, Your Honor.  Yes, Your Honor.

14  I'm here.

15      THE COURT:  Thank you.  Thank you.  I can hear you

16  now.  So on the list that you provided to me yesterday of 25

17  potential claimants who might appear, in this segment there is

18  listed someone called Carmen Delia Garcia Nieves, and I don't

19  remember seeing any paperwork as to that person.  And so do

20  you know where that one comes from?

21      COURTROOM DEPUTY:  Yes, Your Honor.  I had a question

22  as to that claimant as well.  We basically received a list

23  from Prime Clerk and reorganized it to make it a little bit

24  more user friendly during the hearing.  But basically, this

25  information comes from them.

1      And I couldn't find Ms. Carmen Delia Garcia Nieves in

2  the Agenda as well.  And probably the same situation as to

3  someone for the 4:00 PM group.

4      THE COURT:  Yes.  I think the last name on the list

5  for the 4:00 PM group, I noticed last night, Ana M. Rodriguez

6  Padilla, is also someone for whom I have no paperwork.

7      Ms. Stafford, do you know anything about Ms. Garcia

8  Nieves, or the other person, Ms. Rodriguez Padilla?

9      MS. STAFFORD:  I believe, and I can verify this

10  between now and the 4:00 PM slot, that both of those

11  individuals refer to -- we had initially intended to schedule

12  for the hearing this week, but ultimately determined they

13  could be transferred into the ACR or ADR process, and that's

14  why they were removed from the hearing list.

15      THE COURT:  Thank you.  And so if you would confirm

16  that when we come back, then our own record will be clear.

17      So that concludes the 2:30 -- I'm sorry, 1:30 segment

18  of the program.  I'm still not good at these two different

19  time zones.  And so we will reconvene at four o'clock Atlantic

20  Standard, which is three o'clock Eastern Standard.

21      Please disconnect from the Prime Clerk lines and dial

22  back in for the next segment at four o'clock AST, three

23  o'clock EST.  Thank you all very much.

24      We are adjourned.

25      (At 2:47 PM, recess taken.)

1        (At 3:57 PM, proceedings reconvened.)

2        THE COURT:  Good afternoon.  This is Judge Swain

3  again.

4        MS. NG:  Hi, Judge.  It's Lisa.

5        THE COURT:  Lisa, is everybody on who needs to be on?

6        MS. NG:  Yes.  We did roll call and everything.

7        THE COURT:  Thank you.  One moment, please.  Pardon

8  me.

9        This is the 4:00 PM segment of the Claims Objection

10  Hearing Agenda, and next on the Agenda is the 114th Omnibus

11  Objection.

12        Ms. Tacoronte, has anyone appeared to speak in

13  opposition to the 114th Objection?

14        COURTROOM DEPUTY:  No, Your Honor.  We just verified

15  the waiting area, and there is no one from the four o'clock

16  group.

17        THE COURT:  Thank you very much.

18        Ms. Stafford, would you proceed, please?

19  Ms. Stafford?

20        MS. STAFFORD:  Sorry.  I was unmuting myself.  Thank

21  you, Your Honor.

22        THE COURT:  Hi.  You can proceed.

23        MS. STAFFORD:  Okay.  Great.

24        The 114th Omnibus Objection was filed at ECF No.

25  9564.  This objection seeks to disallow in their entirety

1    proofs of claim asserting interests based on unspecified

2    Puerto Rico statutes, but which failed to provide a basis for

3    asserting liability against the debtors.

4         Two responses remain outstanding.  The first of those

5    was filed by Zoraida Pagan Velazquez with respect to Proof of

6    Claim No. 103729.  This response consists of a page from the

7    114th Omnibus Objection mailing.  This does not, however,

8    provide any additional information needed to process the

9    claim.

10        And accordingly, because the claimant still has not

11   provided sufficient information to enable the debtors to

12   process the claim, we would request the Court grant the

13   objection and disallow the claim, not withstanding Ms. Zoraida

14   Pagan Velazquez's response.

15        THE COURT:  Thank you.  You may go on to the next

16   one.

17        MS. STAFFORD:  Thank you, Your Honor.

18        The second response that remains outstanding with

19   respect to the 114th Omnibus Objection was submitted by

20   Elizabeth Pagan Velazquez with respect to Proof of Claim No.

21   98919.  This response was also mailed to the debtors, and it's

22   been filed on the docket at ECF No. 15082-3.

23        This response also consists of a page from the 114th

24   Omnibus Objection mailing.  It does not, however, provide any

25   additional information needed to process the claim.  And

1  accordingly, because the claimant still has not provided

2  sufficient information to enable the debtors to process the

3  claim, we would request the Court grant the objection and

4  disallow the claim, not withstanding Ms. Elizabeth Pagan

5  Velazquez's response.

6          THE COURT:  Thank you.

7          On the basis of the Oversight Board's proffers, and

8  in the absence of an appearance in opposition to the

9  application today, the 114th Omnibus Objection is sustained as

10 to Claim No. 103729 of Zoraida Pagan Velazquez.  And that

11 claim is disallowed in its entirety, because the proof of

12 claim and supplemental response from the claimant failed to

13 provide sufficient information to support a claim.

14         The 114th Omnibus Objection is also sustained as to

15 Claim No. 98919 of Elizabeth Pagan Velazquez.  And that claim

16 is disallowed in its entirety, because the proof of claim and

17 supplemental response from the claimant failed to provide

18 sufficient information to support a claim.

19         And will the Oversight Board provide a comprehensive

20 proposed order disallowing the claims that remain outstanding

21 from the 114th Omnibus Objection?

22         MS. STAFFORD:  Yes, Your Honor.  We will be glad to.

23         THE COURT:  Thank you very much.

24         This takes us to the 115th Omnibus Objection.

25 Ms. Tacoronte, has anyone appeared to speak in opposition to

1  the 115th Omnibus Objection?

2          COURTROOM DEPUTY:  No, Your Honor.

3          THE COURT:  Thank you.

4          Would you proceed, Ms. Stafford?

5          MS. STAFFORD:  Thank you, Your Honor.

6          The 115th Omnibus Objection was filed at ECF No.

7  9565.  This objection seeks to disallow in their entirety

8  proofs of claim that asserted interests based upon unspecified

9  Puerto Rico statutes, but which failed to provide a basis for

10 asserting liability against the debtors.

11         Two responses remain outstanding.  The first of these

12 was filed by Hector Enrique Rios Guadarrama with respect to

13 Proof of Claim No. 61672.  This response was filed on the

14 docket at ECF No. 10519.  This response consists of a letter

15 requesting additional time to obtain any necessary documents

16 in light of the January 2020 earthquakes and subsequent

17 closure of public offices.

18         In response to these events, the debtors had agreed

19 to extend until March 27th, 2020, the deadlines for claimant

20 subject to the 115th Omnibus Objection, to file the responses

21 to that objection.  And during that intervening period of

22 approximately three months, government offices were open and

23 serving the people of Puerto Rico.  Nevertheless, Mr. Rios

24 Guadarrama has not provided any additional documentation in

25 support of his claim.

1      I apologize, Your Honor.  I believe it was two

2  months.  But in any event, the government offices were open

3  and serving the people of Puerto Rico during that time.

4      And accordingly, because the claimant still has not

5  provided sufficient information to enable the debtors to

6  process the claim, we would request the Court grant the

7  objection and disallow the claim, not withstanding Mr. Rios

8  Guadarrama's response.

9      THE COURT:  Thank you.  And you may go on to the next

10 one.

11     MS. STAFFORD:  Thank you, Your Honor.

12     The remaining response was filed by Doris E. Rivera

13 Garcia with respect to Proof of Claim No. 34269.  This

14 response was mailed to the debtors, and the debtors have filed

15 it on the docket at 15083-2.

16     The response consists of a partially completed

17 outreach mailing in which Ms. Rivera Garcia states that she

18 registered on Mi Retiro and can see an accrued balance.  The

19 response contains several "proof of" pages from the web page

20 as well.  It does not, however, provide information about the

21 nature, basis, or amount of any liabilities Ms. Rivera Garcia

22 contends are owed.

