# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:26 AM (AST)
Ended: 4:12 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**          DATE: November 18, 2020
COURTROOM DEPUTY:  María Luz Díaz
COURT REPORTER:  Amy Walker
COURT INTERPRETER:  Juan Segarra

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*. Debtors | 3:17-BK-3283 (LTS)<br>PROMESA Title III<br><br><br>(Jointly Administered) |

**Hearing concerning adjourned omnibus objections to claims held.**

Claimants whose claims are subject of the Hearing did not show up at the Prime Clerk collection center located at Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan PR  00918.

Laura Stafford, Esq., counsel for the Financial Oversight and Management Board for Puerto Rico, addressed the Court regarding the specific objections on the agenda.

I.    **CONTESTED MATTERS**

1. Eighty-Eighth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8977].

    a. Response to Eighty-Eighth Omnibus Objection to Claims by Magaly Muñiz Tirado (Claim No. 61531) [Case No. 17-3283, ECF No. 15075-1, 2] (Response Form not returned).

    b. Notice of Correspondence Regarding the Eighty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement

3:17-BK-3283 (LTS)

Hearing Concerning Adjourned Omnibus Objections to Claims – November 18, 2020

System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 61531 [Case No. 17-3283, ECF No. 15075].

- Claim of Magaly Muñiz Tirado (Claim No. 61531) – Disallowed in its entirety.
- Proposed form of order to be submitted regarding the Eighty-Eighth Omnibus Objection to Claims.

2. Ninety-Fourth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8983].

   a. Response to Ninety-Fourth Omnibus Objection to Claims by Teresita de Jesús Jusino (Claim No. 161340) Case No. 17-3283, ECF No. 15100-1] (Response Form not returned).

   b. Notice of Correspondence Regarding the Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proofs of Claim Nos. 161340, 12995, 14790, and 53781 [Case No. 17-3283, ECF No. 15090].

   - Claim of Teresita de Jesús Jusino (Claim No. 161340) Sustained as to claim 161340 - Disallowed to the extent that the claim is reclassified as a claim solely against PREPA. The remainder of the claim is disallowed for lack of sufficient information to support a claim.

   c. Response to Ninety-Fourth Omnibus Objection to Claims by Teresa Angélica de la Haba (Claim No. 12995) [Case No. 17-3283, ECF No. 15100-2] (Response Form not returned).

   d. Response to Ninety-Fourth Omnibus Objection to Claims by Teresa Angélica de la Haba (Claim No. 14790) [Case No. 17-3283, ECF No. 15100-3] (Response Form not returned).

   e. Notice of Correspondence Regarding the Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proofs of Claim Nos. 161340, 12995, 14790, and 53781 [Case No. 17-3283, ECF No. 15090].

   - Claims of Teresa Angélica de la Haba (Claims Nos. 12995 and 14790) - Claim No. 12995 is reclassified as a proof of claim against the Commonwealth on account of ownership of GO, PRIDCO, PBA and PRASA bonds. Claim No. 14790 is disallowed in its entirety as duplicative of Claim No. 12995.

3:17-BK-3283 (LTS)
Hearing Concerning Adjourned Omnibus Objections to Claims – November 18, 2020

    f.  Response to Ninety-Fourth Omnibus Objection to Claims by Marcelina Medina Marrero (Claim No. 53781) [Case No. 17-3283, ECF No. 15100-1] (Response Form not returned).

    g.  Notice of Correspondence Regarding the Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proofs of Claim Nos. 161340, 12995, 14790, and 53781 [Case No. 17-3283, ECF No. 15090].

        ▪  Claim of Marcelina Medina Marrero (Claim No. 53781) is disallowed in its entirety.

        ▪  Proposed form of order to be submitted regarding the Ninety-Fourth Omnibus Objection to Claims.

3.  Ninety-Fifth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 8984].

    a.  Response to Ninety-Fifth Omnibus Objection to Claims by Inés Rodríguez Cruz (Claim No. 161854) Case No. 17-3283, ECF No. 15076-1, 2] (Response Form not returned).

    b.  Notice of Correspondence Regarding the Ninety-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim Nos. 161854, 44934, and 161279 [Case No. 17-3283, ECF No. 15076].

        ▪  Claim of Inés Rodríguez Cruz (Claim No. 161854) - Disallowed in its entirety.

    c.  Response to Ninety-Fifth Omnibus Objection to Claims by Carmen D. Sánchez Maltés (Claim No. 44934) Case No. 17-3283, ECF No. 15076-3, 4] (Response Form not returned).

    d.  Notice of Correspondence Regarding the Ninety-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim Nos. 161854, 44934, and 161279 [Case No. 17-3283, ECF No. 15076].

        ▪  Claim of Carmen D. Sánchez Maltés (Claim No. 44934) - Disallowed in its entirety.

