Case:17-03283-LTS  Doc#:15203-6  Filed:11/19/20  Entered:11/19/20 19:41:47  Desc: Exhibit 6 - 2020 0701 Email chain re Expert Work Papers   Page 1 of 3

EXHIBIT 6

# Gray, Neil

| | |
|---|---|
| **From:** | wdalsen@proskauer.com |
| **Sent:** | Wednesday, July 1, 2020 3:35 PM |
| **To:** | Fox, David R.; Papez, Matthew E.; Podmaniczky McGonigle, Sarah |
| **Cc:** | Dale, Margaret A. |
| **Subject:** | RE: ERS - Expert Work Papers |

**\*\* External mail \*\***
Hi David –

Those clarifications work for us.

Thanks,

--Will

**William D. Dalsen**
Attorney at Law

[Proskauer](#)
One International Place
Boston, MA 02110-2600
d 617.526.9429
f 617.526.9899
wdalsen@proskauer.com

greenspaces
Please consider the environment before printing this email.

---

**From:** Fox, David R.
**Sent:** Wednesday, July 1, 2020 1:44 PM
**To:** Dalsen, William D. ; Papez, Matthew E. ; Podmaniczky McGonigle, Sarah
**Cc:** Dale, Margaret A.
**Subject:** RE: ERS - Expert Work Papers

*This email originated from outside the Firm.*

---

Thanks, Will.

This is fine with us, with a few hopefully non-controversial clarifications:

- On your second bullet, it is our understanding that all raw data relied on in the reports has previously been produced, and we reserve our rights if that is not the case.
- On your third bullet, we will produce any intermediate datasets prepared from any raw data <u>and</u> used in the report's analysis. We will not produce intermediate datasets, if any, that were not used in the report's analysis.

1

- On your fifth bullet, we will not produce publicly available, published materials (e.g., articles and books). But if there are particular such materials that you have difficulty locating, let us know and we will do our best to help get them to you, as long as you will agree to do the same for us.

Please confirm that this works.

Thanks,

David


David Fox
Associate
**JONES DAY® - One Firm Worldwide℠**
100 High Street, 21st Floor
Boston, MA 02110-1781
Cell: +1.860.371.0312
Direct: +1.617.449.6925
drfox@jonesday.com

**From:** Dalsen, William D. <wdalsen@proskauer.com>
**Sent:** Wednesday, July 1, 2020 11:24 AM
**To:** Papez, Matthew E. <mpapez@jonesday.com>; Fox, David R. <drfox@jonesday.com>; Podmaniczky McGonigle, Sarah <smcgonigle@jonesday.com>
**Cc:** Dale, Margaret A. <mdale@proskauer.com>
**Subject:** ERS - Expert Work Papers

** External mail **
Matt, David, and Sarah –

Following service of opening expert reports today, we would propose serving expert work papers related to the report this coming Friday, July 3, 2020 no later than 12:00 p.m. Eastern time. Such work papers (if any) should include, among other things:

- Excel spreadsheets used to run calculations and/or generate tables and figures in the reports;
- Any additional raw data relied on for the reports if not previously produced;
- Any intermediate datasets prepared from any raw data used in the report's analysis;
- Computer code written for purposes of the report's analysis;
- Methodological details not contained in the report, including academic papers or other documents used to support the report's analysis.

Please advise whether that works on your end.

Thanks,

—Will

**William D. Dalsen**
Attorney at Law

Proskauer

2

One International Place
Boston, MA 02110-2600
d 617.526.9429
f 617.526.9899
wdalsen@proskauer.com

greenspaces
Please consider the environment before printing this email.

*********************************************************************************
*************************************************************

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
*********************************************************************************
*************************************************************

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***