EXHIBIT 7-A

# BNYM / Puerto Rico - Employee Retirement System
## Boyer, Justin - Vol. 1
### 3/3/2020

```
1            IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF PUERTO RICO

3

4      _____

5      In Re:                        )

6      THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  ) PROMESA TITLE I

7      FOR PUERTO RICO                ) Case No.

8           as representative of       ) 17-BK-03283 (LTS)

9      THE COMMONWEALTH OF PUERTO RICO, et. al,   )

10          Debtors.                  )

11     _____)

12     In Re:                        )

13     THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  ) PROMESA Title III

14     FOR PUERTO RICO                ) Case No.

15          as representative of       ) 17-BK-03566 (LTS)

16     THE EMPLOYEES RETIREMENT SYSTEM OF THE       )

17     GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, )

18          Debtor.                   )

19     _____)

20

21             CONFIDENITAL

22         Transcript of JUSTIN BOYER

23

24     Reported by:

25     LORRAINE B. ABATE, CSR, RPR
```

```
 1   _____
 2   THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )
 3   OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,) ADV. PROC. NO
 4   ACTING BY AND THROUGH ITS MEMBERS,             ) 19-00356 (LTS)
 5           and                         )
     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
 6   OF ALL TITLE III DEBTORS (OTHER THAN COFINA)   )
              as co-trustees of           )
 7   THE EMPLOYEES RETIREMENT SYSTEM OF THE         )
     GOVERNMENT OF PUERTO RICO,                     )
 8           Plaintiff,                  )
 9           vs.                         )
10   DEFENDANT IM, et al.,                         )
             Defendants.
11   _____)
12   THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )
13   OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,) ADV. PROC. NO
14   ACTING BY AND THROUGH ITS MEMBERS,             ) 19-00357 (LTS)
15           and
16   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
17   OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )
18           as co-trustees of           )
19   THE EMPLOYERS RETIREMENT SYSTEM OF THE         )
20   GOVERNMENT OF PUERTO RICO,                     )
21           Plaintiff,                  )
22       vs.                             )
23   STOEVER GLASS & CO., et al.,                  )
24           Defendants.                 )
     _____)
25
```

```
 1    _____
 2    THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )
 3    OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)  ADV. PROC. NO
 4    ACTING BY AND THROUGH ITS MEMBERS,         )  19-00359 (LTS)
 5            and                    )
 6    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
 7    OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )
 8            as co-trustees of         )
 9    THE EMPLOYEES RETIREMENT SYSTEM OF THE      )
10    GOVERNMENT OF PUERTO RICO,           )
11            Plaintiff,          )
12       vs.                    )
13    DEFENDANT 1H-78H,              )
14            Defendants            )
15    _____)
16
17
18
19
20
21
22
23
24
25
```

```
 1   _____

 2   THE SPECIAL CLAIMS COMMITTEE OF THE FINNCIAL   )

 3   OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)  ADV. PROC. NO

 4   ACTING BY AND THROUGH ITS MEMBERS,          )  19-00361(LTS)

 5           and                   )

 6   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )

 7   OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )

 8           as co-trustees of       )

 9   THE EMPLOYEES RETIREMENT SYSTEM OF THE        )

10   GOVERNMENT OF PUERTO RICO,              )

11           Plaintiff,              )

12      vs.                         )

13   DEFENDANT 1G-50G, et. al.,              )

14           Defendants.             )

15   _____)

16

17

18

19

20

21

22

23

24

25
```

```
 1   _____

 2   THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )

 3   FOR PUERTO RICO,                   ) ADV. PROC. NO.

 4         as representative of         )  19-00366(LTS)

 5   EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT  )

 6   OF THE COMMONWEALTH OF PUERTO RICO,        )

 7            and                )

 8   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )

 9   OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )

10       as Section 926 trustee of           )

11   THE COMMONWEALTH OF PUERTO RICO,        )

12          Plaintiffs,          )

13       vs.                    )

14   ANDALUSIAN GLOBAL DESIGNATED            )

15   ACTIVITY COMPANY, et. al,          )

16          Defendants.          )

17   _____)

18

19

20

21

22

23

24

25
```

```
 1   _____
 2   THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )
 3   FOR PUERTO RICO                     ) ADV. PROC. NO.
 4        as representative of           ) 19-00367 (LTS)
 5   EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT  )
 6   OF THE COMMONWEALTH OF PUERTO RICO,       )
