**EXHIBIT 7-B**

# BNYM / Puerto Rico - Employee Retirement System
# Chang, Alex
**6/4/2020**

```
 1  _____

 2        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF PUERTO RICO
 3              PROMESA TITLE III
            CASE NO:  17-BK-03283 (LTS)
 4

    IN RE:  THE FINANCIAL OVERSIGHT AND
 5  MANAGEMENT BOARD FOR PUERTO RICO
             as representative of
 6
    THE COMMONWEALTH OF PUERTO RICO, et al.,
 7       Debtor(s).

    _____
 8
          IN THE UNITED STATES DISTRICT COURT
 9         FOR THE DISTRICT OF PUERTO RICO
                PROMESA TITLE III
10          CASE NO:  17-BK-03566 (LTS)
11  IN RE:  THE FINANCIAL OVERSIGHT AND
    MANAGEMENT BOARD FOR PUERTO RICO
12           as representative of
13  THE EMPLOYEES RETIREMENT SYSTEM OF THE
    GOVERNMENT OF THE COMMONWEALTH OF PUERTO
14  RICO,
         Debtor(s).
15  _____
16
17
18         C O N F I D E N T I A L
19
20
21   VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF
22             ALEX CHANG
23          DATE: June 4, 2020
24
25   REPORTED BY:  CHARLENE FRIEDMAN, CCR, RPR, CRR
```

```
 1  _____
 2         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF PUERTO RICO
 3          ADV. PROC. NO:  17-00356 (LTS)
 4  THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL
    OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
 5  ACTING BY AND THROUGH ITS MEMBERS,
           -and-
 6  THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
    OF ALL TITLE III DEBTORS (OTHER THAN COFINA)
 7        -as co-trustees of
    THE EMPLOYEES RETIREMENT SYSTEM OF THE
 8  GOVERNMENT OF PUERTO RICO,
         Plaintiff(s),
 9
       vs.
10
    DEFENDANT IM, et al.,
11       Defendant(s).

12  _____
           IN THE UNITED STATES DISTRICT COURT
13          FOR THE DISTRICT OF PUERTO RICO
            ADV. PROC. NO:  17-00357 (LTS)
14
    THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL
15  OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
    ACTING BY AND THROUGH ITS MEMBERS,
16         -and-
    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
17  OF ALL TITLE III DEBTORS (OTHER THAN COFINA)
          -as co-trustees of
18  THE EMPLOYEES RETIREMENT SYSTEM OF THE
    GOVERNMENT OF PUERTO RICO,
19       Plaintiff(s),
20     vs.
21  STOEVER GLASS & CO., et al.,
         Defendant(s).
22
    _____
23
24
25
```

```
 1  _____
 2          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF PUERTO RICO
 3           ADV. PROC. NO: 19-00359 (LTS)
 4  THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL
    OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
 5  ACTING BY AND THROUGH ITS MEMBERS,
            -and-
 6  THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
    OF ALL TITLE III DEBTORS (OTHER THAN COFINA)
 7         -as co-trustees of
    THE EMPLOYEES RETIREMENT SYSTEM OF THE
 8  GOVERNMENT OF PUERTO RICO,
            Plaintiff(s),
 9
        vs.
10
    DEFENDANT 1H-78H, et al.,
11         Defendant(s).

12  _____

            IN THE UNITED STATES DISTRICT COURT
13           FOR THE DISTRICT OF PUERTO RICO
             ADV. PROC. NO: 19-00361 (LTS)
14
    THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL
15  OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
    ACTING BY AND THROUGH ITS MEMBERS,
16          -and-
    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
17  OF ALL TITLE III DEBTORS (OTHER THAN COFINA)
           -as co-trustees of
18  THE EMPLOYEES RETIREMENT SYSTEM OF THE
    GOVERNMENT OF PUERTO RICO,
19         Plaintiff(s),
20      vs.
21  DEFENDANT 1G-50G, et al.,
           Defendant(s).
22  _____
23
24
25
```

```
 1   _____
 2          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
 3            ADV. PROC. NO:  19-00366 (LTS)
 4   THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
     FOR PUERTO RICO,
 5         -as representative of
     EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT
 6   OF THE COMMONWEALTH OF PUERTO RICO,
             -and
 7   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
     OF ALL TITLE III DEBTORS (OTHER THAN COFINA),
 8         -as Section 926 trustee of
     THE COMMONWEALTH OF PUERTO RICO,
 9         Plaintiff(s),
10      vs.
11   ANDALUSIAN GLOBAL DESIGNATED ACTIVITY
     COMPANY, et al.,
12         Defendant(s).
     _____
13
            IN THE UNITED STATES DISTRICT COURT
14           FOR THE DISTRICT OF PUERTO RICO
             ADV. PROC. NO:  19-00367 (LTS)
15
     THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
16   FOR PUERTO RICO,
           -as representative of
17   EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT
     OF THE COMMONWEALTH OF PUERTO RICO,
18         -and
     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
19   OF ALL TITLE III DEBTORS (OTHER THAN COFINA),
           -as Section 926 trustee of
20   THE COMMONWEALTH OF PUERTO RICO,
           Plaintiff(s),
21
        vs.
22
     GLENDON OPPORTUNITIES FUND, LP, et al.,
23         Defendant(s).
     _____
24
25
```

