**BNYM / Puerto Rico - Employee Retirement System**
**Rodriguez, Luis Manuel Collazo - Vol. 2**
**6/9/2020**

1         IN THE UNITED STATES DISTRICT COURT

          FOR THE DISTRICT OF PUERTO RICO

2    _____

3    In Re:                    )

4    THE FINANCIAL OVERSIGHT AND      )  PROMESA TITLE III

5    MANAGEMENT BOARD FOR PUERTO RICO, )  Case No.

6          as representative of    )  17-BK-03283 (LTS)

7    THE COMMONWEALTH OF PUERTO RICO,  )

8    et. al,                   )

9         Debtors.             )

10   _____)

11   In Re:                    ) PROMESA Title III

12   THE FINANCIAL OVERSIGHT AND      ) Case No.

13   MANAGEMENT BOARD FOR PUERTO RICO  ) 17-BK-03566 (LTS)

14   as representative of           )

15   THE EMPLOYEES RETIREMENT SYSTEM   )

16   OF THE GOVERNMENT OF THE        )

17   COMMONWEALTH OF PUERTO RICO,     )

18        Debtor.               )

19   _____)

20      CONFIDENTIAL - SUBJECT TO THE PROTECTIVE ORDER

21               DEPOSITION OF

22          LUIS MANUEL COLLAZO RODRIGUEZ

23               VOLUME 2

24        Tuesday, June 9, 2020, 9:13 a.m.

25     REPORTED BY: Dennis Zambataro, RPR and CCR

```
 1

 2

 3

 4    _____
                                           )
 5    THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )
      OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)
 6    ACTING BY AND THROUGH ITS MEMBERS,        )
                                           )
 7              and                    )
                                           )
 8    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
      OF ALL TITLE III DEBTORS (OTHER THAN COFINA)   )
 9        as co-trustees of               )
      THE EMPLOYEES RETIREMENT SYSTEM OF THE     )  ADV. PROC. NO.
10    GOVERNMENT OF PUERTO RICO,           )
                                           )  19-00356 (LTS)
11          Plaintiff,               )
                                           )
12          vs.                     )
                                           )
13    DEFENDANT IM, et al.,               )
                                           )
14          Defendants.             )
      _____)
15                                     )
      THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )
16    OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)
      ACTING BY AND THROUGH ITS MEMBERS,        )
17                                     )
                and                    )
18    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
19    OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )
                                           )
20       as co-trustees of                )  ADV. PROC. NO.
                                           )
21    THE EMPLOYERS RETIREMENT SYSTEM OF THE     )  19-00357 (LTS)
      GOVERNMENT OF PUERTO RICO,           )
22                                     )
            Plaintiff,               )
23       vs.                     )
      STOEVER GLASS & CO., et al.,           )
24                                     )
            Defendant.             )
25    _____)
```

```
 1

 2

 3   _____
                                         )
 4   THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )
                                         )
 5   OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)
                                         )
 6   ACTING BY AND THROUGH ITS MEMBERS,        )
                                         )
 7             and                )
                                         )
 8   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
                                         )
 9   OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )
                                         )
10     as co-trustees of            )  ADV. PROC. NO.
                                         )
11   THE EMPLOYEES RETIREMENT SYSTEM OF THE     )  19-00359 (LTS)
                                         )
12   GOVERNMENT OF PUERTO RICO,          )
                                         )
13             Plaintiff,           )
                                         )
14       vs.                   )
                                         )
15   DEFENDANT 1H-78H,                 )
                                         )
16             Defendants          )
                                         )
17   _____)

18

19

20

21

22

23

24

25
```

```
1

2

3    _____
                                      )
4    THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )
                                      )
5    OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)
                                      )
6    ACTING BY AND THROUGH ITS MEMBERS,       )
                                      )
7              and             )
                                      )
8    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
                                      )
9    OF ALL TITLE III DEBTORS (OTHER THAN COFINA,  )
                                      )
10      as co-trustees of          )  ADV. PROC. NO.
                                      )
11   THE EMPLOYEES RETIREMENT SYSTEM OF THE     )  19-00361(LTS)
                                      )
12   GOVERNMENT OF PUERTO RICO,            )
                                      )
13            Plaintiff,          )
                                      )
14      vs.                 )
                                      )
15   DEFENDANT 1G-50G, et. al.,           )
                                      )
16            Defendants.          )
                                      )
17   _____)

18

19

20

21

22

23

24

25
```

