**BNYM / Puerto Rico - Employee Retirement System**
**Daniels, Elan - Vol. I**
2/28/2020

```
 1         IN THE UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF PUERTO RICO

 3

 4    _____

 5    In Re:                          )

 6    THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  ) PROMESA TITLE II

 7    FOR PUERTO RICO                 ) Case No.

 8         as representative of       ) 17-BK-03283 (LTS)

 9    THE COMMONWEALTH OF PUERTO RICO, et. al,   )

10         Debtors.                   )

11    _____)

12    In Re:                          )

13    THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  ) PROMESA Title III

14    FOR PUERTO RICO                 ) Case No.

15         as representative of       ) 17-BK-03566 (LTS)

16    THE EMPLOYEES RETIREMENT SYSTEM OF THE    )

17    GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, )

18         Debtor.                    )

19    _____)

20

21           C O N F I D E N T I A L

22         Videotaped Deposition of Elan Daniels

23

24    Reported by:

25    LORRAINE B. ABATE, CSR, RPR
```

```
 1   _____
 2   THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )
 3   OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,) ADV. PROC. NC
 4   ACTING BY AND THROUGH ITS MEMBERS,        ) 19-00356 (LTS)
 5           and                )
     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
 6   OF ALL TITLE III DEBTORS (OTHER THAN COFINA)  )
             as co-trustees of         )
 7   THE EMPLOYEES RETIREMENT SYSTEM OF THE    )
     GOVERNMENT OF PUERTO RICO,            )
 8         Plaintiff,          )
 9         vs.              )
10   DEFENDANT IM, et al.,          )
           Defendants.            )
11   _____)
12   THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )
13   OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,) ADV. PROC. NO
14   ACTING BY AND THROUGH ITS MEMBERS,        ) 19-00357 (LTS)
15           and                )
16   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
17   OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )
18           as co-trustees of         )
19   THE EMPLOYERS RETIREMENT SYSTEM OF THE    )
20   GOVERNMENT OF PUERTO RICO,            )
21         Plaintiff,          )
22      vs.                )
23   STOEVER GLASS & CO., et al.,          )
24         Defendants.            )
25   _____)
```

```
 1   _____
 2   THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL  )
 3   OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)  ADV. PROC. NO
 4   ACTING BY AND THROUGH ITS MEMBERS,             )  19-00359 (LTS)
 5           and                                    )
 6   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )
 7   OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )
 8           as co-trustees of                      )
 9   THE EMPLOYEES RETIREMENT SYSTEM OF THE         )
10   GOVERNMENT OF PUERTO RICO,                     )
11           Plaintiff,                             )
12      vs.                                         )
13   DEFENDANT 1H-78H,                              )
14           Defendants                             )
15   _____)
16
17
18
19
20
21
22
23
24
25
```

```
 1   _____

 2   THE SPECIAL CLAIMS COMMITTEE OF THE FINNCIAL   )

 3   OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,)  ADV. PROC. NO

 4   ACTING BY AND THROUGH ITS MEMBERS,          )  19-00361(LTS)

 5            and                  )

 6   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  )

 7   OF ALL TITLE III DEBTORS (OTHER THAN COFINA),  )

 8            as co-trustees of          )

 9   THE EMPLOYEES RETIREMENT SYSTEM OF THE      )

10   GOVERNMENT OF PUERTO RICO,              )

11            Plaintiff,             )

12       vs.                       )

13   DEFENDANT 1G-50G, et. al.,              )

14            Defendants.            )

15   _____)

16

17

18

19

20

21

22

23

24

25
```

```
 1   _____
 2   THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD  )
 3   FOR PUERTO RICO,                              ) ADV. PROC. NO.
 4          as representative of                   ) 19-00366(LTS)
 5   EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT )
 6   OF THE COMMONWEALTH OF PUERTO RICO,           )
 7            and                                  )
 8   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS )
 9   OF ALL TITLE III DEBTORS (OTHER THAN COFINA), )
10       as Section 926 trustee of                 )
11   THE COMMONWEALTH OF PUERTO RICO,              )
12           Plaintiffs,                           )
13      vs.                                        )
14   ANDALUSIAN GLOBAL DESIGNATED                  )
15   ACTIVITY COMPANY, et. al,                     )
16           Defendants.                           )
17   _____)
18
19
20
21
22
23
24
25
```

