EXHIBIT 7-F

# BNYM / Puerto Rico - Employee Retirement System
## Hildreth, Dr. William - Vol. 1
**8/10/2020**

| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE DISTRICT OF PUERTO RICO |
| 2 | PROMESA TITLE III |
| | CASE NO:  17-BK-03283 (LTS) |
| 3 | |
| | IN RE:  THE FINANCIAL OVERSIGHT AND |
| 4 | MANAGEMENT BOARD FOR PUERTO RICO |
| | as representative of |
| 5 | |
| | THE COMMONWEALTH OF PUERTO RICO, et al., |
| 6 |     Debtor(s). |
| 7 | _____ |
| | IN THE UNITED STATES DISTRICT COURT |
| 8 | FOR THE DISTRICT OF PUERTO RICO |
| | PROMESA TITLE III |
| 9 | CASE NO:  17-BK-03566 (LTS) |
| 10 | IN RE:  THE FINANCIAL OVERSIGHT AND |
| | MANAGEMENT BOARD FOR PUERTO RICO |
| 11 |     as representative of |
| 12 | THE EMPLOYEES RETIREMENT SYSTEM OF THE |
| | GOVERNMENT OF THE COMMONWEALTH OF PUERTO |
| 13 | RICO, |
| |     Debtor(s). |
| 14 | _____ |
| 15 | |
| 16 | |
| 17 | CONFIDENTIAL |
| 18 | |
| 19 | REMOTE VIDEOTAPED EXPERT DEPOSITION UNDER |
| 20 | ORAL EXAMINATION OF |
| 21 | DR. WILLIAM HILDRETH |
| 22 | DATE: August 10, 2020 |
| 23 | |
| 24 | |
| 25 | REPORTED BY:  MICHAEL FRIEDMAN, CCR |

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF PUERTO RICO
 2                  ADV. PROC. NO:  17-00356 (LTS)
 3      THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL
        OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
 4      ACTING BY AND THROUGH ITS MEMBERS,
              -and-
 5      THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
        OF ALL TITLE III DEBTORS (OTHER THAN COFINA)
 6           -as co-trustees of
        THE EMPLOYEES RETIREMENT SYSTEM OF THE
 7      GOVERNMENT OF PUERTO RICO,
             Plaintiff(s),
 8
           vs.
 9
        DEFENDANT IM, et al.,
10           Defendant(s).
        _____
11
12
13
                IN THE UNITED STATES DISTRICT COURT
14                FOR THE DISTRICT OF PUERTO RICO
                    ADV. PROC. NO:  17-00357 (LTS)
15
16      THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL
        OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
17      ACTING BY AND THROUGH ITS MEMBERS,
              -and-
18      THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
        OF ALL TITLE III DEBTORS (OTHER THAN COFINA)
19           -as co-trustees of
        THE EMPLOYEES RETIREMENT SYSTEM OF THE
20      GOVERNMENT OF PUERTO RICO,
             Plaintiff(s),
21
           vs.
22
        STOEVER GLASS & CO., et al.,
23           Defendant(s).
        _____
24
25
```

```
 1         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF PUERTO RICO
 2            ADV. PROC. NO: 19-00359 (LTS)
 3
    THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL
 4  OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
    ACTING BY AND THROUGH ITS MEMBERS,
 5       -and-
    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
 6  OF ALL TITLE III DEBTORS (OTHER THAN COFINA)
            -as co-trustees of
 7  THE EMPLOYEES RETIREMENT SYSTEM OF THE
    GOVERNMENT OF PUERTO RICO,
 8       Plaintiff(s),
 9     vs.
10  DEFENDANT 1H-78H, et al.,
            Defendant(s).
11  _____
12
13
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO
14               ADV. PROC. NO: 19-00361 (LTS)
15
16  THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL
    OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
17  ACTING BY AND THROUGH ITS MEMBERS,
            -and-
18  THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
    OF ALL TITLE III DEBTORS (OTHER THAN COFINA)
19          -as co-trustees of
    THE EMPLOYEES RETIREMENT SYSTEM OF THE
20  GOVERNMENT OF PUERTO RICO,
         Plaintiff(s),
21
       vs.
22
    DEFENDANT 1G-50G, et al.,
23       Defendant(s).
    _____
24
25
```

