# Exhibit 1

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO
 2                    PROMESA TITLE III
                 CASE NO:  17-BK-03283 (LTS)
 3

 4     IN RE:  THE FINANCIAL OVERSIGHT AND
       MANAGEMENT BOARD FOR PUERTO RICO
 5              as representative of

 6     THE COMMONWEALTH OF PUERTO RICO, et al.,
                Debtor(s).
 7     _____

 8            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO
 9                    PROMESA TITLE III
                 CASE NO:  17-BK-03566 (LTS)
10
       IN RE:  THE FINANCIAL OVERSIGHT AND
11     MANAGEMENT BOARD FOR PUERTO RICO
                as representative of
12
       THE EMPLOYEES RETIREMENT SYSTEM OF THE
13     GOVERNMENT OF THE COMMONWEALTH OF PUERTO
       RICO,
14              Debtor(s).
       _____
15

16

17                       CONFIDENTIAL

18

19       REMOTE VIDEOTAPED EXPERT DEPOSITION UNDER

20                    ORAL EXAMINATION OF

21                    DR. LAURA GONZALEZ

22                  DATE: August 7, 2020

23

24

25         REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 13

```
 1          THE VIDEOGRAPHER:  Okay.  This is
 2   the remote video-recorded deposition of
 3   Laura Gonzalez.  Today is Friday,
 4   August 7, 2020.  The time is now 1:06
 5   p.m. in the Eastern time zone.
 6          We are here in the matter of In Re:
 7   The Financial Oversight and Management
 8   Board for Puerto Rico as Representatives
 9   of the Commonwealth of Puerto Rico
10   et al., Debtor.  All counsel have been
11   noted on the record.
12          My name is Jose Rivera, remote
13   video technician on behalf of Gregory
14   Edwards, LLC.
15          At this time, will the reporter,
16   Michael Friedman, on behalf of Gregory
17   Edwards, LLC, please swear in the
18   witness.
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 22

```
 1          Q    Dr. Gonzalez, I'm trying to make
 2     sure that we're on the same page about the
 3     universe of the documents that you reviewed
 4     or considered in preparing your report.
 5               Are the six documents that are
 6     listed in Paragraph 3 the totality of the
 7     documents that you reviewed or considered in
 8     preparing your report?
 9          A    I also checked the dictionary.
10          Q    Which dictionaries?
11          A    I have used the Spanish and English
12     dictionary.
13          Q    And who publishes, if you know, the
14     dictionary that you used?
15          A    Lanus and Webster.
16          Q    And is that dictionary a dictionary
17     that focuses on a particular dialect of
18     Spanish, do you know?
19          A    I do not know.
20          Q    Dr. Gonzalez, you understand that
21     you've been retained by the law firm of Jones
22     Day to provide expert opinions in this case.
23               Is that correct?
24          A    Yes.
25          Q    And if you turn to page 5 of your
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 47

```
 1        Q    And are the dialects in Spain
 2   different than the dialects in Latin America?
 3        A    I am from the vast country.
 4        Q    The dialects in Spain are different
 5   from the dialects in Latin America.
 6             Correct?
 7        A    Yes.  We are a big family.
 8        Q    I'm sorry.  What is your answer?
 9             Yes or no?
10        A    We have a big family.  But I have
11   not answered your previous question yet.
12        Q    Oh, please answer.  I'm sorry.
13        A    Yes, I did have an employment
14   between finishing my MBA and finishing my
15   Masters in literature.  I was a Spanish
16   instructor in the university.
17        Q    And that was at Southern Illinois
18   University?
19        A    Yes.
20        Q    For which years were you a Spanish
21   instructor?
22        A    2002, 2003.
23        Q    How many classes did you teach?
24        A    I do not remember the number of
25   classes, but it went from introductory to
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 48

```
1      intermediate grammar in Spanish.
2           Q    And was there a specific dialect
3      that you were focused on in your teaching?
4           A    No.
5           Q    Do you recall how many hours you
6      spent teaching for class credit?
7           A    A lot of hours because they gave me
8      tuition credit -- I mean tuition waiver.  I
9      did not have to pay any tuition.
10          Q    So did you teach those classes as a
11     graduate instructor?
12          A    Undergraduate.
13          Q    Were you a -- were you given the
14     title of a professor?
15          A    No.  Because in academia, you are
16     not a professor if you do not have a Ph.D.
17          Q    So what was your title?
18          A    I was an instructor.
19          Q    Other than teaching the Spanish
20     class from 2002 to 2003, had you ever taught
21     Spanish before then?
22          A    Yes.
23          Q    When?
24          A    In Spain.
25          Q    When?
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 49

```
1        A    When I was an undergrad, I would
2     tutor.
3        Q    Were you paid for that work?
4        A    Yes.
5        Q    And what -- who did -- what were
6     you tutoring in?  What was the subject?
7        A    Spanish and Basque.  B-A-S-Q-U-E.
8     The name for the language is Euskera.  E --
9     sorry, I'm doing it in Spanish.
10    E-U-S-K-E-R-A.
11       Q    So Dr. Gonzalez, you did some
12    tutoring in Spain during your undergrad.
13    You've taught a Spanish class at Southern
14    Illinois University as an undergraduate
15    instructor, 2002 to 2003.
16            Did you ever teach any other
17    Spanish classes?
18       A    I taught several classes as a
19    Masters student, and I tutored again while I
20    was doing any Ph.D.
21       Q    Are any of those classes or Spanish
22    instruction included on your CV?
23       A    No.
24       Q    Why not?  Why not?
25       A    Okay.  Two days before I took my
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 58

