# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | No. 17 BK 3283-LTS |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | No. 17 BK 3567-LTS |
| TRANSPORTATION AUTHORITY, | ) | (This Filing Relates to |
| | ) | These Debtors) |
| Debtor. | ) | |
| PEAJE INVESTMENTS LLC, | ) | |
| | ) | Adv. Proc. No. 17-151-LTS |
| Plaintiff, | ) | in 17 BK 3567-LTS |
| | ) | |
| v. | ) | Adv. Proc. No. 17-152-LTS |
| | ) | in 17 BK 3283-LTS |
| PUERTO RICO HIGHWAYS & | ) | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| TRANSPORTATION AUTHORITY, *et al.*, | ) |
| | ) |
| Defendants.[2] | ) |

## JOINT STATUS REPORT

Plaintiff Peaje Investments LLC ("Plaintiff"), together with Defendants the Financial Oversight and Management Board for Puerto Rico (the "FOMB"), as representative of defendants the Commonwealth of Puerto Rico ("Commonwealth") and Puerto Rico Highways and Transportation Authority ("HTA"), Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), Wanda Vázquez Garced, Raúl Maldonado Gautier, José Iván Marrero Rosado, Omar J. Marrero, and Carlos Contreras Aponte (collectively, the "Parties"), respectfully submit this Joint Status Report in response to the Court's July 21, 2020 Order (*available at*: Adv. Proc. No. 17-151-LTS, [Dkt. No. 304]) directing the Parties to "submit a brief joint status report further updating the Court on or before **November 20, 2020**."

To avoid unnecessarily burdening the Court by repeating several pages of information contained in the previous joint status reports filed with the Court since November 14, 2018, the Parties refer to their comprehensive July 20, 2020 Joint Status Report (*available at*: Adv. Proc. No. 17-151-LTS, [Dkt. No. 303]), and by this reference, incorporate the same herein as though fully set forth. This Joint Status Report addresses relevant events occurring after July 20, 2020.

---

[2] Pursuant to F. R. Bankr. P. 7025 and F. R. Civ. P. 25(d), the following automatic substitutions are made for defendants who were sued in their former official capacities: (i) the Hon. Wanda Vázquez Garced, in her official capacity as Governor of Puerto Rico, is automatically substituted for Ricardo Antonio Rosselló Nevares; (ii) the Hon. Francisco Parés, in his official capacity as Secretary of Treasury of Puerto Rico, is automatically substituted for the Hon. Raúl Maldonado Gautier; and (iii) Omar J. Marrero, in his official capacity as executive director of AAFAF, is automatically substituted for Christian Sobrino Vega.

2

On September 9, 2020, the Title III Court issued its *Memorandum Opinion and Order Denying HTA and PRIFA Revenue Bond Stay Relief Motions* (*available at*: Case No. 17-03567-LTS, [Dkt. No. 921]) denying the *Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company for Relief from Automatic Stay, or, in the Alternative, Adequate Protection* relating to the Commonwealth and HTA Lift Stay Motion (*available at*: Case No. 17-03567-LTS, [Dkt. No. 673]) (the "HTA Lift Stay Motion"). On September 23, 2020, the HTA Lift Stay Motion movants filed a notice of appeal (*available at*: Case No. 17-03567-LTS, [Dkt. No. 927]). The First Circuit has issued an expedited briefing schedule in the appeal (Case No. 20-1930), and indicated that argument is contemplated to be heard in February 2021.

The motion for partial summary judgment in the Commonwealth Revenue Bond Adversary Proceeding (Adv. Proc. No. 20-00005-LTS) was fully briefed, argued to the Court on September 23, 2020, and taken under submission by the Court on that date.

The Parties believe the adversary proceedings that are the subject of this status report involve similar or overlapping issues with the Commonwealth Revenue Bond Adversary Proceeding, described above, and the HTA Revenue Bond Adversary Proceeding (Adv. Proc. No. 20-00007-LTS). For the sake of efficiency and judicial economy, the Parties have agreed to continue to refrain from litigating these adversary proceedings at this time. The Parties respectfully request the entry of an order directing them to report to the Court on or before February 19, 2021 to inform the Court of the status of these matters and their respective positions in light of the foregoing. The Parties have agreed that, in the interim, they will not be foreclosed from taking appropriate legal action in or outside the above-captioned adversary proceedings.

