**EXHIBIT A**

**Schedule of Seventh ADR Designated Claims**

# Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| MORALES RAMOS, JUDYANN | 30645 | f | Tort Claim | KDP-2013-0961 | Initial Transfer |
| AMAM, A MINOR (JUDY ANN MORALES-RAMOS, PARENT) | 34510 | f | Tort Claim | KDP-2013-0961 | Initial Transfer |
| ADORNO-GONZALEZ, ANGEL | 42938 | f | Tort Claim | KDP-2013-0961 | Initial Transfer |
| DE LOS ANGELES TORRES CRUZ, MARIA | 15927 | d | Tort Claim | HSCI201600230 | Initial Transfer |
| NATHANAEL RIVERA RIVERA (MINOR) REPRESENTED BY AMALIA QUINONES | 167857 | c | Tort Claim | DP2014-0710 | Initial Transfer |
| IZQUIERDO SAN MIGUEL LAW OFFICES | 167861 | b | Tort Claim | DP2014-0710 | Initial Transfer |
| SANCHEZ GOMEZ, MARIA C | 152039 | c | Tort Claim | DDP2016-0559 | Initial Transfer |
| HERNANDEZ JIMENEZ, CARLOS A. | 25510 | c | Tort Claim | ABCI2010-00440 | Initial Transfer |

---

[1] For Claim Amount Ranges, please refer to the Claims Amount Key at the end of Exhibit A.

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| HERNANDEZ VILLANUEVA, CARLOS A. | 25830 | c | Tort Claim | ABCI2010-00440 | Initial Transfer |
| HERNANDEZ VILLANUEVA, JOSE C | 46868 | c | Tort Claim | ABCI2010-00440 | Initial Transfer |
| HERNANDEZ VILLANUEVA, YESENIA | 27276 | c | Tort Claim | ABCI2010-00440 | Initial Transfer |
| VILLANUEVA MEDINA, SARA | 49894 | c | Tort Claim | ABCI2010-00440 | Initial Transfer |
| COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO | 64089 | b | Subrogation Claim | NSCI2018-00087 | Initial Transfer |
| MELENDEZ ORTIZ, DENNIS | 26204 | f | Tort Claim | KDP2011-0831 | Initial Transfer |
| MELENDEZ RAMIREZ, LESLY ANN | 17784 | c | Tort Claim | K DP2016-1191 | Initial Transfer |
| MELENDEZ RAMIREZ, XAVIER | 13259 | c | Tort Claim | K DP2016-1191 | Initial Transfer |
| Y.M.R. REPRESENTED BY HIS MOTHER QUENIA RAMIREZ RODRIGUEZ | 17785 | c | Tort Claim | K DP2016-1191 | Initial Transfer |
| RAMIREZ RODRIGUEZ, QUENIA | 17658 | d | Tort Claim | K DP2016-1191 | Initial Transfer |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| HERNANDEZ VILLANUEVA, YESENIA | 24276 | c | Tort Claim | CIDP2014-0035 | Initial Transfer |
| XAVIER A ARROYO ORTIZ Y YELIXA M | 162372 | e | Tort Claim | CDP2016-0022 | Initial Transfer |
| GOMEZ TORRES, YADIRA | 38964 | c | Tort Claim | E DP2017-0020 | Initial Transfer |

| Claim Amount Key |
|---|
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |