# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| **Morning session:** | **Afternoon session:** |
| Set:  9:00 AM (AST) | Set:  1:00 PM (AST) |
| Started:  9:07 AM (AST) | Started:  1:00 PM (AST) |
| Ended:  10:42 AM (AST) | Ended:  4:11 PM (AST) |

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**              DATE: November 20, 2020
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**

COURTROOM DEPUTY:  María Luz Díaz
COURT REPORTER:  Amy Walker
CONTRACT INTERPRETER:  Juan Segarra Palmer

| In Re: | |
|---|---|
| The Financial Oversight and Management Board for Puerto Rico | 3:17-BK-3283 (LTS)  PROMESA Title III |
| *as representative of* | |
| The Commonwealth of Puerto Rico, *et al.* Debtors | (Jointly Administered) |

**Further Hearing concerning adjourned omnibus objections to claims held.**

Claimants whose claims are subject of the Hearing did not show up at the Prime Clerk collection center located at Citi Towers, 250 Ponce de León Ave., Suite 503, Hato Rey, San Juan PR  00918.

Laura Stafford, Esq., counsel for the Financial Oversight and Management Board for Puerto Rico, addressed the Court regarding the specific objections on the agenda.

    **I.   CONTESTED MATTERS**
       1. One Hundred Eighteenth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9568].
         a. Response to One Hundred Eighteenth Omnibus Objection to Claims, filed by Iluminada Velázquez Ramos (Claim No. 104010) [Case No. 17-3283, ECF No. 15116-1] (Response Form not returned).

- b. Notice of Correspondence Regarding the One Hundred Eighteenth Omnibus Objection to Claims to Individual Proof of Claim No. 104010 [Case No. 17-3283, ECF No. 15116].
    - Claim of Iluminada Velázquez Ramos (Claim No. 104010) – Disallowed in its entirety.
- c. Response to One Hundred Eighteenth Omnibus Objection to Claims, filed by Virgen Adria Vélez Torres (Claim Nos. 104450, 101788, 104306) [Case No. 17-3283, ECF No. 10132] (Response Form not returned).
    - Claims of Virgen Adria Vélez Torres (Claim Nos. 104450, 101788 and 104306) – Disallowed in their entirety.
- d. Response to One Hundred Eighteenth Omnibus Objection to Claims, filed by Virgen Milagros Vélez Torres (Claim Nos. 105675, 100547, 105016) [Case No. 17-3283, ECF No. 10131] (Response Form not returned).
    - Claims of Virgen Milagros Vélez Torres (Claim Nos. 105675, 100547 and 105016) – Disallowed in their entirety.
    - Proposed form of order to be submitted regarding the One Hundred Eighteenth Omnibus Objection to Claims.

2. One Hundred Nineteenth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9569].
    - a. Response to One Hundred Nineteenth Omnibus Objection to Claims, filed by Luz S. Carmona Torres (Claim No. 7611) [Case No. 17-3283, ECF No. 15117-1, 2] (Response Form not returned).
    - b. Notice of Correspondence Regarding the One Hundred Nineteenth Omnibus Objection to Claims to Individual Proof of Claim No. 7611 [Case No. 17-3283, ECF No. 15117].
        - Claim of Luz S. Carmona Torres (Claim No. 7611) - Disallowed in its entirety.
        - Proposed form of order to be submitted regarding the One Hundred Nineteenth Omnibus Objection to Claims.

3. One Hundred Twenty-First Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9572].
    - a. Response to One Hundred Twenty-First Omnibus Objection to Claims, filed by Luis S. Montañez Reyes (Claim Nos. 1120, 3624) [Case No. 17-3283, ECF No. 9741] (Response Form not returned).
        - Claims of Luis S. Montañez Reyes (Claim Nos. 1120 and 3624) – Disallowed in their entirety.

3:17-BK-3283 (LTS)
Further Hearing Concerning Adjourned Omnibus Objections to Claims – November 20, 2020

- Proposed form of order to be submitted regarding the One Hundred Twenty-First Omnibus Objection to Claims.

4. One Hundred Twenty-Second Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9574].
    a. Response to One Hundred Twenty-Second Omnibus Objection to Claims, filed by Aníbal Rodríguez Negrón (Claim No. 2724) [Case No. 17-3283, ECF No. 15118-1, 2] (Response Form not returned).
    b. Notice of Correspondence Regarding the One Hundred Twenty-Second Omnibus Objection to Claims to Individual Proofs of Claim Nos. 2724 and 28910 [Case No. 17-3283, ECF No. 15118].
        - Claim of Aníbal Rodríguez Negrón (Claim No. 2724) - Disallowed in its entirety.
    c. Response to One Hundred Twenty-Second Omnibus Objection to Claims, filed by Dorka Rodríguez Santiago (Claim No. 28910) [Case No. 17-3283, ECF No. 15118-3, 4] (Response Form not returned).
    d. Notice of Correspondence Regarding the One Hundred Twenty-Second Omnibus Objection to Claims to Individual Proofs of Claim Nos. 2724 and 28910 [Case No. 17-3283, ECF No. 15118].
        - Claim of Dorka Rodríguez Santiago (Claim No. 28910) - Disallowed in its entirety.
        - Proposed form of order to be submitted regarding the One Hundred Twenty-Second Omnibus Objection to Claims.

