# **EXHIBIT D**

# Bank Account Analysis:
## *Status Update – June 30, 2019 Balances*

**As of October 2, 2019**



Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Table of Contents



| | | |
|---|---|---|
| 1. Executive Summary | 3 |
| 2. Overview of Commonwealth Liquidity Activities | 5 |
| 3. Detailed Bank Account Analysis | 12 |
| 4. Appendix | 17 |

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# 1. Executive Summary

# Executive Summary

| **Presentation Objectives** | - Explain **forensic bank account and cash balance work** completed |
| | - Highlight preliminary **restricted/unrestricted cash balance classifications** |

| **Primary Observations** | - Subject to certain scope adjustments, the **Government's monthly cash reporting appears to be generally comprehensive and accurate** |
| | - **The Board identified, and now has online access** to, more than 1,100 bank accounts, which allows for cash balance monitoring going forward |
| |     o Initial **mapping completed on 147 government entities and programs with 2,013 bank accounts** holding an est. $18.10b as of June 30, 2019 |
| |     o Focused detailed procedures on **Title III entities with $11.32b in 524 accounts at 11 financial institutions** as of June 30, 2019 |
| | - Subject to ongoing analysis, **approximately $6.75b of the Title III balances appear to be unrestricted**, but much of those funds have committed purposes |
| |     o The TSA and certain other cash balances **are held in pooled accounts**, which consist of both unrestricted and restricted funds |
| |     o Analysis is ongoing to identify any additional restricted funds |

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

## 2. Overview of Commonwealth Liquidity Activities

# Background on cash investigation

- **In December 2017, AAFAF disclosed for the first time information on cash balances** for the Commonwealth and instrumentalities (Docket #2120)

- This court filing laid out the steps necessary to conduct an **Independent Review Process** in relation to the Government's cash position

  1. Determine, validate and reconcile all bank accounts;
  2. Engage an independent firm to conduct an evaluation of the cash inflows and outflows into all governmental bank accounts;
  3. Review the results of the independent evaluation to confirm legal restrictions relative to funds deposited into the bank accounts for each governmental entity;
  4. If excess unrestricted cash exists in bank accounts of the major component units, determine if such unrestricted cash exceeds necessary operating expenses; and
  5. Establish a process to access excess unrestricted cash as may be appropriate

- **In January 2018, the Oversight Board retained Duff & Phelps to conduct an investigation** into the cash at government and fiscal plan entities, certain other Title III debtors, and UPR

- Over more than a year, the Oversight Board modified the scope and processes to address **logistical problems presented by a cash management regime that was more disorganized and decentralized than anticipated**

- In March 2019, **a report was issued** identifying cash balances as of June 30, 2018

- After publishing the report, the **Oversight Board expanded its cash management review efforts** as described on the next page

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# The Oversight Board's current efforts around cash

 **The Oversight Board continued the investigation** with the goal of putting in place a process to report and update cash balances, reconcile them to government reports, and identify, in consultation with legal counsel, any restrictions placed on each of the bank accounts

 **The expanded activities increased the number of covered accounts** and separately identified accounts related to Title III and non-Title III entities

 Additional procedures were developed to **obtain more timely access to account balances and reconcile balances to government reporting**

 For June 30, 2019 balances, **82% of identified accounts and 94% of the estimated balances were confirmed through financial institution support**

- For covered Title III entities, **86% of identified accounts and 99% of estimated balances** were confirmed

 Furthermore, additional parameters were established to assess cash balance restrictions – **prioritizing the largest account balances and Title III entities**

 **Significant volume** of supporting documentation was reviewed by legal counsel to make a determination on the classification of restrictions

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Progress of bank account analysis

*The Oversight Board has greatly increased transparency into the Government's cash position*

| | December 2017 | September 2019 |
|---|---|---|
| **Reporting**  | • **No centralized accounts** or timely reporting<br><br>• **Lack of cooperation** by financial institutions or account holders | • **Independent and consolidated reporting** by Oversight Board that is substantially reconciled to govt. reporting<br><br>• While not automated, the Board has the ability to obtain balances for more than 1,100 accounts **on accelerated basis** |
| **Restrictions** | • **No consistent standards** for assessing restricted vs. unrestricted cash balances | • **Structured framework for categorization** of balances by restriction type<br><br>• **Legal process to review documentation** to determine presence and type of restriction imposed on cash |
| **Title III Cash**  | • **Lack of clarity** in delineation of cash between Title III and non-Title III entities | • **Complete database of bank accounts** with details on account holder, financial institution, cash balance, type of entity (Title III vs. non-Title III; agency vs. public corp.) |

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Summary of outreach to account holders

**63 of 88 Title III Account Holders** contacted by email, telephone, or in-person meetings
to obtain supporting documentation for account balances and restriction support

