# EXHIBIT F

# Milbank

## JOHN J. HUGHES III

*Special Counsel*

55 Hudson Yards  |  New York, NY 10001-2163
T: 212.530.5127
Jhughes2@milbank.com  |  milbank.com

April 8, 2020

**VIA EMAIL**

| | |
|---|---|
| Peter Friedman, Esq. | Margaret A. Dale, Esq. |
| O'Melveny & Myers LLP | Proskauer Rose, LLP |
| 7 Times Square | Eleven Times Square |
| New York, NY 10036 | New York, NY 10036 |

      Re:    <u>Commonwealth Assets and Cash Rule 2004 Requests</u>

Counsel:

We write on behalf of Ambac Assurance Corporation ("<u>Ambac</u>") in response to certain issues raised by Margaret A. Dale's April 7, 2020 letter on behalf of the Financial Oversight and Management Board of Puerto Rico (the "<u>Oversight Board</u>") concerning *Ambac Assurance Corporation's Motion for Entry of an Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Assets* [ECF No. 9022] (the "<u>Assets Rule 2004 Motion</u>") and *Ambac Assurance Corporation's Motion for Entry of an Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Cash Restriction Analysis* [ECF No. 9023] (the "<u>Cash Rule 2004 Motion</u>," and collectively with the Assets Rule 2004 Motion, the "<u>Rule 2004 Motions</u>").[1]

## Cash Rule 2004 Motion

Ambac appreciates the Oversight Board's production of non-privileged factual source materials and raw data underlying the IFT report prepared by Duff & Phelps in response to Cash Category Nos. 1 and 2, as well as the Oversight Board's production of the "Master Database," as defined in the Duff & Phelps report, in response to Cash Category No. 4. Ambac's review and analysis of these documents is ongoing, but Ambac writes to follow up on certain issues concerning Cash Category Nos. 1 and 2.

Both the Cash Restriction Analysis presentation dated October 2, 2019, and the Duff & Phelps report dated March 12, 2019, contain several summary tables. Ambac has highlighted these summary tables in the copies of Cash Restriction Analysis and Duff & Phelps report appended to this letter. Ambac requests production of dynamic versions of these summary tables, such as excel spreadsheets or other file formats that were used to construct these summary tables.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Rule 2004 Motions.

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO

Peter Friedman, Margaret A. Dale
April 8, 2020

Ambac looks forward to your response and remains willing to meet and confer on the documents Ambac requests in connection with Cash Category Nos. 1 and 2.  Ambac reserves all rights with respect to its other Cash Rule 2004 Requests and its Assets Rule 2004 Requests.

### Rule 30(b)(6) Depositions

Please see below for a preliminary list of topics as to which Ambac seeks 30(b)(6) deposition testimony.  In providing this list, Ambac seeks to convey its sense of some of the key topics that could be addressed through depositions for purposes of advancing the Parties' negotiations.  However, Ambac reserves all rights to revise or supplement this list and serve formal notices containing any and all topics for which Ambac seeks deposition testimony.

**Assets Rule 2004 Topics.**  In connection with the Assets Rule 2004 Motion, Ambac seeks 30(b)(6) deposition testimony on the following topics:

1. The identification, valuation, alienation, or encumbrance of Commonwealth or instrumentality Property or interests therein.

2. The identification, valuation, alienation, or encumbrance of the properties identified in Ambac's March 16, 2020 email.

3. The 23 properties indicated as sold, or to be sold by December 2019, by HTA in the August 2019 report on the implementation of HTA's certified fiscal plan.

4. The hospitality, commercial, and residential developments owned, managed, developed, or overseen by CCDA.

5. The Puerto Rico Convention Center, Coliseo de Puerto Rico José Miguel Agrelot, and the Rivas Domenici Executive Airport.

6. The Real Property Valuation and Disposal Committee.

7. The identification, valuation, alienation, or encumbrance of Municipal Revenue Collection Center ("CRIM") Property or interests therein.

8. The valuation and sale of CRIM's assets, including (but not limited) those assets reviewed or sold as part of Garnet Capital Advisors' initiative to sell CRIM's assets.

**Cash Rule 2004 Topics.**  In connection with the Cash Rule 2004 Motion, Ambac seeks 30(b)(6) deposition testimony on the following topics:

1. The "Summary of Cash Restriction Analysis" presentation, dated October 2, 2019.

2. The "Bank Account Analysis:  Status Update – June 30, 2019 Balances" presentation, dated October 2, 2019.

3. Duff & Phelps and Ernst & Young's investigations into the cash held at government and fiscal plan entities, certain other Title III debtors, and the University of Puerto Rico.

Peter Friedman, Margaret A. Dale
April 8, 2020

4.  The assessment of the Commonwealth's necessary operating expenses, including (but not limited to) analyses of which funds are restricted or unrestricted and the implications of such designations.

5.  Public corporations that do not receive general funds from the Commonwealth, including (but not limited to) the board members of such public corporations, any indirect government appropriations received by such public corporations, and the bank accounts held by such public corporations.

6.  Public corporations that receive general funds from the Commonwealth, including (but not limited to) the board members of such public corporations and the bank accounts held by such corporations.

7.  Any analysis of Federal Funds, including (but not limited to) the allocation of Federal Funds to public corporations.

8.  The calculation of the Emergency Reserve Fund, as defined under P.R. Stat Tit. 23 § 106.

9.  The identification and valuation of any assets, including non-cash assets, being acquired from or by ERS, and the decision to acquire such assets from or by ERS.

10. The calculation of the $2,000,000,000 of Cash and $900,000,000 of Excess Cash in the Plan Support Agreement the Oversight Board announced on June 16, 2019.

Ambac looks forward to discussing these issues and others implicated by Margaret A. Dale's April 7, 2020 letter during the Parties' telephonic meet-and-confer on April 9, 2020.

Very truly yours,


/s/ *John J. Hughes III*
John J. Hughes III


cc:   Grant Mainland
      Atara Miller
      Elizabeth L. McKeen
      Laura Stafford
      Martin A. Sosland
      Robert S. Berezin
      William Natbony
      Nicholas A. Bassett
      John E. Mudd

Encls.