```
 1                     UNITED STATES DISTRICT COURT

 2                      DISTRICT OF PUERTO RICO

 3
      In Re:                    )      Docket No. 3:17-BK-3283(LTS)
 4                              )
                                )      PROMESA Title III
 5    The Financial Oversight and )
      Management Board for       )
 6    Puerto Rico,              )      (Jointly Administered)
                                )
 7    as representative of       )
                                )
 8    The Commonwealth of        )
      Puerto Rico, et al.        )      November 20, 2020
 9                              )
                  Debtors,      )
10
      _____
11

12         HEARING ON ADJOURNED OMNIBUS OBJECTIONS TO CLAIMS

13    BEFORE THE HONORABLE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN

14              UNITED STATES DISTRICT COURT JUDGE

15    AND THE HONORABLE U.S. MAGISTRATE JUDGE JUDITH GAIL DEIN

16              UNITED STATES DISTRICT COURT JUDGE

17    _____

18
      APPEARANCES:
19
      ALL PARTIES APPEARING TELEPHONICALLY
20
      For The Commonwealth
21    of Puerto Rico, et al.:  Ms. Laura Stafford, PHV

22

23

24

25    Proceedings recorded by stenography.  Transcript produced by
      CAT.
```

```
 1  ║                    I  N  D  E  X
 2  ║ WITNESSES:                                    PAGE
 3  ║      None.
 4  ║
 5  ║ EXHIBITS:
 6  ║      None.
 7  ║
 8  ║
 9  ║
10  ║
11  ║
12  ║
13  ║
14  ║
15  ║
16  ║
17  ║
18  ║
19  ║
20  ║
21  ║
22  ║
23  ║
24  ║
25  ║
```

```
1                                    San Juan, Puerto Rico

2                                    November 20, 2020

3                                    At or about 9:01 AM

4                        *     *     *

5           THE COURT:  Buenos dias.  Good morning.  This is

6      Judge Swain speaking.

7               MS. NG:  Hi, Judge.  It's Lisa.

8           COURTROOM DEPUTY:  Good morning, Your Honor.

9           THE COURT:  Good morning, Ms. Tacoronte.

10      Good morning, Ms. Ng.

11      Ms. Walker, are you on the line as well?

12          COURT REPORTER:  Good morning, Your Honor.  Yes,

13     we're here.

14          THE COURT:  Good morning.

15      And so, Ms. Diaz, will you announce the case?

16          COURTROOM DEPUTY:  Absolutely, Your Honor.

17      The United States District Court for the District of

18     Puerto Rico is now in session.  The Honorable Laura Taylor

19     Swain presiding.  God save the United States of America and

20     this Honorable Court.

21      Bankruptcy Case No. 17-3283, *In re: The Financial and*

22     *Oversight Management Board for Puerto Rico, as representative*

23     *of the Commonwealth of Puerto Rico, et al.*, for Further

24     Hearing on Adjourned Omnibus Objections to Claims.

25          THE COURT:  Thank you.
```

1          Would the interpreter please state the interpreter's

2   name?

3          THE INTERPRETER:  Good morning, Your Honor.  Juan

4   Segarra Palmer.

5          THE COURT:  Good morning, Mr. Segarra.

6          Is there anyone there to speak in opposition to the

7   objection yet for whom we need interpretation?

8          COURTROOM DEPUTY:  Good morning, Your Honor.  This is

9   Carmen.  There is no one here for the nine o'clock group.

10          THE COURT:  Very well then.  I will proceed,

11   unless -- and yes, for completeness of the transcript, I will

12   make my usual opening speech.

13          Welcome, counsel, parties in interest, and members of

14   the public and press.  Today's telephonic hearing is for the

15   purpose of addressing several pending Omnibus Claim

16   Objections.  To ensure the orderly operation of today's

17   telephonic hearing, all parties on the line must mute their

18   phones when they are not speaking.

19          If you are accessing these proceedings on a computer,

20   please be sure to select "mute" on both the Court Solutions

21   dashboard and your phone.  When you need to speak, you must

22   unmute on both the dashboard and the phone.

23          I remind everyone that, consistent with court and

24   judicial conference policies and the orders that have been

25   issued, no recording or retransmission of the hearing is

1   permitted by any person, including but not limited to the

2   parties, members of the public, or the press.  Violations of

3   this rule may be punished with sanctions.

4        The Agenda for today's hearing was filed by the

5   Oversight Board on November 18th, 2020.  The Agenda, which was

6   filed at Docket Entry No. 15190 in case no. 17-3283, is

7   available to the public at no cost on Prime Clerk for those

8   interested.

9        Each portion of today's hearing will begin at or

10  about the time indicated on the Agenda.  When we need to take

11  a break, I will direct everyone to disconnect and dial back in

12  at a specified time.  We will have sessions today beginning at

13  9:00 AM, 10:30 AM, 1:00 PM, 2:30 PM, and 4:00 PM, all of those

14  times stated in Atlantic Standard Time.

15       The first Agenda item is the 118th Omnibus Objection

16  on the nine o'clock calendar.  Ms. Stafford, would you

17  proceed, please?

18       MS. STAFFORD:  Yes.  Thank you, Your Honor.  This is

19  Laura Stafford of Proskauer Rose on behalf of the Financial

20  Oversight and Management Board.

21       The 118th Omnibus Objection was filed at ECF No.

22  9568.  This objection seeks to disallow in their entirety

23  proofs of claim that asserted interests based upon an

24  unspecified Puerto Rico statute, but which failed to provide a

25  basis for asserting liability against the debtors.

1          Three responses to this objection remain outstanding.

2   The first of those was filed by Iluminada Velazquez Ramos with

3   respect to Proof of Claim No. 104010.  This was mailed to the

4   debtors, and it has been filed on the docket at ECF No.

5   15116-1.

6          This response consists of a copy of a page from the

7   118th Omnibus Objection.  On that page, the claimant appears

8   to have written the date December 27, 2019.  The claimant did

9   not, however, provide any additional information required to

10  process her claim, such as information regarding the specific

11  Puerto Rico laws asserted, or how those laws result in

12  liabilities owed to the claimant.

13         Accordingly, the debtors request the Court grant the

14  objection and disallow the claim, not withstanding

15  Ms. Velazquez Ramos' response.

16         THE COURT:  Thank you.  Please proceed to address the

17  next responding claimant.

18         MS. STAFFORD:  Sure, Your Honor.

19         The next responding claimant is Virgen Adria Velez

20  Torres.  This response was filed on the docket at ECF No.

21  10132.  And we would note that the response references Proof

22  of Claim Nos. 91584, 94640, 92983, and 104956.  However, the

23  debtors' records reflect both claims were actually filed by a

24  different claimant, Sylvia Castillo Lopez, and that the proofs

25  of claim filed by Ms. Velez Torres, and addressed by her

1    response, are Proof of Claim Nos. 101788, 104306, and 104450.

2    The response consists of a letter requesting

3    additional time to obtain any necessary documents in light of

4    the January 2020 earthquakes and the subsequent closure of

5    public offices.  The debtors had agreed to extend until March

6    27th, 2020, the deadline for claimants subject to the 118th

7    Omnibus Objection to file responses to the objection in light

8    of those events.

9    During that time -- during the time between the

10   initial January 14th deadline and the March 27th deadline,

11   government offices were open and serving the people of Puerto

12   Rico for at least two months.  Nevertheless, Ms. Velez Torres

13   has not provided additional documentation in support of her

14   claim.

15   Accordingly, because the claimant still has not

16   provided sufficient information to enable the debtors to

17   process the claim, we would request the Court grant the

18   objection and disallow the claim, not withstanding Ms. Velez

19   Torres' response.

20   THE COURT:  And that relates to claims 101788,

21   104306, and 104450; is that correct?

22   MS. STAFFORD:  That is correct, Your Honor.

23   THE COURT:  Thank you.  And would you proceed to the

24   next response to this 118th Objection?

25   MS. STAFFORD:  I would be glad to, Your Honor.

1          I did just want to note this claimant is also

2    scheduled for the 9:30 time slot.  So I'm happy to address it

3    now and we can -- if she shows up at the next time slot, I'm

4    happy to discuss it at that point as well.

5          THE COURT:  Very good.  If we need to, we'll go back,

6    because although I'll make rulings, I won't be entering an

7    order right away.  So if someone does come late, we can go

8    back and discuss the other claim.

9          MS. STAFFORD:  That sounds great, Your Honor.

10         So this response was filed by Virgen Milagros Velez

11   Torres.  This response also claims to reference Proof of Claim

12   Nos. 91584, 94640, 92983, and 104956.  However, again, the

13   debtors' records reflect both claims were filed by a Sylvia

14   Castillo Lopez, and that with -- proof of claims filed by

15   Ms. Velez Torres are 100547, 105016, and 105675.

16         This response also --

17         THE COURT:  Is it --

18         MS. STAFFORD:  Sorry?

19         THE COURT:  I'm sorry.  So is it just 105675 that

20   relates to the 118th?

21         MS. STAFFORD:  I believe it is.

22         THE COURT:  Because there are three of those.  So

23   let's deal with the one that relates to the 118th now.

24         MS. STAFFORD:  Of course, Your Honor.  That's --

25   claimant, Ms. Velez Torres, filed a letter requesting

1   additional time to obtain any necessary documents with respect

2   to Claim No. 105675 in light of the January 2020 earthquakes

3   and the subsequent closure of public offices.

4           As noted, Your Honor, the debtors had agreed to

5   extend until March 27, 2020, the deadline for claimants

6   subject to the 118th Omnibus Objection to file responses to

7   that objection.  And during the time that had been extended,

8   government offices were open and serving the people of Puerto

9   Rico.  Nevertheless, Ms. Velez Torres has not provided

10  additional documentation in support of her claim.

11          Accordingly, because Ms. Velez Torres still has not

12  provided sufficient information to enable the debtors to

13  process the claim, we would request the Court grant the

14  objection and disallow the claim, not withstanding Ms. Velez

15  Torres' response.

16          THE COURT:  Actually, I apologize.  I misspoke.  And

17  my notes indicate that all three numbers do relate to the

18  118th Objection.  It's just that two of those claim numbers

19  were in the list for the 10:30.

20          And so I am in a position to -- oh, I guess what

21  we'll do is do the rulings on the 118th at the beginning of

22  the 10:30 session.  And if Ms. Virgen Milagros Velez Torres

23  has arrived to speak for the 10:30, we'll hear her before I

24  rule on the 118th as to the three respondents, if that is

25  acceptable to you.

