# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>                Debtor | PROMESA<br>Title III<br><br>No. 17 BK 3566-LTS |

## <u>CERTIFICATE OF SERVICE</u>

---

[1] The Debtors in these jointly-administered PROMESA title III cases (these "**Title III Cases**"), along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

The undersigned hereby certifies that I caused true and correct copies of the following (the "**Reply Briefing**"):

1.  *Committees' Reply in Support of Their Motion for Summary Judgment on Ultra Vires Issues,* [Docket No. 15204 in Case No. 17-3283 and Docket No. 1025 in Case No. 17-3566]

2.  *Notice of Exhibit 1 Re: [1025] Reply to Response to Motion,* [Docket No. 1026 in Case No. 17-3566]

3.  *Committees' Reply to Response and Additional Facts of the Bank of New York Mellon, as Fiscal Agent, to the Committees Statement of Undisputed Material Facts in Support of Motion for Summary Judgment on Ultra Vires Issues,* [Docket No. 15205 in Case No. 17-3283 and Docket No. 1027 in Case No. 17-3566],

to be served in the following manner:

On November 19, 2020, the Reply Briefing was sent through the Court's CM/ECF system.

On November 19, 2020, the Reply Briefing was sent via email to each of the parties listed in Exhibit A attached hereto.

On November 19, 2020, the Reply Briefing was sent via email to the Honorable Laura Taylor Swain at SwainDPRCorresp@nysd.uscourts.gov.

On November 20, 2020 one copy of the Reply Briefing was sent by UPS overnight delivery to Nancy J. Gargula,  The Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, Puerto Rico 00901-1922, and

On November 20, 2020 one copy of the Reply Briefing was sent via U.S. mail to each of the parties listed in Exhibit B attached hereto.

November 23, 2020

JENNER & BLOCK LLP

By:

_/s/ Robert Gordon_

Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
Landon Raiford (*admitted pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)

Respectfully submitted,

BENNAZAR, GARCÍA & MILIÁN, C.S.P.

By:

_/s/ A.J. Bennazar-Zequeira_

A.J. Bennazar-Zequeira
Edificio Union Plaza
Office 1701
416 Avenida Ponce de León
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for The Official Committee of
Retired Employees of Puerto Rico*

3