## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### APPLICATION FOR ADMISSION PRO HAC VICE

**TO THE HONORABLE COURT:**

   **COMES NOW,** Adrienne Lee Benson, (hereinafter the "applicant") and states and requests as follows:

   1. Applicant is an attorney and member of the law firm of Jenner & Block LLP, with offices at 1099 New York Avenue, NW, Suite 900, Washington, DC 20001.

   2. Applicant makes the instant request to appear pro hac vice on behalf of the Official Committee of Retired Employees of Puerto Rico.

   3. The Applicant will sign all pleadings with the name Adrienne Lee Benson.

   4. Applicants contact information is as follows:

   **Name:** Adrienne Lee Benson
   **Email:** abenson@jenner.com

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

**Telephone:** (202) 639-6000

5. Since 2019 applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law, and where her bar license number is 5709639.

6. Applicant is not currently suspended from the practice of law before any court of jurisdiction.

7. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

8. During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

9. Local counsel of record associated with the applicant in this matter is:

> A.J. Bennazar-Zequeira
> BENNAZAR, GARCÍA & MILIÁN, C.S.P.
> Edificio Union Plaza, PH-A
> 416 Ave. Ponce de Leon
> Hato Rey, Puerto Rico 00918
> Telephone: (787) 754-9191
> Facsimile: (787) 764-3101
> ajb@bennazar.org

10. Applicant has read the local rules of this court and will comply with the same.

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part the attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admissions fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United

States District Court for the District of Puerto Rico for the above-styled case only.

Date: <u>November 23, 2020</u>

Adrienne Lee Benson

<u>*/s/ Adrienne Lee Benson*</u>
Signature of Applicant

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 23rd day of November, 2020.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

BENNAZAR, GARCÍA & MILIÁN, C.S.P.

*Counsel for The Official Committee of Retired Employees of Puerto Rico*

<u>*/s/ A.J. Bennazar-Zequeira*</u>

A.J. Bennazar-Zequeira
Edificio Union Plaza
Office 1701
416 Avenida Ponce de León
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
787-754-9191 (telephone)
787-764-3101 (facsimile)

3

## **ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice, orders that the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of November, 2020.

_____
**HON. LAURA TAYLOR SWAIN
U.S. DISTRICT JUDGE**