# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 15178 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>Re: ECF No. 2296 |

**URGENT CONSENSUAL MOTION FOR EXTENSION OF CERTAIN DEADLINES IN CONNECTION WITH OMNIBUS MOTION OF PUERTO RICO ELECTRIC POWER AUTHORITY FOR ORDER (A) APPROVING PREPA'S REJECTION OF CERTAIN POWER PURCHASE AND OPERATING AGREEMENTS, AND (B) GRANTING <u>RELATED RELIEF</u>**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To The Honorable United States District Court Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), for itself and as representative of the Puerto Rico Electric Power Authority ("PREPA" or the "Debtor") in this Title III case pursuant to section 315(b) of the *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"),[2] respectfully submits this urgent motion for an order extending the briefing schedule related to the *Omnibus Motion of Puerto Rico Electric Authority for Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief* [ECF No. 15178 in Case No. 17-3283 and ECF No. 2296 in Case No. 17-4780] (the "Motion")[3] and represents as follows:

## BACKGROUND

1. On November 17, 2020, the Oversight Board, filed the Motion, seeking approval of PREPA's rejection of nine (9) power purchase and operating agreements ("PPOAs") for renewable energy generation projects (the "Rejected PPOAs").

2. Windmar Renewable Energy, Inc. and Windmar Renewable Energy, LLC (collectively, "Windmar") are party to seven (7) of the Rejected PPOAs (collectively, the "Windmar PPOAs"). M Solar Generating, LLC ("M Solar") and YFN Yabucoa Solar, LLC ("YFN Yabucoa") are each party to one (1) Rejected PPOA.

3. Of these PPOAs, Windmar is party to (i) two (2) PPOAs are currently operational (the "Windmar Operational PPOAs"), (ii) four (4) PPOAs were non-operational and have been terminated pursuant to termination notices issued on April 23, 2020 (the "Windmar Terminated

---

[2] PROMESA is codified at 48 U.S.C §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

2

PPOAs"), and (iii) one (1) PPOA (the "Windmar Non-Operational PPOA") that is non-operational, but has not been terminated because until recently, it was the subject of renegotiation efforts.

4. After PREPA filed the Motion, counsel to Windmar, M Solar, and YFN Yabucoa contacted PREPA to indicate that Windmar would not oppose PREPA's rejection of the Windmar Terminated PPOAs and Windmar Non-Operational PPOA, and requested an extension of the briefing deadlines and hearing in connection with the Motion with regard to the Windmar Operational PPOAs, the M Solar PPOA, and the YFN Yabucoa PPOA, as set forth herein.

5. The current deadline to object to the Motion is **November 24, 2020**.

6. The Motion is currently scheduled to be heard at the omnibus hearing on **December 9, 2020 at 9:30 a.m. (AST)**.

7. The Oversight Board does not oppose the requested extension.

## RELIEF REQUESTED

8. The Oversight Board consents to an extension of the deadlines and hearing in connection with the Motion with regard to the Windmar Operational PPOAs as well as the PPOAs with M Solar and YFN Yabucoa.

9. Accordingly, the Oversight Board respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), extending the Objection Deadline for Windmar with regard to the Operational PPOAs and for M Solar and YFN Yabucoa with regard to their PPOAs, to **December 21, 2020 at 5:00 p.m. (AST)**, and the Reply Deadline to **January 18, 2021 at 5:00 p.m. (AST)**. The Motion would then be heard at the **January 27, 2021** omnibus hearing at **9:30 a.m. (AST).**

**CONCLUSION**

10. For the foregoing reasons, the Oversight Board respectfully requests that the Court (i) grant the Motion, and (ii) set the briefing schedule above for dispositive motion practice on the Motion.

**Certification of Compliance with
Local Rule 9013-1 and the Eleventh Amended Case Management Procedures**

11. Pursuant to Local Rule 9013-1 and ¶ I.H of the *Thirteenth Amended Notice, Case Management and Administrative Procedures* [ECF No. 13512-1], the Oversight Board hereby certifies that it has (a) carefully examined the matter; (b) not created the urgency through any lack of due diligence; and (c) made a *bona fide* effort to resolve the matter.

[*Remainder of this page intentionally left blank*]

| | |
|---|---|
| Dated: November 24, 2020<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/ Paul V. Possinger*<br>Martin J. Bienenstock *(pro hac vice)*<br>Paul V. Possinger *(pro hac vice)*<br>Ehud Barak *(pro hac vice)*<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>Email: ppossinger@proskauer.com<br>       ebarak@proskauer.com<br><br>*Attorneys for the Financial Oversight and Management Board as representative for PREPA*<br><br>*/s/ Luis F. del Valle*<br>Luis F. del Valle-Emmanuelli<br>USDC-PR No. 209514<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897<br>Tel. 787.647.3503<br>Fax N/A<br>dvelawoffices@gmail.com<br><br>OF COUNSEL FOR<br>A&S LEGAL STUDIO, PSC<br>434 Avenida Hostos<br>San Juan, PR 00918<br>Tel. (787) 751-6764/763-0565<br>Fax (787) 763-8260<br><br>*Attorney for the Financial Oversight and Management Board as representative of PREPA* |

5

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

                                                             */s/ Luis F. del Valle*
                                                             Luis F. del Valle-Emmanuelli

## **EXHIBIT A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 15178 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>Re: ECF No. 2296 |

**[PROPOSED] ORDER GRANTING URGENT CONSENSUAL MOTION FOR EXTENSION OF CERTAIN DEADLINES IN CONNECTION WITH OMNIBUS MOTION OF PUERTO RICO ELECTRIC POWER AUTHORITY FOR ORDER (A) APPROVING PREPA'S REJECTION OF CERTAIN POWER PURCHASE AND <u>OPERATING AGREEMENTS, AND (B) GRANTING RELATED RELIEF</u>**

Upon the *Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Authority for Order (A) Authorizing PREPA to*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief* (the "Urgent Motion");[2] and the Court having found it has subject-matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and the Court having found that the Debtor provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief as set forth herein:

1. The Urgent Motion is **GRANTED** as set forth herein.

2. The following briefing schedule is set for filing responsive pleadings to the Motion:

    - The deadline for M Solar, YFN Yabucoa, and Windmar, with respect to the Windmar Operational PPOAs, to file an opposition to the Motion shall be **December 21, 2020 at 5:00 p.m. (AST).**

    - The deadline for the Oversight Board to file a reply to all oppositions and responses shall be **January 18, 2021 at 5:00 p.m. (AST)**.

    - The hearing on the Motion shall be held on **January 27, 2021**.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2020.

SO ORDERED:

_____
HONORABLE LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.