**Exhibit B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**[PROPOSED] ORDER DIRECTING CASH RULE 2004 DISCOVERY FROM THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**

Upon consideration of *Ambac Assurance Corporation's Motion for an Order Directing Cash Rule 2004 Discovery from the Financial Oversight and Management Board for Puerto Rico* (the "Motion"), and the Court having reviewed the Motion and the relief requested; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that venue of this proceeding in this District is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Motion being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing; therefore, it is HEREBY ORDERED THAT:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. The Motion is GRANTED as set forth herein;

2. The Board[2] shall produce to Ambac Assurance Corporation, Assured Guaranty Corp., ~~and~~ Assured Guaranty Municipal Corp. and the ERS Bondholders documents related to the Commonwealth and the Board's publicly available cash restriction analyses, including:

- Back-up materials containing calculations made to create the Published Reports, including Microsoft Excel or other dynamic versions of summary charts and tables contained in the Published Reports showing the mathematical tabulations and calculations that were performed to generate the summary charts and tables presented in the Published Reports; and

- Process documents that reflect the Board's nonlawyer advisors' review procedure and protocol for assessing classifications, how funds were determined to be restricted or unrestricted, and documents and communications reflecting the processes, assumptions, and methodologies used to classify accounts.

- Assured Guaranty Corp., ~~and~~ Assured Guaranty Municipal Corp. and the ERS Bondholders shall have the right to participate in any meet and confer process or hearing related to the Motion or this order.

SO ORDERED.

Dated: _____

                                                   JUDITH GAIL DEIN
                                                   UNITED STATES MAGISTRATE JUDGE

---

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.