RÉPLICA DE OBJECIÓN GLOBAL

I. Datos de contacto

Nombre: Obdulia Alicea Dapena

Dirección: HC 3 Box 15441
Juana Díaz, PR 00795

Teléfono: 787-837-3913

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo

#49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

#94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004
Ley # 89 (1979) Retribución Uniforme " Julio de 1979
Ley # 124 (1973) Aumento sueldo " Julio de 1973
Ley # 134 (1996) Aport. Acum. Retiro " 1996

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

Ley 89 Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley 124 - Aumento sueldo Julio 1973
Ley 89 - Retribución Uniforme Julio 1979
Ley 134 - Aport. Acum. Retiro 1996

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2020 NOV 20 PM 4:26

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el ~~Departamento de~~ Municipio Autónomo Ponce ~~Educación~~ de Puerto Rico desde el 16 de julio de 1977 hasta el 31 de diciembre de 1997. años) de labor como Sup-II Dietas Hogar Geriátrico Los Diamantes - Ponce, ELA

Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo:

(1) Declaración informativa - Plan de Retiro Municipio Autónomo - Ponce en Hogar Geriátrico Los Diamantes - Ponce - ELA

Debido a la reciente situación de emergencia por terremotos y Covid-19 en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

x_Obdulia Alicea Dapena_
Obdulia Alicea Dapena

787-837-3913
Teléfono:

2