

Gobierno de Puerto Rico
Municipio Autónomo de Ponce
Oficina de Recursos Humanos

# C E R T I F I C A C I O N

Conforme consta en el Programa **SIGMA CERTIFICO** que **Obdulia Alicea Dapena** con los últimos dígitos del seguro social **xxx-xx-6051**, trabajó en el Municipio Autónomo de Ponce desde el **16 de julio de 1971 hasta el 30 de junio de 1996**. Se desempeñaba como Encargada Servicios Alimentos II.

Para que así conste, se expide y firmo este documento hoy a los **19 días del mes de junio del año 2020.**

_____
CORAL MARTINEZ ANEIRO
DIRECTORA
OFICINA DE RECURSOS HUMANOS

Damaris Morales de León
Oficinista IV
Registro de Personal

MEV

Box 1709, Ponce, P.R., 00733 Tel. (787)284-4141