Obdulia Alicea ~~Dapena~~
AC 3 Box 15441
Juana Díaz, Puerto Rico
00795




U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
NOV 18, 20
AMOUNT
$1.20
R2303S101370-03

1000    00918

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
   00918-1767

2020 NOV 20 PM 4:2
CLERK'S OFFICE USDC
RECEIVED AND FIL