Sandra Vega Duque
P.O. BOX 1147
Villalba P.R. 00766

CERTIFIED MAIL
7020 1290 0000 4263 9818

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR
00766
NOV 12, 20
AMOUNT
$7.60
R2305H127764-06

RETURN RECEIPT REQUESTED

Clerk's Office
United States District Court
Room 150 Federal Court Building
San Juan, P.R. 00918-1767