TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

---------------------------------------------------------------- X
:
In re: :
:
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN : PROMESA
FINANCIERA PARA PUERTO RICO, : Título III
:
como representante de : Caso Núm. 17-BK-3283 (LTS)
:
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO et : (Administrado Conjuntamente)
al., :
:
Deudores.[1] :
---------------------------------------------------------------- X
In re: :
:
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN : PROMESA
FINANCIERA PARA PUERTO RICO, : Título III
:
como representante del : Caso Núm. 17-BK-3566 (LTS)
:
SISTEMA DE RETIRO DE LOS EMPLEADOS DEL :
GOBIERNO DEL ESTADO LIBRE ASOCIADO DE
PUERTO RICO,
:
Deudor. :
---------------------------------------------------------------- X

**AVISO DE PARTICIPACIÓN EN EL LITIGIO DE LAS OBJECIONES A
RECLAMACIONES DE BONOS SRE**

---

[1] Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); y (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

**\*ESTE AVISO REQUIERE ACCIÓN EN O ANTES DEL 18 DE NOVIEMBRE DE 2019\***

Este Aviso de Participación tiene que ser notificado y presentado en o antes del 18 de noviembre de 2019 siguiendo las instrucciones que se encuentran al final de este documento.

**En ausencia de un permiso concedido por el Tribunal de Distrito luego de mostrar justa causa, cualquier parte que tenga conocimiento de los Procedimientos Iniciales para Objeciones pero (a) no presenta un Aviso de Participación, o (b) presenta un Aviso de Participación luego del 18 de noviembre de 2019, estará impedida de presentar mociones separadas con respecto a las Objeciones a Reclamaciones (según se definen en los Procedimientos Iniciales para Objeciones), incluyendo presentar cualquier Objeción Adicional a Reclamaciones (según se define en los Procedimientos Iniciales para Objeciones).**

La parte identificada a continuación ("Participante"), por la presente notifica al Comité Oficial de Acreedores No Asegurados, al Comité Oficial de Empleados Retirados del Estado Libre Asociado de Puerto Rico, a la Junta de Supervisión y Administración Financiera para Puerto Rico, al Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y a la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico, que tiene la intención de participar en el litigio de las Objeciones a Reclamaciones con respecto a los bonos emitidos por el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico en el 2008 (los "Bonos SRE").

Para garantizar todos los derechos de participación en el litigio de las Objeciones a Reclamaciones, el Participante provee toda la información solicitada en los incisos 1 al 3 a continuación:

1. Información de contacto del Participante, incluyendo correo electrónico, y el de su representante legal, si alguno:

| **Nombre del Participante e Información de Contacto** | **Información de Contacto de la Representación Legal (si alguna)** |
|---|---|
| Irma Iris Escalante Cintrón | |
| Nombre del Participante | Nombre de la firma (si aplica) |
| | |
| Persona contacto (si el Participante no es un individuo) | Persona contacto |
| irma.i.escalante@gmail.com | |
| Correo electrónico | Correo electrónico |
| PO Box 370466 | |
| Dirección línea 1 | Dirección línea 1 |

2

*ESTE AVISO REQUIERE ACCIÓN EN O ANTES DEL 18 DE NOVIEMBRE DE 2019*

Dirección línea 2

Dirección línea 2

Cayey, PR 00737
Ciudad, Estado, Código Postal

Ciudad, Estado, Código Postal

Puerto Rico
País

País

2. El Participante informa que (elija **una** de las siguientes opciones marcando una "X" en el espacio apropiado):

   \_\_\_\_\_ pretende **apoyar** el remedio solicitado en las Objeciones a Reclamaciones (i.e., el Participante cree que el Tribunal de Distrito debe decidir que los Bonos SRE son **inválidos**); *o*

   **X**\_\_\_ pretende **oponerse** al remedio solicitado en las Objeciones a Reclamaciones (i.e., el Participante cree que el Tribunal de Distrito debe decidir que los Bonos SRE son **válidos**).

3. Si el Participante no es tenedor de un Bono SRE, puede saltar al final de este Aviso y firmarlo. Si el Participante es tenedor de uno o más Bonos SRE, el Participante tiene que responder a los siguientes párrafos (a) y (b) según el mejor conocimiento del Participante.

   (a) Provea el número CUSIP de todos los Bonos SRE del Participante:

   (b) ¿El Participante compró alguno de sus Bonos SRE, total o parcialmente, en el mercado secundario? **SI** o **NO** (por favor, **circule uno**).

Por: *Irma I. Escalante Cintrón*
Firma

Irma Iris Escalante Cintrón
Nombre en letra de molde

Título (si el Participante no es un individuo)

17/noviembre/2020
Fecha

**Instrucciones para Notificar y Presentar el Aviso de Participación**: Este Aviso de Participación tiene que ser (i) **notificado** mediante correo electrónico a las Partes a Notificar

3

**\*ESTE AVISO REQUIERE ACCIÓN EN O ANTES DEL 18 DE NOVIEMBRE DE 2019\***

establecidas en el párrafo 8 de los Procedimientos para Objeciones, y (ii) **presentado** electrónicamente ante el Tribunal de Distrito conforme a sus procedimientos de presentación electrónica de casos. **Si el Participante no tiene representación legal, el Participante puede someter una copia en papel de este Aviso de Participación ante el Tribunal de Distrito mediante correo o entregado a la mano a: Secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, Oficina 150 del Edificio Federal, 150 Avenida Carlos Chardón, San Juan, Puerto Rico 00918-1767.**

I. Escalante
PO Box 370466
Cayey, PR 00737-0466

SAN JUAN PR 009
18 NOV 2020 PM 2 L

7018 1130 0000 2386 8514

Secretaría del Tribunal de Distrito
de los Estados Unidos para el Distrito
de Puerto Rico
Oficina 150 del Edificio Federal
150 Avenida Carlos Chardón
San Juan, P.R. 00918-1767

2020 NOV 20 PM 4:15
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

U.S. POSTAGE PAID
FCM LETTER
CAYEY, PR
00736
NOV 18, 20
AMOUNT
$6.40
R2305K136535-10

00918
00918-176755