RECLAMANTE: Jenny Santiago Rivera
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS y 17 BK 03566 – LTS
NUMERO DE RECLAMACIONES: 70569, 78188, 121743, 122864

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el **Noviembre 1979 hasta Julio 2012 como Supervisora de Comedores Escolares** del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | $ 20,400 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 19,200 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 12,000 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 10,800 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 9,600 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 4,800 |
|  | $ 76,800 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Jenny Santiago Rivera
Nombre en letra de molde

*[firma]* 11/09/2020
Firma y fecha

RECLAMANTE: Jenny Santiago Rivera
DIRECCION: Po. Box 549
Juana Díaz, PR 00795

NUMERO DE RECLAMACIONES: 70569, 78188, 121743, 122864

Fecha de presentacion (envio): 11/09/2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 28 de junio de 2018 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como SUPERVISORA DE COMEDORES ESCOLARES desde Noviembre 1979 hasta Julio 2012.
2. El monto adeudado en mi reclamación es de $76,800.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Jenny Santiago Rivera
Nombre en letra de molde

*[firma]* 11/07/2020
Firma y fecha

# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

   Nombre: Jenny Santiago Rivera
   Direccion Postal: Po. Box 549
   Juana Díaz, PR 00795

   Teléfono contacto: Res. _____ Cel. (787) 425-9084

II. EPIGRAFE

   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK-3283 – LTS y 17 BK 03566 – LTS
   D. Objeción Global referente a la solicitud de dinero no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dinero adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 – Julio 1995 – Romerazo

   Ley 134 – Julio 1996 – Aportación Acumulado Retiro
   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico Noviembre 1979 hasta Julio 2012. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Jenny Santiago Rivera
Nombre en letra de molde

*[firma]* 11/09/2020
Firma