Jenny Santiago
P.O. Box 549
Juana Díaz, P.R. 00795

7019 1120 0001 1729 9967





U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
NOV 13, 20
AMOUNT
$4.75
R2305K132895-05

Clerks Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767