17 de noviembre de 2020

ATT: Secretaria del Tribunal Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, P. R. 00918

De: Sra. Clavel Vargas López

P. O. Box 6144

Mayagüez, P. R. 00681

Asunto: Solicitud de reclamación ante el honorable tribunal.

Caso: 17 BK-03283-LTS COMMONWEALTH OF PUERTO RICO

Por la presente someto ante su consideración mi situación por la cual no pude radicar mi reclamación a tiempo. Sufrí de dos operaciones y fue muy larga la recuperación y por tal razón se me hizo imposible. Agradeceré la oportunidad que me brinde de incluirme en dicha demanda.

Favor de indicarme si dicha solicitud fue aceptada, gracias anticipadas.

Mis reclamaciones son la siguientes:

| Reclamación núm. | cantidad reclamada | Motivo de la misma |
|---|---|---|
| 106067 | $12,000.00 | Ley 180 de Sila Calderón de los años 2000-2005 $100 mensuales al maestro. |
| 105638 | $18,000.00 | Ley 189 Romerazo establece 50 dolares del 1980 al 1985. |