Sra. Clarel Vargas Lopez
P. O. Box 6144
Mayagüez, P.R. 00681

SAN JUAN PR 009
17 NOV 2020 PM 1 L

2020 NOV 20 AM 9:15
RECEIVED & F. 

Secretaria del tribunal de
de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918