Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, (Puerto Rico) 00918-1797

Fecha: 16 de Noviembre 2020
asunto: acción pendiente de Resolución
Aida M. Vázquez Cintrón
Num.: -claim 170323 Fecha 8/15/19
Debtor: Commowealth of Puerto Rico
Docket: 14217
Dirección: Urb. La Riviera B-17 c/1
Arroyo Puerto Rico 00714
Tel. 773-537-8885

Por la presente certifico que actualmente estoy empleada al Departamento de Salud de Puerto Rico como enfermera Generalista # 22958
Registro 00068059
Válida desde 1 Junio 2020 Vence 31 Mayo 2023

Comencé como empleada el 19 diciembre 1992 hasta el presente año. Durante estos años me han llegado documentos relacionados a la ley Promesa. Respondiendo a estos documentos hice una reclamación en la oficina Commonwealth of Puerto Rico el día 15 agosto 2019. Certifico que he trabajado bajo el Gobierno del Sr. Roselló (Padre) (Ley 34) y en su gobierno fui despedida (suspendida) en el año 1998. Cuando se estableció la Reforma de Salud

en Puerto Rico. En la cesantía se me indicó que la Institución no me había aceptado. Que al darme la cesantía se me iba a pagar lo acumulado, pero el sueldo patronal se lo quedaba el patrón. No me lo iban a pagar. Que el gobierno se quedaba con ello. Hoy a consecuencia de ello no cualifico para un retiro ya que ellos sin preguntar si estaba de acuerdo me devolvieron el dinero acumulado y ahora que voy a mi retiro pronto no cualifico. Solo me darán una mensualidad de $263.00. Me gustaría si fuere posible lo evaluaran esta decisión de ese gobierno. (Ley 34). Desde el 2002 volví al Gobierno.

Además trabajé para el Gobierno de la Sra. Sila Calderón (Ley 164). Gobierno del Sr. Luis Fortuño. El cual una vez más me quería dar cesantía por la Ley 7. La cual se demostró que tenía los años de servicios trabajados en el Gobierno completos y mantuve mi empleo.

Trabajé bajo el Gobierno de Ricardo Roselló (hijo) Durante el gobierno de la actual Gobernadora la Sra. Wanda Vázquez. La cual ofreció un incentivo a las enfermeras de $4,000.00 y lo estoy esperando. Me gustaría evaluaran esa ley y pueda yo disfrutar al igual que mis compañeras enfermeras de esta beneficio.

Quedo de usted muy agradecida por el interés del Pueblo de Puerto Rico. Que Dios les Bendiga y que todos podamos recibir las bendiciones que fueron ofrecidas.

Adjunto: Evidencias.