Aida M. Vázquez
Urb. La Riviera B-17 c/1
Arroyo, P.R 00714





Secretaria (clerk's office)
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, P.R 00918-1797


