17 de noviembre de 2020

ATT: Secretaria del Tribunal Distrito de los Estados Unidos

Room 150 Federal Building

San Juan, P. R. 00918

De: Sra. Yolanda Morales León

P. O. Box 8638

Ponce, P. R. 00732

Asunto: Solicitud de reclamación ante el honorable tribunal.

Caso: 17 BK-03283-LTS COMMONWEALTH OF PUERTO RICO

Por la presente someto ante su consideración mi situación por la cual no pude radicar mi reclamación a tiempo. Me encontraba cuidando a mis dos padres de 86 años fuera de mi hogar y se me hizo imposible. Agradeceré la oportunidad que me brinde de incluirme en dicha demanda.

Favor de indicarme si dicha solicitud fue aceptada, gracias anticipadas.

Mis reclamaciones son la siguientes:

| Reclamación núm. | cantidad reclamada | Motivo de la misma |
|---|---|---|
| 102269 | $18,000.00 | Pasos de trabajo por años no adjudicados |
| 99217 | $18,000.00 | Aumentos no recibidos por preparación académica |
| 60725 | $18,000.0 | Aumentos no recibidos otorgados por el gobernador |
| 40622 | $18,000.00 | Leyes como el Romerazo 189 y la de Sila Caldero 180 |