Sra. Yol...
P. O. Box 8638
Arra, P. R. 00732

SAN JUAN PR 009

17 NOV 2020 PM 1 L

HONORING
FIRST RESPONDERS

Secretaria Tribunal Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, P. R. 00918

2020 NOV 20 AM 9:15

RECEIVED & FILED

009188999