Proof of Claim: <CLAIM NUMBER> 9882I
Claimant: >CLAIMANT NAME< Luis I. Ortiz

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide more information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

    ☐ A pending or closed legal actions with or against the Puerto Rico government

    ☒ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

2. What is the amount of your claim (how much money do you claim to be owed):

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ☒ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
Departamento de Salud-AMSCA

3(b). Identify the dates of your employment related to your claim:
Desde el 16 de diciembre de 1971 hasta el 1 de julio de 1999

3(c). Last four digits of your social security number: 8680

3(d). What is the nature of your employment claims (select all applicable):
   ☐ Pension
   ☒ Unpaid Wages
   ☐ Sick Days
   ☐ Union Grievance
   ☐ Vacation
   ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).
   Ley 124-1973 - Aumento Sueldo, Ley 89-1979 Retribucion Uniforme
   y Ley 89-1995 - El Romerazo

4. Legal Action Does your claim relate to a pending or closed legal action?

   ☒ No
   ☐ Yes

4(a). Identify the department or agency that is a party to the action.

   D/A

4(b). Identify the name and address of the court or agency where the action is pending:

   D/A

4(c). Case number: D/A

4(d). Title, Caption, or Name of Case: D/A

4(e). Status of the case (pending, on appeal, or concluded): D/A

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

   If yes, what is the date and amount of the judgment? D/A

RECLAMANTE: Luis I. Ortiz

NÚMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 78821

Número De celular: 787-516-8638

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 16 de diciembre de 1971 hasta el 1 de Julio de 1999 como Trabajador I Departamento de Salud AMSCA de la ~~Puerto Rico Telephone Company~~ - ELA.

~~1.- Ley 80 - julio 1995 - ROMERAZO~~  ~~CANTIDAD $~~

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Luis I. Ortiz
Nombre en letra de molde

Luis I. Ortiz   11/11/2020
Firma y fecha

① Ley 124 - 1973 - Aumento de Sueldo
② Ley 89 - 1979 - Retribución Uniforme
③ Ley 89 - 1995 - El Romerazo

Cantidad Adeudada

$ 31,200.00
$ 24,000.00
$ 4,800.00

Total = $ 60,000.00

RECLAMANTE **Luis I. Ortiz**

DIRECCION **HC 02 Box 14330**
**Coamo, Puerto Rico**
**00769**

Numero Reclamación **78821**

Fecha de presentación (envío) **11 de Noviembre de 2020**

Deudor <u>Commonwealth of Puerto Rico</u>

    Por este medio incluyo con mi reclamación presentada el **11** de **Noviembre** de **2020** lo siguiente:

1. Evidencia de ~~trabajo de Puerto Rico Telephone Company en Ponce~~ **Departamento de Salud - AMSCA, Ponce**, Puerto Rico – ELA, como **Trabajador I** desde el **16** de **diciembre** de **1971** hasta el **1** de **Julio** de **1999**. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ **60,000.00**.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

**Luis I. Ortiz**
Nombre en letra de molde

*[firma]* **11/11/2020**
Firma y fecha

# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre _Luis I. Ortiz_

Dirección Postal _HC 01 Box 14330_
_Coamo, Puerto Rico_
_00769_

Teléfono de contacto res. _—_ cel. _787-516-8638_

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   _Ley 124 - Aumento Sueldo     Julio 1973_
   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   _Ley 89 - Retrib. unif.     Julio 1979_
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
       Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:
_Ley 124 - Aumento Sueldo     Julio 1973_
Ley 89 Romerazo – Efectiva en 1 de julio de 1995
_Ley 89 - Retrib uniforme     Julio 1979_
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company,~~ Dpto. Salud - AMSCA Ponce, Puerto Rico desde el _16_ de _diciembre_ de _1971_ hasta el _1_ de _Julio_ de _1999_. Culmine mi laborar como _Trabajador I - Departamento de Salud - AMSCA_ en ~~Puerto Rico Telephone Company,~~ Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo.~~

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Luis I. Ortiz_
Nombre en letra de molde

_Luis J Ortiz_ 11-11-2020
Firma