DEPARTAMENTO DE SALUD
DISTRITO SALUD SUR
HOSPITAL DE DISTRITO
PONCE, P. R.

A : Luis I. Reyes León
    Conserje I
    Hospital T.B. de Ponce

P/C : Dr. Ramón Ferreris
    Director Médico Regional
    Región de Salud Sur

De : Secretario de Salud

Asunto : NOMBRAMIENTO PROBATORIO

Fecha : 16 de diciembre de 1971

Efectivo el día 16 de diciembre 1971 se le nombra a usted Conserje I con sueldo mensual $ 265.20 y con carácter probatorio en el Hospital T.B. de Ponce.

Usted ocupará esta plaza con carácter probatorio por un período de cuatro meses. Durante este período deberá demostrar capacidad y habilidad en el desempeño de sus nuevos deberes. De pasar esta prueba satisfactoriamente, ocupará dicho cargo con carácter regular (permanente).

POR ORDEN DEL SECRETARIO DE SALUD

ABELARDO LE COMPTE
OFICIAL DE PERSONAL
REGION DE SALUD SUR


**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN

Certificamos que LUIS ORTIZ, disfruta beneficios de PENSION POR MERITO de este Sistema de Retiro. La misma fue efectiva el 01 de julio de 1999. En la actualidad, recibe una anualidad ascendente a $8,970.24 pagadera en mensualidades de $747.52.

Esta certificación se expide hoy 27 de octubre de 2020, en San Juan, Puerto Rico.

Certifico correcto,

*Lumarie Figueroa Vázquez*

Lumarie Figueroa Vazquez
Gerente Auxiliar
División de Asuntos de Pensionados

WRODRIGUEZ



437 Ave. Ponce de León San Juan, P.R. 00917-3711 · PO Box 42003 San Juan, P.R. 00940-2203

## DECLARACION JURADA

YO, LUIS I. REYES LEON, mayor de edad, casado, empleado y vecina de Coamo, Puerto Rico, bajo juramento declaro:

1. Que me llamo como queda antes dicho y soy de las circunstancias personales antes expresadas.

2. Que en mi certificado de nacimiento número 152-49-00975-018744-088049 aparezco inscrito como Luis Iván Ortiz.

3. Que en todos mi documentos públicos y privados he hecho constar mi nombre como Luis I. Reyes León y Luis Iván Reyes León.

4. Que presto esta declaración jurada de buena fe a los fines de hacer constar que Luis Iván Ortiz, Luis I. Reyes León y Luis Iván Reyes León somos una y la misma persona.

5. Que se me ha explicado lo pertinente en cuanto al delito de perjurio, sus penalidades y consecuencias y hago esta declaración jurada de buena fe, constándome los datos aquí ofrecidos de personal conocimiento.

6. Que lo declarado es la verdad y nada más que la verdad y para que así conste juro y suscribo la presente en Ponce, Puerto Rico, hoy día 1ro de junio de 1999.

LUIS I. REYES LEON
S.S. 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

AFF. NUM. 7749

Jurado y suscrito ante mí por, LUIS I. REYES LEON de las circunstancias personales antes expresadas a quien identifico mediante licencia de conducir número 798370, en Ponce, Puerto Rico, hoy 1ro de junio de 1999.

LIC. JOSE I. VEGA OTERO
NUM. NOTARIO 3,755
SERVICIOS LEGALES DE PR INC
PO BOX. 331109
PONCE PR 00733

Notario de
Servicios Legales de Puerto Rico, Inc.
Exento de Derechos