Luis I. Ortiz
HC 01 Box 14330
Coamo, Puerto Rico
                00769

U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
NOV 12, 20
AMOUNT
$1.20
R2305M147983-8

UNITED STATES
POSTAL SERVICE®

1000        00918

Clerk's office
United States District Court
Room 150   Federal Building

San Juan, Puerto Rico
                00918-1767