Proof of Claim: &lt;CLAIM NUMBER&gt; 125647
Claimant: &gt;CLAIMANT NAME&lt; Migdalia Rivera Aguilera

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

    ◻ A pending or closed legal actions with or against the Puerto Rico goverment

    ◼ Current or former employment with the Government of Puerto Rico

    ◻ Other (Provide as much detail as possible below. Attach additional pages if needed.)
    _____

2. What is the amount of your claim (how much money do you claim to be owed):
    _____

3. <u>Employment</u>. Does your claim relate to current or former employment with the Government of Puerto Rico?

    ◻ No, Please continue to Question 4.
    ◼ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
Departamento de Educación OMEP

3(b). Identify the dates of your employment related to your claim:
Desde el 1 de Julio de 1991 hasta el presente

3(c). Last four digits of your social security number: 8678

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary). Ley 89-1995-Romero 20, Ley 134-1996, Ley 96-2002, Ley 164-2003, Ley 164-2004 y Ley 109-2008.

4. Legal Action Does your claim relate to a pending or closed legal action?

☒ No
☐ Yes

4(a). Identify the department or agency that is a party to the action. ___D/A___

4(b). Identify the name and address of the court or agency where the action is pending: ___D/A___

4(c). Case number: ___D/A___

4(d). Title, Caption, or Name of Case: ___D/A___

4(e). Status of the case (pending, on appeal, or concluded): ___D/A___

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? ___D/A___

RECLAMANTE: Migdalia Rivera Aguilera

NÚMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NÚMERO DE RECLAMACION: 125647

Numero DE Celular

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 1 de Julio de 1991 hasta el Presente de _____ de _____ como Oficinista III de ~~la Puerto Rico Telephone Company~~ Depatamento do Educación - OMEP - ELA.

~~1. Ley 89 — julio 1995 — ROMERAZO        CANTIDAD $~~

Así como otras leyes que me apliquen, y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Migdalia Rivera Aguilera
Nombre en letra de molde

Migdalia Rivera Aguilera  11-11-2020
Firma y fecha

Cantidad Adeudada

① Ley 89-1995- Romerazo                        $ 30,000.00
② Ley 134-1996- Aport. Acum. Retir.            $ 28,000.00
③ Ley 96-2002- Aumento Sueldo                  $ 21,600.00
④ Ley 164-2003- Aumento Sueldo                 $ 20,400.00
⑤ Ley 164-2004- Sila Calderón                  $ 19,200.00
⑥ Ley 109-2008- Esc. Sal. Pasos                $ 14,400.00

                                   Total = $ 134,400.00

> IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rivera Aguilera, Migdalia | 125647 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rivera Aguilera, Migdalia | 125647 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

RECLAMANTE Migdalia Rivera Aguilera

DIRECCIÓN HC 02 Box 10607
Juana Díaz, Puerto Rico
00795

Numero Reclamación 125647

Fecha de presentación (envío) _____

Deudor <u>Commonwealth of Puerto Rico</u>

Por este medio incluyo con mi reclamación presentada el ____ de _____ de _____ lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce~~ Departamento de Educación - OMEP, Puerto Rico – ELA, como Oficinista II desde el 1 de Julio de 1991 hasta el __ de Presente de _____. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 134,400.00.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Migdalia Rivera Aguilera
Nombre en letra de molde

_[signature]_ 11-1-2020
Firma y fecha

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**

OFICINA PARA EL MEJORAMIENTO DE LAS ESCUELAS PÚBLICAS DE PUERTO RICO

30 de octubre de 2020

A QUIEN PUEDA INTERESAR

Certifico que Migdalia Rivera Aguilera, Seguro Social número XXX-XX-8678 es empleada regular de la Oficina para el Mejoramiento de Escuelas Públicas (OMEP), Región de Ponce, desde el 1 de julio de 1991.

Ocupa un puesto de Oficinista III, con un sueldo mensual de mil novecientos nueve ($1,909.00) dólares.

Para su conocimiento.

Eliud Rodríguez Vélez
Director Regional






P.O. BOX 195644, SAN JUAN, PUERTO RICO 00919-05644 * TEL.: (787) 281-7575 EXT. 222, 223, 261, 262 * FAX: (787) 751-6090

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

## REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre: Migdalia Rivera Aguilera

Dirección Postal: HC 02 Box 10607
Juana Diaz, Puerto Rico
00795

Teléfono de contacto res. ___—___ cel. 787-241-1468

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   Ley 134 - Aport Acum Retiro    1996
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   Ley 164-(2003) Aumento Sueldo   Julio de 2003
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995
   Ley 134 - Aport Acum. Retira   1996
   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley 164 (2003) Aumento Sueldo   Julio de 2003
   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ *Dpto Educación OMEP* Puerto Rico desde el __1__ de __Julio__ de __1991__ hasta el _____ de __Presente__ de _____. Culmine mi laborar como __Oficinista III - Departamento de Educación - OMEP__ en ~~Puerto Rico Telephone Company, Ponce~~, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

__Migdalia Rivera Aguilera__
Nombre en letra de molde

__[signature]__
Firma