Migdalia Rivera Aguilera
HC 02 Box 10607
Juana Diaz, Puerto Rico
00795

U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
NOV 12, 20
AMOUNT
$1.20
R2305M147983-8

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767