Proof of Claim: <CLAIM NUMBER>
Claimant: >CLAIMANT NAME< __Gladymira Feliciano Diana__

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide _more_ information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:
- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

   ☐ A pending or closed legal actions with or against the Puerto Rico government

   ☒ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. What is the amount of your claim (how much money do you claim to be owed):

   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ☒ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
__Departamento de Salud Región Sur - Ponce__

3(b). Identify the dates of your employment related to your claim:
__Desde 1 de Julio de 1989 hasta el 2 enero de 2012__

3(c). Last four digits of your social security number: __6591__

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

Ley 96-2002- Aumento Sueldo, Ley 164-2003- Aumento Sueldo Ley 164-2004 - Sila M. Calderon y Ley 109-2008- Escala Salarial- Pasos y Ley 89-1995 R. Romero

4. Legal Action Does your claim relate to a pending or closed legal action?

☒ No
☐ Yes

4(a). Identify the department or agency that is a party to the action.

_____ D/A _____

4(b). Identify the name and address of the court or agency where the action is pending:

_____ D/A _____

4(c). Case number: _____ D/A _____

4(d). Title, Caption, or Name of Case: _____ D/A _____

4(e). Status of the case (pending, on appeal, or concluded): _____ D/A _____

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? _____ D/A _____

RECLAMANTE: Gladymira Feliciano Diana

NÚMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 126131

Número de celular: 787-383-0432

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 1 de Julio de 1989 hasta el 2 de enero de 2012 como Oficinista I - Departamento Salud Reg Sur - Ponce de ~~la Puerto Rico Telephone Company~~ - ELA.

~~1. Ley 89 - julio 1995 - ROMERAZO    CANTIDAD $~~

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Gladymira Feliciano Diana
Nombre en letra de molde

_____ 11/12/2020
Firma y fecha

Cantidad Adeudada

① Ley 96 - 2002 - Aumento Sueldo       $12,000.00
② Ley 164 - 2003 - Aumento Sueldo      $10,800.00
③ Ley 164 - 2004 - Sila M. Calderón    $ 9,600.00
④ Ley 109 - 2008 - Escala Salarial Pasos $ 4,800.00
                                        _____
⑤ Ley 89 - 1995 - El Romerazo          $37,200.00
                                      + 20,400.00
                                        _____
                              Total = 57,600.00

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Feliciano Diana, Gladymira | 126131 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Feliciano Diana, Gladymira | 126131 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

RECLAMANTE Gladymira Feliciano Diana

DIRECCIÓN Urb. Valle Húcares
141 Calle Guayacan
Juana Díaz, Puerto Rico
00795-2816

Numero Reclamación 126131

Fecha de presentación (envío) 11/12/2020

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el 12 de Noviembre de 2020 lo siguiente:

1. ~~Evidencia de trabajo de Puerto Rico Telephone Company~~ Departamento de Salud - Reg. Sur, en Ponce, Puerto Rico – ELA, como Oficinista-I desde el 1 de Julio de 1984 hasta el 1 de enero de 2012. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 57,600.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Gladymira Feliciano Diana
Nombre en letra de molde

_____  11/12/2020
Firma y fecha



GOBIERNO DE PUERTO RICO

Departamento de Salud
Región Sur de Salud

## CERTIFICACION

Por la presente certificó que la Sra. Gladysmira Feliciano Diana, Seguro social xxx-xx-6591, presto servicios en el Programa de Planificación en el Centro de Salud de Juana Diaz desde el 1ro de febrero de 1979, ocupando un puesto transitorio hasta el 30 de junio de 1989. El 1ro de julio de 1989, pasó a ocupar un puesto de carrera regular.

La empleada de referencia presentó la carta de renuncia para acogerse a una pensión por edad y años de servicios para acogerse a los beneficios de la Administración de los Sistema de Retiro eféctiva el 2 de enero de 2012.

Se hace esta certificación a petición de la Sra. Gladysmira Feliciano Diana, hoy 27 de octubre del 2020.

Certifico Correcto,

Sra. Esther De Jesús Castro
Oficial de Personal de Recursos Humanos
Región Salud Sur, Ponce

# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre _Gladymira Feliciano Diana_

Dirección Postal _Urb. Valle Hucares_
_141 Calle El Guayacan_
_Juana Diaz, Puerto Rico 00795-2816_

Teléfono de contacto res. _787-383-0432_ cel. _—_

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   _Ley 164 (2003) Aumento Sueldo  Julio 2003_
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
      Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   _Ley 164 (2003) Aumento Sueldo  Julio 2003_
   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ *Depto. Salud, Reg Sur* Puerto Rico desde el __1__ de __Julio__, de __1989__ hasta el __1__ de __enero__ de __2012__. Culmine mi laborar como __Oficinista I en Departamento de Salud Reg- Ponce__ en ~~Puerto Rico Telephone Company, Ponce,~~ Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

__Gladymira Feliciano Diana__
Nombre en letra de molde

__[signature]__ . 11/12/2020
Firma