Gladymira Feliciano Diaz
Urb. Valle Hucares
141 Calle El Guayacán
Juana Díaz, Puerto Rico
00795-2816




U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
NOV 12, 20
AMOUNT
$1.20
R2305M147983-8

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767