Yo Wanda Velázquez López Certifico que a octubre 2020 NO había podido conseguir las copias, ni talonarios del año 1979 cuando comense a trabajar en el gobierno de PR. Ni certificaciones de Retiro de P.R. ELA O Departamento Educación y que por el Cobi-19 todas estas agencias estaban cerradas. Gracias anticipadas por la ayuda que me puedar ofrecer. y me jubile del gobierno de PR el 30 Sept 2012.