7017 1450 0001 0444 9429



**UNITED STATES POSTAL SERVICE**®

Sra: Wanda Velázquez López
P.O. Box 187
Loíza PR 00772



CERTIFIED MAIL

7017 1450 0001 0444 9429

U.S. POSTAGE PAID
PM 1-Day
CANOVANAS, PR
00729
NOV 13, 20
AMOUNT
$11.30
R2305H126319-02

NOV 13 2020 CANOVANAS POST OFFICE P.R. 00729

## FLAT RATE ENVELOPE
**ONE RATE ■ ANY WEIGHT**

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

Secretaria Tribunal
distrito de los Estados Unidos.
Room 150 federal Building
San Juan PR 00.918

NOV 20 2020 RECEIVED & FILED CLERK'S OFFICE US DISTRICT COURT SAN JUAN, PR

**TRACKED ■ INSURED**



PS00001000014   EP14F May 2020
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE