RECLAMANTE: Francisca Casiano Santiago
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS y 17 BK 03566 - LTS
NUMERO DE RECLAMACIONES: 169034

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el Julio **1979 hasta Julio 1999 como Profesional de Servicios de Alimentos** del Departamento de Educación de Puerto Rico – ELA.

| | Cantidad |
|---|---|
| Ley 89 – Julio 1995 – Romerazo | $ 4,800 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 3,600 |
| | $ 8,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Francisca Casiano Santiago
Nombre en letra de molde

_[firma]_  11/16/2020
Firma y fecha

RECLAMANTE: Francisca Casiano Santiago
DIRECCION: HC-01 Box. 4680
Juana Díaz, PR 00795

NUMERO DE RECLAMACIONES: 169034

Fecha de presentación (envió): 11/16/2020
Deudor: COMMON WEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 3 de junio de 2019 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como Profesional de Servicios de Alimentos desde Julio 1979 hasta Julio 1999.
2. El monto adeudado en mi reclamación es de $8,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Francisca Casiano Santiago
Nombre en letra de molde

*[firma]* 11/16/2020
Firma y fecha

# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: Francisca Casiano Santiago
Direccion Postal: HC-01 Box. 4680
Juana Díaz, PR 00795

Teléfono contacto: Res. _____  Cel. (787) 590-1727

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK-3283 – LTS y 17 BK 03566 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 – Julio 1995 – Romerazo
   Ley 134 – Julio 1996 – Aportación Acumulado Retiro

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico Julio 1979 hasta Julio 1999. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Francisca Casiano Santiago
Nombre en letra de molde

*[firma]* 11/16/2020
Firma