Francisca Casiano ...iago
HC-01 Box 4680
Juana Díaz, P.R. 00795



U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
NOV 17 20
AMOUNT
$1.20
R2304M110228-05

1000     00918

Clerks Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767