*Número de Evidencia de Reclamación*: 87721
*Reclamante*: ANA M. RODRIGUEZ ORTIZ

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**
   - ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ■ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
   $114,400

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ■ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   DEPARTAMENTO DE EDUCACIÓN DE PUERTO RICO – ELA

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   Diciembre 1978 hasta Julio 2012

3(c). Últimos cuatro dígitos de su número de seguro social: xxx-xx-4168

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ■ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   Ley 89 – Julio 1979 - Retribucion Uniforme, Ley 89 – Julio 1995 – Romerazo, Ley 134 – Julio 1996 – Aportación Acumulado Retiro, Ley 96 – Julio 2002 – Aumento de Sueldo, Ley 164 – Julio 2003 – Aumento de Sueldo, Ley 164 – Enero 2004 – Gob. Sila M. Calderón, Ley 109 – Junio 2008 – Escala Salarial Pasos

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ■ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   DEPARTAMENTO DE EDUCACIÓN – PUERTO RICO – ELA

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   United States District Court, Room 150 Federal Bldg, 150 Carlos Chardon Avenue, San Juan, PR

4(c). Número de caso: 17 BK 3283 – LTS

4(d). Título, epígrafe, o nombre del caso:
   PROMESA Title III

2

*Número de Evidencia de Reclamación*: 87776
*Reclamante*: ANA M. RODRIGUEZ ORTIZ

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

PENDIENTE DE RESOLUCIÓN

4(f). ¿Tiene usted una sentencia impaga? Sí / **No** (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

RECLAMANTE: ANA M. RODRIGUEZ ORTIZ
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 87776

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el **Diciembre 1978 hasta Julio 2012 como Maestra de Español Secundario** del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 89 – Julio 1979 – Retribución Uniforme | $ 39,600 |
| Ley 89 – Julio 1995 – Romerazo | 20,400 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 19,200 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 12,000 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 10,800 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 9,600 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 4,800 |
| | $ 116,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Ana M. Rodriguez Ortiz
Nombre en letra de molde

*Ana M. Rodriguez Ortiz* 11/07/2020
Firma y fecha

## REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: ANA M. RODRIGUEZ ORTIZ

Direccion Postal: 4553 Santa Rita
Extension Santa Teresita
Ponce, PR 00730

Teléfono contacto: Res. _____ Cel. 787-930-0374

II. EPIGRAFE

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767
B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
C. Numero de Procedimiento: 17 BK 3283 – LTS
D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Número de las evidencias por reclamo:

   Ley 89 – Julio 1979 – Retribución Uniforme
   Ley 89 – Julio 1995 – Romerazo
   Ley 134 – Julio 1996 – Aportación Acumulado Retiro
   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 – Julio 1979 – Retribución Uniforme
   Ley 89 – Julio 1995 – Romerazo
   Ley 134 – Julio 1996 – Aportación Acumulado Retiro
   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico Diciembre 1978 hasta Julio 2012. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Ana M. Rodriguez Ortiz
Nombre en letra de molde

*Ana M. Rodriguez Ortiz* 11/07/2020
Firma

RECLAMANTE: Ana. M. Rodriguez Ortiz
DIRECCION: 4553 Santa Rita, Extension Santa Teresita
Extension Santa Teresita
Ponce, PR 00730

NUMERO DE RECLAMACION: 87776

Fecha de presentacion (envio): 11/07/2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 4 de junio de 2018 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MAESTRA DE ESPAÑOL SECUNDARIO desde Diciembre 1978 hasta Julio 2012.
2. El monto adeudado en mi reclamación es de $116,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Ana M. Rodriguez Ortiz
Nombre en letra de molde

*Ana M. Rodriguez Ortiz* 11/07/2020
Firma y fecha