**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

5 de octubre de 2020

A quien pueda interesar:

Certifico que **ANA M. RODRIGUEZ ORTIZ**, número de seguro social **XXX-XX-4168** laboró en nuestra Agencia desde **diciembre de 1978** hasta el **31 julio de 2012**.

Durante ese tiempo ocupó el puesto de **MAESTRA ESPAÑOL SECUNDARIA** en **ESCUELA FELIPE COLON DIAZ**, **SANTA ISABEL, Oficina Regional Educativa de PONCE**.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Carlos M. Rivera Montañez
Secretario Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.