Ana M. Rodriguez Ortiz
Extensión Santa Teresita
Calle Santa Rita 4553
Ponce, P.R. 00730



Clerks Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767