RECLAMANTE: MIRIAM MELENDEZ CABRERA
NUMERO DE PROCEDIMIENTO: 17 BK-3283 LTS
NUMERO DE RECLAMACION: 107432, 106022, 107432, 111045

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 1 de agosto de 2001 al Presente hasta el presente como MAESTRO EDUC.ESPECIAL (K-12) del Departamento de Educación de Puerto Rico – ELA.

|   | Cantidad |
|---|---:|
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 75,600.00 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

MIRIAM MELENDEZ CABRERA
Nombre en letra de molde

Firma y fecha

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2020 NOV 24 AM 9:08

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico 1 de agosto de 2001 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

MIRIAM MELENDEZ CABRERA
Nombre en letra de molde

*[signature]*
Firma

RECLAMANTE: MIRIAM MELENDEZ CABRERA
DIRECCION: VILLA DEL ENCANTO CALLE6 H 53
JUANA DIAZ PR.00795

NUMERO DE RECLAMACION: 107432, 106022, 107432, 111045

Fecha de presentacion (envio):
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 24 de septiembre de 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MAESTRO EDUC.ESPECIAL (K-12) desde 1 de agosto de 2001 hasta el presente.
2. El monto adeudado en mi reclamación es de $75,600.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

MIRIAM MELENDEZ CABRERA
Nombre en letra de molde

*[signature]*
Firma y fecha



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

19 de octubre de 2020

A quien pueda interesar:

Certifico que **MIRIAM MELENDEZ CABRERA**, número de seguro social **XXX-XX-**       labora en nuestra Agencia desde **1 de agosto de 2001** al **Presente**.

Actualmente, ocupa puesto en calidad de **MAESTRO EDUC.ESPECIAL (K-12)** en **MANUEL FERNANDEZ JUNCOS**, **Oficina Regional Educativa de PONCE** y devenga un salario de **$2,366.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaría Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*



DEPARTAMENTO DE
EDUCACIÓN
GOBIERNO DE PUERTO RICO

P.O. Box 190759, San Juan PR 00919-0759

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: MIRIAM MELENDEZ CABRERA
Direccion Postal: URB. VILLA DEL ENCANTO CALLE 6 H53
Juana Diaz PR.00795

Teléfono contacto: Res. _____ Cel. 787-403-0076

II. EPIGRAFE

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767
B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
C. Numero de Procedimiento: 17 BK 3283 – LTS
D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
   Número de las evidencias por reclamo:



   Ley 124 – Julio 1973 – Aumento de Sueldo
   Ley 89 – Julio 1979 – Retribución Uniforme
   Ley 89 – Julio 1995 – Romerazo
   Ley 134 – Julio 1996 – Aportación Acumulado Retiro
   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 124 – Julio 1973 – Aumento de Sueldo
   Ley 89 – Julio 1979 – Retribución Uniforme
   Ley 89 – Julio 1995 – Romerazo
   Ley 134 – Julio 1996 – Aportación Acumulado Retiro
   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial – Pasos

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| *as representative of* | |
| | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on November 10, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 10 de noviembre de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 | | Pleading is illegible. L.Civ.R. 10 *(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11 *(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1 http://www.prd.uscourts.gov/promesa/forms-attorneys *(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal. *(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | | Other: |

Date: November 10, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez-Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached

Miriam G. Muñ[...]
Villa El Encanto
Calle 6-H53
Juana Díaz, P.R. 00795





Clerk's Office
United State Distric Court
Room 150 Federal Court Building
San Juan, P.R. 00918-1767

