RECLAMANTE: ISMAEL BERMUDEZ CINTRON
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 82022, 80533

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 10 de junio del 2008 en el Departamento de la familia de Puerto Rico – ELA.

Cantidad

| | |
|---|---|
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 14,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

_Ismael Bermudez Cintron_
Nombre en letra de molde

_[firma]_ 27/oct/2020
Firma y fecha

RECEIVED AND FILED
CLERK'S OFFICE USDC PR

2020 NOV 24 AM 9:08

RECLAMANTE: ISMAEL BERMUDEZ CINTRON
DIRECCION: URB. EXT. JACAGUAX CALLE 3 N5
JUANA DIAZ, PR 00795

NUMERO DE RECLAMACION: 82022, 80533

Fecha de presentacion (envio): 27 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 27 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de la Familia de Puerto Rico – ELA, como Conductor de Vehículos Livianos desde 10 de junio del 2008 hasta el presente.
2. El monto adeudado en mi reclamación es de $14,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

*Ismael Bermudez Cintron*
Nombre en letra de molde

_____ 27/OCT/2020
Firma y fecha

# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: ISMAEL BERMUDEZ CINTRON
Direccion Postal: URB. EXT. JACAGUAX CALLE 3 N5
JUANA DIAZ, PR 00795

Teléfono contacto: Res. _____ Cel. 787-475-5996

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de la Familia, Ponce, Puerto Rico desde <u>10 de junio del 2008</u> hasta el <u>presente</u>. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

_Ismael Bermúdez Cintrón_
Nombre en letra de molde

_[firma]_  27/oct/2020
Firma