

# CERTIFICACIÓN

Yo, *Iván E Toro Torres*, en calidad de Oficial de Recursos Humanos Interino de la Región de Ponce, certifico que; *Ismael Bermúdez Cintrón*, es empleado de esta Agencia desde el 10 de junio del 2008. El Sr. Bermúdez ocupa un puesto de Conductor Vehículos Livianos en la Administración de Familias y Niños, en la Oficina Regional (UIE).

Cabe señalar que el Sr. Bermúdez devenga un sueldo mensual de $1,941.00.

Certifico correcto hoy, 12 de noviembre de 2020.

Iván E. Toro Torres
Oficial de Recursos Humanos Interino

/itt