Ismael Bermúdez Cintron
Extension Jacaguax
Calle 3 -N-5
Juana Diaz, PR 00795



Clerk's office
United State District Court
Room 150 Federal Building
San Juan P.R. 00918-1767

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2020 NOV 24 AM 9:08