Yo Yesenia Juarbe Pagán estoy escribiendo referente a la promesa, Título III suem. 17 BK 3283-LTS. Que es Centésima Vigésima Objección Global.

Mi número de caso es 91354

Notifico que comence a trabajar para el Departamento de Educación el 4 de febrero 2004 y actualmente continuo trabajando.

No había respondido antes ya que donde recibo las cartas había problemas con la correspondencia, pero ya se resolvió y continuaron llegando las cartas.

Gracias por su atención
Att. Yesenia Juarbe Pagán