Yesenia Juarbe Pagan
232 Calle plata
Urb. Colinas 2 Hatillo
P.R. 00659



RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2020 NOV 24 AM 9:07

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-17(



7019 1640 0000 2182 8986

CERTIFIED MAIL

7019 1640 0000 2182 8986