Yo Marcelo R. Jara Colón estoy escribiendo referente a la promesa, Titulo III num. 17 BK 3283-LTS que es Monagésima Cuarta Objecion Global.

Mi número de caso es 46702

Notifico que comence a trabajar para el Departamento de Educación el 1ro de agosto 1996 y actualmente continuo trabajando.

No había respondido antes, ya que donde recibo las cartas había problemas con la correspondencia, pero ya se resolvio y continuaron llegando las cartas.

Gracias por su atencion
Att. Marcelo R. Jara Colón