**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

12 de noviembre de 2020

A quien pueda interesar:

Certifico que **MARCELO R. JARA COLON**, número de seguro social **XXX-XX-2698** labora en nuestra Agencia desde **1 de agosto de 1996** al **Presente**.

Actualmente, ocupa puesto en calidad de **CONDUCTOR DE VEHICULOS PESADOS** en **ALMACEN ALIMENTOS Y EQUIPO DE ARECIBO**, Oficina Regional Educativa de **ARECIBO** y devenga un salario de **$1,340.62** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

**Lo que hay que radicar con la réplica**. Su réplica a la Objeción global deberá contener la siguiente información:

(i) **Datos de contacto**. La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

(ii) **Epígrafe.** La réplica deberá contener un epígrafe que incluya el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamos relacionados de Prime Clerk (que se enumeran en el Anexo A de la Objeción global y están disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico).

(iii) **Motivo(s) para oponerse a la Objeción global**. La réplica deberá explicar con concisión los motivos por los que el Tribunal no debe declarar ha lugar a la Objeción global a su reclamo, incluidos los fundamentos de hecho y de derecho que la demandante vaya a invocar al oponerse a la Objeción global.

(iv) **Documentación justificativa**. Si ya no está incluida en la evidencia de reclamo, la contestación deberá contener una copia de cualquier otra documentación u otras evidencias relativas al reclamo que la demandante vaya a invocar al oponerse a la Objeción global; con la salvedad de que la demandante no tendrá que revelar en la contestación ninguna información confidencial o reservada o que esté protegida de cualquier otra forma; y también con la salvedad de que la demandante revelará al ELA, a la ACT y al SRE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales o reservados o que estén protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

**Dónde y cómo radicar y notificar una réplica**. Todas las réplicas deberán radicarse de forma electrónica ante el Tribunal con el nombre de expediente *En el asunto de: Estado Libre Asociado de Puerto Rico*, núm. de procedimiento 17 BK 3283-LTS. Hay dos métodos que puede utilizar para radicar su réplica:

1. **En línea**. Los usuarios inscritos en el sistema del Tribunal de radicación de causas deberán radicar su réplica de forma electrónica en un formato de documento que permita hacer búsquedas.

2. **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema del Tribunal de radicación de causas, podrá radicar y notificar una réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

4

>Secretaría (*Clerk's Office*)
>Tribunal de Distrito de los Estados Unidos
>Room 150 Federal Building
>San Juan (Puerto Rico) 00918-1767
>
>Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
>Proskauer Rose LLP
>Eleven Times Square
>Nueva York, Nueva York 10036-8299
>A/A: Martin J. Bienenstock
>Brian S. Rosen
>
>Abogado del Comité de Acreedores (*Counsel for the Creditors' Committee*)
>Paul Hastings LLP
>200 Park Avenue
>Nueva York, Nueva York 10166
>A/A: Luc A. Despins
>James Bliss
>James Worthington
>G. Alexander Bongartz

SU RÉPLICA deberá enviarse para que se reciba por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **04:00 p.m. (AST)** del **26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA, la ACT o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **26 de noviembre de 2019**, salvo extensión por escrito por parte del ELA, la ACT o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

>Secretaría (*Clerk's Office*)
>Tribunal de Distrito de los Estados Unidos
>#150 Chardon Avenue
>Federal Building
>San Juan (Puerto Rico) 00918

Su réplica deberá incluir un certificado de notificación que indique la forma en la que se ha efectuado la notificación.

Si tiene alguna pregunta sobre cómo radicar y notificar una réplica, incluidas preguntas sobre el sistema del tribunal de radicación de causas, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

<u>Reserva de derechos</u>. NINGUNA DISPOSICIÓN CONTENIDA EN LA OBJECIÓN GLOBAL O EN LA PRESENTE NOTIFICACIÓN SE CONSIDERA NI CONSIDERARÁ QUE

5

CONSTITUYE UNA RENUNCIA A CUALESQUIERA DERECHOS DEL ELA, DE LA ACT O DEL SRE, O DE CUALQUIER OTRA PARTE INTERESADA EN LAS CAUSAS RADICADAS CONFORME AL TÍTULO III, A IMPUGNAR CUALESQUIERA RECLAMOS; A HACER VALER CONTRARECLAMOS, DERECHOS A COMPENSACIÓN O RECUPERACIÓN, O CONTESTACIONES; A OBJETAR A RECLAMOS (O A OTROS RECLAMOS O CAUSAS RADICADAS DE UNA DEMANDANTE) ADUCIENDO CUALQUIER MOTIVO QUE NO SE HAYA ALEGADO PREVIAMENTE EN UNA OBJECIÓN, SALVO QUE EL TRIBUNAL HAYA DECLARADO HA LUGAR A UN RECLAMO U ORDENADO OTRA COSA; O A SOLICITAR QUE SE DECLARE HA LUGAR CUALQUIER RECLAMO EN EL FUTURO. A SU DEBIDO TIEMPO, LAS PARTES AFECTADAS RECIBIRÁN LA NOTIFICACIÓN PERTINENTE DE TODO ELLO.

---

**Recursos adicionales y con quién comunicarse en el caso de que tenga que formular preguntas**

Todos los documentos enviados en el marco de las causas radicadas conforme al Título III, incluidas copias de los reclamos radicados utilizando CM/ECF, se encuentran disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Objeción global, el estado de su réplica, su reclamo o la presente notificación, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

---

*Número de Evidencia de Reclamación*:
*Reclamante*:

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    - [x] Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
    - [ ] Empleo actual o anterior en el gobierno de Puerto Rico
    - [ ] Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    _12,000._

*Número de Evidencia de Reclamación*:

*Reclamante*:

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   _Departamento de Educación_

   3(b). Identifique las fechas de su empleo con relación a su reclamación:
   _1 de agosto 1996 a Enero 2010_

   3(c). Últimos cuatro dígitos de su número de seguro social: _2698_

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   _Quinquenio_

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

   4(a). Identifique el departamento o agencia que es parte de esta acción.
   _ELA_

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   _Tribunal de Distrito de los E.U. Room 150 Federal Building San Juan P.R. 00918-1767_

   4(c). Número de caso: _4670 2_

   4(d). Título, epígrafe, o nombre del caso:
   _Titulo III num. 17 BK 3883-LTS Nonagésima Cuarta Objecion global_

2

*Número de Evidencia de Reclamación:*
*Reclamante*:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

Pendiente de resolución

4(f). ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

3