Marcelo R. Jara Colon
232 calle plata
urb. colinas 2 Hatillo
P.R. 00659



Secretaría (Clerks' Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-176

CERTIFIED MAIL

7019 1640 0000 2182 8993

2020 NOV 24 AM 9:07 CLERK'S OFFICE USDC RECEIVED AND FILED