Yo Marcelo R. Jara Colon estoy escribiendo referente a la promesa, título III num. 17 BK 3283 - LTS que es octagésima séptima Objecion Global.

Mi número de caso es 87960

Notifico que comencé a trabajar para el Departamento de Educación el 1ro de agosto 1996 y actualmente continuo trabajando.

No había respondido antes, ya que donde recibo las cartas había problemas con la correspondencia, pero ya se resolvió y continuaron llegando las cartas.

Gracias por su atención

Att.

Marcelo R. Jara Colón

RECEIVED AND FILED CLERK'S OFFICE USDC PR 2020 NOV 24 AM 9:06