# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

Set: 10:00 AM (AST)
Started: 10:09 AM (AST)
Ended: 1:59 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**
**MAGISTRATE JUDGE JUDITH G. DEIN**　　　　　　　DATE: November 24, 2020
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*.<br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| Wanda Vázquez Garced, et al.,<br><br>Plaintiffs<br><br>v<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>Defendant | 3:20-AP-00080 (LTS)<br><br>3:20-AP-00082 (LTS)<br><br>3:20-AP-00083 (LTS)<br><br>3:20-AP-00084 (LTS)<br><br>3:20-AP-00085 (LTS) |

**Hearing on Motions for Summary Judgment held.**

Arguments heard as to:

1. Case No. 20-AP-00080 ECF No. 14,

Hearing on Motions for Summary Judgment
November 24, 2020

2. Case No. 20-AP-00082 ECF Nos. 12 and 28,
3. Case No. 20-AP-00083 ECF Nos. 13 and 29,
4. Case No. 20-AP-00084 ECF No. 13, and
5. Case No. 20-AP-00085 ECF No. 12.

Matters taken under advisement. Orders to be issued.

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy Clerk
