TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

En el asunto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO

como representante de:

ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS

    Deudores

PROMESA
TÍTULO III

Núm. 17BK3283-LTS

Reclamo Número: 15774

**REPLICA A NOTIFICACIÓN DE LA NONAGÉSIMA SÉPTIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA DEUDA DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES O SERVICIOS PRESTADOS.**

Rafael A. Carrasquillo Nieves
Parte Recurrida
P.O. Box 1384
Carolina, P.R. 00986
Teléfono: (939) 940-0807
Email: rcarrasquillonieves@gmail.com



**AL HONORABLE TRIBUNAL DE DISTRITO:**

Comparece la parte recurrida, por derecho propio, y por este medio respetuosamente

**ALEGA, EXPONE y SOLICITA:**

**I. Introducción**

1. El 19 de diciembre de 2019, recibimos mediante correo prioritario la información que da propósito a esta replica.

2. No es hasta el 19 de diciembre de 2019, que recibimos por primera vez un documento relacionado a la reclamación para presentar evidencia.

**II. Motivo(s) para oposición a la objeción global**

1. El 5 de febrero de 1981, fui contratado como ingeniero por la Autoridad de Energía Eléctrica (A.E.E.) de Puerto Rico.

2. El contrato incluyó beneficios marginales para equiparar el salario con el salario del mercado, específicamente con la empresa privada, al ser esta una Corporación Pública creada bajo las Leyes del Estado Libre Asociado de Puerto Rico.

3. Entre los beneficios marginales estaban incluidos, licencia por enfermedad, vacaciones, **pareo del seguro social, pareo de aportación a sistema de retiro, plan médico**, Fondo del Seguro del Estado, entre otros. (Énfasis nuestro).

4. Durante 30 años y 8 meses aporte 9.06% de mi salario al sistema de retiro, siendo pareado por la Autoridad de Energía Eléctrica y durante 2 años y 6 meses aporte 13.86% al Sistema de Retiro de la A.E.E.

5. En 33 años y 4 meses cumplí con el sistema tributario cubriendo así mi responsabilidad ciudadana con el Estado.

6. Desde principios del año 2000, la A.E.E. adoptó una práctica para administrar los presupuestos de mejoras capitales. Esta práctica hasta el presente se continúa utilizando. De manera tal que la asignación de fondos si no se utilizaba se eliminaba de los programas. Aun cuando la ley establecía una prórroga de tres (3) años hasta cinco (5) años a ser solicitada, si existía la necesidad. El dinero no era utilizado para el proyecto establecido según la solicitud de manera íntegra.



7. La pobre administración y decisiones desviadas de la ley por el Estado Libre Asociado de Puerto Rico han llevado a la A.E.E. a caer en el Título III de la Ley PROMESA.

8. La Autoridad de Energía Eléctrica fue creada de acuerdo a la Constitución del Estado Libre Asociado de Puerto Rico.

9. La Sección 7 de la Constitución del Estado Libre Asociado de Puerto Rico (E.L.A.P.R.) establece:

   "Se reconoce como derecho fundamental; del ser humano el derecho a la vida, a la libertad y **al disfrute de la propiedad.** No existirá la pena de muerte...... **No se aprobarán leyes que menoscaben las obligaciones contractuales**..." (Énfasis nuestro).

10. El E.L.A.P.R. tiene la obligación de velar porque se cumpla para nosotros y nuestra posteridad el disfrute cabal de los derechos de cada ciudadano. Compromiso fundamental de vida.

11. Al Estado Libre Asociado de Puerto Rico por ser custodio de la A.E.E., como corporación pública, es responsable de las acciones que esta tome. En la actualidad mucho se ha hablado de reducir las pensiones, y de no hacer aportaciones al Sistema de Retiro de la A.E.E. Ejemplo de esto es el memorando dirigido por la Sra. María E. Hernández Ramírez, Administradora Interina, a todo los Miembros Activos del Sistema de Retiro Distribución "D" del 8 de diciembre de 2019.

