Rafael A. Jaramillo
Urb. Los Sueños 5 Calle Armonía
Gurabo P.R. 00778-7800



Tribunal de Distrito de Los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767