# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et al.,<br>           Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE COURT:

**COMES NOW**, AGM PROPERTIES CORPORATION, as creditor, landlord, administrative expense claimant and party in interest hereto, and hereby enters its appearance through the undersigned counsel pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. §2170, and very respectfully prays and requests:

    1. Appearing party, AGM Properties Corporation, ("AGM"), is represented in the above

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808; (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686; (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Fedeal Tax ID: 3801) (Title III case numbers as listed as Bankruptcy Case numbers due to software limitations).

captioned proceedings by the undersigned counsel.

2. That pursuant to Bankruptcy Rules 9011 and 2002, the movant requests that all motions, pleadings, papers and orders be served upon it through the undersigned counsel, and that it be included in the master address list, or any other similar notice list applicable to these proceedings.

**WHEREFORE,** it is respectfully prayed this Honorable Court take note of Movant's appearance in the captioned case and that its counsel be included in the Master Address List and be notified of all motions, documents, and pleadings in the captioned case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 25th day of November 2020.

**CERTIFICATE OF SERVICE:** Movant and undersigned counsel hereby certify that this notice has been filed thru the District Court's ECF/ECM electronic filing system which will automatically notify all participants to said system including the US Trustee at ustregion21.hr.ecf@usdoj.gov and the "Standard Parties". Movant further certifies that notice of this motion has been made via regular mail on this same date to the entities listed on the List of Creditors Holding the 20 Largest Unsecured Claims.

**LANDRAU RIVERA & ASSOC.**
Attorneys for Landlord
AGM Properties Corporation
PO Box 270219
San Juan, PR 00927-0219
Tel. (787) 774-0224

*s/ Noemí Landrau Rivera*
USDC PR No. 215510
nlandrau@landraulaw.com