# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 15181 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>Re: ECF No. 2299 |

## CERTIFICATE OF NO OBJECTION REGARDING PREPA'S MOTION FOR ORDER APPROVING PREPA'S ASSUMPTION OF CERTAIN RENEWABLE ENERGY POWER PURCHASE AND OPERATING AGREEMENTS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

1.      On November 17, 2020, the Puerto Rico Electric Power Authority ("PREPA" or the "Debtor"), through the Financial Oversight and Management Board for Puerto Rico (the "FOMB" or "Oversight Board") as PREPA's sole Title III representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), filed *PREPA's Motion for Entry of an Order Approving PREPA's Assumption of Renewable Energy Power Purchase and Operating Agreements* [ECF No. 15181 in Case No. 17-3283 and ECF No. 2299 in Case No. 17-4780] (the "Motion").[2]

2.      Responses or objections, if any, were to be filed and served no later than November 24, 2020 at 4:00 p.m. (AST) (the "Objection Deadline").  According to this Court's *Thirteenth Amended Case Management Procedures* [ECF No. 13512-1] (the "Case Management Procedures"), the Court may enter an order granting a request for relief without a hearing upon receipt of a certificate of no objection ("CNO", as defined by the Case Management Procedures). *See* Case Management Procedures, III.P.

3.      In accordance with the Case Management Procedures, the undersigned hereby certifies that this CNO is filed not less than forty-eight (48) hours after the expiration of the Objection Deadline.  The undersigned further certifies that counsel for the Oversight Board has reviewed the Court's docket in the above-captioned cases not less than forty-eight (48) hours after expiration of the Objection Deadline, and, to the best of counsel's knowledge, no applicable objection, responsive pleading, or request for a hearing with respect to the Motion appears on the docket.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

2

**WHEREFORE** PREPA respectfully requests the Court enter the proposed order attached

hereto as **Exhibit A**.

Dated:  November 30, 2020                    Respectfully submitted,
       San Juan, Puerto Rico

                                         */s/ Paul V. Possinger*

                                         Martin J. Bienenstock (admitted *pro hac vice*)
Paul V. Possinger (admitted *pro hac vice*)
Ehud Barak (admitted *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtor*

**LUIS F. DEL VALLE-EMMANUELLI**

By:  */s/  Luis F. del Valle-Emmanuelli*
By:  Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897

*Attorney for the Financial Oversight and
Management Board as representative of the
Debtor*

3

**<u>Exhibit A</u>**

**<u>Proposed Order</u>**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No.  17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No.  17 BK 4780-LTS |

## [PROPOSED] ORDER GRANTING PREPA'S ASSUMPTION OF CERTAIN RENEWABLE ENERGY POWER PURCHASE AND OPERATING AGREEMENTS

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID:  3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID:  8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID:  3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID:  9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID:  3747).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon PREPA's *Motion for Order Approving PREPA's Assumption of Renewable Energy Power Purchase and Operating Agreements* [ECF No. 15181 in Case No. 17-3283 and ECF No. 2299 in Case No. 17-4780] (the "Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to section 306(a) of PROMESA; and venue in this district being proper pursuant to section 307(a) of PROMESA; and the Oversight Board having approved under PROMESA Title II the assumption of certain power purchase and operating agreements listed on **Exhibit B** of the Motion between PREPA and various counterparties (the "Assumed PPOAs"), relating to the purchase of renewable energy from photovoltaic solar and wind projects located throughout Puerto Rico, each as amended as described in the Motion; and the Motion demonstrating that each Assumed PPOA and amendments thereto were entered into at arm's length and appear valid, legal, and binding obligations of PREPA, that there are no pre-petition or other cure amounts due in respect of any Assumed PPOA, that the assumption of the Assumed PPOAs is based on sound business justifications and that the relief requested in the Motion is in the best interests of PREPA, its creditors, its customers, and other parties in interest, and that each counterparty to the Assumed PPOAs has agreed it has adequate assurance of future performance by PREPA; and PREPA having provided adequate and appropriate notice of the Motion under the circumstances and no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or are otherwise overruled on the merits; and upon the record herein, after due deliberation thereon, the Court having found good and sufficient cause exists for the granting of the relief set forth herein,

---

[2]   Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED** as set forth herein.

2.      Pursuant to section 365 of the Bankruptcy Code, made applicable in this Title III

Case pursuant to PROMESA section 301(a), PREPA's assumption of the Assumed PPOAs, each

as amended, is approved, the Assumed PPOAs shall be deemed assumed upon entry of this Order,

along with related consents, estoppels, and ancillary agreements that may have previously been

executed in connection with any of the PPOAs (collectively, the "Lender Consents"), in each case

in favor of the lenders or other financiers of the energy projects which are the subject of the

Assumed PPOAs.

3.      The assumption of the Assumed PPOAs and Lender Consents does not give rise to

any cure costs, and the assumption of the Assumed PPOAs and Lender Consents shall not result

in a breach or violation of, or default under, the Assumed PPOAs and the Lender Consents.

4.      Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of

this Order shall be immediately effective and enforceable upon its entry.

5.      PREPA and the Oversight Board, as PREPA's representative, are authorized to take

all actions, and to execute all documents, necessary or appropriate, to effectuate the relief granted

in this Order in accordance with the Motion and without further order of this Court.

6.      The Court shall retain jurisdiction to hear and determine any and all disputes related

to or arising from the implementation, interpretation, and enforcement of this Order.


Dated: _____, 2020

                                        _____
                                        HONORABLE LAURA TAYLOR SWAIN
                                        United States District Judge