UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]
---------------------------------------------------------------x
HON. WANDA VÁZQUEZ GARCED et al.,

    Plaintiffs,

    -v-

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    Defendant.
---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

Adv. Proc. No. 20-080-LTS

ORDER FOR SUPPLEMENTATION OF THE RECORD

    At the hearing held on November 24, 2020, concerning the motion for summary judgment by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), counsel for the Oversight Board discussed certain unidentified testimony "from the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Puerto Rico Health Insurance Administration that Act 82 will increased the Commonwealth's health plan budget by 27 million dollars." (Hrg. Tr., Docket Entry No. 58 in Adversary Proceeding No. 20-80, at 73:19-23.) The Court asked whether counsel for the Oversight Board could "identify that testimony, including where it was given and who said it, and point the government to a copy of it?" (Id. at 74:6-8.) Counsel offered to "supplement the record, if the Court permits." (Id. at 74:9-24.) Counsel for the Oversight Board is directed to file the proffered information, including any written version of the testimony, or a statement as to inability to provide the information, by **Friday, December 4, 2020**.

SO ORDERED.

Dated: December 1, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge