**SUPPLEMENTAL APPENDIX**

| Defendant | Adversary Proceeding No. |
|---|---|
| A NEW VISION IN EDUCATIONAL SERV & MATE | 19-00061 |
| Ambassador Veterans Services of Puerto Rico L.L.C. | 19-00048 |
| Armada Productions Corp. | 19-00076 |
| Bianca Convention Center, Inc. | 19-00072 |
| Bio-Nuclear of Puerto Rico, Inc. | 19-00091 |
| Bristol-Myers Squibb Puerto Rico, Inc. | 19-00042 |
| Caribbean Temporary Services, Inc. | 19-00104 |
| Caribe Grolier, Inc. | 19-00051 |
| CCHPR Hospitality, Inc | 19-00116 |
| Centro de Desarrollo Academico, Inc. | 19-00053 |
| Citibank, N.A. | 19-00265 |
| Clinica de Terapias Pediatricas, Inc. | 19-00054 |
| Community Cornerstones, Inc. | 19-00043 |
| Computer Learning Centers, Inc. | 19-00055 |
| Computer Network Systems Corp. | 19-00150 |
| Core Laboratories N.V. d/b/a Saybolt | 19-00381 |
| Creative Educational & Psychological Services, Inc. | 19-00152 |
| Didacticos, Inc. | 19-00161 |
| Distribuidora Lebron Inc. | 19-00167 |
| E. Cardona & Asociados, Inc. | 19-00056 |
| Eastern America Insurance Agency, Inc. | 19-00279 |
| Ecolift Corporation | 19-00172 |
| Empresas Arr Inc. | 19-00084 |
| Enterprise Services Caribe, LLC | 19-00060 |
| Explora Centro Academico Y Terapeutico LLC | 19-00143 |
| Facsimile Paper Connection Corp. | 19-00092 |
| Fast Enterprises LLC | 19-00266 |
| FIRST HOSPITAL PANAMERICANO | 19-00093 |
| FP + 1, LLC | 19-00148 |
| GF Solutions, Inc. | 19-00063 |
| Gila LLC | 19-00354 |
| Girard Manufacturing, Inc. | 19-00103 |
| GM Security Technologies, Inc. | 19-00273 |

3

| Defendant | Adversary Proceeding No. |
|---|---|
| Great Educational Services Corporation | 19-00277 |
| GUIMERFE INC | 19-00182 |
| Hewlett Packard Puerto Rico, BV LLC | 19-00183 |
| Hospira Puerto Rico, LLC | 19-00186 |
| Huellas Therapy Corp. | 19-00065 |
| Institucion Educativa Nets, LLC | 19-00067 |
| International Surveillance Services Corporation | 19-00202 |
| Intervoice Communication of Puerto Rico Inc. | 19-00068 |
| Jose Santiago, Inc. | 19-00075 |
| Junior Bus Line, Inc. | 19-00229 |
| Law Offices Wolf Popper P.S.C. | 19-00236 |
| Macam S.E. | 19-00255 |
| Management, Consultants & Computer Services, Incorporated | 19-00081 |
| Manpower | 19-00088 |
| Merck Sharp & Dohme (I.A.) LLC | 19-00276 |
| Michica International Co., Inc. | 19-00238 |
| Microsoft Corporation | 19-00290 |
| MMM Healthcare, Inc. | 19-00095 |
| N. Harris Computer Corporation | 19-00102 |
| National Copier & Office Supplies, Inc. | 19-00251 |
| Nelson D. Rosario Garcia | 19-00125 |
| Netwave Equipment Corp. | 19-00253 |
| Oracle Caribbean, Inc. | 19-00112 |
| Pearson Education, Inc. | 19-00245 |
| Pearson Pem P.R., Inc. | 19-00117 |
| Professional Consulting Psychoeducational Services, LLC | 19-00188 |
| Prospero Tire Export, Inc. | 19-00196 |
| Puerto Rico Supplies Group Inc. | 19-00199 |
| Puerto Rico Telephone Company, Inc. | 19-00127 |
| Quest Diagnostics of Puerto Rico, Inc. | 19-00440 |
| R. Cordova Trabajadores Sociales C S P | 19-00138 |
| Ready & Responsible Security, Inc. | 19-00387 |
| Reyes Contractor Group, Inc. | 19-00220 |
| Ricoh Puerto Rico, Inc. | 19-00128 |
| Rocket Learning, LLC | 19-00232 |

| Defendant | Adversary Proceeding No. |
|---|---|
| Rocket Teacher Training, LLC | 19-00235 |
| Rodriguez-Parissi & Co., C.S.P. | 19-00155 |
| Rosso Group, Inc. | 19-00239 |
| S.H.V.P. Motor Corp. | 19-00134 |
| Seguros Colon Colon, Inc. | 19-00130 |
| Sesco Technology Solutions, LLC | 19-00162 |
| St. James Security Services, LLC | 19-00145 |
| Sucn Oscar Rodriguez Crespo | 19-00165 |
| T R C Companies | 19-00168 |
| Taller de Desarrollo Infantil y Prescolar Chiquirimundi Inc. | 19-00049 |
| Total Petroleom PR Corp | 19-00114 |
| Transporte Sonnel Inc | 19-00149 |
| Truenorth Corp. | 19-00160 |
| VIIV Healthcare Puerto Rico, LLC | 19-00164 |

5