UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

HON. WANDA VÁZQUEZ GARCED et al.,

    Plaintiffs,

    -v-

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BAORD FOR PUERTO RICO,

    Defendant.

Adv. Proc. No. 20-0080-LTS

------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF MOTION REQUESTING
LEAVE TO FILE AN AMICUS BRIEF AND FOR AMICUS STATUS

    The Court has received and reviewed the *Notice of Appearance and Second Motion Requesting Leave to File an Amicus Brief and for Amicus Status* (Docket Entry No. 15238 in Case No. 17-3283, the "Motion") filed by Cooperativa de Farmacias Puertorriqueñas

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(the "Movant"). Responses to the Motion must be filed by **December 7, 2020, at 5:00 p.m. (Atlantic Standard Time)**. Movant's reply papers must be filed by **December 10, 2020, at 5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Motion on submission.

SO ORDERED.

Dated: December 2, 2020

                                                               /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge