23 de noviembre de 2020

Junta de Supervisión y Administración
Financiera para Puerto Rico

Estimados Señores:

Les informo que presente ante su consideración dos reclamos que según el tipo de reclamación consisten en **Reclamaciones de empleados públicos,** estas fueron por:

1) $22,356.70 por motivo de deuda de periodo ininterrumpido de tres años de servicios sin haber recibido ningún otro aumento de sueldo (deuda de trienio). Esta deuda fue reconocida en el doc # 14623-2 Exhibit B página 13 (adjunto copia- Anejo 1). Esta reclamación fue reconocida y aceptada mediante el CLAIM # 84815.

2) $17,305.50 por motivo de deuda de un tipo retributivo por 27 años de servicio. Esta deuda fue solicitada y **no ha sido reconocida y está en itinerario para ser rechazada**. Aparece en el Doc # 14623-3 Exhibit C Pagina 108. (adjunto copia – Anejo 2). No obstante, me corresponde en Ley, por lo que solicito me sea reconocida y aceptada mediante el CLAIM # 54161. Nuevamente someto documentación que evidencia y prueba que me corresponde, por lo que no debe ser rechazada y por el contrario incluida en el: Aviso de Reconciliación Administrativa de Reclamaciones.

Cualquier interrogante favor de comunicarse con el que suscribe.

Atentamente,

*[signature]*
Iván Santos Ortega
Urb. Santa Rosa
Bloque 50-22 Calle 25
Bayamón, P.R. 00959

Número & Lorenna
Ivás Sandos Ortega

### Explicación reclamo de un tipo retributivo por 27 años de Servicio

Mi reclamo consiste en que de acuerdo a la Orden Administrativa Número: 292 de 17 de julio de 2012 **(anejo 1 a, b y c)**, suscrita por la Autoridad Nominadora, para ese entonces, Dr. Lorenzo González Feliciano, MD, Secretario del Departamento de Salud, se hicieron extensivos los beneficios otorgados mediante los Convenios Colectivos vigentes del 1 de julio de 2012 al 30 de julio de 2015. Por lo que se otorgaron beneficios adicionales a todos los empleados pertenecientes a las Unidades Apropiadas de los Programas Categóricos y de los Hospitales Universitarios de Adultos y Pediátrico del Departamento de Salud. En la propia orden, se indica que la misma tiene el propósito de atemperar las diferencias entre los beneficios otorgados a los empleados de la Unidades Apropiadas y los empleados excluidos de estas, según los Convenios Colectivos vigentes del 1de julio de 2012 al 30 de junio de 2015. **(anejo 2 a y b)**

Conforme lo antes expuesto efectivo al 16 de febrero de 2014 me correspondía el que me otorgarán un ajuste en sueldo equivalente a un tipo retributivo. Ello conforme al inciso 15 de la Orden de referencia, que indica: El personal con 27 años o más de servicios cotizados recibirá un ajuste en sueldo equivalente a un tipo retributivo, considerando sus evaluaciones de ejecución. Además, no tengo ninguna evaluación negativa en mis 35 años como empleado en el servicio público, de hecho mí última evaluación fue excelente en cuanto a mi desempeño y labor realizada **(anejo 3 a y b))**. Tampoco la Autoridad Nominadora ha enviado notificación escrita que no satisfaga esta consideración.

La fecha del cómputo de los 27 años de servicio, obedece a que ocupe un puesto regular desde 16 de febrero de 1987 hasta el 16 de febrero de 2014 **(anejos 4 y 5)**.

Previo a que se estableciera esta Ley 66 – de 2014 **(anejo 6)**, ya efectivo al 16 de febrero de 2014 me correspondía recibir un ajuste en sueldo equivalente a un tipo retributivo, considerando mis evaluaciones de ejecución. Además, no tengo ninguna evaluación negativa en mis 35 años como empleado en el servicio público, de hecho mi última evaluación fue excelente en cuanto a mi desempeño y labor realizada **(anejo 3)**. Tampoco la Autoridad Nominadora ha enviado notificación escrita que no satisfaga esta consideración.

El cómputo retributivo de un tipo retributivo en mi escala adeudado, es el siguiente **(anejo 7 a y b)**:

Clase de Puesto ocupado Director Auxiliar de Relaciones Laborales - Sueldo $ 5,176.00 **(anejo 5)**

Escala 18 – Cómputo un tipo retributivo $5,472- $5223 = $249.00 **(anejo 8 a y b)**

16 de febrero al 28 de febrero de 2014 = $124.50 (249.00 /2)

1 de marzo de 2014 hasta 30 de noviembre de 2019 = $249.00 x 69 meses = $17,181.00

124.50 + $17,181.00 = **$17,305.50 (total adeudado)**

**De requerir explicación adicional, estoy en la mejor disposición de brindarla**