2

**Hearing Date: December 11, 2019, at 9:30AM (Atlantic Standard Time)**
**Response Deadline: November 26, 2019 at 4:00PM (Atlantic Standard Time)**

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and ERS.** |

# NINETY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES

The Commonwealth of Puerto Rico (the "Commonwealth") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 808 | SANTOS MORÁLES, VIRGINIA<br>PO BOX 308<br>TOA ALTA, PR 00954 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 57168 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 809 | SANTOS NEGRON, LYMARI<br>HC 91 BOX 9166<br>VEGA ALTA, PR 00692 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 72054 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 810 | SANTOS ORTEGA, IVAN<br>URB SANTA ROSA<br>BLOQUE 50-22 CALLE 25<br>BAYAMON, PR 00959 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 54161 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 811 | SANTOS ORTEGA, IVAN<br>URB. SANTA ROSA BLOQUE 50-22-CALLE 25<br>BAYAMON, PR 00959 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 84815 | |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 812 | SANTOS OSORIO, YASMIN<br>HC-2 BOX 5349<br>MEDIANIA ALTA<br>BARRIO MINI MINE<br>LOIZA, PR 00772 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 78890 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

*Número de Evidencia de Reclamación:* ~~84815~~ 54161
*Reclamante:* Iván Santos Ortega

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk, LLC<br>Grand Central Station, PO Box 4708<br>New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk LLC<br>850 Third Avenue, Suite 412<br>Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☑ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   ______________________________

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   $17,305.50

*Número de Evidencia de Reclamación:*
*Reclamante:* Iván Santos Ortega

3. **Empleo.** **¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?**
   - ☐ No. *Pase a la Pregunta 4.*
   - ☑ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
Departamento de Salud

3(b). Identifique las fechas de su empleo con relación a su reclamación:
1 de marzo de 2014 hasta 30 de noviembre de 2019 y meses subsiguientes

3(c). Últimos cuatro dígitos de su número de seguro social: 7052

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

- ☐ Jubilación
- ☑ Salarios impagos
- ☐ Días por enfermedad
- ☐ Queja con el sindicato
- ☐ Vacaciones
- ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

Ver explicación de un tipo retributivo por 27 años de Servicio Adeudado

4. **Acción legal.** **¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?**
   - ☑ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

4(c). Número de caso:

4(d). Título, epígrafe, o nombre del caso:

*Número de Evidencia de Reclamación:* ~~84815~~ 54161
*Reclamante:* Iván Santos Ortega

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

______________________

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

______________________

Anejo 1

DEPARTAMENTO DE SALUD
GOBIERNO DE PUERTO RICO
OFICINA DE RECURSOS HUMANOS Y RELACIONES LABORALES

30 de julio de 2012

**SECRETARIOS AUXILIARES**
**DIRECTORES EJECUTIVOS**
**DIRECTORES REGIONALES**
**DIRECTORES DE OFICINA**
**OFICIALES DE RECURSOS HUMANOS**
**PERSONAL NO UNIONADO**
**PRESIDENTE ASOCIACION DE GERENCIALES**

Daisy Bosch Cruz, MBA
Secretaria Auxiliar
Recursos Humanos y
Relaciones Laborales

**ORDEN ADMINISTRATIVA 292**
**DEL 12 DE JULIO DE 2012**

El pasado 17 de julio de 2012, el Hon. Lorenzo González Feliciano, Secretario, Departamento de Salud, firmó la Orden Administrativa Número 292 (ver copia), en la cual extiende beneficios marginales y económicos a todo el personal excluido de la Unidad Apropiada del Departamento.

Esta Orden Administrativa hace justicia a nuestro personal supervisor, administrativo y a todo empleado no unionado, ya que atempera las diferencias entre los beneficios otorgados a los empleados de las Unidades Apropiadas y a los empleados excluidos de ésta, según los Convenios Colectivos vigentes del 1 de julio de 2012 al 30 de junio de 2015.

Esperamos, que la misma produzca un impacto en nuestra productividad y el servicio que ofrecemos. Esta orden deberá ser de conocimiento a los empleados, a los cuales les aplican estos beneficios.

DBC/HAP/mrp

Anejo

Número de Reclamación 54161
Iván Santos Ortega

SALUD
GOBIERNO DE PUERTO RICO
OFICINA DE RECURSOS HUMANOS Y RELACIONES LABORALES

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE SALUD
OFICINA DEL SECRETARIO

ORDEN ADMINISTRATIVA NÚMERO: 292

PARA OTORGAR BENEFICIOS MARGINALES AL PERSONAL EXCLUIDO DE LAS UNIDADES APROPIADAS DE LOS PROGRAMAS CATEGÓRICOS Y DE LOS HOSPITALES UNIVERSITARIOS DE ADULTOS Y PEDIÁTRICO DEL DEPARTAMENTO DE SALUD DEL GOBIERNO DE PUERTO RICO; Y DEJAR SIN EFECTO LA ORDEN ADMINISTRATIVA NÚM. 221 DE 22 DE OCTUBRE DE 2007.

POR CUANTO: El Departamento de Salud del Estado Libre Asociado de Puerto Rico fue creado según lo dispuesto en la Ley Número 81 de 14 de marzo de 1912, según enmendada, y elevado a rango constitucional en el Artículo IV, Sección 6 de la Constitución del Estado Libre Asociado de Puerto Rico.

