Iván Santos Ortega
Urb. Santa Rosa
30-22 Calle 25
Bayamón, P.R. 00959



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767