Proof of Claim: <CLAIM NUMBER> 68622
Claimant: >CLAIMANT NAME< Maria E. Torres Colón

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide <u>more</u> information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ☒ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. What is the amount of your claim (how much money do you claim to be owed):

    _____

3. <u>Employment</u>. Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ☒ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
Departamento de Educación, P.R., E.L.A.

3(b). Identify the dates of your employment related to your claim:
Desde agosto de 1967 hasta enero 2001

3(c). Last four digits of your social security number: 7864

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary). Ley 124-1973-aumento sueldo - Ley 89-1979 - Retroactivo Unif., Ley 89-1993 - Romerazo y Ley 134-1996 - Apor. ACUR - Retiro

4. Legal Action Does your claim relate to a pending or closed legal action?

- ☒ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.  ___D/A___

4(b). Identify the name and address of the court or agency where the action is pending:  ___D/A___

4(c). Case number: ___D/A___

4(d). Title, Caption, or Name of Case: ___D/A___

4(e). Status of the case (pending, on appeal, or concluded): ___D/A___

4(f). Do you have an unpaid judgment? Yes/No (Circle one)

If yes, what is the date and amount of the judgment? ___D/A___

RECLAMANTE: María E. Torres Colón

NÚMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NÚMERO DE RECLAMACIÓN: 68622

NUMERO DE CELULAR: 407-721-7916

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el ___ de Agosto de 1967 hasta el ___ de enero de 2001 como Ayudante de la Sub-Secretaria, D.E., P.R. ~~de la Puerto Rico Telephone Company~~ - ELA.

~~1. Ley 89 - julio 1995 - ROMERAZO        CANTIDAD $_____~~

Así como otras leyes que me apliquen, y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

María E. Torres Colón
Nombre en letra de molde

María E. Torres Colón - 11-19-2020
Firma y fecha

cantidad adeuda

1- Ley 134-1973 aumento sueldo  $33,600.00
2- Ley 89-1979 Retrib. Unif.    $26,400.00
3- Ley 89-1995 - Romerazo        $7,200.00
4- Ley 134-1996 - Aport. Acum. Retiro $6,000.00

Total = $73,200.00

RECLAMANTE María E. Torres Colón

DIRECCIÓN 6757 Bouganvillea Crescent Dr.
Orlando, Florida 32809

Numero Reclamación 68622

Fecha de presentación (envío) 11-19-2020

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el 19 de Noviembre de 2020 lo siguiente:

1. Evidencia de trabajo de ~~Puerto Rico Telephone Company en Ponce~~ Departamento de Educación, D.E. Puerto Rico – ELA, como Ayudante de La Sub-secretaria, D.E. P.R. ELA. desde el 1 de Agosto de 1967 hasta el 1 de Enero de 2001. (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 73,200.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

María E. Torres Colón
Nombre en letra de molde

María E. Torres Colón 11-19-2020
Firma y fecha

# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre *María E. Torres Colón*

Dirección Postal *6757 Bouganvillea Crescent Dr, Orlando, Florida 32809*

Teléfono de contacto res. *407-721-7916* cel. _____

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo: *Ley 124 - aumento sueldo 1973*
   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   *Ley 89 - Retrib. Unif. 1979*
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   *Ley 34 - Aport. Acum. Retiro 1996*
   #96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:
   *Ley 124 - aumento sueldo - Julio 1973*
   Ley 89 Romerazo – Efectiva en 1 de julio de 1995
   *Ley 89 - Retrib. Unif. 1979*
   Ley de Escala Salarial – Pasos del 6 de junio de 2008
   *Ley 134 - Aport Acum - Retiro 1996*
   Ley #96 (2002) del Dr. Pedro Roselló – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company, Ponce~~ *Dpto. de Educación*, Puerto Rico desde el ____ de *Agosto* de *1967* hasta el ____ de *enero* de *2001*. Culminé mi laborar como *Ayudante de la Sub-Secretaria, D.E., P.R.* en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

*María E. Torres Colón*
Nombre en letra de molde

*María E. Torres* — 11-19-2020
Firma

11-18-20

A quien pueda interesar:

Hacen más de tres meses le solicité al Departamento de Educación, agencia para la cual trabajé 30 años una certificación de empleo. Lamentablemente nunca he recibido ese documento a pesar de las llamadas que yo y otras personas hemos realizado.

De llegarme ese documento en estos días se lo haré llegar a la mayor brevedad posible. Espero ustedes entiendan esta situación y el tener que escribir esta carta en manuscrito ya que mi computadora dejó de funcionar en el día de hoy. De necesitar comunicarse conmigo lo pueden hacer a mi celular 407-721-7914.

Atentamente,

María E. Torres
María E. Torres Ph.D.