Maria E. T....
6757 Bouganvillea
Crescent Dr.
Orlando, Fl. 32809





PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL®**

U.S. POSTAGE PAID
FCM LG ENV
ORLANDO, FL
32809
NOV 19, 20
AMOUNT
**$4.75**
R2304E107048-06

1023          00918



7020 0090 0000 3387 9297

RECEIVED 2....
2020 DEC -1  PM 3: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P...

Clerk's Office
United States
District Court
Room 154 Federal Building
San Juan, P.R. 00918-1767