# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: Laura Serrano Ortega
Dirección Postal: Urb Sabana Gardens
Calle 12 Blq 8 # 8
Carolina, PR 00983
Teléfono contacto: Res. _____ Cel. 787 - 378 – 7110

II. EPIGRAFE

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Numero de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Numero de las evidencias por reclamo:

Ley 124 – Julio 1973 – Aumento de Sueldo
Ley 89 – Julio 1979 – Retribución Uniforme
Ley 89 – Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial Pasos

III El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 124 – Julio 1973 – Aumento de Sueldo
Ley 89 – Julio 1979 – Retribución Uniforme
Ley 89 – Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, San Juan, Puerto Rico desde 1 de agosto de 1985 hasta 31 de diciembre de 2010. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Laura Serrano Ortega
Nombre en letra de molde

*[signature]* 25/Nov/2020
Firma y fecha

RECLAMANTE: Laura Serrano Ortega
NUMERO DE PROCEDIMENTO: 17 BK -03283 – LTS
NUMERO DE RECLAMACION: 137185-138184,109313,129555

Reclamación de dinero adeudado de las leyes aprobadas que me competen por mis años de servicios desde el 1 de agosto de 1985 hasta el 31 de diciembre de 2010 como MAESTRA DE EDUCACIÓN SECUNDARIA Y DIRECTORA ESCOLAR del Departamento de Educación de Puerto Rico- ELA.

|  | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 18,000 |
| Ley 134 – Julio – 1996 – Aportación Acumulado Retiro | 27,363 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Aumento Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
|  | $ 120,963 |

Así como otras leyes que me aplique y no se me otorgo la compensación correspondiente.

Señalo que soy retirada del Departamento de Educación de Puerto Rico- ELA desde el 31 de diciembre del 2010 y el cómputo de jubilación se realizó sin considerar los aumentos o compensaciones devengado de dicha reclamación y de reducir las pensiones de los jubilados se estaría penalizando o descontando doblemente.

Le agradezco la atención sobre este asunto.

Atentamente,

Laura Serrano Ortega
Nombre en letra de molde

_[firma]_ 25/Nov/2020
Firma- Fecha

RECLAMANTE: Laura Serrano Ortega
Dirección: Urb Sabana Gardens
Calle 12 Blq 8 # 8
Carolina, PR 00983

NUMERO DE RECLAMACION: 137185-138184,109313,129555

Fecha de presentación (envió): 25 DE NOVIEMBRE DE 2020
Deudor: COMMONEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 25 de noviembre de 2020 lo siguiente:

1- Certificación de Pensión vitalicia del Sistema de Retiro de Maestro y su validación.
2- Monto adeudado en mi reclamación es de $120,963

Cordialmente,

Laura Serrano Ortega
Nombre en letra de molde

*[firma]* 25/Nov/2020
Firma-Fecha



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

Certifico que SERRANO ORTEGA, LAURA M recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $3,018.14 equivalente a $36,217.68 anual. Luego de las deducciones recibe la cantidad de $2,858.78 mensual, equivalente a $34,305.36 anual.

Esta certificación se expide hoy 22 de noviembre de 2020.



Número de Certificación: SRM03P2005810

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☎ 787.777.1414    📠 787.759.2883    www.srm.pr.gov

**De:** Laura Serrano lauraserranoortega@gmail.com
**Asunto:** Verificación
**Fecha:** nov. 23, 2020 10:15:41 a. m.
**Para:** Laura Serrano serrano_laura@hotmail.com



Inicio   MiSRM

### Validación de Certificado

Para verificar la validez de su certificado, escriba el Número de Certificado y entre los últimos cuatro dígitos de su Seguro Social y oprima Verificar Certificado.

Número de Certificación: SRM03P2005810

Últimos 4 dígitos del seguro social: 8803

[Verificar Certificado]

**Validación**

| | |
|---|---|
| Nombre: | SERRANO ORTEGA, LAURA M |
| Fecha Emisión: | 11/22/2020 |
| Fecha de Exipiración: | |
| Resultado: | Válido |

235 Avenida Arterial Hostos
Edificio Capital, Center Torre Norte
Hato Rey, PR

P.O.Box 191879
San Juan PR 00919-1879

Centro d
787

©2018 Sistema de Retiro para Maestros de Puerto Rico.
Todos los derechos reservados
Términos y Condiciones

CEE-SA-2020-1279 Sometido para aprobación, el 13 de enero de 2020 por el Sistema de Retiro para Maes

Laura Serrano Ortega
Sabana Gardins
8-8 calle 12
Carolina P.R 00983





7018 0360 0001 2497 0026

U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00979
NOV 27, 20
AMOUNT
$7.60
R2305K139213-7

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan P.R 00918-1767