C Rexach
3917 Beechwood Dr.
Holiday
Fl 34691

TAMPA FL 335
24 NOV 2020 PM 8 L

RECEIVED & FILED
2020 DEC -1 AM 8 58
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

United States District Court
for the District of Puerto Rico
150 Ave. Carlos Chardon
San Juan P.R. 00918

00918-170546