# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: Nannette Velez Medina
Dirección Postal: 1219 Calle Casino
San Juan, PR 00920
Teléfono contacto: Res. _____ Cel. 787 – 308 – 4489

II. EPIGRAFE



A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767
B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
C. Numero de Procedimiento: 17 BK 3283-LTS
D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Numero de las evidencias por reclamo:

Ley 124 – Julio 1973 – Aumento de Sueldo
Ley 89 – Julio 1979 – Retribución Uniforme
Ley 89 –Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial Pasos

III El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 124 – Julio 1973 – Aumento de Sueldo
Ley 89 – Julio 1979 – Retribución Uniforme
Ley 89 – Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, San Juan, Puerto Rico desde 1 de febrero de 1979 hasta 31 de diciembre de 2010. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, y mudanza de residencia anterior, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Nannette Velez Medina _____
Nombre en letra de molde

*Nannette V. P. Medina* 25-nov-2020
Firma y fecha

RECLAMANTE:  Nannette Velez Medina
NUMERO DE PROCEDIMENTO:  17 BK -03283 – LTS
NUMERO DE RECLAMACION:   137185-138184,109313,129555

Reclamación de dinero adeudado de las leyes aprobadas que me competen por mis años de servicios desde el 1 de febrero de 1979 hasta el 31 de diciembre de 2010 como MAESTRA DE EDUCACIÓN SECUNDARIA y DIRECTORA ESCOLAR del Departamento de Educación de Puerto Rico- ELA.

|  | Cantidad |
|---|---|
| Ley 89 – Julio 1979 – Retribución Uniforme | 17,000 |
| Ley 89 – Julio 1995 – Romerazo | 18,000 |
| Ley 134 – Julio – 1996 – Aportación Acumulado Retiro | 27,300 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,300 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,200 |
| Ley 164 – Enero 2004 – Aumento Gob. Sila M. Calderón | 19,000 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,200 |
| | $ 137,000 |

Así como otras leyes que me aplique y no se me otorgo la compensación correspondiente.

Señalo que soy retirada del Departamento de Educación de Puerto Rico- ELA desde el 31 de diciembre del 2010 y el cómputo de jubilación se realizó sin considerar los aumentos o compensaciones devengado de dicha reclamación y de reducir las pensiones de los jubilados se estaría penalizando o descontando doblemente.

Le agradezco la atención sobre este asunto.


Atentamente,

Nannette Velez Medina
Nombre en letra de molde


*[firma]*  25-nov.-2020
Firma- Fecha

RECLAMANTE: Nannette Velez Medina
Dirección: 1219 Calle Casino
San Juan, PR 00920

NUMERO DE PROCEDIMENTO: 17 BK -03283 – LTS
NUMERO DE RECLAMACION: 137185-138184,109313,129555

Fecha de presentación (envió): 25 DE NOVIEMBRE DE 2020
Deudor: COMMONEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 25 de noviembre de 2020 lo siguiente:

1- Certificación de Pensión vitalicia del Sistema de Retiro de Maestro y su validación.
2- Monto adeudado en mi reclamación es de $137,000.00.

Gracias por la atención de esta petición.

Cordialmente,

Nannette Velez Medina
Nombre en letra de molde

*[signature]* 25-nov-2020
Firma-Fecha



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

Certifico que VELEZ MEDINA, NANNETTE recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $2,827.34 equivalente a $33,928.08 anual. Luego de las deducciones recibe la cantidad de $2,712.34 mensual, equivalente a $32,548.08 anual.

Esta certificación se expide hoy 25 de noviembre de 2020.



Número de Certificación: SRM03P2005863

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☎ 787.777.1414    📠 787.759.2883    www.srm.pr.gov



- Inicio
- MiSRM

# Validación de Certificado

Para verificar la validez de su certificado, escriba el Número de Certificado y entre los últimos cuatro dígitos de su Seguro Social y oprima Verificar Certificado.

Número de Certificación:  **SRM03P200586**

Últimos 4 dígitos del seguro social:  3869

[Verificar Certificado]

## Validación

| | |
|---|---|
| Nombre: | VELEZ MEDINA, NANNETTE |
| Fecha Emisión: | 11/25/2020 |
| Fecha de Exipiración: | |
| Resultado: | Válido |

235 Avenida Arterial Hostos
Edificio Capital, Center Torre Norte
Hato Rey, PR

P.O.Box 191879
San Juan PR 00919-1879

Centro de Contacto
787.777.1414



©2018 Sistema de Retiro para Maestros de Puerto Rico. Todos los derechos reservados Términos y Condiciones   CEE-SA-2020-1279 Sometido para aprobación, el 13 de enero de 2020 por el Sistema de Retiro para Maestros (SRM)

Nannette Velez Medina
1219 Calle Casino
San Juan, P.R. 00920



7020 2450 0001 0829 0936





U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
NOV 27, 20
AMOUNT
$7.60
R2305M147829-06

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767