# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,**<br><br>as representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO, et al.,**<br><br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br><br>No. 17-BK-3283 (LTS)<br><br><br>(Jointly Administered) |

## INFORMATIVE MOTION OF SOFTEK, INC.'S APPEARANCE AT THE DECEMBER 9-10, 2020 OMNIBUS HEARING

**COMES NOW** Softek, Inc. (hereafter "Softek"), and respectfully submits this motion in compliance with the Court's *Order Regarding Procedures for December 9-10, 2020 Omnibus Hearing* (the "Scheduling Order") [Docket No. 15295 of Case No. 17-03283 (LTS)]:

1. Please take notice that William M. Vidal Carvajal will appear on behalf of Softek, Inc. at the December 9-10, 2020 Omnibus Hearing (the "Omnibus

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ('the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

Hearing"), which will be conducted telephonically via CourtSolutions. Counsel Vidal reserves the right to be heard and present oral argument on any matter to be identified in the Agenda to be filed by the Oversight Board in connection with the Omnibus Hearing, or to address any issue that may be raised by any party at the Omnibus Hearing related to the Title III cases or any adversary proceeding, which may affect the interests of Softek, Inc.

**WHEREFORE**, Softek, Inc. respectfully requests the Court to take note of the foregoing and deem it in compliance with the Scheduling Order.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, today December 3RD, 2020.

**CERTIFICATE OF SERVICE**: In accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Thirteenth Amended Notice, Case Management and Administrative Procedures Order* [Dkt. No. 13512-1] (the "CMP Order"), we hereby certify that a true and exact copy of the foregoing was sent by electronic mail upon all the parties listed in the Master Service List.

**s/ WILLIAM VIDAL CARVAJAL**
**USDC-PR 124803**
William Vidal Carvajal Law Offices
MCS Plaza, Suite 801
Ponce de León Ave.
San Juan, PR  00918
Tel.:  787-764-6867
E-Mail: william.m.vidal@gmail.com