## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>as representative of<br><br>The Commonwealth of Puerto Rico, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION OF THE LAWFUL CONSTITUTIONAL DEBT COALITION REGARDING ITS REQUEST TO BE HEARD AT THE DECEMBER 9-10, 2020 OMNIBUS HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

The Lawful Constitutional Debt Coalition (the "LCDC")[2] files this informative motion in response to the Court's *Order Regarding Procedures for December 9-10, 2020 Omnibus Hearing* (Dkt. 15295) (the "Order"), and respectfully states as follows:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] *See Eighth Supplemental Verified Statement of the Lawful Constitutional Debt Coalition Pursuant to Federal Rule of Bankruptcy Procedure 2019* (ECF No. 14316).

2

1. Susheel Kirpalani of Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for the LCDC, will appear telephonically on behalf of the LCDC at the December 9-10, 2020 omnibus hearing via CourtSolutions on a speaking line.

2. The LCDC reserves its right to be heard on any matter presented to the Court and to respond to any statements made by any party related to the above-captioned Title III cases, or any adversary proceeding pending in the Title III cases, to the extent it impacts the rights, claims, or interests of the LCDC.

[Signature page follows]

DATED: December 3, 2020

Respectfully submitted,

| REICHARD & ESCALERA | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| **By :** */s/ Rafael Escalera*  <br>**Rafael Escalera**  <br>USDC No. 122609  <br>escalera@reichardescalera.com  <br><br>**Sylvia M. Arizmendi**  <br>USDC-PR 210714  <br>arizmendis@reichardescalera.com  <br><br>**Carlos R. Rivera-Ortiz**  <br>USDC-PR 303409  <br>riverac@reichardescalera.com  <br><br>255 Ponce de León Avenue  <br>MCS Plaza, 10th Floor  <br>San Juan, Puerto Rico 00917-1913  <br>Telephone: (787) 777-8888 | **Susheel Kirpalani** (*pro hac vice*)  <br>susheelkirpalani@quinnemanuel.com  <br><br>**Daniel Salinas**  <br>USDC-PR 224006  <br>danielsalinas@quinnemanuel.com  <br><br>**Eric Kay** (*pro hac vice*)  <br>erickay@quinnemanuel.com  <br><br>**Zachary Russell** (*pro hac vice*)  <br>zacharyrussell@quinnemanuel.com  <br><br>51 Madison Avenue, 22nd Floor  <br>New York, New York 10010-1603  <br>Telephone: (212) 849-7000 |

*Co-Counsel for the Lawful Constitutional Debt Coalition*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the parties of record.

*/s/Carlos R. Rivera-Ortiz*
USDC-PR 303409