**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **In re**<br><br>**THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As a representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO<br>*et al.*,**<br><br>                    **Debtors.[1]** | **PROMESA<br>Title III**<br><br>**No. 17 BK 3283-LTS**<br><br>**(Jointly Administered)**<br><br><br>Re: Dkt. No. 15295<br><br>**Telephonic Hearing date:** December 9-10, 2020<br>at 9:30 a.m. (Atlantic Standard Time) |

**INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER
REGARDING PROCEDURES FOR DECEMBER 9-10, 2020 OMNIBUS HEARING**

The Fee Examiner appointed in these proceedings files this Informative Motion of the

Fee Examiner pursuant to *Order Regarding Procedures for December 9-10, 2020 Omnibus*

*Hearing* [Dkt. No. 15295].  In support, the Fee Examiner respectfully states that:

1.        On December 2, 2020, the Fee Examiner filed the *Fee Examiner's Supplemental*

*Report on Uncontested Professional Fee Applications Recommended for Court Approval at or*

*Before the Omnibus Hearing Scheduled for December 9, 2020 at 9:30 A.M. (AST)* [Dkt.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the:  (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

No. 15316] (the "**Supplemental Ninth Interim Report**") recommending interim fee applications for the Court's approval on an uncontested basis.

2.     The Supplemental Ninth Interim Report outlines the Fee Examiner's recommendations for the Court's approval, with adjustments, of a group of interim applications for the Ninth Interim Fee Period (February 1, 2020 to May 31, 2020) as well as interim fee applications from prior fee periods.  The Fee Examiner has received no objection to any fee application recommended for Court approval and no such objection appears on the court docket.

3.     The Supplemental Ninth Interim Report attached a proposed order approving the uncontested fee applications (the "**Proposed Order**").  Counsel also submitted the Proposed Order to chambers in MS Word format pursuant to the Thirteenth Amended Notice, Case Management and Administrative Procedures [Dkt. No. 13512-1].

4.     Pursuant to the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 3269], if no objections are timely filed, fee applications may be approved by Court order without a hearing, *id*. at 2(j), and the Court has done so in the past.

5.     On November 12, 2020, the Fee Examiner filed the *Sixth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From April 1 Through September 30, 2020* [Dkt. No. 15102] (the "**Sixth Consolidated Fee Application**").  The Fee Examiner filed and served appropriate notice of the Sixth Consolidated Fee Application, scheduling the matter for hearing at the December 9, 2020 omnibus [Dkt. Nos. 15102, 15103].  The deadline for objections to the Sixth Consolidated Fee Application is December 3, 2020 at 4:00 p.m. AST.  As of the filing of this

informative motion, the Fee Examiner has received no objection to the Sixth Consolidated Fee Application, and no such objection appears on the court docket.

6.      The Fee Examiner filed a proposed order granting the application as Exhibit I to the Sixth Consolidated Fee Application (the **"Proposed Sixth Compensation Order"**) and provided chambers with a copy of same in MS Word format.

7.      On November 12, 2020, Edge Legal Strategies, P.S.C. ("**Edge**") filed the *Second Interim and Consolidated Application of Edge Legal Strategies, P.S.C., Local Counsel to the Fee Examiner, Brady Williamson, Esq., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 2020 to August 2020* [Dkt. No. 15104] (the "**Second Consolidated Fee Application**"). Edge filed and served appropriate notice of the Second Consolidated Fee Application, scheduling the matter for hearing at the December 9, 2020 omnibus [Dkt. Nos. 15105].  The deadline for objections to the Second Consolidated Fee Application is December 3, 2020 at 4:00 p.m. AST.  As of the filing of this informative motion, the Fee Examiner has received no objection to the Second Consolidated Fee Application, and no such objection appears on the court docket.

8.      Edge filed a proposed order granting the application as Exhibit I to the Second Consolidated Fee Application (the "**Proposed Second Compensation Order**") and provided chambers with a copy of the same in MS Word format.

9.      The Fee Examiner and counsel have requested *listen only* lines for the telephonic omnibus hearing because no oral presentation will be necessary if the Court enters the Proposed Order and no party objects to the Sixth Consolidated Fee Application or Second Consolidated Fee Application prior to the hearing.

Dated this 3rd day of December, 2020.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

EDGE Legal Strategies, PSC


_s/ Eyck O. Lugo_
Eyck O. Lugo
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone:  (787) 522-2000
Facsimile:  (787) 522-2010
*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Katherine Stadler (*Pro Hac Vice*)

*Counsel for the Fee Examiner*

23571012.1

4