# Exhibit 1

CONFIDENTIAL
Dr. Laura Gonzalez – August 7, 2020

```
 1               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF PUERTO RICO
 2                      PROMESA TITLE III
                   CASE NO:  17-BK-03283 (LTS)
 3

 4      IN RE:  THE FINANCIAL OVERSIGHT AND
        MANAGEMENT BOARD FOR PUERTO RICO
 5               as representative of

 6      THE COMMONWEALTH OF PUERTO RICO, et al.,
                 Debtor(s).
 7      _____

 8               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF PUERTO RICO
 9                      PROMESA TITLE III
                   CASE NO:  17-BK-03566 (LTS)
10

11      IN RE:  THE FINANCIAL OVERSIGHT AND
        MANAGEMENT BOARD FOR PUERTO RICO
                 as representative of
12

13      THE EMPLOYEES RETIREMENT SYSTEM OF THE
        GOVERNMENT OF THE COMMONWEALTH OF PUERTO
14      RICO,
                 Debtor(s).
15      _____

16

17                       CONFIDENTIAL

18

19       REMOTE VIDEOTAPED EXPERT DEPOSITION UNDER

20                    ORAL EXAMINATION OF

21                    DR. LAURA GONZALEZ

22                    DATE: August 7, 2020

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

1    MBA student.

2        Q    Well, that's impressive.  And

3    your -- what was the focus of your study in

4    your MA?

5        A    Latin American literature.

6        Q    I'm sorry.  American literature?

7        A    Latin American literature.

8        Q    And did you take any classes in

9    languages?

10        A    One of the classes that we had to

11    take was about terminology and how we have

12    learned so much from the languages in Latin

13    America, even before the Spaniards arrived.

14        Q    And when you say "the languages of

15    Latin America," what do you mean by that?

16        A    Well, the instructor was a Native

17    American lady by race, and she spoke Hitua

18    and she would -- the class was in Spanish,

19    but we studied how the Spanish language has

20    been enriched so much by the Americas.

21        Q    In other words, the Spanish in

22    Latin America is different from Spanish as

23    it's spoken in Spain?

24            MR. FOX:  Objection to form.

25        A    We have dialects in Spain as well.

1        Q    And are the dialects in Spain

2   different than the dialects in Latin America?

3        A   I am from the vast country.

4        Q    The dialects in Spain are different

5   from the dialects in Latin America.

6        Correct?

7        A   Yes.  We are a big family.

8        Q   I'm sorry.  What is your answer?

9        Yes or no?

10       A   We have a big family.  But I have

11  not answered your previous question yet.

12       Q   Oh, please answer.  I'm sorry.

13       A   Yes, I did have an employment

14  between finishing my MBA and finishing my

15  Masters in literature.  I was a Spanish

16  instructor in the university.

17       Q   And that was at Southern Illinois

18  University?

19       A   Yes.

20       Q   For which years were you a Spanish

21  instructor?

22       A   2002, 2003.

23       Q   How many classes did you teach?

24       A   I do not remember the number of

25  classes, but it went from introductory to

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 48

```
 1      intermediate grammar in Spanish.

 2           Q    And was there a specific dialect

 3      that you were focused on in your teaching?

 4           A    No.

 5           Q    Do you recall how many hours you

 6      spent teaching for class credit?

 7           A    A lot of hours because they gave me

 8      tuition credit -- I mean tuition waiver.  I

 9      did not have to pay any tuition.

10           Q    So did you teach those classes as a

11      graduate instructor?

12           A    Undergraduate.

13           Q    Were you a -- were you given the

14      title of a professor?

15           A    No.  Because in academia, you are

16      not a professor if you do not have a Ph.D.

