**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | Re: ECF Nos. 15295 |
| Debtors.[1] | (Jointly Administered) |

**JOINT INFORMATIVE MOTION REGARDING DECEMBER 9-10, 2020 OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), on behalf of the Puerto Rico Highways and Transportation Authority ("HTA"), Luis Duprey Rivera ("Mr. Duprey"), attorney Joe Colón Perez ("Attorney Colón", collectively the "Parties"), respectfully submit this joint informative motion pursuant to the Court's *Order Regarding Procedures for December 9-10, 2020 Omnibus Hearing* [Docket. No. 15295] (the "Procedures Order") and respectfully state as follows:

1. The Parties will appear telephonically at the December 9, 10, 2020 omnibus hearing (the "Hearing") in connection with the *Motion for Relief from the Automatic Stay Pursuant to*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*PROMESA's Sections 4, 7, 301(c)(3), 304(h) and Bankruptcy Code's Sections 362(b)(4), (d)(1)*

[Docket No. 15186] (the "Motion"), as well as any objections, responses and replies to the Motion.

2. In compliance with the Procedures Order, the Parties inform that the following individuals will appear and speak:

  a. AAFAF (on behalf of HTA): Luis C. Marini-Biaggi of Marini Pietrantoni Muñiz LLC

  b. Mr. Duprey and Attorney Colón: Luis A. Rodríguez Muñoz of Landrón Vera, LLC

3. The Parties understand the Court has allocated 10 minutes for the Motion. The Parties have agreed to allocate such time as follows, listed in the order in which the Parties shall present:

  a. Mr. Duprey and Attorney Colón: 3 minutes

  b. AAFAF (on behalf of HTA): 5 minutes

  c. Rebuttal by Mr. Duprey and Attorney Colón: 2 minutes

**WHEREFORE**, the Parties respectfully request that the Court take notice of the above.

Dated: December 4, 2020
San Juan, Puerto Rico

Respectfully submitted,

2

*/s/Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com

Carolina Velaz-Rivero
USDC No. 300913
Email: cvelaz@mpmlawpr.com

**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave., Suite 900
San Juan, Puerto Rico 00917
Tel: (787) 705-2171
Fax: (787) 936-7494

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

*/s/ Luis A. Rodríguez Muñoz*
LUIS A. RODRÍGUEZ MUÑOZ
USDC-PR 214511
Email: lrodriguez@landronvera.com

Tel.: (787) 395-7886
Email: landronvera@hotmail.com

LANDRÓN VERA, LLC
Attorneys at Law
1606 Ave. Ponce de León, Suite 501
Edificio Julio Bogoricin
San Juan, PR 00909

*Attorneys for Luis Duprey Rivera and Joe Colón Perez*

3