# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Record to the Court of Appeals

**DATE: December 4, 2020**

BK Number: 17-4780 LTS (PROMESA)
17-3283 LTS (PROMESA)

**APPEAL FEE PAID ($505): YES  X    NO _____    PENDING _____**

**CASE CAPTION:** In Re: Puerto Rico Electric Power Authority
In Re: Commonwealth of Puerto Rico

**IN FORMA PAUPERIS:**    YES _____  NO  X

**MOTIONS PENDING:**    YES _____  NO  X

**NOTICE OF APPEAL FILED BY:** Official Committee of Unsecured Creditors

**APPEAL FROM:** Order entered on 11/4/2020.

**SPECIAL COMMENTS:**    Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entries: Case 17-4780: 2320, 2287, 2252, 2177, 2144, 1235.**
**Case 17-3283: 15343, 15020, 14586, 14181, 14056.**

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #:    _____   s/c:  CM/ECF Parties, Appeals Clerk