# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | ) PROMESA<br>) Title III<br>) |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | ) No. 17 BK 3283-LTS<br>)<br>) **(Jointly Administered)** |
| As a representative of | ) |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | ) **Re:** ECF Nos. 15316 |
| **Debtors.**[1] | ) **Hearing date:** December 9, 2020 at 9:30 a.m.<br>) (Atlantic Standard Time)<br>) |

## NOTICE OF FILING OF AMENDED PROPOSED SUPPLEMENTAL OMNIBUS ORDER AWARDING: INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE NINTH INTERIM (FEBRUARY 1, 2020-MAY 31, 2020) AND PRIOR <u>COMPENSATION PERIODS</u>

The Fee Examiner respectfully files the amended proposed order (the "**Amended Proposed Order**") along with amended Exhibit B, attached hereto as **Attachment One**, addressing the *Fee Examiner's Supplemental Report on Uncontested Professional Fee Applications Recommended for Court Approval at or before the Omnibus Hearing Scheduled for December 9, 2020 at 9:30 A.M. (AST)* [Dkt. No. 15316] (the "**Report**").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283 LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284 LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567 LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566 LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 LTS) (Last Four Digits of Federal Tax ID: 3747 ) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523 LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to Software limitations).

On December 2, 2020, the Fee Examiner filed the Report, which included as Attachment 1, a proposed order (the "**Original Proposed Order**"). The Original Proposed Order included several attachments, including, Exhibit B, a listing of interim fee applications recommended for deferral.

After the Report and Original Proposed Order were filed, the Fee Examiner became aware of several docket numbering errors in the Original Proposed Order and Exhibit B. **Attachment Two** to this notice includes redline comparisons between (1) the Original Proposed Order and the Amended Proposed Order, and (2) the original Exhibit B attached to the Original Proposed Order and the amended Exhibit B attached to the Amended Proposed Order. The Amended Proposed Order and attachments remain, in all other respects, identical to the Original Proposed Order and attachments.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system. A copy of the Amended Proposed Order will be submitted to chambers in MSWord format to supplement this filing.

Dated this 5th day of December, 2020.

EDGE Legal Strategies, PSC

  s/Eyck O. Lugo
Eyck O. Lugo
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone: (787) 522-2000
Facsimile: (787) 522-2010

*Puerto Rico Counsel for Fee Examiner*

2

                GODFREY & KAHN, S.C.
                One East Main Street, Suite 500
                Madison, WI 53703
                Telephone: (608) 257-3911
                Facsimile: (608) 257-0609

                Katherine Stadler (*Pro Hac Vice* Approved)

                *Counsel for the Fee Examiner*

23730825.1

# ATTACHMENT ONE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As a representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**(Jointly Administered)**<br><br>**Re:** ECF Dkt. Nos. 4897, 8520, 9212, 12347, 13681, 13682, 13742<br><br>Hearing Date: December 9, 2020 at 9:30 a.m. (AST) |

**AMENDED SUPPLEMENTAL OMNIBUS ORDER AWARDING:
INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE NINTH INTERIM
(FEBRUARY 1, 2020-MAY 31, 2020) AND PRIOR COMPENSATION PERIODS**

This matter coming before the Court on the interim and final fee applications (together Docket Entry Nos. 4897, 8520, 9212, 12347, 13681, 13682, 13742 the ("**Applications**")), all as indicated as "Recommended for Approval" on the attached **Exhibit A**, pursuant to sections 316 and 317 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA), Pub. L. No. 114-187, §§ 316, 317, 130 Stat., 549, 584-85 (2016), and Rule 2016 of the Local Rules of Bankruptcy Practice and Procedure of the U.S. Bankruptcy Court for the District of Puerto Rico, for the interim allowance of certain fees, including all holdbacks and expenses

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

incurred by the Applicants for the specific period of time set forth in each of the Applications (the "**Compensation Periods**"); filed in accordance with the *Order Setting Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 1150] (the "**Interim Compensation Order**"); the *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 1715] (the "**First Amended Interim Compensation Order**"); the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269] (the "**Second Amended Interim Compensation Order**"); the *Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] (the "**Fee Examiner Order**"); and the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 3324] (the "**First Amended Fee Examiner Order**"); and the Court having reviewed the Applications and/or the report filed by the Fee Examiner with respect to the Applications [*see* Dkt. No. 15316]; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to PROMESA section 306(a); and (b) notice of the Applications and the hearing thereon being adequate under the circumstances; and (c) all parties with notice of the Applications having been afforded the opportunity to be heard on the Applications;

   IT IS HEREBY ORDERED THAT:

   1.  The Applications are GRANTED on an interim basis as set forth on the attached **Exhibit A**.

   2.  Each of the Applicants is allowed (a) interim compensation for services rendered during the Compensation Periods and (b) interim reimbursement for actual and necessary

2

expenses incurred during the Compensation Periods, each in the respective and adjusted amounts set forth on the attached **Exhibit A**, including, except as otherwise indicated, any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay each of the Applicants 100 percent of the fees and 100 percent of the expenses listed on **Exhibit A** under the columns "Interim Fees Recommended for Approval" and "Interim Expenses Recommended for Approval," respectively, for services rendered and expenses incurred during the Compensation Periods.

