**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>          as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**STIPULATION AND [PROPOSED] ORDER BINDING THE PSA CREDITORS TO THE CONFIDENTIALITY AGREEMENT AND ORDER IN CONNECTION WITH (A) AMBAC ASSURANCE CORPORATION'S MOTION FOR ENTRY OF ORDER AUTHORIZING DISCOVERY UNDER BANKRUPTCY RULE 2004 CONCERNING COMMONWEALTH ASSETS [ECF NO. 9022] AND (B) AMBAC ASSURANCE CORPORATION'S MOTION FOR ENTRY OF ORDER AUTHORIZING DISCOVERY UNDER BANKRUPTCY RULE 2004 CONCERNING COMMONWEALTH CASH RESTRICTION ANALYSIS [ECF NO. 9023]**

WHEREAS, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth") pursuant to section 315(b) of PROMESA, and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") (collectively, "Respondents") possess confidential, proprietary, and commercially sensitive information that Respondents have agreed to disclose to

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

the PSA Creditors and/or their advisors;[2]

WHEREAS, on October 28, 2019, Ambac Assurance Corporation ("Ambac") filed a *Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Assets* [ECF No. 9022] (the "Commonwealth Assets Rule 2004 Motion"); and

WHEREAS, Ambac subsequently filed its *Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Cash Restriction Analysis* [ECF No. 9023] and *Motion for an Order Directing Cash Rule 2004 Discovery from the Financial Oversight and Management Board for Puerto Rico* [ECF No. 15220] (the "Cash Rule 2004 Motions," and collectively with the Commonwealth Assets Rule 2004 Motion, the "Rule 2004 Motions");

WHEREAS, to facilitate the disclosure of information relating to the Rule 2004 Motions to the PSA Creditors and/or their advisors while protecting such confidential information from improper disclosure and use, Respondents and the PSA Creditors through their respective undersigned counsel, have agreed that the *Confidentiality Agreement and Order in Connection with (A) Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Assets [ECF No. 9022] and (B) Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Cash Restriction Analysis [ECF No. 9023]* (ECF No. 12920) ("Protective Order"), attached hereto as Exhibit 1, shall apply to Respondents' production of materials relating to the Rule 2004 Motions to the PSA Creditors, including to all "Material,"

---

[2] The term "PSA Creditors" shall mean Aristeia Capital, LLC; Aurelius Capital Management, LP; Autonomy Capital (Jersey), L.P.; BlackRock Advisors, LLC; BlackRock Financial Management Inc.; Brigade Capital Management LP; Canyon Capital Advisors LLC;; Davidson Kempner Capital Management LP; Emso Asset Management Limited; Farmstead Capital Management; FCO Advisors LP; First Pacific Advisors, LP; Fir Tree Capital Management, LP; GoldenTree Asset Management, LP; Goldman Sachs Asset Management, L.P.; Mason Capital Management, LLC; Monarch Alternative Capital LP; OM Foundation Limited; Sculptor Capital LP; Silver Point Capital, L.P.; Stonehill Capital Management LLC; Taconic Capital Advisors L.P.; VR Advisory Services Ltd; Whitebox Advisors LLC.

as defined in paragraph 1 of the Protective Order;

WHEREAS, Respondents and the PSA Creditors have established good cause for entry of this stipulation to the Protective Order (the "Stipulated Order");

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. For purposes of the Stipulated Order, "Parties" or "Party" as defined in the Protective Order shall include the PSA Creditors.

2. For the avoidance of doubt, nothing herein shall be deemed to waive or modify the Protective Order, except that this Stipulated Order is applicable to, and shall govern, all Material produced and disclosed to the PSA Creditors.

3. This Court shall retain full and exclusive jurisdiction during the pendency of this case and thereafter to enforce this Stipulated Order and to grant relief for any violation thereof. Respondents, the PSA Creditors, and all signatories of Exhibit A to the Protective Order explicitly consent to the jurisdiction of this Court for the purpose of enforcement of this Stipulated Order. The Stipulated Order may be modified or terminated only by written stipulation of the parties or by order of the Court.

