In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Ninth Interim Fee Period Applications Recommended for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Fourth Interim Fee Period (June 1 - September 30, 2018)* | | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 1 | **Citigroup Global Markets Inc. [Dkt. No. 4897]** | 6/01 - 9/30/2018 | $ 1,975,000.00 | $ - | $ 20,450.63 | $ 10,017.23 | $ 1,975,000.00 | | $ 10,433.40 |
| | *Debtors' Financial Advisor* | | | | | | | | |
| 2 | **Deloitte Financial Advisory Services LLP [Dkt. No. 8520]** | 6/01 - 9/30/2018 | $ 3,055,552.20 | $ 25,000.00 | $ 116,696.34 | $ 2,250.97 | $ 3,030,552.20 | | $ 114,445.37 |
| | *Seventh Interim Fee Period (June 1 - September 30, 2019)* | | | | | | | | |
| | *Consultant to FOMB* | | | | | | | | |
| 3 | **PFM Group Consulting LLC [Dkt. No. 9212]** | 6/3 - 8/31/2019 | $ 244,842.50 | $ - | $ - | $ - | $ 244,842.50 | | $ - |
| | *Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)* | | | | | | | | |
| | *Consultant to FOMB* | | | | | | | | |
| 4 | **PFM Group Consulting LLC [Dkt. No. 12347]** | 9/1 - 11/30/2019 | $ 44,793.75 | $ - | $ - | $ - | $ 44,793.75 | | $ - |
| | *Ninth Interim Fee Period (February 1, 2020 - May 31, 2020)* | | | | | | | | |
| | *Counsel to Official Committee of Unsecured Creditors* | | | | | | | | |
| 5 | **Paul Hastings LLP [Dkt. No. 13682]** | 2/1 - 5/31/2020 | $ 4,788,916.50 | $ 155,374.65 | $ 139,072.95 | $ - | $ 4,633,541.85 | **FN 1** | $ 139,072.95 |
| | *Consultant to FOMB* | | | | | | | | |
| 6 | **PFM Group Consulting LLC [Dkt. No. 13742]** | 2/1 - 5/31/2020 | $ 26,825.00 | $ - | $ - | $ - | $ 26,825.00 | | $ - |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 7 | **Zolfo Cooper, LLC [Dkt. No. 13681]** | 2/1 - 5/31/2020 | $ 966,883.00 | $ 20,384.38 | $ 1,006.22 | $ - | $ 946,498.62 | **FN 2** | $ 1,006.22 |

**FN 1** The Fee Examiner recommends that, for the ninth interim fee period, and only this period, the foregoing stipulated fee reductions, other than $78,764.83, on account of certain negotiated reductions, be included within the overall 20 percent reduction, as agreed by Paul Hastings LLP, in total fees sought by Paul Hastings LLP as part of its final fee application, which fee application is subject to Court approval. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $4,710,151.68 (i.e., $4,788,916.50 minus the aforementioned credit of $78,764.83).

**FN 2** The Fee Examiner recommends that the stipulated fee reductions identified on this Exhibit, other than $552.00 for an identified and acknowledged billing error, be included with the agreed overall 20 per cent reduction in total fees sought by Zolfo Cooper, LLC as part of its final fee application.