In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Ninth Interim Fee Period Applications Recommended for Deferral:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | **Fourth Interim Fee Period (June 1 - September 30, 2018)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 1-a | Ankura Consulting Group, LLC [Dkt. No. 4358] | 6/01 - 9/30/2018 | $ 2,373,633.63 | | $ 199,003.27 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 1-b | Ankura Consulting Group, LLC [17-4780 Dkt. No. 1048] | 6/01 - 9/30/2018 | $ 2,779,593.00 | | $ 216,596.27 | | | |
| | *Debtors' Consultant* | | | | | | | |
| 2 | Deloitte Consulting LLP [Dkt. No. 9274] | 8/01 - 9/30/2018 | $ 653,692.09 | | $ - | | | |
| | **Fifth Interim Fee Period (October 1, 2018 - January 31, 2019)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 3-a | Ankura Consulting Group, LLC [Dkt. No. 8454] | 10/1/2018 - 1/31/2019 | $ 3,223,148.50 | | $ 181,809.03 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 3-b | Ankura Consulting Group, LLC [17-4780 Dkt. No. 1137] | 10/1/2018 - 1/31/2019 | $ 3,080,936.50 | | $ 228,902.66 | | | |
| | *Puerto Rico Counsel for PREPA* | | | | | | | |
| 4 | Cancio Nadal Rivera & Diaz P.S.C. [Dkt. No. 5810 and 17-4780 Dkt. No. 1133] | 10/1/2018 - 1/31/2019 | $ 541,280.00 | | $ 756.22 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 5 | Citigroup Global Markets Inc. [Dkt. No. 14522] | 10/1/2018 - 1/31/2019 | $ 1,975,000.00 | | $ 41,623.98 | | | |
| | *Debtors' Consultant* | | | | | | | |
| 6 | Deloitte Consulting LLP [Dkt. No. 9275] | 10/01/2018 - 1/31/2019 | $ 1,757,608.44 | | $ 304,050.65 | | | |
| | *Debtors' Advisor* | | | | | | | |
| 7 | Deloitte Financial Advisory Services LLP [Dkt. No. 10530] | 10/01/2018 - 1/31/2019 | $ 2,040,973.20 | | $ 77,313.82 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 8-a | O'Melveny & Myers [Dkt. No. 6042 and 17-4780 Dkt. No. 1147] | 10/1/2018 - 1/31/2019 | $ 4,076,587.31 | | $ 57,507.47 | | | |
| | *Counsel to AAFAF - COFINA* | | | | | | | |
| 8-b | O'Melveny & Myers [Dkt. No. 6043] | 10/1/2018 - 1/31/2019 | $ 1,412,850.36 | | $ 16,394.02 | | | |
| | *Counsel for AAFAF - ERS* | | | | | | | |
| 8-c | O'Melveny & Myers [Dkt. No. 6044] | 10/1/2018 - 1/31/2019 | $ 188,464.21 | | $ 10,558.23 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 8-d | O'Melveny & Myers [Dkt. No. 6045] | 10/1/2018 - 1/31/2019 | $ 180,162.60 | | $ 6,214.30 | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 8-e | O'Melveny & Myers [Dkt. No. 6047] | 10/1/2018 - 1/31/2019 | $ 4,402,648.26 | | $ 136,119.82 | | | |
| | **Sixth Interim Fee Period (February 1 - May 31, 2019)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 9-a | Ankura Consulting Group, LLC [Dkt. No. 12180] | 2/1 - 5/31/2019 | $ 4,069,840.50 | | $ 219,612.81 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 9-b | Ankura Consulting Group, LLC [17-4780 Dkt. No. 1604] | 2/1 - 5/31/2019 | $ 2,890,183.50 | | $ 276,996.38 | | | |
| | *Debtors' Advisor* | | | | | | | |
| 10 | Deloitte Financial Advisory Services LLP [Dkt. No. 14573] | 2/1 - 5/31/2019 | $ 5,891,411.40 | | $ 313,178.46 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 11 | Citigroup Global Markets Inc. [Dkt. No. 14523] | 2/1 - 5/31/2019 | $ 4,300,000.00 | | $ 26,187.61 | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Ninth Interim Fee Period Applications Recommended for Deferral:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 12 | **Nixon Peabody LLP [Dkt. No. 9538]** | 2/1 - 5/31/2019 | $ 371,931.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 13-a | **O'Melveny & Myers [Dkt. No. 8180]** | 2/1 - 5/31/2019 | $ 2,873,762.15 | | $ 244,200.68 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 13-b | **O'Melveny & Myers [17-3567 Dkt. No. 615]** | 2/1 - 5/31/2019 | $ 85,817.14 | | $ 1,037.31 | | | |
