EXHIBIT C

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**FINAL Fee Applications Recommended for Deferral:**

| | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Counsel to AAFAF* | | | | | | | |
| 1 | **DLA Piper [Dkt. No. 7973]** | 6/1/2017 - 4/30/2019 | $ 3,144,379.59 | | $ 40,693.07 | | | |
| | *Counsel to AAFAF - COFINA* | | | | | | | |
| 2 | **O'Melveny & Myers [17-3284 Dkt. No. 640]** | 5/5/2017 - 2/12/2019 | $ 8,674,704.03 | | $ 78,506.01 | | | |

23169181.1

as of 12/2/2020