```
                IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF PUERTO RICO

IN RE:                          *      CASE NO. 17-03283-LTS
                                *
COMMONWEALTH OF PUERTO RICO,    *      CHAPTER 9
                                *
     Debtor-In-Possession.      *
                                *
--------------------------------
```

**MOTION REQUESTING TURNOVER OF MOTOR VEHICLE**

TO THE HONORABLE COURT:

NOW COMES movant the undersigned attorney on his own behalf and respectfully states as follows:

1. Movant is the registrar owner in Puerto Rico of a 2000 Oldsmobile Intrigue Gx Oro ("Motor Vehicle"), VIN: 1G3WH52H0YF122319, Registry: 5682868, License Plate: DRA535, Title: 2738039 and Price: $26501.94.

2. The Motor Vehicle is collateral to a car loan with First Bank, 3398275.

3. The Motor Vehicle was a gift to Movant's son who was in possession of the same.

4. Sometime in 2014-2015, prior to the filing of the above captioned case, the Police Department of Debtor seized the Motor Vehicle from Movant's son.

5. Movant located the Motor Vehicle in the Police Facility next to the Roberto Clemente Park in Country Club but was not given

any information about its fate.

6. Upon information and belief the Motor Vehicle was never used as evidence in any criminal trial nor was a confiscation complaint ever filed against Movant pursuant to the Puerto Rico Confiscation Act, 34 L.P.R.A. §1724, et. seq.

7. Movant gave his conditional sales creditor, First Bank, notice of the location of the Motor Vehicle but instead of repossessing the same they decided to illegally file a lost vehicle lien with DTOP.

8. For all of the above stated reasons upon the filing of the above captioned case the Motor Vehicle was not part of property of the estate and nothing has been done since filing by Debtor pursuant to 11 U.S.C. §541(a)(5) to make it part of the estate.

**LOCAL RULE 9013-1(c)(1) NOTICE**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested

relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

WHEREFORE, movant the undersigned attorney on his own behalf respectfully requests that for the above stated reasons this Honorable Court conclude that as a matter of law the Motor Vehicle is not part of Debtor's estate and order Debtor to return Movant the Motor Vehicle or it's cash equivalent.

Respectfully submitted, in Carolina, Puerto Rico this 7th day of December, 2020.

**CERTIFICATE OF SERVICE, LOCAL RULE 5005-4(h)(1), P.R. LBR**

Movant hereby certies that on this day, Movant electronically filed the foregoing with the Clerk of the Court uploading the same using the CM/ECF System which will send notification of such filing to the all CM/ECF participants.

**Frederic Chardon Dubs Law Office**

s/Frederic Chardon Dubos
**Frederic Chardon Dubos**
USDC-PR 201601
P.O. Box 1797
Carolina, Puerto Rico, 00984-1797
Tel. (787) 908-2476
email fcdlaw2020@gmail.com