## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>              Debtor | PROMESA<br>Title III<br><br>No. 17 BK 3566-LTS |

## <u>CERTIFICATE OF SERVICE</u>

---

[1] The Debtors in these jointly-administered PROMESA title III cases (these "**Title III Cases**"), along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

The undersigned hereby certifies that I caused true and correct copies of the following (the

"**Reply Briefing**"):

> 1. *Committees' Reply in Support of Motion to Strike Declaration of John Faith
> and Accompanying Exhibit from the Motion of the Bank of New York Mellon,
> as Fiscal Agent, for Summary Judgment Pursuant to Fed. R. Civ. P. 56
> Regarding Ultra Vires Challenge,* [Docket No. 15331 in Case No. 17-3283 and
> Docket No. 1040 in Case No. 17-3566]
>
> 2. *Committees' Reply in Support of Motion to Exclude Expert Testimony of Dr.
> Laura Gonzalez on Ultra Vires Issues,* [Docket No. 15335 in Case No. 17-3283
> and Docket No. 1041 in Case No. 17-3566],

to be served in the following manner:

On December 3, 2020, the Reply Briefing was sent through the Court's CM/ECF system.

On December 4, 2020, the Reply Briefing was sent via email to each of the parties listed

in Exhibit A attached hereto.

On December 4, 2020, the Reply Briefing was sent via email to the Honorable Laura

Taylor Swain at SwainDPRCorresp@nysd.uscourts.gov.

On December 4, 2020 one copy of the Reply Briefing was sent by UPS overnight delivery

to Nancy J. Gargula,  The Office of the United States Trustee for Region 21, Edificio Ochoa, 500

Tanca Street, Suite 301, San Juan, Puerto Rico 00901-1922, and

On December 4, 2020 one copy of the Reply Briefing was sent via U.S. mail to each of the

parties listed in Exhibit B attached hereto.

2

December 7, 2020

JENNER & BLOCK LLP

By:

/s/ Robert Gordon

Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
Landon Raiford (*admitted pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)

Respectfully submitted,

BENNAZAR, GARCÍA & MILIÁN, C.S.P.

By:

/s/ A.J. Bennazar-Zequeira

A.J. Bennazar-Zequeira
Edificio Union Plaza
Office 1701
416 Avenida Ponce de León
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for The Official Committee of
Retired Employees of Puerto Rico*

3