UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON DECEMBER 9-10, 2020 AT 9:30 A.M. AST

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, December 9, 2020**, from 9:30 a.m. to 1:00 p.m., from 2:00 p.m. to 5:00 p.m. and, if necessary, **Thursday, December 10, 2020**, from 9:30 a.m. to 1:00 p.m., and from 2:00 p.m. to 5:00 p.m. (Atlantic Standard Time) <br><br> Honorable Laura Taylor Swain, United States District Judge <br> Honorable Judith G. Dein, United States Magistrate Judge |
| **Location of Hearing:** | **The Hearing will be conducted telephonically via CourtSolutions.** <br><br> Attorney Participation: Pursuant to the *Order Regarding Procedures for December 9-10, 2020, Omnibus Hearing* [Case No. 17-3283, ECF No. 15295], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and wish to participate as speakers or listen in on the proceedings must |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

        register with CourtSolutions at www.court-solutions.com. The FOMB and AAFAF may each register up to five speaking lines, and all other parties shall be limited to two speaking lines. There will be no limitation on listen-only lines.

        Members of the Public and Press: Members of the public and press may listen in on the proceedings on a listen-only line by dialing (888) 363-4749 and entering the access code (7214978) and security code (7377) when prompted.

**Copies of Documents:** Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

I. **STATUS REPORTS:**

1. **Report from the Oversight Board.**

    Description: Pursuant to the Procedures Order, the Financial Oversight and Management Board for Puerto Rico (the "FOMB" or "Oversight Board") will file a written Status Report prior to the hearing. The FOMB will report on (i) the general status and activities of the Oversight Board, including measures taken in response to the COVID-19 pandemic, (ii) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (iii) the general status of work toward plans of adjustment, and (iv) the status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters.

    Speakers: Should the Court have questions or comments regarding the FOMB's Status Report, the names of counsel who intend to speak on the Status Report are Martin J. Bienenstock and Brian S. Rosen.

2. **Report from AAFAF.**

    Description: Pursuant to the Procedures Order, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") will file a written status Report prior to the hearing. AAFAF will report on its status and activities, including the general status of the Commonwealth government administration transition and an overview of the Commonwealth's ongoing response to the COVID-19 pandemic.

    Speakers: Should the Court have questions or comments regarding AAFAF's Status Report, the name of counsel who intends to speak on the Status Report is Luis C. Marini-Biaggi.

3. **Cobra Status Report.**

   Description: Status Report Pursuant to June 5, 2020 Order Regarding Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims **[Case No. 17-3283, ECF No. 15308; Case No. 17-4780, ECF No. 2314]**.

   Speakers: The names of counsel who intend to speak on the Status Report are Hadassa R. Waxman and Katiuska Bolanos.

   Estimated Time Required: 5 minutes.

II. **CONTESTED MATTERS**

1. **Commonwealth's Motion for Approval of Assumption of Settlement Agreements with García Rubiera Class Plaintiffs.** Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Code Section 365 for Entry of Order Approving Assumption of Settlement Agreements with García Rubiera Class Plaintiffs **[Case No. 17-3283, ECF No. 15171]**

   Description: Commonwealth's motion for approval of settlement agreement resolving Gladys García-Rubiera *et al.*'s motion for relief from the automatic stay **[Case No. 17-3283, ECF No. 2434]**.

   Objection Deadline: November 25, 2020 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
   A. Limited Objection of Official Committee of Unsecured Creditors to Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Code Section 365 for Entry of Order Approving Assumption of Settlement Agreements with García Rubiera Class Plaintiffs **[Case No. 17-3283, ECF No. 15275]**

   Reply, Joinder & Statement Deadlines: December 3, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 8, 2020 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

   Replies, Joinders & Statements:
   A. Answer by García Rubiera Class Plaintiffs to the Limited Objection of Official Committee of Unsecured Creditors to Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Code Section 365 **[Case No. 17-3283, ECF No. 15307]**

   B. Reply in Support of Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Code Section 365 for Entry of Order Approving Assumption of Settlement Agreements with García Rubiera Class Plaintiffs **[Case No. 17-3283, ECF No. 15325]**

   Related Documents:
   A. Motion Requesting Relief from Stay Under 362(d)(1) Of the Bankruptcy Code **[Case No. 17-3283, ECF No. 2434]**

B. Memorandum Order Granting in Part and Denying in Part Motion Requesting Relief from Stay Under Section 362(d)(1) of the Bankruptcy Code (Docket Entry No. 2434) **[Case No. 17-3283, ECF No. 2858]**

