# EXHIBIT 1

## TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS FROM SEPTEMBER 29, 2020 THROUGH NOVEMBER 24, 2020

|  | **CASE INFORMATION** | **MOVANT** | **DEBTOR** | **BRIEF DESCRIPTION OF THE MODIFICATION** | **STIPULATION DATE** |
|---|---|---|---|---|---|
| 1. | *Centeno-Navarro v. López Figueroa, et. al.*<br><br>United States District Court for the District of Puerto Rico<br><br>Case No. 16-2469<br><br>Civil Rights Case | Arturo Centeno-Navarro | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to (i) allow the Prepetition Action to proceed to final judgment before the District Court and (ii) allow Movant to pursue execution and enforcement of any non-monetary relief that does not entail the disbursement of funds belonging to the Commonwealth or any other Title III Debtor for the implementation, enforcement, and/or execution of such non-monetary relief; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment for money damages or any other monetary relief that entails the disbursement of funds by the Commonwealth or any other Title III debtor, and provisional remedies against the Commonwealth or any other Title III debtor. | September 29, 2020 |
| 2. | *Puerto Rico Electric Power Authority v. Sucesión Serrallés Second, Inc.*<br><br>Civil Case No. K EF 2006-0011<br><br>Court of First Instance of Puerto Rico, San Juan Part<br><br>Eminent domain | Sucesión Serrallés Second, Inc. | Puerto Rico Electric Power Authority | The Title III Stay is modified solely to the limited extent necessary (i) to enable the Prepetition Action to proceed to final judgment before the Court of First Instance, the Puerto Rico Court of Appeals, and the Supreme Court of Puerto Rico; provided, however, that the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against PREPA, if any, or any other Title III Debtor, and provisional remedies against PREPA or any other Title III Debtor and any requirement for PREPA to supplement the deposit consigned in the Prepetition Action. | October 2, 2020 |

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| 3. | *Puerto Rico Electric Power Authority v. Sucesión Serrallés Second, Inc.*<br><br>Civil Case No. K EF 2008-0316<br><br>Court of First Instance of Puerto Rico, San Juan Part<br><br>Eminent domain | Sucesión Serrallés Second, Inc. | Puerto Rico Electric Power Authority | The Title III Stay is modified solely to the limited extent necessary (i) to enable the Prepetition Action to proceed to final judgment before the Court of First Instance, the Puerto Rico Court of Appeals, and the Supreme Court of Puerto Rico; provided, however, that the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against PREPA, if any, or any other Title III Debtor, and provisional remedies against PREPA or any other Title III Debtor and any requirement for PREPA to supplement the deposit consigned in the Prepetition Action. | October 2, 2020 |