# EXHIBIT 2

# TITLE III STAY MODIFICATIONS AGREED TO BY PBA[1]

| PREPETITION ACTION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|
| *AEP v. Francisca Pláceres Reyes*<br><br>Case No. K EF2000-0306 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Francisca Pláceres Reyes | PBA | The Title III Stay is hereby modified solely to the limited extent necessary to allow the amount of $67,650.00 currently consigned in the Prepetition Action before the Prepetition Court to be transferred to the litigation under Case No.HSCI200800638; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against PBA or any other Title III Debtor, and any requirement for PBA to supplement any amounts consigned to the Prepetition Court. | November 24, 2020 |

---

[1] Capitalized terms used herein that are not otherwise defined shall have the meaning given to them in the *Debtors' Eighteenth Omnibus Motion for Approval of Modifications to the Automatic Stay*.

"Prepetition Action" shall mean the action identified in the column, "Prepetition Action."

1