UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
In re:                                        :
                                              :
THE FINANCIAL OVERSIGHT AND                   :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :  TITLE III
                                              :
     as representative of                     :
                                              :  Case No.: 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO,              :  (Jointly Administered)
                                              :
     Debtor.¹                                 :
-------------------------------------------------------------x
```

**JOINDER OF THE DRA PARTIES TO AMBAC ASSURANCE CORPORATION'S MOTION FOR AN ORDER DIRECTING CASH RULE 2004 DISCOVERY FROM THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO [ECF NO. 15220]**

**COME NOW** AmeriNational Community Services, LLC (the "Servicer"), as servicer for the GDB Debt Recovery Authority (the "DRA"), and Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company that serves as the collateral monitor for Wilmington Trust, N.A. in connection with the new bonds issued by the DRA (the "Collateral Monitor" and, together with the Servicer, collectively, the "DRA Parties"), by and through their undersigned legal counsels, hereby submit this Joinder (this "Joinder") to *Ambac Assurance Corporation's Motion for an Order Directing Cash Rule 2004 Discovery from the Financial Oversight and Management*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

DOC ID - 35495628.4

*Board for Puerto Rico* [ECF No. 15220] (the "Rule 2004 Motion"),[2] and respectfully request as follows:

1. The DRA has billions of dollars in claims against the Commonwealth of Puerto Rico (the "Commonwealth") and its public entities. As the representatives of one of the Commonwealth's largest creditors, the DRA Parties need transparency into Commonwealth's financial condition to fully evaluate its proposed plan of adjustment and to understand the full range of assets available to pay its creditors.

2. Accordingly, the DRA Parties hereby join in the Rule 2004 Motion so that they may receive the same information and documents produced to Ambac Assurance Corporation as a result of the Rule 2004 Motion and be permitted to participate in any meet and confer process related thereto. The DRA Parties are entitled to this information to the same extent as Ambac and the Commonwealth's other creditors.

3. The DRA Parties therefore respectfully request that any order entered by the Court with respect to the Rule 2004 Motion expressly provide that the DRA Parties shall (a) receive all documents produced to Ambac as a result of the Rule 2004 Motion and (b) be included in any meet and confer process or hearing related to the Rule 2004 Motion, as reflected in the proposed order attached to this Joinder as Exhibit A (the "DRA Parties Proposed Order")[3].

4. Nothing herein shall prejudice the DRA Parties' rights to independently seek Rule 2004 discovery, or other discovery, from the Oversight Board, AAFAF, the Commonwealth, and/or any other entity as allowable and permitted by law.

---

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Rule 2004 Motion.

[3] A redline comparison of the DRA Parties Proposed Order marked against the proposed order submitted with the 2004 Motion is attached to this Joinder as Exhibit B.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 7th day of December 2020.

**WE HEREBY CERTIFY** that, in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Thirteenth Amended Notice, Case Management and Administrative Procedures Order* [ECF No. 13512-1] (the "CMP Order"), we hereby certify that we electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties appearing in said system including the US Trustee and to all those parties registered to receive notice within the electronic notification service, as well as sent a true and exact copy of the foregoing was sent by electronic mail upon all the parties listed in the Master Service List and by U.S. mail upon all the Standard Parties listed in the CMP Order.

| | |
|---|---|
| **MCCONNELL VALDÉS LLC** | **C. CONDE & ASSOC. LAW OFFICES** |

270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel: 787-250-5632
Fax: 787-759-9225

By: */s/ Arturo J. García-Solá*
Arturo J. García-Solá
(USDC No. 201903)
E-mail: ajg@mcvpr.com

*/s/ Nayuan Zouairabani*
Nayuan Zouairabani
(USDC No. 226411)
E-mail: nzt@mcvpr.com

***Attorneys for AmeriNational Community Services, LLC, as Servicer for the GDB Debt Recovery Authority***

By: */s/ Carmen D. Conde Torres*
Carmen D. Conde Torres
(USDC No. 207312)

*/s/ Luisa S. Valle Castro*
Luisa S. Valle Castro
(USDC No. 215611)

254 San José Street
Suite 5
San Juan, PR 00901-1523
Tel: 787-729-2900
Fax: 787-729-2203
E-mail: condecarmen@condelaw.com

-and-

**SCHULTE ROTH & ZABEL LLP**

By: */s/ Douglas S. Mintz*
Douglas S. Mintz (admitted *pro hac vice*)
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
Tel: 202-729-7470
Fax: 202-730-4520
E-mail: douglas.mintz@srz.com

-and-

By: */s/ Douglas I. Koff*
Douglas I. Koff (admitted *pro hac vice*)
Abbey Walsh (admitted *pro hac vice*)
Kelly V. Knight
919 Third Avenue
New York, NY 10022
Tel: 212-756-2000
Fax: 212-593-5955
E-mail: douglas.koff@srz.com
abbey.walsh@srz.com
kelly.knight@srz.com

***Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for the GDB Debt Recovery Authority***

## **EXHIBIT A**

**DRA Parties Proposed Order**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :    TITLE III
                                                :
        as representative of                    :    Case No.: 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO,                :    (Jointly Administered)
                                                :
        Debtors.¹                               :
-------------------------------------------------------------x
```

