In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Third - Eighth Fee Interim Fee Period Applications Recommended for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | ***Third Interim Fee Period (February 1 - May 31, 2018)*** | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 1 | **Citigroup Global Markets Inc. [Dkt. No. 4020]** | 2/01 - 5/31/2018 | $ 1,803,571.43 | $ - | $ 40,912.98 | $ 10,399.02 | $ 1,803,571.43 | $ 30,513.96 |
| | ***Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)*** | | | | | | | |
| | *Advisor to the FOMB - Commonwealth* | | | | | | | |
| 2-a | **Alvarez & Marsal North America, LLC [Dkt. No. 12280]** | 10/1/2019 - 1/31/2020 | $ 2,072,030.49 | $ 1,152.00 | $ 16,879.67 | $ 313.55 | $ 2,070,878.49 | $ 16,566.12 |
| | *Advisor to the FOMB - ERS* | | | | | | | |
| 2-b | **Alvarez & Marsal North America, LLC [Dkt. No. 12282 and 17-3566 Dkt. No. 833]** | 10/1/2019 - 1/31/2020 | $ 234,799.56 | $ - | $ - | $ - | $ 234,799.56 | $ - |
| | *Advisor to the FOMB - HTA* | | | | | | | |
| 2-c | **Alvarez & Marsal North America, LLC [Dkt. No. 12284 and 17-3567 Dkt. No. 735]** | 10/1/2019 - 1/31/2020 | $ 52,338.69 | $ - | $ - | $ - | $ 52,338.69 | $ - |
| | *Puerto Rico Counsel to the Official Committee of Retired Employees* | | | | | | | |
| 3 | **Bennazar Garcia & Milan, C.S.P. [Dkt. No. 12361]** | 10/1/2019 - 1/31/2020 | $ 316,465.00 | $ 487.50 | $ 5,289.47 | $ - | $ 315,977.50 | $ 5,289.47 |
| | *Consulting Services to the FOMB - PREPA* | | | | | | | |
| 4 | **Berkeley Research Group, LLC [Dkt. No. 12358]** | 10/1/2019 - 1/31/2020 | $ 743,847.75 | $ 126.00 | $ 23,412.59 | $ 3,755.30 | $ 743,721.75 | $ 19,657.29 |
| | *Economic Consultant to Proskauer Rose as legal counsel to FOMB* | | | | | | | |
| 5 | **Brattle Group, Inc., The [Dkt. No. 12277]** | 10/1/2019 - 1/31/2020 | $ 18,143.25 | $ - | $ - | $ - | $ 18,143.25 | $ - |
| | *Puerto Rico Conflicts Counsel to the FOMB* | | | | | | | |
| 6-a | **Cardona Fernandez, Esq., Ileana C. [Dkt. No. 12403]** | 10/1/2019 - 1/31/2020 | $ 9,945.00 | $ 866.25 | $ - | $ - | $ 9,078.75 | $ - |
| | *Puerto Rico Conflicts Counsel to the FOMB- PREPA* | | | | | | | |
| 6-b | **Cardona Fernandez, Esq., Ileana C. [17-4780 Dkt. No. 1939]** | 10/1/2019 - 1/31/2020 | $ 10,800.00 | $ - | $ 400.00 | $ - | $ 10,800.00 | $ 400.00 |
| | *Puerto Rico Counsel to Official Committee of Unsecured Creditors* | | | | | | | |
| 7 | **Casillas Santiago & Torres LLC [Dkt. No. 12397]** | 10/1/2019 - 1/31/2020 | $ 559,558.00 | $ - | $ 12,999.65 | $ - | $ 559,558.00 | $ 12,999.65 |
| | *Financial Advisor to the FOMB - Commonwealth* | | | | | | | |
| 8-a | **DiCicco, Gulman & Company LLP [Dkt. No. 13076]** | 10/1/2019 - 1/31/2020 | $ 1,068,450.00 | $ 14,671.13 | $ - | $ - | $ 1,053,778.87 | $ - |
| | *Financial Advisor to the FOMB - ERS* | | | | | | | |
| 8-b | **DiCicco, Gulman & Company LLP [17-3566 Dkt. No. 902]** | 10/1/2019 - 1/31/2020 | $ 176,700.00 | $ - | $ - | $ - | $ 176,700.00 | $ - |
| | *Financial Advisor to the FOMB - HTA* | | | | | | | |
| 8-c | **DiCicco, Gulman & Company LLP [17-3567 Dkt. No. 800]** | 10/1/2019 - 1/31/2020 | $ 92,400.00 | $ - | $ - | $ - | $ 92,400.00 | $ - |
| | *Financial Advisor to the FOMB - PREPA* | | | | | | | |
| 8-d | **DiCicco, Gulman & Company LLP [17-4780 Dkt. No. 1984]** | 10/1/2019 - 1/31/2020 | $ 212,175.00 | $ - | $ - | $ - | $ 212,175.00 | $ - |
| | *Puerto Rico Counsel to Special Claims Committee* | | | | | | | |
| 9 | **Estrella, LLC [Dkt. No. 12474]** | 9/1 - 12/31/2019 | $ 272,061.00 | $ 19,672.50 | $ 9,605.09 | $ - | $ 252,388.50 | $ 9,605.09 |
| | *Chief Financial Advisor to PREPA* | | | | | | | |
| 10 | **Filsinger Energy Partners [Dkt. No. 12345 AND 17-4780 Dkt. No. 1937]** | 10/1/2019 - 1/31/2020 | $ 1,244,886.86 | $ - | $ 50,645.53 | $ - | $ 1,244,886.86 | $ 50,645.53 |
| | *Financial Advisor for the Official Committee of Retired Employees* | | | | | | | |
| 11 | **FTI Consulting, Inc. [Dkt. No. 12360]** | 10/1/2019 - 1/31/2020 | $ 1,256,489.50 | $ 45,000.00 | $ 136,594.11 | $ - | $ 1,211,489.50 | $ 136,594.11 |
