Lary M. Maldonado Ferrer
Calle Santos P. Amadeo 28-B
Salinas PR 00751

RECEIVED
2020 DEC -4 AM 8:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

SAN JUAN PR 009
1 DEC 2020 PM 1 L



Secretaria Clerk's office
tribunal de distrito de los Estados Unidos
United States District Court
Sala 150 Edificio Federal
San Juan Puerto Rico 00918-1767