## REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: Carmen N. Ayala Ayala
Dirección Postal: Urb Sabana Gardens
Calle 4 Blq 1 # 39
Carolina, PR 00983
Teléfono contacto: Res. _____ Cel. 787 - 354 – 2168

II. EPIGRAFE

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Numero de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Numero de las evidencias por reclamo:

Ley 124 – Julio 1973 – Aumento de Sueldo
Ley 89 – Julio 1979 – Retribución Uniforme
Ley 89 – Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial Pasos

III El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 124 – Julio 1973 – Aumento de Sueldo
Ley 89 – Julio 1979 – Retribución Uniforme
Ley 89 – Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón

Ley 109 – Junio 2008 – Escala Salarial Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, San Juan, Puerto Rico desde 1 de agosto de 1980 hasta 31 de julio de 2011. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Carmen N. Ayala Ayala
Nombre en letra de molde

*Carmen N. Ayala Ayala – 30/nov/2020*
Firma y fecha

RECLAMANTE: Carmen N. Ayala Ayala
NUMERO DE PROCEDIMENTO: 17 BK -03283 – LTS
NUMERO DE RECLAMACION: 137185-138184,109313,129555

Reclamación de dinero adeudado de las leyes aprobadas que me competen por mis años de servicios desde el 1 de agosto de 1980 hasta el 31 julio de 2011 como MAESTRA DE EDUCACIÓN SECUNDARIA del Departamento de Educación de Puerto Rico- ELA.

|  | Cantidad |
|---|---|
| Ley 89 – Julio 1995 – Romerazo | 18,000 |
| Ley 134 – Julio – 1996 – Aportación Acumulado Retiro | 27,000 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,000 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,000 |
| Ley 164 – Enero 2004 – Aumento Gob. Sila M. Calderón | 19,000 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,000 |
| $ | 119,000 |

Así como otras leyes que me aplique y no se me otorgo la compensación correspondiente.

Señalo que soy retirada del Departamento de Educación de Puerto Rico- ELA desde el 31 de julio del 2011 y el cómputo de jubilación se realizó sin considerar los aumentos o compensaciones devengado de dicha reclamación y de reducir las pensiones de los jubilados se estaría penalizando o descontando doblemente.

Le agradezco la atención sobre este asunto.

Atentamente,

Carmen N. Ayala Ayala
Nombre en letra de molde

*[Firma]* -30nov2020.
Firma- Fecha

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/16/2020 |
| Hasta: | 09/30/2020 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 0145311 |
| Fecha Aviso: | 09/30/2020 |

CARMEN N AYALA AYALA
URB SABANA GDNS
1-39 CALLE 4
CAROLINA PR 00983-2903
SS: XXX-XX-0621

| | |
|---|---|
| # Empleado: | XXXXX0621 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,445.55 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,222.78 | 1,470.00 | 22,010.04 |
| BONO MEDICINA- PENSIONADOS | | | 0.00 | | 100.00 |
| Total: | | | 1,222.78 | 1,470.00 | 22,110.04 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 64.00 | 1,062.00 |
| AS-ASOC PENSIONADOS | 1.00 | 18.00 |
| Ahorros-AEELA | 36.68 | 660.24 |
| Total: | 101.68 | 1,740.24 |

* Tributable

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 100.00 | 900.00 |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,222.78 | 0.00 | 101.68 | 1,121.10 |
| Acumulado: | 22,110.04 | 0.00 | 1,740.24 | 20,369.80 |

### FTO HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #0145311 | 1,121.10 |
|---|---|
| Total: | 1,121.10 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
09/30/2020

Aviso No.
0145311

Cant. Deposito: $1,121.10

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | REDACTED | $1,121.10 |
| Total: | | $1,121.10 |

TRAY 181 SQ 41628**************SCH 5-DIGIT 00982    41628 2 AV 0.389
CARMEN N AYALA AYALA
URB SABANA GDNS
1-39 CALLE 4
CAROLINA PR 00983-2903

NO-NEGOCIABLE

Carmen N. Ayala
I-39, Calle 4
Sabana Gardens
Carolina, P.R. 00983



CERTIFIED MAIL
7020 0640 0000 3636 4775

U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
NOV 30, 20
AMOUNT
$4.75
R2305K141154-15

RECEIVED & FILED
2020 DEC -4 AM 8:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767