RECLAMANTE: Liana Jimenez Verdejo

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 49762

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el ___ de 19 Julio de 1988 hasta el ___ de presente como Depto Despacho _____ de la Puerto Rico Telephone Company - ELA.

1. Ley 89 – julio 1995 – ROMERAZO    CANTIDAD $ 13,200.—

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Liana Jimenez Verdejo
Nombre en letra de molde

_Jimenez Verdejo_ 31/08/2020
Firma y fecha

XXX-XX-2516

Proof of Claim: <CLAIM NUMBER> 49762
Claimant: >CLAIMANT NAME<
Eliana Jimenez Verdejo

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please Include as much detail as possible in your responses. Your answers should provide more information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:
- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

    ☐ A pending or closed legal actions with or against the Puerto Rico goverment

    ☒ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2. What is the amount of your claim (how much money do you claim to be owed):

    13,200.—

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No, Please continue to Question 4.
    ☒ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:

Puerto Rico Telephone Company

3(b). Identify the dates of your employment related to your claim:

19 Julio 1988 - 19 Julio 1999

RECLAMANTE: Hiram Jimenez Verdejo

DIRECCION: URB Baysnow Gardens
Calle 11 #16B
Baysnow PR 00957

Numero Reclamación: 49762

Fecha de presentación (envío): _____

Deudor Commonwealth of Puerto Rico

Por este medio incluyo con mi reclamación presentada el ___ de ___ de ___ lo siguiente:

1. Evidencia de trabajo de Puerto Rico Telephone Company en Ponce, Puerto Rico – ELA, como _obrero despacho_ desde el __ de _____ de ___ hasta el ___ de _____ de ___ (ver evidencia adjunta)

2. El monto adeudado en mi reclamación es de $ 13,200.—

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

_Hiram Jimenez Verdejo_
Nombre en letra de molde

_Firma_ 31/08/2020
Firma y fecha

3(c). Last four digits of your social security number: __XXX-XX-2516__

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

4. Legal Action Does your claim relate to a pending or closed legal action?
- ☒ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.
__Tribunal de distrito de los Estados Unidos__

4(b). Identify the name and address of the court or agency where the action is pending:
_____

4(c). Case number: __4976 2__

4(d). Title, Caption, or Name of Case: __Romerazo__

4(e). Status of the case (pending, on appeal, or concluded): __pending__

4(f). Do you have an unpaid judgment? Yes (No) (Circle one)
If yes, what is the date and amount of the judgment?
_____



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

### DIANA M JIMENEZ VERDEJO
### XXX-XX-2516

Para el empleado de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 07/19/1988.

- Al presente trabaja como empleado regular activo.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a miércoles, 02 de septiembre de 2020.

_____
Víctor Morales Santos
Oficial de Compensación
Compensación y Récords