Hiram Jimenez Verdejo
Urb Bayamon Gardens
calle 11 P16 B
Bayamon PR 00957





Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1769

Ariana Jimenez Verdejo
URB Bayamon Gardens
Calle 11 P16B
Bayamon PR 00957




Tribunal de Distrito de los Estados Unidos
Federal Building Room 150
San Juan PR 00918-1767

RECEIVED & FILED
2020 DEC -4 AM 8:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR