# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: Priscilla Torres Ramos
Dirección Postal: 1280 calle Juan Baiz Cond. Parque de la vista 235D
San Juan, Puerto Rico (00924)

Teléfono contacto: Res. _____ Cel. 787 - 501– 5564

II. EPIGRAFE

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767
B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
C. Numero de Procedimiento: 17 BK 3283-LTS
D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
Numero de las evidencias por reclamo:

Ley 124 – Julio 1973 – Aumento de Sueldo
Ley 89 – Julio 1979 – Retribución Uniforme
Ley 89 –Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003 – Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial Pasos

III El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 124 – Julio 1973 – Aumento de Sueldo
Ley 89 – Julio 1979 – Retribución Uniforme
Ley 89 – Julio 1995 – Romerazo
Ley 134 – Julio 1996 – Aportación Acumulado Retiro
Ley 96 – Julio 2002 – Aumento de Sueldo
Ley 164 – Julio 2003.– Aumento de Sueldo
Ley 164 – Enero 2004 – Gob. Sila M. Calderón
Ley 109 – Junio 2008 – Escala Salarial Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, San Juan, Puerto Rico desde 1 de agosto de 1981 hasta 31 de mayo de 2011. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Priscilla Torres Ramos
Nombre en letra de molde

_[firma]_  28/nov./2020
Firma y fecha

RECLAMANTE: Priscilla Torres Ramos
NUMERO DE PROCEDIMENTO: 17 BK -03283 – LTS
NUMERO DE RECLAMACION: 137185-138184,109313,129555 .

Reclamación de dinero adeudado de las leyes aprobadas que me competen por mis años de servicios desde el 1 de agosto de 1981 hasta el 31 de mayo de 2011 como MAESTRA DE EDUCACIÓN SECUNDARIA y Facilitadora Docente de Matemáticas del Departamento de Educación de Puerto Rico- ELA.

|  | Cantidad |
|---|---|
| Ley 124 – Julio 1973 – Aumento de Sueldo |  |
| Ley 89 – Julio 1979 – Retribución Uniforme |  |
| Ley 89 – Julio 1995 – Romerazo. | 19,200 |
| Ley 134 – Julio – 1996 – Aportación Acumulado Retiro. | 30,000 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Aumento Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
|  | $ 124,800 |

Así como otras leyes que me aplique y no se me otorgo la compensación correspondiente.

Señalo que soy retirada del Departamento de Educación de Puerto Rico- ELA desde el 31 de mayo del 2011 y el cómputo de jubilación se realizó sin considerar los aumentos o compensaciones devengado de dicha reclamación y de reducir las pensiones de los jubilados se estaría penalizando o descontando doblemente.

Le agradezco la atención sobre este asunto.


Atentamente,

Priscilla Torres Ramos
Nombre en letra de molde

*[firma]* 28/nov/2020
Firma- Fecha

RECLAMANTE: Priscilla Torres Ramos
Dirección: 1280 calle Juan Baiz
Cond. Parque de la Vista 235D
San Juan, PR 00924 00924)

NUMERO DE PROCEDIMENTO: 17 BK -03283 – LTS
NUMERO DE RECLAMACION: 137185-138184,109313,129555

Fecha de presentación (envió): 28 DE NOVIEMBRE DE 2020
Deudor: COMMONEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 28 de noviembre de 2020 lo siguiente:

1- Certificación de Pensión vitalicia del Sistema de Retiro de Maestro y su validación.
2- Monto adeudado en mi reclamación es de $124,800.

Gracias por la atención de esta petición.

Cordialmente,

Priscilla Torres Ramos
Nombre en letra de molde

_(firma)_ 28/nov/2020
Firma-Fecha



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

Certifico que TORRES RAMOS, PRISCILLA recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $2,711.26 equivalente a $32,535.12 anual. Luego de las deducciones recibe la cantidad de $2,711.26 mensual, equivalente a $32,535.12 anual.

Esta certificación se expide hoy 23 de noviembre de 2020.



Número de Certificación: SRM03P2005819

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414    787.759.2883    www.srm.pr.gov

Priscilla Torres Ramos
1280 Calle Juan Báez
Cond. Parque de la Vista 235-D
San Juan, PR (00924)

CERTIFIED MAIL
7017 1450 0002 2921 8146

U.S. POSTAGE PAID
FCM LG ENV
SANTA ISABEL, PR
00757
NOV 28, 20
AMOUNT
$7.60
R2303S100796-7

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan, PR    00918-1767