---------- Forwarded message ---------
From: **William Santiago-Sastre** <wssbankruptcy@gmail.com>
Date: Tue, May 5, 2020 at 1:01 PM
Subject: Meet and Confer Josefina Quinot
To: Hermann Bauer (Hermann.Bauer@oneillborges.com) (Hermann.Bauer@oneillborges.com) <Hermann.Bauer@oneillborges.com>, <ubaldo.fernandez@oneillborges.com>, Perez, Diana M. <dperez@omm.com>, <dperez@cabprlaw.com>, <andres@awllaw.com>

Good Afternoon:

I sent the attached letter in september 2019. I do not have a record of answer to the same.

Willam Santiago-Sastre, Esq.
DE DIEGO LAW OFFICES, PSC
252 Ponce de León Avenue
City Towers Suite 700
Hato Rey, Puerto Rico 00918
Tel. 787-622-3939