# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**JOINDER OF ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION TO AMBAC ASSURANCE CORPORATION'S URGENT MOTION FOR ENTRY OF ORDER AUTHORIZING THIRD-PARTY DISCOVERY UNDER BANKRUPTCY RULE 2004 <u>CONCERNING PENSION LIABILITIES (ECF NO. 15342)</u>**

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Assured Guaranty Corp., Assured Guaranty Municipal Corp. (f/k/a Financial Security Assurance Inc.) (together with Assured Guaranty Corp., "Assured"), and National Public Finance Guarantee Corporation ("National") hereby respectfully submit this joinder (the "Joinder")[2] to *Ambac Assurance Corporation's Urgent Motion for Entry of Order Authorizing Third-Party Discovery under Bankruptcy Rule 2004 Concerning Pension Liabilities* (ECF No. 15342, the "Rule 2004 Motion").[3]  Assured and National respectfully state as follows:

1.      Assured and National are two of Puerto Rico's largest creditors.  Together, their claims total over $8 billion dollars arising from their insurance of securities issued by numerous Puerto Rico public entities, including (i) general obligation bonds issued by the Commonwealth of Puerto Rico and (ii) secured revenue bonds issued by various instrumentalities of the Commonwealth.

2.       Like Ambac, Assured and National have an "interest in assuring that the pension obligation amounts included in the [Board's] fiscal plans . . . are accurate and do not overstate the actual pension liability."  See Rule 2004 Motion ¶ 1.

3.      Assured and National hereby join in the Rule 2004 Motion.  As reflected in the proposed order (the "Revised Proposed Order") attached to this Joinder as "Exhibit A",[4] Assured and National ask that they receive any documents produced to Ambac as a result of the Rule 2004 Motion and that Assured's and National's counsel be permitted to attend and participate in any depositions that result from the Rule 2004 Motion.  Assured and National also ask to be included in any meet and confer process or hearing related to the Rule 2004 Motion.

---

[2] Capitalized terms used in this Joinder, but not defined herein, shall have the meanings ascribed to them in the Rule 2004 Motion.

[3] Unless otherwise indicated, references to ECF numbers in this Joinder refer to the docket in Case No. 17-3283-LTS.

[4] A redline comparison of the Revised Proposed Order to the proposed order submitted with the Rule 2004 Motion is attached to this Joinder as "Exhibit B".

4.      Nothing herein shall prejudice Assured's or National's right to independently seek Rule 2004 discovery, or other discovery, from the Board, AAFAF, the Commonwealth, or any other entity.

[*Remainder of Page Intentionally Left Blank*]

Dated:  New York, New York
    December 8, 2020

**CASELLAS ALCOVER & BURGOS
P.S.C.**


By: */s/ Heriberto Burgos Pérez*
    Heriberto Burgos Pérez
    USDC-PR 204809
    Ricardo F. Casellas-Sánchez
    USDC-PR 203114
    Diana Pérez-Seda
    USDC-PR 232014
    P.O. Box 364924
    San Juan, PR 00936-4924
    Telephone:  (787) 756-1400
    Facsimile:  (787) 756-1401
    Email:  hburgos@cabprlaw.com
        rcasellas@cabprlaw.com
        dperez@cabprlaw.com


*Attorneys for Assured Guaranty Corp. and
Assured Guaranty Municipal Corp.*

**CADWALADER, WICKERSHAM & TAFT LLP**


By: */s/ Howard R. Hawkins, Jr.*
    Howard R. Hawkins, Jr.*
    Mark C. Ellenberg*
    William J. Natbony*
    Thomas J. Curtin*
    Casey J. Servais*
    200 Liberty Street
    New York, NY 10281
    Telephone:  (212) 504-6000
    Facsimile:  (212) 504-6666
    Email:  howard.hawkins@cwt.com
        mark.ellenberg@cwt.com
        bill.natbony@cwt.com
        thomas.curtin@cwt.com
        casey.servais@cwt.com

* Admitted *pro hac vice*

*Attorneys for Assured Guaranty Corp. and Assured
Guaranty Municipal Corp.*

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, P.S.C.**
208 Ponce de León Avenue, Suite 1600
San Juan, PR 00936
Telephone: 787.756.9000
Facsimile: 787.756.9010
Email:  epo@amgprlaw.com
           loliver@amgprlaw.com
           acasellas@amgprlaw.com
           larroyo@amgprlaw.com


By:   */s/* Eric Pérez-Ochoa
Eric Pérez-Ochoa
USDC-PR No. 206314

*/s/* Luis Oliver-Fraticelli
Luis Oliver-Fraticelli
USDC-PR No. 209204

*/s/* Alexandra Casellas-Cabrera
Alexandra Casellas-Cabrera
USDC-PR No. 301010

*/s/* Lourdes Arroyo Portela
Lourdes Arroyo Portela
USDC-PR No. 226501

**WEIL, GOTSHAL & MANGES LLP**
Kelly DiBlasi (admitted *pro hac vice*)
Gabriel A. Morgan (admitted *pro hac vice*)
Jonathan Polkes (admitted *pro hac vice*)
Gregory Silbert (admitted *pro hac vice*)
Robert Berezin (admitted *pro hac vice*)
Jared R. Friedmann (admitted *pro hac vice*)

767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:  kelly.diblasi@weil.com
           gabriel.morgan@weil.com
           jonathan.polkes@weil.com
           gregory.silbert@weil.com
           robert.berezin@weil.com
           jared.friedmann@weil.com

### CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 8th day of December, 2020.


By:  /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* admitted pro hac vice