UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------- x

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et. al.*

       Debtors.[1]

-------------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

SUMMARY SHEET TO FIFTH INTERIM APPLICATION OF THE BRATTLE GROUP, INC.
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED AS ECONOMIC CONSULTANT TO PROSKAUER ROSE LLP, AS LEGAL COUNSEL
TO AND ON BEHALF OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, AS REPRESENTATIVE OF THE DEBTORS, FOR
THE TENTH INTERIM FEE PERIOD FROM JUNE. 1, 2020 THROUGH SEPTEMBER 30, 2020

| | |
|---|---|
| Name of Applicant: | The Brattle Group, Inc. ("Brattle") |
| Retained to Provide Professional Services to: | Proskauer Rose LLP ("Proskauer"), as legal counsel to and on behalf of The Financial Oversight and Management Board for Puerto Rico, Representative of the Debtors Pursuant to PROMESA § 315(b) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Retention Date: | March 25, 2019 |
|---|---|
| Fee Period for Which Compensation and Reimbursement is Sought: | June 1, 2020 through September 30, 2020 (the "Compensation Period") |
| Amount of Fees Sought: | **$ 88,344.74** |
| Amount of Expense Reimbursement Sought: | **$        0.00** |
| Total Fees and Expenses Sought for Compensation Period: | **$ 88,344.74** |
| Compensation Sought in this Application Already Paid[2] Pursuant to Monthly Compensation Statements But Not Yet Allowed | **$ 56,651.99** |
| Expenses Sought in this Application Already Paid Pursuant to Monthly Compensation Statements But Not Yet Allowed | **$        0.00** |

This is a(n) __ Monthly _X_ Interim __Final Fee Application

This is the fifth interim fee application filed by Brattle in the Debtors' Title III Cases.

---

[2] Compensation paid includes applicable 29% income tax withholding and 1.5% government contribution.

**<u>SCHEDULE 1</u>**

**Summary of Professional Services and Expenses Rendered *by Task*
for the Compensation Period June 1, 2020 through September 30, 2020**

| TASK | HOURS | FEES[3] |
|------|-------|---------|
| Title III Proceedings -  General Assistance to Counsel | 134.00 | $85,890.00 |
| Fiscal Plan Modeling | 8.10 | $  5,385.00 |
| PREPA Planning | 18.00 | $12,660.00 |
| Subtotal | | $103,935.00 |
| Less 15% of Fees (performed *pro bono*) | | *($15,590.26)* |
| Total Fees Charged to Oversight Board | | $88,344.74[4] |

---

[3]   15% of the Fees noted in this chart reflect services performed *pro bono*. The reduction in the amount of the Fees charged to Oversight Board is reflected in the line titled 'Total Fees Charged to Oversight Board.'

[4]   After accounting for rounding reflected in the accompanying Monthly Fee Statement for Augst 2020, the 'Total Fees Charged to Oversight Board' during this interim period is one cent less than the sum of the "Total Fees Charged" in the individual Monthly Fee Statements.

**SCHEDULE 2**
**Summary of Professional Services Rendered *by Timekeeper***
**for the Period June 1, 2020 through September 30, 2020**

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS | FEES[5] |
|---|---|---|---|---|
| Cragg, Michael | Principal | $950 | 24.70 | $  23,465.00 |
| McAnally, Timothy | Principal | $650 | 0.40 | $       260.00 |
| Sarro, Mark | Principal | $650 | 85.40 | $  55,510.00 |
| Zhou, Bin | Principal | $625 | 13.10 | $    8,187.50 |
| Polek, Christine | Senior Associate | $520 | 26.00 | $  13,520.00 |
| Cohen, Hannah | Research Analyst | $285 | 10.50 | $    2,992.50 |
| Subtotal | | | | $103,935.00 |
| Less 15% of Fees (performed *pro bono*) | | | | (*$15,590.26*) |
| Total Fees Charged to Oversight Board | | | | $88,344.74[6] |

---

[5]   15% of the Fees noted in this chart are being performed *pro bono*. The reduction in the amount of the Fees charged to Oversight Board is reflected in the line titled 'Total Fees Charged to Oversight Board.'

[6]   After accounting for rounding reflected in the accompanying Monthly Fee Statement for August 2020, the 'Total Fees Charged to Oversight Board' during this interim period is one cent less than the sum of the "Total Fees Charged" in the individual Monthly Fee Statements.

## <u>SCHEDULE 3</u>

**Summary of Actual and Necessary Expenses Incurred
for the Period June 1, 2020 through September 30, 2020**

**No reimbursable expenses were incurred during the Compensation Period.**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------- x

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et.
al.*

       Debtors.[7]

---------------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

FIFTH INTERIM APPLICATION OF THE BRATTLE GROUP, INC.
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED AS ECONOMIC CONSULTANT TO PROSKAUER ROSE LLP, AS LEGAL COUNSEL
TO AND ON BEHALF OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, AS REPRESENTATIVE OF THE DEBTORS, FOR
THE TENTH INTERIM FEE PERIOD FROM JUNE. 1, 2020 THROUGH SEPTEMBER 30, 2020

     This is the fifth Interim Application of The Brattle Group, Inc. ("Brattle"), covering the period from June 1, 2020, through September 30, 2020 ("Compensation Period"), seeking allowance of compensation for professional services rendered as economic consultant to Proskauer Rose LLP ("Proskauer") to facilitate the effective representation by Proskauer as legal counsel to The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), *et al.* (together with the Commonwealth, the "Debtors") pursuant to the *Puerto Rico Oversight, Management, and*

---

[7]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Economic Stability Act,* codified in 48 U.S.C. §§ 2101-2241 ("PROMESA"), in the amount of $88,344.74.

Brattle's application is submitted pursuant to PROMESA sections 316 and 317, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") applicable pursuant to PROMESA section 310, and Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), and in accordance with this Court's and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases issued by the Executive Office for the United States Trustee, 28 CFR Part 58, Appendix A (the "Guidelines"), and in accordance with this Court's Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Case No. 17 BK 3283-LTS, Dkt. No. 3269] (the "Interim Compensation Order").

In support of the Application, Brattle respectfully states:

### Jurisdiction

1.      The United States District Court for the District of Puerto Rico (the "Court") has subject matter jurisdiction over this Application pursuant to PROMESA section 306(a).

2.      Venue is proper in this district pursuant to PROMESA section 307(a).

3.      The statutory bases for the relief requested herein are PROMESA sections 316 and 317.

### General Background

4.      On June 30, 2016, the Oversight Board was established under PROMESA section 101(b). On August 31, 2016, President Obama appointed the Oversight Board's seven voting members.

5.      Pursuant to PROMESA section 315, "[t]he Oversight Board in a case under this subchapter is the representative of the debtor" and "may take any action necessary on behalf of the debtor to prosecute the case of the debtor, including filing a petition under § [304] of

7

[PROMESA] . . . or otherwise generally submitting filings in relation to the case with the court."
PROMESA § 315(a), (b).

6.      On September 30, 2016, the Oversight Board designated the Debtor as a "covered entity" under PROMESA section 101(d).

7.      On November 25, 2016, the Oversight Board retained Proskauer as legal counsel in connection with matters relating to and arising out of implementation of the provisions of PROMESA.  Those matters include advising and representing the Oversight Board concerning the performance of its duties and activities pursuant to PROMESA, the restructuring or adjustment of the obligations of the Debtors, and litigation arising out of any of those matters (collectively, the "Relevant Matters").

8.      On May 3, 2017, the Oversight Board filed a voluntary petition for relief for the Commonwealth pursuant to section 304(a) of PROMESA, commencing a case under title III thereof (the "Commonwealth's Title III Case").

9.      On July 2, 2017, the Oversight Board filed a voluntary petition for relief for PREPA pursuant to section 304(a) of PROMESA, commencing a case under title III thereof ("PREPA's Title III Case," and collectively with the Commonwealth's Title III Case, and other title III cases commences pursuant to PROMESA section 304(a), the "Debtors' Title III Cases"). Pursuant to PROMESA section 315(b), the Oversight Board is the representative of each of the Debtors in each of their respective Title III cases.

10.     Further background information regarding the Debtors and the commencement of the Debtors' Title III Cases is contained in the *Notice of Filing of Statement of Oversight Board in Connection with PROMESA Title III Petition* [Case No. 17 BK 3283-LTS, Dkt. No. 1], attached to the Commonwealth of Puerto Rico's Title III petition.

**Brattle's Retention
and Fee Statements During the Compensation Period**

11.     Proskauer retained Brattle, an international economic consulting firm, pursuant to

an Independent Contractor Services Agreement effective March 25, 2019 (the "Agreement"), in

support of its litigation preparation on the Relevant Matters for the Oversight Board.

12.     The Agreement provides that:

a.  Proskauer's client, the Oversight Board, is solely responsible for Brattle's fees
    and expenses, and will compensate Brattle in accordance with the terms of the
    Agreement;

b.  Brattle will charge on a time and materials basis, based on the hourly billing
    rates in effect at the time services are performed, with all fees and expenses
    payable under the Agreement to be paid through this PROMESA Title III
    proceeding; and

c.  For the initial project assignment, in view of the uniqueness of the
    engagement and the anticipated scope of services to be performed, Brattle will
    perform 15% of the work for Proskauer on a *pro bono* basis.

