UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND | : |
| MANAGEMENT BOARD FOR PUERTO RICO, | : PROMESA |
| | : Title III |
| as representative of | : |
| | : Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : |
| | : (Jointly Administered) |
| Debtors.[1] | : |

---

**NOTICE OF FILING OF SUPPLEMENTAL DOCUMENTS AND TRANSLATIONS THEREOF IN CONNECTION WITH LIMITED OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF COMMONWEALTH OF PUERTO RICO PURSUANT TO BANKRUPTCY CODE SECTION 365 FOR ENTRY OF ORDER APPROVING ASSUMPTION OF SETTLEMENT AGREEMENTS WITH GARCÍA RUBIERA CLASS PLAINTIFFS**

To the Honorable United States District Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors (the "Committee"),[2] in connection with its *Limited Objection of Official Committee of Unsecured Creditors to Motion of Commonwealth of Puerto Rico Pursuant to Bankruptcy Code Section 365 for Entry Of Order Approving Assumption of Settlement Agreements with García Rubiera Class Plaintiffs* [Docket No. 15275] (the "Objection"),[3] respectfully submits (a) the attached original filed Spanish version of the

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747), and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (Last Four Digits of Federal Tax ID: 3801)

[2] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

[3] Capitalized terms not defined herein shall have the meanings ascribed to them in the Objection.

Commonwealth Stipulation, together with its attachments (the "Attachments"), attached hereto as **Exhibit A** (the "Original Commonwealth Stipulation"); and (b) certified English translations of Attachments B, C, and D, attached hereto as **Exhibit B**.[4]

As noted in the Objection, the Attachments B, C, and D were not filed with the English translation of the Commonwealth Stipulation attached to the Assumption Motion and, based on this, the Assumption Motion was not clear regarding the degree to which the Commonwealth and the Plaintiffs had agreed upon the content of individual and publication notices and claim submission forms prior to the Petition Date, an issue that may be relevant to the question of whether any unmet prepetition obligations existed in connection with the preparation of these documents under the Settlement Agreements.

Subsequent to the filing of the *Reply in Support of Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Code Section 365 for Entry of Order Approving Assumption of Settlement Agreements with García Rubiera Class Plaintiffs* [Docket No. 15325], the Committee was able to obtain a copy of the Original Commonwealth Stipulation from the Commonwealth court system.

As evidenced by Attachments B, C, and D, which consist of forms of individual and publication notices and claim submission forms to be prepared pursuant to the Settlement Agreements, the content of such documents had been finalized and agreed upon between the Commonwealth and Plaintiffs prior to the filing of the Commonwealth Stipulation on March 29, 2016 (*i.e.*, prior to the Petition Date).

[*Remainder of page intentionally left blank.*]

---

[4] A translation of the Commonwealth Stipulation is attached to the Assumption Motion as Exhibit 1 thereto. Attachment A to the Commonwealth Stipulation consists of the Federal Settlement Agreement, which is attached to the Assumption Motion as Exhibit 2 thereto.

WHEREFORE, the Committee respectfully requests the Court take notice of the above and accept the attached documents and certified translations.

Dated: December 8, 2020

By: */s/ Luc A. Despins*

**PAUL HASTINGS LLP**
Luc A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

By: */s/ Juan J. Casillas Ayala*

**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*