# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:35 AM (AST)
Ended: 10:20 AM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**　　　　　　　　DATE: December 9, 2020
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico *et al.*, Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Electric Power Authority,<br><br>Debtor | 3:17-BK-4780 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |

3:17-BK-3283 (LTS)
Omnibus Hearing – December 9, 2020

**Omnibus Hearing held.**

I. **STATUS REPORTS**

1. Report from the Oversight Board [Case No. 17-3283, ECF No. 15388]
2. Report from AAFAF [Case No. 17-3283, ECF No. 15382]
3. Cobra Status Report [Case No. 17-3283, ECF No. 15308; Case No. 17-4780, ECF No. 2314]
    - Order to be issued concerning further status report.

II. **CONTESTED MATTERS**

1. Commonwealth's Motion for Approval of Assumption of Settlement Agreements with García Rubiera Class Plaintiffs. [Case No. 17-3283; ECF No. 15171]
    - The Court reserved decision pending the supplemental submissions on December 16, 2020. Order to be issued.

2. Duprey-Rivera's Motion for Relief from the Automatic Stay. [Case No. 17-3283, ECF No. 15186]
    - Attorney Luis Rodriguez Munoz was unable to connect via CourtSolutions. He requested through Attorney Luis Marini that the matter be adjourned. Attorney Marini had no objection to said request. The request was deemed a waiver of the section 362(e) time limitation.
    - Matter adjourned. Order to be issued.

III. **ADJOURNED MATTERS**

1. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service. [Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]

2. Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for Relief from Automatic Stay. [Case No. 17-3283, ECF No. 12918]

3. Debtor's Rule 9019 Motion for Order Allowing PRIFA BANs Guarantee Claim. [Case No. 17-3283, ECF No. 12519]

4. Association of Owners of the Medina Professional Center Condominium's Request for Allowance and Payment of Administrative Expense Claim. [Case No. 17-3283, ECF No. 15140]

3:17-BK-3283 (LTS)
Omnibus Hearing – December 9, 2020

    5.    PREPA's Motion for Approval of Rejection of Certain Power Purchase and Operating Agreements. [Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]

    6.    Debtors' Omnibus Objections to Claims [Case No. 17-3283, ECF No. 15349]

**Hearing on Adjourned Omnibus Objections set for January 14, 2021 at 9:30 AM (AST) before Judge Laura Taylor Swain.**

<u>s/Carmen Tacoronte</u>
Carmen Tacoronte
Courtroom Deputy