**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
------------------------------------------------------------------  x
                                                                    :
In re:                                                              :
                                                                    :
                                                                    :  PROMESA
THE FINANCIAL OVERSIGHT AND                                         :  Title III
MANAGEMENT BOARD FOR PUERTO RICO,                                   :
                                                                    :  Case No. 17-BK-3283 (LTS)
        as representative of                                        :
                                                                    :  Re: ECF No. 15342
THE COMMONWEALTH OF PUERTO RICO, et al.,                            :
                                                                    :  (Jointly Administered)
        Debtors.¹                                                   :
------------------------------------------------------------------  x
```

**PSA CREDITORS' JOINDER TO AMBAC ASSURANCE CORPORATION'S URGENT
MOTION FOR ENTRY OF ORDER AUTHORIZING THIRD-PARTY DISCOVERY
<u>UNDER BANKRUPTCY RULE 2004 CONCERNING PENSION LIABILITIES</u>**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States Magistrate Judge Judith Gail Dein:

The Ad Hoc Group of Constitutional Debtholders (the "Constitutional Debt Group"),[2] the Ad Hoc Group of General Obligation Bondholders (the "GO Group"),[3] the Lawful Constitutional Debt Coalition (the "LCDC"),[4] and the QTCB Noteholder Group (the "QTCB Group,"[5] and collectively with the Constitutional Debt Group, the GO Group, and the LCDC, the "PSA Creditors") respectfully submit this joinder (the "Joinder") to *Ambac Assurance Corporation's Urgent Motion for Entry of Order Authorizing Third-Party Discovery Under Bankruptcy Rule 2004 Concerning Pension Liabilities* [ECF No. 15342] (the "Rule 2004 Motion").  In support of this Joinder, the PSA Creditors respectfully represent as follows:

1.      The PSA Creditors are signatories to that certain Plan Support Agreement, dated February 9, 2020 (the "PSA"), which requires the PSA Creditors to, among other things, support the Financial Oversight and Management Board for Puerto Rico (the "FOMB") in prosecuting the *Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [ECF No. 11946] (the "Plan").

2.      The Rule 2004 Motion seeks information regarding the Commonwealth of Puerto Rico's pension obligations and related analyses.  As explained in the Rule 2004 Motion, this data

---

[2]  The members of the Constitutional Debt Group and their respective holdings are set forth in the *Eighth Supplemental Verified Statement of the Ad Hoc Group of Constitutional Debtholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [ECF No. 14520].

[3]  The members of the GO Group and their respective holdings are set forth in the *Eighth Supplemental Verified Statement of the Ad Hoc Group of General Obligation Bondholders Pursuant to Bankruptcy Rule 2019* [ECF No. 14583].

[4]  The members of the LCDC and their respective holdings are set forth in the *Eighth Supplemental Verified Statement of the Lawful Constitutional Debt Coalition Pursuant to Federal Rule of Bankruptcy Procedure 2019* [ECF No. 14316].

[5]  The members of the QTCB Group and their respective holdings are set forth in the *Seventh Supplemental Verified Statement of the QTCB Noteholder Group Pursuant Bankruptcy Rule 2019* [ECF No. 14708].

will inform the amounts available for debt service under the Commonwealth's fiscal plan and any

consequent plan of adjustment.  Rule 2004 Mot. ¶¶ 1-2, 20.  That information is necessary to both

enable the PSA Creditors to fulfill their obligations under the PSA to support the FOMB in seeking

confirmation of the Plan, as well as to allow them to evaluate any amendments to that Plan that

the FOMB may propose.[6]

3.      The PSA Creditors file this Joinder in order to participate in the discovery process

as contemplated by the Rule 2004 Motion.  As reflected in the proposed order (the "Revised

Proposed Order") attached to this Joinder as Exhibit A,[7] such participation would include, but not

be limited to:  (1) receiving notice of and being permitted to examine deponents in any depositions

taken in connection with the Rule 2004 Motion; (2) participating in meet and confer sessions;

(3) receiving information or documents that are produced in connection with the Rule 2004

Motion; and (4) generally taking part in any other discovery efforts related to the Rule 2004

Motion.

4.      The PSA Creditors reserve all rights to independently seek discovery pursuant to

Rule 2004 of the Federal Rules of Bankruptcy Procedure, or any other form of discovery, on the

topics identified or pursued in connection with the Rule 2004 Motion.

---

[6] On October 29, 2020, the Court directed the FOMB to engage with its creditors in good faith regarding the Plan, and to file any amendments thereto that the FOMB believes may be necessary (or, at a minimum, a term sheet setting forth such revisions) by February 10, 2020.  See ECF No. 14987.  In accordance with the Court's order, and as recently disclosed by the FOMB, the PSA Creditors are currently engaged in confidential mediation regarding the Plan.  See ECF No. 15345, ¶ 6.  Notwithstanding such engagement, however, neither the FOMB nor the PSA Creditors have terminated the PSA—which remains in full force and effect—and the PSA Creditors expressly reserve all rights thereunder.

