## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 3:17 BK 3283 (LTS)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL

To the Honorable United States District Judge Laura Taylor Swain:

1. The undersigned attorneys, who have appeared in this case on behalf of the Government Development Bank for Puerto Rico, in its individual capacity and in its capacity as Trustee of the GDB Public Entity Trust (in such capacities, "GDB"), respectfully notify the Court that they are withdrawing as counsel of record for GDB.

2. The undersigned attorneys have informed GDB of the status of this matter and furnished electronic copies of all pertinent pleadings.

3. The undersigned attorneys respectfully request that the Honorable Court cease to notify them of motions, pleadings, papers, and orders in this matter.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**WHEREFORE**, the undersigned attorneys respectfully notify the Honorable Court of their withdrawal as counsel for GDB, and request that the Court cease to notify them of motions, pleadings, papers, and orders in this matter.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 10th of December, 2020.

**WE HEREBY CERTIFY**: That on this date a true and exact copy of the foregoing document has been filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties.

**LAW OFFICES OF GISELLE LÓPEZ SOLER**
PMB 257
Rd. 19 1353
Guaynabo, PR 00966
Tel. (787) 667-0941

s/ Giselle López Soler
Giselle López Soler
USDC No. 224010
Email gls@lopezsolerlaw.com

**MOORE & VAN ALLEN PLLC**

/s/ Zachary H. Smith
Zachary H. Smith
100 N. Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 339-5968
Email:   zacharysmith@mvalaw.com

*Attorneys for the Government Development Bank for Puerto Rico, in its individual capacity and as Trustee of the GDP Public Entity Trust*