**EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Seventy-First Omnibus Objection**

## Two Hundred and Seventy-First Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CINTRON RODRIGUEZ, JOSE G<br>P.O. BOX 800220<br>COTO LAUREL, PR 00780 | 6/21/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 83402 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | MARTINEZ RIVERA, CARIDAD<br>P.O. BOX 844<br>QUEBRADILLAS, PR 00678 | 7/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 128839 | $ 10,072.80 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 10,072.80* |