# ANEXO A
**Relación de reclamaciones objeto de la Ducentésima septuagésima primera objeción global**

Ducentésima Septuagésima Primera Objeción Global
Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CINTRON RODRIGUEZ, JOSE G<br>P.O. BOX 800220<br>COTO LAUREL, PR 00780 | 6/21/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 83402 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 2 | MARTINEZ RIVERA, CARIDAD<br>P.O. BOX 844<br>QUEBRADILLAS, PR 00678 | 7/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 128839 | $ 10,072.80 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| | | | | | TOTAL | $ 10,072.80* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados