# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima septuagésima segunda objeción global**

## Ducentésima Septuagésima Segunda Objeción Global
### Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CHINEA PINEDA, MARIA MERCEDES<br>C14 CALLE 2<br>URB. DOS PINOS<br>TOWN HOUSES<br>SAN JUAN, PR 00923 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 140800 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 2 | FERNANDEZ FIGUEROA, ANGEL<br>HC 3 BOX 40769<br>CAGUAS, PR 00725 | 7/1/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 114695 | $ 8,000.00 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 3 | VILLAFANE NEGRON, BENEDICTA<br>30 NOGAL URB. ALBORADA<br>SANTA ISABEL, PR 00757 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 138975 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| | | | | | TOTAL | $ 8,000.00* |