**EXHIBIT E**
**Claimant Response Form**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                           Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and ERS.** |

# CLAIMANT RESPONSE TO TWO HUNDRED SEVENTY-SECOND OMNIBUS OBJECTION

**Instructions**

1. You should fill out and file this response form only if your claim relates to current or former employment with the government of Puerto Rico, or if your claim relates to a pending or closed legal action. If your claim does not arise from current or former employment with the Government of Puerto Rico, or if your claim does not relate to a pending or closed legal action, your response must be filed in accordance with the procedures detailed in pages 3-4 of the Notice accompanying the Two Hundred Seventy-Second Omnibus Objection.

2. Please file a separate response form for each proof of claim to which the Debtors have objected. Do not file a single response form addressing more than one claim.

3. Please answer all questions and any applicable sub-questions.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employee Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

4. Please include as much detail as possible in your responses.

    a. **Your answers should provide <u>more</u> information than the initial proof of claim**. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim.

    b. If available and applicable to your claim, please provide:
        - Copy of a pleading, such as a Complaint or an Answer;
        - Any unpaid judgment or settlement agreement;
        - Written notice of intent to file a claim with proof of mailing; and
        - Any and all documentation you believe supports your claim.

5. If you do not have a copy of your claim, you may download a copy by visiting Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. You must sign your response where indicated below. If you do not sign your response, the clerk will not accept it for filing.

7. Please file the completed form and any supporting documents as directed in the Notice accompanying the Omnibus Objection to your claim.

**Questionnaire**

1. Please provide a name, address, telephone number, and email address of either (1) the responding claimant; (2) the claimant's attorney or designated representative to whom the attorneys for the Commonwealth or ERS should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on the claimant's behalf.

    □ **Name**: _____

    □ **Address**: _____

    □ **Telephone number**: _____

    □ **Email address**: _____

2. **Your Proof of Claim number**: _____

3. **The Debtors have objected to your Proof of Claim because it does not provide sufficient information for the Debtors to understand the basis for your claim. Please check the box to which your Proof of Claim relates and explain the reason why you oppose the objection by explaining the basis for your claim. Attach additional pages if needed.**

    □ A pending or closed legal action with or against the Puerto Rican government

    □ Current or former employment with the Government of Puerto Rico

2

_____
_____
_____
_____

**Please attach a copy of any other documentation or other evidence in support of your claim.**

4. **What is the amount of your claim (how much money do you claim to be owed):**
   _____

5. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   ☐   No. *Please continue to Question 6.*
   ☐   Yes. **Answer Questions 5(a)-(d).**

5(a). Identify the specific agency or department where you were or are employed:
   _____

5(b). Identify the dates of your employment related to your claim:
   _____

5(c). Last four digits of your social security number: _____

5(d). What is the nature of your employment claims (select all applicable):
   ☐   Pension
   ☐   Unpaid Wages
   ☐   Sick Days
   ☐   Union Grievance
   ☐   Vacation
   ☐   Other (Provide as much detail as possible. Attach additional pages if necessary).
   _____
   _____

6. **Legal Action.** Does your claim relate to a pending or closed legal action?
   ☐   No.
   ☐   Yes. **Answer Questions 6(a)-(f).**

6(a). Identify the department or agency that is a party to the action.
   _____

6(b). Identify the name and address of the court or agency where the action is pending:

3

_____

6(c). Case number: _____

6(d). Title, Caption, or Name of Case:

_____

6(e). Status of the case (pending, on appeal, or concluded): _____

6(f). Do you have an unpaid judgment? Yes / No (Circle one)

    If yes, what is the date and amount of the judgment? _____

## PLEASE SIGN YOUR RESPONSE BELOW

_____
**Signature**

_____
**Printed Name**

_____
**Date**

4

# **ANEXO E**
**Formulario de réplica del reclamante**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*,<br><br>    Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA y el SRE.** |

# RÉPLICA DEL RECLAMANTE A LA DUCENTÉSIMA SEPTUAGÉSIMA SEGUNDA OBJECIÓN GLOBAL

**Instrucciones**

1. Solo debe cumplimentar y radicar el presente formulario de réplica si su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico, o si su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada. Si su reclamación no surge de empleo actual o anterior en el Gobierno del de Puerto Rico o si su reclamación no guarda relación con una acción judicial pendiente de resolución o finalizada, su réplica debe ser radicada de conformidad con los procedimientos detallados en las páginas 3 a 4 de la Notificación que acompaña a la Ducentésima septuagésima segunda objeción global.

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamación a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamación.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

4. Incluya tantos detalles como pueda en sus réplicas.

    a. **Sus respuestas deben proporcionar <u>más</u> información que la contenida en la evidencia de reclamación inicial**. Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamación, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamación.

    b. Si está disponible y se aplica a su reclamación, rogamos proporcione, asimismo, lo siguiente:
        - Copia de un escrito; por ejemplo, un Escrito de reclamación o una Contestación;
        - Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
        - Notificación por escrito de la intención de radicar una reclamación acompañada de un comprobante de envío; y
        - Toda la documentación que a su criterio justifica su reclamación.

5. Si no dispone de una copia de su reclamación, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción Global a su reclamación.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) del reclamante que responda; 2) del abogado o representante designado del reclamante al que los abogados del ELA o del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción Global en nombre del reclamante.

    □ **Nombre**: _____

    □ **Dirección**: _____

    □ **Número de teléfono**: _____

2

☐ **Dirección de correo electrónico**: _____

2. **Número de su evidencia de reclamación**: _____

3. **Los Deudores se han opuesto a su Evidencia de reclamacións porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamación. Marque la casilla con la que guarde relación su Evidencia de reclamación y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamación. Adjunte páginas adicionales si fuera necesario.**

   ☐ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

   ☐ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

   _____
   _____
   _____
   _____

   **Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamación.**

4. **¿Cuál es el monto de su reclamación (cuánto alega que se le adeuda)?:**
   _____

5. **Empleo. ¿Su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?**
   ☐ No. *Siga con la Pregunta 6.*
   ☐ Sí. **Responda a las Preguntas 5(a) a (d)**.

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:
   _____

5(b). Indique las fechas de su empleo en relación con su reclamación:
   _____

5(c). Últimos cuatro dígitos de su número del Seguro Social: _____

5(d). ¿Cuál es la naturaleza de sus reclamaciones relativas al empleo (marque todas las casillas aplicables)?:
   ☐ Pensión
   ☐ Salarios no pagados
   ☐ Días de licencia por enfermedad
   ☐ Quejas con sindicato
   ☐ Vacaciones
   ☐ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

3

_____

_____

**6. <u>Acción judicial</u>**. **¿Su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada?**

      ☐  No.

      ☐  Sí. **Responda a las Preguntas 6(a) a (f)**.

6(a). Indique el departamento o la agencia que sean parte en la acción.

    _____

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.

    _____

6(c). Caso núm.: _____

6(d). Título, epígrafe o nombre del caso:
_____

6(e). Estado del caso (pendiente de resolución, en apelación o finalizado):
_____

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / No (marque su respuesta con un círculo)

      En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?
      _____

**<u>FIRME ABAJO SU RÉPLICA</u>**

_____
**Firma**

_____
**Nombre en letra de molde**

_____
**Fecha**