# ANEXO A
**Relación de reclamaciones objeto de la Ducentésima septuagésima cuarta objeción global**

## Ducentésima Septuagésima Cuarta Objeción Global
### Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ACOSTA HERNANDEZ, GERALDO<br>PO BOX 1749<br>SAN GERMAN, PR 00683 | 4/4/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4418 | $ 683.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2017. Según los registros del Departamento del Tesoro, el rembolso o devolución se aplicó a una deuda anterior vinculada a pagos de la Administración para el Sustento de Menores (ASUME). | | | | | |
| 2 | ALVARADO ORTIZ, CARLOS<br>URB VERDE SUR<br>A-5 CALLE D<br>CAGUAS, PR 00725 | 4/12/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6826 | $ 1,102.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento del Tesoro indican que el rembolso o la devolución se aplicaron a una deuda anterior relacionada con pagos de la Administración para el Sustento de Menores (ASUME). | | | | | |
| 3 | APONTE ESTRADA, VICTOR<br>URB MANSIONES DE SIERRA TAINA<br>9 CALLE 4<br>BAYAMON, PR 00956 | 4/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6337 | $ 946.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Según los registros del Departamento de Hacienda, el rembolso o la devolución se aplicaron a una deuda tributaria anterior, correspondiente al año 2015. | | | | | |
| 4 | AVA ENVIRONMENTAL CONSULTANTS<br>C/O ANNETTE FERNANDEZ<br>PO BOX 361300<br>SAN JUAN, PR 00936 | 3/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1896 | $ 3,213.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos del año 2016. Según los registros que obran en el Departamento de Hacienda, el rembolso o devolución se aplicó a un impuesto estimado para el año 2017. | | | | | |
| 5 | BLANCO, TERESA J<br>COND PLAZA ESMERALDA<br>APT 116 469 AVE ESMERALDA<br>GUAYNABO, PR 00969-4281 | 4/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5442 | $ 1,981.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos correspondientes a 2016 y 2017. Los registros del Departamento de Hacienda muestran que el rembolso o devolución se aplicó a un impuesto estimado correspondiente a los años 2017 y 2018. | | | | | |
| 6 | CENTRO QUIROPRACTICO DR JUAN M LOPEZ DC-PSC<br>PO BOX 366602<br>SAN JUAN, PR 00936-6602 | 3/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5122 | $ 19,052.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Según los registros del Departamento de Hacienda, el rembolso o devolución se aplicó a un impuesto estimado correspondiente al año 2017. | | | | | |

## Ducentésima Septuagésima Cuarta Objeción Global
### Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | FONSECA VAZQUEZ, JOSE M<br>PO BOX 6421<br>CAGUAS, PR 00726 | 3/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1466 | $ 2,425.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2015. Según los registros que obran en el Departamento de Hacienda, el rembolso o devolución se aplicó a una deuda tributaria anterior, correspondiente a los años 2008 y 2009. | | | | | |
| 8 | FONTANEZ PADILLA, PEDRO<br>URB LAS FLORES<br>G-8 CALLE 2<br>JUANA DIAZ, PR 00795 | 5/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11883 | $ 1,710.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Según los registros del Departamento del Tesoro, el rembolso o devolución se aplicaron a una deuda anterior relacionada con pagos de la Administración para el Sustento de Menores (ASUME). | | | | | |
| 9 | HAWAYEK COLON, MANUEL<br>1259 PONCE DE LEON<br>OFICINA 2-5<br>SAN JUAN, PR 00907 | 3/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2385 | $ 5,213.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. De acuerdo con los registros que obran en el Departamento de Hacienda, el rembolso o devolución se aplicó a una deuda tributaria anterior correspondiente al año 2013. | | | | | |
| 10 | LCDO. RENE ARRILLAGA ARMENDARIZ<br>AVE. HOSTOS #430-ALTOS<br>SAN JUAN, PR 00918-3016 | 3/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1503 | $ 7,611.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos del año 2016. Según los registros que obran en el Departamento de Hacienda, el rembolso o devolución se aplicó a una deuda tributaria anterior correspondiente al año 2017. | | | | | |
| 11 | MARIN ROSARIO, BENITO<br>VISTAS DE LUQUILLO II<br>506 CALLE ESMERALDA<br>LUQUILLO, PR 00773 | 3/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2487 | $ 710.00* |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Según los registros del Departamento del Tesoro, el rembolso o devolución se aplicó a una deuda anterior relacionada con pagos de la Administración para el Sustento de Menores (ASUME). | | | | | |
| 12 | MELENDEZ AYBAR, HECTOR<br>BDA SANDIN<br>68 CALLE PLUTON<br>VEGA BAJA, PR 00693 | 4/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6783 | $ 768.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Según los registros que obran en el Departamento del Tesoro, el rembolso o devolución se aplicaron a una deuda anterior vinculada a pagos de la Administración para el Sustento de Menores (ASUME). | | | | | |

