# **EXHIBIT A**

**Schedule of Claims Subject to Two Hundred Seventy-Fifth Omnibus Objection**

TWO HUNDRED SEVENTY-FIFTH OMNIBUS OBJECTION
Exhibit A – Subsequently Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | BAKER, JOAN<br>4 WOODS END RD.<br>BROOKSIDE, NJ 07926 | 5/23/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 19266 | $16,145.00 | BAKER, JOAN<br>4 WOODS END ROAD<br>BROOKSIDE, NJ 07926 | 5/24/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 17357 | $6,490.65 |
| | Reason: Claim has been amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 2 | GUZMAN LOPEZ, ISMAEL<br>MOREIRA, NAYDA<br>P.O BOX 680<br>GURABO, PR 00778 | 6/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 92729 | $52,126.52 | ISMAEL GUZMAN LOPEZ Y NAYDA MOREIRA<br>PO BOX 680<br>GURABO, PR 00078 | 6/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 115400 | $52,126.52 |
| | Reason: Claim has been amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 3 | SILVER POINT CAPITAL FUND, L.P.<br>ALICE BYOWITZ C/O KRAMER LEVIN NAFTALIS & FRANKEL, LLP<br>1177 AVENUE OF AMERICAS<br>NEW YORK, NY 10036 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 42993 | $105,745,004.00 | SILVER POINT CAPITAL FUND, L.P.<br>ALICE BYOWITZ C/O KRAMER LEVIN NAFTALIS & FRANKEL, LLP<br>1177 AVENUE OF AMERICAS<br>NEW YORK, NY 10036 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 124047 | $120,550,004.00 |
| | Reason: Claim has been amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 4 | SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P.<br>ALICE BYOWITZ C/O KRAMER BAFTALIS AND FRANKEL LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 23443 | $177,415,276.00 | SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P.<br>ALICE BYOWITZ<br>C/O KRAMER LEVIN NAFTALIS & FRANKEL, LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 121025 | $203,050,276.00 |
| | Reason: Claim has been amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 5 | TRADEWINDS ENERGY BARCELONETA, LLC<br>C/O JOHN ARRASTIA, ESQ.<br>MARIAELENA GAYO-GUITIAN, ESQ., GENOVESE JOBLOVE & BATTISTA, P.A.<br>100 SE 2ND STREET, SUITE 4400<br>MIAMI, FL 33131 | 4/30/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 8632 | $20,400,000.00 | TRADEWINDS ENERGY BARCELONETA, LLC<br>GENOVESE JOBLOVE & BATTISTA, P.A.<br>C/O JOHN ARRASTIA, ESQ.<br>100 SE 2 STREET, SUITE 4400<br>MIAMI, FL 33131 | 10/21/2020 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 177329 | $20,400,000.00 |
| | Reason: Claim has been amended and superseded by a later filed Proof of Claim | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

**Page 1 of 3**

TWO HUNDRED SEVENTY-FIFTH OMNIBUS OBJECTION
Exhibit A – Subsequently Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | TRADEWINDS ENERGY BARCELONETA, LLC GENOVESE JOBLOVE & BATTISTA, P.A. C/O JOHN ARRASTIA, ESQ., 100 SE 2ND STREET SUITE 4400 MIAMI, FL 33131 | 10/21/2020 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 177476 | $13,600,000.00 | TRADEWINDS ENERGY VEGA BAJA, LLC GENOVESE JOBLOVE & BATTISTA, P.A. C/O JOHN ARRASTIA, ESQ. 100 SE 2 STREET, SUITE 4400 MIAMI, FL 33131 | 10/22/2020 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 177503 | $13,600,000.00 |
| | Reason: Claim has been amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 7 | TRADEWINDS ENERGY VEGA BAJA, LLC C/O JOHN ARRASTIA, ESQ. MARIAELENA GAYO-GUITIAN, ESQ., GENOVESE JOBLOVE & BATTISTA, P.A. 100 SE 2ND STR, SUITE 4400 MIAMI, FL 33131 | 4/30/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 8717 | $13,600,000.00 | TRADEWINDS ENERGY BARCELONETA, LLC GENOVESE JOBLOVE & BATTISTA, P.A. C/O JOHN ARRASTIA, ESQ., 100 SE 2ND STREET SUITE 4400 MIAMI, FL 33131 | 10/21/2020 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 177476 | $13,600,000.00 |
| | Reason: Claim has been amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 8 | UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO KENNETH CROWLEY 1000 HARBOR BLVD., 8TH FLOOR WEEHAWKEN, NJ 07086 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 34464 | Undetermined* | UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO KENNETH CROWLEY 1000 HARBOR BLVD., 8TH FLOOR WEEHAWKEN, NJ 07086 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 36230 | Undetermined* |
| | Reason: Claim has been amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 9 | UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO KENNETH CROWLEY 1000 HARBOR BLVD., 8TH FLOOR WEEHAWKEN, NJ 07086 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 36202 | Undetermined* | UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO KENNETH CROWLEY 1000 HARBOR BLVD. 8TH FLOOR WEEHAWKEN, NJ 07086 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 37488 | Undetermined* |
| | Reason: Claim has been amended and superseded by a later filed Proof of Claim | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

TWO HUNDRED SEVENTY-FIFTH OMNIBUS OBJECTION
Exhibit A – Subsequently Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 10 | UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO<br>KENNETH CROWLEY<br>1000 HARBOR BLVD., 8TH FLOOR<br>WEEHAWKEN, NJ 07086 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 37494 | Undetermined* | UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO<br>KENNETH CROWLEY<br>1000 HARBOR BLVD.<br>8TH FLOOR<br>WEEHAWKEN, NJ 07086 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 36214 | Undetermined* |

Reason: Claim has been amended and superseded by a later filed Proof of Claim

\* - Indicates claim contains unliquidated and/or undetermined amounts.