# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima septuagésima quinta objeción global**

## DUCENTÉSIMA SEPTUAGÉSIMA QUINTA OBJECIÓN COLECTIVA
Anexo A - Reclamaciones Enmendadas Posteriormente

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | BAKER, JOAN<br>4 WOODS END RD.<br>BROOKSIDE, NJ 07926 | 5/23/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 19266 | $16,145.00 | BAKER, JOAN<br>4 WOODS END ROAD<br>BROOKSIDE, NJ 07926 | 5/24/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 17357 | $6,490.65 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |
| 2 | GUZMAN LOPEZ, ISMAEL<br>MOREIRA, NAYDA<br>P.O BOX 680<br>GURABO, PR 00778 | 6/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 92729 | $52,126.52 | ISMAEL GUZMAN LOPEZ Y NAYDA MOREIRA<br>PO BOX 680<br>GURABO, PR 00078 | 6/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 115400 | $52,126.52 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |
| 3 | SILVER POINT CAPITAL FUND, L.P.<br>ALICE BYOWITZ C/O KRAMER LEVIN NAFTALIS & FRANKEL, LLP<br>1177 AVENUE OF AMERICAS<br>NEW YORK, NY 10036 | 5/25/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 42993 | $105,745,004.00 | SILVER POINT CAPITAL FUND, L.P.<br>ALICE BYOWITZ C/O KRAMER LEVIN NAFTALIS & FRANKEL, LLP<br>1177 AVENUE OF AMERICAS<br>NEW YORK, NY 10036 | 6/28/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 124047 | $120,550,004.00 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |
| 4 | SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P.<br>ALICE BYOWITZ C/O KRAMER BAFTALIS AND FRANKEL LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 5/25/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 23443 | $177,415,276.00 | SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P.<br>ALICE BYOWITZ<br>C/O KRAMER LEVIN NAFTALIS & FRANKEL, LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 6/28/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 121025 | $203,050,276.00 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |
| 5 | TRADEWINDS ENERGY BARCELONETA, LLC<br>C/O JOHN ARRASTIA, ESQ. MARIAELENA GAYO-GUITIAN, ESQ., GENOVESE JOBLOVE & BATTISTA, P.A.<br>100 SE 2ND STREET, SUITE 4400<br>MIAMI, FL 33131 | 4/30/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 8632 | $20,400,000.00 | TRADEWINDS ENERGY BARCELONETA, LLC<br>GENOVESE JOBLOVE & BATTISTA, P.A.<br>C/O JOHN ARRASTIA, ESQ.<br>100 SE 2 STREET, SUITE 4400<br>MIAMI, FL 33131 | 10/21/2020 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 177329 | $20,400,000.00 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

DUCENTÉSIMA SEPTUAGÉSIMA QUINTA OBJECIÓN COLECTIVA
Anexo A - Reclamaciones Enmendadas Posteriormente

## RECLAMACIONES A SER DESESTIMADAS — RECLAMACIÓN REMANENTE

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | TRADEWINDS ENERGY BARCELONETA, LLC<br>GENOVESE JOBLOVE & BATTISTA, P.A.<br>C/O JOHN ARRASTIA, ESQ., 100 SE 2ND STREET<br>SUITE 4400<br>MIAMI, FL 33131 | 10/21/2020 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 177476 | $13,600,000.00 | TRADEWINDS ENERGY VEGA BAJA, LLC<br>GENOVESE JOBLOVE & BATTISTA, P.A.<br>C/O JOHN ARRASTIA, ESQ.<br>100 SE 2 STREET, SUITE 4400<br>MIAMI, FL 33131 | 10/22/2020 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 177503 | $13,600,000.00 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |
| 7 | TRADEWINDS ENERGY VEGA BAJA, LLC<br>C/O JOHN ARRASTIA, ESQ.<br>MARIAELENA GAYO-GUITIAN, ESQ., GENOVESE JOBLOVE & BATTISTA, P.A.<br>100 SE 2ND STR, SUITE 4400<br>MIAMI, FL 33131 | 4/30/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 8717 | $13,600,000.00 | TRADEWINDS ENERGY BARCELONETA, LLC<br>GENOVESE JOBLOVE & BATTISTA, P.A.<br>C/O JOHN ARRASTIA, ESQ., 100 SE 2ND STREET<br>SUITE 4400<br>MIAMI, FL 33131 | 10/21/2020 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 177476 | $13,600,000.00 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |
| 8 | UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO<br>KENNETH CROWLEY<br>1000 HARBOR BLVD., 8TH FLOOR<br>WEEHAWKEN, NJ 07086 | 5/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 34464 | Indeterminado* | UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO<br>KENNETH CROWLEY<br>1000 HARBOR BLVD., 8TH FLOOR<br>WEEHAWKEN, NJ 07086 | 5/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 36230 | Indeterminado* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |
| 9 | UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO<br>KENNETH CROWLEY<br>1000 HARBOR BLVD., 8TH FLOOR<br>WEEHAWKEN, NJ 07086 | 5/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 36202 | Indeterminado* | UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO<br>KENNETH CROWLEY<br>1000 HARBOR BLVD.<br>8TH FLOOR<br>WEEHAWKEN, NJ 07086 | 5/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 37488 | Indeterminado* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

DUCENTÉSIMA SEPTUAGÉSIMA QUINTA OBJECIÓN COLECTIVA
Anexo A - Reclamaciones Enmendadas Posteriormente

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 10 | UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO<br>KENNETH CROWLEY<br>1000 HARBOR BLVD., 8TH FLOOR<br>WEEHAWKEN, NJ 07086 | 5/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 37494 | Indeterminado* | UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO<br>KENNETH CROWLEY<br>1000 HARBOR BLVD.<br>8TH FLOOR<br>WEEHAWKEN, NJ 07086 | 5/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 36214 | Indeterminado* |

Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente

\* - Indica que la reclamación contiene montos por liquidar o indeterminados