# ANEXO A
**Relación de reclamaciones objeto de la Ducentésima septuagésima sexta objeción global**

Case:17-03283-LTS Doc#:15419-2 Filed:12/11/20 Entered:12/11/20 14:21:04 Desc:
Anexo A Page 1 of 2

## Ducentésima Septuagésima Sexta Objeción Global
### Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CUEVAS ESTEVES, ANGEL A<br>URB LOS COLOBOS PARK<br>108 CALLE ALMENDRO<br>CAROLINA, PR 00987 | 5/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10663 | $ 2,325.83* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo exponen una obligación entre el reclamante y el Centro de Recaudación de Ingresos Municipales (CRIM), que no forma parte de los procesos iniciados al amparo del Título III. | | | | | |
| 2 | CUEVAS ESTEVEZ, ANGEL<br>URB LOS COLOBOS PARK<br>108 CALLE ALMENDRO<br>CAROLINA, PR 00987 | 5/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10636 | $ 2,325.83* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo exponen una obligación entre el reclamante y el Centro de Recaudación de Ingresos Municipales (CRIM), que no forma parte de los procesos iniciados al amparo del Título III. | | | | | |
| | | | | | TOTAL | $ 4,651.66* |