**EXHIBIT A**
**Schedule of Claims Subject to the Two Hundred Seventy-Seventh Omnibus Objection**

Two Hundred and Seventy-Seventh Omnibus Objection
Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO SANTIAGO, MIGUEL A<br>URB MONTE REAL<br>22 CALLE SERRACANTES<br>COAMO, PR 00769 | 4/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3450 | $ 3,452.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 09/20/2016 and 5/17/2017. | | | | | |
| 2 | AGUAYO ROSARIO, ROBERTO<br>URB FLAMINGO HILLS<br>62 CALLE 4<br>BAYAMON, PR 00957 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3772 | Undetermined* |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/31/2017. | | | | | |
| 3 | ALICEA RESTO, GILBERTO<br>BRAULIO DUENO<br>G8 CALLE 5<br>BAYAMON, PR 00959 | 4/20/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7807 | Undetermined* |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19231961 dated 6/1/2017. | | | | | |
| 4 | ALL INTERIORS, INC<br>PO BOX 10518<br>SAN JUAN, PR 00922-0518 | 3/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5057 | $ 17,057.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90133898 on 9/26/2018. | | | | | |
| 5 | ARMSTRONG LOPEZ, MARIA<br>PO BOX 10282<br>PONCE, PR 00732 | 4/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7459 | $ 0.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/31/2017. | | | | | |
| 6 | ARROYO RAMOS, IOVETLY<br>HC 1 BOX 8084<br>AGUAS BUENAS, PR 00703 | 3/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5399 | Undetermined* |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 05/17/2017. | | | | | |
| 7 | BADILLO LOPEZ, PABLO<br>PO BOX 2595<br>ISABELA, PR 00662 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3311 | Undetermined* |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 6/10/2017. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Seventy-Seventh Omnibus Objection
Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | BURGOS GONZALEZ, ANGEL<br>URB. SIERRA BAYAMON<br>24-5 CALLE 23<br>BAYAMON, PR 00961 | 4/10/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4447 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 06/27/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | CLEMENT CHACON, DONNA M<br>PO BOX 9821<br>ARECIBO, PR 00613 | 3/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2630 | $ 2,879.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19312654 dated 12/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | COLLAZO VILLAFANE, JESUS<br>HC 8 BOX 38656<br>CAGUAS, PR 00725 | 4/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6096 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 07/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | CORPORATE CONSULTRANTS GROUP, CORP<br>PO BOX 1531<br>VILLALBA, PR 00766 | 3/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4337 | $ 973.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90128063 dated 9/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | DECLET PEREZ, FELIX<br>COND ALTURAS DEL BOSQUE<br>350 CARR 844 APT 2003<br>SAN JUAN, PR 00926 | 3/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5170 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/9/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | DECLET RIVERA, FRANCISCO<br>4859 SLEEPY HOLLOW RD.<br>MEDINA, OH 44256 | 4/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6470 | $ 8,250.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19637031 dated 9/25/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | DEL CASTILLO MATOS, IRIS<br>61 CARR 848 APT 105<br>PORTAL DEL PARQUE<br>TRUJILLO ALTO, PR 00976 | 4/2/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 3309 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 5/17/2017.

## Two Hundred and Seventy-Seventh Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | DIAZ ROQUE , MARIETERE<br>URB VILLA CAROLINA<br>BLOQ 219 C501 NUM 9<br>CAROLINA, PR 00985 | 3/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2190 | $ 2,324.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 07/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | EL SEVEN INC.<br>ANA ORENGO<br>PO BOX 2274<br>ANASCO, PR 00610 | 3/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5307 | $ 3,380.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90146378 dated 11/20/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | EVERTSZ CORTES, JOHANNKA<br>PO BOX 3491<br>MAYAGUEZ, PR 00681 | 3/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1846 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 6/9/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | EXPRESSWAY GRAPHICS CORP<br>PO BOX 3185<br>ARECIBO, PR 00613 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6093 | $ 13,424.44 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90139660 dated 6/6/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | FILIPPETTI ZAYAS, FELIX<br>EXT SAN ANTONIO<br>CALLE DAMASCO 2587<br>PONCE, PR 00728 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5747 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19227834 dated 5/24/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | FRANCESCHI COLON, WILSON<br>PO BOX 8003<br>PONCE, PR 00732 | 4/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6407 | $ 5,400.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 15280125 dated 6/25/2010.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | GORDILLO VELEZ, JORGE<br>BO BUENAVENTURA BZN - 415<br>CALLE CLAVEL<br>CAROLINA, PR 00987 | 4/10/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7060 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/9/2017.

## Two Hundred and Seventy-Seventh Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | HERNANDEZ PEREZ, VIRGINIA<br>PO BOX 9021765<br>SAN JUAN, PR 00902-1765 | 5/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12912 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | ITURBE MOJENA, JOSE<br>GUARIONEX 146<br>CIUDAD CENTRO<br>CAROLINA, PR 00987 | 3/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4369 | $ 372.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 06/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | LAB CLINICO VISTA AZUL INC<br>PO BOX 141678<br>ARECIBO, PR 00614 | 3/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2948 | $ 11,651.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90154933 dated 6/26/2019.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | LABORATORIO CLINICO DOMENECH, INC.<br>284 AVE DOMENECH<br>SAN JUAN, PR 00918 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2447 | $ 6,956.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90145792 dated 11/5/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | LEON HERNANDEZ, JOSE O<br>HC 44 BOX 13825<br>CAYEY, PR 00736 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5006 | $ 1,432.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 03/06/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | LOPEZ CUBERO, OSVALDO<br>PARQUE SAN AGUSTIN 501 CALLE GUAYANILLA<br>APT 36<br>SAN JUAN, PR 00923 | 4/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8025 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | LOPEZ FIGUEROA, CARMELO<br>HC-06<br>BOX 10620<br>GUAYNABO, PR 00971 | 4/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 8214 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 05/23/2017.

Two Hundred and Seventy-Seventh Omnibus Objection
Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | LOPEZ MOLINA, IRIS<br>P.O. BOX 2525<br>CMB SUITE 21<br>UTUADO, PR 00641-2525 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1935 | $ 825.00* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19235802 dated 6/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | MABRY OLIVERI, CRYSTAL<br>URB. SIERRA BERDECIA<br>CALLE FEBLES H-24<br>GUAYNABO, PR 00969 | 3/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3079 | $ 341.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 05/05/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | MACHIN TORRENTS, STEVEN<br>PO BOX 9021765<br>SAN JUAN, PR 00902 | 5/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12909 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/9/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | MALDONADO RODRIGUEZ, EDDIL<br>PO BOX 158<br>PENUELAS, PR 00624 | 3/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4527 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19286420 dated 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | MARRERO RODRIGUEZ, ERNESTO<br>MANZANILLO ST 1674<br>URBANIZACION VENUS GARDENS<br>SAN JUAN, PR 00926 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2257 | $ 0.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 5/23/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | MELENDEZ ROLDAN, EDGARDO<br>URB VISTAS DEL LUQUILLO<br>CALLE V-2 F-27<br>LUQUILLO, PR 00773 | 4/4/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6539 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/9/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | MENJIVAR, URIEL<br>47 CALLEJON SIMPSON<br>SAN GERMAN, PR 00683 | 4/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5425 | $ 1,366.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 10/16/2015 and 10/5/2018.

## Two Hundred and Seventy-Seventh Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | MORALES SANCHEZ, NILSA I<br>HC02 BOX 9913<br>HORMIGUEROS, PR 00660 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3322 | $ 61.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 10/01/2016.

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | OCASIO GUZMAN, MIGUEL<br>PO BOX 193662<br>SAN JUAN, PR 00919 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2416 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19231695 dated 6/1/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | ORTIZ MELENDEZ, NELSON<br>URB CIUDAD JARDIN<br>123 CALLE CUNDIAMOR<br>CANOVANAS, PR 00729 | 3/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 608 | $ 0.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | ORTIZ RODRIGUEZ, DIANA<br>PO BOX 167<br>COROZAL, PR 00783 | 3/20/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 3785 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 6/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | PEREZ MARRERO, EDDIE<br>PO BOX 1418<br>VEGA BAJA, PR 00694 | 3/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1148 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | PEREZ MENDEZ, VIMARY<br>PO BOX 135<br>LAS MARIAS, PR 00670 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3273 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19230805 dated 6/1/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | PEREZ RODRIGUEZ, VIVIAN<br>URB SANTA MARIA<br>EXT EL COMANDANTE 495<br>CAROLINA, PR 00984 | 5/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12504 | $ 3,207.28 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90159727 dated 11/1/2019.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Two Hundred and Seventy-Seventh Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 43 | PEREZ SERRANO, ALEJANDRO<br>C41 BDA OLIMPIA<br>ADJUNTAS, PR 00601 | 4/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5912 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 6/24/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | PEREZ, KARLA<br>PO BOX 33192<br>SAN JUAN, PR 00933 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2500 | $ 860.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19244130 dated 6/27/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | QUIRINDONGO QUINONES, GABRIEL<br>HC 2 BOX 3375<br>PENUELAS, PR 00624 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3373 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 6/1/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | RIOS LLUBERAS, ARLIA<br>CONDOMINIO MONTE BELLO<br>208 D<br>TRUJILLO ALTO, PR 00976 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14781 | $ 700.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90151737 on 4/29/2019.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | RIVERA ORTIZ, MANUEL<br>PO BOX 5274<br>CAGUAS, PR 00726 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4718 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19287516 dated 7/31/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | RIVERA RAMOS, JONATHAN<br>HC 5 BOX 53444<br>SAN SEBASTIAN, PR 00685 | 4/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5862 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19231064 dated 6/1/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | RIVERA SOUFFRONT, EDWIN<br>RR 5 BOX 8224<br>BAYAMON, PR 00956 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2011 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 5/24/2017.

\* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Seventy-Seventh Omnibus Objection
Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 50 | RODRIGUEZ DOMINGUEZ, MARGARITA<br>URB VILLA GUADALUPE<br>KK 3 CALLE 21<br>CAGUAS, PR 00725 | 4/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7138 | $ 1,029.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 6/22/2016 and 6/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | RODRIGUEZ GARCIA, YOLANDA<br>K7 AVE. SAN PATRICIO APT.704<br>GUAYNABO, PR 00968 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2288 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19272026 dated 7/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | RODRIGUEZ RODRIGUEZ, MARGARITA<br>URB CAFETAL II<br>N-35 CALLE CARACOLILLO LURI<br>YAUCO, PR 00698 | 4/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7105 | $ 1,335.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19231121 dated 6/1/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | RODRIGUEZ TORRES, CARMEN<br>115 AUSTIN RYAN DR<br>KINGSLAND, GA 31548 | 3/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4831 | $ 616.45 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19235151 dated 6/9/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | SALGADO, ABRAHAM<br>URB ARENAL PLAYA GRANDE 55<br>BOX 892<br>DORADO, PR 00646 | 3/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2877 | $ 810.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 07/09/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | SANTIAGO FUENTES, LUIS<br>HC 1 BOX 5108<br>BARRANQUITAS, PR 00794 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6036 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19285795 dated 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | SANTISTEBAN FIGUEROA, REINALDO<br>URB VISTA MAR CALLE 1 A5<br>GUAYAMA, PR 00784 | 3/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2892 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 04/11/2018.

## Two Hundred and Seventy-Seventh Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 57 | SEPULVEDA ORTIZ, JOSE<br>PO BOX 1592<br>YABUCOA, PR 00767 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5744 | $ 3,085.53 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 06/27/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | SUCESION ASHLEY J DELIZ CASTRELLO<br>1305 AVE MAGDALENA APT 6D<br>SAN JUAN, PR 00907-1929 | 3/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4073 | $ 108.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refunds/returns. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90148444 dated 1/22/2019 and Check No. 90150054 dated 3/11/2019.

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | TERAN FLORES, ZWINDA<br>APTO 5 CALLE DEL PARQUE 115<br>SAN JUAN, PR 00911 | 3/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5272 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/23/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | TORRES MADERA, EDSON A<br>2 A-41 URB EL CONVENTO<br>SAN GERMAN, PR 00683 | 3/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1662 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 192235664 dated 6/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | UNIPRO ARCHITECTS ENGINEER AND PLANNERS<br>PO BOX 10914<br>SAN JUAN, PR 00922-0914 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3496 | $ 77,058.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90139171 dated 5/21/2018 and Check No. 90140920 dated 7/11/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 62 | VARGAS SEGARRA, ALEX<br>932 PASEO LAS COLINAS<br>MAYAGUEZ, PR 00680 | 4/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6808 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19284606 dated 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | VAZQUEZ CACERES, JOSE<br>URB ELIZABETH 2<br>2017 CALLE OTONO<br>CABO ROJO, PR 00623 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11749 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 5/17/2017.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Two Hundred and Seventy-Seventh Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 64 | VAZQUEZ MARRERO, VILMA<br>URB BAYAMON GARDENS<br>N26 CALLE 13<br>BAYAMON, PR 00957 | 4/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9598 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | VERDEJO GONZALEZ, FELIX JUAN<br>HC 03 BOX 22916<br>RIO GRANDE, PR 00745 | 5/1/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 10114 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/9/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | VIDAL SANTIAGO, ELIZABETH<br>1 BRISAS DE ANA MARIA<br>CABO ROJO, PR 00623 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2028 | $ 0.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 06/01/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 67 | VIEITES GUTIERREZ, ALEX<br>WODBRIDGE PARK<br>CALLE HIGHLAND 33<br>TOA ALTA, PR 00953 | 5/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11349 | $ 13,400.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19302908 dated 7/31/2017.

| | | | | | TOTAL | $ 182,352.70* |
|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts