# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    Plaintiff,<br><br>v.<br><br>HON. WANDA VÁZQUEZ GARCED and THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY,<br><br>    Defendants. | Adv. Pro. No. 19-00393-LTS |
| THE AUTONOMOUS MUNICIPALITY OF SAN JUAN,<br><br>    Interested Party. | |

## NOTICE OF WITHDRAWAL AS COUNSEL

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Kindly withdraw the appearance of Julissa Reynoso, Esquire, of the law firm of Winston & Strawn LLP in the above-captioned proceeding as counsel on behalf of Interested Party the Autonomous Municipality of San Juan ("San Juan") and from all applicable service lists, including Notices of Electronic Filing. I will no longer be employed by Winston & Strawn LLP, counsel of record for San Juan, after December 11, 2020, and will no longer represent San Juan in these actions. Charlie M. Hernández of Charlie Hernández Law Offices, Raúl S. Mariani Franco of Mariani Franco Law, P.S.C., and *pro hac vice* counsel Marcelo M. Blackburn, Michael A. Fernández, and Leo F. Delgado of Winston & Strawn LLP, will remain as counsel of record for San Juan.

**RESPECTFULLY SUBMITTED.**

In New York, New York this 11th day of December, 2020.

CHARLIE HERNÁNDEZ LAW OFFICES
By: /s/ Charlie M. Hernández
USDC-PR Bar No. 207403
206 Tetuán St., Suite 701
Old San Juan, P.R. 00901-1839
Tel: 787.382.8360
Fax: 787.382.8360
charliehernandezlaw@gmail.com

MARIANI FRANCO LAW, P.S.C.
By: /s/ Raúl S. Mariani Franco
USDC-PR Bar No. 210309
P.O. Box 9022864
San Juan, P.R. 00902-2864
Tel: 787.620.0038
Fax: 787.620.0039
marianifrancolaw@gmail.com

WINSTON & STRAWN LLP
By: /s/ Julissa Reynoso
Julissa Reynoso
(*Pro Hac Vice*)
Marcelo M. Blackburn
(*Pro Hac Vice*)
Michael A. Fernández
(*Pro Hac Vice*)
200 Park Avenue
New York, NY 10166-4193

WINSTON & STRAWN LLP
Leo F. Delgado
(*Pro Hac Vice*)
101 California Street
35th Floor
San Francisco, CA 94111-5840
Tel: 415.591.1000
Fax: 415.591.1400
ldelgado@winston.com

Tel: 212.294.6700
Fax: 212.294.4700
jreynoso@winston.com
mblackburn@winston.com
mafernandez@winston.com

***Attorneys for Interested Party the Autonomous Municipality of San Juan***

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the instant document and exhibits have been filed with the Court's CM/ECF System, which will simultaneously serve notice on all counsels of record to their registered e-mail addresses.

In New York New York, this 11th day of December, 2020.

**RESPECTFULLY SUBMITTED,**

WINSTON & STRAWN LLP
BY: /s/ JULISSA REYNOSO
200 PARK AVENUE
NEW YORK, NY 10166-4193
TEL: 212.294.6700
FAX: 212.294.4700
JREYNOSO@WINSTON.COM