## <u>ANEXO A</u>

**Relación de reclamaciones objeto de la Ducentésima septuagésima octava objeción global**

# Ducentésima Septuagésima Octava Objeción Global
## Anexo A: Reclamos Sustantivos Duplicados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |

1  ACOSTA OLIVERAS, NELSON LUIS EXT. PUNTA PALMAS 312 CALLE GARDENIA BARCELONETA, PR 00617 — 09/09/20 — El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS — 175230 — $ 4,800.00 — ACOSTA OLIVERAS, NELSON LUIS PARCELAS EXTENSION PUNTA PALMAS 312 CALLE GARDENIA BARCELONETA, PR 00617 — 09/09/20 — El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS — 175232 — $ 4,800.00

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

2  ACRO SERVICE CORP 39209 WEST 6 MILE ROAD STE 250 LIVONIA, MI 48152 — 05/29/18 — El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS — 31438 — $ 221.00 — ACRO SERVICE CORP 39209 WEST 6 MILE ROAD STE 250 LIVONIA, MI 48152 — 06/05/18 — El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS — 40394 — $ 221.00

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

3  ALTIERI VARELA, EDWIN HC 01 BOX 3946 VILLALBA, PR 00766 — 09/01/20 — El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS — 174830 — $ 3,600.00 — ALTIERI VARELA, EDWIN HC 01 BOX 3946 VILLALBA, PR 00766 — 09/01/20 — El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS — 174897 — $ 3,600.00

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

4  ARZUAGA ROSA, MARIA L. HC 50 BOX 22413 SAN LORENZO, PR 00754 — 10/13/20 — El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS — 177052 — $ 14,400.00 — ARZUAGA ROSA, MARIA L. HC 50 BOX 22413 SAN LORENZO, PR 00754 — 10/13/20 — El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS — 177376 — $ 14,400.00

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

5  BENITEZ SOTO, SHEILA M. CALLE 35 SS 19 SANTA JUANITA BAYAMON, PR 00956 — 10/13/20 — El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS — 176984 — $ 14,400.00 — BENITEZ SOTO, SHEILA M. CALLE 35 SS - 19 SANTA JUANITA BAYAMON, PR 00956 — 10/13/20 — El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS — 177000 — $ 14,400.00

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Ducentésima Septuagésima Octava Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6  CABAN HERNANDEZ, GLADYS METROPOLIS 2R20 AVE C CAROLINA, PR 00987 | 09/14/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175456 | Indeterminado* | CABAN HERNANDEZ, GLADYS METROPOLIS 2R-20 AVE C CAROLINA, PR 00987 | 09/14/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175401 | Indeterminado* |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 7  CARABALLO CRUZ, ENRIQUE 161 CEDAR RIDGE LANE SANFORD, FL 32771 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177079 | $ 18,000.00 | CARABALLO CRUZ, ENRIQUE 161 CEDAR RIDGE LANE SANFORD, FL 32771 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177473 | $ 18,000.00 |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 8  CASTRO, EDWIN JIMENEZ PO BOX 6442 CAGUAS, PR 00726-6442 | 09/11/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176339 | Indeterminado* | JIMENEZ CASTRO, EDWIN P.O. BOX 6442 CAGUAS, PR 00726-6442 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176466 | Indeterminado* |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 9  CLAUDIO, ROBERTO URB ATENAS CALLE J TIRADO GARCIA #C-19 MANATI, PR 00674 | 08/31/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 174888 | $ 18,000.00 | CLAUDIO, ROBERTO URB ATENAS CALLE J TIRADO GARCIA C-19 MANATI, PR 00674 | 08/31/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 174893 | $ 18,000.00 |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 10  CLEMENTS FUENTES, ALMA RUTH COND. PLAZA DEL PARQUE 65 CARR. 848 APT. 339 TRUJILLO ALTO, PR 00976 | 09/01/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175254 | $ 14,800.00 | CLEMENTS FUENTES, ALMA RUTH COND. PLAZA DEL PARQUE 65 CARR. 848 APT. 339 TRUJILLO ALTO, PR 00976 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176463 | $ 14,800.00 |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |

## Ducentésima Septuagésima Octava Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAM ACIÓN | MONTO DE LA RECLAMACIÓN |
| 11 CLEMENTS FUENTES, ALMA RUTH COND. PLAZA DEL PARQUE 65 CARR. 848 APT. 339 TRUJILLO ALTO, PR 00976 | 09/15/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176014 | $ 14,800.00 | CLEMENTS FUENTES, ALMA RUTH COND. PLAZA DEL PARQUE 65 CARR. 848 APT. 339 TRUJILLO ALTO, PR 00976 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176463 | $ 14,800.00 |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 12 COLON ORTIZ, JOSE RAUL D-69 ALCAZAR, VILLA ESPAÑA BAYAMON, PR 00961 | 10/02/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176668 | $ 57,600.00 | COLON ORTIZ, JOSE RAUL D69 ALCAZAR, VILLA ESPANA BAYAMON, PR 00961 | 10/15/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177199 | $ 28,800.00 |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 13 CURBELO ROJAS, YOSELYN PO BOX 142606 ARECIBO, PR 00614 | 06/22/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 41084 | $ 500,000.00* | CURBELO ROJAS, YOSELYN PO BOX 142606 ARECIBO, PR 00614 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 104013 | $ 500,000.00 |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 14 DE JESUS, CARMEN L. ELIAS BA-13 CALLE 51 REPTO. TERESITA BAYAMON, PR 00961-8320 | 09/03/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175002 | $ 10,800.00 | ELIAS DE JESUS, CARMEN L. BA-13 CALLE 51 REPTO TERESITA BAYAMON, PR 00961-8320 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176451 | $ 10,800.00 |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 15 DELGADO OSORIO, GLORIA ONELIA COOP JARDINES DE SAN IGNACIO 1008A SAN JUAN, PR 00927 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177371 | Indeterminado* | DELGADO OSORIO, GLORIA ONELIA COOPERATIVE JARDINES DE SAN IGNACIO 1008A SAN JUAN, PR 00927 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176769 | $ 16,080.00 |
| Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Ducentésima Septuagésima Octava Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 16 | DIAZ FLORES, ROSA URB. VILLAS DEL CARMEN M-7 ST. 11 GURABO, PR 00778 | 09/11/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175430 | $ 14,400.00 | DIAZ FLORES, ROSA URB. VILLAS DEL CARMEN M-7 11 GURABO, PR 00778 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176620 | $ 14,400.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 17 | DIAZ FLORES, ROSA URB. VILLAS DEL CARMEN M-7 11 GURABO, PR 00778 | 09/14/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175477 | $ 14,400.00 | DIAZ FLORES, ROSA URB. VILLAS DEL CARMEN M-7 11 GURABO, PR 00778 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176620 | $ 14,400.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 18 | GARCIA ZAYAS, IDALIE URB. RIVER GARDEN C/FLOR DE TATIANA B-3 BZN 18 CANOVANAS, PR 00729 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176562 | $ 4,800.00 | GARCIA ZAYAS, IDALIE URB RIVER CARDEN C/FLOR DETATIANA B-3 BZN 18 CANOVANAS, PR 00729 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177350 | $ 4,800.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 19 | HICKS TUR, JAMES R. 303 SALERNO ST. COLLEJE PARK SAN JUAN, PR 00921 | 10/05/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176409 | $ 20,400.00 | HICKS TUR, JAMES R SALERNO ST 303 COLLEGE SAN JUAN, PR 00921 | 09/24/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175470 | $ 20,400.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 20 | LOPEZ MATIAS, LUCAS MANUEL G4 CALLE 6 HERMANAS DAVILA BAYAMON, PR 00959-5137 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176753 | $ 20,100.00 | LOPEZ MATIAS, LUCAS MANUEL G4 CALLE 6 HERMANAS DAVILA BAYAMON, PR 00959-5137 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177005 | $ 20,100.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Ducentésima Septuagésima Octava Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 21 LOZANO JIMENEZ, CARMEN S CALLE GUANINA B-4 URB. VILLA BORINQUEN CAGUAS, PR 00725 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176475 | $ 14,400.00 | ACOSTA AVILES, SAMUEL F. PO BOX 192421 SAN JUAN, PR 00919-2421 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176640 | $ 14,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 22 MONLLOR, DARLENE FRANCES 933 FALLBROOKE AVE. DELTONA, FL 32725 | 09/04/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175612 | $ 13,896.00 | MONLLOR, DARLENE FRANCES 933 FALLBROOKE AVE. DELTONA, FL 32725 | 09/15/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176013 | $ 13,896.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 23 MORALES VAZQUEZ, CARLOS JARDINES DE GUAMANI CALLE 3 D20 GUAYAMA, PR 00784 | 09/15/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175463 | $ 30,000.00 | MORALES VAZQUEZ, CARLOS JARDINES DE GUAMANI CALLE 3 D20 GUAYAMA, PR 00784 | 09/18/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176300 | $ 30,000.00* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 24 ORTIZ FIGUEROA, FRANKLIN #12 CALLE 4, URB. MANSIONES DE SIERRA TAINA BAYAMON, PR 00956 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176981 | $ 22,800.00 | ORTIZ FIGUEROA, FRANKLIN #12 CALLE 4, URB. MANSIONES DE SIERRA TAINA BAYAMON, PR 00956 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177061 | $ 22,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 25 ORTIZ PACHECO, LILLIAN I. CALLE LEONOR OESTE AU49 4TA SECCION LEVITTOWN TOA BAJA, PR 00949 | 09/15/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175738 | $ 13,200.00 | ORTIZ PACHECO, LILLIAN I. AU 49 CALLE LEONOR OESTE 4TA SECC LEVITTOWN TOA BAJA, PR 00945 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177291 | $ 13,200.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

## Ducentésima Septuagésima Octava Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 26 | ORTIZ, GLADYS L-14 CALLE 3 URB. SANTA MONICA BAYAMON, PR 00957 | 09/04/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175542 | $ 27,400.00 | ORTIZ, GLADYS L-14 CALLE 3 URB. SANTA MONICA BAYAMON, PR 00957 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176464 | $ 27,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | PADILLA SANTIAGO, LUIS O. PO BOX 262 BOQUERON, PR 00622 | 10/09/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176624 | $ 36,000.00 | PADILLA SANTIAGO, LUIS ORLANDO P.O. BOX 262 BOQUERON, PR 00622 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176701 | $ 36,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | PAGAN RIVERA, ALICIA HN-13 RAMON MORLA ST LEVITTOWN TOA BAJA, PR 00949 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176454 | $ 23,600.00 | RIVERA, ALICIA PAGAN HN-13 RAMON MORLA ST LEVITTOWN TOA BAJA, PR 00949 | 09/04/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175544 | $ 23,600.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | REYES CLAUSEL DE ORTIZ, KATHERINE CONDOMINIO PONTEZUELA EDIF B4 APT 1E CAROLINA, PR 00983-2080 | 09/09/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175210 | $ 27,600.00 | REYES CLAUSELL, KATHERINE CONDOMINIO PONTEZUELA ED. B4 APT. 1E CAROLINA, PR 00983-2080 | 09/14/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175525 | $ 27,600.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | ROMAN DELGADO, LETICIA CALLE 7K5 REPARTO MARQUEZ ARECIBO, PR 00612 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177216 | $ 4,800.00 | ROMAN DELGADO, LETICIA CALLE 7 K5 REPARTO MARQUEZ ARECIBO, PR 00612 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177352 | $ 4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Ducentésima Septuagésima Octava Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 31 SANTIAGO GONZALEZ, HECTOR M 1592 DIAMOND LOOP DR KINDRED, FL 34744 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176884 | $ 4,800.00 | SANTIAGO GONZALEZ, HECTOR M. 1582 DIAMOND LOOP DR KINDRED, FL 34744 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177347 | $ 4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades en el Reclamo Remanente.

| 32 SANTOS PEREZ, LOURDES YVETTE URB. ESTANCIA F-16 VIA CARACAS BAYAMON, PR 00961 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176532 | $ 19,200.00 | SANTOS PEREZ, LOURDES YVETTE URB. ESTANCIA F-16 VIA CARACAS BAYAMON, PR 00961 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176585 | $ 19,200.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 33 TAVAREZ ROMAN, JOSE R. 227 RUTA 4 BARRIO HANADAS ISABELA, PR 00662 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177155 | $ 4,800.00 | TAVAREZ ROMAN, JOSE R. 227 RUTA 4 BARRIO HANADAS ISABELA, PR 00662 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177218 | $ 4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 34 VILLANUEVA CARRION, RICARDO HC1 BOX 68513 LAS PIEDRAS, PR 00771 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176806 | $ 4,800.00 | VILLANUEVA CARRION, RICARDO HC BOX 68513 LAS PIEDRAS, PR 00771 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177006 | $ 4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 35 WILLMORE HERNANDEZ, JOSE F. 3155 DASHA PALM DR. KISSIMMEE, FL 34744-9265 | 09/21/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175993 | $ 4,800.00 | WILLMORE HERNANDEZ, JOSE F. 3155 DASHA PALM DR KISSIMMEE, FL 34744-9265 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177424 | $ 4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.