# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima septuagésima novena objeción global**

Ducentésima Septuagésima Novena Objeción Global

Anexo A: Titulares de bonos modificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | FABER, ROBERT B<br>19 ROBIN CIRCLE<br>STOUGHTON, MA 02072 | 15284 | El Estado Libre Asociado de Puerto Rico | Garantizada | $737,762.42 | El Estado Libre Asociado de Puerto Rico | Garantizada | $241,785.36 |

Base para: La Evidencia de reclamo pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no constituyen una deuda del Estado Libre Asociado y que están asociadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental (AFICA), que no es un Deudor al amparo del Título III. La Evidencia de reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. El reclamante también pretende invocar una obligación asociada a uno o más bonos emitidos por la Universidad de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante, además, pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental (AFICA) de Puerto Rico, que son duplicados de las evidencias de reclamo maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. El reclamante también invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Distrito del Centro de Convenciones de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Otra porción permanecerá en el Estado Libre Asociado

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | KORNBLUM, DANIEL B<br>73 ASPINWALL ST.<br>STATEN ISLAND, NY 10307 | 4229 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $280,000.00 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $50,000.00 |

Base para: La Evidencia de reclamo pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones cuyos pagos los tenedores de los bonos han visto recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. El reclamante también invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Distrito del Centro de Convenciones de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El reclamo también pretende invocar, en parte, una obligación fundada en la presunta titularidad de Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación. Otra porción permanecerá en el Estado Libre Asociado

| | | TOTAL | $ 1,017,762.42 | TOTAL | $ 291,785.36 |
|---|---|---|---|---|---|