# ANEXO A
**Relación de reclamaciones objeto de la Ducentésima octogésima objeción global**

Ducentésima Octogésima Objeción Global

Anexo A: Titulares de bonos modificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | ORESTES PENA VIA TDAMERITRADE 501 SYCAMORE LANE APT 515 EULESS, TX 76039 | 8529 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00 |
| | Base para: La Evidencia de reclamo pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones, cuyos pagos los tenedores de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra porción permanecerá en el Estado Libre Asociado | | | | | | | |
| 2 | PARSONS, PATRICIA P. 1840 N. PROSPECT AVE. APT 316 MILWAUKEE, WI 53202-1961 | 7414 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $130,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $100,000.00 |
| | Base para: La Evidencia de reclamo pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones, cuyos pagos los tenedores de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra porción permanecerá en el Estado Libre Asociado | | | | | | | |
| 3 | SHIRLEY M. HANNA TRUST, U/A/D 3/21/97 SHIRLEY M. HANNA, TRUSTEE 8703 PINESTRAW LANE ORLANDO, FL 32825 | 2022 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00 |
| | Base para: La Evidencia de reclamo pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones, cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra porción permanecerá en el Estado Libre Asociado | | | | | | | |
| 4 | WILLIAMS, MARION I AND CATHERINE E 2040 N BRIDGETON CT FAYETTEVILLE, AR 72701 | 2752 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $120,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $100,000.00 |
| | Base para: La Evidencia de reclamo pretende recuperar, en parte, pagos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones, cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra porción permanecerá en el Estado Libre Asociado | | | | | | | |
| | | | TOTAL | | $ 335,000.00 | TOTAL | | $ 230,000.00 |