# **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Eighty-Second Omnibus Objection**

Two Hundred and Eighty-Second Omnibus Objection
Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 5 STAR LIFE INSURANCE COMPANY<br>C/O KIMBERLEY WOODING<br>EXECUTIVE VICE PRESIDENT AND CFO<br>909 N. WASHINGTON STREET<br>ALEXANDRIA, VA 22314 | 5/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10151 | $ 407,000.00 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 2 | DAVIDSON, BRYAN & DEENA<br>4058 FLORA PL<br>SAINT LOUIS, MO 63110-3604 | 4/5/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 3947 | $ 10,000.00 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 3 | DAVISON, VICTORIA<br>902 ARLINGTON CENTER, PMB 196<br>ADA, OK 74820 | 5/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 20046 | $ 5,000.00 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 4 | KEMPKER, DAVID PAUL & LOUISE E<br>8531 GREENHILL WAY<br>ANCHORAGE, AK 99502 | 3/20/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 2884 | $ 5,000.00 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 5 | MARGUERITE KLOCKSIEM TTEE HAROLD L. KLOCKSIEM U/W DTD<br>MARGUERITE KLOCKSIEM<br>2000 EAST WEST CONNECTOR #121<br>AUSTELL, GA 30106 | 5/26/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 24456 | $ 10,000.00 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 6 | R J HUGHES SBTULWT RE HUGHES UAD 05/28/2012 ROBERT B HUGHES TTEE<br>10957 SW 82ND TER<br>OCALA, FL 34481 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5131 | $ 25,000.00 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |

## Two Hundred and Eighty-Second Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | RJ HUGHES SBTULWT RE HUGHES UAD 05/28/2012 ROBERT B HUGHES TTEE<br>10957 SW 82ND TER<br>OCALA, FL 34481 | 3/19/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 3652 | $ 25,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | TOTAL | $ 487,000.00 |
|---|---|---|---|---|---|---|