# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima octogésima segunda objeción global**

Ducentésima Octogésima Segunda Objeción Global
Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | 5 STAR LIFE INSURANCE COMPANY<br>C/O KIMBERLEY WOODING<br>EXECUTIVE VICE PRESIDENT AND CFO<br>909 N. WASHINGTON STREET<br>ALEXANDRIA, VA 22314 | 5/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10151 | $ 407,000.00 |
| | Base para: El reclamante formula un reclamo respecto de unas notas aseguradas subordinadas, cuyos números CUSIP originales se vinculan a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia de reclamo maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 2 | DAVIDSON, BRYAN & DEENA<br>4058 FLORA PL<br>SAINT LOUIS, MO 63110-3604 | 4/5/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 3947 | $ 10,000.00 |
| | Base para: El reclamante formula un reclamo respecto de unas notas aseguradas subordinadas, cuyos números CUSIP originales se vinculan a uno o más bonos emitidos por la ACT, que son duplicados de una o más evidencias de reclamo maestras que el agente fiscal o el fideicomisario de esos bonos presentaron en el Caso de la ACT al amparo del Título III. | | | | | |
| 3 | DAVISON, VICTORIA<br>902 ARLINGTON CENTER, PMB 196<br>ADA, OK 74820 | 5/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 20046 | $ 5,000.00 |
| | Base para: El reclamante formula un reclamo respecto de unas notas aseguradas subordinadas, cuyos números CUSIP originales se vinculan a uno o más bonos emitidos por la ACT, que son duplicados de una o más evidencias de reclamo maestras que el agente fiscal o el fideicomisario de esos bonos presentaron en el Caso de la ACT al amparo del Título III. | | | | | |
| 4 | KEMPKER, DAVID PAUL & LOUISE E<br>8531 GREENHILL WAY<br>ANCHORAGE, AK 99502 | 3/20/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 2884 | $ 5,000.00 |
| | Base para: El reclamante formula un reclamo respecto de unas notas aseguradas subordinadas, cuyos números CUSIP originales se vinculan a uno o más bonos emitidos por la ACT, que son duplicados de una o más evidencias de reclamo maestras que el agente fiscal o el fideicomisario de esos bonos presentaron en el Caso de la ACT al amparo del Título III. | | | | | |
| 5 | MARGUERITE KLOCKSIEM TTEE HAROLD L. KLOCKSIEM U/W DTD<br>MARGUERITE KLOCKSIEM<br>2000 EAST WEST CONNECTOR #121<br>AUSTELL, GA 30106 | 5/26/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 24456 | $ 10,000.00 |
| | Base para: El reclamante formula un reclamo respecto de unas notas aseguradas subordinadas, cuyos números CUSIP originales se vinculan a uno o más bonos emitidos por la ACT, que son duplicados de una o más evidencias de reclamo maestras que el agente fiscal o el fideicomisario de esos bonos presentaron en el Caso de la ACT al amparo del Título III. | | | | | |
| 6 | R J HUGHES SBTULWT RE HUGHES UAD 05/28/2012 ROBERT B HUGHES TTEE<br>10957 SW 82ND TER<br>OCALA, FL 34481 | 3/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5131 | $ 25,000.00 |
| | Base para: El reclamante formula un reclamo respecto de unas notas aseguradas subordinadas, cuyos números CUSIP originales se vinculan a uno o más bonos emitidos por la ACT, que son duplicados de una o más evidencias de reclamo maestras que el agente fiscal o el fideicomisario de esos bonos presentaron en el Caso de la ACT al amparo del Título III. | | | | | |

## Ducentésima Octogésima Segunda Objeción Global
### Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | RJ HUGHES SBTULWT RE HUGHES UAD 05/28/2012 ROBERT B HUGHES TTEE<br>10957 SW 82ND TER<br>OCALA, FL 34481 | 3/19/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 3652 | $ 25,000.00 |

Base para: El reclamante formula un reclamo respecto de unas notas aseguradas subordinadas, cuyos números CUSIP originales se vinculan a uno o más bonos emitidos por la ACT, que son duplicados de una o más evidencias de reclamo maestras que el agente fiscal o el fideicomisario de esos bonos presentaron en el Caso de la ACT al amparo del Título III.

| | | | | | TOTAL | $ 487,000.00 |