# **EXHIBIT A**
**Schedule of Claims Subject to the Two Hundred Eighty-Third Omnibus Objection**

Two Hundred and Eighty-Third Omnibus Objection
Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AREY, SHELDON<br>1115 VINTAGE COURT<br>VIRGINIA BEACH, VA 23454 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4832 | $ 10,026.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CARLSON, DEAN L<br>527 LENOX AVE<br>WESTFIELD, NJ 07090 | 4/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6226 | $ 100,076.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | JANE G. SORRICK LIVING TRUST UAD DATED 1/15/2007<br>3090 JAMAICA ST.<br>SARASOTA, FL 34231 | 4/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6871 | $ 50,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | KLEBER, HANNAH<br>950 FARM HAVEN DR.<br>ROCKVILLE, MD 20852 | 4/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7834 | $ 15,003.80 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | ROME FAMILY TRUST UDT 1/18/93<br>JULIE ROME-BANKS, ESQ. AND TRUSTEE<br>BINDER & MALTER LLP<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27271 | $ 54,579.01 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | THOMAS W. PARSONS CREDIT SHELTER TRUST<br>PATRICIA PARSONS-TRUSTEE<br>1840 N. PROSPECT AVE<br>APT 316<br>MILWAUKEE, WI 53202-1961 | 4/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7561 | $ 10,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.

TOTAL $ 239,684.81