# ANEXO A
**Relación de reclamaciones objeto de la Ducentésima octogésima tercera objeción global**

Ducentésima Octogésima Tercera Objeción Global
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | AREY, SHELDON<br>1115 VINTAGE COURT<br>VIRGINIA BEACH, VA 23454 | 3/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4832 | $ 10,026.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se formulan intereses sobre una o más obligaciones, cuyos pagos los tenedores de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y se vinculan a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 2 | CARLSON, DEAN L<br>527 LENOX AVE<br>WESTFIELD, NJ 07090 | 4/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6226 | $ 100,076.00 |
| | Base para: La Evidencia de reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se formulan intereses sobre una o más obligaciones, cuyos pagos los tenedores de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y se vinculan con una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 3 | JANE G. SORRICK LIVING TRUST UAD DATED 1/15/2007<br>3090 JAMAICA ST.<br>SARASOTA, FL 34231 | 4/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6871 | $ 50,000.00 |
| | Base para: La Evidencia de reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se formulan intereses sobre una o más obligaciones, cuyos pagos los tenedores de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y se vinculan con una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 4 | KLEBER, HANNAH<br>950 FARM HAVEN DR.<br>ROCKVILLE, MD 20852 | 4/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7834 | $ 15,003.80 |
| | Base para: La Evidencia de reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se formulan intereses sobre una o más obligaciones, cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y se vinculan a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 5 | ROME FAMILY TRUST UDT 1/18/93<br>JULIE ROME-BANKS, ESQ. AND TRUSTEE<br>BINDER & MALTER LLP<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27271 | $ 54,579.01 |
| | Base para: La Evidencia de reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se formulan intereses sobre una o más obligaciones, cuyos pagos los tenedores de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y se vinculan a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |

## Ducentésima Octogésima Tercera Objeción Global
### Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | THOMAS W. PARSONS CREDIT SHELTER TRUST PATRICIA PARSONS-TRUSTEE 1840 N. PROSPECT AVE APT 316 MILWAUKEE, WI 53202-1961 | 4/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7561 | $ 10,000.00 |
| | Base para: La Evidencia de reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se formulan intereses sobre una o más obligaciones, cuyos pagos los tenedores de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y se vinculan a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| | | | | | TOTAL | $ 239,684.81 |