UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER REGARDING ADJOURNED OMNIBUS OBJECTIONS TO CLAIMS

      This Order concerns (i) the pending claim objections with respect to the claims categorized by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as Claims to be Set for Hearing or Deficient Claims to Be Set for Hearing in the notices of presentment filed by the Oversight Board on October 20, 2020, and October 23, 2020, and (ii) the pending claim objections, initially noticed for the December 9, 2020, Omnibus Hearing with respect to claims on account of which responses have been submitted by claimants (formally or informally) (collectively, the "Adjourned Claim Objections"). Hearings concerning the Adjourned Claim Objections will be held (i) on **January 14, 2020, at 9:30 a.m. Atlantic Standard Time (8:30 a.m. Eastern Standard Time)** (the "January Claim Objection Hearing") and (ii) **February 1, 2020, at 9:30 a.m. Atlantic Standard Time (8:30 a.m. Eastern Standard**

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Time**) (the "February Claim Objection Hearing" and, together with the January Claim Objection Hearing, the "Claim Objection Hearings").[2]

The Oversight Board is directed to provide notice of the Claim Objection Hearings, substantially in the form of the notice attached hereto as Exhibit A (in both English and Spanish) (the "Hearing Notice"), to each of the claimants associated with the Adjourned Claim Objections against whom the Oversight Board intends to prosecute a claim objection at the Claim Objection Hearings. Proceedings concerning a maximum of fifteen (15) claimants may be noticed for 9:30 a.m. (AST) on each hearing date, and proceedings concerning a maximum of fifteen (15) claimants may be noticed for 10:30 a.m. (AST) on each hearing date. No additional speakers will be permitted unless the Court has been notified and the relevant pleadings have been filed at least 72 hours in advance of the relevant Claim Objection Hearing.

To the extent that the Oversight Board intends to prosecute an Adjourned Claim Objection with respect to a particular claim at the Claim Objection Hearings, the Oversight Board is directed to file, at least 10 days in advance of the relevant Claim Objection Hearing, (a) a reply in support of the Adjourned Claim Objection, (b) any portions of the respondent's response that were not filed on the docket, and (c) certified translations of any Spanish-language portions of the respondent's response. The Oversight Board must also file, at least 10 days in advance of the relevant Claim Objection Hearing, an informative motion identifying the Adjourned Claim Objections, claimants, and claims that will be the subject of the applicable Claim Objection Hearings. Any notice of transfer pursuant to the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Forms of Notice, and (C) Granting Related Relief* (Docket Entry No. 12576) or the *Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* (Docket Entry No. 12274) with respect to any respondent's claim must be filed by the same deadline.

The Oversight Board must make a certified interpreter available at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 (the "Courthouse"). At least one attorney representing the Oversight Board must also be present at the Courthouse for the Claim Objection Hearings. The Oversight Board must confer with the Clerk's Office of the United States District Court for the District of Puerto Rico (the "Clerk's Office") and follow any instructions provided by the Clerk's Office concerning the operation of the Claim Objection Hearings. All individuals present at the Courthouse for the Claim Objection Hearings must comply with the procedures set forth in the section of the Hearing Notice titled "Safety Procedures at the Hearing."

To the extent the Oversight Board has not already done so, the Oversight Board must file notices of presentment seeking entry of orders sustaining the portions of the Adjourned Claim Objections to which no responses (formal or informal) have been received. After the conclusion of the Claim Objection Hearings, the Oversight Board must submit comprehensive

---

[2] If either the January Claim Objection Hearing or February Claim Objection Hearing is not completed by the close of business on January 14, 2020, or February 1, 2020, respectively, the Court will be prepared to resume on January 15, 2020, or February 2, 2020, respectively.

proposed orders reflecting the dispositions of the relevant Adjourned Claim Objections, with exhibits identifying separately the claims as to which objections are sustained and those, if any, as to which the objections are overruled or adjourned.

    SO ORDERED.

Dated: December 15, 2020

    /s/ Laura Taylor Swain
    LAURA TAYLOR SWAIN
    United States District Judge