# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-3567 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-3566 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-4780 (LTS) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

# ORDER

This matter is before the court on the *Motion to Extend Deadline for Motion for Default Judgement in Standing Order Regarding Procedures for Default Judgement Motion Practice and Clerk's Entries of the Default* (Dkt. No. 15395) (the "Motion"). Taking note of the lack of objection and finding good cause for the requested relief, the Court hereby ALLOWS the Motion. The deadline to file and serve motions for judgment by default established in the *Standing Order Regarding Procedures for Default Judgment Motion Practice* (Dkt. No. 13421) (the "Default Judgment Standing Order") shall be extended sixty (60) days for the following defendants[2]:

a) Corporate Research & Training, Inc (Adversary Proc. No. 19-00151);

b) S & L Development S.E. (Adversary Proc. No. 19-00243);

c) I.D.E.A., Inc. (Adversary Proc. No. 19-00268); and

d) Next Level Learning, Inc. (Adversary Proc. No. 19-00129);

It is further ordered that the deadline to file and serve motions for judgment by default established in the Standing Order Regarding Procedures for Default Judgment Motion Practice, as later extended by the *Order Granting Second Omnibus Motion to Extend Deadline for Motion for Default Judgement in Standing Order Regarding Procedures for Default Motion Practice and Clerk's Entries of Default* (Dkt No. 24. in 19-AP-00181) shall be extended seventy (70) days for Postage By Phone Reserve Account (19-AP-00181).[3] Except as modified by this Order, the Default Judgment Standing Order shall otherwise remain in full force and effect.

---

[2] The Court declines to extend the deadline for "all entries of default" as requested by the plaintiffs in these adversary proceedings because the entries of default have already been filed.

[3] To be clear, the new deadline to file and serve motions for judgment by default for each of the Default Defendants as defined in the Motion shall be February 26, 2021.

This Order resolves Dkt. No. 15395.

SO ORDERED.

Dated: December 15, 2020.

/s/Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge