IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**STIPULATION AND ORDER BINDING THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO TO THE CONFIDENTIALITY AGREEMENT AND ORDER IN CONNECTION WITH (A) AMBAC ASSURANCE CORPORATION'S MOTION FOR ENTRY OF ORDER AUTHORIZING DISCOVERY UNDER BANKRUPTCY RULE 2004 CONCERNING COMMONWEALTH ASSETS [ECF NO. 9022] AND (B) AMBAC ASSURANCE CORPORATION'S MOTION FOR ENTRY OF ORDER AUTHORIZING DISCOVERY UNDER BANKRUPTCY RULE 2004 CONCERNING COMMONWEALTH CASH RESTRICTION ANALYSIS [ECF NO. 9023]**

WHEREAS, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth") pursuant to section 315(b) of PROMESA, and the Puerto Rico Fiscal Agency

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK- 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

and Financial Advisory Authority ("AAFAF") (collectively, "Respondents") possess confidential, proprietary, and commercially sensitive information that Respondents have agreed to disclose to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "Retiree Committee") and/or their advisors;

WHEREAS, on October 28, 2019, Ambac Assurance Corporation ("Ambac") filed a *Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Assets* [ECF No. 9022] (the "Commonwealth Assets Rule 2004 Motion"); and

WHEREAS, Ambac subsequently filed its *Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Cash Restriction Analysis* [ECF No. 9023] and *Motion for an Order Directing Cash Rule 2004 Discovery from the Financial Oversight and Management Board for Puerto Rico* [ECF No. 15220] (the "Cash Rule 2004 Motions," and collectively with the Commonwealth Assets Rule 2004 Motion, the "Rule 2004 Motions");

WHEREAS, to facilitate the disclosure of information relating to the Rule 2004 Motions to the Retiree Committee and/or their advisors while protecting such confidential information from improper disclosure and use, Respondents and the Retiree Committee through their respective undersigned counsel, have agreed that the *Confidentiality Agreement and Order in Connection with (A) Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Assets [ECF No. 9022] and (B) Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Commonwealth Cash Restriction Analysis [ECF No. 9023]* (ECF No. 12920) ("Protective Order"), attached hereto as Exhibit 1, shall apply to Respondents' production of materials relating to the Rule 2004 Motions to the Retiree Committee, including to all

"Material," as defined in paragraph 1 of the Protective Order;

WHEREAS, Respondents and the Retiree Committee have established good cause for entry of this stipulation to the Protective Order (the "Stipulated Order");

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. For purposes of the Stipulated Order, "Parties" or "Party" as defined in the Protective Order shall include the Retiree Committee.

2. For the avoidance of doubt, nothing herein shall be deemed to waive or modify the Protective Order, except that this Stipulated Order is applicable to, and shall govern, all Material produced and disclosed to the Retiree Committee.

3. This Court shall retain full and exclusive jurisdiction during the pendency of this case and thereafter to enforce this Stipulated Order and to grant relief for any violation thereof. Respondents, the Retiree Committee, and all signatories of Exhibit A to the Protective Order explicitly consent to the jurisdiction of this Court for the purpose of enforcement of this Stipulated Order. The Stipulated Order may be modified or terminated only by written stipulation of the parties or by order of the Court.

SO STIPULATED:

Dated: December 15, 2020

| | |
|---|---|
| **JENNER & BLOCK LLP** | **BENNAZAR, GARCÍA & MILIÁN, C.S.P.** |
| By: */s/ Robert Gordon* | By: */s/ A.J. Bennazar-Zequeira* |
| Robert Gordon (admitted *pro hac vice*) | A.J. Bennazar-Zequeira |
| Richard Levin (admitted *pro hac vice*) | Edificio Union Plaza |
| 919 Third Ave | PH-A piso 18 |
| New York, NY 10022-3908 | Avenida Ponce de León #416 |
| rgordon@jenner.com | Hato Rey, San Juan |
| rlevin@jenner.com | Puerto Rico 00918 |
| 212-891-1600 (telephone) | ajb@bennazar.org |
| 212-891-1699 (facsimile) | 787-754-9191 (telephone) |
| | 787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*) | |
| Melissa Root (admitted *pro hac vice*) | *Counsel for The Official Committee of Retired Employees of Puerto Rico* |
| Landon Raiford (admitted *pro hac vice*) | |
| 353 N. Clark Street | |
| Chicago, IL 60654 | |
| csteege@jenner.com | |
| mroot@jenner.com | |
| lraiford@jenner.com | |
| 312-222-9350 (telephone) | |
| 312-239-5199 (facsimile) | |

*Counsel for The Official Committee of Retired Employees of Puerto Rico*

| | |
|---|---|
| **O'NEILL & BORGES LLC** | **PROSKAUER ROSE LLP** |
| By: */s/ Hermann D. Bauer* | By: */s/ Martin J. Bienenstock* |
| Hermann D. Bauer | Martin J. Bienenstock (*pro hac vice*) |
| USDC No. 215205 | Stephen L. Ratner (*pro hac vice*) |
| 250 Muñoz Rivera Ave., Suite 800 | Timothy W. Mungovan (*pro hac vice*) |
| San Juan, PR 00918-1813 | Michael T. Mervis |
| Tel: (787) 764-8181 | Margaret A. Dale (*pro hac vice*) |
| Fax: (787) 753-8944 | Eleven Times Square |
| hermann.bauer@oneillborges.com | New York, NY 10036 |
| | Tel: (212) 969-3000 |
| *Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico* | Fax: (212) 969-2900 |
| | mbienenstock@proskauer.com |
| | sratner@proskauer.com |
| | tmungovan@proskauer.com |
| | mmervis@proskauer.com |
| | mdale@proskauer.com |
| | |
| | *Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico* |

| | |
|---|---|
| **O'MELVENY & MYERS LLP** | **MARINI PIETRANTONI MUÑIZ LLC** |
| By: */s/ Elizabeth L. McKeen* | By: */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi (*pro hac vice*) | Luis C. Marini-Biaggi |
| 7 Times Square | USDC No. 222301 |
| New York, NY 10036 | Carolina Velaz-Rivero |
| Tel: (212) 326-2000 | USDC No. 300913 |
| Fax: (212) 326-2061 | 250 Ponce de León Ave., Suite 900 |
| jrapisardi@omm.com | San Juan, PR 00918 |
| | Tel: (787) 705-2171 |
| Peter Friedman (*pro hac vice*) | Fax: (787) 936-7494 |
| 1625 Eye Street, NW | lmarini@mpmlawpr.com |
| Washington, DC 20006 | cvelaz@mpmlawpr.com |
| Tel: (202) 383-5300 | |
| Fax: (202) 383-5414 | *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |
| pfriedman@omm.com | |
| | |
| Elizabeth L. McKeen (*pro hac vice*) | |
| Ashley M. Pavel (*pro hac vice*) | |
| 610 Newport Center Drive, 17th Floor | |
| Newport Beach, CA 92660 | |
| Tel: (949) 823-6900 | |
| Fax: (949) 823-6994 | |
| emckeen@omm.com | |
| apavel@omm.com | |
| | |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | |

This order resolves Dkt. No. 15438.

SO ORDERED.

Dated: December  15 , 2020

                                                    /s/ Judith Gail Dein
                                                    JUDITH GAIL DEIN
                                                    United States Magistrate Judge