## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

     Debtors.[i]

------------------------------------------------------------------------ x

: 
: 
: 
: PROMESA
: Title III
: 
: Case No. 17-BK-3283 (LTS)
: 
: (Jointly Administered)
: 
: 

### APPLICATION AND ORDER FOR PRO HAC VICE ADMISSION OF
### ANGELO M. CASTALDI, ESQ. OF GENOVESE JOBLOVE & BATTISTA, P.A.

Angelo M. Castaldi (the "Applicant"), pursuant to Rule 83A(f) of the Local Rules for the

United States District Court for the District of Puerto Rico, states as follows:

1.     The Applicant is an attorney with the law firm of Genovese Joblove & Battista,

P.A., with offices located at:

> 100 S.E. 2nd Street
> Suite 4400
> Miami, Florida 33131
> E-mail: acastaldi@gjb-law.com
> Tel: 305-349-2300

2.     The Applicant will sign all pleadings under the name Angelo M. Castaldi.

---

[i]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747);and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801).

3. The Applicant, as an attorney with the above-named firm, requests to appear *pro hac vice* to represent the Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA and PBA), as special litigation counsel in the above jointly administered cases pending before the United States District Court of Puerto, including the associated adversary proceedings.

4. Since October 8, 2015, the Applicant has been and is a member in good standing of the Bar court of the State of Florida, where the Applicant regularly practices law. Additionally, the Applicant is admitted to practice before the U.S. District Court for the Southern District of Florida and the U.S. Bankruptcy Court for the Southern District of Florida. The Applicant's Florida bar license number is 119098.

5. Applicant is not suspended from the practice of law before any court or jurisdiction.

6. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

7. The Applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico in the preceding three years.

8. Local counsel of record associated with the Applicant in this matter is:

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq.,
(USDC-PR 218312)
PO Box 195075
San Juan, PR 00919-5075
Telephone: (787) 523-3434
jcasillas@cstlawpr.com

9. Applicant has read the local rules of this Court and will comply with the same.

10. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply

with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each

new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached

hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

       **WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States

District Court for the District of Puerto Rico for the above-styled case.

Date:       December 15, 2020

                                Angelo M. Castaldi
                                Printed Name of Applicant

                                */s/ Angelo M. Castaldi*
                                Signature of Applicant

*[Remainder of page intentionally left blank.]*

I HEREBY CERTIFY, Pursuant to Rule 83A(f) of the Local Rules for the United States District Court for the District of Puerto Rico, that I consent to the designation as local counsel to the Applicant for all purposes.

Date:        December 15, 2020

/s/Juan J. Casillas Ayala
CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq.,
(USDC-PR 218312)
PO Box 195075
San Juan, PR 00919-5075
Telephone: (787) 523-3434
jcasillas@cstlawpr.com

I FURTHER CERTIFY that the foregoing document was electronically filed with the Clerk of the Court via the CM/ECF system, which sent notification of such filing to all attorneys of record and interested parties registered to receive electronic notification on this matter, and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

Date:        December 15, 2020

/s/Juan J. Casillas Ayala
CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq.,
(USDC-PR 218312)
PO Box 195075
San Juan, PR 00919-5075
Telephone: (787) 523-3434
jcasillas@cstlawpr.com

## <u>ORDER</u>

The Court, having considered the above Application for Admission Pro Hac Vice, orders

that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the

account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the

Applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____ , _____.


_____
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE