A quien pueda interezar:

Reciban un cordial saludo. Por este medio dicho notificarle el tiempo transcurrido en el que labore para el Departamento de Educación en P.R. para agosto del 1983, en la escuela Josefina Muñoz inicie mi carrera magisterial y mi jubilación fue para el 3 de marzo de 2008. Trabaje 7 años y 2 meses para el Departamento de Salud, y en Comercio, Departamento del Trabajo. Departamento del Trabajo. Cualquier información adicional favor de notificarle.

Quedo muy agradecido

Sr. Carlos D. Arroyo Fonseca.

Date Filed - 6/25/2018
Case Number - 17BK03566-LTS
Claim # - 99739