Sr. Carlos C. Silva
Urb. Villa Patillas
Esmeralda #148
Patillas, P.R. 00723

RECEIVED
2020 DEC 11 PM 4:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Tribunal de Distrito de los Estados Unidos.
#150 Chardon Avenue
Federal Building.
San Juan. P.R. 00918