| | |
|---|---|
| RECLAMANTE: | JOHN LOPEZ SANCHEZ |
| NUMERO DE PROCEDIMIENTO: | 17 BK-3283 – LTS |
| NUMERO DE RECLAMACION: | 122998 |

RECEIVED & FILED
2020 DEC 11 AM 8 01
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN PR

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 7 de agosto de 1989 hasta el 31 de agosto de 2017 como MA. EDUC.NIVEL ELEMENTAL 4-6 del Departamento de Educación de Puerto Rico – ELA.

| | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

JOHN LOPEZ SANCHEZ
Nombre en letra de molde

*[firma]* 8/diciembre/2020
Firma y fecha

RECLAMANTE: JOHN LOPEZ SANCHEZ
DIRECCION: URB. LA VEGA A 158
VILLALBA PR.00766

NUMERO DE RECLAMACION: 122998

Fecha de presentacion (envio): 27 DE OCTUBRE DE 2020
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 27 DE OCTUBRE DE 2020 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como MA. EDUC. ELEMENTAL 4-6 desde el 7 DE AGOSTO DE 1989 hasta 31 DE AGOSTO DE 2017.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

JOHN LOPEZ SANCHEZ
Nombre en letra de molde

_[firma]_  8/dic./2020
Firma y fecha



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

23 de noviembre de 2020

A quien pueda interesar:

Certifico que **JOHN LOPEZ SANCHEZ**, número de seguro social **XXX-XX-6481** laboró en nuestra Agencia desde **7 de agosto de 1989** al **31 de agosto de 2017**.

Ocupó puesto en calidad de **MA. EDUC. NIVEL ELEMENTAL (4-6)** en **ISABEL ALVARADO ALVARADO (EL PINO)**, **PONCE**, Oficina Regional Educativa de **PONCE** y devengó un salario de **$3,215.00** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Lydia E. Moralez Cruz
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.