John Loper Sancher
Urb. La Vega A. 158
Villalba P.R. 00766



RECEIVED & FILED
2020 DEC 11  AM 8 01
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P.R.

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan P.R. 00918-1767