28 de octubre 2020

i. DATOS DEL CONTACTO

Nombre: Alma M. Arvelo Plumey

P O Box 142726 Arecibo Puerto Rico 00627

Teléfono: 787-248-8890

Correo Electrónico: almaarvelo@hotmail.com



ii. EPIGRAFE

Tribunal de Distrito de los Estados Unidos, San Juan, PR

Commonwealth of Puerto Rico (Estado Libre Asociado de Puerto Rico)

Numero de caso: 17 BK 03283- LTS

Numero de procedimiento o reclamación: 16161: nombramiento como Supervisora Regional 2 en propiedad con el salario que me corresponde

iii. MOTIVOS PARA OPONERSE A LA OBJECION GLOBAL

Someto ante su atención evidencias y documentos que justifican los

Reclamos, las bases de hecho y de derechos.

Luego de varios intentos por recibir información status de mi caso a través de Prime Clerk, recibí una llamada de Sr. Juan Rodriguez quien me indico ser empleado de Prime Clerk del número de teléfono 1-347-817-4158. el me oriento que mi caso tiene vista el 28/10/2020. Que hay una parte de mi reclamación enviada a ustedes desde enero 2020 que carecía de evidencia .me informo que es la parte que habla específicamente sobre nombramiento oficial al puesto de Supervisora Regional 2. Este puesto lo ocupó desde el 1 de agosto 2016 al

presente supervisando regionalmente, sin nombramiento oficial. Mi reclamo se fundamenta en que ejerzo las funciones del puesto sin la paga que corresponde desde el 2016 al presente ininterrumpidamente desde esa fecha y aunque lo acepte en un inicio por solicitud del director regional Wilfredo Bermudez jamás pensé que pasarían tantos años sin que el departamento de la familia no cumplieran con el pago correspondiente y el pago del diferencial, por las funciones del puesto que realizó aun cuando mi talonario de pago indica que soy supervisora regional 2 y a cargo de los programas más complejos de la región norte del país. La paga que refleja talonario (anexo) es la de supervisora 1, mi puesto original. Pero el puesto que ejecuto es de supervisor 2.

Los programas que me fueron asignados en aquel momento son:

- ✓ centro de prestación Arecibo –Región Arecibo
- ✓ escuela para la vida y la convivencia – Región Arecibo
- ✓ Servicio a menores y envejecientes ADFAN –Local del pueblo de florida
- ✓ programa de cuidado sustituto –Región Arecibo.

Solicito respetuosamente por derecho que se reconozca y retribuya justamente al principio de mérito al puesto que ocupo como supervisora regional 2 el cual comencé a ejercer desde el 1 de agosto de 2016 hasta el presente con todas las funciones que este requiere ininterrumpidamente. Al momento el Departamento de la Familia no ha tomado la atención pertinente para otorgar el salario que corresponde al puesto. Solicito que se me retribuya el salario que corresponde igualado a los supervisores 2 del departamento de la familia el cual asciende a $2724.00 aproximado conforme a evidencia que someto, más un diferencial al puesto de $285.00 mensuales como corresponde. actualmente continúo cobrando un salario como supervisor de trabajador social 1 con el salario básico de $2488.00 mensuales. Por lo que el Gobierno de Puerto Rico me adeuda por la

diferencia en salario al puesto que ocupo de supervisor regional 11, la suma aproximada de $9,440.00 y se añade por concepto del diferencial al puesto de supervisor regional 2, la suma de $11,400.00. Según mis cálculos ya que la agencia no se ha pronunciado sobre el particular, la deuda debe estar hasta diciembre 2019 en unos $12,648.00

Someto evidencia de mi talonario para record y acción correspondiente:

Solicito respetuosamente bajo el amparo de la ley 184, del 3 de agosto del 2004, según enmendada, Ley para la Administración de los Recursos Humanos en el Servicio Público del Estado Libre Asociado de Puerto Rico la cual establece.

<u>Normas específicas sobre retribución:</u>

- La oficina administrara el plan de retribución en relación con las áreas esenciales al principio de mérito en las transacciones de personal en el servicio público de carrera.

-condiciones extraordinarias: situación de trabajo temporera especial que requiere un mayor esfuerzo o riesgo por el empleado, mientras lleva a cabo las funciones del puesto.

-intinerato: situación de trabajo <u>temporera</u> en la que el empleado desempeña todas las funciones esenciales de un puesto superior al que ocupa en propiedad.se requiere ejercer las funciones sin interrupción por más de treinta días y haber sido designado oficialmente (someto evidencia del puesto y los programas a supervisar). Cuando el empleado haya ejercido las funciones del puesto por 12 meses o más, se le concederá un aumento salarial equivalente a un tipo retributivo en su puesto.

<u>Someto evidencias para record y acción correspondiente:</u>

- ➢ carta enviada a la Secretaria del Departamento de la Familia Glorimar Andújar Matos con fecha del 17 de marzo 2017 solicitando el pago del mismo.
- ➢ Copia de la designación administrativa a supervisora regional 2 región Arecibo P.R.
- ➢ copia de mi talonario el cual refleja el puesto que ocupo como supervisor regional de trabajo social 2 con el salario de $2488.00 equivalente a supervisor 1. el cual ya no ejerzo.
- ➢ Copia cartas enviadas a nivel central del departamento de la familia y el con fecha del 6 de septiembre 2016 respaldando el puesto de supervisor regional 2 que debo ocupar vacante <u>12308086</u> a Oficina de Recursos Humanos.
- ➢ Someto copia de convocatoria a examen para supervisor trabajador social 2, donde indica salario y diferencial del mismo con fecha de 13 noviembre 2018. Informa que no cualifico cuando desde el 2016 lo ocupo.
- ➢ Carta del 6 septiembre 2016 donde nivel central recursos humanos donde se ordena el ascenso sin oposición al puesto de supervisor 2 y el número del puesto <u>12308086</u> disponible para mí.
- ➢ Carta del 9 de septiembre 2015 donde solicito evaluación de mi expediente profesional y ejecutoria.
- ➢ Carta del 22 de septiembre 2015 donde nivel central área recursos humanos evalúa mi expediente y me califica para realizar vareas funciones incluyendo supervisor 11 por mi capacidad, preparación y conocimiento, reconociendo mi ejecutoria.
- ➢ Carta de 21 de febrero 2020 solicitando la hoja de cambio y puesto a supervisor 2 en propiedad
- ➢ Copia de convocatoria puesto supervisor 2 y salario que corresponde a mi persona retroactivo.
- ➢ Copia de solicitud de hoja de cambio al puesto de supervisor 2

Esto lo reclamo, según lo establece la Constitución de Puerto Rico Articulo 2 sección 16 Derechos de los Empleados a Recibir Igual Paga Por Igual

Trabajo, Ley número 16 del año 2017-Ley de Igualdad Salarial de Puerto Rico y la Equal pay Act de 1963.

En mi caso solicito que se trabaje mi situación con el mayor peso de la ley que merece.

*[signature]*