# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| *as representative of* | |
| | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on November 13, 2020. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 13 de noviembre de 2020. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

Page **1** of **2**

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| 1 | | Pleading is illegible. L.Civ.R. 10 *(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11 *(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1 http://www.prd.uscourts.gov/promesa/forms-attorneys *(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 | | Failure to pay the filing fee in the amount of $400.00. See, L.Cv.R. 3.1(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal. *(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | | Other: |

Date: November 16, 2020

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: s/ Marian B. Ramirez-Rivera
Marian B. Ramirez Rivera
Deputy Clerk

sc: to filer with original filing attached



# GOBIERNO DE PUERTO RICO

Departamento de la Familia
Programa de Adulto
P.O. Box 504 Arecibo, P.R. 00613
(787) 878-2985

# Hoja de Tramite

17 de marzo de 2017.

Licenciada: Glorimar Andújar Matos
Secretaria
Departamento de la familia

*Alma M. Arvelo Plumey*
Supervisora regional
Región Arecibo

Recibido por: Lydiann N. Diaz

Fecha: 03/17/17

**GOBIERNO DE PUERTO RICO**
Departamento de la Familia

17 de marzo 2017.

Licenciada: Glorimar Andújar Matos
Secretaria
Departamento de la familia

Alma M. Arvelo Plumey
Supervisora regional
Arecibo, P. R.

**SOLICITUD DE RECLAMO DEL AUMENTO POR AÑOS DE SERVICIO**

Por este medio deseo informar que Inicie mis labores en el departamento de la familia desde el 2008 y hasta el día de hoy 17 de marzo 2017 nunca me han pagado ningún aumento por anos de servicio. Para el 2008 fui cualificada como supervisora de trabajo social 1 y transferida a la región de Arecibo. En aquella entrevista fui calificada como supervisora 11 basado en mi resume y vasta experiencia profesional (anexo resume profesional).En ese momento ese puesto no se me honro aunque se me informo verbalmente. Aunque resido en Camuy , inicie mis funciones en la local de Morovis y luego fui trasladada a trabajar en la local de Utuado viajando larga distancia todos los días desde mi hogar.
En marzo 2013 fui trasladada a la unidad de investigaciones UIE en región Arecibo como supervisora 1 en turnos rotativos en horario 24/7 a la semana. En esa ocasión se me informo que recibiría el pago de diferencial como correspondía por condiciones extraordinarias en un escenario que requería mayor esfuerzo o riesgo para el empleado al ejercer sus funciones como lo contempla la ley 184 conocida como ley de personal del servicio publico del gobierno de Puerto Rico mientras lleva a cabo sus funciones .Al momento de esta carta no se me ha pagado el diferencial como me correspondía. En 2015 tuve que salir de la unidad al recibir comunicación de la oficina de gerencia y presupuesto la cual indicaba que no se me pagaría el diferencial aunque tengo derecho como lo expresa la misma carta recibida de la oficina de gerencia y presupuesto ya que cumplí con lo requerido en los turnos rotativos y horarios 24/7 según lo describe el puesto del supervisor 1 en esa unidad . Sin embargo a un compañero supervisor que entro a UIE luego de mi y a quien yo adiestre se lo pagaron estando yo laborando aun allí, desconozco las razones .
Dada la situación, por necesidad de servicio y a petición del Sr. Wilfredo Bermúdez director regional en aquel momento se me ubico en el centro de actividades múltiples para personas de edad avanzada como directora interina en el pueblo de Lares hasta julio 2016.
En agosto 2016 fui nombrada como supervisora
11 en propiedad en la región de Arecibo asumiendo todas las funciones como lo requiere el puesto y supervisando los programas y locales que me fueron asignadas en ese momento del nombramiento con el mismo salario con el que me reclutaron en el 2008.
Al iniciar mis funciones en esta agencia se me estableció un salario de $2489.00 y al presente nunca se ha evaluado mi salario ni he recibido ningún tipo de aumento ni retribución por clase como corresponde por el cumplimiento de mis funciones y servicio y así lo confirman mis evaluaciones excelentes en el expediente de la agencia. Solicito se me pague un aumento por anos de servicio y el pago del trienio retroactivo como corresponde por derecho conforme lo estipula la ley 184 conocida como ley para la administración de los recursos humanos en el servicio público del Estado Libre Asociado de Puerto Rico. Por este medio solicito respetuosamente que se evalué mi caso en todas sus partes y se me pague lo justo y correspondiente a mi puesto por el cumplimiento en todas sus partes en el ejercicio de mi profesión y puesto.

| | |
|---|---|
| 123 Administracion Familia y Ninos<br>P.O. BOX 194090<br>San Juan, PR 00919-4090 | Grupo de Pago: SM<br>Desde: 0 /  /2019<br>Hasta: 05/ /2019    Aviso #: 1287300    Fecha Aviso: 05/15/2019 |

| ALMA ALVELO PLUMEY<br>URB. METROPOLIS<br>H6 CALLE 11<br>CAROLINA, PR 00987<br>SS: | # Empleado:<br>Dept: 123350-Arecibo<br>Lugar: Arecibo<br>Titulo: Supervisor DeTrabajo Social II<br>Sueldo: $2,488.00 Monthly | DATA IMP: Federal    PR<br>Estado Civil: Single    Head of Household<br>Concesiones: 0    0<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,244.00 | 727.50 | 11,196.00 |
| **Total:** | | | 1,244.00 | 727.50 | 11,196.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 18.04 | 162.34 |
| Fed OASDI/Disability - EE | 77.13 | 694.15 |
| PR Withholding | 35.81 | 322.29 |
| **Total:** | 130.98 | 1,178.78 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 105.74 | 951.66 |
| **Total:** | 105.74 | 951.66 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.11 | 27.99 |
| AE-Asoc Emp ELA-Prest Regular | 72.98 | 659.64 |
| SC-COOP DE SEGUROS DE VIDA | 6.50 | 58.50 |
| Ahorros-AEELA | 62.20 | 559.80 |
| **Total:** | 144.79 | 1,305.93 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 41.67 | 375.03 |

*Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,244.00 | 0.00 | 130.98 | 250.53 | 862.49 |
| Acumulado: | 11,196.00 | 0.00 | 1,178.78 | 2,257.59 | 7,759.63 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| Aviso #1287300 | 862.49 |
|---|---|
| **Total:** | 862.49 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Administracion Familia y Ninos  
P.O. BOX 194090  
San Juan, PR 00919-4090

Fecha  
05/15/2019

Aviso No.  
1287300

Cant. Deposito: $862.49

A la  
Cuenta(s) De

ALMA ALVELO PLUMEY  
URB. METROPOLIS  
H6 CALLE 11  
CAROLINA, PR 00987  
Localizacion: Arecibo

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | | 862.49 |
| **Total:** | | 862.49 |

# NO-NEGOCIABLE

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Administración de Familias y Niños

6 de septiembre de 2016

Wallace Bentiné Robledo
Administrador Auxiliar
División de Recursos Humanos
Administración de Familias y Niños

Sr. Víctor Vélez Toro
Director División
Clasificación y Retribución

Wilfredo Bermúdez López
Director Regional

Oneida Sánchez Cruz
Oficial de Recursos Humanos Interina

**RE: Alma Arvelo Plumey**
    **Supervisora T.S.**

¡Saludos Cordiales!

La empleada de referencia ocupa un puesto oficial de Supervisora de Trabajo Social I y pasó a ejercer interinamente las funciones de Supervisora de Trabajo Social II, efectivo el 1 de agosto de 2016.

Este interinato está respaldado por el puesto 12308086 por renuncia del anterior incumbente Carmen A. Serrano Vega.

La empleada continúa ejerciendo estas funciones, por lo que recomendados se le autorice el pago del diferencial por interinato.

Agradeceremos su atención a este asunto.

OSC/dcs

Oficina de Recursos Humanos
Calle Delfín Olmo – Edificio Llerandi #156
PO Box 504, Arecibo, Puerto Rico 00613-0504
Tel. 787-878-7251 Fax: 787-817-5673



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Departamento de la Familia

## HOJA DE TRÁMITE

**FECHA** : 23 de agosto de 2016

**A** : Lic. Irisel Collazo Nazario
Administradora ADFAN

**DE** : Wilfredo Bermúdez López
Director Regional

**ASUNTO** : RECLASIFICACION Y SOLICITUD PUESTOS

**OBSERVACION** : Le adjunto reclasificación y solicitud de puestos de la Región Arecibo.

Para la acción correspondiente.

Recibido por: _____   Fecha: 25/agosto/2016

/cot

Oficina del Director Regional
Edif. Llerandi Calle Delfín Olmo #156
PO Box 504, Arecibo, PR 00613
Tel. 787.878-1032 ó 878-2801



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Departamento de la Familia

6 de septiembre 2016

Lcda. Irisel Collazo Nazario
Administradora
ADFAN

Wallace Bentiné Robledo
Administrador Auxiliar
ADFAN

Wilfredo Bermúdez López
Director Regional

**ALMA ARVELO PLUMEY**
**SUPERVISOR TRABAJO SOCIAL II**

La Sra. Alma Arvelo Plumey ocupa el puesto regular número _____, clasificado como Supervisor de Trabajo Social I, adscrito a la Región de Arecibo.

La ADFAN tiene una estructura de servicios a nivel local y regional que apoya el proceso de supervisión, esta responsabilidad recae en los Supervisoras de Trabajo Social II (Supervisores Regionales). Actualmente la Oficina Regional de Arecibo tiene la necesidad de nominar oficialmente un Supervisor de Trabajo Social II.

Para reforzar el área administrativa y programática de la Oficina Regional de Arecibo y poder garantizar la implantación de los planes de trabajo según requerido por el gobierno estatal y federal, se ha identificado el puesto regular **vacante número 12308086** clasificado como **Supervisora de Trabajo Social II**. Mediante comunicación del 1 agosto 2016 el Sr. Wilfredo Bermúdez López, Director Regional de Arecibo le asignó a la Sra. Alma Arvelo Plumey todas las funciones y responsabilidades inherentes al puesto de Supervisor de Trabajo Social II.

La naturaleza del trabajo de la clase de Supervisor de trabajo Social II consiste de trabajo profesional especializado que conlleva supervisar los servicios sociales directos a familias, adultos o menores que se proveen en una Oficina Local o Centro de Servicios Integrados del Departamento de la Familia. Como parte de los aspectos distintivos de la clase, los ocupantes de los puestos asignados a esta clase realizan trabajo de considerable complejidad y responsabilidad, que consiste en ejercer la supervisión técnica de los servicios de bienestar social que se ofrecen en las oficinas locales o Centros de Servicios Integrados de la región



ALMA ARVELO PLUMEY
SUPERVISOR TRABAJO SOCIAL II
6 de septiembre 2016
Pág 2

social que se ofrecen en las oficinas locales o Centros de Servicios Integrados de la región asignada. También pueden prestar servicios directos especializados o estar a cargos de unidades de tratamiento social. Los requisitos mínimos de preparación académica y experiencia de la clase son poseer el grado de Maestría en Trabajo Social de una institución acreditada. Un (1) año de experiencia en el campo del Trabajo Social en funciones de naturaleza y complejidad similar a las que realiza una supervisora de Trabajo Social I en el servicio de carrera del Departamento de la Familia. Como requisitos adicionales, poseer licencia permanente para ejercer la profesión de Trabajo Social expedida por la Junta Examinadora de Trabajadores Sociales de Puerto Rico. Es importante señalar que la serie de clase de Supervisor de Trabajo Social I y II es una clase exclusiva de la ADFAN.

Las áreas que la Alma Arvelo Plumey está supervisando directamente son las siguientes:

Centro Prestación de Servicios Programa Adultos Arecibo I y II
Centro Prestación de Servicios Florida
Programa Escuela para la Comunidad
Programa Cuidado Sustituto

A los efectos de garantizar y dar continuidad a las funciones en la Oficina Regional de Arecibo, recomendamos el ascenso sin oposición de la Sra. Alma Arvelo Plumey como Supervisora de trabajo Social II al puesto 12308086.

Es de vital importancia para la continuidad del servicio la aprobación de este nombramiento debido a la experiencia, compromiso y dedicación de la empleada.



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración de Familias y Niños

9 de septiembre de 2015.

Hon. Idalia Colón Rondón, MSW
Secretaria
Departamento de la Familia

P/C: Wilfredo Bermúdez López
Director Regional
Región de Arecibo

Oneida Sánchez Cruz
Oficial de Recursos Humanos
Región de Arecibo

Nancy Maldonado Cruz, MSW
Directora Asociada ADFAN
Región de Arecibo

Amy Martínez Quiles, MCSW
Supervisora de Trabajo Social II
UIE Arecibo

Alma M. Arvelo Plumey, MCSW
Supervisora de Trabajo Social
UIE Arecibo

### SOLICITUD DE EVALUACION DE MI EXPEDIENTE PROFESIONAL Y EJECUTORIA

Inicie mis funciones como empleada del Departamento de la Familia desde el año 2007 hasta el presente como supervisor 1 aunque fui clasificada como supervisor 1 y 11 en mi entrevista inicial con la agencia.
Inicie mis funciones siendo destacada en la local de Morovis luego fui trasladada a Utuado y al presente en la Unidad de Investigaciones Especiales de Arecibo desde 4 de marzo de 2013 realizando funciones como Supervisora de Trabajo Social I.

*Unidad de Investigaciones Especiales*
*Región de Arecibo*
P.O. Box 504
Arecibo, P.R. 00613-0504
Tel.: (787) 878-2985





**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Administración de Familias y Niños

A pesar de que fui cualificada como supervisor 1 y 11 desde los inicios de mis funciones en esta agencia al presente no he sido considerada al puesto de supervisor 11.

A este momento, no se me ha otorgado el pago de diferencial que corresponde por condiciones extraordinarias del puesto de supervisor en la Unidad de Investigaciones (UIE) en Región Arecibo. La evaluación de pago por trienio o quinquenio no han sido evaluadas a mi favor. La evaluación de mi expediente por años de servicio y antigüedad nunca fue hecha en mi caso a pesar de que se me solicito evidencia de toda mi experiencia profesional desde mis inicios en la carrera tanto en Puerto Rico como en Texas.

Quien suscribe solicita a su vez por este medio que se me otorgue un paso por mérito (aumento de sueldo) y que se realice un proceso de evaluación de ejecutorias para sustentar los méritos de aumento solicitado. Desde que inicie mis labores en la agencia no he recibido ningún aumento en ninguna de las áreas y he cumplido con prontitud, empeño y entrega mis funciones y de ello hablan mis evaluaciones y mis superiores hasta el presente. Existe en sus méritos el paso solicitado debido a la ejecutoria de quien suscribe.

Quero indicar que nuestra constitución en el artículo 16- Derechos de los Empleados establece que:

"Se reconoce el derecho de todo trabajador a escoger libremente su ocupación y a recibir igual paga por igual trabajo, a un salario mínimo razonable, a protección contra riesgos para su salud o integridad personal en su trabajo y a una jornada ordinaria que no exceda de ocho horas de trabajo.

Se agradece la atención solicitada y la debida acción.

*Unidad de Investigaciones Especiales*
*Región de Arecibo*
P.O. Box 504
Arecibo, P.R. 00613-0504
Tel.: (787) 878-2985



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Departamento de la Familia

22 de septiembre de 2015

Wilma Ramos Román
Administradora Auxiliar
Oficina de Recursos Humanos
ADFAN

**EVALUACION DE EXPEDIENTE**

Analizamos el expediente de personal de la Sra. Alma M. Arvelo Plumey, según solicitado.

De acuerdo a su preparación académica y experiencia de empleo, determinamos que **cualifica** para las siguientes clases del Plan de Clasificación del Departamento de la Familia:

- **Supervisora de Trabajo Social II**
- **Directora Ejecutiva III**
- **Directora de Centro de Servicios Integrales III**

*Nota: La clase de Supervisora de Trabajo Social II requiere tener Licencia permanente para ejercer la profesión de Trabajo Social, expedida por la Junta Examinadora de Trabajadores Sociales de Puerto Rico y Ser miembro activo del Colegio de Trabajadores Sociales de Puerto Rico, al momento de tramitar cualquier transacción de personal.*

Esta evaluación se realizó de acuerdo a los documentos actuales que obran en el expediente de personal.

Nos reiteramos a su disposición.

Bernardo Acevedo González, MBA
Director División de Reclutamiento

BAG/cv

CC: Sr. Wilfredo Bermúdez López
Director Regional Arecibo

Sra. Oneida Sánchez Cruz
Oficial Recursos Humanos Arecibo

Sra. Nancy Maldonado Cruz, MSW
Directora Asociada ADFAN

Sra. AmyMartínez Cruz, MCSW
Supervisora de Trabajo Social II UIE Arecibo

Sra. Alma M. Arvelo Plumey, MCSW
Supervisora de Trabajo Social I UIE Arecibo

Expediente de Personal

*Sec. Aux. Rec. Hum. y Rel. Laborales*
Edif. Lila Mayoral, 306 Ave Barbosa
PO Box 11398, San Juan, PR 00910-1398
Tel. 787.294.4918 Fax: 787.765-1743





# HOJA DE TRAMITE

A: Maria Esteves Pons
Directora regional
Arecibo

Vivian Martinez
Oficial recursos humanos
Región Arecibo

De: Alma m. Arvelo Plumey
Supervisora de trabajo social
Región Arecibo

ASUNTO: HOJA DE CAMBIO PUESTO DE SUPERVISOR 11

PARA EL TRAMITE QUE NECESITA. AGRADESCO SU INTERVENCION

FIRMA DE QUIEN RECIBE: _____
FECHA:

FEB 2 1 2020

OFIC REGIONAL 21 FEB'20 AM 11:40

Edif. Roosevelt Plaza 185 • PO Box 11398, San Juan, PR 00910-1398 • 787.294-4900 ext.1010
Administración Correspondiente • Oficina de Procedencia • Programa

21-de febrero 2020

Maria Esteves Pons

Directora Regional

Arecibo P.R.

Vivian Martinez

Oficina recursos humanos

Región Arecibo P.R.

De: Alma M. Arvelo Plumey

Supervisora de trabajo social

Región Arecibo P.R.

ASUNTO: <u>HOJA DE CAMBIO PUESTO DE SUPERVISOR 11</u>

Por este medio deseo solicitar respetuosamente se realicen los trámites necesarios para la adjudicación del puesto en propiedad como supervisora de trabajo social 11 en la región de Arecibo. Inicie mis labores en la agencia como supervisora de trabajo 1 área de ADFAN en el 2008. Me nombraron en la local e Morovis por necesidad de servicio y viaje por años desde Camuy donde resido a Morovis. fui reubicada en la local de Utuado por solicitud del Sr. W. Bermudez director regional en aquel momento como supervisora área menores y adultos. Pasado varios años solicite un cambio más cercano a mi residencia y fui ubicada en la UIE Arecibo en el 2013 donde labore como supervisora 1 en horarios 24/7. Por necesidad de servicio y a petición del Sr Wilfredo Bermudez, pase a ejercer función como directora en el Centro de Actividades Múltiples Campea en el pueblo de Lares. A solicitud del Sr Bermudez regrese a región Arecibo a ejercer funciones como supervisora regional 11 interina a partir desde agosto 2016 con todas las obligaciones del puesto hasta el presente.

En fecha de 1 de agosto 2016 fui designada como supervisora regional interina (anexo carta de designación ).en esa fecha se inició el proceso de reclasificación del puesto que he estado ejerciendo de forma continua, pero al dia de hoy 20 de febrero 2020 no se me ha informado ni entregado la hoja de cambio oficial, adjudicando el puesto en propiedad.

Mi talonario de pago mensual refleja que mi puesto es de supervisora 11 (adjunto evidencia) .la carta enviada a los empleados de ADFAN sobre ajuste salarial con fecha del 10 febrero 2020 tiene como puesto el título de supervisor 11 (someto evidencia)

Llevo varios años realizando las tareas como supervisora regional 11. Cumplo cabalmente con las tareas del puesto con lealtad y compromiso con el servicio ofrecido a los participantes adultos y menores junto con el personal a mi cargo.

Es por esta razón que solicito respetuosamente se me informe el status de esta reclasificación y se adjudique el puesto en propiedad junto con la hoja de cambio, solicito que este proceso concluya.

Previo a esta carta, había solicitado a su oficina una reunión personal para hablar sobre este asunto, pero la misma no prospero.

Este reclamo lo hago conforme lo establece la constitución de puerto rico articulo numero 2 sección 16 de la carta de derechos de los empleados públicos la cual declara y cito "que el empleado tiene derecho a recibir igual paga por igual trabajo". Ley número 16 del año 2017 conocida como la ley de igualdad salarial de puerto rico y la egual pay act del 1963.

Solicito me informe sobre esta solicitud a la mayor brevedad posible y agradezco su intervención al respecto

CC.: Nancy Maldonado Cruz
Directora Regional Asociada
Región Arecibo P.R.

OFIC REGIONAL 21 FEB'20AM11:42

FEB 2 1 2020

**GOBIERNO DE PUERTO RICO**

Departamento de la Familia

Roosevelt Plaza 185 Avenida Roosevelt, Esq. Trinidad, Piso 2
San Juan, Puerto Rico 00910-1398

Patrono con igualdad de oportunidades de empleo

CONVOCATORIA A EXAMEN

Reclutamiento Externo- Público en General

SUPERVISOR/A DE TRABAJO SOCIAL II (UIE)

SUELDO: $2,724.00

DIFERENCIAL: $ 285.00

ESCALA: VEINTIUNO (21)

UBICACIÓN: ABIERTA PARA LOS SIGUIENTES PUEBLOS:

Ponce y Caguas.

SE ACEPTARÁN SOLICITUDES HASTA NUEVO AVISO

TIPO DE COMPETENCIA: INGRESO

REQUISITOS MÍNIMOS:

Maestría en Trabajo Social de una institución acreditada. Un (1) año de experiencia en el campo del Trabajo Social en funciones de naturaleza y complejidad similar a las que realiza un (a) Supervisor de Trabajo Social I en el Servicio de Carrera del Departamento de la Familia.

Licencia para ejercer la Profesión de Trabajo Social, expedida por la Junta Examinadora de Trabajadores Sociales de Puerto Rico.

Ser miembro activo del Colegio de Trabajadores Sociales.

CONDICIONES ESPECIALES:

La naturaleza de las funciones del personal adscrito a la UIE requiere que se trabaje bajo condiciones extraordinarias, fuera de horas laborales, turnos rotativos, sábado, domingo y días feriados. Las condiciones extraordinarias de trabajo constituyen una variación a las circunstancias normales de empleo y requieren un esfuerzo mayor para éstos mientras lleven a cabo las funciones de su puesto.

NATURALEZA DEL EXAMEN:

El examen consiste de una evaluación en la que se adjudicará puntuación por la preparación académica, cursos o adiestramientos y por la experiencia de trabajo directamente relacionada con las funciones de los puestos en la clase.

NATURALEZA DEL TRABAJO:

Trabajo profesional especializado que conlleva supervisar los servicios sociales directos a familias, adultos o menores que se proveen en un oficina local o Centro de Servicios Integrados del Departamento de la Familia.

PERÍODO PROBATORIO:

Seis (6) meses.

CONDICIONES DE TRABAJO:

Se requiere más de 15 salidas al año dentro y fuera de turno de trabajo.

NOTAS IMPORTANTES:

1. El valor total del examen es de cien (100) puntos. Se adjudicará un setenta por ciento (70%) por requisitos mínimos, un veinte (20%) por experiencia de trabajo adicional a los requisitos mínimos y un diez por ciento (10%) por preparación académica adicional a la requerida y cursos o adiestramientos directamente relacionados con las funciones del puesto.

2. En los casos en que el solicitante sea empleado del Sistema de Administración y Transformación de los Recursos Humanos, se considerarán únicamente las funciones propias y el nivel de la clasificación oficial del puesto en el cual fue nombrado.

3. Los candidatos que indiquen poseer experiencia en el Sistema de Administración y Transformación de los Recursos Humanos, empresas privadas o agencias excluidas de las disposiciones de la Ley para la Administración y Transformación de los Recursos Humanos del Gobierno de Puerto Rico, deberán incluir, conjuntamente con su solicitud de examen, una certificación de la agencia donde presta o haya prestado servicios que incluya:



**GOBIERNO DE PUERTO RICO**

Departamento de la Familia
P.O. Box 504 Arecibo, P.R. 00613
(787) 878-2923

23 de octubre 2020

A: Olga Vanesa López
Administradora auxiliar –ADFAN

Maria Esteves Pons
Directora Regional

Vivian Martinez
Oficial de recursos humanos

De: Alma M. Arvelo Plumey
Supervisora Regional
Arecibo

**Asunto: Solicitud de Hoja de Cambio de Puesto**

Someto solicitud nuevamente en el interés de recibir respuesta por la agencia. Agradeceré se someta a la mano a nivel central –área Recursos Humanos a la mayor brevedad posible y se me someta copia de la carta firmada.

Agradecida de antemano

LCT
26-10-20

**26 de octubre 2020**

A: Olga Vanessa López

Administradora Auxiliar –ADFAN

División de Recursos Humanos


Maria Esteves Pons

Directora Regional

Arecibo P.R.


Vivian Martinez

Oficina Recursos Humanos

Región Arecibo P.R.


De: Alma M. Arvelo Plumey

Supervisora de trabajo social

Región Arecibo P.R.


ASUNTO: SOLICITUD HOJA DE CAMBIO PUESTO DE SUPERVISOR 11 EN PROPIEDAD


Por este medio deseo solicitar respetuosamente se realicen los trámites necesarios para la adjudicación del puesto en propiedad como supervisora de trabajo social 11 en la región de Arecibo. Inicie mis labores en la agencia como supervisora de trabajo 1 área de ADFAN en el 2008. Me nombraron en la local e Morovis por necesidad de servicio y viaje por años desde Camuy donde resido a Morovis. Fui reubicada en la local de Utuado por solicitud del Sr. W. Bermudez director regional en aquel momento como supervisora área menores y adultos. Pasado varios años solicite un cambio más cercano a mi residencia y fui ubicada en la UIE Arecibo en el 2013 donde labore como supervisora 1 en horarios 24/7. Por necesidad de servicio y a petición del Sr Wilfredo Bermudez, pase a ejercer función como directora en el

Centro de Actividades Múltiples Campea en el pueblo de Lares. A solicitud del Sr Bermudez regrese a región Arecibo a ejercer funciones como supervisora regional 11 interina a partir desde agosto 2016 con todas las obligaciones del puesto hasta el presente.

En fecha de 1 de agosto 2016 fui designada como supervisora regional interina (anexo carta de designación). en esa fecha se inició el proceso de reclasificación del puesto que he estado ejerciendo de forma continua, pero al presente no se me ha informado ni entregado la hoja de cambio oficial, adjudicando el puesto en propiedad.

Mi talonario de pago mensual refleja que mi puesto es de supervisora 11..la carta enviada a los empleados de ADFAN sobre ajuste salarial con fecha del 10 febrero 2020 tiene como puesto el título de supervisor 11.

Mi expediente de servicio en la agencia refleja mis años de experiencia y carta donde la agencia me evalúa para diferentes puestos por años de experiencia tanto en el servicio público como en el privado en Puerto Rico y con el gobierno federal en EU.

Llevo cuatro años realizando las tareas como supervisora regional 11. Cumplo cabalmente con las tareas del puesto con lealtad y compromiso con el servicio ofrecido a los participantes adultos y menores junto con el personal a mi cargo.

Es por esta razón que solicito respetuosamente se me informe el status de esta reclasificación y se adjudique el puesto en propiedad junto con la hoja de cambio. solicito que este proceso concluya y se me nombre en propiedad. Han pasado muchos años y no he recibido una carta que me explique que se ha hecho al respecto.

Solicito respetuosamente una reunión personal para hablar sobre este asunto, la misma la solicite previo en carta a su oficina, pero no prospero.

Este reclamo lo hago conforme lo establece La Constitución de Puerto Rico Articulo numero 2 Sección 16 de la Carta de Derechos de los Empleados Públicos la cual declara y cito:

- el empleado tiene derecho a recibir igual paga por igual trabajo". Ley número 16 del año 2017 conocida como la ley de igualdad salarial de Puerto Rico y la egual pay act del 1963.

Ley número 8 del 4 de febrero de 2017 según enmendada que establece en la sección 7.2 y, tercer punto: sobre el principio de retribución expone:

- la oficina administrara el plan de retribución en relación con las áreas esenciales al principio de mérito. Estas no podrán efectuar ninguna acción que atente o sea contraria al principio de mérito en las transacciones de personal en el servicio público de carrera.

- sobre el principio de diferencial:

-condición extraordinaria o situación de trabajo temporera que requiere un mayor esfuerzo o riesgo para el empleado mientras lleva a cabo las funciones del puesto.

- sobre el principio del intinerato:
  - situación de trabajo temporera en la que el empleado desempeña todas las funciones esenciales de un puesto superior al que ocupa en propiedad. En este caso se le concederá un aumento salarial equivalente a un tipo retributivo en su puesto.

Solicito me informe sobre esta solicitud a la mayor brevedad posible y agradezco su intervención al respecto. Mi número telefónico personal es 787-248-8890

**CC.: Nancy Maldonado Cruz**
**Directora Regional Asociada**
**Región Arecibo P.R.**