Alma M. Aruelo Ploney
HC4 Box 17263
Lanuy P.R. 00627



Clerk's Office
U.S. District Court - Puerto Rico
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2020 DEC 11 PM 4:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR