# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al<br><br>Debtors[1] | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This Filing relates to PREPA** |

### NOTICE TO WITHDRAW "MOTION SUBMITING EXHIBIT A -THE SCHEDULE OF CLAIMS SUBJECT TO THE TWO HUNDRED EIGHTY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO MISCELLANEOUS DEFICIENT CLAIMS

**TO the Honorable United States District Court Laura Taylor Swain:**

The Puerto Rico Electric Power Authority ("PREPA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of PREPA pursuant to Section 315(b) of the *Puerto Rico*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Oversight Management, and Economic Stability Act* ("<u>PROMESA</u>")[2] very respectfully submit:

1. On Friday, December 16 2020, the Oversight Board through the undersigned filed the "*Motion Submitting Exhibit A -the Schedule of Claims Subject To the Two Hundred Eighty-First Omnibus Objection (Non-Substantive) Of the Puerto Rico Electric Power Authority To Miscellaneous Deficient Claims* (the "<u>Motion Submitting</u>"). ECF No. 15453.

2. Before filing the Motion Submitting, the undersigned inadvertently failed to remove the "Draft" watermark in the motion.

3. The Oversight Board through the undersigned herewith withdraw the Motion Submitting at ECF No. 15453, and it will refile again the motion without the "Draft" watermark in order to correct the mistake.

### **<u>NOTICE</u>**

4. In accordance with the Amended Omnibus Objection Procedures and the Court's Notice Order, PREPA is providing notice of this motion to (a) the U.S. Trustee and (b) the Master Service List (as defined by the Thirteenth Amended Case Management Procedures [ECF No. 13512-1]), which is available on the Debtors' case website at https://cases.primeclerk.com/puertorico. PREPA submits that, in light of the nature of the relief requested, no other or further notice need be given.

**WHEREFORE PREPA**, respectfully request that the Court take note of the filing of this motion, and authorized the withdrawal of the Motion Submitting at ECF No. 15453.

---

[2] PROMESA is codified at 48 U.S.C. §§2101-2241

**RESPECTFULLY SUBMITTED:**

In San Juan, Puerto Rico, this 16th day of December 2020

IT IS HEREBY CERTIFIED that the foregoing was file with the Clerk of the Court using the CM/ECF system, which will send notification electronically to all counsel of record.

/s/ *Ricardo Burgos Vargas*
Ricardo Burgos Vargas
PR USDC No. 218210
**A&S LEGAL STUDIO, PSC**
436 Hostos Ave.
San Juan, PR 00918
Tel: (787) 751-6764
Fax: (787) 763-8260
e-mail: rburgos@adameslaw.com

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Puerto Rico Electric Power Authority*