**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al<br><br>Debtors[1] | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This Filing relates to PREPA** |

**MOTION SUBMITING EXHIBIT A -THE SCHEDULE OF CLAIMS SUBJECT TO THE TWO HUNDRED EIGHTY-FIRST OMBNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO MISCELLANEOUS DEFICIENT CLAIMS**

**TO the Honorable United States District Court Laura Taylor Swain:**

The Puerto Rico Electric Power Authority ("PREPA"), by and through the

Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as

sole Title III representative of PREPA pursuant to Section 315(b) of the *Puerto Rico*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Oversight Management, and Economic Stability Act* ("PROMESA")[2] very respectfully

submit:

1. On Friday, December 11 2020, the Oversight Board through the undersigned filed

the *Two-Hundred Eighty-First Omnibus Objection (Non-Substantive) of the Puerto Rico*

*Electric Power Authority to Miscellaneous Deficient Claims*" (the "Two Hundred Eighty-

First Omnibus Objection"). ECF No. 15421.

2. During the filing of the Two Hundred Eighty-First Omnibus Objection, the

undersigned by mistake attached to the filing as Exhibit A a second copy of the Two

Hundred Eighty-First Omnibus Objection instead of the English version of Exhibit A to

the Two Hundred Eighty-First Omnibus Objection. In other words, inadvertently the 281

Omnibus was uploaded into the CM-ECF System twice.

3. The Oversight Board through the undersigned submits herewith the English

version of Exhibit A to the Two Hundred Eighty-First Omnibus Objection, the English

translation of the Schedule of Claims subject to the aforementioned objection.

### NOTICE

4. In accordance with the Amended Omnibus Objection Procedures and the Court's

Notice Order, PREPA is providing notice of this motion to (a) the individual creditors

subject to this Two Hundred Eighty-First Omnibus Objection, (b) the U.S. Trustee, and

(c) the Master Service List (as defined by the Thirteenth Amended Case Management

Procedures [ECF No. 13512-1]), which is available on the Debtors' case website at

https://cases.primeclerk.com/puertorico. The notice for of the Two Hundred Eighty-First

Omnibus Objection was attached to it as Exhibit C. Spanish translations of the Two

---

[2] PROMESA is codified at 48 U.S.C. §§2101-2241

Hundred Eighty-First Omnibus Objection and all of the exhibits were attached and filed with the objection and will be served on the parties. PREPA submits that, in light of the nature of the relief requested, no other or further notice need be given.

**WHEREFORE PREPA**, respectfully request that the Court take note of the filing of the Exhibit A to the Two Hundred Eighty-First Omnibus Objection attached hereto to correct the mistake incurred during the aforesaid filing.

**RESPECTFULLY SUBMITTED:**

In San Juan, Puerto Rico, this 16th day of December 2020

IT IS HEREBY CERTIFIED that the foregoing was file with the Clerk of the Court using the CM/ECF system, which will send notification electronically to all counsel of record.

/s/ *Ricardo Burgos Vargas*
Ricardo Burgos Vargas
PR USDC No. 218210
**A&S LEGAL STUDIO, PSC**
436 Hostos Ave.
San Juan, PR 00918
Tel:  (787) 751-6764
Fax:  (787) 763-8260
e-mail: rburgos@adameslaw.com

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial*
*Oversight and Management Board for*
*Puerto Rico, as representative of the*
*Puerto Rico Electric Power Authority*