# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, et al., <br><br> Debtors. | PROMESA Title III <br><br> Case No. 17-BK-3283-LTS <br> (Jointly Administered) |
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> PUERTO RICO ELECTRIC POWER AUTHORITY, <br><br> Debtor. | Case No. 17-BK-4780-LTS <br><br> This Court Filing Relates Only to PREPA and Shall Only Be Filed in PREPA's Title III Case (Case No. 17-BK-4780-LTS) |
| SCIEMUS LIMITED, ET AL., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> PUERTO RICO ELECTRIC POWER AUTHORITY, <br><br> Defendants/Counterclaim-Plaintiff. | Adv. Pro. No. 3:19-AP-369-LTS <br><br><br><br> DECLARATORY JUDGMENT ACTION |
| SCIEMUS LIMITED, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> PREPA NETWORKS, LLC, PREPA NET INTERNATIONAL WHOLESALE TRANSPORT, INC., COMMONWEALTH OF PUERTO RICO, and | |

| | |
|---|---|
| SECRETARY OF THE TREASURY, c/o Public Insurance Bureau, <br><br>Defendants. | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>as representative of <br><br>PUERTO RICO ELECTRIC POWER AUTHORITY, <br><br>Third Party Plaintiff, <br><br>v. <br><br>ASPEN INSURANCE, as representative for Lloyd's Syndicates 2623, 623, 3902, 1084, 2010 and 1301; and LLYOD'S SYNDICATES CNP 4444 and AMA SYNDICATE <br><br>Third Party Defendants. | |

**INFORMATIVE MOTION REQUESTING REMOVAL FROM CM/ECF AND MASTER ADDRESS SERVICE LISTS AND TO CEASE NOTIFICATIONS**

To the Honorable United States Magistrate Judge Judith Gail Dein:

**COME NOW,** Plaintiffs Sciemus Limited; Markel Europe; Lloyd's Syndicates MSP 318, WRB 1967, and AGM 2488 subscribing to Policy No. B080414390F14; Lloyd's Syndicates MIT 3210, KLN 510, MMX 2010, CSL 1084, TMK 1880, AML 2001, and BRT 2987 subscribing to Policy No. B0804Q11263F14; Indian Harbor Insurance Company; PartnerRe Ireland Insurance dac; and Swiss National Insurance Co. Ltd. (collectively "Plaintiffs" or "Insurers") and file this Informative Motion Requesting Removal from CM/ECF and Master Address Service Lists and to Cease Notification and would show the Court as follows:

1. On December 14, 2020, the parties filed a Joint Stipulation for Dismissal with Prejudice in this matter, dismissing all claims by Plaintiffs and all counterclaims and third-party claims by Defendants. Subsequently, the Court entered an Order dismissing the proceeding with

2

prejudice.

2. Consequently, Plaintiffs and the undersigned counsel respectfully request this Honorable Court to issue an order removing Plaintiffs and their counsel from the CM/ECF and Master Service Lists and to otherwise cease notifications to them in this matter and any related matters, including, but not limited to, Case Nos. 17-BK-3283-LTS and 17-BK-4780-LTS and Adv. Pro. No. 3:19-AP-369-LTS, along with all other adversary proceedings stemming from the aforementioned Case Numbers.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs respectfully request this Honorable Court to take notice of all of the aforementioned and, consequently, to issue an order removing Plaintiffs and their counsel from the CM/ECF and Master Service Lists and to otherwise cease notifications to them in this matter and any related matters.

This the 17th day of December, 2020.

> Sciemus Limited; Markel Europe; Lloyd's Syndicates MSP 318, WRB 1967, and AGM 2488 subscribing to Policy No. B080414390F14; Lloyd's Syndicates MIT 3210, KLN 510, MMX 2010, CSL 1084, TMK 1880, AML 2001, and BRT 2987 subscribing to Policy No. B0804Q11263F14; Indian Harbor Insurance Company, PartnerRe Ireland Insurance dac, and Swiss National Insurance Co. Ltd,
>
> /s/ James L. Warren III
> **James L. Warren III**

**OF COUNSEL:**

James L. Warren III (Bar No. 224008)
Lee Ann Thigpen (PHV)
James W. Gunn III (PHV)
**CARROLL WARREN & PARKER PLLC**
188 East Capitol Street, Suite 1200 (39201)
Post Office Box 1005
Jackson, Mississippi 39215-1005
Telephone: (601) 592-1010

Facsimile: (601) 592-6060
jwarren@cwplaw.com
lthigpen@cwplaw.com
tgunn@cwplaw.com

Luis Sánchez Betances (Bar No. 117410)
**Sánchez Betances, Sifre & Muñoz Noya, P.S.C.**
33 Bolivia Street, 5th Floor
San Juan, Puerto Rico 00917
Telephone: (787) 756-7880
Facsimile: (787) 753-6580
lsb@sbsmnlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record in the captioned case.

This the 17th day of December, 2020.

            /s/ James L. Warren III
            **James L. Warren III**