UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

```
-------------------------------------------------------x
In re:                                                      PROMESA
                                                            Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                                No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                            (Jointly Administered)
et al.,

        Debtors.¹
-------------------------------------------------------x
In re:                                                      PROMESA
                                                            Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                                No. 17 BK 4780-LTS

PUERTO RICO ELECTRIC POWER AUTHORITY,                       (Jointly Administered)

        Debtors.
-------------------------------------------------------x
```

ORDER REGARDING STATUS REPORT OF THE GOVERNMENT
PARTIES REGARDING THE COVID-19 PANDEMIC AND THE 9019 MOTION

The Court has received and reviewed the *Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion* (Docket Entry No. 15400 in Case No. 17-3283 and Docket Entry No. 2330 in Case No. 17-4780, the "Status Report"). The

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Government Parties are hereby directed to file an updated status report as proposed in paragraph 20 of the Status Report on or before **March 10, 2021**.

SO ORDERED.

Dated: December 18, 2020

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge