RECLAMANTE: Raymundo J. Navarro Reyes

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: 8079

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 15 de diciembre de 1975 hasta el 01 de julio de 2005 como Instalador de Servicios Especiales y Transmisión de la Puerto Rico Telephone Company - ELA.

1. Ley 89 – julio 1995 – ROMERAZO    CANTIDAD $ _____

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Raymundo J. Navarro Reyes
Nombre en letra de molde

Raymundo J. Navarro
Firma y fecha
24 de Septiembre 2020

[Stamp: RECEIVED & FILED CLERK'S OFFICE DEC 18 2020 US DISTRICT COURT SAN JUAN, PR]

# REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre _Raymundo J Navarro Reyes_

Dirección Postal _Ave. Baltazar Jimenez 604_
_Camuy P.R. 00627_

Teléfono de contacto res. _____ cel. _787-206-9278_

**II. Epígrafe**

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

**III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:**

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el **15** de **diciembre** de **1975** hasta el **01** de **Julio** de **2005**. Culmine mi laborar como **Instalador de Servicios Especiales y Transmisión** en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

**Raymundo J. Navarro Reyes**
Nombre en letra de molde

*[signature]*
Firma

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_____
_____

4. **Legal Action** Does your claim relate to a pending or closed legal action?

- ☒ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.
Puerto Rico Telephone Company

4(b). Identify the name and address of the court or agency where the action is pending:

_____

4(c). Case number: _____

4(d). Title, Caption, or Name of Case: ROMERA 20

4(e). Status of the case (pending, on appeal, or concluded): concluded

4(f). Do you have an unpaid judgment? Yes/No (Circle one) [Yes circled]

If yes, what is the date and amount of the judgment? 12-25-1975 - 7/01/2005
12



PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

# CERTIFICACION

**RAYMUNDO J NAVARRO**
XXX-XX- 8079

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 12/15/1975.

- Trabajó como emplead(o)(a) regular hasta 07/01/2005.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a miércoles, 23 de septiembre de 2020.

*Abigail Alejandro González*
Abigail Alejandro González
Oficial de Compensación
Compensación y Récords

Raymundo J. [illegible]
Ave. Baltazar Jimenez 604
Camuy, P.R. 00627



Clerk's Office
Tribunal de Distrito de los E.U.
Room 150 Federal Building
San Juan, PR 00918-1767