Fecha: 16 de diciembre de 2020

Tribunal de Distrito de Estados Unidos
Federal Building, 150
Avenida Chardón
San Juan, Puerto Rico
00918

Margarita Rivera Lozada
P.O. Box 1526
Arroyo, P.R. 00714

Firma: *Margarita Rivera Lozada*

Distinguidos Señores:

Por medio de esta misiva solicito la extensión de la Réplica relacionada a la Ley Promesa Título 3 del Estado Libre Asociado de Puerto Rico, y el Departamento de Educación de Puerto Rico.

Las copias de certificaciones es lo único que me faltaba de los documentos enviados anteriormente.

Adjunto envío copias de las certificaciones que me envió el Departamento de Educación y Sistema de Retiro para Maestros de Puerto Rico.

El Departamento de Educación no me envió lo que le pedí que me enviaran: una certificación de los años de experiencia y sueldos. Solo enviaron el último sueldo que yo me ganaba.

Gracias por su atención.

Margarita Rivera Forgady

Número reclamación 171238