# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

**ATT:** Ley Promesa

2 de diciembre de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MARGARITA RIVERA LOZADA |
| Seguro Social | : | REDACTED |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | GUAYAMA_ |
| Sueldo Mensual | : | $1,676.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 29 de enero de 1999 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un periodo de 31 años, 7 meses y .50 día. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde el 01/26/1966. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

RIVERA LOZADA, MARGARITA
PO BOX 1526

ARROYO PR 00714-1526

Certifico que RIVERA LOZADA, MARGARITA recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $779.96 equivalente a $9,359.52 anual. Luego de las deducciones recibe la cantidad de $549.56 mensual, equivalente a $6,594.72 anual.

Esta certificación se expide hoy 28 de octubre de 2020.



Número de Certificación: SRM03P2005348

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



☎ 787.777.1414   📠 787.759.2883   www.srm.pr.gov