Sra. Margarita Rivera Lozada
P.O. Box 1526
Arroyo, P.R. 00714

Tribunal de Distrito de los
Estados Unidos
Federal Building, 150
Avenida Chardón
San Juan, P.R. 00918



CERTIFIED MAIL
7020 1810 0000 6913 2567

U.S. POSTAGE PAID
FCM LG ENV
ARROYO, PR
00714
DEC 16, 20
AMOUNT
$7.60
R2304M114202-12

00918

2020 DEC 18 PM 4:32
RECEIVED & FILED
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.