*Evidencia de Reclamación:* **30990**
*Reclamante:* ZAIDA RAMOS CLEMENTE

### FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO 30990**

_____ Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. **30990** NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

**X** Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. **30990** o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

Sí, yo disputo el monto de mi pensión debe ser a 75% bajo La Ley 1,000. me la redujo a un 28% en Ley 66. Comencé a trabajar en la Adm. de Tribunales en Julio 1994 y terminé en Dic. de 2018. (51,295.26 = aportaciones). (Ver Anejos) A B C D E F

Nombre del Reclamante: Zaida Ramos Clemente
Firma del Reclamante: Zaida Ramos Clemente
Fecha: Dic./21/20

---



RECEIVED & FILED
CLERK'S OFFICE
DEC 2 2 2020
US DISTRICT COURT
SAN JUAN, PR



17032830014687

*Proof of Claim:* **30990**
*Claimant:* **ZAIDA RAMOS CLEMENTE**

## INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box. Please return this form and any additional documentation via email to: PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

### CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO 30990

_____ I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No.**30990** and DO NOT have an independent claim against ERS unrelated to my/our pension benefits. I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

**OR**

_____ I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim . No. **30990** or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):
_____
_____
_____

**Claimant Name:**_____
**Claimant Signature:**_____
**Date:**_____

---

3


17032830014687