# GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

10 de enero de 2020

Agencia: 122 - ADMINISTRACION DE TRIBUNALES

ZAIDA RAMOS CLEMENTE
VILLA CAROLINA
41 15 CALLE 34
CAROLINA, PR 00985

Seguro Social: XXX-XX-7507

A base de la información en nuestros registros, al 10 de enero de 2020 usted posee:

Género: Femenino

Fecha de Nacimiento: 02 de enero de 1957
Fecha de Ingreso al Servicio Público: 29 de julio de 1994
Fecha de Comienzo de Cotización: 29 de julio de 1994

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 19 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 0 |
| | | Aportaciones: | 11,510.55 | Aportaciones: | 0.00 |
| | | Intereses: | 926.96 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| Balance Acumulado: | 38,857.75 | Total Aportaciones: | 12,437.51 | Total Aportaciones: | 0.00 |
| Beneficio: | 573.09 | Beneficio: | 76.52 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes


RETIRO
GOBIERNO DE PUERTO RICO

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

08-39
07-93 (Rev.)

Estado Libre Asociado De Puerto Rico
ADMINISTRACION DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA

DECLARACION INDIVIDUAL
(LEY NUM. 93 DEL 19 DE JUNIO DE 1968, SEGUN ENMENDADA)

Yo, __Zaida Ramos Clemente__, _____, **REDACTED**
  Nombre según figura en nómina      Núm. Empleado    Núm. Seg. Soc. Federal

participante del Sistema de Retiro de los Empleados del Gobierno, empleado del (la)
__Centro Judicial-San Juan__ certifico: que conozco las disposiciones de la Ley
  Agencia, Corporación o Municipio

Número 93 del 19 de junio de 1968, según enmendada; que he recibido la orientación necesaria para llenar este formulario y que de conformidad, por la presente hago constar mi decisión de:

[X] ACOGERME al Plan de Completa Suplementación.

Certifico que es copia fiel y exacta

Escojo este Plan con el pleno conocimiento de que:

1- Aportaré al Sistema de Retiro el 8.275% o aquel que en su oportunidad pudiera fijarse, de mi sueldo total durante el tiempo que sirva como participante de este Sistema;

2- Aportaré al Sistema de Retiro el 8.275% o aquel que en su oportunidad pudiera fijarse, del sueldo devengado más los intereses al tipo corriente, para completar las aportaciones a base del 8.275% de la retribución por el período de retro-actividad;

3- Bajo este Plan de Completa Suplementación la pensión que reciba del Sistema no se reducirá en ningún momento;

4- La decisión de acogerme a este Plan de Completa Suplementación es irrevocable según la Ley, y por consiguiente continuaré acogido al mismo durante todo el tiempo que sirva como participante de este Sistema de Retiro.

Doy fe de que he tomado esta decisión personal, voluntaria y libremente después de haber leído el presente documento y por consiguiente asumo la obligación que conlleva. Asumo además, la responsabilidad de verificar que se efectúen los descuentos de mi sueldo conforme al plan que he seleccionado.

__19 de mayo de 1994__          __Zaida Ramos Clemente__
       Fecha                        Firma del Participante

Nota: ESTE FORMULARIO SE USARA SOLO PARA CAMBIAR AL PLAN DE COMPLETA SUPLEMENTACION.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND

MANAGEMENT BOARD FOR PUERTO RICO

As representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Debtors.

PROMESA

Title III

Claim No. 17 BK 3286 LTS (17 BK 03566)

(Jointly Administered)

This filling relates to the

Commonwealth, HTA and ERS.

YO, ZAIDA RAMOS CLEMENTE, claim # 30990, date filed 5/22/2018

Debtor: EMPLOYEES RETIREMENT SYSTEM OF COMMONWEALTH OF PUERTO RICO

Respetuosamente solicito a la Honorable Corte de Distrito de Puerto Rico, se elimine mi nombre del Anejo A, pagina 163 de 167, 5/22/18, 17 BK 03566 –LTS, ESTADO LIBRE ASOCIADO DE PUERTO RICO #30990— indeterminado. El total de mis aportaciones es de $51,295.26.

Esta replica contiene ANEJADA la CERTFICACION DE LA ADMINISTRACION DE LOS SISTEMAS DE RETIRO DE LA AGENCIA 122 – ADMINISTRACION DE TRIBUNALES DE PUERTO RICO, donde se reflejan los balances de mi Aportación individual y mis años de servicio. Por tanto NO ME APLICA esta Objeción Global DEL TITULO III. (Ver Anejos).

CERTIFICO que en el día de hoy, 14 de enero de 2020 envié copia de este escrito por correo postal a: Abogado de la Junta de Supervisión a su Dirección: Proskauer Rose LLP, Eleven Times Square, Nueva York, NY 10036-8299, A/A: Martin J. Bienenstock, Brian S. Rosen y al Abogado del Comité de Acreedores, Paul Hastings LLP, 200 Park Ave. Nueva York, NY 10166 A/A: Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz y personalmente al Clerk's Office, U.S. District Court, Federal Office Bldg. 150 Chardon Ave., San Juan, P.R.

RESPETUOSAMENTE SOLICITADO,

*Zaida Ramos Clemente*

ZAIDA RAMOS CLEMENTE
VILLA CAROLINA

ASR-PA-004
Rev.Mar. 17

## HOJA DE SERVICIO



**RETIRO**
GOBIERNO DE PUERTO RICO

### SECCION I. DATOS RELACIONADOS CON EL PARTICIPANTE

Instrucciones generales

**RAMOS CLEMENTE, ZAIDA** | REDACTED | **2/ENERO/1957**
1. Apellido Paterno, Materno, Nombre e Inicial | 2. Núm. Seguro Social | 3. Fecha de Nacimiento

Este formulario se utiliza para recopilar información sobre los servicios prestados en el Gobierno, por los participantes del Sistema de Retiro. En los casos de períodos cotizados al Sistema, deberá ser llenada por la Sección de Nómina de la Agencia donde prestó los servicios.

**TRIBUNAL GENERAL DE JUSTICIA** | **122**
4. Nombre de la Agencia | 5. Código

1. Complemente este formulario en todas sus partes (Si aplica).

6. Sistema de Retiro al que pertenece:
  ● Retiro Definido - Tipo de Plan Acogido: ☑ Completa Suplementación ☐ Coordinado
  ○ Programa Híbrido

2. Utilice el espacio indicado como "Diferencial" para indicar el pago de diferenciales con visos de permanencia.

7. Fecha del Primer Descuento Retiro  05/07/1994   8. Fecha del Último Descuento  31/12/2018
(Día/Mes/Año)                                       (Día/Mes/Año)

3. Utilice la próxima página, para continuar detallando los Servicios Prestados, de ser necesario.

### SECCION II. DETALLE DE LOS SERVICIOS PRESTADOS

| 9. Clasificación del Puesto | 10. Estatus del Empleado | 11. Períodos de Servicio Desde Día/Mes Año | 11. Períodos de Servicio Hasta Día/Mes Año | 12. Sueldo Mensual | 13. Sueldo Diferencial | 14. Total Sueldos Devengados | 15. Aportación Mensual Retiro | 16. Observaciones |
|---|---|---|---|---|---|---|---|---|
| SECRETARIA AUX. TRIBUNAL I | REGULAR | 05/07/94 | 15/08/95 | $907.00 | | | $ 75.05 | |
| SECRETARIA AUX. TRIBUNAL II | | 16/08/95 | 30/06/96 | $937.00 | | | $ 77.54 | |
| | | 01/07/96 | 31/08/96 | $1,037.00 | | | $ 85.81 | |
| SECRETARIA AUX. TRIBUNA III | | 01/09/96 | 31/08/97 | $1,097.00 | | | $ 90.78 | |
| | | 01/09/97 | 30/06/98 | $1,127.00 | | | $ 93.26 | |
| SECRETARIA AUX. TRIBUNAL I | | 01/07/98 | 31/12/99 | $1,258.00 | | | $ 104.10 | |
| | | 01/01/00 | 31/12/00 | $1,358.00 | | | $ 112.37 | |
| | | 01/01/01 | 15/02/01 | $1,458.00 | | | $ 120.65 | |
| | | 16/02/01 | 30/06/02 | $1,508.00 | | | $ 124.79 | |
| | | 01/07/02 | 31/12/03 | $1,608.00 | | | $ 133.06 | |
| | | 01/01/04 | 30/09/04 | $1,708.00 | | | $ 141.34 | |
| | | 01/10/04 | 15/02/06 | $1,858.00 | | | $ 153.75 | |

17. Comentarios:

### SECCION III. CERTIFICACION

18. CERTIFICO que la información aquí provista es cierta y correcta.

**Lymari Molina García**
Nombre del Director de Recursos Humanos o su Representante Autorizado | Firma | Sup. de Recursos Humanos, Interina | **30 de mayo de 2019**
 | | Puesto que ocupa | Fecha (Día/Mes/Año)

Conservación: Igual al expediente del cual forma parte.

ADMINISTRACION DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA

Página 1 de 2

ASR-PA-004
Rev. Abr. 16

# HOJA DE SERVICIO

**SECCION II. DETALLE DE LOS SERVICIOS PRESTADOS (Continuación)** | **Nombre del Participante:** RAMOS CLEMENTE, ZAIDA | **Seguro Social:** REDACTED

| 9. Clasificación del Puesto | 10. Estatus del Empleado | 11. Períodos de Servicio Desde Día/Mes Año | 11. Períodos de Servicio Hasta Día/Mes Año | 12. Sueldo Mensual | 13. Sueldo Diferencial | 14. Total Sueldos Devengados | 15. Aportación Mensual Retiro | 16. Observaciones |
|---|---|---|---|---|---|---|---|---|
| SECRETARIA AUX. TRIBUNAL I | REGULAR | 16/02/06 | 31/12/07 | $1,908.00 | | | $ 157.89 | |
| | | 01/01/08 | 04/07/09 | $2,058.00 | | | $ 170.30 | |
| | | 05/07/09 | 15/02/11 | $2,108.00 | | | $ 174.44 | |
| | | 16/02/11 | 31/05/11 | $2,175.00 | | | $ 179.98 | |
| | | 01/06/11 | 30/06/13 | $2,375.00 | | | $ 196.53 | |
| | | 01/07/13 | 15/02/16 | $2,375.00 | | | $ 237.50 | Ley 3-2013 Programa Híbrido Contribución Definida |
| | | 16/02/16 | 15/10/17 | $2,442.00 | | | $ 244.20 | |
| | | 16/10/17 | 31/12/18 | $2,442.00 | | | $ 207.57 | Ley 106-2017 Plan Aportaciones Definidas |
| | | | | | | | | Renuncia efectiva al 31./diciembre/2018 |

Conservación: Igual al expediente del cual forma parte.



**RETIRO**
GOBIERNO DE PUERTO RICO
ADMINISTRACION DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA

Página 2 de 2



# HOJA DE COTEJO - REQUISITOS PARA REEMBOLSO DE APORTACIONES (1020)

**RETIRO**
GOBIERNO DE PUERTO RICO

## SECCIÓN I. INFORMACIÓN DEL SOLICITANTE

**NOMBRE:** ZAIDA RAMOS CLEMENTE
*Nombre, Inicial, Apellido Paterno y Materno*

**SEGURO SOCIAL:** REDACTED

**URB / P.O. BOX / CONDOMINIO:** URB. VILLA CAROLINA

**FECHA DE NACIMIENTO:** 2/ENERO/1957 *día/mes/año*

**CALLE:** 41-15 CALLE 34

**FECHA DEL PRIMER DESCUENTO:** 5/JULIO/1994 *día/mes/año*

**PUEBLO:** CAROLINA   **ESTADO:** PR   **ZIP CODE:** 00985

**FECHA DEL ÚLTIMO DÍA DE PAGO:** 31/DICIEMBRE/201_ *día/mes/año*

**TELÉFONO DE LA RESIDENCIA:** (787) 768-3197

**TELÉFONO DE LA OFICINA:** (787) 641-6600

**FECHA DE RADICACIÓN:** _____ *día/mes/año*

**PLAN ACOGIDO:** ☐ COORDINADO   ☑ COMPLETA SUPLEMENTACIÓN   ☐ REFORMA 2000   ☐ PROGRAMA HÍBRIDO

**NOTA**
1. El coordinador deberá llenar la columna número 1 realizando una marca de cotejo y acompañar todos los documentos requeridos para cada solicitud. Toda solicitud deberá venir acompañada de la Hoja de Cotejo correspondiente y expediente para Asuntos de Retiro.
2. El Oficial de Orientación de Retiro completará las columnas número 2, 3 y 4, realizando una marca de cotejo, según aplique.

## SECCIÓN II. REQUISITOS

| | 1 PRE-COTEJO | 2 RECIBIDO | 3 SOLICITAR | 4 NO APLICA |
|---|---|---|---|---|
| Solicitud de Reembolso de Aportaciones ASR-PA-095. | ✓ | | | |
| Certificación o negativa de deuda de la Asociación de Empleados (no menor de 30 días de vigencia). | ✓ | | | |
| Hoja de Servicio ASR-PA-004 con aportaciones, actualizada y trabajada por la Oficina de Nómina. | ✓ | | | |
| Certificación de Interrupciones en el Servicio ASR-PA-005. | ✓ | | | |
| Informe de Cambio de la Agencia. | ✓ | | | |
| Declaración Jurada (de tener 10 años o más de servicios cotizados o Decisión Final de la C.F.S.E. (de haber radicado algún caso). | | | | ✓ |
| Expediente para Asuntos de Retiro, en original. | ✓ | | | |
| Hoja de Ingreso o Declaración Individual. | ✓ | | | |

Comentarios

Lymari Molina García
*Nombre del Coordinador de la Agencia*

*Firma del Coordinador de la Agencia*

30/MAYO/2019
*Fecha de pre-cotejo de solicitud (día/mes/año)*

## SECCIÓN III. PARA SER COMPLETADO POR EL OFICIAL ORIENTADOR DE LA ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO (ASR)

**SOLICITUD COMPLETADA:** ☑ SÍ   ☐ NO

*Nombre del Orientador*   *Firma del Orientador*   6/6/19 *Fecha de cotejo de solicitud (día/mes/año)*

Conservación: Igual al expediente del cual forma parte.

Página 1 de

| Formulario 499R-2/W-2PR | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY | INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACIÓN PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 222 | COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT | 7. Sueldos - Wages  30,304.00 | 17. Total Sueldos Seguro Social Social Security Wages  30,304.00 |
| 1. Nombre - First Name  ZAIDA | 3. Núm. Seguro Social Social Security No.  REDACTED | 8. Comisiones - Commissions  0.00 | |
| Apellido(s) - Last Name(s)  RAMOS CLEMENTE | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN)  66-0433481 | 9. Concesiones - Allowances  0.00 | 18. Seguro Social Retenido Social Security Tax Withheld  1,878.85 |
| Dirección Postal del Empleado - Employee's Mailing Address  URB VILLA CAROLINA  41-15 CALLE 34  CAROLINA PR 00985 | 5. Costo de cubierta de salud del empleado - Cost of employee sponsored health coverage  0.00 | 10. Propinas - Tips  0.00 | 19. Total Sueldos y Prop. Medicare Medicare Wages and Tips  30,304.00 |
| Fecha de Nacimiento:  Día 2  Mes 1  Año 1957 | 6. Aportaciones - Contributions  0.00 | 11. Total = 7 + 8 + 9 + 10  30,304.00 | 20. Contrib. Medicare Retenida Medicare Tax Withheld  439.41 |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address  TRIBUNAL DE JUSTICIA  268 AVENIDA MUNOZ RIVE  SAN JUAN, PR 00918-0000 | Patrono: Employer:  Indique si remuneración del empleado en el año corresponde a pagos a empleados:  A- ☐ Servicios prestados por un físico cualificado bajo la Ley 14-2017 Services rendered by a qualified physician under Act 14-2017 | 12. Gastos Reemb. y Beneficios Marginales  0.00 | 21. Propinas Seguro Social Social Security Tips  0.00 |
| | | 13. Cont. Retenida - Tax Withheld  286.00 | |
| | | 14. Fondo de Retiro Gubernamental Governmental Retirement Fund  2,490.96 | |
| Número de Teléfono del Patrono Employer's Telephone Number | | 15. Aportaciones a Planes Cualificados Contributions to CODA PLANS  0.00 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips  0.00 |
| Fecha Cese de Operaciones Cease of Operations Date  Día  Mes  Año  Day  Month  Year | B- ☐ Servicios domésticos Domestic services | Salarios Exentos (Ver instrucciones) Exempt Sa... (see instructions)  16.  0.00 | |
| Número Confirmación de Radicación Electrónica Electronic Filing Confirmation Number  F0717193216 | C- ☐ Otros /Others | 16A.  0.00 | |
| | | 16B.  0.00 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips  0.00 |
| Número Control - Control Number  180001772 | Año:  Year 2018 | 16C.  0.00 | |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | 20. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double Your Money Program  0.00 | |