**EXHIBIT A**

Case:17-03283-LTS   Doc#:15499-1   Filed:12/24/20   Entered:12/24/20 14:38:56   Desc:
Exhibit A   Page 1 of 4

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ------------------------------------------------------------ x | |
| | : PROMESA |
| In re: | : Title III |
| | : |
| THE FINANCIAL OVERSIGHT AND | : Case No. 17-BK-3283 (LTS) |
| MANAGEMENT BOARD FOR PUERTO RICO | : |
| | : (Jointly Administered) |
| as representative of | : |
| | : |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1] | : |
| | : |
| Debtors. | : |
| | : |
| ------------------------------------------------------------ x | |

**VERIFIED CERTIFICATION OF SCOTT MARTINEZ IN SUPPORT OF THE NOTICE OF ZOLFO COOPER, LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RATE INCREASES EFFECTIVE JANUARY 1, 2021**

I, Scott Martinez, hereby certify the following:

1.  I am an authorized representative of Zolfo Cooper, LLC[2] ("Zolfo Cooper"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2.  I am authorized to submit this certification in support of the *Notice of Zolfo Cooper,*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283 LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284 LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567 LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566 LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233) (Last Four Digits of Federal Tax ID: 3801).

[2] On November 1, 2018, AlixPartners, LLP ("AlixPartners"), a global consulting firm headquartered in New York, acquired all of the membership interests of ZC Holdings, LLC and its subsidiaries, including Zolfo Cooper. Zolfo Cooper will continue to provide services to the Committee on this matter as Zolfo Cooper, operating as a subsidiary of AlixPartners at AlixPartners standard hourly rates.

*LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Rate Increases Effective January 1, 2021* (the "**Notice**"), filed contemporaneously herewith. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. In accordance with the *Order Imposing Additional Presumptive Standards: Rate Increases and the Retention of Expert Witnesses or Other Sub-Retained Professionals* [Dkt. No. 7678] ("**Additional Presumptive Standards Order**"), the Committee has authorized the rate increases identified in the Notice, both with respect to the January 1, 2021 effective date and on a timekeeper-by-timekeeper basis.

4. Zolfo Cooper 2020 and 2021 hourly rate schedules for professionals are as follows:

| January 1, 2020 | | January 1, 2021 | |
|---|---|---|---|
| **Title** | **Hourly Rate*** | **Title** | **Hourly Rate*** |
| Managing Director | $1,000 – $1,195 | Managing Director | $1,030 – $1,295 |
| Director | $800 – $950 | Director | $825 – $980 |
| Senior Vice President | $645 – $735 | Senior Vice President | $665 – $755 |
| Vice President | $470 – $630 | Vice President | $485 – $650 |
| Consultant | $175 – $465 | Consultant | $180 – $480 |
| Paraprofessional | $295 – $315 | Paraprofessional | $305 – $325 |

\* The foregoing hourly rates do not take into account the 20% end of case reduction to which Zolfo Cooper has agreed pursuant to its retention order

5. On an annual basis, Zolfo Cooper evaluates the hourly rates charged by its billing professionals to determine whether those rates should be increased based on a timekeeper's developing skill, experience, professional advancement and academic or professional level of certification. Zolfo Cooper's hourly rate increases are consistent with changes in market hourly rates. The 2021 rate charged by the billing professionals working on these Title III cases were set through this process, and are consistent both in amount and timing, with rates for Zolfo Cooper timekeepers not working on these Title III cases.

2

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief formed after reasonable inquiry.

Dated: December 24, 2020

*/s/ Scott Martinez*
Scott Martinez
Zolfo Cooper, LLC