*Número de Evidencia de Reclamación:* 174647
*Reclamante*: Vega Santiago, Enid Y

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☒ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.) DINERO ADEUDADO POR CONCEPTO DE AUMENTO DE LEY PROMESA PRTC, ELA

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    $ 28,800.00

Batch 17



*Número de Evidencia de Reclamación:* **174647**
*Reclamante*: **Vega Santiago, Enid Y**

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
TEST DESK WORKER - PRTC, ELA

3(b). Identifique las fechas de su empleo con relación a su reclamación:
01/31/1977 HASTA 07/01/2006

3(c). Últimos cuatro dígitos de su número de seguro social: 8456

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario). DINERO ADEUDADO POR CONCEPTO DE AUMENTO DE LA LEY PROMESA PRTC, ELA. LEY 89 JULIO 1979 - RETRIBUCION UNIFORME Y LEY 89-JULIO 1995, LEY ROMERAZO

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o <u>pendiente de resolución</u>?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
PRTC

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: PRIME CLERK, LLC
GRAND CENTRAL STATION
PO BOX 4850  NEW YORK, NY 10165-4850

4(c). Número de caso: 17 BK 3283, LTS

4(d). Título, epígrafe, o nombre del caso:
LEY PROMESA

Batch 17

2



*Número de Evidencia de Reclamación:* **174647**
*Reclamante:* **Vega Santiago, Enid Y**

4(e). Estado del caso (<u>pendiente de resolución,</u> en apelación, o cerrado):

PENDIENTE DE RESOLUCION

4(f). ¿Tiene usted una sentencia impaga? Sí (No)(Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

N/A

990123400943244



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

**ENID Y. VEGA SANTIAGO**
XXX-XX-8456

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 01/31/1977.
- Trabajó como emplead(o)(a) regular hasta 07/01/2006.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a viernes, 18 de diciembre de 2020.

*Abigaíl Alejandro González*
Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords

ENID Y. VEGA
URB. CASAMIA
CALLE ZUMBADOR #4987
PONCE PR 00728-3400



DEC 2 2 2020
SAN JUAN, PR

SECRETARÍA (CLERK'S OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918-1767

RECEIVED & FILED
2020 DEC 29 AM 9:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.