*Número de Evidencia de Reclamación:* **174825**
*Reclamante*: **Castrello Merced, Maria L.**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

   - ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☒ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.) DINERO ADEUDADO POR CONCEPTO DE AUMENTO DE LEY PROMESA PRTC, ELA

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda): $ 28,800.00

Batch 17



*Número de Evidencia de Reclamación:* **174825**
*Reclamante*: **Castrello Merced, Maria L.**

3. <u>**Empleo.**</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
ANALISTA DEPARTAMENTO ASIGNACIONES PRTC, ELA

3(b). Identifique las fechas de su empleo con relación a su reclamación:
12 ABRIL 1976 HASTA 01 ABRIL 2007

3(c). Últimos cuatro dígitos de su número de seguro social: 6642

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario). DINERO ADEUDADO POR CONCEPTO DE AUMENTO DE LA LEY PROMESA PRTC, ELA. LEY 89 JULIO 1979 - RETRIBUCION UNIFORME Y LEY 89 JULIO 1995 - LEY ROMERAZO

4. <u>**Acción legal.**</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
PRTC

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: PRIME CLERK, LLC • GRAND CENTRAL STATION PO BOX 4850 NEW YORK NY 10165-4850

4(c). Número de caso: 17 BK 3283, LTS

4(d). Título, epígrafe, o nombre del caso:
LEY PROMESA

Batch 17

2



*Número de Evidencia de Reclamación:* **174825**
*Reclamante:* **Castrello Merced, Maria L.**

4(e). Estado del caso (<u>pendiente de resolución</u>, en apelación, o cerrado):
PENDIENTE DE RESOLUCION

4(f). ¿Tiene usted una sentencia impaga? Sí / (No) (Marque una)
De ser así, ¿cuál es la fecha y el monto de la sentencia?
N/A

990123400943548



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

### MARIA L CASTRELLO
### XXX-XX-6642

Para la ex empleada de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 12 de abril de 1976.

- Trabajó como empleada regular hasta el 01 de abril de 2007.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a jueves, 09 de julio de 2020.

*Abigail Alejandro González*
Abigail Alejandro González
Oficial de Compensación
Compensación y Récords

MARIA L. CASTRELLO MERCED
URB. VILLA DEL CARMEN
CALLE TENERIFE #2531
PONCE PR 00716-2224

SECRETARÍA (CLERK'S OFFICE)
TRIBUNAL DE DISTRITU DE LOS ESTADO UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN PR 00918-1767

RECEIVED & FILED
2020 DEC 29 AM 9:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.