30 de noviembre de 2020.

CLERK'S OFFICE
Tribunal de Distrito de los Estados Unidos
ROOM 150-FEDERAL BUILDING
CARLOS CHARDON AVE.
HATO REY, PR 00918-1767

Abogado de la Junta de Supervisión (Cousel for the Overside Board)
Proskauer Rose L.L.P.
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienestock
Brian S. Rosen

Abogado del Comité de Acreedores (Counsel for the Creditors Comittee)
Paul Hastings L.L.P.
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luis A. Despins
James Bliss
James Worthington
G. Alexander Bongartz



RE: Promesa Título III
Number 17 BK 1283-LTS

Contestación a objección
reclamación 16366/42949/33643
Carmen Yolanda Rivera

Estimados señores:

Por la presente se contesta la objección a la reclamación del pago de los dineros adeudados por concepto de los beneficios de Retiro del Gobierno de Puerto Rico y la Autoridad de Carreteras.

La objección presentada indica que la reclamación no incluyó evidencia suficiente para establecer que existe una deuda a mi favor.

Se rechaza tal objección ya que con anterioridad a esta notificación se presentó evidencia en el tribunal de las aportaciones efectuadas por mí al plan de retiro donde se prueba que las entidades mencionadas me adeudan el pago correspondiente a dichas aportaciones según se establece en el contrato de retiro.

Por tal razón se solicita que no se permita la objección presentada.

En espera de su pronta atención a este asunto, quedo

Cordialmente,


Carmen Yolanda Rivera
19 Esmeralda St.
Bucaré
Guaynabo, P.R. 00969

CLERK'S OFFICE
Tribunal de Distrito de los Estados Unidos
ROOM 150-FEDERAL BUILDING
CARLOS CHARDON AVE.
HATO REY, PR 00918-1767

Abogado de la Junta de Supervisión (Cousel for the Overside Board)
Proskauer Rose L.L.P.
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienestock
Brian S. Rosen

Abogado del Comité de Acreedores (Counsel for the Creditors Comittee)
Paul Hastings L.L.P.
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luis A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

RE: Promesa Título III
Number 17 BK 1283-LTS

Contestación a objección
reclamación 31504/31490
Sixto Hernández López

Estimados señores:

Por la presente se contesta la objección a la reclamación del pago de los dineros adeudados por concepto de los beneficios de Retiro del Gobierno de Puerto Rico y la Autoridad de Carreteras.

La objección presentada indica que la reclamación no incluyó evidencia suficiente para establecer que existe una deuda a mi favor.

Se rechaza tal objección ya que con anterioridad a esta notificación se presentó evidencia en el tribunal de las aportaciones efectuadas por mí al plan de retiro donde se prueba que las entidades mencionadas me adeudan el pago correspondiente a dichas aportaciones según se establece en el contrato de retiro.

Por tal razón se solicita que no se permita la objección presentada.

En espera de su pronta atención a este asunto, quedo

Cordialmente,


Sixto Hernández López
19 Esmeralda St.
Bucaré
Guaynabo, P.R. 00969

*Evidencia de Reclamación:* 31525
*Reclamante:* Yolanda Rivera, Carmen

## FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

### CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO 31525

_____ Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. 31525 NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

<u>O</u>

__✓__ Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. 31525 o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

*nosotros no somos empleados del gobierno*

Nombre del Reclamante: _____

Firma del Reclamante: _____

Fecha: _____


17032830000014617

Sixto Hernández López
19 Esmeralda St.
Bucaré
Guaynabo, P.R. 00969

RECEIVED & FILED

2020 DEC 29 AM 9:08

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR





7020 0640 0000 6144 9867

CLERK'S OFFICE
Tribunal de Distrito de los Estados Unidos
ROOM 150-FEDERAL BUILDING
CARLOS CHARDON AVE.
HATO REY, PR 00918-1767

00918-170625