# EXHIBIT A

RECEIVED
JUN 29 2020
PRIME CLERK LLC

THIS NOTICE RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.

IF YOU ARE RECEIVING THIS NOTICE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

DOCUMENTS RELATING TO THIS CLAIM OBJECTION WERE MAILED TO YOU ON JUNE 12, 2020. PURSUANT TO DETAILS SET FORTH IN EXHIBIT "C" TO THE OBJECTION, THE DEADLINE TO RESPOND IS JULY 14, 2020. PLEASE CHECK YOUR MAIL BOX. IF YOU FAIL TO PROPERLY RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE GOVERNMENT WITHOUT FURTHER NOTICE OR HEARING.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| JULES MARIN, LOUIS | 37240 | 05/25/2018 | Commonwealth of Puerto Rico | $137,800.04 |
| Docket Number | 13429 | Objection Title | Debtors' Two Hundred and Sixteenth Omnibus Objection | |
| Reason: | Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. | | | |

LA PRESENTE NOTIFICACIÓN ESTÁ RELACIONADA CON UNA EVIDENCIA DE RECLAMO QUE USTED PRESENTÓ CONTRA EL GOBIERNO DE PUERTO RICO EN EL PROCESO QUE SE SUSTANCIA EN VIRTUD DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD FINANCIERA DE PUERTO RICO.

SI USTED RECIBE [ESTA NOTIFICA]CIÓN ES PORQUE UNO O MÁS DE LOS DEUDORES PRETENDEN DESESTIMAR SU RECL[AMO POR LA RA]ZÓN EXPUESTA A CONTINUACIÓN.

LOS DOCUMENTOS RELACIONADOS CON ESTA OBJECIÓN DE RECLAMO LE FUERON ENVIADOS A USTED POR CORREO EL DÍA 12 DE JUNIO DE 2020. DE ACUERDO CON LOS DATOS ESTABLECIDOS EN EL ANEXO "C" A LA OBJECIÓN, LA FECHA LÍMITE PARA RESPONDER ES EL 14 DE JULIO DE 2020. SÍRVASE POR FAVOR VERIFICAR SU CASILLA DE CORREO. SI NO RESPONDE APROPIADAMENTE A LA OBJECIÓN, EL TRIBUNAL PODRÍA OTORGAR LA REPARACIÓN SOLICITADA POR EL GOBIERNO SIN PREVIO AVISO NI AUDIENCIA.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| JULES MARIN, LOUIS | 37240 | 05/25/2018 | Commonwealth of Puerto Rico | $137,800.04 |
| Número de registro de actos procesales | 13429 | Título de la objeción | Debtors' Two Hundred and Sixteenth Omnibus Objection | |
| Base para: | El reclamante invoca inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. | | | |

Contestación: No estoy de acuerdo con uds. Si el FM se compone de bonos emitidos por ELA, entonces, uds. son los responsables.

***CUST PR 1845 SRF 43064 PackID: 702 MMLID: 1596857 SVC: 216th Omni
JULES MARIN, LOUIS
100 CALLE DEL MUELLE, APT. 2606
SAN JUAN, PR 00901-2672

**COPIES OF THE OMNIBUS OBJECTION AND ALL OTHER FILINGS IN THE TITLE III CASES ARE AVAILABLE FREE ONLINE AT https://cases.primeclerk.com/puertorico OR UPON REQUEST BY CALLING THE NUMBER SET FORTH BELOW.**

If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

**COPIAS DE LA OBJECIÓN GLOBAL, Y TODOS LOS ESCRITOS RADICADOS EN EL MARCO DE LAS CAUSAS CONFORME AL TÍTULO III, ESTÁN DISPONIBLES, DE MANERA GRATUITA, EN https://cases.primeclerk.com/puertorico O PREVIA SOLICITUD LLAMANDO AL NÚMERO QUE SE INDICA DEBAJO.**

Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

2

Louis Jules Marin
100 Calle Del Muelle Apt 2606
San Juan, PR 00901

SAN JUAN PR 009

24 JUN 2020 PM 2 L

Prime Clerk, LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

RECEIVED
JUN 29 2020
PRIME CLERK

10163-485050