# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**NOTICE OF CORRESPONDENCE REGARDING THE TWO HUNDRED THIRTY-SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO INDIVIDUAL PROOF OF CLAIM NO. 9599**

To the Honorable United States District Judge Laura Taylor Swain:

1.     On July 31, 2020, the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Title III representative of the Commonwealth, HTA and ERS (collectively, the "Debtors") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] filed the *Two Hundred Thirty-Second Omnibus Objection of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 13916] (the "Two Hundred Thirty-Second Omnibus Objection").

2. On July 31, 2020 the Oversight Board filed the Two Hundred Thirty-Second Omnibus Objection, seeking to disallow certain deficient claims which purport to assert liabilities against the Commonwealth, HTA or ERS, but fail to provide any information explaining why the Commonwealth, HTA, ERS, or any other Title III Debtor is liable to the Claimant.

3. The Debtors received correspondence from Eduardo Rivero Betancourt ("Rivero Betancourt"), a copy of which is attached hereto as Exhibit "A" (the "Rivero Betancourt Response"), regarding Proof of Claim No. 9599 (the "Rivero Betancourt Claim"). A certified translation of the Rivero Betancourt Response is attached hereto as Exhibit "A-1."

4. The Rivero Betancourt Response consists of a completed Mailing[3] which, as set forth in the Two Hundred Thirty-Second Omnibus Objection, was mailed to claimants whose claims did not provide critical information needed to understand what liabilities the Commonwealth, HTA, ERS, or any other Title III Debtor might owe. The Rivero Betancourt Response purports to assert liabilities arising out of "Promesa Act (Cofina)", in an amount of $79,365.00. Rivero Betancourt Response at 1. The only supporting documentation submitted with

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Two Hundred Thirty-Second Omnibus Objection.

the Rivero Betancourt Response is (i) a copy of Appendix A to the Fifth Omnibus Objection, which reclassified the Rivero Betancourt Claim from the Commonwealth to ERS, and (ii) a printout of several pages from Prime Clerk, LLC's website. The Rivero Betancourt Response does not, however, provide basic information necessary for the Debtors to reconcile the Rivero Betancourt Claim, such as an identification of the liabilities purportedly owed to Rivero Betancourt, or an explanation of nature of basis of the liabilities purportedly owed.

5. Accordingly, the Debtors have determined that the Rivero Betancourt Response still does not provide information sufficient to enable the Debtors to reconcile the Rivero Betancourt Claim. The Debtors therefore request that the Court grant the Two Hundred Thirty-Second Omnibus Objection and disallow the Rivero Betancourt Claim, notwithstanding the Rivero Betancourt Response.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: January 4, 2021<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ *Hermann D. Bauer*<br>Hermann D. Bauer<br>USDC No. 215205<br>Carla García Benítez<br>USDC No. 203708<br>Daniel J. Perez-Refojos<br>USDC No. 303909<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico*<br><br>/s/ *Martin J. Bienenstock*<br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico* |