# EXHIBIT A

Número de Evidencia de Reclamación: 9599
Reclamante: Rivero Betancourt, Eduardo

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

RECEIVED SEP 01 2020 PRIME CLERK LLC

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**
   - ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☒ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)
     _Ley PROMESA (Cofina)_

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
   _$79,365.00_

Batch 15



990123400781519

*Número de Evidencia de Reclamación:* 9599
*Reclamante:* Rivero Betancourt, Eduardo

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ✓ No. *Pase a la Pregunta 4.*
   - ☐ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _____

3(b). Identifique las fechas de su empleo con relación a su reclamación: _____

3(c). Últimos cuatro dígitos de su número de seguro social: _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_____
_____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ✓ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. _____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _____

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso: _____



990123400781519

Scanned with CamScanner

Número de Evidencia de Reclamación: **9599**
Reclamante: **Rivero Betancourt, Eduardo**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

Batch 15    3


990123400781519

Scanned with CamScanner

Case:17-03283-LTS Doc#:4409-2 Filed:12/04/18 Entered:12/04/18 20:59:34 Desc:
Exhibit Anexo A Page 36 of 48

Quinta Objeción Colectiva
Anexo A: Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 208 | RIVERA RODRIGUEZ, CARMEN M<br>116 CIPRES ESTANCIAS DE JUANA DIAZ<br>JUANA DIAZ, PR 00795 | 74081 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Indeterminado* |
| | Base para: Cuando los libros y registros, y/o la misma evidencia de reclamación o la documentación de respaldo de los Deudores indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 209 | RIVERA SALICHS, CARMEN M.<br>40 COND. CAGUAS TOWER APT. 1201<br>CAGUAS, PR 00725 | 96106 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Indeterminado* |
| | Base para: Cuando los libros y registros, y/o la misma evidencia de reclamación o la documentación de respaldo de los Deudores indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 210 | RIVERA TORRES, RAUL<br>MONTECLARO<br>MD3 CALLE PLAZA 8<br>BAYAMON, PR 00961 | 23012 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 111,366.00 | El Estado Libre Asociado de Puerto Rico | $111,366.00 |
| | Base para: Cuando los libros y registros, y/o la misma evidencia de reclamación o la documentación de respaldo de los Deudores indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 211 | RIVERA VARGAS, ILUMINADA<br>1313 CALLE SENTINA VILLA DEL CARMEN<br>PONCE, PR 00716 | 125173 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Indeterminado* |
| | Base para: Cuando los libros y registros, y/o la misma evidencia de reclamación o la documentación de respaldo de los Deudores indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 212 | RIVERA ZAYAS, ALICIA<br>BOX 199<br>LA PLATA, PR 00786 | 62774 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | Indeterminado* | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Indeterminado |
| | Base para: Cuando los libros y registros, y/o la misma evidencia de reclamación o la documentación de respaldo de los Deudores indican que cualquier obligación recaería, si fuere el caso, sobre el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |
| 213 | RIVERO BETANCOURT, EDUARDO<br>HC 645 BOX 8012<br>TRUJILLO ALTO, PR 00976 | 9599 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | $ 79,365.00 | El Estado Libre Asociado de Puerto Rico | $79,365.00 |
| | Base para: Cuando los libros y registros, y/o la misma evidencia de reclamación o la documentación de respaldo de los Deudores indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el demandante identifica como deudor a la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA). | | | | | |

Scanned with CamScanner



9/1/2020 | 00544527 | Salesforce

Case:17-03283-LTS Doc#:15524-1 Filed:01/04/21 Entered:01/04/21 16:03:50 Desc: Exhibit A (Rivero Betancourt Response) Page 7 of 8

Knowledge | Related

## Knowledge

🔍 Search Knowledge

**Suggested Articles**

10 Results • Sorted by Relevance

---

**CAESARS CASE UPDATE - Talking Points for Distributions (/lightning/r/ka01N000000g1dyQAA/view)**
000001013    Work In Progress    Last Published   May 4, 2018 7:54 AM
OCTOBER 23, 2017 CAESARS CASE UPDATE - Talking Points for Distributions

---

**FINAL TOYS R US LIQUIDATION VENDOR TALKING POINTS (/lightning/r/ka01N000000g2XyQAI/view)**
000001067    Work In Progress    Last Published   May 5, 2018 5:45 AM
FINAL TOYS R US LIQUIDATION VENDOR TALKING POINTS AS OF 4_17_2018

---

**BONT - VENDOR TALKING POINTS & FAQ (/lightning/r/ka01N000000g2WvQAI/view)**
000001054    Work In Progress    Last Published   May 5, 2018 5:00 AM
BONT - VENDOR TALKING POINTS & FAQ (OLD TP, DO NOT USE)

---

**PATRIOT NATIONAL CASE UPDATES (/lightning/r/ka01N000000g2VJQAY/view)**
000001034    Work In Progress    Last Published   May 5, 2018 3:09 AM
PATRIOT NATIONAL CASE UPDATES AS OF MARCH 28, 2018 – BAR DATE NOTICE

---

**SEADRILL CASE UPDATE (/lightning/r/ka01N000000g2WRQAY/view)**
000001048    Work In Progress    Last Published   May 5, 2018 4:02 AM
SEADRILL CASE UPDATE AS OF NOVEMBER 22, 2017 - BAR DATE NOTICE

---

**TKH Restructuring - Supplier FAQ (/lightning/r/ka01N000000g2XPQAY/view)**
000001060    Work In Progress    Last Published   May 5, 2018 5:20 AM
TKH Restructuring - Supplier FAQ - As Revised -7-31-17

---

**TK HOLDINGS - FAQ FOR TKH SUPPLIERS (/lightning/r/ka01N000000g2XAQAY/view)**
000001057    Work In Progress    Last Published   May 5, 2018 5:11 AM
TK HOLDINGS - FAQ FOR TKH SUPPLIERS (revised as of 8/11/2017)

---

**Feed**    Details

| Post | Email | Internal Comment | Change Status | Close the Case | Change Priority |

Share an update...    **Share**

Latest Posts ▼     🔍 Search this feed...

**All Updates**    Emails    Text Posts    Status Changes

**Sahony Sanchez (/lightning/r/005l0000071IIa...**    1h ago (/lightning/r/0D53l000063VAtRC...
(/lightning/r/005l0000071IIaAAE/vic w) Tic_ket upd ated
Workflow: A blank value to Pending Document Upload

🕓 History    Notes    ⚙ Macros    ⊙ Omni-Channel (Offline)

