# EXHIBIT A-1

*Proof of Claim Number:* **9599**
*Claimant:* **Rivero Betancourt, Eduardo**

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Answer the four (4) applicable questions and sub-questions. Include as much detail as possible in your answers. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote "Act 96" as a basis for your claim, please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim.
Also, if available and applicable to your claim, please provide:

- Copy of an initial brief, such as a Complaint or an Answer;
- An unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any documentation that, in your opinion, supports your claim.

Send the completed form and supporting documents **by email** to PRClaimsInfo@primeclerk.com, or **by mail or hand delivery** to the following address:

| By Mail | Hand Delivery or 24 hour Postal Service |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk, LLC<br>Grand Central Station, PO Box 4708<br>New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk, LLC<br>850 Third Avenue, Suite 412<br>Brooklyn, NY 11232 |

RECEIVED
SEP 01 2020
PRIME CLERK LLC

**Questionnaire**
**1. What is the basis of your claim?**

☐ A legal action pending or concluded with or against the government of Puerto Rico
☐ Current or previous employment in the government of Puerto Rico
☑ Other (please indicate with the highest level of detail. Attach additional pages if needed.)

[Handwritten:] ***Promesa Act (Cofina)***

**2. What is the amount of your claim (how much money you claim is owed):**

*[Handwritten:] $79,365.00*

**Batch 15**


990123400781519

Scanned with CamScanner

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:* **9599**
*Claimant:* **Rivero Betancourt, Eduardo**

**3. Employment. Does your claim relate to current or prior employment with the government of Puerto Rico?**

☑ No. *Go to Question 4.*
□ Yes. **Answer questions 3(a)-(d).**

3(a). Identify the specific agency or department where you work or have worked:

_______________________________________________

3(b). Identify the dates of your employment in relation to your claim:

_______________________________________________

3(c). Last four digits of your social security number: _________________________

3(d). What is the nature of your employment claims (select all that apply):

□ Pension
□ Unpaid wages
□ Sick days
□ Union Grievance
□ Vacation
□ Other (Provide as much detail as possible. Attach additional pages if necessary).

_______________________________________________
_______________________________________________

**4. Legal Action. Is your claim related to a pending or closed legal action?**

☑ No.
□ Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is a party to the action.

_______________________________________________

4(b). Identify the name and address of the court or agency where the action is pending.

_______________________________________________

4(c). Case number: _______________________________________________

4(d). Title, caption, or name of the case:

_______________________________________________

Batch 15



990123400781519

Scanned with CamScanner

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:* **9599**
*Claimant:* **Rivero Betancourt, Eduardo**

4(e). Status of the case (pending, on appeal, or closed):

_______________________________________________

4(f). Do you have an unpaid judgment? Yes / No (Check one)
If yes, what is the date and amount of the judgment?

_______________________________________________






Scanned with CamScanner

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Fifth Collective Objection
Annex A: Incorrect Debtor

| | | | FORMULATED | | CORRECTED | |
|---|---|---|---|---|---|---|
| | NAME | CLAIM No. | DEBTOR | AMOUNT OF THE CLAIM | DEBTOR | AMOUNT OF THE CLAIM |
| 208 | RIVERA RODRIGUEZ, CARMEN M<br>116 CIPRES ESTANCIAS DE JUANA DIAZ PR 00795 | 74081 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Undetermined* | The Commonwealth of Puerto Rico | Undetermined* |
| | Basis for: When the books and records, and/or the same proof of claim or supporting documentation of the Debtors indicate that any obligation would fall, if applicable, on the Commonwealth of Puerto Rico, the plaintiff identifies the Puerto Rico Sales Tax Financing Corporation (COFINA) as the debtor. | | | | | |
| 209 | RIVERA SALICHS, CARMEN M.<br>40 COND. CAGUAS TOWER APT. 1201<br>CAGUAS. PR 00725 | 96106 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Undetermined* | The Commonwealth of Puerto Rico | Undetermined* |
| | Basis for: When the books and records, and/or the same proof of claim or supporting documentation of the Debtors indicate that any obligation would fall, if applicable, on the Commonwealth of Puerto Rico, the plaintiff identifies the Puerto Rico Sales Tax Financing Corporation (COFINA) as the debtor. | | | | | |
| 210 | RIVERA TORRES, RAUL<br>MONTECLARO<br>MD3 CALLE PLAZA 8<br>BAYAMON, PR 00961 | 23012 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $111,366.00 | The Commonwealth of Puerto Rico | $111,366.00 |
| | Basis for: When the books and records, and/or the same proof of claim or supporting documentation of the Debtors indicate that any obligation would fall, if applicable, on the Commonwealth of Puerto Rico, the plaintiff identifies the Puerto Rico Sales Tax Financing Corporation (COFINA) as the debtor. | | | | | |
| 211 | RIVERA VARGAS, ILUMINADA<br>1313 CALLE SENTINA V ILLA DEL CARMEN<br>PONCE, PR 00716 | 125173 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Undetermined* | The Commonwealth of Puerto Rico | Undetermined* |
| | Basis for: When the books and records, and/or the same proof of claim or supporting documentation of the Debtors indicate that any obligation would fall, if applicable, on the Commonwealth of Puerto Rico, the plaintiff identifies the Puerto Rico Sales Tax Financing Corporation (COFINA) as the debtor. | | | | | |
| 212 | RIVERA ZAYAS, ALICIA<br>BOX 199<br>LA PLATA. PR 00786 | 62774 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Undetermined* | Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | Undetermined* |
| | Basis for: When the books and records, and/or the same proof of claim or supporting documentation of the Debtors indicate that any obligation would fall, if applicable, on the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico, the plaintiff identifies the Puerto Rico Sales Tax Financing Corporation (COFINA) as the debtor. | | | | | |
| 213 | RIVERO BETANCOURT, EDUARDO<br>HC 645 BOX 8012<br>TRUJILLO ALTO, PR 00976 | 9599 | Puerto Rico Sales Tax Financing Corporation (COFINA) | $79,365.00 | The Commonwealth of Puerto Rico | $79,365.00 |
| | Basis for: When the books and records, and/or the same proof of claim or supporting documentation of the Debtors indicate that any obligation would fall, if applicable, on the Commonwealth of Puerto Rico, the plaintiff identifies the Puerto Rico Sales Tax Financing Corporation (COFINA) as the debtor. | | | | | |

Scanned with CamScanner

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



9/1/2020 00644527 | Salesforce

Ticket
**[EXTERNAL] Fwd: EDUARDO RIVERO BETANCOURT RECLAMACION 9599.pdf**

+ Follow | CloneTicket

| Status | Ticket Number | Company Name | Contact Name | Contact Phone | Ticket Owner |
|---|---|---|---|---|---|
| New | 00644527 | PR Claims In... | EDUARDO RIVE... | | Document Uploads |

**Ticket Details**

Contact Name
EDUARDO RIVERO (/lightning/r/0033I00002fWp39AAC/view)

Ticket Owner
Document Uploads

Status
New

Workflow
Pending Document Upload

Inquiry Constituency

Escalation Level
(6) Excluded from Call Log

Parent Ticket
00642641 (/lightning/r/5003I000013zs7kAAA/view)

Cloned

Subject
[EXTERNAL] Fwd: EDUARDO RIVERO BETANCOURT RECLAMACION 9599.pdf

Description
This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at http://www.duffandphelps.com/disclosure (http://www.duffandphelps.com/disclosure). Our Privacy Policy is available at https://www.duffandphelps.com/privacy (https://www.duffandphelps.com/privacy)

Inquiry Description

**Contact Details**

Name
EDUARDO RIVERO

Company Name
PR Claims Info (/lightning/r/0011N00001ZBu14QAD/view)

Office Phone

Email
riveroeduardo1940@gmail.com (mailto:riveroeduardo1940@gmail.com)

Mobile Phone

Business Name

Mailing Address

History | Notes | Macros | Omni-Channel (Offline)

https://primeclerkllc.lightning.force.com/lightning/r/Case/5003I000013zwLXAAY/view 1/3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*


9/1/2020 00644527 | Salesforce

Knowledge Related

Knowledge

Search Knowledge

Suggested Articles

10 Results • Sorted by Relevance

CAESARS CASE UPDATE - Talking Points for Distributions (/lightning/r/ka01N000000g1dyQAA/view)
000001013 Work In Progress Last Published May 4, 2018 7:54 AM
OCTOBER 23, 2017 CAESARS CASE UPDATE - Talking Points for Distributions

FINAL TOYS R US LIQUIDATION VENDOR TALKING POINTS (/lightning/r/ka01N000000g2XyQAI/view)
000001067 Work In Progress Last Published May 5, 2018 5:45 AM
FINAL TOYS R US LIQUIDATION VENDOR TALKING POINTS AS OF 4_17_2018

BONT - VENDOR TALKING POINTS & FAQ (/lightning/r/ka01N000000g2WvQAI/view)
000001054 Work In Progress Last Published May 5, 2018 5:00 AM
BONT - VENDOR TALKING POINTS & FAQ (OLD TP, DO NOT USE)

PATRIOT NATIONAL CASE UPDATES (/lightning/r/ka01N000000g2VJQAY/view)
000001034 Work In Progress Last Published May 5, 2018 3:09 AM
PATRIOT NATIONAL CASE UPDATES AS OF MARCH 28, 2018 – BAR DATE NOTICE

SEADRILL CASE UPDATE (/lightning/r/ka01N000000g2WRQAY/view)
000001048 Work In Progress Last Published May 5, 2018 4:02 AM
SEADRILL CASE UPDATE AS OF NOVEMBER 22, 2017 - BAR DATE NOTICE

TKH Restructuring - Supplier FAQ (/lightning/r/ka01N000000g2XPQAY/view)
000001060 Work In Progress Last Published May 5, 2018 5:20 AM
TKH Restructuring - Supplier FAQ - As Revised -7-31-17

TK HOLDINGS - FAQ FOR TKH SUPPLIERS (/lightning/r/ka01N000000g2XAQAY/view)
000001057 Work In Progress Last Published May 5, 2018 5:11 AM
TK HOLDINGS - FAQ FOR TKH SUPPLIERS (revised as of 8/11/2017)

Feed Details

Post Email Internal Comment Change Status Close the Case Change Priority

Share an update... Share

Latest Posts

Search this feed...

All Updates Emails Text Posts Status Changes

Sahony Sanchez (/lightning/r/0053I0000071Ila... 1h ago (/lightning/r/0D53I000063VAtRC...
History (/lightning/r/0053I0000071IaAAE/view) Ticket updated
Workflow: A blank value to Pending Document Upload

https://primeclerkllc.lightning.force.com/lightning/r/Case/5003I000013zwLXAAY/view 2/3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*





Comment

Sahony Sanchez (/lightning/r/0053I0000071Ila... 1h ago (/lightning/r/0D53I000063VAtQC...
(/lightning/r/0053I0000071IlaAAE/view) Ticket updated

Ticket Owner: Sahony Sanchez to Document Uploads

Comment

Sahony Sanchez (/lightning/r/0053I0000071Il... 1h ago (/lightning/r/0D53I000063VAwLC...
(/lightning/r/0053I0000071IlaAAE/view) To: Internal

Batch 15
Bar Code: 990123400781519
Claim: 9599

Comment

Sahony Sanchez (/lightning/r/0053I0000071Ila... 1h ago (/lightning/r/0D53I000063VAkEC...
(/lightning/r/0053I0000071IlaAAE/view) Ticket created

Subject: [EXTERNAL] Fwd: EDUARDO RIVERO BETANCOURT RECLAMACION 9599.pdf
Status: New
Ticket Number: 00644527
Company Name: PR Claims Info
Contact Name: EDUARDO RIVERO
Contact Phone:
Ticket Owner: Sahony Sanchez

Comment

Sahony Sanchez (/lightning/r/0053I0000071Ila... 1h ago (/lightning/r/0D53I000063VAkFC...
(/lightning/r/0053I0000071IlaAAE/view) To: riveroeduardo1940

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at http://www.duffandphelps.com/disclosure. Our Privacy Policy is available at https://www.duffandphelps.com/privacy

EDUARDO RIVER...

Reply Reply All Forward Comment

History Notes Macros Omni-Channel (Offline)



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*




T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

> the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 9599 - Mailing Response

Signed this 9th day of November 2020

Andreea I. Boscor

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

