# EXHIBIT A

<table>
<tr><td colspan="2">

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

</td></tr>
</table>

RECEIVED

OCT 26 2020

PRIME CLERK LLC

*In re*:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,

como representante del

ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*,

Deudores.[1]

PROMESA
Título III

Núm. 17 BK 3283-LTS

(Administrado Conjuntamente)

**La presente radicación guarda relación con el ELA, la ACT y el SRE.**

## RÉPLICA DEL RECLAMANTE A LA DUCENTÉSIMA CUADRAGÉSIMA SEXTA OBJECIÓN GLOBAL

**Instrucciones**

1.  Solo debe cumplimentar y radicar el presente formulario de réplica si su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico, o si su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada. Si su reclamación no surge de empleo actual o anterior en el Gobierno de Puerto Rico o si su reclamación no guarda relación con una acción judicial pendiente de resolución o finalizada, su réplica debe ser radicada de conformidad con los procedimientos detallados en las páginas 3 a 4 de la Notificación que acompaña a la Ducentésima cuadragésima sexta objeción global.

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa informático).

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamaciones a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamaciones.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

4. Incluya tantos detalles como pueda en sus réplicas.

   a. **Sus respuestas deben proporcionar <u>más</u> información que la contenida en la evidencia de reclamaciones inicial.** Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamación, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamación.

   b. Si está disponible y se aplica a su reclamación, rogamos proporcione, asimismo, lo siguiente:
   - Copia de un escrito; por ejemplo, un Escrito de reclamación o una Contestación;
   - Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
   - Notificación por escrito de la intención de radicar una reclamación acompañada de un comprobante de envío; y
   - Toda la documentación que a su criterio justifica su reclamación.

5. Si no dispone de una copia de su reclamación, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción Global a su reclamación.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) del reclamante que responda; 2) del abogado o representante designado del reclamante al que los abogados del ELA, la ACT o el SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción Global en nombre del reclamante.

   □ **Nombre:** _Pedro A. Miró Sotomayor_

   □ **Dirección:** _2201 Carr. 14 - Alborada Apto. 11501 Coto laurel P.R.-_ _00780-232_

   □ **Número de teléfono:** _787-317-7581_

2

☐ **Dirección de correo electrónico:** _pedro MIRO 2007 @ yahoo.com_

2. **Número de su evidencia de reclamaciones:** _11287_

3. **Los Deudores se han opuesto a su Evidencia de reclamaciones porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamación. Marque la casilla con la que guarde relación su Evidencia de reclamaciones y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamación. Adjunte páginas adicionales si fuera necesario.**

   ☐ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

   ☐ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

   _____ _N/A_ _____

   _____

   _____

   _____

   **Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamación.**

4. **¿Cuál es el monto de su reclamación (cuánto alega que se le adeuda)?:**

   _250,000_

5. **Empleo. ¿Su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?**

   ☐ ⬭No⬭ *Siga con la Pregunta 6.*

   ☐ Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:

_____

5(b). Indique las fechas de su empleo relativo con su reclamación:

_____

5(c). Últimos cuatro dígitos de su número del Seguro Social:

_____

5(d). ¿Cuál es la naturaleza de sus reclamaciones relativas al empleo (marque todas las casillas aplicables)?:

   ☐ Pensión

   ☐ Salarios no pagados

   ☐ Días de licencia por enfermedad

   ☐ Quejas con sindicato

◻    Vacaciones

◻    Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

_____

_____

**6. <u>Acción judicial</u>. ¿Su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada?**

◻    No.

◻    (Sí) **Responda a las Preguntas 6(a) a (f).**

6(a). Indique el departamento o la agencia que sean parte en la acción.

      *COFINA*

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.

      *COFINA*

6(c). Caso núm.: _____

6(d). Título, epígrafe o nombre del caso:

_____

6(e). Estado del caso (pendiente de resolución, apelado o finalizado):

   *pendiente*

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / <u>No</u> (marque su respuesta con un círculo)

               En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?

                             _____

### FIRME ABAJO SU RÉPLICA

         *Amiró*

         _____
            **Firma**

      *Pedro A. Miró Sotomayor*

        **Nombre en letra de molde**

        *13 Oct 2020*

          **Fecha**



**Santander**

SECURITIES

B° Calle Esteranes STE 11801, Guaynabo, Puerto Rico 00968-3028 (787) 759-5530

* 00000472   03 SP   0.900 03   TR 00005 X220PA01 110000

PEDRO A MIRO
NATIVIDAD GARCIA DE MIRO TEN COM
PO BOX 336450
PONCE PR 00733-6450

**Your Financial Consultant:**
FERNANDO AGUDO
(787) 759-5530

PAR-02-ROLL

B00000000CSF22002

**Go paperless**
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS

---

# Brokerage
## Account Statement

**Account Number: 7CC-160931**
**Statement Period: 06/01/2014 - 06/30/2014**

## Valuation at a Glance

|  | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | $398,302.66 | $380,935.72 |
| Withdrawals (Cash & Securities) | -2,177.16 | -14,671.72 |
| Dividends, Interest and Other Income | 2,183.51 | 14,715.12 |
| Total Taxes Withheld | -5.81 | -39.68 |
| Net Change in Portfolio | -5,108.03 | 12,255.73 |
| **Ending Account Value** | **$393,195.17** | **$393,195.17** |

Pie Chart allocation only includes
products that are of positive value.

## Asset Allocation

| | Last Period | This Period | % Allocation |
|---|---|---|---|
| Money Funds, and Bank Deposits[1] | 2,723.73 | 2,724.27 | 1% |
| Fixed Income | 177,328.60 | 172,914.90 | 44% |
| Mutual Funds | 218,250.33 | 217,556.00 | 55% |
| **Account Total (Pie Chart)** | **$398,302.66** | **$393,195.17** | **100%** |



1. **The Bank Deposits in your account are FDIC insured bank deposits.** FDIC insured bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). These bank deposits are covered by the Federal Deposit Insurance Corporation (FDIC), up to allowable limits.

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

# Client Service Information

## Your Financial Consultant: 063

FERNANDO AGUDO
SANTANDER SECURITIES CORPORATION
SANTANDER TOWER
B7 TABONUCO ST SUITE 1800
GUAYNABO       PR 00968-3350

### Contact Information

**Telephone Number:** (787) 759-5330
**Fax Number:** (787) 759-5366

### Client Service Information

**Service Hours:** Monday - Friday 08:30 a.m. - 05:30 p.m. (AST)
**Client Service Telephone Number:** (787) 759-5330
**Web Site:** SANTANDERSECURITIES.COM

# Your Account Information

## Investment Objective

**Investment Objective:** INCOME
**Risk Exposure:** MODERATE RISK

Please review your investment objective. If you wish to make a change or have any questions please contact your Financial Consultant.

## Tax Lot Default Disposition Method

**Default Method for Mutual Funds:** AVERAGE COST (USING FIRST IN FIRST OUT)
**Default Method for Stocks in a Dividend Reinvestment Plan:** FIRST IN FIRST OUT
**Default Method for all Other Securities:** FIRST IN FIRST OUT

## Electronic Delivery

You have not selected any account communications for electronic delivery. To register and turn off paper communications, log in to your account or contact your Financial Consultant for more information.

# Portfolio Holdings

| | Quantity | Account Number | Activity Ending | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield | Current Yield |
|---|---|---|---|---|---|---|---|---|---|
| **Cash, Money Funds, and Bank Deposits** 1.00% of Portfolio | | | | | | | | | |
| **SANTANDER INSURED ACCOUNT held at BANCO SANTANDER** | | | | | | | | | |
| 08/18/14 | 2,724.270 | 0000000382 | 06/30/14 | 2,723.73 | 2,724.27 | 0.00 | 3.72 | N/A | N/A |
| **Total FDIC Insured Bank Deposits** | | | | $2,723.73 | $2,704.27 | $0.00 | $3.72 | | |
| **Total Cash, Money Funds, and Bank Deposits** | | | | $2,723.73 | $2,704.27 | $0.00 | $3.72 | | |

3000 03/0C5EE200C



Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC.

B000000OSFZ2002

**Santander**

SECURITIES

BT Calle Tabonuco STE 1800, Guaynabo, Puerto Rico 00968-3028 (787) 759-5330




# Brokerage
## Account Statement

**Statement Period: 06/01/2014 - 06/30/2014**

Account Number: 7CC-160931
PEDRO A MIRO

## Portfolio Holdings (continued)

### Fixed Income  44.00% of Portfolio (In Maturity Date Sequence)

**Municipal Bonds**

| Date Acquired | Quantity | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **PUERTO RICO SALES TAX FING CORP SALES** | | | | | | | | | |
| TAX REV PREF-FIRST SUB-SER B | | | | | | | | | |
| 6.050% 08/01/29 B/E DTD 06/25/09PREREFUNDED | | | | | | | | | |
| 10/01/14 @ 101.000 | | | | | | | | | |
| PR01 CPN DTE 08/01/09 CPN PMT MONTHLY | | | | | | | | | |
| PR01 | | | | | | | | | |
| TAX EXEMPT - PUERTO RICO RESIDENTS ONLY | | Security Identifier: 74529JNK7 | | | | | | | |
| Moody Rating BAA2 | | | | | | | | | |
| Please Provide* | 15,000.000 | N/A | Please Provide | 101.4770 | 15,221.55 | N/A | 73.10 | 907.50 | 5.96% |
| **PUERTO RICO SALES TAX FING CORP SALES** | | | | | | | | | |
| TAX REV UNREF-FIRST SUB-SER B | | | | | | | | | |
| 6.050% 08/01/29 B/E DTD 06/25/09CALLABLE 08/01/14 @ | | | | | | | | | |
| 100.000 | | | | Original Cost Basis: Please Provide | | | | | |
| PR01 CPN DTE 08/01/09 CPN PMT MONTHLY | | | | Security Identifier: 74529JNL5 | | | | | |
| PR01 | | | | | | | | | |
| TAX EXEMPT - PUERTO RICO RESIDENTS ONLY | | | | | | | | | |
| Moody Rating BAA2 S & P Rating A+ | | | | | | | | | |
| 06/9/09* | 160,000.000 | 100.0000 | 160,000.00 | 83.7210 | 133,953.60 | -26,046.40 | 779.78 | 9,680.00 | 7.22% |
| **PUERTO RICO ELEC PWR AUTH PWR REV** | | | | Original Cost Basis: $160,000.00 | | | | | |
| TAXABLE-SER EEE-BUILD AMER BONDS | | | | Security Identifier: 74526QZS4 | | | | | |
| 6.050% 07/01/32 B/E DTD 12/29/10CALLABLE 07/01/20 @ | | | | | | | | | |
| 100.000 | | | | | | | | | |
| FIRST CPN DTE 04/01/11 CPN PMT QUARTERLY | | | | | | | | | |
| ON 1/A,J,O 01 | | | | | | | | | |
| TAX EXEMPT - PUERTO RICO RESIDENTS ONLY | | | | | | | | | |
| Moody Rating BA3 S & P Rating BB | | | | | | | | | |
| 12/27/10* | 25,000.000 | 100.0060 | 25,001.39 | 47.6550 | 11,913.75 | -13,087.64 | 373.92 | 1,512.50 | 12.69% |

PAR-02-ROLL

Go paperless

Rated Excellent
Every Year Since 2007
ΠΑΙ ΒΑΡ ΒΑΤΙΤΙ ΓΟΜΑΗ ΙΝΙΓ ΑΤΙΟΝΑΚ

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon) Pershing LLC, member FINRA, NYSE, SIPC

# Portfolio Holdings (continued)

**Fixed Income** (continued)

**Municipal Bonds** (continued)

PUERTO RICO ELEC PWR AUTH PWR REV
PUERTO RICO ELEC PWR AUTH PWR REV (continued)

Security Identifier: 74526QXT4

5.25% 07/01/40 B/E DTD 04/29/10 CALLABLE 07/01/20 @
.0000
.0000% CPN DTE 07/01/10 CPN PMT QUARTERLY
03/05/AJ.O 01
PTO EXEMPT - PUERTO
RICO RESIDENTS ONLY
Moody Rating BA3 S & P Rating BB

Original Cost Basis: $25,002.00

| Date Acquired | Quantity | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| 06/23/10 * | 25,000.000 | 100.0050 | 25,001.33 | 47.3040 | 11,826.00 | -13,175.33 | 378.56 | 1,531.25 | 12.94% |
| **Total Municipal Bonds** | **225,000.000** | | **$210,002.72** | | **$172,914.90** | **-$52,309.37** | **$1,605.36** | **$13,631.25** | |
| **Total Fixed Income** | **225,900.000** | | **$210,002.72** | | **$172,914.90** | **-$52,309.37** | **$1,605.36** | **$13,631.25** | |

**Mutual Funds  55.00% of Portfolio**

FIRST PUERTO RICO TAX EXEMPT TARGET FD

Security Identifier: 33611M103

EC COM CASH DIV
ed End Fund
dend Option: Cash; Capital Gains Option: Cash
Security Disposition Method: First In First Out

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| 11/01/01 *3 | 5,000.000 | 10.0010 | 50,004.00 | 7.0300 | 35,150.00 | -14,854.00 | | | |
| 08/05/07 *3 | 25.028 | 8.8300 | 221.00 | 7.0300 | 175.95 | -45.05 | | | |
| 05/07/07 *3 | 1.427 | 8.8300 | 12.60 | 7.0300 | 10.03 | -2.57 | | | |
| 07/16/07 *3 | 24.859 | 8.8900 | 221.00 | 7.0300 | 174.76 | -46.24 | | | |
| 07/16/07 *3 | 1.417 | 8.8900 | 12.60 | 7.0300 | 9.96 | -2.64 | | | |
| 07/16/07 *3 | 0.132 | 8.8910 | 1.17 | 7.0300 | 0.93 | -0.24 | | | |
| 07/16/07 *3 | 0.007 | 8.9550 | 0.06 | 7.0300 | 0.05 | -0.01 | | | |
| 07/16/07 *3 | 25.046 | 8.7900 | 220.15 | 7.0300 | 176.07 | -44.08 | | | |
| 08/15/07 *3 | 1.440 | 8.7900 | 12.66 | 7.0300 | 10.13 | -2.53 | | | |
| 08/15/07 *3 | 0.132 | 8.7380 | 1.16 | 7.0300 | 0.93 | -0.23 | | | |
| 08/15/07 *3 | 0.037 | 8.2240 | 0.06 | 7.0300 | 0.05 | -0.01 | | | |
| 09/17/07 *3 | 24.454 | 9.0500 | 221.31 | 7.0300 | 171.91 | -49.40 | | | |
| 09/17/07 *3 | 1.408 | 9.0500 | 12.74 | 7.0300 | 9.90 | -2.84 | | | |
| 10/15/07 *3 | 24.600 | 9.0900 | 223.61 | 7.0300 | 172.94 | -50.67 | | | |

Go paperless ASK ABOUT E-DELIVERY

Rated Excellent Every Year Since 2007 DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon) Pershing LLC, member FINRA, NYSE, SIPC

SECURITIES
B7 Calle Tabonuco STE 1800, Guaynabo, Puerto Rico 00968-3028 (787) 759-5320

**Santander**

# Brokerage
## Account Statement

**Statement Period: 06/01/2014 - 06/30/2014**

## Portfolio Holdings (continued)

**Fixed Income** 44.00% of Portfolio (In Maturity Date Sequence)

**Municipal Bonds**

Account Number: 7CC-160931
PEDRO A MIRO

| Date Acquired | Quantity | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **PUERTO RICO SALES TAX FING CORP SALES** TX REV PREF-FIRST SUB-SER B 6.050% 08/01/29 B/E DTD 06/25/09PREREFUNDED PREREFUND 08/01/14 @ 101.000 1ST CPN DTE 08/01/09 CPN PMT MONTHLY ...01 TAX EXEMPT - PUERTO RICO RESIDENTS ONLY Moody Rating BAA2 Please Provide* Security Identifier: 74529NK7 | 15,000.000 | N/A | Please Provide Original Cost Basis: Please Provide | 101.4770 | 15,221.55 | N/A | 73.10 | 907.50 | 5.96% |
| **PUERTO RICO SALES TAX FING CORP SALES** TX REV UNREF-FIRST SUB-SER B 6.050% 08/01/29 B/E DTD 06/25/09CALLABLE 08/01/14 @ ...000 CALLABLE 08/01/16 @ 100.000 1ST CPN DTE 08/01/09 CPN PMT MONTHLY ...01 TAX EXEMPT - PUERTO RICO RESIDENTS ONLY Moody Rating BAA2 S & P Rating A+ 08/19/09* Security Identifier: 74529NLS | 160,000.000 | 160.0000 | 160,000.00 Original Cost Basis: $160,000.00 | 83.7210 | 133,953.60 | -26,046.40 | 779.78 | 9,680.00 | 7.22% |
| **PUERTO RICO ELEC PWR AUTH PWR REV** PAYABLE-SER EEE-BUILD AMER BONDS 6.050% 07/01/32 B/E DTD 12/29/10CALLABLE 07/01/20 @ 100.000 1ST CPN DTE 04/01/11 CPN PMT QUARTERLY ...ON JA,JO 01 TAX EXEMPT - PUERTO RICO RESIDENTS ONLY Moody Rating BA3 S & P Rating BB 12/27/10* Security Identifier: 74526Q2S4 | 25,000.000 | 100.0060 | 25,001.39 | 47.6550 | 11,913.75 | -13,087.64 | 373.92 | 1,512.50 | 12.69% |

Go paperless ASK ABOUT E-DELIVERY

Rated Excellent Every Year Since 2007 DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon) Pershing LLC, member FINRA, NYSE, SIPC

PAR-02-ROLL

B070000000CSF23JDQ

**Santander**

SECURITIES
B7 Calle Tabonuco STE 1500, Guaynabo, Puerto Rico 00968-3028 (787) 729-3330

# Brokerage
## Account Statement

**Statement Period: 06/01/2014 - 06/30/2014**

## Portfolio Holdings (continued)

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **Mutual Funds** (continued) | | | | | | | | |
| **FIRST PUERTO RICO TAX EXEMPT TARGET FD** (continued) | | | | | | | | |
| 01/15/07 | 1.415 | 9.0900 | 12.86 | 7.0300 | 9.95 | -2.91 | | |
| 02/15/07 | 24.709 | 9.2000 | 227.32 | 7.0300 | 173.70 | -53.62 | | |
| 03/15/07 | 1.354 | 9.2000 | 12.46 | 7.0300 | 9.52 | -2.94 | | |
| 04/17/07 | 25.032 | 9.2100 | 230.54 | 7.0300 | 175.97 | -54.57 | | |
| 05/15/07 | 1.362 | 9.2100 | 12.54 | 7.0300 | 9.57 | -2.97 | | |
| 06/15/07 | 25.087 | 9.3400 | 234.31 | 7.0300 | 176.36 | -57.95 | | |
| 01/15/08 | 1.299 | 9.3400 | 12.13 | 7.0300 | 9.13 | -3.00 | | |
| 02/15/08 | 25.277 | 9.4200 | 238.11 | 7.0300 | 177.70 | -60.41 | | |
| 02/15/08 | 1.245 | 9.4200 | 11.73 | 7.0300 | 8.75 | -2.98 | | |
| 03/17/08 | 25.123 | 9.3800 | 235.65 | 7.0300 | 176.61 | -59.04 | | |
| 04/15/08 | 1.909 | 9.3800 | 17.91 | 7.0300 | 13.42 | -4.49 | | |
| 04/15/08 | 25.156 | 9.5000 | 238.98 | 7.0300 | 176.85 | -62.13 | | |
| 05/15/08 | 1.895 | 9.5000 | 18.00 | 7.0300 | 13.32 | -4.68 | | |
| 05/15/08 | 26.006 | 9.4600 | 246.02 | 7.0300 | 182.82 | -63.20 | | |
| 05/15/08 | 1.963 | 9.4600 | 18.57 | 7.0300 | 13.80 | -4.77 | | |
| 06/16/08 | 27.255 | 9.2500 | 252.11 | 7.0300 | 191.60 | -60.51 | | |
| 06/16/08 | 2.018 | 9.2500 | 18.67 | 7.0300 | 14.19 | -4.48 | | |
| 07/15/08 | 27.252 | 9.4000 | 256.17 | 7.0300 | 191.58 | -64.59 | | |
| 07/15/08 | 1.946 | 9.4000 | 18.29 | 7.0300 | 13.68 | -4.61 | | |
| 08/15/08 | 28.230 | 9.2000 | 259.72 | 7.0300 | 198.46 | -61.26 | | |
| 08/15/08 | 1.999 | 9.2000 | 18.39 | 7.0300 | 14.05 | -4.34 | | |
| 09/15/08 | 28.075 | 9.3800 | 263.34 | 7.0300 | 197.36 | -65.98 | | |
| 09/15/08 | 1.712 | 9.3800 | 16.06 | 7.0300 | 12.04 | -4.02 | | |
| 10/21/08 | 29.227 | 9.0600 | 264.80 | 7.0300 | 205.47 | -59.33 | | |
| 10/21/08 | 1.783 | 9.0600 | 16.15 | 7.0300 | 12.53 | -3.62 | | |
| 11/17/08 | 30.598 | 8.9000 | 272.32 | 7.0300 | 215.10 | -57.22 | | |
| 11/17/08 | 1.658 | 8.9000 | 14.76 | 7.0300 | 11.66 | -3.10 | | |
| 12/15/08 | 32.283 | 8.4000 | 271.18 | 7.0300 | 226.95 | -44.23 | | |
| 12/15/08 | 2.121 | 8.4000 | 17.82 | 7.0300 | 14.91 | -2.91 | | |
| 01/15/09 | 32.485 | 8.4000 | 272.87 | 7.0300 | 228.37 | -44.50 | | |
| 01/15/09 | 2.136 | 8.4000 | 17.94 | 7.0300 | 15.01 | -2.93 | | |
| 02/17/09 | 32.909 | 8.3100 | 273.47 | 7.0300 | 231.35 | -42.12 | | |
| 02/17/09 | 2.291 | 8.3100 | 19.04 | 7.0300 | 16.11 | -2.93 | | |

Account Number: 7CC-160931
PEDRO A MIRO

PAR-02-ROLL

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



B0IQ0000CSF22002

Case:17-03283-LTS Doc#:15525-1 Filed:01/04/21 Entered:01/04/21 16:09:29 Desc: Exhibit A (The Sotomayor Response) Page 12 of 48

## Portfolio Holdings *(continued)*

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **Mutual Funds** *(continued)* | | | | | | | | |
| **FIRST PUERTO RICO TAX EXEMPT TARGET FD** *(continued)* | | | | | | | | |
| 03/16/09 *3 | 33.290 | 8.3000 | 276.31 | 7.0300 | 234.03 | -42.28 | | |
| 03/16/09 *3 | 2.188 | 8.3000 | 18.16 | 7.0300 | 15.38 | -2.78 | | |
| 04/15/09 *3 | 32.117 | 8.5000 | 272.99 | 7.0300 | 225.78 | -47.21 | | |
| 04/15/09 *3 | 2.748 | 8.5000 | 23.36 | 7.0300 | 19.32 | -4.04 | | |
| 05/09 *3 | 31.557 | 8.6500 | 272.97 | 7.0300 | 221.85 | -51.12 | | |
| 05/09 *3 | 2.894 | 8.6500 | 25.03 | 7.0300 | 20.34 | -4.69 | | |
| 05/09 *3 | 32.549 | 8.4200 | 274.06 | 7.0300 | 228.82 | -45.24 | | |
| 05/09 *3 | 2.893 | 8.4210 | 24.36 | 7.0300 | 20.34 | -4.02 | | |
| 05/09 *3 | 0.160 | 8.3910 | 1.34 | 7.0300 | 1.12 | -0.22 | | |
| 05/09 *3 | 32.819 | 8.3500 | 274.04 | 7.0300 | 230.72 | -43.32 | | |
| 05/09 *3 | 3.344 | 8.3500 | 27.92 | 7.0300 | 23.51 | -4.41 | | |
| 07/09 *3 | 32.512 | 8.5000 | 276.35 | 7.0300 | 228.56 | -47.79 | | |
| 07/09 *3 | 3.245 | 8.5000 | 27.58 | 7.0300 | 22.81 | -4.77 | | |
| 05/09 *3 | 0.402 | 8.5910 | 3.45 | 7.0300 | 2.82 | -0.63 | | |
| 05/09 *3 | 0.040 | 8.5860 | 0.34 | 7.0300 | 0.28 | -0.06 | | |
| 05/09 *3 | 0.402 | 8.7610 | 3.52 | 7.0300 | 2.82 | -0.70 | | |
| 05/09 *3 | 0.033 | 8.7610 | 0.29 | 7.0300 | 0.23 | -0.06 | | |
| 06/09 *3 | 0.404 | 8.7810 | 3.55 | 7.0300 | 2.84 | -0.71 | | |
| 06/09 *3 | 0.032 | 8.7770 | 0.28 | 7.0300 | 0.22 | -0.06 | | |
| 05/09 *3 | 0.426 | 8.8090 | 3.75 | 7.0300 | 2.99 | -0.76 | | |
| 05/09 *3 | 0.013 | 8.8000 | 0.11 | 7.0300 | 0.09 | -0.02 | | |
| 05/10 *3 | 0.170 | 8.9200 | 1.52 | 7.0300 | 1.20 | -0.32 | | |
| **Total Noncovered** | **5,819,000** | | **57,285.63** | | **40,907.57** | **-16,378.06** | | |
| **Total** | **5,819,000** | | **57,285.63** | | **$40,907.57** | **-$16,378.06** | | **$0.00** |

## FIRST PUERTO RICO TAX EXEMPT TARGET
Security Identifier 33611N101

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| # FD IV INC COM CASH DIV | | | | | | | | |
| # PR3611N101 | | | | | | | | |
| Closed End Fund | | | | | | | | |
| Dividend Option: Cash, Capital Gains Option: Cash | | | | | | | | |
| Security Disposition Method: First In First Out | | | | | | | | |
| 08/30/02 *3 | 5,000,000 | 10.0010 | 50,004.00 | 5.9600 | 29,800.00 | -20,204.00 | | |
| 06/15/07 *3 | 24.195 | 8.7000 | 210.50 | 5.9600 | 144.20 | -66.30 | | |
| 06/15/07 *3 | 1.190 | 8.7000 | 10.35 | 5.9600 | 7.09 | -3.26 | | |
| 07/16/07 *3 | 24.112 | 8.7300 | 210.50 | 5.9600 | 143.71 | -66.79 | | |
| 07/16/07 *3 | 1.186 | 8.7300 | 10.35 | 5.9600 | 7.07 | -3.28 | | |
| 07/16/07 *3 | 0.123 | 8.7280 | 1.07 | 5.9600 | 0.73 | -0.34 | | |
| 07/16/07 *3 | 0.006 | 8.7720 | 0.05 | 5.9600 | 0.03 | -0.02 | | |
| 08/15/07 *3 | 24.381 | 8.7600 | 213.58 | 5.9600 | 145.31 | -68.27 | | |
| 08/15/07 *3 | 0.982 | 8.7600 | 8.60 | 5.9600 | 5.85 | -2.75 | | |
| 08/15/07 *3 | 0.123 | 8.7590 | 1.08 | 5.9600 | 0.74 | -0.34 | | |
| 08/15/07 *3 | 0.006 | 8.7720 | 0.05 | 5.9600 | 0.03 | -0.02 | | |

PAR-02-ROLL

Account Number: 7CC-160931
PEDRO A MIRO

**Go paperless** ASK ABOUT E-DELIVERY

Rated Excellent Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon) Pershing LLC, member FINRA, NYSE, SIPC



**Santander**
SECURITIES

# Brokerage
## Account Statement

**Statement Period: 06/01/2014 - 06/30/2014**

## Portfolio Holdings (continued)

Account Number: 7CC-160931
PEDRO A MIRO

**Mutual Funds** (continued)
**FIRST PUERTO RICO TAX EXEMPT TARGET FD** (continued)

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| 05/07/08 | 1.415 | 9.0900 | 12.86 | 7.0300 | 9.95 | -2.91 | | |
| 05/07/08 | 24.709 | 9.2000 | 227.32 | 7.0300 | 173.70 | -53.62 | | |
| 05/07/08 | 1.354 | 9.2000 | 12.46 | 7.0300 | 9.52 | -2.94 | | |
| 12/17/07 | 25.032 | 9.2100 | 230.54 | 7.0300 | 175.97 | -54.57 | | |
| 12/17/07 | 1.362 | 9.2100 | 12.54 | 7.0300 | 9.57 | -2.97 | | |
| 05/08/08 | 25.087 | 9.3400 | 234.31 | 7.0300 | 176.36 | -57.95 | | |
| 05/08/08 | 1.299 | 9.3400 | 12.13 | 7.0300 | 9.13 | -3.00 | | |
| 05/08/08 | 25.277 | 9.4200 | 238.11 | 7.0300 | 177.70 | -60.41 | | |
| 05/08/08 | 1.245 | 9.4200 | 11.73 | 7.0300 | 8.75 | -2.98 | | |
| 05/08/08 | 25.123 | 9.3800 | 235.65 | 7.0300 | 176.61 | -59.04 | | |
| 07/08/08 | 1.909 | 9.3800 | 17.91 | 7.0300 | 13.42 | -4.49 | | |
| 07/08/08 | 25.156 | 9.5000 | 238.98 | 7.0300 | 176.85 | -62.13 | | |
| 05/08/08 | 1.895 | 9.5000 | 18.00 | 7.0300 | 13.32 | -4.68 | | |
| 05/08/08 | 26.006 | 9.4600 | 246.02 | 7.0300 | 182.82 | -63.20 | | |
| 06/03/08 | 1.963 | 9.4600 | 18.57 | 7.0300 | 13.80 | -4.77 | | |
| 06/03/08 | 27.255 | 9.2500 | 252.11 | 7.0300 | 191.60 | -60.51 | | |
| 06/08/08 | 2.018 | 9.2500 | 18.67 | 7.0300 | 14.19 | -4.48 | | |
| 05/08/08 | 27.252 | 9.4000 | 256.17 | 7.0300 | 191.58 | -64.59 | | |
| 05/08/08 | 1.946 | 9.4000 | 18.29 | 7.0300 | 13.68 | -4.61 | | |
| 05/08/08 | 28.230 | 9.2000 | 259.72 | 7.0300 | 198.46 | -61.26 | | |
| 05/08/08 | 1.999 | 9.2000 | 18.39 | 7.0300 | 14.05 | -4.34 | | |
| 05/08/08 | 28.075 | 9.3800 | 263.34 | 7.0300 | 197.36 | -65.98 | | |
| 10/21/08 | 1.712 | 9.3800 | 16.06 | 7.0300 | 12.04 | -4.02 | | |
| 10/21/08 | 29.227 | 9.0600 | 264.80 | 7.0300 | 205.47 | -59.33 | | |
| 10/21/08 | 1.783 | 9.0600 | 16.15 | 7.0300 | 12.53 | -3.62 | | |
| 01/17/08 | 30.598 | 8.9000 | 272.32 | 7.0300 | 215.10 | -57.22 | | |
| 01/17/08 | 1.658 | 8.9000 | 14.76 | 7.0300 | 11.66 | -3.10 | | |
| 02/15/08 | 32.283 | 8.4000 | 271.18 | 7.0300 | 226.95 | -44.23 | | |
| 02/15/08 | 2.121 | 8.4000 | 17.82 | 7.0300 | 14.91 | -2.91 | | |
| 01/15/09 | 32.485 | 8.4000 | 272.87 | 7.0300 | 228.37 | -44.50 | | |
| 01/15/09 | 2.136 | 8.4000 | 17.94 | 7.0300 | 15.01 | -2.93 | | |
| 02/17/09 | 32.909 | 8.3100 | 273.47 | 7.0300 | 231.35 | -42.12 | | |
| 02/17/09 | 2.291 | 8.3100 | 19.04 | 7.0300 | 16.11 | -2.93 | | |

PAR-02-ROLL

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Page 5 of 24

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



Case:17-03283-LTS Doc#:15525-1 Filed:01/04/21 Entered:01/04/21 16:09:09 Desc:
Exhibit A (Miro Sotomayor Response) Page 14 of 48

Santander
SECURITIES

BT Calle Tabonuco STE. 1800, Guaynabo, Puerto Rico 00968-3028 (787) 759-4330

Statement Period: 06/01/2014 - 06/30/2014

## Portfolio Holdings (continued)

**Mutual Funds** (continued)
**FIRST PUERTO RICO TAX EXEMPT TARGET** (continued)

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| 09/07/07 | 24.118 | 8.9000 | 214.65 | 5.9600 | 143.74 | -70.91 | | |
| 09/07/07 | 0.971 | 8.9000 | 8.64 | 5.9600 | 5.79 | -2.85 | | |
| 09/05/07 | 24.333 | 8.9100 | 216.81 | 5.9600 | 145.03 | -71.78 | | |
| 09/05/07 | 0.979 | 8.9100 | 8.72 | 5.9600 | 5.83 | -2.89 | | |
| 01/15/07 | 24.186 | 9.0300 | 218.40 | 5.9600 | 144.15 | -74.25 | | |
| 01/15/07 | 1.175 | 9.0300 | 10.61 | 5.9600 | 7.00 | -3.61 | | |
| 12/27/07 | 24.285 | 9.0800 | 220.51 | 5.9600 | 144.74 | -75.77 | | |
| 12/27/07 | 1.276 | 9.0800 | 11.59 | 5.9600 | 7.61 | -3.98 | | |
| 12/27/07 | 24.505 | 9.1700 | 224.71 | 5.9600 | 146.05 | -78.66 | | |
| 12/27/07 | 1.169 | 9.1700 | 10.72 | 5.9600 | 6.97 | -3.75 | | |
| 09/15/08 | 24.721 | 9.2400 | 228.42 | 5.9600 | 147.34 | -81.08 | | |
| 09/15/08 | 1.116 | 9.2400 | 10.31 | 5.9600 | 6.65 | -3.66 | | |
| 09/15/08 | 24.800 | 9.3000 | 226.42 | 5.9600 | 147.81 | -78.61 | | |
| 09/15/08 | 1.701 | 9.3000 | 15.53 | 5.9600 | 10.14 | -5.39 | | |
| 09/15/08 | 24.948 | 9.2900 | 231.77 | 5.9600 | 148.69 | -83.08 | | |
| 09/15/08 | 1.731 | 9.2900 | 16.08 | 5.9600 | 10.32 | -5.76 | | |
| 09/15/08 | 25.928 | 9.2900 | 240.87 | 5.9600 | 154.53 | -86.34 | | |
| 09/15/08 | 1.587 | 9.2900 | 14.74 | 5.9600 | 9.46 | -5.28 | | |
| 08/05/08 | 27.017 | 9.1000 | 245.85 | 5.9600 | 161.02 | -84.83 | | |
| 08/05/08 | 1.680 | 9.1000 | 15.29 | 5.9600 | 10.01 | -5.28 | | |
| 08/05/08 | 27.186 | 9.1900 | 249.84 | 5.9600 | 162.03 | -87.81 | | |
| 08/05/08 | 1.621 | 9.1900 | 14.90 | 5.9600 | 9.66 | -5.24 | | |
| 09/15/08 | 28.180 | 8.9900 | 253.34 | 5.9600 | 167.95 | -85.39 | | |
| 09/15/08 | 1.720 | 8.9900 | 15.46 | 5.9600 | 10.25 | -5.21 | | |
| 09/15/08 | 27.690 | 9.2000 | 254.75 | 5.9600 | 165.03 | -89.72 | | |
| 10/23/08 | 1.689 | 9.2000 | 15.54 | 5.9600 | 10.07 | -5.47 | | |
| 10/23/08 | 29.150 | 8.8800 | 258.85 | 5.9600 | 173.73 | -85.12 | | |
| 11/17/08 | 1.450 | 8.8800 | 12.70 | 5.9600 | 8.52 | -4.18 | | |
| 11/17/08 | 30.276 | 8.7600 | 265.22 | 5.9600 | 180.45 | -84.77 | | |
| 12/15/08 | 1.402 | 8.7600 | 12.28 | 5.9600 | 8.35 | -3.93 | | |
| 12/15/08 | 32.252 | 8.2000 | 265.11 | 5.9600 | 192.22 | -72.89 | | |
| 12/15/08 | 1.743 | 8.2000 | 14.33 | 5.9600 | 10.39 | -3.94 | | |
| 12/15/08 | 32.294 | 8.2600 | 266.75 | 5.9600 | 192.47 | -74.28 | | |

PAR-02-ROLL

Account Number: 7CC-160931
PEDRO A MIRO

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

B00000009CSF22002



# Portfolio Holdings (continued)

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **Mutual Funds** (continued) | | | | | | | | |
| **FIRST PUERTO RICO TAX EXEMPT TARGET** (continued) | | | | | | | | |
| 11/15/09 *3 | 1.746 | 8.2600 | 14.42 | 5.9600 | 10.40 | -4.02 | | |
| 02/17/09 *3 | 32.360 | 8.2600 | 267.29 | 5.9600 | 192.86 | -74.43 | | |
| 02/17/09 *3 | 1.878 | 8.2600 | 15.51 | 5.9600 | 11.19 | -4.32 | | |
| 02/17/09 *3 | 33.505 | 8.0600 | 270.05 | 5.9600 | 199.69 | -70.36 | | |
| 01/16/09 *3 | 1.810 | 8.0600 | 14.59 | 5.9600 | 10.79 | -3.80 | | |
| 06/15/09 *3 | 32.415 | 8.2100 | 266.13 | 5.9600 | 193.20 | -72.93 | | |
| 06/15/09 *3 | 2.468 | 8.2100 | 20.26 | 5.9600 | 14.71 | -5.55 | | |
| 06/15/09 *3 | 31.631 | 8.4300 | 266.65 | 5.9600 | 188.52 | -78.13 | | |
| 06/15/09 *3 | 2.559 | 8.4300 | 21.40 | 5.9600 | 15.13 | -6.27 | | |
| 06/15/09 *3 | 32.586 | 8.1800 | 266.55 | 5.9600 | 194.21 | -72.34 | | |
| 06/15/09 *3 | 1.901 | 8.1790 | 15.55 | 5.9600 | 11.33 | -4.22 | | |
| 06/15/09 *3 | 0.919 | 8.1810 | 7.52 | 5.9600 | 5.48 | -2.04 | | |
| 06/15/09 *3 | 32.728 | 8.1600 | 267.06 | 5.9600 | 195.06 | -72.00 | | |
| 06/15/09 *3 | 3.034 | 8.1600 | 24.76 | 5.9600 | 18.08 | -6.68 | | |
| 06/15/09 *3 | 33.430 | 8.2800 | 276.80 | 5.9600 | 199.24 | -77.56 | | |
| 07/09 *3 | 2.884 | 8.2800 | 23.88 | 5.9600 | 17.19 | -6.69 | | |
| 06/15/09 *3 | 0.419 | 8.3590 | 3.50 | 5.9600 | 2.50 | -1.00 | | |
| 06/15/09 *3 | 0.037 | 8.3560 | 0.31 | 5.9600 | 0.22 | -0.09 | | |
| 06/15/09 *3 | 0.412 | 8.6690 | 3.57 | 5.9600 | 2.45 | -1.12 | | |
| 06/09 *3 | 0.030 | 8.6670 | 0.26 | 5.9600 | 0.18 | -0.08 | | |
| 06/09 *3 | 0.409 | 8.7800 | 3.59 | 5.9600 | 2.44 | -1.15 | | |
| 06/09 *3 | 0.030 | 8.7840 | 0.26 | 5.9600 | 0.18 | -0.08 | | |
| 06/15/09 *3 | 0.428 | 8.8300 | 3.78 | 5.9600 | 2.55 | -1.23 | | |
| 06/15/09 *3 | 0.010 | 8.8240 | 0.09 | 5.9600 | 0.06 | -0.03 | | |
| 06/15/10 *3 | 0.230 | 8.9550 | 2.06 | 5.9600 | 1.37 | -0.69 | | |
| **Total Noncovered** | **5,805.000** | | **57,015.68** | | **34,597.79** | **-22,417.89** | | |
| 03/08/12 | 4,119.000 | 9.7100 | 39,997.49 | 5.9600 | 24,549.24 | -15,448.25 | | |
| 03/27/12 | 1,022.000 | 9.7820 | 9,997.16 | 5.9600 | 6,091.12 | -3,906.04 | | |
| 04/02/12 | 3,514.000 | 9.9610 | 35,001.44 | 5.9600 | 20,943.45 | -14,057.99 | | |
| **Total Covered** | **8,655.000** | | **84,996.09** | | **51,583.81** | **-33,412.28** | | |
| **Total** | **14,460.000** | | **$142,011.77** | | **$86,181.60** | **-$55,830.17** | | |
| | | | Security Identifier: 33611R102 | | | | | |
| **FIRST PUERTO RICO TAX EXEMPT TARGET** | | | | | | | | |
| NAT FD V COM CASH DIV | | | | | | | | |
| Closed End Fund | | | | | | | | |
| Dividend Option: Cash; Capital Gains Option: Cash | | | | | | | | |
| Security Disposition Method: First In First Out | | | | | | | | |
| 02/27/03 *3 | 1,833.000 | 10.0020 | 18,334.00 | 4.8100 | 8,816.73 | -9,517.27 | | |
| 06/15/07 *3 | 9.450 | 7.7200 | 72.95 | 4.8100 | 45.45 | -27.50 | | |
| 06/15/07 *3 | 0.749 | 7.7200 | 5.78 | 4.8100 | 3.60 | -2.18 | | |
| 07/16/07 *3 | 9.413 | 7.7500 | 72.95 | 4.8100 | 45.28 | -27.67 | | |
| 07/16/07 *3 | 0.746 | 7.7500 | 5.78 | 4.8100 | 3.59 | -2.19 | | |

PAR-02-ROLL

Account Number: 7CC-160931
PEDRO A MIRO

**Go** paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

**$0.00**

B000000CSF252O2



**Santander**

SECURITIES

BT Calle Tabonuco STE 1800, Guaynabo, Puerto Rico 00966-3025 (787) 759-5330

# Brokerage
## Account Statement

**Statement Period: 06/01/2014 - 06/30/2014**

## Portfolio Holdings (continued)

Account Number: 7CC-160931
PEDRO A MIRO

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **Mutual Funds** (continued) | | | | | | | | |
| **FIRST PUERTO RICO TAX EXEMPT TARGET** (continued) | | | | | | | | |
| 08/17/07 | 24.118 | 8.9000 | 214.65 | 5.9600 | 143.74 | -70.91 | | |
| 08/17/07 | 0.971 | 8.9000 | 8.64 | 5.9600 | 5.79 | -2.85 | | |
| 09/15/07 | 24.333 | 8.9100 | 216.81 | 5.9600 | 145.03 | -71.78 | | |
| 10/15/07 | 0.979 | 8.9100 | 8.72 | 5.9600 | 5.83 | -2.89 | | |
| 10/15/07 | 24.186 | 9.0300 | 218.40 | 5.9600 | 144.15 | -74.25 | | |
| 05/07/07 | 1.175 | 9.0300 | 10.61 | 5.9600 | 7.00 | -3.61 | | |
| 09/17/07 | 24.285 | 9.0800 | 220.51 | 5.9600 | 144.74 | -75.77 | | |
| 09/17/07 | 1.276 | 9.0800 | 11.59 | 5.9600 | 7.61 | -3.98 | | |
| 02/15/08 | 24.505 | 9.1700 | 224.71 | 5.9600 | 146.05 | -78.66 | | |
| 02/15/08 | 1.169 | 9.1700 | 10.72 | 5.9600 | 6.97 | -3.75 | | |
| 05/15/08 | 24.721 | 9.2400 | 228.42 | 5.9600 | 147.34 | -81.08 | | |
| 05/15/08 | 1.116 | 9.2400 | 10.31 | 5.9600 | 6.65 | -3.66 | | |
| 07/17/08 | 24.800 | 9.1300 | 226.42 | 5.9600 | 147.81 | -78.61 | | |
| 07/17/08 | 1.701 | 9.1300 | 15.53 | 5.9600 | 10.14 | -5.39 | | |
| 04/15/08 | 24.948 | 9.2900 | 231.77 | 5.9600 | 148.69 | -83.08 | | |
| 04/15/08 | 1.731 | 9.2900 | 16.08 | 5.9600 | 10.32 | -5.76 | | |
| 03/15/08 | 25.928 | 9.2900 | 240.87 | 5.9600 | 154.53 | -86.34 | | |
| 03/15/08 | 1.587 | 9.2900 | 14.74 | 5.9600 | 9.46 | -5.28 | | |
| 06/16/08 | 27.017 | 9.1000 | 245.85 | 5.9600 | 161.02 | -84.83 | | |
| 06/16/08 | 1.680 | 9.1000 | 15.29 | 5.9600 | 10.01 | -5.28 | | |
| 08/15/08 | 27.186 | 9.1900 | 249.84 | 5.9600 | 162.03 | -87.81 | | |
| 08/15/08 | 1.621 | 9.1900 | 14.90 | 5.9600 | 9.66 | -5.24 | | |
| 08/15/08 | 28.180 | 8.9900 | 253.34 | 5.9600 | 167.95 | -85.39 | | |
| 08/15/08 | 1.720 | 8.9900 | 15.46 | 5.9600 | 10.25 | -5.21 | | |
| 09/15/08 | 27.690 | 9.2000 | 254.75 | 5.9600 | 165.03 | -89.72 | | |
| 09/15/08 | 1.689 | 9.2000 | 15.54 | 5.9600 | 10.07 | -5.47 | | |
| 10/23/08 | 29.150 | 8.8800 | 258.85 | 5.9600 | 173.73 | -85.12 | | |
| 10/23/08 | 1.430 | 8.8800 | 12.70 | 5.9600 | 8.52 | -4.18 | | |
| 11/17/08 | 30.276 | 8.7600 | 265.22 | 5.9600 | 180.45 | -84.77 | | |
| 11/17/08 | 1.402 | 8.7600 | 12.28 | 5.9600 | 8.35 | -3.93 | | |
| 12/15/08 | 32.252 | 8.2200 | 265.11 | 5.9600 | 192.22 | -72.89 | | |
| 12/15/08 | 1.743 | 8.2200 | 14.33 | 5.9600 | 10.39 | -3.94 | | |
| 01/15/09 | 32.294 | 8.2600 | 266.75 | 5.9600 | 192.47 | -74.28 | | |

PAR-02-ROLL

**Go paperless** ASK ABOUT E-DELIVERY

Rated Excellent Every Year Since 2007
DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

Page 7 of 24






Case:17-03283-LTS Doc#:15525-1 Filed:01/04/21 Entered:01/04/21 16:09:29 Desc:
Exhibit A (Miro Sotomayor Response) Page 17 of 48

**Santander**
SECURITIES
BT Calle Tabonuco STE 1320A, Guaynabo, Puerto Rico 00968-3028 (787) 729-5339

## Portfolio Holdings (continued)

Account Number: 7CC-160931
PEDRO A MIRO

**Mutual Funds** (continued)

**FIRST PUERTO RICO TAX EXEMPT TARGET** (continued)

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| 07/16/07 | 0.053 | 7.7500 | 0.41 | 4.8100 | 0.25 | -0.16 | | |
| 07/16/07 | 0.005 | 7.6920 | 0.04 | 4.8100 | 0.03 | -0.01 | | |
| 08/15/07 | 9.369 | 7.8100 | 73.17 | 4.8100 | 45.06 | -28.11 | | |
| 08/15/07 | 0.680 | 7.8100 | 5.31 | 4.8100 | 3.27 | -2.04 | | |
| 08/15/07 | 0.053 | 7.8100 | 0.41 | 4.8100 | 0.25 | -0.16 | | |
| 08/16/07 | 0.004 | 7.8950 | 0.03 | 4.8100 | 0.02 | -0.01 | | |
| 08/30/07 | 9.151 | 8.0400 | 73.57 | 4.8100 | 44.01 | -29.56 | | |
| 09/09/07 | 0.664 | 8.0400 | 5.34 | 4.8100 | 3.19 | -2.15 | | |
| 09/05/07 | 9.331 | 7.9700 | 74.37 | 4.8100 | 44.88 | -29.49 | | |
| 09/05/07 | 0.676 | 9.9700 | 5.39 | 4.8100 | 3.25 | -2.14 | | |
| 11/15/07 | 9.347 | 8.0200 | 74.96 | 4.8100 | 44.96 | -30.00 | | |
| 11/15/07 | 0.739 | 8.0200 | 5.93 | 4.8100 | 3.56 | -2.37 | | |
| 12/27/07 | 9.596 | 7.9800 | 74.98 | 4.8100 | 45.19 | -29.79 | | |
| 12/27/07 | 0.896 | 7.9800 | 7.15 | 4.8100 | 4.31 | -2.84 | | |
| 01/07/08 | 9.038 | 8.5100 | 76.91 | 4.8100 | 43.47 | -33.44 | | |
| 01/08/08 | 0.846 | 8.5100 | 7.20 | 4.8100 | 4.07 | -3.13 | | |
| 02/25/08 | 9.269 | 8.6300 | 79.99 | 4.8100 | 44.58 | -35.41 | | |
| 02/25/08 | 0.718 | 8.6300 | 6.20 | 4.8100 | 3.46 | -2.74 | | |
| 03/07/08 | 9.031 | 8.5200 | 76.94 | 4.8100 | 43.44 | -33.50 | | |
| 03/07/08 | 1.239 | 8.5200 | 10.56 | 4.8100 | 5.96 | -4.60 | | |
| 04/28/08 | 9.115 | 8.7200 | 79.48 | 4.8100 | 43.84 | -35.64 | | |
| 04/28/08 | 1.158 | 8.7200 | 10.10 | 4.8100 | 5.57 | -4.53 | | |
| 05/15/08 | 9.509 | 8.7300 | 83.01 | 4.8100 | 45.74 | -37.27 | | |
| 05/15/08 | 1.083 | 8.7300 | 9.45 | 4.8100 | 5.21 | -4.24 | | |
| 06/16/08 | 9.980 | 8.5400 | 85.23 | 4.8100 | 48.00 | -37.23 | | |
| 06/16/08 | 1.091 | 8.5400 | 9.32 | 4.8100 | 5.25 | -4.07 | | |
| 07/16/08 | 10.055 | 8.6600 | 87.08 | 4.8100 | 48.37 | -38.71 | | |
| 07/16/08 | 1.022 | 8.6600 | 8.85 | 4.8100 | 4.92 | -3.93 | | |
| 08/15/08 | 10.434 | 8.4500 | 88.17 | 4.8100 | 50.19 | -37.98 | | |
| 08/15/08 | 0.989 | 8.4500 | 8.36 | 4.8100 | 4.76 | -3.60 | | |
| 09/15/08 | 10.296 | 8.6700 | 89.27 | 4.8100 | 49.53 | -39.74 | | |
| 09/15/08 | 0.888 | 8.6700 | 7.70 | 4.8100 | 4.27 | -3.43 | | |
| 10/24/08 | 10.850 | 8.3300 | 90.38 | 4.8100 | 52.19 | -38.19 | | |

PAR-02-ROLL

B00000QNDCSF220022

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

# Portfolio Holdings *(continued)*

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **Mutual Funds** *(continued)* | | | | | | | | |
| **FIRST PUERTO RICO TAX EXEMPT TARGET** *(continued)* | | | | | | | | |
| 10/24/08 *3 | 0.864 | 8.3300 | 7.20 | 4.8100 | 4.16 | -3.04 | | |
| 01/17/08 *3 | 11.482 | 8.1100 | 93.12 | 4.8100 | 55.23 | -37.89 | | |
| 01/17/08 *3 | 0.826 | 8.1100 | 6.70 | 4.8100 | 3.97 | -2.73 | | |
| 01/17/08 *3 | 12.211 | 7.5900 | 92.68 | 4.8100 | 58.73 | -33.95 | | |
| 05/15/08 *3 | 1.032 | 7.5900 | 7.83 | 4.8100 | 4.96 | -2.87 | | |
| 05/15/09 *3 | 12.318 | 7.5900 | 93.49 | 4.8100 | 59.25 | -34.24 | | |
| 05/15/09 *3 | 0.990 | 7.5900 | 7.51 | 4.8100 | 4.76 | -2.75 | | |
| 05/17/09 *3 | 12.492 | 7.5000 | 93.69 | 4.8100 | 60.09 | -33.60 | | |
| 05/15/09 *3 | 1.083 | 7.5000 | 8.12 | 4.8100 | 5.21 | -2.91 | | |
| 06/09 *3 | 12.857 | 7.4800 | 96.17 | 4.8100 | 61.84 | -34.33 | | |
| 06/09 *3 | 0.845 | 7.4800 | 6.32 | 4.8100 | 4.06 | -2.26 | | |
| 05/15/09 *3 | 12.094 | 7.5400 | 91.19 | 4.8100 | 58.17 | -33.02 | | |
| 05/15/09 *3 | 1.586 | 7.5400 | 11.96 | 4.8100 | 7.63 | -4.33 | | |
| 05/15/09 *3 | 11.988 | 7.6400 | 91.59 | 4.8100 | 57.66 | -33.93 | | |
| 05/15/09 *3 | 1.601 | 7.6400 | 12.23 | 4.8100 | 7.70 | -4.53 | | |
| 05/15/09 *3 | 12.645 | 7.2400 | 91.55 | 4.8100 | 60.82 | -30.73 | | |
| 05/15/09 *3 | 1.755 | 7.2410 | 12.71 | 4.8100 | 8.44 | -4.27 | | |
| 05/15/09 *3 | 0.024 | 7.1750 | 0.17 | 4.8100 | 0.11 | -0.06 | | |
| 05/15/09 *3 | 12.773 | 7.1500 | 91.33 | 4.8100 | 61.44 | -29.89 | | |
| 05/15/09 *3 | 1.947 | 7.1500 | 13.92 | 4.8100 | 9.36 | -4.56 | | |
| 05/15/09 *3 | 12.639 | 7.3100 | 92.39 | 4.8100 | 60.79 | -31.60 | | |
| 07/09 *3 | 1.840 | 7.3100 | 13.45 | 4.8100 | 8.85 | -4.60 | | |
| 05/15/09 *3 | 0.173 | 7.3580 | 1.27 | 4.8100 | 0.83 | -0.44 | | |
| 05/15/09 *3 | 0.025 | 7.3470 | 0.18 | 4.8100 | 0.12 | -0.06 | | |
| 05/15/09 *3 | 0.171 | 7.6520 | 1.31 | 4.8100 | 0.82 | -0.49 | | |
| 05/15/09 *3 | 0.018 | 7.6500 | 0.14 | 4.8100 | 0.09 | -0.05 | | |
| 06/09 *3 | 0.171 | 7.7100 | 1.32 | 4.8100 | 0.82 | -0.50 | | |
| 06/09 *3 | 0.020 | 7.6920 | 0.15 | 4.8100 | 0.09 | -0.06 | | |
| 05/09 *3 | 0.186 | 7.7590 | 1.44 | 4.8100 | 0.89 | -0.55 | | |
| 05/09 *3 | 0.005 | 7.6920 | 0.04 | 4.8100 | 0.03 | -0.01 | | |
| 05/10 *3 | 0.009 | 7.6920 | 0.07 | 4.8100 | 0.07 | 0.00 | | |
| **Total Noncovered** | **2,149.000** | | **20,847.96** | | **10,336.69** | **-10,511.27** | | |
| **Total** | **2,149.000** | | **$20,847.96** | | **$10,336.69** | **-$10,511.27** | **$0.00** | |
| **FIRST PUERTO RICO TAX ADVANTAGED** | | | | | | | | |
| TARGET MAT FD INC COM | | | | | | | | |
| ISIN#PR3361ZG1050 | | | | Security Identifier: 33612G105 | | | | |
| Closed End Fund | | | | | | | | |
| Dividend Option: Cash; Capital Gains Option: Cash | | | | | | | | |
| Security Disposition Method: First In First Out | | | | | | | | |
| 09/24/08 * | 4,526.000 | 9.5000 | 42,999.00 | 7.9500 | 35,891.18 | -7,107.82 | | |



Go paperless — ASK ABOUT E-DELIVERY

Rated Excellent Every Year Since 2007
DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly-owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon) Pershing LLC, member FINRA, NYSE, SIPC

BR-000000-CSF2002

Santander

SECURITIES

BT Calle Tabonuco STE 1500, Guaynabo, Puerto Rico 00968-3022 (787) 759-5339

# Brokerage
## Account Statement

**Statement Period: 06/01/2014 - 06/30/2014**

## Portfolio Holdings (continued)

Account Number: 7CC-160931
PEDRO A MIRO



**Mutual Funds** (continued)
**FIRST PUERTO RICO TAX EXEMPT TARGET** (continued)

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| 09/16/07 | 0.053 | 7.7500 | 0.41 | 4.8100 | 0.25 | -0.16 | | |
| 09/26/07 | 0.005 | 7.6920 | 0.04 | 4.8100 | 0.03 | -0.01 | | |
| 09/15/07 | 9.369 | 7.8100 | 73.17 | 4.8100 | 45.06 | -28.11 | | |
| 08/15/07 | 0.680 | 7.8100 | 5.31 | 4.8100 | 3.27 | -2.04 | | |
| 08/15/07 | 0.053 | 7.8100 | 0.41 | 4.8100 | 0.25 | -0.16 | | |
| 05/15/07 | 0.004 | 7.8950 | 0.03 | 4.8100 | 0.02 | -0.01 | | |
| 07/17/07 | 9.151 | 8.0400 | 73.57 | 4.8100 | 44.01 | -29.56 | | |
| 07/17/07 | 0.664 | 8.0400 | 5.34 | 4.8100 | 3.19 | -2.15 | | |
| 07/17/07 | 9.331 | 7.9700 | 74.37 | 4.8100 | 44.88 | -29.49 | | |
| 05/07/07 | 0.676 | 7.9700 | 5.39 | 4.8100 | 3.25 | -2.14 | | |
| 05/07/07 | 9.347 | 8.0200 | 74.96 | 4.8100 | 44.96 | -30.00 | | |
| 05/07/07 | 0.739 | 8.0200 | 5.93 | 4.8100 | 3.56 | -2.37 | | |
| 11/07/07 | 9.396 | 7.9800 | 74.98 | 4.8100 | 45.19 | -29.79 | | |
| 11/07/07 | 0.896 | 7.9800 | 7.15 | 4.8100 | 4.31 | -2.84 | | |
| 05/08 | 9.038 | 8.5100 | 76.91 | 4.8100 | 43.47 | -33.44 | | |
| 05/08 | 0.846 | 8.5100 | 7.20 | 4.8100 | 4.07 | -3.13 | | |
| 05/08 | 9.269 | 8.6300 | 79.99 | 4.8100 | 44.58 | -35.41 | | |
| 05/08 | 0.718 | 8.6300 | 6.20 | 4.8100 | 3.46 | -2.74 | | |
| 07/08 | 9.031 | 8.5200 | 76.94 | 4.8100 | 43.44 | -33.50 | | |
| 07/08 | 1.239 | 8.5200 | 10.56 | 4.8100 | 5.96 | -4.60 | | |
| 05/08 | 9.115 | 8.7200 | 79.48 | 4.8100 | 43.84 | -35.64 | | |
| 05/08 | 1.158 | 8.7200 | 10.10 | 4.8100 | 5.57 | -4.53 | | |
| 05/15/08 | 9.509 | 8.7300 | 83.01 | 4.8100 | 45.74 | -37.27 | | |
| 05/15/08 | 1.083 | 8.7300 | 9.45 | 4.8100 | 5.21 | -4.24 | | |
| 06/16/08 | 9.980 | 8.5400 | 85.23 | 4.8100 | 48.00 | -37.23 | | |
| 06/16/08 | 1.091 | 8.5400 | 9.32 | 4.8100 | 5.25 | -4.07 | | |
| 07/16/08 | 10.055 | 8.6600 | 87.08 | 4.8100 | 48.37 | -38.71 | | |
| 07/16/08 | 1.022 | 8.6600 | 8.85 | 4.8100 | 4.92 | -3.93 | | |
| 08/15/08 | 10.434 | 8.4500 | 88.17 | 4.8100 | 50.19 | -37.98 | | |
| 08/15/08 | 0.989 | 8.4500 | 8.36 | 4.8100 | 4.76 | -3.60 | | |
| 09/15/08 | 10.296 | 8.6700 | 89.27 | 4.8100 | 49.53 | -39.74 | | |
| 09/15/08 | 0.888 | 8.6700 | 7.70 | 4.8100 | 4.27 | -3.43 | | |
| 10/24/08 | 10.850 | 8.3300 | 90.38 | 4.8100 | 52.19 | -38.19 | | |

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent Every Year Since 2007
DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



B0020000SEE200DZ

Case:17-03283-LTS Doc#:15525-1 Filed:01/04/21 Entered:01/04/21 16:08:29 Desc:
Exhibit A (Mire Sotomayor Response) Page 20 of 48



**Santander**

SECURITIES
B7 Calle Tabonuco STE. 1200, Guaynabo, Puerto Rico 00968-3028 (787) 759-3330

# Brokerage
## Account Statement

**Statement Period: 06/01/2014 – 06/30/2014**

# Portfolio Holdings *(continued)*

## Mutual Funds *(continued)*

FIRST PUERTO RICO AAA TARGET MAT FD II

Security Identifier: 33612610 7

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| 11/29/04 *3 | 1,250.000 | 10.0020 | 12,502.00 | 8.4900 | 10,612.50 | -1,889.50 | | |
| 05/15/07 *3 | 4.605 | 8.2800 | 38.13 | 8.4900 | 39.10 | 0.97 | | |
| 05/15/07 *3 | 1.630 | 8.2800 | 13.50 | 8.4900 | 13.84 | 0.34 | | |
| 05/15/07 *3 | 4.567 | 8.3500 | 38.13 | 8.4900 | 38.77 | 0.64 | | |
| 05/16/07 *3 | 1.617 | 8.3500 | 13.50 | 8.4900 | 13.73 | 0.23 | | |
| 05/16/07 *3 | 0.023 | 8.3330 | 0.19 | 8.4900 | 0.19 | 0.00 | | |
| 05/16/07 *3 | 0.007 | 8.3330 | 0.06 | 8.4900 | 0.06 | 0.00 | | |
| 05/15/07 *3 | 4.488 | 8.5100 | 38.19 | 8.4900 | 38.10 | -0.09 | | |
| 05/15/07 *3 | 1.541 | 8.5100 | 13.11 | 8.4900 | 13.08 | -0.03 | | |
| 05/15/07 *3 | 0.022 | 8.5200 | 0.19 | 8.4900 | 0.19 | 0.00 | | |
| 05/15/07 *3 | 0.007 | 8.4510 | 0.06 | 8.4900 | 0.06 | 0.00 | | |
| 05/17/07 *3 | 4.341 | 8.8400 | 38.37 | 8.4900 | 36.85 | -1.52 | | |
| 05/17/07 *3 | 1.491 | 8.8400 | 13.18 | 8.4900 | 12.66 | -0.52 | | |
| 05/17/07 *3 | 4.443 | 8.7200 | 38.74 | 8.4900 | 37.72 | -1.02 | | |
| 05/17/07 *3 | 1.525 | 8.7200 | 13.30 | 8.4900 | 12.95 | -0.35 | | |
| 05/15/07 *3 | 4.487 | 8.9300 | 40.07 | 8.4900 | 38.10 | -1.97 | | |
| 05/15/07 *3 | 1.496 | 8.9300 | 13.36 | 8.4900 | 12.70 | -0.66 | | |
| 05/17/07 *3 | 3.958 | 8.9700 | 35.50 | 8.4900 | 33.60 | -1.90 | | |
| 05/17/07 *3 | 2.026 | 8.9700 | 18.17 | 8.4900 | 17.20 | -0.97 | | |
| 01/15/08 *3 | 4.161 | 9.1100 | 37.99 | 8.4900 | 35.33 | -2.66 | | |
| 01/15/08 *3 | 1.745 | 9.1300 | 15.93 | 8.4900 | 14.81 | -1.12 | | |
| 02/15/08 *3 | 3.905 | 9.2100 | 35.96 | 8.4900 | 33.15 | -2.81 | | |
| 02/15/08 *3 | 2.029 | 9.2100 | 18.69 | 8.4900 | 17.23 | -1.46 | | |
| 03/17/08 *3 | 3.120 | 9.0300 | 28.17 | 8.4900 | 26.49 | -1.68 | | |
| 03/17/08 *3 | 3.081 | 9.0300 | 27.82 | 8.4900 | 26.16 | -1.66 | | |
| 04/15/08 *3 | 3.244 | 9.2500 | 30.01 | 8.4900 | 27.54 | -2.47 | | |
| 04/15/08 *3 | 2.958 | 9.2500 | 27.36 | 8.4900 | 25.11 | -2.25 | | |
| 05/15/08 *3 | 3.643 | 9.1800 | 33.44 | 8.4900 | 30.93 | -2.51 | | |
| 05/15/08 *3 | 2.814 | 9.1800 | 25.83 | 8.4900 | 23.89 | -1.94 | | |

PR COM CASH DIVID ISIN#US3361261079
Closed End Fund
Dividend Option: Cash; Capital Gains Option: Cash
Security Disposition Method: First In First Out

Account Number: 7CC-160931
PEDRO A MIRO

PAR-02-ROLL

**Go paperless** ASK ABOUT E-DELIVERY

Rated Excellent Every Year Since 2007
DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



B00.0000CSFZ2002

# Portfolio Holdings *(continued)*

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **Mutual Funds** *(continued)* | | | | | | | | |
| **FIRST PUERTO RICO AAA TARGET MAT FD II** *(continued)* | | | | | | | | |
| 06/16/08 *3 | 3.952 | 8.7700 | 34.66 | 8.4900 | 33.55 | -1.11 | | |
| 06/16/08 *3 | 2.973 | 8.7700 | 26.07 | 8.4900 | 25.24 | -0.83 | | |
| 07/15/08 *3 | 4.150 | 8.9400 | 37.10 | 8.4900 | 35.23 | -1.87 | | |
| 7/15/08 *3 | 2.732 | 8.9400 | 24.42 | 8.4900 | 23.19 | -1.23 | | |
| 7/15/08 *3 | 4.609 | 8.7300 | 40.24 | 8.4900 | 39.13 | -1.11 | | |
| 06/15/08 *3 | 2.550 | 8.7300 | 22.26 | 8.4900 | 21.65 | -0.61 | | |
| 06/15/08 *3 | 4.681 | 9.1300 | 42.74 | 8.4900 | 39.74 | -3.00 | | |
| 05/15/08 *3 | 2.199 | 9.1300 | 20.08 | 8.4900 | 18.67 | -1.41 | | |
| 5/15/08 *3 | 4.570 | 8.7200 | 39.85 | 8.4900 | 38.80 | -1.05 | | |
| 05/08 *3 | 2.663 | 8.7200 | 23.22 | 8.4900 | 22.61 | -0.61 | | |
| 05/08 *3 | 5.055 | 8.5700 | 43.32 | 8.4900 | 42.92 | -0.40 | | |
| 7/08 *3 | 2.538 | 8.5700 | 21.75 | 8.4900 | 21.55 | -0.20 | | |
| 15/08 *3 | 4.226 | 8.5300 | 36.05 | 8.4900 | 35.88 | -0.17 | | |
| 15/08 *3 | 3.458 | 8.5300 | 29.50 | 8.4900 | 29.36 | -0.14 | | |
| 05/09 *3 | 4.253 | 8.5900 | 36.53 | 8.4900 | 36.10 | -0.43 | | |
| 05/09 *3 | 3.411 | 8.5900 | 29.30 | 8.4900 | 28.96 | -0.34 | | |
| 7/09 *3 | 4.160 | 8.4000 | 34.94 | 8.4900 | 35.31 | 0.37 | | |
| 07/09 *3 | 3.729 | 8.4000 | 31.32 | 8.4900 | 31.66 | 0.34 | | |
| 07/09 *3 | 4.729 | 8.3700 | 39.58 | 8.4900 | 40.15 | 0.57 | | |
| 06/09 *3 | 3.226 | 8.3700 | 27.00 | 8.4900 | 27.39 | 0.39 | | |
| 05/09 *3 | 4.265 | 8.6800 | 37.02 | 8.4900 | 36.21 | -0.81 | | |
| 05/09 *3 | 3.447 | 8.6800 | 29.92 | 8.4900 | 29.27 | -0.65 | | |
| 05/09 *3 | 4.580 | 8.7700 | 40.17 | 8.4900 | 38.89 | -1.28 | | |
| 05/09 *3 | 3.099 | 8.7700 | 27.18 | 8.4900 | 26.31 | -0.87 | | |
| 05/09 *3 | 4.804 | 8.3200 | 39.97 | 8.4900 | 40.79 | 0.82 | | |
| 05/09 *3 | 2.971 | 8.3200 | 24.72 | 8.4900 | 25.23 | 0.51 | | |
| 5/09 *3 | 4.611 | 8.4100 | 38.78 | 8.4900 | 39.15 | 0.37 | | |
| 05/09 *3 | 3.496 | 8.4100 | 29.40 | 8.4900 | 29.68 | 0.28 | | |
| 7/09 *3 | 4.767 | 8.5100 | 40.57 | 8.4900 | 40.47 | -0.10 | | |
| 7/09 *3 | 2.767 | 8.5090 | 23.54 | 8.4900 | 23.49 | -0.05 | | |
| 7/09 *3 | 0.106 | 8.5070 | 0.90 | 8.4900 | 0.90 | 0.00 | | |
| 9/15/09 * | 0.054 | 8.6560 | 0.47 | 8.4900 | 0.46 | -0.01 | | |
| 9/15/09 * | 0.037 | 8.6490 | 0.32 | 8.4900 | 0.31 | -0.01 | | |
| 0/15/09 * | 0.062 | 8.7520 | 0.54 | 8.4900 | 0.52 | -0.02 | | |
| 0/15/09 * | 0.030 | 8.7540 | 0.26 | 8.4900 | 0.25 | -0.01 | | |
| 1/16/09 * | 0.063 | 8.7300 | 0.55 | 8.4900 | 0.53 | -0.02 | | |
| 1/16/09 * | 0.029 | 8.7410 | 0.25 | 8.4900 | 0.24 | -0.01 | | |
| 2/15/09 * | 0.068 | 8.6640 | 0.59 | 8.4900 | 0.58 | -0.01 | | |
| 2/15/09 * | 0.025 | 8.6610 | 0.22 | 8.4900 | 0.22 | 0.00 | | |
| 01/15/10 * | 0.070 | 8.6770 | 0.61 | 8.4900 | 0.60 | -0.01 | | |
| 01/15/10 * | 0.024 | 8.6780 | 0.21 | 8.4900 | 0.21 | 0.00 | | |

Account Number: 7CC-160931
PEDRO A MIRO

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

PAR-02-ROLL

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

Case:17-03283-LTS   Doc#:15525-1   Filed:01/04/21   Entered:01/04/21 16:08:29   Desc:
Exhibit A (Miro Sotomayor Response)   Page 22 of 48



**Santander**

SECURITIES

1T Calle Salsamera STE. 1000, Guaynabo, Puerto Rico 00968-39235 (787) 759-5539

# Brokerage
## Account Statement

Statement Period: 06/01/2014 - 06/30/2014

## Portfolio Holdings (continued)

**Mutual Funds** (continued)

**FIRST PUERTO RICO AAA TARGET MAT FD II** (continued)

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| 02/26/10 * | 0.021 | 8.6960 | 0.18 | 8.4900 | 0.18 | 0.00 | | |
| 02/26/10 * | 0.074 | 8.6840 | 0.64 | 8.4900 | 0.63 | -0.01 | | |
| 03/15/10 * | 0.072 | 8.7260 | 0.63 | 8.4900 | 0.61 | -0.02 | | |
| 03/15/10 * | 0.022 | 8.7160 | 0.19 | 8.4900 | 0.19 | -0.02 | | |
| 04/15/10 * | 0.005 | 8.6960 | 0.04 | 8.4900 | 0.04 | 0.00 | | |
| 04/15/10 * | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/7/10 * | 0.005 | 8.6960 | 0.04 | 8.4900 | 0.04 | 0.00 | | |
| 05/7/10 * | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 06/15/10 * | 0.005 | 8.6960 | 0.04 | 8.4900 | 0.04 | 0.00 | | |
| 06/15/10 * | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 06/15/10 * | 0.005 | 8.9910 | 0.04 | 8.4900 | 0.04 | 0.00 | | |
| 06/15/10 * | 0.001 | 8.9910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 08/15/10 * | 0.005 | 8.6960 | 0.04 | 8.4900 | 0.04 | 0.00 | | |
| 08/15/10 * | 0.001 | 8.3330 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 09/15/10 * | 0.006 | 8.6210 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 09/15/10 * | 0.001 | 8.3330 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 09/15/10 * | 0.001 | 8.3330 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 10/15/10 * | 0.006 | 8.6210 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 10/15/10 * | 0.001 | 8.1970 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 11/15/10 * | 0.006 | 7.6920 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 11/15/10 * | 0.001 | 7.3370 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 12/15/10 * | 0.006 | 7.3370 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 12/15/10 * | 0.001 | 8.3330 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 01/19/11 * | 0.006 | 7.9370 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 01/19/11 * | 0.001 | 7.6920 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 01/19/11 * | 0.001 | 7.6920 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 02/15/11 * | 0.007 | 7.6920 | 0.05 | 8.4900 | 0.06 | 0.00 | | |
| 02/15/11 * | 0.001 | 7.6920 | 0.01 | 8.4900 | 0.01 | 0.01 | | |
| 03/15/11 * | 0.001 | 7.6920 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 03/15/11 * | 0.006 | 7.9370 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 04/15/11 * | 0.006 | 8.0650 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 04/15/11 * | 0.001 | 8.3330 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/16/11 * | 0.006 | 8.4750 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 05/16/11 * | 0.001 | 8.3330 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/16/11 * | 0.001 | 8.3330 | 0.01 | 8.4900 | 0.01 | 0.00 | | |

Account Number: 7CC-160931
PEDRO A MIRO

PAR-02-ROLL

**Go paperless** ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

B00700000SPZ21002



# Portfolio Holdings *(continued)*

## Mutual Funds *(continued)*

### FIRST PUERTO RICO AAA TARGET MAT FD II *(continued)*

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| 06/15/11 * | 0.006 | 8.6210 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 07/15/11 * | 0.006 | 8.6210 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 07/15/11 * | 0.001 | 8.3350 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 07/15/11 * | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 06/15/11 * | 0.006 | 8.9290 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 06/15/11 * | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/15/11 * | 0.006 | 8.9290 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 05/15/11 * | 0.006 | 8.9290 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 07/11 * | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/11 * | 0.006 | 8.9290 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 05/11 * | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/11 * | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 15/11 * | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 15/11 * | 0.006 | 8.9290 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| **Total Noncovered** | **1,436,541** | | **14,127.93** | | **12,196.28** | **-1,931.65** | | |
| 03/07/12 | 0.006 | 9.0910 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 01/15/12 | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 04/15/12 | 0.006 | 9.0910 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 05/15/12 | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/15/12 | 0.006 | 9.0910 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 05/15/12 | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 03/6/12 | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 03/06/12 | 0.005 | 9.2590 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 05/15/12 | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/15/12 | 0.005 | 9.4340 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 04/15/12 | 0.005 | 9.2590 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 04/15/12 | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 03/6/12 | 0.005 | 9.2590 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 04/6/12 | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/15/12 | 0.001 | 9.2590 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/5/12 | 0.005 | 9.2590 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 05/15/12 | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/17/12 | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/17/12 | 0.006 | 9.4340 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 05/17/12 | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 10/15/12 | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 10/15/12 | 0.005 | 9.2590 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 11/15/12 | 0.005 | 9.4340 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 11/15/12 | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 12/17/12 | 0.005 | 9.2590 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 12/17/12 | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 01/15/13 | 0.005 | 9.2590 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 01/15/13 | 0.005 | 9.2590 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 02/15/13 | 0.005 | 9.2590 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 03/15/13 | 0.005 | 9.2590 | 0.05 | 8.4900 | 0.05 | 0.00 | | |

Account Number: 7CC-160931
PEDRO A MIRO

PAR-02-ROLL

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

B0 0 0 0 0 0 0 0 CSF3 2 0 0 0 2

Santander

SECURITIES

BT Calle Tabonuco STE 1800, Guaynabo, Puerto Rico 00962-3925  (787) 759-5320

# Portfolio Holdings *(continued)*

**Brokerage**
**Account Statement**

**Statement Period: 06/01/2014 - 06/30/2014**

Account Number: 7CC-160931
PEDRO A MIRO

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **Mutual Funds** *(continued)* | | | | | | | | |
| **FIRST PUERTO RICO AAA TARGET MAT FD II** *(continued)* | | | | | | | | |
| 06/16/10 * | 0.021 | 8.6960 | 0.18 | 8.4900 | 0.18 | 0.00 | | |
| 06/16/10 * | 0.074 | 8.6840 | 0.64 | 8.4900 | 0.63 | -0.01 | | |
| 06/15/10 * | 0.072 | 8.7260 | 0.63 | 8.4900 | 0.61 | -0.02 | | |
| 05/15/10 * | 0.022 | 8.7160 | 0.19 | 8.4900 | 0.19 | 0.00 | | |
| 05/15/10 * | 0.005 | 8.6960 | 0.04 | 8.4900 | 0.04 | 0.00 | | |
| 05/17/10 * | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/17/10 * | 0.005 | 8.6960 | 0.04 | 8.4900 | 0.04 | 0.00 | | |
| 06/17/10 * | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/17/10 * | 0.001 | 9.0910 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/15/10 * | 0.005 | 8.6960 | 0.04 | 8.4900 | 0.04 | 0.00 | | |
| 06/15/10 * | 0.001 | 8.6960 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/15/10 * | 0.005 | 9.0910 | 0.04 | 8.4900 | 0.04 | 0.00 | | |
| 06/16/10 * | 0.001 | 8.3530 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/15/10 * | 0.006 | 8.6210 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 05/15/10 * | 0.006 | 8.3330 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 05/15/10 * | 0.001 | 8.3330 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/15/10 * | 0.006 | 8.6210 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 05/15/10 * | 0.001 | 8.3530 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/15/10 * | 0.005 | 8.1970 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 05/15/10 * | 0.001 | 7.6920 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/15/10 * | 0.006 | 7.9370 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 05/15/10 * | 0.001 | 8.3330 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 08/11/* | 0.001 | 8.3330 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 09/11/* | 0.006 | 7.9370 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 07/19/11 * | 0.001 | 7.6920 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 07/19/11 * | 0.007 | 7.6920 | 0.05 | 8.4900 | 0.06 | 0.01 | | |
| 02/15/11 * | 0.001 | 7.6920 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 02/15/11 * | 0.001 | 7.6920 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 03/15/11 * | 0.001 | 7.9370 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 04/15/11 * | 0.006 | 8.0650 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 04/15/11 * | 0.001 | 8.3530 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 05/16/11 * | 0.006 | 8.4750 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| 05/16/11 * | 0.001 | 8.3330 | 0.01 | 8.4900 | 0.01 | 0.00 | | |
| 06/15/11 * | 0.001 | 8.3330 | 0.01 | 8.4900 | 0.01 | 0.00 | | |

PAR-02-ROLL



Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC member FINRA, NYSE, SIPC

Case:17-03283-LTS   Doc#:15525-1   Filed:01/04/21   Entered:01/04/21 16:00:29   Desc:
Exhibit A Tab 10 Santander   Page 25 of 48

Santander

**SECURITIES**

B7 Calle Tabonuco STE 1800, Guaynabo, Puerto Rico 00968-3028 (787) 729-5339

# Brokerage
## Account Statement

**Statement Period: 06/01/2014 - 06/30/2014**

## Portfolio Holdings *(continued)*

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **Mutual Funds** *(continued)* | | | | | | | | |
| **FIRST PUERTO RICO AAA TARGET MAT FD II** *(continued)* | | | | | | | | |
| **FIRST PUERTO RICO TAX ADVANTAGED TARGET MAT FD II INC COM** | | | | | | | | |
| 05/15/13 | 0.005 | 9.4540 | 0.05 | 8.4900 | 0.05 | 0.00 | | |
| **Total Covered** | 0.100 | | 0.92 | | 0.92 | 0.00 | | |
| Previous *3 | 0.359 | N/A | Please Provide | 8.4900 | 2.93 | N/A | | |
| **Total Unallocated** | 0.359 | | Please Provide | | 2.93 | N/A | | |
| **Total** | 1,437.000 | | N/A | | $12,200.13 | N/A | $0.00 | |

Security Identifier: 336128103

Closed End Fund
Dividend Option: Cash; Capital Gains Option: Cash
Security Disposition Method: First In First Out

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **FIRST PUERTO RICO AAA FIXED INCOME** | | | | | | | | |
| 04/04/13 | 3,621.000 | 9.3910 | 34,003.19 | 7.5600 | 27,374.76 | -6,628.43 | | |

Security Identifier: 33613P203

Open End Fund
INC CL A
Dividend Option: Cash; Capital Gains Option: Cash
Brokerage *

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/04/13 | 486.855 | 10.2740 | 5,002.00 | 9.5800 | 4,664.07 | -337.93 | | |
| **Total Mutual Funds** | | | $316,278.40 | | $217,556.00 | -$98,725.33 | $0.00 | |

| | Cost Basis | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **Total Portfolio Holdings** | $529,005.39 | $393,195.17 | -$151,034.70 | $1,605.36 | $13,634.97 |

* Noncovered under the cost basis rules as defined below.

Securities acquired before 2011 are generally not subject to the new cost basis reporting rules as set forth in the Internal Revenue Code of 1986, as amended ("IRC") (incorporating amendments enacted by P.L.110-343, the Emergency Economic Stabilization Act of 2008) and are, therefore, considered " noncovered," under the new cost basis reporting rules, and marked or denoted as such. All other securities in this section are securities which are "covered" under the new cost basis reporting rules. Securities which are "covered" under the new cost basis reporting rules are defined as securities which have been acquired on or after their "applicable date(s)" at which they are subject to the cost basis reporting rules and the adjusted basis will be reported to the IRS on form 1099-B for the applicable tax year in which the security is disposed.

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



SOGAOOOOCFDZOZ4

# Portfolio Holdings (continued)

Reporting requirements generally will be phased in over a three-year period, as follows:

- Stock in a corporation acquired on or after January 1, 2011
- Mutual funds and dividend reinvestment plan (DRP) shares acquired on or after January 1, 2012
- Other securities, principally debt securities and options, acquired on or after January 1, 2014, or later, as determined by the Secretary of the Treasury

Cost Basis on fixed income securities is adjusted for amortization, accretion or principal paydowns. The method of calculation is based upon the type of fixed income security and certain attributes, obtained from sources believed to be reliable. In the event, one or more of these attributes is changed, there may be a temporary incorrect adjusted cost basis reflected until the portfolio system is amended to reflect this change. These calculations will not be performed under certain circumstances, those involving continuously callable bonds, foreign bonds, variable rates, bonds in default, index-linked bonds, bonds sold short or bonds that have a negative yield. This information is meant as a general guide and you should consult your tax advisor in the preparation of your tax returns.

Unrealized gains and losses are not reported for securities for which cost basis or market value is not available.

You have selected a disposition method for this security, that differs from the default disposition method indicated in the Your Account Information Section. If you choose to sell or transfer a portion of these shares, the disposition method noted here will be used.

# Portfolio Holdings Disclosures

**Pricing**
This section includes the net market value of the securities in your account on a settlement date basis, including short positions, at the close of the statement period. The market prices have been obtained from sources which we believe to be reliable. Pershing may use the closing price of the particular exchange or marketplace where your position was purchased as the "Market Price." Securities for which a price is unavailable are marked "N/A" and are omitted from the Total.

**THE AS OF PRICE DATE ONLY APPEARS WHEN THE PRICE DATE DOES NOT EQUAL THE STATEMENT DATE.**

**Estimated Annual Figures**
The estimated annual income (EAI) and estimated annual yield (EAY) figures are estimates and are for informational purposes only. These figures are not considered to be a forecast or guarantee of future results. These figures are computed using information from providers believed to be reliable; however, no assurance can be made as to the accuracy. Since interest and dividend rates are subject to change at any time, and may be affected by current and future economic, political, and business conditions, they should not be relied on for making investment, trading, or tax decisions. These figures assume that the position quantities, interest and dividend rates, and prices remain constant. A capital gain or return of principal may be included in the figures for certain securities, thereby overstating them. Refer to www.pershing.com/business_continuity.html for specific details as to formulas used to calculate the figures. Accrued interest represents interest earned but not yet received.

**Reinvestment**
The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your statement may have been reinvested. You will receive confirmation of these reinvestments. Upon written request to your financial institution, information pertaining to these transactions, including the time of execution and the name of the person from whom your security was purchased, may be obtained. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow.

**Option Disclosure**
Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise then in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

**Foreign Currency Transactions**
Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

**Proxy Vote**
Securities not fully paid for in your margin account may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin may be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

PAR 02-ROLL

Account Number: 7CC-150931
PEDRO A MIRO



Go paperless
ASK ABOUT E DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

Page 16 of 24

Case:17-03283-LTS Doc#:15525-1 Filed:01/04/21 Entered:01/04/21 16:00:29 Desc: Exhibit 4 (Spreadsheet) Page 27 of 48



# Santander

SECURITIES

17 Calle Gdenunova STE 1200, Guaynabo, Puerto Rico 00968-3028 (787) 759-5339

# Brokerage
## Account Statement

**Statement Period: 06/01/2014 - 06/30/2014**

Account Number: 7CC-160931
PEDRO A MIRO

## Portfolio Holdings Disclosures (continued)

### Ratings

This statement may contain credit rating information obtained from Standard & Poor's. Reproducing and distributing any information received from Standard & Poor's is not permitted without prior written authorization from Standard & Poor's. Standard & Poor's does not guarantee the accuracy, completeness, timeliness or availability of any information. Standard & Poor's is not responsible for any errors or omissions, regardless of the cause, or for the results of use of such content. Standard & Poor's makes no express or implied warranties including warranties of merchantability or fitness for a particular purpose. Standard & Poor's shall not be legally responsible for any fees, costs, expenses or losses in connection with the use of their content. Credit ratings are opinions and not statements of facts, are not recommendations to purchase, hold or sell securities; and do not address suitability for investment purpose. Credit ratings should not be relied upon as investment advice.

## Activity Summary (All amounts shown are in base currency)

| Dividends and Interest | This Period | Year-to-Date | Debits | This Period | Year-to-Date |
|---|---|---|---|---|---|
| Dividends and Interest | $2,183.51 | $14,715.12 | Dividends and Interest | $0.00 | $0.00 |
| Taxes Withheld | $0.00 | $0.00 | Taxes Withheld | -$5.81 | -$39.68 |
| | | | **Cash** | | |
| **Cash** | | | Withdrawals | -2,177.16 | -14,671.72 |
| Credit Cash | 0.00 | 0.00 | Total Cash | -$2,177.16 | -$14,671.72 |
| Total Credits | $2,183.51 | $14,715.12 | Total Debits | -$2,182.97 | -$14,711.40 |

## Transactions by Type of Activity

| Trade Date/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount Currency |
|---|---|---|---|---|---|---|
| 06/12/14 | BOND INTEREST RECEIVED 74529JNK7 | 15000 PUERTO RICO SALES TAX FINC CORP SALES TAX REV PREF-FIRST SUB-SER B 6.050% 08/01/29 B/E DTD 06/25/09 PRF RD 05/15 PD 06/01/14 TX EX FOR PR RSDNTS | | | | 75.63 USD |
| 06/02/14 | BOND INTEREST RECEIVED 74529JNL5 | 160000 PUERTO RICO SALES TAX FINC CORP SALES TAX REV UNREF-FIRST SUB-SER B 6.050% 08/01/29 B/E DTD 06/25/09 CLB RD 05/15 PD 06/01/14 TX EX FOR PR RSDNTS | | | | 806.67 USD |
| 06/16/14 | FOREIGN SECURITY DIVIDEND RECEIVED 33611M103 | 5819 SHRS FIRST PUERTO RICO TAX EXEMPT TARGET FD II INC COM CASH DIV RD 05/30 PD 06/16/14 | | | | 1.75 USD |
| 06/16/14 | NON-TAXABLE DISTRIBUTION RECEIVED 33611M103 | 5819 SHRS FIRST PUERTO RICO TAX EXEMPT TARGET FD II INC COM CASH DIV RD 05/30 PD 06/16/14 | | | | 240.91 USD |

B0040000SE22/022

PAR-02-ROLL

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



Case:17-03283-LTS Doc#:15525-1 Filed:01/04/21 Entered:01/04/21 16:09:29 Desc: Exhibit A (Miro Sotomayor Response) Page 28 of 48



**Santander**

SECURITIES
87 Calle Tabonuco STE 1804, Guaynabo, Puerto Rico 00968-3028 (787) 759-3230

**Brokerage**
**Account Statement**

Statement Period: 06/01/2014 - 06/30/2014

## Transactions by Type of Activity *(continued)*

| Date/Settlement | Activity Type | Description | Quantity | Price | Accrued Interest | Amount Currency |
|---|---|---|---|---|---|---|
| **Taxes Withheld** | | | | | | |
| 06/16/14 | FOREIGN TAX WITHHELD AT THE SOURCE 35611MI03 | 5819 SHRS FIRST PUERTO RICO TAX EXEMPT TARGET FD II INC COM CASH DIV RD 05/30 PD 06/16/14 | | | | -0.17 USD |
| 06/16/14 | FOREIGN TAX WITHHELD AT THE SOURCE 35611N101 | 14460 SHRS FIRST PUERTO RICO TAX EXEMPT TARGET MAT FD IV INC COM CASH DIV ISIN#PR3561 1N1011 RD 05/30 PD 06/16/14 | | | | -1.74 USD |
| 06/16/14 | FOREIGN TAX WITHHELD AT THE SOURCE 35611R102 | 2149 SHRS FIRST PUERTO RICO TAX EXEMPT TARGET MAT FD V COM CASH DIV RD 05/30 PD 06/16/14 | | | | -0.15 USD |
| 06/16/14 | FOREIGN TAX WITHHELD AT THE SOURCE 35612G105 | 4526 SHRS FIRST PUERTO RICO TAX ADVANTAGED TARGET MAT FD I INC COM ISIN#PR35612G1050 RD 05/30 PD 06/16/14 | | | | -0.45 USD |
| 06/16/14 | FOREIGN TAX WITHHELD AT THE SOURCE 35612E107 | 1437 SHRS FIRST PUERTO RICO AAA TARGET MAT FD II INC COM CASH DIV ID ISIN#US35612E1079 RD 05/30 PD 06/16/14 | | | | -0.55 USD |
| 06/16/14 | FOREIGN TAX WITHHELD AT THE SOURCE 35612B103 | 3621 SHRS FIRST PUERTO RICO TAX ADVANTAGED TARGET MAT FD II INC COM RD 05/30 PD 06/16/14 | | | | -1.01 USD |
| 06/16/14 | FOREIGN TAX WITHHELD AT THE SOURCE 35613P203 | FIRST PUERTO RICO AAA FIXED INCOME INC CL A RD 06/05 PD 06/16/14 10% PR TAX W/H | | | | -1.74 USD |
| **Total Taxes Withheld - UNITED STATES DOLLAR** | | | | | 0.00 | -5.81 USD |
| **Cash Withdrawals and Deposits** | | | | | | |
| 06/11/14 | CHECK DISBURSEMENT USD909997 | CHECK PD #0005279455 INCOME DISTRIBUTION | | | | -2,177.16 USD |
| **Total Cash Withdrawals and Deposits - UNITED STATES DOLLAR** | | | | | 0.00 | -2,177.16 USD |
| **Total Value of Transactions** | | | | | 0.00 | 0.54 USD |

The price and quantity displayed may have been rounded.

Account Number: 7CC-160931
PEDRO A MIRO

PAR-02-ROLL

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

B00000/00CSF22002



Case:17-03283-LTS Doc#:15525-1 Filed:01/04/21 Entered:01/04/21 16:09:29 Desc:
Exhibit A The Sotomayor Response) Page 29 of 48




# FDIC Insured Bank Deposits

## Sweep FDIC Insured Bank Deposits

### SANTANDER INSURED ACCOUNT held at BANCO SANTANDER

Account Number: 00000003826    Activity Ending 06/30/14

| Date | Activity Type | Description | | | | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 05/31/14 | Opening Balance | | | | | | 2,723.73 |
| 06/03/14 | Deposit | | | | | 882.30 | 3,606.03 |
| 06/17/14 | Deposit | | | | | 1,294.86 | 4,900.89 |
| 06/19/14 | Withdrawal | | | | | -2,177.16 | 2,723.73 |
| 06/30/14 | Deposit | | | | | 0.54 | 2,724.27 |
| 06/30/14 | Closing Balance | | | | | | $2,724.27 |

**Total FDIC Insured Bank Deposits** — $2,724.27

FDIC Insured Bank Deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). The Bank Deposits at each bank are insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000 for each category of legal ownership including individual retirement accounts and certain other self directed retirement accounts. Please review this in connection with other deposits you may have at each respective bank.

## Cash Not Yet Received

| Activity | Record Date | Payable Date | Quantity Held | Rate | Dividend Option | Amount of Payment |
|---|---|---|---|---|---|---|
| Interest | | | | | | |
| PUERTO RICO ELEC PWR AUTH PWR REV PREF/PAYABLE-SER YH-BUILD | 06/13/14 | 07/01/14 | 25,000.000 | 0.015313 | Cash | 382.81 |
| PUERTO RICO ELEC PWR AUTH PWR REV PREF/PAYABLE-SER | 06/13/14 | 07/01/14 | 25,000.000 | 0.015125 | Cash | 378.13 |

**Total Cash Not Yet Received** — $760.94

Assets shown here are not reflected in your account. This information has been received from sources we believe to be reliable. Pershing does not guarantee the accuracy of the information.

## Messages

"Santander Insured Account" is an FDIC insured bank deposit and is not covered by SIPC. The interest rate for the "Santander Insured Account" is shown below.

**Annual Percentage Yield: 0.20%**    Annual Percentage Yield: 0.20%    June 2014

Although a money market mutual fund seeks to preserve the value of your investment at $1 per share, it is possible to lose money by investing in a money market mutual fund. Shares of a money market mutual fund or the balance of a bank deposit product held in your brokerage account may be liquidated upon request with the proceeds credited to your brokerage account. Please see the money market mutual fund's prospectus or the bank deposit product's disclosure document or contact your advisor for additional information.

Please note that the following language supersedes previous versions of our disclosure, Pershing's Impartial Lottery Process: Partial Calls:

**Pershing's Impartial Lottery Process: Partial Calls**

When a security is subject to a partial redemption, pursuant to New York Stock Exchange (NYSE) Rule 402.30, which has been incorporated into the FINRA Consolidated Rulebook, Pershing must have procedures in place that are designed to treat clients fairly in accordance with an impartial lottery process. When an issuer initiates a partial call of securities, the depository holding such securities (typically, the Depository Trust Clearing and Corporation, or DTCC) conducts an impartial, computerized lottery process using an incremental random number technique to determine the allocation of called securities to participants for which it holds securities on deposit (including Pershing). Because DTCC's lottery is random and impartial, participants may or may not receive an allocation of securities selected for redemption.

Account Number: 7CC-160931
PEDRO A MIRO

PAR-02-ROLL

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



**Santander**
SECURITIES
BT Calle Tabonuco STE 1800, Guaynabo, Puerto Rico 00968-3028 (787) 759-5320

# Brokerage
## Account Statement

**Statement Period: 06/01/2014 - 06/30/2014**

## Transactions by Type of Activity *(continued)*

| Process/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount Currency |
|---|---|---|---|---|---|---|
| **Taxes Withheld** | | | | | | |
| 06/16/14 | FOREIGN TAX WITHHELD AT THE SOURCE 33611M103 | 5819 SHRS FIRST PUERTO RICO TAX EXEMPT TARGET FD II INC COM CASH DIV RD 05/30 PD 06/16/14 | | | | -0.17 USD |
| 06/16/14 | FOREIGN TAX WITHHELD AT THE SOURCE 33611N101 | 14460 SHRS FIRST PUERTO RICO TAX EXEMPT TARGET MAT FD IV INC COM CASH DIV ISIN#PR33611N101 RD 05/30 PD 06/16/14 | | | | -1.74 USD |
| 06/16/14 | FOREIGN TAX WITHHELD AT THE SOURCE 33611R102 | 2149 SHRS FIRST PUERTO RICO TAX EXEMPT TARGET MAT FD V COM CASH DIV RD 05/30 PD 06/16/14 | | | | -0.15 USD |
| 06/16/14 | FOREIGN TAX WITHHELD AT THE SOURCE 33612G105 | 4526 SHRS FIRST PUERTO RICO TAX ADVANTAGED TARGET MAT FD I INC COM ISIN#PR33612G1050 RD 05/30 PD 06/16/14 | | | | -0.45 USD |
| 06/16/14 | FOREIGN TAX WITHHELD AT THE SOURCE 33612610 7 | 1437 SHRS FIRST PUERTO RICO AAA TARGET MAT FD II INC COM CASH DIVID ISIN#US33612610 79 RD 05/30 PD 06/16/14 | | | | -0.55 USD |
| 06/16/14 | FOREIGN TAX WITHHELD AT THE SOURCE 33612810 3 | 3621 SHRS FIRST PUERTO RICO TAX ADVANTAGED TARGET MAT FD II INC COM RD 05/30 PD 06/16/14 | | | | -1.01 USD |
| 06/16/14 | FOREIGN TAX WITHHELD AT THE SOURCE 33613P203 | FIRST PUERTO RICO AAA FIXED INCOME INC CL A RD 06/05 PD 06/16/14 10% PR TAX W/H | | | | -1.74 USD |
| **Total Taxes Withheld - UNITED STATES DOLLAR** | | | | | **0.00** | **-5.81** |
| **Cash Withdrawals and Deposits** | | | | | | |
| 06/19/14 | CHECK DISBURSEMENT USD999997 | CHECK PD.#0005279455 INCOME DISTRIBUTION | | | | -2,177.16 USD |
| **Total Cash Withdrawals and Deposits - UNITED STATES DOLLAR** | | | | | **0.00** | **-2,177.16** |
| **Total Value of Transactions** | | | | | **0.00** | **0.54 USD** |

The price and quantity displayed may have been rounded.



**Go paperless**
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary
of the Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

PAR-02-ROLL

Account Number: 7CC-160931
PEDRO A MIRO

Case:17-03283-LTS Doc#:15525-1 Filed:01/04/21 Entered:01/04/21 16:09:29 Desc: Exhibit A (Miro Solomayor Response) Page 31 of 48



**Santander**

SECURITIES

B7 Calle Tabonuco STE 1800, Guaynabo, Puerto Rico 00968-3028 (787) 759-5330

## Messages (continued)

When Pershing is notified that it received an allocation of called securities, Pershing conducts a similar, computer-generated random lottery. The lottery determines the accounts that will be selected and the number of securities in the account that will be redeemed. Allocations are based on the number of trading units held in the account. The probability of any trading unit held by an account being selected as called are proportional to the total number of trading units held through Pershing.

Once the lottery is complete, Pershing notifies introducing broker-dealers whose introduced accounts have received an allocation. Securities registered in the client's name, either in transit or held in custody, are excluded from the Pershing lottery process.

Pershing initiates the lottery process by identifying the accounts holding the called security, the total par value of the called securities held, and the trading unit of the security.

Example (unit of trade = $25,000):

Client Account: ABC-123234; Par Value: $100,000; Number of Trading Units: 4

Client Account: DEF-325465; Par Value: $75,000; Number of Trading Units: 3

Client Account: EDR-567433; Par Value: $150,000; Number of Trading Units: 6

Client Account: EGT-876574; Par Value: $50,000; Number of Trading Units: 2

Client Account: EGT-888345; Par Value: $25,000; Number of Trading Units: 1

Client Account: FRT-435234; Par Value: $25,000; Number of Trading Units: 1

Client Account: FRT-658797; Par Value: $75,000; Number of Trading Units: 3

In brief, the allocation process involves the following steps:

> the number of trading units held in each account is identified.

> A sequential number is assigned to each trading unit (e.g., account EDR-567433 would be assigned six numbers).

> A random number is generated that will result in one of these trading units being the first unit in the selection process.

> Thereafter, the trading units participating in the allocation are based on an incremental random number technique until the number of trading units allocated to Pershing is exhausted.

**Additional Information**

The allocation of called securities is not made on a pro-rata basis. Therefore, it is possible that a client may receive a full or partial redemption of shares held. Conversely, it is also possible that a client may not have any securities selected for redemption at all.

**Go paperless**
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



## Messages (continued)

- When a partial call is deemed favorable to the holders of the called security, Pershing will exclude certain accounts from the lottery. Excluded accounts will include Pershing's proprietary and employee accounts, as well as proprietary and employee accounts of introducing broker-dealers (if Pershing carries and clears those accounts). No allocation will be made to these proprietary and employee accounts until all other client positions at Pershing in such securities have been called. When a partial call is deemed unfavorable to holders of the called security, Pershing will not exclude any accounts from the lottery.

- If the partial call is made at a price above the current market price as captured in Pershing's price reporting system, Pershing will generally categorize the partial call as one that is favorable to the holders of such security. If the partial call is made at a price that is equal to or below the current market price of the security as captured in Pershing's price reporting system, Pershing will generally categorize that call as one that is unfavorable to holders of the security.

- Clients have the right to withdraw uncalled, fully paid securities from Pershing at any time prior to the cutoff date and time established by the issuer, transfer agent and/or depository with respect to the partial call. Clients also have the right to withdraw excess margin securities, provided that the client account is not subject to restriction under Regulation T or that such withdrawal will not cause an under-margined condition.

# Important Information and Disclosures

## Role of Pershing

Pershing carries your account as clearing broker pursuant to a clearing agreement with your financial institution. Pershing may accept from your financial institution, without inquiry or investigation (i) orders for the purchase and sale of securities and other property and (ii) any other instructions concerning your account. Pershing is not responsible or liable for any acts or omissions of your financial institution or its employees and shall not supervise them. Pershing provides no investment advice nor does it assess the suitability of any transaction or order. Pershing acts as the agent of your financial institution and you agree that you will not hold Pershing or any person controlling or under common control with it liable for any investment losses incurred by you.

Pershing performs several key functions at the direction of your financial institution. It acts as custodian for funds and securities you may deposit with it directly or through your financial institution or that it receives as the result of securities transactions it processes.

Your financial institution is responsible for adherence to the securities laws, regulations and rules which apply to it regarding its own operations and the supervision of your account, its sales representatives and other personnel. Your financial institution is also responsible for approving the opening of accounts and obtaining account documents; the acceptance and, in certain instances, execution of securities orders; the assessment of the suitability of those transactions, where applicable; the rendering of investment advice, if any, to you and in general, for the ongoing relationship that it has with you. Any inquiries concerning the positions and balances in your account may be directed to the Pershing Customer Service Department at (201) 413-3333. All other inquiries regarding your account or activity should be directed to your financial institution. Your financial organization's contact information can be found on the first page of this statement.

For a description of other functions performed by Pershing please consult the Disclosure Statement provided to you upon the opening of your account. This notice is not meant as a definitive enumeration of every possible circumstance, but as a general disclosure. If you have any questions regarding this notice or if you would like additional copies of the Disclosure Statement, please contact your financial institution.

## Important Arbitration Disclosures

All parties to this agreement are giving up the right to sue each other in court, including the right to a trial by jury, except as provided by the rules of the arbitration forum in which a claim is filed.

Arbitration awards are generally final and binding; a party's ability to have a court reverse or modify an arbitration award is very limited.

The ability of the parties to obtain documents, witness statements and other discovery is generally more limited in arbitration than in court proceedings.

The arbitrators do not have to explain the reason(s) for their award, unless, in an eligible case, a joint request for an explained decision has been submitted by all parties to the panel at least 20 days prior to the first scheduled hearing date.

The panel of arbitrators will typically include a minority of arbitrators who were or are affiliated with the securities industry.

The rules of some arbitration forums may impose time limits for bringing a claim in arbitration. In some cases, a claim that is ineligible for arbitration may be brought in court.

Pershing is a member of the Securities Investor Protection Corporation (SIPC®). Please note that SIPC does not protect against loss due to market fluctuation. In addition to SIPC protection, Pershing provides coverage in excess of SIPC limits. For more detailed information please visit: www.pershing.com/strength_stability.html.

This statement will be deemed conclusive. You are advised to report any inaccuracy or discrepancy (including unauthorized trading), to your financial organization and Pershing, within ten days after receipt of this statement. Please be advised that any oral communication should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act.

Your financial organization's contact information can be found on the first page of this statement. Pershing's contact information is as follows: Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399, (201) 413-3330. Errors and Omissions excepted.



**Go paperless**
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

Réplica.

A quien pueda interesar
Réplica con mi reclamación
a las pérdidas relacionadas con la
inversión hecha al comprar bonos
de Puerto Rico al Banco Santander
usando la Ley Confina. Estos bonos
fueron comprados al aceptar una
oferta por el Banco Santander.
Estos iban a tener un interés mas
alto que el pagado por los bancos
~~que~~ en un comercio no de inver-
siones. ~~Era el interes~~ los intereses
eran exentos y habia protección
del dinero ya el Gobierno tenia
que pagar antes que otras deudas.
Asi fueron expuestos los argumentos
de la oferta. Era una manera lógica
para poder conseguir dinero para
jubilarse en el momento preciso.
Pero todo se vino abajo y solo ~~vinieron~~
vino la caida del valor del bono, los
intereses se afectaron. El Banco se
desprendió de su cartera y los bonos
se pasaron al Melon Bank. Para
no perderlo todo vendí bonos
a un bajísimo precio para no perderlo
todo. Mientras estos bonos estuvieron

Case:17-03283-LTS   Doc#:15525-1   Filed:01/04/21   Entered:01/04/21 16:09:29   Desc:
Exhibit A (Miro Sotomayor Response)   Page 34 of 48

2

en el Melop Bank - no recuerdo
haber recibido pago por los intereses
Cuando la inversión estaba en
su auge recuerdo haber llegado
a un total de $540,000 por las
ganancias. eso ocurrió en 2013.
Luego vinieron las pérdidas y la
frustración ya mencionada.
Deseo aclarar que no tengo ninguna
reclamación con el Sistema de
Retiro de Puerto Rico; solo Cofina.
Mi esposa Natividad García Miró
también sufrió el mismo destino
que yo en su inversión personal.
Estoy enviando algunos documentos
que me quedaron luego del gran
terremoto que sufrió la zona Sur
en enero 2020.

Tambien incluyo documentos
de mi esposa Natividad García
Miró

— Cusip- 33611 N 101  }  Natividad García
            33612 G 105  }

— Cusip- 33611 M-103 - Pedro Miró

Miró

002629 X12FND01 008379

**Santander**
SECURITIES
B7 Calle Tabonuco STE 1800, Guaynabo, Puerto Rico 00968-3028 (787) 759-5330

**Account Number: 7CC-160931**

## 2013
## YOUR REVISED TAX SUMMARY STATEMENT
### Revised Statement as of 02/07/2014

**Recipient's Name and Address:**

002629 X12FND01

PEDRO A MIRO
NATIVIDAD GARCIA DE MIRO TEN COM
PO BOX 336450
PONCE PR 00733-6450

Recipient's Identification
Number: ***-**-9901

**Your Financial Consultant:**

FERNANDO AGUDO
SANTANDER SECURITIES CORPORATION
SANTANDER TOWER
B7 TABONUCO ST SUITE 1800
GUAYNABO          PR 00968-3350
(787) 759-5330
ID:  063

**Payer Information:**

PERSHING LLC

**Federal Identification
Number:**      13-2741729

**The following item(s) have been updated and are reflected on the revised 2013 Tax Information Statement included in this package**

## DELETIONS

| Description | CUSIP | Date | Prior Information | Revised Information | Reporting Column | Statement Section |
|---|---|---|---|---|---|---|
| FIRST PUERTO RICO TAX EXEMPT TARGET FD | 33611M105 | | | | | |
| FIRST PUERTO RICO TAX EXEMPT TARGET FD | 33611N101 | | | | | |
| MAT FD IV INC COM | | 01/15/2013 | 618.89 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| CASH DIV | | 02/15/2013 | 611.66 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| INC COM CASH DIV | | 03/15/2013 | 607.32 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| ISIN#PR33611N1011 | | 04/15/2013 | 601.54 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 05/15/2013 | 601.54 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 01/15/2013 | 241.49 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 02/15/2013 | 241.49 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 03/15/2013 | 241.49 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 04/15/2013 | 241.49 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 05/15/2013 | 241.49 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 06/17/2013 | 241.49 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 07/15/2013 | 236.83 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 08/15/2013 | 239.16 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 09/16/2013 | 240.91 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 10/15/2013 | 240.91 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 11/15/2013 | 240.91 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 12/16/2013 | 240.91 | 0.00 | EXEMPT INTEREST DIVIDEND | |



**Recipient's Name and Address:**

PEDRO A MIRO
NATIVIDAD GARCIA DE MIRO TEN COM

**Account Number: 7CC-160931**

Recipient's Identification
Number: ***-**-9901

## DELETIONS (Continued)

| Description | CUSIP | Date | Prior Information | Revised Information | Reporting Column | Statement Section |
|---|---|---|---|---|---|---|
| FIRST PUERTO RICO | 35611R102 | | | | | |
| TAX-EXEMPT TARGET | | 01/15/2013 | 88.54 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| MAT FD V COM | | 02/15/2013 | 88.54 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| DIV | | 03/15/2013 | 88.54 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 04/15/2013 | 88.54 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 05/15/2013 | 88.54 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 06/17/2013 | 87.46 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 07/15/2013 | 87.03 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 08/15/2013 | 87.89 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 09/16/2013 | 87.89 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 10/15/2013 | 87.89 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 11/15/2013 | 88.32 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 12/16/2013 | 88.32 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| FIRST PUERTO RICO | 35612G105 | 01/15/2013 | 184.21 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| TAX ADVANTAGED | | 02/15/2013 | 184.21 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| TARGET MAT FD II INC | | 03/15/2013 | 184.21 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| COM | | 04/15/2013 | 184.21 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| SIN#PR35612G1050 | | 05/15/2013 | 184.21 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 06/17/2013 | 180.59 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 07/15/2013 | 184.21 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 08/15/2013 | 184.21 | 0.00 | EXEMPT INTEREST DIVIDEND | |

Additional prior rows:

| | | Date | Prior Information | Revised Information | Reporting Column |
|---|---|---|---|---|---|
| | | 06/17/2013 | 588.52 | 0.00 | EXEMPT INTEREST DIVIDEND |
| | | 07/15/2013 | 563.94 | 0.00 | EXEMPT INTEREST DIVIDEND |
| | | 08/15/2013 | 578.40 | 0.00 | EXEMPT INTEREST DIVIDEND |
| | | 09/16/2013 | 578.40 | 0.00 | EXEMPT INTEREST DIVIDEND |
| | | 10/15/2013 | 578.40 | 0.00 | EXEMPT INTEREST DIVIDEND |
| | | 11/15/2013 | 578.40 | 0.00 | EXEMPT INTEREST DIVIDEND |
| | | 12/16/2013 | 572.62 | 0.00 | EXEMPT INTEREST DIVIDEND |

Case:17-03283-LTS Doc#:15525-1 Filed:01/04/21 Entered:01/04/21 16:09:29 Desc: Exhibit A (Miro Sotomayor Response) Page 37 of 48

**2013**
## YOUR REVISED TAX SUMMARY STATEMENT
### Revised Statement as of 02/07/2014

**Recipient's Name and Address:**
PEDRO A MIRO
NATIVIDAD GARCIA DE MIRO TEN COM

**Account Number:** 7CC-160931
**Recipient's Identification Number:** ***-**-9901

## DELETIONS *(Continued)*

| Description | CUSIP | Date | Prior Information | Revised Information | Reporting Column | Statement Section |
|---|---|---|---|---|---|---|
| FIRST PUERTO RICO | | 09/16/2013 | 184.21 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| AAATARGET MAT FD II | | 10/15/2013 | 184.21 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| N.COM CASH DIVID | | 11/15/2013 | 184.21 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| ShUS3361261079 | | 12/16/2013 | 183.30 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| REINVESTMENT PROGRAM | 336126107 | 01/15/2013 | 50.55 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 02/15/2013 | 50.55 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 03/15/2013 | 50.55 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 04/15/2013 | 49.40 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 05/15/2013 | 49.40 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 06/17/2013 | 43.54 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 07/15/2013 | 48.43 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 08/15/2013 | 48.71 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 09/16/2013 | 49.15 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 10/15/2013 | 49.15 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 11/15/2013 | 49.15 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 12/16/2013 | 49.15 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | 336126206 | 01/15/2013 | 0.05 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 02/15/2013 | 0.05 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 03/15/2013 | 0.05 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 04/15/2013 | 0.05 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 05/15/2013 | 0.05 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| | | 06/17/2013 | 0.01 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| FIRST PUERTO RICO | 336128103 | 07/15/2013 | 140.49 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| TAX ADVANTAGED | | 08/15/2013 | 140.86 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| TARGET MAT FD II INC | | 09/16/2013 | 140.86 | 0.00 | EXEMPT INTEREST DIVIDEND | |
| COM | | 10/15/2013 | 140.86 | 0.00 | EXEMPT INTEREST DIVIDEND | |

002629 X12FND01 008380

Seq. # (7CC 2629)

TEFRA-ROLL

▶ go **paperless**
Ask about e-delivery



**2013**

**YOUR REVISED TAX SUMMARY STATEMENT**

**Revised Statement as of 02/07/2014**

**Account Number: 7CC-160931**

Recipient's Identification
Number: ***-**-9901

**Recipient's Name and Address:**

PEDRO A MIRO
NATIVIDAD GARCIA DE MIRO TEN COM

## DELETIONS (Continued)

| Description | CUSIP | Date | Prior Information | Revised Information | Reporting Column | Statement Section |
|---|---|---|---|---|---|---|
|  |  | 11/15/2013 | 140.86 | 0.00 | EXEMPT INTEREST DIVIDEND |  |
|  |  | 12/16/2013 | 141.94 | 0.00 | EXEMPT INTEREST DIVIDEND |  |

Seq.# (TCC 2629)

TEFRA-ROLL

► **go paperless**
Ask about e-delivery

**Page 4 of 5**

**Santander**

SECURITIES

B7 Calle Tabonuco STE. 1800, Guaynabo, Puerto Rico 00968-3028 (787) 759-5330

Seq.# (7CC 2629)

002629 X12FND01 008382

**Account Number: 7CC-160931**

Recipient's Identification
Number: ****-**-9901

**2013**
**YOUR TAX INFORMATION STATEMENT**
**Revised Statement as of 02/07/2014**

---

**Recipient's Name and Address:**

PEDRO A MIRO
NATIVIDAD GARCIA DE MIRO TEN COM
PO BOX 336450
PONCE PR 00733-6450

**Your Financial Consultant:**

FERNANDO AGUDO
SANTANDER SECURITIES CORPORATION
SANTANDER TOWER
B7 TABONUCO ST SUITE 1800
GUAYNABO          PR 00968-3350
(787) 759-5330
ID: 063

**Payer Information:**

PERSHING LLC

**Federal Identification Number:**   13-2741729

---

## TRANSACTIONS WE DO NOT REPORT TO THE IRS

### SECURITIES PURCHASED

IMPORTANT MESSAGE: We send tax statements when information is finalized by securities issuers. If information is pending from issuers, you and members of your household may receive tax statement(s) at different times. Tax statement mailings will occur by January 31, February 18, February 28 and March 17, depending on when final information for your account is received from issuers. If you have any questions, please visit mytaxhandbook.com.

## Summary Of Transactions We Do Not Report To The IRS (See instructions for additional information)

|  |  | Amount |
|---|---|---|
| Securities Purchased | | |
| Net Cost of Securities Purchased ............ | | 34,003.19 |

## SECURITIES PURCHASED

| Description | CUSIP | Trade/Process Date | Quantity | Net Cost | Accrued Interest Purchased Amount | Security Type |
|---|---|---|---|---|---|---|
| FIRST PUERTO RICO TARGET MAT FD II INC COM | 336128103 | 06/04/2013 | 3,621 | 34,003.19 | 0.00 | |
| **Total** | | | | **34,003.19** | **0.00** | |

---

**Tax Information Statement Instructions**

Securities Purchased. Securities purchased through your account during 2013 may be displayed in this section. You need this information to calculate a gain or loss upon disposition of the securities. The net cost displayed includes commissions and fees. If the security purchased is a debt instrument, the net cost does not include accrued interest purchased. Accrued interest purchased is reported separately in this section of your Tax Information Statement. The cost of securities purchased during 2013 should be reported on your tax return in the year in which the securities are sold or redeemed on IRS Form 1040, Schedule D.

TEFRA-ROLL

▶ go **paperless**
Ask about e-delivery



**2013**

# YOUR TAX INFORMATION STATEMENT
## Revised Statement as of 02/07/2014

**Recipient's Name and Address:**

PEDRO A MIRO
NATIVIDAD GARCIA DE MIRO TEN COM

**Account Number: 7CC-160931**

Recipient's Identification
Number: ***-**-9901

## Additional Information

The tax information statement provides a detailed summary of your brokerage account transactions during 2013. It includes information related to transactions we are required to report to the IRS, as well as information that we do not report. The instructions are provided to help you prepare your tax returns. **For a more detailed explanation of your Tax Information Statement, please visit mytaxhandbook.com, or call (888) 860-8510 to receive a copy of the Tax Guide.** If your account was transferred to our firm during 2013, your Tax Information Statement only includes your activity during the time you conducted business with our firm. Your former firm should provide you with IRS Form 1099 reporting for prior activity. These instructions have been tailored for use by taxpayers that are U.S. individuals who are "investors" for tax purposes.

**Recipient's Identification Number.** For your protection, this form shows only the last four digits of your Social Security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). If you received a physical copy of this statement in the mail. Per IRS requirements, if you received this statement electronically, however, Pershing LLC will report your complete identification number, to state and/or local governments.

**Electronic Delivery.** The IRS allows for the electronic delivery of 1099 forms and Pershing offers electronic delivery of this tax information statement. If you would like to "go paperless," please see mytaxhandbook.com and speak to your advisor for more information.

**Nominee Recipients.** If your truncated Social Security number or Employer Identification Number is shown on your Tax Information Statement, and the statement includes amounts belonging to another person, you are considered a nominee recipient. Generally, you must file IRS Form 1099 for each of the other owners, showing the income allocable to each. File the applicable IRS Form 1099, along with IRS Form 1096 (Annual Summary and Transmittal of U.S. Information Returns), with the IRS Center in your area. List yourself as the "payer" on IRS Form 1099 and as the "filer" on IRS Form 1096. List the other owner(s) as the "recipient(s)" on IRS Form 1099. You must provide a copy of each IRS Form 1099 you file to the other owner(s). Spouses are not required to file a nominee return to show amounts owned by their spouse.

**Payer.** The "payer" for all transactions on your Tax Information Statement is Pershing LLC (Taxpayer Identification Number 13-2741729). This name and Taxpayer Identification Number should be listed wherever the payer's name is requested in an IRS form with respect to amounts reported on your Tax Information Statement.

**Corrections.** Please review your Tax Information Statement. If it is incorrect, contact your investment professional or financial organization. If necessary, we will promptly correct the information provided to the IRS and mail a Revised Tax Information Statement to you. After the IRS's tax year and will be sent to you shortly after the information becomes available.

**Cost Basis Adjustments.** There are times when your cost basis reported from a broker will not match your calculations for reporting purposes. IRS Form 8949 allows you and the IRS to reconcile amounts that were reported to you and the IRS on IRS Form 1099-B with the amounts you report on your return.

**Federal Income Tax Withheld.** Federal income tax withheld is 28% of interest, dividends and proceeds from broker and barter exchange transactions, and could be reported in any of these sections of your Tax Information Statement. You should combine these amounts and report them on IRS Form 1040, line 62. Backup withholding applies when certain conditions exist. If this Tax Information Statement reflects backup withholding, you may need to provide a new IRS Form W-9 (Request for Taxpayer Identification Number and Certification). See IRS Form W-9 for information on backup withholding and how to "furnish" your Taxpayer Identification Number.

**State and Local Tax Reporting.** We are required to provide information to a number of state and local jurisdictions. This guide describes the federal tax reporting requirements. We are required to report information to California, Kansas, Massachusetts, North Dakota and Oklahoma. For 2013 we withheld, itemized and reported state income tax for California, Maine and South Carolina according to the requirements of those states. We also provided tax information to Puerto Rico is taxing authority. Check with your tax professional for your specific state and local tax reporting requirements. Determine your total foreign tax credit or deduction. A foreign tax credit may be claimed only if the tax was legally owned and not eligible for a refund.

**Foreign Tax Paid.** Your Tax Information Statement may include foreign tax paid (withheld) from foreign source dividends and interest credited to your account during 2013. This information allows you to calculate and claim a foreign tax credit or deduction on your tax return. If you are eligible to do so, a foreign tax credit can be claimed either on IRS Form 1116 (Foreign Tax Credit) or, in some circumstances, by reporting it directly on IRS Form 1040, line 47. You can claim a deduction on IRS Form 1040, Schedule A (Itemized Deductions), line 8. See instructions for both IRS Form 1116 and IRS Form 1040 for additional information on foreign tax credits and deductions. Foreign tax paid is reported in the Form 1099-INT and Form 1099-DIV sections of your Tax Information Statement. You should combine these amounts to determine your total foreign tax credit or deduction.

**IRS Publications.** IRS publications are available through your local IRS office by calling the IRS Forms Distribution Center at (800) TAX-FORM, or visiting the IRS website at irs.gov. For instance, IRS Publication 550 and IRS Publication 1212 provide useful tax information for reporting securities transactions.

To receive more information regarding your Tax Information Statement, including illustrations on how to report your income, visit mytaxhandbook.com or call (888) 860-8510 for a copy of the Tax Guide.

The instructions contained in this Tax Information Statement are not intended to provide tax advisory services. We suggest that you consult with your tax professional to discuss the appropriate federal, foreign, state and local tax treatment of your transactions. These instructions, as well as your Tax Information Statement, are solely intended to help you accumulate data to prepare your income tax return and should not be interpreted or relied upon as tax advice.

Trademark(s) belong to their respective owners.

TEFRA-ROLL

▶ go **paperless**
Ask about e-delivery

**Pershing®**

A BNY MELLON COMPANY℠

One Pershing Plaza, Jersey City, NJ 07399
Pershing LLC, member FINRA, NYSE, SIPC

SANTANDER SECURITIES LLC
B7 TABONUCO STREET, SUITE 1800
GUAYNABO, PUERTO RICO 00968-3028

PEDRO A MIRO          57 0120
NATIVIDAD GARCIA DE MIRO TEN COM
COND LA ALBORADA
2201 CARR 14 APT 11501
COTO LAUREL PR  00780-2320

| | |
|---|---|
| Page: | 1 of 2 |
| Account Number: | 7CC-160931-1 |
| Amount Paid: | $2,022.65 |
| Issuing Bank Acct: | 0425561014 |

## *PAYMENT SUMMARY*

| | | CHECK NUMBER: | 0005377739 |
|---|---|---|---|
| | | CHECK DATE: | 04/19/2017 |

| DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 04/03/2017 | LORD ABBETT SHORT | DURATION INCOME | FUND CLASS C | FOR ACCRUAL PERIOD | $37.30 |
| | ENDING 03/31/17 | CUSIP  543916704 | | | $.00 |
| 04/04/2017 | 205000 | PUERTO RICO SALES | TAX FING CORP SALES TAX REV UNREF-FIRST | | $1,033.54 |
| | SUB-SER B | 6.050% 08/01/29 B/EDTD 06/25/09 CLB | | | $.00 |
| | RD 03/15 PD 04/01/17CUSIP  74529JNL5 | | | | $.00 |
| 04/17/2017 | 5819 SHRS | FIRST PUERTO RICO | TAX EXEMPT TARGET FDII INC COM CASH DIV | | $176.90 |
| | RD 03/31 PD 04/16/17CUSIP  33611M103 | | | | $.00 |
| 04/17/2017 | 14460 SHRS | FIRST PUERTO RICO | TAX EXEMPT TARGET  MAT FD IV INC COM | | $396.20 |
| | CASH DIV | ISIN#PR33611N1011 | RD 03/31 PD 04/16/17 | | $.00 |
| | CUSIP  33611N101 | | | | $.00 |
| 04/17/2017 | 2149 SHRS | FIRST PUERTO RICO | TAX EXEMPT TARGET  MAT FD V COM | | $37.61 |
| | CASH DIV | RD 03/31 PD 04/16/17CUSIP  33611R102 | | | $.00 |
| 04/17/2017 | 4526 SHRS | FIRST PUERTO RICO | TAX ADVANTAGED  TARGET MAT FD I INC | | $162.94 |
| | COM | ISIN#PR33612G1050 | RD 03/31 PD 04/16/17 | | $.00 |
| | CUSIP  33612G105 | | | | $.00 |
| 04/17/2017 | 4526 SHRS | FIRST PUERTO RICO | TAX ADVANTAGED  TARGET MAT FD I INC | | $1.36 |
| | COM | ISIN#PR33612G1050 | RD 03/31 PD 04/16/17 | | $.00 |
| | CUSIP  33612G105 | | | | $.00 |
| 04/17/2017 | 4526 SHRS | FIRST PUERTO RICO | TAX ADVANTAGED  TARGET MAT FD I INC | | $.20- |
| | COM | ISIN#PR33612G1050 | RD 03/31 PD 04/16/17 | | $.00 |
| | CUSIP  33612G105 | | | | $.00 |
| 04/17/2017 | 1437 SHRS | FIRST PUERTO RICO | AAA TARGET MAT FD IIINC COM CASH DIVID | | $43.54 |
| | ISIN#US3361261072 | RD 03/31 PD 04/16/17CUSIP  336126107 | | | $.00 |
| 04/17/2017 | 1437 SHRS | FIRST PUERTO RICO | AAA TARGET MAT FD IIINC COM CASH DIVID | | $2.01 |
| | ISIN#US3361261072 | RD 03/31 PD 04/16/17CUSIP  336126107 | | | $.00 |
| 04/17/2017 | 1437 SHRS | FIRST PUERTO RICO | AAA TARGET MAT FD IIINC COM CASH DIVID | | $.30- |
| | ISIN#US3361261072 | RD 03/31 PD 04/16/17CUSIP  336126107 | | | $.00 |
| | CONTINUED ON NEXT PAGE | | | | |

(Detach Here)

931-1
1014



# Pershing®

➤ A BNY MELLON COMPANY℠
One Pershing Plaza, Jersey City, NJ 07399
Pershing LLC, member FINRA, NYSE, SIPC

SANTANDER SECURITIES LLC
B7 TABONUCO STREET, SUITE 1800
GUAYNABO, PUERTO RICO 00968-3028

PEDRO A MIRO          57 0120
NATIVIDAD GARCIA DE MIRO TEN COM
COND LA ALBORADA
2201 CARR 14 APT 11501
COTO LAUREL PR  00780-2320



| | |
|---|---|
| Page: | 2 of 2 |
| Account Number: | 7CC-160931-1 |
| Amount Paid: | $2,022.65 |
| Issuing Bank Acct: | 0425561014 |

---

## *PAYMENT SUMMARY*

CHECK NUMBER: 0005377739
CHECK DATE: 04/19/2017

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/17/2017 | 3621 SHRS    FIRST PUERTO RICO   TAX ADVANTAGED COM          RD 03/31 PD 04/16/17 CUSIP   336128103 | TARGET MAT FD II INC | $116.60<br>$.00 |
| 04/17/2017 | 3621 SHRS    FIRST PUERTO RICO   TAX ADVANTAGED COM          RD 03/31 PD 04/16/17 CUSIP   336128103 | TARGET MAT FD II INC | $2.53<br>$.00 |
| 04/17/2017 | 3621 SHRS    FIRST PUERTO RICO   TAX ADVANTAGED COM          RD 03/31 PD 04/16/17 CUSIP   336128103 | TARGET MAT FD II INC | $.38-<br>$.00 |
| 04/17/2017 | FIRST PUERTO RICO   AAA FIXED INCOME   INC CL A CUSIP   33613P203 | RD 03/31 PD 04/17/17 | $15.29<br>$.00 |
| 04/17/2017 | FIRST PUERTO RICO   AAA FIXED INCOME   INC CL A RD 03/31 PD 04/17/17 CUSIP   33613P203 | 15% PR TAX W/H | $2.29-<br>$.00 |
| | NET AMOUNT | | $2,022.65 |

**Pershing**®

A BNY MELLON COMPANY℠

Pershing Plaza, Jersey City, NJ 07399
LLC, member FINRA, NYSE, SIPC

SANTANDER SECURITIES LLC
B7 TABONUCO STREET, SUITE 1800
GUAYNABO, PUERTO RICO 00968-3028

7CC-160931-1
042556101?

Account Number:
Issuing Bank Acct:

CHECK DATE | CHECK NUMBER

04/19/2017 | 0005377739

VALID FOR 180 DAYS

$*****2,022.65

Brian T. Sleo

AUTHORIZED SIGNATURE

TWO THOUSAND TWENTY TWO DOLLARS 65 CENTS

PEDRO A MIRO
NATIVIDAD GARCIA DE MIRO TEN COM
COND LA ALBORADA
2201 CARR 14 APT 11501
COTO LAUREL, PR 00780-2320

CITIBANK
PUERTO RICO

⑆000537773⑈ ⑈021502040⑆ 042556101?

PAYMENT SUMMARY



**Pershing LLC**
One Pershing Plaza, Jersey City, NJ 07399

SANTANDER SECURITIES LLC
B7 TABONUCO STREET, SUITE 1800
GUAYNABO, PUERTO RICO 00968-3028

**Paid To:** PEDRO A MIRO

05392136
**Date:** 11/24/17
**Account No:** 7CC-160931-1

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/24/17 | AS PER YOUR REQUEST | $21,468.62 |

NET AMOUNT : $21,468.62

DATE   DESCRIPTION
11/24/17   AS PER YOUR REQUES

**Pershing**®
> A BNY MELLON COMPANY™

One Pershing Plaza, Jersey City, NJ 07399
Pershing LLC, member FINRA, NYSE, SIPC

SANTANDER SECURITIES LLC
B7 TABONUCO STREET, SUITE 1800
GUAYNABO, PUERTO RICO 00968-3028

101-204/215

| Account Number: | 7CC-160931-1 |
| Issuing Bank Acct: | 0425561014 |

| CHECK DATE | CHECK NUMBER |
| --- | --- |
| 11/20/2017 | 0005391908 |

**PAY...THREE HUNDRED FIFTY TWO DOLLARS 14 CENTS**

**VALID FOR 180 DAYS**

$*******352.14

TO THE ORDER OF:

PEDRO A MIRO
NATIVIDAD GARCIA DE MIRO TEN COM
COND LA ALBORADA
2201 CARR 14 APT 11501
COTO LAUREL, PR 00780-2320

CITIBANK
PUERTO RICO

_Lisa Delly_
**AUTHORIZED SIGNATURE**

⑆000 539 1908⑆ ⑈0 2150 2040⑈ 0425561014

---

**Pershing**®
> A BNY MELLON COMPANY™

One Pershing Plaza, Jersey City, NJ 07399
Pershing LLC, member FINRA, NYSE, SIPC

SANTANDER SECURITIES LLC
B7 TABONUCO STREET, SUITE 1800
GUAYNABO, PUERTO RICO 00968-3028

05392136

101-204
215

Account No: 7CC-160931-1

CITIBANK
PUERTO RICO

Date: 11/24/17

*****TWENTY-ONE THOUSAND FOUR HUNDRED SIXTY-EIGHT AND 62/100 DOLLARS*****

EXACTLY
$****21,468.62

**VOID AFTER 180 DAYS**
Two Signatures Required For
Amounts Over $250,000

**PAY TO THE ORDER OF**

PEDRO A MIRO
NATIVIDAD GARCIA DE MIRO TEN COM
COND LA ALBORADA
2201 CARR 14 APT 11501
COTO LAUREL PR 00780-2320

_Brian T Stea_
Authorized Representative

Authorized Representative

⑆05392136⑆ ⑈0 2150 2040⑈ ⑆0425561014⑆

---

Pershing LLC
One Pershing Plaza, Jersey City, NJ 07399

SANTANDER SECURITIES LLC
B7 TABONUCO STREET, SUITE 1800
GUAYNABO, PUERTO RICO 00968-3028

05392136
Date: 11/24/17
Account No: 7CC-160931-1

Paid To: PEDRO A MIRO

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 11/24/17 | AS PER YOUR REQUEST | $21,468.62 |
| | NET AMOUNT : | $21,468.62 |

E

→ Santander : $ 538, 880.22 → Mayo 2013
      $ 540,000 .      → Junio 213 2013

Pedro A. Miro' - # cuenta - 7CC 160931
      Cusip - 336 128 103   33611 M 103

— Natividad Garcia Miro-
      Cusip- 0 33611 N101,
            336 12 G 105
      Federal identification - 132741729

Pedro A. Miro + Natividad Garcia

      Cusip - Cusip - 33612 103

S. Juan Rodriguez
      + 1 347 817 - 4158   - N.Y.



UNITED STATES POSTAL SERVICE

PRESS FIRMLY TO SEAL

PRIORITY MAIL
POSTAGE REQUIRED

**US POSTAGE PAID**

**$7.75**

Origin: 00780
10/21/20
4231500780-02

PRIORITY MAIL 3-DAY®

0 Lb 10.70 Oz

1006

EXPECTED DELIVERY DAY: 10/26/20

B097

SHIP
TO:
PO BOX 4850
New York NY 10163-4850

USPS TRACKING® NUMBER



9505 5104 1507 0295 5760 66

FROM:

Dr. Pedro A. Miró Sotomayor
2201 Carr. 14
Cond. Alborada Apt. 11501
Coto Laurel, PR 00780-2320

RECEIVED

OCT 26 2020

PRIME CLERK

TO: PRIME CLERK LLC
GRAND CENTRAL STATION
P.O. BOX 4850
NEW YORK, N.Y. 10163-4850

RECEIVED

OCT 26 2020

PRIME CLERK

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES
POSTAL SERVICE®

Pedro A. Miro Sotomayor
Banco Santander Securities
Bonos Cofina
Cuenta: 7CC - 160931