# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*<br><br>Deudores | PROMESA (TITLE III)<br><br>NO. 17 BK 3283 (LTS)<br><br>(Administrado conjuntamente) |

### CONTESTACIÓN A DUCENTÉSIMA QUINCUAGÉSIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES SATISFECHAS

**A LA ATENCIÓN** de su señoría, Juez del Tribunal de Distrito de los Estados Unidos, Laura Taylor Swain:

1. Que el pasado 11 de septiembre de 2020 se radicó la Ducentésima Quincuagésima Objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico a reclamaciones satisfechas.

2. Que el 13 de marzo de 2018, realicé mi reclamación y la misma constituyó la reclamación número 2528 y fue por la cantidad de $1,719.00.

3. Que al presente, dicha reclamación fue satisfecha y por ende doy por concluida mi intervención en el presente caso.

4. No obstante, de surgir alguna otra reclamación que pueda afectar mis intereses, solicito la misma me sea notificada a mi nueva dirección postal, la cual es: 1607 Paseo La Colonia, Urb. Vista Alegre, Ponce, Puerto Rico, 00717-2311.

No habiendo radicado ninguna otra solicitud en el presente caso, solicito respetuosamente que se tome conocimiento de lo anteriormente expresado, se de por satisfecha mi reclamación y se registre mi nueva dirección postal.

**RESPETUOSAMENTE SOMETIDO.**

Certifico haber notificado la presente moción a Hermann D. Bauer mediante correo regular y a su correo electrónico.

*Sheila Garrastegui Maldonado*
Sheila Garrastegui Maldonado