# EXHIBIT A-1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors. | PROMESA (TITLE III)<br><br>No. 17 BK 3283 (LTS)<br><br>(Jointly Administered) |

### RESPONSE TO THE TWO HUNDRED FIFTIETH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO SATISFIED CLAIMS

**YOUR HONOR**, Laura Taylor Swain, Judge of the United States District Court:

1. On September 11, 2020, the Two Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims was filed.

2. On March 13, 2018, I filed my claim, which became claim number 2528, for $1,719.00.

3. As of today, said claim was satisfied and therefore I hereby conclude my intervention in this case.

4. Nevertheless, should any other claim arise that might affect my interests, I hereby ask that it be notified to my new postal address, which is: 1607 Paseo La Colina, Urb. Vista Alegre, Ponce, Puerto Rico, 00717-2311

Without any further requests filed in the case at hand, I hereby respectfully ask that note of the above be made, that my claim be deemed as satisfied, and that my new postal address be registered.

**RESPECTFULLY SUBMITTED.**

I hereby attest to having notified this motion to Hermann D. Bauer via both regular mail as well as email.

*Sheila Garrastegui Maldonado*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, PHILLIP BERRYMAN, ATA-certified Spanish-English #432118, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 2528 - Mailing Response

Signed this 12th day of November 2020

Phillip Berryman

