# **EXHIBIT A**

**Schedule of Eighth ADR Designated Claims**

# Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| BURGOS MALDONADO, CLAUDIO | 6531 | c | Litigation Claims | KAC-2013-0030; KLCE-2013-01109 | Initial Transfer |
| COLON ARROYO, ANA | 9658 | c | Litigation Claims | KPE-2005-0608 | Initial Transfer |
| CLEMENTE TAPIA, MARGARITA | 9837 | c | Litigation Claims | KAC-2005-5021 | Initial Transfer |
| CARBO FERNANDEZ, AMARILLYS | 32016 | a | Litigation Claims | AQ-16-0955 | Initial Transfer |
| CHACON RODRIGUEZ, MAYRA | 42306 | a | Litigation Claims | 2016-05-1340 | Initial Transfer |
| CHACON RODRIGUEZ, MAYRA I. | 42309 | a | Litigation Claims | 2016-05-1340 | Initial Transfer |
| CANDELARIO ORTIZ, ALBA L. | 45925 | a | Litigation Claims | KAC-2009-0809 | Initial Transfer |
| COLON LOZADA, EMILY | 78824 | a | Litigation Claims | KAC-2009-0809 | Initial Transfer |
| CARRERAS AMADEO, CHRISTINE | 107065 | b | Litigation Claims | AQ-16-0930 | Initial Transfer |
| PEREZ VALDIVIESO, LUCAS AND JORGE L. | 168187 | d | Litigation Claims | KEF-2002-0814 | Initial Transfer |
| TORRES MERCADO, GUMERSINDA | 121466 | a | Litigation Claims | KEF-2011-0022 | Initial Transfer |

---

[1] For Claim Amount Ranges, please refer to the Claims Amount Key at the end of Exhibit A.

| **Claim Amount Key** |
| --- |
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |