# EXHIBIT 1

3997

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | This filing relates to the<br>Commonwealth, HTA, and<br>ERS. |
| Debtors.[1] | |

## CLAIMANT RESPONSE TO ONE HUNDRED SEVENTY-FIRST OMNIBUS OBJECTION

**Instructions**

1.  You should fill out and file this response form only if your claim relates to current or former employment with the government of Puerto Rico, or if your claim relates to a pending or closed legal action. If your claim does not arise from current or former employment with the government of Puerto Rico, or if your claim does not relate to a pending or closed legal action, your response must be filed in accordance with the procedures detailed in pages 3-4 of the Notice accompanying the One Hundred Seventy-First Omnibus Objection.

2.  Please file a separate response form for each proof of claim to which the Debtors have objected. Do not file a single response form addressing more than one claim.

3.  Please answer all questions and any applicable sub-questions.

4.  Please include as much detail as possible in your responses.

    a.  **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim.

   b. If available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing; and
- Any and all documentation you believe supports your claim.

5. If you do not have a copy of your claim, you may download a copy by visiting Prime Clerk's



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

_____
_____          N|A

Please attach a copy of any other documentation or other evidence in support of your claim.

4.  What is the amount of your claim (how much money do you claim to be owed):
    100,000.00
    _____

5.  **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
    ☒  No.  *Please continue to Question 6.*
    ☐  Yes.  **Answer Questions 5(a)-(d).**

5(a). Identify the specific agency or department where you were or are employed:
    N|A
    _____

5(b). Identify the dates of your employment related to your claim:
    N|A
    _____

5(c). Last four digits of your social security number: _____

5(d). What is the nature of your employment claims (select all applicable):
    ☐  Pension
    ☐  Unpaid Wages
    ☐  Sick Days
    ☐  Union Grievance
    ☐  Vacation
    ☐  Other (Provide as much detail as possible.  Attach additional pages if necessary).
    N|A
    _____

6.  **Legal Action.** Does your claim relate to a pending or closed legal action?
    ☒  No.
    ☐  Yes.  **Answer Questions 6(a)-(f).**

6(a). Identify the department or agency that is a party to the action.
    N|A
    _____

6(b). Identify the name and address of the court or agency where the action is pending:

3

Certified to be a correct and true translation from the source text in Spanish to the target language English.
9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

6(c).  Case number: __17 BK 3283-LTS_____

6(d).  Title, Caption, or Name of Case: _____
_____PROMESA TITLE III_____

6(e).  Status of the case (pending, on appeal, or concluded): __Pending_____

6(f).  Do you have an unpaid judgment? Yes  /  No  (Circle one)

      If yes, what is the date and amount of the judgment? ____No_____

<u>PLEASE SIGN YOUR RESPONSE BELOW</u>

_____
Signature

_____
MARIA C. Romero
Printed Name

_____
4/3/20
Date

4

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**MARIA C ROMERO QUINONES**

P O Box 6415

Bayamon PR 00960-5415

*Email: milkaliza@gmail.com*

Tel. (787) 459-1036 / (787) 579-4565

| | |
|---|---|
| Financial Oversight and Management Board For P.R. et. Al. **Debtors** In re Motion of March 6, 2020 | **Promesa** Title III No. 17 BK3238 LTS **Re:** Commonwealth, HTA, and ERS |

Dear Sirs:

I received a document on April 4 of this year, in which the Financial Oversight Board made its statement in support of not paying or not accepting the claims of practically all the persons registered in this case, against the Government of Puerto Rico and registered with Prime Clerk and in the District Court of the United States of America.

I would like to make a statement in relation to this as I do not agree because it is very easy to damage, harm, make mistakes or cause horrors against the common citizen and then say "oops," sorry, or it's nothing.

Certainly, a person files a claim because he suffered damages not just because he feels like it, and does so with a legal basis and often with even Damages and Harm that are not apparent at first sight, this does not bother anyone in the legal aspect because I have seen that the laws work like a parrot because of what someone else wrote or said a century ago.

It is very easy to say your request is not admissible because the Board's job is to excuse the atrocities that are committed in the government against the citizens and against which many do not know how to defend themselves.

For my part I ask the Honorable Court of Justice not to grant your request and DENY IT since the government, which handles a lot of money from all sides, must be held accountable for its actions.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

In addition, granting the motion would be to the detriment of the justice represented by the Honorable Court and --------- in favor of the abuses of power that use legal mechanisms to get their way every time.

According to the document, the deadline for this reply is April 7, 2020. I contacted Prime Clerk and was informed that everything was being held up because of the Coronavirus.

Enclosed is a copy of the documents sent previously and a copy of the e-mails that reflect that the evidence was sent, I hope that this will help you continue working on it, so that a fair decision is made for everyone.

I hope you will be considerate in your decisions so that all parties benefit from something positive and the government can compensate for the damages. "Happy Medium"

And for the record, I **DO NOT WAIVE** any rights to be compensated for such negligence and malpractice by government representatives.

For the record, I sign this document today, April 7, 2020, in Loiza PR,

Maria C. Romero Quiñones
4212

2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Maria C Romero Quinones
P O Box 6415
Bayamon PR 00960
Tel.  787 459 1036
Email: milkaliza@gmail.com



United States District Court
for the District of Puerto Rico

**Commonwealth of Puerto Rico**
Claims  Processing Center c/o Prime Clerk LLC
Grand Central Station
P O Box 4708 New York NY 10163-4708



**Commonwealth of Puerto Rico**
Claims Processing Center c/o Prime Clerk LLC
850 Third Avenue Suite 412
Brooklyn NY 11232   USA

**PROMESA TITLE III**
**Related to Case # 17 BK 3283-LTS**

**Party to the action:**
Financial Oversight and Management Board for P.R.
**As Representative of**
The Commonwealth of Puerto Rico.

1

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Maria C Romero Quiñones
P O Box 6415
Bayamon PR 00960-5415
Tel. 787 459 1036
Email. milkaliza@gmail.com

Dear Sirs:

Today, March 5, 2018, I received a document which I am very happy about and showed me that GOD is present in everything when the time is right.

**Let me explain:**

**Case:**     Commonwealth of Puerto Rico
              Federal Tax ID # 3481 Case 17 BK 3283 of
              May 3, 2017.

I have to begin by saying that in 1992 I made the decision to divorce after 17 years of modern-day slavery in my marriage, for various reasons including drinking, drugs, homosexuality, racial prejudice, etc.

You have to go to the courts of this country and what happened is that I came out as the villain, because I did not go along with all that. The truth is, in short, I had two children with my ex. One stayed with him and the other with me. To make a long story short, after some time as a typical family in Puerto Rico, the children were supposedly better off with him than with me because they had money and I was only a teacher.

RESULTS  ONE IS DEAD AND THE OTHER MANAGED TO SAVE HIMSELF AND NOW HE IS QUITE
         THE PROFESSIONAL.

GUILTY   THE SYSTEM WHERE THEY DON'T CARE OR LISTEN TO THE TRUTH; THEY ARE
         ONLY INTERESTED IN HAVING WORK AND MAKING NOISE.

2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Maria C Romero Quiñones**
**P O Box 6415**
**Bayamon PR 00960**
**Tel. 787 459 1036**
**Email: milkaliza@gmail.com**

After my divorce and several years I met a person and had a daughter, as a result of the previous situation of my divorce the father of my daughter joined with my ex and at the age of 7 they also left my daughter with the father just because I said I didn't like him because he was lazy, a mommy's boy and because of the precedent created in the Court in my divorce, my not being as happy as the father of my children, and not being rich.

Thank GOD I always remained close to my daughter, I even had to pay child support in both cases, but in the case of my daughter the father was remorseful and today I am friends with him and his current wife. And my daughter is working and studying.

Apart from this in relation to my daughter, the following happened:

Her father is in the military and went to live in Virginia at Fort Eustis. He asked me for permission to take the girl out with her grandmother as well and I authorized it with conditions; I used to travel to visit them there.

In her school my daughter was appointed to a program that the U.S. Government had at that time with President Obama. The program is called People to People, and she was going to be an ambassador representing the United States and Puerto Rico. Since we could not afford the costs because she had to go as 7 countries to represent, I made a request to several members of the Senate in Puerto Rico.

I never received a reply or correspondence, but one day 4 or 5 years later I got a document from the Senate where they had approved some money from different agencies, but they never reported it, someone who is already paying with other cronies who are still at large had taken the money, and as a result my daughter was never able to go to the representation.

3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Maria C Romero Quñones
P O Box 6415
Bayamon PR 00960
Tel.  787 459 1036
Email: milkaliza@gmail.com**

Months later I helped her father buy a house in Puerto Rico, since he asked for a transfer from Virginia to here so that the girl would be with me, my daughter has an accident in a golf cart, and breaks the bones in her right arm, to all this I filed a lawsuit because it was for a sewer that was on the road, and the only one who was responsible was the municipality and through their insurance we are still in court since 2011 because they only want to pay 5,000. If you consider this, it is unheard of that the future of a person who wanted to belong to the United States Army Air Force would be worth 5,000 dollars. And she still suffers from severe pain in her arm because she has 4 titanium plates with 24 screws in her left arm. She was hospitalized for more than 7 days in the Medical Center in PR and I sat in a chair for 24 hours and that is what we are worth for our government.

It should be noted that if these people had handed over that allocated money my daughter would have gone on the trip and I with her and we would have avoided the accident.

As a result of these negligent acts of government representatives and the wrong decision of a few, all the suffering I have gone through because of my son's early death, nothing can replace him, but when this opportunity comes, I want and must express myself.

**PART TWO THE DIVORCE                    DIVISION OF PROPERTY**

Caguas Court

After 14 years of paying lawyers, fines, etc. the last judge determined that the opposing party won.

4

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Maria C Romero Quiñones**
**P O Box 6415**
**Bayamon PR 00960**
**Tel. 787 459 1036**
**Email: milkaliza@gmail.com**

**Let me explain:**

There were about 8 judges, among them a sister of the lawyer of the other party and the last judge who was a colleague of my lawyers.

The judge in that case, the last one, I ran into, supposedly by chance, in the park where I exercise. The only ones who knew I was going there were my lawyers, San Juan's Central Park. She approached me, apparently she knew who I was, possibly she was looking for an offer, but I am very upright in my affairs, and that is one of my problems in this country. She asked me what my name was, she told me that she was a judge, that she had been assigned to a case that had been taking some time. I answered that I had a case there for more than 12 years. She told me that it was the same case and not to it would not be inhibited [TN: *unclear*].

I indicated to her that I did not know who she was, that this was her problem. She was riding in a red Toyota Solara convertible with a cream top. She indicated to me that she had two properties that were in bad shape that she didn't have the means to pay for and that she would rent one out for less than what she was paying on her mortgage. I remained silent.

A week later I had a hearing and she was the judge. After several hearings I understood that she had sold out because she did not look at my face, apart from the fact that with only two questions she determined that the other party won, in addition to the fact that they hid the case from me for two weeks, my lawyers did not inform me of the results. I had to investigate and I made a written appeal which was rejected because the judges were friends of the opposing party's lawyer.

Years later, in 2013 specifically, I looked up my lawyer's name on the internet and guess what, she was appointed judge in Ponce PR. My other lawyer had his license taken away, the judge was forced to recuse himself and the opposing lawyers resigned, according to them a perfect crime.

5

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Maria C Romero Quiñones**
**P O Box 6415**
**Bayamon PR 00960**
**Tel.  787 459 1036**
**Email.  milkaliza@gmail.com**

PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY (HTA)

Federal Tax ID # 3808 Case 17 BK 3567 of May 21, 2017.

This case is simple, I work day and night on the road and I have not killed myself because I possibly had to write this document. The roads in this country are not properly maintained, so I work to maintain the old cars I use because the holes everywhere are so big.

The bills when I take a car to Pep Boys that I normally get service are from 500 to almost 4,000 every time because of the holes.

**"PREPA" Puerto Rico Electric Power Authority**

**Federal Tax ID # 3747 Case 17 BK 4780 of July 2, 2017.**

**Who hasn't had an encounter with this agency, mine was spectacular.**

**Let me tell you:**

**I live alone, I work night and day to support myself, leaving my house early and returning at 10 or 12 at night every day except Sundays, which are for GOD and for me. Since 2005 I asked this agency to change my meter because an electrician had already informed me that it was overloaded, and […]**

6

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Maria C Romero Quiñones**
**P O Box 6415 Bayamon PR 00960**
**Tel. 787 459 1036**
**Email: milkaliza@gmail.com**

**PREPA continued**

[…]they always ignored my requests. One day the bills started coming in
for $500 and $600 and more, and I stopped paying them after a few
months. They disconnected the service because the bill came in at
$6,000 and more. I called and they told me they wouldn't make a
payment plan that I had to pay them in full. Since I ended up cooped
up in my house and couldn't get out, I called the ombudsman. The
consumer protection agency did its job very well, I have to say, and
it was the only one that agreed to make a payment plan, they called me
and indicated that I had to make 3,500 of deposit and a payment plan
where for one year I would pay almost 500 a month without consuming
that amount, this for someone that lives alone and is never in the
house, besides the fact that the clothes dryer is gas, etc. Then I am
informed by a neighbor who also went to claim that PREPA charges by
the size of the house in this area, can you imagine? Really cute.

Part two is like this.

It's the appliances, because every time they turn off for no reason
and the appliances are damaged. I have lost computers, ovens,
refrigerator, etc. When I complain, they say that the power didn't go
out that day.

Because they are the ones who investigate themselves.

The only good thing I can say is that after I paid off the debt, they
changed the meter, closed the account and opened a new one.

You can see the changes in the receipts I enclosed.

_____

**Maria C. Romero Quiñones, M.B.A.**          6

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Maria C Romero Quiñones**
**P O Box 6415**
**Bayamon PR 00960**
**Tel.  787 459 1036**
**Email:  milkaliza@gmail.com**

PROOFS

1. CASE OF CAGUAS WHERE EVEN AN EXPERT MADE A REPORT AND A NEGOTIATION HAD
   ALREADY BEEN AGREED UPON BUT GREED WAS MORE POWERFUL THAN ETHICS.

   A. SENATE DOCUMENT REGARDING MY DAUGHTER AND THE PEOPLE TO PEOPLE
      REPRESENTATION AND THE APPROVED MONEY THAT NEVER ARRIVED.

   B. COPY OF THE CURRENT LAWSUIT DOCUMENT THAT THE MAYOR OF DORADO
      DOES NOT WANT TO PAY

2. INVOICES AND LETTERS FROM THE PREPA SHOWING CLEAR PROOF OF THEIR BAD
   FAITH AND BAD PRACTICE TOWARDS CONSUMERS.

Finally, if you want more true stories you can contact me because living on
this island is a challenge. The ones who can't take it move away, and those
who stay die.

Through my work I travel all over the island and know all the sorrows,
especially of the elderly and young people.

7

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

This is my account number in case you believe I deserve some compensation for
so much suffering and abuse in my own country.

SCOTIA BANK DE PR
SHOPPING CENTER BRANCH LOS COLOBOS
LOTE IN 65 INF.
CAROLINA PR


International Transfer

JIPPY Morgan Chase   [sic]

ABA 021 0000 21

SWIFT CHSUS33

For Credit Account Scotia Bank

SWISS    NOSCPR22

ACC REDACTED 8975

Checking account   Maria C Romero Quiñones

Account   REDACTED2 305

Transit 85035

Route 021 502 804

8

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

NEW YORK
NY 100
14 APR '18

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

$ 000.35

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR**
**PROOF OF CLAIM.**

Date Filed: 3/22/2018
Proof of Claim No.: 3997

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Maria C Romero Quinones
PO Box 6415
Bayamon, PR 00960

-541515

Received

4/18/18

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Handwritten:] In this case we were forced to desist, and they reimbursed the $5,000 in expenses that I had had. (They reflected this as an agreement, but it was not an agreement.)

4/6/20

I am enclosing the proof

The reason: according to the second lawyer the complaint was incorrectly submitted. My daughter was left with broken bones, plates in her arm, etc. and she is the daughter of a veteran.

[signature]

COMMONWEALTH OF PUERTO RICO

16TH Legislative Assembly                              1st Ordinary Session

SENATE OF PUERTO RICO
Joint Resolution of the Senate 113
May 4, 2009

Presented by *Rivera Schatz, Arango Vinent* and *Martínez Maldonado; Raschke Martínez* and *Soto Villanueva*

*Referred to the Finance Committee*

# JOINT RESOLUTION

To allocate the amount of one thousand fifty (1,050) dollars, of the funds appropriated in Joint
      Resolution No. 672 of May 6, 2004, to be used as broken down in Section 1 of this Joint
      Resolution; and to authorize the matching of the reallocated funds.

BE IT RESOLVED BY THE LEGISLATIVE ASSEMBLY OF PUERTO RICO:

1          Section l. One thousand fifty (1,050) dollars of the funds
2           appropriated in Joint Resolution
3          No. 672 of May 6, 2004 is allocated for use as follows:
4          a.   Purchase of wheelchair for Lisandra
5               Corcino Cuevas                                                          550.00

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

12727

| Vendor ID | | Name | | Payment Number | | Check Date | | Document Number | |
|---|---|---|---|---|---|---|---|---|---|
| 000MA3956S | | TATIANA ROSADO ROMERO | | PYMT00032693 | | 11/14/2018 | | 12727 | |
| Our Voucher Number | Date | | Description | | Amount | Amount Paid | Withholding | | Net Amount Paid |
| PO201901367 | 10/25/2018 | | Payment order ddp2014- | | $5,000.00 | $5,000.00 | $0.00 | | $5,000.00 |

| | | | | | $5,000.00 | $5,000.00 | $0.00 | | $5,000.00 |

HARLAND CLARKE - CCP

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

2

| 1 | Total | $1,050.00 |

2   Section 2. Funds allocated through this Joint Resolution may be matched with private,

3   federal, state or municipal funds.

4   Section 3. Beneficiaries receiving these legislative contributions must comply with the

5   requirements set forth in Act No. 179 of August 16, 2002.

6   Section 4. This Joint Resolution shall become effective immediately after its

7   approval.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Municipal Government of Dorado

PO Box 588
Dorado, PR 00646

**PAYER'S SHEET**

DATE   11/15/18

TO: _Tatiana Rosado_

| Check No. | Amount | Invoice Number |
|-----------|--------|----------------|
| 12727 | $ 5,000.00 | PO 201901367 |
| | | Judgment payment |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

COMMENTS:

| RECEIVED BY | OFFICIAL PAYER |
|-------------|----------------|
| "Dorado where life is beautiful" | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

4/6/2018          Gmail - Electronic Proof of Claim - 170328300543748 between Prime Clerk and Maria C Romero Quinones is Signed and Filed!

 Gmail                                      Maria Romero <milkaliza@gmail.com>

## Electronic Proof of Claim - 170328300543748 between Prime Clerk and Maria C Romero Quinones is Signed and Filed!

1 message

**Prime Clerk** <echosign@echosign.com>                        Fri, Mar 23, 2018 at 6:15 PM
Reply-To: Puerto Rico Claims <prclaims@primeclerk.com>
To: Maria C Romero Quinones <milkaliza@gmail.com>, Puerto Rico Claims
<prclaims@primeclerk.com>

## Prime Clerk



Electronic Proof of Claim -
170328300543748
between Prime Clerk and
Maria C Romero
Quinones is Signed and
Filed!

From: Puerto Rico Claims (Prime Clerk)
To: Maria C Romero Quinones and Puerto Rico
Claims

Attached is a final copy of **Electronic Proof of
Claim - 170328300543748.**

Copies have been automatically sent to all
parties to the agreement.

You can view the document in your Adobe Sign
account.

Why use Adobe Sign:

- Exchange, Sign, and File Any
  Document. In Seconds!
- Set-up Reminders. Instantly Share
  Copies with Others.
- See All of Your Documents, Anytime,
  Anywhere.

https://mail.google.com/mail/u/0/?ui=2&ik=02c114858b&jsver=HcM5jMu2nSY.en.&view=pt&search=inbox&type=1629b01f4c641d00&th=1625525697bd7b3a&sir

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

4/8/2018          Gmail - Electronic Proof of Claim - 170328300543748 between Prime Clerk and Maria C Romero Quinones is Signed and Filed!

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

Electronic Proof of Claim - 170328300543748 - signed.pdf
5761K

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

4/6/2018    Gmail - Electronic Proof of Claim between Prime Clerk and MARIA C ROMERO QUINONES is Signed and Filed!

 Gmail

**Maria Romero <milkaliza@gmail.com>**

## Electronic Proof of Claim between Prime Clerk and MARIA C ROMERO QUINONES is Signed and Filed!

1 message

**Prime Clerk** <echosign@echosign.com>                    Thu, Mar 22, 2018 at 3:01 PM
Reply-To: Puerto Rico Claims <prclaims@primeclerk.com>
To: MARIA C ROMERO QUINONES <milkaliza@gmail.com>, Puerto Rico Claims
<prclaims@primeclerk.com>

### Electronic Proof of Claim between Prime Clerk and MARIA C ROMERO QUINONES is Signed and Filed!

From: Puerto Rico Claims (Prime Clerk)
To: MARIA C ROMERO QUINONES and Puerto Rico Claims

Attached is a final copy of **Electronic Proof of Claim**.

Copies have been automatically sent to all parties to the agreement.

You can view the document in your Adobe Sign account.

Why use Adobe Sign?

- Exchange, Sign, and File Any Document. In Seconds!
- Set-up Reminders. Instantly Share Copies with Others.
- See All of Your Documents, Anytime, Anywhere.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

Electronic Proof of Claim - signed.pdf
788K

https://mail.google.com/mail/u/0/?ui=2&ik=02c114858b&jsver=HcM5jMu2nSY.en.&view=pt&search=inbox&type=1629b01f4c641d00&th=1624f4d0257f4449

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

4/6/2018                          Gmail - Electronic Proof of Claim between Prime Clerk and MARIA C ROMERO QUINONES is Signed and Filed!

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



4/6/2018                    Gmail - Electronic Proof of Claim between Prime Clerk and Maria Cristina Romero Quinones is Signed and Filed!

# M Gmail                                   Maria Romero <milkaliza@gmail.com>

## Electronic Proof of Claim between Prime Clerk and Maria Cristina Romero Quinones is Signed and Filed!
1 message

**Prime Clerk** <echosign@echosign.com>                    Thu, Mar 22, 2018 at 1:53 PM
Reply-To: Puerto Rico Claims <prclaims@primeclerk.com>
To: Maria Cristina Romero Quinones <milkaliza@gmail.com>, Puerto Rico Claims
<prclaims@primeclerk.com>

### Electronic Proof of Claim between Prime Clerk and Maria Cristina Romero Quinones is Signed and Filed!

From: Puerto Rico Claims (Prime Clerk)
To: Maria Cristina Romero Quinones and Puerto Rico Claims

Attached is a final copy of **Electronic Proof of Claim.**

Copies have been automatically sent to all parties to the agreement.

You can view the document in your Adobe Sign account.

Why use Adobe Sign:

- Exchange, Sign, and File Any Document. In Seconds!
- Set-up Reminders. Instantly Share Copies with Others.
- See All of Your Documents, Anytime, Anywhere.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

Electronic Proof of Claim - signed.pdf
790K

https://mail.google.com/mail/u/0/?ui=2&ik=02c114858b&jsver=HcM5jMu2nSY.en.&view=pt&search=inbox&type=1629b01f4c641d00&th=1624f0f844215752

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



4/6/2018              Gmail - Electronic Proof of Claim between Prime Clerk and Maria Cristina Romero Quinones is Signed and Filed!

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Certified to be a correct and true translation from the source text in Spanish to the target language English.
9/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.