# EXHIBIT 3

July 14, 2020

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767

Eddie Montalvo / Maria de L. Vazquez
Case # 17BK 03283-LTS
The Commonwealth of Puerto Rico
Claim #26492
$32,615.38

It is my understanding that they are seeking to confiscate the remainder of our original $75,000.00 investment in Bonds of the Government of Puerto Rico, which we got with our savings in order to have some measure of security during our old age. Over the years, that amount has been diluted by different financial effects that we will never fully understand. At the suggestion of UBS, part of the investment was transferred to Cofina Bonds that were funded with the sales tax that we pay every day.

To us, the amount of the original investment that we have left is very important, given our old age of 79 and 68 years old, respectively. There are many medical and care expenses that we will have to face.

We do not understand what the Omnibus Objection is that seeks to take away from me what is left of my investment. Releasing the government of PR from paying this debt at the expense of the citizens that entrusted their money to the government of PR is incomprehensible, considering that the government continues to charge us that tax through our purchases.

I must establish that I have not received any compensation for the money transferred to Cofina. Considering the millions of dollars that, according to the news, had been reserved for the debtors in whatever measure applicable, I would like to know who received compensation and who did not. I wonder if the objectors were punished and those who did not object were compensated. Or worse, whether we were discriminated against for being residents of PR.

Under current conditions, I understand not receiving the remainder of our investment immediately, but it would be fair for us to receive it through some plan to be proposed to us to that effect.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

Another question that I would appreciate an answer to is, if the government of PR is not responsible, then who is? Where do I need to go? What happened with the reserve accrued for these purposes?

Please find attached copies of our previous objection. We appreciate your consideration to this matter, so that at least we might have some favorable resolution.

Cordially,

*Eddie Montalvo*
Eddie Montalvo

*Maria de L. Vazquez*
Maria de L Vazquez

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

Prime Clerk
830 Third Ave, 9th Floor
New York, NY 10022

U.S. POSTAGE » PITNEY BOWES
ZIP 11232 $ 000.35⁰
02 4W
0000349804 JUL 13 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 5/22/2018
Proof of Claim No.: 27995

For additional information, please visit
http://cases.primeclerk.com/puertorico, or call us at **844.822.9231**.

Eddie Montalvo
1Cond San Fernando VLG
Apt 102
Carolina, PR 00987-6948

---

Prime Clerk
830 Third Ave, 9th Floor
New York, NY 10022

NEW YORK
22 JUN '18
PM 11 L

U.S. POSTAGE » PITNEY BOWES
ZIP 11232 $ 000.35⁰
02 4W
0000349804 JUN 26 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 5/22/2018
Proof of Claim No.: 18977

For additional information, please visit
http://cases.primeclerk.com/puertorico, or call us at **844.822.9231**.

EDDIE MONTALVO MONTALVO
COND SAN FERNANDO VLG
1 COND SAN FERNANDO VLG APT 102
CAROLINA, PR 00987-6948

37-694799

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

RECEIVED

MMLID: 981794

EPOC_ID: 190356600094218

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación).

| | Case No. | Petition Date |
|---|---|---|
| ☐ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | 17-bk-03283 | May 3, 2017 |
| ☑ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | 17-bk-03284 | May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | 17-bk-03567 | May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 17-bk-03566 | May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | 17-bk-04780 | July 2, 2017 |

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E – Pension Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E – Obligaciones de Pensión como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. Who is the current creditor? / ¿Quién es el acreedor actual?

   EDDIE MONTALVO MONTALVO
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410    Proof of Claim    page 1
U0503 v.01 02.15.2018

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, PHILLIP BERRYMAN, ATA-certified Spanish-English #432118, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 27995 - ECF No. 13789 - Mailing Response (1)

Signed this 12th day of November 2020

Phillip Berryman

