# EXHIBIT 4

# Exhibit C

i. **Contact Information:**
   a. **Name:** Ruth Dalia Luisa Martínez Vélez
      **Mailing Address:**
      PMB 506
      609 Ave. Tito Castro Suite 102
      Ponce, PR 007106-0200
      **Contact Numbers:** 787-651-3829 / 787-214-8742 (Husband's cell phone)
      **Email:** alberto_albertito@yahoo.com

ii. **Caption:**
   a. **Court:** United States District Court for the District of Puerto Rico
   b. **Debtors' Name:** The Commonwealth of Puerto Rico, et al.
   c. **Omnibus Objection Title:** Two Hundred Fourth Omnibus Objection
   d. **Claim Number:** 173750

iii. **Reason(s) for Opposing the Omnibus Objection**
   a. On June 27, 2018, the claimant submitted claim 105684 with the purpose of claiming the *Romerazo* salary increase. The first claim was dismissed because the amount was indeterminate. However, on April 20, 2020, she submitted a modified claim with claim number 173750, in the amount of two thousand four hundred dollars ($2,400.00). Therefore, the claimant opposes the Two Hundred Fourth Omnibus Objection, because she has already submitted the second claim with a definite amount. This proof of claim is found in case 17-03283-LTS/Doc #:13412-2.

iv. **Supporting Documentation**
   a. Certification showing the claimant's Permanent status in the education system.
   b. Report showing the claimant's job category and personal and professional information.

v. **Signature**   *Ruth Dalia Luisa Martínez Vélez*

*Stamp: RECEIVED & FILED CLERK'S OFFICE JUL 10 2020 US DISTRICT COURT SAN JUAN, PR*

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | | |
|---|---|---|
| [X] Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| [ ] Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| [ ] Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| [ ] Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| [ ] Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. Who is the current creditor? / ¿Quién es el acreedor actual?

   Ruth Dalia Luisa Martínez Vélez
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

---

Modified Official Form 410      Proof of Claim      page 1

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

| 2. Has this claim been acquired from someone else? ¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | | |
|---|---|---|---|
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Ruth Dalia Luisa Martínez Vélez<br>PMB 506<br>609 Ave. Tito Castro Suite 102<br>Ponce, PR 00716-0200<br><br>alberto_albertito@yahoo.com<br><br>787-214-8742<br>Contact phone / Teléfono de contacto<br><br>alberto_albertito@yahoo.com<br>Contact email / Correo electrónico de contacto | | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br><br><br><br><br><br>Contact phone / Teléfono de contacto<br><br><br>Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed?<br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☐ No / No<br>☒ Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) 105684<br>Filed on / Presentada el 06/27/2018 _____ (MM/DD/YYYY) / (DD/MM/AAAA) | | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? _____ | | |

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☒ No / No<br>☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/). |
|---|---|
| 7. Do you supply goods and / or services to the government?<br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____ |

Modified Official Form 410        Proof of Claim        page 2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

| | | |
|---|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ 2,400 | Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>[X] No / No<br>[ ] Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br><u>Salary increase (Romerazo)</u> | |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | [X] No / No<br>[ ] Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>[ ] Motor vehicle / Vehículos<br><br>[ ] Other. Describe:<br>Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:**<br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)<br><br>**Value of property / Valor del bien:** $_____<br><br>**Amount of the claim that is secured /**<br>Importe de la reclamación que está garantizado: $_____<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :<br>$_____<br><br>**Annual Interest Rate** (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso) _____ %<br>[ ] Fixed / Fija<br>[ ] Variable / Variable | |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | [X] No / No<br>[ ] Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso<br>$_____ | |

Modified Official Form 410          Proof of Claim          page 3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | [X] No / No<br><br>[ ] Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | [X] No / No<br><br>[ ] Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.     $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

**Sign Below / Firmar a continuación**

Check the appropriate box / Marque la casilla correspondiente:

[X] I am the creditor. / Soy el acreedor.

[ ] I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

[ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

[ ] I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Signature: *Ruth Dalia Luisa Martínez Vélez*
Ruth Dalia Luisa Martínez Vélez (Apr 20, 2020)

Signature / Firma _____   Email: alberto_albertito@yahoo.com

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: Ruth | Dalia Luisa | Martínez Vélez
First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido

Title / Cargo: Spanish Teacher

Company / Compañía: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: PMB 506 | 609 Ave. Tito Castro Suite 102
Number / Número | Street / Calle

Ponce | PR | 00716-0200
City / Ciudad | State / Estado | ZIP Code / Código postal

Contact phone / Teléfono de contacto: 787-214-8742    Email / Correo electrónico: alberto_albertito@yahoo.com

Modified Official Form 410                    Proof of Claim                    page 4

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*



/Department of Education – Government of Puerto Rico/

# DEPARTMENT OF EDUCATION
Commonwealth of Puerto Rico
Assistant Secretariat of Human Resources

ATT: SRM

November 20, 2018

## CERTIFICATION

| | | |
|---|---|---|
| I hereby certify that | : | RUTH D. MARTINEZ VELEZ |
| Social Security | : | [redacted]1637 |
| Category | : | Secondary Ed. Teacher (SPANISH) |
| School District | : | PONCE II |
| Monthly Salary | : | $3,275.00 |
| Status | : | PERMANENT |

Comments

| | | |
|---|---|---|
| Works | : | Since January 22, 1986 to date |
| Ceased | : | N/A |
| Quit | : | N/A |
| Other | : | Has provided services to this Department for 32 years, 5 months, 1 week, and 2.5 days. |

/Illegible signature/
Candida R. Chico Montañez
Supervisor
Teacher File

---

P.O. BOX 198759  SAN JUAN  PUERTO RICO  00916-0759. PHONE (787) 759-2000 EXT. 2164, 2155, 4165  FAX (787) 785-5174

The Department of Education does not discriminate on the basis of race, color, sex, birth, national origin, social status, political or religious views, age, or disability with respect to its activities, educational services, and employment opportunities.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*



# Department of Education
## COMMONWEALTH OF PUERTO RICO
### Assistant Secretariat of Human Resources
### Changes Report

|  | Prior to Change | After Change |
|---|---|---|
| 1. Name of Employee | RUTH D. MARTINEZ VELEZ |  |
| 2. Social Security Number | [Redacted] - 1637 |  |
| 3. Place of Birth | PONCE |  |
| 4. Date of Birth | January 13, 1966 |  |
| 5. Sex | F |  |
| 6. Marital Status | MARRIED |  |
| 7. Education | MA 21 |  |
| 8. Experience | 32.5.1.2.0 |  |
| 9. Employee's Status | PERMANENT |  |
| 10. Gross Salary | $3,275.00 |  |
| 11. Job Number | R60639 |  |
| 12. Job Category | SEC. EDUC. TEACHER (SPANISH) |  |
| 13. Fund | STATE |  |
| 14. Account Number | E1110-221-0810000-0000-08100-2019-SCHOOLWIDE19 |  |
| 15. Effective Date | December 21, 2018  03:00 pm |  |
| 16. Action | RESIGNATION |  |
| 17. Duration |  |  |
| 18. Cause of Termination | RETIREMENT |  |
| 19. Last Day of Work | December 21, 2018  03:00 pm |  |
| 20. Last Day of Payment | December 21, 2018  03:00 pm | /Round stamp/: Payroll Division. Section D. Correspondence. RECEIVED. MAR 16, 2019 |
| 21. School Prog Grade Level |  |  |
| 24. School District | PONCE |  |
| 25. School | PONCE HIGH |  |

| 26. Mailing Address: PMB 506, 609 AVE. TITO CASTRO, PONCE, PUERTO RICO 007160200 /Illegible handwritten text/ | 26. Telephone:  (787) 651-3829 (717) 214-8742 /illegible/ husband |
|---|---|

| 27. Comments: SRM AND AEELA COMPLIES WITH THE BENEFITS OF ACT No. 160 OF DEC 24, 2013 P/GLOBAL VAC, REG. 20.0.00 (FROM 8/JANUARY/2019 08:00 AM - UNTIL 5/FEBRUARY/2019 03:00 PM) AND ENF. 000.0.00 DOES NOT APPLY BY LAW 26-2017, YEARS OF SERVICE. /Handwritten/: $3,275.00 |
|---|

| 28. Prepared by: EFRAIN CORDERO SALINAS | DATE: March 12, 2019 |
|---|---|
| 29. Verified by: EFRAIN CORDERO SALINAS | DATE: March 12, 2019 |
| 30. Approved by: MARIA M. FRANCO SOTO /superimposed signature/ Secretary of Education or Representative | DATE: March 12, 2019 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date: |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

**Modified Official Form 410 / Formulario Oficial 410 Modificado**

# Proof of Claim / Evidencia de reclamación          04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1      Identify the Claim / Identificar la reclamación

**1. Who is the current creditor?**

¿Quién es el acreedor actual?

Ruth Dalia Luisa Martinez Vélez

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor _____
Otros nombres que el acreedor usó con el deudor _____

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?  ¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No  ☐ Yes. From whom?  Sí. ¿De quién? _____ | |
| 3. Where should notices and payments to the creditor be sent?  Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)  ¿A dónde deberían enviarse las notificaciones al acreedor?  Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | Where should notices to the creditor be sent?  ¿A dónde deberían enviarse las notificaciones al acreedor?  _____ Name / Nombre  _____ _____ Number / Número  Street / Calle  _____ _____ _____ City / Ciudad  State / Estado  Z. Code / Código p...  _____ Contact phone / Teléfono de contacto  _____ Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)  ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)  Ruth Delia Luisa Martínez Vélez Name / Nombre  PMB 506  609 Ave. Tito Castro Suite 102 Number / Número  Street / Calle  Ponce, Puerto Rico 00716-0200 City / Ciudad  State / Estado  ZIP Code / Código postal  787-651-3029 Contact phone / Teléfono de contacto  alberto_alberdito@yahoo.com Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed?  ¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No  ☐ Yes. Claim number on court claims registry (if known)  Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____  Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?  ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No  ☐ Yes. Who made the earlier filing?  Sí. ¿Quién hizo la reclamación anterior? _____ | |

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?  ¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☒ No / No  ☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)  Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/.)  _____ |
| 7. Do you supply goods and / or services to the government?  ¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No  ☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:  Vendor / Contract Number | Número de proveedor / contrato: _____  List any amounts due after the Petition Date (listed above) but before June 30, 2017:  Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____ |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

| | | |
|---|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ __Indeterminate__ | Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>_____Romerazo_____1985-1990_____ | |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☐ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>Value of property / Valor del bien: $_____<br><br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $_____<br><br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso: $_____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso) ____ %<br>☐ Fixed / Fija<br>☐ Variable / Variable | |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un | ☑ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.  $_____ |

**Part 3 / Parte 3:**

Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  27 / June / 2018  _(MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma: _Ruth Dalia Luisa Martz Vel_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _____ First name / Primer nombre _____ Middle name / Segundo nombre _____ Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____ Number / Número _____ Street / Calle

_____ City / Ciudad _____ State / Estado _____ ZIP Code / Código postal

Contact phone / Teléfono de contacto _____ Email / Correo electrónico _____

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, PHILLIP BERRYMAN, ATA-certified Spanish-English #432118, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 105684 - ECF No. 13643 - Mailing Response

Signed this 12th day of November 2020

*[signature: Phillip Berryman]*

Phillip Berryman

