# EXHIBIT 5

## Exhibit C

i.  **Contact Information:**

    a.  **Name:** Ruth Dalia Luisa Martínez Vélez

    **Mailing Address:**

    PMB 506

    609 Ave. Tito Castro Suite 102

    Ponce, PR 007106-0200

    **Contact Numbers:** 787-651-3829 / 787-214-8742 (Husband's cell phone)

    **Email:** alberto_albertito@yahoo.com

ii.  **Caption:**

    a.  **Court:** United States District Court for the District of Puerto Rico

    b.  **Debtors' Name:** The Commonwealth of Puerto Rico, et al.

    c.  **Omnibus Objection Title:** Two Hundred Fourth Omnibus Objection

    d.  **Claim Number:** 173749

iii.  **Reason(s) for Opposing the Omnibus Objection**

    a.  On June 27, 2018, the claimant submitted claim 103437 with the purpose of claiming the daily incentive for the courses taken toward the postgraduate Certificate in Linguistics Applied to Spanish. The first claim was dismissed because the amount was indeterminate. However, on April 20, 2020, she submitted a modified claim with claim number 173749, in the amount of four thousand dollars ($4,000.00). Therefore, the claimant opposes the Two Hundred Fourth Omnibus Objection, because she has already submitted a definite amount. This proof of claim is found in case 17-03283-LTS/Doc #:13412-2.

iv.  **Supporting Documentation**

    a.  Evidence of April 5, 2009 – For Spanish and Special Education Teachers of the Department of Education: "Opportunity to Earn the Certificate in Linguistics Applied to the Study of Spanish as a Mother Tongue."

    b.  News report from Primera Hora, dated Thursday, September 9, 2010, titled: "Teachers Did Not Receive Bonus."

    c.  Evidence of the Postgraduate Certificate in Linguistics Applied to Spanish.

    d.  Certification showing the claimant's Permanent status in the education system.

    e.  Report showing the claimant's job category and personal and professional information.

v.  **Signature**

    Ruth Dalia Luisa Martínez Vélez

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| [X] Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| [ ] Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| [ ] Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| [ ] Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| [ ] Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

Ruth Dalia Luisa Martínez Vélez

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

| | | | |
|---|---|---|---|
| 2. | Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | |

| | | | |
|---|---|---|---|
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Ruth Dalia Luisa Martínez Vélez<br>PMB 506<br>609 Ave. Tito Castro Suite 102<br>Ponce, PR 00716-0200<br><br>alberto_albertito@yahoo.com<br><br>787-214-8742<br>Contact phone / Teléfono de contacto<br>alberto_albertito@yahoo.com<br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br><br><br><br><br>Contact phone / Teléfono de contacto<br><br>Contact email / Correo electrónico de contacto |

| | | | |
|---|---|---|---|
| 4. | Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☐ No / No<br>☒ Yes. Claim number on court claims registry (if known) 103437<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)<br>Filed on / Presentada el 06/27/2018 _____ (MM /DD/YYYY) / (DD/MM/AAAA) | |

| | | | |
|---|---|---|---|
| 5. | Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? _____ | |

---

**Part 2 / Parte 2:**  **Give Information About the Claim as of the Petition Date**

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | | |
|---|---|---|
| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/.)<br><br>Department of Education |

| | | |
|---|---|---|
| 7. | Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |

Modified Official Form 410

**Proof of Claim**

page 2

Certified to be a correct and true translation from the source text in Spanish to the target language English.
12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118
By Targem Translations Inc.

| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ 4,000 | . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☒ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
|---|---|---|

| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br><u>Missed stipend payments – Professional Development – Applied Linguistics Certification</u> |
|---|---|

| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:**<br><br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>**Value of property / Valor del bien:** $_____<br><br>**Amount of the claim that is secured /**<br>Importe de la reclamación que está garantizado: $_____<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :<br><br>$_____<br><br>**Annual Interest Rate** (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |
|---|---|

| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso<br>$_____ |
|---|---|

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
|---|---|

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received     $_____ by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |
|---|---|

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

**Signature:** *Ruth Dalia Luisa Martínez Vélez*
Ruth Dalia Luisa Martínez Vélez (Apr 20, 2020)

Signature / Firma

**Email:** alberto_albertito@yahoo.com

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

| Name | Ruth | Dalia Luisa | Martínez Vélez |
|---|---|---|---|
| | First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido |

| Title / Cargo | Spanish Teacher | |
|---|---|---|

Company / Compañía _____

Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

| Address / Dirección | PMB 506 | 609 Ave. Tito Castro Suite 102 |
|---|---|---|
| | Number / Número | Street / Calle |

| Ponce | | PR | 00716-0200 |
|---|---|---|---|
| City / Ciudad | | State / Estado | ZIP Code / Código postal |

Contact phone / Teléfono de contacto 787-214-8742    Email / Correo electrónico alberto_albertito@yahoo.com

Modified Official Form 410      Proof of Claim      page 4

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:13647-2 Filed:07/16/20 Entered:07/16/20 10:55:56 Desc:
Exhibit 5 Page 7 of 18

↩ Reply  ↩ Reply All  → Forward  ⬓ Archive  🗑 Delete  ⚑ Set Flag …

**Memorandum - Summer 2009 Certificate in Linguistics**

 **Certificate in Linguistics <claelm@yahoo.com>**
05/12/2009 8:15 a.m.

To: Ruth Dalia Luisa martinez Vélez; Andrea Martínez de Jesús; Ángel Tanco Gallardez; Arizbelia Rodríguez Moulier; Karen Cruz Lebrón; Freddie Natal Medina; Carmen Morales Nieves; Corali Jiménez...

📄 memo
3.69 MB

### SPANISH and SPECIAL EDUCATION TEACHERS
### OF THE DEPARTMENT OF EDUCATION

### OPPORTUNITY TO EARN THE CERTIFICATE IN LINGUISTICS APPLIED TO THE STUDY OF SPANISH AS A MOTHER TONGUE

The Institute for Teacher Professional Development (Instituto para el Desarrollo Profesional del Maestro – InDePM), attached to the Undersecretariat for Academic Affairs of the Department of Education (DE), through the Division of Continuing Education and Professional Studies (División de Educación Continua y Estudios Profesionales – DECEP) of the University of Puerto Rico, will be offering the academic certificate *LINGUISTICS APPLIED TO SPANISH* to **K-12 Spanish teachers, special education teachers, Spanish supervisors, and school principals**. In order to earn this certificate, the teacher must take 18 graduate level credits, which correspond to six pre-selected core courses. These courses will be offered by the professors of the Linguistics Graduate Program of the School of Humanities in the Rio Piedras Campus of the University of Puerto Rico, from January 2009 to December 2010. During the semester, the courses will be offered on Saturdays, but during the summer, they will be offered Monday through Friday. The various courses will be offered from 9:00 am to 12:00 pm, and from 1:00 pm to 4:00 pm, depending on resources availability. **The DE shall pay for tuition costs**, which include: the cost of the course, instruction materials, a bonus for each course (provided it is completed), and the academic certificate to be earned at the end of the courses.

Each course consists of three graduate-level college credits, and it will be graded. The grade will appear in the school transcript. Participants will be officially registered in the University of Puerto Rico. Each selected participant commits to being available during the time that the certification process lasts (from January 2009 to December 2010), attending during the appropriate schedule, and completing the tasks and homework required by the graduate courses. *We still have 40 (forty) spots available to begin during the Summer of 2009*. You will need to meet the following requirements:

- Provide two official school transcripts
- Fill out the electronic application found in the Campus' Graduate Studies webpage, http://graduados.uprrp.edu/
- Fill out the Certificate's Internal Application
- It is essential that you include an electronic mail address, since all communications will be via email.

Through this Certificate, the participants will have the opportunity to update their knowledge of Spanish, learn various application tools at each level of language, and enrich their academic background to solve language specific issues applied to situations that arise in the classroom, among other objectives.

We recognize the importance of improving language instruction in our education system. Likewise, we understand that this certificate will be of great benefit for the participants and will have a great impact in the teaching and learning process to achieve excellence in education.

Applicants must demonstrate that they are highly qualified. If you meet the DE requirements described below, and wish to participate, you may fill out the application (Attachment 1) and send it via fax to 787-773-1751, or via email to claelm@yahoo.com. If you have any questions, please contact our office staff at 764-0000 (ext. 2730) or via email at claelm@yahoo.com.

Case:17-03283-LTS Doc#:13648-1 Filed:07/10/20 Entered:07/10/20 16:55:56 Desc: Exhibit 5 Page 8 of 13

/Blank page/

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*



# Teachers Did Not Receive Bonus



**Thursday, September 9, 2010**

In January 2009, almost 100 teachers of the Department of Education took on a new adventure by accepting the challenge of earning a postgraduate certificate in Linguistics Applied to the Study of Spanish as a Mother Tongue, at the UPR in the Rio Piedras Campus.

This certification is paid for with Title II funds, through InDemP, which is headed by Lemuel Pérez Arvelo.

In the call for participation of December 17, 2008, they indicated that the certificate consisted of 18 graduate-level credits, and that upon completion of each course, we would receive a bonus.

Our commitment consisted in being available from January 2009 through December 2010, and we have complied, but we have yet to receive our bonus.

Lemuel Pérez Arvelo has not authorized the payment of the bonus, as informed by his office, because it required perfect attendance, as in the workshops; and there is no budget available at the moment.

The first reason given was not part of the 2008 call and was never discussed during the negotiations of the proposal with the UPR.

The second reason is unlikely, since the proposal presented to the UPR established not only the budget for the tuition, but also for materials and stipend per teacher.

We have made multiple attempts to talk about it with Pérez Arvelo, but  /text cut off/

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:364841 Filed:07/10/20 Entered:07/13/20 10:55:56 Desc: Exhibit Page 8 of 13

/Blank page/



/Department of Education – Government of Puerto Rico/

## DEPARTMENT OF EDUCATION
### Commonwealth of Puerto Rico
#### Assistant Secretariat of Human Resources

ATT: SRM

November 20, 2018

# CERTIFICATION

| | | |
|---|---|---|
| I hereby certify that | : | RUTH D. MARTINEZ VELEZ |
| Social Security | : | [redacted]1637 |
| Category | : | Secondary Ed. Teacher (SPANISH) |
| School District | : | PONCE II |
| Monthly Salary | : | $3,275.00 |
| Status | : | PERMANENT |

Comments

| | | |
|---|---|---|
| Works | : | Since January 22, 1986 to date |
| Ceased | : | N/A |
| Quit | : | N/A |
| Other | : | Has provided services to this Department for 32 years, 5 months, 1 week, and 2.5 days. |

/Illegible signature/
Candida R. Chico Montañez
Supervisor
Teacher File

P.O. BOX 198759  SAN JUAN  PUERTO RICO  00916-0759. PHONE (787) 759-2000 EXT. 2164, 2155, 4165  FAX (787) 785-5174

The Department of Education does not discriminate on the basis of race, color, sex, birth, national origin, social status, political or religious views, age, or disability with respect to its activities, educational services, and employment opportunities.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*



Department of Education
# COMMONWEALTH OF PUERTO RICO
Assistant Secretariat of Human Resources
Changes Report

| | Prior to Change | After Change |
|---|---|---|
| 1. Name of Employee | RUTH D. MARTINEZ VELEZ | |
| 2. Social Security Number | [Redacted] - 1637 | |
| 3. Place of Birth | PONCE | |
| 4. Date of Birth | January 13, 1966 | |
| 5. Sex | F | |
| 6. Marital Status | MARRIED | |
| 7. Education | MA 21 | |
| 8. Experience | 32.5.1.2.0 | |
| 9. Employee's Status | PERMANENT | |
| 10. Gross Salary | $3,275.00 | |
| 11. Job Number | R60639 | |
| 12. Job Category | SEC. EDUC. TEACHER (SPANISH) | |
| 13. Fund | STATE | |
| 14. Account Number | E1110-221-0810000-0000-08100-2019-SCHOOLWIDE19 | |
| 15. Effective Date | December 21, 2018  03:00 pm | |
| 16. Action | RESIGNATION | |
| 17. Duration | | |
| 18. Cause of Termination | RETIREMENT | |
| 19. Last Day of Work | December 21, 2018  03:00 pm | |
| 20. Last Day of Payment | December 21, 2018  03:00 pm | /Round stamp/: Payroll Division. Section D. Correspondence. RECEIVED. MAR 16, 2019 |
| 21. School Prog Grade Level | | |
| 24. School District | PONCE | |
| 25. School | PONCE HIGH | |

| 26. Mailing Address: PMB 506, 609 AVE. TITO CASTRO, PONCE, PUERTO RICO 007160200 /Illegible handwritten text/ | 26. Telephone:  (787) 651-3829 (717) 214-8742 /illegible/ husband |
|---|---|

27. Comments: SRM AND AEELA COMPLIES WITH THE BENEFITS OF ACT No. 160 OF DEC 24, 2013 P/GLOBAL VAC, REG. 20.0.00 (FROM 8/JANUARY/2019 08:00 AM - UNTIL 5/FEBRUARY/2019 03:00 PM) AND ENF. 000.0.00 DOES NOT APPLY BY LAW 26-2017, YEARS OF SERVICE.
/Handwritten/: $3,275.00

| 28. Prepared by: EFRAIN CORDERO SALINAS | DATE: March 12, 2019 |
|---|---|
| 29. Verified by: EFRAIN CORDERO SALINAS | DATE: March 12, 2019 |
| 30. Approved by: MARIA M. FRANCO SOTO /superimposed signature/ | DATE: March 12, 2019 |
| Secretary of Education or Representative | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

THE BOARD OF TRUSTEES
OF THE

# University of Puerto Rico

RÍO PIEDRAS CAMPUS
HEREBY CONFERS UPON

## Ruth Dalia Martínez Vélez

## Postgraduate Certificate in Linguistics Applied to Spanish

FOR COMPLETING THE COURSE OF STUDY REQUIRED. IN WITNESS WHEREOF, THE AUTHORIZED UNIVERSITY OFFICERS SIGNED THIS TITLE, GRANTED IN RÍO PIEDRAS, PUERTO RICO, ON THE TWENTY-EIGTH DAY OF JANUARY OF TWO THOUSAND ELEVEN.



/Illegible signature/
PRESIDENT

/Illegible signature/
CHAIR OF THE BOARD OF
TRUSTEES

/Illegible signature/
DEAN



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

/Blank Page/

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

¿Quién es el acreedor actual?

Ruth Delic Luisa Martínez Vélez

Name of the current creditor (the person or entity to be paid for this claim)
Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

| 2. | Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>  Sí. ¿De quién? _____ | |
|---|---|---|---|

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>_____<br>Name / Nombre<br><br>_____<br>Number / Número    Street / Calle<br><br>_____<br>City / Ciudad  State / Estado  Zip Code / Código postal<br><br>_____<br>Contact phone / Teléfono de contacto<br><br>_____<br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>Ruth Delia Luisa Martinez Vélez<br>Name / Nombre<br>PMB 506<br>609 Ave. Tito Castro Suide 102<br>Number / Número    Street / Calle<br>Ponce        Puerto Rico    00716-0205<br>City / Ciudad  State / Estado  ZIP Code / Código postal<br>787-651-3829<br>Contact phone / Teléfono de contacto<br>alberto_alberdido@yahoo.com<br>Contact email / Correo electrónico de contacto |

| 4. | Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes.  Claim number on court claims registry (if known) _____<br>    Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____<br>    Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |

| 5. | Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing? _____<br>    Sí. ¿Quién hizo la reclamación anterior?_____ |

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☒ No / No<br>☐ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>    Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>_____ |

| 7. | Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

<table>
<tr><td>8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación?</td><td colspan="2">Indeterminate ____ . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br><br>☒ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).</td></tr>
<tr><td>9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación?</td><td colspan="2">Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúna los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>One of them Certification in Applied Linguistics<br>Stipend – Professional Development (various)</td></tr>
<tr><td>10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial?</td><td colspan="2">☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br>_____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>Value of property / Valor del bien: $_____<br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $_____<br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable</td></tr>
<tr><td>11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un</td><td colspan="2">☒ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____</td></tr>
</table>

**12.** Is this claim subject to a right of setoff?

¿La reclamación está sujeta a un derecho de compensación?

☒ No / No

☐ Yes. Identify the property /
Sí. Identifique el bien: _____

**13.** Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☒ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.    $ _____

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

---

**Part 3 / Parte 3:**

Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  27 / June / 2018  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma: _Ruth Dilia Luisa Mtz Vel_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name  _Ruth Delia Luisa Martinez Vélez_
       First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo  Teacher

Company / Compañía  _N/A_

Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  _PMB JD6_
                     _609 Ave. Tito Castro Suite 102_
                     Number / Número    Street / Calle

                     _Ponce_                _Puerto Rico_        _00716-0200_
                     City / Ciudad          State / Estado       ZIP Code / Código postal

Contact phone / Teléfono de contacto _787-651-3825_ Email / Correo electrónico _alberto_albertito@_
_yahoo.com_

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:13484-1 Filed:07/10/20 Entered:07/13/20 16:55:56 Desc: Exhibit Page 1 of 18

/Page is largely illegible, but it appears to be the same document that appears in page 5 of file "Claim No. 103437 - Claim Response"/

/Page is largely illegible, but it appears to be the same document that appears in page 6 of file "Claim No. 103437 - Claim Response"/



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, PHILLIP BERRYMAN, ATA-certified Spanish-English #432118, acting as translator at TARGEM
Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street,
Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has
been translated to the best of my knowledge.

Original Document Name: Claim No. 103437 - ECF No. 13646 - Mailing Response

Signed this 12th day of November 2020

Phillip Berryman

