# EXHIBIT 7

Exhibit C

*RECEIVED & FILED CLERK'S OFFICE JUL 10 2020 US DISTRICT COURT SAN JUAN, PR*

i. **Contact Information:**
   a. **Name:** Ruth Dalia Luisa Martínez Vélez
   **Mailing Address:**
   PMB 506
   609 Ave. Tito Castro Suite 102
   Ponce, PR 007106-0200
   **Contact Numbers:** 787-651-3829 / 787-214-8742 (Husband's cell phone)
   **Email:** alberto_albertito@yahoo.com

ii. **Caption:**
   a. **Court:** United States District Court for the District of Puerto Rico
   b. **Debtors' Name:** The Commonwealth of Puerto Rico, et al.
   c. **Omnibus Objection Title:** Two Hundred Fourth Omnibus Objection
   d. **Claim Number:** 173751

iii. **Reason(s) for Opposing the Omnibus Objection**
   a. On May 29, 2018, the claimant submitted claim 40721 with the purpose of having the monthly payment corresponding to her teacher's retirement pension guaranteed. The first claim was dismissed. However, the claimant persists in that claim, with the updated amount of $2,375.52 per month. Therefore, she opposes the Two Hundred Fourth Omnibus Objection, because that is a right guaranteed to her as a retired teacher. This proof of claim is found in case 17-03283-LTS/Doc #:13412-2.

iv. **Supporting Documentation**
   a. Paystub showing the updated monthly pension payment in the amount of $ 2,375.52

v. **Signature**

*Ruth Dalia Luisa Martínez Vélez*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☒ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1    Identify the Claim / Identificar la reclamación

1. **Who is the current creditor?**

   ¿Quién es el acreedor actual?

   **Ruth Dalia Luisa Martínez Vélez**
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor _____
   Otros nombres que el acreedor usó con el deudor _____

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

| | | | |
|---|---|---|---|
| 2. | Has this claim been acquired from someone else?  ¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No  ☐ Yes. From whom?  Sí. ¿De quién? _____ | |
| 3. | Where should notices and payments to the creditor be sent?  Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)  ¿A dónde deberían enviarse las notificaciones al acreedor?  Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | Where should notices to the creditor be sent?  ¿A dónde deberían enviarse las notificaciones al acreedor?  Ruth Dalia Luisa Martínez Vélez  PMB 506  609 Ave. Tito Castro Suite 102  Ponce, PR 00716-0200  alberto_albertito@yahoo.com  787-214-8742  Contact phone / Teléfono de contacto  alberto_albertito@yahoo.com  Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)  ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)  Contact phone / Teléfono de contacto  Contact email / Correo electrónico de contacto |
| 4. | Does this claim amend one already filed?  ¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☐ No / No  ☒ Yes. Claim number on court claims registry (if known) 40721  Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) 40721  Filed on / Presentada el 05/29/2018 (MM/DD/YYYY) / (DD/MM/AAAA) | |
| 5. | Do you know if anyone else has filed a proof of claim for this claim?  ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No  ☐ Yes. Who made the earlier filing?  Sí. ¿Quién hizo la reclamación anterior? _____ | |

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | | |
|---|---|---|
| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?  ¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No  ☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)  Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).  Retirement System – Department of Education |
| 7. | Do you supply goods and / or services to the government?  ¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No  ☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:  Vendor / Contract Number | Número de proveedor / contrato: _____  List any amounts due after the Petition Date (listed above) but before June 30, 2017:  Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____ |

Modified Official Form 410      Proof of Claim      page 2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

| | | |
|---|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ 2,375.52 | Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br><br>[X] No / No<br>[ ] Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>__Guarantee the pensioner's monthly payment – Teacher's Retirement System__ | |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | [ ] No / No<br>[X] Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>[ ] Motor vehicle / Vehículos<br><br>[X] Other. Describe:<br>Otro. Describir: __Lien__<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales:<br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>Value of property / Valor del bien: $_____<br><br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $_____<br><br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso:<br>$_____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>[ ] Fixed / Fija<br>[ ] Variable / Variable | |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | [X] No / No<br>[ ] Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso<br>$_____ | |

Modified Official Form 410        Proof of Claim        page 3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

| | |
|---|---|
| 12. Is this claim subject to a right of setoff? / ¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☒ Yes. Identify the property / Sí. Identifique el bien: Mensualidad- retiro |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? / ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.  $ _____<br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:** Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Signature: *Ruth Dalia Luisa Martínez Vélez*
Ruth Dalia Luisa Martínez Vélez (Apr 20, 2020)

Signature / Firma _____ Email: alberto_albertito@yahoo.com

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: Ruth | Dalia Luisa | Martínez Vélez
First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido

Title / Cargo: Spanish Teacher

Company / Compañía: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: PMB 506  609 Ave. Tito Castro Suite 102
Number / Número  Street / Calle

Ponce  PR  00716-0200
City / Ciudad  State / Estado  ZIP Code / Código postal

Contact phone / Teléfono de contacto: 787-214-8742  Email / Correo electrónico: alberto_albertito@yahoo.com

Modified Official Form 410   Proof of Claim   page 4

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*



/Department of Education – Government of Puerto Rico/

# DEPARTMENT OF EDUCATION
Commonwealth of Puerto Rico
Assistant Secretariat of Human Resources

ATT: SRM

November 20, 2018

## CERTIFICATION

| | | |
|---|---|---|
| I hereby certify that | : | RUTH D. MARTINEZ VELEZ |
| Social Security | : | [redacted]1637 |
| Category | : | Secondary Ed. Teacher (SPANISH) |
| School District | : | PONCE II |
| Monthly Salary | : | $3,275.00 |
| Status | : | PERMANENT |

Comments

| | | |
|---|---|---|
| Works | : | Since January 22, 1986 to date |
| Ceased | : | N/A |
| Quit | : | N/A |
| Other | : | Has provided services to this Department for 32 years, 5 months, 1 week, and 2.5 days. |

/Illegible signature/
Candida R. Chico Montañez
Supervisor
Teacher File

---

P.O. BOX 198759  SAN JUAN  PUERTO RICO  00916-0759. PHONE (787) 759-2000 EXT. 2164, 2155, 4165  FAX (787) 785-5174

The Department of Education does not discriminate on the basis of race, color, sex, birth, national origin, social status, political or religious views, age, or disability with respect to its activities, educational services, and employment opportunities.



Department of Education
COMMONWEALTH OF PUERTO RICO

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

## Assistant Secretariat of Human Resources
## Changes Report

| | Prior to Change | After Change |
|---|---|---|
| 1. Name of Employee | RUTH D. MARTINEZ VELEZ | |
| 2. Social Security Number | [Redacted] - 1637 | |
| 3. Place of Birth | PONCE | |
| 4. Date of Birth | January 13, 1966 | |
| 5. Sex | F | |
| 6. Marital Status | MARRIED | |
| 7. Education | MA 21 | |
| 8. Experience | 32.5.1.2.0 | |
| 9. Employee's Status | PERMANENT | |
| 10. Gross Salary | $3,275.00 | |
| 11. Job Number | R60639 | |
| 12. Job Category | SEC. EDUC. TEACHER (SPANISH) | |
| 13. Fund | STATE | |
| 14. Account Number | E1110-221-0810000-0000-08100-2019-SCHOOLWIDE19 | |
| 15. Effective Date | December 21, 2018  03:00 pm | |
| 16. Action | RESIGNATION | |
| 17. Duration | | |
| 18. Cause of Termination | RETIREMENT | |
| 19. Last Day of Work | December 21, 2018  03:00 pm | |
| 20. Last Day of Payment | December 21, 2018  03:00 pm | |
| 21. School Prog Grade Level | | |
| 24. School District | PONCE | |
| 25. School | PONCE HIGH | |

/Round stamp/: Payroll Division. Section D. Correspondence. RECEIVED. MAR 16, 2019

| | |
|---|---|
| 26. Mailing Address: PMB 506, 609 AVE. TITO CASTRO, PONCE, PUERTO RICO 007160200 /Illegible handwritten text/ | 26. Telephone:  (787) 651-3829 (717) 214-8742 /illegible/ husband |

27. Comments: SRM AND AEELA COMPLIES WITH THE BENEFITS OF ACT No. 160 OF DEC 24, 2013 P/GLOBAL VAC, REG. 20.0.00 (FROM 8/JANUARY/2019 08:00 AM - UNTIL 5/FEBRUARY/2019 03:00 PM) AND ENF. 000.0.00 DOES NOT APPLY BY LAW 26-2017, YEARS OF SERVICE.

/Handwritten/: $3,275.00

28. Prepared by: EFRAIN CORDERO SALINAS          DATE: March 12, 2019

29. Verified by: EFRAIN CORDERO SALINAS          DATE: March 12, 2019

30. Approved by: MARIA M. FRANCO SOTO /superimposed signature/   DATE: March 12, 2019
Secretary of Education or Representative

/Illegible/                                              /Illegible/

| **RUTH D. MARTINEZ VELEZ** /illegible text/ | Employee #:   /largely illegible text/ Department: Place: Title: | **DATA IMP**   Federal   PR Marital Status:  Married  /illegible/ Concessions:     0 /illegible/ |
|---|---|---|
| SS: XXX-XX-1637 | Salary: | /illegible/ |

| HOURS AND INCOME | | TAXES |
|---|---|---|
| -----Current----- | -----Accrued----- | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

| Description | Salary | Hours | Income | Hours | Income | Description | Current | Accrued |
|---|---|---|---|---|---|---|---|---|
| Payment of regular wages | | | /mostly illegible text/ | | | | | |
| Payment of /illegible/ | | | | | | | | |
| Total: | | | /illegible/ | | | Total: | 0.00 | 0.00 |

| DEDUCTIONS | | | GENERAL DEDUCTIONS | | | EMPLOYER BENEFITS PAID | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | Accrued | Description | Current | Accrued | Description | Current | Accrued |
| | | | /Illegible/ | [?] | [?] | | | |
| | | | SM-First Medical Health Plan | [?] | [?] | | | |
| Total: | 0.00 | 0.00 | Total: | 256.03 | [???] | * Taxable | | |

| | GROSS TOTAL | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAYMENT |
|---|---|---|---|---|
| Current: | 1,187.76 | 0.00 | 256.03 | [??] |
| Accrued: | 22,145.98 | 0.00 | 2884.50 | 19,267.48 |

| PTO HOURS | ACCRUED | | NET PAYMENT DISTRIBUTION | |
|---|---|---|---|---|
| Initial Balance | 0.00 | | Notice # /illegible/ | 931.73 |
| + Accrued: | | | | |
| - Used: | | | | |
| - Donated: | | | | |
| + Adjustments | | | | |
| Final Balance: | 0.00 | | Total: | 931.73 |

**MESSAGE:**

**Government of Puerto Rico**  **Date**  **Notice No.**
592 – TEACHER'S RETIREMENT SYSTEM-PENS    09/27/2019    3617212

**Deposit Amount:** **$931.73**

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account No. | Deposit Amount |
| Checking | 1322011029 | $931.73 |
| Total: | | $931.73 |

TRAY 79 SQ 19957**********SCH 5-DIGIT-00716   19957 2 AV 0.383
RUTH D MARTINEZ VELEZ
PRIVATE MAIL
609 AVE TITO CASTRO STE 102 PMB 506
PONCE PR 00716-0200

# NON-NEGOTIABLE

**Government of Puerto Rico**
592 – TEACHER'S RETIREMENT SYSTEM-PENS

| Payment Group: | SM – Biweekly | Business Unit: | PUERT |
|---|---|---|---|
| From: | 03/16/2020 | Notice #: | **6840997** |
| To: | 03/31/2020 | Notice Date: | 03/30/2020 |

| **RUTH D. MARTINEZ VELEZ** | Employee #: | XXXXX1637 | **DATA IMP** | **Federal** | **PR** |
|---|---|---|---|---|---|
| PRIVATE MAIL | Department: | 592230-Yrs & Servcs Act 160/2013 | Marital Status: | Married | Married |
| 609 AVE, TITO CASTRO STE 102 | Place: | Years & Services Act 160/2013 | Concessions: | 0 | 39+99 |
| PMB 506 | Title: | Pensioner | Addtl. % | | |
| PONCE, PR 00716-0200 | Salary: | $2,375.52 Monthly | Addtl. Amt | | |
| SS: XXX-XX-1637 | | | | | |

| HOURS AND INCOME | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | -----Current----- | | -----Accrued----- | | | | |
| Description | Salary | Hours | Income | Hours | Income | Description | Current | Accrued |
| Payment of regular wages | | | 1,187.76 | 487.50 | 7,126.56 | | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total: | | 1,187.76 | 487.50 | 7,126.56 | Total: | 0.00 | 0.00 |
| **DEDUCTIONS** | | **GENERAL DEDUCTIONS** | | | **EMPLOYER BENEFITS PAID** | | |
| Description | Current Accrued | Description | Current | Accrued | Description | Current | Accrued |
| | | RM-Unlisted Srv.-Ret Tea-Never | 142.53 | 855.18 | | | |
| | | SM-First Medical Health Plan | 113.50 | 681.00 | | | |
| Total: | 0.00 0.00 | Total: | 256.03 | 1,536.18 | * Taxable | | |

| | GROSS TOTAL | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAYMENT |
|---|---|---|---|---|
| Current: | 1,187.76 | 0.00 | 256.03 | 931.73 |
| Accrued: | 7,126.56 | 0.00 | 1,536.18 | 5,590.38 |

| PTO HOURS | ACCRUED | | NET PAYMENT DISTRIBUTION | |
|---|---|---|---|---|
| Initial Balance | 0.00 | | Notice # 6840997 | 931.73 |
| + Accrued: | | | | |
| - Used: | | | | |
| - Donated: | | | | |
| + Adjustments | | | Total: | 931.73 |
| Final Balance: | 0.00 | | | |

**MESSAGE:**

| **Government of Puerto Rico** | **Date** | **Notice No.** |
|---|---|---|
| 592 – TEACHER'S RETIREMENT SYSTEM-PENS | 03/30/2020 | 6840997 |

**Deposit Amount:** $931.73

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account No. | Deposit Amount |
| Checking | 1322011029 | $931.73 |
| Total: | | $931.73 |

TRAY 80 SQ 20266****************SCH 5-DIGIT 00716    20266 2 AV 0.389
RUTH D MARTINEZ VELEZ
PRIVATE MAIL
609 AVE TITO CASTRO STE 102 PMB 506
PONCE PR 00716-0200

**NON-NEGOTIABLE**

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/LPOC-Index

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

MMLID: 313822
EPOC ID: 1703283009612

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☑ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

RECEIVED 2018 MAY 29 A 11: 29

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E -- Employee Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E -- Obligaciones de Empleados como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales**, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

### Part 1 / Parte 1  Identify the Claim / Identificar la reclamación

Who is the current creditor?
¿Quién es el acreedor actual?

MARTINEZ VELEZ, RUTH D

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

745

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor

Modified Official Form 410    Proof of Claim    17032830096129    page 1

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

2. Has this claim been acquired from someone else?
   ¿Esta reclamación se ha adquirido de otra persona?

   ☒ No / No
   ☐ Yes. From whom?
   Sí. ¿De quién? _____

3. Where should notices and payments to the creditor be sent?

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   ¿A dónde deberían enviarse las notificaciones al acreedor?

   Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

   Where should notices to the creditor be sent?
   ¿A dónde deberían enviarse las notificaciones al acreedor?

   MARTINEZ VELEZ, RUTH D
   PO BOX 6387
   PONCE, PR 00733-6387

   Contact phone / Teléfono de contacto _____

   Contact email / Correo electrónico de contacto _____

   745

   Where should payments to the creditor be sent? (if different)
   ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

   Ruth D. Martinez Vélez
   Name / Nombre

   PMB 506  609 Ave. Tito Castro
   Number / Número   Street / Calle   Suite 102

   Ponce   Puerto Rico   00716-0200
   City / Ciudad   State / Estado   ZIP Code / Código postal

   787-651-3829
   Contact phone / Teléfono de contacto

   alberto_albertito@yahoo.com
   Contact email / Correo electrónico de contacto

4. Does this claim amend one already filed?
   ¿Esta reclamación es una enmienda de otra presentada anteriormente?

   ☒ No / No
   ☐ Yes. Claim number on court claims registry (if known)
   Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
   Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

5. Do you know if anyone else has filed a proof of claim for this claim?
   ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

   ☒ No / No
   ☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior? _____

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?
   ¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

   ☐ No / No
   ☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

   _____

7. Do you supply goods and / or services to the government?
   ¿Proporciona bienes y / o servicios al gobierno?

   ☐ No / No
   ☒ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

   Vendor / Contract Number | Número de proveedor / contrato: _____

   List any amounts due after the Petition Date (listed above) but before June 30, 2017:
   Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____

Modified Official Form 410    Proof of Claim    page 2

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

| | | |
|---|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☒ Yes. Identify the property<br>Sí. Identifique el bien: __Retirement Monthly Installment__ | |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. | $_____ |

**Part 3 / Parte 3:**

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el __5/29/2018__ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma __Ruth Dalia Luisa Martiz Vel__

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name __Ruth__ __Dalia Luisa__ __Martínez Vélez__
        First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo __Teacher__

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección __PMB 506__ __609 Ave. Tito Castro Suite 102__
                    Number / Número   Street / Calle

__Ponce,__                                    __Puerto Rico__    __00716-0200__
City / Ciudad                                 State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto __787-651-3829__ Email / Correo electrónico __alberto_alberdito@yahoo.com__

Modified Official Form 410                Proof of Claim                page 4

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

| | | |
|---|---|---|
| 8. How much is the claim?<br>¿Cuál es el importe de la reclamación? | $ 2,389.00<br>Monthly | Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica. | |
| 10. Is all or part of the claim secured?<br>¿La reclamación está garantizada de manera total o parcial? | ☐ No / No<br>☒ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br><br>☒ Other. Describe:<br>Otro. Describir: Lien<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>Value of property / Valor del bien: $_____<br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $_____<br><br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la linea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)____%<br>☐ Fixed / Fija<br>☐ Variable / Variable | |
| 11. Is this claim based on a lease?<br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____ | |

Modified Official Form 410 — Proof of Claim — page 3

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*



/Government of Puerto Rico. Teachers Retirement System/

SRM-cs-179
Rev. 05/04

**GUIDANCE AND SERVICES CENTER**
**RETIREMENT SERVICES AREA**
SERVICE REQUEST FORM

SABI_____

| PARTICIPANT'S NAME AND LAST NAME | SOCIAL SECURITY | TELEPHONE NUMBERS |
|---|---|---|
| *Ruth Dalia Luisa Martinez Velez* | REDACTED | **HOME** (787) 651 -3829 |

**POSTAL ADDRESS**
*PMB 506          609 Ave. Tito Castro, Suite 102*
*Ponce          Puerto Rico          00716-0200*
**TOWN          STATE          ZIP CODE**

**WORK** ( )

**PLEASE WRITE DOWN YOUR ELECTRONIC MAIL ADDRESS:** alberto_albertito@yahoo.com
**(EMAIL)**

**CELLULAR** ( )

**MARK YOUR STATUS**
- ☒ Active Service
- ☐ Pensioner
- ☐ Beneficiary
- ☐ Inactive Service

**Reason:**_____

**PLEASE COMPLETE IF AN ACTIVE SERVICE PARTICIPANT:**

**APPROXIMATE YEARS OF SERVICE** *29 years, 1 month*

**NAME OF SCHOOL WHERE YOU WORK**
*Ponce High School*

**TYPE OF CONTRACT:** ☒ Permanent  ☐ Probation  ☐ Temporary

**SELECT THE SERVICE(S) REQUESTED**

| PENSIONER / BENEFICIARY SERVICES | ACTIVE PARTICIPANT SERVICES |
|---|---|
| ☐ **Pension certificate or stub**<br>☐ **Certification for health plan (JOINT)**<br>☐ **First pension payment claim (or status)**<br>☐ Pension calculation review<br>☐ **Claim for improper withholding and/or suspension of withholding:**<br>  ☐ **Credit Unions**  ☐ **Health Plan**<br>  ☐ **Associations**  ☐ **AEELA**<br>  ☐ **Improper Contribution (9%)**<br>☐ **Claim for:**<br>  ☐ Pension or Benefits Payment<br>  ☐ Employer Medical Contribution Not Received<br>  ☐ Medicine / Christmas Bonus<br>  ☐ **Direct Deposit Authorization Request**<br>  ☐ **Change of Address**<br>  ☐ Copy of W-2<br>  ___ **Health Plan Suspension Document**<br>  Other (specify):_____ | ☐ Contribution Balance Certification<br>☐ **List of Years of Service (RAS / Account Statement)**<br>☐ Payment Plan for:<br>  ☐ Service Not Listed (Rec Time)<br>  ☐ Payment Plan Balance<br>☐ **Years of Service (CAS) Certification**<br>☐ **SNC Status**<br>☒ **Guidance and/or procedure related to:**<br>  ☐ Retirement Request Submission<br>  ☐ Retirement Due to Disability<br>  ☐ **Guidance on Reimbursement of Contributions**<br>  ☐ **Death Guidance and Notification**<br>    (☐ participant / ☐ Beneficiary)<br>  ☐ **Documents submission and/or procedure - BXD**<br>  ☐ Time Recognition **Time Adjustment**<br>  ☐ **Update SNC Interest** / Refund Fees |

INDICATE INFORMATION RELATED TO THE SERVICE REQUESTED

____/Illegible signature/_____          _____
**Signature of Participant or Authorized Representative*          Signature of Representative or Authorized Staff

__/Illegible month/ 23 / 2018__          _____
Date (mm/dd/yy)                          Date (mm/dd/yy)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*

| 080 Department of Education – Teachers<br>Avenida Teniente Cesar Gonzalez, Esquina Calaf<br>HATO REY, PR 00919 | | Payment Group:<br>From:<br>To: | SM – Biweekly<br>04/06/2018<br>04/19/2018 | Notice #:<br>Notice Date: | 4244668<br>04/13/2018 |
|---|---|---|---|---|---|
| **RUTH D. MARTINEZ VELEZ**<br>PO BOX 6387<br>PONCE, PR 00733-6387<br><br>SS: [redacted]-1637 | Employee #:<br>Department:<br>Place:<br>Title:<br>Salary: | [redacted]1637<br>8005104 – Ponce Ponce II<br>Ponce High<br>DEPARTMENT OF EDUCATION<br>$3150.00 Monthly | **DATA IMP**<br>Marital Status:<br>Concessions:<br>Addtl. %:<br>Addtl. Amt.: | **Federal**<br>Married<br>0<br>0 | **PR**<br>Claiming no personal exemp<br><br>0 |

| HOURS AND INCOME | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | -----Current----- | | -----Accrued----- | | | | |
| Description | Salary | Hours | Income | Hours | Income | Description | Current | Accrued |
| Payment of regular wages | | | 1,575.00 | 444.00 | 11,025.00 | Fed FICA Med Hospital Ins. /EE | 22.83 | 159.86 |
| | | | | | | PR Withholding | 99.87 | 699.09 |
| *Total:* | | | 1,575.00 | 444.00 | 11,025.00 | *Total:* | 122.70 | 858.95 |

| DEDUCTIONS | | | GENERAL DEDUCTIONS | | | EMPLOYER BENEFITS PAID | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | Accrued | Description | Current | Accrued | Description | Current | Accrued |
| GPR Teacher Retirement Plan | 141.75 | 992.25 | SM-First Medical Health Plan | 21.30 | 105.30 | FSEF Disability Plan | 26.78 | 187.46 |
| | | | SC-AMER FAM LIFE ASS CO | 15.21 | 106.47 | SM-First Medical Health Plan | 0.00 | 360.00 |
| | | | SC-LIFE INS. COOPERATIVE | 30.72 | 215.04 | | | |
| | | | SC-MULTINATIONAL LIFE INS. | 36.13 | 252.91 | | | |
| | | | AS-EDUCAMOS | 7.00 | 49.00 | | | |
| | | | OS-AMPR LOCAL UNION UNAF. | 4.25 | 29.75 | | | |
| Total: | 141.75 | 992.25 | Total: | 114.61 | 758.47 | * Taxable | | |

| | GROSS TOTAL | GROSS FED. TAX | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAYMENT |
|---|---|---|---|---|---|
| Current: | 1,575.00 | 0.00 | 122.70 | 256.36 | 1,195.94 |
| Accrued: | 11,025.00 | 0.00 | 858.95 | 1,750.72 | 8,415.33 |

| Vacation | Hours | Sick Days | Hours | Comp. Time | Hours | NET PAYMENT DISTRIBUTION | |
|---|---|---|---|---|---|---|---|
| Previous Balance | 0.00 | Previous Balance | 0.00 | Previous Balance | 0.00 | Notice # 4244668 | 1,195.94 |
| + Accrued: | 0.00 | + Accrued: | 0.00 | + Accrued: | 0.00 | | |
| - Used: | 0.00 | - Used: | 0.00 | - Used: | 0.00 | | |
| Final Balance: | 0.00 | Final Balance: | 0.00 | Final Balance: | 0.00 | Total: | 1,195.94 |

**Leave balances correspond to the period of:**
**MESSAGE:**

| **Department of Education – Teachers**<br>Avenida Teniente Cesar Gonzalez,<br>Esquina Calaf<br>HATO REY, PR 00919 | Date<br>04/13/2018 | Notice No.<br>4244668 |
|---|---|---|

**Deposit Amount:** **$1,195.94**

**Into de Account of:**
        **RUTH D. MARTINEZ VELEZ**
        PO BOX 6387
        PONCE, PR 00733-6387

        Location: Ponce High

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account No. | Deposit Amount |
| Savings | XXXXXXXXXXX | 1,195.94 |
| | Total: | 1,195.94 |

# NON-NEGOTIABLE

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/NOVEMBER/2020 – PHILLIP BERRYMAN – ATA-certified Spanish-English # 432118*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, PHILLIP BERRYMAN, ATA-certified Spanish-English #432118, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 40721 - ECF No. 13649 - Mailing Response

Signed this 12th day of November 2020

*[signature: Phillip Berryman]*

Phillip Berryman

