UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]
---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

**COMES NOW**, Cantor-Katz Collateral Monitor, LLC ("Cantor-Katz"), as collateral monitor for the GDB Debt Recovery Authority, through the undersigned attorneys, and very respectfully STATES and PRAYS:

1. The undersigned attorney and the law firm of Schulte Roth & Zabel LLP have been retained by Cantor-Katz as its counsel in order to appear on their behalf in these proceedings. Consequently, pursuant to Rule 83D(a) of the Local Civil Rules for the United States District Court for the District of Puerto Rico, Rule 2090-1(a) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Puerto Rico,

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

DOC ID - 35454970.3

1

and to Rule 9010 of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170 *et seq.*, it is respectfully requested that this Honorable Court takes notice of the undersigned as counsel of record for Cantor-Katz.

2. It is further requested that his name be added to the master address list of the Clerk of the Court in the above case and that all documents served or required to be served in this case be notified to the address below:

>  **SCHULTE ROTH & ZABEL LLP**
>  901 15th St., Suite 800, NW
>  Washington, D.C. 20005
>  Electronic Mail: peter.amend@srz.com

**WHEREFORE,** Cantor-Katz respectfully requests this Honorable Court to take notice of the information stated above, and grant leave to the undersigned counsel to appear as its counsel of record in the above-captioned cases. It is further requested that the undersigned be provided notice of any pleading or order filed or entered in this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 5th day of January, 2021.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel who have filed appearances in this case.

>  **C. CONDE & ASSOC.**
>  254 San José Street, 5th Floor
>  Old San Juan, Puerto Rico 00901
>  Telephone: 787-729-2900; Facsimile: 787-729-2203
>  E-mail:condecarmen@condelaw.com
>
>  */s/Carmen D. Conde Torres*
>  Carmen D. Conde Torres, Esq.

DOC ID - 35454970.3

USDC 207312

*/s/Luisa S. Valle Castro*
Luisa S. Valle Castro, Esq.
USDC No. 215611


/S/   Peter Amend
Peter Amend (admitted pro hac vice)
SCHULTE ROTH & ZABEL LLP
901 15th St., Suite 800, NY
Washington, D.C. 20005
(202) 729-7470
peter.amend@srz.com
*Counsel for Cantor-Katz Collateral Monitor, LLC*

DOC ID - 35454970.3

3