## **EXHIBIT A**

# Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| CONSOLIDATED WASTE SERVICES | 28144 | b | Trade Claim | | Offer and Exchange[2] |
| DOM-MART CORP. | 4769 | c | Trade Claim | | Offer and Exchange |
| GONZALEZ RIVERA, SANTIAGO | 34914 | c | Trade Claim | | Offer and Exchange |
| GRUPO EFEZETA | 29780 | c | Trade Claim | | Offer and Exchange |
| RODRIGUEZ NIEVES, ORLANDO | 1966 | c | Trade Claim | | Offer and Exchange |
| SUCN LUIS RODRIGUEZ VELEZ | 13346 | c | Trade Claim | | Offer and Exchange |
| WEST CORPORATION | 82579 | d | Trade Claim | | Offer accepted in Offer and Exchange[3] |

---

[1] For Claim Amount Ranges, please refer to the Claims Amount Key at the end of this Exhibit A.

[2] "Offer and Exchange" refers to Section 2 of the ADR Procedures.

[3] With respect to each of the claims marked "Offer accepted in Offer and Exchange" in this ADR Status Notice, the parties have reached agreement on the amount of the ADR Designated Claimant's Claim. As set forth in section 7(e) of the ADR Procedures, the Debtors will file a stipulation for the Court's review and approval once such stipulation has been agreed to by the parties. Claims designated as "Resolved in Offer and Exchange" in the *Second Alternative Dispute Resolution Status Notice* [ECF No. 15028] have been redesignated as "Offer accepted in Offer and Exchange" to better reflect the current status of the claim.

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| CARLOS J. PÉREZ MOLINA, ANA FIGUEROA COLÓN, AND THE CONJUGAL PARTNERSHIP BETWEEN THEM | 83932 | f | Disability Discrimination | 13CV01638SEC | Offer and Exchange |
| Carlos Pérez-Molina, Ana Figueroa, And The Conjugal Partnership Between Them | 75638 | f | Disability Discrimination | KDP20120297 | Offer and Exchange |
| HERNANDEZ JIMENEZ, CARLOS A. | 25510 | c | Electrical Contact | ABCI201000440 | Offer and Exchange |
| HERNANDEZ VILLANUEVA, CARLOS A. | 25830 | c | Electrical Contact | ABCI201000440 | Offer and Exchange |
| HERNANDEZ VILLANUEVA, JOSE C | 46868 | c | Electrical Contact | ABCI201000440 | Offer and Exchange |
| HERNANDEZ VILLANUEVA, YESENIA | 27276 | c | Electrical Contact | ABCI201000440 | Offer and Exchange |
| Villanueva Medina, Sara | 49894 | c | Electrical Contact | ABCI201000440 | Offer and Exchange |
| Izquierdo San Miguel Law Offices | 27538 | f | Electrical Contact | 15CV2217 ADC | Offer accepted in Offer and Exchange |
| Janneffer Montalvo in representation of minor Naylef A Perez Montalvo | 167852 | f | Electrical Contact | 15CV2217 ADC | Offer accepted in Offer and Exchange |

2

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| MONTALVO DELGADO, JANNEFER | 167851 | f | Electrical Contact | 15CV2217 ADC | Offer accepted in Offer and Exchange |
| LOPEZ GARCIA, MIRNA IRIS | 25378 | e | Electrical Contact | HSCI201300593 | Offer accepted in Offer and Exchange |
| Martinez Torres, Jaime | 25838 | e | Electrical Contact | HSCI201300593 | Offer and Exchange |
| Torres Lopez, Michelle | 24925 | e | Electrical Contact | HSCI201300593 | Offer accepted in Offer and Exchange |
| Torres Martinez, Edwin Ariel | 25846 | f | Electrical Contact | HSCI201300593 | Offer accepted in Offer and Exchange |
| Yomaira Caraballo Nieves | 58229 | f | Tort Claim | Superior Court, San Sebastian Part/A2CI20160-0125 | Offer accepted in Offer and Exchange |
| Anthony José Torres Aguayo | 21798 | d | Tort Claim | Superior Court, Humacao Part/HSCI201300888 | Offer and Exchange |
| Daisy Aguayo Cuevas | 21736 | e | Tort Claim | Superior Court, Humacao Part/HSCI201300888 | Offer and Exchange |
| Erick Anthony Torres Aguayo | 27443 | d | Tort Claim | Superior Court, Humacao Part/HSCI201300888 | Offer and Exchange |

3

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| John Manuel Torres Aguayo | 25304 | d | Tort Claim | Superior Court, Humacao Part/HSCI201300888 | Offer and Exchange |
| Tanisha Michelle Torres Aguayo | 26324 | d | Tort Claim | Superior Court, Humacao Part/HSCI201300888 | Offer and Exchange |
| NORTHWEST SECURITY MANAGEMENT, INC | 28777 | f | Trade Claim | N/A | Offer accepted in Offer and Exchange |
| ANELA LLC DBA ORIGAMI SHUSHU TORRIMAR | 4428 | c | Trade Claim | N/A | Offer and Exchange |
| ON POINT TECHNOLOGY INC | 5189 | c | Trade Claim | N/A | Offer and Exchange |
| TEOFILO MOLINELLI DBA PANADERIA LA FRANCAISE | 29583 | c | Trade Claim | N/A | Offer and Exchange |
| RIVERA TORRES, YACHIRA | 49463 | c | Tort Claim | Puerto Rico Court of Appeals/KLAN201900610 | Offer and Exchange |
| MARCIAL TORRES, EDGARDO | 389 | c | Political Discrimination and Employment Claim | Superior Court, San Juan Part/KPE 2007-0780 | Offer and Exchange |
| MERCEDES RODRIGUEZ RODRIGUEZ Y OTTROS | 28503 | c | Tort Claim | Court, Bayamón Part/ DDP20100040 | Offer accepted in Offer and Exchange |
| SOCORRO TORRES, CARMEN | 167856 | d | Electrical Contact | Superior Court, Guayama Part/GDP2017-0072 | Offer accepted in Offer and Exchange |
| IZQUIERDO SAN MIGUEL LAW OFFICES | 167838 | d | Electrical Contact | Superior Court, Guayama Part/GDP2017-0072 | Offer accepted in Offer and Exchange |
| SANCHEZ RIVERA, MIGUEL ANGEL | 167853 | d | Electrical Contact | Superior Court, Guayama Part/GDP2017-0072 | Offer accepted in Offer and Exchange |
| SANCHEZ TORRES, JOSE ALBERTO | 167854 | d | Electrical Contact | Superior Court, Guayama Part/GDP2017-0072 | Offer accepted in Offer and Exchange |
| TORRES, DOMINGO DE JESUS | 42755 | d | Electrical Contact | Superior Court, Guayama Part/GDP2017-0072 | Offer accepted in Offer and Exchange |

4

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| RIVERA, ANA TERESA | 315 | f | Electrical Contact | United States District Court for the District of Puerto Rico/16-2353 (ADC) | Offer and Exchange |
| MELENDEZ, HECTOR RIVERA | 336 | f | Electrical Contact | United States District Court for the District of Puerto Rico/16-2353 (ADC) | Offer and Exchange |
| RIVERA MELENDEZ, IVAN | 341 | f | Electrical Contact | United States District Court for the District of Puerto Rico/16-2353 (ADC) | Offer and Exchange |
| MELENDEZ, RENE RIVERA | 328 | f | Electrical Contact | United States District Court for the District of Puerto Rico/16-2353 (ADC) | Offer and Exchange |
| RIVERA MELENDEZ, SAUL | 316 | f | Electrical Contact | United States District Court for the District of Puerto Rico/16-2353 (ADC) | Offer and Exchange |
| ANGEL ESTRADA, MANUEL | 11258 | e | Electrical Contact | Superior Court of Puerto Rico, Aguadilla Part/ A DR2015-0108 | Offer accepted in Offer and Exchange |
| LOPEZ, EILEEN | 11243 | e | Electrical Contact | Superior Court of Puerto Rico, Aguadilla Part/ A DR2015-0108 | Offer accepted in Offer and Exchange |
| ESTRADA LOPEZ, EMMANUEL A. | 11389 | d | Electrical Contact | Superior Court of Puerto Rico, Aguadilla Part/ A DR2015-0108 | Offer accepted in Offer and Exchange |
| SAEL, A MINOR CHILD, MANUEL ANGEL ESTRADA AND EILEEN LOPEZ, PARENTS | 15418 | d | Electrical Contact | Superior Court of Puerto Rico, Aguadilla Part/ A DR2015-0108 | Offer accepted in Offer and Exchange |
| VAZQUEZ ESMURRIA, MAGALY | 7232 | c | Litigation Claim | 2016-03-1340, AQ-12-0008 | Initial Transfer[4] |
| ROBLES GARCÍA, ELIEZER | 10535 | a | Litigation Claim | AQ-15-0223, AQ-15-0263, AQ-15-0272, AQ-18-0078, AQ-18-0097, AQ-19-0240 | Initial Transfer |
| SANTIAGO RENTA, ANAIDA M. | 11726 | a | Litigation Claim | KAC-2007-0214, KAC-2009-0809, KLAN-2015-00004, KLAN-2015-01434 | Initial Transfer |
| RODRÍGUEZ RODRÍGUEZ, CARMEN M. | 12922 | b | Litigation Claim | CU-13-003, KLRA-2015-00555 | Initial Transfer |

---

[4] Claims designated as "Initial Transfer" were transferred into the ADR Procedures, pursuant to Section 1 thereof, by the *Fourth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 14786]; the *Fifth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 15085]; the *Sixth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 15114]; the *Seventh Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 15217]; and the *Eighth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 15533]. The Debtors are currently in the process of preparing offers to the relevant claimants.

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| TORRES CORREA, GERARDO | 13108 | b | Litigation Claim | CU-13-003, KLRA-2015-00555 | Initial Transfer |
| TORRES LOPEZ, IVETTE G | 13765 | a | Litigation Claim | KAC-2007-0214, KAC-2009-0809, KLAN-2015-00004, KLAN-2015-01434, KPE-2005-0608 | Initial Transfer |
| TORRES LOPEZ, IVETTE G | 13935 | a | Litigation Claim | KAC-2007-0214, KAC-2009-0809, KLAN-2015-00004, KLAN-2015-01434, KPE-2005-0608 | Initial Transfer |
| RODRIGUEZ FARIA, MARILYN | 14149 | a | Litigation Claim | KPE-2005-0607, KAC-2009-0908, KLRA-2015-01434 | Initial Transfer |
| MENDEZ LARACUENTE, RAMON | 14449 | a | Litigation Claim | KAC-2007-0214, KAC-2009-0809, KLAN-2015-00004, KLAN-2015-01434, KPE-2005-0608 | Initial Transfer |
| SANTIAGO RENTA, ANAIDA M | 14659 | a | Litigation Claim | KLAN-2015-00004, KAC-2009-0809, KLAN-2015-01434, KAC-2007-0214 | Initial Transfer |
| SANTIAGO RENTA, ANAIDA M | 15717 | a | Litigation Claim | KAC-2007-0214, KAC-2009-0809, KLAN-2015-00004, KLAN-2015-01434, KPE-2005-0608 | Initial Transfer |
| ESCUDERO ORTIZ, JUDITH | 16070 | a | Litigation Claim | KAC-2009-0809 | Initial Transfer |
| FRANCO SOTO, MARIA | 16543 | c | Litigation Claim | 3:15-CV-02571 | Initial Transfer |
| CALDERON RIVERA, LUZ E | 16780 | a | Litigation Claim | KAC-2012-1259 | Initial Transfer |
| SANES FERRER, MARISOL | 16971 | a | Litigation Claim | KPE-2011-1581, KPE-2007-4170 | Initial Transfer |
| SANES FERRER, MARISOL | 17702 | a | Litigation Claim | KPE-2011-1581, KPE-2007-4170 | Initial Transfer |
| URBINA REYES, GLORIMAR | 18424 | c | Litigation Claim | 2014-0415 | Initial Transfer |
| MENDEZ LARACUENTE, RAMON | 18494 | a | Litigation Claim | KAC-2007-0214, KAC-2009-0809, KLAN-2015-00004, KLAN-2015-01434, KPE-2005-0608 | Initial Transfer |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| MILAGROS LUNA SANTIAGO, MARTA | 19652 | d | Litigation Claim | 2000-06-1639, KLRA-2012-00155, KLRA-2012-00156 | Initial Transfer |
| VIVIAN NEGRON RODRIGUEZ REPRESENTING GENOVEVA RIOS QUINTERO | 20771 | c | Litigation Claim | 2000-03-1325 | Initial Transfer |
| GONZALEZ OLIVERO, VIVIAN | 21218 | a | Litigation Claim | N/A | Initial Transfer |
| VAZQUEZ MELENDEZ, JOAQUIN | 22648 | a | Litigation Claim | AQ-16-0955 | Initial Transfer |
| RAMIREZ LOZANO, EVELYN | 23633 | a | Litigation Claim | KAC-2009-0809 | Initial Transfer |
| TORRES TORRES, CARLOS R. | 26309 | a | Litigation Claim | N/A | Initial Transfer |
| TORRES TORRES, CARLOS R. | 26368 | a | Litigation Claim | N/A | Initial Transfer |
| FRANCO SOTO, MARIA M. | 28633 | d | Litigation Claim | 3:15-CV-92571 | Initial Transfer |
| FERRER ALMA, CARMEN | 29224 | a | Litigation Claim | KPE-2011-1581, KPE-2007-4170 | Initial Transfer |
| MEDINA TORRES, BRENDA I. | 33866 | c | Litigation Claim | KAC-2000-5670 | Initial Transfer |
| MALDONADO MARTINEZ, VÍCTOR | 43118 | a | Litigation Claim | KAC-2000-5670 | Initial Transfer |
| RAMOS DIAZ, MILDRED ANGELITA | 43745 | c | Litigation Claim | 2013-04-1542, 2013-11-0224 | Initial Transfer |
| LOPEZ RUYOL, CARMEN MERCEDES | 46946 | c | Litigation Claim | 2013-04-1542, 2013-11-0224, KAC-1996-1381, KAC-1998-0530 | Initial Transfer |
| RIVERA AYALA, MARIA I. | 50673 | c | Litigation Claim | KAC-2005-0608 | Initial Transfer |
| MEDINA TORRES, BRENDA I. | 50704 | a | Litigation Claim | KAC-2000-5670 | Initial Transfer |

7

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| BESSOM CABANILLAS, BRENDA | 51392 | c | Litigation Claim | 2013-04-1542 | Initial Transfer |
| MELÉNDEZ NEGRÓN, MARIBEL Y. | 52082 | a | Litigation Claim | KAC-2009-0809 | Initial Transfer |
| RODRIGUEZ LUGO, LUZ C. | 52239 | a | Litigation Claim | KAC-1998-0532 | Initial Transfer |
| MARTINEZ HERNANDEZ, BLANCA I. | 54009 | a | Litigation Claim | 2013-04-1542 | Initial Transfer |
| TORRES ROSADO, JULIO | 54400 | c | Litigation Claim | SJ-2017-CV-00542 | Initial Transfer |
| ALBETORIO DIAZ, MARIA E | 55356 | a | Litigation Claim | 2014-03-0746 | Initial Transfer |
| KERCADO SANCHEZ, EDNA MARIA | 56107 | a | Litigation Claim | 2013-04-1542, 2013-11-0224 | Initial Transfer |
| MARTINEZ HERNANDEZ, BLANCA I. | 56605 | a | Litigation Claim | 2013-04-1542 | Initial Transfer |
| CINTRON, MARIA L. | 56803 | b | Litigation Claim | SJ-2019-CV-07914 | Initial Transfer |
| GONZÁLEZ MARTÍNEZ, ELISA EILEEN | 59090 | c | Litigation Claim | SJ-2017-CV-00542 | Initial Transfer |
| RAMIREZ ALAMEDA, ISRAEL | 60026 | a | Litigation Claim | 2000-06-1639 | Initial Transfer |
| RIVERA AYALA, MARIA I | 60071 | e | Litigation Claim | KAC-2005-0608 | Initial Transfer |
| ACOSTA SANTIAGO, ZUZETH ENID | 61019 | a | Litigation Claim | SJ-2019-CV-07914 | Initial Transfer |
| VILLEGAS FALU, EDNA M. | 62656 | c | Litigation Claim | KAC-1999-0669 | Initial Transfer |
| MALDONADO BLANCO, CARMEN M. | 62712 | a | Litigation Claim | 3013-04-1542 | Initial Transfer |
| MALDONADO BLANCO, CARMEN M. | 63000 | a | Litigation Claim | 2012-05-2084 | Initial Transfer |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| RUIZ, RAFAEL PARES | 63004 | c | Litigation Claim | KAC-2009-1173 | Initial Transfer |
| LUGO SUAREZ, NOE | 65667 | a | Litigation Claim | N/A | Initial Transfer |
| LUGO SANTANA, INES M | 72847 | a | Litigation Claim | KDP-2001-1441 | Initial Transfer |
| MARRERO GARCIA, MIRIAM | 73965 | a | Litigation Claim | KAC-2000-5670 | Initial Transfer |
| LEDESMA-MOULIER, ZENAIDA | 74709 | a | Litigation Claim | 2013-04-1542, 2013-11-0224 | Initial Transfer |
| MARTINEZ MENENDEZ, WILLIAM | 78037 | a | Litigation Claim | 2013-04-1542, 2013-11-0224, 2013-11-0224, 2012-05-2084 | Initial Transfer |
| AGOSTO VEGA, ANA | 78258 | b | Litigation Claim | N/A | Initial Transfer |
| COLON MALDONADO, ADELAIDA | 78327 | a | Litigation Claim | 2013-04-1542 | Initial Transfer |
| GONZALEZ RODRIGUEZ, JUANA | 79322 | c | Litigation Claim | KAC-1996-1381, KAC-2002-4604 | Initial Transfer |
| COLON MALDONADO, CARMEN G | 80160 | b | Litigation Claim | KAC-2003-4295 | Initial Transfer |
| DIAZ GONZALEZ, ILIA | 100878 | c | Litigation Claim | KAC-2001-6412 | Initial Transfer |
| COLON NEGRON, CARLOTA | 103321 | a | Litigation Claim | 2013-04-1542 | Initial Transfer |
| LABOY SANCHEZ, TERESA | 109990 | a | Litigation Claim | KAC-2003-3304 | Initial Transfer |
| FIGUEROA FIGUEROA, JOSE | 111251 | c | Litigation Claim | KAC-2001-6412 | Initial Transfer |
| DIAZ ORTIZ, LISSETTE | 123297 | a | Litigation Claim | AQ-11-0227 | Initial Transfer |
| COLON NEGRON, CARLOTA | 130316 | a | Litigation Claim | 2013-04-1542, 2013-11-0224 | Initial Transfer |

9

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| CRUZ MADERA, WALTER L. | 138231 | a | Litigation Claim | N/A | Initial Transfer |
| DIAZ CARRASQUILLO, JOSUE A. | 140259 | d | Litigation Claim | 05-4-2-1-128 | Initial Transfer |
| SANTIAGO RIVERA, MARYLIN | 290 | c | Litigation Claims | 2017-0005 | Initial Transfer |
| MUNIZ SUAREZ, JUAN B | 4981 | a | Litigation Claims | A2CI201100650 | Initial Transfer |
| TORRES FORTI, JOSE A | 9008 | a | Litigation Claims | KAC-1997-0144 | Initial Transfer |
| MENDEZ MENDEZ, MARCELINO | 14969 | a | Litigation Claims | JDP-2014-0415 | Initial Transfer |
| RODRIGUEZ FELICIANO, WILLIAM | 17370 | a | Litigation Claims | 2004-01-0796, 2004-07-0152, 2007-03-1042, 2010-09-0192 | Initial Transfer |
| LEBRON FLORES, AMANLYS | 24607 | a | Litigation Claims | KAC-1996-1381 | Initial Transfer |
| DALECCIO RODRIGUEZ, SONIA V | 24672 | a | Litigation Claims | KAC-1998-0532 | Initial Transfer |
| QUINONES MALDONADO, CARMEN D. | 24924 | c | Litigation Claims | KAC-1998-053 | Initial Transfer |
| APONTE CALDERON, ISABEL M | 25052 | a | Litigation Claims | 2016-05-1340 | Initial Transfer |
| RODRIGUEZ CHAPARRO, MARIA | 26107 | a | Litigation Claims | KAC-2009-0809 | Initial Transfer |
| RODRIGUEZ MERCADO, IVETTE | 26432 | a | Litigation Claims | KAC-2005-5021 | Initial Transfer |
| MALDONADO NEGRON, MARIANO | 29794 | a | Litigation Claims | KAC-1996-1381 | Initial Transfer |
| REYES ORTIZ, SONIA I | 32116 | a | Litigation Claims | KAC-2009-0809 | Initial Transfer |
| MELENDEZ RIVERA, IVETTE | 32686 | a | Litigation Claims | KAC-2009-0809 | Initial Transfer |

10

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| REYES ORTIZ, SONIA | 33322 | a | Litigation Claims | KAC-2009-0809 | Initial Transfer |
| RIVERA COSME, MARIA A | 33425 | a | Litigation Claims | PAC-09-9764, PAC-10-5160, PAA-10-2751, PAA-10-2931 | Initial Transfer |
| BENITEZ DELGADO, ALFREDO | 33770 | c | Litigation Claims | KAC-2007-0214 | Initial Transfer |
| SANTIAGO RODRIGUEZ, CARMEN L | 35019 | a | Litigation Claims | Unknown | Initial Transfer |
| RAMIREZ MELENDEZ, RAFAEL ANGEL | 35953 | a | Litigation Claims | EEOC 515-2020 0029, AQ-18-0122 | Initial Transfer |
| RODRIGUEZ RODRIGUEZ, SONIA | 36686 | a | Litigation Claims | 2016-05-1340, KAC-2009-0809, KLAN-2015-01434, KLRA-2017-00066 | Initial Transfer |
| BALBIN PADILLA, CYNTHIA | 38507 | a | Litigation Claims | 2016-05-1340 | Initial Transfer |
| ARRIETA ORTIZ, BELEN E | 40355 | a | Litigation Claims | Unknown | Initial Transfer |
| SANTIAGO RODRIGUEZ, SERAFIN | 47370 | a | Litigation Claims | KAC-1996-1381 | Initial Transfer |
| RODRIGUEZ VEGA, FRANCISCO JAVIER | 52040 | a | Litigation Claims | 2013-11-0224 | Initial Transfer |
| GARCIA PIÑERO, ARIANA | 54266 | a | Litigation Claims | KAC-2012-0346, AQ-16-1021 | Initial Transfer |
| PEREZ SANTIAGO, MARTHA E. | 55230 | a | Litigation Claims | CC-2006-746 | Initial Transfer |
| MERCADO VAZQUEZ, LUZ MARIA | 58543 | a | Litigation Claims | SJ-2015-CV-00200 | Initial Transfer |
| SANTIAGO CONDE, BLANCA | 61367 | a | Litigation Claims | 2016-05-1340 | Initial Transfer |
| SILVA BERNIER, JOSE V. | 70744 | a | Litigation Claims | KAC-1990-0487, KPE-2005-5021 | Initial Transfer |
| MUNOZ FRANCESCHI, IRAIDA MARGARITA | 75170 | a | Litigation Claims | 2013-04-1542, 2013-11-0224 | Initial Transfer |

11

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| MALDONADO FONTANEZ, MARITZA | 80639 | a | Litigation Claims | 2016-05-1340 | Initial Transfer |
| PEREZ SANTIAGO, MARTHA E. | 82379 | a | Litigation Claims | CC-2006-746 | Initial Transfer |
| CENTENO ALVARADO, RAFAEL | 84867 | c | Litigation Claims | KAC-1996-1381 | Initial Transfer |
| COLON MALDONADO, ADELAIDA | 86448 | a | Litigation Claims | 2013-04-1542, 2012-05-2084 | Initial Transfer |
| RODRIGUEZ VEGA, FRANCISCO JAVIER | 88534 | a | Litigation Claims | 2013-11-0224 | Initial Transfer |
| MEDINA GALINDO, RAMON | 88652 | c | Litigation Claims | KAC-1998-532, KAC-1999-669 | Initial Transfer |
| RAMIREZ MIRANDA, ROSA ESTHER | 90617 | c | Litigation Claims | KAC-1999-669, KAC-1998-532 | Initial Transfer |
| CLEMENTE ROSA, MARIA A. | 92159 | c | Litigation Claims | AQ-14-0730 | Initial Transfer |
| MERCADO, MARIA M | 93046 | c | Litigation Claims | KAC-2001-6412 | Initial Transfer |
| COLON NEGRON, CARLOTA | 93720 | a | Litigation Claims | 213-4-1542, 2013-11-0224 | Initial Transfer |
| MONTES MONSEGUR, CARMEN | 96454 | c | Litigation Claims | 199-0665, KAL-1998-0532 | Initial Transfer |
| COLON TORRES, TAMARA | 96621 | a | Litigation Claims | 89-2841 | Initial Transfer |
| MONTES MONSEGUR, MARIA I. | 97912 | c | Litigation Claims | 199-0665, KAL-1998-0532 | Initial Transfer |
| COLON NEGRON, CARLOTA | 97969 | a | Litigation Claims | 2013-04-1542, 2013-11-024 | Initial Transfer |
| RIVERA MARTINEZ, CARMEN | 101034 | a | Litigation Claims | KAC-2007-0214, KAC-2003-3604 | Initial Transfer |
| RODRIGUEZ BACHIER, NESTOR R. | 102807 | a | Litigation Claims | Unknown | Initial Transfer |

12

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| ORTIZ ORTIZ, EFRAIN | 104404 | c | Litigation Claims | Unknown | Initial Transfer |
| GARCIA TORRES, JORGE L. | 106466 | a | Litigation Claims | S1-2017-CV-0054 | Initial Transfer |
| COLON VAZQUEZ, NANCY R | 108897 | a | Litigation Claims | KDP-2005-0150 | Initial Transfer |
| SANTIAGO NARUAEZ, IVAN | 164563 | a | Litigation Claims | KAC-1998-0530 | Initial Transfer |
| ARVELO PLUMEY, ALMA M | 16161 | a | Litigation Claims | 2015-10-0388 | Initial Transfer |
| RODRIGUEZ RUIZ, ELLIOTT | 21831 | c | Trade Claim | N/A | Initial Transfer |
| PARRILLA PEREZ, ANA | 22711 | a | Litigation Claims | Unknown | Initial Transfer |
| MARCANO GARCIA, LUIS | 27812 | c | Litigation Claims | 2016-05-1340 | Initial Transfer |
| ORTIZ RIVERA, WILMA | 28763 | a | Litigation Claims | KAC-2009-0809 | Initial Transfer |
| ARES, DIANA H | 30311 | b | Litigation Claims | HSCI-2012-00843 | Initial Transfer |
| CHACON RODRIGUEZ, MAYRA | 31054 | a | Litigation Claims | 2016-05-1340 | Initial Transfer |
| CRUZ ACEVEDO, MARIBEL | 39412 | a | Litigation Claims | KAC-2009-0805 | Initial Transfer |
| MIRANDA ROSARIO, NEYSA | 40658 | a | Litigation Claims | 2002-05-139; 2004-08-0264 | Initial Transfer |
| CORDERO ROSA, CARLOS J. | 46988 | a | Litigation Claims | CA-03-061D-05-031, KLRA-2008-00189 | Initial Transfer |
| PEREZ TALAVERA, IVELISSE | 48264 | c | Litigation Claims | APE-2016-0040, KLCE-2017-01083 | Initial Transfer |

13

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| TORRES, TAMARA COLON | 49762 | a | Litigation Claims | 89-2841 | Initial Transfer |
| PINET, LISANDRA | 68476 | b | Litigation Claims | KPE-1980-1738 | Initial Transfer |
| VEGA CADAVEDO, SILVIA | 71612 | a | Litigation Claims | KAC-1998-0532 | Initial Transfer |
| PEREZ SANTIAGO, MARTHA E | 79691 | a | Litigation Claims | CC-2006-746 | Initial Transfer |
| VELEZ MARTINEZ, ELIZABETH | 84203 | a | Litigation Claims | KAC-2002-5357 | Initial Transfer |
| VEGA COTTO, CARMEN JULIA | 89999 | a | Litigation Claims | KAC-1998-0532 | Initial Transfer |
| CASASNOVAS CUEVAS, LUZ N | 93661 | a | Litigation Claims | 2011-0067 | Initial Transfer |
| BONILLA HEREDIA, AMERICO | 97385 | b | Litigation Claims | 2011-01-3083 | Initial Transfer |
| VELEZ MARTINEZ, ELIZABETH | 98792 | a | Litigation Claims | KAC-2002-5357 | Initial Transfer |
| RIVERA ALONSO, MARIA M. | 110962 | d | Litigation Claims | AQ-09-551, AQ-16-1930 | Initial Transfer |
| LOPEZ MATOS, MARIA E. | 115203 | b | Litigation Claims | KAG-2009-0809 | Initial Transfer |
| ALICEA CRUZ, ADA E | 121790 | a | Litigation Claims | KAC-2009-0809 | Initial Transfer |
| COLON CINTRON, MARIA I. | 125246 | c | Litigation Claims | 2014-03-0731 | Initial Transfer |
| ALVALLE ALVARADO, BETTY | 128935 | a | Litigation Claims | CC-1997-328 | Initial Transfer |
| ACOSTA VINCENTY, MILTON | 143112 | a | Litigation Claims | KDP-2005-0150 | Initial Transfer |

14

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| AGUIRRE FIGUEROA, EDWIN E. | 145359 | a | Litigation Claims | 2013-11-0224, 2013-04-1542, 2012-05-2084 | Initial Transfer |
| ROLDAN BURGOS, FERNANDO | 149658 | a | Litigation Claims | Unknown | Initial Transfer |
| BALBIN PADILLA, CYNTHIA | 154211 | a | Litigation Claims | 2016-05-1340 | Initial Transfer |
| BALBIN PADILLA, CYNTHIA | 154224 | a | Litigation Claims | 2016-05-1340 | Initial Transfer |
| BOCANEGRA GONZALEZ, MARISEL | 157395 | a | Litigation Claims | KAC-2009-0809 | Initial Transfer |
| ACOSTA VINCENTY, EVELYN | 161362 | a | Litigation Claims | KDP-2005-0150 | Initial Transfer |
| BENIQUEZ RIOS, MARIA DEL C | 162130 | a | Litigation Claims | 2016-05-1340, KAC-2007-0214 | Initial Transfer |
| ACOSTA VICENTY, MILTON | 162901 | a | Litigation Claims | KDP-2005-0150 | Initial Transfer |
| MORALES RAMOS, JUDYANN | 30645 | f | Tort Claim | KDP-2013-0961 | Initial Transfer |
| AMAM, A MINOR (JUDY ANN MORALES-RAMOS, PARENT) | 34510 | f | Tort Claim | KDP-2013-0961 | Initial Transfer |
| ADORNO-GONZALEZ, ANGEL | 42938 | f | Tort Claim | KDP-2013-0961 | Initial Transfer |
| DE LOS ANGELES TORRES CRUZ, MARIA | 15927 | d | Tort Claim | HSCI201600230 | Initial Transfer |
| NATHANAEL RIVERA RIVERA (MINOR) | 167857 | c | Tort Claim | DP2014-0710 | Initial Transfer |

15

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| REPRESENTED BY AMALIA QUINONES | | | | | |
| IZQUIERDO SAN MIGUEL LAW OFFICES | 167861 | b | Tort Claim | DP2014-0710 | Initial Transfer |
| SANCHEZ GOMEZ, MARIA C | 152039 | c | Tort Claim | DDP2016-0559 | Initial Transfer |
| HERNANDEZ JIMENEZ, CARLOS A. | 25510 | c | Tort Claim | ABCI2010-00440 | Initial Transfer |
| HERNANDEZ VILLANUEVA, CARLOS A. | 25830 | c | Tort Claim | ABCI2010-00440 | Initial Transfer |
| HERNANDEZ VILLANUEVA, JOSE C | 46868 | c | Tort Claim | ABCI2010-00440 | Initial Transfer |
| HERNANDEZ VILLANUEVA, YESENIA | 27276 | c | Tort Claim | ABCI2010-00440 | Initial Transfer |
| VILLANUEVA MEDINA, SARA | 49894 | c | Tort Claim | ABCI2010-00440 | Initial Transfer |
| COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO | 64089 | b | Subrogation Claim | NSCI2018-00087 | Initial Transfer |
| MELENDEZ ORTIZ, DENNIS | 26204 | f | Tort Claim | KDP2011-0831 | Initial Transfer |
| MELENDEZ RAMIREZ, LESLY ANN | 17784 | c | Tort Claim | K DP2016-1191 | Initial Transfer |

16

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| MELENDEZ RAMIREZ, XAVIER | 13259 | c | Tort Claim | K DP2016-1191 | Initial Transfer |
| Y.M.R. REPRESENTED BY HIS MOTHER QUENIA RAMIREZ RODRIGUEZ | 17785 | c | Tort Claim | K DP2016-1191 | Initial Transfer |
| RAMIREZ RODRIGUEZ, QUENIA | 17658 | d | Tort Claim | K DP2016-1191 | Initial Transfer |
| HERNANDEZ VILLANUEVA, YESENIA | 24276 | c | Tort Claim | CIDP2014-0035 | Initial Transfer |
| XAVIER A ARROYO ORTIZ Y YELIXA M | 162372 | e | Tort Claim | CDP2016-0022 | Initial Transfer |
| GOMEZ TORRES, YADIRA | 38964 | c | Tort Claim | E DP2017-0020 | Initial Transfer |
| BURGOS MALDONADO, CLAUDIO | 6531 | c | Litigation Claims | KAC-2013-0030; KLCE-2013-01109 | Initial Transfer |
| COLON ARROYO, ANA | 9658 | c | Litigation Claims | KPE-2005-0608 | Initial Transfer |
| CLEMENTE TAPIA, MARGARITA | 9837 | c | Litigation Claims | KAC-2005-5021 | Initial Transfer |
| CARBO FERNANDEZ, AMARILLYS | 32016 | a | Litigation Claims | AQ-16-0955 | Initial Transfer |
| CHACON RODRIGUEZ, MAYRA | 42306 | a | Litigation Claims | 2016-05-1340 | Initial Transfer |
| CHACON RODRIGUEZ, MAYRA I. | 42309 | a | Litigation Claims | 2016-05-1340 | Initial Transfer |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| CANDELARIO ORTIZ, ALBA L. | 45925 | a | Litigation Claims | KAC-2009-0809 | Initial Transfer |
| COLON LOZADA, EMILY | 78824 | a | Litigation Claims | KAC-2009-0809 | Initial Transfer |
| CARRERAS AMADEO, CHRISTINE | 107065 | b | Litigation Claims | AQ-16-0930 | Initial Transfer |
| PEREZ VALDIVIESO, LUCAS AND JORGE L. | 168187 | d | Litigation Claims | KEF-2002-0814 | Initial Transfer |
| TORRES MERCADO, GUMERSINDA | 121466 | a | Litigation Claims | KEF-2011-0022 | Initial Transfer |

| Claim Amount Key |
|---|
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |

18