**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Rachel O'Connor, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On December 30, 2020, at my direction and under my supervision, employees of Prime Clerk caused customized omnibus objection notices, which included the omnibus objection and hearing time for each claimant, to be served via first class mail on the Affected Claimants Service List attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: January 6, 2021

*/s/ Rachel O'Connor*
Rachel O'Connor

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 6, 2021, by Rachel O'Connor, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**Exhibit A**

# Exhibit A

Affected Claimants Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1450623 | Biblioteca y Centro de Estudios de Puerto Rico Inc | LUIS P. COSTAS ELENA, ESQ | URB SANTA MARIA 34 CALLE | ORQUIDIA | | SAN JUAN | PR | 00927 |
| 1429834 | Casiano Ayala, Pedro A | HC 2 Box 5126 | | | | Coamo | PR | 00769-9682 |
| 1479870 | Chinea Bonila, Eugenio | Urb. Pinero | Calle Alhambra #109 | | | San Juan | PR | 00917-3129 |
| 1509509 | COOPERATIVA DE A/C ORIENTAL | JUAN A SANTOS BERRIOS | CREDITOR COUNSEL | SANTOS BERRIOS LAW OFFICES LLC | PO BOX 9102 | HUMACAO | PR | 00792-9102 |
| 1509509 | COOPERATIVA DE A/C ORIENTAL | Juan A Santos Berrios, Creditor Counsel | Santos Berriors Law Offices LLC | PO Box 9102 | | Humacao | PR | 00792-9102 |
| 1509509 | COOPERATIVA DE A/C ORIENTAL | PO BOX 876 | | | | HUMACAO | PR | 00792-0876 |
| 1500533 | COOPERATIVA DE A/C ORIENTAL | SANTOS BERRIOS LAW OFFICES LLC | JUAN A SANTOS BERRIOS, CREDITOR COUNSEL | PO BOX 9102 | | HUMACAO | PR | 00792-9102 |
| 2003724 | Cooperativa de Ahorro Y Credito de Yauco | Juan A Santos Berrios, Creditor Counsel | Santos Berrios Law Offices LLC | PO BOX 9102 | | HUMACAO | PR | 00792 |
| 2004186 | Cooperativa de Ahorro y Credito de Yauco | Juan A Santos Berrios, Creditor Counsel | Santos Berrios Law Offices LLC | PO Box 9102 | | Humacao | PR | 00792-9102 |
| 1796659 | Cooperativa de Ahorro y Credito de Yauco | Juan A. Santos Berrios | PO Box 9102 | | | Humacao | PR | 00792-9102 |
| 1983732 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO | JUAN A. SANTOS BERRIOS | SANTOS BERRIOS LAW OFFICES LLC | PO BOX 9102 | | HUMACO | PR | 00792-9102 |
| 1796659 | Cooperativa de Ahorro y Credito de Yauco | PO Box 3010 | | | | Yauco | PR | 00698-3010 |
| 1986306 | Cooperativa De Ahorro Y Credito De Yauco | Santos Berrios Law Offices LLC | PO BOX 9102 | | | Humacao | PR | 00792-9102 |
| 189333 | GARRASTEGUI MALDONADO, SHEILA | 108 WEST MAIN ST JARDINES DEL CARIBE | | | | PONCE | PR | 00728 |
| 189333 | GARRASTEGUI MALDONADO, SHEILA | 17 #143 JARDINES DEL CARIBE | | | | PONCE | PR | 00728-4448 |
| 834987 | Irizarry, Carlos Cortes | Luis R. Lugo Emanuelli | PO Box 34 | | | Fajardo | PR | 00738 |
| 834987 | Irizarry, Carlos Cortes | Urb. Vistas del Convento 2 H 35, Calle 5 | | | | Fajardo | PR | 00738 |
| 1442816 | Jill Feder, Jeffrey Feder Mel Feder JT Ten | Attn: Mel Feder | 612 Woodmere Blvd | | | Woodmere | NY | 11598 |
| 1443582 | Juan A Barnes Velez, Teresa Zamora Ceide | 3380 Calle Dona Juana / URB Vista Point | | | | Ponce | PR | 00716 |
| 1596857 | JULES MARIN, LOUIS | 100 CALLE DEL MUELLE, APT. 2606 | | | | SAN JUAN | PR | 00901-2672 |
| 1580011 | Lamm, Leonard | 10401 Grosvenor Place #108 | | | | Rockville | MD | 20852 |
| 1987030 | Martinez Velez , Ruth Dalia Luisa | JMB 506 609Ave Tito Castro Suite 102 | | | | Ponce | PR | 00716 |
| 1580647 | MARTINEZ VELEZ, RUTH D. | PMB 506 609 AVE. TITO CASTRO | SUITE 102 | | | PONCE | PR | 00716-0200 |
| 1580647 | MARTINEZ VELEZ, RUTH D. | PO BOX 6387 | | | | PONCE | PR | 00733-6387 |
| 1913489 | Martinez Velez, Ruth Dalia Luisa | PMB 506 | 609 Ave. Tito Castro Suite 102 | | | Ponce | PR | 00716-0200 |
| 1131078 | MIRO SOTOMAYOR, PEDRO A. | 2201 CARR 14 APT 11501 | | | | COTO LAUREL | PR | 00780-2320 |
| 831055 | Montalvo, Eddie | 1Cond San Fernando VLG | Apt 102 | | | Carolina | PR | 00987-6948 |
| 2089082 | Ortiz Castro, Felix Luis | P.O. Box 1316 | | | | Arroyo | PR | 00714 |
| 1465158 | Power Technologies Corp. | Edilberto Berrios Perez, Esq. | Capitol Center Bldg, Suite 900 | Arterial Ave. Hostos #239 | | San Juan | PR | 00918-1400 |
| 1465158 | Power Technologies Corp. | P.O. Box 337 | | | | Caguas | PR | 00726 |
| 1462838 | Rivero Betancourt, Eduardo | HC 645 Box 8012 | | | | Trujillo Alto | PR | 00976 |
| 1436671 | Romero Quinones, Maria C | PO Box 6415 | | | | Bayamon | PR | 00960 |

# Exhibit A

Affected Claimants Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1003832 | SANTOS DIAZ, HECTOR | URB EL ROCIO | 37 CALLE LIMONCILLO | | | CAYEY | PR | 00736-4880 |