# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| AMBAC ASSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; JOSÉ B. CARRIÓN III; ANDREW G. BIGGS; CARLOS M. GARCÍA; ARTHUR J. GONZÁLEZ; JOSÉ R. GONZALEZ; ANA J. MATOSANTOS; DAVID A. SKEEL, JR.,<br><br>    Defendants. | Adv. Proc. No. 20-00068-LTS<br><br>**Re: ECF No. 57** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| |
|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; JOSÉ B. CARRIÓN III; ANDREW G. BIGGS; CARLOS M. GARCÍA; ARTHUR J. GONZÁLEZ; JOSÉ R. GONZALEZ; ANA J. MATOSANTOS; DAVID A. SKEEL, JR., <br><br>      Movants, <br><br> v. <br><br> AMBAC ASSURANCE CORPORATION, <br><br>      Respondent. |

## JOINT INFORMATIVE MOTION REGARDING ARGUMENT AT JANUARY 12, 2021 HEARING

To the Honorable United States District Judge Laura Taylor Swain:

The Financial Oversight and Management Board (the "Oversight Board" or "Movants") as representative of the Commonwealth of Puerto Rico pursuant to § 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), José B. Carrión III, Andrew G. Biggs, Carlos M. García, Arthur J. González, José R. Gonzalez, Ana J. Matosantos, and David A. Skeel Jr., as members of the Oversight Board acting in their official capacities, Ambac Assurance Corporation ("Ambac"), the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), the United States, and the Official Committee of Retired Employees of the Commonwealth of Puerto Rico ("Retiree Committee" and together with the Oversight Board, members of the Oversight Board, Ambac, AAFAF, the United States, and Retiree Committee, the "Parties") respectfully submit this joint informative motion pursuant to the Court's *Order Regarding Procedures for January 12, 2021 Hearing* [ECF No. 57] (the "Procedures Order") and respectfully state as follows:

2

1. The Parties will appear telephonically at the January 12, 2021 hearing on *Motion to Dismiss Plaintiff's complaint Pursuant to Fed. R. Civ. P. 12(b)(6)* [ECF No. 36] (the "Motion") as well as any and all objections, responses, statements, joinders, and replies to the Motion.

2. The following individuals may appear and speak on behalf of the Parties:

    a. Oversight Board: Martin Bienenstock and/or Mark Harris of Proskauer Rose LLP

    b. Ambac: Elizabeth Prelogar and/or Atara Miller of Cooley LLP and Milbank LLP

    c. United States: Bradley Humphreys of the United States Department of Justice

    d. AAFAF: Peter Friedman of O'Melveny & Myers LLP

    e. Retiree Committee: Ian Gershengorn and/or Catherine Steege of Jenner & Block LLP

3. The Parties understand the Court has allocated 120 minutes for a hearing on the Motion. The Parties have agreed to allocate such time as follows, listed in the order in which the Parties shall present:

    a. Supporting Parties' Opening Argument: 42 minutes

        i. Oversight Board: 25 minutes

        ii. AAFAF: 6 minutes

        iii. Retiree Committee: 3 minutes

        iv. United States: 8 minutes

    b. Objecting Parties' Argument: 60 minutes

        i. Ambac: 60 minutes

    c. Supporting Parties' Rebuttal Argument: 18 minutes

        i. Retiree Committee: 5 minutes

        ii. AAFAF: 2 minutes

3

      iii. Oversight Board: 11 minutes

**WHEREFORE**, the Parties respectfully request that the Court take notice of the above.

Dated: January 8, 2021
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock
Mark D. Harris
Ehud Barak
Daniel S. Desatnik
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

Timothy W. Mungovan
John Roberts
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
One International Place
Boston, MA 02110
Tel: (617) 526-9600
Fax: (617) 526-9899

*Co-Attorneys for Defendants*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys Defendants*

**FERRAIUOLI LLC**
By: */s/ Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR
No. 219002)
Sonia Colón (USDC-PR No. 213809)

**COOLEY LLP**
By: */s/ Elizabeth B. Prelogar*
Elizabeth B. Prelogar (admitted *pro hac vice*)
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004

4

221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com
scolon@ferraiuoli.com

**MILBANK LLP**
By: */s/ Atara Miller*
Dennis F. Dunne (admitted *pro hac vice*)
Atara Miller (admitted *pro hac vice*)
Grant R. Mainland (admitted *pro hac vice*)
John J. Hughes, III (admitted *pro hac vice*)
Jonathan Ohring (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
       amiller@milbank.com
       gmainland@milbank.com
       jhughes2@milbank.com
       johring@milbank.com

*Attorneys for Ambac Assurance Corporation*

Telephone: (202) 842-7800
Facsimile: (787) 766-7001
Email: eprelogar@cooley.com

Reed Smith (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: reed.smith@cooley.com

JEFFREY B. CLARK
Acting Assistant Attorney General

JEAN LIN (USDC-PR No. G02514)
Special Litigation Counsel

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(USDC-PR No. G03117)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-0878

Facsimile: (202) 616-8470
Email: Bradley.Humphreys@usdoj.gov

*/s/ Matthew J. Troy*
RUTH A. HARVEY
KIRK MANHARDT
MICHAEL J. QUINN
MATTHEW J. TROY
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
(202) 514-9038 (o)
202 307-0494 (f)
matthew.troy@usdoj.gov

*Attorneys for the United States of America*


| | |
|---|---|
| */s/ Peter Friedman*<br>John J. Rapisardi<br>Admitted *Pro Hac Vice*)<br>**O'MELVENY & MYERS LLP**<br>7 Times Square<br>New York, New York 10036<br>Tel: (212) 326-2000<br>Fax: (212) 326-2061<br><br>-and-<br><br>Peter Friedman<br>(Admitted *Pro Hac Vice*)<br>1625 Eye Street, NW<br>Washington, D.C. 20006<br>Tel: (202) 383-5300<br>Fax: (202) 383-5414<br><br>-and-<br><br>Elizabeth L. McKeen<br>Ashley M. Pavel<br>(Admitted *Pro Hac Vice*)<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660 | */s/ Luis C. Marini-Biaggi*<br>Luis C. Marini-Biaggi<br>USDC No. 222301<br>Email: lmarini@mpmlawpr.com<br>Carolina Velaz-Rivero<br>USDC No. 300913<br>Email: cvelaz@mpmlawpr.com<br><br>**MARINI PIETRANTONI MUÑIZ LLC**<br>250 Ponce de León Ave., Suite 900<br>San Juan, Puerto Rico 00918<br>Tel: (787) 705-2171<br>Fax: (787) 936-7494<br><br>*Co-attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |

6

Tel: (949) 823-6900
Fax: (949) 823-6994

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

**JENNER & BLOCK LLP**

By:
*/s/ Robert Gordon*
Robert Gordon (admitted *pro hac vice*)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
Landon Raiford (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)
312-239-5199 (facsimile)

Ian Heath Gershengorn (admitted *pro hac vice*)
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
igershengorn@jenner.com
202-639-6000 (telephone)
202-639-6066 (facsimile)

**BENNAZAR, GARCÍA & MILIÁN, C.S.P.**

By:
*/s/ A. J. Bennazar-Zequeira*
A. J. Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Edificio Union Plaza
1701 Avenida Ponce de León #416
Hato Rey, San Juan, PR 00918
ajb@bennazar.org
hector.mayol@bennazar.org
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for The Official Committee of Retired Employees of Puerto Rico*

7