EXHIBIT A

CLAIM NO 6737

CLAIMANT: BODNAR TRUST U/A DATED 12/28/2001

DEBTOR: PUERTO RICO ELECTRIC POWER AUTHORITY

CASE NO. 17 BK 3283-LTS

Claimant hereby submits additional proof of claim to support the Claimant's Claim No 6737, (See Exhibit 1 attached hereto) which was previous submitted to the Commonwealth of Puerto Rice Supplemental Information Processing Center on January 30, 2019, as outlined hereinafter in detail:

1. Claimant is Bodnar Trust U/A Dated 12/28/2001 ("Claimant") who purchased several years prior to bankruptcy filing for Puerto Rico Electric Power Authority ("Debtor") as the owner of a CUSPI # 74526QCL4 - $25,000 Bond at 5% due on July 1, 2023 and issued by the said Debtor.

2. In addition, Claimant is the owner of a CUSPI #745190R67 - $25,000 Bond at 5.25% due July 1, 2034 and issued by Puerto Rico Commonwealth Highway and Transportation Authority

3. On April 6, 2018 the Claimant filed with the prime clerk LLC a Proof of Claim pertaining to $25,000 Bond issued by the Puerto Rico Electric Power Authority, which was acknowledged by the prime clerk LLC as received on April 10, 2018 and verified as Claim No 6737. This proof of claim document has been recorded and filed in this matter.

4. On April 6, 2018 the Claimant filed with the prime clerk LLC a Proof of Claim pertaining to $25,000 Bond issued by the Puerto Rico Commonwealth Highway and Transportation Authority, which was acknowledged by the prime clerk LLC as received on April 10, 2018 and

verified as Claim No 6850. This proof of claim document has been recorded and filed in this matter.

5. On or about January 2019, Commonwealth of Puerto Rico Supplemental Information Processing Center by written and verbal communications instructed the Claimant to file supplemental information to support both Claim No 6737 and Claim No 6850.

6. On January 30, 2019 on a timely basis, Claimant did email and by ordinary mail forward to the Commonwealth of Puerto Rico Supplemental Information Center for claim No 6737 the completed form with attached financial statement, issued by Schwab investment firm, clearly showing that the Claimant did own the $25,000 Bond issued by the Puerto Rico Electric Power Authority to support a liability claim of $25,000 plus accrued and unpaid interest on said Bond against the Debtor. (See Exhibit 2 attached hereto.)

7. On January 30, 2019 on a timely basis, Claimant did email and by ordinary mail forward to the Commonwealth of Puerto Rico Supplemental Information Center for claim No 6850 the completed form with attached financial statement, issued by TDAmeritrade investment firm, clearly showing that the Claimant did own the $25,000 Bond issued by the Puerto Rico Commonwealth Highway and Transportation Authority to support a liability claim of $25,000 plus accrued and unpaid interest on said Bond against said Authority. This supplemental proof of claim has been recorded and file in this matter.

8. The submissions of the original proof of claim and the supplemental information to support such proofs of claim for both Claim No 6737 and Claim No 6850, were submitted to the Commonwealth of Puerto Rico Supplemental Information Processing Center by email and ordinary mail on the same days. The respective emails were never noted as not delivered and the respective mailings were never returned to the Claimant as not delivered.

9. Upon receiving notification of the filed objection by legal counsel for Debtor as to Claim NO 6737, the Claimant immediately on December 18, 2020 by letter to (1) Commonwealth of Puerto Rico Supplemental Information Processing Center, (2) Ricardo Burgos Vargas of A&S Legal Studio and (3) Martin J. Bienenstock of the law firm of Proskauer Rose LLC, refuted the filed objection as to its Claim No 6737 and resubmitted the completed form and financial statements, previously submitted on January 30, 2019 to the Commonwealth of Puerto Rico Supplemental Information Center. (See Exhibit 3 attached hereto)

10. On December 22, 2020 the Commonwealth of Puerto Rico Supplemental Information Processing Center did contact Raymond L. Bodnar and confirmed to him that that agency did not record or file the Claimant's January 30, 2019 submission of supplemental information to support its Claim No 6737, being a clerical error on the part of said Center, and also failed to subsequently notify Claimant as to such failure to properly record and file the January 30, 2019 submission for Claim No 6737.

11. A review of the current internet recordings for the bankrupt Debtor Puerto Rico Electric Power Authority as to the Claim No 6737 shows the filing of the April 6, 2018 proof of claim but does record the supplemental information supporting its proof of claim submitted on January 30, 2019 for the Claimant.

12. A review of the current internet recordings for the bankruptcy as to the Puerto Rico Commonwealth Highway and Transportation Authority as to Claim No 6850 shows the filing of the April 6, 2018 proof of claim and also the January 30, 2019 submission of supporting its Claim No 6850.

13. The Bond ownership records in possession of Debtor Puerto Rico Electric Power Authority combined with the numerous semi-annual interest payments paid by Debtor to the Claimant for the $25,000 Puerto Rico Electric Power Authority Bond more than supports and verifies

3

that the Claimant had ownership of said Bond and a valid proof of claim as to a liability against the said Debtor in the amount of $25,000 plus accrued and unpaid interest from the said Debtor.

14. The Commonwealth of Puerto Rico Supplemental Information Processing Center did not properly file the Claimant's supplemental information for Claim No 6737, dated January 30, 2019, being a clerical error on the part of the Center, and the Puerto Rico Electric Power Authority, relying upon the clerical error of the Commonwealth of Puerto Rico Supplemental Information Center, is basing its objection to Claim No 6737 on that clerical error in that the Claimant did not file supplemental information to support its Claim No 6737,

Wherefore, Claimant hereby demands the dismissal of the objections to the Claim No 6737 of the Claimant for its ownership of the $25,000 5% Bond due July 1, 2023, issued by the Debtor Puerto Rico Electric Power Authority and thereby having the Claimant retain its resulting claim for liability in the amount of $25,000 plus accrued and unpaid interest from the Puerto Rico Electric Power Authority.

Dated:                                          Respectfully submitted

                                                Bodnar Trust U/A dated 12/28/2001

                                                By: Raymond L. Bodnar, Trustee

### Certification of Raymond L. Bodnar

Raymond L. Bodnar hereby certifies and affirms that the foregoing information is true. I am aware that if such information is willful false, I am subject to punishment.

Dated: 12/23/2020                               Raymond L. Bodnar

4

## Certification of Service

Raymond L. Bodnar, hereby certifies and affirms that this pleading was served upon the US District Court for the District of Puerto Rico, the law firms of Proskauer Ross LLP, Counsel for Oversight Board, and Ehud Barak Counsel for Creditor's Committee - Paul Hastings LLP by certified mail, return receipt requested on December 23, 2020 with ample postage for delivery to the foregoing.

Dated 12/23/2020          Raymond I. Bodnar

Prime Clerk LLC
(844) 822-9231·PRClaimsInfo@primeclerk.com

*** Response Required ***

PROMESA PROOF OF CLAIM NUMBER: ~~6050~~ 6737
Claimant Name: **Bodnar Trust U/A Dated 12/28/2001**

**Please complete and return this form on or before February 22, 2019,** via email to PRClaimsInfo@primeclerk.com **OR** by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

All supplemental information which you provide will be appended to your claim and appear on the official claims register.

BASIS OF CLAIM:

- [X] Ownership of Bonds — PR ELEC PWR AUTH DUE 07/01/23 PURCHASED ON 12/04/13  * ON CLOSING SPREAD SHEET
- [ ] Other (describe):

FOR OWNERSHIP OF BONDS:

Bonds' CUSIP Numbers and amount claimer per CUSIP (if more space is needed, please attach an additional sheet):

| | CUSIP | Amount Claimed |
|---|---|---|
| 1 | 74526QCL4 | $25,000.00 |
| 2 | | |
| 3 | | |
| 4 | | |

The total amount of your claim:

$25,000 PLUS ANY ACCRUED BUT UNPAID INTEREST

To the extent you have any documentation in support of your claim, such as brokerage account statements, please include those documents in your response. SEE ATTACHED SCHWAB STATEMENT AND SUPPORTING LETTER

FOR OTHER TYPE OF CLAIM:
The amount of your claim:

Please describe the basis for your claim:

OWNERSHIP OF THE ABOVE DESCRIBED BONDS

To the extent you have any documentation in support of your claim, please include those documents in your response.



Schwab One® Trust Account of
**RAYMOND L BODNAR TTEE
RAYMOND L BODNAR TRUST
U/A DTD 12/28/2001**

**Account Number**

5568

**Statement Period
December 1-31, 2018**

Protect your privacy and the environment. Switch to eStatements at www.schwab.com/lesspaper. Visit www.schwab.com/premiumstatement to explore the features and benefits of this statement.

**Your Consultant**

George Corrado
VP, Financial Consultant
tel: 1 (772) 231-8012
email: George.Corrado@schwab.com

RAYMOND L BODNAR TTEE
RAYMOND L BODNAR TRUST
U/A DTD 12/28/2001
17008 SW SAPRI WAY
PORT SAINT LUCIE FL 34986-2883

**charles SCHWAB**

Schwab One® Trust Account of
**RAYMOND L BODNAR TTEE
RAYMOND L BODNAR TRUST
U/A DTD 12/28/2001**

Account Number
80█████ 
5568

Statement Period
**December 1-31, 2018**

## Investment Detail - Fixed Income (continued)

| Municipal Bonds | Par Units Purchased | % of Account Assets Acquired | |
|---|---|---|---|
| PR ELEC PWR AUTH 5%23<br>PWR UTIL DUE 07/01/23<br>NATIONAL PUBLIC FINA<br>CALLABLE 01/01/19 AT 100.00000<br>CUSIP: 74526QCL4<br>MOODY'S: Baa2  S&P: NR | 25,000.0000<br><br>25,000.0000 | 12/04/13 | Accrued Interest: 625.00 |

Schwab has provided accurate gain and loss information wherever unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanatio

Page 6 of 11

Bodnar Trust U/A Dated 12/28/2001

C/O Raymond L. Bodnar, Trustee

17008 SW Sapri Way

Port St Lucie FL 34986

908-752-5233

January 30, 2019

Commonwealth of Puerto Rico

Supplemental Information Processing Center

850 3rd Avenue Suite 412

Brooklyn, NY 11232

Re: Promesa Proof of Claim Number: 6737

Claimant Name: Bodnar Trust U/A Dated 12/28/2001

Dear Sir/Madam:

I am the sole Trustee of the Bodnar Trust U/A dated 12/28/2001. In response to your supplemental information request, this trust fund is the owner of $25,000 bonds issued by Puerto Rico Electric Power Authority at 5% due 07/01/23.

I have attached your form, which states that the trust fund is the owner of the claimed bonds with a CUSPI number: 74526QCL4 and claim bond amounts of $25,000 and a total amount of claim at $25,000 plus any accrued but unpaid interest attributable to these bonds, currently at $625.00,.

In addition, I have attached the December 31, 2018 broker statement of Charles Schwab, owned by the Bodnar Trust U/A Dated 12/28/2001 (~~account number~~) referencing $25,000 bonds of Puerto Rico Electric Power Authority. Statement verifies that Trust Fund is the owner of these bonds.

I hereby certify and affirm that the foregoing information is true, I am aware that if such information is willfully false, I am subject to punishment.

Bodnar Trust U/A dated 12/28/2001

By Raymond L. Bodnar Trustee

Encl: Form of Prime Clerk, LLC

December 31, 2018 Brokerage Statement of Charles Schwab

Email to PRClaimsInfo@prime clerk.com

Ordinary Mail

Prime Clerk LLC
(844) 822-9231 · PRClaimsInfo@primeclerk.com

*** Response Required ***

PROMESA PROOF OF CLAIM NUMBER: ~~6050~~ 6737

Claimant Name: **Bodnar Trust U/A Dated 12/28/2001**

1/30/2019 SUBMISSION

**Please complete and return this form on or before February 22, 2019**, via email to PRClaimsInfo@primeclerk.com OR by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

All supplemental information which you provide will be appended to your claim and appear on the official claims register.

BASIS OF CLAIM:

☒ Ownership of Bonds   PR ELEC PWR AUTH DUE 07/01/23
☐ Other (describe):    PURCHASED ON 12/04/13    # ON CLOSER SPREAD SHEET

FOR OWNERSHIP OF BONDS:

Bonds' CUSIP Numbers and amount claimer per CUSIP (if more space is needed, please attach an additional sheet):

|   | CUSIP | Amount Claimed |
|---|-------|----------------|
| 1 | 74526 Q CL 4 | $ 25,000 00 |
| 2 |       |                |
| 3 |       |                |
| 4 |       |                |

The total amount of your claim:

$25,000 PLUS ANY ACCRUED BUT UNPAID INTEREST

To the extent you have any documentation in support of your claim, such as brokerage account statements, please include those documents in your response. SEE ATTACHED SCHWAB STATEMENT AND SUPPORTING LETTER

FOR OTHER TYPE OF CLAIM:

The amount of your claim:

Please describe the basis for your claim:

To the extent you have any documentation in support of your claim, please include those documents in your response.



Schwab One® Trust Account of
**RAYMOND L BODNAR TTEE
RAYMOND L BODNAR TRUST
U/A DTD 12/28/2001**

**Account Number**
~~[redacted]~~
5568

**Statement Period
December 1-31, 2018**

Protect your privacy and the environment. Switch to eStatements at www.schwab.com/lesspaper. Visit www.schwab.com/premiumstatement to explore the features and benefits of this statement.

## Your Consultant

George Corrado
VP, Financial Consultant
tel: 1 (772) 231-8012
email: George.Corrado@schwab.com

RAYMOND L BODNAR TTEE
RAYMOND L BODNAR TRUST
U/A DTD 12/28/2001
17008 SW SAPRI WAY
PORT SAINT LUCIE FL 34986-2883

12/31-00000-TTIK3009-162153 *1-3



Schwab One® Trust Account of
**RAYMOND L BODNAR TTEE**
**RAYMOND L BODNAR TRUST**
**U/A DTD 12/28/2001**

Account Number 5568

Statement Period
**December 1-31, 2018**

## Investment Detail - Fixed Income (continued)

| Municipal Bonds | Par Units Purchased | % of Account Assets Acquired |
|---|---|---|
| PR ELEC PWR AUTH 5%23 PWR UTIL DUE 07/01/23 NATIONAL PUBLIC FINA CALLABLE 01/01/19 AT 100.00000 CUSIP: 74526QCL4 MOODY'S: Baa2 S&P: NR | 25,000.0000 25,000.0000 | 12/04/13 |

Accrued Interest: 625.00

Schwab has provided accurate gain and loss information whereve[r unavailable for some of your holdings.]
Please see "Endnotes for Your Account" section for an explanatio[n]

EXHIBIT 3

Bodnar Trust U/An Dated 12/28/2001

C/O Raymond L. Bodnar, ~~~~Trustee

17008 SW Sapri Way

Port St Lucie FL 34986

908-752-5233

rbodnarpa@aol.com  December 18, 2020

Commonwealth of Puerto Rico

Supplemental Information processing Center

850 3rd Avenue Suite 412

Brooklyn NY 11232

Re: Promesa Proof of Claim Number 6737

Claimant Name: Bodnar Trust U/A Dated 12/28/2001

Dear Sir/Madam

Pursuant to the recent motion filed by Ricardo Burgos Vargas as to Schedule A, which Alleges that the Trust's claim was not submitted with any proof of liability, I hereby object to such allegation. On April 6, 2018 Trust filed Proof of Claim to Prime Clerk, which was acknowledged as received on April 10, 2018 with claim number 6737. On January 30, 2019, I did submit a proof of claim to Supplemental Information Processing Center in that the Bodnar Trust was the owner of a $25,000 bond issued by Puerto Rico Electric Power Authority CUSPI number: 74526QCL4 at 5% due 07/01/23 with the attached Proof of Claim and Schwab supporting statement.

Kindly correct your records that this Trust has filed ample supporting documents to verify its claim as to the foregoing bond claim.

Very truly yours,

Raymond L Bodnar

Bodnar Trust U/A Dated 12/28/2001

Email to PRClaimsInfo@prime clerk. Com Ordinary Mail to: Ricardo Burgos Vargas A&S Legal Studio. PSC 436 Hostos Avenue, San Juan PR 00918 and Martin J. Bienenstock, Proskauer, Rose LLP, Eleven Times Square, New York, NY 10036

Prime Clerk LLC
(844) 822-9231 · PRClaimsInfo@primeclerk.com

**\*\*\* Response Required \*\*\***

PROMESA PROOF OF CLAIM NUMBER: ~~6050~~ 6737
Claimant Name: <u>Bodnar Trust U/A Dated 12/28/2001</u>

1/30/2019
SUBMISSION

<u>Please complete and return this form on or before February 22, 2019,</u> via email to PRClaimsInfo@primeclerk.com <u>OR</u> by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

All supplemental information which you provide will be appended to your claim and appear on the official claims register.

BASIS OF CLAIM:

☒ Ownership of Bonds    PR ELEC PWR AUTH DUE 07/01/23
☐ Other (describe):    PURCHASED ON 12/04/13    * ON CLOSING SPREAD SHEET

FOR OWNERSHIP OF BONDS:

Bonds' CUSIP Numbers and amount claimer per CUSIP (if more space is needed, please attach an additional sheet):

| | CUSIP | Amount Claimed |
|---|---|---|
| 1 | 74526 Q CL 4 | $ 25,000 00/ |
| 2 | | |
| 3 | | |
| 4 | | |

The total amount of your claim:

$25,000 PLUS ANY ACCRUED BUT UNPAID INTEREST

To the extent you have any documentation in support of your claim, such as brokerage account statements, please include those documents in your response. SEE ATTACHED SCHWAB STATEMENT AND SUPPORTING LETTER

FOR OTHER TYPE OF CLAIM:
The amount of your claim:

Please describe the basis for your claim:

To the extent you have any documentation in support of your claim, please include those documents in your response.



Schwab One® Trust Account of
**RAYMOND L BODNAR TTEE
RAYMOND L BODNAR TRUST
U/A DTD 12/28/2001**



Account Number
~~ac------~~ 5568

Statement Period
**December 1-31, 2018**

Protect your privacy and the environment. Switch to eStatements at
www.schwab.com/lesspaper. Visit www.schwab.com/premiumstatement to
explore the features and benefits of this statement.

## Your Consultant

George Corrado
VP, Financial Consultant
tel: 1 (772) 231-8012
email: George.Corrado@schwab.com

RAYMOND L BODNAR TTEE
RAYMOND L BODNAR TRUST
U/A DTD 12/28/2001
17008 SW SAPRI WAY
PORT SAINT LUCIE FL 34986-2883



Schwab One® Trust Account of
**RAYMOND L BODNAR TTEE**
**RAYMOND L BODNAR TRUST**
U/A DTD 12/28/2001

Account Number
80█-████  5568

Statement Period
**December 1-31, 2018**

## Investment Detail - Fixed Income (continued)

| Municipal Bonds | Par Units Purchased | % of Account Assets Acquired | |
|---|---|---|---|
| PR ELEC PWR AUTH 5%23 PWR UTIL DUE 07/01/23 NATIONAL PUBLIC FINA CALLABLE 01/01/19 AT 100.00000 CUSIP: 74526QCL4 MOODY'S: Baa2 S&P: NR | 25,000.0000 25,000.0000 | 12/04/13 | Accrued Interest: 625.00 |

Schwab has provided accurate gain and loss information wherever unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation