Raymond L Bodner Trustee
Bodner Trust 4/A Dated 12/28/01
17008 SW Sepri Way
Pnt St Lucie FL 34986

CERTIFIED MAIL

7020 2450 0000 5796 1635





U.S. POSTAGE PAID
FCM LG ENV
PORT SAINT LUCIE, FL
34986
DEC 23, 20
AMOUNT
$8.20
R2304E105200-8

Clerk's office
United States District Court
Room 150    150 Ave Carlos Chardon
Federal Building
San Juan Puerto Rico 00918-1767