## Exhibit A

**Affirmative Consent**

Case:17-03283-LTS Doc#:15574-1 Filed:01/11/21 Entered:01/11/21 16:54:26 Desc:
Exhibit A- Affirmative Consent Page 2 of 4

## Real Property Leases Under Affirmative Consent- CW

| CONTRACTOR | NAME OF ENTITY | CONTRACT NUMBER | CONTRACTOR (LANDLORD) RESIDENT AGENT | PAYMENT STREET ADDRESS | CONTRACTOR (LANDLORD) MAILING STREET ADDRESS |
|---|---|---|---|---|---|
| OCHOA ROIG,INC | DEPARTMENT OF HEALTH | 2017-DS0240 | OCHOA ROIG, PEDRO J | CALLE ACOSTA #1 CAGUAS, PR 00725 | CALLE ACOSTA #1 CAGUAS, PR 00725 |
| Santiago Gonzalez Rivera | TRANSPORTATION AND PUBLIC WORKS | 2014-000040 | GONZALEZ POWER ELECTRICAL | Apartado 1737, Utuado PR 00641 | NO RESULTS |
| AA TOWER INC | PUERTO RICO POLICE | 127-2021-11 | CESTERO, MARIA DEL CARMEN/ German Cestero | PO BOX 1553 QUEBRADILLAS, PR 00678-1553 | |
| 800 PONCE DE LEON CORP. | SOCIOECONOMIC DEVELOPMENT OF THE FAMILY ADMINISTRATION | 2021-000-011 | | AVE. PONCE DE LEON 800 SAN JUAN, PR 00919 | P. O. BOX 195192 SAN JUAN, PR 00918 |
| PUERTO RICO TELEPHONE CO, INC. | DEPARTMENT OF HEALTH | 2013-DS0587 | PUERTO RICO TELEPHONE COMPANY, INC. | 1515 ROOSEVELT AVENUE 10TH FLOOR GUAYNABO, PR 00968 | 1515 ROOSEVELT AVENUE 10TH FLOOR GUAYNABO, PR 00968 |
| J.CH. REALTY CORPORATION | TRANSPORTATION AND PUBLIC WORKS | 2014-000041 | Rafael Ondino Otero | CARR. #2 KM 49.7 CENTRO COMERCIAL PUERTA DEL SOL MANATI, PR 00674-0000 | P.O. BOX 848 MANATI, PR 00674-0848 |
| LA FONDITA DE JESUS | MENTAL HEALTH SERVICES AND ADDICTION CONTROL ADMINISTRATION | 2017-950470 | RUIZ ORTIZ, GLORIN | 704 CALLE MONSERRATE, SANTURCE PDA. 16, SAN JUAN, PR, 00910 | PO BOX 19384, SAN JUAN, PR, 00910-1834 |
| LOYAL INVESTMENT CORP | COURT OF FIRST INSTANCE | 2014-000095 | LEAL, ANTONIO | PO BOX 10089 SAN JUAN, PR 00908 | PO BOX 10089 SAN JUAN, PR 00908 |
| INTERNATIONAL SAFE DEPOSIT &COURIER SERVICES CORP | SENATE | 2018-000156 | Zulma Pereira | B5 Calle Tabonuco 216 PMB 353, Guaynabo PR 00968 | PO BOX 2025 LAS PIEDRAS, PR 00771 |
| 3 RIOS LTD CORP. | 911 GOVERNMENT SERVICE BOARD | 2016-000109 | DAVILA RIOS, ROBERTO | 27 GONZALEZ GIUSTI AVE., SUITE 300, GUAYNABO, PR 00968 | 27 GONZALEZ GIUSTI AVE., SUITE 300, GUAYNABO, PR 00968 |
| 3 RIOS LTD CORP. | 911 GOVERNMENT SERVICE BOARD | 2016-000109 | DAVILA RIOS, ROBERTO | 27 GONZALEZ GIUSTI AVE., SUITE 300, GUAYNABO, PR 00968 | 27 GONZALEZ GIUSTI AVE., SUITE 300, GUAYNABO, PR 00968 |
| 3 RIOS LTD CORP. | 911 GOVERNMENT SERVICE BOARD | 2016-000109 | DAVILA RIOS, ROBERTO | 27 GONZALEZ GIUSTI AVE., SUITE 300, GUAYNABO, PR 00968 | 27 GONZALEZ GIUSTI AVE., SUITE 300, GUAYNABO, PR 00968 |
| 3 RIOS LTD CORP. | DEPARTMENT OF HEALTH | 2015-DS1060 | DAVILA RIOS, ROBERTO | 27 GONZALEZ GIUSTI AVE., SUITE 300, GUAYNABO, PR 00968 | 27 GONZALEZ GIUSTI AVE., SUITE 300, GUAYNABO, PR 00968 |
| 3 RIOS LTD CORP. | DEPARTMENT OF HEALTH | 2017-DS0239 | DAVILA RIOS, ROBERTO | 27 GONZALEZ GIUSTI AVE., SUITE 300, GUAYNABO, PR 00968 | 27 GONZALEZ GIUSTI AVE., SUITE 300, GUAYNABO, PR 00968 |
| AGROFRESCO, INC. | AGRICULTURE ENTERPRISE DEVELOPMENT ADMINISTRATION | 2017-000328 | LOYOLA MADAONADO, RITA M. | CARR. 102 KM 16.5 INT LA GARITA CABO ROJO, PR 00623 | HC BOX 15539 CABO ROJO, PR 00623 |
| AGROFRESCO, INC. | AGRICULTURE ENTERPRISE DEVELOPMENT ADMINISTRATION | 2017-000342 | LOYOLA MADAONADO, RITA M. | CARR. 102 KM 16.5 INT LA GARITA CABO ROJO, PR 00623 | HC BOX 15539 CABO ROJO, PR 00623 |
| ANLE DISTRIBUTING CORP, | DEPARTMENT OF FAMILY | 2017-000095 | LEAL, ANTONIO | PO BOX 10089 SAN JUAN, PR 00908 | PO BOX 10089 SAN JUAN, PR 00908 |
| ARIEL Z ORTIZ BLANCO | VOCATIONAL REHABILITATION ADMINISTRATION | | | URB VILLA ALBA 27 CALLE D VILLALBA, PR 00766 | |
| ARRIVEA, INC. | 911 GOVERNMENT SERVICE BOARD | 2013-000011 | RODRIGUEZ, HULVIA | 522 CALLE TINTILLO GUAYNABO, PR 00966-1667 | 19-22 AVE RAMIREZ DE ARELLANO GUAYNABO, PR 00966-3133 |
| ARRIVEA, INC. | 911 GOVERNMENT SERVICE BOARD | 2013-000011 | RODRIGUEZ, HULVIA | 522 CALLE TINTILLO GUAYNABO, PR 00966-1667 | 19-22 AVE RAMIREZ DE ARELLANO GUAYNABO, PR 00966-3133 |
| ASOCIACION DE PESCA DEPORTIVA DE DORADO | DEPARTMENT OF SPORTS AND RECREATION | 2016-001036 | CAMUY FIGUEROA, JOSE A | CIUDAD JARDIN III 21 CALLE UCAR TOA ALTA, PR 00953-4864 | CIUDAD JARDIN III 21 CALLE UCAR TOA ALTA, PR 00953-4864 |
| CARMEN VICTORIA CARRASQUILLO DIAZ | DEPARTMENT OF HEALTH | 2018-DS0318 | CARMEN V CARRASQUILLO DIAZ | URB JARDINES FAGOT 1811 CALLE CASCADA PONCE, PR, 00716-3602 | URB JARDINES FAGOT 1811 CALLE CASCADA PONCE, PR, 00716-3602 |
| CENTRO DE PIEZAS PATILLAS INCORPORADO | DEPARTMENT OF HEALTH | 2013-DS0742 | PABON GARCIA, SANTOS | CARR 3 KM 122.9, PATILLAS, PR 00723 | PO BOX 813, PATILLAS, PR 00723 |
| CORPORACION DEL CENTRO DE BELLAS ARTES | OFFICE OF THE COMMISSIONER OF FINANCIAL INSTITUTIONS | 2017-000009 | CORP CENTRO DE BELLAS ARTES LUIS A FERRE | MINILLA STATION PO BOX 41287 SAN JUAN, PR, 00940-1287 | MINILLA STATION PO BOX 41287 SAN JUAN, PR, 00940-1287 |
| CORPORACION PARA EL DESARROLLO ECONOMICO DE TRUJIL | MENTAL HEALTH SERVICES AND ADDICTION CONTROL ADMINISTRATION | 2015-950826 | CORP DESARROLLO ECONOMICO TRUJILLO ALTO | P O BOX 1685 TRUJILLO ALTO, PR, 00977 | P O BOX 1685 TRUJILLO ALTO, PR, 00977 |
| EGIDA DEL PERPETUO SOCORRO | DEPARTMENT OF HOUSING | | | P O BOX 191694 SAN JUAN, PR 00919-1694 | |
| ELITE EDUCATIONAL GROUP CORP (NEMA) | TRANSPORTATION AND PUBLIC WORKS | 2018-000014 | RIVERA RIVERA, ELIAS | URB. HERMANAS DAVILA CALLE AVE. BETANCES 400 BUZON 31098 BAYAMON, PR 00959 | URB. HERMANAS DAVILA CALLE AVE. BETANCES 400 BUZON 31098 BAYAMON, PR 00959 |
| ERNESTO VAZQUEZ | DEPARTMENT OF FAMILY | | | P O BOX 2021 GUAYAMA, PR 00785 | |
| ES FITNESS PERFORMANCE | DEPARTMENT OF SPORTS AND RECREATION | 2016-000581 | SANCHEZ SANTIAGO, EDWIN | CALLE A 106 BASE RAMEY AGUADILLA, PR 00603 | CALLE A 106 BASE RAMEY AGUADILLA, PR 00603 |
| FISA S.E. | DEPARTMENT OF FAMILY | 2015-000037 | FISA S E | P O BOX 2286 GUAYAMA, PR, 00785-2286 | P O BOX 2286 GUAYAMA, PR, 00785-2286 |
| FISA S.E. | DEPARTMENT OF LABOR AND HUMAN RESOURCES | 2017-000490 | FISA S E | P O BOX 2286 GUAYAMA, PR, 00785-2286 | P O BOX 2286 GUAYAMA, PR, 00785-2286 |
| FISA S.E. | STATE EMERGENCY AND DISASTER MANAGEMENT AGENCY | 2015-000034 | FISA S E | P O BOX 2286 GUAYAMA, PR, 00785-2286 | P O BOX 2286 GUAYAMA, PR, 00785-2286 |
| FISA S.E. | STATE EMERGENCY AND DISASTER MANAGEMENT AGENCY | 2015-000034 | FISA S E | P O BOX 2286 GUAYAMA, PR, 00785-2286 | P O BOX 2286 GUAYAMA, PR, 00785-2286 |
| FISA S.E. | STATE EMERGENCY AND DISASTER MANAGEMENT AGENCY | 2015-000034 | FISA S E | P O BOX 2286 GUAYAMA, PR, 00785-2286 | P O BOX 2286 GUAYAMA, PR, 00785-2286 |
| FISA S.E. | STATE EMERGENCY AND DISASTER MANAGEMENT AGENCY | 2015-000034 | FISA S E | P O BOX 2286 GUAYAMA, PR, 00785-2286 | P O BOX 2286 GUAYAMA, PR, 00785-2286 |
| FUNDACION PUERTORRIQUENA DE LAS HUMANIDADES | STATE HISTORIC CONSERVATION OFFICE | 2018-155001 | CESAAR A REY HERNANDEZ | PO BOX 9023920, SAN JUAN, PR, SAN JUAN, PR 00902-3920 | PO BOX 9023920, SAN JUAN, PR, SAN JUAN, PR 00902-3920 |
| FUNDESCO | FOMENTO | | | P O BOX 6300 CAGUAS, PR 00726-6300 | |
| HIMA SAN PABLO PROPERTIES, INC | DEPARTMENT OF HEALTH | 2016-DS0634 | AGRAIT, FERNANDO E | AVE LUIS MUÑOZ MARIN # 100 CAGUAS, PR 00726 | AVE LUIS MUÑOZ MARIN # 100 CAGUAS, PR 00726 |
| HIMA SAN PABLO PROPERTIES, INC | DEPARTMENT OF HEALTH | 2016-DS0634 | AGRAIT, FERNANDO E | AVE LUIS MUÑOZ MARIN # 100 CAGUAS, PR 00726 | AVE LUIS MUÑOZ MARIN # 100 CAGUAS, PR 00726 |
| HOGAR CREA INC | FUTURE ENTREPRENEURS AND WORKERS TRAINING ADMINISTRATION | 2008-000021 | FIGUEROA RODRIGUEZ, HECTOR | CARR 848 KM .07 SAINT JUST, PR 00978-0000 | PO BOX 547 SAINT JUST, PR 00978-0000 |
| JENNYMAR CORPORATION | Department of Education | 081-2002-0107 | Marilyn González Caro | | |
| JENNYMAR CORPORATION | Departamento de la Familia | 2012-000215A | Marilyn González Caro | | |
| JENNYMAR CORPORATION | DEPARTMENT OF HEALTH | 2015-DS0001 | GONZALEZ CARO, EFRAIN | CARR. 345 KM 164 BO. LAVADERO HORMIGUEROS, PR 00660 | HC-01 BOX 5109 RINCON, PR 00677 |
| JENNYMAR CORPORATION | DEPARTMENT OF HEALTH | 2017-DS0236 | GONZALEZ CARO, EFRAIN | CARR. 345 KM 164 BO. LAVADERO HORMIGUEROS, PR 00661 | HC-01 BOX 5109 RINCON, PR 00678 |
| JENNYMAR CORPORATION | DEPARTMENT OF NATURAL AND ENVIRONMENTAL RESOURCES | 2011-000104 | GONZALEZ CARO, EFRAIN | CARR. 345 KM 164 BO. LAVADERO HORMIGUEROS, PR 00662 | HC-01 BOX 5109 RINCON, PR 00679 |
| JENNYMAR CORPORATION | Hon. Carlos Bianchi | 2018-000076 | Marilyn González Caro | | |
| JENNYMAR CORPORATION | HOUSE OF REPRESENTATIVES | 2018-000076 | GONZALEZ CARO, EFRAIN | CARR. 345 KM 164 BO. LAVADERO HORMIGUEROS, PR 00660 | CARR. 345 KM 164 BO. LAVADERO HORMIGUEROS, PR 00660 |
| JENNYMAR CORPORATION | Office of Courts Administration | 2016-000066 | Marilyn González Caro | | |
| JENNYMAR CORPORATION | OFFICE OF THE OMBUDSMAN | 2012-000021 | GONZALEZ CARO, EFRAIN | CARR. 345 KM 164 BO. LAVADERO HORMIGUEROS, PR 00663 | HC-01 BOX 5109 RINCON, PR 00680 |
| JENNYMAR CORPORATION | OFFICE OF THE OMBUDSMAN | 2012-000021 | GONZALEZ CARO, EFRAIN | CARR. 345 KM 164 BO. LAVADERO HORMIGUEROS, PR 00663 | HC-01 BOX 5109 RINCON, PR 00680 |
| JUAN A. NEGRON BERRIOS | DEPARTMENT OF HEALTH | 2016-DS0807 | JUAN A NEGRON BERRIOS | PO BOX 1291 OROCOVIS, PR, 00720 | PO BOX 1291 OROCOVIS, PR, 00720 |
| JUAN A. NEGRON BERRIOS | DEPARTMENT OF HEALTH | 2018-DS0146 | JUAN A NEGRON BERRIOS | PO BOX 1291 OROCOVIS, PR, 00720 | PO BOX 1291 OROCOVIS, PR, 00720 |
| JUAN A. NEGRON BERRIOS | MENTAL HEALTH SERVICES AND ADDICTION CONTROL ADMINISTRATION | 2017-950279 | JUAN A NEGRON BERRIOS | PO BOX 1291 OROCOVIS, PR, 00720 | PO BOX 1291 OROCOVIS, PR, 00720 |
| JUNTA LOCAL DE GUAYAMA DE LA ASOCIACION DE MAESTRO | ENVIRONMENTAL QUALITY BOARD | 2017-000008 | GUAYAMA DE LA ASOCIACION DE MAESTROS | PO BOX 907 GUAYAMA, PR 00785-0907 | PO BOX 907 GUAYAMA, PR 00785-0907 |
| KLAP REALTY AND MANAGEMENT CORPORATION | OFFICE OF THE OMBUDSMAN - WOMEN | 2012-000001 | PORTUONDO, INES | CARR 695 KM 0.5, BARRIO HIGUILLAR, DORADO, PR, 00646 | PO BOX 51486 TOA BAJA, PR 00950-1486 |
| LA CADENA DEL MILAGRO | PUERTO RICO POLICE | | | PO BOX 949 CAMUY, PR 00627 | |
| LA TERRAZA DEL CONDADO INC | DEPARTMENT OF SPORTS AND RECREATION | 2016-001162 | VILLAGRASA, ANTONIO | AVE MAGDALENA 1406 SAN JUAN, PR 00907 | AVE MAGDALENA 1406 SAN JUAN, PR 00907 |
| Laboratorio Clinico Mercado (Juan A. Negro | VOCATIONAL REHABILITATION ADMINISTRATION | 2019-000061 | JUAN A NEGRON BERRIOS | PO BOX 1291 OROCOVIS, PR, 00720 | |
| LADERAS RIO ELDERLY LIMITED PARTNERSHIP | DEPARTMENT OF HOUSING | | | P O BOX 195288 SAN JUAN, PR 00919-5288 | |
| LATIN PARKING SYSTEM, INC. | STATE HISTORIC CONSERVATION OFFICE | 2011-155060 | MINIER CESPEDES, JULIO | 43 COSMOS LOS ANGELES CAROLINA, PR 00979 | PO BOX 19979 SAN JUAN, PR 00910-1979 |
| Libra Government Building, Inc. | Office of Courts Administration | 1998-00323A | Agustín Cabrer | | |
| Libra Government Building, Inc. | Office of Courts Administration | 1998-00323A | Agustín Cabrer | | |
| LUCILA GARCIA TORRES | DEPARTMENT OF SPORTS AND RECREATION | 2017-000145 | LUCILA GARCIA TORRES | CALLE 7 U13 LOMAS DE COUNTRY CLUB PONCE, PR, 00730 | CALLE 7 U13 LOMAS DE COUNTRY CLUB PONCE, PR, 00730 |
| MARGARO LOPEZ, INC. | DEPARTMENT OF FAMILY | 2016-000283 | COLON, TERESA M | 77 JESUS T PIÑERO LAS PIEDRAS, PR 00771 | PO BOX 55 LAS PIEDRAS, PR 00771 |

| CONTRACTOR | NAME OF ENTITY | CONTRACT NUMBER | CONTRACTOR (LANDLORD) RESIDENT AGENT | PAYMENT STREET ADDRESS | CONTRACTOR (LANDLORD) MAILING STREET ADDRESS |
|---|---|---|---|---|---|
| MARGARO LOPEZ, INC. | STATE ELECTIONS COMMISSION | 2016-000123 | COLON, TERESA M | 77 JESUS T PIÑERO LAS PIEDRAS, PR 00771 | PO BOX 55 LAS PIEDRAS, PR 00771 |
| MUDANZAS TORRES INC | STATE ELECTIONS COMMISSION | | | P O BOX 906 CAGUAS, PR 00726-0906 | |
| MUNICIPIO DE BARCELONETA | DEPARTMENT OF FAMILY | 2017-000238 | MUNICIPIO DE BARCELONETA | P O BOX 2049  BARCELONETA, PR, 00617 | P O BOX 2049  BARCELONETA, PR, 00617 |
| MUNICIPIO DE BARCELONETA | DEPARTMENT OF HEALTH | 2017-DS0310 | MUNICIPIO DE BARCELONETA | P O BOX 2049  BARCELONETA, PR, 00617 | P O BOX 2049  BARCELONETA, PR, 00617 |
| MUNICIPIO DE BARCELONETA | DEPARTMENT OF TREASURY | 2016-000207 | MUNICIPIO DE BARCELONETA | P O BOX 2049  BARCELONETA, PR, 00617 | P O BOX 2049  BARCELONETA, PR, 00617 |
| MUNICIPIO DE BARCELONETA | STATE ELECTIONS COMMISSION | 2015-000080 | MUNICIPIO DE BARCELONETA | P O BOX 2049  BARCELONETA, PR, 00617 | P O BOX 2049  BARCELONETA, PR, 00617 |
| MUNICIPIO DE HUMACAO | Demographic Registry | 2016-DS0906 | MUNICIPIO DE HUMACAO | | |
| OCHOA ROIG,INC | DEPARTMENT OF LABOR AND HUMAN RESOURCES | 2017-000626 | OCHOA ROIG, PEDRO J | CALLE ACOSTA #1 CAGUAS, PR 00725 | CALLE ACOSTA #1 CAGUAS, PR 00725 |
| PESCADERIA VILLA PESQUERA ESPINAL | DEPARTMENT OF AGRICULTURE | 2016-055184 | PESCADERIA VILLA PESQUERA ESPINAL | 1330 Bo. Espinal, Aguada PR 00602 | NO RESULTS |
| PIFORS & CO., INC. | CONTROLLER'S OFFICE | 2016-000088 | PI FORS, ADOLFO | URB. BUCARÉ CALLE TOPACIO NÚM. 2057 GUAYNABO, PR 00969 | CALLE MANUEL CAMUÑA NÚM. 1207 SUITE 105 SAN JUAN, PR 00918-0000 |
| PIFORS & CO., INC. | CONTROLLER'S OFFICE | 2016-000088 | PI FORS, ADOLFO | URB. BUCARÉ CALLE TOPACIO NÚM. 2057 GUAYNABO, PR 00969 | CALLE MANUEL CAMUÑA NÚM. 1207 SUITE 105 SAN JUAN, PR 00918-0000 |
| PRIME VENTURE CORPORATION | DEPARTMENT OF HEALTH | 2014-DS0295 | PEREZ RODRIGUEZ, ALEXIS R | 316 AVE. DE LA CONSTITUCIÓN SAN JUAN, PR 00901 | 316 AVE. DE LA CONSTITUCIÓN SAN JUAN, PR 00901 |
| PROFESSIONAL RECORDS OF INFORMATION MANAGEMENT INC | DEPARTMENT OF TREASURY | 2018-000141 | CONTRERAS, VICTOR | SAN MARCOS 10100 CAROLINA, PR 00982-0000 | P.O. BOX 13323 SAN JUAN, PR 00908-3323 |
| PUERTA DEL NORTE MALL & PARKING SYSTEMS, INC. | DEPARTMENT OF FAMILY | 2016-000240 | RODRIGUEZ VEGA, ROBERTO | CARR NUM ESQ BALDORIOTY MANATI, PR 00674 | PO BOX 1101 MANATI, PR 00674 |
| PUERTO RICO TELEPHONE CO, INC. | CONTROLLER'S OFFICE | 2015-000072 | PUERTO RICO TELEPHONE COMPANY, INC. | 1515 ROOSEVELT AVENUE 10TH FLOOR GUAYNABO, PR 00968 | 1515 ROOSEVELT AVENUE 10TH FLOOR GUAYNABO, PR 00968 |
| PUERTO RICO TELEPHONE CO, INC. | PR FIREFIGHTERS | 2014-000021 | PUERTO RICO TELEPHONE COMPANY, INC. | 1515 ROOSEVELT AVENUE 10TH FLOOR GUAYNABO, PR 00968 | 1515 ROOSEVELT AVENUE 10TH FLOOR GUAYNABO, PR 00968 |
| PUERTO RICO TELEPHONE CO, INC. | PR MEDICAL EMERGENCY ENTITY | 2016-000050 | PUERTO RICO TELEPHONE COMPANY, INC. | 1515 ROOSEVELT AVENUE 10TH FLOOR GUAYNABO, PR 00968 | 1515 ROOSEVELT AVENUE 10TH FLOOR GUAYNABO, PR 00968 |
| PUERTO RICO TELEPHONE CO, INC. | PR MEDICAL EMERGENCY ENTITY | 2016-000051 | PUERTO RICO TELEPHONE COMPANY, INC. | 1515 ROOSEVELT AVENUE 10TH FLOOR GUAYNABO, PR 00968 | 1515 ROOSEVELT AVENUE 10TH FLOOR GUAYNABO, PR 00968 |
| PUERTO RICO TELEPHONE CO, INC. | PUERTO RICO POLICE | 2014-A00159 | PUERTO RICO TELEPHONE COMPANY, INC. | 1515 ROOSEVELT AVENUE 10TH FLOOR GUAYNABO, PR 00968 | 1515 ROOSEVELT AVENUE 10TH FLOOR GUAYNABO, PR 00968 |
| PUERTO RICO TELEPHONE CO, INC. | PUERTO RICO POLICE | 2014-A00158 | PUERTO RICO TELEPHONE COMPANY, INC. | 1515 ROOSEVELT AVENUE 10TH FLOOR GUAYNABO, PR 00968 | 1515 ROOSEVELT AVENUE 10TH FLOOR GUAYNABO, PR 00968 |
| PUNTA BORINQUEN SHOPPING CENTER, INC. | DEPARTMENT OF TREASURY | 2016-000209 | MEDINA RUIZ, EDWIN | CALLE BELT BASE RAMEY AGUADILLA, PR 00604 | CALLE BELT BASE RAMEY AGUADILLA, PR 00604 |
| PUNTA BORINQUEN SHOPPING CENTER, INC. | TRANSPORTATION AND PUBLIC WORKS | 2015-000014 | MEDINA RUIZ, EDWIN | CALLE BELT BASE RAMEY AGUADILLA, PR 00604 | CALLE BELT BASE RAMEY AGUADILLA, PR 00604 |
| RIO DEL PLATA MALL INC | DEPARTMENT OF FAMILY | 2014-000273 | TALAVERA, LUIS R | CARR 165 KM 7.4 BO GALATEO TOA ALTA, PR 00953 | RR 2 BOX 5389, TOA ALTA, PR, 00953 |
| RIO DEL PLATA MALL INC | DEPARTMENT OF FAMILY | 2014-000273 | TALAVERA, LUIS R | CARR 165 KM 7.4 BO GALATEO TOA ALTA, PR 00953 | RR 2 BOX 5389, TOA ALTA, PR, 00953 |
| RRD CASH & CARRY, INC. | VOCATIONAL REHABILITATION ADMINISTRATION | 2016-000058 | ROSA DELGADO, RAMON | BOX 140189 ARECIBO, PR 00614-0189 | BOX 140189 ARECIBO, PR 00614-0189 |
| SANTOS VELEZ SANCHEZ | DEPARTMENT OF HEALTH | 2015-DS1107 | SANTOS VELEZ SANCHEZ | 2770 AVE HOSTO EDF SANTOS VELEZ SUITE 201  MAYAGUEZ, PR, 00681 | 2770 AVE HOSTO EDF SANTOS VELEZ SUITE 201  MAYAGUEZ, PR, 00681 |
| SR. WILFREDO FONTANEZ CENTENO | DEPARTMENT OF FAMILY | 2013-000314 | WILFREDO FONTANEZ CENTENO | PO BOX 3274  CAROLINA, PR, 00984 | PO BOX 3274  CAROLINA, PR, 00984 |
| SUCESION NORBERTO MARRERO GONZALEZ | MENTAL HEALTH SERVICES AND ADDICTION CONTROL ADMINISTRATION | 2017-950450 | MARRERO MARTÍNEZ, DAVID T | PO BOX 3630 BAYAMON, PR 00958 | PO BOX 3630 BAYAMON, PR 00958 |
| SUCN OSCAR RODRIGUEZ CRESPO | DEPARTMENT OF FAMILY | | | P O BOX 441 PATILLAS, PR 00723 | |
| THE FRANCIS VILLAGE ELDERLY, SE | DEPARTMENT OF HOUSING | 2013-000229 | RIVERA, FRANCISCO | AVE. 65TH. INFANTERIA NUM. 67 ANASCO, PR 00610 | BOX 163 ANASCO, PR 00610 |
| THE FRANCIS VILLAGES ELDERLY LIMITED | DEPARTMENT OF HOUSING | | | PARTNERSHIP SE VILLA NEVARES 1122 CALLE 5 SAN JUAN, PR 00927 | |
| UNION HOLDINGS, INC. | CONTROLLER'S OFFICE | 2018-000020 | ARMENTEROS, ERNESTO J | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 |
| UNION HOLDINGS, INC. | CONTROLLER'S OFFICE | 2018-000021 | ARMENTEROS, ERNESTO J | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 |
| UNION HOLDINGS, INC. | DEPARTMENT OF FAMILY | 2015-000022 | ARMENTEROS, ERNESTO J | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 |
| UNION HOLDINGS, INC. | DEPARTMENT OF FAMILY | 2015-000022 | ARMENTEROS, ERNESTO J | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 |
| UNION HOLDINGS, INC. | HUMAN RIGHTS COMMISSION | 2018-000004 | ARMENTEROS, ERNESTO J | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 |
| UNION HOLDINGS, INC. | OFFICE OF THE OMBUDSMAN - VETERANS | 2008-000015 | ARMENTEROS, ERNESTO J | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 |
| UNION HOLDINGS, INC. | OFFICE OF THE SOLICITOR - SPECIAL INDEPENDENT PROSECUTOR | 2017-000044 | ARMENTEROS, ERNESTO J | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 |
| UNION HOLDINGS, INC. | VOCATIONAL REHABILITATION ADMINISTRATION | 2017-000001 | ARMENTEROS, ERNESTO J | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 | MERCANTIL PLAZA SUITE 1501 AVE PONCE DE LEON SAN JUAN, PR 00918 |
| VAL MEDICAL INC. | DEPARTMENT OF CORRECTION AND REHABILITATION | 2009-000037 | ANDREU FUENTES, JOSE | 261 AVE. DOMONECH SAN JUAN, PR 00918 | 261 AVE. DOMONECH SAN JUAN, PR 00918 |
| VAREY COMPANY INC | DEPARTMENT OF HOUSING | | | 36 CALLE CRISTINA PONCE, PR 00731 | |
| WAEL INC | PR MEDICAL EMERGENCY ENTITY | | | PO BOX 1370 MAYAGUEZ, PR 00681 | |
| Centrico (antiguo Plaza Guayama) | MENTAL HEALTH SERVICES AND ADDICTION CONTROL ADMINISTRATION | 2016-950102 | Wanda Ofray | AVE LOS VETERANOS PR-3 KM 134.7 GUAYAMA, PR 00785 | AVE LOS VETERANOS PR-3 KM 134.7 GUAYAMA, PR 00785 |
| OFFICE PARK, INC. | Administracion de Rehabilitacion Vocacional | 2019-000004 | Eduardo Figueroa | 1 CALLE 65 DE INFANTERIA NTE, STE# 2 LAJAS, PR 00667 | 1 CALLE 65 DE INFANTERIA NTE, STE# 2 LAJAS, PR 00667 |

| Real Property Leases Under Affirmative Consent- PREPA | | |
|---|---|---|
| CONTRACTOR | CONTRACT NUMBER | PROPERTY ADDRESS |
| A la Orden Shopping Center, SE | | Ave. Comerío #600, Toa Baja |
| Delmar Investments, SE | 2018-P00005 | 606 Ave. Tito Castro, Suite 601, Ponce Puerto 00716 |
| M. Otero y CIA, SE | 2017-P00042 | Plaza Puerto del Sol, Carr. #2 KM 49.7, Manatí |
| La Quinta Shopping Center, Corp. | 2016-P00014 | Calle Luna #175, La Quinta Shopping Center, San Germán |
| OFFICE PARK, INC. | 2021-P00049 | 1 CALLE 65 DE INFANTERIA NTE, STE# 2 LAJAS, PR 00667 |
| Mao and Associates Investment, Inc. | 2017-P00044 | PR #14, Bo. Montellano, Cayey |