RECLAMANTE: Carmen H. Colon Aponte
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 174644

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 1 de agosto de 1983 hasta el 30 de junio de 2014 como Ayudante de Maestra del Departamento de Educación de Puerto Rico – ELA.

| | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Carmen N. Colon Aponte
Nombre en letra de molde

*(firma)*
Firma y fecha 1/8/2021

RECLAMANTE: Carmen H. Colon Aponte
DIRECCION: URB. Las Flores Calle 5 J-7
Juana Diaz PR-00795

NUMERO DE RECLAMACION: 174644

Fecha de presentacion (envio): 8 de enero de 2021
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 8 de enero de 2021 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como Ayudante de Maestra desde el 1 DE AGOSTO DE 1983 hasta 30 DE JUNIO DE 2014.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Carmen H. Colón Aponte
Nombre en letra de molde

*(firma)*
Firma y fecha 1/8/2021

## REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: Carmen H. Colon Aponte
Dirección Postal: Urb. Las Flores calle 5 J-7
PR. 00795

Teléfono contacto: Res. _____ Cel. 787-385-1776

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 124 – Julio 1973 – Aumento de Sueldo
   Ley 89 – Julio 1979 – Retribución Uniforme
   Ley 89 – Julio 1995 – Romerazo
   Ley 134 – Julio 1996 – Aportación Acumulado Retiro
   Ley 96 – Julio 2002 – Aumento de Sueldo
   Ley 164 – Julio 2003 – Aumento de Sueldo
   Ley 164 – Enero 2004 – Gob. Sila M. Calderón
   Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de la Familia, Ponce, Puerto Rico desde el 1 de agosto del 1983 hasta el 30 de junio de 2014. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Carmen H Colón Aponte
Nombre en letra de molde

_[firma]_
Firma  1/8/2021

Carmen H. Colón Aponte
Urb. Las Flores 5J7
Juana Díaz, PR 00795



RECEIVED & FILED
2021 JAN 12 AM 7:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerks Office
United State Distric Court
Room 150 Federal Building
San Juan, PR 00918-1767