## TWO HUNDRED EIGHTY FIRST OMNIBUS OBJECTION

### Exhibit A – Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 655 | SALVA ACOSTA, LUIS<br>PO BOX 1267<br>BOQUERON, PR 00622 | 6/7/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 58244 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Electric Power Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Electric Power Authority or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 656 | SANABRIA QUILES, DAMARIS<br>PO BOX 457<br>ANASCO, PR 00610 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 21074 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Electric Power Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Electric Power Authority or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 657 | SANCHEZ CORRALISA, LUIS A<br>PO BOX 310<br>UTUADO, PR 00641 | 5/2/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 8368 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Electric Power Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Electric Power Authority or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 658 | SANCHEZ GOMEZ, MARIA I.<br>HC-1-4407<br>YABUCOA, PR 00767 | 4/13/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 7362 | $20,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Electric Power Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Electric Power Authority or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 659 | SANCHEZ NEGRON, ORLANDO<br>CALLE 2 BLOC C-1<br>VILLAS DEL MADRIGAL<br>CAROLINA, PR 00987 | 6/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 149031 | $100,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Electric Power Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Electric Power Authority or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 660 | SANCHEZ ROSA, MARITZA<br>RR16 BOX 4836<br>SAN JUAN, PR 00926 | 6/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 141563 | $50,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Electric Power Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Electric Power Authority or any of the other Title III debtors.

\* - Indicates claim contains unliquidated and/or undetermined amounts.



## Pay Stub 1

**LUIS A. SALVA-ACOSTA**

| SECUENCIA | GRUPO PAGO | EMPLEADO |
|---|---|---|
| 4400 | 440 | 8007 |

| DESCRIPCION | HORAS | INGRESOS | ACUMULACION ANUAL |
|---|---|---|---|
| TIEMPO COMP | 1.00 | 33.99 | 3752.19 |
| SALARIO BASICO | 67.50 | 2294.32 | 58173.85 |
| LIC VACACIONES EXC | 7.50 | 254.93 | 7018.96 |
| BONO NAVIDAD | 0.00 | 0.00 | 600.00 |
| LIC ENFERMEDAD | 0.00 | 0.00 | 832.76 |
| LIC VACACIONES | 0.00 | 0.00 | 254.93 |
| BONO RIESGO | 0.00 | 0.00 | 300.00 |

| DESCRIPCION | CONTR/DED | ACUMULACION ANUAL |
|---|---|---|
| Medicare EE Withheld | 37.45 | 1028.52 |
| SS EE Withheld | 160.16 | 4397.83 |
| SIT Withheld | 311.39 | 9117.14 |
| APORTACION RETIRO | 230.96 | 6004.96 |
| CAMPANA BENEFICA | 4.00 | 104.00 |
| CUOTA AEG AEE | 17.00 | 442.00 |
| PREST PERS RET II | 301.55 | 7840.10 |
| SEGURO DE VIDA SSS | 0.00 | 773.40 |
| APORTACION BENEFICA | 0.00 | 5.00 |
| ATRASO PRES PERS II | 0.00 | 0.02 |

| | INGRESOS | CONTRIBUCIONES | DEDUCCIONES | PAGA NETA | FECHA PERIODO PAGO | NUMERO DE CHEQUE | CANTIDAD DEL CHEQUE |
|---|---|---|---|---|---|---|---|
| CORRIENTE | 2583.24 | 509.00 | 553.51 | 1520.73 | 20-DEC-2014 | 1633171 | 1520.73 |
| A LA FECHA | 70932.69 | 14543.49 | 15169.48 | 41219.72 | | INFORME DE SUELDOS PAGOS Y DEDUCCIONES | |
| BALANCES LICENCIAS | ANUAL | 185.08 | ENFERMEDAD | 738.77 | ACUMULACION RETIRO | | 168205.45 |

## Pay Stub 2

**LUIS A. SALVA-ACOSTA**

| SECUENCIA | GRUPO PAGO | EMPLEADO |
|---|---|---|
| 4400 | 440 | 8007 |

| DESCRIPCION | HORAS | INGRESOS | ACUMULACION ANUAL |
|---|---|---|---|
| BONO NAVIDAD | 0.00 | 600.00 | 600.00 |
| SALARIO BASICO | 0.00 | 0.00 | 55879.53 |
| LIC ENFERMEDAD | 0.00 | 0.00 | 832.76 |
| LIC VACACIONES | 0.00 | 0.00 | 254.93 |
| LIC VACACIONES EXC | 0.00 | 0.00 | 6764.03 |
| TIEMPO COMP | 0.00 | 0.00 | 3718.20 |
| BONO RIESGO | 0.00 | 0.00 | 300.00 |

| DESCRIPCION | CONTR/DED | ACUMULACION ANUAL |
|---|---|---|
| Medicare EE Withheld | 8.70 | 991.07 |
| SS EE Withheld | 37.20 | 4237.67 |
| SIT Withheld | 60.00 | 8805.75 |
| APORTACION RETIRO | 0.00 | 5774.00 |
| CAMPANA BENEFICA | 0.00 | 100.00 |
| CUOTA AEG AEE | 0.00 | 425.00 |
| SEGURO DE VIDA SSS | 0.00 | 773.40 |
| PREST PERS RET II | 0.00 | 7538.55 |
| APORTACION BENEFICA | 0.00 | 5.00 |
| ATRASO PRES PERS II | 0.00 | 0.02 |

| | INGRESOS | CONTRIBUCIONES | DEDUCCIONES | PAGA NETA | FECHA PERIODO PAGO | NUMERO DE CHEQUE | CANTIDAD DEL CHEQUE |
|---|---|---|---|---|---|---|---|
| CORRIENTE | 600.00 | 105.90 | 0.00 | 494.10 | 06-DEC-2014 | 1632098 | 494.10 |
| A LA FECHA | 68349.45 | 14034.49 | 14615.97 | 39698.99 | | INFORME DE SUELDOS PAGOS Y DEDUCCIONES | |
| BALANCES LICENCIAS | ANUAL | 183.93 | ENFERMEDAD | 2832.65 | ACUMULACION RETIRO | | 167974.49 |