Luis A. Salvá Acosta
P.O. Box 1267
Boquerón, P.R. 00622-1267

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan, P.R., 00918-1767

**PRIORITY MAIL 1-DAY™**

LUIS ANTONIO SALVA ACOSTA
PO BOX 1267
BOQUERON PR 00622-1267

0005

SHIP TO:
CLERK OFFICE
FEDERAL BUILDING SALA 150
SAN JUAN PR 00918

USPS TRACKING #

9405 5112 0253 7849 4552 47

stamps endicia 01/07/2021

FROM:
Luis A. Salva Acosta
P. O. Box 1267
Boqueron, PR 00622-1267

TO:
Secretaría (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos
(United States District Court)
Sala 150 Edificio Federal
(Federal Building)
San Juan, PR 00918-1767

- Date of delivery specified*
- USPS TRACKING™ included to many international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

RECEIVED & FILED
2021 JAN 12 AM 7:32