**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON JANUARY 14, 2021 AT 9:30 A.M. AST**

| | |
|---|---|
| **Time and Date of Hearing:** | **Thursday, January 14, 2021**, from 9:30 a.m. to 5:00 p.m. (Atlantic Standard Time)<br><br>Honorable Laura Taylor Swain, United States District Judge |
| **Location of Hearing:** | **The Hearing will be conducted telephonically via Court Solutions.**<br><br>**Participation by Individuals Who Have Been Notified to Attend: Claimants who have been notified that their claims are the subject of the Hearing may participate by telephone by going to the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, where telephone and interpretation facilities will be provided.**<br><br>For the benefit of those who may attend the hearing in person, a copy of the Form of Notice describing the Safety Procedures at the Hearing (ECF No. 15437-1) is attached to this Agenda as **Exhibit A**. |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Attorney Participation:  Pursuant to the *Order Regarding Procedures for Hearing on January 14, 2021* [Case No. 17-3283, ECF No. 15565], attached to this Agenda as **Exhibit B** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and wish to participate as speakers or listen in on the proceedings must register with CourtSolutions at www.court-solutions.com.  The FOMB may register up to three speaking lines, and all other parties shall be limited to two speaking lines.  There will be no limitation on listen-only lines.

Members of the Public and Press:  Members of the public and press may listen in on the proceedings on a listen-only line by dialing (888) 363-4749 and entering the access code (7214978) and security code (6644) when prompted.

**Copies of Documents:**  Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

I. **CONTESTED CLAIM OBJECTIONS (beginning at 9:30 a.m. Atlantic Standard Time):**

**Related Documents Concerning All Claim Objections:**

A. Order Regarding Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 15437]**

B. Informative Motion of the Financial Oversight And Management Board for Puerto Rico Regarding Adjourned Omnibus Objections to Claims Set for Hearing on January 14, 2021 **[Case No. 17-3283, ECF No. 15541]**

1. **Ninety-Seventh Omnibus Objection to Claims.** Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided **[Case No. 17-3283, ECF No. 9547]**

Objection Deadline:  March 27, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 7, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:

A. Response to Ninety-Seventh Omnibus Objection to Claims, filed by Pedro A. Casiano Ayala (Claim No. 1045) **[Case No. 17-3283, ECF No. 9860]** (Response Form not returned)

2

Replies, Joinders & Statements:

    A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Claimant Pedro A. Casiano Ayala [ECF No. 9860] to the Ninety-Seventh Omnibus Objection (Non-Substantive) to Deficient Claims Asserting Interests Based on Salary Demands, Employment, or Services Provided **[Case No. 17-3283, ECF No. 15529]**

Related Documents :

    A. Order (A) Establishing Extended Deadline for Responses to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings, (B) Continuing the Hearing as to Omnibus Objections Scheduled for Hearing at December 11, 2019 and January 29, 2020 Omnibus Hearings Until the April 22, 2020 Omnibus Hearing, (C) Approving Form of Notice and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 12325]**

    B. Notice of Presentment of Proposed Order (A) Granting in Part the Ninety-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services Provided, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14631]**

Status:  This matter is going forward.

Estimated Time Required:  6 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 2 minutes
    B. Objecting Parties: N/A

2. **One Hundred Seventy-First Omnibus Objection to Claims.** One Hundred Seventy-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient and Late-Filed Claims  **[Case No. 17-3283, ECF No. 12125]**

Objection Deadline:  April 7, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 7, 2021 at 4:00 p.m. (Atlantic Standard Time)

3

<u>Responses</u>:
- A. Responses to One Hundred Seventy-First Omnibus Objection to Claims, filed by Maria C. Romero Quiñones (Claim Nos. 3836 and 3997) **[Case No. 17-3283, ECF Nos. 13164 and 13165]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
- A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Claimant Maria Romero Quiñones [ECF Nos. 13164 and 13165] to the One Hundred Seventy-First Omnibus Objection (Non-Substantive) to Miscellaneous Deficient and Late-Filed Claims   **[Case No. 17-3283, ECF No. 15530]**

<u>Related Documents</u>:
- A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Seventy-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims and Late-Filed Claims, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14720]**

- B. Motion to Submit Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 14, 2021 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 15542-1,2]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  6 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

- A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 2 minutes
- B. <u>Objecting Parties</u>: N/A

3. **<u>One Hundred Seventy-Third Omnibus Objection to Claims.</u>** One Hundred Seventy-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 12138]**

<u>Objection Deadline</u>:  April 7, 2020 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: January 7, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A.  Response to One Hundred Seventy-Third Omnibus Objection to Claims, filed by
        Félix Ortiz Castro (Claim No. 164442) **[Case No. 17-3283, ECF No. 15543-1,2]**
        (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
    A.  Notice of Correspondence Regarding the One Hundred Seventy-Third Omnibus
        Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
        Highways and Transportation Authority, and Employees Retirement System of the
        Government of the Commonwealth of Puerto Rico to Individual Proof of Claim
        No. 164442 **[Case No. 17-3283, ECF No. 15543]**

<u>Related Documents</u>:
    A.  Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred
        Seventy-Third Omnibus Objection (Non-Substantive) of the Commonwealth of
        Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
        Retirement System of the Government of the Commonwealth of Puerto Rico to
        Subsequently Amended Claims, (B) Approving Form of Notice for Claims to Be
        Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No.
        14888]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  6 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 2 minutes
    B. <u>Objecting Parties</u>: N/A

4.  **<u>One Hundred Ninetieth Omnibus Objection to Claims.</u>** One Hundred Ninetieth
    Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the
    Puerto Rico Highways and Transportation Authority to Subsequently Amended Claims
    **[Case No. 17-3283, ECF No. 12859]**

<u>Objection Deadline</u>:  September 1, 2020 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: January 7, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:  **FILED BY COUNSEL FOR CLAIMANT**
    A.  Motion Notifying Death of Creditor; & Requesting Extension of Time (Claim No.
        92) **[Case No. 17-3283, ECF No. 13182]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
    A.  Reply of the Commonwealth of Puerto Rico and the Puerto Rico Highways and
        Transportation Authority to the Response Filed by Carlos Cortes Irizarry [ECF No.

5

13182] to the One Hundred Ninetieth Omnibus Objection (Non-Substantive) to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 15547]**

Related Documents:

A. Order Granting Motion for Extension of Time to Respond to Debtors' One Hundred Ninetieth Omnibus Objection **[Case No. 17-3283, ECF No. 13401]**

B. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Ninetieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Subsequently Amended Claims, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14905]**

Status:  This matter is going forward.

Estimated Time Required: 6 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 2 minutes
B. Objecting Parties: N/A

5. **One Hundred Ninety-Eighth Omnibus Objection to Claims.** One Hundred Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Duplicative Claims Asserted by Certain HTA Bondholders **[Case No. 17-3283, ECF No. 13406]**

Objection Deadline:  July 14, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 7, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:

A. Response to One Hundred Ninety-Eighth Omnibus Objection to Claims, filed by Leonard Lamm (Claim No. 48727) **[Case No. 17-3283, ECF No. 13791]** (Response Form not returned)

Replies, Joinders & Statements:

A. Reply of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to the Response Filed by Leonard Lamm [ECF No. 13791] to the One Hundred Ninety-Eighth Omnibus Objection (Non-Substantive) to Duplicative Claims Asserted by Certain HTA Bondholders **[Case No. 17-3283, ECF No. 15532]**

Related Documents:

A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of

6

Puerto Rico and Puerto Rico Highways and Transportation Authority to Duplicative Claims Asserted by Certain HTA Bondholders, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14870]**

Status:  This matter is going forward.

Estimated Time Required:  6 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 2 minutes
    B. Objecting Parties: N/A

6. **One Hundred Ninety-Ninth Omnibus Objection to Claims.** One Hundred Ninety-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Holders of Certain PRASA Senior Lien Bonds **[Case No. 17-3283, ECF No. 13407]**

Objection Deadline:  July 14, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 7, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:  **FILED BY COUNSEL FOR CLAIMANT**
    A. Response to One Hundred Ninety-Ninth Omnibus Objection to Claims, filed by Cooperativa De Ahorro Y Crédito Oriental (Claim Nos. 30417, 30355, 30459, and 30509) **[Case No. 17-3283, ECF No. 13618]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico to Responses Filed By (I) Cooperativa De Ahorro Y Crédito Oriental and (II) Cooperativa De Ahorro Y Crédito de Yauco [ECF Nos. 13618 and 13623] to One Hundred Ninety-Ninth Omnibus Objection (Substantive) to Claims Asserted by Bondholders of Certain PRASA Senior Lien Bonds **[Case No. 17-3283, ECF No. 15535]**

Related Documents:
    A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Ninety-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Holders of Certain PRASA Senior Lien Bonds, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14871]**

Status:  This matter is going forward.

Estimated Time Required:  6 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 2 minutes
    B. Objecting Parties: N/A

7. **One Hundred Ninety-Ninth Omnibus Objection to Claims.** One Hundred Ninety-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Holders of Certain PRASA Senior Lien Bonds **[Case No. 17-3283, ECF No. 13407]**

Objection Deadline:  July 14, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 7, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:  **FILED BY COUNSEL FOR CLAIMANT**
    A. Response to One Hundred Ninety-Ninth Omnibus Objection to Claims, filed by Cooperativa De Ahorro Y Crédito de Yauco (Claim Nos. 127882, 140268, 155210, 155252, 155331, and 161704) **[Case No. 17-3283, ECF No. 13623]** Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico to Responses Filed By (I) Cooperativa De Ahorro Y Crédito Oriental and (II) Cooperativa De Ahorro Y Crédito de Yauco [ECF Nos. 13618 and 13623] to One Hundred Ninety-Ninth Omnibus Objection (Substantive) to Claims Asserted by Bondholders of Certain PRASA Senior Lien Bonds **[Case No. 17-3283, ECF No. 15535]**

Related Documents:
    A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Ninety-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Holders of Certain PRASA Senior Lien Bonds, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14871]**

Status:  This matter is going forward.

Estimated Time Required:  6 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 2 minutes
    B. Objecting Parties: N/A

8. **Two Hundred First Omnibus Objection to Claims.** Two Hundred First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by COFINA Bondholders **[Case No. 17-3283, ECF No. 13410]**

Objection Deadline:  July 14, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 7, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Two Hundred First Omnibus Objection to Claims, filed by Eddie
       Montalvo (Claim No. 27995) **[Case No. 17-3283, ECF No. 13789]** (Response
       Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico to Response Filed by Eddie Montalvo
       [ECF No. 13789] to the Two Hundred First Omnibus Objection (Substantive) of
       the Commonwealth of Puerto Rico to Claims Asserted by COFINA Bondholders
       **[Case No. 17-3283, ECF No. 15544]**

Related Documents:
    A. Notice of Presentment of Proposed Order (A) Granting in Part the Two Hundred
       First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to
       Claims Asserted by COFINA Bondholders, (B) Approving Form of Notice for
       Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283,
       ECF No. 14906]**

    B. Motion to Submit Certified Translations in Connection with Docketed Claim
       Objection Responses To Be Heard at the January 14, 2021 Adjourned Objection
       Hearing **[Case No. 17-3283, ECF No. 15542-3]**

Status:  This matter is going forward.

Estimated Time Required:  6 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 2 minutes
    B. Objecting Parties: N/A

9. **Two Hundred Second Omnibus Objection to Claims.** Two Hundred Second Omnibus
Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the
Commonwealth of Puerto Rico Is Not Liable **[Case No. 17-3283, ECF No. 13409]**

Objection Deadline:  July 14, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 7, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:

    A. Response to Two Hundred Second Omnibus Objection to Claims, filed by Hector Santos Diaz (Claim No. 1337) **[Case No. 17-3283, ECF No. 13668]** (Response Form not returned)

Replies, Joinders & Statements:

    A. Reply of the Commonwealth of Puerto Rico to Response Filed by Hector Santos Diaz [ECF No. 13668] to the Two Hundred Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth of Puerto Rico Is Not Liable **[Case No. 17-3283, ECF No. 15536]**

Related Documents:

    A. Notice of Presentment of Proposed Order (A) Granting in Part the Two Hundred Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for which the Commonwealth of Puerto Rico is Not Liable, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14877]**

Status:  This matter is going forward.

Estimated Time Required:  6 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 2 minutes
    B. Objecting Parties: N/A

10. **Two Hundred Fourth Omnibus Objection to Claims.** Two Hundred Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 13412]**

Objection Deadline:  July 14, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 7, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:

    A. Responses to Two Hundred Fourth Omnibus Objection to Claims, filed by Ruth Dalia Luisa Martínez Vélez (Claim Nos. 105594, 40721, 103437, and 105684) **[Case No. 17-3283, ECF Nos. 13643, 13646, 13647, and 13649]** (Response Form not returned)

Replies, Joinders & Statements:

    A. Reply of the Commonwealth of Puerto Rico to the Responses Filed by Ruth Dalia Luisa Martínez Vélez [ECF Nos. 13643, 13646, 13647, and 13649] to the Two Hundred Fourth Omnibus Objection (Non-Substantive) to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 15545]**

Related Documents:
    A. Notice of Presentment of Proposed Order (A) Granting in Part the Two Hundred Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Subsequently Amended Claims, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14909]**

    B. Motion to Submit Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 14, 2021 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 15542-4,5,6,7]**

Status:  This matter is going forward.

Estimated Time Required:  6 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 2 minutes
    B. Objecting Parties: N/A

II.    **CONTESTED CLAIM OBJECTIONS (beginning at 10:30 a.m. Atlantic Standard Time):**

    **Related Documents Concerning All Claim Objections:**
    A. Order Regarding Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 15437]**

    B. Informative Motion of the Financial Oversight And Management Board for Puerto Rico Regarding Adjourned Omnibus Objections to Claims Set for Hearing on January 14, 2021 **[Case No. 17-3283, ECF No. 15541]**

1.    **Two Hundred Sixteenth Omnibus Objection to Claims.** Two Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Based on Investments in Mutual Funds **[Case No. 17-3283, ECF No. 13429]**

Objection Deadline:  July 14, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 7, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Two Hundred Sixteenth Omnibus Objection to Claims, filed by Louis Jules Marin (Claim No. 37240) **[Case No. 17-3283, ECF No. 15522-1,2]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
- A. Notice of Correspondence Regarding the Two Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 37240 **[Case No. 17-3283, ECF No. 15522]**

<u>Related Documents</u>:
- A. Notice of Presentment of Proposed Order (A) Granting in Part the Two Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Based on Investments in Mutual Funds, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14840]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  6 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

- A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 2 minutes
- B. <u>Objecting Parties</u>: N/A

2. **<u>Two Hundred Thirty-Second Omnibus Objection to Claims.</u>** Two Hundred Thirty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 13916]**

<u>Objection Deadline</u>:  September 1, 2020 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: January 7, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:  **FILED BY COUNSEL FOR CLAIMANT**
- A. Response to Two Hundred Thirty-Second Omnibus Objection to Claims, filed by Biblioteca Y Centro De Estudios De Puerto Rico, Inc. (Claim No. 4756) **[Case No. 17-3283, ECF No. 14078]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
- A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Biblioteca Y Centro De Estudios De Puerto Rico, Inc.  [ECF No. 14078] to the Two Hundred Thirty-Second Omnibus Objection (Non-Substantive) to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 15539]**

12

Related Documents:
   A. Notice of Presentment of Proposed Order (A) Granting in Part the Two Hundred
      Thirty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of
      Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
      Retirement System of the Government of the Commonwealth of Puerto Rico to
      Miscellaneous Deficient Claims, (B) Approving Form of Notice for Claims to Be
      Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No.
      14727]**

Status:  This matter is going forward.

Estimated Time Required:  6 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 2 minutes
   B. Objecting Parties: N/A

3. **Two Hundred Thirty-Second Omnibus Objection to Claims.** Two Hundred Thirty-
   Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico,
   Puerto Rico Highways and Transportation Authority, and Employees Retirement System
   of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient
   Claims **[Case No. 17-3283, ECF No. 13916]**

Objection Deadline:  September 1, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 7, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Two Hundred Thirty-Second Omnibus Objection to Claims, filed by
      Eduardo Rivero Betancourt (Claim No. 9599) **[Case No. 17-3283, ECF No. 15524-
      1,2]** (Response Form not returned)

Replies, Joinders & Statements:
   A. Notice of Correspondence Regarding the Two Hundred Thirty-Second Omnibus
      Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico
      Highways and Transportation Authority, and Employees Retirement System of the
      Government of the Commonwealth of Puerto Rico to Individual Proof of Claim
      No. 9599 **[Case No. 17-3283, ECF No. 15524]**

Related Documents:
   A. Notice of Presentment of Proposed Order (A) Granting in Part the Two Hundred
      Thirty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of
      Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees
      Retirement System of the Government of the Commonwealth of Puerto Rico to
      Miscellaneous Deficient Claims, (B) Approving Form of Notice for Claims to Be

13

Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14727]**

Status:  This matter is going forward.

Estimated Time Required:  6 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 2 minutes
    B. Objecting Parties: N/A

4. **Two Hundred Forty-Sixth Omnibus Objection to Claims.** Two Hundred Forty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims with Respect to Which Deficient Mailing Responses Were Received **[Case No. 17-3283, ECF No. 14218]**

Objection Deadline:  October 14, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 7, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Two Hundred Forty-Sixth Omnibus Objection to Claims, filed by Pedro A. Miró Sotomayor (Claim No. 11287) **[Case No. 17-3283, ECF No. 15525-1,2]** (Response Form returned; claimant does not intend to attend hearing)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Two Hundred Forty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 11287 **[Case No. 17-3283, ECF No. 15525]**

Related Documents:
    A. Notice of Presentment of Proposed Order (A) Granting in Part the Two Hundred Forty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims with Respect to Which Deficient Mailing Responses Were Received, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14730]**

Estimated Time Required:  6 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 2 minutes
    B. Objecting Parties: N/A

5. **Two Hundred Fiftieth Omnibus Objection to Claims.** Two Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims **[Case No. 17-3283, ECF No. 14222]**

Objection Deadline:  October 14, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 7, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Two Hundred Fiftieth Omnibus Objection to Claims, filed by Sheila Garrestegui Maldonado (Claim No. 2528) **[Case No. 17-3283, ECF No. 15526-1,2]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Two Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 2528 **[Case No. 17-3283, ECF No. 15526]**

Related Documents:
    A. Notice of Presentment of Proposed Order (A) Granting in Part the Two Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14851]**

Estimated Time Required:  6 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 2 minutes
    B. Objecting Parties: N/A

6. **Two Hundred Twenty-Fifth Omnibus Objection to Claims.** Two Hundred Twenty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Bond Claims **[Case No. 17-3283, ECF No. 13909]**;

**Two Hundred Twenty-Seventh Omnibus Objection to Claims.** Two Hundred Twenty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to GDB Bondholder Claims for Which the Commonwealth Is Not Liable **[Case No. 17-3283, ECF No. 13911]**;

**Two Hundred Twenty-Eighth Omnibus Objection to Claims.** Two Hundred Twenty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Holders of Certain PRASA Bonds and HTA Bridge Bonds **[Case No. 17-3283, ECF No. 13912]**

Objection Deadline:  September 1, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 7, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A.  Response to Two Hundred Twenty-Fifth, Two-Hundred Twenty-Seventh, and Two Hundred Twenty-Eighth Omnibus Objections to Claims, filed by Eugenio Chinea Bonilla (Claim No. 12827) **[Case No. 17-3283, ECF No. 14161]** (Response Form not returned)

Replies, Joinders & Statements:
    A.  Reply of the Commonwealth of Puerto Rico to Response Filed by Eugenio Chinea Bonilla [ECF No. 14161] to (I) the Two Hundred Twenty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Bond Claims, (II) the Two Hundred Twenty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to GDB Bondholder Claims for Which the Commonwealth Is Not Liable, and (III) the Two Hundred Twenty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Holders of Certain PRASA Bonds and HTA Bridge Bonds **[Case No. 17-3283, ECF No. 15538]**

Related Documents:
    A.  Notice of Presentment of Proposed Order (A) Granting in Part the Two Hundred Twenty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Bond Claims, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14885]**

    B.  Notice of Presentment of Proposed Order (A) Granting in Part the Two Hundred Twenty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to GDB Bondholder Claims for which the Commonwealth is Not Liable, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14887]**

    C.  Notice of Presentment of Proposed Order (A) Granting in Part the Two Hundred Twenty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Holders of Certain PRASA Bonds and HTA Bridge Bonds, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14890]**

Estimated Time Required:  6 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 2 minutes
    B. Objecting Parties: N/A

7. **One Hundred Eighty-Second Omnibus Objection to Claims.** One Hundred Eighty-Second Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserted Against the Incorrect Debtor  **[Case No. 17-3283, ECF No. 12160]**

Objection Deadline:  April 7, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 7, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to One Hundred Eighty-Second Omnibus Objection to Claims, filed by Juan A. Barnes Velez and Teresa Zamora Ceide (Claim No. 4617) **[Case No. 17-3283, ECF Nos. 12337 and 12372]** (Response Form returned; claimants do not intend to attend hearing)

Replies, Joinders & Statements:
    A. Reply of the Puerto Rico Electric Power Authority to Response Filed by Juan A. Barnes Velez and Teresa Zamora Ceide to One Hundred Eighty-Second Omnibus Objection (Non-Substantive) to Claims Asserted Against the Incorrect Debtor **[Case No. 17-3283, ECF No. 15546]**

Related Documents:
    A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Eighty-Second Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserted Against the Incorrect Debtor, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14900]**

Estimated Time Required:  6 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 2 minutes
    B. Objecting Parties: N/A

8. **One Hundred Eighty-Fourth Omnibus Objection to Claims.** One Hundred Eighty-Fourth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 12850]**

Objection Deadline:  May 19, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 7, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:  **FILED BY COUNSEL FOR CLAIMANT**
   A. Response to One Eighty-Fourth Omnibus Objection to Claims, filed by Power
      Technologies Corp. (Claim Nos. 10965 and 10971) **[Case No. 17-3283, ECF No.
      13143]** (Response Form not returned)

Replies, Joinders & Statements:
   A. Reply of the Puerto Rico Electric Power Authority to Response Filed by Power
      Technologies Corp. to One Hundred Eighty-Fourth Omnibus Objection (Non-
      Substantive) to Subsequently Amended Claims **[Case No. 17-3283, ECF No.
      15531]**

Related Documents:
   A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred
      Eighty-Fourth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric
      Power Authority to Subsequently Amended Claims, (B) Approving Form of Notice
      for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-
      3283, ECF No. 14820]**

Estimated Time Required:  6 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 2 minutes
   B. Objecting Parties: N/A

9. **Two Hundred Twenty-Second Omnibus Objection to Claims.** Two Hundred Twenty-
   Second Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to
   Claims Asserting Liabilities for Bonds Sold by Claimants **[Case No. 17-3283, ECF No.
   13436]**

Objection Deadline:  July 14, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 7, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Two Hundred Twenty-Second Omnibus Objection to Claims, filed by
      Jill Feder, Jeffrey Feder and Mel Feder (Claim No. 4692) **[Case No. 17-3283, ECF
      No. 13648]** (Response Form returned; claimant does not intend to attend hearing)

Replies, Joinders & Statements:
   A. Reply of the Puerto Rico Electric Power Authority to Response Filed by Jill,
      Jeffrey, and Mel Feder to Two Hundred Twenty-Second Omnibus Objection

(Substantive) to Claims Asserting Liabilities for Bonds Sold by Claimants **[Case No. 17-3283, ECF No. 15537]**

<u>Related Documents</u>:

    A.  Notice of Presentment of Proposed Order (A) Granting in Part the Two Hundred Twenty-Second Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims Asserting Liabilities for Bonds Sold by Claimants, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14880]**

<u>Estimated Time Required</u>:  6 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 2 minutes
    B. <u>Objecting Parties</u>: N/A

Dated: January 12, 2021
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900


*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/  Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944


*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

## **Exhibit A**

**Form of Notice**

**<u>Exhibit B</u>**

**Procedures Order**