IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | CIVIL NO.: 17-BK-03283 (LTS)<br><br>PROMESA<br><br>TITLE III |

MOTION TO INFORM APPEARANCE AT OMNIBUS HEARING OF JANUARY 14, 2021

TO THE HONORABLE COURT:

COMES NOW creditor Power Technologies Corp., through the undersigned counsel, and respectfully responds in opposition to the One Hundred Eighty-fourth Omnibus Objection (Non-substantive) of the Puerto Rico Electric Power Authority to Subsequently Amended Claims [ECF NO. 12850] ("the Objection"), and states and prays as follows:

1.      Edilberto Berríos Pérez and Fernando E. Longo Quiñones of REC Law Services, PSC will appear on behalf of creditor Power Technologies Corp., on the January 14, 2021, Omnibus Hearing ("Hearing") via telephonic appearance through the CourtSolutions link, and, to the extent necessary, present argument relating to the Oversight Board's objection to creditor Power Technologies Corp.'s proofs of claims number 10965 and 10971.[1]

---

[1]      Power Technologies did file proof of claims number 10965 and 10971, which were later amended and superseded by proof of claim number 38197, rendering its original claims duplicative. PREPA has identified claim number 38197 as the Remaining Amended Claim, asserting that the holders of the Claims to Be Disallowed will not be prejudiced by the disallowance of their claims because they will each retain a Remaining Amended Claim against PREPA and because any

2.      Counsel will be prepared to respond to any matters raised by the Court or to any statements made by any party in connection with the above stated objections.

WHEREFORE, the appearing party in interest respectfully request that the Court take notice of the above stated.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record, and served a copy of the same via e-mail to Counsel for the Oversight Board and to the Creditors' Committee.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 13th day of Jaunuary, 2021.

Capital Center Building, South Tower
239 Arterial Hostos Ave., Suite 900
San Juan, Puerto Rico 00918-1400
Tel. (787) 753-0884
Fax (787) 753-4821

s/*Fernando E. Longo Quiñones*
Fernando E. Longo Quiñones
USDC 208306
*flongoquinones@reclawservices.com*

---

supporting documentation attached to the Claims to Be Disallowed will be considered when reconciling the Remaining Amended Claims.