## Eightieth Omnibus Objection
## Exhibit A - Remaining Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | LUNA COLON, ELENA<br>VILLA CAROLINA 2439<br>CALLE JOSE S QUINONES<br>CAROLINA, PR 00985 | 5/15/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 13397 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | MALPICA ORTIZ, RENE<br>HC 91 BUZON 8962<br>BO. BAJURA<br>VEGA ALTA, PR 00692 | 7/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 52668 | $ 43,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 43,000.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts