Eighty-Third Omnibus Objection
Exhibit A - Reclassified Claim

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | VICENTE ARIAS, VILMA I. 425 CARR. 693 STE. 1 DORADO, PR 00646 | 20678 | Commonwealth of Puerto Rico | Unsecured | $3,000.00 | Puerto Rico Electric Power Authority | Unsecured | $3,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | TOTAL | | $ 3,000.00 | TOTAL | | $ 3,000.00 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |