UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

SECOND ORDER GRANTING IN PART THE EIGHTY-SEVENTH OMNIBUS OBJECTION
(NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO
HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT
CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES

Upon the *Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based on Puerto Rico Statutes* (Docket Entry No. 8976, the "Eighty-

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Seventh Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"),

the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement

System of the Government of the Commonwealth of Puerto Rico ("ERS"), dated October 24, 2019,

for entry of an order disallowing in their entirety certain claims filed against the Commonwealth,

HTA, or ERS, as more fully set forth in the Eighty-Seventh Omnibus Objection and supporting

exhibits thereto; and the Court having jurisdiction to consider the Eighty-Seventh Omnibus

Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and

venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the

Eighty-Seventh Omnibus Objection having been provided to those parties identified therein, and

no other or further notice being required; and the Court having entered the *First Order (A)*

*Granting in Part the Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth*

*of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement*

*System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting*

*Interests Based Upon Unspecified Puerto Rico Statutes, (B) Approving Form of Notice, and (C)*

*Granting Related Relief* [Docket Entry No. 14773], dated October 22, 2020; and upon the record

of the hearing held on the Eighty-Seventh Omnibus Objection on October 29, 2020, and the rulings

made therein, Proof of Claim No. 50248 (the "Remaining Deficient Claim") having been found to

be deficient; and the Court having determined that the relief sought in the Eighty-Seventh Omnibus

Objection is in the best interests of the Commonwealth, HTA, ERS, their creditors, and all parties

in interest; and the Court having determined that the legal and factual bases set forth in the Eighty-

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings given to such
terms in the Eighty-Seventh Omnibus Objection.

Seventh Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Eighty-Seventh Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Remaining Deficient Claim is hereby disallowed in its entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to designate the Remaining Deficient Claim as expunged on the official claims registry in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: January 13, 2021.

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge