IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>      as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>      Debtors[1]. | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS |

## ORDER

This matter is before the Court on *Ambac Assurance Corporation's Urgent Motion for an Order Authorizing Third-Party Discovery under Bankruptcy Rule 2004 Concerning Pension Liabilities* (Dkt. No. 15342) (the "Rule 2004 Motion").[2] The Court has also received and reviewed the *Notice of No Opposition of Financial Oversight and Management Board for Puerto*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Court has also received and reviewed five joinders to the Rule 2004 Motion (Dkt. Nos. 15358, 15381, 15389, 15401 and 15403) (the "Joinders") filed by the Official Committee of Unsecured Creditors, Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (f/k/a Financial Security Assurance Inc.), National Public Finance Guarantee Corporation, Financial Guaranty Insurance Company, the PSA Creditors, and the ERS Bondholders (collectively, the "Joinder Entities").

*Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority to Ambac Assurance Corporations' Urgent Motion for Entry of Order Authorizing Third-party Discovery Under Bankruptcy Rule 2004 Concerning Pension Liabilities* (Dkt. No. 15518). Taking notice of the lack of opposition, the Court hereby ALLOWS the Rule 2004 Motion and authorizes Ambac to issue the requested subpoena *duces tecum* and subpoena *ad testificandum* to Milliman, Inc. The Joinders are ALLOWED IN PART to the extent they seek to receive all documents produced by Milliman, Inc. pursuant to the subpoena, and to attend and participate in the deposition of Milliman, Inc. The Court expects the parties to coordinate regarding the scope of their participation in the deposition.

This order resolves Dkt. Nos. 15342, 15358, 15381, 15389, 15401 and 15403

SO ORDERED.

/s/ Judith Gail Dein
HONORABLE JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

Dated: January 13, 2021

2