One Hundred and First Omnibus Objection
Exhibit A - Remaining Deficient Claim

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | LUNA RIOS, ANA  L<br>PO BOX 1983<br>CIDRA, PR 00739 | 5/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13241 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | TOTAL | Undetermined* |
|---|---|---|