## One Hundred and Fourth Omnibus Objection
## Exhibit A - Remaining Deficient Claim

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | RIOS GUADARRAMA, HECTOR ENRIQUE<br>H-C-03 BOX 13657<br>UTUADO, PR 00641 | 6/18/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 59260 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | Undetermined* |

\* Indicates claim contains unliquidated and/or undetermined amounts