## One Hundred and Fourteenth Omnibus Objection
## Exhibit A - Remaining Deficient Claims

| # | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | PAGAN VELAZQUEZ, ZORAIDA<br>BDA. OLIMPO<br>CALLE 2 #211<br>GUAYAMA, PR 00785-2885 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 103729 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | PAGAN-VELAZQUEZ, ELIZABETH<br>PO BOX 2721<br>GUAYAMA, PR 00785 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 98919 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | Undetermined* |