One Hundred and Fifthteenth Omnibus Objection
Exhibit A - Remaining Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | RIOS GUADARRAMA, HECTOR ENRIQUE<br>H.C. 03 BOX 13657<br>UTUADO, PR 00641 | 6/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 61672 | $ 19,800.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | RIVERA GARCIA, DORIS E<br>EXT. SANTA TERESITA 3820,<br>3820 CALLE SANTA ALOCHA<br>PONCE, PR 00730-4618 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34269 | $ 13,800.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 33,600.00 |
|---|---|---|---|---|---|---|