Raymond L. Bodnar Trustee

Bodnar Trust U/A dated 12/28/2001

17008 SW Sapri Way

Port St Lucie FL 34986

908-752-5233

rbodnarpa@aol.com

January 4, 2021

Clerk's Office

US District Court

Room 150

150 Ave Carlos Chardon

Federal Building

San Juan Puerto Rico 00918-1767

Re: In Re The Financial Oversight and Management

    Board for Puerto Rico as representative of

    The Commonwealth of Puerto Rico et. Al

    Docket No 17 BK 3283-LTS

    Claimant: Bodnar Trust U/A Dated 12/28/2001

    Claim No 6737

    Debtor: Puerto Rico Electric Power Authority

Dear Sir/Madam:

    As Trustee of the Claimant, Bodnar Trust U/A dated 12/28/2001, I filed a Claimant Response to Two Hundred Eighty-First Omnibus Objections on December 23, 2020 providing ample supporting documents to support Claimant's Claim No 6737 against the Debtor Puerto Rico Electric Power Authority and refute their objection to Claim No 6747.

Based upon additional available information, I hereby file this supplemental pleading to support Claimant's Claim No 6737.

Respectfully submitted

Bodnar Trust U/A dated 12/28/2001

By Raymond L. Bodnar Trustee

Encl. Documents

CC: Proskauer Ross LLP, Counsel for Oversight Board

Ehud Barak/ Paul Hastings LLP, Counsel for Creditors' Committee

Certified Mail Return Receipt Requested

Case:17-03283-LTS Doc#:15431-6 Filed:12/11/20 Entered:12/11/20 04:36:22 Desc Main
Exhibit Exhibit E - Claimant Response Form English & Spanish Page 2 of 10

Case:17-03283-LTS Doc#:15613-1 Filed:01/12/21 Entered:01/14/21 09:45:22 Desc:
Document Page 3 of 6

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

## CLAIMANT RESPONSE TO TWO HUNDRED EIGHTY-FIRST OMNIBUS OBJECTION

*ORIGINAL RESPONSE FILED 12/23/20*

*THIS SUPPLEMENTAL RESPONSE FILED HEREIN 1/4/2021*

**Instructions**

1. You should fill out and file this response form only if your claim relates to current or former employment with the government of Puerto Rico, or if your claim relates to a pending or closed legal action. If your claim does not arise from current or former employment with the government of Puerto Rico, or if your claim does not relate to a pending or closed legal action, your response must be filed in accordance with the procedures detailed in pages 3-4 of the Notice accompanying the Two Hundred Eighty-First Omnibus Objection.

2. Please file a separate response form for each proof of claim to which the Debtors have objected. Do not file a single response form addressing more than one claim.

3. Please answer all questions and any applicable sub-questions.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Case:17-03283-LTS Doc#:15421-6 Filed:12/11/20 Entered:12/11/20 14:36:22 Desc: Exhibit Exhibit E -Claimant Response Form English & Spanish Page 3 of 10

Case:17-03283-LTS Doc#:15613 Filed:01/12/21 Entered:01/14/21 13:00:41 Desc: Main Document Page 4 of 6

4. Please include as much detail as possible in your responses.

    a. **Your answers should provide <u>more</u> information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim.

    b. If available and applicable to your claim, please provide:
        - Copy of a pleading, such as a Complaint or an Answer;
        - Any unpaid judgment or settlement agreement;
        - Written notice of intent to file a claim with proof of mailing; and
        - Any and all documentation you believe supports your claim.

5. If you do not have a copy of your claim, you may download a copy by visiting Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. You must sign your response where indicated below. If you do not sign your response, the clerk will not accept it for filing.

7. Please file the completed form and any supporting documents as directed in the Notice accompanying the Omnibus Objection to your claim.

**Questionnaire**

1. Please provide a name, address, telephone number, and email address of either (1) the responding claimant; (2) the claimant's attorney or designated representative to whom the attorneys for PREPA should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on the claimant's behalf.

    ☐ Name: _BODNAR TRUST U/A DATED 12/21/2001_
    ☐ Address: _C/O RAYMOND L BODNAR TRUSTEE_
    _1708 SW SAPRI WAY PORT ST LUCIE FLORIDA 34986_
    ☐ Telephone number: _908-752-5233_
    ☐ Email address: _R BODNAR PA @ AOL.COM_

2. Your Proof of Claim number: _6737_

3. The Debtors have objected to your Proof of Claim because it does not provide sufficient information for the Debtors to understand the basis for your claim. Please check the box to which your Proof of Claim relates and explain the reason why you oppose the objection by explaining the basis for your claim. Attach additional pages if needed.

    ☒ A pending or closed legal action with or against the Puerto Rican government
    ☐ Current or former employment with the Government of Puerto Rico

2

SUPPLEMENTAL DOCUMENTS TO RESPONSE FOR CLAIM # 6737 FILED 12/28/2020 —
SEE ATTACHED EXHIBIT A

Please attach a copy of any other documentation or other evidence in support of your claim.

4. What is the amount of your claim (how much money do you claim to be owed):
$25,000 PLUS ANY ACCRUED AND UNPAID INTEREST

5. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   ☒ (No) *Please continue to Question 6.*
   ☐ Yes. **Answer Questions 5(a)-(d).**

5(a). Identify the specific agency or department where you were or are employed:
_____

5(b). Identify the dates of your employment related to your claim:
_____

5(c). Last four digits of your social security number: _____

5(d). What is the nature of your employment claims (select all applicable):
   ☐ Pension
   ☐ Unpaid Wages
   ☐ Sick Days
   ☐ Union Grievance
   ☐ Vacation
   ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).
_____

6. **Legal Action.** Does your claim relate to a pending or closed legal action?
   ☐ No.
   ☒ Yes. **Answer Questions 6(a)-(f).**

6(a). Identify the department or agency that is a party to the action.
PUERTO RICO ELECTRIC POWER AUTHORITY

3

Case:17-03283-LTS Doc#:15613 Filed:01/12/21 Entered:01/14/21 13:00:41 Desc: Main Document Page 6 of 6

Case 17-03283-LTS Doc#:15421-6 Filed:12/11/20 Entered:12/11/20 14:36:22 Desc: Exhibit Exhibit E - Claimant Response Form English & Spanish Page 5 of 10

6(b). Identify the name and address of the court or agency where the action is pending: US DISTRICT COURT FOR DISTRICT OF PUERTO RICO 150 AVE CARLOS CHARDON SAN JUAN PR 00918

6(c). Case number: 17 BK 3283 - LTS

6(d). Title, Caption, or Name of Case: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO AS REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO RICO ET AL

6(e). Status of the case (pending, on appeal, or concluded): PENDING

6(f). Do you have an unpaid judgment? Yes (No) (Circle one)

If yes, what is the date and amount of the judgment? _____

**PLEASE SIGN YOUR RESPONSE BELOW**

BODNAR TRUST U/A DATED 12/28/01
BY Raymond L Bodner, TRUSTEE
**Signature**

RAYMOND L BODNAR
**Printed Name**

1/4/2021
**Date**

SEE ATTACHED CERTIFICATION OF SERVICE

4