EXHIBIT A

CLAIM NO 6737

CLAIMANT: BODNAR TRUST U/A DATED 12/28/2001

DEBTOR: PUERTO RICO ELECTRIC POWER AUTHORITY

CASE NO. 17 BK 3283-LTS

Claimant filed a response to Two Hundred Eight-First Omnibus Objections as to Claim #6737 on December 23, 2020. Based upon additional information to support Claim No 6737 Claimant hereby files this supplemental pleading, as follows:

1) Claimant. Bodnar Trust U/A Dated December 28, 2001 is the current owner of $25,000 Bond (CUSPI # 74526QCL4) at 5% dues on July 1, 2023 and issued by Debtor Puerto Rico Electric Power Authority.

2) This $25,000 Bond is held by Schwab investment firm for and on behalf of the ownership of the Claimant. See November 30,, 2020 statement issued by Schwab to support the current ownership of said bond by the Claimant (Exhibit I)

3) On April 6, 2018, Claimant filed with prime clerk LLC a Proof of Claim pertaining to the $25,000 Bond.

4) On April 10, 2018, prime Clerk LLC did acknowledge receipt of Proof of Claim and issued Claim No 6737. This document was attached to original pleadings.

5) On January 30, 2019, Claimant did file with Commonwealth of Puerto Supplemental Information Center by email and ordinary mail the attached form with supporting December 31, 2018 financial statement of Schwab, showing the ownership of Claimant as to the $25,000 bond. (See Exhibit II)

6) Unfortunately, the Commonwealth of Puerto Rico Supplemental Information Center did not properly filed the foregoing supplemental information submitted by Claimant to support its claim.

7) On December 31, 2020, prime clerk office contacted Raymond L. Bodnar and informed him that the Supplemental Information Center did mail to him in September 2020 a request to file supplemental information to support Claim No 6737.

8) Raymond L. Bodnar hereby certifies that he never received that mailing request.

9) On December 23, 2020, Claimant di file with the US District Court and the law firms of Proskauer Ross LLP and Paul Haskings LLP the original response, refuting the Two Hundred Eighty-First Omnibus Objection to Claim No 6737.

WHEREFORE, the attached proof of claim forms with attached financial statements of Schwab, clearly shows that Claimant is the owner of the $25,000 Bond at 5% due on July 1, 20203 and issued by the Debtor Puerto Rico Electric Power Authority and demonstrates that the debtor has a liability to the Claimant in the amount of $25.000 plus any accrued and unpaid interest. Claimant hereby file this pleading, refuting the Omnibus objection to its Claim No 6737.

Dated: 1/4/2021

Respectfully submitted

Bodnar Trust U/A dated 12/28/2001

By: Raymond L. Bodnar, Trustee

Certification of Raymond L. Bodnar

Raymond L. Bodnar hereby certifies and affirms that the foregoing information is true. I am aware that

if such information is willful false, I am subject to punishment.

Dated: 1/4/2021 Raymond L. Bodnar

### Certification of Service

Raymond L. Bodnar, hereby certifies and affirms that this pleading was served upon the US District Court for the District of Puerto Rico, the law firms of Proskauer Ross LLP, Counsel for Oversight Board, and Ehud Barak Counsel for Creditor's Committee - Paul Hastings LLP by certified mail, return receipt requested on January 4, 2021 with ample postage for delivery to the foregoing.

Dated 1/4/2021 Raymond L. Bodnar



Schwab One® Trust Account of
**RAYMOND L BODNAR TTEE**
**RAYMOND L BODNAR TRUST**
**U/A DTD 12/28/2001**

Account Number
████-5568

Statement Period
**November 1-30, 2020**

EXHIBIT 1

| Municipal Bonds | Par / Units Purchased | Market Price / Cost Per Unit | Market Value / Cost Basis | Adjusted Cost Basis | % of Account Assets / Acquired | Unrealized Gain or (Loss) | Estimated Annual Income / Yield to Maturity |
|---|---|---|---|---|---|---|---|
| **PR ELEC PWR AUTH 5%23** | 25,000.0000 | 101.29600 | 25,324.00 | 22,382.75 | <1% | 2,941.25 | 1,250.00 |
| PWR UTIL DUE 07/01/23 NATIONAL PUBLIC FINA CALLABLE 01/01/21 AT 100.00000 CUSIP: 74526QCL4 MOODY'S: Baa2 S&P: NR | 25,000.0000 | 89.5310 | 22,382.75 | 22,382.75 | 12/04/13 | 2,941.25 | 6.48% |

*Accrued Interest: 520.83*

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 7 of 10

Bodnar Trust U/A Dated 12/28/2001

C/O Raymond L. Bodnar, Trustee

17008 SW Sapri Way

Port St Lucie FL 34986

908-752-5233

January 30, 2019

Commonwealth of Puerto Rico

Supplemental Information Processing Center

850 3rd Avenue Suite 412

Brooklyn, NY 11232

Re: Promesa Proof of Claim Number: 6737

Claimant Name: Bodnar Trust U/A Dated 12/28/2001

Dear Sir/Madam:

I am the sole Trustee of the Bodnar Trust U/A dated 12/28/2001. In response to your supplemental information request, this trust fund is the owner of $25,000 bonds issued by Puerto Rico Electric Power Authority at 5% due 07/01/23.

I have attached your form, which states that the trust fund is the owner of the claimed bonds with a CUSPI number: 74526QCL4 and claim bond amounts of $25,000 and a total amount of claim at $25,000 plus any accrued but unpaid interest attributable to these bonds, currently at $625.00,.

In addition, I have attached the December 31, 2018 broker statement of Charles Schwab, owned by the Bodnar Trust U/A Dated 12/28/2001 (account number 8980-5568) referencing $25,000 bonds of Puerto Rico Electric Power Authority. Statement verifies that Trust Fund is the owner of these bonds.

I hereby certify and affirm that the foregoing information is true, I am aware that if such information is willfully false, I am subject to punishment.

Bodnar Trust U/A dated 12/28/2001

By Raymond L. Bodnar Trustee

Encl: Form of Prime Clerk, LLC

December 31, 2018 Brokerage Statement of Charles Schwab

Email to PRClaimsInfo@prime clerk.com

Ordinary Mail

Prime Clerk LLC
(844) 822-9231· PRClaimsInfo@primeclerk.com

**\*\*\* Response Required \*\*\***

PROMESA PROOF OF CLAIM NUMBER: ~~6050~~ 6737
Claimant Name: <u>Bodnar Trust U/A Dated 12/28/2001</u>

1/30/2019
SUBMISSION

<u>Please complete and return this form on or before February 22, 2019</u>, via email to PRClaimsInfo@primeclerk.com <u>OR</u> by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

All supplemental information which you provide will be appended to your claim and appear on the official claims register.

<u>BASIS OF CLAIM:</u>

☒ Ownership of Bonds     PR ELEC PWR AUTH DUE 07/01/23
☐ Other (describe):      PURCHASED ON 12/04/13      * ON CLOSE SPREAD SHEET

<u>FOR OWNERSHIP OF BONDS</u>:

Bonds' CUSIP Numbers and amount claimer per CUSIP (if more space is needed, please attach an additional sheet):

|   | CUSIP | Amount Claimed |
|---|---|---|
| 1 | 74526 Q CL 4 | $ 25,000 00/ |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |

The total amount of your claim:

$25,000 PLUS ANY ACCRUED BUT UNPAID INTEREST

To the extent you have any documentation in support of your claim, such as brokerage account statements, please include those documents in your response. SEE ATTACHED SCHWAB STATEMENT AND SUPPORTING LETTER

<u>FOR OTHER TYPE OF CLAIM</u>:

The amount of your claim:

_____

Please describe the basis for your claim:

_____

To the extent you have any documentation in support of your claim, please include those documents in your response.



Schwab One® Trust Account of
**RAYMOND L BODNAR TTEE
RAYMOND L BODNAR TRUST
U/A DTD 12/28/2001**

Account Number
****-5568

Statement Period
**December 1-31, 2018**

## Investment Detail - Fixed Income (continued)

| Municipal Bonds | Par Units Purchased | | % of Account Assets | Acquired |
|---|---|---|---|---|
| PR ELEC PWR AUTH 5%23 | 25,000.0000 | | | |
| PWR UTIL DUE 07/01/23 NATIONAL PUBLIC FINA CALLABLE 01/01/19 AT 100.00000 CUSIP: 74526QCL4 MOODY'S: Baa2 S&P: NR | 25,000.0000 | | | 12/04/13 |

Accrued Interest: 625.00

Schwab has provided accurate gain and loss information wherever unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanatio

Page 6 of 11