Raymond L. Bodnar, Trustee
Bodnar Trust U/A Dated 12/28/2001
17008 SW Sapri Way
Port St Lucie FL 34986







U.S. POSTAGE
FCM LETTER
PORT SAINT LUCIE
34986
JAN 04, 21
AMOUNT
$7.25
R2305K131630-

2021 JAN 12 PM 3:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office
US District Court for District of Puerto Rico
Room 150 Federal Building
150 Ave Carlos Chardon
San Juan, Puerto Rico 00918-1767