# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:37 AM (AST)
Ended: 11:24 AM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**  DATE: January 14, 2021
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY:   Carmen Tacoronte
COURT REPORTER:   Amy Walker
CONTRACT INTERPRETER:   Juan Segarra
DUSM: Gary Arturo

| | |
|---|---|
| In Re: <br><br> The Financial Oversight and Management Board for Puerto Rico <br><br> *as representative of* <br><br> The Commonwealth of Puerto Rico, *et al*. Debtors | 3:17-BK-3283 (LTS) <br> PROMESA Title III <br><br> (Jointly Administered) |

**Hearing on Adjourned Omnibus Objections to Claims held.**

　　Claimants whose claims are subject of the Hearing did not show up at Clemente Ruiz Nazario Courthouse.

　　Attorney Daniel Perez Refojos counsel for the Financial Oversight and Management Board was present in court.

Laura Stafford, Esq., counsel for the Financial Oversight and Management Board for Puerto Rico, addressed the Court regarding the specific objections on the agenda.

I.　**CONTESTED CLAIM OBJECTIONS (beginning at 9:30 a.m. Atlantic Standard Time):**
　　1.　Ninety-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 9547].

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 14, 2021

   a. Response to Ninety-Seventh Omnibus Objection to Claims, filed by Pedro A. Casiano Ayala (Claim No. 1045) [Case No. 17-3283, ECF No. 9860]
      i. The objection is sustained as to Claim No. 1045. The claim is disallowed in its entirety.
      ii. Proposed form of order to be submitted.
2. One Hundred Seventy-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 12125].
   a. Responses to One Hundred Seventy-First Omnibus Objection to Claims, filed by Maria C. Romero Quiñones (Claim Nos. 3836 and 3997) [Case No. 17-3283, ECF 13164 and 13165].
      i. The objection is sustained as to Claim Nos. 3836 and 3977. The claims are disallowed in its entirety.
      ii. Proposed form of order to be submitted.
3. One Hundred Seventy-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 12138].
   a. Response to One Hundred Seventy-Third Omnibus Objection to Claims, filed by Félix Ortiz Castro (Claim No. 164442) [Case No. 17-3283, ECF No. 15543-1,2]
      i. The objection is sustained as to Claim No. 164442. The claim is disallowed in its entirety.
      ii. Proposed form of order to be submitted.
4. One Hundred Ninetieth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 12859].
   a. Motion Notifying Death of Creditor; & Requesting Extension of Time (Claim No. 92) filed by Carlos Cortes Irizarry [Case No. 17-3283, ECF No. 13182]
      i. The objection is sustained as to Claim No. 92. The claim is disallowed in its entirety.
      ii. Proposed form of order to be submitted.
5. One Hundred Ninety-Eighth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 13406].
   a. Response to One Hundred Ninety-Eighth Omnibus Objection to Claims, filed by Leonard Lamm (Claim No. 48727) [Case No. 17-3283, ECF No. 13791]
      i. The objection is sustained as to Claim No. 48727. The claim is disallowed in its entirety.
      ii. Proposed form of order to be submitted.
6. One Hundred Ninety-Ninth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 13407].

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 14, 2021

- a. Response to One Hundred Ninety-Ninth Omnibus Objection to Claims, filed by Cooperativa De Ahorro Y Crédito Oriental (Claim Nos. 30417, 30355, 30459, and 30509) [Case No. 17-3283, ECF No. 13618]
    - i. The objection is sustained as to Claim Nos. 30417, 30355, 30459, and 30509. The claims are disallowed in its entirety.
    - ii. Proposed form of order to be submitted.
7. One Hundred Ninety-Ninth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 13407].
    - a. Response to One Hundred Ninety-Ninth Omnibus Objection to Claims, filed by Cooperativa De Ahorro Y Crédito de Yauco (Claim Nos. 127882, 140268, 155210, 155252, 155331, and 161704) [Case No. 17-3283, ECF No. 13623]
        - i. The objection is sustained as to Claim Nos. 127882, 140268, 155210, 155252, 155331, and 161704. The claims are disallowed in its entirety.
        - ii. Proposed form of order to be submitted.
8. Two Hundred First Omnibus Objection to Claims [Case No. 17-3283, ECF No. 13410].
    - a. Response to Two Hundred First Omnibus Objection to Claims, filed by Eddie Montalvo (Claim No. 27995) [Case No. 17-3283, ECF No. 13789]
        - i. The objection is sustained as to Claim No. 27995. The claim is disallowed in its entirety.
        - ii. Proposed form of order to be submitted.
9. Two Hundred Second Omnibus Objection to Claims [Case No. 17-3283, ECF No. 13409].
    - a. Response to Two Hundred Second Omnibus Objection to Claims, filed by Hector Santos Diaz (Claim No. 1337) [Case No. 17-3283, ECF No. 13668]
        - i. The objection is sustained as to Claim No. 1337. The claim is disallowed in its entirety.
        - ii. Proposed form of order to be submitted.
10. Two Hundred Fourth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 13412].
    - a. Responses to Two Hundred Fourth Omnibus Objection to Claims, filed by Ruth Dalia Luisa Martínez Vélez (Claim Nos. 105594, 40721, 103437, and 105684) [Case No. 17-3283, ECF Nos. 13643, 13646, 13647, and 13649]
        - i. The objection is sustained as to Claim Nos. 105594, 40721, 103437, and 105684. The claims are disallowed in its entirety.
        - ii. Proposed form of order to be submitted.

II. **CONTESTED CLAIM OBJECTIONS (beginning at 10:30 a.m. Atlantic Standard Time):**
   1. Two Hundred Sixteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 13429]

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 14, 2021

- a. Response to Two Hundred Sixteenth Omnibus Objection to Claims, filed by Louis Jules Marin (Claim No. 37240) [Case No. 17-3283, ECF No. 15522-1,2]
    - i. The objection is sustained as to Claim No. 37240. The claim is disallowed in its entirety.
    - ii. Proposed form of order to be submitted.
2. Two Hundred Thirty-Second Omnibus Objection to Claims [Case No. 17-3283, ECF No. 13916].
    - a. Response to Two Hundred Thirty-Second Omnibus Objection to Claims, filed by Biblioteca Y Centro De Estudios De Puerto Rico, Inc. (Claim No. 4756) [Case No. 17-3283, ECF No. 14078]
        - i. The objection is sustained as to Claim No. 4756. The claim is disallowed in its entirety.
        - ii. Proposed form of order to be submitted.
3. Two Hundred Thirty-Second Omnibus Objection to Claims [Case No. 17-3283, ECF No. 13916].
    - a. Response to Two Hundred Thirty-Second Omnibus Objection to Claims, filed by Eduardo Rivero Betancourt (Claim No. 9599) [Case No. 17-3283, ECF No. 15524-1,2]
        - i. The objection is sustained as to Claim No. 9599. The claim is disallowed in its entirety.
        - ii. Proposed form of order to be submitted.
4. Two Hundred Forty-Sixth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 14218].
    - a. Response to Two Hundred Forty-Sixth Omnibus Objection to Claims, filed by Pedro A. Miró Sotomayor (Claim No. 11287) [Case No. 17-3283, ECF No. 15525-1,2]
        - i. The objection is sustained as to Claim No. 11287. The claim is disallowed in its entirety.
        - ii. Proposed form of order to be submitted.
5. Two Hundred Fiftieth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 14222].
    - a. Response to Two Hundred Fiftieth Omnibus Objection to Claims, filed by Sheila Garrestegui Maldonado (Claim No. 2528) [Case No. 17-3283, ECF No. 15526-1,2]
        - i. The objection is sustained as to Claim No. 2528. The claim is disallowed in its entirety.
        - ii. Proposed form of order to be submitted.

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 14, 2021

6. Two Hundred Twenty-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 13909]

    Two Hundred Twenty-Seventh Omnibus Objection to Claims [Case No. 17-3283, ECF No. 13911]

    Two Hundred Twenty-Eighth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 13912]

    a. Response to Two Hundred Twenty-Fifth, Two-Hundred Twenty-Seventh, and Two Hundred Twenty-Eighth Omnibus Objections to Claims, filed by Eugenio Chinea Bonilla (Claim No. 12827) [Case No. 17-3283, ECF No. 14161]
        i. The objections are sustained as to Claim No. 12827. The claim is disallowed in its entirety.
        ii. Proposed forms of order to be submitted.
        iii. Informative motion re: master proof of claim to be submitted.

7. One Hundred Eighty-Second Omnibus Objection to Claims [Case No. 17-3283, ECF No. 12160]

    a. Response to One Hundred Eighty-Second Omnibus Objection to Claims, filed by Juan A. Barnes Velez and Teresa Zamora Ceide (Claim No. 4617) [Case No. 17-3283, ECF Nos. 12337 and 12372]
        i. The objection is sustained as to Claim No. 4617. The claim is disallowed in its entirety.
        ii. Proposed forms of order to be submitted.

8. One Hundred Eighty-Fourth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 12850]

    a. Response to One Eighty-Fourth Omnibus Objection to Claims, filed by Power Technologies Corp. (Claim Nos. 10965 and 10971) [Case No. 17-3283, ECF No. 13143]
        i. Attorney Stafford informs that the parties have reached an agreement.
        ii. Ms. Stafford also informs that counsel for Power Technologies does not object to the disallowance of Claim Nos. 10965 and 10971, since they were amended and superseded by Claim No. 38197.
        iii. The objection is sustained as to Claim Nos. 10965 and 10971. The claims are disallowed in their entirety.
        iv. Proposed form of order to be submitted.

9. Two Hundred Twenty-Second Omnibus Objection to Claims [Case No. 17-3283, ECF No. 13436]

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 14, 2021

    a. Response to Two Hundred Twenty-Second Omnibus Objection to Claims, filed by Jill Feder, Jeffrey Feder and Mel Feder (Claim No. 4692) [Case No. 17-3283, ECF No. 13648]
- i. The objection is sustained as to Claim No. 4692. The claim is disallowed in its entirety.
- ii. Proposed form of order to be submitted.

**Omnibus Hearing Set for January 27, 2021 at 9:30 AM (AST) before Judge Laura Taylor Swain.**

                                              s/Carmen Tacoronte
                                              Carmen Tacoronte
                                              Courtroom Deputy Clerk