## One Hundred and Twenty-Fourth Omnibus Objection
## Exhibit A - Remaining Deficient Claim

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BELTRAN CINTRON, FRANCISCO<br>HC 04 BOX 7200<br>YABUCOA, PR 00767 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 146528 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | TOTAL | Undetermined* |
|---|---|---|---|