# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>       as representative of<br><br><br>THE COMMONWEALTH OF PUERTO RICO, ET<br>AL.,<br><br>       Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>       as representative of<br><br><br>THE EMPLOYEES RETIREMENT SYSTEM OF<br>THE GOVERNMENT OF THE COMMONWEALTH<br>OF PUERTO RICO, | PROMESA<br>Title III<br><br>Case No. 17-BK-03566 (LTS) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Debtor. | ) |
| | ) |
| | ) |

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA<br>Title III |
| as representative of | Case No. 17-bk-3566 (LTS) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | **Re:  ECF No. 891** |
| - and - | Case No. 17-bk-3283 (LTS) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | **Re:  ECF No. 13054** |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Movants, | |
| v. | |
| ANDALUSIAN GLOBAL DESIGNATED ACTIVITY COMPANY, CROWN MANAGED ACCOUNTS FOR AND ON BEHALF OF CROWN/PW SP, GLENDON OPPORTUNITIES FUND, L.P., LMA SPC FOR AND ON BEHALF OF MAP 98 SEGREGATED PORTFOLIO, MASON CAPITAL MASTER FUND L.P., OAKTREE-FORREST MULTI-STRATEGY, LLC (SERIES B), OAKTREE OPPORTUNITIES FUND IX, L.P., OAKTREE OPPORTUNITIES FUND IX (PARALLEL), L.P., OAKTREE OPPORTUNITIES FUND IX (PARALLEL 2), L.P., OAKTREE HUNTINGTON INVESTMENT FUND II, L.P., OAKTREE OPPORTUNITIES FUND X, L.P., OAKTREE OPPORTUNITIES FUND X (PARALLEL), L.P., OAKTREE OPPORTUNITIES FUND X (PARALLEL 2), L.P., OAKTREE VALUE OPPORTUNITIES FUND HOLDINGS, L.P., OCEANA MASTER FUND LTD., OCHER ROSE, L.L.C., PENTWATER MERGER ARBITRAGE MASTER FUND LTD., PWCM MASTER FUND | |

LTD., REDWOOD MASTER FUND, LTD., AND SV
CREDIT, L.P.,

- and -

PUERTO RICO AAA PORTFOLIO BOND FUND,
INC., PUERTO RICO AAA PORTFOLIO BOND
FUND II, INC., PUERTO RICO AAA PORTFOLIO
TARGET MATURITY FUND, INC., PUERTO RICO
FIXED INCOME FUND, INC., PUERTO RICO
FIXED INCOME FUND II, INC., PUERTO RICO
FIXED INCOME FUND III, INC., PUERTO RICO
FIXED INCOME FUND IV, INC., PUERTO RICO
FIXED INCOME FUND V, INC., PUERTO RICO
GNMA & U.S. GOVERNMENT TARGET
MATURITY FUND, INC., PUERTO RICO
INVESTORS BOND FUND I, PUERTO RICO
INVESTORS TAX-FREE FUND, INC., PUERTO
RICO INVESTORS TAX-FREE FUND, INC. II,
PUERTO RICO INVESTORS TAX-FREE FUND III,
INC., PUERTO RICO INVESTORS TAX-FREE
FUND IV, INC., PUERTO RICO INVESTORS TAX-
FREE FUND V, INC., PUERTO RICO INVESTORS
TAX-FREE FUND VI, INC., PUERTO RICO
MORTGAGE-BACKED & U.S. GOVERNMENT
SECURITIES FUND, INC., TAX-FREE PUERTO
RICO FUND, INC., TAX- FREE PUERTO RICO
FUND II, INC., AND TAX-FREE PUERTO RICO
TARGET MATURITY FUND, INC.,

- and -

THE BANK OF NEW YORK MELLON, AS FISCAL
AGENT,

Respondents.

THE SPECIAL CLAIMS COMMITTEE OF THE )
FINANCIAL OVERSIGHT AND MANAGEMENT )         Adv. Proc. No. 19-00356 (LTS)
BOARD FOR PUERTO RICO, ACTING BY AND )
THROUGH ITS MEMBERS, )

   and )

THE OFFICIAL COMMITTEE OF UNSECURED )
CREDITORS OF ALL TITLE III DEBTORS )
(OTHER THAN COFINA), )

   as co-trustees of )

THE EMPLOYEES RETIREMENT SYSTEM OF )
THE GOVERNMENT OF PUERTO RICO, )

   Plaintiff, )

v. )

DEFENDANT 1M, ET AL., )

   Defendants. )

THE SPECIAL CLAIMS COMMITTEE OF THE )
FINANCIAL OVERSIGHT AND MANAGEMENT )         Adv. Proc. No. 19-00357 (LTS)
BOARD FOR PUERTO RICO, ACTING BY AND )
THROUGH ITS MEMBERS, )

   and )

THE OFFICIAL COMMITTEE OF UNSECURED )
CREDITORS OF ALL TITLE III DEBTORS )
(OTHER THAN COFINA), )

   as co-trustees of )

THE EMPLOYEES RETIREMENT SYSTEM OF )
THE GOVERNMENT OF PUERTO RICO, )

   Plaintiff, )

v. )

STOEVER GLASS & CO., ET AL., )

   Defendants. )

THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, ACTING BY AND
THROUGH ITS MEMBERS,

       and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS
(OTHER THAN COFINA),

       as co-trustees of

THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF PUERTO RICO,

       Plaintiff,

v.

DEFENDANT 1H-78H,

       Defendants.

Adv. Proc. No. 19-00359 (LTS)

---

THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, ACTING BY AND
THROUGH ITS MEMBERS,

       and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS
(OTHER THAN COFINA),

       as co-trustees of

THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF PUERTO RICO,

       Plaintiff,

v.

Adv. Proc. No. 19-00361 (LTS)

| | |
|---|---|
| DEFENDANT 1G-50G, et al., ) | |
| ) | |
|     Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |
| THE FINANCIAL OVERSIGHT AND ) | Adv. Proc. No. 19-00366 (LTS) |
| MANAGEMENT BOARD FOR PUERTO RICO, ) | |
| ) | |
|     as representative of ) | |
| ) | |
| EMPLOYEES RETIREMENT SYSTEM OF THE ) | |
| GOVERNMENT OF THE COMMONWEALTH OF ) | |
| PUERTO RICO, ) | |
| ) | |
|     and ) | |
| ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED ) | |
| CREDITORS OF ALL TITLE III DEBTORS (OTHER ) | |
| THAN COFINA), ) | |
| ) | |
|     as section 926 trustee of ) | |
| ) | |
| THE COMMONWEALTH OF PUERTO RICO ) | |
| ) | |
|     Plaintiffs,[2] ) | |
| ) | |
| v. ) | |
| ) | |
| ANDALUSIAN GLOBAL DESIGNATED ACTIVITY ) | |
| COMPANY; THE BANK OF NEW YORK MELLON; ) | |
| MASON CAPITAL MASTER FUND LP; OCHER ) | |
| ROSE, L.L.C.; SV CREDIT, L.P.; CROWN ) | |
| MANAGED ACCOUNTS FOR AND ON BEHALF ) | |
| OF CROWN/PW SP; LMA SPC FOR AND ON ) | |
| BEHALF OF MAP 98 SEGREGATED PORTFOLIO; ) | |
| OCEANA MASTER FUND LTD.; PENTWATER ) | |
| MERGER ARBITRAGE MASTER FUND LTD.; ) | |
| AND PWCM MASTER FUND LTD, ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

---

[2] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

|  | |
|---|---|
| Defendants. ) | Adv. Proc. No. 19-00367 (LTS) |
| ) | |
| ) | |
| THE FINANCIAL OVERSIGHT AND ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, ) | |
| ) | |
|    as representative of ) | |
| ) | |
| EMPLOYEES RETIREMENT SYSTEM OF THE ) | |
| GOVERNMENT OF THE COMMONWEALTH OF ) | |
| PUERTO RICO, ) | |
| ) | |

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

   and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS (OTHER
THAN COFINA),

   as section 926 trustee of

THE COMMONWEALTH OF PUERTO RICO

   Plaintiffs,[3]

v.

GLENDON OPPORTUNITIES FUND, L.P.;
OAKTREE-FORREST MULTI-STRATEGY, LLC
(SERIES B); OAKTREE OPPORTUNITIES FUND
IX, L.P.; OAKTREE OPPORTUNITIES FUND IX
(PARALLEL 2), L.P.; OAKTREE VALUE
OPPORTUNITIES FUND, L.P.; PUERTO RICO AAA
PORTFOLIO BOND FUND, INC.; PUERTO RICO
AAA PORTFOLIO BOND FUND II, INC.; PUERTO
RICO AAA PORTFOLIO TARGET MATURITY
FUND, INC.; PUERTO RICO FIXED INCOME
FUND, INC.; PUERTO RICO FIXED INCOME
FUND II, INC.; PUERTO RICO FIXED INCOME
FUND III, INC.; PUERTO RICO FIXED INCOME
FUND IV, INC.; PUERTO RICO FIXED INCOME
FUND V, INC.; PUERTO RICO GNMA & U.S.

---

[3] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

GOVERNMENT TARGET MATURITY FUND, )
INC.; PUERTO RICO INVESTORS BOND FUND I; )
PUERTO RICO INVESTORS TAX-FREE FUND, )
INC.; PUERTO RICO INVESTORS TAX-FREE )
FUND II, INC.; PUERTO RICO INVESTORS TAX- )
FREE FUND III, INC.; PUERTO RICO INVESTORS )
TAX-FREE FUND IV, INC.; PUERTO RICO )
INVESTORS TAX-FREE FUND V, INC.; PUERTO )
RICO INVESTORS TAX-FREE FUND VI, INC.; )
PUERTO RICO MORTGAGE-BACKED & U.S. )
GOVERNMENT SECURITIES FUND, INC.; TAX- )
FREE PUERTO RICO FUND, INC.; TAX-FREE )
PUERTO RICO FUND II, INC.; TAX-FREE PUERTO )
RICO TARGET MATURITY FUND, INC.; UBS IRA )
SELECT GROWTH & INCOME PUERTO RICO )
FUND, )
)
              Defendants. )
)
)

**URGENT MOTION OF THE COMMITTEES AND GOVERNMENT PARTIES TO SET
ORAL ARGUMENT CONCERNING PENDING MOTIONS IN CERTAIN CONTESTED
MATTERS AND ADVERSARY PROCEEDINGS RELATED TO THE BONDS ISSUED
BY THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO**

To the Honorable United States District Judge Laura Taylor Swain:

       The Official Committee of Unsecured Creditors (the "Creditors' Committee"), the

Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "Retiree

Committee" and, together with the Creditors' Committee, the "Committees"), the Financial

Oversight and Management Board for Puerto Rico (the "Oversight Board") as the Debtor's sole

representative pursuant to Section 315(b) of PROMESA, the Special Claims Committee of the

Financial Oversight and Management Board for Puerto Rico (the "SCC" and together with the

Oversight Board the "Movants"), respectfully submit this urgent motion (the "Motion")

requesting the Court (1) set oral argument in March 2021, at a specific date and time convenient

for the Court, concerning any pending motions not decided by that hearing date, which motions

presently include (a) the parties' motions for summary judgment on Ultra Vires Issues [ECF
Nos. 971, 976, and 978 in Case No. 17-bk-3566] (the "Ultra Vires Motions"), (b) the parties'
motions for summary judgment on Lien Scope Issues [ECF Nos. 91, 94, 95 in Adv. Proc. No.
19-366; ECF No. 107, 110, 111 in Adv. Proc. No. 19-367] (the "Lien Scope Motions") (together
with the Ultra Vires Motions, the "Summary Judgment Motions"), and (c) the parties' Rule 12
motions concerning the ERS Bondholder Groups' claims and administrative expense motions
[ECF Nos. 891, 892, and 917 in Case No. 17-bk-3566] (together, the "Rule 12 Motions")
(collectively with the Summary Judgment Motions, the "ERS Motions"); and (2) allocate (i) on
Ultra Vires Issues, 45 minutes per side (i.e., the Committees and Government Parties on the one
hand, and the ERS Bondholders and the Fiscal Agent on the other); (ii) on the Lien Scope Issues,
30 minutes per side (i.e., the Committees and Government Parties on the one hand, and the ERS
Bondholders and the Fiscal Agent on the other); and (iii) for the Rule 12 Motions, 45 minutes per
side (i.e., the Committees and Government Parties on the one hand, and the ERS Bondholders
and the Fiscal Agent on the other), for a maximum total of 4 hours of oral argument on the
pending ERS Motions.

## JURISDICTION AND VENUE

1.      This Court has subject matter jurisdiction over this matter under PROMESA
section 306(a), 48 U.S.C. § 2166(a), and venue is proper under PROMESA section 307(a), 48
U.S.C. § 2167(a).

## BACKGROUND

2.      On October 24, 2019, the Court entered its *Order Granting Urgent Joint Motion
to Modify Order Regarding Stay and Mandatory Mediation with Respect to Certain Issues
Raised in Certain Contested Matters and Adversary Proceedings Related to the Bonds Issued by
the Employees Retirement System of the Government of the Commonwealth of Puerto Rico* (ECF

No. 687 in Case No. 17-bk-3566),[4] which set a discovery and briefing schedule to litigate the

Ultra Vires Issues and Lien Scope Issues, and which the Court subsequently modified (ECF Nos.

937, 963) to set briefing to close on the Summary Judgment Motions on November 19, 2020 (as

modified, the "LS and UV Scheduling Order").  The LS and UV Scheduling Order did not set a

hearing date for the Summary Judgment Motions.

3.       On March 18, 2020, the Court entered its *Order Granting Urgent Joint Motion for
Entry of a Schedule for Resolution of the ERS Bondholder Claims and Administrative Expense
Motions* (ECF No. 838), which the Court subsequently modified (ECF Nos. 871, 937) to set

briefing to close on the Rule 12 Motions on August 13, 2020 (as modified, the "Claims and

Administrative Expense Scheduling Order").  The Claims and Administrative Expense

Scheduling Order did not set a hearing date for the Rule 12 Motions.

4.       In accordance with the Claims and Administrative Expense Scheduling Order, the

parties completed briefing on the Rule 12 Motions on July 22, 2020.

5.       In accordance with the LS and UV Scheduling Order, the parties completed

briefing on the Summary Judgment Motions on November 19, 2020.

**RELIEF REQUESTED**

6.       Movants respectfully request the Court set oral argument for the ERS Motions in

March 2021 on specific dates and times convenient for the Court.

7.       Movants respectfully submit the Court would benefit from oral argument on any

ERS Motions pending as of the hearing date in view of the complexity and importance of the

issues to the ERS Title III case.  First, the Summary Judgment Motions concerning the Ultra

Vires Issues will determine the validity of approximately $3 billion in ERS Bonds as a threshold

---

[4] All ECF references are to Case No. 17-bk-3566 unless otherwise noted.

issue.  Second, if the ERS Bonds are valid, the Summary Judgment Motions concerning the Lien

Scope Issues will determine the extent of the ERS Bondholders' collateral.  Third, the

determination of the Summary Judgment Motions will affect the disposition of the Rule 12

Motions, as the ERS Bondholders' and Fiscal Agent's proofs of claim and motions seeking

payment of administrative expenses may turn on those same issues.  Fourth, the Court's guidance

on the pending ERS Motions may facilitate settlement discussions between the parties.

8.      The Government Parties believe it is important for the Court to schedule argument

on the ERS Motions at the next available date given the importance of the ERS Motions to

resolving the underlying litigation in the ERS Title III case, and given that underlying litigation

has been pending for nearly two years.  Accordingly, Movants respectfully request the Court set

oral argument for any pending ERS Motions in March 2021 or at the next earliest available date.

9.      Movants also respectfully submit the following allocations of time (for a total of 4

hours of argument) should apply to the ERS Motions, and will be sufficient to address the

Court's questions in a focused and efficient manner and will avoid burdening the Court:

(i)      Ultra Vires Issues:  45 minutes per side (i.e., the Government
Parties on the one hand, and the ERS Bondholder Groups and the Fiscal Agent on
the other hand);

(ii)      Lien Scope Issues:  30 minutes per side (i.e., the Government
Parties on the one hand, and the ERS Bondholder Groups and the Fiscal Agent on
the other hand); and

(iii)      Rule 12 Motions:  45 minutes per side (i.e., the Government
Parties on the one hand, and the ERS Bondholder Groups and the Fiscal Agent on
the other hand).

10.     Movants met and conferred with counsel to the ERS Bondholders and the Fiscal

Agent concerning the relief set forth herein, and the ERS Bondholders and the Fiscal Agent

intend to oppose the relief sought by this Motion.

11.     Movants therefore respectfully request the Court enter an order substantially in

the form of the attached Exhibit A (the "Proposed Order"), and set oral argument for the ERS

Motions pending as of the hearing date in March 2021 at a specific date and time convenient for

the Court.

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 9013-1 AND THE THIRTEENTH AMENDED CASE MANAGEMENT PROCEDURES

12.     Pursuant to Local Rule 9013-1 and  I.H of the Thirteenth Amended Case

Management Order, the undersigned hereby certify that counsel has carefully examined the

matter and concluded that there is a true need for expedited consideration of the Motion and that

Movants have not created the urgency through lack of due diligence on their part.  The

undersigned further certify that Movants made a bona fide, reasonable, and good faith effort to

resolve the issues addressed in this motion prior to filing.  The ERS Bondholders and the Fiscal

Agent intend to oppose the relief sought by this Motion.

13.     WHEREFORE Movants respectfully requests the Court enter the Proposed Order

attached as Exhibit A, granting the relief requested herein and all other relief as is just and

proper.

*[Remainder of Page Intentionally Left Blank]*

Dated: January 15, 2021
New York, NY

Respectfully submitted,

*/s/ Margaret A. Dale*

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Jeffrey W. Levitan (*pro hac vice*)
Margaret A. Dale (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
Email: brosen@proskauer.com
Email: jlevitan@proskauer.com
Email: mdale@proskauer.com

Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.977.1932
Fax. 787.722.1932
dvelawoffices@gmail.com

OF COUNSEL FOR
A&S LEGAL STUDIO, PSC
434 Avenida Hostos
San Juan, PR 00918
Tel: (787) 751-6764/ 763-0565
Fax: (787) 763-8260

*Attorneys for the Financial Oversight and
Management Board for Puerto Rico, as
representative of the Employees Retirement
System of the Government of the
Commonwealth of Puerto Rico*

*/s/ Sunni P. Beville*

BROWN RUDNICK LLP
Edward S. Weisfelner, Esq. (Pro Hac Vice)

13

Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com

Sunni P. Beville, Esq. (Pro Hac Vice)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@prownrudnick.com

*Counsel to the Special Claims Committee*

*/s/ Alberto Estrella*

ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P.O. Box 9023596
San Juan, Puerto Rico 00902-3596
Tel: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Special Claims Committee*

*/s/ Catherine Steege*

JENNER & BLOCK LLP
Robert Gordon (admitted pro hac vice)
Richard Levin (admitted pro hac vice)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted pro hac vice)
Melissa Root (admitted pro hac vice)
Landon Raiford (admitted pro hac vice)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com

14

312-222-9350 (telephone)
312-239-5199 (facsimile)

*/s/ A.J. Bennazar-Zequeira*

BENNAZAR, GARCÍA & MILIÁN, C.S.P
A.J. Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Francisco del Castillo Orozco
Edificio Union Plaza,
1701 Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
hector.mayol@bennazar.com
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for the Official Committee of Retired
Employees of Puerto Rico*

Respectfully submitted,


*/s/ Luc A. Despins*


**PAUL HASTINGS LLP**
Luc A. Despins *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured
Creditors*

*/s/ Juan J. Casillas Ayala*


**CASILLAS, SANTIAGO & TORRES LLC**

15

Juan J. Casillas Ayala, Esq. (USDC – PR
218312)
Israel Fernández Rodrígues, Esq. (USDC – PR
22504)
Juan C. Nieves González, Esq. (USDC – PR
231707)
Cristina B. Fernández Niggemann, Esq. (USDC
– PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (797) 523-3434
Fax: (797) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@ctslawpr.com

*Local Counsel to the Official Committee of
Unsecured Creditors*

*/s/ John Arrastia*

**GENOVESE JOBLOVE & BATTISTA, P.A.**
John Arrastia, Esq. (*Pro Hac Vice*)
John H. Genovese, Esq. (*Pro Hac Vice*)
Jesus M. Suarez, Esq. (*Pro Hac Vice*)
Mariaelena Gayo-Guitian, Esq. (*Pro Hac Vice*)
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Tel: 305-349-2300
jarrastia@gjb-law.com
jgenovese@gjb-law.com
jsuarez@gjb-law.com
mguitian@gjb-law.com

*Special Litigation Counsel to the
Official Committee of Unsecured Creditors*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.


Dated: January 15, 2021                         */s/ Luis F. del Valle-Emmanuelli*
                                                Luis F. del Valle-Emmanuelli

Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO | ) | Case No. 17-BK-03283 (LTS) |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, ET | ) | |
| AL., | ) | |
| | ) | |
| Debtors.[5] | ) | |
| | ) | |
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO | ) | Case No. 17-BK-03566 (LTS) |
| | ) | |
| as representative of | ) | |
| | ) | |

---

[5] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

THE EMPLOYEES RETIREMENT SYSTEM OF )
THE GOVERNMENT OF THE COMMONWEALTH )
OF PUERTO RICO, )
)
       Debtor. )
)

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH
OF PUERTO RICO,

      - and -

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

      as representative of

THE COMMONWEALTH OF PUERTO RICO,

      Movants,

      v.

ANDALUSIAN GLOBAL DESIGNATED ACTIVITY
COMPANY, CROWN MANAGED ACCOUNTS FOR
AND ON BEHALF OF CROWN/PW SP, GLENDON
OPPORTUNITIES FUND, L.P., LMA SPC FOR AND
ON BEHALF OF MAP 98 SEGREGATED
PORTFOLIO, MASON CAPITAL MASTER FUND
L.P., OAKTREE-FORREST MULTI-STRATEGY,
LLC (SERIES B), OAKTREE OPPORTUNITIES
FUND IX, L.P., OAKTREE OPPORTUNITIES FUND
IX (PARALLEL), L.P., OAKTREE OPPORTUNITIES
FUND IX (PARALLEL 2), L.P., OAKTREE
HUNTINGTON INVESTMENT FUND II, L.P.,
OAKTREE OPPORTUNITIES FUND X, L.P.,
OAKTREE OPPORTUNITIES FUND X
(PARALLEL), L.P., OAKTREE OPPORTUNITIES
FUND X (PARALLEL 2), L.P., OAKTREE VALUE

PROMESA
Title III

Case No. 17-bk-3566 (LTS)

**Re:  ECF No. 891**

Case No. 17-bk-3283 (LTS)

**Re:  ECF No. 13054**

OPPORTUNITIES FUND HOLDINGS, L.P.,
OCEANA MASTER FUND LTD., OCHER ROSE,
L.L.C., PENTWATER MERGER ARBITRAGE
MASTER FUND LTD., PWCM MASTER FUND
LTD., REDWOOD MASTER FUND, LTD., AND SV
CREDIT, L.P.,

                - and -

PUERTO RICO AAA PORTFOLIO BOND FUND,
INC., PUERTO RICO AAA PORTFOLIO BOND
FUND II, INC., PUERTO RICO AAA PORTFOLIO
TARGET MATURITY FUND, INC., PUERTO RICO
FIXED INCOME FUND, INC., PUERTO RICO
FIXED INCOME FUND II, INC., PUERTO RICO
FIXED INCOME FUND III, INC., PUERTO RICO
FIXED INCOME FUND IV, INC., PUERTO RICO
FIXED INCOME FUND V, INC., PUERTO RICO
GNMA & U.S. GOVERNMENT TARGET
MATURITY FUND, INC., PUERTO RICO
INVESTORS BOND FUND I, PUERTO RICO
INVESTORS TAX-FREE FUND, INC., PUERTO
RICO INVESTORS TAX-FREE FUND, INC. II,
PUERTO RICO INVESTORS TAX-FREE FUND III,
INC., PUERTO RICO INVESTORS TAX-FREE
FUND IV, INC., PUERTO RICO INVESTORS TAX-
FREE FUND V, INC., PUERTO RICO INVESTORS
TAX-FREE FUND VI, INC., PUERTO RICO
MORTGAGE-BACKED & U.S. GOVERNMENT
SECURITIES FUND, INC., TAX-FREE PUERTO
RICO FUND, INC., TAX- FREE PUERTO RICO
FUND II, INC., AND TAX-FREE PUERTO RICO
TARGET MATURITY FUND, INC.,

                - and -

THE BANK OF NEW YORK MELLON, AS FISCAL
AGENT,

                Respondents.

THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, ACTING BY AND
THROUGH ITS MEMBERS,

and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS
(OTHER THAN COFINA),

as co-trustees of

THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF PUERTO RICO,

Plaintiff,

v.

DEFENDANT 1M, ET AL.,

Defendants.

Adv. Proc. No. 19-00356 (LTS)

THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, ACTING BY AND
THROUGH ITS MEMBERS,

and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS
(OTHER THAN COFINA),

as co-trustees of

THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF PUERTO RICO,

Plaintiff,

v.

STOEVER GLASS & CO., ET AL.,

Defendants.

Adv. Proc. No. 19-00357 (LTS)

THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, ACTING BY AND
THROUGH ITS MEMBERS,

   and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS
(OTHER THAN COFINA),

   as co-trustees of

THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF PUERTO RICO,

   Plaintiff,

v.

DEFENDANT 1H-78H,

   Defendants.

Adv. Proc. No. 19-00359 (LTS)

---

THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, ACTING BY AND
THROUGH ITS MEMBERS,

   and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS
(OTHER THAN COFINA),

   as co-trustees of

THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF PUERTO RICO,

   Plaintiff,

v.

Adv. Proc. No. 19-00361 (LTS)

DEFENDANT 1G-50G, et al.,                          )
                                                   )
      Defendants.    )
                                                   )
_____          )
THE FINANCIAL OVERSIGHT AND                        )        Adv. Proc. No. 19-00366 (LTS)
MANAGEMENT BOARD FOR PUERTO RICO,                  )
                                                   )
      as representative of )
                                                   )
EMPLOYEES RETIREMENT SYSTEM OF THE                 )
GOVERNMENT OF THE COMMONWEALTH OF                  )
PUERTO RICO,                                       )
                                                   )
      and              )
                                                   )
THE OFFICIAL COMMITTEE OF UNSECURED                )
CREDITORS OF ALL TITLE III DEBTORS (OTHER          )
THAN COFINA),                                      )
                                                   )
      as section 926 trustee of )
                                                   )
THE COMMONWEALTH OF PUERTO RICO                    )
                                                   )
      Plaintiffs,[6]  )
                                                   )
v.                                                 )
                                                   )
ANDALUSIAN GLOBAL DESIGNATED ACTIVITY              )
COMPANY; THE BANK OF NEW YORK MELLON;              )
MASON CAPITAL MASTER FUND LP; OCHER                )
ROSE, L.L.C.; SV CREDIT, L.P.; CROWN               )
MANAGED ACCOUNTS FOR AND ON BEHALF                 )
OF CROWN/PW SP; LMA SPC FOR AND ON                 )
BEHALF OF MAP 98 SEGREGATED PORTFOLIO;             )
OCEANA MASTER FUND LTD.; PENTWATER                 )
MERGER ARBITRAGE MASTER FUND LTD.;                 )
AND PWCM MASTER FUND LTD,                          )
                                                   )
                                                   )
                                                   )
                                                   )

---

[6] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

|  |  |
|---|---|
| Defendants. | ) |
|  | ) |
|  | ) |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) |
|  | ) |
| as representative of | ) |
|  | ) |
| EMPLOYEES RETIREMENT SYSTEM OF THE | ) |
| GOVERNMENT OF THE COMMONWEALTH OF | ) |
| PUERTO RICO, | ) |
|  | ) |
| and | ) |
|  | ) |
| THE OFFICIAL COMMITTEE OF UNSECURED | ) |
| CREDITORS OF ALL TITLE III DEBTORS (OTHER | ) |
| THAN COFINA), | ) |
|  | ) |
| as section 926 trustee of | ) |
|  | ) |
| THE COMMONWEALTH OF PUERTO RICO | ) |
|  | ) |
| Plaintiffs,[7] | ) |
|  | ) |
| v. | ) |
|  | ) |
| GLENDON OPPORTUNITIES FUND, L.P.; | ) |
| OAKTREE-FORREST MULTI-STRATEGY, LLC | ) |
| (SERIES B); OAKTREE OPPORTUNITIES FUND | ) |
| IX, L.P.; OAKTREE OPPORTUNITIES FUND IX | ) |
| (PARALLEL 2), L.P.; OAKTREE VALUE | ) |
| OPPORTUNITIES FUND, L.P.; PUERTO RICO AAA | ) |
| PORTFOLIO BOND FUND, INC.; PUERTO RICO | ) |
| AAA PORTFOLIO BOND FUND II, INC.; PUERTO | ) |
| RICO AAA PORTFOLIO TARGET MATURITY | ) |
| FUND, INC.; PUERTO RICO FIXED INCOME | ) |
| FUND, INC.; PUERTO RICO FIXED INCOME | ) |
| FUND II, INC.; PUERTO RICO FIXED INCOME | ) |
| FUND III, INC.; PUERTO RICO FIXED INCOME | ) |
| FUND IV, INC.; PUERTO RICO FIXED INCOME | ) |
| FUND V, INC.; PUERTO RICO GNMA & U.S. | ) |

Adv. Proc. No. 19-00367 (LTS)

[7] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

24

GOVERNMENT TARGET MATURITY FUND, )
INC.; PUERTO RICO INVESTORS BOND FUND I; )
PUERTO RICO INVESTORS TAX-FREE FUND, )
INC.; PUERTO RICO INVESTORS TAX-FREE )
FUND II, INC.; PUERTO RICO INVESTORS TAX- )
FREE FUND III, INC.; PUERTO RICO INVESTORS )
TAX-FREE FUND IV, INC.; PUERTO RICO )
INVESTORS TAX-FREE FUND V, INC.; PUERTO )
RICO INVESTORS TAX-FREE FUND VI, INC.; )
PUERTO RICO MORTGAGE-BACKED & U.S. )
GOVERNMENT SECURITIES FUND, INC.; TAX- )
FREE PUERTO RICO FUND, INC.; TAX-FREE )
PUERTO RICO FUND II, INC.; TAX-FREE PUERTO )
RICO TARGET MATURITY FUND, INC.; UBS IRA )
SELECT GROWTH & INCOME PUERTO RICO )
FUND, )
                                          )
                Defendants.               )
                                          )
                                          )
_____ )

## [PROPOSED] ORDER GRANTING URGENT MOTION TO SET ORAL ARGUMENT CONCERNING PENDING MOTIONS IN CERTAIN CONTESTED MATTERS AND ADVERSARY PROCEEDINGS RELATED TO THE BONDS ISSUED BY THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

Upon consideration of the *Urgent Motion to Set Oral Argument Concerning Pending Motions in Certain Contested Matters and Adversary Proceedings Related to the Bonds Issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico* (the "Motion"); it appearing that (i) the Court has jurisdiction over this Motion pursuant to 28 § 1331 and 48 U.S.C. § 2166(a); (ii) that venue of this proceeding and the Motion is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); (iii) that notice of the Motion was adequate and proper under the circumstances and that no further or other notice need be given; (iv) based on the statements and arguments made in the Motion, the relief requested in the Motion is in the best interest of the Commonwealth and its creditors; and (v) the Court having determined that the legal

and factual bases set forth in the Motion establish just cause for the relief granted herein, it is hereby ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The Court sets oral argument for the ERS Motions[8] that remain pending for March [_____], 2021, commencing at [_____] a.m. Atlantic Standard Time.

3.   The Court allocates the following times for oral argument:

   a.   Ultra Vires Issues:  45 minutes per side (i.e., the Committees and Government Parties on the one hand, and the ERS Bondholder Groups and the Fiscal Agent on the other);

   b.   Lien Scope Issues: 30 minutes per side (i.e., the Committees and Government Parties on the one hand, and the ERS Bondholder Groups and the Fiscal Agent on the other); and

   c.   Rule 12 Motions:  45 minutes per side (i.e., the Government Parties on the one hand, and the ERS Bondholder Groups and the Fiscal Agent on the other hand).

4.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____ 2021.

                                        SO ORDERED:

                                        _____
                                        HONORABLE LAURA TAYLOR SWAIN
                                        UNITED STATES DISTRICT JUDGE

---

[8] Terms not otherwise defined herein have the meaning ascribed to them in the Motion.