Alicia I Muñiz
P.O Box 32
Juana Diaz, P.R 00795

Clerks Office
United State Distric court
Room 150 Federal Building
San Juan P.R
00918-1767

2021 JAN 15  AM 7:
CLERKS OFFICE
DISTRICT COU
SAN JUAN P.R