From: Anabelle Cosiani Alicea
P.O. Box 892
Juana Díaz, P.R. 00795



Clerks Office
United State District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED
2021 JAN 15 AM 7:31
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.