RECLAMANTE: CAROLYN M. RIVERA MUÑIZ
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 46835

RECEIVED & FILED
2021 JAN 19 PH 1:30

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 4 de septiembre de 2008 hasta el presente como Técnico de Asistencia Social del Departamento de la Familia de Puerto Rico – ELA.

|  | Cantidad |
|---|---|
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
|  | $ 14,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

_Carolyn M. Rivera Muñiz_
Nombre en letra de molde

_[firma]_  14 de enero de 2021
Firma y fecha

RECLAMANTE: CAROLYN M. RIVERA MUÑIZ
DIRECCION: PO. BOX 32
Juana Diaz PR-00795

NUMERO DE RECLAMACION: 46835

Fecha de presentacion (envio): 14 de enero de 2021
Deudor: COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 14 de enero de 2021 lo siguiente:

1. Evidencia de trabajo del Departamento de la Familia de Puerto Rico – ELA, como Técnico de Asistencia Social desde el 4 de septiembre de 2008 hasta el presente.
2. El monto adeudado en mi reclamación es de $14,400.00

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

_Carolyn M Rivera_
Nombre en letra de molde

_[signature] 14-enero-2021_
Firma y fecha

# REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

   Nombre: CAROLYN M. RIVERA MUÑIZ
   Direccion Postal: PO.BOX 32
   JUANA DIAZ PR.00795

   Teléfono contacto: Res. _____ Cel. 787-579-7171

II. EPIGRAFE
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17 BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial Pasos

III. El Tribunal no debe declarar la Objecion Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial – Pasos

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de la Familia, Ponce, Puerto Rico desde el 4 de septiembre del 2008 hasta el presente. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

_Carolyn M Rivera_
Nombre en letra de molde

_[signature]_
Firma



# CERTIFICACIÓN

Yo, **Iván E Toro Torres**, en calidad de Oficial de Recursos Humanos Interino de la Región de Ponce, certifico que; **Carolyn M. Rivera Muñíz**, es empleada de esta Agencia desde el 4 de septiembre del 2008. La Sra. Rivera ocupa un puesto de Técnico de Asistencia Social y Familiar I en la Administración de Desarrollo Socioeconómico, en la Oficina Local de Juana Díaz.

Cabe señalar que la Sra. Rivera devenga un sueldo mensual de $1,341.00.

Certifico correcto hoy, 11 de enero de 2021.

Iván E. Toro Torres
Oficial de Recursos Humanos Interino

/itt

Oficina de Recursos Humanos

Carolyn M. Rivera Muñiz
P.O Box 32
Juana Díaz, P.R
      00795



Clerks Office
United State District Court
Room 150 Federal Building
San Juan, P.R
      00918-1767