# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>   Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| AMBAC ASSURANCE CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; JOSÉ B. CARRIÓN III; ANDREW G. BIGGS; CARLOS M. GARCÍA; ARTHUR J. GONZÁLEZ; JOSÉ R. GONZALEZ; ANA J. MATOSANTOS; DAVID A. SKEEL, JR.,<br><br>   Defendants. | Adv. Proc. No. 20-00068-LTS |

**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that going forward Plaintiff Ambac Assurance Corporation will no longer be represented by Elizabeth B. Prelogar. Because Plaintiffs will continue to be represented by attorneys from Ferraiuoli LLC, Cooley LLP, and Milbank LLP, Plaintiffs do not expect that withdrawal of Ms. Prelogar will cause any disruption in this matter.

Accordingly, pursuant to Local Rule 9010-1(d), Plaintiff Ambac respectfully requests that the Court order the withdrawal of Ms. Prelogar and no longer send her docketing notifications via the ECF System.

2

| | |
|---|---|
| Dated: January 19, 2021<br>San Juan, Puerto Rico | **FERRAIUOLI LLC**<br>By: /s/ *Roberto Cámara-Fuertes*<br>Roberto Cámara-Fuertes (USDC-PR No. 219002)<br>Sonia Colón (USDC-PR No. 213809)<br>221 Ponce de León Avenue, 5th Floor<br>San Juan, PR 00917<br>Telephone: (787) 766-7000<br>Facsimile: (787) 766-7001<br>Email: rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this same date a true and exact copy of this was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com