**Presentment Date**: January 27, 2021 at 4:00 p.m. (Atlantic Standard Time)
**Objection Deadline**: January 26, 2021 at 4:00 p.m. (Atlantic Standard Time)

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF PRESENTMENT OF
## TENTH ORDER EXTENDING TIME
## TO ASSUME OR REJECT UNEXPIRED LEASES OF
## NONRESIDENTIAL REAL PROPERTY UNDER WHICH
## THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY IS THE
## LESSOR PURSUANT TO BANKRUPTCY CODE SECTION 365(d)(4)

**PLEASE TAKE NOTICE THAT**, on July 20, 2020, the Court entered its Order Granting

Motion for Ninth Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential

Real Property Under Which the Puerto Rico Public Buildings Authority is Lessor Pursuant to

Bankruptcy Code Section 365(d)(4) [ECF No. 13738] (the "Ninth Extension Order") extending

the deadline for the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico

Highways and Transportation Authority ("HTA"), the Employees Retirement System of the

Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Electric Power

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Authority ("PREPA", and together with the Commonwealth, HTA, and ERS, the "Debtors") to

assume or reject the leases, subleases, or other agreements, under which a Debtor is a lessee and

the Puerto Rico Public Buildings Authority ("PBA") is the lessor, that may be considered an

unexpired lease of nonresidential real property (collectively, the "PBA Leases")[2] pursuant to 11

U.S.C. § 365(d)(4), to the earlier of (i) January 29, 2021, (ii) the date of expiration or termination

of such leases pursuant to their own terms, or (iii) the date on which a plan of adjustment is

confirmed for each Debtor, without prejudice to (x) (a) the Debtors' right to seek further extensions

as contemplated by Bankruptcy Code section 365(d)(4)(B)(ii), (b) the right of any party in interest

to object to such requested extensions, or (c) the Debtors' right to object or respond to such

objections on the basis that such party lacks standing to object to such requested extensions, or (y)

the disposition of the Adversary Proceeding.

**PLEASE TAKE FURTHER NOTICE** that PBA has consented to a further extension of

the deadline by which the Debtors must assume or reject the PBA Leases to and including July 29,

2021.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, by and through the Financial

Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors'

representative pursuant to section 315(b) of *the Puerto Rico Oversight, Management, and*

*Economic Stability Act* ("PROMESA"), hereby present the *Tenth Order Extending Time to Assume*

*or Reject Unexpired Leases of Nonresidential Real Property Under Which the Puerto Rico Public*

*Buildings Authority is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4)* (the " Proposed

---

[2] Whether the "PBA Leases" are "true leases" for purposes of section 365(d)(3) of the Bankruptcy Code is the subject of a dispute in the related adversary proceeding commenced by the Oversight Board [Adv. Proc. No. 18-00149] (the "Adversary Proceeding").

Tenth Extension Order") to the Honorable Laura Taylor Swain, United States District Judge, sitting in the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, P.R. 00918-1767 for signature on **January 27, 2021**.

**PLEASE TAKE FURTHER NOTICE** that the Proposed Tenth Extension Order grants a tenth extension of the deadline for the Debtors to assume or reject any of the PBA Leases through and including July 29, 2021 (the "Extended 365 Deadline"), without prejudice to (i) (a) the Debtors' right to seek further extensions as contemplated by Bankruptcy Code section 365(d)(4)(B)(ii), (b) the right of any party in interest to object to such requested extensions, or (c) the Debtors' right to object or respond to such objections on the basis that such party lacks standing to object to such requested extensions, or (ii) the disposition of the Adversary Proceeding.

**PLEASE TAKE FURTHER NOTICE** that the Proposed Tenth Extension Order is attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Proposed Order is filed with the Court in accordance with the Case Management Procedures by **4:00 p.m. (AST) on January 26, 2021**, no hearing will be held and the Proposed Order may be approved by this Court.

**PLEASE TAKE FURTHER NOTICE** that copies of the Proposed Tenth Extension Order, and all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 19, 2021
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Paul V. Possinger*

Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times SquareNew York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial
Oversight and Management Board
as Representative for the Debtors*

**Exhibit 1:**

**Proposed Tenth Extension Order**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors. [3]

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**TENTH ORDER EXTENDING TIME TO ASSUME OR REJECT
UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
UNDER WHICH THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY
IS THE LESSOR PURSUANT TO BANKRUPTCY CODE SECTION 365(d)(4)**

Upon the Debtors' *Motion for Entry of Ninth Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Under Which the Puerto Rico Public Buildings Authority is Lessor Pursuant to Bankruptcy Code Section 365(d)(4)* [ECF No. 13574] (the "Motion") [4] and the *Order Granting Motion for Entry of Ninth Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Leases Under Which the Puerto Rico Public Buildings Authority is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4)* [ECF No. 13738]; and the Court having found it has subject matter jurisdiction over this matter pursuant

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[4] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion or the Notice of Presentment.

to PROMESA section 306(a); and it appearing that venue is proper pursuant to PROMESA section

307(a); and the Court having found that the extension of the deadline by which the Debtors must

assume or reject the PBA Leases is appropriate and in the best interests of the Debtors, their

creditors, and other parties in interest, it is **HEREBY ORDERED THAT**:

1.      The deadline for the Debtors to assume or reject any of the PBA Leases is extended

through and including July 29, 2021, without prejudice to (i) (a) the Debtors' right to seek further

extensions as contemplated by Bankruptcy Code section 365(d)(4)(B)(ii), (b) the right of any party

in interest to object to such requested extensions, or (c) the Debtors' right to object or respond to

such objections on the basis that such party lacks standing to object to such requested extensions,

or (ii) the disposition of the Adversary Proceeding.

2.      Nothing in the Motion or this Order shall be deemed or construed as (a) an

assumption or rejection of any agreement, contract, or lease pursuant to Bankruptcy Code section

365, or (b) an admission with respect to whether any of the PBA Leases is an unexpired lease of

nonresidential real property within the meaning of Bankruptcy Code section 365(d). The relief

granted by this Order shall not affect the Debtors' rights to assume, assume and assign, or reject

any PBA Leases.

3.      Except as expressly stated in this Order, nothing in the Motion or this Order shall

(a) impair or modify the rights and claims of PBA under or related to the PBA Leases under

PROMESA or applicable law, or (b) impair or modify the rights or claims of any holders of bonds

issued by PBA, either directly or as third party beneficiaries, under or related to the PBA Leases

under PROMESA or applicable law.

4.      Notwithstanding anything herein or in the Motion to the contrary, nothing

contained in this Order shall be deemed to amend, modify, or supersede in any respect the relief

granted in the Court's *Order Resolving the Motion of the PBA Funds for the Payment of Rent* [ECF

No. 2716] (the "Rent Order"), and the Rent Order shall remain in full force and effect following

the entry of this Order.

5.     This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

SO ORDERED.

Dated: _____, 2021         _____
          San Juan, Puerto Rico                    LAURA TAYLOR SWAIN
                                                    United States District Judge