# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | : | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : | PROMESA Title III |
| as representative of | : | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : | (Jointly Administered) |
| Debtors.[1] | : | |

## MOTION TO INFORM APPEARANCE AND TO BE HEARD
## AT JANUARY 27-28, 2021 OMNIBUS HEARING

The Asociación de Maestros de Puerto Rico ("AMPR"), and its Union, Asociación de Maestros de Puerto Rico-Local Sindical ("AMPR-LS"), both of which are affiliates of the American Federation of Teachers, AFL-CIO ("AFT") (collectively "AMPR"), hereby respectfully states as follows:

1. José Luis Barrios-Ramos, counsel for AMPR will appear at the January 27, 2021, Omnibus Hearing ("Hearing"), by telephonic appearance through the CourtSolutions link, and, to the extend necessary, present argument.

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

2. Since the Agenda for the Hearing has not yet been filed, AMPR reserves the right to present an argument at the Hearing concerning any of the matters outlined in the Agenda that may impact AMPR's rights.

3. In the event that there are matters included in the Agenda, including but not limited to, a Status Report by the Oversight Board or AAFAF on the subject of the current status of claims covered under the ACR Order, AMPR will proceed to amend this motion, if necessary, consistent with the Hearing Procedures Order.

4. AMPR also appears to respond to any statements made by any party in connection with either the above-captioned Title III cases and any adversary proceedings currently pending in the above-captioned Title III cases.

**WHEREFORE,** the AMPR respectfully requests that the Court take notice of the foregoing.

Dated: January 20, 2021

Respectfully submitted,

*/s/ José Luis Barrios-Ramos*
José Luis Barrios-Ramos (USDC 223611)
McLeary Ave., Suite #303
San Juan, Puerto Rico 00936-8006
(787) 593-6641
barrios.jl@outlook.com

*For Asociación de Maestros de Puerto Rico and Asociación de Maestros de Puerto Rico--Local Sindical*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify all counsel of record and caused to be mailed or emailed a copy, as provided in the Court-approved Case Management Procedures in this case.

Dated: January 20, 2021

                                              */s/José Luis Barrios-Ramos*
                                              José Luis Barrios-Ramos