CASE No. 17-BK 3283-LTS

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re The Financial Oversight and Management Board for Puerto Rico, as representatives of the Commonwealth of Puerto Rico, et al., and particularly, Administración de Servicios de Salud Mental y Contra la Adicción (ASSMCA)<br><br>Debtor | Case no. 17-BK 3283-LTS<br>PROMESA Title III<br>48 U.S.C. 2101 *et seq.* |
| Josefina Guinot Meléndez,<br><br>Creditor | Matter: Request for Lift of Stay |

## NOTICE OF WITHDRAWAL OF RENEWED REQUEST FOR LIFT OF STAY

JOSEFINA GUINOT MELÉNDEZ (hereinafter Ms. Guinot), creditor of the Commonwealth of Puerto Rico et al., and particularly, the Administración de Servicios de Salud Mental y Contra la Adicción (ASSMCA), respectfully appears through undersigned Counsel and alleges and prays:

1. Per the terms of the stipulation executed on January 21, 2021 Josefina Guinot Melendez by and through the undersigned counsel, respectfully submit this notice of withdrawal of her renewed request for relief of stay December 8, 2020 (Docket # 15379).

CERTIFICATE OF SERVICE I HEREBY CERTIFY: That on this same date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF Filing system which will send a notification of such to the parties of record and to all interested subscribed users.

1

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 21st day of January , 2021.

                                                   S/WILLIAM SANTIAGO-SASTRE
                                                 USDC PR NO. 201106
                                                 P.O. BOX 1801
                                                 SABANA SECA, P.R. 00952-1801
                                                 (786) 622-3939
                                                 wssbankruptcy@gmail.com