UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH
OF PUERTO RICO,

    Debtor.

PROMESA
Title III

No. 17 BK 3566-LTS

------------------------------------------------------------------x

**STATEMENT OF THE MEDIATION TEAM REGARDING URGENT MOTION
OF COMMITTEES AND GOVERNMENT PARTIES TO SET ORAL ARGUMENT
ON CERTAIN LITIGATION RELATED TO BONDS ISSUED BY
<u>THE EMPLOYEES RETIREMENT SYSTEM</u>**

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations). The Title III cases commenced by the Commonwealth, COFINA, HTA, ERS, PREPA, and PBA are referred to herein as the "<u>Title III Cases</u>."

The Mediation Team appointed in the Title III Cases offers the following comments in response to the Court's *Order Scheduling Briefing of Urgent Motion of Committees and Government Parties to Set Oral Argument* [ECF No. 15646] (the "Order").[2]

1. The respondents to the Urgent Motion[3] are correct that the Mediation Team has not facilitated formal negotiations among the Government Parties[4] and ERS creditors regarding a consensual resolution of disputes relating to the ERS bonds for some time. With a limited window for developing consensus around a Commonwealth restructuring prior to the recently established February 10, 2021 deadline for the filing of a detailed term sheet or plan of adjustment, time has not yet allowed for sessions pertaining directly to ERS bonds. Based on the upcoming deadlines and its own calendar, the Mediation Team believes it will be feasible to hold such sessions in mid to late February 2021.

2. If such mediation sessions are successful, the negotiated resolutions may moot the need for oral argument and rulings in the contested matters and adversary proceedings that are the subject of the Urgent Motion. If these mediation sessions are not successful and/or reach an impasse, then oral argument and, if necessary, rulings by the Court may help catalyze further discussions. The Mediation Team is therefore of the view that the Title III Cases would benefit from the ERS Motions (as defined in the Urgent Motion) being set for oral argument either at (i) the omnibus hearing in March 2021, or (ii) a specially set hearing later in March 2021. This schedule will allow ample time for both mediation and oral argument preparation in the event mediation does not bear fruit.

---

[2] All ECF numbers refer to filings in the Commonwealth's Title III Case, No. 17 BK 3283-LTS.

[3] Capitalized terms used but not defined in this statement have the meanings ascribed to them in the Order.

[4] "Government Parties" refers to the Financial Oversight and Management Board for Puerto Rico and the Government of Puerto Rico.

3. The Mediation Team does not express a position on whether oral argument in connection with the ERS Motions should proceed jointly, on a single day, or in phases over several days, although it believes that if mediation in February 2021 is not successful, the ERS Motions will need to be heard and disposed of as soon as possible.

Dated: January 22, 2021                                  Respectfully submitted,

                                                         /s/ Barbara J. Houser
                                                         Honorable Barbara J. Houser
                                                         United States Bankruptcy Court
                                                         for the Northern District of Texas
                                                         Mediation Team Leader