# **EXHIBIT A**

**Schedule of Claims Subject to Two Hundred Eighty-Fourth Omnibus Objection**

## Two Hundred and Eighty-Fourth Omnibus Objection
### Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | CANS MIRANDA, EDGAR K<br>VILLAS DE LEVITTOWN<br>C20 CALLE 1A<br>TOA BAJA, PR 00949 | 09/14/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175452 | Undetermined* | CANS MIRANDA, EDGAR K<br>VILLAS DE LEVITTOWN<br>C20 CALLE 1A<br>TOA BAJA, PR 00949-4277 | 09/14/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175422 | $ 4,800.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | COLON, ORLANDO<br>URB. MONTE VERDE<br>E19 CALLE 4<br>TOA ALTA, PR00953 | 09/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175083 | Undetermined* | COLON, ORLANDO<br>URB MONTE VERDE E19 CALLE 4<br>TOA ALTA, PR00953 | 09/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175124 | $ 4,800.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | MELENDEZ HERNAIZ, AMPARO<br>CALLE TULSA 321<br>URB SAN GERARDO<br>SAN JUAN, PR 00926-3415 | 09/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175111 | $ 4,800.00 | MELENDEZ HERNAIZ, AMPARO<br>CALLE TULSA 321<br>URB SAN GERARDO<br>SAN JUAN, PR 00926-3415 | 09/09/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175202 | $ 4,800.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 4 | NAZARIO PEREZ, WALDEMAR<br>HC 10 BOX 49034<br>CAGUAS, PR 00725 | 08/24/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174817 | $ 12,261.00 | NAZARIO PEREZ, WALDEMAR<br>HC 10 BOX 49034<br>CAGUAS, PR 00725 | 09/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175145 | $ 16,281.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 5 | PITNEY BOWES PUERTO RICO, INC.<br>MCCONNELL VALDÉS LLC<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 05/24/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 21510 | $ 54,481.49 | PITNEY BOWES PUERTO RICO, INC.<br>MCCONNELL VALDÉS LLC<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 10/21/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177323 | $ 54,331.49 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 6 | PLAZA ROBLES, AGAR<br>PO BOX 23124<br>SAN JUAN, PR 00931-3124 | 09/17/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175969 | $ 4,800.00 | PLAZA ROBLES, AGAR<br>PO BOX 23124<br>SAN JUAN, PR 00931-3124 | 09/17/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175963 | $ 4,800.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Eighty-Fourth Omnibus Objection
Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 7 | ROLDAN ALMEDA, MYRNA<br>URB. VENUS GARDEN<br>CALLE ANGUEISES #1756<br>SAN JUAN, PR 00926 | 09/21/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175876 | $ 25,200.00 | ROLDAN ALMEDA, MYRNA<br>URB. VENUS GARDEN<br>1756 CALLE ANGUEISES<br>SAN JUAN, PR 00926 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176661 | $ 25,200.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 8 | ROLDAN ALMEDA, MYRNA<br>URB VENUS GARDENS<br>1756 CALLE ANGUEISES<br>SAN JUAN, PR 00926 | 09/21/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175892 | $ 252,000.00 | ROLDAN ALMEDA, MYRNA<br>URB. VENUS GARDEN<br>1756 CALLE ANGUEISES<br>SAN JUAN, PR 00926 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176661 | $ 25,200.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 9 | VILLALOBOS PELLOT, WILFREDO<br>URB ROYAL PALM<br>IG-6 CRISANTEMO<br>BAYAMON, PR00956 | 09/01/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174831 | $ 4,800.00 | VILLALOBOS PELLOT, WILFREDO<br>URB ROYAL PALM<br>IG-6 CRISANTEMO<br>BAYAMON, PR00956 | 09/01/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174827 | $ 4,800.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |