# **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Eighty-Fifth Omnibus Objection**

Two Hundred and Eighty-Fifth Omnibus Objection
Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BONILLA DE JESUS, MARIA V<br>CALLE CLAVEL J13 JARDINES 2<br>CAYEY, PR00736 | 6/6/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174055 | $ 75,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | GUZMAN, JACINTO BURGOS<br>BUZON 130<br>MAUNABO, PR 00707 | 6/25/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174122 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | LEBRON RAMOS, ISMAEL<br>CARR. 181 R757 K-1 #8<br>BO. LOS POLLOS SEC. 4 CALLE<br>PATILLAS, PR00723 | 6/16/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174118 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | MERCADO SOTO, ANGEL MANUEL<br>URB LLANOS DEL SUR<br>457 CALLE LAS ROSAS<br>COTO LAUREL, PR 00780-2833 | 7/8/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174250 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | MONTES ORTIZ, VICTOR<br>BO. PALO SECO LOS CHINOS<br>CARR. 3 R759 K2H3<br>MAUNABO, PR 00707 | 6/23/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174144 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | PENA ALVARADO, NYDIA<br>P.O. BOX 298<br>OROCOVIS, PR 00720 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 100902 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Two Hundred and Eighty-Fifth Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | RAMIREZ RODRIGUEZ, JORGE LUIS<br>685 BLUEGRASS DR<br>SPRING CREEK, NV 89815 | 6/18/2020 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 174104 | $ 200,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | RIVERA SILVA, JULIO<br>BARRIO PALO SECO<br>BUZON II 3<br>MAUNABO, PR 00707 | 6/25/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174132 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | RODRIGUEZ CALDERON, ERIC<br>PO BOX 1219<br>CANOVANAS, PR 00729 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 87493 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | RODRIGUEZ SANTOS, CARMEN<br>260 CALLE DEL VALLE S<br>SAN JUAN, PR 00912 | 6/16/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174117 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | |
|---|---|---|
| | TOTAL | $ 275,000.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts