# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima octogésima quinta objeción global**

## Ducentésima Octogésima Quinta Objeción Global
### Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | BONILLA DE JESUS, MARIA V<br>CALLE CLAVEL JI3 JARDINES 2<br>CAYEY, PR00736 | 6/6/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174055 | $ 75,000.00 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 2 | GUZMAN, JACINTO BURGOS<br>BUZON 130<br>MAUNABO, PR 00707 | 6/25/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174122 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 3 | LEBRON RAMOS, ISMAEL<br>CARR. 181 R757 K-1 #8<br>BO. LOS POLLOS SEC. 4 CALLE<br>PATILLAS, PR00723 | 6/16/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174118 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 4 | MERCADO SOTO, ANGEL MANUEL<br>URB LLANOS DEL SUR<br>457 CALLE LAS ROSAS<br>COTO LAUREL, PR 00780-2833 | 7/8/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174250 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 5 | MONTES ORTIZ, VICTOR<br>BO. PALO SECO LOS CHINOS<br>CARR. 3 R759 K2H3<br>MAUNABO, PR 00707 | 6/23/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174144 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |

## Ducentésima Octogésima Quinta Objeción Global
### Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | PENA ALVARADO, NYDIA<br>P.O. BOX 298<br>OROCOVIS, PR 00720 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 100902 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 7 | RAMIREZ RODRIGUEZ, JORGE LUIS<br>685 BLUEGRASS DR<br>SPRING CREEK, NV 89815 | 6/18/2020 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 174104 | $ 200,000.00 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 8 | RIVERA SILVA, JULIO<br>BARRIO PALO SECO<br>BUZON II 3<br>MAUNABO, PR 00707 | 6/25/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174132 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 9 | RODRIGUEZ CALDERON, ERIC<br>PO BOX 1219<br>CANOVANAS, PR 00729 | 7/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 87493 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 10 | RODRIGUEZ SANTOS, CARMEN<br>260 CALLE DEL VALLE S<br>SAN JUAN, PR 00912 | 6/16/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174117 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| | | | | | TOTAL | $ 275,000.00* |