# **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Eighty-Sixth Omnibus Objection**

## Two Hundred and Eighty-Sixth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COLON RIVERA, JOSE A.<br>PO BOX 2115<br>AIBONITO, PR 00705 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 100877 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | CONCEPCION, RITZA I<br>VILLA CAROLINA<br>592 CALLE 46<br>CAROLINA, PR 00985 | 5/13/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173965 | $ 4,000,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | LORENZO GONZALEZ, JOVANNI<br>HC 58 BOX 12996<br>AGUADA, PR 00602 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3299 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 4,000,000.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts