# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima octogésima sexta objeción global**

Case:17-03283-LTS Doc#:15701-2 Filed:01/22/21 Entered:01/22/21 17:38:51 Desc:
Anexo A Page 1 of 2

## Ducentésima Octogésima Sexta Objeción Global
### Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | COLON RIVERA, JOSE A.<br>PO BOX 2115<br>AIBONITO, PR 00705 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 100877 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 2 | CONCEPCION, RITZA I<br>VILLA CAROLINA<br>592 CALLE 46<br>CAROLINA, PR 00985 | 5/13/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173965 | $ 4,000,000.00* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 3 | LORENZO GONZALEZ, JOVANNI<br>HC 58 BOX 12996<br>AGUADA, PR 00602 | 3/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3299 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para dicha formulación, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| | | | | | TOTAL | $ 4,000,000.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados