# EXHIBIT A

**Schedule of Claims Subject to the Two Hundred Eighty-Eighth Omnibus Objection**

TWO HUNDRED EIGHTY-EIGHTH OMNIBUS OBJECTION

Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AYBAR FRANCO, WILFREDO<br>BALCONES DE MONTE REAL APP. 1703<br>CAROLINA, PR 00987 | 6/18/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 46779 | $400,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Electric Power Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Electric Power Authority or any of the other Title III debtors. | | | | | |
| 2 | FOX, PATSY L<br>221 RIDGECREST AVE.<br>BASTROP, LA 71220 | 4/25/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 8605 | $10,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Electric Power Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Electric Power Authority or any of the other Title III debtors. | | | | | |
| 3 | GARCIA, DOMINGO<br>PO BOX 192623<br>SAN JUAN, PR 00919-2623 | 5/20/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 15427 | $25,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Electric Power Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Electric Power Authority or any of the other Title III debtors. | | | | | |
| 4 | GONZALEZ FUENTES, CARMEN<br>HC 03 BOX 34190<br>SAN SEBASTIAN, PR 00685 | 5/23/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 37047 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Electric Power Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Electric Power Authority or any of the other Title III debtors. | | | | | |
| 5 | GONZALEZ, CONCEPCION<br>B-19 CALLE 4<br>ESTANCIAS SAN FERNANDO<br>CAROLINA, PR 00985 | 5/25/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 48216 | $50,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Electric Power Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Electric Power Authority or any of the other Title III debtors. | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

TWO HUNDRED EIGHTY-EIGHTH OMNIBUS OBJECTION

Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | HERNANDEZ LOPEZ, SIXTO<br>19 ESMERALDA URB. BUCARE<br>GUAYNABO, PR 00969 | 5/24/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 31480 | $167,184.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Electric Power Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Electric Power Authority or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | PEDRO LUIS CASASNOVAS & OLGA I. TRINIDAD NIEVES<br>CHARLES A. CUPRILL, ESQ<br>356 FORTALEZA STREET SECOND FLOOR<br>SAN JUAN, PR 00901 | 8/4/2017 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 233 | $45,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Electric Power Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Electric Power Authority or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | QUILICHINI, NORMAN A<br>1491 BENT OAKS BLVD<br>DELAND, FL 32724 | 6/6/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 52927 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Electric Power Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Electric Power Authority or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | RENE C GOMEZ GOMEZ + AURA I FERNANDEZ PEREZ<br>PO BOX 1117<br>CAGUAS, PR 00726-1117 | 4/25/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 8712 | $210,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Electric Power Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Electric Power Authority or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | RODRIGUEZ MOLINA, CARLOS H<br>154 CALLE PVT ANGEL GUTIERREZ<br>LUQUILLO, PR 00773 | 4/23/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 6793 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Electric Power Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Electric Power Authority or any of the other Title III debtors.

\* - Indicates claim contains unliquidated and/or undetermined amounts.

## TWO HUNDRED EIGHTY-EIGHTH OMNIBUS OBJECTION

### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | ROSA LABOY, LUZ M<br>HC 03 BOX 12905<br>YABUCOA, PR 00767 | 5/25/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 30146 | $15,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Electric Power Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Electric Power Authority or any of the other Title III debtors.

\* - Indicates claim contains unliquidated and/or undetermined amounts.