# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima octogésima octava objeción global**

## DUCENTÉSIMA OCTOGÉSIMA OCTAVA OBJECIÓN COLECTIVA

### Anexo A – Reclamaciones Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | AYBAR FRANCO, WILFREDO<br>BALCONES DE MONTE REAL APP. 1703<br>CAROLINA, PR 00987 | 6/18/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 46779 | $400,000.00 |
| | Base Para: Evidencia de reclamo pretende afirmar obligaciones contra La Autoridad de Energía Eléctrica de Puerto Rico, pero no proporciona ninguna base o documentación secundaria afirmando una reclamación contra La Autoridad de Energía Eléctrica de Puerto Rico, tal que los Deudores no pueden determinar si el demandante tiene una reclamación valida contra La Autoridad de Energía Eléctrica de Puerto Rico o algún otro Deudor del Título III. | | | | | |
| 2 | FOX, PATSY L<br>221 RIDGECREST AVE.<br>BASTROP, LA 71220 | 4/25/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 8605 | $10,000.00 |
| | Base Para: Evidencia de reclamo pretende afirmar obligaciones contra La Autoridad de Energía Eléctrica de Puerto Rico, pero no proporciona ninguna base o documentación secundaria afirmando una reclamación contra La Autoridad de Energía Eléctrica de Puerto Rico, tal que los Deudores no pueden determinar si el demandante tiene una reclamación valida contra La Autoridad de Energía Eléctrica de Puerto Rico o algún otro Deudor del Título III. | | | | | |
| 3 | GARCIA, DOMINGO<br>PO BOX 192623<br>SAN JUAN, PR 00919-2623 | 5/20/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 15427 | $25,000.00 |
| | Base Para: Evidencia de reclamo pretende afirmar obligaciones contra La Autoridad de Energía Eléctrica de Puerto Rico, pero no proporciona ninguna base o documentación secundaria afirmando una reclamación contra La Autoridad de Energía Eléctrica de Puerto Rico, tal que los Deudores no pueden determinar si el demandante tiene una reclamación valida contra La Autoridad de Energía Eléctrica de Puerto Rico o algún otro Deudor del Título III. | | | | | |
| 4 | GONZALEZ FUENTES, CARMEN<br>HC 03 BOX 34190<br>SAN SEBASTIAN, PR 00685 | 5/23/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 37047 | Indeterminado* |
| | Base Para: Evidencia de reclamo pretende afirmar obligaciones contra La Autoridad de Energía Eléctrica de Puerto Rico, pero no proporciona ninguna base o documentación secundaria afirmando una reclamación contra La Autoridad de Energía Eléctrica de Puerto Rico, tal que los Deudores no pueden determinar si el demandante tiene una reclamación valida contra La Autoridad de Energía Eléctrica de Puerto Rico o algún otro Deudor del Título III. | | | | | |
| 5 | GONZALEZ, CONCEPCION<br>B-19 CALLE 4<br>ESTANCIAS SAN FERNANDO<br>CAROLINA, PR 00985 | 5/25/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 48216 | $50,000.00 |
| | Base Para: Evidencia de reclamo pretende afirmar obligaciones contra La Autoridad de Energía Eléctrica de Puerto Rico, pero no proporciona ninguna base o documentación secundaria afirmando una reclamación contra La Autoridad de Energía Eléctrica de Puerto Rico, tal que los Deudores no pueden determinar si el demandante tiene una reclamación valida contra La Autoridad de Energía Eléctrica de Puerto Rico o algún otro Deudor del Título III. | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

## DUCENTÉSIMA OCTOGÉSIMA OCTAVA OBJECIÓN COLECTIVA

### Anexo A – Reclamaciones Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 6 | HERNANDEZ LOPEZ, SIXTO<br>19 ESMERALDA URB. BUCARE<br>GUAYNABO, PR  00969 | 5/24/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 31480 | $167,184.00 |
| | Base Para: Evidencia de reclamo pretende afirmar obligaciones contra La Autoridad de Energía Eléctrica de Puerto Rico, pero no proporciona ninguna base o documentación secundaria afirmando una reclamación contra La Autoridad de Energía Eléctrica de Puerto Rico, tal que los Deudores no pueden determinar si el demandante tiene una reclamación valida contra La Autoridad de Energía Eléctrica de Puerto Rico o algún otro Deudor del Título III. | | | | | |
| 7 | PEDRO LUIS CASASNOVAS & OLGA I. TRINIDAD NIEVES<br>CHARLES A. CUPRILL, ESQ<br>356 FORTALEZA STREET SECOND FLOOR<br>SAN JUAN, PR  00901 | 8/4/2017 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 233 | $45,000.00 |
| | Base Para: Evidencia de reclamo pretende afirmar obligaciones contra La Autoridad de Energía Eléctrica de Puerto Rico, pero no proporciona ninguna base o documentación secundaria afirmando una reclamación contra La Autoridad de Energía Eléctrica de Puerto Rico, tal que los Deudores no pueden determinar si el demandante tiene una reclamación valida contra La Autoridad de Energía Eléctrica de Puerto Rico o algún otro Deudor del Título III. | | | | | |
| 8 | QUILICHINI, NORMAN A<br>1491 BENT OAKS BLVD<br>DELAND, FL  32724 | 6/6/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 52927 | Indeterminado* |
| | Base Para: Evidencia de reclamo pretende afirmar obligaciones contra La Autoridad de Energía Eléctrica de Puerto Rico, pero no proporciona ninguna base o documentación secundaria afirmando una reclamación contra La Autoridad de Energía Eléctrica de Puerto Rico, tal que los Deudores no pueden determinar si el demandante tiene una reclamación valida contra La Autoridad de Energía Eléctrica de Puerto Rico o algún otro Deudor del Título III. | | | | | |
| 9 | RENE C GOMEZ GOMEZ + AURA I FERNANDEZ PEREZ<br>PO BOX 1117<br>CAGUAS, PR  00726-1117 | 4/25/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 8712 | $210,000.00 |
| | Base Para: Evidencia de reclamo pretende afirmar obligaciones contra La Autoridad de Energía Eléctrica de Puerto Rico, pero no proporciona ninguna base o documentación secundaria afirmando una reclamación contra La Autoridad de Energía Eléctrica de Puerto Rico, tal que los Deudores no pueden determinar si el demandante tiene una reclamación valida contra La Autoridad de Energía Eléctrica de Puerto Rico o algún otro Deudor del Título III. | | | | | |
| 10 | RODRIGUEZ MOLINA, CARLOS H<br>154 CALLE PVT ANGEL GUTIERREZ<br>LUQUILLO, PR  00773 | 4/23/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 6793 | Indeterminado* |
| | Base Para: Evidencia de reclamo pretende afirmar obligaciones contra La Autoridad de Energía Eléctrica de Puerto Rico, pero no proporciona ninguna base o documentación secundaria afirmando una reclamación contra La Autoridad de Energía Eléctrica de Puerto Rico, tal que los Deudores no pueden determinar si el demandante tiene una reclamación valida contra La Autoridad de Energía Eléctrica de Puerto Rico o algún otro Deudor del Título III. | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

## DUCENTÉSIMA OCTOGÉSIMA OCTAVA OBJECIÓN COLECTIVA

### Anexo A – Reclamaciones Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 11 | ROSA LABOY, LUZ M<br>HC 03 BOX 12905<br>YABUCOA, PR 00767 | 5/25/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 30146 | $15,000.00 |

Base Para: Evidencia de reclamo pretende afirmar obligaciones contra La Autoridad de Energía Eléctrica de Puerto Rico, pero no proporciona ninguna base o documentación secundaria afirmando una reclamación contra La Autoridad de Energía Eléctrica de Puerto Rico, tal que los Deudores no pueden determinar si el demandante tiene una reclamación valida contra La Autoridad de Energía Eléctrica de Puerto Rico o algún otro Deudor del Título III.

\* - Indica que la reclamación contiene montos por liquidar o indeterminados