# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima octogésima novena objeción global**

## Ducentésima Octogésima Novena Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 AGUILO VELEZ, JOSE M. GOLDEN HILLS #1410 CALLE PLUTON DORADO, PR 00646 | 07/26/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 178034 | $ 4,800.00 | AGUILO VELEZ, JOSE M. GOLDEN HILLS #1410 CALLE PLUTON DORADO, PR 00646 | 07/24/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 178173 | $ 4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 2 APONTE PAGAN, JOSE LUIS 110-1 SALIDA A COAMO OROCOVIS, PR 00720-4462 | 09/11/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175369 | Indeterminado* | APONTE PAGAN, JOSE LUIS 110-1 SALIDAS A COAMO OROCOVIS, PR 00720-4462 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177362 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 3 APONTE RESTO, DAVID PO BOX 94 RIO BLANCO, PR 00744 | 09/18/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175704 | $ 22,800.00 | APONTE RESTO, DAVID PO BOX 94 RIO BIANCO, PR 00744 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177183 | $ 22,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 4 APONTE RESTO, DAVID PO BOX 94 RIO BLANCO, PR 00744 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177182 | $ 22,800.00 | APONTE RESTO, DAVID PO BOX 94 RIO BIANCO, PR 00744 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177183 | $ 22,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 5 BERRIOS ROSA, ISABEL CRISTINA J7 AVE SAN PATRICIO COND. EL JARDIN APT.4G GUAYNABO, PR 00968 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176546 | $ 24,000.00 | BERRIOS ROSA, ISABEL CRISTINA J7 AVE. SAN PATRICIO CMD EL JARDIN APT.4G GUAYNABO, PR 00968 | 09/21/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 178320 | $ 24,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 6 BERRIOS ROSA, ISABEL CRISTINA J7 AVE SAN PATRICIO CON. EL JARDIN APT 4G GUAYNABO, PR 00968 | 09/11/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177965 | $ 24,000.00 | BERRIOS ROSA, ISABEL CRISTINA J7 AVE. SAN PATRICIO CMD EL JARDIN APT.4G GUAYNABO, PR 00968 | 09/21/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 178320 | $ 24,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Ducentésima Octogésima Novena Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 7 CARRELO CASTRO, EDWIN F<br>LOS MONTES 705 C / LECHUZA<br>DORADO, PR 00646 | 08/05/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 174747 | $ 4,800.00 | CARRELO CASTRO, EDWIN F<br>URB LOS MONTES, SECCION MONTEBELLO<br>705 CALLE LECHUZA<br>DORADO, PR 00646 | 10/08/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176456 | $ 4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 8 CASTRO APONTE, CARMEN CECILIA<br>URB. VILLA AURORA<br>B5 CALLE 2<br>CATANO, PR 00962 | 09/15/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175625 | $ 19,200.00 | CASTRO APONTE, CARMEN CECILIA<br>URB VILLA AURORA<br>CALLE 2 B5<br>CATANO, PR 00962-5918 | 09/29/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176009 | $ 19,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 9 CHEVERE ZAYAS, IVELISSE<br>200 PARK WEST APT34<br>BAYAMON, PR 00961 | 09/16/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175757 | $ 14,000.00 | CHEVERE ZAYAS, IVELISSE<br>200 PARK WEST APT34<br>BAYAMON, PR 00961 | 09/24/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176230 | $ 14,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 10 COLLAZO RODRIGUEZ, EMERITO<br>R.R.I BOX 11660<br>CARR. 156 KM 60<br>BOTIJAS #2<br>OROCOVIS, PR 00720 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177118 | Indeterminado* | COLLAZO RODRIGUEZ, EMERITO<br>RR1 BOX 11660<br>OROCOVIS, PR 00720 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177313 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 11 COLON RODRIGUEZ, LUIS A.<br>PO BOX 755<br>MERCEDITA, PR 00715 | 09/01/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 174898 | $ 12,200.00 | COLON RODRIGUEZ, LUIS ANDRES<br>PO BOX 755<br>MERCEDITA, PR 00715 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177200 | $ 13,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

## Ducentésima Octogésima Novena Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 12 | COLON RODRIGUEZ, LUIS ANDRES PO BOX 755 MORCEDITA, PR 00715 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177098 | $ 13,400.00 | COLON RODRIGUEZ, LUIS ANDRES PO BOX 755 MERCEDITA, PR 00715 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177200 | $ 13,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | NOMBRE | FECHA | CASO | N.º | MONTO | NOMBRE | FECHA | CASO | N.º | MONTO |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | COLON ROMAN, LOURDES T. P.O. BOX 142311 ARECIBO, PR 00614 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176614 | $ 4,800.00 | COLON ROMAN, LOURDES T PO BOX 142311 ARECIBO, PR 00614 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176802 | $ 4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | NOMBRE | FECHA | CASO | N.º | MONTO | NOMBRE | FECHA | CASO | N.º | MONTO |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | COLON ROMAN, LOURDES T. P.O. BOX 142311 ARECIBO, PR 00614-2311 | 10/09/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176651 | $ 4,800.00 | COLON ROMAN, LOURDES T PO BOX 142311 ARECIBO, PR 00614 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176802 | $ 4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | NOMBRE | FECHA | CASO | N.º | MONTO | NOMBRE | FECHA | CASO | N.º | MONTO |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | CORDOVA GIBOYEAUX, JUAN MANUEL PO BOX 360911 SAN JUAN, PR 00936 | 09/01/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175257 | $ 26,700.00 | CORDOVA GIBOYEAUX, JUAN MANUEL P.O. BOX 360911 SAN JUAN, PR 00936 | 09/15/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176000 | $ 26,700.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | NOMBRE | FECHA | CASO | N.º | MONTO | NOMBRE | FECHA | CASO | N.º | MONTO |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | CORTES, ROBERTO VILA 105 BAYSIDE COVE, AVE. ARTERIAL HOSTOS APT #153 SAN JUAN, PR 00918 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176817 | $ 18,000.00 | VILA CORTES, ROBERTO 105 BAYSIDE COVE, AVE ART HOSTOS, APT #153 SAN JUAN, PR 00918 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177055 | $ 18,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | NOMBRE | FECHA | CASO | N.º | MONTO | NOMBRE | FECHA | CASO | N.º | MONTO |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | CRUZ CORTES, CARMEN A. RES. NEMESIO R. CANALES EDF. 43 APTO. 802 HATO REY, PR00918 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177258 | Indeterminado* | CRUZ CORTES, CARMEN A. RES. NEMESIO R. CANALES EDF. 43 APTO. 802 HATO REY, PR00918 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177479 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

Ducentésima Octogésima Novena Objeción Global
Anexo A: Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 18 CRUZ CORTES, ISABEL M. P.O. BOX 37 VEGA ALTA, PR00692 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177097 | Indeterminado* | CRUZ CORTES, ISABEL M. P.O. BOX 307 VEGA ALTA, PR00692 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177477 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 19 DIAZ BERRIOS, SANDRA CALLE 8 E-11 EST. DE CERRO GORDO BAYAMON, PR00957 | 08/24/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 174844 | $ 26,400.00 | DIAZ BERRIOS, SANDRA E-11 CALLE 8 EST. CERRO GORDO BAYAMON, PR00957 | 08/27/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 174870 | $ 26,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 20 DIAZ IRIZARRY, JOSE R HC-03 BUZON 6693 CANOVANAS, PR 00729 | 09/19/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175853 | Indeterminado* | DIAZ IRIZARRY, JOSE R. HC-03 BUZON 6693 CANOVANAS, PR 00729 | 09/28/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176259 | $ 4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 21 DRAZ LOIS, WANDA VIA 34 MN17 URB. VILLA FONTANA CAROLINA, PR 00983 | 09/03/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 174998 | Indeterminado* | DRAZ LOIS, WANDA VIA 34 MN17 URB. VILLA FONTANA CAROLINA, PR 00983 | 09/01/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175268 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 22 ESPADA ACEVEDO, RUBEN MANS. LOS CEDROS #56 LOS MIRTO ST. L1 CAYEY, PR00736 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176831 | $ 20,400.00 | ESPADA ACEVEDO, RUBEN #56 LOS MIRTO ST. L1 CAYEY, PR00736 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176954 | $ 20,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 23 FALCON CURET, NOEL E CALLE LADY DI #661 URB LOS ALMENDROS PONCE, PR 00716 | 09/29/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176396 | $ 18,000.00 | FALCON CURET, NOEL E CALLE LADY DI #661 URB LOS ALMENDROS PONCE, PR 00716 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177483 | $ 18,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Ducentésima Octogésima Novena Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 24 | GERENA CAMACHO, WANDA A. 169 SAN PABLO URB SAN RAFAEL ARECIBO, PR 00612 | 09/16/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177773 | $ 4,800.00 | GERENA CAMACHO, WANDA A. 169 SAN PABLO URB SAN RAFAEL ARECIBO, PR 00612 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177133 | $ 4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 25 | GONZALEZ CARDANA, PETRA MARGARITA COND. PLAZA SUCHVILLE, APT. 413 #1075, CARRETERA 2 BAYAMON, PR00959 | 09/15/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175641 | $ 14,000.00 | GONZALEZ CARDANA, PETRA MARGARITA COND. PLAZA SUCHVILLE, APT413 # 1075 CARRETERA 2 BAYAMON, PR00959 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177277 | $ 14,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 26 | GONZALEZ CRUZ, LAURA E. URB. PTO NUEVO CALLE 13 #275 NW SAN JUAN, PR 00920 | 09/04/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175443 | $ 4,800.00 | GONZALEZ CRUZ, LAURA E. URB. PTO NUEVO CALLE 13 #275 NW SAN JUAN, PR 00920 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176552 | $ 4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 27 | GONZALEZ FELICIANO, JORGE A. RR-4 BOX 3005 BAYAMON, PR00956-9419 | 09/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175153 | $ 18,000.00 | GONZALEZ FELICIANO, JORGE A. RR-4 BOX 3005 BAYAMON, PR00956-9419 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176557 | $ 18,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 28 | GONZALEZ FELICIANO, JORGE A. RR-4 BOX 3005 BAYAMON, PR00956-9419 | 09/01/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175269 | $ 18,000.00 | GONZALEZ FELICIANO, JORGE A. RR-4 BOX 3005 BAYAMON, PR00956-9419 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176557 | $ 18,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

## Ducentésima Octogésima Novena Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 29 | GONZALEZ FELICIANO, JORGE A. RR-4 BOX 3005 BAYAMON, PR 00956-9419 | 09/15/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175948 | $18,000.00 | GONZALEZ FELICIANO, JORGE A. RR-4 BOX 3005 BAYAMON, PR 00956-9419 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176557 | $18,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | GONZALEZ GONZALEZ, HERIBERTO RR-1 BOX 2254 CIDRA, PR 00739 | 09/09/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175247 | $18,492.00 | GONZALEZ GONZALEZ, HERIBERTO RR-1 BOX 2254 CIDRA, PR 00739 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176512 | $18,492.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | GONZALEZ LORENZO, JOSE E. HC 57 BOX 8826 AGUADA, PR 00602 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176583 | $15,600.00 | GONZALEZ LORENZO, JOSE E. HC 57 BOX 8826 AGUADA, PR 00602 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177159 | $15,600.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | GONZALEZ NOA, EDWIN GOLDEN GATE 2 CALLE H, P-2 CAGUAS, PR 00727 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177117 | $13,200.00 | GONZALEZ NOA, EDWIN GOLDEN GATE 2 CALLE H, P-2 CAGUAS, PR 00727 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177471 | $13,200.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 33 | GONZALEZ RIVERA, BLANCA R. 35 CALLE VISTAMAR URB. COLINAS DE HATILLO HATILLO, PR 00659 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176694 | $4,800.00 | GONZALEZ RIVERA, BLANCA R. 35 CALLE VISTAMAR URB. COLINAS DE HATILLO HATILLO, PR 00659 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176933 | $4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 34 | GONZALEZ, ERIC O PO BOX 142311 ARECIBO, PR 00614 | 09/14/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 178058 | $4,800.00 | GONZALEZ SUAREZ, ERIC O. P.O. BOX 142311 ARECIBO, PR 00614-2311 | 10/09/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176654 | $4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

## Ducentésima Octogésima Novena Objeción Global
## Anexo A: Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 35 GONZALEZ, ERIC O.<br>P.O. BOX 142311<br>ARECIBO, PR 00614 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177253 | $ 4,800.00 | GONZALEZ SUAREZ, ERIC O.<br>P.O. BOX 142311<br>ARECIBO, PR 00614-2311 | 10/09/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176654 | $ 4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 36 LOPEZ APONTE, MAYRA<br>URB. RIVERVIEW<br>20-42 CALLE 35<br>BAYAMON, PR00961 | 09/10/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 178262 | $ 24,000.00 | LOPEZ APONTE, MAYRA<br>URB. RIVERVIEW<br>ZD-42 CALLE 35<br>BAYAMON, PR00961 | 09/04/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 178497 | $ 24,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 37 LOZADA CACERES, KARINA<br>M13 CALL6A<br>URB. SANTA MONICA<br>BAYAMON, PR00957 | 09/09/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175126 | Indeterminado* | LOZADA CACERES, KARINA<br>M13 CALLE 6A<br>URB. SANTA MONICA<br>BAYAMON, PR00957 | 09/09/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175127 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 38 LUNA MARTINEZ, LUIS R.<br>ESTANCIAS LAS TRINITARIA II910<br>CALLE GIRASOL G G-1<br>AGUIRRE, PR 00704-2833 | 09/18/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177855 | $ 22,800.00 | LUNA MARTINEZ, LUIS R.<br>ESTANCIAS LAS TRINITARIA II910<br>CALLE GIRASOL G G-1<br>AGUIRRE, PR 00704-2833 | 11/03/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 178765 | $ 22,800.00* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 39 MALDONADO RODRIGUEZ, MIGNA R.<br>11512 PRINCESA CAROLINA ST.<br>RIO GRANDE ESTATES<br>RIO GRANDE, PR 00745 | 09/14/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177964 | Indeterminado* | MALDONADO RODRIGUEZ, MIGNA R.<br>11512 PRINCESA CAROLINA<br>RIO GRANDE ESTATES<br>RIO GRANDE, PR 00745 | 09/15/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 178272 | $ 24,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Ducentésima Octogésima Novena Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 40 MALDONADO VELEZ, CANDAD B. URB GOLDEN GATE 2 CALLE H, P-2 CAGUAS, PR 00727 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177490 | $ 4,800.00 | MALDONADO VELEZ, CARIDAD B. URB GOLDEN GATE 2 CALLE H P-2 CAGUAS, PR 00727 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177393 | $ 4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 41 MEDINA RIVERA, ARSENIO HC 5 BOX 5600 BO. JACANAS YABUCOA, PR 00767 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176905 | $ 15,276.00 | MEDINA RIVERA, ARSENIO HC 5 BOX 5600 BO. JACANAS YABUCOA, PR 00767 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177282 | $ 15,276.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 42 MOJICA ROSARIO, YOLANDA #12 CALLE 4 URB. MANSIONES DE SIERRA TAINA BAYAMON, PR 00956 | 09/15/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175702 | $ 21,600.00 | MOJICA ROSARIO, YOLANDA #12 CALLE 4 URB. MANSIONES DE SIERRA TAINA BAYAMON, PR 00956 | 09/15/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 178672 | $ 21,600.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 43 MOJICA ROSARIO, YOLANDA #12 CALLE 4 URB. MANSIONES DE SIERRA TAINA BAYAMÓN, PR 00956 | 09/16/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176057 | $ 21,600.00 | MOJICA ROSARIO, YOLANDA #12 CALLE 4 URB. MANSIONES DE SIERRA TAINA BAYAMON, PR 00956 | 09/15/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 178672 | $ 21,600.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 44 MOJICA ROSARIO, YOLANDA #12 CALLE 4 URB. MANSIONES DE SIERRA TAINA BAYAMON, PR 00956 | 09/16/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176070 | $ 21,600.00 | MOJICA ROSARIO, YOLANDA #12 CALLE 4 URB. MANSIONES DE SIERRA TAINA BAYAMON, PR 00956 | 09/15/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 178672 | $ 21,600.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

## Ducentésima Octogésima Novena Objeción Global
## Anexo A: Reclamos Sustantivos Duplicados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 45 | MOJICA ROSARIO, YOLANDA<br>CALLE 4 #12 HC-67<br>URB. MANSIONES DE SIERRA TAINA<br>BAYAMON, PR00956 | 09/16/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 178417 | $ 21,600.00 | MOJICA ROSARIO, YOLANDA<br>#12 CALLE 4 URB. MANSIONES DE SIERRA TAINA<br>BAYAMON, PR00956 | 09/15/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 178672 | $ 21,600.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 46 | MOLL, GLORIA S.<br>PO. BOX 11323<br>SAN JUAN, PR 00910 | 09/17/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176052 | $ 21,600.00 | MOLL, GLORIA S.<br>PO. BOX 11323<br>SAN JUAN, PR 00910 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177292 | $ 21,600.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 47 | MUNOZ MORALES, JUAN J<br>PO BOX 1538<br>AGUADILLA, PR 00605 | 08/07/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 174847 | $ 4,800.00 | MUNOZ MORALES, JUAN J.<br>PO BOX 1538<br>AGUADILLA, PR 00605 | 10/08/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176578 | $ 4,800.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 48 | MUÑOZ MORALES, JUAN J.<br>PO BOX 1538<br>AGUADILLA, PR 00605 | 08/11/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 174869 | $ 4,800.00 | MUNOZ MORALES, JUAN J.<br>PO BOX 1538<br>AGUADILLA, PR 00605 | 10/08/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176578 | $ 4,800.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |
| 49 | MUNOZ VARGAS, MARTA<br>GARDEN HILLS, I-2<br>RAMIREZ DE ARLLARO AVE<br>GUAYNABO, PR 00966 | 09/01/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177800 | $ 13,200.00 | MUNOZ VARGAS, MARTA<br>GARDEN HILLS, I-2<br>RAMIREZ DE ARLLANO AVE.<br>GUAYNABO, PR 00966 | 09/02/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 178419 | $ 13,200.00 |
| | Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | | | | | | | |

## Ducentésima Octogésima Novena Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 50 | MUÑOZ VARGAS, MARTA<br>GARDEN HILLS, I-2 RAMIREZ DE ARELLANO AVE<br>GUAYNABO, PR 00966 | 09/15/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175940 | $13,200.00 | MUÑOZ VARGAS, MARTA<br>GARDEN HILLS I-2 RAMIREZ DE ARELLANO AVE<br>GUAYNABO, PR 00966 | 10/08/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176603 | $13,200.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | NIEVES, PAULA MELENDEZ<br>1 PARQUE DE LAS GAVIOTAS APT.801<br>SABANA SECA, PR 00952 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177102 | $4,800.00 | NIEVES, PAULA MELENDEZ<br>1 PARQUE DE LAS GAVIOTAS APT.801<br>SABANA SECA, PR 00952 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177222 | $4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 52 | ORTIZ BAEZ, LUIS ESTEBAN<br>HC-04 BOX 8151<br>COMERIO, PR 00782 | 09/04/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175494 | $20,400.00 | ORTIZ BAEZ, LUIS ESTEBAN<br>HC-04<br>BOX 8151<br>COMERIO, PR 00782 | 10/08/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176522 | $20,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 53 | ORTIZ FIGUEROA, NILDA<br>BB-18 CALLE 13 URB. SIERRA LINDA<br>BAYAMON, PR00957 | 09/16/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175867 | $26,400.00 | ORTIZ FIGUEROA, NILDA<br>BB-18 CALLE 13 URB. SIERRA LINDA<br>BAYAMON, PR00957 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177247 | $26,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 54 | ORTIZ FIGUEROA, NILDA<br>BB-18 CALLE 13 URB. SIERRA LINDA<br>BAYAMON, PR00957 | 09/16/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175893 | $26,400.00 | ORTIZ FIGUEROA, NILDA<br>BB-18 CALLE 13 URB. SIERRA LINDA<br>BAYAMON, PR00957 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177247 | $26,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

## Ducentésima Octogésima Novena Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 55 | ORTIZ FIGUEROA, NILDA URB. SIERRA LINDA BB-18 CALLE 13 BAYAMON, PR 00957 | 09/21/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177026 | $26,400.00 | ORTIZ FIGUEROA, NILDA BB-18 CALLE 13 URB. SIERRA LINDA BAYAMON, PR 00957 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177247 | $26,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 56 | ORTIZ FIGUEROA, NILDA URB. SIERRA LINDA BB-18 CALLE 13 BAYAMON, PR 00957 | 09/21/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177856 | $26,400.00 | ORTIZ FIGUEROA, NILDA BB-18 CALLE 13 URB. SIERRA LINDA BAYAMON, PR 00957 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177247 | $26,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 57 | ORTIZ FIGUEROA, NILDA URB. SIERRA LINDA BB-18 CALLE 13 BAYAMON, PR 00957 | 09/16/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 178625 | $26,400.00 | ORTIZ FIGUEROA, NILDA BB-18 CALLE 13 URB. SIERRA LINDA BAYAMON, PR 00957 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177247 | $26,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 58 | PEDROSA MERCADO, GUILLERMO 17154 HOGAN DRIVE P-5 URB. LOS EUCALIPTOS CANOVANAS, PR 00729 | 09/15/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175725 | $8,400.00 | PEDROSA MERCADO, GUILLERMO 17154 HOGAN DRIVE P-5 URB. LOS EUCALIPTOS CANOVANAS, PR 00729 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176521 | $8,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 59 | PEDROSA MERCADO, GUILLERMO 17154 HOGAN DRIVE P-5 URB. LOS EUCALIPTOS CANOVANAS, PR 00729 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176505 | $8,400.00 | PEDROSA MERCADO, GUILLERMO 17154 HOGAN DRIVE P-5 URB. LOS EUCALIPTOS CANOVANAS, PR 00729 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176521 | $8,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

## Ducentésima Octogésima Novena Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 60 | RAMOS RIVERA, EDGARDO L. COLINAS DEL PLATA 50 CAMINO DEL VALLE TOA ALTA, PR00953 | 09/15/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 178530 | $ 21,600.00 | RAMOS RIVERA, EDGARDO L. COLINAS DE PLATA 50 CAMINO DEL VALLE TOA ALTA, PR00953 | 09/15/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 178641 | $ 21,600.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 61 | RIVERA APONTE, MADELINE HC 1 BOX 68513 LAS PIEDRAS, PR 00771 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176828 | $ 4,800.00 | APONTE, MADELINE RIVERA HC 1 BOX 68513 LAS PIEDRAS, PR 00771 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176964 | $ 4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 62 | RIVERA LOPEZ, WANDA I. URB. LOS ARBOLES 602 CALLE VEREDA DEL BOSQUE CAROLINA, PR 00987 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177015 | Indeterminado* | RIVERA LOPEZ, WANDA I. URB. LOS ARBOLES 602 CALLE VEREDA DEL BOSQUE CAROLINA, PR 00987 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177270 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 63 | RIVERA PIZARRO, RAFAEL CALLE ZEUS K-6 VILLAS DE BUENA VISTA BAYAMON, PR00956 | 08/05/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 174750 | $ 4,800.00 | PIZARRO, RAFAEL RIVERA CALLE ZEUS K-6 VILLAS DE BUENA VISTA BAYAMON, PR00956 | 10/08/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176630 | $ 4,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 64 | ROBLES RIVERA, LYSSET T. 5 BEACH VILLAGE DR APT. 145 HUMACAO, PR 00791 | 09/15/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176156 | Indeterminado* | ROBLES RIVERA, LYSSET T. 5 BEACH VILLAGE DR APT. 145 HUMACAO, PR 00791 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177296 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

## Ducentésima Octogésima Novena Objeción Global
## Anexo A: Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 65 RODRIGUEZ COLON, MARIBEL<br>BO. COLLORES SECTOR GUARAGUAO<br>HC-03 BOX 12128<br>JUANA DIAZ, PR 00795 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177124 | $134,400.00 | RODRIGUEZ COLON, MARIBEL<br>HC-03 BOX 12128<br>JUANA DIAZ, PR 00795 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177448 | $134,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 66 RODRIGUEZ GARCIA, HECTOR F.<br>PO BOX 536<br>COROZAL, PR 00783 | 09/04/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175037 | $14,400.00 | RODRIGUEZ GARCIA, HECTOR F.<br>PO BOX 536<br>COROZAL, PR 00783 | 09/04/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175038 | $14,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 67 RODRIGUEZ, NICOLAS SANDOVAL<br>P.O. BOX 745<br>CEIBA, PR 00735-0745 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177078 | $14,400.00 | SANDOVAL RODRIGUEZ, NICOLAS<br>P.O. BOX 745<br>CEIBA, PR 00735-0745 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177128 | $14,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 68 RODRIGUEZ-DEL VALLE, MARIA<br>URB. HACIENDA BORINGUEN<br>1219 CALLE ALMENDRO<br>CAGUAS, PR 00725 | 09/08/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175185 | $4,800.00 | RODRIGUEZ-DEL VALLE, MARIA<br>URB. HACIENDA BORINGUEN<br>1219 CALLE ALMENDRO<br>CAGUAS, PR 00725 | 09/08/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175183 | $13,200.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 69 ROSARIO CHARLES, ESTHER<br>OJ-10 506 ST. COUNTRY CLUB<br>CAROLINA, PR 00982 | 09/21/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175409 | $8,400.00 | ROSARIO CHARLES, ESTHER<br>OJ-10 506 ST. COUNTRY CLUB<br>CAROLINA, PR 00982 | 10/08/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176462 | $8,400.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

Ducentésima Octogésima Novena Objeción Global
Anexo A: Reclamos Sustantivos Duplicados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 70 ROSARIO, YOLANDA MOJICA<br>CALLE 4 #12 HC-67<br>URB. MANSIONES DE SIERRA TAINA<br>BAYAMON, PR00956 | 09/16/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177885 | $ 21,600.00 | MOJICA ROSARIO, YOLANDA<br>#12 CALLE 4 URB. MANSIONES DE SIERRA TAINA<br>BAYAMON, PR00956 | 09/15/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 178672 | $ 21,600.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 71 ROSSNER FIGUEROA, EVERLIDYS<br>CALLE LINACERO 969<br>URB. COUNTRY CLUB<br>RIO PIEDRAS, PR 00924 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176879 | Indeterminado* | ROSSNER FIGUEROA, EVERLIDYS<br>URB COUNTRY CLUB 4TA EXT<br>969 CALLE LINACERO<br>SAN JUAN, PR 00924 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177002 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 72 SANTIAGO TORRES, LUIS A.<br>CALLE LOS REYES BUZON 3011<br>CABO ROJO, PR 00623 | 10/08/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176544 | $ 6,000.00 | SANTIAGO TORRES, LUIS A.<br>CALLE LOS REYES BUZON 3011<br>CABO ROJO, PR 00623 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177090 | $ 6,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 73 SANTOS CASTRO, LUZ ROSARIO<br>PARCELAS AMADEO 14 CALLE A<br>VEGA BAJA, PR 00693-5222 | 09/15/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175929 | $ 12,000.00 | SANTOS CASTRO, LUZ ROSARIO<br>PARCELAS AMADEO 14 CALLE A<br>VEGA BAJA, PR 00693-5222 | 10/08/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176524 | $ 12,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 74 SOCORRO MARCANO DE JESUS, ESTHER<br>URB. TURABO GARDENS R5 #24 CALLE 32<br>CAGUAS, PR 00727-5916 | 09/24/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176228 | $ 30,000.00 | SOCORRO MARCANO DE JESUS, ESTHER<br>URB. TURABO GARDEN R5<br>#24 CALLE 32<br>CAGUAS, PR 00727-5916 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177391 | $ 30,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

## Ducentésima Octogésima Novena Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 75 | SOCORRO MARCANO DE JESUS, ESTHER<br>URB. TURABO GARDEN R5 #24 CALLE 32<br>CAGUAS, PR 00727-5916 | 09/25/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176403 | $30,000.00 | SOCORRO MARCANO DE JESUS, ESTHER<br>URB. TURABO GARDEN R5<br>#24 CALLE 32<br>CAGUAS, PR 00727-5916 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177391 | $30,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 76 | TORRES COLON, GERMAN<br>CALLE 42 BLOQUE 3 U-5<br>ALTURAS DE BUCARABONES<br>TOA ALTA, PR 00953 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177134 | $15,600.00 | TORRES COLON, GERMAN<br>CALLE 42 BLOQUE 3 U-5<br>ALTURAS DE BUCARABONES<br>TOA ALTA, PR 00953 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 177056 | $15,600.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 77 | VAZQUEZ CARRASQUILLO, EDDIE<br>183 PETOSKY RD.<br>GROVELAND, FL 34736 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176750 | $30,000.00 | VAZQUEZ CARRASQUILLO, EDDIE<br>183 PETOSKY RD.<br>GROVELAND, FL 34736 | 09/22/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175995 | $30,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 78 | VAZQUEZ CARRASQUILLO, EDDIE<br>183 PETOSKY RD.<br>GROVELAND, FL 34736 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176955 | $30,000.00 | VAZQUEZ CARRASQUILLO, EDDIE<br>183 PETOSKY RD.<br>GROVELAND, FL 34736 | 09/22/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 175995 | $30,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 79 | VEGA BURGOS, ANGEL A.<br>HC4 BOX 17203<br>YABUCOA, PR 00767 | 09/15/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176130 | $19,200.00 | VEGA BURGOS, ANGEL A.<br>HC. 4 BOX 17203<br>YABUCOA, PR 00767 | 10/13/20 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 176778 | $19,200.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

## Ducentésima Octogésima Novena Objeción Global
### Anexo A: Reclamos Sustantivos Duplicados

| | | RECLAMACIONES A SER DESESTIMADAS | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 80 | VEGA BURGOS, ANGEL A. HC 4 BOX 17203 YABUCOA, PR 00767 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176852 | $19,200.00 | VEGA BURGOS, ANGEL A. HC. 4 BOX 17203 YABUCOA, PR 00767 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176778 | $19,200.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 81 | VEGA BURGOS, ANGEL A. HC 4 BOX 17203 YABUCOA, PR 00767 | 09/15/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 178005 | $19,200.00 | VEGA BURGOS, ANGEL A. HC. 4 BOX 17203 YABUCOA, PR 00767 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 176778 | $19,200.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 82 | VELAZQUEZ COTTI, ROSA H. JARD. DEL CARIBE NN8 CALLE 40 PONCE, PR 00728-2630 | 08/03/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 174731 | $28,800.00 | VELAZQUEZ COTTI, ROSA H. URB. JARDINES DEL CARIBE NN8 CALLE 40 PONCE, PR 00728-2630 | 09/15/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175734 | $28,800.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 83 | VILA CORTES, ROBERTO 105 BAYSIDE COVE, AVE ART. HOSTOS APT #153 SAN JUAN, PR 00918 | 09/22/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175598 | $18,000.00 | VILA CORTES, ROBERTO 105 BAYSIDE COVE, AVE ART HOSTOS, APT #153 SAN JUAN, PR 00918 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177055 | $18,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

| 84 | VILA CORTES, ROBERTO 105 BAYSIDE COVE, AVE HOSTOS APT. #153 SAN JUAN, PR 00918 | 09/21/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 175786 | $18,000.00 | VILA CORTES, ROBERTO 105 BAYSIDE COVE, AVE ART HOSTOS, APT #153 SAN JUAN, PR 00918 | 10/13/20 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 177055 | $18,000.00 |

Base para: Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente.

\* Indica que la reclamación contiene montos por liquidar o indeterminados