# **EXHIBIT A**

**Schedule of Claims Subject to Two Hundred Ninetieth Omnibus Objection**

## Two Hundred and Ninetieth Omnibus Objection
### Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | DIAZ ORTIZ, JUAN<br>URB URB LAS AMERICAS<br>810 CALLE HABANA<br>SAN JUAN, PR 00920 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12885 | $ 10,076.55 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Centro de Recaudacion de Ingresos Municipales (CRIM), which is not part of the Title III proceedings. | | | | | |
| 2 | SANCHEZ VILLAFANE, JOSE M<br>PO BOX 360339<br>SAN JUAN, PR 00936-0339 | 5/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9256 | $ 1,233.09 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Centro de Recaudacion de Ingresos Municipales (CRIM), which is not part of the Title III proceedings. | | | | | |
| 3 | VELEZ VELEZ, FRANCIS<br>HC 58 BOX 13337<br>AGUADA, PR 00602-9724 | 3/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1852 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Centro de Recaudacion de Ingresos Municipales (CRIM), which is not part of the Title III proceedings. | | | | | |
| | | | | | TOTAL | $ 11,309.64* |

\* Indicates claim contains unliquidated and/or undetermined amounts