# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima nonagésima objeción global**

## Ducentésima Nonagésima Objeción Global
### Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | DIAZ ORTIZ, JUAN<br>URB URB LAS AMERICAS<br>810 CALLE HABANA<br>SAN JUAN, PR 00920 | 5/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12885 | $ 10,076.55 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo exponen una obligación entre el reclamante y el Centro de Recaudación de Ingresos Municipales (CRIM), que no forma parte de los procesos iniciados al amparo del Título III. | | | | | |
| 2 | SANCHEZ VILLAFANE, JOSE M<br>PO BOX 360339<br>SAN JUAN, PR 00936-0339 | 5/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9256 | $ 1,233.09 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo exponen una obligación entre el reclamante y el Centro de Recaudación de Ingresos Municipales (CRIM), que no forma parte de los procesos iniciados al amparo del Título III. | | | | | |
| 3 | VELEZ VELEZ, FRANCIS<br>HC 58 BOX 13337<br>AGUADA, PR 00602-9724 | 3/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1852 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para formular un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo exponen una obligación entre el reclamante y el Centro de Recaudación de Ingresos Municipales (CRIM), que no forma parte de los procesos iniciados al amparo del Título III. | | | | | |
| | | | | | TOTAL | $ 11,309.64* |