## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**REPLY OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO RESPONSES FILED BY CLAIMANTS NELSON SANABRIA CRUZ [ECF NO. 13139] AND YESSENIA VELAZQUEZ PEREZ [ECF NO. 13195] TO ONE HUNDRED NINETY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO SATISFIED CLAIMS**

To the Honorable United States District Judge Laura Taylor Swain:

      The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth and HTA,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico

(the "Oversight Board"), as the representative of the Commonwealth, HTA, and ERS pursuant to

Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*

("PROMESA"),[2] files this reply (the "Reply") in response to the *One Hundred Ninety-Fourth*

*Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico*

*Highways and Transportation Authority, and Employees Retirement System of the Government of*

*the Commonwealth of Puerto Rico to Satisfied Claims* [ECF No. 12867] (the "One Hundred

Ninety-Fourth Omnibus Objection").  In support of this Reply, the Commonwealth respectfully

represents as follows:

1.      On April 17, 2020, the Debtors filed the One Hundred Ninety-Fourth Omnibus

Objection seeking to disallow claims that purported to assert liability against the Debtors based on

an allegedly owed tax refund or an allegedly unpaid invoice, for which the records of the

Commonwealth and its Department of the Treasury show that each has been paid in full

(collectively, the "Satisfied Claims"), each as listed on Exhibit A thereto.

2.      Any party who disputed the One Hundred Ninety-Fourth Omnibus Objection was

required to file a response by 4:00 p.m. (Atlantic Standard Time) on May 19, 2020, in accordance

with the Court-approved notice attached to the One Hundred Ninety-Fourth Omnibus Objection

as Exhibit C, which was served in English and Spanish on the individual creditors subject to the

One Hundred Ninety-Fourth Omnibus Objection, the U.S. Trustee, and the Master Service List (as

defined in the *Eleventh Amended Case Management Order* [ECF No. 11885-1]).  *See Certificate*

*of Service* [ECF No. 12950].

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

3.      The following responses addressing the One Hundred Ninety-Fourth Omnibus

Objection remain outstanding:

- A letter [ECF No. 13139] (the "Sanabria Cruz Response") filed by claimant Nelson
  Sanabria Cruz ("Sanabria Cruz"), and

- A letter [ECF No. 13195] (the "Velazquez Perez Response," and together with the
  Sanabria Cruz Response, the "Responses") filed by claimant Yessenia Velazquez
  Perez ("Velazquez Perez," and together with Sanabria Cruz, the "Claimants").

**I.      The Sanabria Cruz Response**

4.      Sanabria Cruz filed a claim against the Commonwealth on March 22, 2018, and it

was logged by Prime Clerk as Proof of Claim No. 21119 (the "Sanabria Cruz Claim").  Because

the Sanabria Cruz Claim purports to assert $1,222 in liabilities arising from goods or services

provided to the government, $1,200 in secured liabilities, and $1,222 in liabilities entitled to

administrative priority pursuant to 11 U.S.C. § 503(b)(9), Prime Clerk, LLC docketed the claim as

asserting a total of $3,644 in total liabilities.  However, Box 8 of the Sanabria Cruz Claim, which

asks creditors to provide the total amount of the claim, asserts only $1,222 in total liabilities.

Further, the only basis listed in the Sanabria Cruz Claim for any of the asserted liabilities is

"reembolso del impuesto," or tax refund.   The Commonwealth's records indicate that a direct

deposit of $1,222.00 was made to Sanabria Cruz on August 1, 2017, in respect of Sanabria Cruz's

tax refund for the 2017 tax year.

5.      The Sanabria Cruz Response, a Spanish-language letter, dated May 13, 2020, filed

with the Court on May 15, 2020 [ECF No. 13139], does not dispute that Sanabria Cruz's 2017 tax

refund was paid.  In fact, the response acknowledges that Sanabria Cruz received "a refund from

my 2017 income tax return."  The Sanabria Cruz Response also attaches a portion of Sanabria

Cruz's bank account statement, reflecting a payment from the Commonwealth's Department of

Treasury in the amount of $1,222.00 on August 1, 2017.  Although the Sanabria Cruz Response

3

states that "the total of $3,644.00 . . . has not been satisfied," neither the Sanabria Cruz Claim nor

the Sanabria Cruz Response provides any basis for an assertion of liabilities in the amount of

$3,644.00. Accordingly, to the extent the Sanabria Cruz Claim seeks to assert liabilities of

$1,222.00 arising from an alleged 2017 tax refund, the claim has already been satisfied, because

as the Sanabria Cruz Response demonstrates, payment of the alleged 2017 tax refund has already

been made. To the extent the Sanabria Cruz Claim seeks to assert an additional $2,422 in

liabilities, the claim is deficient because it has not provided information sufficient to enable the

Debtors to reconcile the claim, such as any explanation or basis for the liabilities allegedly asserted.

## II.    The Velazquez Perez Response

6.    Velazquez Perez filed a claim against HTA on March 19, 2018, and it was logged

by Prime Clerk as Proof of Claim No. 2838 (the "Velazquez Perez Claim," and together with the

Sanabria Cruz Claim, the "Claims"). The Velazquez Perez Claim asserts liabilities in the amount

of $1,708.00, but does not provide a basis for the liabilities asserted. The Commonwealth's records

show that on June 27, 2017, a tax refund payment in the exact amount asserted by the proof of

claim was made via direct deposit to a recipient with the same name as Velazquez Perez.

7.    The Velazquez Perez Response, a Spanish-language letter, dated May 13, 2020,

filed with the Court on May 19, 2020 [ECF No. 13195], does not dispute that this direct deposit

was paid. In fact, the Velazquez Perez Response attaches a copy of a portion of Velazquez Perez's

bank account statement, reflecting a payment from the Commonwealth's Department of Treasury

in the amount of $1,708.00 received by the bank on June 28, 2017. The Velazquez Perez Response

also acknowledges that this bank account statement contains "a similar deposit . . . for that date,"

but, nonetheless opposes the One Hundred Ninety-Fourth Omnibus Objection because the

"deposits, dates, and name of the debtor do not match the proof in the account statement . . . ."

4

However, the amount of the deposit exactly matches the amount asserted in the Velazquez Perez Claim.[3]   Accordingly, to the extent the Velazquez Perez Claim seeks to assert liabilities of $1,708.00 arising from an allegedly unpaid tax refund, the claim has already been satisfied, because as the Velazquez Perez Response demonstrates, payment of the alleged tax refund has already been made.  To the extent the Velazquez Perez Claim seeks to assert additional liabilities against HTA, the claim is deficient because it has not provided information sufficient to enable the Debtors to reconcile the claim, such as any explanation or basis for the liabilities allegedly asserted against HTA.

8.      For the foregoing reasons, the Commonwealth respectfully requests that the Court grant the One Hundred Ninety-Fourth Omnibus Objection and disallow the Claims in their entirety, notwithstanding the Responses.

*[Remainder of Page Intentionally Left Blank]*

---

[3] Due to a typographical error in Exhibit A to the One Hundred Ninety-Fourth Omnibus Objection, the amount of the payment was listed as $1,708.08.  However, the amount of the deposit identified in the Commonwealth's records is $1,708.00, which exactly matches the amount asserted in the Velazquez Perez Claim.

Dated: January 22, 2021
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
Daniel J. Perez-Refojos
USDC No. 303909
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Attorneys for the Financial Oversight and
Management Board for Puerto Rico, as
representative for the Commonwealth of
Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees
Retirement System of the Government of the
Commonwealth of Puerto Rico*

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Co-Attorneys for the Financial Oversight
and Management Board for the Puerto Rico,
as representative for the Commonwealth of
Puerto Rico, Puerto Rico Highways and
Transportation Authority, and Employees
Retirement System of the Government of the
Commonwealth of Puerto Rico*