# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF CORRESPONDENCE REGARDING THE ONE HUNDRED NINETY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO INDIVIDUAL PROOF OF CLAIM NO. 5158

To the Honorable United States District Judge Laura Taylor Swain:

1.     On April 17, 2020, the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth and HTA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the Commonwealth, HTA, and ERS pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] filed the *One Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims* [ECF No. 12865] (the "One Hundred Ninety-Third Omnibus Objection") to various proofs of claim.

2. The One Hundred Ninety-Third Omnibus Objection seeks to disallow certain claims which purport to assert liabilities based on an allegedly owed tax refunds or allegedly unpaid invoices, but which the records of HTA, ERS, the Commonwealth, or the Commonwealth's component agencies show have been paid in full (the "Satisfied Claims").

3. The Debtors received the attached correspondence from Poullette Bouret Echevarria ("Echevarria"), a copy of which is attached hereto as Exhibit A (the "Bouret Echevarria Response"), regarding Proof of Claim No. 5158 (the "Bouret Echevarria Claim"). The Bouret Echevarria Claim asserts liabilities in the amount of $2,333.00 arising from an allegedly unpaid income tax refund. The records of the Department of Treasury show that a direct deposit in the exact amount of the allegedly unpaid tax refund was made on May 17, 2017 into an account held by Poullette Bouret Echevarria.

4. The Bouret Echevarria Response does not dispute that the Bouret Echevarria Claim was fully satisfied by the Commonwealth. Rather, the Bouret Echevarria Response consists of another completed proof of claim form asserting liabilities in the amount of $2,333.00, and stating as the basis for the claim "Title III proceedings under PROMESA." The Bouret Echevarria Response does, not however, provide any additional information regarding the Bouret Echevarria

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

Claim or the liabilities asserted therein, and it does not refute the Debtors' showing that the allegedly unpaid tax refund was, in fact, already paid.

5. Accordingly, the Debtors respectfully request that the Court grant the One Hundred Ninety-Third Omnibus Objection and disallow the Bouret Echevarria Claim.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 22, 2021
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
Daniel J. Perez-Refojos
USDC No. 303909
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico*

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico*