**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et al.,<br>              Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS |

**WITHDRAWAL OF MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE POST-PETITION COMMERCIAL LEASE AT DOCKET NO. 15278**

**TO THE UNITED STATES DISTRICT COURT JUDGE**
**THE HONORABLE LAURA TAYLOR SWAIN:**

**COMES NOW**, AGM PROPERTIES CORPORATION (hereinafter, "Landlord"), and before this Court respectfully requests:

1. On November 25, 2020 appearing Landlord filed a "Motion for Payment of Administrative Expense Post-Petition Commercial Lease Rent", based on a commercial lease agreement executed by the 9-1-1 GOVERNMENT SERVICE BOARD (in the Spanish language "Junta de Gobierno

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808; (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686; (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers as listed as Bankruptcy Case numbers due to software limitations).

del Servicio 9-1-1"), ("Lessee") for the occupation of certain premises owned by Landlord (16,784 sq. ft. Lot E Corporate Office Park, San Juan, Puerto Rico; hereinafter, the "Premises" ). Docket no. 15278.

2. On November 30, 2020, this Honorable Court entered order granting Lessee until December 9, 2020 to file its opposition. Several extensions to deadlines were requested and granted by this Court. See docket nos. 15284, 15406, 15617 and 15620.

3. On January 21st, 2021 Landlord received complete payment of post-petition rent due from Lessee, rendering moot the motion filed by Landlord on November 25, 2021.

4. Landlord, therefore, hereby withdraws its "Motion for Payment of Administrative Expense Post-Petition Commercial Lease" filed on November 25, 2020 at docket no. 15278.

**WHEREFORE,** it is respectfully requested that this Honorable Court take note of Lessee's compliance with rent payment and enter order granting Landlord's withdrawal of "Motion for Payment" filed at docket no. 15278.

**CERTIFICATE OF SERVICE:** Landlord and undersigned counsel hereby certify that this motion has been filed thru the District Court's ECF/ECM electronic filing system which will automatically notify all participants to said system including the US Trustee at ustregion21.hr.ecf@usdoj.gov and the following "Standard Parties". Movant further certifies that notice of this motion has been made via regular mail on this same date to the entities listed on the List of Creditors Holding the 20 Largest Unsecured Claims. Pursuant to Case Management and Administrative Procedures, "Standard Parties" receiving notice via the Court's ECF/ECM court noticing system are:

(a) Chambers of the Honorable Laura Taylor Swain
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

(b) Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR   00901-1922

(c) Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF):
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907
Attn: Carlos Saavedra, Esq. at Carlos.Saavedra@aafaf.pr.gov
Rocío Valentín, Esq. at Rocio.Valentin@aafaf.pr.gov

(d) Counsel for AAFAF:

O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Attn: John J. Rapisardi, Esq.
Suzzanne Uhland, Esq.
Peter Friedman, Esq.
Nancy A. Mitchell, Esq.
Maria J. DiConza, Esq.
E-Mail: jrapisardi@omm.com
suhland@omm.com
pfriedman@omm.com
mitchelln@omm.com
mdiconza@omm.com

**Marini Pietrantoni Muñiz LLC**
**MCS Plaza, Suite 500**
**255 Ponce de León Ave.**
**San Juan, PR 00917**
Attn: **Luis C. Marini-Biaggi, Esq.**
**Carolina Velaz-Rivero, Esq**.
**Ivan Garau-Gonzalez, Esq.**
E-Mail: **lmarini@mpmlawpr.com**
**cvelaz@mpmlawpr.com**
**igarau@mpmlawpr.com**

(e) Counsel for the Oversight Board:

Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
Brian S. Rosen
E-Mail: mbienenstock@proskauer.com
ppossinger@proskauer.com
ebarak@proskauer.com
mzerjal@proskauer.com
brosen@proskauer.com

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Attn: Hermann D. Bauer, Esq.
E-Mail: Hermann.bauer@oneillborges.com

(f) Counsel for the Creditors Committee:

Paul Hasting LLP
200 Park Avenue
New York, New York 10166
Attn: Luc. A. Despins
James Bliss
James Worthington
G. Alexander Bongartz
E-Mail: lucdespins@paulhastings.com
Jamesbliss@paulhastings.com
Jamesworthington@paulhastings.com

Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala
Diana M. Battle-Barasorda
Alberto J. E. Añeses Negrón
Ericka C. Montull-Novoa
E-Mail: jcasillas@cstlawpr.com
dbattle@cstlawpr.com

alexbongartz@paulhastings.com

aaneses@cstlawpr.com
emontull@cstlawpr.com

(g) Counsel for the Retiree Committee:
Jenner & Block LLP
919 Third Avenue
New York, New York 10022
Attn: Robert Gordon
Richard Levin
Catherine Steege
E-Mail: rgordon@jenner.com
rlevin@jenner.com
csteege@jenner.com

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza PH-A Piso 18
Avenida Ponce de León #416
Hato Rey, San Juan, Puerto Rico 00918
Attn: A.J. Bennazar-Zequeira
E-Mail: ajb@bennazar.org

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 22nd day of January 2021.

**LANDRAU RIVERA & ASSOC.**
Attorneys for Landlord
AGM Properties Corporation
PO Box 270219
San Juan, PR 00927-0219
Tel. (787) 774-0224

*s/ Noemí Landrau Rivera*
USDC PR No. 215510
nlandrau@landraulaw.com