UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**MOTION TO SUBMIT CERTIFIED TRANSLATIONS IN CONNECTION WITH DOCKETED CLAIM OBJECTION RESPONSES TO BE HEARD AT THE FEBRUARY 1, 2021 ADJOURNED OBJECTION HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth and HTA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(the "Oversight Board"), as sole Title III representative of the Debtors pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully file this motion in compliance with the Court's *Order Regarding Adjourned Omnibus Objections to Claims* [ECF No. 15437] (the "Adjourned Objection Hearing Procedures Order") directing the Oversight Board to file (*i*) any responses that were not filed on the docket and/or (*ii*) certified translations of any Spanish-language responses to claims that the Debtors intend to prosecute at the hearing to be held on February 1, 2021. Adjourned Objection Hearing Procedures Order at 2.

Attached hereto as Exhibit 1 is a certified translation of the response [ECF No. 13455] (the "Colón Andujar Response"), filed by claimant Ismael Colón Andujar ("Colón Andujar"), in response to the *One Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims* [ECF No. 12865] (the "One Hundred Ninety-Third Omnibus Objection").

Attached hereto as Exhibit 2 is a certified translation of the response [ECF No. 13484] (the "Martínez Santiago Response"), filed by claimant Joel Martínez Santiago ("Martínez Santiago"), in response to the One Hundred Ninety-Third Omnibus Objection.

Attached hereto as Exhibit 3 is a certified translation of the response [ECF No. 13081] (the "Rosario Alvarez Response"), filed by claimant Yolanda Rosario Alvarez ("Rosario Alvarez"), in response to the One Hundred Ninety-Third Omnibus Objection.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

Attached hereto as Exhibit 4 is a certified translation of the response [ECF No. 13152] (the "Ruiz Nogueras Response"), filed by claimant Adonis Ruiz Nogueras ("Ruiz Nogueras"), in response to the One Hundred Ninety-Third Omnibus Objection.

Attached hereto as Exhibit 5 is a certified translation of the response [ECF No. 13139] (the "Sanabria Cruz Response"), filed by claimant Nelson Sanabria Cruz ("Sanabria Cruz"), in response to the *One Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims* [ECF No. 12867] (the "One Hundred Ninety-Fourth Omnibus Objection").

Attached hereto as Exhibit 6 is a certified translation of the response [ECF No. 13195] (the "Velazquez Perez Response"), filed by claimant Yessenia Velazquez Perez ("Velazquez Perez"), in response to the One Hundred Ninety-Fourth Omnibus Objection.

Additional responses that were not filed on the docket, as well as certified translations thereof, are being submitted via notices of correspondence submitted contemporaneously herewith.

Courtesy copies of these responses and certified translations will also be e-mailed to chambers in the form of a PDF binder.

WHEREFORE, the Oversight Board respectfully requests that this Honorable Court take notice of the filing of these responses and certified translations in compliance with the Court's orders.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 22, 2021
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brian S. Rosen*

Martin J. Bienenstock
Brian S. Rosen
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
       brosen@proskauer.com

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: Hermann.bauer@oneillborges.com

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*