# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2020 MAY -8  AM 10: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

In Re:                                        )

The Financial Oversight An                    )
Management Board for Puerto Rico,                       PROMESA
                                              )         Title III
            As representative of
                                              )         No. 17 BK 3283-LTS
The Commonwealth of Puerto Rico, et
Al,                                           )         Jointly Administered
            Debtors                           )         The filling relates to the Commonwealth,
                                                        HTA and ERS

ONE HUNDRED NINETY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF
PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO SATISFIED
CLAIMS

To the Honorable United States District Court Judge Laura Taylor Swain:

I hereby certify that the Department of the Treasury of Puerto Rico does not owe any money on
my income tax returns for the years of 2015, 2016, 2017, 2018, and 2019.

I hope that this information is of use to you.

Yolanda Rosario Álvarez, MTS
Calle 41 2P-27
Urb. Metrópolis
Carolina, Puerto Rico 00987

Attached: Certification of Tax Return Filing.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| | |
|---|---|
| Schedule SC 6088 | **Government of Puerto Rico** |
| Rev. 24 Feb 20 | **DEPARTMENT OF THE TREASURY** |
| TREASURY | **Internal Revenue Service** |
| GOVERNMENT OF | |
| PUERTO RICO | **Certification of Tax Return Filing** |

| | | |
|---|---|---|
| YOLANDA ROSARIO ALVAREZ | Date: | 06 May 2020 |
| METROPOLIS | Taxpayer ID: | REDACTED |
| 41 2P 27 | Correspondence ID: | REDACTED |
| CAROLINA PR 00987 | | |

## Individual – Income Tax

| Year | Status |
|------|-------------|
| 2019 | Return filed |
| 2018 | Return filed |
| 2017 | Return filed |
| 2016 | Return filed |
| 2015 | Return filed |

Warning,

If you are not in agreement with this information, you must file your claim with the corresponding proof at one of our Customer Service Centers (SAC). To find the location of the SACs, access www.hacienda.pr.gov. If you have questions related to this document, you can contact the Treasury Contact Center at (787) 622-0123.

VALIDATION

To verify if this Certificate is valid, access https://suri.hacienda.pr.gov and click on the link "Validate Certificates and Licenses."

**Validity: This Certificate is valid for up to 30 days from the date of issue.**

Retention Period: Six (6) years or an intervention by the Controller, whichever occurs first.          tL027
2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TARGEM TRANSLATIONS**

**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 23069 - ECF No. 13081 - Mailing Response (1)

Signed this 11th day of November 2020



American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

_____
Andreea I. Boscor

