# EXHIBIT 4

Case:17-03283-LTS Doc#:13152 Filed:05/15/20 Entered:05/18/20 15:51:16 Desc: Main Document Page 1 of 2

THIS NOTICE RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.

IF YOU ARE RECEIVING THIS NOTICE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

DOCUMENTS RELATING TO THIS CLAIM OBJECTION WERE MAILED TO YOU ON APRIL 17, 2020. PURSUANT TO DETAILS SET FORTH IN EXHIBIT "C" TO THE OBJECTION, THE DEADLINE TO RESPOND IS MAY 19, 2020. PLEASE CHECK YOUR MAIL BOX. IF YOU FAIL TO PROPERLY RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE GOVERNMENT WITHOUT FURTHER NOTICE OR HEARING.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| RUIZ NOGUERAS, ADONIS | 2406 | 3/12/18 | Commonwealth of Puerto Rico | $1,780.00 |
| **Docket Number** | 12865 | **Objection Title** | One Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims | |
| **Reason:** | X | Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/15/2017. | | |

[handwritten:] *I have not received the money from the claim. The payment that came into my account was a refund from the 2016 Income Tax Return.*

LA PRESENTE NOTIFICACIÓN ESTÁ RELACIONADA CON UNA EVIDENCIA DE RECLAMO QUE USTED PRESENTÓ CONTRA EL GOBIERNO DE PUERTO RICO EN EL PROCESO QUE SE SUSTANCIA EN VIRTUD DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD FINANCIERA DE PUERTO RICO.

SI USTED RECIBE ESTA NOTIFICACIÓN ES PORQUE UNO O MÁS DE LOS DEUDORES PRETENDEN DESESTIMAR SU RECLAMO POR LA RAZÓN EXPUESTA A CONTINUACIÓN.

LOS DOCUMENTOS RELACIONADOS CON ESTA OBJECIÓN DE RECLAMO LE FUERON ENVIADOS A USTED POR CORREO EL DÍA 17 DE ABRIL DE 2020. DE ACUERDO CON LOS DATOS ESTABLECIDOS EN EL ANEXO "C" A LA OBJECIÓN, LA FECHA LÍMITE PARA RESPONDER ES EL 19 DE MAYO DE 2020. SÍRVASE POR FAVOR VERIFICAR SU CASILLA DE CORREO. SI NO RESPONDE APROPIADAMENTE A LA OBJECIÓN, EL TRIBUNAL PODRÍA OTORGAR LA REPARACIÓN SOLICITADA POR EL GOBIERNO SIN PREVIO AVISO NI AUDIENCIA.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| RUIZ NOGUERAS, ADONIS | 2406 | 3/12/18 | Commonwealth of Puerto Rico | $1,780.00 |
| **Número de registro de actos procesales** | 12865 | **Título de la objeción** | One Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims | |
| **Base para:** | | La Evidencia del Reclamo reclama una obligación con base en un reembolso/devolució de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado totalmente mediante un depósito directo de fecha 15 de junio de 2017. | | |

[signature: Adonis Ruiz Nogueras]

[handwritten:] *12 May 2020*

Certified to be a correct and true translation from the source text in Spanish to the target language English.
11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

```
***CUST PR 1845 SRF 41414 PackID: 1118 MMLID: 502091 SVC: 193rd
Omni
RUIZ NOGUERAS, ADONIS
URB MONTE MAR
3 CALLE B
FAJARDO, PR 00738
```

**COPIES OF THE OMNIBUS OBJECTION AND ALL OTHER FILINGS IN THE TITLE III CASES ARE AVAILABLE FREE ONLINE AT https://cases.primeclerk.com/puertorico OR UPON REQUEST BY CALLING THE NUMBER SET FORTH BELOW.**

If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

**COPIAS DE LA OBJECIÓN GLOBAL, Y TODOS LOS ESCRITOS RADICADOS EN EL MARCO DE LAS CAUSAS CONFORME AL TÍTULO III, ESTÁN DISPONIBLES, DE MANERA GRATUITA, EN https://cases.primeclerk.com/puertorico O PREVIA SOLICITUD LLAMANDO AL NÚMERO QUE SE INDICA DEBAJO.**

Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Government of Puerto Rico



# Department of the Treasury

Planilla de Contribución sobre Ingresos de Individuos
Confirmación de Radicación Electrónica

Individual Income Tax Return
Confirmation of Electronic Filing

**Año 2016 - Tax Year 2016**

| | |
|---|---|
| Nombre del Contribuyente / Taxpayer Name | ADONIS RUIZ NOGUERAS |
| Número de Seguro Social del Contribuyente / Taxpayer Social Security Number | REDACTED 2244 |
| Nombre del Cónyuge / Spouse Name | NILDA L. MENDEZ MARCANO |
| Número de Seguro Social del Cónyuge / Spouse Social Security Number | REDACTED 2819 |
| Número de Confirmación / Confirmation Number | 0322201708138 99E8A1131227 |
| Fecha y Hora de Radicación / Date and Time of Filing | 22/03/2017 08:14:50 PM |
| Fecha de Pago / Payment Date | |
| Cantidad Pagada Electrónicamente / Amount Paid Electronically | |
| Número de Ruta / Tránsito / Routing Number | |
| Número de Cuenta / Account Number | |
| Balance Pendiente de Pago / Amount Due | |
| Contribución Pagada en Exceso / Amount Overpaid | 1,780 |
| ↳ Acreditar a Contribución Estimada del Próximo Año / Credit to Estimated Tax for Next Year | |
| ↳ Aportación al Fondo Especial para el Estuario de la Bahía de San Juan / Amount to be Contributed to the San Juan Bay Estuary Special Fund | |
| ↳ Aportación al Fondo Especial para la Universidad de Puerto Rico / Amount to be Contributed to the University of Puerto Rico Special Fund | |
| ↳ **Cantidad a Reintegrar** / Refund Amount | **1,780** |

[ ] Mediante cheque por correo - Via check by mail
[x] Mediante depósito directo - Via direct deposit

Username: **REDACTED**
Password:

Período de Conservación: Diez (10) años
Retention Period: Ten (10) years

PRSoft, Inc. (www.prsoft.com)

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Form 482.0 Rev. 16 Nov 16

# UNIQUE FORM

Liquidator | Reviewer

R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M

**GOVERNMENT OF PUERTO RICO**
**DEPARTMENT OF THE TREASURY**

**2016** — **2016**

**INDIVIDUAL INCOME TAX RETURN**
FOR CALENDAR YEAR 2016 OR TAXABLE YEAR BEGINNING ON
January 1, 2016 AND ENDING ON December 31, 2016

Serial Number

☐ AMENDED RETURN
☐ DECEASED DURING THE YEAR: __/__/__ Day Month Year
  ☐ TAXPAYER  ☐ SPOUSE
☐ SURVIVING SPOUSE FILES ANOTHER RETURN FOR THE TAXABLE YEAR (Submit social security number and date of death of the deceased spouse: __-__-__; Day __ Month __ Year __)

**Receipt Stamp**
03/22/2017
08:14:50 PM

**Taxpayer's Name:** ADONIS  Initial:  **Last Name:** RUIZ  **Second Last Name:** NOGUERAS
**Taxpayer's Social Security Number:** Redacted -2244
**Date of Birth:** 16 / 8 / 1967  **Sex:** (X) M  ☐ F

**Postal Address:** Urb. MONTE MAR
3 Calle B
Fajardo PR  **Zip Code:** 00738

**Spouse's Social Security Number:** Redacted -2819
**Spouse's Date of Birth:** 7 / 4 / 1969  **Sex:** ☐ M  (X) F

**Spouse's First Name and Initial:** NILDA L  **Last Name:** MENDEZ  **Second Last Name:** MARCANO

**Home Address:** Urb MONTE MAR
3 Calle B
Fajardo PR  **Zip Code:** 00738

**Home Telephone:** (787) 342-0914
**Work Telephone:**

**E-Mail Address:** adruonix@hotmail.com

**CHANGE OF ADDRESS:** ☐ Yes (X) No
**EXTENSION OF TIME:** ☐ Yes (X) No

## Questionnaire

A. (X) YES ☐ NO  United States Citizen?
B. (X) YES ☐ NO  Resident of Puerto Rico during the entire year?
  If "No", indicate one of the following:
  1. ☐ Date moved to P.R. (Day __ Month __ Year __)
  2. ☐ Date moved from P.R. (Day __ Month __ Year __)
  3. ☐ Nonresident during the entire year
C. ☐ YES (X) NO  Did you generate income during the period that you were not resident of PR that is not included on this return? (If you answered "Yes", indicate the amount):
  1. ☐ Attributable to the taxpayer $_____
  2. ☐ Attributable to the spouse $_____
D. ☐ YES (X) NO  Other excluded or tax exempt income? (Submit Schedule IE Individual)
E. ☐ YES (X) NO  Resident individual investor? (Submit Schedule F Individual)
F. ☐ YES (X) NO  Partner of a partnership subject to tax under the Federal Internal Revenue Code?
G. ☐ YES (X) NO  Active military service in a combat zone during the taxable year? (Date in which you ceased in the service: Day __ Month __ Year __)

**H. HIGHEST SOURCE OF INCOME:**
1. ☐ Government, Municipalities or Public Corporations Employee
2. ☐ Federal Government Employee
3. (X) Private Business Employee
4. ☐ Retired/Pensioner
5. ☐ Self-Employed (Indicate principal industry or business)
6. ☐ Other _____

**I. FILING STATUS AT THE END OF THE TAXABLE YEAR:**
1. (X) Married
  (Fill in here (X) if you choose the optional computation and go to Schedule CO Individual)
2. ☐ Individual taxpayer
  (Fill in and submit spouse's name and social security number if you are:
  ☐ Married with a complete separation of property prenuptial agreement
  ☐ Married not living with spouse)
3. ☐ Married filing separately
  (Submit spouse's name and social security number above)

**Your occupation:** PASTOR  8110
**Spouse's occupation:** Administrator  8110

**GOVERNMENT CONTRACT:**
☐ Taxpayer  ☐ Spouse

GO TO PAGE 2 TO DETERMINE YOUR REFUND OR PAYMENT.

### Refund
1. **AMOUNT OVERPAID** (Part 3, line 29. Indicate distribution on lines A, B, C and D) ........ (01) **1,780 00**
  A) To be credited to estimated tax for 2017 ........ (02) __ 00
  B) Contribution to the San Juan Bay Estuary Special Fund ........ (03) __ 00
  C) Contribution to the Special Fund for the University of Puerto Rico ........ (04) __ 00
  D) **TO BE REFUNDED** (If you want your refund to be deposited directly into an account, complete the Deposit Part) ........ (05) **1,780 00**

### Payment
2. **AMOUNT OF TAX DUE** (Part 3, line 29) ........ (06) __ 00
3. Less: Amount paid: (a) With Return or Electronic Transfer through a Certified Program ........ (07) __ 00
  (b) Interest ........ (08) __ 00
  (c) Surcharges _____ and Penalties _____ ........ (09) __ 00
4. **BALANCE OF TAX DUE** (Subtract line 3(a) from line 2 and add lines 3(b) and 3(c)) ........ (10) __ 00

### Deposit — AUTHORIZATION FOR DIRECT DEPOSIT OF REFUND

**Type of account:** ☐ Checking  (X) Savings
**Routing/transit number:** 021502011
**Account number:** 511073927

**Account in the name of:** ADONIS RUIZ NOGUERAS and NILDA MENDEZ MARCANO
(Print complete name as it appears on your account. If married and filing jointly, include your spouse's name)

I hereby declare under penalty of perjury that I have examined the information included in this return, schedules and other documents attached to it, and it is true, correct and complete. The declaration of the person that prepares this return (except the taxpayer) is based on the information available, and this information has been verified.

**Taxpayer's Signature:** SIGNED ELECTRONICALLY  **Date:** 03/22/2017
**Spouse's Signature:** SIGNED ELECTRONICALLY  **Date:** 03/22/2017

04 **Specialist's Name (Print):**
**Specialist's Signature:**  **Date:**
**Name of the Firm or Business:**
**Self-employed Specialist** (fill in here) ☐  **Registration Number:**

**NOTE TO TAXPAYER:** Indicate if you made payments for the preparation of your return: ☐ Yes (X) No. If you answered "Yes", require the Specialist's signature and registration number.

Retention Period: Ten (10) years

Translator's note: Source watermark reads "FILED ELECTRONICALLY" multiple times.
Watermark in source file reads "Filed electronically" multiple times.

Verif. 0322220170813899E8A1131227

PRSoft, Inc. (www.prsoft.com)

Certified to be a correct and true translation from the source text in Spanish to the target language English.
11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

**BANCO POPULAR DE PUERTO RICO**
P.O. BOX 362708
SAN JUAN PR 00936 -2708

[logo] **BANCO POPULAR**

ADONIS RUIZ NOGUEIRAS
AND/OR NILDA L MENDEZ MARCANO
URB MONTEMAR
3 CALLE B
FAJARDO PR 00738

REDACTED 3927
SAVINGS ALL THE TIME

62293

This statement covers your transactions from June 14, 2017, to July 17, 2017. Page 1

## SAVINGS

### BALANCE INFORMATION

| Opening balance | + Credits | + Interest | - Debits | - Charges | = Closing balance | Available balance |
|---|---|---|---|---|---|---|
| 0.00 | 4,751.74 | 0.00 | 4,671.95 | 6.84 | 72.95 | 72.95 |

| Average daily balance | Number of days in the cycle | Periodic rate | Annual percentage yield earned |
|---|---|---|---|
| 375.60 | 33 | 0.0000000% | 00.000% |

### REGULAR AND ELECTRONIC CREDITS

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-15 | **Deposit** XXXXX2190 Adventist Assoc. Payroll | 949.67 | 06-23 | **E-Payment** 552222039 Notice of credit | 32.00 |
| 06-16 | **Deposit** XXXXX2244 Dept. of the Treasury Refund | 1,780.00 | 06-23 | **E-Payment** 552222039 Notice of credit | 31.00 |
| 06-19 | **E-Payment** 511626420 Notice of credit | 4.00 | 06-30 | **Deposit** XXXXX2190 Adventist Assoc. Payroll | 920.84 |
| 06-19 | **E-Payment** 552222039 Notice of credit | 3.00 | 07-11 | **E-Payment** 511626420 Notice of credit | 40.00 |
| 06-19 | **E-Payment** 511626420 Notice of credit | 2.00 | 07-14 | **Deposit** XXXXX2190 Adventist Assoc. Payroll | 989.23 |

### REGULAR AND ELECTRONIC DEBITS

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-15 | **Payment** 06-15 XXXXXXXX7585 Total 5127 Velez Bayamón PR | 10.00 | 06-26 | **Payment** XXXXXX0418 Synchrony Bank Cc Pymt | 66.00 |
| 06-15 | **Payment** 06-15 XXXXXXXX7585 Taco Maker Bayamón PR | 11.13 | 06-30 | **E-Payment** XXXXXX2039 Transfer to Savings Account | 10.00 |
| 06-15 | **Payment** 06-15 XXXXXXXX7585 Taco Maker Bayamón PR | 3.65 | 06-30 | **E-Payment** XXXXXX6420 Transfer to Savings Account | 100.00 |
| 06-15 | **E-Payment** XXXXXX2039 Transfer to Savings Account | 2.00 | 06-30 | **E-Payment** XXXXXX1136 Sears Master Card | 50.00 |
| 06-15 | **E-Payment** XXXXXX6420 Transfer to Savings Account | 40.00 | 06-30 | **E-Payment** XXXXXX5998 Prt/Claro | 34.77 |
| 06-15 | **E-Payment** XXXXXX2039 Transfer to Savings Account | 40.00 | 06-30 | **E-Payment** XXXXXX5034 Sewage Aqueduct Authority | 23.71 |
| 06-16 | **Payment** XXXXXX0002 Popular Auto Direct Debit | 425.73 | 07-03 | **Payment** 324923001SMT2V Att Payment | 313.46 |
| 06-16 | **Payment** XXXXXX9727 Bspr Loan Payment | 403.15 | 07-05 | **Payment** XXXXXX0003 Popular Auto Direct Debit | 362.63 |
| 06-19 | **ATH withdrawal** 06-16 2790 BPPR Fajardo Pueblo | 20.00 | 07-10 | **Payment** 07-08 XXXXXXXX7585 Econo Rial Fajard Fajardo PR | 15.73 |
| 06-19 | **Payment** 06-16 XXXXXXXX7585 Total Bonjour Faj Fajardo PR | 23.11 | 07-12 | **Payment** XXXXXX4851 Bspr Card Card Payment | 50.00 |
| 06-19 | **E-Payment** XXXXXX8997 Transfer to Savings Account | 1,650.00 | 07-14 | **E-Payment** XXXXXX6420 Transfer to Savings Account | 50.00 |
| 06-19 | **E-Payment** XXXXXX6420 Transfer to Savings Account | 100.00 | 07-14 | **E-Payment** XXXXXX2039 Transfer to Savings Account | 15.00 |
| 06-23 | **E-Payment** XXXXXX2039 Transfer to Savings Account | 3.00 | 07-17 | **Payment** 07-15 XXXXXXXX7585 Best Price Canóvanas PR | 20.00 |

Notice: See important information at the end of this statement.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[logo] **BANCO POPULAR**

ADONIS RUIZ NOGUEIRAS

REDACTED 3927
SAVINGS ALL THE TIME

This statement covers your transactions from June 14, 2017, to July 17, 2017.  Page 2

### REGULAR AND ELECTRONIC DEBITS

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 07-17 | **Payment** XXXXX0002 Popular Auto Direct Debit | 425.73 | 07-17 | **Payment** XXXXX9727 Bspr Loan Payment | 403.15 |

### FEES

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-15 | **Late Fee** | 2.84 | 07/17 | **Savings Service Fee** | 4.00 |

### SUMMARY OF FEES

| Statement of July 2017 | Total for this period | Accumulated yearly total |
|---|---|---|
| **Overdraft fees** | $0.00 | $0.00 |
| **Overdraft fee adjustments** | $0.00 | $0.00 |
| **Cash refund fees** | $0.00 | $30.00 |
| **Cash return adjustments** | $0.00 | $0.00 |

### MINIMUM BALANCE

| Date | Description | Amount |
|---|---|---|
| 06-26 | **Minimum balance this cycle** | 1.06 |

### IMPORTANT NOTICE

THIS IS THE PERFECT MOMENT TO OPEN A USAVE. USAVE IS AN ACCOUNT THAT ALLOWS YOU TO SAVE FOR WHAT YOU WANT, WHEN YOU WANT IT. YOU DECIDE. OPEN IT AT AN AGENCY OR AT MY ONLINE BANK TODAY!

Notice: Your next statement of account will be on August 14, 2017.

Certified to be a correct and true translation from the source text in Spanish to the target language English.
11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

Adonis Ruiz Nogueras
B-3 Calle B
Urb. Monte Mar
Fajardo PR 00738-4323




Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan (Puerto Rico) 00918-1767

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 2406 - ECF No. 13152 - Mailing Response (1)

Signed this 11th day of November 2020

_____
Andreea I. Boscor

