# EXHIBIT 5

Clerk's Office
United States District Court
#150 Avenida Chardon
Federal Building
San Juan, PR 00918

May 13, 2020

Nelson Sanabria Cruz
PO Box 347
Juncos, PR 00777

Case # 17BK3283-LTS and claim #21119

**Honorable Clerk of the Court**


I wish to present my objection to the state's claim number 21119 in the total of $3,644.00 submitted on 05/22/2018. This stated that it was received, and my claim was satisfied by way of deposit or transfer in my bank account, which is not correct.

After reviewing the bank information, I noticed that only the following sum of $1,222 was deposited into the account ending in 3047 with Banco Santander de Puerto Rico, $993 of which is a refund from my 2017 income tax return. Having said this, the sum of the original claim has not been satisfied. Therefore, we object to what the plaintiff presented on May 13, 2020. Attached you will find a copy of the first page of the income tax return for 2017, as well as a copy of the bank statement from Banco Santander de Puerto Rico ending in #3047 that indicates the above-mentioned deposit.


Sincerely,

[signature]
Nelson Sanabria

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**THIS NOTICE RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.**

**IF YOU ARE RECEIVING THIS NOTICE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

**DOCUMENTS RELATING TO THIS CLAIM OBJECTION WERE MAILED TO YOU ON APRIL 17, 2020. PURSUANT TO DETAILS SET FORTH IN EXHIBIT "C" TO THE OBJECTION, THE DEADLINE TO RESPOND IS MAY 19, 2020. PLEASE CHECK YOUR MAIL BOX. IF YOU FAIL TO PROPERLY RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE GOVERNMENT WITHOUT FURTHER NOTICE OR HEARING.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| SANABRIA CRUZ, NELSON | 21119 | 5/22/18 | Commonwealth of Puerto Rico | $3,644.00 |
| **Docket Number** | 12867 | **Objection Title** | One Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims | |
| **Reason:** | Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to a Direct Deposit dated 07/31/2017. | | | |

**LA PRESENTE NOTIFICACIÓN ESTÁ RELACIONADA CON UNA EVIDENCIA DE RECLAMO QUE USTED PRESENTÓ CONTRA EL GOBIERNO DE PUERTO RICO EN EL PROCESO QUE SE SUSTANCIA EN VIRTUD DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD FINANCIERA DE PUERTO RICO.**

**SI USTED RECIBE ESTA NOTIFICACIÓN ES PORQUE UNO O MÁS DE LOS DEUDORES PRETENDEN DESESTIMAR SU RECLAMO POR LA RAZÓN EXPUESTA A CONTINUACIÓN.**

**LOS DOCUMENTOS RELACIONADOS CON ESTA OBJECIÓN DE RECLAMO LE FUERON ENVIADOS A USTED POR CORREO EL DÍA 17 DE ABRIL DE 2020. DE ACUERDO CON LOS DATOS ESTABLECIDOS EN EL ANEXO "C" A LA OBJECIÓN, LA FECHA LÍMITE PARA RESPONDER ES EL 19 DE MAYO DE 2020. SÍRVASE POR FAVOR VERIFICAR SU CASILLA DE CORREO. SI NO RESPONDE APROPIADAMENTE A LA OBJECIÓN, EL TRIBUNAL PODRÍA OTORGAR LA REPARACIÓN SOLICITADA POR EL GOBIERNO SIN PREVIO AVISO NI AUDIENCIA.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| SANABRIA CRUZ, NELSON | 21119 | 5/22/18 | Commonwealth of Puerto Rico | $3,644.00 |
| **Número de registro de actos procesales** | 12867 | **Título de la objeción** | One Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims | |
| **Base para:** | La Evidencia del Reclamo reclama una obligación con base en un reembolso/devolució de impuestos. Los registros del Departamento del Tesoro indican que dicho reembolso/devolución se ha completado totalmente mediante un depósito directo de fecha 31 de julio de 2017. | | | |

[hw:]     - *Tax return*
          - *Statement* [illegible] *from July to August 2017*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Form 482.0  Rev. Feb 20 18

| UNIQUE FORM | | | | | | | | | | | | | | | | 2017 | GOVERNMENT OF PUERTO RICO DEPARTMENT OF THE TREASURY | 2017 | Serial Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Liquidator | | | Reviewer | | | | | | | | | | | INDIVIDUAL INCOME TAX RETURN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

FOR CALENDAR YEAR **2017** OR TAXABLE YEAR BEGINNING ON
January 1, 2017 AND ENDING ON December 31, 2017

- ○ AMENDED RETURN
- ○ DECEASED DURING THE YEAR: ____/____/____ Day  Month  Year
- ○ TAXPAYER   ○ SPOUSE
- ○ SURVIVING SPOUSE FILES ANOTHER RETURN FOR THE TAXABLE YEAR (Submit social security number and date of death of the deceased spouse: ____-____-____ ; Day___ Moth___ Year___ )

**Taxpayer's Name** Nelson  **Initial**   **Last Name** Sanabria   **Second Last Name** Cruz

**Taxpayer's Social Security Number** [redacted]

**Postal Address** PO Box 347

Juncos    PR    **Zip Code** 00777-0347

**Date of Birth** [redacted]  Day  Month  Year   **Sex** (X) M  ○ F

**Spouse's First Name and Initial**   **Last Name**   **Second Last Name**

**Spouse's Social Security Number**
**Spouse's Date of Birth** Day Month Year  **Sex** ○ M ○ F

**Home Address (Town or Urbanization, Number, Street)** PO Box 347

Juncos    **Zip Code** 00777-0347

**Home Telephone**
**Work Telephone** 7872944900

CHANGE OF ADDRESS: ○ Yes (X) No
EXTENSION OF TIME: ○ Yes (X) No
GOVERNMENT CONTRACT: ○ Taxpayer ○ Spouse

**E-Mail Address** nsanabria@familia.pr.gov

Receipt Stamp

[Round stamp:] Government of Puerto Rico
Internal Revenue Department

Filed electronically

03-16-2018 07:54:57 PM
17-900
[illegible signature]
Secretary of the Treasury
Department of Treasury

### Questionnaire

YES  NO
A. (X) ○ United States Citizen? (See instructions)
B. (X) ○ Resident of Puerto Rico during the entire year?
If "No", indicate one of the following:
  1. ○ Date moved to P.R. (Day___ Month___ Year___)
  2. ○ Date moved from P.R. (Day___ Month___ Year___)
  3. ○ Nonresident during the entire year
C. ○ (X) Did you generate income during the period that you were not resident of PR that is not included on this return? (If you answered "Yes", indicate the amount):
  1. ○ Attributable to the taxpayer $_____
  2. ○ Attributable to the spouse $_____
D. (X) ○ Other excluded or tax exempt income? (Submit Schedule IE Individual)
E. ○ (X) Resident individual investor? (Submit Schedule F1 Individual)
F. ○ (X) Partner of a partnership subject to tax under the Federal Internal Revenue Code?
G. ○ (X) Active military service in a combat zone during the taxable year? (Date in which you ceased in the service: ___ Month ___ Year___)
H. ○ (X) Qualified physician under Act 14-2017?
  1. ○ Taxpayer (Decree No.____)
  2. ○ Spouse (Decree No.____)

**I. HIGHEST SOURCE OF INCOME:**
1. (X) Government, Municipalities or Public Corporations Employee
2. ○ Federal Government Employee
3. ○ Private Business Employee
4. ○ Retired/Pensioner
5. ○ Self-Employed (Indicate principal industry or business)
6. ○ Other _____

**J. FILING STATUS AT THE END OF THE TAXABLE YEAR:**
1. ○ Married
(Fill in here ○ if you choose the optional computation and go to Schedule CO Individual)
2. (X) Individual taxpayer
(Fill in and submit spouse's name and social security number if you are:
  ○ Married with a complete separation of property prenuptial agreement
  ○ Married not living with spouse)
3. ○ Married filing separately
(Submit spouse's name and social security number above)

Your occupation   Social Worker   6245
Spouse's occupation

GO TO PAGE 2 TO DETERMINE YOUR REFUND OR PAYMENT.

### Refund

| | | | |
|---|---|---|---|
| 1. AMOUNT OVERPAID (Part 3, line 29. Indicate distribution on lines A, B, C and D) | 01 | (01) | 993 00 |
| A) To be credited to estimated tax 2018 | | (02) | 0 00 |
| B) Contribution to the San Juan Bay Estuary Special Fund | | (03) | 0 00 |
| C) Contribution to the Special Fund for the University of Puerto Rico | | (04) | 0 00 |
| D) TO BE REFUNDED (If you want your refund to be deposited directly into an account, complete the Deposit Part) | | (05) | 993 00 |

### Payment

| | | | |
|---|---|---|---|
| 2. AMOUNT OF TAX DUE (Part 3, line 29) | | (06) | 0 00 |
| 3. Less: Amount paid  (a) With Return or Electronic Transfer through a Certified Program | | (07) | 0 00 |
| (b) Interests | | (08) | 0 00 |
| (c) Surcharges 0 and Penalties 0 | | (09) | 0 00 |
| 4. BALANCE OF TAX DUE (Subtract line 3(a) from line 2 and add lines 3(b) and 3(c)) | | (10) | 0 00 |

### Deposit

AUTHORIZATION FOR DIRECT DEPOSIT OF REFUND
Type of account (X) Checking  ○ Savings
Routing/transit number 021502341
Account number 3107173047
Account in the name of  Nelson Sanabria Cruz   and
(Print complete name as it appears on your account. If married and filing jointly, include your spouse's name)

I hereby declare under penalty of perjury that I have examined the information included in this return, schedules and other documents attached to it, and it is true, correct and complete. The declaration of the person that prepares this return (except the taxpayer) is based on the information available, and this information has been verified.

**Taxpayer's Signature** ✓ Electronically signed   **Date** 03-16-2018
**Spouse's Signature** ✓   **Date**

04 **Specialist's Name (Print)**
**Name of the Firm or Business**

**Specialist's Signature** ✓   **Date**
**Self - employed Specialist (fill in here)** ○
**Registration Number**

NOTE TO TAXPAYER: Indicate if you made payments for the preparation of your return: ○ Yes (X) No. If you answered "Yes", require the Specialist's signature and registration number.

Retention Period: Ten (10) years

Confirmation Number: 0316201807514B9F82989060

[Watermark: FOR INFORMATION PURPOSES ONLY. DO NOT USE FOR FILING.]
[Watermark: Watermark in source file reads "Form Filed electronically."]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Logo] Santander
0

**ACCOUNT STATEMENT**

[hw:] *229*

12

| | | |
|---|---|---|
| NELSON SANABRIA CRUZ | Page | 1 |
| PO BOX 347 | Account number | 3XXXXX3047 |
| JUNCOS PR 00777-0347 | From | 10 Jul 2017 |
| | To | 09 Aug 2017 |

| | |
|---|---|
| Total deposits with the Bank | $1,009.74 |
| Total loans with the Bank | $0.00 |

For questions call **HOME BANKING:** 787-281-2000 or 1-800-726-8263 | **PYMES:** 787-777-4100

**Convert your account statement into energy. Request it electronically at
Santandernet eBanking. Refer to the Electronic Account Statements Agreement.**

| **[Logo] ALL SANTANDER** | | | Account number **3XXXXX3047** |
|---|---|---|---|
| Opening balance | | $ | 8.66 |
| Deposits and other credits | 8 | + | 4,780.84 |
| Checks paid and other withdrawals | 25 | - | 3,779.76 |
| Ending balance | | $ | 1,009.74 |

**Interest information**

Interest earned $    0.00 based on a 30-day period.
With an accrued annual yield rate of 0.00%

**Summary of deposits**

| Date | Quantity | Date | Quantity |
|---|---|---|---|
| 08/02 | 660.00 | | |

**Summary of credits**

| Date | Description | Amount |
|---|---|---|
| 07/10 | Balance charged – 8 | |
| 07/10 | Compens. balance 0.00 | |
| 07/10 | Nominal int. rate 0.000% | |
| 07/11 | Balance charged - 541 | |
| 07/11 | ACH RECEIVED TRANSACTION CR | 535.00 |
| | 02/XXSOC SEC SA TREAS 310 ANGELINA | |
| 07/12 | Balance charged - 1,156 | |
| 07/12 | ACH RECEIVED TRANSACTION CR | 88.34 |
| | 01/PAYROLL – WAGES ADMIN FAM CHILD SANABRIA CRUZ, NELSON | |
| 07/12 | ACH RECEIVED TRANSACTION CR | 826.08 |
| | 01/PAYROLL – WAGES ADMIN FAM CHILD SANABRIA CRUZ, NELSON | |
| 07/13 | Balance charged - 656 | |
| 07/14 | Balance charged - 156 | |
| 07/17 | Balance charged - 15 | |
| 07/19 | Balance charged - 7 | |
| 07/26 | Balance charged - 921 | |
| 07/26 | ACH RECEIVED TRANSACTION CR | 88.34 |
| | 01/PAYROLL – WAGES ADMIN FAM CHILD SANABRIA CRUZ, NELSON | |
| 07/26 | ACH RECEIVED TRANSACTION CR | 826.08 |
| | 01/PAYROLL – WAGES ADMIN FAM CHILD SANABRIA CRUZ, NELSON | |
| 07/27 | Balance charged - 606 | |
| 07/28 | Balance charged - 595 | |
| 07/31 | Balance charged - 159 | |
| 08/01 | Balance charged - 1,381 | |
| 08/01 | ACH RECEIVED TRANSACTION CR | 1,222.00 |
| | 01/REFUND DEPT OF THE TREASURY NELSON SANABRIA CRUZ | |
| 08/02 | Balance charged - 1,929 | |
| 08/03 | Balance charged - 1,821 | |
| 08/04 | Balance charged - 1,709 | |
| 08/07 | Balance charged - 1,043 | |
| 08/08 | Balance charged - 1,547 | |

PO Box 362589, San Juan, Puerto Rico 00936-2589

Member FDIC

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*United States District Court*

Certified to be a correct and true translation from the source text in Spanish to the target language English.
11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 21119 - ECF No. 13139 - Mailing Response

Signed this 11th day of November 2020

American Translators Association

ata

Andreea Boscor
Spanish into English
Certification #525556

Certified Translator

Verify at www.atanet.org/verify

_____
Andreea I. Boscor

