# EXHIBIT 6

May 13, 2020

Claim Number 2838

Procedural Record Number 12867

Name: Yessenia Velázquez Pérez

Address: P.O. Box 432 Camuy, P.R. 00627-0432

Telephone: 787-308-4807

yesseniavelazquez@yahoo.com

Cordial regards!

According to the letter and documentation received in the April of 2020, debtor "Puerto Rico Highways and Transportation Authority," supposedly made payment of the debt to the referenced person on June 27, 2017, in the sum of $1,708.08. Nevertheless, in requesting the statement of account from Banco Popular de Puerto Rico, regarding account number ending in 4496, a similar deposit is seen for that date, but for the date [sic] of June 28, 2017, in the sum of $1,708.00, as a refund from the Department of the Treasury and not as a credit from the Puerto Rico Highways and Transportation Authority. The deposits, dates and name of the debtor do not match the proof in the account statement of Mrs. Velázquez.

* Proof of the deposit is attached

Cordially;

Lic. Yessenia Velázquez Pérez

[signature]

Certified to be a correct and true translation from the source text in Spanish to the target language English.
11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

## BANCO POPULAR

[illegible]
Account # 057 [illegible]
June 2017
Page 1 of 1

YESSENIA VELAZQUEZ PEREZ
DBA OCCUPATIONAL THERAPY
PO BOX [illegible]
CAMUY PR 00622-0432

CHECKS SECTION

- Transaction details

| Date | Reference No. | Description | Debits | Credits | Balances |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| 06- [illegible] | xxxxx1853 | Department of the Treasury | | 1,708. [illegible] | |
| [redacted] | | | | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:13195-2 Filed:05/19/20 Entered:05/21/20 08:11:58 Desc:
Envelope Page 1 of 1

Yessenia Velázquez Pérez
P.O. Box 432
Camuy, P.R. 00627-0432

SAN JUAN PR 009
16 MAY 2020 PM 1 L

RECEIVED & FILED
2020 MAY 19 AM 8:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Secretaría (Clerk's Office)
[hw:] *United States District Court*
Tribunal de
Sala 150 Edificio Federal
San Juan, P.R. 00918-1767

00918©1339 C060

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/NOVEMBER/2020 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 2838 - ECF No. 13195 - Mailing Response

Signed this 11th day of November 2020

_____
Andreea I. Boscor

