# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO REGARDING ADJOURNED OMNIBUS OBJECTIONS TO CLAIMS SET FOR HEARING ON FEBRUARY 1, 2021**

To the Honorable United States District Judge Laura Taylor Swain:

　　　The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Debtors pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submits this

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.

informative motion (the "Informative Motion") in response to the Court's December 15, 2020 *Order Regarding Adjourned Omnibus Objections to Claims* [ECF No. 15437] (the "Adjourned Objection Hearing Procedures Order"), and in support of this Informative Motion, the Oversight Board respectfully states as follows:

1. On December 15, 2020, this Court entered the Adjourned Objection Hearing Procedures Order which, among other things, (*i*) scheduled hearings on Adjourned Claim Objections[3] for January 14, 2021, at 9:30 a.m., Atlantic Standard Time (the "January Adjourned Objection Hearing"), and February 1, 2021, at 9:30 a.m., Atlantic Standard Time (the "February Adjourned Objection Hearing," and together with the January Adjourned Objection Hearing, the "Adjourned Objection Hearings"), and (*ii*) directed the Oversight Board to file, at least ten (10) days in advance of the relevant Adjourned Objection Hearing, "an informative motion identifying the Adjourned Claim Objections, claimants, and claims that will be the subject of the applicable Claim Objection Hearings." Adjourned Objection Hearing Procedures Order at 1–2.

2. In compliance with the Adjourned Objection Hearing Procedures Order, the Oversight Board hereby identifies, as set forth on **Appendix A** hereto, the Adjourned Claim Objections, claimants, and claims scheduled for the February Adjourned Objection Hearing.

3. Contemporaneously with the filing of this Informative Motion, and in further compliance with the Adjourned Objection Hearing Procedures Order, the Oversight Board shall file, solely with respect to the Adjourned Claim Objections, claimants, and claims scheduled for

---

[3] As defined in the Adjourned Objection Hearing Procedures Order, Adjourned Claim Objections consist of "(i) the pending claim objections with respect to the claims categorized by the [Oversight Board] as Claims to be Set for Hearing or Deficient Claims to Be Set for Hearing in the notices of presentment filed by the Oversight Board on October 20, 2020, and October 23, 2020, and (ii) the pending claim objections, initially noticed for the December 9, 2020, Omnibus Hearing with respect to claims on account of which responses have been submitted by claimants (formally or informally)." Adjourned Objection Hearing Procedures Order at 1.

2

the February Adjourned Objection Hearing, (*i*) replies in support of the Adjourned Claim Objections, (*ii*) any portions of the respondent's response that were not filed on the docket, and (*iii*) certified translations of any Spanish-language portions of the respondent's response. *See* Adjourned Objection Hearing Procedures Order at 2.

[*Remainder of Page Intentionally Left Blank*]

## **Appendix A**

| # | Claimant | Proof of Claim Number | Omnibus Objection Number | ECF No. of Response (if available) |
|---|---|---|---|---|
| Claimants Scheduled for 9:30 a.m. (AST) | | | | |
| 1. | Poullette Bouret Echevarria | 5158 | 193 | N/A |
| 2. | Ismael Colon Andujar | 20695 | 193 | 13455 |
| 3. | Joel Martinez Santiago | 37093 | 193 | 13484 |
| 4. | Yolanda Rosario Alvarez | 23069 | 193 | 13081 |
| 5. | Adonis Ruiz Nogueras | 2406 | 193 | 13152 |
| 6. | Nelson Sanabria Cruz | 21119 | 194 | 13139 |
| 7. | Yessenia Velazquez Perez | 2838 | 194 | 13195 |
| 8. | Consolidated Waste Services and Landfill Technologies of Fajardo | Various[4] | 176 | N/A |

---

[4] Claim Nos. 21133; 22881; 23130; 23654; 23662; 23665; 23667; 23671; 24263; 24326; 24334; 24348; 26646; 27826; 28040; 28056; 28082; 28110; 28112; 28131; 28135; 28141; 28145; 28156; 28174; 28182; 35800; 35855; 35996; and 27063.

Dated: January 22, 2021
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brian S. Rosen*

Martin J. Bienenstock
Brian S. Rosen
Ehud Barak
Paul V. Possinger
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
       brosen@proskauer.com
       ebarak@proskauer.com
       ppossinger@proskauer.com

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: Hermann.bauer@oneillborges.com

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*