# **EXHIBIT A**

**Schedule of Claims Subject to Two Hundred Ninety-First Omnibus Objection**

Two Hundred and Ninety-First Omnibus Objection
Exhibit A - Incorrect Debtor

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | ACOSTA RUIZ, ELISEO<br>29 CALLE MATIENZO CINTRON<br>YAUCO, PR 00698 | 174480 | Commonwealth of Puerto Rico | Unsecured | $63,600.00 | Puerto Rico Electric Power Authority | Unsecured | $63,600.00 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | SANTIAGO DE ARMAS, LILIBET<br>URB ARBOLADA<br>E 22 CALLE TABONUCO<br>CAGUAS, PR 00727 | 178821 | Commonwealth of Puerto Rico | 503(b)(9) | $15,000.00 | Puerto Rico Electric Power Authority | 503(b)(9) | $15,000.00 |
| | | | Commonwealth of Puerto Rico | Secured | $15,500.00 | Puerto Rico Electric Power Authority | Secured | $15,500.00 |
| | | | Commonwealth of Puerto Rico | Unsecured | $9,500.00 | Puerto Rico Electric Power Authority | Unsecured | $9,500.00 |
| | | | | Subtotal | $40,000.00 | | Subtotal | $40,000.00 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | | TOTAL | $ 103,600.00 | TOTAL | | $ 103,600.00 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |