# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima nonagésima primera objeción global**

Ducentésima Nonagésima Primera Objeción Global

Anexo A: Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | ACOSTA RUIZ, ELISEO<br>29 CALLE MATIENZO CINTRON<br>YAUCO, PR 00698 | 174480 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $63,600.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $63,600.00 |

Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | SANTIAGO DE ARMAS, LILIBET<br>URB ARBOLADA<br>E 22 CALLE TABONUCO<br>CAGUAS, PR 00727 | 178821 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $15,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | 503(b)(9) | $15,000.00 |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | $15,500.00 | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | $15,500.00 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,500.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $9,500.00 |
| | | | | Subtotal | $40,000.00 | | Subtotal | $40,000.00 |

Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico.

| | | | | TOTAL | $ 103,600.00 | TOTAL | | $ 103,600.00 |