# EXHIBIT D

## Proposed Order

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

ORDER GRANTING TWO HUNDRED NINETY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

Upon the *Two Hundred Ninety-First Omnibus Objection (Non-Substantive) of the*

*Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor* (Docket Entry

No. ___, the "Two Hundred Ninety-First Omnibus Objection")[2] filed by the Commonwealth of

Puerto Rico (the "Commonwealth"), dated January 22, 2021, for entry of an order reclassifying

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Two Hundred Ninety-First Omnibus Objection.

certain claims filed against the Commonwealth, as more fully set forth in the Two Hundred Ninety-First Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Two Hundred Ninety-First Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Two Hundred Ninety-First Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Asserted" in Exhibit A to the Two Hundred Ninety-First Omnibus Objection having improperly identified the Commonwealth as obligor, when such claims are properly asserted, if at all, against the Puerto Rico Electric Power Authority ("PREPA"), as identified in the column titled "Corrected" in Exhibit A to the Two Hundred Ninety-First Omnibus Objection; and the Court having determined that the relief sought in the Two Hundred Ninety-First Omnibus Objection is in the best interest of the Commonwealth and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Two Hundred Ninety-First Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Two Hundred Ninety-First Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims identified in Exhibit A to the Two Hundred Ninety-First Omnibus Objection are hereby reclassified; and it is further

ORDERED that the claims identified in the column titled "Asserted" in Exhibit A to the Two Hundred Ninety-First Omnibus Objection are hereby reclassified to be claims asserted against PREPA, as indicated in the column titled "Corrected" in Exhibit A; and it is further

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed, in the official claims register in the Title III cases, to move the portions of each of the Incorrect Debtor Claims from the Commonwealth Title III Case, to the Title III case for PREPA (Bankruptcy Case No. 17 BK 4780-LTS), in accordance with the column titled "Corrected" in Exhibit A to the Two Hundred Ninety-First Omnibus Objection; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

## ANEXO D

**Orden Propuesta**

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*.,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA.** |

ORDEN POR LA QUE SE CONCEDE LA DUCENTÉSIMA NONAGÉSIMA PRIMERA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES RADICADAS CONTRA EL DEUDOR INCORRECTO

Vista la *Ducentésima nonagésima primera objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones radicadas contra el deudor incorrecto* (expediente núm. ___, la "Ducentésima nonagésima primera objeción global")[2] radicada por el

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Ducentésima nonagésima primera objeción global.

Estado Libre Asociado de Puerto Rico (el "ELA"), de fecha 22 de enero de 2021, en la que se solicita que se dicte una orden que reclasifique determinadas reclamaciones radicadas contra el ELA, según se expone con más detalle en la propia Ducentésima nonagésima primera objeción global y en los anexos justificativos de la misma; y al tener el Tribunal jurisdicción para atender la Ducentésima nonagésima primera objeción global y para conceder el remedio en ella solicitado conforme a PROMESA, sección 306(a); y siendo la sede judicial competente conforme a PROMESA, sección 307(a); y habiéndose efectuado, en tiempo y forma, la notificación de la Ducentésima nonagésima primera objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y cada una de las reclamaciones identificadas en la columna titulada "Alegadas" en el Anexo A de la Ducentésima nonagésima primera objeción global habiendo identificado incorrectamente al ELA como deudor, cuando en todo caso lo correcto sería que tales reclamaciones se alegaran contra la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE"), conforme a lo expuesto en la columna titulada "Corregidas" en el Anexo A; y habiendo determinado el Tribunal que el remedio solicitado en la Ducentésima nonagésima primera objeción global redunda en el mejor interés del ELA y sus acreedores, y de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Ducentésima nonagésima primera objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio del presente,

SE ORDENA que SE CONCEDA la Ducentésima nonagésima primera objeción global, según se establece en el presente documento; además

SE ORDENA que las reclamaciones identificadas en el Anexo A de la Ducentésima nonagésima primera objeción global sean reclasificadas; asimismo

2

SE ORDENA que las reclamaciones identificadas en la columna titulada "Alegadas (*Asserted*)" en el <u>Anexo A</u> de la Ducentésima nonagésima primera objeción global queden reclasificadas como reclamaciones radicadas contra la AEE, conforme a lo identificado en la columna titulada "Corregidas (*Corrected*)" en el <u>Anexo A</u>; también

SE ORDENA que el derecho que asiste a los Deudores a objetar a las Reclamaciones Reclasificadas quede reservado; además

SE ORDENA que Prime Clerk, LLC quede autorizada y reciba instrucciones para trasladar, en el registro oficial de reclamaciones relativo a los casos radicados conforme al Título III, las partes de cada una de las Reclamaciones de Deudores Incorrectos del Caso de Título III del ELA al Caso de Título III de la AEE (Caso de Quiebra núm. 17 BK 4780-LTS), conforme a la columna titulada "Corregidas (*Corrected*)" en el Anexo A de la Ducentésima nonagésima primera objeción global; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

Fecha: _____

_____
Su señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos (*United States District Judge*)