# ANEXO A

**Relación de reclamaciones objeto de la Ducentésima nonagésima tercera objeción global**

## Ducentésima Nonagésima Tercera Objeción Global
### Anexo A: Titulares de bonos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | BROOK II, SPRUCE<br>200 RIVER'S EDGE DRIVE<br>SUITE 300<br>MEDFORD, MA 02155 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47211 | $ 41,360,000.00 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más bonos municipales emitidos por el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, la ACT (Autoridad de Carreteras y Transportación) y/o el ERS, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 2 | BROOKS, DAVID<br>700 HIGHSPIRE RD<br>GLENMOORE, PA 19343-1142 | 4/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4446 | $ 7,500.00 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más bonos municipales emitidos por la Autoridad de Carreteras y Transportación de Puerto Rico (ACT), pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra la Autoridad de Carreteras y Transportación de Puerto Rico, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra la Autoridad de Carreteras y Transportación de Puerto Rico o contra cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 3 | CACHO CACHO, JUANA<br>BOX 574<br>DORADO, PR 00646 | 5/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10104 | $ 62,765.91 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más bonos municipales emitidos por el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, la ACT (Autoridad de Carreteras y Transportación) y/o el ERS, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 4 | CAPARROS SANTOS, HELVIA S.<br>ATTN: PATRICK D. O'NEIL<br>252 PONCE DE LEON AVE.<br>SUITE 1701<br>SAN JUAN, PR 00918 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17107 | $ 12,145.25 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más bonos municipales emitidos por el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, la ACT (Autoridad de Carreteras y Transportación) y/o el ERS, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 5 | COOP AHORRO Y CREDITO EMPLEADOS FIRST BANK<br>PO BOX 9146<br>SAN JUAN, PR 00926-9710 | 6/12/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 56194 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más bonos municipales emitidos por el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, la ACT (Autoridad de Carreteras y Transportación) y/o el ERS, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Ducentésima Nonagésima Tercera Objeción Global
### Anexo A: Titulares de bonos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | COOPERATIVA DE AHORRO Y CREDITO DE LARES<br>PO BOX 191757<br>SAN JUAN, PR 00919 | 9/25/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170916 | $ 573,278.14 |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más bonos municipales emitidos por el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, la ACT (Autoridad de Carreteras y Transportación) y/o el ERS, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | DEVELOPERS GROUP INC.<br>PMB 356<br>1353 CARR. 19<br>GUAYNABO, PR 00966 | 4/12/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6077 | $ 981,344.71 |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más bonos municipales emitidos por el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, la ACT (Autoridad de Carreteras y Transportación) y/o el ERS, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | MARROIG, JUAN<br>URB. MANSION REAL BOX 404<br>COTO LAUREL, PR 00780 | 9/27/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 167580 | $ 90,000.00* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más bonos municipales emitidos por la Autoridad de Carreteras y Transportación de Puerto Rico (ACT), pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de puerto Rico la ACT y/o el ERS, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra la Autoridad de Carreteras y Transportación de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | MUTH, JOHN T<br>5703 GLEN CARLA DR.<br>HUNTINGTON, WV 25705 | 3/22/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 3720 | $ 13,720.47 |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más bonos municipales emitidos por la Autoridad de Carreteras y Transportación de Puerto Rico (ACT), pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra la Autoridad de Carreteras y Transportación de Puerto Rico, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra la Autoridad de Carreteras y Transportación de Puerto Rico o contra cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | QUILICHINI PAZ, FLORENCE<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 27559 | $ 48,140.50 |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más bonos municipales emitidos por el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, la ACT (Autoridad de Carreteras y Transportación) y/o el ERS, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

## Ducentésima Nonagésima Tercera Objeción Global
### Anexo A: Titulares de bonos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | RAMIREZ DE ARELLANO, ALFRED JOSE E ROSARIO<br>PO BOX 191089<br>SAN JUAN, PR 00919-1089 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 107132 | $ 4,069.00 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más bonos municipales emitidos por el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, la ACT (Autoridad de Carreteras y Transportación) y/o el ERS, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 12 | REYES GILESTRA, TRISTAN GUELOP<br>VILLAS PALMAR SUR<br>2 PALMA DE MARCA<br>CAROLINA, PR 00979 | 4/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9356 | $ 2,362,000.00 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más bonos municipales emitidos por COFINA, PREPA, PRPBA y GDB, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra COFINA, PREPA, PRPBA y GDB, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra COFINA, PREPA, PRPBA y GDB o contra cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 13 | ROSARIO MOJICA, EUGENIO<br>URB. ENCANTADA PARQUE DEL RIO<br>PE12 VALLE DEL RIO<br>TRUJILLO ALTO, PR 00976 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 50851 | $ 15,882.27 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más bonos municipales emitidos por el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, la ACT (Autoridad de Carreteras y Transportación) y/o el ERS, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 14 | STEWART, RICHARD<br>2701 HAMPTON CIRCLE N<br>DELRAY BEACH, FL 33445 | 5/29/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174072 | $ 120,000.00 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más bonos municipales emitidos por el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, la ACT (Autoridad de Carreteras y Transportación) y/o el ERS, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 15 | SUCESION J. SERRALLES SECOND, INC<br>PO BOX 801201<br>COTO LAUREL, PR 00780-1201 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18289 | $ 90,000.00 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más bonos municipales emitidos por el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, la ACT (Autoridad de Carreteras y Transportación) y/o el ERS, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |

## Ducentésima Nonagésima Tercera Objeción Global
### Anexo A: Titulares de bonos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 16 | SUSAN A JENNINGS, TRUSTEE<br>4009 GREENVIEW DR<br>URBANDALE, IA 50322 | 3/5/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173717 | $ 1,130,002.92 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más bonos municipales emitidos por el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, la ACT (Autoridad de Carreteras y Transportación) y/o el ERS, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 17 | WINER, LEON<br>REGENCY PARK SUITE 1902, 155 CORAZO ST.<br>GUAYNABO, PR 00971-7801 | 5/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16556 | $ 55,000.00 |
| | Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más bonos municipales emitidos por el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, la ACT (Autoridad de Carreteras y Transportación) y/o el ERS, por lo cual los Deudores no pueden determinar si el reclamante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| | | | | | TOTAL | $ 46,925,849.17* |