# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima nonagésima cuarta objeción global**

## Ducentésima Nonagésima Cuarta Objeción Global
### Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CENTRO DE ESTUDIOS AVANZADOS DE PUERTO RICO Y EL CARIBE<br>PO BOX 9023970<br>SAN JUAN, PR 00902-3970 | 5/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13717 | $ 76,800.81 |
| | Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por el Sistema de Retiro de Empleados ("ERS"), que es un duplicado de la evidencia de reclamo maestra presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. El reclamante también formula, en parte, un reclamo respecto de unas notas aseguradas subordinadas, cuyos números CUSIP originales se vinculan a uno o más bonos emitidos por la ACT, que son duplicados de una o más evidencias de reclamo maestras que el agente fiscal o el fideicomisario de estos bonos presentaron en el Caso del Estado Libre Asociado al amparo del Título III. | | | | | |
| 2 | NEWTYN PARTNERS, LP<br>NOAH LEVY<br>405 PARK AVENUE<br>SUITE 1104<br>NEW YORK, NY 10022 | 5/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11157 | $ 35,171,200.00 |
| | Base para: El reclamante también invoca, en parte, unas obligaciones anuladas cuyos números CUSIP originales se vinculan a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son un duplicado de la evidencia de reclamo maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. | | | | | |
| 3 | NEWTYN TE PARTNERS, LP<br>NOAH LEVY<br>405 PARK AVENUE<br>SUITE 1104<br>NEW YORK, NY 10022 | 5/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13557 | $ 19,688,400.00 |
| | Base para: El reclamante también invoca, en parte, unas obligaciones anuladas cuyos números CUSIP originales se vinculan a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son un duplicado de la evidencia de reclamo maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. | | | | | |
| 4 | WHITEFORT CAPITAL MASTER FUND, LP<br>C/O JOSEPH KAPLAN<br>780 THIRD AVENUE, 26TH FLOOR<br>NEW YORK, NY 10017 | 7/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 146002 | $ 10,886,253.00* |
| | Base para: El reclamante también invoca, en parte, unas obligaciones anuladas cuyos números CUSIP originales se vinculan a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son un duplicado de la evidencia de reclamo maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. El reclamante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentada por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. | | | | | |

Ducentésima Nonagésima Cuarta Objeción Global
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | WINDERWEEDLE, WILLIAM H<br>2512 WINGED DOVE DR<br>LEAGUE CITY, TX 77573 | 4/21/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 6666 | $ 35,000.00 |

Base para: El Reclamante reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Carreteras y Transportación (ACT), que son duplicados de una o más Evidencias Maestras de Reclamos presentadas por el agente fiscal o el fiduciario de este o estos bonos en el Caso de la ACT al amparo del Título III. Asimismo, el Reclamante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos.

| | | | | | TOTAL | $ 65,857,653.81* |