# **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima nonagésima quinta objeción global**

Ducentésima Nonagésima Quinta Objeción Global

Anexo A: Titulares de bonos sin responsabilidad + deudor incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | STANGLE, LOUIS AND MAE<br>9587 WELDON CIRCLE<br>B101<br>TAMARAC, FL 33321 | 167957 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $60,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $10,000.00 |
| | Base para: El reclamo pretende invocar, en parte, una obligación fundada en la presunta titularidad de Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación. La Evidencia de reclamo, asimismo, pretende invocar, en parte, obligaciones vinculadas a bonos emitidos por la ACT, pero los bonos que el reclamante pretende tener ya se han refinanciado mediante rembolso o anulación. La Evidencia de reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. El reclamante, además, identifica como deudor al Estado Libre Asociado de Puerto Rico, cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en disputa o la información del CUSIP señalan que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 2 | WRIGHT, BRIAN<br>205 7TH ST.<br>HOBOKEN, NJ 07030 | 17837 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $147,134.65 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $21,350.00 |
| | Base para: El reclamo pretende invocar, en parte, una obligación fundada en la presunta titularidad de Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación. La Evidencia de reclamo también pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociadas a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. El reclamante, además, identifica como deudor al Estado Libre Asociado de Puerto Rico, cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en disputa o la información del CUSIP señalan que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| | | | TOTAL | | $ 207,134.65 | TOTAL | | $ 31,350.00 |