# **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Ninety-Seventh Omnibus Objection**

TWO HUNDRED NINETY-SEVENTH OMNIBUS OBJECTION

Exhibit A – Bonds Sold

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CARRILLO-MALDONADO, JOAQUIN E<br>URB. MANSIONES DE RIO PIEDRAS<br>CALLE CLAVEL #1796<br>SAN JUAN, PR 00926 | 3/13/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 2446 | $55,000.00 |
| | Reason: Claimant asserts liabilities associated with bonds issued by PREPA that claimants held at one time, but sold their position. Because claimant sold their bonds they purport to assert, they no longer have any right to payment from PREPA in respect of bonds issued by PREPA and accordingly, have no claim against PREPA for alleged unpaid interest and/or loss on investment. | | | | | |
| 2 | ORLANDO MARINI ROMAN<br>LCDO. ARIEL O. CARO PEREZ<br>P.O. BOX 9010<br>SAN JUAN, PR 00908 | 10/31/2017 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 255 | $5,000,000.00 |
| | Reason: Claimant asserts liabilities associated with bonds issued by PREPA that claimants held at one time, but sold their position. Because claimant sold their bonds they purport to assert, they no longer have any right to payment from PREPA in respect of bonds issued by PREPA and accordingly, have no claim against PREPA for alleged unpaid interest and/or loss on investment. | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.