## ANEXO A

**Relación de reclamaciones objeto de la Ducentésima nonagésima séptima objeción global**

## DUCENTÉSIMA NONAGÉSIMA SÉPTIMA OBJECIÓN COLECTIVA

### Anexo A – Bonos Vendidos

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | CARRILLO-MALDONADO, JOAQUIN E<br>URB. MANSIONES DE RIO PIEDRAS<br>CALLE CLAVEL #1796<br>SAN JUAN, PR  00926 | 3/13/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 2446 | $55,000.00 |
| | Base Para: Demandante afirma obligaciones con bonos emitidos por la PREPA retenidos anteriormente por el demandante, pero vendió su posición. Porque el demandante vendió los presuntos bonos acertados, ya no tienen derecho a pago por la PREPA con respecto a bonos emitidos por la PREPA y de acuerdo, no tiene reclamación contra la PREPA por interés y/o inversiones alegadas. | | | | | |
| 2 | ORLANDO MARINI ROMAN<br>LCDO. ARIEL O. CARO PEREZ<br>P.O. BOX 9010<br>SAN JUAN, PR  00908 | 10/31/2017 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 255 | $5,000,000.00 |
| | Base Para: Demandante afirma obligaciones con bonos emitidos por la PREPA retenidos anteriormente por el demandante, pero vendió su posición. Porque el demandante vendió los presuntos bonos acertados, ya no tienen derecho a pago por la PREPA con respecto a bonos emitidos por la PREPA y de acuerdo, no tiene reclamación contra la PREPA por interés y/o inversiones alegadas. | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados