# **EXHIBIT A**

## **Schedule of Ninth ADR Designated Claims**

# Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| RAMOS BARRIOS, RAFAEL | 7883 | b | Income Tax Refund | N/A | Initial Transfer |

| Claim Amount Key |
|---|
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |

---

[1] For Claim Amount Ranges, please refer to the Claims Amount Key at the end of Exhibit A.