## **EXHIBIT A**

**Schedule of Eighth ACR Designated Claims**

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---:|---|---|---:|
| 3686 | BALLANTINE WORKMAN, DAVID | Tax Refund Claims | $ 11,380.00 |
| 23756 | JIMENEZ RODRIGUEZ, YANET | Tax Refund Claims | $ 1,295.00 |
| 28972 | MONTALVO GARCIA, LORENNE | Tax Refund Claims | $ 2,763.00 |
| 14798 | ORTIZ, NARMO LUIS | Tax Refund Claims | $ 1,443.00 |
| 48084 | RODRIGUEZ RODRIGUEZ, ROLANDO | Tax Refund Claims | $ 885.00 |
| 3988 | RODRIGUEZ SIERRA, ELBA | Tax Refund Claims | $ 2,640.00 |
| 7529 | SERRANO ALVAREZ, ADAN | Tax Refund Claims | $ 731.00 |
| 22705 | SIERRA FIGUEROA, ARACELIS | Tax Refund Claims | $ 6,515.00 |
| 3828 | TORRES AYALA, RAMON | Tax Refund Claims | $ 3,384.00 |
| 18404 | TORRES RIVERA, YANEIRY | Tax Refund Claims | $ 1,011.00 |
| 60292 | TORRES ROSA, MAYRA | Tax Refund Claims | $ 1,212.00 |
| 19391 | VELEZ VELAZQUEZ, MARIA | Tax Refund Claims | $ 2,412.00 |
| 29147 | VIDAL SANTIAGO, ESTHER | Tax Refund Claims | $ 2,360.00 |