# EXHIBIT A

**Schedule of Claims Subject to the Two Hundred Ninety-Second Omnibus Objection**

Two Hundred and Ninety-Second Omnibus Objection
Exhibit A - Bondholder No Liability + Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ARANIBAR BRAVO, GONZALO J.<br>P.O. BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32087 | $ 3,555.98 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth and/or ERS. The claim thus seeks recovery for an amount for which the Commonwealth and/or ERS is not liable because the claimant is not a "creditor" of the Commonwealth and/or ERS and lacks standing to assert this derivative and deficient claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CLAUDIO ALIFF ORTIZ AND KATHY ROMAN RIVERA<br>ALB PLAZA, SUITE 400<br>16 RD. 199<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 153553 | $ 138,998.54 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth and/or ERS. The claim thus seeks recovery for an amount for which the Commonwealth and/or ERS is not liable because the claimant is not a "creditor" of the Commonwealth and/or ERS and lacks standing to assert this derivative and deficient claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CRESPO CARDONA, MARGARITA<br>CARR 348 #2835<br>MAYAGUEZ, PR 00680-2100 | 6/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 72436 | $ 95,167.25 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth and/or ERS. The claim thus seeks recovery for an amount for which the Commonwealth and/or ERS is not liable because the claimant is not a "creditor" of the Commonwealth and/or ERS and lacks standing to assert this derivative and deficient claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | ORTIZ ATIENZA, MARIA M.<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27057 | $ 66,690.78 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth and/or ERS. The claim thus seeks recovery for an amount for which the Commonwealth and/or ERS is not liable because the claimant is not a "creditor" of the Commonwealth and/or ERS and lacks standing to assert this derivative and deficient claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | SURIA HERNANDEZ, CARMEN DELIA<br>RESIDENCIAS FACULTAD<br>UPR MD 1<br>SAN JUAN, PR 00923 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27080 | $ 250,000.00* |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth and/or ERS. The claim thus seeks recovery for an amount for which the Commonwealth and/or ERS is not liable because the claimant is not a "creditor" of the Commonwealth and/or ERS and lacks standing to assert this derivative and deficient claim. Another portion appears deficient in that the total amount claimed is greater than the amounts represented in the supporting documents.

| | | | | | TOTAL | $ 554,412.55* |
|---|---|---|---|---|---|---|

* Indicates claim contains unliquidated and/or undetermined amounts