## ANEXO A

**Relación de reclamaciones objeto de la Ducentésima nonagésima segunda objeción global**

## Ducentésima Nonagésima Segunda Objeción Global
### Anexo A: Titulares de bonos sin responsabilidad + deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ARANIBAR BRAVO, GONZALO J. P.O. BOX 9020895 SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32087 | $ 3,555.98 |

Base para: El reclamante parece invocar, conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del(de los) bono(s) en cuestión y/o la información CUSIP, inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico y/o el ERS. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado y/o el ERS no son responsables porque el reclamante no es «acreedor» del Estado Libre Asociado y/o del ERS y carece de legitimidad para formular este reclamo derivativo y deficiente.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 2 | CLAUDIO ALIFF ORTIZ AND KATHY ROMAN RIVERA ALB PLAZA, SUITE 400 16 RD. 199 GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 153553 | $ 138,998.54 |

Base para: El reclamante parece invocar, conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del(de los) bono(s) en cuestión y/o la información CUSIP, inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico y/o el ERS. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado y/o el ERS no son responsables porque el reclamante no es «acreedor» del Estado Libre Asociado y/o del ERS y carece de legitimidad para formular este reclamo derivativo y deficiente.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 3 | CRESPO CARDONA, MARGARITA CARR 348 #2835 MAYAGUEZ, PR00680-2100 | 6/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 72436 | $ 95,167.25 |

Base para: El reclamante parece invocar, conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del(de los) bono(s) en cuestión y/o la información CUSIP, inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico y/o el ERS. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado y/o el ERS no son responsables porque el reclamante no es «acreedor» del Estado Libre Asociado y/o del ERS y carece de legitimidad para formular este reclamo derivativo y deficiente.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | ORTIZ ATIENZA, MARIA M. PO BOX 9020895 SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27057 | $ 66,690.78 |

Base para: El reclamante parece invocar, conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del(de los) bono(s) en cuestión y/o la información CUSIP, inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico y/o el ERS. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado y/o el ERS no son responsables porque el reclamante no es «acreedor» del Estado Libre Asociado y/o del ERS y carece de legitimidad para formular este reclamo derivativo y deficiente.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Ducentésima Nonagésima Segunda Objeción Global
Anexo A: Titulares de bonos sin responsabilidad + deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | SURIA HERNANDEZ, CARMEN DELIA RESIDENCIAS FACULTAD UPR MD 1 SAN JUAN, PR 00923 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27080 | $ 250,000.00* |

Base para: El reclamante parece invocar, conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del(de los) bono(s) en cuestión y/o la información CUSIP, inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en uno o más bonos emitidos por el Estado Libre Asociado de Puerto Rico y/o el ERS. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado y/o el ERS no son responsables porque el reclamante no es «acreedor» del Estado Libre Asociado y/o del ERS y carece de legitimidad para formular este reclamo derivativo y deficiente. Otra porción resulta deficiente porque el monto total reclamado es mayor que los montos que surge de la documentación de respaldo.

| | | |
|---|---|---|
| | TOTAL | $ 554,412.55* |

* Indica que la reclamación contiene montos por liquidar o indeterminados