Case:17-03283-LTS Doc#:15723-1 Filed:01/22/21 Entered:01/22/21 22:32:04 Desc:
Exhibit Exhibit A Schedule of Claims Page 1 of 2

# **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Ninety-Sixth Omnibus Objection**

## Two Hundred and Ninety-Sixth Omnibus Objection
### Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AMERICAN MODERN HOME INSURANCE COMPANY<br>STEVE MACKIE<br>CHIEF COMPLIANCE & ETHICS OFFICER<br>7000 MIDLAND BLVD.<br>AMELIA, OH 45102 | 4/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6790 | $ 1,039,275.20 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Public Finance Corporation, that is not a Title III Debtor. | | | | | |
| 2 | GARDELLA, STEPHEN & ROSE<br>680 SHERIDAN WOODS DR<br>MELBOURNE, FL 32904-3302 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17727 | $ 10,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interest in note(s) that are already matured, for which bondholders have received their payments in full. | | | | | |
| 3 | JOSE L. FIGUEROA CASAS AND CONNIE A. MARTIN<br>PO BOX 10175<br>SAN JUAN, PR 00922 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 40534 | $ 100,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interest in note(s) that have been refunded and the bondholders have received their payments in full. | | | | | |
| 4 | THE TRAVELERS INDEMNITY COMPANY AND CERTAIN OF ITS AFFILIATES<br>TRAVELERS<br>MARY C. DUFFY BOARDMAN<br>1 TOWER SQUARE, 0000-08MSA<br>HARTFORD, CT 06183 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28347 | $ 33,000,000.00* |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Public Finance Corporation, that is not a Title III Debtor. | | | | | |
| 5 | THE TRAVELERS INDEMNITY COMPANY AND CERTAIN OF ITS AFFILIATES<br>MARY C. DUFFY BOARDMAN<br>TRAVELERS<br>1 TOWER SQUARE, 0000-08MSA<br>HARTFORD, CT 06183 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26402 | $ 9,759,000.00* |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Public Finance Corporation, that is not a Title III Debtor and because said note(s) are already matured, for which bondholders have received their payments in full. | | | | | |
| | | | | | TOTAL | $ 43,908,275.20* |

\* Indicates claim contains unliquidated and/or undetermined amounts