## **ANEXO A**

**Relación de reclamaciones objeto de la Ducentésima nonagésima sexta objeción global**

Ducentésima Nonagésima Sexta Objeción Global
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | AMERICAN MODERN HOME INSURANCE COMPANY<br>STEVE MACKIE<br>CHIEF COMPLIANCE & ETHICS OFFICER<br>7000 MIDLAND BLVD.<br>AMELIA, OH 45102 | 4/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6790 | $ 1,039,275.20 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no constituyen deuda del Estado Libre Asociado y están asociadas a una entidad, la Corporación de Finanzas Públicas de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 2 | GARDELLA, STEPHEN & ROSE<br>680 SHERIDAN WOODS DR<br>MELBOURNE, FL 32904-3302 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17727 | $ 10,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones ya vencidas y cuyos pagos los titulares de los bonos han recibido en su totalidad. | | | | | |
| 3 | JOSE L. FIGUEROA CASAS AND CONNIE A. MARTIN<br>PO BOX 10175<br>SAN JUAN, PR 00922 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 40534 | $ 100,000.00 |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que se han refinanciado y cuyos pagos los titulares de los bonos han recibido en su totalidad. | | | | | |
| 4 | THE TRAVELERS INDEMNITY COMPANY AND CERTAIN OF ITS AFFILIATES<br>TRAVELERS<br>MARY C. DUFFY BOARDMAN<br>1 TOWER SQUARE, 0000-08MSA<br>HARTFORD, CT 06183 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28347 | $ 33,000,000.00* |
| | Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no constituyen deuda del Estado Libre Asociado y están asociadas a una entidad, la Corporación de Finanzas Públicas de Puerto Rico, que no es un Deudor al amparo del Título III. | | | | | |
| 5 | THE TRAVELERS INDEMNITY COMPANY AND CERTAIN OF ITS AFFILIATES<br>MARY C. DUFFY BOARDMAN<br>TRAVELERS<br>1 TOWER SQUARE, 0000-08MSA<br>HARTFORD, CT 06183 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26402 | $ 9,759,000.00* |
| | Base para: La Evidencia de reclamo pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no constituyen una deuda del Estado Libre Asociado y están asociados a una entidad, la Corporación de Finanzas Públicas de Puerto Rico, que no es un Deudor al amparo del Título III, y porque dichas obligaciones ya han vencido y se le han pagado en su totalidad a los titulares de los bonos. | | | | | |
| | | | | | TOTAL | $ 43,908,275.20* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados