**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br>No. 17 BK 3567-LTS |

**LIMITED OBJECTION OF AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., FINANCIAL GUARANTY INSURANCE COMPANY, AND NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION TO URGENT MOTION FOR ENTRY OF AN ORDER APPROVING THIRD AMENDED STIPULATION AND CONSENT ORDER REGARDING THE TOLLING OF STATUTE OF LIMITATIONS (ECF NO. 15633)**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pursuant to the Court's scheduling order (ECF No. 15654), Ambac Assurance Corporation ("Ambac"), Assured Guaranty Corp., Assured Guaranty Municipal Corp. (together, "Assured"), Financial Guaranty Insurance Company ("FGIC"), and National Public Finance Guarantee Corporation ("National") (collectively, the "Monolines") respectfully submit this Limited Objection to the *Urgent Motion for Entry of an Order Approving Third Amended Stipulation and Consent Order Between Title III Debtors (Other Than COFINA) and the Puerto Rico Fiscal Agency and Financial Advisory Authority Acting on Behalf of the Governmental Entities Listed on Exhibit "B" Regarding the Tolling of Statute of Limitations* (ECF No. 15633, "Urgent Motion").[2]

1.      The Urgent Motion requests the Court's approval of a "Third Amended Stipulation," attached as Exhibit A to the Urgent Motion, that would broadly toll the statute of limitations applicable to a host of potential avoidance actions regarding transfers among the Commonwealth, HTA, ERS, PREPA, and more than four dozen other government entities (the "Proposed Tolling Stipulation").

2.      Although the Monolines do not object to extending the statute of limitations for the avoidance actions that are covered by the Proposed Tolling Stipulation, they *do* object to the fact that the Proposed Tolling Stipulation continues to *explicitly carve out* certain avoidance actions that would vindicate HTA's rights to Excise Taxes wrongfully transferred to the Commonwealth (the "HTA Avoidance Actions").[3]  The statutes of limitations for certain HTA Avoidance Actions had been previously extended by another tolling stipulation entered on January 8, 2020 as ECF No. 9722 (the "HTA Tolling Stipulation").   Now, however, as with the Second Amended

---

[2] All capitalized terms not defined herein shall have the meanings ascribed to them in  the Urgent Motion.

[3] For the avoidance of doubt, the limitations period for claims arising under Section 549 of the Bankruptcy Code is "the earlier of  . . . (1) two years after the date of the transfer sought to be avoided ; or (2) the time the case is closed."  11 U.S.C. § 549(d).  No tolling is required with respect to any claims under Section 549 with respect to which the limitations period has not yet expired, including any claims under Section 549 that may continue to arise in the future.

Stipulation (ECF No. 13997) (as defined in the Urgent Motion), the new Proposed Tolling

Stipulation unfairly singles out and *excludes* the claims that had been previously covered by the

HTA Tolling Stipulation.

3.      The Court should reject this narrow carve-out that seeks to impair at least some of

HTA's claims.  The Monolines reiterate and incorporate by reference the reasons already set forth

in the Monolines' July 23, 2020 reply brief in support of their request for bridge relief.  *See* ECF

No. 13814 (the "Monolines' Reply").  As discussed in the Monolines' Reply, it is critical that all

HTA Avoidance Actions be preserved, by one means or another, pending a final determination of

HTA's property interests in the Excise Taxes—an issue that is currently being litigated and will

directly affect the merits of the HTA Avoidance Actions.  While the Monolines recognize that the

Court previously entered an Order (over similar limited objections by the Monolines) approving

the Second Amended Stipulation (ECF No. 13997), the Monolines respectfully re-affirm their

positions here in view of the importance and substantive nature of these issues, which continue to

be litigated on appeal.  Accordingly, the Monolines assert that all HTA Avoidance Actions should

have been included, both here and in ECF No. 13997, among the many other claims that are already

being preserved by the parties' agreements.  The Monolines also believe that, in light of their

previous and continuing efforts to preserve the HTA Avoidance Actions, the limitations periods

for those actions have been and remain equitably tolled.  The Monolines reserve all rights in

connection with the HTA Avoidance Actions.

4.      The Monolines also note that under the specific terms of the Second Amended

Stipulation, the Parties to such Stipulation had the right to extend the tolling period set forth therein

"upon thirty (30) days' prior written notice and service of such notice upon the Court and counsel

for the Creditors' Committee" (ECF 13997, ¶ 2).  The Urgent Motion was submitted to the Court

on January 15, 2021.

## CONCLUSION

5.      For the reasons set forth herein, the Monolines continue to assert that the interests
of justice require tolling the limitations period for the HTA Avoidance Actions.  The Court should
require modification of the Proposed Tolling Stipulation (as well as the Second Amended
Stipulation) accordingly.

Dated: January 25, 2021
New York, New York

CASELLAS ALCOVER & BURGOS P.S.C.          CADWALADER, WICKERSHAM & TAFT LLP

By:/s/ *Heriberto Burgos Pérez*          By:/s/ *Howard R. Hawkins, Jr.*
    Heriberto Burgos Pérez                        Howard R. Hawkins, Jr.*
    USDC-PR 204809                               Mark C. Ellenberg*
    Ricardo F. Casellas-Sánchez                   William J. Natbony*
    USDC-PR 203114                               Thomas J. Curtin*
    Diana Pérez-Seda                              Casey J. Servais*
    USDC-PR 232014                               200 Liberty Street
    P.O. Box 364924                              New York, NY 10281
    San Juan, PR 00936-4924                       Telephone: (212) 504-6000
    Telephone: (787) 756-1400                     Facsimile: (212) 504-6666
    Facsimile: (787) 756-1401                     Email: howard.hawkins@cwt.com
    Email: hburgos@cabprlaw.com                        mark.ellenberg@cwt.com
        rcasellas@cabprlaw.com                        bill.natbony@cwt.com
        dperez@cabprlaw.com                           thomas.curtin@cwt.com
                casey.servais@cwt.com

*Attorneys for Assured Guaranty Corp.*
*and Assured Guaranty Municipal Corp.*          * Admitted *pro hac vice*

                                      *Attorneys for Assured Guaranty Corp. and*
                                      *Assured Guaranty Municipal Corp.*

5

ADSUAR MUNIZ GOYCO
SEDA & PEREZ-OCHOA PSC

WEIL, GOTSHAL & MANGES LLP


By:/s/ Eric Perez-Ochoa
    Eric Pérez-Ochoa
    USDC-PR No. 206314
    E-mail:    epo@amgprlaw.com


By:/s/Luis A. Oliver-Fraticelli
    Luis A. Oliver-Fraticelli
    USDC-PR NO. 209204
    E-mail:    loliver@amgprlaw.com

    208 Ponce de Leon Ave., Suite 1600
    San Juan, PR 00936
    Tel.:    (787) 756-9000
    Fax:    (787) 756-9010

*Attorneys for National Public Finance
Guarantee Corp.*

By:/s/ Robert Berezin
    Jonathan Polkes*
    Gregory Silbert*
    Robert Berezin*
    Kelly Diblasi*
    Gabriel A. Morgan*
    767 Fifth Avenue
    New York, New York 10153
    Tel.:    (212) 310-8000
    Fax:    (212) 310-8007
    Email:    jonathan.polkes@weil.com
                gregory.silbert@weil.com
                robert.berezin@weil.com
                kelly.diblasi@weil.com
                gabriel.morgan@weil.com

\* admitted *pro hac vice*

*Attorneys for National Public Finance
Guarantee Corp.*

FERRAIUOLI LLC

By:/s/ Roberto Cámara-Fuertes
    ROBERTO CÁMARA-FUERTES
    USDC-PR NO. 219002
    E-mail:    rcamara@ferraiuoli.com


By:/s/ Sonia Colón
    SONIA COLÓN
    USDC-PR NO. 213809
    E-mail:    scolon@ferraiuoli.com

    221 Ponce de Leon Ave., 5th Floor
    San Juan, PR 00917
    Tel.:    (787) 766-7000
    Fax:    (787) 766-7001

*Counsel for Ambac Assurance Corporation*

MILBANK LLP

By:/s/ Atara Miller
    DENNIS F. DUNNE*
    ATARA MILLER*
    GRANT R. MAINLAND*
    JOHN J. HUGHES*
    55 Hudson Yards
    New York, New York 10001
    Tel.:    (212) 530-5000
    Fax:    (212) 530-5219
    Email:    ddunne@milbank.com
        amiller@milbank.com
        gmainland@milbank.com
        jhughes2@milbank.com

*admitted pro hac vice*

*Counsel for Ambac Assurance Corporation*

7

ARENT FOX LLP


By:/s/ *David L. Dubrow*
    DAVID L. DUBROW*
    MARK A. ANGELOV*
    1301 Avenue of the Americas
    New York, New York 10019
    Tel.:      (212) 484-3900
    Fax:      (212) 484-3990
    Email:    david.dubrow@arentfox.com
              mark.angelov@arentfox.com


By:/s/ Randall *A. Brater*
    RANDALL A. BRATER*
    1717 K Street, NW
    Washington, DC 20006
    Tel.:      (202) 857-6000
    Fax:      (202) 857-6395
    Email:    randall.brater@arentfox.com

*admitted *pro hac vice*

*Counsel for Ambac Assurance Corporation*

8

REXACH & PICÓ, CSP

BUTLER SNOW LLP


By:/s/ María *E. Picó*
    María E. Picó
    USDC-PR 123214
    802 Ave. Fernández Juncos
    San Juan PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    E-mail: mpico@rexachpico.com

*Attorneys for Financial Guaranty Insurance Company*

By:*/s/ Martin A. Sosland*
    Martin A. Sosland (pro hac vice)
    2911 Turtle Creek Blvd., Suite 1400
    Dallas, TX 75219
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    E-mail: martin.sosland@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the District of Puerto Rico by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

New York, New York
January 25, 2021

By: /s/ Howard R. Hawkins, Jr.
    Howard R. Hawkins, Jr.*
    * Admitted *pro hac vice*