Réplica

**(i) Datos de contacto:**
Nombre: María Del Carmen Reyes Nieves
Dirección: Urb. Palacios de Marbella C/ Cristóbal Colón #1118 Toa Alta Puerto Rico 00953
Teléfono: 787-923-5229
correo electrónico: mry037@yahoo.com

**(ii) Epígrafe**
Comisión Apelativa del Servicio Publico
(Asunto Aumento de salario mínimo OE Roselló)
Numero de caso: AQ 17-0176

Objeción Global
PROMESA
Titulo III
MMLID: 435296
EPOC ID: 170328301028024

*RECEIVED & FILED CLERK'S OFFICE JAN 26 2021 US DISTRICT COURT SAN JUAN, PR*

**(iii) Motivo para oponerse a la Objeción global**
Se solicita que el Tribunal no declare ha lugar a la Objeción global, porque existe un procedimiento legal por el ajuste de salario desde hace mas de 15 años.

**(iv) Documentación justificativa**
Comisión Apelativa del Servicio Publico
(Asunto Aumento de salario mínimo OE Roselló)
Numero de caso: AQ 17-0176

Fecha: 27 de marzo de 2020

_____
Maria Del Carmen Reyes Nieves

18 de enero de 2021

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos

Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
A/A: Martin J. Bienestock
Brian S. Rosen

Abogado del Comité de Acreedores (Counsel for the Creditor' Comittee)
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

Commonwealth of Puerto Rico Claims Processing Center
c/o Prime Clerk LLC

Envío nuevamente las réplicas de marzo de 2020, porque mi nombre continúa en el Anexo A: Defectuosas.

Cordialmente,

María Del Carmen Reyes Nieves

Sra. María del Carmen Reyes
Urb. Palacios de Marbella
C/ Cristóbal Colón #1118
Toa Alta P.R. 00953

SAN JUAN PR 009
21 JAN 2021 PM 1 L

RECEIVED & FILED
2021 JAN 26 PM 12:29
CLERK'S OFFICE
U.S. DIST PR
SAN J

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767