Réplica

**(i) Datos de contacto:**
Nombre: María Del Carmen Reyes Nieves
Dirección: Urb. Palacios de Marbella C/ Cristóbal Colón #1118 Toa Alta Puerto Rico 00953
Teléfono: 787-923-5229
correo electrónico: mry037@yahoo.com

**(ii) Epígrafe**
Certificación de balances de aportaciones estimadas
Numero de certificación: ASR2020032747931634
Objeción Global
PROMESA
Titulo III
No. 17 BK 03566-LTS

**(iii) Motivo para oponerse a la Objeción global**
Se solicita que el Tribunal no declare ha lugar a la Objeción global, porque en el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (ASR) poseo la aportación de $48,105.50.

**(iv) Documentación justificativa**
Certificación de balances de aportaciones estimadas
Numero de certificación: ASR2020032747931634

Fecha: 27 de marzo de 2020

_____
María Del Carmen Reyes Nieves

[Stamp: RECEIVED & FILED CLERK'S OFFICE JAN 26 2021 US DISTRICT COURT SAN JUAN, PR]

GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: MARIA REYES NIEVES**  Seguro Social: XXX-XX-0219
URB. PALACIOS DE MARBELLA
1118 C/CRISTOBAL COLON
BAYAMON, PR 00953

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE FAMILIAS Y NIÑOS |
| Años de Servicio: | 21 |
| Balance de Aportaciones: | $48,105.50 |

Esta certificación fue emitida el 27 de marzo de 2020.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2020032747931634

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 · www.retiro.pr.gov

SAN JUAN PR 009

21 JAN 2021 PM 1 L

Sra. María del Carmen Reyes
Urb. Paluarios de Marbella
C/ Cristóbal Colón #1118
Toa Alta P.R. 00953

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

2021 JAN 26 PM 12: 29

RECEIVED & FILED