UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**STATUS REPORT OF THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY REGARDING THE GOVERNMENT OF PUERTO RICO'S RECENT ACTIVITIES, ADMINISTRATION TRANSITION AND RESPONSE TO THE ONGOING COVID-19 PANDEMIC**

To the Honorable United States District Judge Laura Taylor Swain:

    The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), through its undersigned counsel, submits this status report on behalf of the Government of the Commonwealth of Puerto Rico (the "Government") in response to the Court's Order Regarding Procedures for the January 27-28, 2021 Omnibus Hearing [ECF No. 15653] and states as follows:

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

**PRELIMINARY STATEMENT**

Since AAFAF's last update to the Court on December 8, 2020, a transition between former Governor Wanda Vazquez Garced's administration and Governor Pedro Pierluisi has been completed. The Government's top priority continues to be safeguarding public health and safety, ensuring the provision of public services (including health services), addressing rising unemployment, and economic distress and stimulating economic activity. As detailed below, Governor Pierluisi is already tackling the significant public health, safety and economic challenges facing Puerto Rico.

Most significantly, the Department of Health is providing COVID-19 vaccines to residents throughout Puerto Rico. As of January 25, 2021, Puerto Rico had received 352,050 vaccine doses and administered 209,396 doses. *Puerto Rico currently ranks sixth in the world in vaccinations per 100 residents* - and is committed to building on its early success. The Government has also developed and implemented plans to provide COVID-19 tests in remote or difficult-to-access areas, so that all residents have access to tests. Governor Pierluisi has also issued a series of executive orders aimed at curtailing the spread of COVID-19 while allowing businesses to operate and economic activity to continue.

The Government also continues combatting the negative economic impact of COVID-19. Puerto Rico had approximately 1,627 new unemployment claims for the week ending January 14, 2021, bringing the total new unemployment claims in Puerto Rico to over 391,000 since the week ending March 21, 2020.[2] To address the economic impact of COVID-19, the Government is implementing and distributing aid to individuals, businesses and municipalities, coordinating with

---

[2] See Puerto Rico Department of Labor, https://www.dol.gov/ui/data.pdf.

the federal government on aid and regulations, and easing some of the economic restrictions imposed by previous executive orders, among other actions detailed below.

**I.** **Status of Administration Transition and Government Plan**

1. Puerto Rico held general elections on November 3, 2020, to elect the Governor, the Resident Commissioner, members of the Puerto Rico Senate and House of Representatives, mayors and municipal assembly representatives. Former Resident Commissioner and Attorney General Pedro Pierluisi, of the New Progressive Party ("NPP), was declared the winner of the gubernatorial race. Current Resident Commissioner, Jennifer Gonzalez of the NPP, was reelected as Resident Commissioner. On January 2, 2021, Mr. Pierlusi was sworn in as Puerto Rico's governor.

2. As required by Act 197-2002 (1 L.P.R.A. §458-§477), known as the "Government Transition Process Act", Governor Pierluisi's incoming transition committee held public hearings with most government agencies and public corporations to discuss the detailed transition reports which were submitted to the new administration. Information regarding the transition, including the agencies' transition reports is available at http://www.transicion2020.pr.gov/Pages/default.aspx.

3. As of today, Governor Pierluisi has appointed a majority of the cabinet members and the executive directors of the public corporations. As previously noted, Omar Marrero Díaz, will remain as executive director of AAFAF and the Secretary of the Department of Treasury, Francisco Parés, will continue leading the Department of Treasury. Since the last report, Governor Pierluisi has also announced that the following individuals will continue in their current positions: Luis Collazo (Administrator of the Employee Retirement System of the Commonwealth of Puerto Rico and Executive Director of the Retirement Board of the Government of Puerto Rico); Fermín

3

Fontanés (Executive Director of the Puerto Rico Public Private Authority); Efran Paredes (Executive Director of the Puerto Rico Electric Power Authority); Doriel Pagán (Executive Director of the Puerto Aqueduct and Sewer Authority); and Joel A. Pizá (Executive Director of Puerto Rico Ports Authority). Maintaining continuity in these critical positions helps facilitate a seamless transition.

4. As Governor Pierluisi stated in his inaugural speech, his administration will focus on overcoming the challenges, including the social and economic impacts, caused by the COVID-19 pandemic, Hurricanes Irma and Maria and the earthquakes and set Puerto Rico on the path of reconstruction and economic progress. Among Governor's Pierluisi's main priorities are the following:

- Combatting the economic and health crisis, advancing the resolution of the title III proceeding of the Commonwealth of Puerto Rico, attracting investment, and creating a business environment that helps attract and grow businesses.

- Accelerating the reconstruction of the island and speeding up critical projects to restore schools, renovate infrastructure, modernize the electrical system, and provide housing.

- Prioritizing education, schools and special needs children, and supporting teachers and the University of Puerto Rico.

- Developing a plan to ensure that that everyone in Puerto Rico has access to adequate health services.

- Combatting crime, violence and corruption which impedes economic growth in the island.

5. To that end, Governor Pierluisi and members of his cabinet are actively coordinating with the Biden Administration to discuss the needs and priorities of Puerto Rico, and develop strategies to address the same, including potential measures to attract investment and private capital to the island, and to identify additional federal funds and programs to stimulate the

4

economy. Further, Governor Pierluisi has also requested that the Biden Administration lift certain restrictions imposed by the prior president to facilitate further access to Community Development Block Grant Disaster Recovery funds, which is a federal grant program from the Department of Housing and Urban Development.

**II.    Executive Orders to Combat COVID-19 and Stimulate the Economy**

6.     On January 2, 2021, Governor Pierluisi signed Executive Order 2021-001 ("Executive Order 1"), which ordered the Department of Health to develop a strategic plan and a program for massive COVID-19 testing throughout Puerto Rico. Executive Order 1 emphasizes testing in remote or difficult-to-access areas, so that all Puerto Ricans have access to COVID-19 tests. To that end, the Department of Health has held several events for massive testing in certain municipalities, including Vieques, Coamo, Juana Diaz and Toa Abaja. Further, on January 8, 2021, the Department of Health held an event providing free antigen tests to students and employees of the University of Puerto Rico. The Department of Health will continue with these mass testing events.

7.     That same day, on January 2, 2021, Governor Pierluisi also signed Executive Order 2021-003 ("Executive Order 3"), which declared a continued fiscal emergency in Puerto Rico, and ordered agencies and public corporations to reduce costs by refraining from creating new job positions, reducing political appointment positions by 20%, limiting travel outside of Puerto Rico, reducing third party contracting, among other measures.

8.     On January 5, 2021, Governor Pierluisi signed Executive Order 2021-010 ("Executive Order 10") to, among other matters, modify the curfew established in previous Executive Orders (detailed in the December status report) and ease certain commercial and

5

recreational restrictions. Executive Order 10 will be in effect from January 8, 2021 until February 7, 2021. Among the new changes to commercial activities are the following:

- Mandatory curfew in effect from 11:00 p.m. until 5:00 a.m. and businesses that are allowed to operate must close by 10:00 p.m.

- Restaurants may open their dining rooms Monday through Sunday until 10:00pm at 30% of their maximum capacity, maintaining a six feet distance between diners. Outdoor areas in restaurants may operate at their full capacity.

- Drive-thru, carry-out, or delivery services of food services are allowed Monday through Sunday until 11:00pm.

- Bars, nightclubs, and other similar establishments which engage primarily in the sale of alcoholic beverages for consumption must remain closed.

- Beaches are opened but visitors must maintain a 10-feet distance and consumption of alcohol is prohibited.

- Common areas in housing complexes, such as pools, parks and gyms, may open at a 30% maximum capacity.

9. Governor Pierluisi will continue to work closely with experts from various sectors to monitor the spread of the virus in order to adopt or modify any necessary restriction that may be required on a timely basis.

10. On January 8, 2021, Governor Pierluisi signed Executive Order 2021-011 ("Executive Order 11"), which declared that any reconstruction project which is necessary due to damages from Hurricanes Irma and Maria or earthquakes will be considered a critical project that should be treated with agility and urgency. To that end, Executive Order 11 created a Council for Reconstruction (the "Council") which will identify and recommend critical reconstruction projects, and determine their respective priority. Executive Order 11 orders the Council to prioritize projects to rebuild houses damaged by the hurricanes and earthquakes, projects to rebuild and modernize the electric and sewer system and projects to rebuild public schools.

**III.    Update on Funding Related to COVID-19 and Disaster Relief Funds**

    **A.  Federal Funding Under the Coronavirus Relief Fund**

11.  As of January 22, 2021, the Government has disbursed approximately $1.6 billion of the $2.2 billion it has received under the Coronavirus Aid, Relief, and Economic Security ("CARES") Act and Coronavirus Relief Fund ("CRF").  AAFAF has published a report detailing the use of these funds and the disbursements made as of January 22, 2021 which is available at https://www.aafaf.pr.gov/wp-content/uploads/crf-strat-disbmt-plan-fund-rep-1-22-2021.pdf.

12.  On December 27, 2020, President Trump signed the Consolidated Appropriations Act of 2021 (the "Appropriations Act") into law, which provides an additional $900 billion stimulus relief for the COVID-19 pandemic in the United States, including the territories.  Importantly, the Appropriations Act extended the deadline by which the CARES Act and CRF funds must be spent through December 31, 2021.  Moreover, the Appropriations Act provides another round of direct payments to individuals, enhanced unemployment benefits, education funding, and aid to sectors affected by the economic impact of the pandemic.

13.  Among the stimulus, the Appropriations Act provides a direct economic relief via stimulus checks of $600 for individuals making up to $75,000 per year, $1,200 for couples making up to $150,000, and an extra $600 for dependent children that are under 17 years old.[3]  The Department of Treasury estimates that approximately 2.8 million residents will benefit from this

---

[3]   See   https://www.ncsl.org/ncsl-in-dc/publications-and-resources/covid-19-economic-relief-bill-stimulus.aspx

program. As of January 22, 2021, the Department of Treasury has disbursed $760 million to approximately 800,000 families.[4]

### B. Update on Disbursements Under the Emergency Measure Support Package

14. With regards to the COVID-19 Emergency Measure Support Package detailed in the previous reports, as of January 22, 2021, the Government has disbursed $477 million dollars out of the $787 million approved in the package. AAFAF has published a report detailing the use of these funds and the disbursements made during the current fiscal year, which is available at https://www.aafaf.pr.gov/wp-content/uploads/covid-19-emer-meas-sup-pack-rep-1-22-2021.pdf..

### C. Update on Disaster Relief Funds [5]

15. The Government continues to coordinate relief and funding efforts to address the natural disasters that have affected Puerto Rico in recent years, including the continued recovery following Hurricanes Irma and Maria and the earthquakes that impacted (and continue to impact) the southern and southwestern part of Puerto Rico.

16. As of January 11, 2021, approximately $67 billion has been appropriated by the United States Congress to Puerto Rico for disaster relief and recovery efforts. Of this amount, approximately $43.2 billion has been committed by federal agencies for distribution and $18 billion has been disbursed. Of the amounts obligated and disbursed, FEMA has approved approximately $33.8 billion and disbursed approximately $14.2 billion of the total amounts detailed above. The use of these funds is detailed by the Government on the COR3 website and can be accessed at: https://recovery.pr/en.

---

[4] See http://www.hacienda.gobierno.pr/sobre-hacienda/sala-de-prensa-virtual/comunicados-de-prensa/gobernador-pierluisi-anuncia-la-aprobacion-del-plan-de-distribucion-del-segundo-pago-de-impacto-economico-de-600-y-los-primeros-desembolsos

[5] The data and information provided herein has been obtained by AAFAF directly from the Central Office of Recovery, Reconstruction and Resiliency (COR3).

IV. **Additional Specific Efforts to Combat the COVID-19 Pandemic**[6]

A. **Department of Health**

17. The Department of Health continues to focus its efforts on tracking and combating the COVID-19 crisis. As detailed in the previous reports, the Department of Health maintains a "dashboard", through which it provides daily updates on the COVID-19 crisis.[7] As of January 26, 2021:

- Puerto Rico had 85,551 confirmed cases, 6,518 probable cases, and 1,783 deaths.

- Over 397,000 serological and molecular COVID-19 tests have been performed.[8]

- 1,363 ventilators are in stock and available to be used in Puerto Rico, of which 315 are in use at this time. Of these, 32 are pediatric ventilators.

- 312 patients are currently hospitalized due to COVID-19 of whom 54 are in intensive care, and 43 are using ventilators.

- 3,834 adult beds and 397 pediatric beds are currently in use out of a total 6,826 and 1,308 hospital beds, respectively.

18. As of January 25, 2021, Puerto Rico had received over 352,000 doses of the Pfizer and Moderna COVID-19 vaccines, and expects to continue to receive shipments. The Department of Health, in coordination with the Puerto Rico National Guard, has developed an effective and comprehensive COVID-19 vaccination and distribution plan, which has been commended by the international press. According to the Financial Times, Puerto Rico is currently ranked sixth in the world in number of vaccination doses administered per 100 residents.[9] To date, Puerto Rico has administered 209,396 doses of the COVID-19 vaccine.

---

[6] The data and information provided herein has been obtained by AAFAF directly from the Department of Health.

[7] See https://bioseguridad.maps.arcgis.com/apps/opsdashboard/index.html#/3bfb64c9a91944bc8c41edd8ff27e6df.

[8] See https://coronavirus.jhu.edu/region/us/puerto-rico
[9] See https://www.ft.com/content/a2901ce8-5eb7-4633-b89c-cbdf5b386938

9

19. The administration of the COVID 19 vaccine has been and will continue to be carried out in phases. Following the Centers for Disease Control and Prevention guidelines and recommendations, the Department of Health has identified priority groups for the administration of the vaccine. The initial phases for the distribution, which could last approximately twenty weeks, are detailed below:[10]

- Phase 1(A) – Doctors, nurses, health professionals, senior citizens and employees in nursing homes.
- Phase 1(B) – Persons aged 65 years old and older, first responders such as police officers and firefighters and educational system employees, among others.
- Phase 1 (C) – Persons aged 16 years old and older who have an underlying chronic condition, prisoners, priests, restaurant employees, and other essential workers, such as employees of PREPA and PRASA.

20. With respect to public education, on January 18, 2021, the Department of Health and the Puerto Rico National Guard established three centers to administer vaccines to teachers and other personnel of the Department of Education.

(signature page follows)

---

[10] See https://www.vacunatepr.com/fases-vacunacion-covid-19

Dated: January 26, 2021
San Juan, Puerto Rico

Respectfully submitted,

| **O'MELVENY & MYERS LLP** | **MARINI PIETRANTONI MUÑIZ LLC** |
|---|---|
| */s/ Peter Friedman* | */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Nancy A. Mitchell | USDC No. 222301 |
| Maria J. DiConza | Carolina Velaz-Rivero |
| 7 Times Square | USDC No. 300913 |
| New York, NY 10036 | 250 Ponce de León Ave., Suite 900 |
| Telephone: (212) 326-2000 | San Juan, Puerto Rico 00918 |
| Facsimile: (212) 326-2061 | Tel: (787) 705-2171 |
| Email: jrapisardi@omm.com | Fax: (787) 936-7494 |
| nmitchell@omm.com | lmarini@mpmlawpr.com |
| mdiconza@omm.com | cvelaz@mpmlawpr.com |

-and-                                              *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

Peter Friedman
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: pfriedman@omm.com

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*