**Presentment Date**: February 3, 2021
**Objection Deadline**: February 2, 2021 at 4:00 p.m. (AST)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and ERS.** |

### NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING THE TWO HUNDRED SEVENTY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO SATISFIED CLAIMS (ECF NO. 15420)

**PLEASE TAKE NOTICE** that, on January 26, 2021, the Commonwealth of Puerto Rico (the "Commonwealth") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Board"), as sole Title III representative of the Debtors pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] hereby submit a *Notice of Presentment of Proposed Order Granting the Two Hundred Seventy-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims* (the "Notice").

**PLEASE TAKE FURTHER NOTICE** that, on December 11, 2020, the Debtors, by and through the Oversight Board, filed the *Two Hundred Seventy-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims* [ECF No. 15420] (the "Two Hundred Seventy-Seventh Omnibus Objection").

**PLEASE TAKE FURTHER NOTICE** that the Two Hundred Seventy-Seventh Omnibus Objection is scheduled for hearing on January 27, 2021.

**PLEASE TAKE FURTHER NOTICE** that any party against whom the Two Hundred Seventy-Seventh Omnibus Objection was served, or any other party to the Debtors' Title III cases who objected to the relief sought therein, was required to file and serve a response to the Two Hundred Seventy-Seventh Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by 4:00 p.m. (Atlantic Time) on January 13, 2021 (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that, as set forth in Exhibit C to the Two Hundred Seventy-Seventh Omnibus Objection, if no response was filed by the Response Deadline, the Two Hundred Seventy-Seventh Omnibus Objection "will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy;

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

or (3) in the opinion of the court, the interest of justice requires otherwise." Ex. C to Two Hundred Seventy-Seventh Omnibus Objection, ECF No. 15420-4, at 3.

**PLEASE TAKE FURTHER NOTICE** that, according to this Court's *Thirteenth Amended Case Management Procedures* [ECF No. 13512-1]) (the "Case Management Procedures"), the Court may enter an order granting a request for relief without a hearing upon receipt of a certificate of no objection ("CNO", as defined by the Case Management Procedures). *See* Case Management Procedures, Section III, paragraph P.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Case Management Procedures, the undersigned hereby certifies that this Notice is filed not less than forty-eight (48) hours after the expiration of the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby certifies that counsel for the Oversight Board has reviewed, not less than forty-eight (48) hours after expiration of the Response Deadline, (*i*) the docket in the above-captioned case, (*ii*) mailings received by Prime Clerk ("Prime Clerk"), (*iii*) mailings received by the Oversight Board, and (*iv*) mailings received by counsel for the Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico (the "UCC") (collectively, the "Responses") and, to the best of the undersigned's knowledge, no applicable objection, responsive pleading, or request for a hearing with respect to the Two Hundred Seventy-Seventh Omnibus Objection has been submitted.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a proposed order (the "Proposed Order") granting the relief requested in the Two Hundred Seventy-Seventh Omnibus Objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph III.H of the Case Management Procedures, "the presentment of a proposed order for administrative relief must be

3

filed and served at least seven (7) calendar days before the presentment date, and Objections thereto must be filed and served at least one (1) calendar day before the presentment date," and accordingly, unless a written objection to the Proposed Order is filed with the Court **by 4:00 p.m. (Atlantic Time) on February 2, 2021**, the relief requested in the Two Hundred Seventy-Seventh Omnibus Objection shall be deemed unopposed, and the Proposed Order may be entered without a further hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

[*Remainder of Page Intentionally Left Blank*]

<table>
<tr><td>Dated: January 26, 2021<br>San Juan, Puerto Rico</td><td>Respectfully submitted,<br><br>/s/ *Hermann D. Bauer*<br>Hermann D. Bauer<br>USDC No. 215205<br>Carla García-Benítez<br>USDC No. 203708<br>Daniel J. Perez-Refojos<br>USDC No. 303909<br>Gabriel A. Miranda<br>USDC No. 306704<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>/s/ *Martin J. Bienenstock*<br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico and the Employees Retirement System for the Government of the Commonwealth of Puerto Rico*</td></tr>
</table>

5

## Exhibit A

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and ERS.** |

### ORDER GRANTING TWO HUNDRED SEVENTY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO SATISFIED CLAIMS

Upon the *Two Hundred Seventy-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims* [ECF No. 15420] (the "Two Hundred Seventy-Seventh Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth")

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Two Hundred Seventy-Seventh Omnibus Objection.

1

and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), dated December 11, 2020, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth or ERS, as more fully set forth in the Two Hundred Seventy-Seventh Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Two Hundred Seventy-Seventh Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Two Hundred Seventy-Seventh Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A to the Two Hundred Seventy-Seventh Omnibus Objection (collectively, the "Satisfied Claims") having been found to be fully satisfied; and the Court having determined that the relief sought in the Two Hundred Seventy-Seventh Omnibus Objection is in the best interests of the Commonwealth, ERS, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Two Hundred Seventy-Seventh Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Two Hundred Seventy-Seventh Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Two Hundred Seventy-Seventh Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Satisfied Claims are hereby disallowed in their entirety; and it is further

2

ORDERED that Prime Clerk, LLC, is authorized and directed to designate the Satisfied Claims as expunged in the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 15420 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

**EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Seventy-Seventh Omnibus Objection**

Case:17-03283-LTS Doc#:15747 Filed:01/26/21 Entered:01/26/21 20:13:28 Desc: Main
Document Page 10 of 20

Two Hundred and Seventy-Seventh Omnibus Objection
Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO SANTIAGO, MIGUEL A<br>URB MONTE REAL<br>22 CALLE SERRACANTES<br>COAMO, PR 00769 | 4/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3450 | $ 3,452.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 09/20/2016 and 5/17/2017. | | | | | |
| 2 | AGUAYO ROSARIO, ROBERTO<br>URB FLAMINGO HILLS<br>62 CALLE 4<br>BAYAMON, PR 00957 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3772 | Undetermined* |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/31/2017. | | | | | |
| 3 | ALICEA RESTO, GILBERTO<br>BRAULIO DUENO<br>G8 CALLE 5<br>BAYAMON, PR 00959 | 4/20/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7807 | Undetermined* |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19231961 dated 6/1/2017. | | | | | |
| 4 | ALL INTERIORS, INC<br>PO BOX 10518<br>SAN JUAN, PR 00922-0518 | 3/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5057 | $ 17,057.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90133898 on 9/26/2018. | | | | | |
| 5 | ARMSTRONG LOPEZ, MARIA<br>PO BOX 10282<br>PONCE, PR 00732 | 4/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7459 | $ 0.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/31/2017. | | | | | |
| 6 | ARROYO RAMOS, IOVETLY<br>HC 1 BOX 8084<br>AGUAS BUENAS, PR 00703 | 3/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5399 | Undetermined* |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 05/17/2017. | | | | | |
| 7 | BADILLO LOPEZ, PABLO<br>PO BOX 2595<br>ISABELA, PR 00662 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3311 | Undetermined* |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 6/10/2017. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Two Hundred and Seventy-Seventh Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | BURGOS GONZALEZ, ANGEL<br>URB. SIERRA BAYAMON<br>24-5 CALLE 23<br>BAYAMON, PR 00961 | 4/10/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4447 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 06/27/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | CLEMENT CHACON, DONNA M<br>PO BOX 9821<br>ARECIBO, PR 00613 | 3/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2630 | $ 2,879.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19312654 dated 12/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | COLLAZO VILLAFANE, JESUS<br>HC 8 BOX 38656<br>CAGUAS, PR 00725 | 4/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6096 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 07/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | CORPORATE CONSULTRANTS GROUP, CORP<br>PO BOX 1531<br>VILLALBA, PR 00766 | 3/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4337 | $ 973.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90128063 dated 9/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | DECLET PEREZ, FELIX<br>COND ALTURAS DEL BOSQUE<br>350 CARR 844 APT 2003<br>SAN JUAN, PR 00926 | 3/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5170 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/9/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | DECLET RIVERA, FRANCISCO<br>4859 SLEEPY HOLLOW RD.<br>MEDINA, OH 44256 | 4/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6470 | $ 8,250.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19637031 dated 9/25/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | DEL CASTILLO MATOS, IRIS<br>61 CARR 848 APT 105<br>PORTAL DEL PARQUE<br>TRUJILLO ALTO, PR 00976 | 4/2/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 3309 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 5/17/2017.

Two Hundred and Seventy-Seventh Omnibus Objection
Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | DIAZ ROQUE , MARIETERE<br>URB VILLA CAROLINA<br>BLOQ 219 C501 NUM 9<br>CAROLINA, PR 00985 | 3/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2190 | $ 2,324.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 07/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | EL SEVEN INC.<br>ANA ORENGO<br>PO BOX 2274<br>ANASCO, PR 00610 | 3/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5307 | $ 3,380.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90146378 dated 11/20/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | EVERTSZ CORTES, JOHANNKA<br>PO BOX 3491<br>MAYAGUEZ, PR 00681 | 3/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1846 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 6/9/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | EXPRESSWAY GRAPHICS CORP<br>PO BOX 3185<br>ARECIBO, PR 00613 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6093 | $ 13,424.44 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90139660 dated 6/6/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | FILIPPETTI ZAYAS, FELIX<br>EXT SAN ANTONIO<br>CALLE DAMASCO 2587<br>PONCE, PR 00728 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5747 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19227834 dated 5/24/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | FRANCESCHI COLON, WILSON<br>PO BOX 8003<br>PONCE, PR 00732 | 4/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6407 | $ 5,400.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 15280125 dated 6/25/2010.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | GORDILLO VELEZ, JORGE<br>BO BUENAVENTURA BZN - 415<br>CALLE CLAVEL<br>CAROLINA, PR 00987 | 4/10/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7060 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/9/2017.

Two Hundred and Seventy-Seventh Omnibus Objection
Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | HERNANDEZ PEREZ, VIRGINIA<br>PO BOX 9021765<br>SAN JUAN, PR 00902-1765 | 5/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12912 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | ITURBE MOJENA, JOSE<br>GUARIONEX 146<br>CIUDAD CENTRO<br>CAROLINA, PR 00987 | 3/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4369 | $ 372.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 06/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | LAB CLINICO VISTA AZUL INC<br>PO BOX 141678<br>ARECIBO, PR 00614 | 3/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2948 | $ 11,651.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90154933 dated 6/26/2019.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | LABORATORIO CLINICO DOMENECH, INC.<br>284 AVE DOMENECH<br>SAN JUAN, PR 00918 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2447 | $ 6,956.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90145792 dated 11/5/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | LEON HERNANDEZ, JOSE O<br>HC 44 BOX 13825<br>CAYEY, PR 00736 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5006 | $ 1,432.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 03/06/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | LOPEZ CUBERO, OSVALDO<br>PARQUE SAN AGUSTIN 501 CALLE GUAYANILLA<br>APT 36<br>SAN JUAN, PR 00923 | 4/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8025 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | LOPEZ FIGUEROA, CARMELO<br>HC-06<br>BOX 10620<br>GUAYNABO, PR 00971 | 4/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 8214 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 05/23/2017.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Two Hundred and Seventy-Seventh Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | LOPEZ MOLINA, IRIS<br>P.O. BOX 2525<br>CMB SUITE 21<br>UTUADO, PR 00641-2525 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1935 | $ 825.00* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19235802 dated 6/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | MABRY OLIVERI, CRYSTAL<br>URB. SIERRA BERDECIA<br>CALLE FEBLES H-24<br>GUAYNABO, PR 00969 | 3/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3079 | $ 341.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 05/05/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | MACHIN TORRENTS, STEVEN<br>PO BOX 9021765<br>SAN JUAN, PR 00902 | 5/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12909 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/9/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | MALDONADO RODRIGUEZ, EDDIL<br>PO BOX 158<br>PENUELAS, PR 00624 | 3/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4527 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19286420 dated 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | MARRERO RODRIGUEZ, ERNESTO<br>MANZANILLO ST 1674<br>URBANIZACION VENUS GARDENS<br>SAN JUAN, PR 00926 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2257 | $ 0.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 5/23/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | MELENDEZ ROLDAN, EDGARDO<br>URB VISTAS DEL LUQUILLO<br>CALLE V-2 F-27<br>LUQUILLO, PR 00773 | 4/4/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6539 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/9/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | MENJIVAR, URIEL<br>47 CALLEJON SIMPSON<br>SAN GERMAN, PR 00683 | 4/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5425 | $ 1,366.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 10/16/2015 and 10/5/2018.

\* Indicates claim contains unliquidated and/or undetermined amounts


Case:17-03283-LTS   Doc#:15747   Filed:01/26/21   Entered:01/26/21 20:13:28   Desc: Main
Document   Page 16 of 20

## Two Hundred and Seventy-Seventh Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | MORALES SANCHEZ, NILSA I<br>HC02 BOX 9913<br>HORMIGUEROS, PR 00660 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3322 | $ 61.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 10/01/2016.

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | OCASIO GUZMAN, MIGUEL<br>PO BOX 193662<br>SAN JUAN, PR 00919 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2416 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19231695 dated 6/1/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | ORTIZ MELENDEZ, NELSON<br>URB CIUDAD JARDIN<br>123 CALLE CUNDIAMOR<br>CANOVANAS, PR 00729 | 3/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 608 | $ 0.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | ORTIZ RODRIGUEZ, DIANA<br>PO BOX 167<br>COROZAL, PR 00783 | 3/20/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 3785 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 6/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | PEREZ MARRERO, EDDIE<br>PO BOX 1418<br>VEGA BAJA, PR 00694 | 3/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1148 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | PEREZ MENDEZ, VIMARY<br>PO BOX 135<br>LAS MARIAS, PR 00670 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3273 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19230805 dated 6/1/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | PEREZ RODRIGUEZ, VIVIAN<br>URB SANTA MARIA<br>EXT EL COMANDANTE 495<br>CAROLINA, PR 00984 | 5/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12504 | $ 3,207.28 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90159727 dated 11/1/2019.


\* Indicates claim contains unliquidated and/or undetermined amounts    Page 6 of 10

Two Hundred and Seventy-Seventh Omnibus Objection
Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 43 | PEREZ SERRANO, ALEJANDRO<br>C41 BDA OLIMPIA<br>ADJUNTAS, PR 00601 | 4/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5912 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 6/24/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | PEREZ, KARLA<br>PO BOX 33192<br>SAN JUAN, PR 00933 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2500 | $ 860.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19244130 dated 6/27/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | QUIRINDONGO QUINONES, GABRIEL<br>HC 2 BOX 3375<br>PENUELAS, PR 00624 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3373 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 6/1/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | RIOS LLUBERAS, ARLIA<br>CONDOMINIO MONTE BELLO<br>208 D<br>TRUJILLO ALTO, PR 00976 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14781 | $ 700.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90151737 on 4/29/2019.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | RIVERA ORTIZ, MANUEL<br>PO BOX 5274<br>CAGUAS, PR 00726 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4718 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19287516 dated 7/31/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | RIVERA RAMOS, JONATHAN<br>HC 5 BOX 53444<br>SAN SEBASTIAN, PR 00685 | 4/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5862 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19231064 dated 6/1/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | RIVERA SOUFFRONT, EDWIN<br>RR 5 BOX 8224<br>BAYAMON, PR 00956 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2011 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 5/24/2017.

Two Hundred and Seventy-Seventh Omnibus Objection
Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 50 | RODRIGUEZ DOMINGUEZ, MARGARITA<br>URB VILLA GUADALUPE<br>KK 3 CALLE 21<br>CAGUAS, PR 00725 | 4/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7138 | $ 1,029.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 6/22/2016 and 6/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | RODRIGUEZ GARCIA, YOLANDA<br>K7 AVE. SAN PATRICIO APT.704<br>GUAYNABO, PR 00968 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2288 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19272026 dated 7/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | RODRIGUEZ RODRIGUEZ, MARGARITA<br>URB CAFETAL II<br>N-35 CALLE CARACOLILLO LURI<br>YAUCO, PR 00698 | 4/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7105 | $ 1,335.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19231121 dated 6/1/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | RODRIGUEZ TORRES, CARMEN<br>115 AUSTIN RYAN DR<br>KINGSLAND, GA 31548 | 3/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4831 | $ 616.45 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19235151 dated 6/9/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | SALGADO, ABRAHAM<br>URB ARENAL PLAYA GRANDE 55<br>BOX 892<br>DORADO, PR 00646 | 3/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2877 | $ 810.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 07/09/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | SANTIAGO FUENTES, LUIS<br>HC 1 BOX 5108<br>BARRANQUITAS, PR 00794 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6036 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19285795 dated 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | SANTISTEBAN FIGUEROA, REINALDO<br>URB VISTA MAR CALLE 1 A5<br>GUAYAMA, PR 00784 | 3/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2892 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 04/11/2018.

## Two Hundred and Seventy-Seventh Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 57 | SEPULVEDA ORTIZ, JOSE<br>PO BOX 1592<br>YABUCOA, PR 00767 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5744 | $ 3,085.53 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 06/27/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | SUCESION ASHLEY J DELIZ CASTRELLO<br>1305 AVE MAGDALENA APT 6D<br>SAN JUAN, PR 00907-1929 | 3/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4073 | $ 108.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refunds/returns. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90148444 dated 1/22/2019 and Check No. 90150054 dated 3/11/2019.

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | TERAN FLORES, ZWINDA<br>APTO 5 CALLE DEL PARQUE 115<br>SAN JUAN, PR 00911 | 3/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5272 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/23/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | TORRES MADERA, EDSON A<br>2 A-41 URB EL CONVENTO<br>SAN GERMAN, PR 00683 | 3/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1662 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 192235664 dated 6/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | UNIPRO ARCHITECTS ENGINEER AND PLANNERS<br>PO BOX 10914<br>SAN JUAN, PR 00922-0914 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3496 | $ 77,058.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90139171 dated 5/21/2018 and Check No. 90140920 dated 7/11/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 62 | VARGAS SEGARRA, ALEX<br>932 PASEO LAS COLINAS<br>MAYAGUEZ, PR 00680 | 4/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6808 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19284606 dated 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | VAZQUEZ CACERES, JOSE<br>URB ELIZABETH 2<br>2017 CALLE OTONO<br>CABO ROJO, PR 00623 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11749 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 5/17/2017.

## Two Hundred and Seventy-Seventh Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 64 | VAZQUEZ MARRERO, VILMA<br>URB BAYAMON GARDENS<br>N26 CALLE 13<br>BAYAMON, PR 00957 | 4/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9598 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | VERDEJO GONZALEZ, FELIX JUAN<br>HC 03 BOX 22916<br>RIO GRANDE, PR 00745 | 5/1/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 10114 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/9/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | VIDAL SANTIAGO, ELIZABETH<br>1 BRISAS DE ANA MARIA<br>CABO ROJO, PR 00623 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2028 | $ 0.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 06/01/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 67 | VIEITES GUTIERREZ, ALEX<br>WODBRIDGE PARK<br>CALLE HIGHLAND 33<br>TOA ALTA, PR 00953 | 5/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11349 | $ 13,400.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19302908 dated 7/31/2017.

| | | | | | TOTAL | $ 182,352.70* |