**Presentment Date**: February 3, 2021
**Objection Deadline**: February 2, 2021 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and HTA.** |

**NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING THE TWO HUNDRED SEVENTY-EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO DUPLICATE CLAIMS (ECF NO. 15424)**

        **PLEASE TAKE NOTICE** that, on January 26, 2021, the Commonwealth of Puerto Rico (the "Commonwealth") and the Puerto Rico Highways and Transportation Authority ("HTA," and together with the Commonwealth, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of the Debtors pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Stability Act* ("PROMESA"),[2] hereby submit a *Notice of Presentment of Proposed Order Granting the Two Hundred Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Duplicate Claims* (the "Notice").

**PLEASE TAKE FURTHER NOTICE** that, on December 11, 2020, the Debtors, by and through the Oversight Board, filed the *Two Hundred Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Duplicate Claims* [ECF No. 15424] (the "Two Hundred Seventy-Eighth Omnibus Objection").

**PLEASE TAKE FURTHER NOTICE** that the Two Hundred Seventy-Eighth Omnibus Objection is scheduled for hearing on January 27, 2021.

**PLEASE TAKE FURTHER NOTICE** that any party against whom the Two Hundred Seventy-Eighth Omnibus Objection was served, or any other party to the Debtors' Title III cases who objected to the relief sought therein, was required to file and serve a response to the Two Hundred Seventy-Eighth Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by 4:00 p.m. (Atlantic Time) on January 13, 2021 (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that, as set forth in Exhibit C to the Two Hundred Seventy-Eighth Omnibus Objection, if no response was filed by the Response Deadline, the Two Hundred Seventy-Eighth Omnibus Objection "will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy;

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

or (3) in the opinion of the court, the interest of justice requires otherwise." Ex. C to Two Hundred Seventy-Eighth Omnibus Objection, ECF No. 15424-4, at 3.

**PLEASE TAKE FURTHER NOTICE** that, according to this Court's *Thirteenth Amended Case Management Procedures* [ECF No. 13512-1]) (the "Case Management Procedures"), the Court may enter an order granting a request for relief without a hearing upon receipt of a certificate of no objection ("CNO", as defined by the Case Management Procedures). *See* Case Management Procedures, Section III, paragraph P.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Case Management Procedures, the undersigned hereby certifies that this Notice is filed not less than forty-eight (48) hours after the expiration of the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby certifies that counsel for the Oversight Board has reviewed, not less than forty-eight (48) hours after expiration of the Response Deadline, (*i*) the docket in the above-captioned case, (*ii*) mailings received by Prime Clerk ("Prime Clerk"), (*iii*) mailings received by the Oversight Board, and (*iv*) mailings received by counsel for the Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico (the "UCC") (collectively, the "Responses") and, to the best of the undersigned's knowledge, no applicable objection, responsive pleading, or request for a hearing with respect to the Two Hundred Seventy-Eighth Omnibus Objection has been submitted.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a proposed order (the "Proposed Order") granting the relief requested in the Two Hundred Seventy-Eighth Omnibus Objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph III.H of the Case Management Procedures, "the presentment of a proposed order for administrative relief must be

3

filed and served at least seven (7) calendar days before the presentment date, and Objections thereto must be filed and served at least one (1) calendar day before the presentment date," and accordingly, unless a written objection to the Proposed Order is filed with the Court **by 4:00 p.m. (Atlantic Time) on February 2, 2021**, the relief requested in the Two Hundred Seventy-Eighth Omnibus Objection shall be deemed unopposed, and the Proposed Order may be entered without a further hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 26, 2021
    San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García-Benítez
USDC No. 203708
Daniel J. Perez-Refojos
USDC No. 303909
Gabriel A. Miranda
USDC No. 306704
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority*

## **Exhibit A**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and HTA.** |

ORDER GRANTING TWO HUNDRED SEVENTY-EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO DUPLICATE CLAIMS

Upon the *Two Hundred Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Duplicate Claims* [ECF No. 15424] (the "Two Hundred Seventy-Eighth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth") and the Puerto Rico Highways

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Two Hundred Seventy-Eighth Omnibus Objection.

1

and Transportation Authority ("HTA"), dated December 11, 2020, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth or HTA, as more fully set forth in the Two Hundred Seventy-Eighth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Two Hundred Seventy-Eighth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Two Hundred Seventy-Eighth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Claims to be Disallowed" in Exhibit A to the Two Hundred Seventy-Eighth Omnibus Objection (collectively, the "Claims to Be Disallowed") being duplicative of the claims identified in the column titled "Remaining Claims" in Exhibit A (collectively, the "Remaining Claims"); and the Court having determined that the relief sought in the Two Hundred Seventy-Eighth Omnibus Objection is in the best interests of the Commonwealth, HTA, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Two Hundred Seventy-Eighth Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Two Hundred Seventy-Eighth Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Two Hundred Seventy-Eighth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims is reserved; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to designate the Claims to Be Disallowed as expunged in the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 15424 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

## **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Seventy-Eighth Omnibus Objection**

## Two Hundred and Seventy-Eighth Omnibus Objection
### Exhibit A - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ACOSTA OLIVERAS, NELSON LUIS<br>EXT. PUNTA PALMAS<br>312 CALLE GARDENIA<br>BARCELONETA, PR 00617 | 09/09/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175230 | $ 4,800.00 | ACOSTA OLIVERAS, NELSON LUIS<br>PARCELAS EXTENSION PUNTA PALMAS<br>312 CALLE GARDENIA<br>BARCELONETA, PR 00617 | 09/09/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175232 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 2 | ACRO SERVICE CORP<br>39209 WEST 6 MILE ROAD STE 250<br>LIVONIA, MI 48152 | 05/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 31438 | $ 221.00 | ACRO SERVICE CORP<br>39209 WEST 6 MILE ROAD STE 250<br>LIVONIA, MI 48152 | 06/05/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 40394 | $ 221.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 3 | ALTIERI VARELA, EDWIN<br>HC 01 BOX 3946<br>VILLALBA, PR 00766 | 09/01/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174830 | $ 3,600.00 | ALTIERI VARELA, EDWIN<br>HC 01 BOX 3946<br>VILLALBA, PR 00766 | 09/01/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174897 | $ 3,600.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 4 | ARZUAGA ROSA, MARIA L.<br>HC 50 BOX 22413<br>SAN LORENZO, PR 00754 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177052 | $ 14,400.00 | ARZUAGA ROSA, MARIA L.<br>HC 50 BOX 22413<br>SAN LORENZO, PR 00754 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177376 | $ 14,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 5 | BENITEZ SOTO, SHEILA M.<br>CALLE 35 SS 19 SANTA JUANITA<br>BAYAMON, PR 00956 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176984 | $ 14,400.00 | BENITEZ SOTO, SHEILA M.<br>CALLE 35 SS - 19 SANTA JUANITA<br>BAYAMON, PR 00956 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177000 | $ 14,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Two Hundred and Seventy-Eighth Omnibus Objection
Exhibit A - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | CABAN HERNANDEZ, GLADYS<br>METROPOLIS<br>2R20 AVE C<br>CAROLINA, PR 00987 | 09/14/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175456 | Undetermined* | CABAN HERNANDEZ, GLADYS<br>METROPOLIS<br>2R-20 AVE C<br>CAROLINA, PR 00987 | 09/14/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175401 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 7 | CARABALLO CRUZ, ENRIQUE<br>161 CEDAR RIDGE LANE<br>SANFORD, FL 32771 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177079 | $ 18,000.00 | CARABALLO CRUZ, ENRIQUE<br>161 CEDAR RIDGE LANE<br>SANFORD, FL 32771 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177473 | $ 18,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 8 | CASTRO, EDWIN JIMENEZ<br>PO BOX 6442<br>CAGUAS, PR 00726-6442 | 09/11/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176339 | Undetermined* | JIMENEZ CASTRO, EDWIN<br>P.O. BOX 6442<br>CAGUAS, PR 00726-6442 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176466 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 9 | CLAUDIO, ROBERTO<br>URB ATENAS CALLE J<br>TIRADO GARCIA #C-19<br>MANATI, PR 00674 | 08/31/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174888 | $ 18,000.00 | CLAUDIO, ROBERTO<br>URB ATENAS CALLE J<br>TIRADO GARCIA C-19<br>MANATI, PR 00674 | 08/31/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174893 | $ 18,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 10 | CLEMENTS FUENTES, ALMA RUTH<br>COND. PLAZA DEL PARQUE 65<br>CARR. 848 APT. 339<br>TRUJILLO ALTO, PR 00976 | 09/01/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175254 | $ 14,800.00 | CLEMENTS FUENTES, ALMA RUTH<br>COND. PLAZA DEL PARQUE 65<br>CARR. 848 APT. 339<br>TRUJILLO ALTO, PR 00976 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176463 | $ 14,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Two Hundred and Seventy-Eighth Omnibus Objection
Exhibit A - Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | CLEMENTS FUENTES, ALMA RUTH<br>COND. PLAZA DEL PARQUE 65<br>CARR. 848 APT. 339<br>TRUJILLO ALTO, PR 00976 | 09/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176014 | $ 14,800.00 | CLEMENTS FUENTES, ALMA RUTH<br>COND. PLAZA DEL PARQUE 65<br>CARR. 848 APT. 339<br>TRUJILLO ALTO, PR 00976 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176463 | $ 14,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 12 | COLON ORTIZ, JOSE RAUL<br>D-69 ALCAZAR, VILLA ESPAÑA<br>BAYAMON, PR 00961 | 10/02/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176668 | $ 57,600.00 | COLON ORTIZ, JOSE RAUL<br>D69 ALCAZAR, VILLA ESPANA<br>BAYAMON, PR 00961 | 10/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177199 | $ 28,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 13 | CURBELO ROJAS, YOSELYN<br>PO BOX 142606<br>ARECIBO, PR 00614 | 06/22/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 41084 | $ 500,000.00* | CURBELO ROJAS, YOSELYN<br>PO BOX 142606<br>ARECIBO, PR 00614 | 06/29/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 104013 | $ 500,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 14 | DE JESUS, CARMEN L. ELIAS<br>BA-13 CALLE 51 REPTO. TERESITA<br>BAYAMON, PR 00961-8320 | 09/03/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175002 | $ 10,800.00 | ELIAS DE JESUS, CARMEN L.<br>BA-13 CALLE 51 REPTO TERESITA<br>BAYAMON, PR 00961-8320 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176451 | $ 10,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 15 | DELGADO OSORIO, GLORIA ONELIA<br>COOP JARDINES DE SAN IGNACIO 1008A<br>SAN JUAN, PR 00927 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177371 | Undetermined* | DELGADO OSORIO, GLORIA ONELIA<br>COOPERATIVE JARDINES DE SAN IGNACIO 1008A<br>SAN JUAN, PR 00927 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176769 | $ 16,080.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Two Hundred and Seventy-Eighth Omnibus Objection
Exhibit A - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | DIAZ FLORES, ROSA URB. VILLAS DEL CARMEN M-7 ST. 11 GURABO, PR 00778 | 09/11/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175430 | $ 14,400.00 | DIAZ FLORES, ROSA URB. VILLAS DEL CARMEN M-7 11 GURABO, PR 00778 | 10/08/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176620 | $ 14,400.00 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| 17 | DIAZ FLORES, ROSA URB. VILLAS DEL CARMEN M-7 11 GURABO, PR 00778 | 09/14/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175477 | $ 14,400.00 | DIAZ FLORES, ROSA URB. VILLAS DEL CARMEN M-7 11 GURABO, PR 00778 | 10/08/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176620 | $ 14,400.00 |
|---|---|---|---|---|---|---|---|---|---|---|

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| 18 | GARCIA ZAYAS, IDALIE URB. RIVER GARDEN C/FLOR DE TATIANA B-3 BZN 18 CANOVANAS, PR 00729 | 10/08/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176562 | $ 4,800.00 | GARCIA ZAYAS, IDALIE URB RIVER CARDEN C/FLOR DETATIANA B-3 BZN 18 CANOVANAS, PR 00729 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177350 | $ 4,800.00 |
|---|---|---|---|---|---|---|---|---|---|---|

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| 19 | HICKS TUR, JAMES R. 303 SALERNO ST. COLLEJE PARK SAN JUAN, PR 00921 | 10/05/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176409 | $ 20,400.00 | HICKS TUR, JAMES R SALERNO ST 303 COLLEGE SAN JUAN, PR 00921 | 09/24/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175470 | $ 20,400.00 |
|---|---|---|---|---|---|---|---|---|---|---|

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| 20 | LOPEZ MATIAS, LUCAS MANUEL G4 CALLE 6 HERMANAS DAVILA BAYAMON, PR 00959-5137 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176753 | $ 20,100.00 | LOPEZ MATIAS, LUCAS MANUEL G4 CALLE 6 HERMANAS DAVILA BAYAMON, PR 00959-5137 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177005 | $ 20,100.00 |
|---|---|---|---|---|---|---|---|---|---|---|

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Two Hundred and Seventy-Eighth Omnibus Objection
Exhibit A - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 21 | LOZANO JIMENEZ, CARMEN S<br>CALLE GUANINA B-4<br>URB. VILLA BORINQUEN<br>CAGUAS, PR 00725 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176475 | $ 14,400.00 | ACOSTA AVILES, SAMUEL F.<br>PO BOX 192421<br>SAN JUAN, PR 00919-2421 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176640 | $ 14,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 22 | MONLLOR, DARLENE FRANCES<br>933 FALLBROOKE AVE.<br>DELTONA, FL 32725 | 09/04/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175612 | $ 13,896.00 | MONLLOR, DARLENE FRANCES<br>933 FALLBROOKE AVE.<br>DELTONA, FL 32725 | 09/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176013 | $ 13,896.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 23 | MORALES VAZQUEZ, CARLOS<br>JARDINES DE GUAMANI CALLE 3 D20<br>GUAYAMA, PR 00784 | 09/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175463 | $ 30,000.00 | MORALES VAZQUEZ, CARLOS<br>JARDINES DE GUAMANI CALLE 3 D20<br>GUAYAMA, PR 00784 | 09/18/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176300 | $ 30,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 24 | ORTIZ FIGUEROA, FRANKLIN<br>#12 CALLE 4, URB. MANSIONES DE SIERRA TAINA<br>BAYAMON, PR 00956 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176981 | $ 22,800.00 | ORTIZ FIGUEROA, FRANKLIN<br>#12 CALLE 4, URB. MANSIONES DE SIERRA TAINA<br>BAYAMON, PR 00956 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177061 | $ 22,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 25 | ORTIZ PACHECO, LILLIAN I.<br>CALLE LEONOR OESTE AU49<br>4TA SECCION LEVITTOWN<br>TOA BAJA, PR 00949 | 09/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175738 | $ 13,200.00 | ORTIZ PACHECO, LILLIAN I.<br>AU 49 CALLE LEONOR OESTE 4TA SECC LEVITTOWN<br>TOA BAJA, PR 00945 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177291 | $ 13,200.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Two Hundred and Seventy-Eighth Omnibus Objection
### Exhibit A - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 26 | ORTIZ, GLADYS<br>L-14 CALLE 3 URB. SANTA MONICA<br>BAYAMON, PR 00957 | 09/04/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175542 | $ 27,400.00 | ORTIZ, GLADYS<br>L-14 CALLE 3 URB. SANTA MONICA<br>BAYAMON, PR 00957 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176464 | $ 27,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 27 | PADILLA SANTIAGO, LUIS O.<br>PO BOX 262<br>BOGUERON, PR 00622 | 10/09/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176624 | $ 36,000.00 | PADILLA SANTIAGO, LUIS ORLANDO<br>P.O. BOX 262<br>BOQUERON, PR 00622 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176701 | $ 36,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 28 | PAGAN RIVERA, ALICIA<br>HN-13 RAMON MORLA ST<br>LEVITTOWN<br>TOA BAJA, PR 00949 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176454 | $ 23,600.00 | RIVERA, ALICIA PAGAN<br>HN-13 RAMON MORLA ST<br>LEVITTOWN<br>TOA BAJA, PR 00949 | 09/04/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175544 | $ 23,600.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 29 | REYES CLAUSEL DE ORTIZ, KATHERINE<br>CONDOMINIO PONTEZUELA EDIF B4 APT 1E<br>CAROLINA, PR 00983-2080 | 09/09/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175210 | $ 27,600.00 | REYES CLAUSELL, KATHERINE<br>CONDOMINIO PONTEZUELA ED. B4 APT. 1E<br>CAROLINA, PR 00983-2080 | 09/14/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175525 | $ 27,600.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 30 | ROMAN DELGADO, LETICIA<br>CALLE 7K5 REPARTO MARQUEZ<br>ARECIBO, PR 00612 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177216 | $ 4,800.00 | ROMAN DELGADO, LETICIA<br>CALLE 7 K5 REPARTO MARQUEZ<br>ARECIBO, PR 00612 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177352 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Two Hundred and Seventy-Eighth Omnibus Objection
Exhibit A - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 31 | SANTIAGO GONZALEZ, HECTOR M<br>1592 DIAMOND LOOP DR<br>KINDRED, FL 34744 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176884 | $ 4,800.00 | SANTIAGO GONZALEZ, HECTOR M.<br>1582 DIAMOND LOOP DR<br>KINDRED, FL 34744 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177347 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 32 | SANTOS PEREZ, LOURDES YVETTE<br>URB. ESTANCIA F-16<br>VIA CARACAS<br>BAYAMON, PR 00961 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176532 | $ 19,200.00 | SANTOS PEREZ, LOURDES YVETTE<br>URB. ESTANCIA F-16<br>VIA CARACAS<br>BAYAMON, PR 00961 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176585 | $ 19,200.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 33 | TAVAREZ ROMAN, JOSE R.<br>227 RUTA 4 BARRIO HANADAS<br>ISABELA, PR 00662 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177155 | $ 4,800.00 | TAVAREZ ROMAN, JOSE R.<br>227 RUTA 4 BARRIO HANADAS<br>ISABELA, PR 00662 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177218 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 34 | VILLANUEVA CARRION, RICARDO<br>HC1 BOX 68513<br>LAS PIEDRAS, PR 00771 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176806 | $ 4,800.00 | VILLANUEVA CARRION, RICARDO<br>HC BOX 68513<br>LAS PIEDRAS, PR 00771 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177006 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 35 | WILLMORE HERNANDEZ, JOSE F.<br>3155 DASHA PALM DR.<br>KISSIMMEE, FL 34744-9265 | 09/21/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175993 | $ 4,800.00 | WILLMORE HERNANDEZ, JOSE F.<br>3155 DASHA PALM DR<br>KISSIMMEE, FL 34744-9265 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177424 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |