**Exhibit A**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and HTA.** |

ORDER GRANTING TWO HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO DUPLICATE SECONDARILY INSURED BOND CLAIMS

Upon the *Two Hundred Eighty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Duplicate Secondarily Insured Bond Claims* [ECF No. 15428] (the "Two Hundred Eighty-Second Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth") and the

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Two Hundred Eighty-Second Omnibus Objection.

1

Puerto Rico Highways and Transportation Authority ("HTA"), dated December 11, 2020, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth or HTA, as more fully set forth in the Two Hundred Eighty-Second Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Two Hundred Eighty-Second Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Two Hundred Eighty-Second Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Claims to be Disallowed" in Exhibit A to the Two Hundred Eighty-Second Omnibus Objection (collectively, the "Claims to Be Disallowed") being duplicative of one or more Master Proofs of Claim; and the Court having determined that the relief sought in the Two Hundred Eighty-Second Omnibus Objection is in the best interests of the Commonwealth, HTA, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Two Hundred Eighty-Second Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Two Hundred Eighty-Second Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

>ORDERED that the Two Hundred Eighty-Second Omnibus Objection is GRANTED as set forth herein; and it is further

>ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to designate the Claims to Be Disallowed as expunged in the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 15428 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

# EXHIBIT A

**Schedule of Claims Subject to the Two Hundred Eighty-Second Omnibus Objection**

## Two Hundred and Eighty-Second Omnibus Objection
## Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 5 STAR LIFE INSURANCE COMPANY<br>C/O KIMBERLEY WOODING<br>EXECUTIVE VICE PRESIDENT AND CFO<br>909 N. WASHINGTON STREET<br>ALEXANDRIA, VA 22314 | 5/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10151 | $ 407,000.00 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 2 | DAVIDSON, BRYAN & DEENA<br>4058 FLORA PL<br>SAINT LOUIS, MO 63110-3604 | 4/5/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 3947 | $ 10,000.00 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 3 | DAVISON, VICTORIA<br>902 ARLINGTON CENTER, PMB 196<br>ADA, OK 74820 | 5/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 20046 | $ 5,000.00 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 4 | KEMPKER, DAVID PAUL & LOUISE E<br>8531 GREENHILL WAY<br>ANCHORAGE, AK 99502 | 3/20/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 2884 | $ 5,000.00 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 5 | MARGUERITE KLOCKSIEM TTEE HAROLD L. KLOCKSIEM U/W DTD<br>MARGUERITE KLOCKSIEM<br>2000 EAST WEST CONNECTOR #121<br>AUSTELL, GA 30106 | 5/26/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 24456 | $ 10,000.00 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 6 | R J HUGHES SBTULWT RE HUGHES UAD 05/28/2012 ROBERT B HUGHES TTEE<br>10957 SW 82ND TER<br>OCALA, FL 34481 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5131 | $ 25,000.00 |
| | Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |

## Two Hundred and Eighty-Second Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | RJ HUGHES SBTULWT RE HUGHES UAD 05/28/2012 ROBERT B HUGHES TTEE<br>10957 SW 82ND TER<br>OCALA, FL 34481 | 3/19/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 3652 | $ 25,000.00 |

Reason: Claimant asserts secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | TOTAL | $ 487,000.00 |
|---|---|---|---|---|---|---|