# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning session:
Set: 9:30 AM (AST)
Started: 9:40 AM(AST)
Ended: 10:21 AM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE JUDGE LAURA TAYLOR SWAIN**            DATE: January 27, 2021

COURTROOM DEPUTY: Carmen Tacoronte

COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*.<br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |

**Omnibus Hearing held.**

    **I.   STATUS REPORTS**

        1.   Report from the Oversight Board. [Case No. 17-3283, ECF No. 15739]

        2.   Report from AAFAF. [Case No. 17-3283, ECF No. 15738]

    **II.   CONTESTED MATTERS**

        1.   Duprey-Rivera's Motion for Relief from the Automatic Stay. [Case No. 17-3283, ECF No. 15186]

            ▪   Denied. Order to be entered.

    **IV.   ADJOURNED MATTERS:**

3:17-BK-3283 (LTS)
Omnibus Hearing – January 27, 2021

1. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service. [Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]

2. Debtor's Rule 9019 Motion for Order Allowing PRIFA BANs Guarantee Claim. [Case No. 17-3283, ECF No. 12519]

3. Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for Relief from Automatic Stay. [Case No. 17-3283, ECF No. 12918]

4. Association of Owners of the Medina Professional Center Condominium's Request for Allowance and Payment of Administrative Expense Claim. [Case No. 17-3283, ECF No. 15140]

5. PREPA's Motion for Approval of Rejection of Certain Power Purchase and Operating Agreements. [Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]

6. Debtors' Omnibus Objections to Claims.

    - Order Regarding Adjourned Omnibus Objections to Claims [Case No. 17-3283, ECF No. 15437]

**Next scheduled hearing concerning additional omnibus claims objections is set for February 1, 2021 at 9:30 AM (AST) before Judge Laura Taylor Swain**.

s/Carmen Tacoronte
Carmen Tacoronte
PROMESA Case Administrator