# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor. | |
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, | |
| Debtor. | |
| PEAJE INVESTMENTS LLC, | |
| Plaintiff, | Adv. Proc. No. 17-151-LTS in 17 BK 3567-LTS |
| -against- | Adv. Proc. No. 17-152-LTS in 17 BK 3283-LTS |
| PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, et. al., | |
| Defendants. | |

## NOTICE OF WITHDRAW OF COUNSEL

Kindly withdraw the appearance of Jason W. Callen, Esq. of the law firm of Butler Snow LLP in the above captioned proceedings as counsel on behalf of Financial Guaranty Insurance Company ("**FGIC**") and from applicable service lists, including Notices of Electronic Filing. I will no longer be a member of Butler Snow LLP, counsel of record for FGIC, after January 12,

57318577.v1

2021, and will no longer represent FGIC in these actions. Martin A. Sosland, Christopher R. Maddux, Stan G. Ladner, James E. Bailey III, Adam M. Langley and J. Mitchell Carrington of Butler Snow LLP, and *pro hac vice* counsel María E. Picó of Rexach & Picó, CSP, 802 Ave. Fernández Juncos, San Juan, Puerto Rico 00907-4315 will remain as counsel of record for FGIC.

**RESPECTFULLY SUBMITTED**,

This the 27th day of January 2021.

**REXACH & PICÓ, CSP**

María E. Picó
USDC-PR 123214
802 Ave. Fernández Juncos
San Juan PR 00907-4315
Telephone: (787) 723-8520
Facsimile: (787) 724-7844
E-mail: mpico@rexachpico.com

**BUTLER SNOW LLP**

Martin A. Sosland 5430 LBJ Freeway, Suite 1200
Dallas, TX 75240
Telephone: (469) 680-5502
Facsimile: (469) 680-5501
E-mail: martin.sosland@butlersnow.com
*Admitted pro hac vice in Case No. 17-BK-03283-LTS, 17-BK-03284, and 17-BK-03567*

Stanford G. Ladner
1700 Broadway, 41st Floor
New York, NY 10019
Telephone: (646) 606-3996
Facsimile: (646) 606-3995
E-mail: stan.ladner@butlersnow.com

*Admitted pro hac vice in Case No. 17-BK-03283-LTS, 17-BK-03284, and 17-BK-03567*

Christopher R. Maddux
J. Mitchell Carrington
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone: (601) 985-2200
Facsimile: (601) 985-4500
E-mail: chris.maddux@butlersnow.com
mitch.carrington@butlersnow.com
*Admitted pro hac vice in Case No. 17-BK-03283-LTS, 17-BK-03284, and 17-BK-03567*

James E. Bailey III
Adam M. Langley
Crescent Center, Suite 500
6075 Poplar Avenue
Memphis, TN 38187
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
E-mail: jeb.bailey@butlersnow.com
adam.langley@butlersnow.com
*Admitted pro hac vice in Case No. 17-BK-03283-LTS,*

57318577.v1

This, the 27th day of January 2021.

Respectfully submitted,

*/s/ Jason W. Callen*
Jason W. Callen (*pro hac vice*)
150 3rd Avenue, South, Suite 1600
Nashville, TN 37201
Telephone: (615) 651-6774
Facsimile: (615) 651-6701
E-mail: jason.callen@butlersnow.com

*Attorney for Financial Guaranty Insurance Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

This the 27th day of January 2021.

*/s/ Jason W. Callen*
JASON W. CALLEN

57318577.v1