IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-3566 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-3567 (LTS) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-4780 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 19-BK-5523 (LTS) |

<u>Order of Referral of Management and Supervision of Evaluative Mediation Phase of Alternative Dispute Resolution (ADR) Procedures</u>

The Alternative Dispute Resolution Procedures adopted by the Court on April 1, 2020 (Docket Entry No. 12576 in Case No. 17-3283), as amended on December 29, 2020 (Docket Entry No. 15505 in Case No. 17-3283) (the "ADR Procedures"), were designed to establish the value of certain Designated Claims[2] brought against the Debtors.  As detailed in these ADR Procedures, in the event that a Designated Claim is not resolved through an Offer Exchange process between the parties, the Claim is sent for an Evaluative Mediation to obtain a non-binding, confidential, monetary valuation of the claim to assist in further settlement discussions between the parties.  The Court hereby refers management and supervision of the Evaluative Mediation phase of the ADR Procedures to Magistrate Judge Judith Gail Dein.

---

[2]     Capitalized terms not defined herein have the meanings given to them in the ADR Procedures.

The Evaluative Mediation phase shall be conducted in accordance with the ADR Procedures, as the same may be supplemented or amended from time to time. Persons who have been designated to perform evaluative mediation duties ("ADR Mediators") will be identified on the PROMESA area of the court's website. Magistrate Judge Dein is authorized in her discretion to assign herself or another ADR Mediator to Designated Claims or groups of Designated Claims. In making such assignments, Judge Dein may consider the availability and expertise of each ADR Mediator, as well as any other relevant factors to effectuate the goals of the Evaluative Mediation process. Once assigned to a Designated Claim, each ADR Mediator is authorized to issue procedural orders in connection with a specific Mediation, and may require that the parties participate in settlement conference(s). The assigned ADR Mediator's decision that an impasse has been reached shall be final.

SO ORDERED.

Dated: January 27, 2021

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge