DUCENTÉSIMA NONAGÉSIMA SEXTA OBJECIÓN COLECTIVA

Anexo A – Reclamaciones Contra el Deudor Incorrecto

| | NOMBRE | N.° DE RECLAMACIÓN | FORMULADAS | | CORREGIDO | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | MONTO DE LA RECLAMACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN |
| 1 | IBANEZ GALARZA, RAFAEL<br>69 CALLE ESMERALDA<br>LOMAS VERDES<br>MOCA, PR  00676 | 27312 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Indeterminado* | ESTADO LIBRE ASOCIADO DE PUERTO RICO | Indeterminado* |

Base Para: Demandante identifica como deudor a La Autoridad de Energía Eléctrica de Puerto Rico, cuando la evidencia de reclamo, nombres de los bonos emitidos, información de CUSIP, y/o documentación secundaria proporcionada para la evidencia (incluyendo recibos del cliente y/o documentación de los alegados servicios realizados o relación de empleo), demuestra que cualquier obligación residiría, si alguna, debajo de El Estado Libre Asociado de Puerto Rico

| | NOMBRE | N.° DE RECLAMACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | ORTIZ RIVERA, AGUSTIN<br>HC 2 BOX 6732<br>BARRANQUITAS, PR  00794 | 149133 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | $85,000 | ESTADO LIBRE ASOCIADO DE PUERTO RICO | $85,000.00 |

Base Para: Demandante identifica como deudor a La Autoridad de Energía Eléctrica de Puerto Rico, cuando la evidencia de reclamo, nombres de los bonos emitidos, información de CUSIP, y/o documentación secundaria proporcionada para la evidencia (incluyendo recibos del cliente y/o documentación de los alegados servicios realizados o relación de empleo), demuestra que cualquier obligación residiría, si alguna, debajo de El Estado Libre Asociado de Puerto Rico

\* - Indica que la reclamación contiene montos por liquidar o indeterminados