IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as a representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | |
| Debtors.[1] | |

NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO
CEASE SERVICE OF NOTICES, ORDER, PLEADINGS, AND DOCUMENTS

To the Honorable United States District Court Judge Laura Taylor Swain:

PLEASE TAKE NOTICE that Aníbal J. Núñez González hereby respectfully withdraws his appearance as counsel for Total Petroleum Puerto Rico Corp. (Doc. 169), and respectfully requests that he be removed from the master service list of attorneys in this case. The appearances by other attorneys at Sepulvado, Maldonado & Couret on behalf of this party are unaffected by this request.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID:  3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

In San Juan, Puerto Rico, today January 27, 2021.

SEPULVADO, MALDONADO & COURET
*Attorneys for Total Petroleum Puerto Rico Corp.*
304 Ponce de Leon Ave. Ste 990
San Juan PR 00918
Tel. 787-765-5656
Fax: 787-294-0073
E-mail: anunez@smclawpr.com

s/ *Aníbal J. Núñez González*
  Aníbal J. Núñez González
  USDC No. 230101