UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

   Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON FEBRUARY 1, 2021 AT 9:30 A.M. AST**

| | |
|---|---|
| **Time and Date of Hearing:** | Monday, February 1, 2021, from 9:30 a.m. to 5:00 p.m. (Atlantic Standard Time) |
| | Honorable Laura Taylor Swain, United States District Judge |
| **Location of Hearing:** | **The Hearing will be conducted telephonically via Court Solutions.** |
| | **Participation by Individuals Who Have Been Notified to Attend: Claimants who have been notified that their claims are the subject of the Hearing may participate by telephone by going to the United States District Court for the District of Puerto Rico, José V. Toledo United States Courthouse, 300 Recinto Sur Street, San Juan, Puerto Rico, 00901, where telephone and interpretation facilities will be provided.** |
| | For the benefit of those who may attend the hearing in person, the Safety Procedures at the Hearing are attached to this Agenda as **Exhibit A**. |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

       Attorney Participation: Pursuant to the *Order Regarding Procedures for Hearing on February 1, 2021* [Case No. 17-3283, ECF No. 15732], attached to this Agenda as **Exhibit B** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and wish to participate as speakers or listen in on the proceedings must register with CourtSolutions at www.court-solutions.com. The FOMB may register up to three speaking lines, and all other parties shall be limited to two speaking lines. There will be no limitation on listen-only lines.

       Members of the Public and Press: Members of the public and press may listen in on the proceedings on a listen-only line by dialing (888) 363-4749 and entering the access code (7214978) and security code (5333) when prompted.

**Copies of Documents:**  Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

I. **CONTESTED CLAIM OBJECTIONS (beginning at 9:30 a.m. Atlantic Standard Time):**

  **Related Documents Concerning All Claim Objections:**
   A. Order Regarding Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 15437]**

   B. Informative Motion of the Financial Oversight And Management Board for Puerto Rico Regarding Adjourned Omnibus Objections to Claims Set for Hearing on February 1, 2021 **[Case No. 17-3283, ECF No. 15713]**

   C. Motion to Submit Certified Translations in Connection with Docketed Claim Objection Responses to Be Heard at the February 1, 2021 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 15712]**

1. **One Hundred Seventy-Sixth Omnibus Objection to Claims.** One Hundred Seventy-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 12143]**

  Objection Deadline: April 7, 2020 at 4:00 p.m. (Atlantic Standard Time)

  Reply Deadline: January 22, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to One Hundred Seventy-Sixth Objection to Claims, filed by Consolidated Waste Services and Landfill Technologies of Fajardo (Claim Nos. 21133; 22881; 23130; 23654; 23662; 23665; 23667; 23671; 24263; 24326; 24334; 24348; 26646; 27826; 28040; 28056; 28082; 28110; 28112; 28131; 28135; 28141; 28145; 28156; 28174; 28182; 35800; 35855; 35996; and 27063) **[Case No. 17-3283, ECF No. 15709-1]**

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the One Hundred Seventy-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Individual Proofs of Claim **[Case No. 17-3283, ECF No. 15709]**

Related Documents:
    A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Seventy-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14812]**

Estimated Time Required: 18 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and agreed time allocations for each party are listed below:

    A. Debtors: Laura Stafford and/or Brian Rosen, 8 minutes
    B. Objecting Parties: Lourdes Arroyo, 8 minutes
    C. Debtors: Laura Stafford and/or Brian Rosen, 2 minutes

2. **One Hundred Ninety-Third Omnibus Objection to Claims.** One Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims **[Case No. 17-3283, ECF No. 12865]**

Objection Deadline: May 19, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 22, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to One Hundred Ninety-Third Omnibus Objection to Claims, filed by Poullette Bouret Echevarria (Claim No. 5158) **[Case No. 17-3283, ECF No. 15710-1]** (Response Form not returned)

Replies, Joinders & Statements:
A. Notice of Correspondence Regarding the One Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Individual Proof of Claim No. 5158 **[Case No. 17-3283, ECF No. 15710]**

Related Documents :
A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14839]**

Status: This matter is going forward.

Estimated Time Required: 6 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and/or Brian Rosen, 2 minutes
B. Objecting Parties: N/A

3. **One Hundred Ninety-Third Omnibus Objection to Claims.** One Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims **[Case No. 17-3283, ECF No. 12865]**

   Objection Deadline: May 19, 2020 at 4:00 p.m. (Atlantic Standard Time)

   Reply Deadline: January 22, 2021 at 4:00 p.m. (Atlantic Standard Time)

   Responses:
   A. Response to One Hundred Ninety-Third Omnibus Objection to Claims, filed by Ismael Colón Andujar (Claim No. 20695) **[Case No. 17-3283, ECF No. 13455]** (Response Form not returned)

   Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Claimants Ismael Colón Andujar [ECF No. 13455], Joel Martínez Santiago [ECF No. 13484], Adonis Ruiz Nogueras [ECF No. 13152], and Yolanda Rosario Alvarez [ECF No. 13081] to One Hundred Ninety-Third Omnibus Objection (Non-Substantive) to Satisfied Claims **[Case No. 17-3283, ECF No. 15707]**

Related Documents :
  A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14839]**

  B. Motion to Submit Certified Translations in Connection with Docketed Claim Objection Responses to Be Heard at the February 1, 2021 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 15712-1]**

Status: This matter is going forward.

Estimated Time Required: 6 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: Laura Stafford and/or Brian Rosen, 2 minutes
  B. Objecting Parties: N/A

4. **One Hundred Ninety-Third Omnibus Objection to Claims.** One Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims **[Case No. 17-3283, ECF No. 12865]**

Objection Deadline: May 19, 2020 at 4:00 p.m. (Atlantic Standard Time).

Reply Deadline: January 22, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to One Hundred Ninety-Third Omnibus Objection to Claims, filed by Joel Martínez Santiago (Claim No. 37093) **[Case No. 17-3283, ECF No. 13484]** (Response Form not returned)

Replies, Joinders & Statements:
  A. Reply of the of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Claimants Ismael Colón Andujar [ECF No. 13455], Joel Martínez Santiago [ECF No. 13484], Adonis Ruiz Nogueras [ECF No. 13152], and Yolanda Rosario Alvarez [ECF No. 13081] to One Hundred Ninety-Third Omnibus Objection (Non-Substantive) to Satisfied Claims **[Case No. 17-3283, ECF No. 15707]**

Related Documents :
  A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14839]**

  B. Motion to Submit Certified Translations in Connection with Docketed Claim Objection Responses to Be Heard at the February 1, 2021 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 15712-2]**

Status: This matter is going forward.

Estimated Time Required: 6 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: Laura Stafford and/or Brian Rosen, 2 minutes
  B. Objecting Parties: N/A

5. **One Hundred Ninety-Third Omnibus Objection to Claims.** One Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims **[Case No. 17-3283, ECF No. 12865]**

Objection Deadline: May 19, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 22, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to One Hundred Ninety-Third Omnibus Objection to Claims, filed by Yolanda Rosario Alvarez (Claim No. 23069) **[Case No. 17-3283, ECF No. 13081]** (Response Form not returned)

Replies, Joinders & Statements:
  A. Reply of the of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Claimants Ismael Colón Andujar [ECF No. 13455], Joel Martínez Santiago [ECF No. 13484], Adonis Ruiz Nogueras [ECF No. 13152], and Yolanda Rosario Alvarez [ECF No. 13081] to One Hundred Ninety-Third Omnibus Objection (Non-Substantive) to Satisfied Claims **[Case No. 17-3283, ECF No. 15707]**

Related Documents :
A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14839]**

B. Motion to Submit Certified Translations in Connection with Docketed Claim Objection Responses to Be Heard at the February 1, 2021 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 15712-3]**

Status: This matter is going forward.

Estimated Time Required: 6 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and/or Brian Rosen, 2 minutes
B. Objecting Parties: N/A

6. **One Hundred Ninety-Third Omnibus Objection to Claims.** One Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims **[Case No. 17-3283, ECF No. 12865]**

Objection Deadline: May 19, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 22, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:
A. Response to One Hundred Ninety-Third Omnibus Objection to Claims, filed by Adonis Ruiz Nogueras (Claim No. 2406) **[Case No. 17-3283, ECF No. 13152]** (Response Form not returned)

Replies, Joinders & Statements:
A. Reply of the of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Claimants Ismael Colón Andujar [ECF No. 13455], Joel Martínez Santiago [ECF No. 13484], Adonis Ruiz Nogueras [ECF No. 13152], and Yolanda Rosario Alvarez [ECF No. 13081] to One Hundred Ninety-Third Omnibus Objection (Non-Substantive) to Satisfied Claims **[Case No. 17-3283, ECF No. 15707]**

Related Documents :
  A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14839]**

  B. Motion to Submit Certified Translations in Connection with Docketed Claim Objection Responses to Be Heard at the February 1, 2021 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 15712-4]**

Status: This matter is going forward.

Estimated Time Required: 6 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: Laura Stafford and/or Brian Rosen, 2 minutes
  B. Objecting Parties: N/A

7. **One Hundred Ninety-Fourth Omnibus Objection to Claims.** One Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims **[Case No. 17-3283, ECF No. 12867]**

Objection Deadline: May 19, 2020 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 22, 2021 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to One Hundred Ninety-Fourth Omnibus Objection to Claims, filed by Nelson Sanabria Cruz (Claim No. 21119) **[Case No. 17-3283, ECF No. 13139]** (Response Form not returned)

Replies, Joinders & Statements:
  A. Reply of the of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Claimants Nelson Sanabria Cruz [ECF No. 13139] and Yessenia Velazquez Perez [ECF No. 13195] to One Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) to Satisfied Claims **[Case No. 17-3283, ECF No. 15708]**

Related Documents :
   A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14865]**

   B. Motion to Submit Certified Translations in Connection with Docketed Claim Objection Responses to Be Heard at the February 1, 2021 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 15712-5]**

Status:  This matter is going forward.

Estimated Time Required:  6 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and/or Brian Rosen, 2 minutes
   B. Objecting Parties: N/A

8. **One Hundred Ninety-Fourth Omnibus Objection to Claims.** One Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims **[Case No. 17-3283, ECF No. 12867]**

   Objection Deadline:  May 19, 2020 at 4:00 p.m. (Atlantic Standard Time)

   Reply Deadline: January 22, 2021 at 4:00 p.m. (Atlantic Standard Time)

   Responses:
   A. Response to One Hundred Ninety-Fourth Omnibus Objection to Claims, filed by Yessenia Velazquez Perez (Claim No. 2838) **[Case No. 17-3283, ECF No. 13195]** (Response Form returned; claimant does not intend to attend hearing)

   Replies, Joinders & Statements:
   A. Reply of the of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Claimants Nelson Sanabria Cruz [ECF No. 13139] and Yessenia Velazquez Perez [ECF No. 13195] to One Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) to Satisfied Claims **[Case No. 17-3283, ECF No. 15708]**

Related Documents :

A. Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims, (B) Approving Form of Notice for Claims to Be Set For Hearing, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 14865]**

B. Motion to Submit Certified Translations in Connection with Docketed Claim Objection Responses to Be Heard at the February 1, 2021 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 15712-6]**

Status:  This matter is going forward.

Estimated Time Required:  6 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and/or Brian Rosen, 2 minutes
B. Objecting Parties: N/A

[*Remainder of Page Intentionally Left Blank*]

Dated: January 28, 2021
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*