# **Exhibit A**

**Safety Procedures at the Hearing**

**SAFETY PROCEDURES AT THE HEARING**.

Temperature screening and a health screening will be conducted by court personnel prior to entering the Courthouse. A non-contact infrared temperature detector will be used. Spaces in the Courthouse will be subject to capacity restrictions, and you must follow directions from court personnel regarding such capacity restrictions. The following rules must be followed at all times while at Court premises:

1. Face masks must be worn at all times. The mask must cover your nose and mouth.

2. While in the courtroom, you must sit in your assigned area and remain seated. You are not allowed to walk around the courtroom.

3. If you need to talk to someone, you must do so in the Atrium and respect social distancing guidelines.

4. Counsel seating area has been rearranged considering proper distancing. Moving chairs is not allowed.

5. Each time individuals speak from the lectern, they must use disinfecting wipes to clean the lectern's surface and the evidence presentation equipment. DO NOT use the wipes to clean the screen located on top of the podium, the controls, or the plexiglas, as the content of the wipes might damage them.

6. Disposable microphone covers provided by Court personnel are to be used each time you speak from the lectern. Remember to remove them when leaving the area.