**EXHIBIT 1**

**Time Detail**

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**$25,000 fee for Monthly Retainer for 1/2-time Work. In June 22 days at 4 hours a day is:** 88 hours. $ 300.00

$25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| June-20 | Title III | 6/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Additional research for documentation of my declaration. |
| June-20 | Title III | 6/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Additional research for documentation of my declaration. |
| June-20 | Title III | 6/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Additional research for documentation of my declaration. |
| June-20 | Title III | 6/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Additional research for documentation of my declaration. |
| June-20 | Title III | 6/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Additional research for documentation of my declaration. |
| June-20 | Title III | 6/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Additional research for documentation of my declaration. |
| June-20 | Title III | 6/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Additional research for documentation of my declaration. |
| June-20 | Title III | 6/4/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with DevTec on fiscal plan assumptions and modeling. |
| June-20 | Title III | 6/5/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with government advisors on fiscal plan assumptions and modeling. |
| June-20 | Title III | 6/7/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Call with McKinsey on new CBO projections. |
| June-20 | Title III | 6/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Rework of fiscal plan 4.0 calculations on income loss for the provision to government advisots. |
| June-20 | Title III | 6/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Rework of fiscal plan 4.0 calculations on income loss for the provision to government advisots. |
| June-20 | Title III | 6/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Rework of fiscal plan 4.0 calculations on income loss for the provision to government advisots. |
| June-20 | Title III | 6/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with Board advisors on SSI and CBO numbers in the fiscal plan model. |
| June-20 | Title III | 6/11/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Covid working group phone call. |
| June-20 | Title III | 6/13/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Request from Proskauer for changes in legal declaration, due Monday June 15. |
| June-20 | Title III | 6/13/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Request from Proskauer for changes in legal declaration, due Monday June 15. |
| June-20 | Title III | 6/13/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Request from Proskauer for changes in legal declaration, due Monday June 15. |
| June-20 | Title III | 6/14/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Request from Proskauer for changes in legal declaration, due Monday June 15. |
| June-20 | Title III | 6/14/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Request from Proskauer for changes in legal declaration, due Monday June 15. |
| June-20 | Title III | 6/14/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Request from Proskauer for changes in legal declaration, due Monday June 15. |
| June-20 | Title III | 6/14/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Request from Proskauer for changes in legal declaration, due Monday June 15. |
| June-20 | Title III | 6/16/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of expert testimonies provided to me by Proskauer. |
| June-20 | Title III | 6/16/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of expert testimonies provided to me by Proskauer. |
| June-20 | Title III | 6/16/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of expert testimonies provided to me by Proskauer. |
| June-20 | Title III | 6/16/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of expert testimonies provided to me by Proskauer. |
| June-20 | Title III | 6/16/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of expert testimonies provided to me by Proskauer. |
| June-20 | Title III | 6/17/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of expert testimonies provided to me by Proskauer. |
| June-20 | Title III | 6/17/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of expert testimonies provided to me by Proskauer. |
| June-20 | Title III | 6/17/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of expert testimonies provided to me by Proskauer. |
| June-20 | Title III | 6/17/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of expert testimonies provided to me by Proskauer. |
| June-20 | Title III | 6/18/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of expert testimonies provided to me by Proskauer. |
| June-20 | Title III | 6/18/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of expert testimonies provided to me by Proskauer. |
| June-20 | Title III | 6/18/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of expert testimonies provided to me by Proskauer. |
| June-20 | Title III | 6/18/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of expert testimonies provided to me by Proskauer. |
| June-20 | Title III | 6/18/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of expert testimonies provided to me by Proskauer. |
| June-20 | Title III | 6/19/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Call with Proskauer to go over next steps on rebuttals. |
| June-20 | Title III | 6/19/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Covid working group phone call. |
| June-20 | Title III | 6/22/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Research and preparation of draft rebuttal statement. |
| June-20 | Title III | 6/22/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Research and preparation of draft rebuttal statement. |
| June-20 | Title III | 6/22/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Research and preparation of draft rebuttal statement. |
| June-20 | Title III | 6/22/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Research and preparation of draft rebuttal statement. |
| June-20 | Title III | 6/22/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Research and preparation of draft rebuttal statement. |
| June-20 | Title III | 6/22/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Research and preparation of draft rebuttal statement. |
| June-20 | Title III | 6/23/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Research and preparation of draft rebuttal statement. |
| June-20 | Title III | 6/23/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Research and preparation of draft rebuttal statement. |
| June-20 | Title III | 6/23/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Research and preparation of draft rebuttal statement. |
| June-20 | Title III | 6/23/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Research and preparation of draft rebuttal statement. |
| June-20 | Title III | 6/23/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Research and preparation of draft rebuttal statement. |
| June-20 | Title III | 6/23/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Research and preparation of draft rebuttal statement. |
| June-20 | Title III | 6/24/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Research and preparation of draft rebuttal statement. |
| June-20 | Title III | 6/24/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Research and preparation of draft rebuttal statement. |
| June-20 | Title III | 6/24/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Research and preparation of draft rebuttal statement. |
| June-20 | Title III | 6/25/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Revamping of monthly monitoring database to align with fiscal plan 4.0. |
| June-20 | Title III | 6/25/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Revamping of monthly monitoring database to align with fiscal plan 4.0. |
| June-20 | Title III | 6/25/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Revamping of monthly monitoring database to align with fiscal plan 4.0. |
| June-20 | Title III | 6/26/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Revamping of monthly monitoring database to align with fiscal plan 4.0. |
| June-20 | Title III | 6/26/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Revamping of monthly monitoring database to align with fiscal plan 4.0. |
| June-20 | Title III | 6/26/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Revamping of monthly monitoring database to align with fiscal plan 4.0. |
| June-20 | Title III | 6/26/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Revamping of monthly monitoring database to align with fiscal plan 4.0. |
| June-20 | Title III | 6/29/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Research and preparation of draft rebuttal statement. |
| June-20 | Title III | 6/29/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Research and preparation of draft rebuttal statement. |
| June-20 | Title III | 6/29/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of PREPA 2020 fiscal plan. |
| June-20 | Title III | 6/29/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of PREPA 2020 fiscal plan. |
| June-20 | Title III | 6/29/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Draft of monthly report 13 for CEO Jaresko. |
| June-20 | Title III | 6/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Draft of monthly report 13 for CEO Jaresko. |
| June-20 | Title III | 6/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Draft of monthly report 13 for CEO Jaresko. |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| June-20 | Title III | 6/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Draft of monthly report 13 for CEO Jaresko. |
| June-20 | Title III | 6/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Draft of monthly report 13 for CEO Jaresko. |

| | | | |
|---|---|---|---|
| Total | | 80.00 | $ 24,000.00 |
| Share of the work on Prepa (legal) | 73.8% | Work with legal teams on Prepa fiscal plan and debt | $17,700.00 |
| Share of the work on Prepa (pricing and macro) | 0.0% | Business operations--Fiscal plan development for Prepa | $0.00 |
| Share of the work on the Commonwealth FP monitoring | 16.3% | Business operations--Fiscal plan monitoring for the Commonwealth | $3,900.00 |
| Share of the work on the Commonwealth FP development | 10.0% | Business operations--Fiscal plan development for the Commonwealth | $2,400.00 |

| | | |
|---|---|---|
| **days in Puerto Rico** | 0.00 | $0.00 |
| total shares | 1.00 | |
| Check | | $ - |

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**$25,000 fee for Monthly Retainer for 1/2-time Work. In July 22 days at 4 hours a day is:**   88 hours.   $ 300.00

$25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| July-20 | Title III | 7/1/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Board hearing on FY2021 budget. |
| July-20 | Title III | 7/1/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Board hearing on FY2021 budget. |
| July-20 | Title III | 7/1/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 150.00 | Commonwealth | TX | Board hearing on FY2021 budget. |
| July-20 | Title III | 7/1/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Review of Commonwealth budget |
| July-20 | Title III | 7/1/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Review of Commonwealth budget |
| July-20 | Title III | 7/1/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Review of Commonwealth budget |
| July-20 | Title III | 7/1/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 150.00 | Commonwealth | TX | Covid working group meeting |
| July-20 | Title III | 7/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan  review and monitoring forCommonwealth entit | $ | 300.00 | Commonwealth | TX | Review of fiscal plan for commonwealth agencies |
| July-20 | Title III | 7/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan  review and monitoring forCommonwealth entit | $ | 300.00 | Commonwealth | TX | Review of fiscal plan for commonwealth agencies |
| July-20 | Title III | 7/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan  review and monitoring forCommonwealth entit | $ | 300.00 | Commonwealth | TX | Review of fiscal plan for commonwealth agencies |
| July-20 | Title III | 7/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan  review and monitoring forCommonwealth entit | $ | 150.00 | Commonwealth | TX | Review of fiscal plan for commonwealth agencies |
| July-20 | Title III | 7/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan  review and monitoring forCommonwealth entit | $ | 150.00 | Commonwealth | TX | Review of fiscal plan for commonwealth agencies |
| July-20 | Title III | 7/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan  review and monitoring forCommonwealth entit | $ | 300.00 | Commonwealth | TX | Review of fiscal plan for commonwealth agencies |
| July-20 | Title III | 7/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Covid working group meeting with CEO. |
| July-20 | Title III | 7/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Comparison of latest CBO forecasts with the fiscal plan. |
| July-20 | Title III | 7/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Comparison of latest CBO forecasts with the fiscal plan. |
| July-20 | Title III | 7/6/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Review of Proskauer outline and comments and incorporation in my analysis, for call later in the day. |
| July-20 | Title III | 7/6/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Review of Proskauer outline and comments and incorporation in my analysis, for call later in the day. |
| July-20 | Title III | 7/6/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Review of Proskauer outline and comments and incorporation in my analysis, for call later in the day. |
| July-20 | Title III | 7/6/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Review of Proskauer outline and comments and incorporation in my analysis, for call later in the day. |
| July-20 | Title III | 7/6/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Review of Proskauer outline and comments and incorporation in my analysis, for call later in the day. |
| July-20 | Title III | 7/6/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Call with Proskauer on preparation of rebuttal comments. |
| July-20 | Title III | 7/7/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Preparation of draft rebuttal comments to Utier expert reports. |
| July-20 | Title III | 7/7/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Preparation of draft rebuttal comments to Utier expert reports. |
| July-20 | Title III | 7/7/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Preparation of draft rebuttal comments to Utier expert reports. |
| July-20 | Title III | 7/8/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Preparation of draft rebuttal comments to Utier expert reports. |
| July-20 | Title III | 7/8/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Preparation of draft rebuttal comments to Utier expert reports. |
| July-20 | Title III | 7/8/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Preparation of draft rebuttal comments to Utier expert reports. |
| July-20 | Title III | 7/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan  review and monitoring for Prepa | $ | 150.00 | Commonwealth | TX | Call with advisors on CBO update. |
| July-20 | Title III | 7/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan  review and monitoring for Prepa | $ | 300.00 | Commonwealth | TX | Call with CEO Jaresko and FOMB staff and advisors on CBO update. |
| July-20 | Title III | 7/15/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Call with advisor Fuentes on revamping monthly report per CEO Jaresko's comments. |
| July-20 | Title III | 7/15/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Call with McKinsey to work on creditor questions. |
| July-20 | Title III | 7/15/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Work on answers to creditor questions. |
| July-20 | Title III | 7/15/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Work on answers to creditor questions. |
| July-20 | Title III | 7/15/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Call with McKinsey to work on creditor questions and FOMB lawyer. |
| July-20 | Title III | 7/17/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 150.00 | Commonwealth | TX | Pre-call meeting with creditors to do final prep. |
| July-20 | Title III | 7/17/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Call with creditors on their questions. |
| July-20 | Title III | 7/22/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Calll with McKinsey on second round of questions. |
| July-20 | Title III | 7/23/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Review of expert paper on cigarette taxes. |
| July-20 | Title III | 7/23/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Review of expert paper on cigarette taxes. |
| July-20 | Title III | 7/23/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Review of expert paper on cigarette taxes. |
| July-20 | Title III | 7/24/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Call with creditors on their questions. |
| July-20 | Title III | 7/28/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Revamping of critique report of Utier expert reports following Proskauer comments. |
| July-20 | Title III | 7/28/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Revamping of critique report of Utier expert reports following Proskauer comments. |
| July-20 | Title III | 7/28/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Revamping of critique report of Utier expert reports following Proskauer comments. |
| July-20 | Title III | 7/28/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Work with legal teams on Prepa fiscal plan and debt | $ | 150.00 | PREPA | TX | Revamping of critique report of Utier expert reports following Proskauer comments. |
| July-20 | Title III | 7/28/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Revamping of critique report of Utier expert reports following Proskauer comments. |
| July-20 | Title III | 7/28/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Revamping of critique report of Utier expert reports following Proskauer comments. |
| July-20 | Title III | 7/28/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Revamping of critique report of Utier expert reports following Proskauer comments. |
| July-20 | Title III | 7/28/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 150.00 | Commonwealth | TX | Call with McKinsey on call with creditors for later in the week. |
| July-20 | Title III | 7/29/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Revamping of monthly note to an input to a broader note for CEO. |
| July-20 | Title III | 7/29/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Revamping of monthly note to an input to a broader note for CEO. |
| July-20 | Title III | 7/29/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Call with advisors to discuss PP for call with creditors on Thursday. |
| July-20 | Title III | 7/29/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 150.00 | Commonwealth | TX | Call with advisors for call with creditors on Thursday. |
| July-20 | Title III | 7/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 150.00 | Commonwealth | TX | Call with advisors for call with creditors on Thursday. |
| July-20 | Title III | 7/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Call with creditors on fiscal plan risks. |
| July-20 | Title III | 7/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Revamping of monthly note to an input to a broader note for CEO. |
| July-20 | Title III | 7/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Revamping of monthly note to an input to a broader note for CEO. |
| July-20 | Title III | 7/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 150.00 | Commonwealth | TX | Revamping of monthly note to an input to a broader note for CEO. |
| July-20 | Title III | 7/31/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Revamping of critique report of Utier expert reports following Proskauer comments. |
| July-20 | Title III | 7/31/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Revamping of critique report of Utier expert reports following Proskauer comments. |
| July-20 | Title III | 7/31/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Revamping of critique report of Utier expert reports following Proskauer comments. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total | | | 61.50 | | $ 18,450.00 | | $ 18,450.00 |
| Share of the work on Prepa (legal) | 46.3% | Work with legal teams on Prepa fiscal plan and debt | $8,550.00 | Commonwealth | $9,450.00 | | |
| Share of the work on Prepa (pricing and macro) | 0.0% | Business operations--Fiscal plan development for Prepa | $0.00 | PREPA | $9,000.00 | | |
| Share of the work on the Commonwealth FP monitoring | 43.1% | Business operations--Fiscal plan review and monitoring for the Commonwealth | $7,950.00 | | | | |
| Share of the work on the Commonwealth FP development | 0.0% | Business operations--Fiscal plan development for the Commonwealth | $0.00 | | | | |
| Fiscal plans of other entities | 2.4% | Business operations--Fiscal plan  review and monitoring for Prepa | $450.00 | | | | |
| Fiscal plans of other entities | 8.1% | Business operations--Fiscal plan  review and monitoring forCommonwealth entit | $1,500.00 | | | | |

| **Days in Puerto Rico** | **0.0** Puerto Rico |
|---|---|
| Checks | 100.0% |

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**$25,000 fee for Monthly Retainer for 1/2-time Work. In July 22 days at 4 hours a day is:** 88 hours. $ 300.00

$25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| August-20 | Title III | 8/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of paper by Utier expert on alcohol taxes |
| August-20 | Title III | 8/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of paper by Utier expert on alcohol taxes |
| August-20 | Title III | 8/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of paper by Utier expert on alcohol taxes |
| August-20 | Title III | 8/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of paper by Utier expert on alcohol taxes |
| August-20 | Title III | 8/3/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on input to new monthly report for CEO. |
| August-20 | Title III | 8/3/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on input to new monthly report for CEO. |
| August-20 | Title III | 8/4/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Presentation by Board of CAFR issue. |
| August-20 | Title III | 8/4/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Presentation by Board of CAFR issue. |
| August-20 | Title III | 8/7/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Monthly report discussion prep work. |
| August-20 | Title III | 8/7/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Monthly report discussion with CEO and other advisors. |
| August-20 | Title III | 8/7/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Monthly report discussion with CEO and other advisors. |
| August-20 | Title III | 8/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Revision work on my rebuttal report. |
| August-20 | Title III | 8/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Revision work on my rebuttal report. |
| August-20 | Title III | 8/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Revision work on my rebuttal report. |
| August-20 | Title III | 8/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Revision work on my rebuttal report. |
| August-20 | Title III | 8/10/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Call with advisors to answer creditor questions. |
| August-20 | Title III | 8/12/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Work with McKinsey advisors on impact of UI extension. |
| August-20 | Title III | 8/12/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of documents on hotel incentives from PREPA |
| August-20 | Title III | 8/12/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of documents on hotel incentives from PREPA |
| August-20 | Title III | 8/17/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Zoom meeting with creditor prep work |
| August-20 | Title III | 8/17/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Zoom meeting with creditor prep with FOMB advisors. |
| August-20 | Title III | 8/18/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Zoom meeeting with PJT partners. |
| August-20 | Title III | 8/19/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 150.00 | Commonwealth | TX | Zoom meeting creditor due diligence.. |
| August-20 | Title III | 8/25/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 150.00 | Commonwealth | TX | Zoom meeting with advisors on Cares Act. |
| August-20 | Title III | 8/27/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Call with Proskauer on expert report comments. |
| August-20 | Title III | 8/28/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Call with Proskauer and Brattle on expert reports. |
| August-20 | Title III | 8/29/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Follow up on revising my expert report. |
| August-20 | Title III | 8/29/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Follow up on revising my expert report. |

| | | | |
|---|---|---|---|
| Total | 26.00 | $ 7,800.00 | $ 7,800.00 |
| Share of the work on Prepa (legal) | 53.8% Work with legal teams on Prepa fiscal plan and debt | $4,200.00 Commonwealth | $3,600.00 |
| Share of the work on Prepa (pricing and macro) | 0.0% Business operations--Fiscal plan development for Prepa | $0.00 PREPA | $4,200.00 |
| Share of the work on the Commonwealth FP monitoring | 26.9% Business operations--Fiscal plan review and monitoring for the Commonwealth | $2,100.00 | |
| Share of the work on the Commonwealth FP development | 19.2% Business operations--Fiscal plan development for the Commonwealth | $1,500.00 | |
| Fiscal plans of other entities | 0.0% Business operations--Fiscal plan  review and monitoring for Prepa | $0.00 | |
| Fiscal plans of other entities | 0.0% Business operations--Fiscal plan  review and monitoring forCommonwealth entiti | $0.00 | |

**Days in Puerto Rico** 0.0 Puerto Rico

**Checks** 100.0%

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $25,000 fee for Monthly Retainer for 1/2-time Work. In Sep 21 days at 4 hours a day is: | | | | | 84 | hours. | | $ 300.00 | | | |
| | | | | | | | | | | | $25,000 |
| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
| September-20 | Title III | 9/11/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Rework of my declaration based on legal comments |
| September-20 | Title III | 9/11/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Rework of my declaration based on legal comments |
| September-20 | Title III | 9/11/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of paper by FOMB expert on taxes |
| September-20 | Title III | 9/11/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of paper by FOMB expert on taxes |
| September-20 | Title III | 9/13/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Updating of monitoring data tables. |
| September-20 | Title III | 9/13/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Updating of monitoring data tables. |
| September-20 | Title III | 9/13/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Updating of monitoring data tables. |
| September-20 | Title III | 9/13/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Updating of monitoring data tables. |
| September-20 | Title III | 9/13/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Updating of monitoring data tables. |
| September-20 | Title III | 9/13/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Updating of monitoring data tables. |
| September-20 | Title III | 9/22/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Updating of monitoring data tables. |
| September-20 | Title III | 9/22/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Updating of monitoring data tables. |
| September-20 | Title III | 9/29/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on BEA real GDP data for fiscal plan. |
| September-20 | Title III | 9/29/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work on BEA real GDP data for fiscal plan. |
| September-20 | Title III | 9/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of rebuttal report prior to submission to Court. |
| September-20 | Title III | 9/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of rebuttal report prior to submission to Court. |
| Total | | | | | | 19.00 | | $ 5,700.00 | | $ 5,700.00 | |
| Share of the work on Prepa (legal) | | | | | | 31.6% | Work with legal teams on Prepa fiscal plan and debt | $1,800.00 | Commonwealth | $3,900.00 | |
| Share of the work on Prepa (pricing and macro) | | | | | | 0.0% | Business operations--Fiscal plan development for Prepa | $0.00 | PREPA | $1,800.00 | |
| Share of the work on the Commonwealth FP monitoring | | | | | | 68.4% | Business operations--Fiscal plan review and monitoring for the Commonwealth | $3,900.00 | | | |
| Share of the work on the Commonwealth FP development | | | | | | 0.0% | Business operations--Fiscal plan development for the Commonwealth | $0.00 | | | |
| Fiscal plans of other entities | | | | | | 0.0% | Business operations--Fiscal plan review and monitoring for Prepa | $0.00 | | | |
| Fiscal plans of other entities | | | | | | 0.0% | Business operations--Fiscal plan review and monitoring for Commonwealth entiti | $0.00 | | | |
| **Days in Puerto Rico** | | | | | | 0.0 | Puerto Rico | | | | |
| Checks | | | | | | 100.0% | | | | | |