# EXHIBIT 2

**Expense Itemization**

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10322 | Title III | 6/9/2020 | Andrew Wolfe | Legal fees | $ 360.00 | 1 | $360.00 | 100 % Commonwealth | Legal fees for May 2020. |
| TOTAL IN JUNE | | | | | | | **$360.00** | | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10322 | Title III | 7/13/2020 | Andrew Wolfe | Legal fees | $ 1,440.00 | 1 | $1,440.00 | 100% Commonwealth | Legal fees for June 2020. |

| TOTAL IN JULY | | | | | | | $1,440.00 | | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10322 | Title III | 8/19/2020 | Andrew Wolfe | Legal fees | $ 855.00 | 1 | $855.00 | 100% Commonwealth | Legal fees for July 2020. |
| TOTAL IN AUG | | | | | | | **$855.00** | | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10322 | Title III | 9/21/2020 | Andrew Wolfe | Legal fees | $ 180.00 | 1 | $180.00 | 100% Commonwealth | Legal fees for Aug 2020. |
| TOTAL IN SEP | | | | | | | **$180.00** | | |