| **EVALUATIVE MEDIATION COVER SHEET** | **CLAIM NUMBER** |
|---|---|
| **CLAIMANT** | **DEBTOR** |
| **CLAIMANT'S OR ATTORNEY'S ADDRESS AND CONTACT INFORMATION** Firm Name, Address, Telephone No. and email address, if Known) | **ATTORNEYS** (Firm Name, Address, Telephone No. and email address) |

**Basis of Claim** (WRITE A BRIEF STATEMENT OF THE BASIS OF THIS CLAIM) **Claim Amount**: $

| **NATURE OF CLAIM** ||
|---|---|
| *Trade Claim* | *Statutory Claim* |
| *Civil Rights* | *Labor (Wages)* |
| *Real Property* | *Malpractice* |
| *Contract Dispute* | *Disability Discrimination* |
| *Electrical Contact* | *Other* |
| **DOES THIS CLAIM DERIVE FROM LITIGATION?** | **RELATED CLAIM** (if applicable) |
| Case Number: | Related Claim Number(s): |
| **TRANSLATOR** | |
| TRANSLATOR NEEDED (Check yes or no) YES: NO: | |