# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS) |

## ORDER

This matter is before the Court on the *Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Leave to File Sur-Reply Regarding Ambac Assurance Corporation's Motion for an Order Directing Cash Rule 2004 Discovery* (Dkt. No. 15583) (the "Urgent Motion"). The Court has also received and reviewed Ambac Assurance Corporation's opposition to the Urgent Motion (Dkt. No. 15669) (the "Opposition") which addresses the merits of the proposed sur-reply. The Urgent Motion is ALLOWED. In light of the Opposition, the Court does not need further briefing on the issues raised in the sur-reply. To ensure clarity of the record, the Oversight Board must file the sur-reply attached to the Urgent Motion on

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the docket. The Court will treat the Opposition as a response to the sur-reply, and will consider all briefs filed to date in adjudicating the New Cash Rule 2004 Motion (Dkt. No. 15220).

This Order resolves Dkt. No. 15583.

SO ORDERED.

/s/ Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

Dated: January 29, 2021