# EXHIBIT 1

## TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS FROM NOVEMBER 25, 2020 THROUGH JANUARY 22, 2021

|   | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| 1. | *Josefina Guinot Meléndez v. Administración de Servicios de Salud Mental y Contra la Adicción*<br><br>Case No. 2001-07-0054<br><br>CASP<br><br>Employment Action | Josefina Guinot Meléndez | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before CASP, the Court of Appeals of Puerto Rico, and the Supreme Court of Puerto Rico; <u>provided</u>, <u>however</u>, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment for money damages, backpay and provisional remedies against the Commonwealth or any other Title III debtor. | January 21, 2021 |