23     Accordingly, because the claimant still has not

24 provided sufficient information to enable the debtors to

25 process the claim, we would request the Court grant the

1    objection and disallow the claim, not withstanding Ms. Rivera

2    Garcia's response.

3           THE COURT:  Is the Mi Retiro website a government

4    pension benefit website?

5           MS. STAFFORD:  That is my understanding, is what the

6    website is being referred to here.

7           THE COURT:  And so will this be a case like the

8    earlier ones that we discussed where if indeed Ms. Rivera

9    Garcia has a pension or retirement benefit interest on the

10   books of the Commonwealth, it will be addressed in the ACR

11   process, and disallowance of this claim will be without

12   prejudice to anything that will go on with respect to the

13   pension in that process?

14          MS. STAFFORD:  I think that is correct, Your Honor,

15   in that, to the extent Ms. Rivera Garcia has a pension, that

16   the disallowance of her claim will not affect her rights to

17   continue to receive that pension.

18          THE COURT:  And just to be clear, if this is some

19   sort of claim that has to do with a contributory plan that's

20   separate from what you're referring to as a pension -- I don't

21   know if there is such a thing -- are you making a subtle

22   distinction in referring only to pension, as opposed to

23   retirement benefit?

24          MS. STAFFORD:  No.  No.  To the extent that she is

25   entitled to any retirement benefits, those should -- the

1  disallowance of this claim will not affect that.

2          THE COURT:  Thank you very much.

3          On the basis of the Oversight Board's proffers and in

4  the absence of an appearance in opposition to the 115th

5  Omnibus Objection, that objection is sustained as to Claim No.

6  61672 of Hector Enrique Rios Guadarrama.  And that claim is

7  disallowed in its entirety, because the proof of claim and

8  supplemental response from the claimant failed to provide

9  sufficient information to support a claim.

10          The 115th Omnibus Objection is also sustained as to

11  Claim No. 34269 of Doris E. Rivera Garcia, and that claim is

12  disallowed in its entirety, because the proof of claim and

13  supplemental response from the claimant failed to provide

14  sufficient information to support a claim.

15          Will the Oversight Board submit a comprehensive

16  proposed order as to the 115th Omnibus Objection?

17          MS. STAFFORD:  Yes, we will, Your Honor.  Thank you.

18          THE COURT:  Thank you.  And, Ms. Stafford, were you

19  able to track down the status of Carmen Delia Garcia Nieves

20  and Ana Rodriguez Padilla, who were on the speaker list, but

21  not in the paperwork?

22          MS. STAFFORD:  That is correct, Your Honor.  We were

23  able to determine that those individuals could be transferred

24  into either the ACR or the ADR process.  And so they will be

25  transferred into those processes, and there's no -- there was

1   no need for them to be dealt with as part of today's hearing.

2        THE COURT:  Thank you.

3        Are there any other matters that we should take up

4   this afternoon?

5        MS. STAFFORD:  Not on my account, Your Honor.  Thank

6   you.

7        THE COURT:  Thank you.

8        And so this concludes our hearing Agenda for today.

9   The next scheduled hearing is the November 20th, 2020, hearing

10   concerning additional Omnibus Claim Objections.  That hearing

11   will begin at 9:00 AM Atlantic Standard Time, and will be

12   conducted in segments, as we have done today.

13        I want particularly to thank the staff of Prime Clerk

14   for making arrangements for the satellite location, to thank

15   Mr. Segarra for being there and being prepared to interpret as

16   and when people come to speak.  And as always, I thank the

17   court staff in Puerto Rico who have gone above and beyond in

18   helping to facilitate these arrangements; and in Boston and

19   New York for their work in preparing for and conducting

20   today's hearing, and their always outstanding, ongoing support

21   of the administration of these cases.

22        Stay safe and keep well, everyone.  We are adjourned.

23        (At 4:10 PM, proceedings concluded.)

24            *   *   *

25

1  U.S. DISTRICT COURT    )

2  DISTRICT OF PUERTO RICO)

3

4      I certify that this transcript consisting of 58 pages is

5  a true and accurate transcription to the best of my ability of

6  the proceedings in this case before the Honorable United

7  States District Court Judge Laura Taylor Swain, and the

8  Honorable United States Magistrate Judge Judith Gail Dein on

9  November 18, 2020.

10

11

12

13  S/ Amy Walker

14  Amy Walker, CSR 3799

15  Official Court Reporter

16

17

18

19

20

21

22

23

24

25

< Dates >
April 11, 2020 29:1
January 2020 35:2,
   53:16
March 27 35:7
March 27th, 2020
   35:4, 53:19
November 16th, 2020
   5:18
November 18, 2020
   1:15, 3:2, 59:9
September 16th, 2020
   20:22
$76,231.99. 38:21


< 0 >
000 11:19, 16:20


< 1 >
100 7:24
100877 44:24
100877. 44:6
101st 28:8, 28:10,
   28:15, 29:13,
   29:22
10203. 33:2
102nd 31:20, 31:24,
   33:20, 34:1
103729 52:10
103729. 51:6
104th 34:11, 34:17,
   35:5, 36:6, 36:12
10518. 34:25
10519. 53:14
105th 36:16, 36:21,
   37:16
107th 38:3, 38:8,
   39:19, 39:24,
   41:9, 41:12,
   41:17, 42:25,
   43:5, 43:11
10:30 6:1, 18:25,
   19:4, 19:22, 20:1,
   30:2, 30:4
10:31 19:17
10:49 30:23
110328. 45:22
110432 24:3, 27:23

110th 43:15, 43:17,
   43:24, 44:23, 45:4
111th 45:9, 45:14,
   46:10, 46:17
113th 46:22, 46:23,
   47:2, 47:25, 48:6
114th 50:10, 50:13,
   50:24, 51:7,
   51:19, 51:23,
   52:9, 52:14, 52:21
115th 52:24, 53:1,
   53:6, 53:20, 56:4,
   56:10, 56:16
1180338 46:11
11823 33:1, 34:2
12234. 24:4
12995 15:25, 16:3,
   16:6, 17:12, 17:14
12995. 11:11, 18:9
12:00 30:9, 30:19
13241 28:22, 29:15
14790 16:1, 16:7,
   17:12, 18:8
15075-1. 7:9
15076- 20:15
15076-1. 20:18
15076-3. 21:9
15076-5. 22:2
15077-2. 28:23
15078-1. 38:18
15078-3. 42:2
15079-1. 44:7
15080-1. 47:11
15082-3. 51:22
15083-2. 54:15
15088-1. 37:4
15089-1. 32:9
15100-1. 10:10,
   16:16
15100-2. 11:12
15161 5:19
161279 23:2
161279. 22:1
161340 17:7
161340. 10:8
161854 22:17
161854. 20:16
16777 34:4
16777. 33:8
17-3283 3:15, 5:19

17-BK-3283(LTS 1:5
1:00 6:2, 30:8,
   30:20, 30:24,
   31:14, 41:24
1:17 40:11
1:30 41:23, 49:17


< 2 >
2002 7:24
2020 57:9
20th 57:9
24111 33:21
24111. 32:7
25 16:20, 48:16
29216MAC4 33:4
2:30 6:2, 38:15,
   39:25, 40:12,
   40:18, 40:20,
   49:17
2:30. 40:5, 40:7
2:47 49:25


< 3 >
32004. 13:21
32539 37:17
32539. 37:3
34269 56:11
34269. 54:13
35 18:25
3799 59:14
3: 1:5
3:57 50:1


< 4 >
415 11:19
44934 22:22
44934. 21:8
4:00 6:3, 49:3,
   49:5, 49:10, 50:9
4:10 57:23


< 5 >
53781 18:11
53781. 16:14
59 59:4
59260 36:6

59260. 34:24


< 6 >
61531 8:21
61531. 7:7
61672 56:6
61672. 53:13
67915 43:6
67915. 42:1


< 8 >
80705 48:1
80705. 47:10
88th 6:4, 6:7, 6:17,
  6:23, 7:1, 7:10,
  8:20, 9:2
8977. 7:1
8983 10:2
8984 20:10
89977 39:20, 43:1
89977. 38:16


< 9 >
94th 9:5, 9:24,
  10:2, 11:6, 11:15,
  16:11, 17:6,
  18:10, 18:17
9546 23:21
9551. 28:16
9552 31:25
9554 34:18
9555 36:22
9557 38:9, 41:18
9560. 43:25
9561. 45:15
9563. 47:3
9564. 50:25
9565. 53:7
95th 20:5, 20:9,
  21:24, 22:16,
  22:21, 23:1, 23:8
96 8:5, 8:6
96. 7:22, 8:10,
  8:14, 44:10
96th 23:12, 23:14,
  23:20, 27:22, 28:4
9789 45:21

9815 45:21
98919 52:15
98919. 51:21
9963 33:2
9:00 6:1, 9:16,
  18:22, 57:11
9:25 3:3
9:54 19:16


< A >
A. 44:5, 44:24
ability 59:5
able 25:6, 26:8,
  27:9, 31:2, 56:19,
  56:23
above 57:17
absence 29:13,
  33:19, 36:4,
  37:15, 39:16,
  44:22, 46:10,
  47:25, 52:8, 56:4
Absolutely 3:9,
  10:20, 19:11
acceptable 4:22,
  19:6
accessing 5:7
according 15:2, 30:1
Accordingly 7:16,
  14:19, 15:6,
  16:25, 20:24,
  21:15, 22:7, 24:8,
  29:7, 32:16,
  33:13, 35:12,
  37:8, 38:25,
  42:11, 44:16,
  46:3, 47:18,
  51:10, 52:1, 54:4,
  54:23
account 11:20,
  17:20, 17:25,
  18:4, 57:5
accrued 54:18
accumulated 24:14,
  39:6
accurate 59:5
ACR 24:15, 24:19,
  24:23, 24:25,
  25:20, 26:25,
  39:11, 49:13,

55:10, 56:24
action 10:13, 16:19,
  16:23, 42:6, 42:8,
  47:13
actually 11:1, 27:2,
  27:18
additional 7:13,
  7:16, 8:8, 8:11,
  8:17, 16:3, 20:23,
  22:6, 24:7, 29:3,
  29:14, 32:12,
  35:1, 35:11, 37:6,
  37:16, 38:22,
  42:7, 44:11,
  45:25, 47:16,
  51:8, 51:25,
  53:15, 53:24,
  57:10
address 24:6, 32:21,
  45:24
addressed 41:23,
  55:10
addressing 5:3,
  45:22
adjourn 30:7, 40:6
Adjourned 1:21,
  3:18, 40:10,
  49:24, 57:22
adjustment 26:4
Administered 1:10
administration 57:21
administrative 35:22
ADR 49:13, 56:24
affect 35:25, 55:16,
  56:1
affected 39:13
AFICA 15:1, 15:2,
  15:5, 15:8, 15:9,
  17:22, 17:23,
  17:25
afternoon 30:25,
  31:10, 31:11,
  40:13, 50:2, 57:4
afterwards 15:21
agency 27:11
Agenda 4:15, 5:17,
  5:18, 5:23, 6:4,
  9:5, 11:9, 13:12,
  21:21, 22:13,
  23:12, 28:8, 30:2,

31:20, 32:24,
38:3, 43:15,
46:21, 49:2,
50:10, 57:8
ago 6:15, 12:16
agreed 35:4, 53:18
al 1:15, 1:33, 3:17
Alfredo 45:20, 46:11
Alicea 47:9, 47:12,
47:14, 47:17,
47:22, 48:2
allegedly 16:23
allowed 26:11
ambient 40:9
America 3:13
amount 8:16, 16:20,
26:13, 27:2,
38:21, 54:21
Amy 59:13, 59:14
Ana 28:21, 29:15,
49:5, 56:20
and/or 8:9
Angel 24:2, 27:24
Angelica 11:10,
17:13
announce 3:8
apologize 12:22,
54:1
appear 48:17
appearance 29:14,
33:19, 36:4,
37:15, 39:16,
44:22, 46:10,
47:25, 52:8, 56:4
APPEARANCES 1:28
appeared 6:6, 6:9,
7:23, 9:17, 36:15,
38:2, 50:12, 52:25
APPEARING 1:30
appears 9:21
application 52:9
appropriately 15:15
approval 18:6
approving 14:16,
14:17
approximately 11:19,
35:9, 53:22
Aracelis 32:24, 34:2
area 43:19, 43:20,
50:15

argumentation 9:22
arguments 23:18
arising 11:18, 13:5,
15:1, 16:19,
21:12, 44:9, 47:13
arrangements 57:14,
57:18
arrived 9:16, 30:3,
31:14
arriving 41:1
ascertain 8:1
ascertained 40:15
aspects 28:4
assert 11:17, 14:13,
16:19, 21:12,
28:17, 32:1,
34:19, 38:10,
38:20, 44:9
asserted 7:3, 7:15,
10:15, 10:18,
11:13, 12:9,
12:21, 13:1, 13:5,
14:9, 15:12,
15:15, 15:17,
15:18, 16:22,
23:22, 24:18,
26:24, 38:24,
42:10, 44:13,
46:2, 47:17, 53:8
asserting 7:4, 10:4,
13:12, 14:11,
14:20, 17:24,
20:12, 23:24,
26:1, 28:19, 32:3,
32:15, 33:3,
34:21, 36:23,
36:25, 38:12,
41:19, 41:21,
44:1, 44:3, 45:16,
45:18, 47:4, 47:6,
51:1, 51:3, 53:10
assertion 15:8
asserts 12:8, 14:25,
15:1, 16:1, 42:9,
47:13
associated 14:11,
14:15, 15:2, 15:3,
15:7, 16:4, 33:3
assume 9:20
AST 49:22

Atlantic 6:1, 6:2,
6:3, 30:9, 30:20,
40:18, 49:19,
57:11
attached 7:23, 16:3
attorney 20:4
Authority 10:14
available 5:20, 9:11

< B >
back 5:24, 18:25,
19:2, 40:6, 49:16,
49:22
background 39:18
balance 54:18
Bank 12:5, 13:15,
14:2, 14:4, 17:16,
33:6
Bankruptcy 3:15
Bar 25:25
based 7:3, 10:13,
17:21, 18:1,
23:22, 28:17,
32:2, 34:19,
35:19, 36:3,
36:23, 38:10,
41:19, 42:6, 44:1,
45:16, 47:5, 51:1,
53:8
basically 48:22,
48:24
basis 7:4, 10:4,
14:10, 17:23,
18:3, 20:12,
23:24, 28:19,
32:3, 33:18,
34:21, 36:25,
37:14, 38:12,
39:15, 41:20,
44:2, 44:21,
45:17, 46:9, 47:6,
47:24, 51:2, 52:7,
53:9, 54:21, 56:3
bearing 33:4
begin 4:20, 5:22,
9:22, 19:21, 30:8,
31:19, 57:11
beginning 5:25,
22:12

behalf 6:21, 12:6,
   14:4, 17:15, 20:8,
   31:22, 33:6, 41:16
believe 18:23, 25:8,
   26:20, 42:19,
   49:9, 54:1
believed 25:17
belonging 11:20
benefit 55:4, 55:9,
   55:23
benefits 39:9, 55:25
best 59:5
beyond 57:17
bit 40:9, 48:23
bits 25:22
Board 1:9, 3:16,
   5:18, 6:17, 6:22,
   20:5, 20:8, 23:6,
   31:23, 33:19,
   36:4, 36:11,
   37:15, 37:22,
   39:15, 41:16,
   44:22, 46:9,
   46:16, 47:24,
   48:5, 52:7, 52:19,
   56:3, 56:15
bond 12:4, 12:7,
   12:8, 12:10,
   12:23, 13:1,
   13:12, 13:13,
   14:8, 14:10,
   14:11, 14:14,
   14:15, 14:22,
   15:1, 15:2, 15:3,
   15:8, 15:9, 15:13,
   15:14, 18:4, 33:3
bond-based 12:20
bondholder 11:18,
   13:20
bondholders 12:6,
   14:4, 17:16, 33:6
bonds 11:19, 11:22,
   11:24, 12:3, 13:6,
   14:21, 15:12,
   15:15, 16:2,
   17:21, 17:22,
   17:25, 18:2, 34:5
book 32:10
books 39:9, 55:10
Boston 57:18

break 5:24
brief 41:11
broke 42:18


< C >
calendar 40:19
call 18:25, 50:6
called 48:18
calling 6:16
Carmen 4:12, 6:10,
   9:10, 19:25, 21:7,
   22:22, 48:18,
   49:1, 56:19
Case 3:8, 3:15,
   5:19, 10:25,
   16:22, 21:13,
   21:14, 47:14,
   47:15, 55:7, 59:6
cases 25:13, 57:21
CAT 1:42
Certainly 4:5, 13:23
certified 4:7
certify 59:4
check 27:6, 40:17
checked 26:20
checking 24:21
claim. 22:5
claimants 25:25,
   26:1, 31:14, 32:6,
   33:20, 35:5, 40:1,
   48:17
claimed 26:21
Claims 1:21, 3:18,
   6:7, 9:1, 9:6,
   14:1, 17:15, 18:3,
   20:6, 20:9, 23:7,
   23:13, 24:16,
   24:18, 24:24,
   25:1, 25:14,
   25:20, 26:25,
   27:22, 29:5,
   29:21, 35:22,
   40:19, 45:4, 50:9,
   52:20
clarification 27:21
classified 10:21
clear 6:5, 8:6, 8:8,
   8:15, 12:12,
   13:22, 16:9,

27:21, 42:24,
   49:16, 55:18
Clerk 4:12, 5:20,
   19:14, 19:25,
   22:4, 48:23,
   49:21, 57:13
closure 35:2, 53:17
COFINA 14:10, 14:11,
   14:14, 14:18,
   14:21, 18:2, 18:4,
   18:5, 18:6
Cofina-commonwealth
   14:17
Colon 44:5, 44:19,
   44:24
comes 48:20, 48:25
completed 10:11,
   11:16, 16:18,
   38:19, 44:8,
   47:12, 54:16
completely 25:21
completeness 41:10
comprehensive 9:1,
   23:7, 28:3, 29:20,
   34:6, 36:11,
   37:22, 43:10,
   45:3, 46:16, 48:6,
   52:19, 56:15
computer 5:7
concerning 20:5,
   57:10
conclude 18:22
concluded. 57:23
concludes 30:1,
   40:4, 49:17, 57:8
conducted 57:12
conducting 57:19
conference 5:12
confirm 49:15
confirmation 14:18,
   18:5, 43:19
connection 18:5
consecutive 4:21
consistent 5:11
consisting 59:4
consists 16:17,
   20:19, 22:3, 24:4,
   28:24, 32:10,
   34:25, 37:5,
   38:19, 42:3, 44:8,

47:11, 51:6,
51:23, 53:14,
54:16
constitute 15:4
contact 20:20
contain 33:2
containing 20:20
contains 7:10,
10:11, 10:25,
11:15, 11:20,
11:21, 21:10,
24:5, 54:19
contends 54:22
continue 11:7,
30:20, 55:17
contributions 24:14,
35:19
contributions. 39:6
contributory 55:19
copies 20:21
copy 7:10, 7:23,
10:11, 11:15,
11:16, 11:20,
16:17, 21:10,
22:3, 28:24, 37:5,
42:4
correct 8:19, 9:12,
10:23, 11:3, 14:5,
14:6, 16:8, 27:19,
30:11, 30:12,
35:23, 35:24,
55:14, 56:22
correctly 27:13
correspondence 12:1
cost 5:20
counsel 5:1, 6:16
couple 42:3
course 8:4, 19:2,
25:24, 41:14,
45:6, 47:2
COURTROOM 3:9, 4:11,
4:14, 9:10, 9:19,
19:11, 19:24,
23:15, 28:11,
30:6, 31:9, 31:16,
34:12, 36:17,
38:4, 40:3, 40:22,
40:25, 41:6,
43:18, 45:10,
46:24, 48:13,

48:21, 50:14, 53:2
covered 12:4, 33:5
covers 12:20
cross 24:21
Cruz 20:14, 20:20,
21:3, 22:17, 24:2,
24:5, 24:12,
27:24, 28:5,
45:20, 45:24,
46:7, 46:12
CSR 59:14
cubicle 6:12, 6:15
cubicles 6:10
currently 15:17
CUSIP 12:4, 12:23,
33:4, 33:5


< D >
D. 22:22
dashboard 5:9, 5:10
Date 25:25
dates 25:4, 27:11,
29:4, 32:13
De 10:7, 11:10,
11:17, 11:20,
11:21, 13:1, 14:9,
14:13, 14:25,
15:13, 16:4, 17:8,
17:13
deadline 35:5, 35:8
deadlines 53:19
dealing 23:7, 29:21
dealt 35:22, 57:1
debt 33:11
debtor 8:25, 10:19,
15:7, 17:23, 32:8,
32:17
deficient 8:3
Dein 1:24, 3:13,
59:8
Delia 48:18, 49:1,
56:19
demand 32:2
demands 23:23,
28:18, 34:19,
36:23, 38:10,
41:19
DEPUTY 3:9, 4:11,
4:14, 9:10, 9:19,

19:11, 19:24,
23:15, 28:11,
30:6, 31:9, 31:16,
34:12, 36:17,
38:4, 40:3, 40:22,
40:25, 41:6,
43:18, 45:10,
46:24, 48:13,
48:21, 50:14, 53:2
described 12:14
determination 27:10
determine 27:1,
27:7, 56:23
determined 26:5,
26:13, 49:12
determining 25:19
dial 5:24, 30:19,
40:6, 49:21
Diaz 3:8
different 8:7, 49:18
difficult 25:5, 25:9
direct 5:24
disallowance 35:20,
35:25, 55:11,
55:16, 56:1
disallowing 9:1,
27:15, 45:4, 52:20
disconnect 5:24,
18:24, 19:14,
49:21
discuss 15:21, 30:15
discussed 55:8
discussion 35:19,
39:24
dispute 14:17
disputed 27:2
disqualify 27:17
distinction 55:22
distracting 40:9
District 1:1, 1:2,
1:22, 1:23, 1:25,
3:10, 59:1, 59:2,
59:7
Docket 1:5, 5:19,
7:9, 10:9, 11:12,
13:22, 16:16,
20:17, 21:9, 22:2,
24:3, 31:25, 32:8,
33:1, 34:24, 37:4,
38:18, 42:2, 44:7,

45:21, 47:11,
51:22, 53:14,
54:15
documentation 16:3,
33:3, 35:11, 53:24
documented 16:7
documents 35:1,
53:15
dollar 7:24, 16:20
dollars 11:19, 16:20
done 57:12
Doris 54:12, 56:11
Dorka 37:2, 37:17
down 56:19
duplicative 12:8,
12:11, 12:17,
12:24, 13:2,
13:13, 13:17,
14:1, 15:23,
17:15, 18:9, 33:9,
33:13, 34:3
During 35:6, 41:23,
41:24, 48:24,
53:21, 54:3

< E >
E. 54:12, 56:11
earlier 9:11, 35:19,
55:8
earthquakes 35:2,
53:16
Eastern 30:9, 30:19,
49:20
efficient 12:1
either 13:16, 56:24
Electric 10:13
eliminate 27:18
Elizabeth 51:20,
52:4, 52:15
employee 8:9, 8:12,
25:2, 25:4, 25:7,
27:12, 29:1, 29:6,
44:14
employees 7:25, 27:7
employment 23:23,
28:18, 32:2,
32:14, 34:20,
36:24, 38:11,
41:19

enable 17:1, 20:25,
21:16, 22:8, 24:9,
29:8, 32:17,
35:13, 37:9, 39:1,
42:12, 44:17,
46:4, 47:19,
51:11, 52:2, 54:5,
54:24
engaging 9:15
enough 27:6
Enrique 34:23, 36:7,
53:12, 56:6
ensure 5:4
entered 42:19
entitled 8:10, 8:13,
26:9, 26:22,
26:24, 27:8, 55:25
entity 39:10
Entry 5:19
EST. 49:23
et 1:15, 1:33, 3:17
evaluate 25:6, 25:10
event 8:7, 54:2
events 53:18
Everybody 31:7,
39:17, 40:17, 50:5
Everyone 5:11, 5:24,
19:2, 19:13,
30:18, 31:6,
40:15, 57:22
everything 16:7,
50:6
evidence 11:21
EXHIBITS 2:9
exit 40:6
explain 8:2
explanation 16:23
extend 35:4, 53:19
extent 4:21, 8:1,
8:5, 12:20, 13:4,
14:13, 15:17,
16:1, 17:8, 17:14,
17:21, 18:1,
26:23, 55:15,
55:24

< F >
facilitate 57:18
fact 8:13, 25:2,

25:7, 27:7
fail 8:24, 10:4,
20:11, 47:6
failure 33:10
Feel 25:21
few 6:15
file 13:22, 25:15,
26:10, 26:14,
35:6, 53:20
filing 18:15, 35:7
final 46:21
finally 18:10
Financial 1:8, 3:15,
6:21, 31:22, 41:16
find 49:1
fine 12:2
finish 39:24
finished 40:23
first 6:4, 10:7,
12:3, 12:14,
17:18, 20:13,
31:19, 32:6,
38:15, 41:4, 51:4,
53:11
Flor 38:16, 39:20,
43:1
following 4:18,
17:14
forth 8:10, 8:14
four 10:6, 15:12,
15:14, 49:19,
49:22, 50:15
free 25:21
friendly 48:24

< G >
Gail 1:24, 3:12,
59:8
Garcia 24:2, 24:5,
24:11, 27:24,
28:5, 45:20,
45:24, 46:6,
46:12, 48:18,
49:1, 49:7, 54:13,
54:17, 54:21,
55:2, 55:9, 55:15,
56:11, 56:19
gathering 26:6
general 25:16, 41:11

glad 9:3, 18:19,
    23:10, 29:23,
    37:24, 43:12,
    46:18, 48:8, 52:22
God 3:13
Government 24:15,
    35:8, 53:22, 54:2,
    55:3
grant 7:17, 10:17,
    17:2, 21:1, 21:17,
    22:9, 24:10, 29:9,
    32:18, 33:14,
    35:14, 37:10,
    39:2, 42:13,
    44:18, 46:5,
    47:20, 51:12,
    52:3, 54:6, 54:25
grateful 13:24,
    25:23
Great 19:7, 50:23
group 31:17, 49:3,
    49:5, 50:16
Guadarrama 34:23,
    35:10, 35:16,
    35:21, 36:1, 36:7,
    53:12, 53:24,
    54:8, 56:6

< H >
Haba 11:10, 11:17,
    11:21, 11:22,
    13:1, 14:9, 14:13,
    14:25, 15:13,
    16:5, 17:13
half 19:13
hand 7:11
handwritten 20:19,
    22:3, 24:4, 28:24,
    45:23
happens 26:17
happy 11:24, 41:14
hear 31:2, 41:2,
    41:3, 41:4, 48:15
heard 12:13
Hearing 1:21, 3:18,
    5:2, 5:5, 5:13,
    5:17, 5:22, 6:12,
    19:22, 20:4,
    26:18, 29:1,

30:21, 48:24,
    49:12, 49:14,
    50:10, 57:1, 57:8,
    57:9, 57:10, 57:20
Hector 34:23, 36:7,
    53:12, 56:6
Hello 3:7
help 25:22
helping 57:18
holding 11:18, 13:6
Honorable 1:22,
    1:24, 3:11, 3:12,
    3:14, 59:6, 59:8
hour 19:13
household 39:18
human 32:10
hundred 42:22
hurt 42:23

< I >
ID 25:4, 27:12
identical 45:23
identifying 18:15
III 1:7, 15:6,
    17:23, 21:14,
    47:15
impact 26:11
impossible 8:12
impression 25:16
include 7:21, 27:9
included 18:18
Including 5:14,
    23:8, 28:5, 29:22,
    31:8
incorrect 25:21
indebtedness 15:4
indicate 11:1
indicated 5:23, 6:14
individual 26:9,
    27:15, 32:6
individuals 4:9,
    26:7, 26:21, 27:5,
    49:11, 56:23
Ines 20:14, 22:17
initially 49:11
instance 13:16
instead 10:20, 15:18
instrumentalities
    11:23

intended 49:11
interest 5:1, 14:21,
    28:17, 32:2,
    34:19, 36:23,
    38:10, 47:5, 55:9
interested 5:21
interests 7:3,
    23:22, 41:19,
    44:1, 45:16, 51:1,
    53:8
interpret 4:18,
    57:15
interpretation 4:10,
    4:21
INTERPRETER 3:25,
    4:1, 4:5, 4:7,
    4:8, 4:23, 6:8,
    9:6, 9:8, 20:1
interpreting 4:20
intervening 53:21
invite 23:17
issued 5:13, 11:22,
    15:2, 33:4
item 6:4, 9:5,
    13:11, 21:20,
    23:12, 28:8,
    31:19, 38:3,
    43:15, 46:21
itself 24:14

< J >
January 35:8
Jesus 10:7, 17:8
Jointly 1:10
Jose 44:5, 44:24
Juan 3:1, 4:1, 4:5
Judge 1:22, 1:23,
    1:24, 1:25, 3:5,
    3:6, 19:18, 19:20,
    30:25, 31:1,
    31:10, 40:13,
    40:14, 50:2, 50:4,
    59:7, 59:8
judicial 5:12
Judith 1:24, 3:12,
    59:8
Jusino 10:7, 17:8

< K >
keep 57:22
kindly 43:10
known 31:15


< L >
L. 28:21, 29:16
La 11:10, 11:17,
  11:21, 13:1, 14:9,
  14:13, 14:25,
  15:13, 16:5, 17:13
labeled 10:25
lack 17:10, 39:7
laid 11:25
last 40:2, 49:4,
  49:5
late 30:3, 40:24,
  41:2
later 26:5, 26:13,
  27:17
Laura 1:22, 1:33,
  3:11, 6:20, 20:7,
  31:21, 41:15, 59:7
Law 7:22, 7:23, 8:2,
  8:3, 8:5, 8:6,
  8:7, 8:10, 8:14,
  8:16, 44:9, 44:13
laws 7:15, 7:16,
  7:21
least 35:10
legal 10:13, 16:19,
  16:23, 42:6, 42:8,
  47:13
legitimate 27:16
letter 24:4, 34:25,
  53:14
letters 45:23
liabilities 7:16,
  8:14, 10:15,
  11:17, 14:11,
  14:14, 15:1, 15:7,
  16:19, 16:23,
  21:12, 26:1, 29:5,
  32:15, 33:3,
  38:21, 38:24,
  42:10, 44:9,
  44:12, 44:13,
  46:2, 47:13,
  47:17, 54:21

liability 7:5, 10:4,
  14:20, 20:12,
  23:24, 28:19,
  32:4, 34:21,
  36:25, 38:12,
  41:21, 44:3,
  45:18, 47:6, 51:3,
  53:10
liable 15:7
light 35:1, 53:16
limited 5:14
line 3:20, 5:5,
  19:2, 19:14, 31:6
lines 49:21
Lisa 3:6, 19:20,
  31:1, 40:14, 50:4,
  50:5
list 4:15, 24:22,
  48:16, 48:22,
  49:4, 49:14, 56:20
listed 48:18
litigation 13:7,
  21:12
little 48:23
location 3:25, 9:17,
  57:14
look 25:6
looking 25:3
lot 13:6, 25:12
Lugo 32:7, 32:19,
  33:22
Luna 28:21, 28:25,
  29:4, 29:5, 29:10,
  29:14, 29:16,
  29:22
Luz 41:25, 43:6


< M >
M. 38:16, 39:20,
  43:1, 49:5
Magistrate 1:24,
  59:8
mailed 7:8, 10:9,
  11:11, 16:15,
  20:17, 21:8, 22:1,
  32:8, 37:3, 38:17,
  42:1, 44:6, 47:10,
  51:21, 54:14
mailing 10:12,

11:17, 16:18,
  21:11, 24:5,
  38:20, 42:4, 42:5,
  44:9, 45:24, 51:7,
  51:24, 54:17
maintain 26:10
Maltes 21:7, 21:19,
  22:22
Management 1:9,
  3:16, 6:22, 41:16
manner 27:21
Marcelina 16:13,
  18:11
Marrero 16:14, 17:4,
  18:11
master 12:5, 12:8,
  12:11, 12:14,
  12:15, 12:17,
  12:19, 12:24,
  13:2, 13:14,
  13:17, 13:20,
  14:2, 14:3, 17:15,
  18:16, 33:5, 33:7,
  33:10, 33:14, 34:4
matters 9:16, 18:22,
  30:5, 57:3
mechanisms 25:19
Medina 16:13, 17:3,
  18:11
Megaly 7:7, 8:21
Megaly. 7:12
Mellon 12:6, 13:15,
  14:3, 14:4, 17:16,
  33:6
members 5:2, 5:15
message 20:19
Mi 54:18, 55:3
mid 35:8
Miguel 24:2, 27:24
minutes 6:15, 18:25
misheard 12:13
misspoke 12:22
moment 12:16, 50:7
Montes 47:9, 47:12,
  47:14, 47:17,
  47:21, 48:1
months 35:10, 53:22,
  54:2
morning 3:22, 3:23,
  4:6, 4:11, 4:13,

6:24, 6:25, 19:18,
   19:24, 35:20,
   40:23
motion 20:21
Muniz 7:7, 7:18,
   8:21
music 31:5
mute 5:5, 5:8,
   39:17, 40:7
myself 50:20


< N >
name 4:3, 8:16,
   24:21, 49:4
nature 32:14, 38:23,
   41:11, 42:9,
   44:12, 46:1, 54:21
Navarro 32:7, 32:19,
   33:22
Nazario 32:24, 33:9,
   33:10, 33:16, 34:2
necessary 4:21,
   16:21, 35:1, 53:15
need 4:10, 5:9,
   5:23, 40:16, 57:1
needed 20:23, 22:6,
   24:7, 29:3, 32:12,
   37:7, 38:22, 42:7,
   44:10, 44:11,
   45:25, 51:8, 51:25
needs 4:20, 31:7,
   50:5
neither 42:22
Neveida 21:25, 23:2
Nevertheless 35:10,
   53:23
New 12:5, 13:15,
   14:2, 14:4, 17:16,
   26:8, 33:6, 57:19
next 9:5, 11:9,
   13:11, 14:8,
   16:10, 21:4, 21:6,
   21:20, 23:12,
   28:8, 30:8, 32:22,
   32:24, 38:3,
   38:14, 43:15,
   49:22, 50:10,
   51:15, 54:9, 57:9
NG 3:6, 3:7, 19:1,

19:20, 31:1, 31:4,
   31:6, 31:7, 40:14,
   40:15, 40:17,
   50:4, 50:6
Nieves 48:18, 49:1,
   49:8, 56:19
night 49:5
nine 4:14, 30:4
noise 39:18, 40:9
None 2:5, 2:11,
   22:13
noon 30:9, 30:19
nor 15:6, 16:23
Nos. 17:12, 33:2
note 22:4, 28:25
noted 22:12
notes 30:1
notice 11:25
noticed 7:20, 49:5
November 57:9
Number 10:25, 12:4,
   12:23, 13:19,
   16:22, 21:13,
   25:4, 25:5, 27:12,
   33:5, 33:7, 34:2,
   47:14, 47:15


< O >
o'clock 4:15, 30:4,
   31:17, 31:19,
   40:5, 49:19,
   49:20, 49:22,
   49:23, 50:15
Objections 1:21,
   3:18, 5:4, 17:6,
   19:4, 35:6, 57:10
objectively 8:1
obligated 26:2, 26:9
obtain 35:1, 53:15
offering 15:3
offices 35:3, 35:8,
   53:17, 53:22, 54:2
Official 59:15
Okay 12:3, 19:12,
   50:23
once 39:7
One 4:3, 4:14, 4:15,
   6:9, 6:14, 6:15,
   7:6, 7:22, 15:22,

16:20, 24:1,
   25:19, 28:20,
   31:17, 31:19,
   34:12, 34:22,
   37:1, 38:14, 40:4,
   41:22, 43:19,
   44:4, 47:8, 48:20,
   50:7, 50:15
one. 8:7, 9:23,
   24:13, 28:11,
   32:22, 51:16,
   54:10
ones 25:1, 55:8
ongoing 57:20
open 53:22, 54:2
operation 5:4
opposed 55:22
opposition 44:23,
   46:10, 46:23,
   47:25, 50:13,
   52:8, 52:25, 56:4
Order 9:1, 11:25,
   14:16, 14:17,
   18:17, 23:7,
   24:15, 25:25,
   26:15, 28:4,
   29:21, 34:7,
   36:12, 37:23,
   43:11, 45:4,
   46:17, 48:6,
   52:20, 56:16
orderly 5:4
Orders 5:12
others 7:21
outreach 10:11,
   16:18, 21:10,
   21:11, 38:20,
   42:5, 54:17
outstanding 7:6,
   10:6, 20:13,
   21:24, 23:8, 24:1,
   28:4, 28:20,
   29:21, 32:5,
   34:22, 37:1,
   38:13, 41:22,
   44:4, 45:19, 47:8,
   51:4, 51:18,
   52:20, 53:11,
   57:20
Oversight 1:8, 3:16,

5:18, 6:17, 6:22,
20:5, 20:8, 23:6,
31:23, 33:19,
36:4, 36:11,
37:15, 37:22,
39:15, 41:16,
44:21, 46:9,
46:16, 47:24,
48:5, 52:7, 52:19,
56:3, 56:15
owed 7:16, 16:24,
29:5, 44:13, 54:22
own 25:17, 49:16
ownership 11:22,
17:20, 18:2, 18:4


< P >
Padilla 49:6, 49:8,
56:20
Pagan 51:5, 51:14,
51:20, 52:4,
52:10, 52:15
PAGE 2:3, 7:10,
7:11, 11:15,
32:11, 51:6,
51:23, 54:19
pages 32:11, 42:3,
42:5, 54:19, 59:4
paperwork 48:19,
49:6, 56:21
Pardon 50:7
part 26:18, 41:8,
57:1
partial 25:13
partially 11:16,
16:17, 38:19,
44:8, 47:12, 54:16
participants 24:22,
25:18
particularly 57:13
PARTIES 1:30, 5:1,
5:5, 5:15
passed 7:24
PBA 15:13, 17:21
pending 5:3, 16:19,
42:6, 42:9, 47:13
pension 24:22,
25:14, 25:20,
26:1, 26:9, 26:12,

26:17, 26:18,
26:21, 26:22,
26:24, 27:3, 27:4,
27:8, 27:16,
27:18, 36:1,
39:13, 55:4, 55:9,
55:13, 55:15,
55:17, 55:20,
55:22
pension-related
24:16, 24:25,
25:7, 25:10, 27:22
pensions 26:4, 26:14
people 25:14, 25:17,
31:13, 35:9,
53:23, 54:3, 57:16
per 4:15
percent 42:22
perfect 4:24
perfectly 25:12
period 53:21
permitted 5:14
person 5:14, 8:15,
48:19, 49:8
Petra 47:9, 48:1
phone 5:9, 5:10
phones 5:6
PHV 1:33
place 24:16, 26:6
Plan 14:18, 18:6,
24:22, 26:4, 26:8,
27:17, 55:19
Please 3:8, 4:4,
4:18, 5:8, 15:11,
19:13, 21:22,
39:17, 40:6, 40:7,
47:1, 49:21, 50:7,
50:18
PM 6:2, 6:3, 30:8,
30:20, 30:24,
31:14, 40:11,
40:12, 40:18,
41:24, 49:3, 49:5,
49:10, 49:25,
50:1, 50:9, 57:23
point 4:19, 9:15,
25:16, 30:15
point. 30:21
policies 5:12
political 15:5

population 26:22
portion 5:22, 12:7,
12:10, 12:25,
19:22, 30:2,
40:19, 42:3
portions 14:20
possible 8:1
potential 48:17
potentially 33:11
Power 10:14
PRASA 15:14, 17:21
preference 15:24,
15:25
prejudice 27:15,
35:21, 39:8, 55:12
PREPA 10:15, 10:18,
10:22, 11:5, 17:9
prepare 28:3, 46:16
prepared 57:15
preparing 57:19
present 4:15, 19:23
presents 7:7
presiding 3:12
press 5:2, 5:15
previous 41:2
PRIDCO 15:13, 17:21
Prime 4:12, 5:20,
19:14, 19:25,
22:4, 48:23,
49:21, 57:13
printed 32:11
probably 49:2
procedure 26:25
proceed 6:16, 20:4,
21:20, 28:13,
34:15, 36:18,
38:6, 41:8, 43:22,
45:12, 47:1,
50:18, 50:22, 53:4
Proceedings 1:41,
5:7, 19:17, 30:24,
40:12, 50:1,
57:23, 59:6
processed 25:20,
39:10
processes 56:25
produced 1:41
proffer 29:14,
33:20, 36:5, 39:15
proffered 17:24,

33:18, 36:3, 37:14
proffers 44:22,
   46:9, 47:24, 52:7,
   56:3
program 49:18
PROMESA 1:7
proofs 7:2, 7:22,
   10:3, 13:18,
   20:11, 23:22,
   28:17, 32:1,
   34:19, 36:23,
   38:9, 41:18, 44:1,
   45:16, 47:4, 51:1,
   53:8
proposed 9:1, 18:17,
   23:7, 29:21, 34:7,
   36:12, 37:23,
   43:11, 45:4, 48:6,
   52:20, 56:16
Proskauer 6:21,
   20:8, 31:22, 41:15
provides 14:10,
   18:3, 47:14
public 5:2, 5:15,
   5:20, 7:24, 8:9,
   8:12, 25:7, 27:7,
   28:25, 29:6, 35:3,
   53:17
published 16:6
PUERTO 1:2, 1:10,
   1:15, 1:33, 3:1,
   3:11, 3:16, 3:17,
   7:3, 7:15, 10:13,
   24:15, 35:9, 44:2,
   45:17, 47:5, 51:2,
   53:9, 53:23, 54:3,
   57:17, 59:2
punished 5:16
purportedly 33:4
purports 11:17,
   16:18, 21:11,
   38:20, 44:9
purpose 5:3
purposes 24:25
pursuant 14:16
put 25:22, 26:24,
   26:25


< Q >

question 9:14, 9:22,
   12:19, 12:23,
   24:13, 41:1,
   48:11, 48:21
questionnaire 47:12


< R >
raise 7:24, 8:10
raises 8:14
Re 1:5, 3:15
ready 22:15
reason 16:2, 26:3
receive 26:12, 36:1,
   39:13, 55:17
Received 7:11, 22:4,
   43:18, 48:22
receiving 33:11
reception 43:19
recess 19:16, 30:23,
   40:11, 49:25
reclassified 11:4,
   15:18, 17:9, 17:19
reclassify 10:17,
   15:25
recognized 25:20
recollection 25:13
recommence 19:5
reconcile 16:22
reconciliation 35:23
reconnect 19:14
reconvene 40:5,
   49:19
reconvened. 19:17,
   30:24, 40:12, 50:1
record 41:10, 42:20,
   42:23, 49:16
recorded 1:41
recording 5:13
recovery 33:12
refer 7:21, 24:14,
   49:11
reference 35:18
references 7:21,
   8:16
referred 55:6
referring 8:2,
   55:20, 55:22
refers 8:6, 39:5
regarding 7:15,

8:11, 11:21, 24:5,
   27:11, 29:4,
   32:13, 38:23,
   42:8, 44:12,
   45:24, 46:1, 47:16
regardless 26:17
registered 54:18
relates 11:13, 41:25
relationship 24:17
released 14:15,
   14:19, 18:5
relevant 39:10
remain 10:6, 20:13,
   38:13, 41:22,
   45:19, 51:4,
   52:20, 53:11
remainder 17:10,
   17:17
remaining 15:12,
   16:13, 41:24,
   54:12
remains 7:6, 21:23,
   24:1, 28:20,
   34:22, 37:1, 44:4,
   47:8, 51:18
remarks 4:18
remember 48:19
remembering 25:11
remind 5:11, 42:17
removed 49:14
reopened 35:8
reorganized 48:23
repeating 41:5
replied 40:25
Reporter 3:20, 3:21,
   3:23, 31:8, 31:10,
   59:15
representative 1:12,
   3:17
request 7:17, 10:16,
   12:9, 12:25,
   13:15, 14:21,
   15:8, 15:16, 17:2,
   21:1, 21:17, 22:9,
   24:10, 29:9,
   32:18, 33:14,
   35:14, 37:10,
   39:2, 42:13,
   44:18, 46:5,
   47:20, 51:12,

52:3, 54:6, 54:25
requesting 20:21,
  34:25, 53:15
required 7:14, 26:14
resolved 9:1, 27:1
resolving 18:17,
  24:25, 28:4
resources 32:10
respondent 16:10
respondents 6:6,
  19:3, 19:23, 22:13
responses 10:6,
  11:6, 20:13, 32:5,
  32:25, 33:1, 33:2,
  33:16, 35:6,
  38:13, 38:15,
  41:22, 45:19,
  45:21, 45:22,
  46:7, 51:4, 53:11,
  53:20
result 7:16, 33:11
results 44:13
retirement 24:15,
  35:18, 39:6, 39:8,
  55:9, 55:23, 55:25
Retiro 54:18, 55:3
retransmission 5:13
reviewing 25:17
RICO 1:2, 1:10,
  1:15, 1:33, 3:1,
  3:11, 3:16, 3:17,
  7:4, 7:15, 10:13,
  24:15, 35:9, 44:2,
  45:17, 47:5, 51:2,
  53:9, 53:23, 54:3,
  57:17, 59:2
rights 26:12, 27:18,
  35:21, 55:16
Rios 28:22, 28:25,
  29:4, 29:5, 29:11,
  29:14, 29:16,
  29:22, 34:23,
  35:10, 35:15,
  35:25, 36:7,
  53:12, 53:23,
  54:7, 56:6
Rivas 41:13, 41:25,
  42:5, 42:9, 42:15,
  43:6
Rivera 38:16, 39:3,

39:9, 39:20,
  42:17, 43:1, 44:5,
  44:19, 44:24,
  54:12, 54:17,
  54:21, 55:1, 55:8,
  55:15, 56:11
Roberto 32:6, 33:22
Rodriguez 20:14,
  20:20, 21:3,
  22:17, 37:2, 37:5,
  37:12, 37:18,
  49:5, 49:8, 56:20
roll 50:6
rolls 25:17, 26:20,
  27:7
room 6:11, 9:6, 9:21
Rose 6:21, 20:8,
  31:22, 41:15
rule 5:16, 11:5,
  17:6, 22:15,
  32:10, 42:17
ruled 23:9
ruling 18:18


< S >
S/ 59:13
safe 57:22
salary 23:23, 28:17,
  32:2, 34:19,
  36:23, 38:10,
  41:19
San 3:1
Sanchez 21:7, 21:18,
  22:22
sanctions 5:16
Santiago 37:2, 37:5,
  37:12, 37:18
satellite 3:25,
  9:17, 57:14
save 3:13
saying 27:14
schedule 49:11
scheduled 9:16,
  19:4, 30:8, 31:13,
  31:14, 57:9
Second 17:19, 41:1,
  41:8, 51:18
Security 25:4, 27:12
seeing 48:19

seeking 13:7, 15:22,
  27:3, 30:4
seeks 7:2, 10:3,
  14:13, 20:10,
  23:21, 28:16,
  31:25, 34:18,
  36:22, 38:9,
  41:18, 43:25,
  45:15, 47:4,
  50:25, 53:7
seems 24:14, 35:18,
  42:22
Segarra 4:1, 4:5,
  4:6, 4:17, 4:19,
  4:22, 6:13, 9:11,
  20:1, 57:15
segment 22:13, 40:5,
  40:21, 46:21,
  48:17, 49:17,
  49:22, 50:9
segments 40:24,
  57:12
select 5:8
sending 9:21
sense 16:6
sent 6:15, 9:6
separate 13:10,
  13:11, 13:14,
  55:20
service 25:4, 27:11,
  29:4
services 23:23,
  28:18, 32:2,
  34:20, 36:24,
  38:11, 41:20
serving 35:9, 53:23,
  54:3
session 3:11, 30:8
sessions 5:25, 41:2
set 8:10, 8:14
settled 14:15
settlement 14:16,
  18:6
seven 11:22, 11:24
several 5:3, 7:21,
  54:19
shortly 19:15
shown 40:1
sign 30:19
Silva 38:16, 39:3,

39:9, 39:20,
  42:17, 43:1
simply 8:16
sir 4:4
site 4:12, 6:6,
  19:25
sitting 3:12
situation 49:2
slot 31:14, 38:14,
  38:15, 39:25,
  41:23, 41:24,
  49:10
Social 25:4, 27:12
solely 17:9
solicit 26:8
Solutions 5:8, 40:6
someone 4:19, 6:10,
  24:21, 26:23,
  48:18, 49:3, 49:6
Sorry 9:11, 13:10,
  20:15, 26:17,
  40:25, 41:4,
  41:23, 49:17,
  50:20
sort 13:7, 55:19
sound 40:17
Sounds 4:23, 11:8,
  19:7
source 32:14, 38:24,
  42:10, 46:1
Spanish 4:10
speaker 56:20
speakers 20:1,
  40:20, 43:16
speaking 3:5, 4:2,
  5:6, 6:8, 19:19,
  41:12
specific 7:15
specifically 41:12
specified 5:25
staff 57:13, 57:17
Standard 6:1, 6:2,
  6:3, 30:9, 30:10,
  30:20, 40:19,
  49:20, 57:11
state 42:5
statement 11:20,
  11:21, 41:11
statements 15:3
States 1:1, 1:23,

1:25, 3:10, 3:13,
  10:12, 22:4,
  28:25, 42:4,
  54:17, 59:7, 59:8
status 8:12, 11:18,
  29:6, 44:14, 56:19
statute 7:23
statutes 7:4, 44:2,
  45:17, 47:5, 51:2,
  53:9
Stay 30:21, 57:22
stenography 1:41
steps 11:25
subdivisions 15:5
subject 35:5, 53:20
submit 18:17, 23:6,
  26:2, 29:20, 34:6,
  56:15
submitted 10:7,
  11:9, 20:14,
  21:25, 24:2,
  28:21, 37:2, 51:19
subsequent 35:2,
  53:16
substantiate 26:15,
  27:3
substantiating 25:2
subtle 55:21
supplemental 8:23,
  18:13, 22:19,
  22:24, 23:4,
  27:25, 29:17,
  33:23, 36:9,
  37:19, 39:22,
  43:3, 43:8, 45:1,
  46:13, 48:3,
  52:12, 52:17,
  56:8, 56:13
support 8:24, 17:11,
  18:14, 22:20,
  22:25, 23:5, 28:2,
  29:18, 33:25,
  35:11, 36:5,
  36:10, 37:21,
  39:23, 43:4, 43:9,
  45:2, 46:14, 48:4,
  52:13, 52:18,
  53:25, 56:9,
  56:14, 57:20
supporting 16:3

sustained 8:21,
  17:7, 17:13,
  18:10, 22:16,
  22:21, 23:1,
  27:23, 29:15,
  33:21, 34:1, 36:6,
  37:17, 39:19,
  43:1, 43:5, 44:23,
  46:11, 48:1, 52:9,
  52:14, 56:5, 56:10
sustaining 27:14
Swain 1:22, 3:5,
  3:12, 19:18,
  30:25, 40:13,
  50:2, 59:7
system 25:18, 35:18


< T >
Tacoronte 6:5, 9:18,
  19:2, 19:10,
  23:13, 28:9, 30:3,
  31:13, 34:10,
  36:15, 38:2, 40:1,
  40:8, 40:20,
  40:24, 41:7,
  43:16, 45:8,
  46:22, 46:25,
  48:11, 48:12,
  50:12, 52:25
taken. 19:16, 30:23,
  40:11, 49:25
Taylor 1:22, 3:11,
  59:7
telephone 40:7
telephonic 5:2, 5:5
TELEPHONICALLY 1:30
tender 37:16
Teresa 11:10, 17:12
Teresita 10:7, 17:8
themselves 26:14,
  31:15
third 21:23
Three 20:13, 32:5,
  35:9, 49:20,
  49:22, 53:22
Tirado 7:7, 7:18,
  8:22
Title 1:7, 15:6,
  17:23, 21:14,

47:15
Today 5:2, 5:4,
  5:17, 5:22, 5:25,
  52:9, 57:1, 57:8,
  57:12, 57:20
together 25:23
Torres 41:13, 41:25,
  42:5, 42:9, 42:14,
  43:6
track 56:19
Transcript 1:41,
  59:4
transcription 59:5
transferred 24:19,
  24:23, 24:25,
  49:13, 56:23,
  56:25
translated 39:6
treated 27:17, 27:22
treatment 26:4
Troche 21:25, 22:4,
  22:10, 23:2
true 25:24, 59:5
turn 9:24, 11:24
turning 17:12
turns 27:16
Two 32:5, 32:11,
  32:25, 38:13,
  41:22, 45:19,
  45:20, 45:22,
  49:18, 51:4,
  53:11, 54:1
type 24:17, 25:9,
  26:2
types 24:18, 26:25
Typically 24:24,
  25:3

< U >
UBS 11:20
ultimately 49:12
understand 8:4,
  10:14, 10:24,
  26:3, 27:13, 35:20
understanding 15:14,
  55:5
understands 29:1
understood 4:23
undue 33:11

unfortunately 27:8
United 1:1, 1:23,
  1:25, 3:10, 3:13,
  59:6, 59:8
unmute 5:10
unmuting 50:20
unspecified 7:3,
  44:1, 45:16, 47:5,
  51:1, 53:8
until 35:4, 53:19
user 48:24

< V >
V. 41:25, 43:6
Vargas 21:25, 22:4,
  22:11, 23:2
Velazquez 51:5, 51:14,
  51:20, 52:5, 52:10, 52:15
verified 31:16,
  50:14
verify 49:9
Violations 5:15

< W >
waiting 43:20, 50:15
Walker 3:20, 3:22,
  31:11, 59:13,
  59:14
wanted 30:15
web 32:11, 54:19
website 55:3, 55:4,
  55:6
week 49:12
welcome 5:1
wherein 47:12
whether 8:6, 8:8,
  8:13, 12:19,
  13:16, 19:3,
  24:21, 25:6,
  26:10, 27:2
whoever 39:17
whom 4:19, 49:6
without 8:8, 8:11,
  25:5, 55:11
withstanding 7:18,
  17:3, 21:2, 21:18,
  22:10, 24:11,
  29:10, 32:19,

33:15, 35:15,
  37:11, 39:3,
  42:14, 44:19,
  46:6, 47:21,
  51:13, 52:4, 54:7,
  55:1
WITNESSES 2:3
words 7:11
work 4:20, 19:10,
  57:19
worked 27:11
writes 8:6
wrote 7:11

< Y >
yesterday 48:16
York 12:5, 13:15,
  14:3, 14:4, 17:16,
  33:6, 57:19

< Z >
zones 49:19
Zoraida 51:5, 51:13,
  52:10