3:17-BK-3283 (LTS)
Hearing Concerning Adjourned Omnibus Objections to Claims – November 18, 2020

    e.  Response to Ninety-Fifth Omnibus Objection to Claims by Neveida Troche Vargas (Claim No. 161279) [Case No. 17-3283, ECF No. 15076-5] (Response Form not returned).

    f.  Notice of Correspondence Regarding the Ninety-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim Nos. 161854, 44934, and 161279 [Case No. 17-3283, ECF No. 15076].

- Claim of Neveida Troche Vargas (Claim No. 161279) - Disallowed in its entirety.
- Proposed form of order to be submitted regarding the Ninety-Fifth Omnibus Objection to Claims.

4. Ninety-Sixth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9546].

    a.  Response to Ninety-Sixth Omnibus Objection to Claims, filed by Miguel Angel García Cruz (Claim No. 110432) [Case No. 17-3283, ECF No. 12234] (Response Form not returned).

- Claim of Miguel Angel García Cruz (Claim No. 110432) - Disallowed in its entirety.
- Proposed form of order to be submitted regarding the Ninety-Sixth Omnibus Objection to Claims.

5. One Hundred First Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9551].

    a.  Response to One Hundred First Omnibus Objection to Claims, filed by Ana L. Luna Ríos (Claim No. 13241) [Case No. 17-3283, ECF No. 15077-1, 2] (Response Form not returned).

    b.  Notice of Correspondence Regarding the One Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 13241 [Case No. 17-3283, ECF No. 15077].

- Claim of Ana L. Luna Ríos (Claim No. 13241) - Disallowed in its entirety.
- Proposed form of order to be submitted regarding the One Hundred First Omnibus Objection to Claims.

6. One Hundred Second Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9552].

3:17-BK-3283 (LTS)
Hearing Concerning Adjourned Omnibus Objections to Claims – November 18, 2020

    a. Response to One Hundred Second Omnibus Objection to Claims, filed by Roberto Navarro Lugo (Claim No. 24111) [Case No. 17-3283, ECF No. 15089-1, 2] (Response Form not returned).

    b. Notice of Correspondence Regarding One Hundred Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 24111 [Case No. 17-3283, ECF No. 15089].

        ▪ Claim of Roberto Navarro Lugo (Claim No. 24111) – Disallowed in its entirety.

    c. Response to One Hundred Second Omnibus Objection to Claims, filed by Aracelis Nazario (Claim No. 11823) [Case No. 17-3283, ECF Nos. 9963 & 10203] (Response Form not returned).

        ▪ Claim of Aracelis Nazario (Claim No. 11823) – Disallowed in its entirety because it is duplicative of a master proof of claim (No. 16777) that has been filed with respect to ERS.

        ▪ Proposed form of order to be submitted regarding the One Hundred Second Omnibus Objection to Claims.

7. One Hundred Fourth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9554].

    a. Response to One Hundred Fourth Omnibus Objection to Claims, filed by Héctor Enrique Ríos Guadarrama (Claim No. 59260) [Case No. 17-3283, ECF No. 10518] (Response Form not returned).

        ▪ Claim of Héctor Enrique Ríos Guadarrama (Claim No. 59260) – Disallowed in its entirety.

        ▪ Proposed form of order to be submitted regarding the One Hundred Fourth Omnibus Objection to Claims.

8. One Hundred Fifth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9555].

    a. Response to One Hundred Fifth Omnibus Objection to Claims, filed by Dorka Rodríguez Santiago (Claim No. 32539) [Case No. 17-3283, ECF No. 15088-1, 2] (Response Form not returned).

    b. Notice of Correspondence Regarding the One Hundred Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 32539 [Case No. 17-3283, ECF No. 15088].

3:17-BK-3283 (LTS)
Hearing Concerning Adjourned Omnibus Objections to Claims – November 18, 2020

- Claim of Dorka Rodríguez Santiago (Claim No. 32539) – Disallowed in its entirety.
- Proposed form of order to be submitted regarding the One Hundred Fifth Omnibus Objection to Claims.

9. One Hundred Seventh Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9557].

  a. Response to One Hundred Seventh Omnibus Objection to Claims, filed by Flor M. Silva Rivera (Claim No. 89977) [Case No. 17-3283, ECF No. 15078-1, 2] (Response Form not returned).

  b. Notice of Correspondence Regarding the One Hundred Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proofs of Claim Nos. 89977 and 67915 [Case No. 17-3283, ECF No. 15078].

    - Claim of Flor M. Silva Rivera (Claim No. 89977) – Disallowed in its entirety.

  c. Response to One Hundred Seventh Omnibus Objection to Claims filed by Luz V. Torres Rivas (Claim No. 67915) [Case No. 17-3283, ECF No. 15078-3, 4] (Response Form not returned).

  d. Notice of Correspondence Regarding the One Hundred Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proofs of Claim Nos. 89977 and 67915 [Case No. 17-3283, ECF No. 15078].

    - Claim of Luz V. Torres Rivas (Claim No. 67915) – Disallowed in its entirety.
    - Proposed form of order to be submitted regarding the One Hundred Seventh Omnibus Objection to Claims.

10. One Hundred Tenth Omnibus [Case No. 17-3283, ECF No. 9560].

  a. Response to One Hundred Tenth Omnibus Objection to Claims, filed by José A. Colón Rivera (Claim No. 100877) [Case No. 17-3283, ECF No. 15079-1, 2] (Response Form not returned).

  b. Notice of Correspondence Regarding the One Hundred Tenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement

3:17-BK-3283 (LTS)
Hearing Concerning Adjourned Omnibus Objections to Claims – November 18, 2020

> System of the Government of the Commonwealth of Puerto Rico to
> Individual Proof of Claim No. 100877 [Case No. 17-3283, ECF No. 15079].
>
> - ▪ Claim of José A. Colón Rivera (Claim No. 100877) – Disallowed in its
>   entirety.
> - ▪ Proposed form of order to be submitted regarding the One
>   Hundred Tenth Omnibus Objection to Claims.

11. One Hundred Eleventh Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9561].

   a. Response to One Hundred Eleventh Omnibus Objection to Claims, filed by Alfredo Garcia Cruz (Claim No. 110338) [Case No. 17-3283, ECF Nos. 9789 and 9815] (Response Form not returned).

   - ▪ Claim of Alfredo García Cruz (Claim No. 110338) – Disallowed in its entirety.
   - ▪ Proposed form of order to be submitted regarding the One Hundred Eleventh Omnibus Objection to Claims.

12. One Hundred Thirteenth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9563].

   a. Response to One Hundred Thirteenth Omnibus Objection to Claims, filed by Petra Montes Alicea (Claim No. 80705) [Case No. 17-3283, ECF No. 15080-1, 2] (Response Form returned; claimant does not intend to attend hearing).

   b. Notice of Correspondence Regarding the One Hundred Thirteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 80705 [Case No. 17-3283, ECF No. 15080].

   - ▪ Claim of Petra Montes Alicea (Claim No. 80705) – Disallowed in its entirety.
   - ▪ Proposed form of order to be submitted regarding the One Hundred Thirteenth Omnibus Objection to Claims.

13. One Hundred Fourteenth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9564].

   a. Response to One Hundred Fourteenth Omnibus Objection to Claims, filed by Zoraida Pagán Velázquez (Claim No. 103729) [Case No. 17-3283, ECF No. 15082-1, 2] (Response Form not returned).

Case:17-03283-LTS   Doc#:15198   Filed:11/18/20   Entered:11/19/20 17:47:25   Desc: Main
Document    Page 8 of 9

3:17-BK-3283 (LTS)
Hearing Concerning Adjourned Omnibus Objections to Claims – November 18, 2020

b. Notice of Correspondence Regarding the One Hundred Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proofs of Claim Nos. 103729 and 98919 [Case No. 17-3283, ECF No. 15082].

- Claim of Zoraida Pagán Velázquez (Claim No. 103729) – Disallowed in its entirety.

c. Response to One Hundred Fourteenth Omnibus Objection to Claims, filed by Elizabeth Pagán Velázquez (Claim No. 98919) [Case No. 17-3283, ECF No. 15082-3, 4] (Response Form not returned).

d. Notice of Correspondence Regarding the One Hundred Fourteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proofs of Claim Nos. 103729 and 98919 [Case No. 17-3283, ECF No. 15082].

- Claim of Elizabeth Pagán Velázquez (Claim No. 98919) – Disallowed in its entirety.
- Proposed form of order to be submitted regarding the One Hundred Fourteenth Omnibus Objection to Claims.

14. One Hundred Fifteenth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9565].

a. Response to One Hundred Fifteenth Omnibus Objection to Claims, filed by Héctor Enrique Ríos Guadarrama (Claim No. 61672) [Case No. 17-3283, ECF No. 10519] (Response Form not returned).

- Claim of Héctor Enrique Ríos Guadarrama (Claim No. 61672) - Disallowed in its entirety.

b. Response to One Hundred Fifteenth Omnibus Objection to Claims, filed by Doris E. Rivera García (Claim No. 34269) [Case No. 17-3283, ECF No. 15083-1, 2] (Response Form not returned).

c. Notice of Correspondence Regarding the One Hundred Fifteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 34269 [Case No. 17-3283, ECF No. 15083].

3:17-BK-3283 (LTS)
Hearing Concerning Adjourned Omnibus Objections to Claims – November 18, 2020

- Claim of Doris E. Rivera García (Claim No. 34269) - Disallowed in its entirety.
- Proposed form of order to be submitted regarding the One Hundred Fifteenth Omnibus Objection to Claims.

**Further hearing concerning adjourned omnibus objections to claims set for November 20, 2020 at 9:00 AM (AST) before Judge Laura Taylor Swain.**

s/María Luz Díaz
María Luz Díaz
Courtroom Deputy