 7          and                          )
 8   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
 9   OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )
10        as Section 926 trustee of      )
11   THE COMMONWEALTH OF PUERTO RICO,          )
12          Plaintiffs,                  )
13      vs.                              )
14   GLENDON OPPORTUNITIES FUND, L.P., et. al,    )
15          Defendants.                  )
16   _____)
17
18
19
         TRANSCRIPT of the stenographic notes of the
20   deposition of JUSTIN BOYER in the above-entitled
     matter, as taken by and before LORRAINE B. ABATE, a
21   Certified Shorthand Reporter and Notary Public of the
     State of New York and Registered Professional
22   Reporter, held at the offices of Proskauer & Rose,
     LLP, 11 Times Square, New York, New York, on March 3,
23   2020, commencing at time 1:15 p.m., pursuant to
     Notice.
24
25
```

```
 1

 2     A P P E A R A N C E S:

 3

 4           PROSKAUER ROSE, LLP

 5           Attorneys for the Financial Oversight

 6           and Management Board for Puerto Rico

 7              One International Place

 8              Boston, Massachusetts 02110-2600

 9           BY: WILLIAM D. DALSEN, ESQ.

10              (617) 526-9429

11              wdalsen@proskauer.com

12                -and-

13           PROSKAUER ROSE, LLP

14              11 Times Square

15              New York, New York  10036

16           BY:  CARL MAZUREK, ESQ.

17              (212) 969-3539

18              cmazurek@proskauer.com

19

20

21

22

23

24

25
```

```
 1

 2      A P P E A R A N C E S:

 3

 4          PAUL HASTINGS, LLP

 5          Attorneys for the Official Committee

 6          of Unsecured Creditors of all Title III

 7          Debtors (other than COFINA)

 8            875 15th Street

 9            Washington, DC  20005

10          BY: NICHOLAS A. BASSETT, ESQ.

11             KATHERINE ROOKARD, ESQ.

12             (202)551-1902

13          nicholasbassett@paulhastings.com

14          katherinerookard@paulhastings.com

15

16          JENNER & BLOCK, LLP

17          Attorneys for the Retiree Committee

18            353 North Clark Street

19            Chicago, Illinois 60654-3456

20          BY:  CARL WEDOFF, ESQ.

21              MELISSA M. ROOT, ESQ. (VIA PHONE)

22              (312)222-9350

23            mroot@jenner.com

24            cwedoff@jenner.com

25
```

```
 1
 2      A P P E A R A N C E S:
 3
 4           JONES DAY, LLP
 5           Attorneys for ERS Bondholders
 6           And the Witness
 7             100 High Street, 21st Floor
 8             Boston, Massachusetts 02110-1781
 9           BY:  SARAH PODMANICZKY McGONIGLE, ESQ.
10             (617) 960-3939
11             smcgonigle@jonesday.com
12
13           REED SMITH, LLP
14           Attorneys for the Bank of
15           New York Mellon, as Fiscal Agent
16             599 Lexington Avenue
17             New York, New York  10022
18           BY:  C. NEIL GRAY, ESQ.
19              (212) 231-2652
20              cgray@reedsmith.com
21
22
23
24
25
```

```
 1

 2     A P P E A R A N C E S:

 3

 4         O'MELVENY & MYERS, LLP

 5         Attorneys for AAFAF as Fiscal Agent

 6         For the Commonwealth of Puerto Rico

 7         and ERS

 8           1999 Avenue of the Stars, 8th Floor

 9           Los Angeles, California 90067-6035

10         BY:  MADHU POCHA, ESQ.

11            (310) 246-8588

12            mpacha@omm.com

13

14         BROWN RUDNICK, LLP

15         Attorneys for the Special Claims

16         Committee of the Financial Oversight

17         and Management Board for Puerto Rico

18         Acting by and through it's Members

19            7 Times Square

20            New York, New York  10036

21         BY:  DANIELLE D'AQUILA, ESQ.

22            (212) 209-4985

23         dd'aquila@brownrudnick.com

24

25
```

```
 1
 2     A P P E A R A N C E S:
 3
 4          ARROYO & RIOS PSC
 5      Attorneys for Defendant 55H-66H
 6           PMB 688
 7            1353 Ave. Luis Vigoreaux
 8            Guaynabo, P.R. 00966
 9         BY:  MORAIMA RIOS, ESQ. (VIA PHONE)
10             (787)522-8080
11           mrios@arroyorioslaw.com
12
13     A L S O  P R E S E N T:
14           Chris Martin, Videographer
15
16
17
18
19
20
21
22
23
24
25
```

```
1
2                    I N D E X
3
4    WITNESS      EXAMINATION BY         PAGE
5    Justin Boyer   Mr. Bassett      15
6                   Ms. McGonigle    167
7
8
9                    E X H I B I T S
10   BOYER                            PAGE
11   1   Committees' and Government Parties'
12       Amended Notice of Rule 30(b)(6)
13       Deposition of Redwood Master
14       Fund, Ltd.                   47
15   2   Notice of Videotaped Deposition
16       of Justin Charles Boyer      47
17   3   Redwood Master Fund, Ltd.'s
18       Responses and Objections to the
19       Committee's and Government Parties
20       Amended Notice of Rule 30(b)(6)
21       Deposition of Redwood Master
22       Fund, Ltd.                   47
23
24
25
```

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | | E X H I B I T S | |
| 3 | BOYER | | PAGE |
| 4 | 4 | Bondholders' Responses and | |
| 5 | | Objections to the First Set of | |
| 6 | | Interrogatories of the Committees | |
| 7 | | and Government Parties to the ERS | |
| 8 | | Bondholder Groups Related to the | |
| 9 | | Ultra Vires Proceedings | 62 |
| 10 | 5 | Bondholders' Supplemental Response | |
| 11 | | to Interrogatory No. 17 | 62 |
| 12 | 6 | Answer and Counterclaims | 85 |
| 13 | 7 | Instant Bloomberg Chat | 91 |
| 14 | 8 | E-Mail dated August 24th, 2018 | 108 |
| 15 | 9 | Instant Bloomberg Chat | 126 |
| 16 | 10 | Instant Bloomberg Chat | 144 |
| 17 | 11 | Official Statement for ERS Bonds | 149 |
| 18 | 12 | Document | 155 |
| 19 | 13 | Notice and Disclaimer | 155 |
| 20 | 14 | Irvine Ranch Water District Joint | |
| 21 | | Powers Agency Document | 155 |
| 22 | 15 | Letter dated October 24, 2019 | 165 |
| 23 | | | |
| 24 | | | |
| 25 | | | |

1 CONFIDENTIAL - Boyer - March 3, 2020 - CONFIDENTIAL

2     A.   I would say that from our standpoint as

3 an investment analyst, the technicalities of what an

4 underwriter does or does not do are not really

5 material to our investments.

6     Q.   Well, do you have an understanding of

7 the role that an underwriter serves in the public

8 bond issuance?

9     A.   I have a basic understanding.

10     Q.   What is that understanding?

11     A.   The underwriter serves as a -- they

12 purchase -- they basically loan money to an investor,

13 and then they syndicate that loan to a client base of

14 ultimate holders.

15     Q.   When you say they loan money to an

16 issuer, what do you mean by that?

17     A.   They -- the issuer is the borrower and

18 the underwriter lends them the money. That's --

19     Q.   So as a -- your -- Redwood is a bond

20 holder for a variety of bond investments, correct?

21     A.   Yes.

22     Q.   And as a bond holder to a company, does

23 -- as a bond holder holding the bonds of an issuer,

24 does Redwood view itself as a lender to that issuer?

25         MS. McGONIGLE: Objection. Is that as

1     CONFIDENTIAL - Boyer - March 3, 2020 - CONFIDENTIAL

2     30(b)(6) now or are you still asking in his

3     personal capacity does he think that Redwood

4     views itself that way?

5     MR. BASSETT: 30(b)(6).

6     MS. McGONIGLE: Okay. I would object to

7     that as beyond the scope of the topics

8     themselves. But to the extent the witness has

9     that information, you can answer.

10     A.    You mind just repeating the question.

11     MR. BASSETT: Can you read it back,

12     please.

13     (The record was read.)

14     A.    Again, there's technical terms that I

15     don't really feel comfortable opining on because

16     they're technical in nature. But colloquially, if

17     you called up the investor relations of, you know, a

18     company, and Redwood -- even though we -- Redwood

19     doesn't own bonds.

20     I believe how the system works is DTC or

21     some other depository agency holds these bonds and

22     then our prime broker, you know, they -- the prime

23     broker actually has the entry at DTC for its

24     allocation of those bonds. And then the prime broker

25     further allocates, you know, that beneficial

1      CONFIDENTIAL - Boyer - March 3, 2020 - CONFIDENTIAL

2      ownership to Redwood.

3              So these are -- these are very technical

4      points that are not really particular to my job

5      function.

6         Q.   So you mentioned before that you believe

7      an underwriter loans money to an issuer in a public

8      bond offering.

9              Are you aware of whether a loan

10     agreement would typically exist between the

11     underwriter and the issuer in that situation?

12        A.   Like I said, I mean, the -- the details

13     of -- like I was never an investment banker. I never

14     worked on the capital market side of -- at an

15     investment bank. The legality and -- and specific

16     meaning of these terms, this is not something that we

17     focus our operations on.

18        Q.   So I want to understand better than I

19     currently do Redwood's process for identifying and

20     then evaluating new investments.

21        A.   Okay.

22        Q.   You mentioned that you worked on kind of

23     both of those tasks, if you will.

24              So I guess if you could just tell me

25     what happens once you or another employee of Redwood