1

2

3

4          TRANSCRIPT of the videotaped deposition of

5   the witness, called for Oral Examination in the

6   above-captioned matter, said deposition being taken by

7   and before CHARLENE FRIEDMAN, a Notary Public and

8   Certified Court Reporter of the State of New Jersey, a

9   Registered Professional Reporter and Certified Realtime

10  Reporter, via video teleconference, by WebEx, on June 4,

11  2020, commencing at approximately 9:35 in the morning.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    A P P E A R A N C E S:
 2
 3    PROSKAUER ROSE, LLP
      One International Place
 4    Boston, MA  02110
         BY:  WILLIAM D. DALSEN, ESQ.
 5          wdalsen@proskauer.com
 6    -and-
 7    PROSKAUER ROSE, LLP
      11 Times Square
 8    New York, New York  10036
         BY:  CARL MAZUREK, ESQ.
 9          cmazurek@proskauer.com
      Attorneys for the Financial Oversight and
10    Management Board for Puerto Rico
11
12    PAUL HASTINGS, LLP
      875 15th Street
13    Washington, DC  20005
         BY:  NICHOLAS A. BASSETT, ESQ.
14          nicholasbassett@paulhastings.com
      Attorneys for the Official Committee of Unsecured
15    Creditors
16
17    JENNER & BLOCK, LLP
      363 North Clark Street
18    Chicago, IL  60654
         BY:  LANDON RAIFORD, ESQ.
19          lraiford@jenner.com
      Attorneys for The Retiree Committee
20
21
22
23
24
25
```

```
1    A P P E A R A N C E S ( CONTINUED ):
2
     WHITE & CASE, LLP
3    111 South Wacker Drive
     Suite 5100
4    Chicago, Illinois  60606
     BY:   JESSE GREEN, ESQ.
5        jesse.green@whitecase.com
     Attorneys for the Puerto Rico Funds
6
7
     JONES DAY, LLP
8    51 Louisiana Avenue, NW
     Washington, DC  20001
9    BY:  GEOFFREY STEWART, ESQ.
         gstewart@jonesday.com
10   -and-
         ISEL PEREZ, ESQ.
11       aperezjonesday.com
     Attorneys for ERS Bondholders
12
13
     REED SMITH, LLP
14   599 Lexington Avenue
     New York, NY  10022
15   BY:   C. NEIL GRAY, ESQ.
         ngray@reedsmith.com
16   Attorneys for Bank of New York Mellon, as
     Fiscal Agent
17
18
     REED SMITH, LLP
19   225 Fifth Avenue
     Pittsburgh, Pennsylvania  15222
20   BY:  ERIC A. SCHAFFER, ESQ.
         eschaffer@reedsmith.com
21   Attorneys for Bank of New York Mellon, as
     Fiscal Agent
22
23
24
25
```

```
1   A P P E A R A N C E S ( CONTINUED ):
2
3   SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
    One Rodney Square
4   Wilmington, Delaware  19899
    BY:   Nicole A. DiSALVO, ESQ.
5      nicole.disalvo@skadden.com
         (Not present)
6   Attorneys for UBS Financial Services, Inc.
    of Puerto Rico, UBS Trust Company of
7   Puerto Rico
8
9   DELGADO & FERNANDEZ, LLC
    Fernandez Juncos Station
10  San Juan, Puerto Rico  00910
    BY:   EDUARDO FERNANDEZ FREIRE, ESQ.
11     efernandezfreire@delgadofernandez.com
    Attorneys for ERS Bondholders
12
13
14
    LAW OFFICE OF GISELLE LOPEZ SOLER
15  Rd. 19 1353
    Guaynabo, Puerto Rico  00966
16  BY:   GISELLE LOPES SOLER, ESQ.
           (Not Present)
17  Attorneys for Puerto Rico Agency and
    Financial Advisory Authority
18
19
20
21
22
23
24
25
```

| | |
|---|---|
| 1 | A P P E A R A N C E S ( CONTINUED ): |
| 2 | |
| 3 | |
| | O'MELVENY & MYERS, LLP |
| 4 | 7 Times Square |
| | New York, NY  10036 |
| 5 | BY:   WILLIAM SUSHON, ESQ. |
| | wsushon@omm.com |
| 6 | (Not present) |
| | Attorneys for AAFAF as Fiscal Agent For the |
| 7 | Commonwealth of Puerto Rico and ERS |
| 8 | |
| 9 | |
| 10 | ARROYO & RIOS, PSC |
| | PMB 688 |
| 11 | 1353 Ave. Luis Vigoreaux |
| | Guaynabo, PR  00966 |
| 12 | BY:   MORAIMA RIOS, ESQ. |
| | mrios@arroyorios.com |
| 13 | Attorneys for Defendant, 55H-66H |
| 14 | |
| 15 | |
| | BROWN RUDNICK, LLP |
| 16 | 7 Times Square |
| | New York, NY  10036 |
| 17 | BY:   CHELSEA MULLARNEY, ESQ. |
| | cmullarney@brownrudnick.com |
| 18 | Attorneys for SCC of the FOMB for Puerto Rico |
| 19 | |
| 20 | ALSO PRESENT:   JOSE RIVERA, VIDEOGRAPHER |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| | | | |
|---|---|---|---|
| 1 | | I N D E X | |
| 2 | WITNESS NAME | | PAGE |
| 3 | ALEX CHANG | | |
| 4 | By Mr. Dalsen | | 13 |
| 5 | ****** | | |
| 6 | E X H I B I T S | | |
| 7 | EXHIBIT NO. | DESCRIPTION | PAGE |
| 8 | Exhibit 1 | PX-001 | 21 |
| 9 | Exhibit 2 | PX-002 | 26 |
| 10 | Exhibit 3 | PX-021 | 34 |
| 11 | Exhibit 4 | PX-022 | 70 |
| 12 | Exhibit 5 | PX-031 | 92 |
| 13 | Exhibit 6 | PX-006 | 124 |
| 14 | Exhibit 7 | PX-007 | 131 |
| 15 | Exhibit 8 | PX-008 | 139 |
| 16 | Exhibit 9 | PX-028 | 149 |
| 17 | Exhibit 10 | PX-029 | 152 |
| 18 | ****** | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

1   Direction in the paragraph that we just

2   looked at on page 2 of Exhibit 3 --

3       A   Yes.

4       Q   -- is that the owners of a majority

5   in principal amount directed Bank of New York

6   Mellon, as to the conduct of certain

7   proceedings, including the proceedings that

8   we're involved in today.

9           Is that right?

10      A   Yes.

11          MR. GRAY:  Object to the form.

12  Misrepresents the owners.

13      Q   Now, Mr. Chang, how did the Bank of

14  New York Mellon know that it was receiving

15  direction from the right people?

16      A   Well, pursuant to this section, and

17  if this is verbatim from that section, the

18  owners identified as DTC Cede & Co. as

19  nominee for the trust company.

20          These individuals that signed this

21  direction letter are beneficial owners, and

22  so we took -- we verified that they are

23  actually beneficial owners by asking them to

24  provide evidence that they -- they hold

25  beneficial interest bonds.

1   just take the word -- the word of the people

2   who signed this document to -- as

3   confirmation that they in fact own a majority

4   of a principal amount for the outstanding ERS

5   bonds?

6       A   No.  So as I stated earlier, we've

7   asked for evidence that they have beneficial

8   interest in the bonds by providing statements

9   or third-party certification.

10      Q   And other than the statements and

11  certifications from the people who signed

12  this Letter of Direction, did Bank of New

13  York look for any information outside of

14  those statements and certifications to

15  confirm who the majority and principal

16  amounts of the owners were and the majority

17  and principal amounts of the outstanding ERS

18  bonds?

19      A   So as I said earlier, the owners,

20  we recognized Cede & Co. as a nominee for DTC

21  to be the owner of the bonds.

22          He's directing parties who are

23  beneficial owners, and so by providing us

24  with their third-party statements and

25  certification and investment statements that

1   show their beneficial interest in these

2   bonds, you believe them to be the actual

3   beneficial owners.

4       Q   And Bank of New York was satisfied

5   that the information provided showed that the

6   people who signed this Letter of Direction

7   were, in fact, the owners of the majority and

8   principal amounts of the outstanding ERS

9   bonds?

10          MR. GRAY: Object to the form.

11  Misstates the testimony.

12      Q   You can answer, if you understand

13  my question, Mr. Chang.

14      A   So as I said, we -- we -- we took

15  them to be the beneficial owners of the

16  bonds.

17      Q   And Bank of New York Mellon was

18  satisfied that the people who signed this

19  letter had established that they were

20  beneficial owners of the ERS bonds?

21      A   Yes.

22      Q   And Bank of New York Mellon, on the

23  basis of being satisfied accepts -- accepted,

24  by your signature, this letter of direction?

25      A   Yes.

1    The Bank of New York Mellon is

2    the -- is the fiscal agent under the ERS bond

3    resolution.

4    Is that right?

5    A  That's correct.

6    Q  And that Bank of New York Mellon,

7    beyond the ERS bonds, provides services,

8    especially your division that you work for,

9    Mr. Chang, as fiscal agent on a variety of

10    municipal securities.

11    A  That's correct.

12    Q  And what does it mean to be a

13    fiscal agent in that context?

14    MR. GRAY:  So let me just state,

15    this is beyond the scope of the 30(b)(6)

16    category.

17    So Mr. Chang can answer in his

18    individual capacity, if he knows.

19    A  What does it mean to act as fiscal

20    agent in general terms is hard to answer,

21    but -- but what your duties are obviously are

22    laid out on -- on those contract in the bond

23    resolution indenture, whatever the governing

24    documents are.

25    In general terms, they typically

1    include paying ceding funds pursuant to the

2    resolution or the indenture, paying bond,

3    paying DTC as a bond owner.

4        Q   Is it fair to say that in your

5    experience, the responsibilities of the

6    fiscal agent are outlined in whatever the

7    contract or indenture is for that particular

8    issuance?

9        A   That is -- that is correct.

10       Q   And specifically, for the ERS

11   bonds, Bank of New York Mellon's

12   responsibilities as fiscal agent are aligned

13   in the ERS bond resolution.

14       Is that correct?

15       A   That is correct.

16       Q   And specifically, with reference to

17   the ERS bonds, what are Bank of New York

18   Mellon's responsibilities as fiscal agent?

19       A   I'm not going to be able to tell

20   you off the top of my head what all those

21   duties are and responsibilities are.

22       You know, I think if you pull out

23   the ERS resolution, it will state what our

24   duties are in there.

25       Q   Sure. Let's do that actually.

1   ERS pursuant to Section 509?

2       A   So the bond resolution provides for

3   Pledged Property.

4           The security agreement provides for

5   the security lien.

6           The UCC provides for security lien

7   or rights to those assets to Pledged

8   Property.

9           That's -- that's all I'm looking

10  at.

11      Q   Okay.  Mr. Chang, the ERS

12  bondholders themselves received payments from

13  Bank of New York Mellon in accordance with

14  the ERS bond resolution.

15          Is that right?

16      A   I'm sorry.  Say that again, the

17  bank --

18      Q   Can you hear me clearly, Mr. Chang?

19      A   Yes.

20      Q   Okay.  Mr. Chang, my question to

21  you was, the ERS bondholders themselves

22  received payments from Bank of New York

23  Mellon in accordance with the ERS bond

24  resolution, right?

25      A   Absolutely.  The DTC Cede & Co.

1   registered holder in bond always received

2   payments from Bank of New York Mellon.

3       Q   And the Bank of New York Mellon

4   continued to make debt service payments to

5   what date within the ERS bonds?

6       A   I don't remember the exact date

7   until -- until -- until ERS defaulted under

8   payment.

9       Q   And do you recall -- even if you

10  don't know the exact date, approximately when

11  ERS defaulted, as you put it?

12      A   I don't remember exactly. I'm

13  sorry.

14      Q   Do you recall the year?

15      A   In 2018? I -- I can't remember.

16      Q   Does July 2018 sound familiar as

17  far as when the ERS bondholder stopped

18  receiving debt service payments?

19      A   It could be. I -- I really don't

20  know. I have to look at the files.

21      Q   Up until the point where ERS

22  defaulted, did the bondholders receive all

23  funds from the Bank of New York Mellon that

24  they were entitled to receive under the ERS

25  bond resolution?