1
2
3  _____
                                              )
4  THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD   )
                                              )
5  FOR PUERTO RICO,                    )
                                              )
6          as representative of         )
                                              )
7  EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT  )
                                              )
8  OF THE COMMONWEALTH OF PUERTO RICO,         )
                                              )
9          and                    )
                                              )
10  THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
                                              )
11  OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )  ADV. PROC. NO.
                                              )
12     as Section 926 trustee of         )  19-00366(LTS)
                                              )
13  THE COMMONWEALTH OF PUERTO RICO,         )
                                              )
14          Plaintiffs,              )
                                              )
15     vs.                    )
                                              )
16  ANDALUSIAN GLOBAL DESIGNATED              )
                                              )
17  ACTIVITY COMPANY, et. al,              )
                                              )
18          Defendants.              )
                                              )
19  _____)
20
21
22
23
24
25

1
2  _____
                                )
3  THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD   )
                                )
4  FOR PUERTO RICO                      )
                                )
5        as representative of          )
                                )
6  EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT  )
                                )
7  OF THE COMMONWEALTH OF PUERTO RICO,        )
                                )
8            and                 )
                                )
9  THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
                                )
10  OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )   ADV. PROC. NO.
                                )
11        as Section 926 trustee of        )   19-00367 (LTS)
                                )
12  THE COMMONWEALTH OF PUERTO RICO,           )
                                )
13        Plaintiffs,              )
                                )
14     vs.                    )
                                )
15  GLENDON OPPORTUNITIES FUND, L.P., et. al,     )
                                )
16        Defendants.                )
                                )
17  _____)
18
19        Transcript of the stenographic notes of the
20  video-conferenced deposition of LUIS MANUEL COLLAZO
21  RODRIGUEZ, in the above-entitled matter, as taken by
22  and before DENNIS ZAMBATARO, a Registered Professional
23  Reporter and Certified Court Reporter, held via WebEx
24  video-conference on Tuesday, June 9, 2020, commencing
25  at 9:13 a.m., pursuant to subpoena.

```
 1    A P P E A R A N C E S:
 2    (All parties present via video-conference and/or
 3    telephone unless noted otherwise.)
 4           PROSKAUER ROSE, LLP
             Attorneys for the Financial Oversight
 5           and Management Board for Puerto Rico
             One International Place
 6           Boston, Massachusetts 02110-2600
             BY: WILLIAM D. DALSEN, ESQ.
 7           (617) 526-9429
             wdalsen@proskauer.com
 8
               -and-
 9
             PROSKAUER ROSE, LLP
10           11 Times Square
             New York, New York  10036
11           BY:  CARL MAZUREK, ESQ.
             (212) 969-3539
12           cmazurek@proskauer.com
13           PAUL HASTINGS, LLP
             Attorneys for the Official Committee
14           of Unsecured Creditors of all Title III
             Debtors (other than COFINA)
15           875 15th Street
             Washington, DC  20005
16           BY: NICHOLAS A. BASSETT, ESQ.
             (202)551-1902
17           nicholasbassett@paulhastings.com
18           JENNER & BLOCK, LLP
             Attorneys for the Retiree Committee
19           353 North Clark Street
             Chicago, Illinois 60654-3456
20           BY:  LAURA PELANEK, ESQ.
             LANDON S. RAIFORD, ESQ.
21           (312)222-9350
             mroot@jenner.com
22           lraiford@jenner.com
23
24
25
```

```
1      A P P E A R A N C E S (CONTINUED):
2              WHITE & CASE, LLP
               Attorneys for The Puerto Rico Funds
3              200 South Biscayne Boulevard
               Suite 4900
4              Miami, Florida 33131-2352
               BY:  JESSE GREEN, ESQ.
5              (305) 925-4722
               Jgreen@whitecase.com
6
               JONES DAY, LLP
7              Attorneys for ERS Bondholders
               51 Louisiana Avenue, NW
8              Washington, DC  20001-2113
               BY:  MATTHEW E. PAPEZ, ESQ.
9              GEOFFREY STEWART, ESQ.
               (202) 879-3939
10             mpapez@jonesday.com
               gstewart@jonesday.com
11
                  -and-
12
                JONES DAY, LLP
13             100 High Street, 21st Floor
               Boston, Massachusetts 02110-1781
14             BY:  DAVID R. FOX, ESQ.
               (617) 960-3939
15             drfox@jonesday.com
16             JONES DAY, LLP
               100 High Street, 21st Floor
17             Boston, MA 02110-1781
               BY: SARAH PODMANICZKY MCGONIGLE, ESQ.
18             (617) 449-6943
               Smcgonigle@jonesday.com
19
20             REED SMITH, LLP
               Attorneys for the Bank of
21             New York Mellon, as Fiscal Agent
               599 Lexington Avenue
22             New York, New York  10022
               BY:   C. NEIL GRAY, ESQ.
23             (212) 231-2652
               cgray@reedsmith.com
24
                  -and-
25
```

```
 1    A P P E A R A N C E S (CONTINUED):
 2
             REED SMITH, LLP
 3           Attorneys for the Bank of
             New York Mellon, as Fiscal Agent
 4           225 Fifth Avenue
             Pittsburgh, Pennsylvania  15222-2716
 5           BY:  ERIC A. SCHAFFER, ESQ.
             (412) 288-3131
 6           eschaffer@reedsmith.com
 7
             O'MELVENY & MYERS, LLP
 8           Attorneys for AAFAF as Fiscal Agent
             For the Commonwealth of Puerto Rico
 9           and ERS
             7 Times Square
10           New York, New York  10036-6537
             BY:  WILLIAM J. SUSHON, ESQ.
11           (212) 728-5693
             wsushon@omm.com
12
13           BROWN RUDNICK, LLP
             Attorneys for the Special Claims
14           Committee of the Financial Oversight
             and Management Board for Puerto Rico
15           Acting by and through its Members
             Seven Times Square
16           New York, New York  10036
             BY:  CHELSEA E. MULLARNEY, ESQ.
17           (212) 209-4985
             cmullarney@brownrudnick.com
18
                  -and-
19
             BROWN RUDNICK LLP
20           One Financial Center
             Boston, MA 02111
21           BY: TRISTAN G. AXELROD, ESQ.
             (617) 856-8456
22           taxelrod@brownrudnick.com
23           ESTRELLA, LLC
             150 Tetuan Street
24           San Juan, Puerto Rico
             BY: KENNETH SURIA, ESQ.
25           (787) 977-5050
```

```
1       A P P E A R A N C E S (CONTINUED):
2
                ARROYO & RIOS PSC
3               Attorneys for Defendant 55H-66H
                PMB 688
4               1353 Ave. Luis Vigoreaux
                Guaynabo, P.R. 00966
5               BY:  MORAIMA S. RIOS ROBLES, ESQ.
                (787)522-8080
6               mrios@arroyorioslaw.com
7               SANCHEZ PIRILLO, LLC
                Attorneys for the Puerto Rico Funds,
8               part of the ERS Bondholders
                270 Munoz Rivera Avenue
9               Suite 1110
                San Juan, Puerto Rico 00918
10              BY:  ALICIA I. LAVERGNE RAMIREZ, ESQ.
                (787) 620-6742
11              aalvergne@sanpir.com
12              SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
                Attorneys for UBS Financial Services
13              Incorporated of Puerto Rico and UBS
                Trust Company of Puerto Rico
14              One Rodney Square - PO Box 636
                Wilmington, Delaware  19899-0036
15              BY: NICOLE A. DiSALVO, ESQ.
                (302) 651-3027
16              Nicole.DiSalvo@skadden.com
17                  -and-
18              McCONNELL VALDES, LLC
                270 Munoz Rivera Avenue
19              San Juan, Puerto Rico  00918
                BY:  MYRGIA M. PALACIOS-CABRERA, ESQ.
20              (787) 250-5602
                Mpc@mcvpr.com
21
                DELGADO & FERNANDEZ, LLC (In person)
22              Attorneys for ERS Bondholders Group
                PO Box 11750
23              Fernandez Juncos Station
                San Juan, Puerto Rico 00910-1750
24              BY: EDUARDO HERNÁNDEZ FREIRE, ESQ.
                afernandez@delgadofernandez.com
25              ehernandez@delgadofernandez.com
```

```
 1      A P P E A R A N C E S (CONTINUED):
 2              LAW OFFICES OF GISELLE LOPEZ SOLER
                Attorneys for the Puerto Rico Agency and
 3              Financial Advisory Authority
                PMB 257
 4              Rd. 19 1353
                Guaynabo, Puerto Rico  00966
 5              BY: GISELLE LOPEZ SOLER, ESQ. (In person)
                (787) 667-0941
 6
                VICENTE & CUEBAS, ESQS.
 7              Attorneys for Certain Individual
                Retirees Pedro Jose Nazario Serrano,
 8              et al.,
                PO Box 11609
 9              San Juan, Puerto Rico  00910-1609
                BY:  HAROLD VICENTE, ESQ.
10              (787)751-8000
                hdvc@vclawpr.com
11
12              PEDRO ORTIZ ALVAREZ, LLC
                Attorney for the Witness
13              Calle O'Neill G-8
                Hato Rey, Puerto Rico  00918
14              BY:  CESAR MOLINA, ESQ.
                cesar@poalaw.com
15
                RODRÍGUEZ & VEGA, PLLC
16              8303 Gulf Freeway, Suite 114
                Houston, Texas  77017
17              BY:  ANAIS RODRÍGUEZ VEGA, ESQ.
                (713) 928-5557
18              info@rodriguezandvega.com
19      A L S O   P R E S E N T:
20      Interpreter: Pura M. Reyes-Gilestra
21      Videographer: David Manzo
22
                ANAIS RODRIGUEZ, ESQ.  On Behalf of the Deponent
23              (In person)
24
25
```

None                                                    Page  186

```
1                    I N D E X

2        WITNESS:  Luis Manuel Collazo Rodríguez        PAGE

3        EXAMINATION BY MR. PAPEZ                189

4        EXAMINATION BY MR. GRAY                355

5                    E X H I B I T S

6        EXHIBITS TO LUIS MANUEL COLLAZO RODRIGUEZ      PAGE

7        EXHIBIT 15 Bates ERS0069464 English          191

8        EXHIBIT 16 Translation of Exhibit 15 Spanish    191

9        EXHIBIT 17 Bates ERS__0151698              210

10       EXHIBIT 18 English translation of Exhibit 17    211

11       EXHIBIT 19 Bates ERS-0151708            215

12       EXHIBIT 20 English translation of Exhibit 19    216

13       EXHIBIT 21 Bates GDB-0004027            220

14       EXHIBIT 22 Bates PR-ERS-000008346          223

15       EXHIBIT 23 English translation of Exhibit 22    223

16       EXHIBIT 24 Bates PR-ERS-000008354          227

17       EXHIBIT 25 English translation of Exhibit 24    228

18       EXHIBIT 26 Bates ERS-0046058            260

19       EXHIBIT 27 Bates CONMAC-001309 through 001313   267

20       EXHIBIT 28 Caribbean Business Thursday, 8/16/07   269

21       EXHIBIT 29 CONMAC-001700              269

22       EXHIBIT 30 9/17/07 letter, Fiddler firm to Cancel  275

23       EXHIBIT 31 Bates PR-ERS-000003643          277

24       EXHIBIT 32 Bates PR-ERS-000003659          282

25       EXHIBIT 33 Bates PR-ERS-000003645          285
```

1          E X H I B I T S
                (CONTINUED)

2

EXHIBITS TO LUIS MANUEL COLLAZO RODRIGUEZ        PAGE

3

EXHIBIT 34 Bates BH-ERS-C-001349              296

4

EXHIBIT 35 "Sistema de Retiro de los Empleados"    305

5

EXHIBIT 36 Act No. 116-2011                  305

6

EXHIBIT 37 Objections and Responses to          327

7        Bondholders' First Set of Interrogatories
          to ERS regarding ultra vires issues

8

EXHIBIT 38 ERS's Amended Supplemental Objection &   330

9        Responses to First Set of Interrogatories
          Regarding Ultra Vires."

10

EXHIBIT 39 Copy of a privilege log dated 5/1/2020   345

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    closing memoranda for each of the series of

2    bonds.  This pertains to the Series A bond.  As

3    I said, this was marked as Exhibit 8 yesterday.

4        A   All right.

5        Q   If you turn to page 2.

6        A   [Witness complies.]

7        Q   At the top you'll see a heading in

8    bold that says "Form of Bonds," and then the

9    document says "DTC Book Entry Only."

10        Do you see that?

11        A   Yes, I see it.

12        MR. SUSHON:  I'm sorry, I don't see

13        it, Neil.  Where are you referring to?

14        MR. GRAY:  I'm on page 2, the

15        document bearing Bates number ending

16        3788, the second line.

17        MR. SUSHON:  I have it now.  Thank

18        you.

19    BY MR. GRAY:

20        Q   Mr. Collazo, do you have an

21    understanding of what "DTC Book Entry Only"

22    means?

23        MR. SUSHON:  Objection.  Beyond the

24        scope of the 30(b)(6) topic.

25        [Question interpreted.]

1              THE WITNESS:  "DTC Book Entry" means

2        logged into the DTC book only.  I would

3        have to verify with my finance personnel

4        in order to corroborate what "DTC" is.

5    BY MR. GRAY:

6        Q    Well, let me ask:  Do you have an

7    understanding about what "DTC" means in the

8    context of this closing memorandum?

9              MR. SUSHON:  Again, I object.  This

10        is beyond the scope of 30(b)(6).

11              [Question interpreted.]

12              THE WITNESS:  No, I just answered

13        that I would have to consult with my

14        financial personnel to verify and to know

15        what "DTC" means.

16    BY MR. GRAY:

17        Q    Mr. Collazo, have you ever heard of

18    the company Depository Trust Company?

19              MR. SUSHON:  Same objection.

20              [Question interpreted.]

21              THE WITNESS:  Right now, nothing

22        comes to mind.

23    BY MR. GRAY:

24        Q    All right.  At the bottom of that

25    page in the paragraph, the second sentence

1    reads:

2        "Series A bonds will be held at DTC

3    pending verbal notification from UBS and the fiscal

4    agent when the transaction has been successfully

5    closed and delivered to the fiscal agent at the

6    office of Fiddler, González & Rodríguez PFC."

7        Do you see that?

8        A   Yes.

9        Q   But do you know, Mr. Collazo, were

10   the bonds delivered to the fiscal agent at the

11   office of Fiddler González, as this suggests?

12       MR. SUSHON:  Objection.  Beyond the

13       scope of the 30(b)(6) topics.

14       [Question interpreted.]

15       THE WITNESS:  To the best of my

16       knowledge and the information that I have

17       had available to me, I could not answer

18       that at this time.

19   BY MR. GRAY:

20       Q   Mr. Collazo, looking back over the

21   top of the page where it says "DTC Book Entry

22   only," if I were to show you the -- strike that.

23       If the closing memorandum for the

24   Series B bonds said the same thing, would your

25   answer to my questions be the same?

1          MR. SUSHON:  Objection.  You said

2      Series "E" as in "echo"?

3          MR. GRAY:  "B" as in "boy."

4      Series B.

5          MR. SUSHON:  Then I object.  It's

6      beyond the 30(b)(6) scope.

7          [Question interpreted.]

8          THE WITNESS:  If it said the same as

9      you say, then the answer would then be

10     yes, it would be the same.

11    BY MR. GRAY:

12        Q    And would your answers be the same

13    regarding the paragraph on the bottom of the

14    page for the Series B bonds, "B" as in "boy," if

15    the language is the same?

16        MR. SUSHON:  Objection.  Beyond the

17     scope of the 30(b)(6) topic.

18        [Question interpreted.]

19        THE WITNESS:  Well, if you show me

20     the memorandum for the Series B and stop

21     telling me if it said or if it would

22     say -- we should not continue to

23     speculate.

24    BY MR. GRAY:

25        Q    All right.  If you could open in the

1      Series B and C docs folder on the computer, the

2      document titled "Doc 6 - Series B Equivalent."

3                 [Brief pause in the proceedings.]

4                 THE INTERPRETER:  We're searching

5            for it.

6                 MR. SUSHON:  This is Exhibit 9,

7            correct?

8                 MR. GRAY:  Yes, it was.

9                 THE WITNESS:  What's the number of

10           the document?

11                MR. GRAY:  Doc 6 - Series B

12           equivalent.

13                THE WITNESS:  Okay.  Good, now I am

14           there.  Now we can speak with the

15           document in front of me without any

16           speculations.

17     BY MR. GRAY:

18         Q   At the top of page 2 of Exhibit 9,

19     you'll see that it says "Form of Bonds, DTC Book

20     Entries Only."

21                Do you see that?

22         A   Yes.

23         Q   Mr. Collazo, do you understand what

24     "DTC Book Entries Only" means?

25                MR. SUSHON:  Objection.  Beyond the

1      scope.

2            [Question interpreted.]

3            THE WITNESS:  [In English]  DTC

4      only.

5            THE INTERPRETER:  "DTC book only."

6            THE WITNESS:  I could know what

7      "DTC" means by doing the translation.

8      But if it has a meaning beyond that

9      function, I would have to corroborate.

10     BY MR. GRAY:

11           Q    Mr. Collazo, sitting here without

12     consulting with your finance department, you

13     don't have an understanding of what "DTC" means,

14     correct?

15           MR. SUSHON:  Again, beyond the

16     scope.

17           [Question interpreted.]

18           THE WITNESS:  "DTC" is "Depository

19     Trust Company."

20           "Book Entry Only," only one entry to

21     the book, which I assume -- I understand

22     it has to do something with accounting.

23     BY MR. GRAY:

24           Q    When I asked you when we were

25     looking at Exhibit 8 what "DTC" stood for, you

1    said you didn't know.

2         Has something changed now that we're

3    looking at Exhibit 9?

4         MR. SUSHON:  Objection.  Beyond the

5         scope and mischaracterizes his testimony.

6         [Question interpreted.]

7         THE WITNESS:  I didn't say I didn't

8         know.  You are putting words in my mouth.

9         I said that I knew what "Book Entry Only"

10        was, but not "DTC."  And you told me that

11        "DTC" was "Depository Trust Company."

12        In the first exhibit, I told you

13        what was -- what "Book Entry Only" meant

14        for me.  And now, given your insistence,

15        I am saying that it has to do with

16        something of accounting.

17        And as my lawyer has said, I am not

18        here to testify about --

19   BY MR. GRAY:

20        Q    Mr. Collazo, at the bottom of page 2

21   of Exhibit 9 in the paragraph, the second

22   sentence reads:

23        "The Series B bonds will be held at DTC

24   pending verbal notification from UBS and the trustee

25   that the transaction has been successfully closed

1   and delivered to the trustee at the office of

2   Fiddler, González & Rodríguez."

3          Did you know if the Series B bonds

4   were delivered to the trustee at the office of

5   Fiddler, González & Rodríguez?

6          MR. SUSHON:  Objection.  Beyond the

7          scope.

8          [Question interpreted.]

9          THE WITNESS:  With the information I

10         have at this time and the information

11         I've had before me, I could not answer

12         that question.

13  BY MR. GRAY:

14     Q   Let's look at the next document in

15  the folder, Doc 6 - Series C Equivalent.

16         [Reporter requested clarification.]

17         THE INTERPRETER:  "C."

18         MR. SUSHON:  "C" as in "Charlie,"

19         and that was Exhibit 10; is that correct,

20         Neil?

21         MR. GRAY:  That's correct, it was

22         marked as Exhibit 10 yesterday.

23         THE WITNESS:  Yes.

24  BY MR. GRAY:

25     Q   Look on page 2 at the top where it

1    says "Form of bonds," it says "DTC Book Entry

2    Only."  I asked you about that in connection

3    with the Series A and Series B closing

4    memorandum.

5              Do you have anything to add to the

6    question:  Do you know what that means?

7              MR. SUSHON:  Objection.  Beyond the

8         scope.

9              [Question interpreted.]

10             THE WITNESS:  No, nothing to add to

11        what I have already said.

12   BY MR. GRAY:

13        Q   And at the bottom of that page in

14   the paragraph, the second sentence reads:

15             "The Series C bonds will be held at DTC

16   pending verbal notification from UBS and the trustee

17   that the transaction has been successfully closed

18   and delivered to the trustee at the office of

19   Fiddler, González & Rodríguez."

20             Do you know, Mr. Collazo, if the

21   bonds, Series C bonds, were transferred to the

22   trustee at the office of Fiddler, González &

23   Rodríguez?

24             MR. SUSHON:  Same objection.

25             [Question interpreted.]

1          THE WITNESS:  According to the

2          information that I have had up until

3          today and according to the best of my

4          knowledge, I don't know the answer to

5          your question.

6     BY MR. GRAY:

7          Q    Mr. Collazo, do you know in

8     connection with the ERS bond offerings -- and

9     when I say that, I mean any of the series --

10    whether there were physical bond certificates

11    issued?

12         MR. SUSHON:  Same objection.

13         [Question interpreted.]

14         THE WITNESS:  I would have to view

15         all of the documents regarding the

16         transactions with those bonds and those

17         transactions have multiple documents.  I

18         would have to look at them to see if they

19         existed or not.

20         I cannot mention from memory all of

21         the documents that may have been present

22         in that transaction.

23    BY MR. GRAY:

24         Q    Mr. Collazo, do you know at what

25    point the Depository Trust Company initially

1      became involved with the offering of the ERS

2      bonds.

3              MR. SUSHON:  Objection.  Beyond the

4      scope.

5              [Question interpreted.]

6              THE WITNESS:  No, at this moment, I

7      couldn't tell you.

8              MR. GRAY:  Mr. Collazo, thank you.

9      I have no further questions.

10              MR. SUSHON:  Does anyone else have

11      any questions for Mr. Collazo?

12              [No response.]

13              MR. SUSHON:  Going once, going

14      twice.

15              Matt, do you have any redirect

16      within the scope of what Mr. Gray asked?

17              MR. PAPEZ:  No, I don't.

18              MR. SUSHON:  Okay.

19              Before we go off the record, because

20      it does affect many people's schedules

21      tomorrow, I wanted to make it clear that

22      Ms. Tirado will be available for her

23      deposition and she will show up for her

24      deposition.

25              If you choose not to question her,