| | |
|---|---|
| 1 | _____ |
| 2 | THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD ) |
| 3 | FOR PUERTO RICO                    ) ADV. PROC. NO. |
| 4 |      as representative of       ) 19-00367 (LTS) |
| 5 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT ) |
| 6 | OF THE COMMONWEALTH OF PUERTO RICO,       ) |
| 7 |           and              ) |
| 8 | THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS ) |
| 9 | OF ALL TITLE III DEBTORS (OTHER THAN COFINA), ) |
| 10 |       as Section 926 trustee of     ) |
| 11 | THE COMMONWEALTH OF PUERTO RICO,         ) |
| 12 |      Plaintiffs,            ) |
| 13 |    vs.                  ) |
| 14 | GLENDON OPPORTUNITIES FUND, L.P., et. al,   ) |
| 15 |      Defendants.            ) |
| 16 | _____) |

17

18      TRANSCRIPT of the stenographic notes of the

19   deposition of Elan Daniels in the above-entitled

20   matter, as taken by and before LORRAINE B. ABATE, a

21   Certified Shorthand Reporter and Notary Public of the

22   State of New York and Registered Professional

23   Reporter, held at the offices of Proskauer & Rose,

24   LLP, 11 Times Square, New York, New York, on February

25   28, 2020, commencing at 10:03 a.m., pursuant to Notice.

| | |
|---|---|
| 1 | A P P E A R A N C E S: |
| 2 | |
| 3 | |
| 4 | PROSKAUER ROSE, LLP |
| 5 | Attorneys for the Financial Oversight |
| 6 | and Management Board for Puerto Rico |
| 7 | One International Place |
| 8 | Boston, Massachusetts 02110-2600 |
| 9 | BY: WILLIAM D. DALSEN, ESQ. |
| 10 | (617) 526-9429 |
| 11 | wdalsen@proskauer.com |
| 12 | -and- |
| 13 | PROSKAUER ROSE, LLP |
| 14 | 11 Times Square |
| 15 | New York, New York 10036 |
| 16 | BY: CARL MAZUREK, ESQ. |
| 17 | (212) 969-3539 |
| 18 | cmazurek@proskauer.com |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

```
1        A P P E A R A N C E S: (Continued)

2

3

4        PAUL HASTINGS, LLP

5        Attorneys for the Official Committee

6        of Unsecured Creditors

7           875 15th Street

8           Washington, DC  20005

9        BY: NICHOLAS A. BASSETT, ESQ.

10            KATHERINE ROOKARD, ESQ.

11            (202)551-1902

12       nicholasbassett@paulhastings.com

13       katherinerookard@paulhastings.com

14

15       JENNER & BLOCK, LLP

16       Attorneys for the Retiree Committee

17          353 North Clark Street

18          Chicago, Illinois 60654-3456

19       BY:   MELISSA M. ROOT, ESQ.

20             LANDON S. RAIFORD, ESQ. (VIA PHONE)

21             (312)222-9350

22          mroot@jenner.com

23          lraiford@jenner.com

24

25
```

| | |
|---|---|
| 1 | A P P E A R A N C E S: (Continued |
| 2 | |
| 3 | WHITE & CASE, LLP |
| 4 | Attorneys for The Puerto Rico Funds |
| 5 |   1221 Avenue of the Americas |
| 6 |   New York, New York 10020-1095 |
| 7 | BY:  SAMUEL P. HERSHEY, ESQ. |
| 8 |     (212) 819-2699 |
| 9 |   sam.hershey@whitecase.com |
| 10 | |
| 11 | JONES DAY, LLP |
| 12 | Attorneys for ERS Bondholders |
| 13 | and the Witness |
| 14 |   51 Louisiana Avenue, NW |
| 15 |   Washington, DC  20001-2113 |
| 16 | BY:  MATTHEW E. PAPEZ, ESQ. |
| 17 |     (202) 879-3939 |
| 18 |   mpapez@jonesday.com |
| 19 |     -and- |
| 20 | JONES DAY, LLP |
| 21 |   100 High Street, 21st Floor |
| 22 |   Boston, Massachusetts 02110-1781 |
| 23 | BY:  DAVID R. FOX, ESQ. |
| 24 |     (617) 960-3939 |
| 25 |   drfox@jonesday.com |

| | |
|---|---|
| 1 | A P P E A R A N C E S: (Continued |
| 2 | |
| 3 | |
| 4 | REED SMITH, LLP |
| 5 | Attorneys for the Bank of |
| 6 | New York Mellon, as Fiscal Agent |
| 7 | 599 Lexington Avenue |
| 8 | New York, New York 10022 |
| 9 | BY:  C. NEIL GRAY, ESQ. |
| 10 | (212) 231-2652 |
| 11 | cgray@reedsmith.com |
| 12 | |
| 13 | O'MELVENY & MYERS, LLP |
| 14 | Attorneys for AAFAF as Fiscal Agent |
| 15 | For the Commonwealth of Puerto Rico |
| 16 | and ERS |
| 17 | 7 Times Square |
| 18 | New York, New York 10036-6537 |
| 19 | BY: WILLIAM J. SUSHON, ESQ. |
| 20 | (212) 728-5693 |
| 21 | wsushon@omm.com |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| | |
|---|---|
| 1 | A P P E A R A N C E S: (Continued |
| 2 | |
| 3 | |
| 4 | ARROYO & RIOS PSC |
| 5 | Attorneys for Defendant 55H-66H |
| 6 | PMB 688 |
| 7 | 1353 Ave. Luis Vigoreaux |
| 8 | Guaynabo, P.R. 00966 |
| 9 | BY: MORAIMA RIOS, ESQ. (VIA PHONE) |
| 10 | (787)522-8080 |
| 11 | mrios@arroyorioslaw.com |
| 12 | |
| 13 | A L S O   P R E S E N T: |
| 14 | Chris Martin, Videographer |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

```
 1                I N D E X

 2

 3

 4    WITNESS       EXAMINATION BY          PAGE

 5    Elan Daniels  Mr. Dalsen              14

 6

 7

 8

 9             E X H I B I T S

10    DANIELS                               PAGE

11    Exhibit 1  Committees' and Government Parties'

12         Amended Notice of Rule 30(b)(6)

13         Deposition of Ocher Rose, LLC    36

14    Exhibit 2  Notice of Videotaped Deposition

15         Of Elan Daniels                  37

16    Exhibit 3  Ocher Rose, LLC's Responses and

17         Objections to the Committee's and

18         Government Parties' Amended Notice of

19         Rule 30(b)(6) Deposition of

20         Ocher Rose, LLC                  61

21    Exhibit 4  Letter dated October 24, 2019   64

22    Exhibit 5  Bondholders' Initial Disclosures

23         Pursuant to Federal Rule of Civil

24         Procedure 26(a)(1)               72

25
```

```
1            E X H I B I T S: (Continued)

2

3      DANIELS                              PAGE

4

5      Exhibit 6   Spreadsheet                77

6      Exhibit 7   Bondholders' Responses and Objections

7                  to the Committees and Government Parties'

8                  First Set of Interrogatories to the ERS

9                  Bondholder Groups Related to the Lien

10                 Scope Proceedings            99

11     Exhibit 8   Bondholders' Supplemental Responses

12                 and Objections to the Committees and

13                 Government Parties' First Set of

14                 Interrogatories to the ERS Bondholder

15                 Groups Related to the Lien Scope

16                 Proceedings                  99

17                      * * * * *

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | Elan Daniels |
| 2 | that mean? |
| 3 | A. Distinguishing between a record holder |
| 4 | and a beneficial holder. So it's a beneficial holder |
| 5 | of the bonds. |
| 6 | Q. What is the difference between -- one |
| 7 | moment. I'm sorry. |
| 8 | MR. DALSEN: If you're on the phone |
| 9 | line, can you please mute. |
| 10 | MS. RIOS: Yes. |
| 11 | MR. DALSEN: Thank you. |
| 12 | Q. Mr. Daniels, what is the difference |
| 13 | between a record holder and a beneficial holder of |
| 14 | bonds? |
| 15 | A. As far as I know, there's only one |
| 16 | record holder, and that's CDN Co. which is a DTC |
| 17 | affiliate, and everyone else who holds the bonds is a |
| 18 | beneficial holder. |
| 19 | Q. And what does it mean to be a beneficial |
| 20 | holder? |
| 21 | A. It means you have the economic -- you |
| 22 | have the economic interest in the bonds as opposed to |
| 23 | having actual title which I think is in the record |
| 24 | holder's name. |
| 25 | Q. Has -- I assume King Street Capital |