```
 1           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
 2              ADV. PROC. NO:  19-00366 (LTS)
 3
     THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
 4   FOR PUERTO RICO,
           -as representative of
 5   EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT
     OF THE COMMONWEALTH OF PUERTO RICO,
 6         -and
     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
 7   OF ALL TITLE III DEBTORS (OTHER THAN COFINA),
           -as Section 926 trustee of
 8   THE COMMONWEALTH OF PUERTO RICO,
           Plaintiff(s),
 9
         vs.
10
     ANDALUSIAN GLOBAL DESIGNATED ACTIVITY
11   COMPANY, et al.,
           Defendant(s).
12   _____
13
              IN THE UNITED STATES DISTRICT COURT
14             FOR THE DISTRICT OF PUERTO RICO
                ADV. PROC. NO:  19-00367 (LTS)
15
16   THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
     FOR PUERTO RICO,
17         -as representative of
     EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT
18   OF THE COMMONWEALTH OF PUERTO RICO,
           -and
19   THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
     OF ALL TITLE III DEBTORS (OTHER THAN COFINA),
20         -as Section 926 trustee of
     THE COMMONWEALTH OF PUERTO RICO,
21         Plaintiff(s),
22       vs.
23   GLENDON OPPORTUNITIES FUND, LP, et al.,
           Defendant(s).
24   _____
25
```

1

2

3

4

5      TRANSCRIPT of the virtual videotaped

6  deposition of the expert witness, called for Oral

7  Examination in the above-captioned matter, said

8  deposition being taken by and before MICHAEL

9  FRIEDMAN, a Notary and Certified Court Reporter of

10  the State of New Jersey, via video teleconference,

11  by WebEx, on August 10, 2020, commencing at

12  approximately 9:30 in the morning.

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1    A P P E A R A N C E S:
2    PROSKAUER ROSE, LLP
     One International Place
3    Boston, MA  02110
     BY:   WILLIAM D. DALSEN, ESQ.
4        wdalsen@proskauer.com
     -and-
5        MARGARET A. DALE, ESQ.
         mdale@proskauer.com
6    -and-
         JENNIFER L. ROCHE, ESQ.
7        jroche@proskauer.com
     -and-
8        ELISA CARINO, ESQ.
         ecarino@proskauer.com
9    -and-
         ARIELLA E. MULLER, ESQ.
10       amuller@proskauer.com
     -and-
11       RINA KIM, ESQ.
         rkim@proskauer.com
12   Attorneys for the Financial Oversight and
     Management Board for Puerto Rico
13
     PAUL HASTINGS, LLP
14   875 15th Street
     Washington, DC  20005
15   BY:   NICHOLAS A. BASSETT, ESQ.
          nicholasbassett@paulhastings.com
16   Attorneys for the Official Committee of Unsecured
     Creditors
17
     JENNER & BLOCK, LLP
18   363 North Clark Street
     Chicago, IL  60654
19   BY:   MELISSA M. ROOT, ESQ.
          mroot@jenner.com
20   -and-
          LANDON RAIFORD, ESQ.
21        lraiford@jenner.com
     -and-
22        LAURA PELANEK, ESQ.
          lpelanek@jenner.com
23   -and
          CATHY STEEGE, ESQ.
24        csteege@jenner.com
     Attorneys for The Retiree Committee
25
```

```
 1    A P P E A R A N C E S:
 2
      WHITE & CASE, LLP
 3    111 South Wacker Drive
      Suite 5100
 4    Chicago, Illinois  60606
      BY:   JESSE GREEN, ESQ.
 5       jgreen@whitecase.com
      -and-
 6       JASON ZAKIA, ESQ.
         jzakia@whitecase.com
 7    -and-
         MARA KLEBANER, ESQ.
 8       mklebaner@whitecase.com
      Attorneys for PR Funds
 9
10
11    JONES DAY, LLP
      51 Louisiana Avenue, NW
12    Washington, DC  20001
      BY:   GEOFFREY STEWART, ESQ.
13       gstewart@jonesday.com
      -and
14       SARAH P. MCGONIGLE, ESQ.
         smcgonigle@jonesday.com
15    -and-
         SPARKLE L. SOOKNANAN, ESQ.
16       ssooknanan@jonesday.com
      -and-
17       DAVID R. FOX, ESQ.
         drfox@jonesday.com
18    -and-
         ISEL M. PEREZ, ESQ.
19       iperez@jonesday.com
      Attorneys for ERS Bondholders
20
21
22
23
24
25
```

```
 1   A P P E A R A N C E S:
 2   REED SMITH, LLP
     599 Lexington Avenue
 3   New York, NY  10022
     BY:  NANCY SAVITT, ESQ.
 4      nsavitt@reedsmith.com
     -and-
 5      C. NEIL GRAY, ESQ.
        cgray@reedsmith.com
 6   Attorneys for Bank of New York Mellon, as
     Fiscal Agent
 7
 8
 9
     DELGADO & FERNANDEZ, LLC
10   Fernandez Juncos Station
     San Juan, Puerto Rico  00910
11   BY:  EDUARDO FERNANDEZ FREIRE, ESQ.
        efernandezfreire@delgadofernandez.com
12   Attorneys for ERS Bondholders
13
14
15   O'MELVENY & MYERS, LLP
     7 Times Square
16   New York, NY  10036
     BY:  MADHU POCHA, ESQ.
17      mpocha@omm.com
     -and-
18      BILL SUSHON, ESQ.
        wsushon@omm.com
19   -and-
        SAMANTHA INDELICATO, ESQ.
20      sindelicato@omm.com
     Attorneys for AAFAF as Fiscal Agent For the
21   Commonwealth of Puerto Rico and ERS
22
23
24
25
```

| | |
|---|---|
| 1 | A P P E A R A N C E S: |
| 2 | ARROYO & RIOS, PSC |
| | PMB 688 |
| 3 | 1353 Ave. Luis Vigoreaux |
| | Guaynabo, PR  00966 |
| 4 | BY:   MORAIMA RIOS, ESQ. |
| | mrios@arroyorios.com |
| 5 | Attorneys for Defendant, 55H-66H |
| 6 | |
| 7 | |
| | BROWN RUDNICK, LLP |
| 8 | 7 Times Square |
| | New York, NY  10036 |
| 9 | BY:   CHELSEA MULLARNEY, ESQ. |
| | cmullarney@brownrudnick.com |
| 10 | -and- |
| | TRISTAN AXELROD, ESQ. |
| 11 | taxelrod@brownrudnick.com |
| | Attorneys for SCC of the FOMB for Puerto Rico |
| 12 | |
| 13 | |
| | ALSO PRESENT:   JOSE RIVERA, VIDEOGRAPHER |
| 14 | |
| | ROBERT DOTY |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| | |
|---|---|
| 1 | I N D E X |
| 2 | WITNESS NAME                                PAGE |
| 3 | DR. WILLIAM HILDRETH |
| 4 |     By Mr. Dalsen            14 |
| 5 |     By Mr. Fox              256 |
| 6 | |
| 7 |     * * * * * * |
| 8 | |
| 9 | E X H I B I T S |
| 10 | |
| 11 | EXHIBIT NO.   DESCRIPTION              PAGE |
| 12 | 1 - 2      PX-001,PX-002            16 |
| 13 | 3          PX-013                   17 |
| 14 | 4          PX-005                  158 |
| 15 | |
| 16 |     * * * * * * |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

1   statements and the final official statements?

2      A   Those were the two that I named

3   explicitly.

4      Q   And what else would be included in

5   the term "market disclosure documents"?

6      A   Could be other disclosures that are

7   made.  There could be supplemental statements

8   that come out, revised official statements.

9         It could be a number of things.

10      Q   What else did you refer to

11   specifically for purposes of this report in

12   this case by using the term "market

13   disclosure documents" other than preliminary

14   official statements and final official

15   statements?

16      A   I looked at the transcript for the

17   bond transactions.  And those -- that

18   transcript would go to some parties in the

19   transaction.

20      Q   So other than the preliminary

21   official statements and the final -- so by

22   the phrase "market disclosure documents," you

23   mean the preliminary official statements, the

24   final official statements, the bond

25   transcripts.

1       Is there anything else?

2       A   Sitting here today, I can't think

3   of anything else.

4       Q   Are those categories of documents

5   also market-oriented disclosure documents?

6       A   Some of the transcript material

7   would only be provided to, say, the

8   underwriters or DTC, or retained at the bond

9   counsel firm.  So those would not go to

10  others outside those participants.

11      It would be available to them if

12  needed.  It may go to the bond rating

13  agencies.

14      So there are -- so I think that

15  covers the basics.

16      Q   Okay.  So you just talked about how

17  some parts of the transcripts would not go to

18  others.

19      Is that what makes market-oriented

20  disclosure documents different from market

21  disclosure documents?

22      A   No.

23      Q   Then why did you just say that --

24  what is the relevance to your opinions of the

25  fact that certain parts of the transcript