```
1       Q    Why is that?
2       A    I love my native tongue.
3       Q    If you're translating -- strike
4    that.  Let's see.
5            Other than your one year of
6    translating experience or the translating
7    experience you had within 2005 to 2006, have
8    you had any other experience as a translator?
9       A    Yes.
10      Q    Okay.  What?
11           Tell me about that.
12      A    They called me from the
13   international office at the University of
14   Florida.
15      Q    And when was that?
16      A    I think it was 2006 or 2007.
17      Q    And what did they ask you to do?
18      A    I had to translate.
19      Q    What did you translate?
20      A    From Spanish into English, English
21   into Spanish.
22      Q    And what was the subject matter
23   that you were translating?
24      A    There was a problem in an exchange
25   program with Spain.  There was a Spanish
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 59

1     family that was complaining about the
2     university.
3          Q    And were you paid for your
4     assistance in translating with regard to that
5     issue?
6          A    No, because it was only two hours.
7          Q    You remember that one was two
8     hours.  Okay.
9               So other than the time between
10    2006 -- or 2005 and 2006 where you
11    translated, and then this two-hour
12    assignment, have you ever been paid for
13    translating?
14         A    Not paid, but I have done other
15    translations.
16         Q    In a professional context?
17         A    Yes.
18         Q    Okay.  Tell me about that.
19         A    So when I was a Ph.D student, I
20    assisted the professors when taking MBA
21    students on business tours to Argentina and
22    Chile.  When doing the business tours --
23    these were one-week business tours -- we
24    visited numerous companies and institutions.
25              And oftentimes, the people there

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 60

```
1     that knew the most could not speak English or
2     they had a presentation in English, but then
3     they could not answer questions.  And so I
4     assisted the companies, the professors, and
5     the students translating.
6          Q    Okay.  And that was in the 2007
7     time frame, Dr. Gonzalez?
8          A    No.  This was -- okay.  This was
9     2005 and 2006.
10         Q    All right.  Other than the two-hour
11    engagement that you had sometime in 2007 for
12    the University of Florida, and then the
13    translating you did between 2005 and 2006 --
14         A    That was two weeks.
15         Q    Okay.  And then --
16         A    Two weeks full-time.
17         Q    Two weeks full-time.  And then,
18    this Argentinian trip, this Chile trip, have
19    you ever been -- do you have any other
20    experience translating in a professional
21    context?
22         A    Yes.
23         Q    Okay.  Tell me about that.
24         A    I have many, many.  So without
25    getting paid, when I was in New York, there
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 61

1    was a discussion about establishing
2    partnership with a Spanish university.  And a
3    representative from Spain came, and so I had
4    to host and translate.
5            Then, here in California, I have a
6    title, "First Generation Mentor."  About half
7    of our students, half Spanish, as -- yeah,
8    about half of our students in Long Beach,
9    half-Spanish as their mother tongue, mother
10   language.  And they are first generation and
11   they need mentors.
12           So I do that.  And when I mentor
13   these students within the program, and also
14   my students, many times I speak Spanish in a
15   professional context.
16      Q    Do you have, Dr. Gonzalez, any
17   professional certifications in translation?
18      A    No.
19      Q    Do you belong to any translation
20   associations or groups?
21      A    No.
22      Q    Are there any individuals who you
23   believe are authorities in the field of
24   translation?
25      A    I do not know.

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 92

```
 1      Q    Okay.  And how did the list on page
 2   4 confirm your conclusion that the
 3   translation of "tomar prestado" as "borrow"
 4   is very robust against different dialects
 5   across different dialects of Spanish?
 6      A    I did not find anything there about
 7   anything regarding that paragraph that led me
 8   to believe that there was something there in
 9   the paragraph that I had to change.
10      Q    So you were able to conclude by
11   looking at six Puerto Rican documents and two
12   links to speeches, one from Argentina and one
13   from Uraguay, that the translation of "tomar
14   prestado" as "borrow" is very robust?
15          MR. FOX:  Objection, misstates
16      testimony.
17      A    I had been speaking Spanish for 45
18   years.  I have been living in the United
19   States for 20 years.
20          I have been speaking with Spanish
21   speakers from all over the Spanish speaking
22   nations and areas and dialects for 20 years,
23   and 25 previous in Spain going to different
24   regions.
25          And I have never in 45 years seen
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 93

```
 1     "tomar prestado" mean anything other than
 2     "borrow."
 3          Q    And you spent one to two weeks in
 4     Puerto Rico.
 5               Right?
 6          A    Yes.  I remember now the other
 7     island.
 8          Q    In forming your opinions about the
 9     proper translation of Section 779(d), is it
10     important to consider -- strike that.
11               In translating generally, is it
12     important to consider history?
13          A    Yes.
14          Q    Why?
15          A    Well, in all my years as tutor and
16     also when I was studying in Spain and then a
17     student here in the Americas, you see that
18     the language change.  And some words
19     disappear, and new words are added to the --
20     to the dictionary.
21               For 500 years, there are a lot of
22     changes.
23          Q    Okay.  Let's go to page 6 of your
24     report and look at the paragraph that you
25     translated.
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 94

1          In performing your work in
2    translating that paragraph, what did you
3    consider about the context in which the words
4    "tomar prestado" were used?
5          A    I considered the paragraph.  I
6    considered the documents listed in page 4,
7    the documents also listed in page 7 and 8,
8    and also my experience for 45 years as native
9    speaker of Spanish, living in the United
10   States, speaking with people from different
11   regions in the Americas that speak different
12   dialects.
13              And I have never seen "tomar
14   prestado" as anything other than "borrow."
15              I do not recall.
16         Q    Did you consult with any Puerto
17   Rico native Spanish speakers in considering
18   the translation of Section 779?
19         A    I think that part of my duty was
20   not to be influenced by anyone that could be
21   influenced or have any kind of connection to
22   this legal case.  I have not consulted with
23   anyone from anywhere.
24         Q    Well, you're hired by counsel
25   representing a significant constituent that

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 106

1  A Yes.
2  Q Okay. Do you think translation is
3 an art or a science, Dr. Gonzalez?
4  A It is both.
5  Q What do you mean by that?
6  A You have to take a look at all the
7 details.
8  Q Anything else?
9  A No.
10  Q Could two equally skilled
11 translators reach different conclusions as to
12 the precise translation of a phrase or group
13 of sentences?
14   MR. FOX: Object to form.
15  A When it comes to the standard uses
16 of terminology, and grammar, they shouldn't.
17  Q And what's informs for you what is
18 the correct standard for terminology and
19 grammar?
20  A Well, I have studied in Spain for
21 25 years. I completed my undergraduate
22 education in Spain, including a thesis at the
23 end of my undergrad.
24   Then I came to the United States.
25 I did a Masters in literature and languages.

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 107

| | |
|---|---|
| 1 | All my electives were in Latin American and |
| 2 | Spanish, but mostly Latin American text. |
| 3 | I had to do all the exams in |
| 4 | Spanish for all those courses.  Then I wrote |
| 5 | a thesis that was peer reviewed by scholars |
| 6 | of Spanish of different nationalities. |
| 7 | I have been doing formal |
| 8 | translation for many years.  And there are |
| 9 | some things in Spanish that are standard. |
| 10 | Q    Is Puerto Rico part of Latin |
| 11 | America? |
| 12 | A    What do you mean by "Latin |
| 13 | America"? |
| 14 | Q    You said you spent all this time |
| 15 | studying in Latin America, so I'm using your |
| 16 | view. |
| 17 | What do you mean by Latin America, |
| 18 | Dr. Gonzalez?  And under your definition, is |
| 19 | Puerto Rico part of it? |
| 20 | A    There are many different |
| 21 | definitions of Latin America.  If we consider |
| 22 | Latin as the origin of the Roman's languages, |
| 23 | that would include the speakers of Portuguese |
| 24 | as well in the Americas. |
| 25 | But since I did my Masters in |

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 128

```
 1         A    No.
 2         Q    Does that have in it the word
 3    "computer" or any Spanish word for the word
 4    "computer"?
 5         A    No.
 6         Q    Does that have the word "pen" or
 7    any Spanish word for the word "pen"?
 8         A    No.
 9         Q    Now, Dr. Gonzalez, you -- how long
10    have you been living in the United States
11    now?
12         A    Twenty years.
13         Q    And in that time, have you spoken
14    Spanish with a variety of people from
15    different places?
16         A    Yes.
17         Q    Does that include people from
18    Puerto Rico?
19         A    Yes.
20         Q    And you've spoken in Spanish with
21    people from other Spanish-speaking countries
22    as well.
23              Is that right?
24         A    Yes.
25         Q    And you are a finance professor?
```