Respectfully submitted this 20th day of November 2020.

| | |
|---|---|
| MONSERRATE SIMONET & GIERBOLINI, LLC | DECHERT LLP |
| | |
| | /s/ *Allan S. Brilliant* |
| Dora L. Monserrate Peñagarícano | Allan S. Brilliant (*pro hac vice)* |
| USDC-PR No. 212612 | 1095 Avenue of the Americas |
| 101 San Patricio Avenue | New York, New York 10036 |
| Maramar Plaza, Suite 1120 | |
| Guaynabo, Puerto Rico 00968 | -and- |
| Phone: (787) 620-5300 | |
| Fax: (787) 620-5305 | G. Eric Brunstad, Jr. (*pro hac vice*) |
| | 90 State House Square |
| | Hartford, Connecticut 06103 |
| | |
| | *Attorneys for Peaje Investments LLC* |

/s/ *Herman D. Bauer*
Hermann D. Bauer
USDC No. 215205
O'NEILL & BORGES LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com


Martin J. Bienenstock (*pro hac vice*)
Timothy W. Mungovan (*pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
          tmungovan@proskauer.com

      Michael A. Firestein (*pro hac vice*)
      Lary Alan Rappaport (*pro hac vice*)
      PROSKAUER ROSE LLP
      2029 Century Park East
      Suite 2400
      Los Angeles, CA 90067-3010
      Tel: (310) 557-2900
      Fax: (310) 557-2193
      Email: mfirestein@proskauer.com
           lrappaport@proskauer.com

*Attorneys for The Financial Oversight and Management Board for Puerto Rico, and The Financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico*


By:   */s/ Luis C. Marini-Biaggi*
      Luis C. Marini-Biaggi
      USDC No. 222301
      Carolina Velaz-Rivero
      USDC No. 300913
      **MARINI PIETRANTONI MUÑIZ LLC**
      Suite 900
      250 Ave. Ponce de Leon
      San Juan, PR 00918
      Tel: (787) 705-2171
      Fax: (787) 936-7494


By:   */s/ John J. Rapisardi*
      John J. Rapisardi
      Peter Friedman
      (Admitted Pro Hac Vice)
      O'MELVENY & MYERS LLP
      7 Times Square
      New York, NY 10036
      Tel: (212) 326-2000
      Fax: (212) 326-2061
        Email: jrapisardi@omm.com
            pfriedman@omm.com

      -and-

      Elizabeth L. McKeen
      (Admitted Pro Hac Vice)
      610 Newport Center Drive, 17th Floor
      Newport Beach, CA 92660
      Tel: +1-949-823-6900
      Fax: +1-949-823-6994
        Email: emckeen@omm.com

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority and Omar J. Marrero*

INÉS DEL CARMEN CARRAU MARTÍNEZ
Acting Secretary of Justice


By: /s/ *Wandymar Burgos Vargas*
    Wandymar Burgos Vargas
    PR-USDC No. 223502
    Deputy Secretary in Litigation
    Department of Justice
    P.O. Box 9020192
    San Juan, Puerto Rico 00902-0192
    Tel: 787-721-2940
    Fax: 787-723-9188
    wburgos@justicia.pr.gov

*Attorney for Hon. Wanda Vázquez Garced, Hon. Francisco Parés, and Hon. José Iván Marrero Rosado*


By: /s/ *Raul Castellanos*
    Raul Castellanos
    PR-USDC No. 214611
    Development & Construction Law Group LLC
    PMB 443, Suite 112
    100 Grand Paseos Boulevard
    San Juan, Puerto Rico 00926
    Tel: (+1) 787.403.2757
    Fax: (+1) 888.500.1827
    rcastellanos@devconlaw.com

*Attorney for Hon. Carlos Contreras Aponte*