5. One Hundred Twenty-Third Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9576].
    a. Response to One Hundred Twenty-Third Omnibus Objection to Claims, filed by Héctor F. Vallejo Moreno (Claim No. 41566) [Case No. 17-3283, ECF No. 9978] (Response Form not returned).
        - Claim of Héctor F. Vallejo Moreno (Claim No. 41566) - Disallowed in its entirety.
        - Proposed form of order to be submitted regarding the One Hundred Twenty-Third Omnibus Objection to Claims.

6. One Hundred Twenty-Fourth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9892].
    a. Response to One Hundred Twenty-Fourth Omnibus Objection to Claims, filed by Francisco Beltrán Cintrón (Claim No. 146528) [Case No. 17-3283, ECF No. 15119-1, 2] (Response Form not returned).

3:17-BK-3283 (LTS)
Further Hearing Concerning Adjourned Omnibus Objections to Claims – November 20, 2020

- b. Notice of Correspondence Regarding the One Hundred Twenty-Fourth Omnibus Objection to Individual Proof of Claim No. 146528 [Case No. 17-3283, ECF No. 15119].
    - Claim of Francisco Beltrán Cintrón (Claim No. 146528) – Disallowed in its entirety.
    - Proposed form of order to be submitted regarding the One Hundred Twenty-Fourth Omnibus Objection to Claims Omnibus Objection to Claims.

7. One Hundred Twenty-Eighth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9900].
    a. Response to One Hundred Twenty-Eighth Omnibus Objection to Claims, filed by Isidra López Meléndez (Claim Nos. 133754, 164333) [Case No. 17-3283, ECF No. 15120-3, 4] (Response Form not returned).
    b. Notice of Correspondence Regarding the One Hundred Twenty-Eighth Omnibus Objection to Individual Proofs of Claim Nos. 133754 and 164333 [Case No. 17-3283, ECF No. 15120].
        - Claims of Isidra López Meléndez (Claim Nos. 133754 and 164333) - Disallowed in their entirety.
        - Proposed form of order to be submitted regarding the One Hundred Twenty-Eighth Omnibus Objection to Claims.

8. One Hundred Thirty-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9911].
    a. Response to One Hundred Thirty-Fifth Omnibus Objection to Claims, filed by Myrna Acosta Cruz (Claim No. 140954) [Case No. 17-3283, ECF No. 10653] (Response Form not returned).
        - Claim of Myrna Acosta Cruz (Claim No. 140954) – Disallowed in its entirety.
    b. Response to One Hundred Thirty-Fifth Omnibus Objection to Claims, filed by Ana M. Acosta López (Claim No. 127344) [Case No. 17-3283, ECF No. 15121-1, 2] (Response Form not returned).
    c. Notice of Correspondence Regarding the One Hundred Thirty-Fifth Omnibus Objection to Individual Proof of Claim No. 127344 [Case No. 17-3283, ECF No. 15121].
        - Claim of Ana M. Acosta López (Claim No. 127344) – Disallowed in its entirety.
        - Proposed form of order to be submitted regarding the One Hundred Thirty-Fifth Omnibus Objection to Claims.

3:17-BK-3283 (LTS)
Further Hearing Concerning Adjourned Omnibus Objections to Claims – November 20, 2020

9. One Hundred Thirty-Seventh Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9915].
   a. Response to One Hundred Thirty-Seventh Omnibus Objection to Claims, filed by José Antonio Cintrón González (Claim No. 136369) [Case No. 17-3283, ECF No. 10649] (Response Form not returned).
      - Claim of José Antonio Cintrón González (Claim No. 136369) – Disallowed in its entirety.
      - Proposed form of order to be submitted regarding the One Hundred Thirty-Seventh Omnibus Objection to Claims.

10. One Hundred Forty-First Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9934].
    a. Response to One Hundred Forty-First Omnibus Objection to Claims, filed by Carmen Elisa Medina Gómez (Claim Nos. 129968, 142010) [Case No. 17-3283, ECF No. 11442] (Response Form not returned).
       - Claims of Carmen Elisa Medina Gómez (Claim Nos. 129968 and 142010) – Disallowed in their entirety.
       - Proposed form of order to be submitted regarding the One Hundred Forty-First Omnibus Objection to Claims.

11. One Hundred Forty-Third Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9936].
    a. Response to One Hundred Forty-Third Omnibus Objection to Claims, filed by Minerva Quiñones Sánchez (Claim No. 116567) [Case No. 17-3283, ECF No. 11985] (Response Form not returned).
       - Claim of Minerva Quiñones Sánchez (Claim No. 116567) – Disallowed in its entirety.
       - Proposed form of order to be submitted regarding the One Hundred Forty-Third Omnibus Objection to Claims.

12. One Hundred Forty-Fifth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 9938].
    a. Response to One Hundred Forty-Fifth Omnibus Objection to Claims, filed by Inés M. Rivera Rosario (Claim Nos. 152339, 165179) [Case No. 17-3283, ECF No. 12092] (Response Form not returned).
       - Claims of Inés M. Rivera Rosario (Claim Nos. 152339 and 165179) – Disallowed in their entirety.
       - Proposed form of order to be submitted regarding the One Hundred Forty-Fifth Omnibus Objection to Claims.

3:17-BK-3283 (LTS)
Further Hearing Concerning Adjourned Omnibus Objections to Claims – November 20, 2020

**Next scheduled hearing concerning motions for summary judgment in adversary proceedings 20-AP-080, 20-AP-082, 20-AP-083, 20-AP-084 and 20-AP-085 is set for NOVEMBER 24, 2020 at 10:00 AM (AST) before Judge Laura Taylor Swain.**

    s/María Luz Díaz
María Luz Díaz
Courtroom Deputy