## Status of Outreach

| 63 Title III Account Holders contacted | **39 Account Holders** provided all requested supporting documentation | 11 of these Account Holders stated they have some or all accounts managed by Hacienda and are pending analysis |
|---|---|---|
| | **23 Account Holders** have outstanding requests (restriction documentation and other bank account information) | As of September 24, 2019, multiple follow ups via email or phone with each Account Holder have been performed |
| | **1 Account Holder** has not responded to requests | AAFAF and FOMB have been separately contacted and are currently helping with Account Holder outreach |
| **25 Title III Account Holders not contacted** | **25 Account Holders** have accounts under the custody of Hacienda, which are directly providing financial and restriction documentation | |

## Outreach Specifically for Restrictions

Approx. 40 accounts across 10 agencies required subsequent follow up to obtain add'l. restrictions support, as requested by the Legal Due Diligence team

AAFAF and FOMB are sending agencies numerous emails per day (as needed) and scheduling on-site visits to gather documentation to complete the analysis

Team of attorneys reviewing large volume of data which consists of:

- Performing independent research for restrictions

- Total number of documents reviewed thus exceeds ~1,200

- Documentation for contracts and laws can be 400 pages in length

- Re-reviewing documentation from IFAT report as well as newly obtained documentation

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Summary of account restriction description

| Preliminary type | Classification | Description |
|---|---|---|
| **Restricted** | **Federal Funds/Law** | Funds received from the Federal government or restricted by federal law or regulation for specific uses |
| | **Emergency Funds** | Funds restricted for emergency use by the FOMB |
| | **Third Party Funds** | Funds belonging to third parties and held by government entity in custodial or other segregated accounts |
| | **Third Party Contract** | Funds restricted for use due to contracts with third parties (e.g., debt service reserve funds held by Trustee) |
| | **Court Order** | Federal court order restricting use of funds |
| | **Bond Funds** | Tax-exempt bond proceeds with restricted use under the IRC |
| | **Title III** | Funds restricted pursuant to Title III cases for a specific debtor |
| **Pooled Accounts** | **Treasury Single Account (TSA)** | Funds deposited in the Government's main pooled operating accounts, which consists of both restricted and unrestricted funds |
| | **Inconclusive** | Funds where deposits may be pooled and/or information is limited to identify the source and potential restriction of funds |
| **Unrestricted** | **Unrestricted** | Funds that do not have legal restrictions regardless of whether such funds were generated by government entity or appropriated to such entity by the Commonwealth under Puerto Rico law |

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Preliminary TSA sweep structure



1: Two additional accounts, ####1216 and ####9865, were historically included as part of the TSA but have since been closed. The government classifies accounts ####4406 and ####3630 as part of the TSA cash balance as well while the analysis herein does not.

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# 3. Detailed Bank Account Analysis

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Summary of accounts and balances as of June 30, 2019

## Commonwealth Title III entities:

524 accounts out of 607 Title III accounts have been tied to financial institution support



representing balances totaling an est. $11.32b of an est. $11.34b

And for 147[1] government entities and programs:

1,649 accounts out of 2,013 accounts have been tied to financial institution support



representing balances totaling an est. $17.00b of an est. $18.10b



| Cash Reconciliation | 6/30/19 Balance ($b) | No. of Accounts |
|---|---|---|
| Accounts reported by AAFAF | $14.71 | 1,592 |
| Out of AAFAF Scope[2] | 1.88 | 319 |
| Additional Accounts Identified[3] | 0.99 | 232 |
| Removed[4] | (0.03) | (130) |
| Reconciling est. balance differences[5] | 0.56 | - |
| **Total Est. Cash Accounts** | **18.10** | **2,013** |
| Reconciling confirmed cash differences[6] | (1.10) | (364) |
| **Total Cash Confirmed** | **17.00** | **1,649** |
| Non-Title III Entities[7] | (5.68) | (1,125) |
| **Total Title III Cash Confirmed[8]** | **$11.32[9]** | **524** |

1: Refer to page 18 for a summary of entities included within scope for this analysis.
2: Refer to page 21. These differences are attributed to the exclusion of specific agencies from AAFAF's scope, as noted in their monthly Summary of Bank Account Balances report.
3: Refer to pages 22 and 23. These differences relate to additional accounts identified at agencies included in AAFAF's scope.
4: This adjustment removes accounts that were consolidated or eliminated during the analysis period, or duplicates due to aggregation of multiple sources of information.
5: Refer to page 24. This item is due to accounts where account balances differ between confirmed and reported values.
6: Refer to page 25. This item is due to accounts for which financial institution ("FI") support has not been provided and are still pending review.
7: Refer to pages 26 and 27 for a summary of the non-Title III entities and their respective account balances. Entity classifications still subject to legal review and material change.
8: Refer to pages 28 and 29 for a summary of the Title III entities and their respective account balances. Entity classifications still subject to legal review and material change.
9: Commonwealth entities make up approximately $10.77b of the total $11.32b Plan of Adjustment cash. Variances in the totals above are attributable to rounding.
**Disclaimer**: Amounts included throughout the presentation are subject to material modification based on the receipt of additional information and review by legal counsel.

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Bank account balance overview

**Overall Scope** - Have FI support on 1,649 bank accounts for 147 entities, $17.00b in value
**Title III Accounts** - Have FI support on 524 bank accounts for 88 entities, $11.32b in value

| Topic | Overall Scope of Accounts | | Title III Entities | |
|---|---|---|---|---|
| | **Description** | **Detail** | **Description** | **Detail** |
| **Population Under Review** | 2,013 bank accounts in population | $17.00b in balances across 1,649 bank accounts supported by financial institution support, such as bank statements | 607 bank accounts in population | $11.32b in balances across 524 bank accounts supported by financial institution support, such as bank statements |
| **Online Access for Bank Balances** | Online access to 1,161 bank accounts (approx. 70% of accounts), worth $12.78b | Expect online access to additional 125 accounts with $2.27b<br><br>Account access unlikely for 363 accounts with $1.95b[1] | Online access to 237 bank accounts (approx. 45% of accounts), worth $8.29b | Expect online access to additional 54 bank accounts with $1.73b<br><br>Account access unlikely for 233 accounts with $1.30b[1] |
| **Bank Accounts Pending Analysis** | 364 accounts pending analysis, i.e., govt. has not provided sufficient documentation to assess restriction | Expect online access to additional 59 accounts<br><br>Account access unlikely for 305 accounts | 83 accounts pending analysis, i.e., govt. has not provided sufficient documentation to assess restriction | Expect online access to additional 20 accounts<br><br>Account access unlikely for 63 accounts |

1: For example, Puerto Rico's Office of Court Administration did not provide online access, but provided bank statements. Additionally, online access was provided for several accounts within this population at Banco Popular; however, it was not possible to electronically extract balance information and Banco Popular provided bank statements.

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Restricted accounts – Title III

Below is a summary of the current status of Legal Due Diligence analysis over restrictions
by Component Unit for accounts comprising 95% of the $11.32b balance as of June 30, 2019

| Component Unit | 6/30/19 Balance ($b) | Preliminary Restriction Categories | | | | | | | Inconclusive | Unrestricted |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Federal Funds/ Law | Emerg. Funds | Third Party Funds | Third Party Contract | Court Order | Bond Funds | Title III | | |
| CW – TSA[1] | $7.28 | $0.66 | $0.52 | $- | $- | $- | $- | $- | $- | $6.10 |
| CW | 3.10 | 1.27 | --- | 1.07 | 0.05 | 0.02 | 0.03 | --- | 0.01 | 0.65[2] |
| PBA | 0.08 | --- | --- | --- | --- | --- | --- | 0.08 | --- | --- |
| ERS | 0.66[3] | --- | --- | --- | --- | --- | --- | 0.66 | --- | --- |
| Total | $11.12 | $1.93 | $0.52 | $1.07 | $0.05 | $0.02 | $0.03 | $0.74 | $0.01 | $6.75 |

| TSA[1] restrictions | • The Oversight Board's position is that the TSA funds are generally unrestricted except for Federal Funds and Budgetary Reserve Accounts remaining in pooled TSA accounts, but much of those funds have committed purposes.<br><br>• Restricted TSA funds are approximately **$1.18b** as of June 30, 2019. The unrestricted portion of the TSA is approximately **$6.10b**. |
| --- | --- |

1: TSA restrictions are preliminarily determined to be not restricted, except for federal and emergency funds; analysis is ongoing to identify any additional restricted funds.
2: The unrestricted amount consists of $0.41b in Department of Treasury accounts and $0.24b in accounts assigned to other agencies.
3: Balance is inclusive of $0.21b held by Department of Treasury. The Retirement System of Puerto Rico Judiciary holds an additional $0.04b balance.
**Disclaimer**: Amounts included throughout the presentation are subject to material modification based on the receipt of additional information and review by legal counsel.

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Next steps

- **Finalize legal analysis** on restricted versus unrestricted balances

- **Secure documentation and online access** from remaining agencies with cash balance that have not responded to repeated due diligence requests

- **Secure pending documentation to continue rolling forward cash balances** from financial institutions and agencies

# 4. Appendix

# List of government agencies included and excluded from cash reporting

## Agencies <u>Included</u> in FOMB analysis

### Title III Entities:

- 86 Commonwealth agencies, including:
  - Executive Branch
  - Legislative Branch
  - Judicial Branch
  - Executive Agencies and Departments
- PBA
- ERS

### Additional government entities and programs:

- Public Corporations, such as:
  - PREPA
  - COFINA
  - UPR
  - PRASA
  - COSSEC
  - Insurance Fund State Corporation
  - HFA
  - AFI

## Agencies <u>Excluded</u> from FOMB analysis

### Eliminated and consolidated government entities and programs:

- Puerto Rico Energy Administration
- Office of Municipal Management
- Labor Development Administration
- Film Development

- Office of Industrial Tax Exemption
- Pretrial Services Program
- Parole Board

### Managed by Other Agencies:

- Contributions for Pensions and Social Security - Teacher Retirement System (managed by TRS directly)
- Transit Safety Commission (bank accounts managed by AACA)

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# List of financial institutions where cash balances are held for Title III Entities

**524** bank accounts for **88 agencies** reflect approximately **$11.32b** in balances across multiple financial institutions

| Financial Institution | Number of Accounts | Balance as of 6/30/2019 | % of Number of Accounts |
|---|---|---|---|
| Banco Popular | 243 | $7,277,642,519 | 46.37% |
| First Bank | 46 | 161,268,213 | 8.78% |
| Banco de Desarrollo Economico | 1 | 528,349 | 0.19% |
| Banco Santander | 175 | 1,325,464,093 | 33.40% |
| BCOOP | 2 | 1,929,874 | 0.38% |
| BNY Mellon | 8 | 134,199,039 | 1.53% |
| Citibank | 4 | 1,616,533,657 | 0.76% |
| Northern Trust | 2 | 28,859,993 | 0.38% |
| Oriental Bank | 10 | 27,454,680 | 1.91% |
| US Bank | 32 | 61,364,007 | 6.11% |
| US Treasury[1] | 1 | 687,272,393 | 0.19% |
| **Grand Total[2]** | **524** | **$11,322,516,817** | **100.00%** |

1: The U.S. Treasury account pertains to unemployment claims.
2: Minimal differences in totals are attributed to rounding.

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Top 5 entities that comprise the Commonwealth's cash balance

**Five** entities reflect approximately **$10.44b**[1] in balances
of an estimated $10.77b within the Commonwealth



1: Minimal differences in totals are attributed to rounding.
2: Traditional Lottery is a government program whose accounts are managed by the Department of Treasury.

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Agencies included in cash analysis herein but fall outside of AAFAF reporting scope in cash reports[1]

*$ in millions*

| Agency Name | FOMB 3/31/2019 Balance[2] | FOMB 6/30/2019 Balance[2] | Number of Accounts |
|---|---|---|---|
| Electric Power Authority (PREPA)[3] | $949.51 | $926.94 | 32 |
| Office of Court Administration | 373.09 | 394.13 | 130 |
| Public Corp for the Supervision and Deposit Ins of PR Coops (COSSEC) | 315.47 | 320.53 | 9 |
| Municipal Finance Corporation (COFIM) | 151.42 | 130.78 | 85 |
| Government Development Bank For Puerto Rico | 40.90 | 46.36 | 6 |
| Puerto Rico Municipal Finance Agency | 282.35 | 22.51 | 22 |
| Office of Legislative Services | 15.67 | 15.61 | 4 |
| Senate | 13.81 | 14.28 | 6 |
| Superintendent of the Capitol | 5.42 | 5.55 | 4 |
| **Accounts pending confirmation** | | | |
| Council of Occupational Development & Human Resources (CDORH) | - | - | 8 |
| House of Representatives | - | - | 6 |
| Joint Special Commission of Legislative Funds | - | - | 3 |
| Department of State | - | - | 1 |
| State Office of Energy Public Policy | - | - | 1 |
| Program of Youth Affairs | - | - | 1 |
| General Services Administration | - | - | 1 |
| **Grand Total[4]** | **$2,147.64** | **$1,876.69** | **319** |

_____

1: The following analysis is ongoing and subject to change.
2: The balances for the accounts for which further FI information is required are currently marked with a dash (-).
3: These accounts include PREPA Networks and PREPA Retirement.
4: Minimal differences in totals are attributed to rounding.

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Additional accounts identified

*$ in millions*

| Agency Name | Balance as of 3/31/2019[1] | Balance as of 6/30/2019[1] | Number of Accounts |
|---|---|---|---|
| Puerto Rico Sales Tax Financing Corporation (COFINA) | $663.76 | $653.38 | 47 |
| Authority for the Financing of Infrastructure of Puerto Rico | 158.18 | 164.24 | 22 |
| University of Puerto Rico | 193.33 | 83.93 | 15 |
| Institutional Trust of the National Guard of Puerto Rico | 31.93 | 22.38 | 5 |
| Public Housing Administration | 15.29 | 15.29 | 1 |
| The Childrens Trust | 11.48 | 11.52 | 2 |
| Puerto Rico Tourism Development Fund | - | 11.00 | 1 |
| Highway and Transportation Authority | 18.96 | 10.53 | 30 |
| Department of Treasury | 0.47 | 9.50 | 4 |
| Industrial Development Company | 3.08 | 3.09 | 4 |
| School of Plastic Arts and Design | 2.51 | 2.58 | 1 |
| Maritime Transport Authority | 1.59 | 2.04 | 8 |
| Department of Labor and Human Resources | 0.52 | 0.53 | 1 |
| Metropolitan Bus Authority | 1.15 | 0.40 | 1 |
| Conservatory of Music Corporation of Puerto Rico | 0.20 | 0.20 | 1 |
| Retirement System for Employees of the Government | 0.14 | 0.15 | 3 |
| Retirement System of Puerto Rico Judiciary | 0.06 | 0.08 | 2 |
| Comprehensive Cancer Center | 0.01 | 0.01 | 5 |
| Public Buildings Authority | 1.48 | 0.00[2] | 12 |
| **Accounts pending confirmation** | | | |
| Land Authority de Puerto Rico | 2.07 | - | 2 |
| Teacher Retirement System | 39.76 | - | 2 |
| *Cont. on following page* | | | |

1: The balances for the accounts for which further FI information is required are currently marked with a dash (-).
2: This additional bank accounts associated with this agency include balances that are less than $10,000.

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Additional accounts identified (cont.)

*$ in millions*

| Agency Name | Balance as of 3/31/2019[1] | Balance as of 6/30/2019[1] | Number of Accounts |
|---|---|---|---|
| Statistics Institute of PR | 0.76 | - | 1 |
| Family and Children Administration | 0.35 | - | 4 |
| Company for the Integral Development of the Cantera Peninsula | 0.30 | - | 2 |
| Solid Waste Authority | 0.20 | - | 1 |
| Automobile Accident Compensation Administration | 0.04 | - | 1 |
| Tourism Company | 0.00 | - | 1 |
| **Accounts pending confirmation (active/inactive status)** | | | |
| Housing Financing Authority | - | - | 12 |
| Ports Authority | - | - | 4 |
| Department of Family | - | - | 1 |
| Puerto Rico Aqueduct and Sewer Authority (PRASA) | - | - | 7 |
| Department of Housing | - | - | 3 |
| Other - pending identification | - | - | 3 |
| Project Corporation ENLACE Cano Martin Pena | - | - | 1 |
| Convention Center District Authority of Puerto Rico | - | - | 5 |
| Day Care Center | - | - | 1 |
| Film Development Company | - | - | 1 |
| Department of Education | - | - | 1 |
| Department of Economic Development and Commerce | - | - | 6 |
| Department of Justice | - | - | 2 |
| National Parks Company of Puerto Rico | - | - | 1 |
| Department of Sports and Recreation | - | - | 1 |
| Natural Resources Administration | - | - | 3 |
| Land Administration | - | - | 1 |
| **Grand Total[2]** | **$1,147.60** | **$990.84** | **232** |

1: The balances for the accounts for which further FI information is required are currently marked with a dash (-).
2: Minimal differences in totals are attributed to rounding.

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Reconciling estimated balance differences[1]

| Differences attributable to potential **timing or classification variances** in supporting documentation | | | |
|---|---|---|---|

$ in millions

| Agency Name | FOMB 6/30/2019 Balance | AAFAF 6/30/2019 Balance | Difference[2] |
|---|---|---|---|
| Puerto Rico Municipal Finance Agency | $259.86 | $- | $259.86 |
| Retirement System for Employees of the Government | 454.40 | 333.65 | 120.75 |
| University of Puerto Rico | 529.32 | 413.76 | 115.57 |
| Municipal Revenue Collection Center (CRIM) | 55.48 | 0.00 | 55.47 |
| Teacher Retirement System | 150.29 | 110.28 | 40.01 |
| Economic Development Bank for Puerto Rico | 124.00 | 105.39 | 18.61 |
| Institutional Trust of the National Guard of Puerto Rico | 18.60 | 4.98 | 13.63 |
| Child Support Administration | 70.64 | 58.20 | 12.44 |
| Municipal Finance Corporation (COFIM) | 7.34 | - | 7.34 |
| Highway and Transportation Authority | 402.25 | 395.38 | 6.87 |
| Department of Housing | 11.79 | 7.75 | 4.04 |
| Land Authority de Puerto Rico | 19.25 | 16.18 | 3.07 |
| Tourism Company | 134.60 | 131.57 | 3.03 |
| Puerto Rico Aqueduct and Sewer Authority (PRASA) | 418.53 | 415.84 | 2.69 |
| Insurance Fund State Corporation | 180.00 | 177.72 | 2.28 |
| Maritime Transport Authority | 6.58 | 4.50 | 2.08 |
| Department of Labor and Human Resources | 839.97 | 838.14 | 1.83 |
| Public Buildings Authority | 100.31 | 98.79 | 1.52 |
| Land Administration | 14.45 | 13.22 | 1.24 |
| Statistics Institute of PR | 4.06 | 3.04 | 1.02 |
| Electric Power Authority (PREPA) | 398.38 | 407.50 | (9.13) |
| Industrial Development Company | 54.54 | 162.02 | (107.48) |
| **Grand Total[3]** | **$13,036.47** | **$12,473.93** | **$562.54** |

1: The following analysis is ongoing and subject to change.
2: The above represents the top 22 agencies with differences above ~$1.00m. Many differences attributable to timing or classification differences (such as the inclusion of investment accounts in the FOMB analysis). In other instances, the government is investigating the differences between publicly reported balances and bank statement data or supporting data for the government balances has not yet been provided.
3: Grand total includes differences for other agencies totaling $5.8m.

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Reconciling estimated confirmed cash differences[1]

FOMB is **awaiting financial institution support** for certain accounts
where an estimated balance is expected

*$ in millions*

| Agency Name | FOMB 6/30/2019 Balance | Estimated 6/30/2019 Balance | Difference[2] |
|---|---|---|---|
| Puerto Rico Aqueduct and Sewer Authority (PRASA) | $- | $430.26 | ($430.26) |
| Puerto Rico Municipal Finance Agency | - | 259.38 | (259.38) |
| University of Puerto Rico | - | 116.57 | (116.57) |
| Economic Development Bank for Puerto Rico | - | 81.34 | (81.34) |
| Municipal Revenue Collection Center (CRIM) | - | 55.47 | (55.47) |
| Teacher Retirement System | - | 39.76 | (39.76) |
| Administration for the Development of Agricultural Enterprises | - | 20.60 | (20.60) |
| Housing Financing Authority | - | 17.50 | (17.50) |
| Project Corporation ENLACE Cano Martin Pena | - | 12.62 | (12.62) |
| Child Support Administration | - | 12.44 | (12.44) |
| Institutional Trust of the National Guard of Puerto Rico | - | 12.00 | (12.00) |
| Municipal Finance Corporation (COFIM) | - | 7.13 | (7.13) |
| Highway and Transportation Authority | - | 6.03 | (6.03) |
| Ports Authority | - | 3.85 | (3.85) |
| Government Ethics Office | - | 3.36 | (3.36) |
| Electric Power Authority (PREPA) | - | 3.28 | (3.28) |
| Tourism Company | - | 3.03 | (3.03) |
| Land Authority de Puerto Rico | - | 2.07 | (2.07) |
| Convention Center District Authority of Puerto Rico | - | 1.79 | (1.79) |
| Other agencies[3] | - | 21.22 | (21.22) |
| **Grand Total[4]** | **$-** | **$1,109.72** | **($1,109.72)** |

1: The following analysis is ongoing and subject to change.
2: The above represents the top 22 agencies with differences above ~$3.00m. This count is due to accounts for which financial institution ("FI") support has not been provided and are still pending review.
3: Sum of AAFAF balances less than $1.50m.
4: Minimal differences in totals are attributed to rounding.

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Non-Title III entity confirmed balances

*$ in millions*

| Agency Name | Balance as of 3/31/2019[1] | Balance as of 6/30/2019[1] |
|---|---|---|
| Administration for the Development of Agricultural Enterprises | $45.70 | $56.07 |
| Agricultural Insurance Corporation | 5.78 | 7.05 |
| Authority for Financing of Industrial, Tourist, Edu., Medical, and Environmental Cntrl Facilities | 0.17 | 0.28 |
| Authority for the Financing of Infrastructure of Puerto Rico | 225.76 | 300.17 |
| Authority for the Redevelopment of the Lands and Facilities of the Naval Station Roosevelt Roads | 1.86 | 1.87 |
| Automobile Accident Compensation Administration | 134.73 | 139.65 |
| Cardiovascular Center of Puerto Rico and the Caribbean Corporation | 13.52 | 13.86 |
| Comprehensive Cancer Center | 28.41 | 28.69 |
| Conservatory of Music Corporation of Puerto Rico | 1.94 | 4.09 |
| Convention Center District Authority of Puerto Rico | 16.02 | 11.47 |
| Economic Development Bank for Puerto Rico | 130.53 | 43.95 |
| Educational Research and Medical Services Center for Diabetes | 0.77 | 0.72 |
| Electric Power Authority (PREPA) | 1,340.03 | 1,327.51 |
| Financial Oversight and Management Board for Puerto Rico | 33.27 | 43.78 |
| Fine Arts Center Corporation | 4.18 | 4.10 |
| Fiscal Agency & Financial Advisory Authority (AAFAF) | 51.90 | 57.70 |
| Government Development Bank For Puerto Rico | 40.91 | 46.36 |
| Health Insurance Administration | 284.93 | 283.44 |
| Highway and Transportation Authority | 446.20 | 406.75 |
| Housing Financing Authority | 51.37 | 60.81 |
| Industrial Development Company | 47.62 | 59.48 |
| Institute of Puerto Rican Culture | 2.89 | 5.60 |
| Institutional Trust of the National Guard of Puerto Rico | 39.76 | 28.84 |
| Insurance Fund State Corporation | 288.01 | 180.09 |
| Integrated Transport Authority | 6.44 | 4.86 |
| Land Administration | 14.12 | 14.45 |
| Land Authority de Puerto Rico | 18.45 | 17.18 |
| Maritime Transport Authority | 11.96 | 8.62 |
| Medical Services Administration | 38.29 | 49.03 |
| *Cont. on following page* | | |

1: The balances for the accounts for which further FI information is required are currently marked with a dash (-).

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Non-Title III entity confirmed balances (cont.)

| Agency Name ($ in Millions) | Balance as of 3/31/2019[1] | Balance as of 6/30/2019[1] |
|---|---|---|
| Metropolitan Bus Authority | $1.67 | $1.90 |
| Municipal Finance Corporation (COFIM) | 151.42 | 130.78 |
| Musical Arts Corporation | 5.37 | 5.55 |
| Office for Promotion of Human Development (OPDH) | 0.02 | 0.02 |
| Ponce Ports Authority | 0.17 | 0.17 |
| Ports Authority | 34.16 | 32.68 |
| Public Corp for the Supervision and Deposit Insurance of PR Cooperatives (COSSEC) | 315.47 | 320.53 |
| Public Private Partnership Authority | 33.54 | 30.73 |
| Puerto Rico Aqueduct and Sewer Authority (PRASA) | 588.22 | 419.11 |
| Puerto Rico Municipal Finance Agency | 282.35 | 22.51 |
| Puerto Rico Public Broadcasting Corporation | 2.33 | 2.70 |
| Puerto Rico Public Finance Corporation | - | 0.01 |
| Puerto Rico Sales Tax Financing Corporation (COFINA) | 686.86 | 676.19 |
| Puerto Rico Tourism Development Fund | - | 11.00 |
| Retirement System of Puerto Rico Judiciary | 36.16 | 36.24 |
| School of Plastic Arts and Design | 3.73 | 3.86 |
| Solid Waste Authority | 12.22 | 11.90 |
| Teacher Retirement System | 142.58 | 110.28 |
| The Childrens Trust | 11.48 | 11.52 |
| Tourism Company | 122.30 | 131.57 |
| Trade and Export Company | 13.93 | 14.82 |
| University of Puerto Rico | 608.48 | 498.61 |
| **Accounts pending confirmation** | | |
| Company for the Integral Development of the Cantera Peninsula | 1.17 | - |
| Culebra Conservation and Development Authority | 0.12 | - |
| Day Care Center | - | - |
| Model Forest | - | - |
| Municipal Revenue Collection Center (CRIM) | 55.48 | - |
| National Parks Company of Puerto Rico | - | - |
| Project Corporation ENLACE Cano Martin Pena | 10.63 | - |
| **Grand Total** | **$6,445.36** | **$5,679.17** |

1: Minimal differences in totals are attributed to rounding. The balances for the accounts for which further FI information is required are currently marked with a dash (-).

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Title III entity confirmed balances

*$ in millions*

| Agency Name | Balance as of 3/31/2019[1] | Balance as of 6/30/2019[1] |
|---|---|---|
| 911 Emergency System Bureau | $20.74 | $22.64 |
| Child Support Administration | 58.83 | 58.20 |
| Controllers Office | 6.25 | 7.75 |
| Department of Consumer Affairs | 0.00 | 0.00 |
| Department of Correction and Rehabilitation | 1.57 | 1.34 |
| Department of Economic Development and Commerce | 22.08 | 24.98 |
| Department of Education | 18.15 | 24.01 |
| Department of Family | 0.10 | 0.03 |
| Department of Housing | 7.59 | 11.79 |
| Department of Labor and Human Resources | 766.30 | 840.50 |
| Department of Natural and Environmental Resources | 0.02 | 0.01 |
| Department of Sports and Recreation | 0.24 | 0.61 |
| Department of Treasury | 6,917.19 | 8,636.44 |
| Electronic Lottery | 136.97 | 71.98 |
| Environmental Quality Board | 1.44 | 0.00 |
| Family and Children Administration | 0.83 | 0.24 |
| Forensics Science Bureau | 11.99 | 12.80 |
| Independent Consumer Protection Office | 0.68 | 0.57 |
| National Guard of Puerto Rico | 0.00 | 0.04 |
| Office for Community and Socioeconomic Development of Puerto Rico | 0.36 | 0.36 |
| Office of Court Administration | 373.09 | 394.14 |
| Office of Legislative Services | 15.67 | 15.61 |
| Office of the Governor | 0.01 | 0.01 |
| Public Buildings Authority | 76.73 | 98.83 |
| Public Housing Administration | 414.17 | 499.14 |
| Puerto Rico Education Council | 1.74 | 0.76 |
| Puerto Rico Energy Commission | 12.22 | 11.77 |
| *Cont. on following page* | | |

1: The balances for the accounts for which further FI information is required are currently marked with a dash (-).

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Title III entity confirmed balances (cont.)

*$ in millions*

| Agency Name | Balance as of 3/31/2019[1] | Balance as of 6/30/2019[1] |
|---|---|---|
| Puerto Rico Police Bureau | $14.69 | $18.78 |
| Retirement System for Employees of the Government and Judiciary Retirement System | 447.84 | 454.55 |
| Senate | 13.81 | 14.28 |
| Socioeconomic Development of the Family Administration | 0.14 | 1.74 |
| Statistics Institute of PR | 4.01 | 3.31 |
| Superintendent of the Capitol | 5.42 | 5.55 |
| Telecommunications Regulatory Board | 13.92 | 14.74 |
| Vocational Rehabilitation Administration | 0.56 | 0.32 |
| **Accounts pending confirmation** | | |
| Council of Occupational Development & Human Resources (CDORH) | - | - |
| Department of Justice | - | - |
| Department of State | - | - |
| Film Development Company | - | - |
| General Services Administration | - | - |
| Government Ethics Office | - | - |
| House of Representatives | - | - |
| Joint Special Commission of Legislative Funds | - | - |
| Natural Resources Administration | - | - |
| Office of the Solicitor - Special Independent Prosecutor | 0.61 | - |
| PR Federal Affairs Administration | 0.22 | - |
| Program of Youth Affairs | - | - |
| State Office of Energy Public Policy | - | - |
| **Grand Total** | **$9,371.29** | **$11,322.52** |

1: Minimal differences in totals are attributed to rounding. The balances for the accounts for which further FI information is required are currently marked with a dash (-).

Provided Pursuant to Court-Ordered Mediation / Subject to FRE 408 / Prepared with Advice of and at the Request of Counsel / Preliminary and Subject to Material Revision

# Disclaimer

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") and Ernst & Young Puerto Rico LLC ("EY") have prepared this report (the "Report") based upon information and material supplied by the Oversight Board, Oversight Board advisors, the Government of Puerto Rico (the "Government"), and publicly-available sources.  The Oversight Board engaged EY to perform an analysis of Puerto Rico's cash position as part of their mandate under the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA").

The nature and scope of EY's services were determined by the Oversight Board and are reflected in agreements between EY and the Oversight Board dated December 12, 2017, as amended from time to time (the "Agreements").  EY's procedures were limited to the procedures requested by the Oversight Board and which are described in the Agreements.  EY's work was performed only for the use and benefit of the Oversight Board and should not be used or relied on by anyone else.  Other persons who read this Report who are not a party to the Agreements do so at their own risk and are not entitled to rely on it for any purpose.  EY does not assume any duty, obligation or responsibility whatsoever to any other parties that may obtain access to the Report.

EY's services were advisory in nature.  While EY's work in connection with this Report was performed under the standards of the American Institute of Certified Public Accountants (the "AICPA"), EY did not render an assurance report or opinion under the Agreement, nor did EY's services constitute an audit, review, examination, forecast, projection or any other form of attestation as those terms are defined by the AICPA.  None of the services EY provided constituted any legal opinion or advice.  This Report is not being issued in connection with any issuance of debt or other financing transaction.
The Oversight Board has the knowledge, experience and ability to form its own conclusions.  Any assumptions, forecasts, projections, recommendations, conclusions or opinions contained in this Report are solely those of the Oversight Board.

In assisting in the preparation of this Report, EY relied on information and underlying data provided by the Oversight Board, Oversight Board advisors, the Government of Puerto Rico, or publicly-available resources, and such information was presumed to be current, accurate and complete. EY has not conducted an independent assessment or verification of the completeness, accuracy or validity of the information obtained.  Consequently, EY provides no assurance of any kind with respect to, or on, the information presented.

There will usually be differences between projected and actual results because events and circumstances frequently do not occur as expected and those differences may be material.  As a result, no assurance regarding the achievement of forecasted results is provided, and reliance should not be placed on any forecasted results or projects contained herein as such information is subject to material change and may not reflect actual results.  EY takes no responsibility for the achievement of projected results.