 1          MS. STAFFORD:  That sounds great, Your Honor.  Thank

 2  you.

 3          THE COURT:  Okay.  Very good.  And so that would seem

 4  to complete the Agenda for the nine o'clock calendar.

 5          Ms. Tacoronte, has anyone arrived to speak in

 6  connection with the nine o'clock calendar?

 7          COURTROOM DEPUTY:  No, Your Honor.

 8          THE COURT:  Very well then.  We will take a break and

 9  resume at 10:30 Atlantic Standard Time, which is 9:30 Eastern

10  Standard Time, for the 10:30 calendar.

11          Thank you all very much.  We are adjourned.

12          (At 9:19 AM, recess taken.)

13          (At 10:29 AM, proceedings reconvened.)

14          THE COURT:  Buenos dias.  This is Judge Swain.

15          MS. NG:  Hi, Judge.

16          THE COURT:  Hi, Lisa.  So is everyone on the line?

17          MS. NG:  Yes.  Yes.

18          THE COURT:  Okay.  Very good.

19          We are here for the 10:30 calendar for the Claim

20  Objection Hearing.  Ms. Tacoronte, or Ms. Diaz, are you

21  planning to call the case again to augment the appearances?

22          COURTROOM DEPUTY:  Yes, Your Honor.  I would like to

23  add for the record that Magistrate Judge Judith Dein is also

24  present during the hearing.

25          THE COURT:  Thank you.  And have any of the

1   respondents arrived to speak in opposition to the motion?

2            COURTROOM DEPUTY:  No, Your Honor.

3            THE COURT:  And so, specifically, Virgen Milagros

4   Velez Torres is not there, who was on both the nine o'clock

5   calendar and the 10:30 calendar?

6            COURTROOM DEPUTY:  That's correct, Your Honor.  She's

7   not here.

8            THE COURT:  Very well.  Then I will now make my

9   ruling as to the 118th Omnibus Objection.

10           The 118th Omnibus Objection is sustained as to Claim

11  No. 104010 of Iluminada Velazquez Ramos, and that claim is

12  disallowed in its entirety, because the proof of claim and

13  supplemental response from the claimant failed to provide

14  sufficient information to support a claim.

15           The 118th Omnibus Objection is also sustained as to

16  Claim Nos. 101788, 104306, and 104450 of Virgen Adria Velez

17  Torres.  And those claims are disallowed in their entirety

18  because the proofs of claim and supplemental response from the

19  claimant fail to provide sufficient information to support

20  claims.

21           Finally, the 118th Omnibus Objection is sustained as

22  to Claim Nos. 105675, 100547, and 105016 of Virgen Milagros

23  Velez Torres.  And those claims are disallowed in their

24  entirety, because the proofs of claim and supplemental

25  response from the claimant failed to provide sufficient

1   information to support claims.

2          Ms. Stafford, will the Oversight Board provide a

3   comprehensive proposed order dealing with all of the

4   outstanding issues on the 118th Omnibus Objection?

5          MS. STAFFORD:  We would be glad to do so, Your Honor.

6   Thank you.

7          THE COURT:  Thank you very much.

8          And so now we can proceed to the 119th Omnibus

9   Objection.  Ms. Stafford, would you proceed?

10         MS. STAFFORD:  Thank you, Your Honor.

11         The 119th Omnibus Objection was filed at ECF No.

12   9569.  This objection seeks to disallow in their entirety

13   proofs of claim that fail to provide a basis for asserting

14   liability against the debtors.

15         One response remains outstanding.  This response is a

16   reply by Luz Carmona Torres with respect to Proof of Claim No.

17   7611.  The response was mailed to the debtors, and we have

18   filed it on the docket at ECF No. 15117.

19         The response consists of a handwritten note providing

20   information regarding Ms. Carmona Torres' employment with the

21   Department of Education and there was an asserted lack of

22   seniority.  However, Ms. Carmona Torres does not provide

23   information required to process her claim, such as an employee

24   ID number, a Social Security number, or years of service, or

25   other information necessary in order for the debtors to

1   process her claim.  In addition, Ms. Carmona Torres also

2   states that she does not wish to pursue a claim against the

3   Financial Oversight and Management Board.

4           Accordingly, because the claimant has not provided

5   sufficient information to enable the debtor to process the

6   claim, and because it was not clear that Ms. Carmona Torres

7   wishes to continue with her claim, we would request the Court

8   grant the objection and disallow the claim, not withstanding

9   Ms. Carmona Torres' response.

10          THE COURT:  Thank you.  And, Ms. Stafford, would you

11  please do me the favor of repeating again the docket entry at

12  which the 119th Objection is filed?

13          MS. STAFFORD:  The 119th Objection was filed at, I

14  apologize, 9569.

15          THE COURT:  That's not 8983?  I think I just

16  made a -- I have a different number in my notes.  But you'll

17  make sure that the order reflects the accurate docket entry

18  number, correct?

19          MS. STAFFORD:  We certainly will, yes.  We certainly

20  will.

21          THE COURT:  Very well.  And I apologize if it's my

22  mistake, but I just wanted to be sure.

23          And so on the basis of the Oversight Board's proffer,

24  and in the absence of any appearance in opposition to the

25  objection, the 119th Omnibus Objection is sustained as to

1   Claim No. 7611 of Luz S. Carmona Torres.  And that claim is

2   disallowed in its entirety, because the proof of claim and

3   supplemental response from the claimant fail to provide

4   sufficient information to support a claim.

5           And the Oversight Board will provide a comprehensive

6   proposed order disallowing the claims resolved by the Omnibus

7   Objection 119.

8           MS. STAFFORD:  We will, thank you.

9           THE COURT:  Ms Tacoronte -- thank you.

10          Ms. Tacoronte, has anyone else arrived to speak in

11  opposition to the items on the 10:30 calendar?

12          COURTROOM DEPUTY:  No, Your Honor.

13          THE COURT:  Thank you.  We will proceed then to the

14  121st Omnibus Objection.  Ms. Stafford.

15          MS. STAFFORD:  Thank you, Your Honor.

16          The 121st Omnibus Objection was filed at ECF No.

17  9572.  This objection seeks to disallow in their entirety

18  proofs of claim that failed to provide a basis for asserting

19  liability against the debtors.

20          One response remains outstanding, and it was filed by

21  Luis S. Montanez Reyes with respect to Proof of Claim Nos.

22  1120 and 3624.  Mr. Montanez Reyes' response was filed at ECF

23  No. 9741.  This response consists of a handwritten letter

24  describing mutual funds established by UBS, among other firms.

25  It also attaches a UBS account statement demonstrating

1  Mr. Montanez Reyes' investment in certain mutual funds which,

2  in turn, may have invested in bond funds purportedly issued by

3  one or more Title III debtors.

4       However, as set forth in the debtors' Reply, Mr.

5  Montanez Reyes lacks standing to assert a claim against the

6  debtors because, at most, he is a creditor of the mutual fund

7  in which he has invested, and those mutual funds are, in turn,

8  creditors of ERS.  To the extent the mutual funds identified

9  in Mr. Montanez Reyes' supporting documentation have invested

10  in bonds issued by the Commonwealth, the mutual funds and not

11  Mr. Montanez Reyes would be the proper claimant.

12       Accordingly, because Mr. Montanez Reyes has not

13  provided evidence of a direct claim against any of the

14  debtors, we would request the Court grant the objection and

15  disallow the claim not withstanding Mr. Montanez Reyes'

16  response.

17       THE COURT:  Thank you.

18       On the basis of the Oversight Board's proffers, and

19  in the absence of an appearance in opposition to the motion,

20  the -- in opposition to the objection, the 121st Omnibus

21  Objection is sustained as to Claim Nos. 1120 and 3624 of Luis

22  S. Montanez Reyes.  And those claims are disallowed in their

23  entirety, because Mr. Montanez Reyes' submission shows that he

24  lacks an individual interest in debt securities issued by the

25  Title III debtors.  His response indicates that any such

1   claims are the property of the mutual funds in which he

2   invested that own the debt securities that may have sustained

3   losses.

4           And I would ask again that the Oversight Board

5   prepare a comprehensive proposed order as to the outstanding

6   matters on the 121st Objection to Claims.

7           MS. STAFFORD:  We would be glad to do so, Your Honor.

8   Thank you.

9           THE COURT:  Thank you.  And so, Ms. Stafford, does

10  that complete the 10:30 calendar?

11          MS. STAFFORD:  It does, Your Honor.

12          THE COURT:  Very well.  We will adjourn then and

13  recommence with the one o'clock calendar, which is at 12:00

14  noon Eastern Standard Time.  Everyone keep well until then.

15  Thank you.

16          (At 10:41 AM, recess taken.)

17          (At 12:56 PM, proceedings reconvened.)

18          THE COURT:  Buenas tardes.  This is Judge Swain

19  speaking.

20          MS. NG:  Hi, Judge.  It's Lisa.

21          THE COURT:  And we have ascertained that everyone is

22  on who needs to be on?

23          MS. NG:  Yes, everybody's on.

24          THE COURT:  Thank you.

25          Ms. Tacoronte, are there any people there to speak in

1    opposition to the matters on the one o'clock calendar?

2              COURTROOM DEPUTY:  No, Your Honor.

3              THE COURT:  Thank you.

4              Well, our one o'clock calendar begins with the 122nd

5    Omnibus Objection to Claims.  Ms. Stafford, you may proceed.

6              MS. STAFFORD:  Thank you, Your Honor.

7              The 122nd Omnibus Objection to Claims was filed at

8    ECF No. 9574.  This objection seeks to disallow in their

9    entirety proofs of claim that fail to provide a basis for

10   asserting liability against the debtors.

11             Two responses to this objection remain outstanding.

12   The first of these was filed by Anibal Rodriguez Negron with

13   respect to Proof of Claim No. 2724.  This response was mailed

14   to the debtors, and we have filed it on the docket at ECF No.

15   15118-1.

16             The response consists of a partially completed

17   outreach mailing.  These outreach mailings ask claimants to

18   identify whether their claims arose out of a legal proceeding,

19   out of current or former employment with the Government of

20   Puerto Rico, or whether the liabilities they asserted arise

21   from another source.

22             In the mailing, Ms. Rodriguez Negron states that she

23   is not asserting liabilities arising out of a legal

24   proceeding, and that she is not asserting liabilities arising

25   out of current or former employment with the Government of

1   Puerto Rico.  She does not, however, provide any additional

2   information needed to process the claims, such as an

3   identification of the nature or source of the liabilities she

4   is asserting.

5         Accordingly, because Ms. Rodriguez Negron still has

6   not provided sufficient information to enable the debtors to

7   process the claim, we would request the Court grant the

8   objection and disallow the claim, not withstanding

9   Ms. Rodriguez Negron's response.

10        THE COURT:  Thank you.  You may continue and speak to

11  the other respondents to the 122nd Objection.

12        MS. STAFFORD:  Thank you, Your Honor.

13        The second outstanding response was filed by Dorka

14  Rodriguez Santiago with respect to Proof of Claim No. 28910.

15  This response was also mailed to the debtors, and we have

16  filed it on the docket at ECF No. 15118-3.  The response

17  consists of a copy of Ms. Rodriguez Santiago's proof of claim.

18  It does not, however, provide any additional information

19  needed to process the claim.

20        Accordingly, we would request the Court grant the

21  objection and disallow the claim, not withstanding

22  Ms. Rodriguez Santiago's response.

23        THE COURT:  Thank you.

24        On the basis of the Oversight Board's proffers and in

25  the absence of any appearance in opposition to the objection,

1   the 122nd Omnibus Objection is sustained as to Claim No. 2724

2   of Anibal Rodriguez Negron.  And that claim is disallowed in

3   its entirety, because the proof of claim and supplemental

4   response from the claimant failed to provide sufficient

5   information to support a claim.

6        The 122nd Omnibus Objection is likewise sustained on

7   the basis of the Oversight Board's proffers and in the absence

8   of an appearance in opposition as to Claim No. 28910 of Dorka

9   Rodriguez Santiago.  And that claim is disallowed in its

10   entirety, because the proof of claim and supplemental response

11   from the claimant failed to provide sufficient information to

12   support a claim.

13        And will the Oversight Board provide a comprehensive

14   proposed order dealing with the outstanding matters on the

15   122nd Omnibus Objection?

16        MS. STAFFORD:  Of course, Your Honor.  We would be

17   glad to.

18        THE COURT:  Thank you, Ms. Stafford.

19        Ms. Tacoronte, has anyone appeared to speak in

20   opposition to the 123rd Omnibus Objection?

21        COURTROOM DEPUTY:  No, Your Honor.

22        THE COURT:  Thank you.

23        Ms. Stafford, you may proceed.

24        MS. STAFFORD:  Thank you, Your Honor.

25        With respect to the 123rd Omnibus Objection, this

1   objection was filed on the docket at ECF No. 9576.  This

2   objection seeks to disallow in their entirety proofs of claim

3   that fail to provide a basis for asserting liability against

4   the debtors.

5           One response remains outstanding.  That response was

6   filed by Hector F. Vallejo Moreno with respect to Proof of

7   Claim No. 41566.  And his response was filed on the docket

8   with respect to -- at ECF No. 9978.

9           This response consists of a handwritten letter

10   stating that Mr. Vallejo Moreno was providing the information

11   requested.  However, no documentation was attached to the

12   handwritten letter.  The debtors have attempted to contact

13   Mr. Vallejo Moreno, but have been unable to reach him and,

14   therefore, have been unable to ascertain what additional

15   information Mr. Vallejo Moreno was intending to provide.

16           Accordingly, because the claimant still has not

17   provided sufficient information to enable the debtors to

18   process the claim, we would request the Court grant the

19   objection and disallow the claim, not withstanding Mr. Vallejo

20   Moreno's response.

21           THE COURT:  Thank you.

22           On the basis of the Oversight Board's proffers and in

23   the absence of an appearance in opposition to the objection,

24   the 123rd Omnibus Objection is sustained as to Claim No. 41566

25   of Hector F. Vallejo Moreno.  And that claim is disallowed in

1  its entirety, because the proof of claim and supplemental

2  response from the claimant failed to provide sufficient

3  information to support a claim.

4          And will the Oversight Board provide a comprehensive

5  proposed order as to the 123rd Omnibus Objection?

6          MS. STAFFORD:  We would be glad to, Your Honor.

7  Thank you.

8          THE COURT:  Thank you, Ms. Stafford.

9          Ms. Tacoronte, has anyone appeared in response to the

10  124th Omnibus Objection, which is the next Agenda item?

11          COURTROOM DEPUTY:  No, Your Honor.

12          THE COURT:  Thank you.

13          Ms. Stafford, you may proceed.

14          MS. STAFFORD:  Thank you, Your Honor.

15          The 124th Omnibus Objection was filed at ECF No.

16  9892.  This objection seeks to disallow in their entirety

17  proofs of claim that asserted interests based on salary

18  demand, employment, or services provided, but which failed to

19  provide a basis for asserting liability against the debtors.

20          One response remains outstanding.  This response was

21  submitted by Francisco Beltran Cintron with respect to Proof

22  of Claim No. 146528.  This response was mailed to the debtors,

23  and we have filed it on the docket at ECF No. 15119-1.

24          This response consists of a copy of Mr. Beltran

25  Cintron's proof of claim.  It does not, however, provide any

1   additional information needed to process the claim.

2          Accordingly, because the claimant still has not

3   provided sufficient information to enable the debtors to

4   process the claim, we would request the Court grant the

5   objection and disallow the claim, not withstanding Mr. Beltran

6   Cintron's response.

7          THE COURT:  Thank you.

8          Based on the Oversight Board's proffers and in the

9   absence of any appearance in opposition to the objection, the

10  124th Omnibus Objection is sustained as to Claim No. 146528 of

11  Francisco Beltran Cintron.  And that claim is disallowed in

12  its entirety, because the proof of claim and supplemental

13  response from the claimant failed to provide sufficient

14  information to support a claim.

15         Will the Oversight Board provide a comprehensive

16  proposed order as to the 124th Omnibus Objection?

17         MS. STAFFORD:  Of course, Your Honor.  We would be

18  glad to.  Thank you.

19         THE COURT:  Thank you, Ms. Stafford.

20         Ms. Tacoronte, is there anyone there to speak in

21  connection with the 128th Omnibus Objection?

22         COURTROOM DEPUTY:  No, Your Honor.

23         THE COURT:  Thank you.

24         Ms. Stafford, you may proceed.

25         MS. STAFFORD:  Thank you, Your Honor.

1        With respect to the 128th Omnibus Objection, this

2   objection was filed on the docket at ECF No. 9900.  This

3   objection seeks to disallow in their entirety proofs of claim

4   that assert an interest based on salary demand, employment, or

5   services provided, but which failed to provide a basis for

6   asserting liability against the debtors.

7        One response remains outstanding, and I believe this

8   response addresses two claims, one of which we scheduled for

9   this slot and one which we scheduled for the 2:30 PM Atlantic

10  Time slot.  The response was filed by Isidra Lopez Melendez

11  with respect to Proof of Claim No. 133754 -- and I apologize.

12  One minute -- and then with respect to Proof of Claim No.

13  164333.

14       The response was mailed to the debtors, and they have

15  filed it on the docket at ECF No. 15120-1.  The response

16  consists of two pages from the 128th Omnibus Objection.

17  Therein, Ms. Lopez Melendez handwrote the words, "misuse of

18  teacher and government retirement funds."  While the debtors

19  are mindful of the concerns Ms. Lopez Melendez raises, the

20  response does not provide any additional information needed to

21  understand what additional liabilities are owed to Ms. Lopez

22  Melendez, such as any information regarding the nature or the

23  source of the liabilities asserted.

24       Accordingly, because the claimant still has not

25  provided sufficient information to enable the debtors to

24

1  process the claim, we would request the Court grant the

2  objection and disallow the claim, not withstanding -- or the

3  claims, not withstanding Ms. Lopez Melendez's response.

4      THE COURT:  And just as we did yesterday, will you

5  confirm that disallowing this claim will not prejudice any

6  pension rights or other rights that she may have to retirement

7  benefits that are being addressed through the ACR process?

8      MS. STAFFORD:  That is correct, Your Honor.

9  Disallowance of this claim will not have any impact on the

10  retirement benefits that Ms. Lopez Melendez is owed.

11     THE COURT:  Thank you.

12     And so I will hold off ruling on the 128th Objection

13  until we reconvene for the 2:30 calendar, since one of her

14  objections was set for the 2:30 calendar.  Is that acceptable

15  to you, Ms. Stafford?

16     MS. STAFFORD:  That would be perfect, Your Honor.

17  Thank you.

18     THE COURT:  Very good.  And so does that conclude our

19  one o'clock calendar?

20     MS. STAFFORD:  It does, Your Honor.

21     THE COURT:  All right.  Thank you so very much.  We

22  will adjourn and reconvene for the 2:30 calendar, which will

23  be 1:30 Eastern Standard Time.  Take care, everyone, and we'll

24  speak with you in a little more than an hour.

25     We are adjourned.

1          (At 1:12 PM, recess taken.)

2          (At 2:30 PM, proceedings reconvened.)

3          THE COURT:  Buenas tardes.  Good afternoon.  This is

4     Judge Swain speaking.

5          MS. NG:  Hi, Judge.  It's Lisa.  Everyone is

6     accounted for.

7          THE COURT:  Thank you.

8          Ms. Tacoronte, has anyone arrived there to speak in

9     response to the 128th Omnibus Objection?

10          COURTROOM DEPUTY:  No, Your Honor.

11          THE COURT:  Thank you.  Then I will go ahead with my

12     ruling in respect of the 128th Omnibus Objection.

13          On the basis of the Oversight Board's proffers and in

14     the absence of any appearance in response to the objection

15     today, the 128th Omnibus Objection is sustained as to Claim

16     Nos. 133754 and 164333 of Isidra Lopez Melendez.  And those

17     claims are disallowed in their entirety, because the proofs of

18     claim and supplemental responses from the claimant failed to

19     provide sufficient information to support a claim.

20          Will the Oversight Board provide a comprehensive

21     proposed order concerning the 128th Omnibus Objection?

22          MS. STAFFORD:  We will, Your Honor.  Thank you.

23          THE COURT:  Thank you.

24          The next Agenda item on the 2:30 Agenda is the 135th

25     Omnibus Objection.  Ms. Tacoronte, has anyone arrived to speak

1   in response to that objection?

2               COURTROOM DEPUTY:  No, Your Honor.

3               THE COURT:  Thank you.

4               Ms. Stafford, you may proceed.

5               MS. STAFFORD:  Thank you, Your Honor.

6               With respect to the 135th Omnibus Objection, this

7   objection was filed at ECF No. 9911.  This objection seeks to

8   disallow in their entirety proofs of claim that asserted

9   interests based on salary demands, employment, or services

10  provided, but which failed to provide a basis for asserting

11  liability against the debtors.

12              There are two responses that remain outstanding to

13  this objection.  The first of these was filed by Myrna Acosta

14  Cruz with respect to Proof of Claim No. 140954.  And this was

15  filed on the docket at ECF No. 10653.

16              This response consists of several pages from the

17  135th Omnibus Objection on which Ms. Acosta Cruz has written,

18  "attached documents previously submitted."  The response also

19  contains a copy of Ms. Acosta Cruz's proof of claim.  The

20  response does not, however, provide any additional information

21  needed to process the claim, such as any information regarding

22  the nature or source of the liabilities asserted.

23              Accordingly, because the claimant still has not

24  provided sufficient information to enable the debtors to

25  process the claim, we would request that the Court grant the

1  objection and disallow the claim, not withstanding Ms. Acosta

2  Cruz' response.

3          THE COURT:  Thank you.  And you may speak to the

4  other response as well.

5          MS. STAFFORD:  Thank you, Your Honor.

6          The second response was submitted by Ana Acosta Lopez

7  with respect to Proof of Claim No. 127344.  This response was

8  mailed to the debtors, and we have filed it at ECF No.

9  15121-1.

10         The response contains a copy of Ms. Acosta Lopez's

11  proof of claim.  It does not, however, provide any additional

12  information needed to process the claim, such as any

13  information regarding the nature or source of the liabilities

14  asserted.

15         Accordingly, because the claimant still has not

16  provided sufficient information to enable the debtors to

17  process the claim, we will request the Court grant the

18  objection and disallow the claim, not withstanding Ms. Acosta

19  Lopez's response.

20         THE COURT:  Thank you.

21         On the basis of the Oversight Board's proffers and in

22  the absence of any appearance in opposition to the objection

23  today, the 135th Omnibus Objection is sustained as to Claim

24  No. 140954 of Myrna Acosta Cruz.  And that claim is disallowed

25  in its entirety, because the proof of claim and supplemental

1  response from the claimant failed to provide sufficient

2  information to support a claim.

3           The 135th Omnibus Objection is also sustained on the

4  basis of the Oversight Board's proffers and in the absence of

5  an appearance in opposition as to Claim No. 127344 of Ana M.

6  Acosta Lopez.  And that claim is disallowed in its entirety,

7  because the proof of claim and supplemental response from the

8  claimant failed to provide sufficient information to support a

9  claim.

10          Will the Oversight Board provide a comprehensive

11  proposed order dealing with the 135th Omnibus Objection?

12          MS. STAFFORD:  We would be glad to, Your Honor.

13  Thank you.

14          THE COURT:  Thank you, Ms. Stafford.

15          Ms. Tacoronte, has anyone appeared to speak in

16  opposition to the 137th Omnibus Objection?

17          COURTROOM DEPUTY:  No, Your Honor.

18          THE COURT:  Thank you.

19          Ms. Stafford, you may proceed.

20          MS. STAFFORD:  Thank you, Your Honor.

21          The 137th Omnibus Objection was filed at ECF No.

22  9915.  This objection seeks to disallow in their entirety

23  proofs of claim that asserted interests based on unspecified

24  Puerto Rico statutes, but which failed to provide a basis for

25  asserting liability against the debtors.

1      One response remains outstanding.  This response was

2 filed by Jose A. Cintron Gonzalez with respect to Proof of

3 Claim No. 136369.  And this response was filed on the docket

4 at ECF No. 10649.

5      This response consists of a letter in which

6 Mr. Cintron Gonzalez provides updated information regarding

7 his mailing address.  The response does not, however, provide

8 any additional information needed to process the claim, such

9 as any information regarding the nature or source of the

10 liabilities asserted.  Moreover, although Mr. Cintron Gonzalez

11 states that he will be drafting and sending appropriate

12 material, no additional information from Mr. Cintron Gonzalez

13 has been received.

14      Accordingly, because the claimant still has not

15 provided sufficient information to enable the debtors to

16 process the claim, we would request the Court grant the

17 objection and disallow the claim, not withstanding Mr. Cintron

18 Gonzalez's response.

19      THE COURT:  Thank you, Ms. Stafford.

20      On the basis of the Oversight Board's proffer and in

21 the absence of any appearance in opposition to the Omnibus

22 Objection, the 137th Omnibus Objection is sustained as to

23 Claim No. 136369 of Jose Antonio Cintron Gonzalez.  And that

24 claim is disallowed in its entirety, because the proof of

25 claim and supplemental response from the claimant failed to

1    provide sufficient information to support a claim.

2           Will the Oversight Board provide a comprehensive

3    proposed order as to the 137th Omnibus Objection?

4           MS. STAFFORD:  We will be glad to, Your Honor.  Thank

5    you.

6           THE COURT:  Thank you, Ms. Stafford.

7           Ms. Tacoronte, is there anyone there to speak in

8    response to the 141st Omnibus Objection?

9           COURTROOM DEPUTY:  No, Your Honor.

10          THE COURT:  Thank you.

11          Ms. Stafford, you may proceed.

12          MS. STAFFORD:  Thank you, Your Honor.

13          The 141st Omnibus Objection was filed at ECF No.

14   9934.  This objection seeks to disallow in their entirety

15   proofs of claim that asserted interests based on unspecified

16   Puerto Rico statutes, but which failed to provide a basis for

17   asserting liability against the debtors.

18          One response remains outstanding, and that response

19   addresses two separate claims.  And I believe that this one is

20   also scheduled for both the 2:30 time slot and the four

21   o'clock PM time slot.  The response addresses both Proof of

22   Claim Nos. 129968 and 142010.  It was filed on the docket at

23   ECF No. 11442.

24          This response consists of a filing requesting a

25   30-day extension of time to respond to the objection.  Since

1    the filing of the response, however, approximately nine months

2    have passed, but no additional documentation from Ms. Medina

3    Gomez has been received.

4         Accordingly, because the claimant still has not

5    provided sufficient information to enable the debtors to

6    process the claim, we would request the Court grant the

7    objection and disallow the claim, not withstanding Ms. Medina

8    Gomez's response.

9         THE COURT:  Thank you, Ms. Stafford.  I will hold the

10   ruling on this objection until the beginning of the four

11   o'clock calendar in case Ms. Medina Gomez comes to speak on

12   the four o'clock calendar.  Is that acceptable to you?

13        MS. STAFFORD:  That sounds great, Your Honor.  Thank

14   you.

15        THE COURT:  Thank you very much.

16        And so we will again adjourn until the next calendar,

17   which is four o'clock Atlantic Standard Time, three o'clock

18   Eastern Standard Time.  So about one hour and 20 minutes from

19   now.

20        Thank you all.  Keep well, and I'll speak with you

21   for the four o'clock calendar.  We are adjourned.

22        MS. STAFFORD:  Thank you.

23        (At 2:40 PM, recess taken.)

24        (At 4:01 PM, proceedings reconvened.)

25        THE COURT:  Buenas tardes.  This is Judge Swain

1  speaking.

2       MS. NG:  Hi, Judge.  It's Lisa.  And everyone is

3  accounted for.

4       THE COURT:  Thank you very much.

5       Ms. Tacoronte, has anyone appeared to speak in

6  opposition to the 141st Omnibus Objection?  That's the one

7  that I was holding over the decision.

8       COURTROOM DEPUTY:  No, Your Honor.

9       THE COURT:  Thank you.

10       Well, I will now render my ruling as to that Omnibus

11  Objection.  On the basis of the Oversight Board's proffer and

12  in the absence of any appearance in opposition to the 141st

13  Objection, that objection is sustained as to Claim Nos. 129968

14  and 142010 of Carmen Elisa Medina Gomez.  And those claims are

15  disallowed in their entirety, because the proofs of claim and

16  supplemental response from the claimant failed to provide

17  sufficient information to support a claim.

18       Will the Oversight Board submit a comprehensive

19  proposed order with respect to the 141st Omnibus Objection?

20       MS. STAFFORD:  Yes, Your Honor.  We'd be glad to.

21       THE COURT:  Thank you very much, Ms. Stafford.

22       And now, Ms. Tacoronte, is there anyone there to

23  speak in connection with the 143rd Omnibus Objection?

24       COURTROOM DEPUTY:  No, Your Honor.

25       THE COURT:  Thank you.

1        Ms. Stafford, you may proceed.

2        MS. STAFFORD:  Thank you, Your Honor.

3        With respect to the 143rd Omnibus Objection, this

4    objection was filed at ECF No. 9936.  This objection seeks to

5    disallow in their entirety proofs of claim that asserted

6    interests based on unspecified Puerto Rico statutes, but which

7    failed to provide a basis for asserting liability against the

8    debtors.

9        One response remains outstanding.  That response was

10   filed by Minerva Quinones Sanchez with respect to Proof of

11   Claim No. 116567.  That response was filed on the docket at

12   ECF No. 11985.

13       This response consists of a handwritten letter

14   requesting additional time to obtain any necessary documents

15   in light of the January 2020 earthquakes and the subsequent

16   closure of public offices.  Approximately nine months have

17   elapsed since Ms. Quinones Sanchez submitted her request.

18   However, to date, Ms. Quinones Sanchez has not provided any

19   additional documentation in support of her claim.

20       Accordingly, because the claimant has still not

21   provided sufficient information to enable the debtors to

22   process the claim, we would request the Court grant the

23   objection and disallow the claim, not withstanding

24   Ms. Quinones Sanchez's response.

25       THE COURT:  Thank you, Ms. Stafford.

1          On the basis of the Oversight Board's proffers and in

2    the absence of an appearance in opposition to the objection,

3    the 143rd Omnibus Objection is sustained as to Claim No.

4    116567 of Minerva Quinones Sanchez.  And that claim is

5    disallowed in its entirety, because the proof of claim and

6    supplemental response from the claimant failed to provide

7    sufficient information to support a claim.

8          Will the Oversight Board provide a comprehensive

9    proposed order concerning the 143rd Omnibus Objection?

10          MS. STAFFORD:  We would be glad to, Your Honor.

11          THE COURT:  Thank you, Ms. Stafford.

12          Ms. Tacoronte, has anyone appeared to speak in

13    opposition to the 145th Omnibus Objection?

14          COURTROOM DEPUTY:  No, Your Honor.

15          THE COURT:  Thank you.

16          Ms. Stafford, you may proceed.

17          MS. STAFFORD:  Thank you, Your Honor.

18          The 145th Omnibus Objection was filed on the docket

19    at ECF No. 9938.  This objection seeks to disallow in their

20    entirety proofs of claim that asserted interests based on

21    unspecified Puerto Rico statutes, but which fails to provide a

22    basis for asserting liability against the debtors.

23          One response remains outstanding, and it was filed by

24    Ines M. Rivera Rosario with respect to Proof of Claim Nos.

25    152339 and 165179.  And it was filed on the docket at ECF No.

1  10519.

2          The response consists of two letters.  The first

3  letter states that the government used Ms. Rivera Rosario's

4  contribution without formal request or authorization to pay

5  the creditors of the Government of Puerto Rico.  The second

6  letter states that Ms. Rivera Rosario is submitting additional

7  documents and attaches a copy of several pages of the 145th

8  Omnibus Objection, as well as a copy of a completed outreach

9  mailing.  In that outreach mailing, Ms. Rivera Rosario asserts

10 liabilities arising out of a pending legal action, but the

11 only legal proceeding identified is the case number for the

12 Commonwealth Title III case.

13         The debtors are mindful of the concerns Ms. Rivera

14 Rosario raises.  However, neither the response nor the

15 documentation submitted therewith provides any additional

16 information needed to process the claim, such as any

17 information regarding the nature or source of liabilities

18 asserted that may be allegedly owed to Ms. Rivera Rosario.

19         Accordingly, because the claimant has still not

20 provided sufficient information to enable the debtors to

21 process the claim, we would request the Court grant the

22 objection and disallow the claim, not withstanding Ms. Rivera

23 Rosario's response.

24         THE COURT:  Will disallowance of Ms. Rivera Rosario's

25 claim affect any pension benefits that she may be entitled to

1   under the pension system?

2            MS. STAFFORD:  It would not, Your Honor.

3            THE COURT:  Thank you.

4            On the basis of the Oversight Board's proffers and in

5   the absence of an appearance in opposition to the 145th

6   Omnibus Objection, that objection is sustained as to Claim

7   Nos. 152339 and 165179 of Ines M. Rivera Rosario.  And those

8   claims are disallowed in their entirety, because the proofs of

9   claim and supplemental response form from the claimant failed

10  to provide sufficient information to support the claim.

11           Will the Oversight Board submit a comprehensive

12  proposed order disallowing the claim?

13           MS. STAFFORD:  We will, Your Honor.  Thank you.

14           THE COURT:  Thank you.

15           Ms. Stafford, are there any other matters that need

16  to be addressed today?

17           MS. STAFFORD:  There are not.  Thank you, Your Honor.

18           THE COURT:  Thank you.

19           This concludes the Agenda for today.  The next

20  scheduled hearing is the November 24th, 2020, hearing

21  concerning motions for summary judgment in certain adversary

22  proceedings.  That hearing will begin at 10:00 AM Atlantic

23  Standard Time and will again be conducted telephonically.

24           I'd like to thank Prime Clerk for arranging for the

25  remote location, and also to thank Mr. Segarra, who's been

1    standing by to interpret all day.  Unfortunately, we did not

2    have any of the claimants appear.

3            And as always, I would like to thank the court staff

4    in Puerto Rico, especially for working on the logistics and

5    management of the site, in addition to their regular duties.

6    And as always, I thank the court staff in New York and Boston

7    for their superb work in facilitating all of our management of

8    these hearings and work on the very important matters of the

9    Puerto Rico restructuring.

10            Stay safe and keep well, everyone.  We are adjourned.

11            MS. STAFFORD:  Thank you.

12            THE COURT:  Thank you.

13            (At 4:09 PM, proceedings concluded.)

14                    *    *    *

```
 1   U.S. DISTRICT COURT    )

 2   DISTRICT OF PUERTO RICO)

 3

 4        I certify that this transcript consisting of 38 pages is

 5   a true and accurate transcription to the best of my ability of

 6   the proceedings in this case before the Honorable United

 7   States District Court Judge Laura Taylor Swain, and the

 8   Honorable United States Magistrate Judge Judith Gail Dein on

 9   November 20, 2020.

10

11

12

13   S/ Amy Walker

14   Amy Walker, CSR 3799

15   Official Court Reporter

16

17

18

19

20

21

22

23

24

25
```

< Dates >
December 27, 2019
   6:8
January 14th 7:10
January 2020 7:4,
   9:2, 33:15
March 27, 2020 9:5
March 27th 7:10
March 27th, 2020 7:5
November 18th, 2020
   5:5
November 20, 2020
   1:15, 3:2, 38:9
November 24th, 2020
   36:20


< 1 >
100547 8:15, 11:22
10132. 6:21
101788 7:1, 7:20,
   11:16
104010 11:11
104010. 6:3
104306 7:1, 7:21,
   11:16
104450 7:21, 11:16
104450. 7:1
104956. 6:22, 8:12
105016 8:15, 11:22
10519. 35:1
105675 8:19, 9:2,
   11:22
105675. 8:15
10649. 29:4
10653. 26:15
10:00 36:22
10:29 10:13
10:30 5:13, 9:22,
   9:23, 10:9, 10:10,
   10:19, 11:5,
   14:11, 16:10
10:30. 9:19
10:41 16:16
1120 14:22, 15:21
11442. 30:23
116567 34:4
116567. 33:11
118th 5:15, 5:21,
   6:7, 7:6, 7:24,

8:20, 8:23, 9:6,
   9:18, 9:21, 9:24,
   11:9, 11:10,
   11:15, 11:21, 12:4
119. 14:7
11985. 33:12
119th 12:8, 12:11,
   13:12, 13:13,
   13:25
121st 14:14, 14:16,
   15:20, 16:6
122nd 17:4, 17:7,
   18:11, 19:1, 19:6,
   19:15
123rd 19:20, 19:25,
   20:24, 21:5
124th 21:10, 21:15,
   22:10, 22:16
127344 28:5
127344. 27:7
128th 22:21, 23:1,
   23:16, 24:12,
   25:9, 25:12,
   25:15, 25:21
129968 30:22, 32:13
12:00 16:13
12:56 16:17
133754 23:11, 25:16
135th 25:24, 26:6,
   26:17, 27:23,
   28:3, 28:11
136369 29:23
136369. 29:3
137th 28:16, 28:21,
   29:22, 30:3
140954 27:24
140954. 26:14
141st 30:8, 30:13,
   32:6, 32:12, 32:19
142010 32:14
142010. 30:22
143rd 32:23, 33:3,
   34:3, 34:9
145th 34:13, 34:18,
   35:7, 36:5
146528 22:10
146528. 21:22
15116-1. 6:5
15117. 12:18
15118-1. 17:15

15118-3. 18:16
15119-1. 21:23
15120-1. 23:15
15121-1. 27:9
15190 5:6
152339 34:25, 36:7
164333 25:16
164333. 23:13
165179 36:7
165179. 34:25
17-3283 3:21, 5:6
17-BK-3283(LTS 1:5
1:00 5:13
1:12 25:1
1:30 24:23


< 2 >
20 31:18
2724 19:1
2724. 17:13
28910 19:8
28910. 18:14
2:30 5:13, 23:9,
   24:13, 24:14,
   24:22, 25:2,
   25:24, 30:20
2:40 31:23


< 3 >
30-day 30:25
3624 15:21
3624. 14:22
3799 38:14
38 38:4
3: 1:5


< 4 >
41566 20:24
41566. 20:7
4:00 5:13
4:01 31:24
4:09 37:13


< 7 >
7611 14:1
7611. 12:17

< 8 >
8983 13:15

< 9 >
91584 6:22, 8:12
92983 6:22, 8:12
94640 6:22, 8:12
9568. 5:22
9569. 12:12, 13:14
9572. 14:17
9574. 17:8
9576. 20:1
9741. 14:23
9892. 21:16
9900. 23:2
9911. 26:7
9915. 28:22
9934. 30:14
9936. 33:4
9938. 34:19
9978. 20:8
9:00 5:13
9:01 3:3
9:19 10:12
9:30 8:2, 10:9

< A >
A. 29:2
ability 38:5
absence 13:24,
    15:19, 18:25,
    19:7, 20:23, 22:9,
    25:14, 27:22,
    28:4, 29:21,
    32:12, 34:2, 36:5
Absolutely 3:16
acceptable 9:25,
    24:14, 31:12
accessing 4:19
Accordingly 6:13,
    7:15, 9:11, 13:4,
    15:12, 18:5,
    18:20, 20:16,
    22:2, 23:24,
    26:23, 27:15,
    29:14, 31:4,

33:20, 35:19
account 14:25
accounted 25:6, 32:3
accurate 13:17, 38:5
Acosta 26:13, 26:17,
    26:19, 27:1, 27:6,
    27:10, 27:18,
    27:24, 28:6
ACR 24:7
action 35:10
Actually 6:23, 9:16
add 10:23
addition 13:1, 37:5
additional 6:9, 7:3,
    7:13, 9:1, 9:10,
    18:1, 18:18,
    20:14, 22:1,
    23:20, 23:21,
    26:20, 27:11,
    29:8, 29:12, 31:2,
    33:14, 33:19,
    35:6, 35:15
address 6:16, 8:2,
    29:7
addressed 6:25,
    24:7, 36:16
addresses 23:8,
    30:19, 30:21
addressing 4:15
adjourn 16:12,
    24:22, 31:16
Adjourned 1:21,
    3:24, 10:11,
    24:25, 31:21,
    37:10
Administered 1:10
Adria 6:19, 11:16
adversary 36:21
affect 35:25
afternoon 25:3
Agenda 5:4, 5:5,
    5:10, 5:15, 10:4,
    21:10, 25:24,
    36:19
agreed 7:5, 9:4
ahead 25:11
al 1:15, 1:33, 3:23
allegedly 35:18
although 8:6, 29:10
America 3:19

among 14:24
Amy 38:13, 38:14
Ana 27:6, 28:5
Anibal 17:12, 19:2
announce 3:15
Antonio 29:23
apologize 9:16,
    13:14, 13:21,
    23:11
appear 37:2
appearance 13:24,
    15:19, 18:25,
    19:8, 20:23, 22:9,
    25:14, 27:22,
    28:5, 29:21,
    32:12, 34:2, 36:5
APPEARANCES 1:28,
    10:21
appeared 19:19,
    21:9, 28:15, 32:5,
    34:12
APPEARING 1:30
appears 6:7
appropriate 29:11
Approximately 31:1,
    33:16
arise 17:20
arising 17:23,
    17:24, 35:10
arose 17:18
arranging 36:24
arrived 9:23, 10:5,
    11:1, 14:10, 25:8,
    25:25
ascertain 20:14
ascertained 16:21
assert 15:5, 23:4
asserted 5:23, 6:11,
    12:21, 17:20,
    21:17, 23:23,
    26:8, 26:22,
    27:14, 28:23,
    29:10, 30:15,
    33:5, 34:20, 35:18
asserting 5:25,
    12:13, 14:18,
    17:10, 17:23,
    17:24, 18:4, 20:3,
    21:19, 23:6,
    26:10, 28:25,

30:17, 33:7, 34:22
asserts 35:9
Atlantic 5:14, 10:9,
    23:9, 31:17, 36:22
attached 20:11,
    26:18
attaches 14:25, 35:7
attempted 20:12
augment 10:21
authorization 35:4
available 5:7
away 8:7


< B >
back 5:11, 8:5, 8:8
Bankruptcy 3:21
Based 5:23, 21:17,
    22:8, 23:4, 26:9,
    28:23, 30:15,
    33:6, 34:20
basis 5:25, 12:13,
    13:23, 14:18,
    15:18, 17:9,
    18:24, 19:7, 20:3,
    20:22, 21:19,
    23:5, 25:13,
    26:10, 27:21,
    28:4, 28:24,
    29:20, 30:16,
    32:11, 33:7, 34:1,
    34:22, 36:4
begin 5:9, 36:22
beginning 5:12,
    9:21, 31:10
begins 17:4
behalf 5:19
believe 8:21, 23:7,
    30:19
Beltran 21:21,
    21:24, 22:5, 22:11
benefits 24:7,
    24:10, 35:25
best 38:5
Board 1:9, 3:22,
    5:5, 5:20, 12:2,
    13:3, 13:23, 14:5,
    15:18, 16:4,
    18:24, 19:7,
    19:13, 20:22,

21:4, 22:8, 22:15,
    25:13, 25:20,
    27:21, 28:4,
    28:10, 29:20,
    30:2, 32:11,
    32:18, 34:1, 34:8,
    36:4, 36:11
bond 15:2
bonds 15:10
Boston 37:6
break 5:11, 10:8
Buenas 16:18, 25:3,
    31:25
Buenos 3:5, 10:14


< C >
calendar 5:16, 10:4,
    10:6, 10:10,
    10:19, 11:5,
    14:11, 16:10,
    16:13, 17:1, 17:4,
    24:13, 24:14,
    24:19, 24:22,
    31:11, 31:12,
    31:16, 31:21
call 10:21
care 24:23
Carmen 4:9, 32:14
Carmona 12:16,
    12:20, 12:22,
    13:1, 13:6, 13:9,
    14:1
Case 3:15, 3:21,
    5:6, 10:21, 31:11,
    35:11, 35:12, 38:6
Castillo 6:24, 8:14
CAT 1:42
certain 15:1, 36:21
certainly 13:19
certify 38:4
Cintron 21:21,
    21:25, 22:6,
    22:11, 29:2, 29:6,
    29:10, 29:12,
    29:17, 29:23
claimants 7:6, 9:5,
    17:17, 37:2
Claims 1:21, 3:24,
    6:23, 7:20, 8:11,

8:13, 8:14, 11:17,
    11:20, 11:23,
    12:1, 14:6, 15:22,
    16:1, 16:6, 17:5,
    17:7, 17:18, 18:2,
    23:8, 24:3, 25:17,
    30:19, 32:14, 36:8
clear 13:6
Clerk 5:7, 36:24
closure 7:4, 9:3,
    33:16
comes 31:11
Commonwealth 1:14,
    1:32, 3:23, 15:10,
    35:12
complete 10:4, 16:10
completed 17:16,
    35:8
completeness 4:11
comprehensive 12:3,
    14:5, 16:5, 19:13,
    21:4, 22:15,
    25:20, 28:10,
    30:2, 32:18, 34:8,
    36:11
computer 4:19
concerning 25:21,
    34:9, 36:21
concerns 23:19,
    35:13
conclude 24:18
concluded. 37:13
concludes 36:19
conducted 36:23
conference 4:24
confirm 24:5
connection 10:6,
    22:21, 32:23
consistent 4:23
consisting 38:4
consists 6:6, 7:2,
    12:19, 14:23,
    17:16, 18:17,
    20:9, 21:24,
    23:16, 26:16,
    29:5, 30:24,
    33:13, 35:2
contact 20:12
contains 26:19,
    27:10

continue 13:7, 18:10
contribution 35:4
copy 6:6, 18:17,
  21:24, 26:19,
  27:10, 35:7, 35:8
correct 7:21, 7:22,
  11:6, 13:18, 24:8
cost 5:7
counsel 4:13
course 8:24, 19:16,
  22:17
COURTROOM 3:8, 3:16,
  4:8, 10:7, 10:22,
  11:2, 11:6, 14:12,
  17:2, 19:21,
  21:11, 22:22,
  25:10, 26:2,
  28:17, 30:9, 32:8,
  32:24, 34:14
creditor 15:6
creditors 15:8, 35:5
Cruz 26:14, 26:17,
  26:19, 27:2, 27:24
CSR 38:14
current 17:19, 17:25


< D >
dashboard 4:21, 4:22
date 6:8, 33:18
day 37:1
deadline 7:6, 7:10,
  9:5
deal 8:23
dealing 12:3, 19:14,
  28:11
debt 15:24, 16:2
debtor 13:5
decision 32:7
Dein 1:24, 10:23,
  38:8
demand 21:18, 23:4
demands 26:9
demonstrating 14:25
Department 12:21
DEPUTY 3:8, 3:16,
  4:8, 10:7, 10:22,
  11:2, 11:6, 14:12,
  17:2, 19:21,
  21:11, 22:22,

25:10, 26:2,
  28:17, 30:9, 32:8,
  32:24, 34:14
describing 14:24
dial 5:11
dias 3:5, 10:14
Diaz 3:15, 10:20
different 6:24,
  13:16
direct 5:11, 15:13
disallow 5:22, 6:14,
  7:18, 9:14, 12:12,
  13:8, 14:17,
  15:15, 17:8, 18:8,
  18:21, 20:2,
  20:19, 21:16,
  22:5, 23:3, 24:2,
  26:8, 27:1, 27:18,
  28:22, 29:17,
  30:14, 31:7, 33:5,
  33:23, 34:19,
  35:22
Disallowance 24:9,
  35:24
disallowed 11:12,
  11:17, 11:23,
  14:2, 15:22, 19:2,
  19:9, 20:25,
  22:11, 25:17,
  27:24, 28:6,
  29:24, 32:15,
  34:5, 36:8
disallowing 14:6,
  24:5, 36:12
disconnect 5:11
discuss 8:4, 8:8
District 1:1, 1:2,
  1:22, 1:23, 1:25,
  3:17, 38:1, 38:2,
  38:7
Docket 1:5, 5:6,
  6:4, 6:20, 12:18,
  13:11, 13:17,
  17:14, 18:16,
  20:1, 20:7, 21:23,
  23:2, 23:15,
  26:15, 29:3,
  30:22, 33:11,
  34:18, 34:25
documentation 7:13,

9:10, 15:9, 20:11,
  31:2, 33:19, 35:15
documents 7:3, 9:1,
  26:18, 33:14, 35:7
Dorka 18:13, 19:8
drafting 29:11
During 7:9, 9:7,
  10:24
duties 37:5


< E >
earthquakes 7:4,
  9:2, 33:15
Eastern 10:9, 16:14,
  24:23, 31:18
ECF 5:21, 6:4, 6:20,
  12:11, 12:18,
  14:16, 14:22,
  17:8, 17:14,
  18:16, 20:1, 20:8,
  21:15, 21:23,
  23:2, 23:15, 26:7,
  26:15, 27:8,
  28:21, 29:4,
  30:13, 30:23,
  33:4, 33:12,
  34:19, 34:25
Education 12:21
elapsed 33:17
Elisa 32:14
employee 12:23
employment 12:20,
  17:19, 17:25,
  21:18, 23:4, 26:9
enable 7:16, 9:12,
  13:5, 18:6, 20:17,
  22:3, 23:25,
  26:24, 27:16,
  29:15, 31:5,
  33:21, 35:20
ensure 4:16
entering 8:6
entirety 5:22,
  11:12, 11:17,
  11:24, 12:12,
  14:2, 14:17,
  15:23, 17:9, 19:3,
  19:10, 20:2, 21:1,
  21:16, 22:12,

23:3, 25:17, 26:8,
  27:25, 28:6,
  28:22, 29:24,
  30:14, 32:15,
  33:5, 34:5, 34:20,
  36:8
entitled 35:25
Entry 5:6, 13:11,
  13:17
ERS 15:8
especially 37:4
established 14:24
et 1:15, 1:33, 3:23
events 7:8
everybody 16:23
Everyone 4:23, 5:11,
  10:16, 16:14,
  16:21, 24:23,
  25:5, 32:2, 37:10
evidence 15:13
EXHIBITS 2:9
extend 7:5, 9:5
extended 9:7
extension 30:25
extent 15:8


< F >
F. 20:6, 20:25
facilitating 37:7
fail 11:19, 12:13,
  14:3, 17:9, 20:3
failed 5:24, 11:13,
  11:25, 14:18,
  19:4, 19:11, 21:2,
  21:18, 22:13,
  23:5, 25:18,
  26:10, 28:1, 28:8,
  28:24, 29:25,
  30:16, 32:16,
  33:7, 34:6, 36:9
fails 34:21
favor 13:11
file 7:7, 9:6
filing 30:24, 31:1
Finally 11:21
Financial 1:8, 3:21,
  5:19, 13:3
firms 14:24
first 5:15, 6:2,

17:12, 26:13, 35:2
form 36:9
formal 35:4
former 17:19, 17:25
forth 15:4
four 30:20, 31:10,
  31:12, 31:17,
  31:21
Francisco 21:21,
  22:11
fund 15:6
funds 14:24, 15:1,
  15:2, 15:7, 15:8,
  15:10, 16:1
funds. 23:18


< G >
Gail 1:24, 38:8
glad 7:25, 12:5,
  16:7, 19:17, 21:6,
  22:18, 28:12,
  30:4, 32:20, 34:10
God 3:19
Gomez 31:3, 31:8,
  31:11, 32:14
Gonzalez 29:2, 29:6,
  29:10, 29:12,
  29:18, 29:23
Government 7:11,
  9:8, 17:19, 17:25,
  23:18, 35:3, 35:5
grant 6:13, 7:17,
  9:13, 13:8, 15:14,
  18:7, 18:20,
  20:18, 22:4, 24:1,
  26:25, 27:17,
  29:16, 31:6,
  33:22, 35:21
great 8:9, 10:1,
  31:13
group 4:9
guess 9:20


< H >
handwritten 12:19,
  14:23, 20:9,
  20:12, 33:13
handwrote 23:17

happy 8:2, 8:4
hear 9:23
Hearing 1:21, 3:24,
  4:14, 4:17, 4:25,
  5:4, 5:9, 10:20,
  10:24, 36:20,
  36:22
hearings 37:8
Hector 20:6, 20:25
hold 24:12, 31:9
holding 32:7
Honorable 1:22,
  1:24, 3:18, 3:20,
  38:6, 38:8
hour 24:24, 31:18


< I >
ID 12:24
identification 18:3
identified 15:8,
  35:11
identify 17:18
III 1:7, 15:3,
  15:25, 35:12
Iluminada 6:2, 11:11
impact 24:9
important 37:8
including 5:1
indicate 9:17
indicated 5:10
indicates 15:25
individual 15:24
Ines 34:24, 36:7
initial 7:10
intending 20:15
interest 4:13,
  15:24, 23:4
interested 5:8
interests 5:23,
  21:17, 26:9,
  28:23, 30:15,
  33:6, 34:20
interpret 37:1
interpretation 4:7
INTERPRETER 4:1, 4:3
invested 15:2, 15:7,
  15:9, 16:2
investment 15:1
Isidra 23:10, 25:16

issued 4:25, 15:2,
  15:10, 15:24
issues 12:4
item 5:15, 21:10,
  25:24
items 14:11


< J >
Jointly 1:10
Jose 29:2, 29:23
Juan 3:1, 4:3
Judge 1:22, 1:23,
  1:24, 1:25, 3:6,
  3:7, 10:14, 10:15,
  10:23, 16:18,
  16:20, 25:4, 25:5,
  31:25, 32:2, 38:7,
  38:8
judgment 36:21
judicial 4:24
Judith 1:24, 10:23,
  38:8


< K >
Keep 16:14, 31:20,
  37:10


< L >
lack 12:21
lacks 15:5, 15:24
late 8:7
Laura 1:22, 1:33,
  3:18, 5:19, 38:7
laws 6:11
least 7:12
legal 17:18, 17:23,
  35:10, 35:11
letter 7:2, 8:25,
  14:23, 20:9,
  20:12, 29:5,
  33:13, 35:3, 35:6
letters 35:2
liabilities 6:12,
  17:20, 17:23,
  17:24, 18:3,
  23:21, 23:23,
  26:22, 27:13,

29:10, 35:10,
  35:17
liability 5:25,
  12:14, 14:19,
  17:10, 20:3,
  21:19, 23:6,
  26:11, 28:25,
  30:17, 33:7, 34:22
light 7:3, 7:7, 9:2,
  33:15
likewise 19:6
limited 5:1
line 3:11, 4:17,
  10:16
Lisa 3:7, 10:16,
  16:20, 25:5, 32:2
list 9:19
little 24:24
location 36:25
logistics 37:4
Lopez 6:24, 8:14,
  23:10, 23:17,
  23:19, 23:21,
  24:3, 24:10,
  25:16, 27:6,
  27:10, 27:19, 28:6
losses 16:3
Luis 14:21, 15:21
Luz 12:16, 14:1


< M >
M. 28:5, 34:24, 36:7
Magistrate 1:24,
  10:23, 38:8
mailed 6:3, 12:17,
  17:13, 18:15,
  21:22, 23:14, 27:8
mailing 17:17,
  17:22, 29:7, 35:9
mailings 17:17
Management 1:9,
  3:22, 5:20, 13:3,
  37:5, 37:7
material 29:12
matters 16:6, 17:1,
  19:14, 36:15, 37:8
Medina 31:2, 31:7,
  31:11, 32:14
Melendez 23:10,

23:17, 23:19,
  23:22, 24:3,
  24:10, 25:16
members 4:13, 5:2
Milagros 8:10, 9:22,
  11:3, 11:22
mindful 23:19, 35:13
Minerva 33:10, 34:4
minute 23:12
minutes 31:18
misspoke 9:16
mistake 13:22
misuse 23:17
Montanez 14:21,
  14:22, 15:1, 15:5,
  15:9, 15:11,
  15:12, 15:15,
  15:22, 15:23
months 7:12, 31:1,
  33:16
Moreno 20:6, 20:10,
  20:13, 20:15,
  20:20, 20:25
morning 3:5, 3:8,
  3:9, 3:10, 3:12,
  3:14, 4:3, 4:5,
  4:8
motion 11:1, 15:19
motions 36:21
mute 4:17, 4:20
mutual 14:24, 15:1,
  15:6, 15:7, 15:8,
  15:10, 16:1
Myrna 26:13, 27:24


< N >
name 4:2
nature 18:3, 23:22,
  26:22, 27:13,
  29:9, 35:17
necessary 7:3, 9:1,
  12:25, 33:14
need 4:7, 4:21,
  5:10, 8:5, 36:15
needed 18:2, 18:19,
  22:1, 23:20,
  26:21, 27:12,
  29:8, 35:16
needs 16:22

Negron 17:12, 17:22,
  18:5, 18:9, 19:2
neither 35:14
Nevertheless 7:12,
  9:9
New 37:6
next 6:17, 6:19,
  7:24, 8:3, 21:10,
  25:24, 31:16,
  36:19
NG 3:7, 3:10, 10:15,
  10:17, 16:20,
  16:23, 25:5, 32:2
nine 4:9, 5:16,
  10:4, 10:6, 11:4,
  31:1, 33:16
None 2:5, 2:11
noon 16:14
nor 35:14
Nos. 6:22, 7:1,
  8:12, 11:16,
  11:22, 14:21,
  15:21, 25:16,
  30:22, 32:13,
  34:24, 36:7
note 6:21, 8:1,
  12:19
noted 9:4
notes 9:17, 13:16
number 12:24, 13:16,
  13:18, 35:11
numbers 9:17, 9:18


< O >
o'clock 4:9, 5:16,
  10:4, 10:6, 11:4,
  16:13, 17:1, 17:4,
  24:19, 30:21,
  31:11, 31:12,
  31:17, 31:21
Objections 1:21,
  3:24, 4:16, 24:14
obtain 7:3, 9:1,
  33:14
offices 7:5, 7:11,
  9:3, 9:8, 33:16
Official 38:15
Okay 10:3, 10:18
One 4:9, 8:23,

12:15, 14:20,
  15:3, 16:13, 17:1,
  17:4, 20:5, 21:20,
  23:7, 23:8, 23:9,
  23:12, 24:13,
  24:19, 29:1,
  30:18, 30:19,
  31:18, 32:6, 33:9,
  34:23
open 7:11, 9:8
opening 4:12
operation 4:16
opposition 4:6,
  11:1, 13:24,
  14:11, 15:19,
  15:20, 17:1,
  18:25, 19:8,
  19:20, 20:23,
  22:9, 27:22, 28:5,
  28:16, 29:21,
  32:6, 32:12, 34:2,
  34:13, 36:5
order 8:7, 12:3,
  12:25, 13:17,
  14:6, 16:5, 19:14,
  21:5, 22:16,
  25:21, 28:11,
  30:3, 32:19, 34:9,
  36:12
orderly 4:16
orders 4:24
outreach 17:17,
  35:8, 35:9
outstanding 6:1,
  12:4, 12:15,
  14:20, 16:5,
  17:11, 18:13,
  19:14, 20:5,
  21:20, 23:7,
  26:12, 29:1,
  30:18, 33:9, 34:23
Oversight 1:8, 3:22,
  5:5, 5:20, 12:2,
  13:3, 13:23, 14:5,
  15:18, 16:4,
  18:24, 19:7,
  19:13, 20:22,
  21:4, 22:8, 22:15,
  25:13, 25:20,
  27:21, 28:4,

28:10, 29:20,
  30:2, 32:11,
  32:18, 34:1, 34:8,
  36:4, 36:11
owed 6:12, 23:21,
  24:10, 35:18
own 16:2


< P >
PAGE 2:3, 6:6, 6:7
pages 23:16, 26:16,
  35:7, 38:4
Palmer 4:4
partially 17:16
PARTIES 1:30, 4:13,
  4:17, 5:2
passed 31:2
pay 35:4
pending 4:15, 35:10
pension 24:6, 35:25,
  36:1
people 7:11, 9:8,
  16:25
perfect 24:16
permitted 5:1
person 5:1
phone 4:21, 4:22
phones 4:18
PHV 1:33
planning 10:21
Please 4:1, 4:20,
  5:17, 6:16, 13:11
PM 5:13, 16:17,
  23:9, 25:1, 25:2,
  30:21, 31:23,
  31:24, 37:13
point 8:4
policies 4:24
portion 5:9
position 9:20
prejudice 24:5
prepare 16:5
present 10:24
presiding 3:19
press 4:14, 5:2
previously 26:18
Prime 5:7, 36:24
proceed 4:10, 5:17,
  6:16, 7:23, 12:8,

12:9, 14:13, 17:5,
19:23, 21:13,
22:24, 26:4,
28:19, 30:11,
33:1, 34:16
proceeding 17:18,
17:24, 35:11
Proceedings 1:41,
4:19, 10:13,
16:17, 25:2,
31:24, 36:22,
37:13, 38:6
process 6:10, 7:17,
9:13, 12:23, 13:1,
13:5, 18:2, 18:7,
18:19, 20:18,
22:1, 22:4, 24:1,
24:7, 26:21,
26:25, 27:12,
27:17, 29:8,
29:16, 31:6,
33:22, 35:16,
35:21
produced 1:41
proffer 13:23,
29:20, 32:11
proffers 15:18,
18:24, 19:7,
20:22, 22:8,
25:13, 27:21,
28:4, 34:1, 36:4
PROMESA 1:7
proofs 5:23, 6:24,
11:18, 11:24,
12:13, 14:18,
17:9, 20:2, 21:17,
23:3, 25:17, 26:8,
28:23, 30:15,
32:15, 33:5,
34:20, 36:8
proper 15:11
property 16:1
proposed 12:3, 14:6,
16:5, 19:14, 21:5,
22:16, 25:21,
28:11, 30:3,
32:19, 34:9, 36:12
Proskauer 5:19
provided 7:13, 7:16,
9:9, 9:12, 13:4,

15:13, 18:6,
20:17, 21:18,
22:3, 23:5, 23:25,
26:10, 26:24,
27:16, 29:15,
31:5, 33:18,
33:21, 35:20
provides 29:6, 35:15
providing 12:19,
20:10
public 4:14, 5:2,
5:7, 7:5, 9:3,
33:16
PUERTO 1:2, 1:10,
1:15, 1:33, 3:1,
3:18, 3:22, 3:23,
5:24, 6:11, 7:11,
9:8, 17:20, 18:1,
28:24, 30:16,
33:6, 34:21, 35:5,
37:4, 37:9, 38:2
punished 5:3
purportedly 15:2
purpose 4:15
pursue 13:2


< Q >
Quinones 33:10,
33:17, 33:18,
33:24, 34:4


< R >
raises 23:19, 35:14
Ramos 6:2, 6:15,
11:11
Re 1:5, 3:21
reach 20:13
received 29:13, 31:3
recess 10:12, 16:16,
25:1, 31:23
recommence 16:13
reconvene 24:13,
24:22
reconvened. 10:13,
16:17, 25:2, 31:24
record 10:23
recorded 1:41
recording 4:25

records 6:23, 8:13
reference 8:11
references 6:21
reflect 6:23, 8:13
reflects 13:17
regarding 6:10,
12:20, 23:22,
26:21, 27:13,
29:6, 29:9, 35:17
regular 37:5
relate 9:17
relates 7:20, 8:20,
8:23
remain 6:1, 17:11,
26:12
remains 12:15,
14:20, 20:5,
21:20, 23:7, 29:1,
30:18, 33:9, 34:23
remind 4:23
remote 36:25
render 32:10
repeating 13:11
Reply 12:16, 15:4
Reporter 3:12, 38:15
representative 1:12,
3:22
request 6:13, 7:17,
9:13, 13:7, 15:14,
18:7, 18:20,
20:18, 22:4, 24:1,
26:25, 27:17,
29:16, 31:6,
33:17, 33:22,
35:4, 35:21
requested 20:11
requesting 7:2,
8:25, 30:24, 33:14
required 6:9, 12:23
resolved 14:6
respect 6:3, 9:1,
12:16, 14:21,
17:13, 18:14,
19:25, 20:6, 20:8,
21:21, 23:1,
23:11, 23:12,
25:12, 26:6,
26:14, 27:7, 29:2,
32:19, 33:3,
33:10, 34:24

respond 30:25
respondents 9:24,
  11:1, 18:11
responding 6:17,
  6:19
responses 6:1, 7:7,
  9:6, 17:11, 25:18,
  26:12
restructuring 37:9
result 6:11
resume 10:9
retirement 23:18,
  24:6, 24:10
retransmission 4:25
Reyes 14:21, 14:22,
  15:1, 15:5, 15:9,
  15:11, 15:12,
  15:15, 15:22,
  15:23
RICO 1:2, 1:10,
  1:15, 1:33, 3:1,
  3:18, 3:22, 3:23,
  5:24, 6:11, 7:12,
  9:9, 17:20, 18:1,
  28:24, 30:16,
  33:6, 34:21, 35:5,
  37:4, 37:9, 38:2
rights 24:6
Rivera 34:24, 35:3,
  35:6, 35:9, 35:13,
  35:18, 35:22,
  35:24, 36:7
Rodriguez 17:12,
  17:22, 18:5, 18:9,
  18:14, 18:17,
  18:22, 19:2, 19:9
Rosario 34:24, 35:3,
  35:6, 35:9, 35:14,
  35:18, 35:23,
  35:24, 36:7
Rose 5:19
rule 5:3, 9:24
ruling 11:9, 24:12,
  25:12, 31:10,
  32:10
rulings 8:6, 9:21


< S >
S. 14:1, 14:21,

  15:22
S/ 38:13
safe 37:10
salary 21:17, 23:4,
  26:9
San 3:1
Sanchez 33:10,
  33:17, 33:18,
  33:24, 34:4
sanctions 5:3
Santiago 18:14,
  18:17, 18:22, 19:9
save 3:19
scheduled 8:2, 23:8,
  23:9, 30:20, 36:20
second 18:13, 27:6,
  35:5
securities 15:24,
  16:2
Security 12:24
seeks 5:22, 12:12,
  14:17, 17:8, 20:2,
  21:16, 23:3, 26:7,
  28:22, 30:14,
  33:4, 34:19
seem 10:3
Segarra 4:4, 4:5,
  36:25
select 4:20
sending 29:11
seniority 12:22
separate 30:19
service 12:24
services 21:18,
  23:5, 26:9
serving 7:11, 9:8
session 3:18, 9:22
sessions 5:12
set 15:4, 24:14
several 4:15, 26:16,
  35:7
shows 8:3, 15:23
site 37:5
slot 8:2, 8:3, 23:9,
  23:10, 30:20,
  30:21
Social 12:24
Solutions 4:20
someone 8:7
Sorry 8:18, 8:19

sounds 8:9, 10:1,
  31:13
source 17:21, 18:3,
  23:23, 26:22,
  27:13, 29:9, 35:17
speaking 3:6, 4:18,
  16:19, 25:4, 32:1
specific 6:10
specifically 11:3
specified 5:12
speech 4:12
staff 37:3, 37:6
Standard 5:14, 10:9,
  10:10, 16:14,
  24:23, 31:17,
  31:18, 36:23
standing 15:5, 37:1
state 4:1
stated 5:14
statement 14:25
States 1:1, 1:23,
  1:25, 3:17, 3:19,
  13:2, 17:22,
  29:11, 35:3, 35:6,
  38:7, 38:8
stating 20:10
statute 5:24
statutes 28:24,
  30:16, 33:6, 34:21
Stay 37:10
stenography 1:41
subject 7:6, 9:6
submission 15:23
submit 32:18, 36:11
submitted 21:21,
  27:6, 33:17, 35:15
submitted. 26:18
submitting 35:6
subsequent 7:4, 9:3,
  33:15
sufficient 7:16,
  9:12, 11:14,
  11:19, 11:25,
  13:5, 14:4, 18:6,
  19:4, 19:11,
  20:17, 21:2, 22:3,
  22:13, 23:25,
  25:19, 26:24,
  27:16, 28:1, 28:8,
  29:15, 30:1, 31:5,

32:17, 33:21,
  34:7, 35:20, 36:10
summary 36:21
superb 37:7
supplemental 11:13,
  11:18, 11:24,
  14:3, 19:3, 19:10,
  21:1, 22:12,
  25:18, 27:25,
  28:7, 29:25,
  32:16, 34:6, 36:9
support 7:13, 9:10,
  11:14, 11:19,
  12:1, 14:4, 19:5,
  19:12, 21:3,
  22:14, 25:19,
  28:2, 28:8, 30:1,
  32:17, 33:19,
  34:7, 36:10
supporting 15:9
sustained 11:10,
  11:15, 11:21,
  13:25, 15:21,
  16:2, 19:1, 19:6,
  20:24, 22:10,
  25:15, 27:23,
  28:3, 29:22,
  32:13, 34:3, 36:6
Swain 1:22, 3:6,
  3:19, 10:14,
  16:18, 25:4,
  31:25, 38:7
Sylvia 6:24, 8:13
system 36:1


< T >
Tacoronte 3:9, 10:5,
  10:20, 14:9,
  14:10, 16:25,
  19:19, 21:9,
  22:20, 25:8,
  25:25, 28:15,
  30:7, 32:5, 32:22,
  34:12
taken. 10:12, 16:16,
  25:1, 31:23
tardes 16:18, 25:3,
  31:25
Taylor 1:22, 3:18,

38:7
teacher 23:18
telephonic 4:14,
  4:17
TELEPHONICALLY 1:30,
  36:23
Therein 23:17
therewith 35:15
Three 6:1, 8:22,
  9:17, 9:24, 31:17
Title 1:7, 15:3,
  15:25, 35:12
Today 4:14, 4:16,
  5:4, 5:9, 5:12,
  25:15, 27:23,
  36:16, 36:19
Torres 6:20, 6:25,
  7:12, 7:19, 8:11,
  8:15, 8:25, 9:9,
  9:11, 9:15, 9:22,
  11:4, 11:17,
  11:23, 12:16,
  12:20, 12:22,
  13:1, 13:6, 13:9,
  14:1
Transcript 1:41,
  4:11, 38:4
transcription 38:5
true 38:5
turn 15:2, 15:7
Two 7:12, 9:18,
  17:11, 23:8,
  23:16, 26:12,
  30:19, 35:2


< U >
UBS 14:24, 14:25
unable 20:13, 20:14
understand 23:21
Unfortunately 37:1
United 1:1, 1:23,
  1:25, 3:17, 3:19,
  38:6, 38:8
unless 4:11
unmute 4:22
unspecified 5:24,
  28:23, 30:15,
  33:6, 34:21
until 7:5, 9:5,

16:14, 24:13,
  31:10, 31:16
updated 29:6
usual 4:12


< V >
Vallejo 20:6, 20:10,
  20:13, 20:15,
  20:19, 20:25
Velazquez 6:2, 6:15,
  11:11
Velez 6:19, 6:25,
  7:12, 7:18, 8:10,
  8:15, 8:25, 9:9,
  9:11, 9:14, 9:22,
  11:4, 11:16, 11:23
Violations 5:2
Virgen 6:19, 8:10,
  9:22, 11:3, 11:16,
  11:22


< W >
Walker 3:11, 38:13,
  38:14
wanted 13:22
Welcome 4:13
whether 17:18, 17:20
whom 4:7
wish 13:2
wishes 13:7
without 35:4
withstanding 6:14,
  7:18, 9:14, 13:8,
  15:15, 18:8,
  18:21, 20:19,
  22:5, 24:2, 24:3,
  27:1, 27:18,
  29:17, 31:7,
  33:23, 35:22
WITNESSES 2:3
words 23:17
work 37:7, 37:8
working 37:4
written 6:8, 26:17


< Y >
years 12:24

```
yesterday 24:4
York 37:6
```