### III. Súplica

Por todo lo cual, al no cumplirse con los derechos constitucionales según mencionados y poner en riesgo la estabilidad de disfrute de la propiedad y cumplir con las obligaciones contractuales, se ruega muy respetuosamente a este Honorable Tribunal de Distrito **DECLARE NO HA LUGAR** a la Nonagésima séptima objeción global, según se establece en el presente documento correspondiente a la Reclamación Número 15774.



RESPETUOSAMENTE SOMETIDO


Certifico: Haber notificado copia del presente escrito a:

Abogado de la Junta Supervisión (*Councel for the Oversight Board*)
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comité de Acreedores (*Counsel for the Creditors' Committee*)
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

En San Juan, Puerto Rico, hoy 2 de enero de 2020

*[signature]*
Rafael A. Carrasquillo Nieves
P.O. Box 1384
Carolina, P.R. 00986
Teléfono: (939) 940-0807
Email: rcarrasquillonieves@gmail.com

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

En el asunto de:

**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO**

como representante de:

**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS**

**Deudores**

PROMESA
TÍTULO III

Núm. 17BK3283-LTS

Reclamo Número: 15774

RECEIVED AND FILED

CLERK'S OFFICE USDC PI

2020 NOV 24 AM 9:06

**REPLICA A NOTIFICACIÓN DE LA NONAGÉSIMA SÉPTIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA DEUDA DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS REIVINDICACIONES SALARIALES, LABORALES O SERVICIOS PRESTADOS.**

Rafael A. Carrasquillo Nieves
Parte Recurrida
HC-01-11578
Carolina, P.R. 0098
Teléfono: (939) 940-0807
Email: rcarrasquillonieves@gmail.com



**AL HONORABLE TRIBUNAL DE DISTRITO:**

Comparece la parte recurrida, por derecho propio, y por este medio respetuosamente

**ALEGA, EXPONE y SOLICITA:**

I. **Introducción**

1. El 19 de diciembre de 2019, recibimos mediante correo prioritario la información que da propósito a esta replica.

2. No es hasta el 19 de diciembre de 2019, que recibimos por primera vez un documento relacionado a la reclamación para presentar evidencia.

II. Motivos para presentar evidencia

1. El 20 de noviembre de 2020, a las 6:06 p.m. y 6:50 p.m. nos comunicamos al número directo (646)-486-7944 para dar seguimiento a las reclamaciones presentadas.
2. Se nos informó que la reclamación 15744 no tenía réplica según solicitado el 19 de diciembre de 2019.
3. Suministrada la información sobre la reclamación número 15744 procedimos a buscar en expediente la evidencia, si alguna, que demuestre que en realidad no se presentó réplica.
4. Del expediente se desprende que:

    a. El 2 de enero de 2020 se envió réplica por correo.
    b. Que se envió réplica al Tribunal de Distrito de los Estados Unidos, Proskauer Rose y a Paul Hasting.
    c. Que la Réplica y copias de la Réplica fueron enviadas mediante carta certificada con acuse de recibo el 2 de enero de 2020.

d. Que las Replicas enviadas a los señores Proskauer Rose y Paul Hasting fueron recibidas y acusado el recibo.

e. Que la Réplica enviada al Tribunal de Distrito de los Estados Unidos no fue devuelta ni recibido su acuse. Aún cuando el 3 de enero de 2020 a las 7:10 am salió del correo para la entrega.

5. Se acompaña copia de todo lo alegado anteriormente para su consideración, evaluación y acción correspondiente.

III. Súplica

Por todo lo cual, se ruega muy respetuosamente a este Honorable Tribunal de Distrito considere el documento como enviado en término para la Reclamación número 15744

Respetuosamente sometido

Rafael A. Camasquillo Nieves
HC-01-11578
Carolina, P.R. 00985
Tel. (939)-940-0807
Email rcamasquillonieves@gmail.com

Case:17-03283-LTS   Doc#:15264   Filed:11/24/20   Entered:11/24/20 17:18:16   Desc: Main
Document   Page 8 of 8