POR CUANTO: La Ley Número 184 de 3 de agosto de 2004, según enmendada, reconoce que los beneficios marginales constituyen un área de gran necesidad y de efectos trascendentales para el servidor público.

POR CUANTO: Mediante los Convenios Colectivos vigentes del 1ro de julio de 2012 al 30 de junio de 2015, se otorgaron beneficios adicionales a todos los empleados pertenecientes a las Unidades Apropiadas de Los Programas Categóricos y de los Hospitales Universitarios de Adultos y Pediátrico del Departamento de Salud.

POR CUANTO: La presente orden tiene el propósito de atemperar las diferencias entre los beneficios otorgados a los empleados de las Unidades Apropiadas y los empleados excluidos de estas, según los Convenios Colectivos vigentes del 1ro de julio de 2012 al 30 de junio de 2015.

POR TANTO: YO, LORENZO GONZÁLEZ FELICIANO, MD, SECRETARIO DEL DEPARTAMENTO DE SALUD DEL GOBIERNO DE PUERTO RICO, PROMULGO EN ESTA FECHA LA PRESENTE ORDEN PARA OTORGAR BENEFICIOS MARGINALES AL PERSONAL EXCLUIDO DE LAS UNIDADES APROPIADAS DE LOS PROGRAMAS CATEGÓRICOS Y DE LOS HOSPITALES UNIVERSITARIOS DE ADULTOS Y PEDIÁTRICO DEL DEPARTAMENTO DE SALUD DEL GOBIERNO DE PUERTO RICO:

PRIMERO: Al personal con status de carrera excluido de la Unidad Apropiada de los Hospitales Universitarios de Adultos y Pediátrico se le concederá los siguientes beneficios marginales:

1) El día de cumpleaños libre con paga. El empleado que cumpla el día 29 de febrero disfrutará de este beneficio el 1ro de marzo en años no bisiestos. Si el cumpleaños coincide con un día feriado o con uno de sus días libres,

Iván Sandoz Ortega 54761

| Supervisores de enfermería |
| --- |
| $320.00 |

| Personal de enfermería |
| --- |
| $300.00 |

| Personal que ocupa otras clases de puestos | |
| --- | --- |
| Batas o chaquetas y zapatos | Batas o chaquetas |
| $200.00 | $140.00 |

El pago se hará durante el mes de enero al personal que esté trabajando al 31 de enero de cada año. Si el empleado está disfrutando de algún tipo de licencia con o sin sueldo se le pagará al reinstalarse al servicio, con excepción del que disfruta de sus vacaciones regulares programadas.

El uniforme para el personal de enfermería será blanco; así como, los zapatos. No obstante, la institución tiene la prerrogativa de establecer otros colores apropiados para el uniforme, de acuerdo al servicio que ofrece cada Departamento.

11) Aportación máxima de sesenta dólares ($70.00) por año natural para el pago de cuota de colegiación compulsoria, al personal que se le exija licencia para ejercer sus funciones.

12) Pago de Bono de Asistencia conforme se establece en el Manual Sobre el Programa de Bonificación por Asistencia.

13) Aportación de quinientos dólares ($500.00) para contribuir a los gastos de funeral, en caso de muerte del empleado que ejerza funciones de supervisión. El pago se hará al familiar que presente evidencia de que sufragó el funeral.

14) Concesión de un (1) día libre con paga al personal que cumpla 20, 25, 30, 35 y 40 años en el servicio público. Disfrutará del día libre, previa coordinación con el supervisor inmediato y dentro de los 30 días laborables de haber cumplido los años de servicios. Los años se computarán de acuerdo a la definición de antigüedad.

15) El personal con 27 años o más de servicios cotizados recibirá un ajuste en sueldo equivalente a un tipo retributivo, considerando sus evaluaciones de ejecución.

16) Un día libre al empleado que vaya a ser donante de órganos, a la presentación de evidencia.

17) Se concede a los empleados bajo tratamiento y trabajo (CT) en el Fondo del Seguro del Estado, tiempo con paga y sin cargo a ninguna licencia. Máximo de cinco (5) días anuales y no acumulables.

Núm. Reclamación 54161 Iris Santos Ortega

veinticinco ($25.00) para un total de ciento setenta y cinco dólares ($175.00).

El Departamento de Salud sobre la base de ciento cincuenta dólares ($150.00) solicitará a la Oficina de Gerencia y Presupuesto (OGP) un aumento de $50.00 dólares mensuales para la aportación al Plan Médico del año fiscal 2013-2014, el cual será efectivo a partir del 1 de julio de 2013 y un aumento subsiguiente de $25.00 dólares mensuales para el año fiscal 2014-2015, el mismo será efectivo el 1ro. de julio de 2014.

Los aumentos anteriormente mencionados estarán sujetos a la previa autorización de la OGP, a la asignación presupuestaria de la Asamblea Legislativa y las autorizaciones que se requieran mediante ley u orden.

3) Bono Navideño – El Departamento de Salud solicitará un aumento de $200.00 para el bono de navidad actual que es de $1,200.00 dólares, distribuido de la siguiente manera:

- $100.00 a partir del 1 de diciembre de 2013
- $100.00 a partir del 1 de diciembre de 2014

Los aumentos anteriormente mencionados estarán sujetos a la previa autorización de la OGP, a la asignación presupuestaria de la Asamblea Legislativa y las que se requieran mediante ley u orden.

4) Bonificación Especial – Los empleados vinculados al Departamento de Salud al 30 de junio de 2012, recibirán un bono especial no recurrente y separado del salario de $200.00 durante el mes de julio de 2012.

De igual manera, aquellos empleados vinculados al Departamento de Salud al 1 de julio de 2012, recibirán en o antes del 31 de enero de 2013 un segundo bono especial por la cantidad de $300.00. Dicho bono especial será uno separado del salario y no será recurrente.

El bono especial antes mencionado estará sujeto a la previa autorización de OGP y a las autorizaciones que se requieran por ley u orden.

POR TANTO: Esta Orden Administrativa será efectiva inmediatamente y deroga la Orden Administrativa Núm. 221 de 22 de octubre de 2007. Todos los memorandos y Órdenes Administrativas previamente emitidos por el Secretario de Salud en la medida que sus disposiciones sean incompatibles con las disposiciones de esta Orden, quedan derogadas y sin efecto legal alguno.

Y PARA QUE ASI CONSTE, FIRMO LA PRESENTE ORDEN ADMINISTRATIVA Y HAGO ESTAMPAR EN ELLA EL SELLO DEL DEPARTAMENTO DE SALUD DEL GOBIERNO DE PUERTO RICO, HOY 17 DE JULIO DE 2012.

LORENZO GONZÁLEZ FELICIANO, MD
SECRETARIO DE SALUD

Case:17-03283-LTS Doc#:15300-1 Filed:12/01/20 Entered:12/02/20 11:02:08 Desc: Exhibit Page 10 of 22

Número de Reclamación 54161

Iván Santos Ortega

Anejo 2-a

# CONVENIO COLECTIVO

## Programas Categóricos y Hospital Universitario de Bayamón

## Unión General de Trabajadores (UGT) y Departamento de Salud

1 de julio de 2012- 30 de junio de 2015

Número de Reclamación 54161
Iván Santos Ortega

Anejo 2-b

**Sección 4 - Aplicabilidad bajo alternativa de retiro temprano**
En caso de que los Programas implanten un programa de retiro temprano durante la vigencia del presente convenio los beneficios descritos en este artículo aplicarán a los empleados participantes de dicho programa que cualifiquen según los años mínimos de servicio requeridos anteriormente. De implantarse un programa de esta naturaleza, las disposiciones de este artículo aplicarían a los empleados que hayan cumplido 25 o más años de servicio público y decidan acogerse al retiro temprano.

## ARTICULO 49
## RECONOCIMIENTO POR AÑOS DE SERVICIO

**Sección 1- Co auspicio**
Los Programas y la Unión auspiciarán reconocimientos por años de servicio público de los empleados de los Programas.

**Sección 2 - Años a ser reconocidos**
Los reconocimientos se harán a todo empleado que cumpla veinte (20), veinticinco (25), treinta (30) treinta y cinco (35) y cuarenta (40) años de servicio público.

**Sección 3 - Compensación por el reconocimiento**
Todo empleado acreedor de este reconocimiento tendrá derecho a disfrutar de un (1) día libre con paga a ser programado por el servicio al cual esté adscrito el empleado dentro de un término no mayor de noventa (90) días a partir de la celebración de la actividad oficial para tales fines. En los casos de los empleados con veintisiete (27) años o más de servicio público cotizado durante la vigencia de este convenio, recibirán, además, un ajuste de sueldo de un tipo retributivo equivalente a un paso en su escala salarial considerando las evaluaciones de ejecución del empleado.

**Sección 4 - Participación en la actividad**
Los Programas harán los arreglos para permitir que los empleados (as) que cumplan los años de servicios reconocidos mediante esta disposición puedan participar de la actividad que se organice para celebrar los mismos, si así lo solicitan, y en la medida que no se afecten los servicios esenciales. Para que los servicios puedan hacer los arreglos pertinentes de programación los empleados (as) concernidos deberán manifestar su intención de asistir a la actividad mediante el procedimiento que los Programas establezca al efecto. Los Programas harán una notificación a los empleados (as) concernidos con no menos de dos (2) semanas de antelación a la fecha de la actividad.

54161

Número Reclamación ... Iván Santos Ortega

DSP-35 S

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE SALUD
CALL BOX 70184 SAN JUAN, PUERTO RICO 00936

# INFORME SOBRE TRABAJO DE PERSONAL SUPERVISOR EN PERIODO PROBATORIO

IMPORTANTE: ASEGURESE DE ESTUDIAR DETENIDAMENTE EL ANEJO A ESTE FORMULARIO ANTES DE LLENARLO

| 1. Nombre del empleado<br>IVAN SANTOS ORTEGA | 2. Número de Seguro Social<br>xxx-xx-7052 | 3. Título de Clasificación del Puesto<br>DIRECTOR AUX. RELS. LABS. |
|---|---|---|
| 4. Agencia<br>OFICINA DE RECURSOS HUMANOS | 5. División, Sección o Unidad<br>RELACIONES LABORALES | 6. Fecha en que vence el periodo probatorio<br>15 de julio de 2009 |

| FACTORES | SOBREPASA | ALCANZA | NO ALCANZA | COMENTARIOS |
|---|---|---|---|---|
| 1. PLANIFICACION: La forma de preparar planes de trabajo enfocando las prioridades de la agencia a través del establecimiento de metas y objetivos operacionales tomando en consideración factores tales como: distribución de tiempo, tareas y recursos disponibles. | X | | | |
| 2. ORGANIZACION: La distribución y delegación de las tareas en forma equitativa de acuerdo a las capacidades y destrezas de los recursos disponibles, siguiendo de cerca las metas y objetivos establecidos en el plan de trabajo. | X | | | |
| 3. EJECUCION: El desarrollo de las actividades programadas en el plan de trabajo, logrando alcanzar, eficientemente, la metas y obejetivos operacionales previamente establecidos; la toma de decisiones efectivas, sustentadas por los hechos y las alternativas disponibles; y la solución efectiva de situaciones imprevistas. | X | | | |
| 4. CONTROL: El seguimiento a la implantación del plan de trabajo realizando medicaciones periódicas durante el transcurso de las actividades; la identificación de los problemas surgidos y la forma de efectuar los ajustes necesarios; la preparación de informes periódicos sobre el desarrollo de las actividades programadas; la iniciativa y el logro del respeto de sus supervisados para alcanzar las metas y objetivos de la agencia en forma efectiva y en un clima de trabajo positivo. | X | | | |
| 5. EVALUACION:<br>A. EVALUACION DEL TRABAJO: La recopilación, análisis y tabulación de los resultados del trabajo realizado, utilizando métodos científicos de medición para determinar el grado de eficiencia y productividad de los logros obtenidos. | X | | | |

| FACTORES | SOBREPASA | ALCANZA | NO ALCANZA | COMENTARIOS |
|---|---|---|---|---|
| B. EVALUACION DE LOS EMPLEADOS: La utilización de sistema de motivación y evaluación de empleados que esté basado en criterios y objetivos que sean medibles y aplicables a todo el personal por igual para obtener resultados positivos en las áreas de motivación, productividad y control de ausentismo. | X | | | |
| 6. ASISTENCIA: La regularidad y puntualidad con que el evaluado cumple y requiere de sus supervisados el cumplimiento en el horario de trabajo establecido. | X | | | |
| 7. CONFIABILIDAD: La capacidad observada en el evaluado para captar y seguir instrucciones, asumir sus responsabilidades y ejecutar sus tareas, así como la capacidad para impartir instrucciones y delegar responsabilidades a sus supervisores en armonía con las prioridades programáticas de la agencia. | X | | | |
| 8. INTEGRIDAD: La ausencia de sospecha, involucración o convicción por actos contrarios a la política pública, la Ley y la moral. La adhesión sincera y evidente a altos ideales morales profesionales. | X | | | |
| 9. SOCIABILIDAD: La conducta, relaciones y tacto del evaluado en sus contactos de día a día con los demás supervisores, empleados y usuarios de los servicios de la agencia. | X | | | |
| 10. COOPERACION: La actitud y disposición para colaborar hacia el logro de los objetivos del servicio. La forma de influir y motivar a sus supervisados para obtener de ellos el esfuerzo máximo hacia el logro de los objetivos del servicio. | X | | | |

CERTIFICO que los servicios rendidos por este empleado durante el período en probatorio fueron (fueron - no fueron) satisfactorios y que continuará (continuará – no continuará) como empleado regular.

Indique si la no aprobación del periódo probatorio se debió a;

☐ Servicio ☐ Hábitos ☐ Actitudes

Firma del Jefe de la Agencia — Fecha

CERTIFICO que la evaluación del empleado de referencia se hizo de conformidad con las guías emitidas por la OCAP y que la misma cubre el periodo comprendido entre el 1 de enero de 2009 y el 31 de marzo de 2009 y que el resultado de ésta se discutió con el empleado.

Firma del Supervisor Inmediato — Fecha: 2 abr / 2009

Firma Revisor — Fecha

Firma del empleado — Fecha: 02/Abril/2009

J.9-30-08-149 50 B-25 Sept. 92 IGPR

Humenta... 54161
Ivan Santos Ortega

DSP-33 S

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE SALUD
CALL BOX 70184 SAN JUAN, PUERTO RICO 00936

# INFORME SOBRE TRABAJO DE PERSONAL SUPERVISOR EN PERIODO PROBATORIO

IMPORTANTE: ASEGURESE DE ESTUDIAR DETENIDAMENTE EL ANEJO A ESTE FORMULARIO ANTES DE LLENARLO

| 1. Nombre del empleado<br>IVAN SANTOS ORTEGA | 2. Número de Seguro Social<br>xxx-xx-7052 | 3. Título de Clasificación del Puesto<br>DIRECTOR AUX. RELS. LABS. |
|---|---|---|
| 4. Agencia<br>OFICINA DE RECURSOS HUMANOS | 5. División, Sección o Unidad<br>RELACIONES LABORALES | 6. Fecha en que vence el periodo probatorio<br>15 de julio de 2009 |

| FACTORES | SOBREPASA | ALCANZA | NO ALCANZA | COMENTARIOS |
|---|---|---|---|---|
| 1. PLANIFICACION: La forma de preparar planes de trabajo enfocando las prioridades de la agencia a través del establecimiento de metas y objetivos operacionales tomando en consideración factores tales como: distribución de tiempo, tareas y recursos disponibles. | X | | | |
| 2. ORGANIZACION: La distribución y delegación de las tareas en forma equitativa de acuerdo a las capacidades y destrezas de los recursos disponibles, siguiendo de cerca las metas y objetivos establecidos en el plan de trabajo. | X | | | |
| 3. EJECUCION: El desarrollo de las actividades programadas en el plan de trabajo, logrando alcanzar, eficientemente, la metas y obejetivos operacionales previamente establecidos; la toma de decisiones efectivas, sustentadas por los hechos y las alternativas disponibles; y la solución efectiva de situaciones imprevistas. | X | | | |
| 4. CONTROL: El seguimiento a la implantación del plan de trabajo realizando medicaciones periódicas durante el transcurso de las actividades; la identificación de los problemas surgidos y la forma de efectuar los ajustes necesarios; la preparación de informes periódicos sobre el desarrollo de las actividades programadas; la iniciativa y el logro del respeto de sus supervisados para alcanzar las metas y objetivos de la agencia en forma efectiva y en un clima de trabajo positivo. | X | | | |
| 5. EVALUACION:<br><br>A. EVALUACION DEL TRABAJO: La recopilación, análisis y tabulación de los resultados del trabajo realizado, utilizando métodos científicos de medición para determinar el grado de eficiencia y productividad de los logros obtenidos. | X | | | |

| FACTORES | SOBREPASA | ALCANZA | NO ALCANZA | COMENTARIOS |
|---|---|---|---|---|
| B. EVALUACION DE LOS EMPLEADOS: La utilización de sistema de motivación y evaluación de empleados que esté basado en criterios y objetivos que sean medibles y aplicables a todo el personal por igual para obtener resultados positivos en las áreas de motivación, productividad y control de ausentismo. | X | | | |
| 6. ASISTENCIA: La regularidad y puntualidad con que el evaluado cumple y requiere de sus supervisados el cumplimiento en el horario de trabajo establecido. | X | | | |
| 7. CONFIABILIDAD: La capacidad observada en el evaluado para captar y seguir instrucciones, asumir sus responsabilidades y ejecutar sus tareas, así como la capacidad para impartir instrucciones y delegar responsabilidades a sus supervisores en armonía con las prioridades programáticas de la agencia. | X | | | |
| 8. INTEGRIDAD: La ausencia de sospecha, involucración o convicción por actos contrarios a la política pública, la Ley y la moral. La adhesión sincera y evidente a altos ideales morales profesionales. | X | | | |
| 9. SOCIABILIDAD: La conducta, relaciones y tacto del evaluado en sus contactos de día a día con los demás supervisores, empleados y usuarios de los servicios de la agencia. | X | | | |
| 10. COOPERACION: La actitud y disposición para colaborar hacia el logro de los objetivos del servicio. La forma de influir y motivar a sus supervisados para obtener de ellos el esfuerzo máximo hacia el logro de los objetivos del servicio. | X | | | |

CERTIFICO que los servicios rendidos por este empleado durante el período en probatorio fueron (fueron - no fueron) satisfactorios y que continuará (continuará – no continuará) como empleado regular.

Indique si la no aprobación del período probatorio se debió a;

☐ Servicio ☐ Hábitos ☐ Actitudes

Firma del Jefe de la Agencia

Fecha

CERTIFICO que la evaluación del empleado de referencia se hizo de conformidad con las guías emitidas por la OCAP y que la misma cubre el periodo comprendido entre el 1 de abril de 2009 y el 15 de julio de 2009 y que el resultado de ésta se discutió con el empleado.

[signature]
Firma del Supervisor Inmediato

17 julio 2009
Fecha

Firma Revisor

Fecha

[signature]
Firma del empleado

17/julio/2009
Fecha

J.9-30-08-149 50 B-25 Sept. 92 IGPR

Número de Nombramiento 5416

Iván Santos Ortega

OCAP-15
Rev. 10/78

IMPORTANTE
INSTRUCCIONES:
LEA AL DORSO

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos, Santurce, P. R.

# INFORME DE CAMBIO

1. Número del Cambio 87-720

2. Número de Seguro Social del Empleado Redacted 7052

| Cambio a Efectuarse | Antes del Cambio — Puesto Núm. 60 | Después del Cambio — Puesto Núm. 232 |
|---|---|---|
| 3. Nombre del Empleado | Iván Santos Ortega | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | Adm. Sistemas de Retiro | |
| 6. División | Area Centro Sist. Elect. | Area de Beneficios |
| 7. Unidad o Sección | Proyecto Especial | Div. Cuentas al Participantes |
| 8. Ubicación geográfica del puesto | Hato Rey, P.R. | |
| 9. Categoría del Empleado | | |
| 10. Status del Empleado | Transitorio | Probatorio vence 15/ago/87 |
| 11. Título de Clasificación | Auxiliar Fiscal I | Auxiliar Fiscal II |
| 12. Sueldo | $620.00 | ~~$679.00~~ 648 cc |
| 12a. Diferencial | | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Descuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | | |
| 16. Descuento para Servicios Médicos | | |
| 17. Descuento para Ahorros (A.E.E.L.A.) | | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos | | |
| 20. Fecha de Efectividad | | 16 de febrero de 1987 |

21. SIMBOLOS DE CONTABILIDAD

| | A. F. | Fondo | Agencia | Div. | Sub-Div. | Asignación | Objeto |
|---|---|---|---|---|---|---|---|
| Antes | 87 | 721 | 26 | 00 | -- | 02 | 112 |
| Después | 87 | 721 | 26 | 00 | -- | 00 | 111 |

22. Indique si se trata de: ☐ Ascenso ☐ Cambio de Categoría ☐ Cambio de Status ☐ Ascenso o Traslado Transitorio ☐ Descenso ☐ Reclasificación ☐ Reinstalación ☐ Reubicación ☐ Traslado ☐ Nuevo Nombramiento ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique — Licencia a acreditarse: Compensatorio ____ días. Licencia Enfermedad ____ días, Concedida ____ días, Licencia Regular ____ días, Concedida ____ días.

| | Fecha de Separación (Ultimo día de Pago) | Licencia Sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | | | |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

CERTIFICO QUE ES COPIA FIEL Y EXACTA DEL ORIGINAL FIRMADO
Por: [signature]
Fecha: [illegible]
Sección de Nombramientos y Cambios
Area de Personal

28. Suspensión de Empleo y Sueldo: Duración: De A

29. Muerte: Fecha ____ Hora ____ Ultimo día de pago: ____ Participante de Retiro ☐ Sí ☐ No

30. Clase de Licencia: ☐ Para estudio ☐ Especial con paga ☐ Maternidad ☐ Militar sin Sueldo ☐ Sin Sueldo

Duración: ____ DE ____ A ____

31. Comentarios y Explicaciones (si necesita más espacio use el dorso) Nombramiento Probatorio

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm. RE-07

Si el cambio es a otro puesto, indique el nombre del anterior incumbente:

33. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:

34. Firma del empleado en casos que fuere necesario

35. Aprobado por [signature] Edna I. Jiménez, Administradora
Jefe de la Agencia o su Representante Autorizado

36. Fecha: 18/feb/87

PARA USO EXCLUSIVO DE LA OCAP

Revisado o Aprobado por: Fecha:

Número de Reclamación 54161
Iván Santos Ortega

DSP-15U 1-2013

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Departamento de Salud

Estado Libre Asociado de Puerto Rico
**DEPARTAMENTO DE SALUD**
**Oficina de Administración de Recursos Humanos**
Call Box 70184
San Juan, Puerto Rico 00936

**INFORME DE CAMBIO ESPECIAL NÚMERO** 14B-1253

**Cifra de Cuenta** 111-0710000-3011-001-2014SM1

| Oficina de Recursos Humanos | NIVEL CENTRAL |
|---|---|
| **PROGRAMA** | **REGION** |

Se notifica el siguiente cambio en el sueldo de este empleado, conforme a la Orden Administrativa Núm. 292 del 17 de julio de 2012, que hace extensivo el aumento restante de $75.00 mensuales a todos los empleados del Departamento de Salud que no pertenecen a la unidad apropiada y en virtud a la Resolución Conjunta Núm. 16, Sección 14, del 30 de junio de 2013. Este será efectivo el 1 de febrero de 2014.

SANTOS ORTEGA,IVAN
**NOMBRE DEL EMPLEADO**

| Redacted 7052 | PROBATORIO |
|---|---|
| **NÚMERO DE SEGURO SOCIAL** | **STATUS DEL EMPLEADO** |
| 5-06302 | Dir. Aux. de Relaciones Lab. |
| **NÚMERO DE PUESTO** | **TITULO DE CLASIFICACIÓN** |
| 18G (Gerencial) | 2,992.00 / 4,338.00 |
| **ESCALA DE RETRIBUCIÓN** | **MÍNIMO** / **MÁXIMO** |

| **ANTES DEL CAMBIO** | | **DESPUES DEL CAMBIO** |
|---|---|---|
| Sueldo Mensual | 5,101.00 | 5,176.00 |
| Diferencial | | |

OBSERVACIONES :

Hermes Rivera Polanco
**Firma de la Autoridad Nóminadora o su Representante Autorizado**

1 de febrero de 2014
**Fecha**

APROBADO
SECCION DE NOMBRAMIENTOS Y CAMBIOS
JUN 02 2014
OFICINA DE RECURSOS HUMANOS
DEPARTAMENTO DE SALUD



Case:17-03283-LTS Doc#:15300-1 Filed:12/01/20 Entered:12/02/20 11:02:08 Desc: Exhibit Page 18 of 22

Número de Reclamación ~~24815~~ 54161 Anejo 6
Iván Jordán Ortega

LexJuris Puerto Rico

# Ley Núm. 66 del año 2014

**(P. de la C. 1922); 2014, ley 66**

## Ley Especial de Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de Puerto Rico

**LEY NUM. 66 DE 17 DE JUNIO DE 2014**

Para crear la "Ley Especial de Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de Puerto Rico", a los fines de declarar un estado de emergencia fiscal; adoptar un plan para manejar las consecuencias de la crisis fiscal y económica, de la degradación del crédito de Puerto Rico; establecer una gerencia estructurada para atender esta situación; disponer sobre la primacía de esta Ley y su aplicabilidad; establecer las pruebas de sostenibilidad fiscal que se fijan como metas y disponer sobre informes trimestrales; establecer medidas de reducción de gastos de la Rama Ejecutiva tales como la reducción de la contratación de servicios profesionales y comprados, ajustes en tarifas de servicios comprados y profesionales, reducción en la nómina de empleados de confianza, establecer controles para la ocupación de puestos vacantes y flexibilizar la facultad gubernamental para efectuar destaques o traslados debido a necesidades de servicio, normas y restricciones sobre concesión de aumentos en beneficios económicos o compensación monetaria extraordinaria, disposiciones sobre negociación de convenios colectivos y foros para dirimir controversias, disposiciones sobre transporte escolar, prohibición contra sobregiros presupuestarios; disponer sobre el control fiscal en las corporaciones públicas; proveer para la aportación de ahorros de corporaciones públicas al Fondo General; proveer sobre el presupuesto de la Comisión Estatal de Elecciones, la Oficina de Ética Gubernamental, la Oficina del Contralor Electoral y el Panel del Fiscal Especial Independiente; disponer prohibiciones respecto a escoltas, viajes, contratación de servicios, entre otros; establecer un plan de reducción de gastos y contratos por concepto de arrendamientos; disponer de un plan de reducción de consumo energético y consumo de servicio de acueductos y alcantarillados; proveer medidas sobre el presupuesto en la Rama Judicial, Rama Legislativa, y otras entidades gubernamentales; establecer planes para las sentencias finales y firmes pendientes de pago; establecer prohibición respecto a reclamaciones sobre obligaciones suspendidas temporeramente por esta Ley; disponer sobre las responsabilidades, poderes y deberes de la Oficina de Gerencia y Presupuesto; disponer sobre inmunidad en cuanto a pleitos y foros; y para otros fines relacionados.

Vease copia del documento original (Incluye Exposición de Motivos).

## CAPÍTULO I.- DISPOSICIONES INICIALES

Número de Reclamación 54161
Iván Santos Ortiz

Anejo 7a

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE SALUD
SAN JUAN, PUERTO RICO

NOVENA ASIGNACIÓN DE LAS CLASES DE PUESTOS COMPRENDIDAS EN EL PLAN DE CLASIFICACIÓN DE PUESTOS PARA EL SERVICIO DE CARRERA GERENCIAL ESTABLECIDO PARA EL DEPARTAMENTO DE SALUD DE CONFORMIDAD CON EL ARTÍCULO 6, SECCIÓN 6.2 (16) DE LA LEY NÚM. 184 - 2004, SEGÚN ENMENDADA, CONOCIDA COMO *"LEY PARA LA ADMINISTRACIÓN DE LOS RECURSOS HUMANOS EN EL SERVICIO PÚBLICO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO"*. A SU VEZ, ES LA NOVENA ASIGNACIÓN DE LAS CLASES DE PUESTOS DE ENFERMERÍA A LAS ESCALAS DE SUELDOS DESARROLLADAS PARA EL PERSONAL DE ENFERMERÍA PERTENECIENTE AL SERVICIO DE CARRERA GERENCIAL.

En el cumplimiento con lo dispuesto en el Artículo 8, Sección 8.2 Inciso (1) y (2) de la Ley Núm. 184, *supra*, se asignan las clases de puestos comprendidas en el Plan de Clasificación de Puestos y Retribución para el Servicio de Carrera Gerencial del Departamento de Salud, a las escalas de sueldo establecidas para tener efectividad a partir del 1 de julio de 2015.

| Número de Codificación | Título de la Clase | Período Probatorio | Número de Escala | Escala de Retribución |
|---|---|---|---|---|
| 3711G | Abogado(a) I | 11 | 18 | $2,992 - 4,338 |
| 3712G | Abogado(a) II | 12 | 19 | $3,171 - 4,598 |
| 4215G | Administrador(a) Auxiliar de Sistemas de Información de Salud | 7 | 11 | $1,990 - 2,786 |
| 2441G | Administrador(a) de Base de Datos | 7 | 9 | $1,788 - 2,503 |
| 2321G | Administrador(a) de Documentos Públicos | 6 | 7 | $1,622 - 2,271 |

Numero de Reclamación 54161
Luis Santos Ortega

Anejo 7b

| Número de Codificación | Título de la Clase | Período Probatorio | Número de Escala | Escala de Retribución |
|---|---|---|---|---|
| 4121G | Coordinador(a) Educativo (a) | 6 | 7 | $1,622 - 2,271 |
| 3153G | Director(a) Auxiliar de Asuntos Financieros | 12 | 23 | $4,118 - 5,971 |
| 3631G | Director(a) Auxiliar de Auditoría Interna | 10 | 20 | $3,362 - 4,875 |
| 2481G | Director(a) Auxiliar de Desarrollo de Sistemas de Información | 11 | 18 | $2,992 - 4,338 |
| 4487G | Director(a) Auxiliar de Enfermería | 9 | 4EG | $3,150 - 4,567 |
| 3145G | Director(a) de Finanzas I | 11 | 19 | $3,171 - 4,598 |
| 3146G | Director(a) de Finanzas II | 12 | 20 | $3,362 – 4,875 |
| 4871G | Director(a) Auxiliar de Programa | 9 | 18 | $2,992 - 4,338 |
| 3483G | Director(a) Auxiliar de Relaciones Laborales | 11 | 18 | $2,992 - 4,338 |
| 4477G | Director(a) Auxiliar de Servicios de Laboratorio | 11 | 19 | $3,171 - 4,598 |
| 4425G | Director(a) Auxiliar de Servicios Farmacéuticos | 10 | 20 | $3,362 - 4,875 |
| 2361G | Director(a) de Administración I | 10 | 16 | $2,663 - 3,861 |
| 2363G | Director(a) de Administración II | 12 | 18 | $2,992 - 4,338 |

Número de Reclamación 54161
Iván Santos Ortiz

Anejo 8

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE SALUD
SAN JUAN, PUERTO RICO

ESTRUCTURA SALARIAL DESARROLLADA SOBRE BASE PORCENTUAL PARA EL PERSONAL GERENCIAL
EFECTIVO EL 1 DE JULIO DE 2013

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 2,663 | 2,790 | 2,922 | 3,061 | 3,207 | 3,359 | 3,519 | 3,686 | 3,861 | 16 |
| 17 | 2,822 | 2,956 | 3,097 | 3,244 | 3,398 | 3,560 | 3,729 | 3,906 | 4,092 | 17 |
| 18 | 2,992 | 3,134 | 3,283 | 3,439 | 3,603 | 3,774 | 3,953 | 4,141 | 4,338 | 18 |
| 19 | 3,171 | 3,322 | 3,480 | 3,645 | 3,818 | 4,000 | 4,190 | 4,389 | 4,598 | 19 |
| 20 | 3,362 | 3,522 | 3,689 | 3,865 | 4,048 | 4,241 | 4,443 | 4,654 | 4,875 | 20 |
| 21 | 3,596 | 3,767 | 3,946 | 4,134 | 4,330 | 4,536 | 4,752 | 4,977 | 5,214 | 21 |
| 22 | 3,849 | 4,032 | 4,224 | 4,424 | 4,635 | 4,855 | 5,086 | 5,328 | 5,581 | 22 |
| 23 | 4,118 | 4,314 | 4,519 | 4,734 | 4,959 | 5,194 | 5,441 | 5,700 | 5,971 | 23 |
| 24 | 4,406 | 4,615 | 4,835 | 5,065 | 5,306 | 5,558 | 5,822 | 6,099 | 6,389 | 24 |

En San Juan, Puerto Rico a 1 de julio de 2013.

Harry O. Vega Díaz
Director
Oficina de Capacitación y Asesoramiento en Asuntos Laborales y de Administracion de los Recursos Humanos (OCALARH)

Ana C. Ríus Arméndáriz, MD
Secretaria
Departamento de Salud

1 - 12 40% Horizontal
13 - 24 45% Horizontal
1 - 10 5% Vertical
10 - 20 6% Vertical
20 - 24 7% Vertical

Número de Reclamación 54161
Iván Santos Ortega

Anejo 8 b

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE SALUD
SAN JUAN, PUERTO RICO

ESTRUCTURA SALARIAL EXTENDIDA DESARROLLADA SOBRE BASE PORCENTUAL PARA EL PERSONAL GERENCIAL
EFECTIVO EL 1 DE JULIO DE 2013

| Número Escala | Tipo Mínimo | Tipos Intermedios | | | | | | | Tipo Maximo | Número Escala |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | |
| 16 | 3,861 | 4,045 | 4,237 | 4,438 | 4,649 | 4,870 | 5,101 | 5,344 | 5,598 | 16 |
| 17 | 4,092 | 4,287 | 4,490 | 4,704 | 4,927 | 5,162 | 5,407 | 5,664 | 5,934 | 17 |
| 18 | 4,338 | 4,544 | 4,760 | 4,986 | 5,223 | 5,472 | 5,732 | 6,004 | 6,290 | 18 |
| 19 | 4,598 | 4,817 | 5,046 | 5,285 | 5,537 | 5,800 | 6,076 | 6,365 | 6,667 | 19 |
| 20 | 4,875 | 5,107 | 5,350 | 5,604 | 5,870 | 6,149 | 6,442 | 6,748 | 7,069 | 20 |
| 21 | 5,214 | 5,462 | 5,721 | 5,993 | 6,278 | 6,577 | 6,889 | 7,217 | 7,560 | 21 |
| 22 | 5,581 | 5,846 | 6,124 | 6,415 | 6,720 | 7,040 | 7,375 | 7,725 | 8,092 | 22 |
| 23 | 5,971 | 6,255 | 6,552 | 6,864 | 7,190 | 7,532 | 7,890 | 8,265 | 8,658 | 23 |
| 24 | 6,389 | 6,693 | 7,011 | 7,344 | 7,694 | 8,059 | 8,443 | 8,844 | 9,264 | 24 |

En San Juan, Puerto Rico a 1 de julio de 2013.

Harry O. Vega Díaz
Director
Oficina de Capacitación y Asesoramiento en Asuntos Laborales y de Administracion de los Recursos Humanos (OCALARH)

Ana C. Ríus Armendáriz
Secretaria
Departamento de Salud