17           Q    So what was your title?

18           A    I was an instructor.

19           Q    Other than teaching the Spanish

20      class from 2002 to 2003, had you ever taught

21      Spanish before then?

22           A    Yes.

23           Q    When?

24           A    In Spain.

25           Q    When?
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

```
 1          A    When I was an undergrad, I would
 2     tutor.
 3          Q    Were you paid for that work?
 4          A    Yes.
 5          Q    And what -- who did -- what were
 6     you tutoring in?  What was the subject?
 7          A    Spanish and Basque.  B-A-S-Q-U-E.
 8     The name for the language is Euskera.  E --
 9     sorry, I'm doing it in Spanish.
10     E-U-S-K-E-R-A.
11          Q    So Dr. Gonzalez, you did some
12     tutoring in Spain during your undergrad.
13     You've taught a Spanish class at Southern
14     Illinois University as an undergraduate
15     instructor, 2002 to 2003.
16               Did you ever teach any other
17     Spanish classes?
18          A    I taught several classes as a
19     Masters student, and I tutored again while I
20     was doing any Ph.D.
21          Q    Are any of those classes or Spanish
22     instruction included on your CV?
23          A    No.
24          Q    Why not?  Why not?
25          A    Okay.  Two days before I took my
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

1    first class in English, in finance, I was

2    asked by the Ph.D. coordinator at the

3    University of Florida how many students I had

4    in my class.  I said I did not know.

5           And he said, "Because the students

6    will see your name, and they will think here

7    is another Mexican that speaks no English."

8        Q    And that is why you don't include

9    your Spanish teaching on your CV?

10       A    No.

11       Q    Okay.  My question was:  Why is

12   that experience not on your CV?

13       A    There were other experiences.

14       Q    When was the last time you taught a

15   Spanish class, Dr. Gonzalez?

16       A    Paid or unpaid?

17       Q    Paid?

18       A    When I was a Ph.D. student.

19       Q    Okay.  And where did you teach

20   then, at the University of Florida?

21       A    I was a tutor at the University of

22   Florida.

23       Q    Other than your tutoring

24   experience, am I correct in understanding the

25   only Spanish class you taught as an

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 51

```
 1      instructor was the class at Southern Illinois

 2      from 2002 to 2003?

 3          A    It was more than one class.

 4          Q    Other than the classes that you

 5      taught as an instructor from 2002 to 2003,

 6      have you ever been an instructor in a Spanish

 7      class since then?

 8          A    No.

 9          Q    Before then?

10          A    No.

11          Q    Okay.  So let's go back to your MA,

12      which you said had a focus in Latin American

13      literature.

14               Did you have any focus during your

15      MA on Spanish as it was spoken or written in

16      Puerto Rico?

17          A    I do not remember specifying Puerto

18      Rico.

19          Q    Did you write a thesis for your MA?

20          A    Yes.

21          Q    What was the topic?

22          A    My thesis was written in Spanish

23      and the topic was Malinche.  I can spell it.

24      It's M-A-L-I-N-C-H-E.

25          Q    After you received your MA, you
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 55

```
1     time in terms of the chronology of your
2     professional jobs?
3              You're currently a professor at
4     California State University at Long Beach.
5              Correct?
6        A    Yes.
7        Q    Okay.  On Paragraph 1 of your
8     expert report you write, "I have experience
9     as a translator for the University of Florida
10    School of Law, translating between English
11    and Spanish."
12             Do you see that?
13       A    Yes.
14       Q    Okay.  Let's talk about that for a
15    little bit.
16             This translating experience was
17    from 2005 to 2006.
18             Is that right?
19       A    I just go by my CV.  I have
20    forgotten.
21       Q    Okay.  It's been a long time.
22             Was it a paid position?
23       A    It's very little.
24       Q    Was it full-time or part-time?
25       A    Part-time.
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

```
 1          Q    Do you recall about how much time

 2     you spent at that job translating?

 3          A    I know -- I know I was not taking

 4     classes at that time.  I think it was -- we

 5     were in between semesters, so I was -- some,

 6     I was -- I was devoted to it.

 7               But not as long as this report.

 8          Q    Okay.  So something less than the

 9     amount of time you spent preparing this

10     report?

11          A    Yes.

12          Q    But if I recall correctly, you

13     don't know how long you spent preparing this

14     report.

15               Right?

16          A    Yeah, but this one has been long

17     and hard.

18          Q    Okay.  Could you give me a

19     ballpark?

20               Do you think you've spent a hundred

21     hours preparing this report?

22          A    I don't remember.

23          Q    Okay.  But if you wanted to know,

24     you would go back and you would look at those

25     hours that you spent on a weekly basis to
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

```
 1    GLG.

 2             Right?

 3        A    Yes.

 4        Q    And your recollection is that this

 5    translating experience in 2005 to 2006 is

 6    something less than the amount of time that

 7    you spent working on this report.

 8             Right?

 9        A    Yes, because I have never written a

10    report before.

11        Q    Okay.  Did you receive any training

12    for the translating job that you had in 2005

13    to 2006?

14        A    No.

15        Q    Were you -- what were you

16    translating?  English, Spanish, something

17    else?

18        A    I was translating from English into

19    Spanish, and Spanish into English.

20        Q    What's the difference between

21    translating from English into Spanish and

22    translating from Spanish into English?

23             MR. FOX:  Objection to form.

24        A    I prefer to translate from Spanish

25    into English.
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 61

```
 1     was a discussion about establishing

 2     partnership with a Spanish university.  And a

 3     representative from Spain came, and so I had

 4     to host and translate.

 5              Then, here in California, I have a

 6     title, "First Generation Mentor."  About half

 7     of our students, half Spanish, as -- yeah,

 8     about half of our students in Long Beach,

 9     half-Spanish as their mother tongue, mother

10     language.  And they are first generation and

11     they need mentors.

12              So I do that.  And when I mentor

13     these students within the program, and also

14     my students, many times I speak Spanish in a

15     professional context.

16          Q    Do you have, Dr. Gonzalez, any

17     professional certifications in translation?

18          A    No.

19          Q    Do you belong to any translation

20     associations or groups?

21          A    No.

22          Q    Are there any individuals who you

23     believe are authorities in the field of

24     translation?

25          A    I do not know.
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 67

1      activities, as I have been mentioning before,

2      that has been something continuous for 20

3      years.

4              Q    In a mentoring capacity?

5              A    And also in a professional capacity

6      helping professors.

7              Q    Okay.  You're going to have to

8      break that down for me because I'm not sure

9      we covered that in our prior discussion.

10             When you say "a professional

11     capacity helping professors," what do you

12     mean by that, Dr. Gonzalez?

13             A    Well, if they need to understand

14     something in Spanish, they ask me.

15             Q    Now, obviously, Dr. Gonzalez, you

16     are a native Spanish speaker.

17             Right?

18             A    Yes.

19             Q    Okay.  And you grew up in Spain?

20             A    Yes.

21             Q    Have you ever been to Puerto Rico?

22             A    Yes.

23             Q    How many times?

24             A    Once.

25             Q    When?

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

```
 1          A    I think -- I think it was 2014.
 2          Q    2014?
 3          A    I think.
 4          Q    And what was the purpose for that
 5     visit?
 6          A    To know the beautiful place.
 7          Q    Was it -- and so it was a vacation?
 8          A    Yes.
 9          Q    How long were you in Puerto Rico
10     for that vacation?
11          A    I think it was between a week and
12     ten days, but I don't remember.
13          Q    And were you in San Juan?  Did you
14     travel the island?
15               Tell me a little bit about where
16     you were in Puerto Rico.
17          A    I wanted to see as much as
18     possible.  And so, a few days in beautiful
19     San Juan, and then beautiful islands, I think
20     it was a Culebra, one of them, very famous.
21     And I think another one was -- I forgot.
22               But I visited two islands.
23          Q    Okay.  Did you engage in any
24     linguistic studies or coursework when you
25     were in Puerto Rico?
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 69

```
1          A     No.

2          Q     Have you ever worked for any Puerto

3     Rico-based universities?

4          A     No.

5          Q     Have you ever worked for any Puerto

6     Rico-based companies?

7          A     No.

8          Q     Putting aside this particular

9     engagement, have you ever translated

10    informally or translated informally words

11    that were written or spoken in a Puerto Rican

12    publication of law?

13              MR. FOX:  Objection to form.

14         A     I do not remember.

15         Q     Have you taken any coursework in

16    the Puerto Rico dialect?

17         A     No.

18         Q     Are you familiar with the Puerto

19    Rico dialect?

20         A     Yes.

21         Q     How would you describe it?

22         A     Because of my friends.

23         Q     How would you describe it?

24              MR. FOX:  Object to form.

25              MS. ROOT:  Well, she said she's
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

1          familiar with the Puerto Rico dialect.

2          Q     So tell me what you know about the

3     Puerto Rico dialect, Dr. Gonzalez.

4          A     I like talking to Puerto Rican

5     people.

6          Q     Is there anything else you can tell

7     me about your knowledge of the Puerto Rican

8     dialect?

9          A     I just enjoy listening.

10         Q     Anything else?

11         A     They are wonderful people.

12         Q     Are you aware of anything that is

13    unique to the Puerto Rican dialect?

14         A     When you spend 20 years in the

15    United States, at the end, you don't really

16    pay attention to the differences.  You sort

17    of understand, you pay attention to what you

18    have in common.

19         Q     So is your answer to my question,

20    "Are you aware of anything that is unique to

21    the Puerto Rican dialect," no?

22         A     When I talk with people from

23    anywhere in the Americas, I do not take notes

24    in the conversation.  We understand each

25    other and we have a lot of things in common.

CONFIDENTIAL
Dr. Laura Gonzalez — August 7, 2020

Page 71

```
 1          Q    Yes or no, Dr. Gonzalez.  Are you

 2    aware of anything that is unique to the

 3    Puerto Rico dialect?

 4              MR. FOX:  Objection, asked and

 5          answered.

 6          A    I do not remember.

 7          Q    Isn't it true, Dr. Gonzalez, that

 8    there are differences between Spanish as

 9    spoken and written in Puerto Rico, and

10    Spanish as spoken and written in Spain?

11          A    Where in Spain?

12          Q    Anywhere in Spain.

13          A    That is not correct.

14          Q    What isn't correct about what I

15    said?

16          A    Different regions of Spain speak

17    different Spanish.

18          Q    And isn't it true -- what region of

19    Spain are you from, Dr. Gonzalez?

20          A    I'm from the vast country, but my

21    father is Castilian.

22          Q    Okay.  Isn't it true, Dr. Gonzalez,

23    that there are differences between Spanish as

24    spoken and written in Puerto Rico, and

25    Spanish as spoken and written in the vast
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 73

```
1     to mean, since it's in your report?

2          A     That I was able to translate the

3     paragraph.

4          Q     That's -- that is what you think it

5     means to be an expert?

6          A     That I have the preparation to

7     translate that paragraph.

8          Q     Do you have specific expertise in

9     translating between Spanish as it is spoken

10    and written in Puerto Rico, and English?

11         A     No.

12               MR. FOX:  Objection.

13         Q     Okay.  How would you as a native

14    Spanish speaker from Spain, say, for example,

15    the fruit "orange"?

16         A     Say again?

17         Q     The fruit "orange."  How would you

18    say that as a native Spanish speaker?

19         A     "Naranja."

20         Q     How would a native Puerto Rican

21    Spanish speaker say the fruit "orange"?

22         A     I do not know.

23         Q     How would you as a native Spanish

24    speaker say the word "bus"?  Please spell

25    your answer, Dr. Gonzalez.
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 74

```
1          A    Okay.  So "bus" in English would be
2     translated in Spanish from Spain, but I have
3     heard others.  In Spanish from Spain, it
4     would be "autobus," A-U-T-O-B-U-S.
5          Q    And Dr. Gonzalez, how would --
6               MR. FOX:  Melissa --
7          A    Actually, I have to say something.
8          Q    Sure.
9          A    I know that in Spain, there is
10    another term.  For example, in the Canary
11    Islands, they call it "la guagua."  So there
12    are other terms.  And for example, another
13    one in Spain is "guagua," G-U-A-G-U-A.
14               And there are other ones in other
15    places, but that would be the one that I'm
16    familiar with.
17               MR. FOX:  And just for the record,
18          I see that transcript says -- records an
19          answer of "I don't know" for how to say
20          "orange" in Spain as a native Spanish
21          speaker, and I just want to note for the
22          record that that's not a correct
23          translation.  Dr. Gonzalez answered in
24          Spanish.
25          Q    Dr. Gonzalez, I asked you the
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

1    question, "How would you as a native Spanish

2    speaker from Spain say the fruit orange?"

3    Can you give the testimony?

4         And if you use a Spanish word,

5    spell it for the record, please.

6         A    Yes.  The way I would call an

7    orange would be "naranja," N-A-R-A-N-J-A.

8         Q    Thank you.  Dr. Gonzalez, how as a

9    native Spanish speaker from -- strike that.

10         Dr. Gonzalez, do you know how a

11    Puerto Rican Spanish speaker -- do you know

12    how a native Puerto Rican Spanish speaker

13    would say the English word "bus"?

14         A    I have heard so many different

15    words that I do not recall which ones are

16    from different dialects.

17         Q    How would you, Dr. Gonzalez, as a

18    native Spanish speaker from Spain, say the

19    word "computer?"

20         And I'd ask that if you use a

21    Spanish word, you spell it for the record.

22         A    Well, when I go to Spain, many

23    times I use terms that are not used in the

24    United States, and they tell me that I am

25    either becoming a gringa or something else.

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 76

1      So before coming to the United States, I
2      would have said "ordenador." And the
3      spelling is O-R-D-E-N-A-D-O-R.
4              But many times now, when I go
5      there, I say "computadora." That is C -- do
6      you want me to spell that one?
7          Q   Yes, please. Thank you. My bad.
8          A   Okay. And that one I have learned
9      here in the Americas. So it's
10     C-O-M-P-U-T-A-D-O-R-A.
11         Q   Dr. Gonzalez, do you know how a
12     native Puerto Rican Spanish speaker would say
13     the word "computer"?
14         A   Again, I have heard in 20 years so
15     many words from friends from different places
16     that I have a flexible ear.
17         Q   Is the answer to my question, "Do
18     you know how a Puerto Rican Spanish speaker
19     would say the word computer," no?
20         A   I am not sure because I am exposed
21     to different dialects and I do not
22     compartmentalize. We are family.
23             MS. ROOT: David, this might be a
24         good time for a short break. Do you
25         want to take ten minutes?

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 86

```
 1     would just ask that you listen to the

 2     question and obviously give your testimony.

 3              But it does seem that your answers

 4     don't quite line up with my questions.  So

 5     let me start again.

 6              On page 4, you list six materials

 7     that you considered in preparing the report.

 8              Correct?

 9     A    I considered the following

10     materials, that is correct.

11     Q    And then, on pages 7 and 8, there

12     are links to other materials that you

13     considered that are not listed -- there are

14     links to other materials that you considered.

15              Correct?

16     A    Yes.

17     Q    Other than the links that are on

18     pages 7 and 8 and the materials that are in

19     Paragraph 3, are there any other materials

20     that you considered in preparing your report?

21     A    No.

22     Q    You did not look at any other

23     Puerto Rican laws other than what's included

24     in Paragraph 3.

25              Correct?
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 87

```
 1          A    Correct.

 2          Q    You did not consider any scholarly

 3     articles on translation.

 4               Correct?

 5          A    No.

 6          Q    You did not look at any other

 7     examples of where "tomar," T-O-M-A-R,

 8     "prestado," P-R-E-S-T-A-D-O, was used in

 9     Puerto Rico or anywhere else in the world

10     other than what's in Paragraph 3 and what is

11     on -- what is on pages 7 and 8 of your

12     report.

13               Correct?

14          A    And the dictionary.

15          Q    And the dictionary.

16               Correct?

17          A    Yes.

18          Q    Let's go back to talking about the

19     methodology for translation.

20               In your view, when translating a

21     word or words within a paragraph, is it

22     important to consider the context in which

23     those words are used in the paragraph?

24          A    I was not asked to consider

25     context.
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

1    as "borrow" is very robust across different

2    dialects of Spanish, across different regions

3    and nations where the tongue is an official

4    language.

5        Q    Let me ask you my question again.

6            Is it important to consider dialect

7    when you are translating?  Yes or no?

8        A    In this translation, I considered

9    six documents listed on page 4 and I

10   considered other references listed on pages 7

11   and 8 that confirmed the standard use of

12   "tomar prestado" across dialects.

13       Q    Dr. Gonzalez, I'm not asking you a

14   question about "tomar prestado."

15           My question is:  When you're

16   translating, is it important to consider

17   dialect?  Yes or no?

18       A    When you are translating, you hear

19   the dialects, because you hear different

20   terms.

21       Q    For example, I recall earlier, you

22   spoke of Brazilian Portuguese.

23           Right?  Do you recall that?

24       A    Yes.

25       Q    Because Brazilian Portuguese is a

 1     different dialect than Portuguese.

 2            Right?

 3      A    Yes.

 4      Q    There are differences in those

 5     dialects?

 6      A    Yes.

 7      Q    And so if I wanted to translate

 8     something that was in Brazilian Portuguese

 9     into English, it would be important for me to

10     consider the dialect, Brazilian Portuguese,

11     that it was written in.

12            Right?

13            MR. FOX:  Object to foundation.

14      A    As I mentioned in page 7, the

15     translation of the "tomar prestado" as

16     "borrow" is very robust across different

17     dialects of Spanish across different regions

18     and nations where the tongue is an official

19     language.

20      Q    Dr. Gonzalez, my question wasn't

21     about "tomar prestado" or page 7 of your

22     report.  My question was about Brazilian

23     Portuguese.

24            Can you answer my question?  If I

25     wanted to translate something from Brazilian

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 107

1      All my electives were in Latin American and
2      Spanish, but mostly Latin American text.
3             I had to do all the exams in
4      Spanish for all those courses.  Then I wrote
5      a thesis that was peer reviewed by scholars
6      of Spanish of different nationalities.
7             I have been doing formal
8      translation for many years.  And there are
9      some things in Spanish that are standard.
10     Q     Is Puerto Rico part of Latin
11     America?
12     A     What do you mean by "Latin
13     America"?
14     Q     You said you spent all this time
15     studying in Latin America, so I'm using your
16     view.
17            What do you mean by Latin America,
18     Dr. Gonzalez?  And under your definition, is
19     Puerto Rico part of it?
20     A     There are many different
21     definitions of Latin America.  If we consider
22     Latin as the origin of the Roman's languages,
23     that would include the speakers of Portuguese
24     as well in the Americas.
25            But since I did my Masters in

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 108

```
 1      English, French, and Spanish, I mean the

 2      Spanish in the Americas.

 3           Q    So do you include Puerto Rico in

 4      your personal definition of Latin America?

 5           A    Puerto Rico -- the people of Puerto

 6      Rico have been speaking Spanish in the

 7      Americas for centuries like the Spanish

 8      speakers in all the other countries.  And in

 9      all other areas, I know that Puerto Rico is

10      not a country in all the other areas in the

11      Americas.

12           Q    My question was different.

13                Is Puerto Rico part of Latin

14      America?

15           A    The Spanish speakers of the

16      Americas, that's what I mean.

17           Q    Okay.  Can you answer my question?

18                Is Puerto Rico part of Latin

19      America?

20           A    I will not enter for my

21      definitions.

22           Q    You have no view sitting here as to

23      whether Puerto Rico is or is not part of

24      Latin America?

25           A    I am a very inclusive person.
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 109

```
 1          Q    Okay.  And that's a wonderful

 2    attribute to have.

 3               My question is:  Do you have a view

 4    as to whether Puerto Rico is part of Latin

 5    America, yes or no?

 6               MR. FOX:  Object to form.

 7          A    My Masters in foreign languages and

 8    literatures was in English, French, and

 9    Spanish.  In English, we studied pedology.

10    Then, in French, it was basic communication,

11    business communication.

12               And all the other courses that I

13    took were Spanish -- Spanish-speaking

14    literature, both in Europe and in the

15    Americas.

16          Q    Okay.  Dr. Gonzalez, you still

17    haven't answered my question.

18               Is Puerto Rico part of Latin

19    America?

20          A    I do not understand your question.

21          Q    Okay.  In Paragraph 2 on page 6,

22    "The official translation from Spanish into

23    English is inaccurate," you write, "The

24    official translation translates tomar

25    prestado as seek alone instead of borrow.
```

CONFIDENTIAL
Dr. Laura Gonzalez - August 7, 2020

Page 121

1          A    General verbal phrase.

2          Q    And can -- and using your phrase,

3     "umbrella term," can the context in which an

4     umbrella term is used limit the scope of the

5     umbrella term?

6          A    Yes, but it doesn't change the

7     translation.

8          Q    In Paragraph 3 on page 7, you write

9     that there are two different meanings or two

10    different usages of "tomar prestado."  One

11    means to temporarily take something with the

12    intention of returning it.  And the phrase

13    can also be used for intangibles in

14    expressions."

15              Do you see that?

16         A    Yes.

17         Q    In Section 779, is "tomar prestado"

18    used to mean to temporarily take something

19    with the intention of returning it, or is it

20    used for intangibles in expressions?

21         A    The translation is "to borrow

22    from."

23         Q    And you say in Paragraph 3 that in

24    the Spanish language, "tomar prestado" means

25    to temporarily take something with the