5. Pursuant to the Fee Examiner's report, the interim fee applications listed on **Exhibit B** and the final applications listed on **Exhibit C** of the report [Docket Entry Nos. 640 [Case No. 17-3284], 658, 717, 724, 747, 862, 864, 873, 967, 988 [Case No. 17-3566], 615, 654, 657, 664, 764, 766, 770, 920, 925 [Case No. 17-3567], 1048, 1133, 1137, 1147, 1489, 1604, 1778, 1786, 1788, 1838, 1963, 1965, 1970, 1977, 2175, 2208 [Case No. 17-4780], 70, 96 [Case No. 19-5523], 4358, 5810, 6042, 6043, 6044, 6045, 6047, 7973, 8014, 8180, 8454, 9215, 9245, 9274, 9275, 9316, 9332, 9354, 9538, 9539, 9624, 9626, 9628, 9630, 10530, 10829, 12180, 12262, 12401, 12827, 12829, 12831, 12833, 12835, 12847, 12907, 13600, 13685, 13725, 13849, 13891, 14031, 14041, 14179, 14348, 14350, 14352, 14354, 14356, 14454, 14522, 14523, 14573, 14924, 15066, 15096, 15099] remain adjourned for consideration at a later hearing date.

6. This Order resolves Docket Entry Nos. 4897, 8520, 9212, 12347, 13681, 13682, 13742.

SO ORDERED.

Dated: December ____, 2020

_____
LAURA TAYLOR SWAIN
United States District Judge

23730688.1

**EXHIBIT B**
**AMENDED**

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Ninth Interim Fee Period Applications Recommended for Deferral:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | **Fourth Interim Fee Period (June 1 - September 30, 2018)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 1-a | Ankura Consulting Group, LLC [Dkt. No. 4358] | 6/01 - 9/30/2018 | $ 2,373,633.63 | | $ 199,003.27 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 1-b | Ankura Consulting Group, LLC [17-4780 Dkt. No. 1048] | 6/01 - 9/30/2018 | $ 2,779,593.00 | | $ 216,596.27 | | | |
| | *Debtors' Consultant* | | | | | | | |
| 2 | Deloitte Consulting LLP [Dkt. No. 9274] | 8/01 - 9/30/2018 | $ 653,692.09 | | $ - | | | |
| | **Fifth Interim Fee Period (October 1, 2018 - January 31, 2019)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 3-a | Ankura Consulting Group, LLC [Dkt. No. 8454] | 10/1/2018 - 1/31/2019 | $ 3,223,148.50 | | $ 181,809.03 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 3-b | Ankura Consulting Group, LLC [17-4780 Dkt. No. 1137] | 10/1/2018 - 1/31/2019 | $ 3,080,936.50 | | $ 228,902.66 | | | |
| | *Puerto Rico Counsel for PREPA* | | | | | | | |
| 4 | Cancio Nadal Rivera & Diaz P.S.C. [Dkt. No. 5810 and 17-4780 Dkt. No. 1133] | 10/1/2018 - 1/31/2019 | $ 541,280.00 | | $ 756.22 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 5 | Citigroup Global Markets Inc. [Dkt. No. 14522] | 10/1/2018 - 1/31/2019 | $ 1,975,000.00 | | $ 41,623.98 | | | |
| | *Debtors' Consultant* | | | | | | | |
| 6 | Deloitte Consulting LLP [Dkt. No. 9275] | 10/01/2018 - 1/31/2019 | $ 1,757,608.44 | | $ 304,050.65 | | | |
| | *Debtors' Advisor* | | | | | | | |
| 7 | Deloitte Financial Advisory Services LLP [Dkt. No. 10530] | 10/01/2018 - 1/31/2019 | $ 2,040,973.20 | | $ 77,313.82 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 8-a | O'Melveny & Myers [Dkt. No. 6042 and 17-4780 Dkt. No. 1147] | 10/1/2018 - 1/31/2019 | $ 4,076,587.31 | | $ 57,507.47 | | | |
| | *Counsel to AAFAF - COFINA* | | | | | | | |
| 8-b | O'Melveny & Myers [Dkt. No. 6043] | 10/1/2018 - 1/31/2019 | $ 1,412,850.36 | | $ 16,394.02 | | | |
| | *Counsel for AAFAF - ERS* | | | | | | | |
| 8-c | O'Melveny & Myers [Dkt. No. 6044] | 10/1/2018 - 1/31/2019 | $ 188,464.21 | | $ 10,558.23 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 8-d | O'Melveny & Myers [Dkt. No. 6045] | 10/1/2018 - 1/31/2019 | $ 180,162.60 | | $ 6,214.30 | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 8-e | O'Melveny & Myers [Dkt. No. 6047] | 10/1/2018 - 1/31/2019 | $ 4,402,648.26 | | $ 136,119.82 | | | |
| | **Sixth Interim Fee Period (February 1 - May 31, 2019)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 9-a | Ankura Consulting Group, LLC [Dkt. No. 12180] | 2/1 - 5/31/2019 | $ 4,069,840.50 | | $ 219,612.81 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 9-b | Ankura Consulting Group, LLC [17-4780 Dkt. No. 1604] | 2/1 - 5/31/2019 | $ 2,890,183.50 | | $ 276,996.38 | | | |
| | *Debtors' Advisor* | | | | | | | |
| 10 | Deloitte Financial Advisory Services LLP [Dkt. No. 14573] | 2/1 - 5/31/2019 | $ 5,891,411.40 | | $ 313,178.46 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 11 | Citigroup Global Markets Inc. [Dkt. No. 14523] | 2/1 - 5/31/2019 | $ 4,300,000.00 | | $ 26,187.61 | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Ninth Interim Fee Period Applications Recommended for Deferral:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 12 | **Nixon Peabody LLP [Dkt. No. 9538]** | 2/1 - 5/31/2019 | $ 371,931.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 13-a | **O'Melveny & Myers [Dkt. No. 8180]** | 2/1 - 5/31/2019 | $ 2,873,762.15 | | $ 244,200.68 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 13-b | **O'Melveny & Myers [17-3567 Dkt. No. 615]** | 2/1 - 5/31/2019 | $ 85,817.14 | | $ 1,037.31 | | | |
| | *Counsel for AAFAF - ERS* | | | | | | | |
| 13-c | **O'Melveny & Myers [17-3566 Dkt. No. 658]** | 2/1 - 5/31/2019 | $ 2,292,671.25 | | $ 64,457.00 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 13-d | **O'Melveny & Myers [17-4780 Dkt. No. 1489]** | 2/1 - 5/31/2019 | $ 4,809,921.59 | | $ 129,968.65 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 14 | **PJT Partners LP [Dkt. No. 8014]** | 2/1 - 5/31/2019 | $ 5,000,000.00 | | $ 333.16 | | | |
| | **Seventh Interim Fee Period (June 1 - September 30, 2019)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 15-a | **Ankura Consulting Group, LLC [Dkt. No. 13725]** | 6/1 - 9/30/2019 | $ 5,355,672.59 | | $ 309,366.13 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 15-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1788]** | 6/1 - 9/30/2019 | $ 2,778,349.50 | | $ 230,089.53 | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 16-a | **Brown Rudnick LLP [Dkt. No. 9316]** | 6/1 - 9/30/2019 | $ 1,261,053.00 | | $ 205,804.25 | | | |
| | *Claims Counsel to FOMB - HTA* | | | | | | | |
| 16-b | **Brown Rudnick LLP [17-3567 Dkt. No. 654]** | 6/1 - 9/30/2019 | $ 2,817.00 | | $ - | | | |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 16-c | **Brown Rudnick LLP [17-3566 Dkt. No. 717]** | 6/1 - 9/30/2019 | $ 29,348.00 | | $ - | | | |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 16-d | **Brown Rudnick LLP [17-4780 Dkt. No. 1778]** | 6/1 - 9/30/2019 | $ 439,667.00 | | $ 9,138.57 | | | |
| | *Debtors' Advisor* | | | | | | | |
| 17 | **Deloitte Financial Advisory Services LLP [Dkt. No. 15099]** | 6/1 - 9/30/2019 | $ 1,988,099.60 | | $ 126,001.20 | | | |
| | *Financial Advisor to FOMB* | | | | | | | |
| 18 | **Ernst & Young LLP [Dkt. No. 10829]** | 6/1 - 9/30/2019 | $ 5,034,312.80 | | $ 116,907.08 | | | |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 19 | **Marini Pietrantoni Muniz LLC [Dkt. No. 9245]** | 6/1 - 9/30/2019 | $ 211,088.64 | | $ 2,648.66 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 20 | **Nixon Peabody LLP [Dkt. No. 9539]** | 6/1 - 9/30/2019 | $ 80,805.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 21-a | **O'Melveny & Myers [Dkt. No. 9332]** | 6/1 - 9/30/2019 | $ 5,369,124.54 | | $ 183,905.55 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 21-b | **O'Melveny & Myers [17-3567 Dkt. No. 657]** | 6/1 - 9/30/2019 | $ 58,957.87 | | $ 2,178.58 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 21-c | **O'Melveny & Myers [17-3566 Dkt. No. 724]** | 6/1 - 9/30/2019 | $ 512,322.11 | | $ 56,015.15 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 21-d | **O'Melveny & Myers [Dkt. No. 9354 and 17-04780 Dkt. No. 1786]** | 6/1 - 9/30/2019 | $ 3,574,768.47 | | $ 126,501.00 | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Ninth Interim Fee Period Applications Recommended for Deferral:**

|  | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
|  | *Puerto Rico Counsel to FOMB* | | | | | | | |
| 22 | **O'Neill & Borges LLC [Dkt. No. 13849]** | 6/1 - 9/30/2019 | $ 496,363.95 | | $ 9,654.18 | | | |
|  | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 23 | **PJT Partners LP [Dkt. No. 9215]** | 6/1 - 9/30/2019 | $ 5,000,000.00 | | $ 6,980.89 | | | |
|  | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 24-a | **Proskauer Rose LLP [Dkt. No. 9624]** | 6/1 - 9/30/2019 | $ 11,293,301.10 | | $ 292,282.61 | | | |
|  | *Counsel to Debtors - ERS* | | | | | | | |
| 24-b | **Proskauer Rose LLP [Dkt. No. 9630 and 17-3566 Dkt. No. 747]** | 6/1 - 9/30/2019 | $ 1,811,241.00 | | $ 139,973.00 | | | |
|  | *Counsel to Debtors - HTA* | | | | | | | |
| 24-c | **Proskauer Rose LLP [Dkt. No. 9628 and 17-3567 Dkt. No. 664]** | 6/1 - 9/30/2019 | $ 491,537.70 | | $ 13,238.66 | | | |
|  | *Counsel to Debtors - PREPA* | | | | | | | |
| 24-d | **Proskauer Rose LLP [Dkt. No. 9626 and 17-04780 Dkt. No. 1838]** | 6/1 - 9/30/2019 | $ 5,893,697.40 | | $ 151,543.10 | | | |
|  | **Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)** | | | | | | | |
|  | *Financial Advisors to Commonwealth* | | | | | | | |
| 25-a | **Ankura Consulting Group, LLC [Dkt. No. 14031]** | 10/1/2019 - 1/31/2020 | $ 4,568,311.20 | | $ 226,836.98 | | | |
|  | *Financial Advisors to PREPA* | | | | | | | |
| 25-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1977]** | 10/1/2019 - 1/31/2020 | $ 2,129,389.00 | | $ 170,218.54 | | | |
|  | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 26-a | **Brown Rudnick LLP [Dkt. No. 12847]** | 10/1/2019 - 1/31/2020 | $ 643,562.50 | | $ 40,133.81 | | | |
|  | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 26-b | **Brown Rudnick LLP [17-3566 Dkt. No. 864]** | 10/1/2019 - 1/31/2020 | $ 178,082.50 | | $ 598.20 | | | |
|  | *Claims Counsel to FOMB - HTA* | | | | | | | |
| 26-c | **Brown Rudnick LLP [17-3567 Dkt. No. 766]** | 10/1/2019 - 1/31/2020 | $ 2,885.00 | | $ - | | | |
|  | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 26-d | **Brown Rudnick LLP [17-4780 Dkt. No. 1965]** | 10/1/2019 - 1/31/2020 | $ 261,844.00 | | $ 2,889.11 | | | |
|  | *Servicing Agent for PROMESA* | | | | | | | |
| 27 | **Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions [Dkt. No. 14454]** | 12/1/2018 - 12/31/2019 | $ 78,640.00 | | $ 96,562.23 | | | |
|  | *Financial Advisor to FOMB* | | | | | | | |
| 28 | **Ernst & Young LLP [Dkt. No. 15066]** | 10/1/2019 - 1/31/2020 | $ 5,333,685.84 | | $ 255,437.27 | | | |
|  | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 29 | **Marini Pietrantoni Muniz LLC [Dkt. No. 12262]** | 10/1/2019 - 1/31/2020 | $ 247,098.80 | | $ 668.80 | | | |
|  | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 30 | **Nixon Peabody LLP [Dkt. No. 13600]** | 10/1/2019 - 1/31/2020 | $ 80,352.00 | | $ - | | | |
|  | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 31-a | **O'Melveny & Myers [Dkt. No. 12907]** | 10/1/2019 - 1/31/2020 | $ 3,667,195.71 | | $ 161,626.21 | | | |
|  | *Counsel to AAFAF - HTA* | | | | | | | |
| 31-b | **O'Melveny & Myers [17-3567 Dkt. No.770]** | 10/1/2019 - 1/31/2020 | $ 193,824.05 | | $ 3,277.17 | | | |
|  | *Counsel to AAFAF - ERS* | | | | | | | |
| 31-c | **O'Melveny & Myers [17-3566 Dkt. No. 873]** | 10/1/2019 - 1/31/2020 | $ 1,825,934.30 | | $ 46,865.14 | | | |
|  | *Counsel to AAFAF - PREPA* | | | | | | | |
| 31-d | **O'Melveny & Myers [17-04780 Dkt. No. 1970]** | 10/1/2019 - 1/31/2020 | $ 2,610,546.25 | | $ 145,263.53 | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Ninth Interim Fee Period Applications Recommended for Deferral:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Puerto Rico Counsel to FOMB* | | | | | | | |
| 32 | **O'Neill & Borges LLC [Dkt. No. 13891]** | 10/1/2019 - 1/31/2020 | $ 341,410.50 | | $ 8,989.93 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 33 | **PJT Partners LP [Dkt. No. 12401 ]** | 10/1/2019 - 1/31/2020 | $ 5,000,000.00 | | $ 19,449.79 | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 34-a | **Proskauer Rose LLP [Dkt. No. 12831]** | 10/1/2019 - 1/31/2020 | $ 11,904,959.70 | | $ 488,281.95 | | | |
| | *Counsel to Debtors - ERS* | | | | | | | |
| 34-b | **Proskauer Rose LLP [Dkt. No. 12833 and 17-3566 Dkt. No. 862]** | 10/1/2019 - 1/31/2020 | $ 1,732,608.90 | | $ 72,528.81 | | | |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 34-c | **Proskauer Rose LLP [Dkt. No. 12827 and 17-3567 Dkt. No. 764]** | 10/1/2019 - 1/31/2020 | $ 2,967,593.10 | | $ 82,253.31 | | | |
| | *Counsel to Debtors - PBA* | | | | | | | |
| 34-d | **Proskauer Rose LLP [Dkt. No. 12835 and 19-5523 Dkt. No. 70]** | 9/1/2019 - 1/31/2020 | $ 264,301.80 | | $ 105.80 | | | |
| | *Counsel to Debtors - PREPA* | | | | | | | |
| 34-e | **Proskauer Rose LLP [Dkt. No. 12829 and 17-4780 Dkt. No. 1963]** | 10/1/2019 - 1/31/2020 | $ 5,694,120.30 | | $ 316,994.84 | | | |
| | *Ninth Interim Fee Period (February 1, 2020 - May 31, 2020)* | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 35 | **Ankura Consulting Group, LLC [Dkt. No. 14924]** | 2/1 - 5/31/2020 | $ 4,634,422.41 | | $ 62,803.01 | | | |
| | *Financial Advisor to FOMB* | | | | | | | |
| 36 | **Ernst & Young LLP [Dkt. No. 15096]** | 2/1 - 5/31/2020 | $ 7,526,389.70 | | $ 121,739.82 | | | |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 37 | **Marini Pietrantoni Muniz LLC [Dkt. No. 13685]** | 2/1 - 5/31/2020 | $ 321,504.60 | | $ 2,143.45 | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 38-a | **O'Melveny & Myers [Dkt. No. 14179]** | 2/1 - 5/31/2020 | $ 7,065,558.67 | | $ 211,500.79 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 38-b | **O'Melveny & Myers [17-3566 Dkt. No. 967]** | 2/1 - 5/31/2020 | $ 2,486,200.45 | | $ 51,467.03 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 38-c | **O'Melveny & Myers [17-3567 Dkt. No. 920]** | 2/1 - 5/31/2020 | $ 135,148.72 | | $ 4,217.61 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 38-d | **O'Melveny & Myers [17-4780 Dkt. No. 2175]** | 2/1 - 5/31/2020 | $ 1,036,139.40 | | $ 129,247.99 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 39 | **PJT Partners LP [Dkt. No. 14041 ]** | 2/1 - 5/31/2020 | $ 5,000,000.00 | | $ 30,021.86 | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 40-a | **Proskauer Rose LLP [Dkt. No. 14348]** | 2/1 - 5/31/2020 | $ 16,498,056.60 | | $ 812,642.95 | | | |
| | *Counsel to Debtors - ERS* | | | | | | | |
| 40-b | **Proskauer Rose LLP [Dkt. No. 14350 and 17-3566 Dkt. No. 988]** | 2/1 - 5/31/2020 | $ 1,866,775.20 | | $ 49,926.81 | | | |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 40-c | **Proskauer Rose LLP [Dkt. No. 14352 and 17-3567 Dkt. No. 925]** | 2/1 - 5/31/2020 | $ 657,568.80 | | $ 27,280.77 | | | |
| | *Counsel to Debtors - PBA* | | | | | | | |
| 40-d | **Proskauer Rose LLP [Dkt. No. 14356 and 19-5523 Dkt. No. 96]** | 2/1 - 5/31/2020 | $ 162,451.80 | | $ 443.90 | | | |
| | *Counsel to Debtors - PREPA* | | | | | | | |
| 40-e | **Proskauer Rose LLP [Dkt. No. 14354 and 17-4780 Dkt. No. 2208]** | 2/1 - 5/31/2020 | $ 2,997,464.10 | | $ 255,819.76 | | | |

# ATTACHMENT TWO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA |
| | Title III |
| **THE FINANCIAL OVERSIGHT AND** | |
| **MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS |
| As a representative of | **(Jointly Administered)** |
| **THE COMMONWEALTH OF PUERTO RICO** | **Re:** ECF Dkt. Nos. 4897, 8520, 9212, |
| *et al.*, | 12347, 13681, 13682, 13742 |
| Debtors.[1] | Hearing Date: December 9, 2020 at 9:30 a.m. (AST) |

**<u>AMENDED</u> SUPPLEMENTAL OMNIBUS ORDER AWARDING:
<u>INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE NINTH INTERIM
(FEBRUARY 1, 2020-MAY 31, 2020) AND PRIOR COMPENSATION PERIODS</u>**

This matter coming before the Court on the interim and final fee applications (together Docket Entry Nos. 4897, 8520, 9212, 12347, 13681, 13682, 13742 the ("**Applications**")), all as indicated as "Recommended for Approval" on the attached **Exhibit A**, pursuant to sections 316 and 317 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA), Pub. L. No. 114-187, §§ 316, 317, 130 Stat., 549, 584-85 (2016), and Rule 2016 of the Local Rules of Bankruptcy Practice and Procedure of the U.S. Bankruptcy Court for the District of Puerto Rico, for the interim allowance of certain fees, including all holdbacks and expenses

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

incurred by the Applicants for the specific period of time set forth in each of the Applications (the "**Compensation Periods**"); filed in accordance with the *Order Setting Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 1150] (the "**Interim Compensation Order**"); the *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 1715] (the "**First Amended Interim Compensation Order**"); the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269] (the "**Second Amended Interim Compensation Order**"); the *Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] (the "**Fee Examiner Order**"); and the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 3324] (the "**First Amended Fee Examiner Order**"); and the Court having reviewed the Applications and/or the report filed by the Fee Examiner with respect to the Applications [*see* Dkt. No. ──15316]; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to PROMESA section 306(a); and (b) notice of the Applications and the hearing thereon being adequate under the circumstances; and (c) all parties with notice of the Applications having been afforded the opportunity to be heard on the Applications;

    IT IS HEREBY ORDERED THAT:

    1.    The Applications are GRANTED on an interim basis as set forth on the attached **Exhibit A**.

    2.    Each of the Applicants is allowed (a) interim compensation for services rendered during the Compensation Periods and (b) interim reimbursement for actual and necessary

2

expenses incurred during the Compensation Periods, each in the respective and adjusted amounts set forth on the attached **Exhibit A**, including, except as otherwise indicated, any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay each of the Applicants 100 percent of the fees and 100 percent of the expenses listed on **Exhibit A** under the columns "Interim Fees Recommended for Approval" and "Interim Expenses Recommended for Approval," respectively, for services rendered and expenses incurred during the Compensation Periods.

5. Pursuant to the Fee Examiner's report, the interim fee applications listed on **Exhibit B** and the final applications listed on **Exhibit C** of the report [Docket Entry Nos. 640 [Case No. 17-3284], 658, 717, 724, 747, 862, 864, 873, 967, 988 [Case No. 17-3566], 615, 654, 657, 664, 764, 766, 770, 920, 925 [Case No. 17-3567], 1048, 1133, 1137, 1147, 1489, 1604, 1778, 1786, 1788, 1838, 1963, 1965, 1970, 1977, 2175, 2208 [Case No. 17-4780], 70, 96 [Case No. 19-5523], 4358, 5810, 6042, 6043, 6044, 6045, 6047, 7973, 8014, 8180, 8454, 9215, 9245, 9274, 9275, 9316, 9332, 9354, 9538, 9539, 9624, 9626, 9628, 9630, 10530, 10829, 12180, 12262, 12401, 12827, 12829, 12831, 12833, 12835, 12847, 12907, 13600, ~~13624,~~ 13685, 13725, ~~13742,~~ 13849, 13891, 14031, 14041, 14179, 14348, 14350, 14352, 14354, 14356, 14454, 14522, 14523, 14573, 14924, 15066, 15096, 15099] remain adjourned for consideration at a later hearing date.

6. This Order resolves Docket Entry Nos. 4897, 8520, 9212, 12347, 13681, 13682, 13742.

SO ORDERED.

Dated: December ____, 2020

_____

3

LAURA TAYLOR SWAIN
United States District Judge

~~23569292.1~~23730688.1

4

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Ninth Interim Fee Period Applications Recommended for Deferral:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | **Fourth Interim Fee Period (June 1 - September 30, 2018)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 1-a | **Ankura Consulting Group, LLC [Dkt. No. 4358]** | 6/01 - 9/30/2018 | $ 2,373,633.63 | | $ 199,003.27 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 1-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1048]** | 6/01 - 9/30/2018 | $ 2,779,593.00 | | $ 216,596.27 | | | |
| | *Debtors' Consultant* | | | | | | | |
| 2 | **Deloitte Consulting LLP [Dkt. No. 9274]** | 8/01 - 9/30/2018 | $ 653,692.09 | | $ - | | | |
| | **Fifth Interim Fee Period (October 1, 2018 - January 31, 2019)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 3-a | **Ankura Consulting Group, LLC [Dkt. No. 8454]** | 10/1/2018 - 1/31/2019 | $ 3,223,148.50 | | $ 181,809.03 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 3-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1137]** | 10/1/2018 - 1/31/2019 | $ 3,080,936.50 | | $ 228,902.66 | | | |
| | *Puerto Rico Counsel for PREPA* | | | | | | | |
| 4 | **Cancio Nadal Rivera & Diaz P.S.C. [Dkt. No. 5810 and 17-4780 Dkt. No. 1133]** | 10/1/2018 - 1/31/2019 | $ 541,280.00 | | $ 756.22 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 5 | **Citigroup Global Markets Inc. [Dkt. No. 14522]** | 10/1/2018 - 1/31/2019 | $ 1,975,000.00 | | $ 41,623.98 | | | |
| | *Debtors' Consultant* | | | | | | | |
| 6 | **Deloitte Consulting LLP [Dkt. No. 9275]** | 10/01/2018 - 1/31/2019 | $ 1,757,608.44 | | $ 304,050.65 | | | |
| | *Debtors' Advisor* | | | | | | | |
| 7 | **Deloitte Financial Advisory Services LLP [Dkt. No. 10530]** | 10/01/2018 - 1/31/2019 | $ 2,040,973.20 | | $ 77,313.82 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 8-a | **O'Melveny & Myers [Dkt. No. 6042 and 17-4780 Dkt. No. 1147]** | 10/1/2018 - 1/31/2019 | $ 4,076,587.31 | | $ 57,507.47 | | | |
| | *Counsel to AAFAF - COFINA* | | | | | | | |
| 8-b | **O'Melveny & Myers [Dkt. No. 6043]** | 10/1/2018 - 1/31/2019 | $ 1,412,850.36 | | $ 16,394.02 | | | |
| | *Counsel for AAFAF - ERS* | | | | | | | |
| 8-c | **O'Melveny & Myers [Dkt. No. 6044]** | 10/1/2018 - 1/31/2019 | $ 188,464.21 | | $ 10,558.23 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 8-d | **O'Melveny & Myers [Dkt. No. 6045]** | 10/1/2018 - 1/31/2019 | $ 180,162.60 | | $ 6,214.30 | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 8-e | **O'Melveny & Myers [Dkt. No. 6047]** | 10/1/2018 - 1/31/2019 | $ 4,402,648.26 | | $ 136,119.82 | | | |
| | **Sixth Interim Fee Period (February 1 - May 31, 2019)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 9-a | **Ankura Consulting Group, LLC [Dkt. No. 12180]** | 2/1 - 5/31/2019 | $ 4,069,840.50 | | $ 219,612.81 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 9-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1604]** | 2/1 - 5/31/2019 | $ 2,890,183.50 | | $ 276,996.38 | | | |
| | *Debtors' Advisor* | | | | | | | |
| 10 | **Deloitte Financial Advisory Services LLP [Dkt. No. 14573]** | 2/1 - 5/31/2019 | $ 5,891,411.40 | | $ 313,178.46 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 11 | **Citigroup Global Markets Inc. [Dkt. No. 14523]** | 2/1 - 5/31/2019 | $ 4,300,000.00 | | $ 26,187.61 | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Ninth Interim Fee Period Applications Recommended for Deferral:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 12 | **Nixon Peabody LLP [Dkt. No. 9538]** | 2/1 - 5/31/2019 | $ 371,931.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 13-a | **O'Melveny & Myers [Dkt. No. 8180]** | 2/1 - 5/31/2019 | $ 2,873,762.15 | | $ 244,200.68 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 13-b | **O'Melveny & Myers [17-3567 Dkt. No. 615]** | 2/1 - 5/31/2019 | $ 85,817.14 | | $ 1,037.31 | | | |
| | *Counsel for AAFAF - ERS* | | | | | | | |
| 13-c | **O'Melveny & Myers [17-3566 Dkt. No. 658]** | 2/1 - 5/31/2019 | $ 2,292,671.25 | | $ 64,457.00 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 13-d | **O'Melveny & Myers [17-4780 Dkt. No. 1489]** | 2/1 - 5/31/2019 | $ 4,809,921.59 | | $ 129,968.65 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 14 | **PJT Partners LP [Dkt. No. 8014]** | 2/1 - 5/31/2019 | $ 5,000,000.00 | | $ 333.16 | | | |
| | **Seventh Interim Fee Period (June 1 - September 30, 2019)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 15-a | **Ankura Consulting Group, LLC [Dkt. No. 13725]** | 6/1 - 9/30/2019 | $ 5,355,672.59 | | $ 309,366.13 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 15-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1788]** | 6/1 - 9/30/2019 | $ 2,778,349.50 | | $ 230,089.53 | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 16-a | **Brown Rudnick LLP [Dkt. No. 9316]** | 6/1 - 9/30/2019 | $ 1,261,053.00 | | $ 205,804.25 | | | |
| | *Claims Counsel to FOMB - HTA* | | | | | | | |
| 16-b | **Brown Rudnick LLP [17-3567 Dkt. No. 654]** | 6/1 - 9/30/2019 | $ 2,817.00 | | $ - | | | |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 16-c | **Brown Rudnick LLP [17-3566 Dkt. No. 717]** | 6/1 - 9/30/2019 | $ 29,348.00 | | $ - | | | |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 16-d | **Brown Rudnick LLP [17-4780 Dkt. No. 1778]** | 6/1 - 9/30/2019 | $ 439,667.00 | | $ 9,138.57 | | | |
| | *Debtors' Advisor* | | | | | | | |
| 17 | **Deloitte Financial Advisory Services LLP [Dkt. No. 15099]** | 6/1 - 9/30/2019 | $ 1,988,099.60 | | $ 126,001.20 | | | |
| | *Financial Advisor to FOMB* | | | | | | | |
| 18 | **Ernst & Young LLP [Dkt. No. 10829]** | 6/1 - 9/30/2019 | $ 5,034,312.80 | | $ 116,907.08 | | | |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 19 | **Marini Pietrantoni Muniz LLC [Dkt. No. 9245]** | 6/1 - 9/30/2019 | $ 211,088.64 | | $ 2,648.66 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 20 | **Nixon Peabody LLP [Dkt. No. 9539]** | 6/1 - 9/30/2019 | $ 80,805.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 21-a | **O'Melveny & Myers [Dkt. No. 9332]** | 6/1 - 9/30/2019 | $ 5,369,124.54 | | $ 183,905.55 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 21-b | **O'Melveny & Myers [17-3567 Dkt. No. 657]** | 6/1 - 9/30/2019 | $ 58,957.87 | | $ 2,178.58 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 21-c | **O'Melveny & Myers [17-3566 Dkt. No. 724]** | 6/1 - 9/30/2019 | $ 512,322.11 | | $ 56,015.15 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 21-d | **O'Melveny & Myers [Dkt. No. 9354 and 17-04780 Dkt. No. 1786]** | 6/1 - 9/30/2019 | $ 3,574,768.47 | | $ 126,501.00 | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Ninth Interim Fee Period Applications Recommended for Deferral:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Puerto Rico Counsel to FOMB* | | | | | | | |
| 22 | **O'Neill & Borges LLC [Dkt. No. 13849]** | 6/1 - 9/30/2019 | $ 496,363.95 | | $ 9,654.18 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 23 | **PJT Partners LP [Dkt. No. 9215]** | 6/1 - 9/30/2019 | $ 5,000,000.00 | | $ 6,980.89 | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 24-a | **Proskauer Rose LLP [Dkt. No. 9624]** | 6/1 - 9/30/2019 | $ 11,293,301.10 | | $ 292,282.61 | | | |
| | *Counsel to Debtors - ERS* | | | | | | | |
| 24-b | **Proskauer Rose LLP [Dkt. No. 9630 and 17-3566 Dkt. No. 747]** | 6/1 - 9/30/2019 | $ 1,811,241.00 | | $ 139,973.00 | | | |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 24-c | **Proskauer Rose LLP [Dkt. No. 9628 and 17-3567 Dkt. No. 664]** | 6/1 - 9/30/2019 | $ 491,537.70 | | $ 13,238.66 | | | |
| | *Counsel to Debtors - PREPA* | | | | | | | |
| 24-d | **Proskauer Rose LLP [Dkt. No. 9626 and 17-04780 Dkt. No. 1838]** | 6/1 - 9/30/2019 | $ 5,893,697.40 | | $ 151,543.10 | | | |
| | **Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 25-a | **Ankura Consulting Group, LLC [Dkt. No. 14031]** | 10/1/2019 - 1/31/2020 | $ 4,568,311.20 | | $ 226,836.98 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 25-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1977]** | 10/1/2019 - 1/31/2020 | $ 2,129,389.00 | | $ 170,218.54 | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 26-a | **Brown Rudnick LLP [Dkt. No. 12847]** | 10/1/2019 - 1/31/2020 | $ 643,562.50 | | $ 40,133.81 | | | |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 26-b | **Brown Rudnick LLP [17-3566 Dkt. No. 864]** | 10/1/2019 - 1/31/2020 | $ 178,082.50 | | $ 598.20 | | | |
| | *Claims Counsel to FOMB - HTA* | | | | | | | |
| 26-c | **Brown Rudnick LLP [17-3567 Dkt. No. 766]** | 10/1/2019 - 1/31/2020 | $ 2,885.00 | | $ - | | | |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 26-d | **Brown Rudnick LLP [17-4780 Dkt. No. 1965]** | 10/1/2019 - 1/31/2020 | $ 261,844.00 | | $ 2,889.11 | | | |
| | *Servicing Agent for PROMESA* | | | | | | | |
| 27 | **Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions [Dkt. No. 14454]** | 12/1/2018 - 12/31/2019 | $ 78,640.00 | | $ 96,562.23 | | | |
| | *Financial Advisor to FOMB* | | | | | | | |
| 28 | **Ernst & Young LLP [Dkt. No. 15066]** | 10/1/2019 - 1/31/2020 | $ 5,333,685.84 | | $ 255,437.27 | | | |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 29 | **Marini Pietrantoni Muniz LLC [Dkt. No. 12262]** | 10/1/2019 - 1/31/2020 | $ 247,098.80 | | $ 668.80 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 30 | **Nixon Peabody LLP [Dkt. No. 13600]** | 10/1/2019 - 1/31/2020 | $ 80,352.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 31-a | **O'Melveny & Myers [Dkt. No. 12907]** | 10/1/2019 - 1/31/2020 | $ 3,667,195.71 | | $ 161,626.21 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 31-b | **O'Melveny & Myers [17-3567 Dkt. No.770]** | 10/1/2019 - 1/31/2020 | $ 193,824.05 | | $ 3,277.17 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 31-c | **O'Melveny & Myers [17-3566 Dkt. No. 873]** | 10/1/2019 - 1/31/2020 | $ 1,825,934.30 | | $ 46,865.14 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 31-d | **O'Melveny & Myers [17-04780 Dkt. No. 1970]** | 10/1/2019 - 1/31/2020 | $ 2,610,546.25 | | $ 145,263.53 | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Ninth Interim Fee Period Applications Recommended for Deferral:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Puerto Rico Counsel to FOMB* | | | | | | | |
| 32 | **O'Neill & Borges LLC [Dkt. No. ~~13849~~ 13891]** | 10/1/2019 - 1/31/2020 | $ 341,410.50 | | $ 8,989.93 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 33 | **PJT Partners LP [Dkt. No. 12401 ]** | 10/1/2019 - 1/31/2020 | $ 5,000,000.00 | | $ 19,449.79 | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 34-a | **Proskauer Rose LLP [Dkt. No. 12831]** | 10/1/2019 - 1/31/2020 | $ 11,904,959.70 | | $ 488,281.95 | | | |
| | *Counsel to Debtors - ERS* | | | | | | | |
| 34-b | **Proskauer Rose LLP [Dkt. No. 12833 and 17-3566 Dkt. No. 862]** | 10/1/2019 - 1/31/2020 | $ 1,732,608.90 | | $ 72,528.81 | | | |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 34-c | **Proskauer Rose LLP [Dkt. No. 12827 and 17-3567 Dkt. No. 764]** | 10/1/2019 - 1/31/2020 | $ 2,967,593.10 | | $ 82,253.31 | | | |
| | *Counsel to Debtors - PBA* | | | | | | | |
| 34-d | **Proskauer Rose LLP [Dkt. No. 12835 and 19-5523 Dkt. No. 70]** | 9/1/2019 - 1/31/2020 | $ 264,301.80 | | $ 105.80 | | | |
| | *Counsel to Debtors - PREPA* | | | | | | | |
| 34-e | **Proskauer Rose LLP [Dkt. No. 12829 and 17-4780 Dkt. No. 1963]** | 10/1/2019 - 1/31/2020 | $ 5,694,120.30 | | $ 316,994.84 | | | |
| | ***Ninth Interim Fee Period (February 1, 2020 - May 31, 2020)*** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 35 | **Ankura Consulting Group, LLC [Dkt. No. 14924]** | 2/1 - 5/31/2020 | $ 4,634,422.41 | | $ 62,803.01 | | | |
| | *Financial Advisor to FOMB* | | | | | | | |
| 36 | **Ernst & Young LLP [Dkt. No. 15096]** | 2/1 - 5/31/2020 | $ 7,526,389.70 | | $ 121,739.82 | | | |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 37 | **Marini Pietrantoni Muniz LLC [Dkt. No. 13685]** | 2/1 - 5/31/2020 | $ 321,504.60 | | $ 2,143.45 | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 38-a | **O'Melveny & Myers [Dkt. No. 14179]** | 2/1 - 5/31/2020 | $ 7,065,558.67 | | $ 211,500.79 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 38-b | **O'Melveny & Myers [17-3566 Dkt. No. 967]** | 2/1 - 5/31/2020 | $ 2,486,200.45 | | $ 51,467.03 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 38-c | **O'Melveny & Myers [17-3567 Dkt. No. 920]** | 2/1 - 5/31/2020 | $ 135,148.72 | | $ 4,217.61 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 38-d | **O'Melveny & Myers [17-4780 Dkt. No. 2175]** | 2/1 - 5/31/2020 | $ 1,036,139.40 | | $ 129,247.99 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 39 | **PJT Partners LP [Dkt. No. 14041 ]** | 2/1 - 5/31/2020 | $ 5,000,000.00 | | $ 30,021.86 | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 40-a | **Proskauer Rose LLP [Dkt. No. 14348]** | 2/1 - 5/31/2020 | $ 16,498,056.60 | | $ 812,642.95 | | | |
| | *Counsel to Debtors - ERS* | | | | | | | |
| 40-b | **Proskauer Rose LLP [Dkt. No. 14350 and 17-3566 Dkt. No. 988]** | 2/1 - 5/31/2020 | $ 1,866,775.20 | | $ 49,926.81 | | | |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 40-c | **Proskauer Rose LLP [Dkt. No. 14352 and 17-3567 Dkt. No. 925]** | 2/1 - 5/31/2020 | $ 657,568.80 | | $ 27,280.77 | | | |
| | *Counsel to Debtors - PBA* | | | | | | | |
| 40-d | **Proskauer Rose LLP [Dkt. No. 14356 and 19-5523 Dkt. No. 96]** | 2/1 - 5/31/2020 | $ 162,451.80 | | $ 443.90 | | | |
| | *Counsel to Debtors - PREPA* | | | | | | | |
| 40-e | **Proskauer Rose LLP [Dkt. No. 14354 and 17-4780 Dkt. No. 2208]** | 2/1 - 5/31/2020 | $ 2,997,464.10 | | $ 255,819.76 | | | |