- 4 -

SO STIPULATED:

Dated: December 5, 2020

| **G. CARLO-ALTIERI LAW OFFICES, LLC** | **MORRISON & FOERSTER LLP** |
|---|---|
| By: */s/ Gerardo A. Carlo* | By: */s/ Gary S. Lee* |
| Gerardo A. Carlo | Gary S. Lee (admitted *pro hac vice*) |
| USDC PR No. 112009 | James M. Peck (admitted *pro hac vice*) |
| Telephone: (787) 247-6680 | Theresa A. Foudy (admitted *pro hac vice*) |
| gacarlo@carlo-altierilaw.com | Andrew Kissner (admitted *pro hac vice*) |
| | 250 West 55th Street |
| 254 San Jose St., Third Floor | New York, New York 10019 |
| San Juan, Puerto Rico 00901 | Telephone: (212) 468-8000 |
| Telephone: (787) 247-6680 | Facsimile: (212) 468-7900 |
| Facsimile: (787) 919-0527 | glee@mofo.com |
| | jpeck@mofo.com |
| | tfoudy@mofo.com |
| | akissner@mofo.com |

*Counsel to Black Rock Financial Management Inc., Brigade Capital Management LP, Emso Asset Management Limited, First Pacific Advisors, LP, Fir Tree Partners, Mason Capital Management, LLC, Silver Point Capital, L.P., and VR Advisory Services Ltd.*

**Morgan, Lewis & Bockius LLP**

*/s/ Kurt A. Mayr*
Kurt A. Mayr (*pro hac vice*)
David L. Lawton (*pro hac vice*)
Shannon B. Wolf (*pro hac vice*)
One State Street
Hartford, CT 06103-3178
Tel. (860) 240-2700
Fax: (860) 240-2701
kurt.mayr@morganlewis.com
david.lawton@morganlewis.com
shannon.wolf@morganlewis.com

Sabin Willett (*pro hac vice*)
One Federal Street
Boston, MA 02110-1726
Tel: (617) 951-8775
sabin.willett@morganlewis.com

**Correa-Acevedo & Abesada Law Offices, PSC**

*/s/ Sergio Criado*
Sergio Criado
USDC-PR No. 226307
Roberto Abesada-Aguet
USDC-PR No. 216706
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300
Fax (787) 273-8379
ra@calopsc.com
scriado@calopsc.com

*Co-Counsel to Canyon Capital Advisors LLC,
Davidson Kempner Capital Management LP, and
Sculptor Capital LP.*

- 6 -

| | |
|---|---|
| REICHARD & ESCALERA | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| By: */s/ Rafael Escalera* <br> **Rafael Escalera** <br> USDC No. 122609 <br> escalera@reichardescalera.com | **Susheel Kirpalani** (*pro hac vice*) <br> susheelkirpalani@quinnemanuel.com |
| **Sylvia M. Arizmendi** <br> USDC-PR 210714 <br> arizmendis@reichardescalera.com | **Daniel Salinas** <br> USDC-PR 224006 <br> danielsalinas@quinnemanuel.com |
| **Carlos R. Rivera-Ortiz** <br> USDC-PR 303409 <br> riverac@reichardescalera.com | **Eric Kay** (*pro hac vice*) <br> erickay@quinnemanuel.com |
| 255 Ponce de León Avenue <br> MCS Plaza, 10th Floor <br> San Juan, Puerto Rico 00917-1913 <br> Telephone: (787) 777-8888 | **Zachary Russell** (*pro hac vice*) <br> zacharyrussell@quinnemanuel.com <br><br> 51 Madison Avenue, 22nd Floor <br> New York, New York 10010-1603 <br> Telephone: (212) 849-7000 |

*Co-Counsel for the Lawful Constitutional Debt Coalition*

- 7 -

/s/ Ramón Rivera Morales
J. Ramón Rivera Morales
USDC-PR Bar No. 200701
Andrés F. Picó Ramírez
USDC-PR Bar No. 302114
JIMÉNEZ, GRAFFAM & LAUSELL
P.O. Box 366104
San Juan, PR 00936
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
Email: rrivera@jgl.com

/s/ Mark T. Stancil
Mark T. Stancil (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
Telephone: (202) 303-1133
Facsimile: (202) 303-2133
Email: mstancil@willkie.com

/s/ Andrew N. Rosenberg
Andrew N. Rosenberg (admitted *pro hac vice*)
Karen R. Zeituni (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Email: arosenberg@paulweiss.com

/s/ Lawrence S. Robbins
Lawrence S. Robbins (admitted *pro hac vice*)
Gary A. Orseck (admitted *pro hac vice*)
Donald Burke (admitted *pro hac vice*)
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: lrobbins@robbinsrussell.com

*Counsel to Aurelius Capital Management, LP and Autonomy Capital (Jersey), L.P.*

- 8 -

| O'NEILL & BORGES LLC | PROSKAUER ROSE LLP |
|---|---|
| By: */s/ Hermann D. Bauer* <br> Hermann D. Bauer <br> USDC No. 215205 <br> 250 Muñoz Rivera Ave., Suite 800 <br> San Juan, PR 00918-1813 <br> Tel: (787) 764-8181 <br> Fax: (787) 753-8944 <br> hermann.bauer@oneillborges.com <br><br> *Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico* | By: */s/ Martin J. Bienenstock* <br> Martin J. Bienenstock (*pro hac vice*) <br> Stephen L. Ratner (*pro hac vice*) <br> Timothy W. Mungovan (*pro hac vice*) <br> Michael T. Mervis <br> Margaret A. Dale (*pro hac vice*) <br> Eleven Times Square <br> New York, NY 10036 <br> Tel: (212) 969-3000 <br> Fax: (212) 969-2900 <br> mbienenstock@proskauer.com <br> sratner@proskauer.com <br> tmungovan@proskauer.com <br> mmervis@proskauer.com <br> mdale@proskauer.com <br><br> *Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico* |

| | |
|---|---|
| **O'MELVENY & MYERS LLP** | **MARINI PIETRANTONI MUÑIZ LLC** |
| By: */s/ Elizabeth L. McKeen* | By: */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi (*pro hac vice*) | Luis C. Marini-Biaggi |
| 7 Times Square | USDC No. 222301 |
| New York, NY 10036 | Carolina Velaz-Rivero |
| Tel: (212) 326-2000 | USDC No. 300913 |
| Fax: (212) 326-2061 | 250 Ponce de León Ave., Suite 900 |
| jrapisardi@omm.com | San Juan, PR 00918 |
| | Tel: (787) 705-2171 |
| Peter Friedman (*pro hac vice*) | Fax: (787) 936-7494 |
| 1625 Eye Street, NW | lmarini@mpmlawpr.com |
| Washington, DC 20006 | cvelaz@mpmlawpr.com |
| Tel: (202) 383-5300 | |
| Fax: (202) 383-5414 | *Attorneys for the Puerto Rico Fiscal Agency and* |
| pfriedman@omm.com | *Financial Advisory Authority* |
| | |
| Elizabeth L. McKeen (*pro hac vice*) | |
| Ashley M. Pavel (*pro hac vice*) | |
| 610 Newport Center Drive, 17th Floor | |
| Newport Beach, CA 92660 | |
| Tel: (949) 823-6900 | |
| Fax: (949) 823-6994 | |
| emckeen@omm.com | |
| apavel@omm.com | |
| | |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | |

SO ORDERED.

Dated: December \_\_\_\_, 2020

/s/
JUDITH GAIL DEIN
United States Magistrate Judge