| | *Counsel for AAFAF - ERS* | | | | | | | |
| 13-c | **O'Melveny & Myers [17-3566 Dkt. No. 658]** | 2/1 - 5/31/2019 | $ 2,292,671.25 | | $ 64,457.00 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 13-d | **O'Melveny & Myers [17-4780 Dkt. No. 1489]** | 2/1 - 5/31/2019 | $ 4,809,921.59 | | $ 129,968.65 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 14 | **PJT Partners LP [Dkt. No. 8014]** | 2/1 - 5/31/2019 | $ 5,000,000.00 | | $ 333.16 | | | |
| | ***Seventh Interim Fee Period (June 1 - September 30, 2019)*** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 15-a | **Ankura Consulting Group, LLC [Dkt. No. 13725]** | 6/1 - 9/30/2019 | $ 5,355,672.59 | | $ 309,366.13 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 15-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1788]** | 6/1 - 9/30/2019 | $ 2,778,349.50 | | $ 230,089.53 | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 16-a | **Brown Rudnick LLP [Dkt. No. 9316]** | 6/1 - 9/30/2019 | $ 1,261,053.00 | | $ 205,804.25 | | | |
| | *Claims Counsel to FOMB - HTA* | | | | | | | |
| 16-b | **Brown Rudnick LLP [17-3567 Dkt. No. 654]** | 6/1 - 9/30/2019 | $ 2,817.00 | | $ - | | | |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 16-c | **Brown Rudnick LLP [17-3566 Dkt. No. 717]** | 6/1 - 9/30/2019 | $ 29,348.00 | | $ - | | | |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 16-d | **Brown Rudnick LLP [17-4780 Dkt. No. 1778]** | 6/1 - 9/30/2019 | $ 439,667.00 | | $ 9,138.57 | | | |
| | *Debtors' Advisor* | | | | | | | |
| 17 | **Deloitte Financial Advisory Services LLP [Dkt. No. 15099]** | 6/1 - 9/30/2019 | $ 1,988,099.60 | | $ 126,001.20 | | | |
| | *Financial Advisor to FOMB* | | | | | | | |
| 18 | **Ernst & Young LLP [Dkt. No. 10829]** | 6/1 - 9/30/2019 | $ 5,034,312.80 | | $ 116,907.08 | | | |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 19 | **Marini Pietrantoni Muniz LLC [Dkt. No. 9245]** | 6/1 - 9/30/2019 | $ 211,088.64 | | $ 2,648.66 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 20 | **Nixon Peabody LLP [Dkt. No. 9539]** | 6/1 - 9/30/2019 | $ 80,805.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 21-a | **O'Melveny & Myers [Dkt. No. 9332]** | 6/1 - 9/30/2019 | $ 5,369,124.54 | | $ 183,905.55 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 21-b | **O'Melveny & Myers [17-3567 Dkt. No. 657]** | 6/1 - 9/30/2019 | $ 58,957.87 | | $ 2,178.58 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 21-c | **O'Melveny & Myers [17-3566 Dkt. No. 724]** | 6/1 - 9/30/2019 | $ 512,322.11 | | $ 56,015.15 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 21-d | **O'Melveny & Myers [Dkt. No. 9354 and 17-04780 Dkt. No. 1786]** | 6/1 - 9/30/2019 | $ 3,574,768.47 | | $ 126,501.00 | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Ninth Interim Fee Period Applications Recommended for Deferral:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Puerto Rico Counsel to FOMB* | | | | | | | |
| 22 | **O'Neill & Borges LLC [Dkt. No. 13849]** | 6/1 - 9/30/2019 | $ 496,363.95 | | $ 9,654.18 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 23 | **PJT Partners LP [Dkt. No. 9215]** | 6/1 - 9/30/2019 | $ 5,000,000.00 | | $ 6,980.89 | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 24-a | **Proskauer Rose LLP [Dkt. No. 9624]** | 6/1 - 9/30/2019 | $ 11,293,301.10 | | $ 292,282.61 | | | |
| | *Counsel to Debtors - ERS* | | | | | | | |
| 24-b | **Proskauer Rose LLP [Dkt. No. 9630 and 17-3566 Dkt. No. 747]** | 6/1 - 9/30/2019 | $ 1,811,241.00 | | $ 139,973.00 | | | |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 24-c | **Proskauer Rose LLP [Dkt. No. 9628 and 17-3567 Dkt. No. 664]** | 6/1 - 9/30/2019 | $ 491,537.70 | | $ 13,238.66 | | | |
| | *Counsel to Debtors - PREPA* | | | | | | | |
| 24-d | **Proskauer Rose LLP [Dkt. No. 9626 and 17-04780 Dkt. No. 1838]** | 6/1 - 9/30/2019 | $ 5,893,697.40 | | $ 151,543.10 | | | |
| | ***Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)*** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 25-a | **Ankura Consulting Group, LLC [Dkt. No. 14031]** | 10/1/2019 - 1/31/2020 | $ 4,568,311.20 | | $ 226,836.98 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 25-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1977]** | 10/1/2019 - 1/31/2020 | $ 2,129,389.00 | | $ 170,218.54 | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 26-a | **Brown Rudnick LLP [Dkt. No. 12847]** | 10/1/2019 - 1/31/2020 | $ 643,562.50 | | $ 40,133.81 | | | |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 26-b | **Brown Rudnick LLP [17-3566 Dkt. No. 864]** | 10/1/2019 - 1/31/2020 | $ 178,082.50 | | $ 598.20 | | | |
| | *Claims Counsel to FOMB - HTA* | | | | | | | |
| 26-c | **Brown Rudnick LLP [17-3567 Dkt. No. 766]** | 10/1/2019 - 1/31/2020 | $ 2,885.00 | | $ - | | | |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 26-d | **Brown Rudnick LLP [17-4780 Dkt. No. 1965]** | 10/1/2019 - 1/31/2020 | $ 261,844.00 | | $ 2,889.11 | | | |
| | *Servicing Agent for PROMESA* | | | | | | | |
| 27 | **Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions [Dkt. No. 14454]** | 12/1/2018 - 12/31/2019 | $ 78,640.00 | | $ 96,562.23 | | | |
| | *Financial Advisor to FOMB* | | | | | | | |
| 28 | **Ernst & Young LLP [Dkt. No. 15066]** | 10/1/2019 - 1/31/2020 | $ 5,333,685.84 | | $ 255,437.27 | | | |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 29 | **Marini Pietrantoni Muniz LLC [Dkt. No. 12262]** | 10/1/2019 - 1/31/2020 | $ 247,098.80 | | $ 668.80 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 30 | **Nixon Peabody LLP [Dkt. No. 13600]** | 10/1/2019 - 1/31/2020 | $ 80,352.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 31-a | **O'Melveny & Myers [Dkt. No. 12907]** | 10/1/2019 - 1/31/2020 | $ 3,667,195.71 | | $ 161,626.21 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 31-b | **O'Melveny & Myers [17-3567 Dkt. No.770]** | 10/1/2019 - 1/31/2020 | $ 193,824.05 | | $ 3,277.17 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 31-c | **O'Melveny & Myers [17-3566 Dkt. No. 873]** | 10/1/2019 - 1/31/2020 | $ 1,825,934.30 | | $ 46,865.14 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 31-d | **O'Melveny & Myers [17-04780 Dkt. No. 1970]** | 10/1/2019 - 1/31/2020 | $ 2,610,546.25 | | $ 145,263.53 | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Ninth Interim Fee Period Applications Recommended for Deferral:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Puerto Rico Counsel to FOMB* | | | | | | | |
| 32 | **O'Neill & Borges LLC [Dkt. No. 13891]** | 10/1/2019 - 1/31/2020 | $ 341,410.50 | | $ 8,989.93 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 33 | **PJT Partners LP [Dkt. No. 12401 ]** | 10/1/2019 - 1/31/2020 | $ 5,000,000.00 | | $ 19,449.79 | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 34-a | **Proskauer Rose LLP [Dkt. No. 12831]** | 10/1/2019 - 1/31/2020 | $ 11,904,959.70 | | $ 488,281.95 | | | |
| | *Counsel to Debtors - ERS* | | | | | | | |
| 34-b | **Proskauer Rose LLP [Dkt. No. 12833 and 17-3566 Dkt. No. 862]** | 10/1/2019 - 1/31/2020 | $ 1,732,608.90 | | $ 72,528.81 | | | |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 34-c | **Proskauer Rose LLP [Dkt. No. 12827 and 17-3567 Dkt. No. 764]** | 10/1/2019 - 1/31/2020 | $ 2,967,593.10 | | $ 82,253.31 | | | |
| | *Counsel to Debtors - PBA* | | | | | | | |
| 34-d | **Proskauer Rose LLP [Dkt. No. 12835 and 19-5523 Dkt. No. 70]** | 9/1/2019 - 1/31/2020 | $ 264,301.80 | | $ 105.80 | | | |
| | *Counsel to Debtors - PREPA* | | | | | | | |
| 34-e | **Proskauer Rose LLP [Dkt. No. 12829 and 17-4780 Dkt. No. 1963]** | 10/1/2019 - 1/31/2020 | $ 5,694,120.30 | | $ 316,994.84 | | | |
| | **Ninth Interim Fee Period (February 1, 2020 - May 31, 2020)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 35 | **Ankura Consulting Group, LLC [Dkt. No. 14924]** | 2/1 - 5/31/2020 | $ 4,634,422.41 | | $ 62,803.01 | | | |
| | *Financial Advisor to FOMB* | | | | | | | |
| 36 | **Ernst & Young LLP [Dkt. No. 15096]** | 2/1 - 5/31/2020 | $ 7,526,389.70 | | $ 121,739.82 | | | |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 37 | **Marini Pietrantoni Muniz LLC [Dkt. No. 13685]** | 2/1 - 5/31/2020 | $ 321,504.60 | | $ 2,143.45 | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 38-a | **O'Melveny & Myers [Dkt. No. 14179]** | 2/1 - 5/31/2020 | $ 7,065,558.67 | | $ 211,500.79 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 38-b | **O'Melveny & Myers [17-3566 Dkt. No. 967]** | 2/1 - 5/31/2020 | $ 2,486,200.45 | | $ 51,467.03 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 38-c | **O'Melveny & Myers [17-3567 Dkt. No. 920]** | 2/1 - 5/31/2020 | $ 135,148.72 | | $ 4,217.61 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 38-d | **O'Melveny & Myers [17-4780 Dkt. No. 2175]** | 2/1 - 5/31/2020 | $ 1,036,139.40 | | $ 129,247.99 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 39 | **PJT Partners LP [Dkt. No. 14041 ]** | 2/1 - 5/31/2020 | $ 5,000,000.00 | | $ 30,021.86 | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 40-a | **Proskauer Rose LLP [Dkt. No. 14348]** | 2/1 - 5/31/2020 | $ 16,498,056.60 | | $ 812,642.95 | | | |
| | *Counsel to Debtors - ERS* | | | | | | | |
| 40-b | **Proskauer Rose LLP [Dkt. No. 14350 and 17-3566 Dkt. No. 988]** | 2/1 - 5/31/2020 | $ 1,866,775.20 | | $ 49,926.81 | | | |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 40-c | **Proskauer Rose LLP [Dkt. No. 14352 and 17-3567 Dkt. No. 925]** | 2/1 - 5/31/2020 | $ 657,568.80 | | $ 27,280.77 | | | |
| | *Counsel to Debtors - PBA* | | | | | | | |
| 40-d | **Proskauer Rose LLP [Dkt. No. 14356 and 19-5523 Dkt. No. 96]** | 2/1 - 5/31/2020 | $ 162,451.80 | | $ 443.90 | | | |
| | *Counsel to Debtors - PREPA* | | | | | | | |
| 40-e | **Proskauer Rose LLP [Dkt. No. 14354 and 17-4780 Dkt. No. 2208]** | 2/1 - 5/31/2020 | $ 2,997,464.10 | | $ 255,819.76 | | | |