C. Opinion Issued by the United States Court of Appeals for the First Circuit, dated September 25, 2019 **[Case No. 17-3283, ECF No. 8770]**

D. Judgement Issued by the United States Court of Appeals for the First Circuit, dated September 25, 2019 **[Case No. 17-3283, ECF No. 8771]**

E. Order Scheduling Further Proceedings Regarding Motion Requesting Relief from Automatic Stay **[Case No. 17-3283, ECF No. 8890]**

F. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9093]**

G. Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 9093) **[Case No. 17-3283, ECF No. 9098]**

H. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9130]**

I. Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 9130) **[Case No. 17-3283, ECF No. 9142]**

J. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9384]**

K. Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 9384) **[Case No. 17-3283, ECF No. 9389]**

L. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 9591]**

M. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 10265]**

N. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 11756]**

O. Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 11756) **[Case No. 17-3283, ECF No. 11771]**

P. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 12795]**

Q. Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 12795) **[Case No. 17-3283, ECF No. 12841]**

R. Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 13121]**

S. Order in Connection with Informative Motion Regarding Motion Requesting Relief from Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 13121) **[Case No. 17-3283, ECF No. 13147]**

T. Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 13657]**

U. Order in Connection with Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 13657) **[Case No. 17-3283, ECF No. 13672]**

V. Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code **[Case No. 17-3283, ECF No. 14588]**

W. Order in Connection with Informative Motion Regarding Motion Requesting Relief of Stay Under 362(d)(1) of the Bankruptcy Code (Docket Entry No. 14588) **[Case No. 17-3283, ECF No. 14591]**

X. Commonwealth of Puerto Rico's Urgent Consented Motion for Extension of Deadlines in Connection with Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Code Section 365 for Entry of Order Approving Assumption of Settlement Agreements with García Rubiera Class Plaintiffs **[Case No. 17-3283, ECF No. 15230]**

Y. Order Granting Commonwealth of Puerto Rico's Urgent Consented Motion for Extension of Deadlines in Connection with Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Code Section 365 for Entry of Order Approving Assumption of Settlement Agreements with García Rubiera Class Plaintiffs **[Case No. 17-3283, ECF No. 15262]**

Status: This matter is going forward.

Estimated Time Required: 20 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
   A. Movants:

5

   1. **Commonwealth:** Steve Y. Ma, 7 minutes
  B. Objecting Parties:
   1. **Committee:** Luc Despins, 10 minutes
  C. Movants:
   1. **Commonwealth:** Steve Y. Ma, 3 minutes

2. **Duprey-Rivera's Motion for Relief from the Automatic Stay.** Mr. Luis Duprey-Rivera's Motion for Relief from the Automatic Stay Pursuant to PROMESA's Sections 4, 7, 301(c)(3), 304(h) and Bankruptcy Code's Sections 362(b)(4), (d)(1). **[Case No. 17-3283, ECF No. 15186]**

   Description: Luis Duprey Rivera and his attorney Joe Colon-Perez's motion for relief from automatic stay in connection with payment of attorneys' fees by the Commonwealth or its instrumentalities.

   Objection Deadline: December 2, 2020 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
   A. Objection of the Puerto Rico Highways and Transportation Authority to Mr. Luis Duprey-Rivera's Motion for Relief from the Automatic Stay Pursuant to PROMESA's Sections 4, 7, 301(c)(3), 304(h) and Bankruptcy Code's Sections 362(b)(4), (d)(1) **[Case No. 17-3283, ECF No. 15315; Case No. 17-3567; ECF No. 947]**

   Reply, Joinder & Statement Deadlines: December 5, 2020 at 4:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
   A. None

   Related Documents:
   A. Order Scheduling Briefing on Mr. Luis Duprey-Rivera's Motion for Relief from the Automatic Stay Pursuant to PROMESA's Sections 4, 7, 301(c)(3), 304(h) and Bankruptcy Code's Sections 362(b)(4), (d)(1) **[Case No. 17-3283, ECF No. 15200]**

   Status: This matter is going forward.

   Estimated Time Required: 10 minutes.

   Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
   A. Movants:
   1. **Movants:** Luis A. Rodríguez Muñoz, 3 minutes
   B. Objecting Parties:
   1. **AAFAF:** Luis C. Marini-Biaggi, 5 minutes
   C. Movants:

1. **Movants:** Luis A. Rodríguez Muñoz, 2 minutes

III. <u>**ADJOURNED MATTERS**</u>:

1. <u>**Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service.**</u> The Puerto Rico Fiscal Agency and Financial Advisory Authority's Objection to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 16885) **[Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]**

    Description: The Puerto Rico Fiscal Agency and Financial Advisory Authority, on behalf of itself and the Puerto Rico Sales Tax Financing Corporation, objects to proofs of claim filed by the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) against the Puerto Rico Sales Tax Financing Corporation.

    Objection Deadline: October 25, 2019 at 4:00 p.m. (Atlantic Standard Time).

    Responses:
    A. United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim **[Case No. 17-3283, ECF No. 8993, Case No. 17-3284, ECF No. 686]**

    Reply, Joinder & Statement Deadlines: December 24, 2019 at 4:00 p.m. (Atlantic Standard Time).

    Replies, Joinders & Statements:
    A. COFINA's Reply to the United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 8993] **[Case No. 17-3283, ECF No. 9649, Case No. 17-3284, ECF No. 693]**

    Related Documents:
    A. Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927, Case No. 17-3284, ECF No. 662]**

    B. Stipulation and Agreed Order (A) Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim No. 169423); and (B) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8466, Case No. 17-3284, ECF No. 666]**

    C. Stipulation and Agreed Order (A) Further Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim No. 169423); and (B) Further

    Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8688, Case No. 17-3284, ECF No. 678]**

D. Informative Motion Regarding Extension of United States' Deadline to Respond to Claim Objection **[Case No. 17-3283, ECF No. 8839, Case No. 17-3284, ECF No. 684]**

E. Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330, Case No. 17-3284, ECF No. 688]**

F. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 10021, Case No. 17-3284, ECF No. 695]**

G. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 12550, Case No. 17-3284, ECF No. 702]**

H. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 13122, Case No. 17-3284, ECF No. 709]**

I. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 13589, Case No. 17-3284, ECF No. 712]**

J. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 14223, Case No. 17-3284, ECF No. 715]**

K. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 14768, Case No. 17-3284, ECF No. 719]**

L. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claims [ECF 7419] **[Case No. 17-3283, ECF No. 15320, Case No. 17-3284, ECF No. 722]**

Status: This matter has been adjourned to January 27, 2021 omnibus hearing.

Estimated Time Required: N/A.

2. **Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for Relief from Automatic Stay.** Motion of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud

de Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement of the Court's Prior Order and (II) Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 12918]**

Description: Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc.'s motion seeking (a) relief from the automatic stay to prosecute certain actions pending in the District Court; (b) enforcement of ongoing Medicaid payment obligations; and (c) enforcement of the *Eleventh Omnibus Order Granting Relief from the Automatic Stay* (ECF No. 8499), pursuant to which a stipulation between the parties in which the Commonwealth agreed to make certain payments was approved.

Objection Deadline: January 13, 2021 at 5:00 p.m. (Atlantic Standard Time).

Responses:
   A. None.

Reply, Joinder & Statement Deadlines: January 20, 2021 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. Official Committee of Unsecured Creditors' Statement in Partial Support of Motion of Atlantic Medical Center, Inc. and Other Health Service Providers for (I) Enforcement of Court's Prior Order and (II) Relief from Automatic Stay **[Case No. 17-3283, ECF No. 13260]**

Related Documents:
   A. Joint Stipulation and Order Regarding Atlantic Medical Center, Inc., et al.'s Motion for Relief from the Automatic Stay (ECF No. 12918) **[Case No. 17-3283, ECF No. 13279]**

   B. Joint Stipulation and Order Regarding Atlantic Medical Center, Inc., et al.'s Motion for Relief from the Automatic Stay (ECF No. 12918) **[Case No. 17-3283, ECF No. 13303]**

   C. Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14166]**

   D. Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14172]**

   E. Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14575]**

   F. Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14581]**

    G. Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15237]**

    H. Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15270]**

Status: This matter has been adjourned to January 27, 2021 omnibus hearing.

Estimated Time Required: N/A.

3. **Debtor's Rule 9019 Motion for Order Allowing PRIFA BANs Guarantee Claim.** Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for an Order Approving Stipulation and Agreed Order (A) Allowing PRIFA BANs Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing the Dismissal of Litigation with Prejudice **[Case No. 17-3283, ECF No. 12519]**

    Description: The Commonwealth of Puerto Rico's motion for entry of an order approving the terms of the compromise and settlement among the Commonwealth, AAFAF on behalf of the Puerto Rico Infrastructure Financing Authority ("PRIFA"), and holders (the "PRIFA BANs Bondholders") of the series of bond anticipation notes designated as Puerto Rico Infrastructure Financing Authority, Dedicated Tax Fund Revenue Bond Anticipation Notes, Series 2015 (collectively, the "PRIFA BANs") issued by PRIFA, and resolving certain disputes and litigations in connection with the PRIFA BANs.

    Objection Deadline: April 7, 2020 at 4:00 p.m. (Atlantic Standard Time).

    Responses:
        A. Objection of Financial Guaranty Insurance Company, Assured Guaranty Corp., Assured Guaranty Municipal Corp. and Ambac Assurance Corporation to the Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for an Order Approving Stipulation and Agreed Order (A) Allowing PRIFA BANs Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing the Dismissal of Litigation with Prejudice **[Case No. 17-3283, ECF No. 12699]**

        B. Reservation of Rights of Official Committee of Unsecured Creditors with Respect to Motion of Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for Order Approving Stipulation and Agreed Order (A) Allowing PRIFA BANS Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing Dismissal of Litigation with Prejudice **[Case No. 17-3283, ECF No. 12705]**

    Reply, Joinder & Statement Deadlines: April 14, 2020 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and September 9, 2020, at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

    Replies, Joinders & Statements:
        A. None.

Related Documents:
   A. None.

Status: Upon agreement of the parties and notice to the Court, this matter has been adjourned to the January 27, 2021 omnibus hearing.

Estimated Time Required: N/A.

4. **Association of Owners of the Medina Professional Center Condominium's Request for Allowance and Payment of Administrative Expense Claim.** Association of Owners of the Medina Professional Center Condominium's Request for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 15140]**

   Description: The Association of Owners of the Medina Professional Center Condominium requests allowance and payment of postpetition fees as an on account of property owned by the Commonwealth in the Condominium as an administrative expense.

   Objection Deadline: December 15, 2020.

   Responses:
      A. None.

   Reply, Joinder & Statement Deadlines: December 22, 2020.

   Replies, Joinders & Statements:
      A. None

   Related Documents:
      A. Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15267]**

      B. Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15273]**

   Status: This matter has been adjourned to January 27, 2021 omnibus hearing.

   Estimated Time Required: N/A.

5. **PREPA's Motion for Approval of Rejection of Certain Power Purchase and Operating Agreements.** Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]**

   Description: PREPA's motion for order authorizing rejection of certain power purchase and operating agreements.

Objection Deadline: December 21, 2020 at 5:00 p.m. (Atlantic Standard Time) for Windmar Operational PPOAs, M Solar PPOA, and YFN Yabucoa PPOA.

Responses:
  A. None.

Reply, Joinder & Statement Deadlines: January 18, 2021 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
  A. None

Related Documents:
  A. Declaration of Fernando M. Padilla in Respect of Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15179; Case No. 17-4780, ECF No. 2297]**

  B. Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Authority for Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15234; Case No. 17-4780, ECF No. 2307]**

  C. Order Granting Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Authority for Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15265; Case No. 17-4780, ECF No. 2309]**

  D. Certificate of No Objection Regarding Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15286; Case No. 17-4780, ECF No. 2312]**

  E. Order Granting in Part Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15313; Case No. 17-4780, ECF No. 2318]**

Status: This matter has been adjourned to January 27, 2021 omnibus hearing with respect to the Windmar Operational PPOAs, M Solar PPOA, and YFN Yabucoa PPOA, and is resolved with respect to the remaining PPOAs.

Estimated Time Required: N/A.

6. **Debtors' Omnibus Objections to Claims.**

Related Documents:

A. Order Regarding Pending Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 14419]**

B. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the December 9, 2020 Omnibus Hearing to the January 27, 2021 Omnibus Hearing **[Case No. 17-3283, ECF No. 15349]**

The following omnibus objections to claims have been adjourned to the January 27, 2021 omnibus hearing, solely with respect to claims that have not already been disallowed by entry of a final written order of the Court.

> Two Hundred Sixty-First [ECF No. 14902]; Two Hundred Sixty-Second [ECF No. 14904]; Two Hundred Sixty-Third [ECF No. 14910]; Two Hundred Sixty-Fourth [ECF No. 14911]; Two Hundred Sixty-Fifth [ECF No. 14914]; Two Hundred Sixty-Sixth [ECF No. 14912]; Two Hundred Sixty-Seventh [ECF No. 14913]; Two Hundred Sixty-Eighth [ECF No. 14915]; Two Hundred Sixty-Ninth [ECF No. 14916]; Two Hundred Seventieth [ECF No. 14917].

The following omnibus objections to claims have been adjourned to a date to be determined by the Court, solely with respect to claims that have not already been disallowed by entry of a final written order of the Court.

> Eighty-Ninth [ECF No. 8978]; Ninetieth [ECF No. 8979]; Ninety-First [ECF No. 8980]; Ninety-Second [ECF No. 8981]; Ninety-Third [ECF No. 8982]; Ninety-Seventh [ECF No. 9547]; Ninety-Eighth [ECF No. 9548]; Ninety-Ninth [ECF No. 9549]; One Hundredth [ECF No. 9550]; One Hundred Third [ECF No. 9553]; One Hundred Sixth [ECF No. 9556]; One Hundred Eighth [ECF No. 9558]; One Hundred Ninth [ECF No. 9559]; One Hundred Twelfth [ECF No. 9562]; One Hundred Sixteenth [ECF No. 9566]; One Hundred Seventeenth [ECF No. 9567]; One Hundred Twentieth [ECF No. 9570]; One Hundred Twenty-Fifth [ECF No. 9894]; One Hundred Twenty-Sixth [ECF No. 9895]; One Hundred Twenty-Seventh [ECF No. 9897]; One Hundred Twenty-Ninth [ECF No. 9901]; One Hundred Thirtieth [ECF No. 9903]; One Hundred Thirty-First [ECF No. 9905]; One Hundred Thirty-Second [ECF No. 9906]; One Hundred Thirty-Third [ECF No. 9907]; One Hundred Thirty-Fourth [ECF No. 9908]; One Hundred Thirty-Sixth [ECF No. 9912]; One Hundred Thirty-Eighth [ECF No. 9917]; One Hundred Thirty-Ninth [ECF No. 9921]; One Hundred Fortieth [ECF No. 9933]; One Hundred Forty-Second [ECF No. 9935]; One Hundred Forty-Fourth [ECF No. 9937]; One Hundred Forty-Sixth [ECF No. 9939]; One Hundred Forty-Seventh [ECF No. 9940]; One Hundred Forty-Eighth [ECF No. 9941]; One Hundred Forty-Ninth [ECF No. 9942]; One Hundred Fiftieth [ECF No. 9943]; One Hundred Fifty-Fifth [ECF No. 9944]; One Hundred Fifty-Sixth [ECF No. 9945]; One Hundred Fifty-Seventh [ECF No. 9946]; One Hundred Fifty-Eighth [ECF No. 11820]; One Hundred Fifty-Ninth [ECF No. 11821]; One Hundred Sixtieth [ECF No. 11822]; One Hundred Sixty-First [ECF No. 11823]; One Hundred Sixty-Second [ECF No. 11824]; One Hundred Sixty-Third [ECF No. 11825]; One Hundred Sixty-Fourth [ECF No. 11826]; One Hundred Sixty-Fifth [ECF No. 11827]; One Hundred Sixty-Sixth [ECF No. 11828];

One Hundred Sixty-Seventh [ECF No. 11833]; One Hundred Sixty-Eighth [ECF No. 11834]; One Hundred Sixty-Ninth [ECF No. 11836]; One Hundred Seventieth [ECF No. 11837]; One Hundred Seventy-First [ECF No. 12125]; One Hundred Seventy-Second [ECF No. 12126]; One Hundred Seventy-Third [ECF No. 12138]; One Hundred Seventy-Fourth [ECF No. 12140]; One Hundred Seventy-Fifth [ECF No. 12141]; One Hundred Seventy-Sixth [ECF No. 12143]; One Hundred Seventy-Seventh [ECF No. 12144]; One Hundred Seventy-Eighth [ECF No. 12146]; One Hundred Seventy-Ninth [ECF No. 12147]; One Hundred Eightieth [ECF No. 12149]; One Hundred Eighty-First [ECF NO. 12159]; One Hundred Eighty-Second [ECF No. 12160]; One Hundred Eighty-Third [ECF No. 12163]; One Hundred Eighty-Fourth [ECF No. 12850]; One Hundred Eighty-Fifth [ECF No. 12851]; One Hundred Eighty-Sixth [ECF No. 12852]; One Hundred Eighty-Seventh [ECF No. 12853]; One Hundred Eighty-Eighth [ECF No. 12854]; One Hundred Eighty-Ninth [ECF No. 12858]; One Hundred Ninetieth [ECF No. 12859]; One Hundred Ninety-First [ECF No. 12860]; One Hundred Ninety-Second [ECF No. 12864]; One Hundred Ninety-Third [ECF No. 12865]; One Hundred Ninety-Fourth [ECF No. 12867]; One Hundred Ninety-Fifth [ECF No. 12868]; One Hundred Ninety-Sixth [ECF No. 12869]; One Hundred Ninety-Seventh [ECF No. 12870]; One Hundred Ninety-Eighth [ECF No. 13406]; One Hundred Ninety-Ninth [ECF No. 13407]; Two Hundredth [ECF No. 13408]; Two Hundred First [ECF No. 13410]; Two Hundred Second [ECF No. 13409]; Two Hundred Third [ECF No. 13411]; Two Hundred Fourth [ECF No. 13412]; Two Hundred Fifth [ECF No. 13415]; Two Hundred Sixth [ECF No. 13416]; Two Hundred Seventh [ECF No. 13417]; Two Hundred Eighth [ECF No. 13418]; Two Hundred Ninth [ECF No. 13419]; Two Hundred Tenth [ECF No. 13420]; Two Hundred Eleventh [ECF No. 13422]; Two Hundred Twelfth [ECF No. 13425]; Two Hundred Thirteenth [ECF No. 13426]; Two Hundred Fourteenth [ECF No. 13427]; Two Hundred Fifteenth [ECF No. 13428]; Two Hundred Sixteenth [ECF No. 13429]; Two Hundred Seventeenth [ECF No. 13431]; Two Hundred Eighteenth [ECF No. 13432]; Two Hundred Nineteenth [ECF No. 13433]; Two Hundred Twentieth [ECF No. 13434]; Two Hundred Twenty-First [ECF No. 13435]; Two Hundred Twenty-Second [ECF No. 13436]; Two Hundred Twenty-Third [ECF No. 13907]; Two Hundred Twenty-Fourth [ECF No. 13908]; Two Hundred Twenty-Fifth [ECF No. 13909]; Two Hundred Twenty-Sixth [ECF No. 13910]; Two Hundred Twenty-Seventh [ECF No. 13911]; Two Hundred Twenty-Eighth [ECF No. 13912]; Two Hundred Twenty-Ninth [ECF No. 13913]; Two Hundred Thirtieth [ECF No. 13914]; Two Hundred Thirty-First [ECF No. 13915]; Two Hundred Thirty-Second [ECF No. 13916]; Two Hundred Thirty-Third [ECF No. 13917]; Two Hundred Thirty-Fourth [ECF No. 13918]; Two Hundred Thirty-Fifth [ECF No. 13919]; Two Hundred Thirty-Sixth [ECF No. 13920]; Two Hundred Thirty-Seventh [ECF No. 13921]; Two Hundred Thirty-Eighth [ECF No. 13923]; Two Hundred Thirty-Ninth [ECF No. 13924]; Two Hundred Fortieth [ECF No. 13925]; Two Hundred Forty-First [ECF No. 13926]; Two Hundred Forty-Second [ECF No. 13927]; Two Hundred Forty-Third [ECF No. 13928]; Two Hundred Forty-Fourth [ECF No. 14216]; Two Hundred Forty-Fifth [ECF No. 14217]; Two Hundred Forty-Sixth [ECF No. 14218]; Two Hundred Forty-Seventh [ECF No. 14219]; Two Hundred Forty-Eighth [ECF No. 14220]; Two Hundred Forty-Ninth [ECF No. 14221]; Two Hundred Fiftieth [ECF No. 14222]; Two Hundred Fifty-First [ECF No. 14224];

Two Hundred Fifty-Second [ECF No. 14225]; Two Hundred Fifty-Third [ECF No. 14227]; Two Hundred Fifty-Fourth [ECF No. 14229]; Two Hundred Fifty-Fifth [ECF No. 14230]; Two Hundred Fifty-Sixth [ECF No. 14231]; Two Hundred Fifty-Seventh [ECF No. 14233]; Two Hundred Fifty-Eighth [ECF No. 14234]; Two Hundred Fifty-Ninth [ECF No. 14235]; Two Hundred Sixtieth [ECF No. 14236].

Status: This matter has been adjourned.

Estimated Time Required: N/A.

Dated: December 7, 2020
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

## Exhibit A

**Procedures Order**