### [PROPOSED] ORDER DIRECTING CASH RULE 2004 DISCOVERY FROM THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO

Upon consideration of *Ambac Assurance Corporation's Motion for an Order Directing Cash Rule 2004 Discovery from the Financial Oversight and Management Board for Puerto Rico* (the "Motion"), and the Court having reviewed the Motion and the relief requested; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that venue of this proceeding in this District is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Motion being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing; therefore, it is

**HEREBY ORDERED THAT**:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. The Motion is GRANTED as set forth herein;

2. The Board[2] shall produce to Ambac Assurance Corporation and the DRA Parties[3] documents related to the Commonwealth and the Board's publicly available cash restriction analyses, including:

- Back-up materials containing calculations made to create the Published Reports, including Microsoft Excel or other dynamic versions of summary charts and tables contained in the Published Reports showing the mathematical tabulations and calculations that were performed to generate the summary charts and tables presented in the Published Reports; and

- Process documents that reflect the Board's nonlawyer advisors' review procedure and protocol for assessing classifications, how funds were determined to be restricted or unrestricted, and documents and communications reflecting the processes, assumptions, and methodologies used to classify accounts.

- The DRA Parties shall have the right to participate in any meet and confer process or hearing related to the Motion or this order.

SO ORDERED.

Dated: _____

                                                    JUDITH GAIL DEIN
                                                    UNITED STATES MAGISTRATE JUDGE

---

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

[3] The DRA Parties consist of AmeriNational Community Services, LLC, as servicer for the GDB Debt Recovery Authority, and Cantor-Katz Collateral Monitor LLC.

DOC ID - 35495628.4                 2

## **EXHIBIT B**

**Comparison of DRA Parties Proposed Order Marked Against
Proposed Order Submitted with the 2004 Motion**

**UNITED STATES DISTRICT COURT ~~FOR THE~~ DISTRICT OF PUERTO RICO**

~~In re:~~

~~THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,~~

~~as representative of~~

~~THE COMMONWEALTH OF PUERTO RICO,~~

~~Debtor.[1]~~

~~PROMESA Title III~~

~~No. 17 BK 3283-LTS (Jointly Administered)~~

------------------------------------------------------------x

In re:                                                                         :
                                                                                    :
THE FINANCIAL OVERSIGHT AND                           :       PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :       TITLE III
                                                                                    :
      as representative of                                         :       Case No.: 17-BK-3283 (LTS)
                                                                                    :
THE COMMONWEALTH OF PUERTO RICO,         :       (Jointly Administered)
                                                                                    :
                         Debtors.[1]                                         :
------------------------------------------------------------x

**[PROPOSED] ORDER DIRECTING CASH RULE 2004 DISCOVERY FROM THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**

Upon consideration of *Ambac Assurance Corporation's Motion for an Order Directing Cash Rule 2004 Discovery from the Financial Oversight and Management Board for Puerto Rico* (the "Motion"), and the Court having reviewed the Motion and the relief requested;

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that venue of this proceeding in this District is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Motion being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing; therefore, it is

~~**HEREBY ORDERED THAT**:~~

**HEREBY ORDERED THAT**:

~~¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567 LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566 LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5233 LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).~~

1. The Motion is GRANTED as set forth herein;

2. The Board[2][1] shall produce to Ambac Assurance Corporation and the DRA Parties[2] documents related to the Commonwealth and the Board's publicly available cash restriction analyses, including:

    - Back-up materials containing calculations made to create the Published Reports, including Microsoft Excel or other dynamic versions of summary charts and tables contained in the Published Reports showing the mathematical tabulations and calculations that were performed to generate the summary charts and tables presented in the Published Reports; and

    - Process documents that reflect the Board's nonlawyer advisors' review procedure and protocol for assessing classifications, how funds were determined to be restricted or unrestricted, and documents and communications reflecting the processes, assumptions, and methodologies used to classify accounts.

    - The DRA Parties shall have the right to participate in any meet and confer process or hearing related to the Motion or this order.

SO ORDERED.

Dated: _____

_____

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

[2] The DRA Parties consist of AmeriNational Community Services, LLC, as servicer for the GDB Debt Recovery Authority, and Cantor-Katz Collateral Monitor LLC.

JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

---

~~² Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.~~

- 1 -