| | *Special Litigation Counsel to Official Committee of Unsecured Creditors* | | | | | | | |
| 12 | **Genovese Joblove & Battista, P.A. [Dkt. No. 12409]** | 10/1/2019 - 1/31/2020 | $ 1,195,830.20 | $ 23,923.80 | $ 33,296.95 | $ - | $ 1,171,906.40 | $ 33,296.95 |
| | *Counsel to the Official Committee of Retired Employees* | | | | | | | |
| 13 | **Jenner & Block LLP [Dkt. No. 12406]** | 10/1/2019 - 1/31/2020 | $ 1,245,646.31 | $ 22,127.72 | $ 62,799.73 | $ 2,000.00 | $ 1,223,518.59 | $ 60,799.73 |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Third - Eighth Fee Interim Fee Period Applications Recommended for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Communications Advisor to Official Committee of Unsecured Creditors* | | | | | | | | |
| 14 | **Kroma Advertising, Inc. [Dkt. No. 12390]** | 9/16/2019 - 1/31/2020 | $ 70,000.00 | $ - | $ - | $ - | $ 70,000.00 | | $ - |
| | *Special Counsel to the FOMB* | | | | | | | | |
| 15 | **Luskin Stern & Eisler LLP [Dkt. No. 12356]** | 10/1/2019 - 1/31/2020 | $ 30,663.00 | $ - | $ 66.91 | $ - | $ 30,663.00 | | $ 66.91 |
| | *Information Agent to the Official Committee of Retired Employees* | | | | | | | | |
| 16 | **Marchand ICS Group [Dkt. No. 12359]** | 10/1/2019 - 1/31/2020 | $ 83,573.50 | $ - | $ 16,315.10 | $ 500.00 | $ 83,573.50 | | $ 15,815.10 |
| | *Counsel to the FOMB* | | | | | | | | |
| 17 | **Munger Tolles & Olson LLP [Dkt. No. 12350]** | 10/1/2019 - 11/30/2019 | $ 209,067.70 | $ 4,362.59 | $ 20,762.73 | $ 2,814.35 | $ 204,705.11 | | $ 17,948.38 |
| | *Special Debt Financing Counsel to PREPA* | | | | | | | | |
| 18 | **Norton Rose Fulbright US LLP [Dkt. No. 12338 and 17-4780 Dkt. No. 1936]** | 6/1 - 30/2019 and 10/1/2019 - 1/31/2020 | $ 94,542.00 | $ - | $ - | $ - | $ 94,542.00 | | $ - |
| | *Members of the Official Committee of Unsecured Creditors* | | | | | | | | |
| 19 | **OCUC, Members - Drivetrain and SEIU [Dkt. No. 12394]** | 11/2019 - 1/2020 | $ - | $ - | $ 3,433.58 | $ 110.00 | $ - | | $ 3,323.58 |
| | *Counsel to Official Committee of Unsecured Creditors* | | | | | | | | |
| 20 | **Paul Hastings LLP [Dkt. No. 12395]** | 10/1/2019 - 1/31/2020 | $ 5,788,714.00 | $ 147,263.58 | $ 281,132.48 | $ 99.18 | $ 5,641,450.42 | FN1 | $ 281,033.30 |
| | *Financial Advisor to the Mediation Team* | | | | | | | | |
| 21 | **Phoenix Management Services, LLC [Dkt. No. 12355]** | 9/30 - 2/2/2020 | $ 205,735.70 | $ 780.00 | $ 5,175.17 | $ - | $ 204,955.70 | | $ 5,175.17 |
| | *Actuaries and Consultants to the Official Committee of Retired Employees* | | | | | | | | |
| 22 | **Segal Consulting [dkt. No. 12384]** | 10/1/2019 - 1/31/2020 | $ 232,900.00 | $ 2,687.71 | $ 2,013.99 | $ 33.96 | $ 230,212.29 | | $ 1,980.03 |
| | *Macroeconomic Consultant to the FOMB* | | | | | | | | |
| 23 | **Wolfe, Andrew [Dkt. No. 12292]** | 10/1/2019 - 1/31/2020 | $ 66,300.00 | $ - | $ 2,250.00 | $ - | $ 66,300.00 | | $ 2,250.00 |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 24 | **Zolfo Cooper, LLC [Dkt. No. 12385]** | 10/1/2019 - 1/31/2020 | $ 1,399,103.00 | $ 34,900.62 | $ 8,762.60 | $ 663.57 | $ 1,342,078.88 | FN2 | $ 8,099.03 |

**FN1** - The Fee Examiner recommends that, for the eighth interim fee period, and only this period, the foregoing stipulated fee reductions, other than $73,343.54, on account of certain negotiated reductions, be included within the overall 20 percent reduction, as agreed by Paul Hastings LLP, in total fees sought by Paul Hastings LLP as part of its final fee application, which fee application is subject to Court approval. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $5,569,743.42 (i.e., $5,788,714.00 minus (a) the aforementioned credit of $73,343.54 and (b) a credit of $145,627.04 for fee reductions pursuant to the order approving Paul Hastings' Sixth Interim Fee Application).

**FN2** - The Fee Examiner and Zolfo Cooper have agreed to provisionally defer $22,123.50 in fees related to the expert report prepared by London Economics International, as discussions with the Fee Examiner on these fees continue.