13.     During the Compensation Period, Brattle caused its twelfth through fifteenth

monthly fee statements ("Monthly Fee Statements") to be served on the notice parties. Copies of

Brattle's Monthly Fee Statements are attached hereto as Exhibit B.  In accordance with the

Interim Compensation Order, Brattle requested an aggregate payment of $79,510.28.[8] As of the

date of this Application $ 56,651.99 (inclusive of income tax withholding and government

contribution) has been paid to Brattle for services rendered during the Compensation Period.[9]

---

[8]  Due to rounding in one request, the aggregate request should have been for payment $79,510.27
     (representing payment of ninety percent (90%) of the compensation sought).

[9]  Compensation paid includes applicable 29% income tax withholding and 1.5% government
     contribution.

14.     Prior to the submission of this Application, Brattle had made only four previous requests for the allowance of interim compensation for professional services rendered and reimbursement of expenses incurred, in its first interim fee application for the Sixth Interim Fee Period from March 25, 2019 through May 31, 2019 ("First Interim Fee Application"), its second interim fee Application for the Seventh Interim Fee Period from June 1, 2019 through September 30, 2019 ("Second Interim Fee Application") its third interim fee application for the Eighth Interim Fee Period from October 1, 2019 to January 31, 2020 ("Third Interim Fee Application"), and in its fourth interim fee application for the Ninth Interim Fee Period from February 29, 2020 to May 31, 2020 ("Fourth Interim Fee Application").

### Summary of Professional Services Rendered
### By Brattle during the Compensation Period

15.     Brattle's services to Proskauer,  as legal counsel to the Oversight Board as representative of the Debtors in the Title III Cases, were reasonable, necessary, appropriate, and beneficial when rendered, facilitated the effective representation by Proskauer of its obligations as legal counsel to the Oversight Board as representative of the Debtors in the Title III Cases, and were in the best interests of the Oversight Board and the Debtors' creditors, the Commonwealth's residents, and other stakeholders. Brattle performed its professional services in an expedient and efficient manner.  Compensation for the foregoing services as requested is commensurate with the complexity, importance, and time-sensitive nature of the issues and tasks involved.

16.     To provide an orderly and meaningful summary of the services rendered by Brattle, Brattle established, in accordance with the Guidelines, separate task costs.  During the Compensation Period, Brattle expended 160.1 hours assisting Proskauer, in its capacity as legal counsel to the Oversight Board, regarding the Title III Proceedings generally. Those hours were incurred on the following tasks: assistance regarding the PREPA Fiscal Plan Modeling; PREPA Planning; and General Support to Proskauer.  Details of Brattle's work during this Compensation

Period in furtherance of these tasks for Proskauer are included in the Monthly Fee Statements, and summarized as follows:

- <u>Title III Proceedings - General Assistance to Counsel.</u>
  (Fees: $85,890.00[10]; Hours: 134.00)
  > As requested by Proskauer, as legal counsel to the Oversight Board, Brattle performed ad hoc assistance regarding broad scope issues relevant to Proskauer's legal advice to the Oversight Board regarding the Title III Proceedings generally.

- <u>Fiscal Plan Modeling.</u>
  (Fees: $5,385.00[10]; Hours: 8.10)
  > As requested by Proskauer, as legal counsel to the Oversight Board, Brattle performed analytic assistance to Proskauer in connection with its legal advice to the Oversight Board regarding the modeling of the Fiscal Plan.

- <u>PREPA Planning</u>
  (Fees: $12,660.00[10]; Hours: 18.00)
  > As requested by Proskauer, as legal counsel to the Oversight Board, Brattle performed analytic assistance to Proskauer, as legal counsel to the Oversight Board, in connection with its legal advice to the Oversight Board regarding PREPA's fiscal planning.

### Actual and Necessary Expenses of Brattle

17.     Brattle did not incur any reimbursable expenses during the Compensation Period.

### Compensation Paid and its Source

18.     All services for which Brattle seeks compensation were performed on behalf of and at the direction of Proskauer, as legal counsel to the Oversight Board, representative of the Debtors in their Title III Cases.  In connection with the request covered by this Application, Brattle has received no payment and has received no promises of payment for services rendered, or to be rendered, from any source other than the Debtors.  There is no agreement or understanding between Brattle and any other person for the sharing of compensation received for services rendered to Proskauer in the Debtors' Title III cases.

---

[10] Fees noted are before *pro bono* discount

19.     PROMESA sections 316 and 317 provide for interim compensation of professionals and govern this Court's award of such compensation.  PROMESA section 316 provides that a court may award a professional employed for the benefit of the Debtor or the Oversight Board under PROMESA "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses."  PROMESA § 316(a).  PROMESA section 316 also sets forth the criteria for awarding compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (1)  the time spent on such services;
>
> (2)  the rates charged for such services;
>
> (3) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this chapter;
>
> (4) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (5) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (6) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this subchapter or title 11.

PROMESA § 316(c).

20.     Brattle respectfully submits that the professional services rendered during the Compensation Period were necessary for and beneficial to Proskauer's effective representation of the Oversight Board on behalf of the Debtors and therefore were necessary for and beneficial to the maximization of value for all stakeholders and ultimately to the orderly administration of the

Debtors' Title III Cases.  The services required experienced professionals with specialized expertise to timely and thoroughly respond to Proskauer's requests.  During the Compensation Period, Brattle worked efficiently, under time constraints, to respond to Proskauer's needs.

21.     The rates of the Brattle personnel performing the services are the rates Brattle charges for professional services rendered in comparable bankruptcy and non-bankruptcy matters (and for consultants who worked on this project assignment starting in 2019, the rates Brattle charged for such professional services in 2019), and are reasonable given the customary rates charged by comparably skilled practitioners in comparable bankruptcy and non-bankruptcy cases in a competitive national market.

22.     The fees for which allowance is requested reflect that Brattle has performed 15% of the services on a *pro bono* basis.

23.     Brattle submits that allowance of the fees and expenses requested herein is reasonable and warranted in light of the nature, extent and value of Brattle's services to the Proskauer, as legal counsel to the Oversight Board, as representative of the Debtors in the Title III Cases.  Proskauer has reviewed and approved this Application.

## No Previous Request

24.     No previous request for the relief sought herein has been made by Brattle to this or any other court.

## Reservations

25.     To the extent time or disbursement charges for services rendered or expenses incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or Brattle has for any other reason not yet sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, Brattle reserves the right to request compensation for such services and reimbursement of such expenses in a future application.

## Notice

26.     Pursuant to the Interim Compensation Order, notice of this Application has been or will be filed in the Debtors' Title III Cases and the jointly-administered Commonwealth of Puerto Rico's Title III Case and served by email on:

(a)  attorneys for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com) and Ehud Barak, Esq. (ebarak@proskauer.com), and Proskauer Rose LLP, 70 West Madison Street, Chicago, IL 60602, Attn: Paul V. Possinger, Esq. (ppossinger@proskauer.com);

(b)  attorneys for the Oversight Board, O'Neill & Borges LLC, 250 Muñoz RiveraAve., Suite 800, San Juan, PR 00918, Attn:Hermann D. Bauer, Esq. (hermann.bauer@oneillborges.com);

(c)  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

(d)  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muñiz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave, San Juan, PR 00917, Attn: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

(e)  the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico);

(f)  attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc. A Despins, Esq. (lucdespins@paulhastings.com);

(g)  attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

(h)  attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com), and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

(i)   attorneys for the Official Committee of Retired Employees, Bennazar, García &
Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey,
PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

(j)   the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-
4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting
(Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant
Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L.
Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax
Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant
Secretary      of      Internal      Revenue      and      Tax      Policy
(francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA,
Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

(k)   attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León
Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo
(elugo@edgelegalpr.com); and

(l)   attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street,
Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@gklaw.com).

Brattle submits that, in light of the foregoing, no other or further notice need be
provided.

27.   The certification required by Local Rule 2016-1(a)(4) and Rule 2016 is attached
hereto as Exhibit A.

## CONCLUSION

WHEREFORE The Brattle Group, Inc. respectfully requests that the Court enter an

order:

a.   allowing interim compensation for professional services rendered during the

Compensation Period in the amount of  $ 88,344.74 (which includes the 10% professional

compensation holdback amount);

b.   directing the Debtors to pay promptly to Brattle the difference between (i) the

amount of interim compensation for professional services rendered, and reimbursement of

expenses incurred during the Compensation Period allowed hereunder, and (ii) the amounts for

such compensation and expenses previously paid to Brattle, consistent with the provisions of the

Interim Compensation Order; and

      c.     granting Brattle such other and further relief as is just and proper.

Dated:      December 7, 2020      Respectfully Submitted,
      Boston, MA

*Barbara Levine*

Barbara Levine, General Counsel
THE BRATTLE GROUP, INC.
Independent Contractor to Proskauer Rose LLP,
legal counsel to the Financial Oversight and
Management Board, as representative of the
Debtors

One Beacon Street, Suite 2600
Boston, MA 02108
Tel: 617-864-7900
Fax: 617-507-0063
Email: barbara.levine@brattle.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------- x

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et. al.*

       Debtors.[11]

---------------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF APPLICATION OF THE BRATTLE GROUP, INC. AS ECONOMIC CONSULTANT TO PROSKAUER ROSE LLP, AS LEGAL COUNSEL TO AND ON BEHALF OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE DEBTORS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Barbara Levine, hereby certify that:

1.      I am employed by The Brattle Group, Inc. ("Brattle") as its General Counsel, and

have been designated by Brattle in respect of compliance with the *United States Trustee*

---

[11]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed*

*under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* issued by the Executive Office for

the United States Trustee, 28 CFR Part 58, Appendix A (the "Guidelines") and Local Rule 2016-1.

    2.       I submit this certification in support of Brattle's fifth interim fee application,

covering the period June 1, 2020 through September 30, 2020.

    3.       Pursuant to the Guidelines and Local Rule 2016-1, I certify that:

           (a)      I have read the Application;

           (b)      To the best of my knowledge, information and belief formed after

reasonable inquiry, the fees and expenses sought in the Application

fall within the Guidelines;

           (c)      The fees sought in the Application are billed at rates that are

customarily employed by Brattle and generally accepted by Brattle's

clients, and that fall, to the best of my knowledge, information, and

belief formed after reasonable inquiry, within the Guidelines;

           (d)      The fees sought in the Application reflect Brattle's agreement with

Proskauer Rose LLP to perform 15% of the services on a *pro bono*

basis; and

           (e)      No expenses were incurred during the period reflected in the

Application.

    4.       I certify that Brattle has previously provided monthly fee statements of Brattle's

fees and expenses for the period June 1, 2020 through September 30, 2020 by causing the same to

be served and filed in accordance with the Interim Compensation Order (as defined in the

Application).


I certify under the pains and penalties of perjury that the foregoing is true and correct.

Dated:          December 7, 2020
                Boston, MA

                         *Barbara Levine*
                         _____
                         Barbara Levine, General Counsel
                         THE BRATTLE GROUP, INC.
                         Independent Contractor to Proskauer Rose LLP,
                         legal counsel to the Financial Oversight and
                         Management Board, as representative of the
                         Debtors

                         One Beacon Street, Suite 2600
                         Boston, MA 02108
                         Tel: 617-864-7900
                         Fax: 617-507-0063
                         Email: barbara.levine@brattle.com

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------- x

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et. al.*

        Debtors.[1]

-----------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)


COVER SHEET TO TWELFTH MONTHLY FEE STATEMENT
OF THE BRATTLE GROUP, INC.
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED AS ECONOMIC CONSULTANT TO PROSKAUER ROSE LLP,
AS LEGAL COUNSEL TO AND ON BEHALF OF THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE DEBTORS,
FOR THE PERIOD JUNE 1, 2020–JUNE 30, 2020

| | |
|---|---|
| Name of Applicant: | The Brattle Group, Inc. ("Brattle") |
| Retained to Provide Professional Services to: | Proskauer Rose LLP, ("Proskauer") as legal counsel to and on behalf of The Financial Oversight and Management Board for Puerto Rico, Representative of the Debtors Pursuant to PROMESA § 315(b) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Retention Date: | March 25, 2019 |
|---|---|
| Period for Which Compensation is Sought: | June 1, 2020 through June 30, 2020 (the "Fee Period") |
| Amount of Fees Sought (90% of Invoiced Amount): | **$30,844.80** |
| Amount of Expense Reimbursement Sought: | **$0** |
| Total Fees and Expenses Sought for Compensation Period: | **$30,844.80** |

This is a(n) _X_ Monthly __ Interim __Final Fee Application

This is Brattle's twelfth monthly fee statement ("Brattle's Twelfth Monthly Fee Statement") in the Debtors' Title III Cases, served pursuant to the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Second Amended Order"). Brattle seeks:

a. Payment of compensation in the amount of $30,844.80 (90% of $34,272.00 of fees on account of reasonable and necessary professional services rendered to Proskauer to facilitate the effective representation by Proskauer of its obligations as legal counsel to Oversight Board as representative of the Debtors in the Title III Cases).

At the end of Brattle's Twelfth Monthly Fee Statement are the following summaries:

a. Schedule 1 – Summary schedule showing professional fees by task;

b. Schedule 2 – Summary schedule showing the professionals who performed the services, the numbers of hours spent, the respective professional's billing rate, and the total fees for such services;

c. Schedule 3 – Summary schedule noting that no expenses were incurred in connection with the provision of the services; and

d. Schedule 4 – An itemized time record, organized chronologically, for which compensation is sought which includes: 1) the date each service was rendered; 2) the

professionals who performed the services; 3) a description of the services rendered; and

4) the time spent performing the services in increments of tenths of an hour.

<u>Certifications</u>

I certify that no employee of the Oversight Board is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of Proskauer and the Oversight Board. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. The total amount shown on this fee statement is true and correct. To the best of my knowledge, Brattle does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

Dated:  August 31, 2020
Boston, MA


Barbara Levine, General Counsel
THE BRATTLE GROUP, INC.
Independent Contractor to Proskauer Rose LLP,
legal counsel to the Financial Oversight and
Management Board, as representative of the
Debtors

One Beacon Street, Suite 2600
Boston, MA 02108
Tel: 617-864-7900
Fax: 617-507-0063
Email: barbara.levine@brattle.com

Principal Certification

I hereby authorize the submission of this Monthly Fee Statement.

_____

Chantel L. Febus

Partner

Proskauer Rose LLP

Counsel to the Financial Oversight and Management Board for Puerto Rico

Pursuant to the Interim Compensation Order, Brattle has caused notice of this Monthly

Fee Statement to be provided to:

(a) the Financial Oversight and Management Board, 40 Washington Square South, Office 314A, New York, NY 10012, Attn: Professor Arthur J. Gonzalez, Oversight Board Member;

(b) attorneys for the Financial Oversight and Management Board as representative of The Commonwealth of Puerto Rico, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813, Attn: Hermann D. Bauer, Esq. (hermann.bauer@oneillborges.com);

(c) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzzanne Uhland, Esq. (suhland@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

(d) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave., San Juan P.R. 00917, Attn.: Luis C. Marini-Biaggi, Esq., (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

(e) the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico);

(f) attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com);

(g) attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

(h) attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com); and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

(i) attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar- Zequeira, Esq. (ajb@bennazar.org);

(j) the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

(k) attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

(l) attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@gklaw.com).

## SCHEDULE 1

**Summary of Professional Services and Expenses Rendered *by Task*
for the Period June 1, 2020 through June 30, 2020**

| TASK | HOURS | FEES[2] |
|------|-------|---------|
| Title III Proceedings - General Assistance to Counsel | 46.3 | $34,935.00 |
| Fiscal Plan Modelling | 8.1 | $5,385.00 |
| Subtotal | | $40,320.00 |
| Less 15% of Fees (performed *pro bono*) | | *($6,048.00)* |
| **Total Fees Charged to Oversight Board** | | **$34,272.00** |

---

[2]   15% of the Fees noted in this chart reflect services performed *pro bono*. The reduction in the amount of the Fees charged to Oversight Board is reflected in the line titled 'Total Fees Charged to Oversight Board.'

**SCHEDULE 2**
**Summary of Professional Services Rendered *by Timekeeper***
**for the Period June 1, 2020 through June 30, 2020**

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS | FEES[3] |
|---|---|---|---|---|
| Cragg, Michael | Principal | $950 | 17.5 | $16,625.00 |
| McAnally, Timothy | Principal | $650 | 0.4 | $260.00 |
| Sarro, Mark | Principal | $650 | 24.9 | $16,185.00 |
| Zhou, Bin | Principal | $625 | 11.6 | $7,250.00 |
| Subtotal | | | | $40,320.00 |
| Less 15% of Fees (performed *pro bono*) | | | | *($6,048.00)* |
| **Total Fees Charged to Oversight Board** | | | | **$34,272.00** |

---

[3]   15% of the Fees noted in this chart are being performed *pro bono*. The reduction in the amount of the Fees charged to Oversight Board is reflected in the line titled 'Total Fees Charged to Oversight Board.'

## **SCHEDULE 3**

**No Expenses Were Incurred
for the Period June 1, 2020 through June 30, 2020**

## **SCHEDULE 4**

**Itemized time record, organized chronologically, for which compensation is sought**

| Task Code | Date | Timekeeper | Position/Title | Hourly Rate | Billed Hours | Billed Fees | Time Description |
|---|---|---|---|---|---|---|---|
| C1 - Fiscal Plan Modeling | 20200614 | Sarro, Mark | Principal | $ 650 | 0.3 | $ 195.00 | Discussion with C. Febus regarding the Fiscal Plan. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200614 | Sarro, Mark | Principal | $ 650 | 0.7 | $ 455.00 | Reviewed materials relevant to the Title III Proceedings. |
| C1 - Fiscal Plan Modeling | 20200614 | Sarro, Mark | Principal | $ 650 | 1.2 | $ 780.00 | Reviewed materials relevant to the Fiscal Plan. |
| C1 - Fiscal Plan Modeling | 20200615 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Reviewed materials relevant to the Fiscal Plan. |
| C1 - Fiscal Plan Modeling | 20200615 | Sarro, Mark | Principal | $ 650 | 0.4 | $ 260.00 | Reviewed materials relevant to the Fiscal Plan. |
| C1 - Fiscal Plan Modeling | 20200615 | Sarro, Mark | Principal | $ 650 | 1.1 | $ 715.00 | Reviewed materials relevant to the Fiscal Plan. |
| C1 - Fiscal Plan Modeling | 20200616 | Sarro, Mark | Principal | $ 650 | 0.4 | $ 260.00 | Discussion with C. Febus (Proskauer) regarding the Fiscal Plan. |
| C1 - Fiscal Plan Modeling | 20200616 | Sarro, Mark | Principal | $ 650 | 0.4 | $ 260.00 | Discussion with M. Cragg regarding the Fiscal Plan. |
| C1 - Fiscal Plan Modeling | 20200616 | Sarro, Mark | Principal | $ 650 | 1.4 | $ 910.00 | Reviewed materials relevant to the Fiscal Plan. |
| C1 - Fiscal Plan Modeling | 20200616 | Sarro, Mark | Principal | $ 650 | 2.3 | $ 1,495.00 | Reviewed materials relevant to the Fiscal Plan. |
| C1 - Fiscal Plan Modeling | 20200616 | Cragg, Mike | Principal | $ 950 | 0.4 | $ 380.00 | Discussion with M. Sarro regarding the Fiscal Plan. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200617 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Correspondence with J. Richman (Proskauer) regarding Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200617 | Cragg, Mike | Principal | $ 950 | 0.9 | $ 855.00 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200617 | Sarro, Mark | Principal | $ 650 | 1.1 | $ 715.00 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200617 | Cragg, Mike | Principal | $ 950 | 1.6 | $ 1,520.00 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200617 | McNally, Timothy | Principal | $ 650 | 0.2 | $ 130.00 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200617 | McNally, Timothy | Principal | $ 650 | 0.2 | $ 130.00 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200617 | Zhou, Bin | Principal | $ 625 | 0.7 | $ 437.50 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200618 | Cragg, Mike | Principal | $ 950 | 1.2 | $ 1,140.00 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200618 | Zhou, Bin | Principal | $ 625 | 2.5 | $ 1,562.50 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200619 | Cragg, Mike | Principal | $ 950 | 0.5 | $ 475.00 | Corresponded with J. Richman re Title II Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200621 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Correspondence with B. Zhou (Brattle) re Title II Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200621 | Sarro, Mark | Principal | $ 650 | 0.4 | $ 260.00 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200621 | Cragg, Mike | Principal | $ 950 | 0.8 | $ 760.00 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200621 | Cragg, Mike | Principal | $ 950 | 2.2 | $ 2,090.00 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200622 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 195.00 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200622 | Sarro, Mark | Principal | $ 650 | 0.3 | $ 195.00 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200622 | Sarro, Mark | Principal | $ 650 | 1.0 | $ 650.00 | Meeting with M. Cragg regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200622 | Cragg, Mike | Principal | $ 950 | 0.4 | $ 380.00 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200622 | Cragg, Mike | Principal | $ 950 | 1.0 | $ 950.00 | Meeting with M. Sarro regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200622 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200623 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Correspondence with M. Cragg and B. Zhou (Brattle) regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200623 | Sarro, Mark | Principal | $ 650 | 0.4 | $ 260.00 | Correspondence with J. Richman (Proskauer) and others regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200623 | Sarro, Mark | Principal | $ 650 | 2.0 | $ 1,300.00 | Correspondence with B. Zhou (Brattle) regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200623 | Zhou, Bin | Principal | $ 625 | 2.2 | $ 1,375.00 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200623 | Zhou, Bin | Principal | $ 625 | 2.5 | $ 1,562.50 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200623 | Sarro, Mark | Principal | $ 650 | 0.4 | $ 260.00 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200623 | Sarro, Mark | Principal | $ 650 | 0.8 | $ 520.00 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200624 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Discussion with M. Cragg Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200624 | Sarro, Mark | Principal | $ 650 | 0.3 | $ 195.00 | Discussion with B. Zhou regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200624 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200624 | Sarro, Mark | Principal | $ 650 | 0.8 | $ 520.00 | Discussion with M. Cragg and J. Richman regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200624 | Sarro, Mark | Principal | $ 650 | 0.5 | $ 325.00 | Discussion with B. Zhou regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200624 | Sarro, Mark | Principal | $ 650 | 0.8 | $ 520.00 | Discussion with M. Cragg and J. Richman (Proskauer) regarding Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200624 | Cragg, Mike | Principal | $ 950 | 0.5 | $ 475.00 | Discussion with B. Zhou regarding the Title III Proceedings. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C4 - Title III Proceedings - General Assistance to Counsel | 20200624 | Cragg, Mike | Principal | $ | 950 | 0.2 | $ 190.00 Discussion with M. Sarro regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200624 | Cragg, Mike | Principal | $ | 950 | 0.8 | $ 760.00 Discussion with M. Sarro and J. Richman regarding theTitle III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200624 | Cragg, Mike | Principal | $ | 950 | 0.8 | $ 760.00 Discussion with M. Sarro and J. Richman (Proskauer) regardingTitle III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200624 | Cragg, Mike | Principal | $ | 950 | 1.2 | $ 1,140.00 Reviewed materials relevant to theTitle III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200624 | Zhou, Bin | Principal | $ | 625 | 0.3 | $ 187.50 Discussion with M. Sarro Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200624 | Zhou, Bin | Principal | $ | 625 | 0.5 | $ 312.50 Discussion with M. Sarro regarding Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200624 | Zhou, Bin | Principal | $ | 625 | 0.5 | $ 312.50 Discussion with M. Cragg regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200625 | Sarro, Mark | Principal | $ | 650 | 0.2 | $ 130.00 Correspondence with R. Kim (Proskauer) regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200625 | Sarro, Mark | Principal | $ | 650 | 0.2 | $ 130.00 Correspondence with M. Cragg regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200625 | Sarro, Mark | Principal | $ | 650 | 0.3 | $ 195.00 Correspondence with J. Richman (Proskauer) regarding theTitle III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200625 | Sarro, Mark | Principal | $ | 650 | 0.3 | $ 195.00 Correspondence with M. Cragg regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200625 | Sarro, Mark | Principal | $ | 650 | 0.9 | $ 585.00 Reviewed materials relevant to theTitle III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200626 | Sarro, Mark | Principal | $ | 650 | 0.2 | $ 130.00 Discussion with M. Cragg regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200626 | Sarro, Mark | Principal | $ | 650 | 0.2 | $ 130.00 Discussion with M. Cragg regarding theTitle III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200626 | Sarro, Mark | Principal | $ | 650 | 0.3 | $ 195.00 Correspondence with C. Febus (Proskauer) regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200626 | Sarro, Mark | Principal | $ | 650 | 0.5 | $ 325.00 Meeting with M. Cragg (Brattle), J. Richman (Proskauer) regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200626 | Cragg, Mike | Principal | $ | 950 | 0.2 | $ 190.00 Discussion with M. Sarro regarding Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200626 | Cragg, Mike | Principal | $ | 950 | 0.2 | $ 190.00 Discussion with M. Sarro regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200626 | Cragg, Mike | Principal | $ | 950 | 0.3 | $ 285.00 Correspondence with M. Sarro regarding Title III proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200626 | Cragg, Mike | Principal | $ | 950 | 0.5 | $ 475.00 Meeting with M. Sarro and Proskauer representative J. Richman regarding theTitle III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200627 | Cragg, Mike | Principal | $ | 950 | 0.8 | $ 760.00 Reviewed materials relevant to theTitle III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200628 | Cragg, Mike | Principal | $ | 950 | 0.4 | $ 380.00 Reviewed materials relevant to the FTitle III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200629 | Sarro, Mark | Principal | $ | 650 | 0.1 | $ 65.00 Correspondence with M. Cragg, B. Zhou (Brattle) regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200629 | Sarro, Mark | Principal | $ | 650 | 0.1 | $ 65.00 Correspondence with M. Cragg (Brattle) regarding theTitle III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200629 | Sarro, Mark | Principal | $ | 650 | 0.5 | $ 325.00 Discussion with M. Cragg (Brattle) regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200629 | Cragg, Mike | Principal | $ | 950 | 0.5 | $ 475.00 Discussion with M. Sarro regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200630 | Sarro, Mark | Principal | $ | 650 | 0.1 | $ 65.00 Correspondence with B. Zhou (Brattle) regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200630 | Sarro, Mark | Principal | $ | 650 | 0.2 | $ 130.00 Correspondence with M. Cragg (Brattle) regarding the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200630 | Sarro, Mark | Principal | $ | 650 | 0.2 | $ 130.00 Correspondence with M. Cragg, B. Zhou (Brattle) regarding theTitle III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200630 | Sarro, Mark | Principal | $ | 650 | 0.2 | $ 130.00 Reviewed material relevant to theTitle III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200630 | Sarro, Mark | Principal | $ | 650 | 0.2 | $ 130.00 Correspondence re Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200630 | Sarro, Mark | Principal | $ | 650 | 0.7 | $ 455.00 Reviewed materials relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200630 | Sarro, Mark | Principal | $ | 650 | 0.8 | $ 520.00 Reviewed material relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200630 | Cragg, Mike | Principal | $ | 950 | 0.9 | $ 855.00 Corresponded with M. Sarro and B. Zhou regarding the Title III Proceedings.. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200630 | Cragg, Mike | Principal | $ | 950 | 1.2 | $ 1,140.00 Reviewed material relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200630 | Zhou, Bin | Principal | $ | 625 | 0.6 | $ 375.00 Correspondence re Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200630 | Zhou, Bin | Principal | $ | 625 | 0.9 | $ 562.50 Reviewed material relevant to the Title III Proceedings. |
| C4 - Title III Proceedings - General Assistance to Counsel | 20200630 | Zhou, Bin | Principal | $ | 625 | 0.9 | $ 562.50 Reviewed material relevant to the Title III Proceedings. |

**Subtotal**    $40,320.00
*Less 15% Performed Pro Bono*    $ 6,048.00
**Fees Charged to Oversight Board**    $34,272.00

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------ x

| | |
|---|---|
| *In re* | PROMESA |
| THE FINANCIAL OVERSIGHT AND | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| | No. 17 BK 3283-LTS |
|   as representative of | |
| | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et. al.* | |
|       Debtors.[1] | |

------------------------------------------------------------

## COVER SHEET TO THIRTEENTH MONTHLY FEE STATEMENT
## OF THE BRATTLE GROUP, INC.
### FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
### INCURRED AS ECONOMIC CONSULTANT TO PROSKAUER ROSE LLP,
### AS LEGAL COUNSEL TO AND ON BEHALF OF THE FINANCIAL OVERSIGHT AND
### MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE DEBTORS,
### FOR THE PERIOD JULY 1, 2020-JULY 31, 2020

| | |
|---|---|
| Name of Applicant: | The Brattle Group, Inc. ("Brattle") |
| Retained to Provide Professional Services to: | Proskauer Rose LLP, ("Proskauer") as legal counsel to and on behalf of The Financial Oversight and Management Board for Puerto Rico, Representative of the Debtors Pursuant to PROMESA § 315(b) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Retention Date: | March 25, 2019 |
|---|---|
| Period for Which Compensation is Sought: | July 1, 2020 through July 31, 2020 (the "Fee Period") |
| Amount of Fees Sought (90% of Invoiced Amount): | **$ 7,562.03** |
| Amount of Expense Reimbursement Sought: | **$0** |
| Total Fees and Expenses Sought for Compensation Period: | **$ 7,562.03** |

This is a(n) _X_ Monthly __ Interim __ Final Fee Application

This is Brattle's thirteenth monthly fee statement ("Brattle's Thirteenth Monthly Fee Statement") in the Debtors' Title III Cases, served pursuant to the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Second Amended Order").  Brattle seeks:

    a. Payment of compensation in the amount of $7,562.03 (90% of  $8,402.25 of fees on account of reasonable and necessary professional services rendered to Proskauer to facilitate the effective representation by Proskauer of its obligations as legal counsel to Oversight Board as representative of the Debtors in the Title III Cases).

At the end of Brattle's Thirteenth Monthly Fee Statement are the following summaries:

    a. Schedule 1 – Summary schedule showing professional fees by task;

    b. Schedule 2 – Summary schedule showing the professionals who performed the services, the numbers of hours spent, the respective professional's billing rate, and the total fees for such services;

    c. Schedule 3 – Summary schedule noting that no expenses were incurred in connection with the provision of the services; and

    d. Schedule 4 – An itemized time record, organized chronologically, for which compensation is sought which includes: 1) the date each service was rendered; 2) the

professionals who performed the services; 3) a description of the services rendered; and 4) the time spent performing the services in increments of tenths of an hour.

## Certifications

I certify that no employee of the Oversight Board is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of Proskauer and the Oversight Board. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. The total amount shown on this fee statement is true and correct. To the best of my knowledge, Brattle does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

Dated:          September 29, 2020
                Boston, MA

Barbara Levine, General Counsel
THE BRATTLE GROUP, INC.
Independent Contractor to Proskauer Rose LLP,
legal counsel to the Financial Oversight and
Management Board, as representative of the
Debtors

One Beacon Street, Suite 2600
Boston, MA 02108
Tel: 617-864-7900
Fax: 617-507-0063
Email: barbara.levine@brattle.com

Principal Certification

I hereby authorize the submission of this Monthly Fee Statement.

_____

Chantel L. Febus

Partner

Proskauer Rose LLP

Counsel to the Financial Oversight and Management Board for Puerto Rico

Pursuant to the Interim Compensation Order, Brattle has caused notice of this Monthly

Fee Statement to be provided to:

(a) the Financial Oversight and Management Board, 40 Washington Square South, Office 314A, New York, NY 10012, Attn: Professor Arthur J. Gonzalez, Oversight Board Member;

(b) attorneys for the Financial Oversight and Management Board as representative of The Commonwealth of Puerto Rico, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813, Attn: Hermann D. Bauer, Esq. (hermann.bauer@oneillborges.com);

(c) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzzanne Uhland, Esq. (suhland@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

(d) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave., San Juan P.R. 00917, Attn.: Luis C. Marini-Biaggi, Esq., (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

(e) the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico);

(f) attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com);

(g) attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

(h) attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com); and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

(i) attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar- Zequeira, Esq. (ajb@bennazar.org);

(j) the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

(k) attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

(l) attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@gklaw.com).

### SCHEDULE 1

**Summary of Professional Services and Expenses Rendered *by Task*
for the Period July 1, 2020 through July 31, 2020**

| TASK | HOURS | FEES[2] |
|------|-------|---------|
| PREPA Title III Proceeding | 13.6 | $ 9,885.00 |
| Subtotal | | $ 9,885.00 |
| Less 15% of Fees (performed *pro bono*) | | ($1,482.75) |
| **Total Fees Charged to Oversight Board** | | **$8,402.25** |

---

[2]   15% of the Fees noted in this chart reflect services performed *pro bono*. The reduction in the amount
of the Fees charged to Oversight Board is reflected in the line titled 'Total Fees Charged to Oversight
Board.'

## SCHEDULE 2

**Summary of Professional Services Rendered *by Timekeeper***
**for the Period July 1, 2020 through July 31, 2020**

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS (in this application) | FEES[3] |
|---|---|---|---|---|
| Cragg, Michael | Principal | $950 | 3.6 | $ 3,420.00 |
| Sarro, Mark | Principal | $650 | 8.6 | $ 5,590.00 |
| Zhou, Bin | Principal | $625 | 1.4 | $ 875.00 |
| Subtotal | | | | $9,885.00 |
| Less 15% of Fees (performed *pro bono*) | | | | ($1,482.75) |
| **Total Fees Charged to Oversight Board** | | | | **$8,402.25** |

---

[3]   15% of the Fees noted in this chart are being performed *pro bono*. The reduction in the amount of the Fees charged to Oversight Board is reflected in the line titled 'Total Fees Charged to Oversight Board.'

## **SCHEDULE 3**

**No Expenses Were Incurred
for the Period July 1, 2020 through July 31, 2020**

# **SCHEDULE 4**

**Itemized time record, organized chronologically, for which compensation is sought**

| Location | Task Code | Date | Week Ending | Timekeeper | Position/Title | Hourly Rate | Billed Hours | Billed Fees | Fee Statement description |
|---|---|---|---|---|---|---|---|---|---|
| Outside PR | C2 - PREPA Title III Proceeding | 20200701 | 3-Jul-20 | Cragg, Mike | Principal | $ 950 | 0.3 | $ 285.00 | Reviewed material relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200701 | 3-Jul-20 | Cragg, Mike | Principal | $ 950 | 0.4 | $ 380.00 | Reviewed material relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200701 | 3-Jul-20 | Cragg, Mike | Principal | $ 950 | 0.4 | $ 380.00 | Reviewed material relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200702 | 3-Jul-20 | Cragg, Mike | Principal | $ 950 | 0.2 | $ 190.00 | Discussion with M. Sarro regarding material relevant to the PREPA Fiscal plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200702 | 3-Jul-20 | Cragg, Mike | Principal | $ 950 | 0.3 | $ 285.00 | Reviewed materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200702 | 3-Jul-20 | Cragg, Mike | Principal | $ 950 | 0.4 | $ 380.00 | Meeting with M. Sarro and Proskauer representatives J. Richman and others regarding materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200702 | 3-Jul-20 | Cragg, Mike | Principal | $ 950 | 0.9 | $ 855.00 | Reviewed materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200703 | 3-Jul-20 | Cragg, Mike | Principal | $ 950 | 0.7 | $ 665.00 | Reviewed materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200701 | 3-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Reviewed materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200701 | 3-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Reviewed materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200701 | 3-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Reviewed materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200701 | 3-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Meeting with B. Zhou regarding materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200701 | 3-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.3 | $ 195.00 | Reviewed materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200701 | 3-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.4 | $ 260.00 | Reviewed materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200701 | 3-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.4 | $ 260.00 | Reviewed materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200701 | 3-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.5 | $ 325.00 | Meeting with B. Zhou regarding materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200701 | 3-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.8 | $ 520.00 | Reviewed materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200702 | 3-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.1 | $ 65.00 | Reviewed materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200702 | 3-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Reviewed materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200702 | 3-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Discussion with M. Cragg regarding materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200702 | 3-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.4 | $ 260.00 | Meeting with M. Cragg and J. Richman and other Proskauer representatives re: Board matter. (Attended partially) |
| Outside PR | C2 - PREPA Title III Proceeding | 20200702 | 3-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.7 | $ 455.00 | Reviewed materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200702 | 3-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.7 | $ 455.00 | Meeting between Prof. Jim Hines, Proskauer representative J. Richman, and B. Zhou regarding materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200703 | 3-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.3 | $ 195.00 | Reviewed materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200703 | 3-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.3 | $ 195.00 | Reviewed materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200703 | 3-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.4 | $ 260.00 | Reviewed materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200703 | 3-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.6 | $ 390.00 | Reviewed materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200707 | 10-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.4 | $ 260.00 | Reviewed materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200707 | 10-Jul-20 | Sarro, Mark | Principal | $ 650 | 0.9 | $ 585.00 | Reviewed materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200701 | 3-Jul-20 | Zhou, Bin | Principal | $ 625 | 0.2 | $ 125.00 | Meeting with M. Sarro regarding materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200701 | 3-Jul-20 | Zhou, Bin | Principal | $ 625 | 0.5 | $ 312.50 | Meeting with M. Sarro regarding materials relevant to the PREPA Fiscal Plan. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200702 | 3-Jul-20 | Zhou, Bin | Principal | $ 625 | 0.7 | $ 437.50 | Meeting between Prof. Jim Hines, Proskauer representative J. Richman, and M. Sarro regarding materials relevant to the PREPA Fiscal Plan. |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------- x

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et.
al.*

       Debtors.[1]

-------------------------------------------------------------

PROMESA

Title III

No. 17 BK 3283-LTS

(Jointly Administered)

COVER SHEET TO FOURTEENTH MONTHLY FEE STATEMENT
OF THE BRATTLE GROUP, INC.
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED AS ECONOMIC CONSULTANT TO PROSKAUER ROSE LLP,
AS LEGAL COUNSEL TO AND ON BEHALF OF THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE DEBTORS,
FOR THE PERIOD AUGUST 1, 2020-AUGUST 31, 2020

| Name of Applicant: | The Brattle Group, Inc. ("Brattle") |
|---|---|
| Retained to Provide Professional Services to: | Proskauer Rose LLP, ("Proskauer") as legal counsel to and on behalf of The Financial Oversight and Management Board for Puerto Rico, Representative of the Debtors Pursuant to PROMESA § 315(b) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Retention Date: | March 25, 2019 |
|---|---|
| Period for Which Compensation is Sought: | August 1, 2020 through August 31, 2020 (the "Fee Period") |
| Amount of Fees Sought (90% of Invoiced Amount): | **$16,388.21** |
| Amount of Expense Reimbursement Sought: | **$0** |
| Total Fees and Expenses Sought for Compensation Period: | **$16,388.21** |

This is a(n) _X_ Monthly ___Interim ___Final Fee Application

This is Brattle's fourteenth monthly fee statement ("Brattle's Fourteenth Monthly Fee Statement") in the Debtors' Title III Cases, served pursuant to the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Second Amended Order").  Brattle seeks:

a. Payment of compensation in the amount of $16,388.21 (90% of $18,209.13 of fees on account of reasonable and necessary professional services rendered to Proskauer to facilitate the effective representation by Proskauer of its obligations as legal counsel to Oversight Board as representative of the Debtors in the Title III Cases).

At the end of Brattle's Fourteenth Monthly Fee Statement are the following summaries:

a. Schedule 1 – Summary schedule showing professional fees by task;

b. Schedule 2 – Summary schedule showing the professionals who performed the services, the numbers of hours spent, the respective professional's billing rate, and the total fees for such services;

c. Schedule 3 – Summary schedule noting that no expenses were incurred in connection with the provision of the services; and

d. Schedule 4 – An itemized time record, organized chronologically, for which compensation is sought which includes: 1) the date each service was rendered; 2) the

professionals who performed the services; 3) a description of the services rendered; and

4) the time spent performing the services in increments of tenths of an hour.

<u>Certifications</u>

I certify that no employee of the Oversight Board is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of Proskauer and the Oversight Board. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. The total amount shown on this fee statement is true and correct. To the best of my knowledge, Brattle does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

Dated:          November 5, 2020
                Boston, MA

Barbara Levine, General Counsel
THE BRATTLE GROUP, INC.
Independent Contractor to Proskauer Rose LLP,
legal counsel to the Financial Oversight and
Management Board, as representative of the
Debtors

One Beacon Street, Suite 2600
Boston, MA 02108
Tel: 617-864-7900
Fax: 617-507-0063
Email: barbara.levine@brattle.com

Principal Certification

I hereby authorize the submission of this Monthly Fee Statement.

_____

Chantel L. Febus

Partner

Proskauer Rose LLP

Counsel to the Financial Oversight and Management Board for Puerto Rico

Pursuant to the Interim Compensation Order, Brattle has caused notice of this Monthly Fee Statement to be provided to:

(a) the Financial Oversight and Management Board, 40 Washington Square South, Office 314A, New York, NY 10012, Attn: Professor Arthur J. Gonzalez, Oversight Board Member;

(b) attorneys for the Financial Oversight and Management Board as representative of The Commonwealth of Puerto Rico, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813, Attn: Hermann D. Bauer, Esq. (hermann.bauer@oneillborges.com);

(c) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzzanne Uhland, Esq. (suhland@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

(d) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave., San Juan P.R. 00917, Attn.: Luis C. Marini-Biaggi, Esq., (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

(e) the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico);

(f) attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com);

(g) attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

(h) attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com); and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

(i) attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar- Zequeira, Esq. (ajb@bennazar.org);

(j) the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

(k) attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

(l) attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@gklaw.com).

## <u>SCHEDULE 1</u>

**Summary of Professional Services and Expenses Rendered *by Task*
for the Period August 1, 2020 through August 31, 2020**

| TASK | HOURS | FEES[2] |
|------|-------|---------|
| PREPA Planning | 18.0 | $12,660.00 |
| Title III Proceeding | 13.3 | $8,762.50 |
| Subtotal | | $21,422.50 |
| Less 15% of Fees (performed *pro bono*) | | *($3,213.38)* |
| **Total Fees Charged to Oversight Board** | | **$18,209.13** |

---

[2]   15% of the Fees noted in this chart reflect services performed *pro bono*. The reduction in the amount of the Fees charged to Oversight Board is reflected in the line titled 'Total Fees Charged to Oversight Board.'

## SCHEDULE 2

**Summary of Professional Services Rendered *by Timekeeper***
**for the Period August 1, 2020 through August 31, 2020**

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS (in this application) | FEES[3] |
|---|---|---|---|---|
| Cragg, Michael | Principal | $950 | 3.60 | $ 3,420.00 |
| Sarro, Mark | Principal | $650 | 27.60 | $ 17,940.00 |
| Zhou, Bin | Principal | $625 | 0.10 | $ 62.50 |
| Subtotal | | | | $21,422.50 |
| Less 15% of Fees (performed *pro bono*) | | | | *($3,213.38)* |
| **Total Fees Charged to Oversight Board** | | | | **$18,209.13** |

---

[3]   15% of the Fees noted in this chart are being performed *pro bono*. The reduction in the amount of the Fees charged to Oversight Board is reflected in the line titled 'Total Fees Charged to Oversight Board.'

## **<u>SCHEDULE 3</u>**

**No Expenses Were Incurred
for the Period August 1, 2020 through August 31, 2020**

## **SCHEDULE 4**

**Itemized time record, organized chronologically, for which compensation is sought**

| Location | Task Code | Date | Week Ending | Timekeeper | Position/Title | Hourly Rate | Billed Hours | Billed Fees | Fee Statement description |
|---|---|---|---|---|---|---|---|---|---|
| Outside PR | C7- PREPA Planning | 20200803 | 7-Aug-20 | Cragg, Mike | Principal | $ 950 | 0.4 | $ 380.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200805 | 7-Aug-20 | Sarro, Mark | Principal | $ 650 | 0.6 | $ 390.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200805 | 7-Aug-20 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200805 | 7-Aug-20 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200806 | 7-Aug-20 | Cragg, Mike | Principal | $ 950 | 0.8 | $ 760.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200807 | 7-Aug-20 | Sarro, Mark | Principal | $ 650 | 1.1 | $ 715.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200807 | 7-Aug-20 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200807 | 14-Aug-20 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200807 | 7-Aug-20 | Cragg, Mike | Principal | $ 950 | 0.5 | $ 475.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200812 | 14-Aug-20 | Cragg, Mike | Principal | $ 950 | 0.7 | $ 665.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200813 | 14-Aug-20 | Sarro, Mark | Principal | $ 650 | 0.4 | $ 260.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200814 | 14-Aug-20 | Cragg, Mike | Principal | $ 950 | 0.5 | $ 475.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200814 | 21-Aug-20 | Sarro, Mark | Principal | $ 650 | 0.8 | $ 520.00 | Meeting with J. Weiss and B. Zarakas (Brattle) regarding materials relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200814 | 21-Aug-20 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200814 | 21-Aug-20 | Sarro, Mark | Principal | $ 650 | 0.4 | $ 260.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200816 | 21-Aug-20 | Sarro, Mark | Principal | $ 650 | 0.7 | $ 455.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200817 | 28-Aug-20 | Sarro, Mark | Principal | $ 650 | 1.3 | $ 845.00 | Meeting with B. Zarakas (Brattle) regarding materials relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200817 | 28-Aug-20 | Sarro, Mark | Principal | $ 650 | 0.3 | $ 195.00 | Meeting with J. Weiss (Brattle) regarding materials relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200817 | 28-Aug-20 | Sarro, Mark | Principal | $ 650 | 1.4 | $ 910.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200817 | 28-Aug-20 | Sarro, Mark | Principal | $ 650 | 0.3 | $ 195.00 | Meeting with B. Zarakas (Brattle) regarding materials relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200818 | 28-Aug-20 | Sarro, Mark | Principal | $ 650 | 2.6 | $ 1,690.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200818 | 28-Aug-20 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200818 | 28-Aug-20 | Sarro, Mark | Principal | $ 650 | 0.9 | $ 585.00 | Meeting with B. Zarakas (Brattle) regarding materials relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200819 | 28-Aug-20 | Sarro, Mark | Principal | $ 650 | 2.1 | $ 1,365.00 | Reviewed material relevant to the PREPA sustainability planning. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Outside PR | C7- PREPA Planning | 20200819 | 28-Aug-20 | Sarro, Mark | Principal | $ | 650 | 0.2 | $ | 130.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C7- PREPA Planning | 20200819 | 28-Aug-20 | Sarro, Mark | Principal | $ | 650 | 0.1 | $ | 65.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C4 - Title III Proceedings | 20200821 | 28-Aug-20 | Sarro, Mark | Principal | $ | 650 | 0.2 | $ | 130.00 | Reviewed material relevant to the Title III Proceedings. |
| Outside PR | C4 - Title III Proceedings | 20200821 | 28-Aug-20 | Sarro, Mark | Principal | $ | 650 | 0.3 | $ | 195.00 | Meeting with J. Richman (Proskauer) regarding materials relevant to the Title III Proceedings. |
| Outside PR | C4 - Title III Proceedings | 20200821 | 28-Aug-20 | Sarro, Mark | Principal | $ | 650 | 1.7 | $ | 1,105.00 | Reviewed material relevant to the Title III Proceedings. |
| Outside PR | C4 - Title III Proceedings | 20200823 | 28-Aug-20 | Cragg, Mike | Principal | $ | 950 | 0.2 | $ | 190.00 | Reviewed material relevant to the Title III Proceedings. |
| Outside PR | C4 - Title III Proceedings | 20200824 | 28-Aug-20 | Sarro, Mark | Principal | $ | 650 | 1.1 | $ | 715.00 | Reviewed material relevant to the Title III Proceedings. |
| Outside PR | C7- PREPA Planning | 20200825 | 28-Aug-20 | Cragg, Mike | Principal | $ | 950 | 0.3 | $ | 285.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C4 - Title III Proceedings | 20200826 | 28-Aug-20 | Cragg, Mike | Principal | $ | 950 | 0.2 | $ | 190.00 | Reviewed material relevant to the Title III Proceedings. |
| Outside PR | C4 - Title III Proceedings | 20200827 | 28-Aug-20 | Sarro, Mark | Principal | $ | 650 | 0.9 | $ | 585.00 | Reviewed material relevant to the Title III Proceedings. |
| Outside PR | C4 - Title III Proceedings | 20200827 | 28-Aug-20 | Sarro, Mark | Principal | $ | 650 | 0.7 | $ | 455.00 | Reviewed material relevant to the Title III Proceedings. |
| Outside PR | C4 - Title III Proceedings | 20200828 | 28-Aug-20 | Sarro, Mark | Principal | $ | 650 | 0.4 | $ | 260.00 | Reviewed material relevant to the Title III Proceedings. |
| Outside PR | C4 - Title III Proceedings | 20200828 | 28-Aug-20 | Sarro, Mark | Principal | $ | 650 | 1.3 | $ | 845.00 | Reviewed material relevant to the Title III Proceedings. |
| Outside PR | C7- PREPA Planning | 20200828 | 28-Aug-20 | Sarro, Mark | Principal | $ | 650 | 0.4 | $ | 260.00 | Reviewed material relevant to the PREPA sustainability planning. |
| Outside PR | C4 - Title III Proceedings | 20200828 | 28-Aug-20 | Sarro, Mark | Principal | $ | 650 | 0.1 | $ | 65.00 | Meeting with B. Zhou regarding materials relevant to the Title III Proceedings. |
| Outside PR | C4 - Title III Proceedings | 20200828 | 28-Aug-20 | Zhou, Bin | Principal | $ | 625 | 0.1 | $ | 62.50 | Meeting with M. Sarro regarding materials relevant to the Title III Proceedings. |
| Outside PR | C4 - Title III Proceedings | 20200830 | 4-Sep-20 | Sarro, Mark | Principal | $ | 650 | 1.6 | $ | 1,040.00 | Reviewed material relevant to the Title III Proceedings. |
| Outside PR | C4 - Title III Proceedings | 20200831 | 4-Sep-20 | Sarro, Mark | Principal | $ | 650 | 1.7 | $ | 1,105.00 | Reviewed material relevant to the Title III Proceedings. |
| Outside PR | C4 - Title III Proceedings | 20200831 | 4-Sep-20 | Sarro, Mark | Principal | $ | 650 | 1.4 | $ | 910.00 | Reviewed material relevant to the Title III Proceedings. |
| Outside PR | C4 - Title III Proceedings | 20200831 | 4-Sep-20 | Sarro, Mark | Principal | $ | 650 | 0.9 | $ | 585.00 | Meeting with J. Richman (Proskauer) and H. Farber, R. Giglenbach (Ashmore & Ashenfleter) regarding materials relevant to Title III Proceedings. |
| Outside PR | C4 - Title III Proceedings | 20200831 | 4-Sep-20 | Sarro, Mark | Principal | $ | 650 | 0.5 | $ | 325.00 | Meeting with R. Kim (Proskauer) regarding materials relevant to the Title III Proceedings. |

| | | |
|---|---|---|
| Total: | $ | 21,422.50 |
| 15%: | $ | 3,213.38 |
| total: | $ | 18,209.13 |
| 90%: | $ | 16,388.21 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------ x

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et. al.*

       Debtors.[1]

------------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

COVER SHEET TO FIFTEENTH MONTHLY FEE STATEMENT
OF THE BRATTLE GROUP, INC.
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED AS ECONOMIC CONSULTANT TO PROSKAUER ROSE LLP,
AS LEGAL COUNSEL TO AND ON BEHALF OF THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE DEBTORS,
FOR THE PERIOD SEPTEMBER 1, 2020-SEPTEMBER 30, 2020

| | |
|---|---|
| Name of Applicant: | The Brattle Group, Inc. ("Brattle") |
| Retained to Provide Professional Services to: | Proskauer Rose LLP, ("Proskauer") as legal counsel to and on behalf of The Financial Oversight and Management Board for Puerto Rico, Representative of the Debtors Pursuant to PROMESA § 315(b) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Retention Date: | March 25, 2019 |
|---|---|
| Period for Which Compensation is Sought: | September 1, 2020 through September 30, 2020 (the "Fee Period") |
| Amount of Fees Sought (90% of Invoiced Amount): | **$24,715.23** |
| Amount of Expense Reimbursement Sought: | **$0** |
| Total Fees and Expenses Sought for Compensation Period: | **$24,715.23** |

This is a(n) _X_ Monthly ___Interim __Final Fee Application

This is Brattle's fifteenth monthly fee statement ("Brattle's Fifteenth Monthly Fee Statement") in the Debtors' Title III Cases, served pursuant to the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Second Amended Order").  Brattle seeks:

a. Payment of compensation in the amount of $24,715.23 (90% of $27,461.37 of fees on account of reasonable and necessary professional services rendered to Proskauer to facilitate the effective representation by Proskauer of its obligations as legal counsel to Oversight Board as representative of the Debtors in the Title III Cases).

At the end of Brattle's Fifteenth Monthly Fee Statement are the following summaries:

a. Schedule 1 – Summary schedule showing professional fees by task;

b. Schedule 2 – Summary schedule showing the professionals who performed the services, the numbers of hours spent, the respective professional's billing rate, and the total fees for such services;

c. Schedule 3 – Summary schedule noting that no expenses were incurred in connection with the provision of the services; and

d. Schedule 4 – An itemized time record, organized chronologically, for which compensation is sought which includes: 1) the date each service was rendered; 2) the

professionals who performed the services; 3) a description of the services rendered; and 4) the time spent performing the services in increments of tenths of an hour.

<u>Certifications</u>

I certify that no employee of the Oversight Board is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of Proskauer and the Oversight Board. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. The total amount shown on this fee statement is true and correct. To the best of my knowledge, Brattle does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

Dated:          November 23, 2020
                Boston, MA

Barbara Levine, General Counsel
THE BRATTLE GROUP, INC.
Independent Contractor to Proskauer Rose LLP,
legal counsel to the Financial Oversight and
Management Board, as representative of the
Debtors

One Beacon Street, Suite 2600
Boston, MA 02108
Tel: 617-864-7900
Fax: 617-507-0063
Email: barbara.levine@brattle.com

Principal Certification

I hereby authorize the submission of this Monthly Fee Statement.

_____

Chantel L. Febus

Partner

Proskauer Rose LLP

Counsel to the Financial Oversight and Management Board for Puerto Rico

Pursuant to the Interim Compensation Order, Brattle has caused notice of this Monthly Fee Statement to be provided to:

(a) the Financial Oversight and Management Board, 40 Washington Square South, Office 314A, New York, NY 10012, Attn: Professor Arthur J. Gonzalez, Oversight Board Member;

(b) attorneys for the Financial Oversight and Management Board as representative of The Commonwealth of Puerto Rico, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813, Attn: Hermann D. Bauer, Esq. (hermann.bauer@oneillborges.com);

(c) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzzanne Uhland, Esq. (suhland@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

(d) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave., San Juan P.R. 00917, Attn.: Luis C. Marini-Biaggi, Esq., (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

(e) the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico);

(f) attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com);

(g) attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

(h) attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com); and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

(i) attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar- Zequeira, Esq. (ajb@bennazar.org);

(j) the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

(k) attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

(l) attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@gklaw.com).

## <u>SCHEDULE 1</u>

**Summary of Professional Services and Expenses Rendered *by Task***
**for the Period September 1, 2020 through September 30, 2020**

| TASK | HOURS | FEES[2] |
|---|---|---|
| Title III Proceeding | 60.8 | $32,307.50 |
| Subtotal | | $32,307.50 |
| Less 15% of Fees (performed *pro bono*) | | *($4,846.13)* |
| **Total Fees Charged to Oversight Board** | | **$27,461.37** |
| | | |

---

[2]   15% of the Fees noted in this chart reflect services performed *pro bono*. The reduction in the amount
of the Fees charged to Oversight Board is reflected in the line titled 'Total Fees Charged to Oversight
Board.' The sum reflected on the *pro bono* line is rounded up. The total fees charged is rounded down.

## SCHEDULE 2

**Summary of Professional Services Rendered *by Timekeeper*
for the Period September 1, 2020 through September 30, 2020**

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS (in this application) | FEES[3] |
|---|---|---|---|---|
| Sarro, Mark | Principal | $650 | 24.30 | $15,795.00 |
| Polek, Christine | Senior Associate | $520 | 26.00 | $13,520.00 |
| Cohen, Hannah | Research Analyst | $285 | 10.50 | $2,992.50 |
| Subtotal | | | | $32,307.50 |
| Less 15% of Fees (performed *pro bono*) | | | | *($4,846.13)* |
| **Total Fees Charged to Oversight Board** | | | | **$27,461.37** |

---

[3]   15% of the Fees noted in this chart are being performed *pro bono*. The reduction in the amount of the Fees charged to Oversight Board is reflected in the line titled 'Total Fees Charged to Oversight Board.'

## **SCHEDULE 3**

**No Expenses Were Incurred
for the Period September 1, 2020 through September 30, 2020**

## **SCHEDULE 4**

**Itemized time record, organized chronologically, for which compensation is sought**

| Location | Task Code | Date | Week Ending | Timekeeper | Position/Title | Hourly Rate | Billed Hours | Billed Fees | Fee Statement description |
|---|---|---|---|---|---|---|---|---|---|
| Outside PR | C2 - PREPA Title III Proceeding | 20200902 | 4-Sep-20 | Sarro, Mark | Principal | $ 650 | 0.4 | $ 260.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200902 | 4-Sep-20 | Sarro, Mark | Principal | $ 650 | 1.9 | $ 1,235.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200903 | 4-Sep-20 | Sarro, Mark | Principal | $ 650 | 0.7 | $ 455.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200903 | 4-Sep-20 | Polek, Christine | Senior Associate | $ 520 | 2.0 | $ 1,040.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200904 | 4-Sep-20 | Sarro, Mark | Principal | $ 650 | 0.3 | $ 195.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200904 | 4-Sep-20 | Sarro, Mark | Principal | $ 650 | 0.1 | $ 65.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200904 | 4-Sep-20 | Polek, Christine | Senior Associate | $ 520 | 0.9 | $ 468.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200904 | 4-Sep-20 | Polek, Christine | Senior Associate | $ 520 | 0.4 | $ 208.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200904 | 4-Sep-20 | Polek, Christine | Senior Associate | $ 520 | 1.7 | $ 884.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200905 | 11-Sep-20 | Sarro, Mark | Principal | $ 650 | 1.6 | $ 1,040.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200907 | 11-Sep-20 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200907 | 11-Sep-20 | Sarro, Mark | Principal | $ 650 | 1.0 | $ 650.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200908 | 11-Sep-20 | Polek, Christine | Senior Associate | $ 520 | 0.6 | $ 312.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200908 | 11-Sep-20 | Polek, Christine | Senior Associate | $ 520 | 1.2 | $ 624.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200908 | 11-Sep-20 | Sarro, Mark | Principal | $ 650 | 0.5 | $ 325.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200908 | 11-Sep-20 | Sarro, Mark | Principal | $ 650 | 1.2 | $ 780.00 | Meeting with C. Polek (Brattle) regarding materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200908 | 11-Sep-20 | Polek, Christine | Senior Associate | $ 520 | 1.2 | $ 624.00 | Meeting with M. Sarro regarding materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200908 | 11-Sep-20 | Sarro, Mark | Principal | $ 650 | 1.3 | $ 845.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200908 | 11-Sep-20 | Sarro, Mark | Principal | $ 650 | 1.2 | $ 780.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200908 | 11-Sep-20 | Sarro, Mark | Principal | $ 650 | 0.2 | $ 130.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200909 | 11-Sep-20 | Polek, Christine | Senior Associate | $ 520 | 1.7 | $ 884.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200909 | 11-Sep-20 | Polek, Christine | Senior Associate | $ 520 | 1.3 | $ 676.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200909 | 11-Sep-20 | Sarro, Mark | Principal | $ 650 | 0.6 | $ 390.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200909 | 11-Sep-20 | Sarro, Mark | Principal | $ 650 | 1.6 | $ 1,040.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200909 | 11-Sep-20 | Sarro, Mark | Principal | $ 650 | 0.4 | $ 260.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200910 | 11-Sep-20 | Cohen, Hannah | Research Analyst | $ 285 | 2.0 | $ 570.00 | Meeting with M. Sarro (attended partially) and C. Polek (Brattle) regarding materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200910 | 11-Sep-20 | Polek, Christine | Senior Associate | $ 520 | 1.0 | $ 520.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200910 | 11-Sep-20 | Polek, Christine | Senior Associate | $ 520 | 2.0 | $ 1,040.00 | Meeting with M. Sarro (attended partially) and H. Cohen (Brattle) regarding materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200910 | 11-Sep-20 | Sarro, Mark | Principal | $ 650 | 1.1 | $ 715.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200910 | 11-Sep-20 | Sarro, Mark | Principal | $ 650 | 0.8 | $ 520.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200910 | 11-Sep-20 | Sarro, Mark | Principal | $ 650 | 1.2 | $ 780.00 | Meeting with C. Polek and H. Cohen (Brattle) regarding materials relevant to the PREPA Title III Proceedings. (Attended partially) |
| Outside PR | C2 - PREPA Title III Proceeding | 20200911 | 11-Sep-20 | Cohen, Hannah | Research Analyst | $ 285 | 3.2 | $ 912.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200911 | 11-Sep-20 | Polek, Christine | Senior Associate | $ 520 | 2.1 | $ 1,092.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200911 | 11-Sep-20 | Polek, Christine | Senior Associate | $ 520 | 0.9 | $ 468.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200911 | 11-Sep-20 | Sarro, Mark | Principal | $ 650 | 0.6 | $ 390.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200914 | 18-Sep-20 | Cohen, Hannah | Research Analyst | $ 285 | 1.3 | $ 370.50 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200914 | 18-Sep-20 | Cohen, Hannah | Research Analyst | $ 285 | 0.8 | $ 228.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200914 | 18-Sep-20 | Polek, Christine | Senior Associate | $ 520 | 0.9 | $ 468.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200914 | 18-Sep-20 | Polek, Christine | Senior Associate | $ 520 | 2.1 | $ 1,092.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200914 | 18-Sep-20 | Sarro, Mark | Principal | $ 650 | 1.8 | $ 1,170.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200915 | 18-Sep-20 | Polek, Christine | Senior Associate | $ 520 | 2.0 | $ 1,040.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200915 | 18-Sep-20 | Polek, Christine | Senior Associate | $ 520 | 1.6 | $ 832.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200915 | 18-Sep-20 | Sarro, Mark | Principal | $ 650 | 0.5 | $ 325.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Outside PR | C2 - PREPA Title III Proceeding | 20200915 | 18-Sep-20 | Sarro, Mark | Principal | $ | 650 | 2.3 | $ | 1,495.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200915 | 18-Sep-20 | Sarro, Mark | Principal | $ | 650 | 1.0 | $ | 650.00 | Follow-up meeting with C. Polek and H. Cohen (Brattle) regarding materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200915 | 18-Sep-20 | Polek, Christine | Senior Associate | $ | 520 | 0.7 | $ | 364.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200915 | 18-Sep-20 | Cohen, Hannah | Research Analyst | $ | 285 | 1.1 | $ | 313.50 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200915 | 18-Sep-20 | Polek, Christine | Senior Associate | $ | 520 | 0.7 | $ | 364.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200915 | 18-Sep-20 | Cohen, Hannah | Research Analyst | $ | 285 | 1.1 | $ | 313.50 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200915 | 18-Sep-20 | Cohen, Hannah | Research Analyst | $ | 285 | 1.0 | $ | 285.00 | Follow-up meeting with M. Sarro and C. Polek (Brattle) regarding materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200915 | 18-Sep-20 | Polek, Christine | Senior Associate | $ | 520 | 1.0 | $ | 520.00 | Follow-up meeting with M. Sarro and H. Cohen (Brattle) regarding materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200916 | 18-Sep-20 | Sarro, Mark | Principal | $ | 650 | 1.6 | $ | 1,040.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |
| Outside PR | C2 - PREPA Title III Proceeding | 20200916 | 18-Sep-20 | Sarro, Mark | Principal | $ | 650 | 0.2 | $ | 130.00 | Reviewed materials relevant to the PREPA Title III Proceedings. |