[7] A redline comparison of the Revised Proposed Order to the proposed order submitted with the Rule 2004 Motion is attached to this Joinder as Exhibit B.

Dated: December 9, 2020
      New York, New York


Respectfully submitted,


**G. CARLO-ALTIERI LAW OFFICES, LLC**

By: */s/ Gerardo A. Carlo*
Gerardo A. Carlo
USDC PR No. 112009
Telephone: (787) 247-6680
gacarlo@carlo-altierilaw.com

254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Telephone: (787) 247-6680
Facsimile: (787) 919-0527

**MORRISON & FOERSTER LLP**

By: */s/ Gary S. Lee*
Gary S. Lee (admitted *pro hac vice*)
James M. Peck (admitted *pro hac vice*)
Theresa A. Foudy (admitted *pro hac vice*)
Andrew Kissner (admitted *pro hac vice*)
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
glee@mofo.com
jpeck@mofo.com
tfoudy@mofo.com
akissner@mofo.com

*Counsel for the Ad Hoc Group of Constitutional Debtholders*

**REICHARD & ESCALERA**

**By :**   */s/ Rafael Escalera*
     **Rafael Escalera**
     USDC No. 122609
     escalera@reichardescalera.com

     **Sylvia M. Arizmendi**
     USDC-PR 210714
     arizmendis@reichardescalera.com

     **Carlos R. Rivera-Ortiz**
     USDC-PR 303409
     riverac@reichardescalera.com

     255 Ponce de León Avenue
     MCS Plaza, 10th Floor
     San Juan, Puerto Rico 00917-1913
     Telephone:  (787) 777-8888

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

**Susheel Kirpalani** (*pro hac vice*)
susheelkirpalani@quinnemanuel.com

**Daniel Salinas**
USDC-PR 224006
danielsalinas@quinnemanuel.com

**Eric Kay** (*pro hac vice*)
erickay@quinnemanuel.com

**Zachary Russell** (*pro hac vice*)
zacharyrussell@quinnemanuel.com

51 Madison Avenue, 22nd Floor
New York, New York 10010-1603
Telephone:  (212) 849-7000

*Co-Counsel for the Lawful Constitutional Debt Coalition*

5

**JIMÉNEZ, GRAFFAM & LAUSELL**

/s/ *Ramón Rivera Morales*
J. Ramón Rivera Morales
USDC-PR Bar No. 200701
Andrés F. Picó Ramírez
USDC-PR Bar No. 302114
P.O. Box 366104
San Juan, PR 00936
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
Email: rrivera@jgl.com

**WILLKIE FARR & GALLAGHER LLP**

/s/ *Mark T. Stancil*
Mark T. Stancil (admitted *pro hac vice*)
1875 K Street, N.W.
Washington, DC 20006
Telephone: (202) 303-1133
Facsimile: (202) 303-2133
Email: mstancil@willkie.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

/s/ *Andrew N. Rosenberg*
Andrew N. Rosenberg (admitted *pro hac vice*)
Karen R. Zeituni (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Email: arosenberg@paulweiss.com

**ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**

/s/ *Lawrence S. Robbins*
Lawrence S. Robbins (admitted *pro hac vice*)
Gary A. Orseck (admitted *pro hac vice*)
Donald Burke (admitted *pro hac vice*)
2000 K Street, N.W., 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: lrobbins@robbinsrussell.com

*Co-Counsel for the Ad Hoc Group of General Obligation Bondholders*

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Kurt A. Mayr*
Kurt A. Mayr (admitted pro hac vice)
David L. Lawton (admitted pro hac vice)
Shannon B. Wolf (admitted pro hac vice)
One State Street
Hartford, CT 06103-3178
Tel. (860) 240-2700
Fax: (860) 240-2701
kurt.mayr@morganlewis.com
david.lawton@morganlewis.com
shannon.wolf@morganlewis.com

Sabin Willett (admitted pro hac vice)
One Federal Street
Boston, MA 02110-1726
Tel: (617) 951-8775
sabin.willett@morganlewis.com

**CORREA-ACEVEDO & ABESADA LAW OFFICES, PSC**

Sergio Criado
USDC-PR No. 226307
Roberto Abesada-Agüet
USDC-PR No. 216706
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R.  00968
Tel. (787) 273-8300
Fax (787) 273-8379
ra@calopsc.com
scriado@calopsc.com

*Co-Counsel for the QTCB Noteholder Group*

7

## **CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record.

/s/_ *Gerardo A. Carlo*___
USDC-PR 112009

**Exhibit A**

**Proposed Order**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

<table>
<tr>
<td>

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Debtors.[1]

</td>
<td>

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

</td>
</tr>
</table>

## [PROPOSED] ORDER GRANTING AMBAC ASSURANCE CORPORATION'S MOTION FOR ENTRY OF ORDER AUTHORIZING THIRD-PARTY DISCOVERY UNDER BANKRUPTCY RULE 2004 CONCERNING PENSION LIABILITIES

Upon the Motion[2] of Ambac Assurance Corporation ("Ambac"), pursuant to Rule 2004 of

the Federal Rules of Bankruptcy Procedure, for entry of an Order authorizing Ambac to seek third-

party discovery from Milliman, Inc. ("Milliman") in connection with pensions Rule 2004

discovery, as more fully set forth in the Motion; and the Court having jurisdiction to consider the

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

- 1 -

Motion and the relief requested therein in accordance with 28 U.S.C. § 1331 and PROMESA

§ 306(a); and venue being proper before this Court pursuant to 28 U.S.C. § 1391(b) and

PROMESA § 307(a); and notice of the Motion having been given as provided in the Motion, and

such notice having been adequate and appropriate under the circumstances; and it appearing that

no other or further notice of the Motion need be provided; and the Court having held a hearing to

consider the relief requested in the Motion; and the Court having found and determined that the

relief sought in the Motion and granted herein is in the best interests of the Debtor, its respective

creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted as provided herein.

2. Ambac is authorized, pursuant to Bankruptcy Rule 2004, to issue the subpoena

attached as Exhibit E to the Motion.

3. Ambac is further authorized to issue a subpoena seeking deposition testimony from

a Milliman representative pursuant to Federal Rule of Civil Procedure 30(b)(6) concerning the

subject matter described in Exhibit E, with topics to be identified after a review of the produced

materials.

4. Any documents produced to Ambac in response to a subpoena authorized under

this Order shall also be produced to the Ad Hoc Group of Constitutional Debtholders (the

"Constitutional Debt Group"),[3] the Ad Hoc Group of General Obligation Bondholders (the "GO

---

[3] The members of the Constitutional Debt Group and their respective holdings are set forth in the *Eighth Supplemental Verified Statement of the Ad Hoc Group of Constitutional Debtholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [ECF No. 14520].

Group"),[4] the Lawful Constitutional Debt Coalition (the "LCDC"),[5] and the QTCB Noteholder

Group (the "QTCB Group,"[6] and collectively with the Constitutional Debt Group, the GO Group,

and the LCDC, the "PSA Creditors"), and counsel to the PSA Creditors shall have the right to be

notified of, attend, and participate in any deposition under Federal Rule of Civil Procedure 30

authorized under this Order.  The PSA Creditors shall also have the right to participate in any meet

and confer process or hearing related to the Motion or this Order, receive information or documents

that are produced in connection with the Motion or this Order, and take part in any other discovery

efforts related to the Motion or this Order.  The PSA Creditors may also independently seek

discovery pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, or any other form

of discovery, on the topics identified or pursued in connection with the Motion or this Order.

5.      Nothing herein shall limit Ambac's or the PSA Creditors' right to seek the

deposition of a Milliman witness directly involved in the preparation of the actuarial valuation

reports.  Nothing herein shall limit Ambac's or the PSA Creditors' right to seek additional

discovery, including any additional documents or depositions, under Bankruptcy Rule 2004 and

applicable law, based on any information that may be revealed as a result of the information

provided pursuant to this Order or otherwise.

6.      This Court shall retain jurisdiction to resolve any dispute arising from or related to

this Order and to interpret, implement and enforce the provisions of this Order.

---

[4] The members of the GO Group and their respective holdings are set forth in the *Eighth Supplemental Verified Statement of the Ad Hoc Group of General Obligation Bondholders Pursuant to Bankruptcy Rule 2019* [ECF No. 14583].

[5] The members of the LCDC and their respective holdings are set forth in the *Eighth Supplemental Verified Statement of the Lawful Constitutional Debt Coalition Pursuant to Federal Rule of Bankruptcy Procedure 2019* [ECF No. 14316].

[6] The members of the QTCB Group and their respective holdings are set forth in the *Seventh Supplemental Verified Statement of the QTCB Noteholder Group Pursuant Bankruptcy Rule 2019* [ECF No. 14708].

SO ORDERED.


Dated: _____, 2020


                                     _____

                                       HONORABLE JUDITH GAIL DEIN
                                       UNITED STATES MAGISTRATE JUDGE

- 4 -

**Exhibit B**

**Redline to Proposed Order Included With the Rule 2004 Motion**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT<br>BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING AMBAC ASSURANCE CORPORATION'S**
**MOTION FOR ENTRY OF ORDER AUTHORIZING THIRD-PARTY DISCOVERY**
**UNDER BANKRUPTCY RULE 2004 CONCERNING PENSION LIABILITIES**

Upon the Motion[2] of Ambac Assurance Corporation ("Ambac"), pursuant to Rule 2004 of

the Federal Rules of Bankruptcy Procedure, for entry of an Order authorizing Ambac to seek third-

party discovery from Milliman, Inc. ("Milliman") in connection with pensions Rule 2004

discovery, as more fully set forth in the Motion; and the Court having jurisdiction to consider the

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a
bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax
identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
(Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees
Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case
No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and
Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal
Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority
("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi)
Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5233-LTS) (Last Four
Digits of Federal Tax ID: 3801).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the
Motion.

Motion and the relief requested therein in accordance with 28 U.S.C. § 1331 and PROMESA

§ 306(a); and venue being proper before this Court pursuant to 28 U.S.C. § 1391(b) and

PROMESA § 307(a); and notice of the Motion having been given as provided in the Motion, and

such notice having been adequate and appropriate under the circumstances; and it appearing that

no other or further notice of the Motion need be provided; and the Court having held a hearing to

consider the relief requested in the Motion; and the Court having found and determined that the

relief sought in the Motion and granted herein is in the best interests of the Debtor, its respective

creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is granted as provided herein.

2.      Ambac is authorized, pursuant to Bankruptcy Rule 2004, to issue the subpoena

attached as Exhibit E to the Motion.

3.      Ambac is further authorized to issue a subpoena seeking deposition testimony from

a Milliman representative pursuant to Federal Rule of Civil Procedure 30(b)(6) concerning the

subject matter described in Exhibit E, with topics to be identified after a review of the produced

materials.

4.      Any documents produced to Ambac in response to a subpoena authorized under

this Order shall also be produced to the Ad Hoc Group of Constitutional Debtholders (the

"Constitutional Debt Group"),[3] the Ad Hoc Group of General Obligation Bondholders (the "GO

---

[3] The members of the Constitutional Debt Group and their respective holdings are set forth in the *Eighth Supplemental Verified Statement of the Ad Hoc Group of Constitutional Debtholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [ECF No. 14520].

Group"),[4] the Lawful Constitutional Debt Coalition (the "LCDC"),[5] and the QTCB Noteholder
Group (the "QTCB Group,"[6] and collectively with the Constitutional Debt Group, the GO Group,
and the LCDC, the "PSA Creditors"), and counsel to the PSA Creditors shall have the right to be
notified of, attend, and participate in any deposition under Federal Rule of Civil Procedure 30
authorized under this Order. The PSA Creditors shall also have the right to participate in any meet
and confer process or hearing related to the Motion or this Order, receive information or documents
that are produced in connection with the Motion or this Order, and take part in any other discovery
efforts related to the Motion or this Order. The PSA Creditors may also independently seek
discovery pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, or any other form
of discovery, on the topics identified or pursued in connection with the Motion or this Order.

4.5. Nothing herein shall limit Ambac's or the PSA Creditors' right to seek the
deposition of a Milliman witness directly involved in the preparation of the actuarial valuation
reports. Nothing herein shall limit Ambac's or the PSA Creditors' right to seek additional
discovery, including any additional documents or depositions, under Bankruptcy Rule 2004 and
applicable law, based on any information that may be revealed as a result of the information
provided pursuant to this Order or otherwise.

5.6. This Court shall retain jurisdiction to resolve any dispute arising from or related to
this Order and to interpret, implement and enforce the provisions of this Order.

---

[4] The members of the GO Group and their respective holdings are set forth in the *Eighth Supplemental Verified Statement of the Ad Hoc Group of General Obligation Bondholders Pursuant to Bankruptcy Rule 2019* [ECF No. 14583].

[5] The members of the LCDC and their respective holdings are set forth in the *Eighth Supplemental Verified Statement of the Lawful Constitutional Debt Coalition Pursuant to Federal Rule of Bankruptcy Procedure 2019* [ECF No. 14316].

[6] The members of the QTCB Group and their respective holdings are set forth in the *Seventh Supplemental Verified Statement of the QTCB Noteholder Group Pursuant Bankruptcy Rule 2019* [ECF No. 14708].

- 4 -

SO ORDERED.


Dated: _____, 2020


                                                 _____
                                                 HONORABLE JUDITH GAIL DEIN
                                                 UNITED STATES MAGISTRATE JUDGE