## Ducentésima Septuagésima Cuarta Objeción Global
### Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | MORALES ALVARADO, NELSON<br>PO BOX 52246<br>TOA BAJA, PR 00950 | 3/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3316 | $ 2,748.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos del año 2016. De acuerdo con los registros del Departamento de Hacienda, el rembolso o devolución se aplicó a una deuda tributaria anterior correspondiente al año 2012. | | | | | |
| 14 | NIEVES MALDONADO, ALFREDO<br>CALLE ALMENDRA 35<br>PRC. MARQUEZ<br>MANATI, PR 00674 | 5/4/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10094 | $ 801.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento del Tesoro muestran que el rembolso o la devolución se aplicaron a una deuda anterior vinculada a pagos de la Administración para el Sustento de Menores (ASUME). | | | | | |
| 15 | ORRIOLA PEREZ, MANUEL<br>PO BOX 141329<br>ARECIBO, PR 00614-1329 | 3/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2689 | $ 634.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución se aplicó a una deuda tributaria anterior correspondiente a los años 2014 y 2015. | | | | | |
| 16 | RIOS RIVERA, FERNANDO<br>URB GRAN VISTA<br>2 CAMINO DEL PLATA<br>TOA ALTA, PR 00953 | 3/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3502 | $ 1,153.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos del año 2016. Los registros del Departamento de Hacienda indican que el rembolso o devolución se aplicó a una deuda tributaria anterior correspondiente al año 2013. | | | | | |
| 17 | RUIZ RIVERA, EDGARDO<br>PO BOX 1335<br>MOCA, PR 00676 | 3/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3229 | $ 720.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos del año 2016. Según los registros del Departamento del Tesoro, el rembolso o devolución se aplicó a una deuda anterior relacionada con pagos de la Administración para el Sustento de Menores (ASUME). | | | | | |
| 18 | RULLAN ORRIOLS, ORLANDO<br>URB DOS PINOS<br>786 POLARIS ST.<br>SAN JUAN, PR 00923 | 3/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4104 | $ 1,536.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Según obra en los registros del Departamento de Hacienda, el rembolso o devolución se aplicó a una deuda tributaria anterior correspondiente al año 2015. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Ducentésima Septuagésima Cuarta Objeción Global
### Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | SALVADOR ROVIRA RODRIGUEZ AND MINERVA LUNA DIOU<br>PO BOX 7462<br>PONCE, PR 00732 | 12/6/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 360 | $ 26,312.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Según los registros que obran en el Departamento de Hacienda, el rembolso o devolución se aplicó a una deuda tributaria anterior correspondiente al año 2012. | | | | | |
| 20 | SANCHEZ CALDERO, DAVID<br>GOLD VILLA APT. 3202<br>VEGA ALTA, PR 00692 | 4/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5424 | $ 1,310.00 |
| | Base para: La Evidencia de Reclamo invoca una obligación con base en un reembolso/devolución de impuestos correspondiente a 2016. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha aplicado a deuda anterior relacionada con pagos al Departamento del Tesoro. | | | | | |
| 21 | SANTIAGO VELEZ, MANUEL<br>METRO PLAZA<br>303 CALLE VILLAMIL APT 1504<br>SAN JUAN, PR 00907 | 3/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1481 | $ 770.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. De acuerdo con los registros que obran en el Departamento de Hacienda, el rembolso o devolución se aplicó a una deuda tributaria anterior correspondiente al año 2009. | | | | | |
| 22 | VEGA SALVA, JULIO<br>URB LOS ROBLES CALLE 3 G 1<br>GURABO, PR 00778 | 4/4/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4419 | $ 1,728.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros que obran en el Departamento del Tesoro muestran que el rembolso o devolución se aplicó a una deuda anterior vinculada a pagos de la Administración para el Sustento de Menores (ASUME). | | | | | |
| | | | | | TOTAL | $ 83,126.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados