30 de noviembre de 2020.

CLERK'S OFFICE
Tribunal de Distrito de los Estados Unidos
ROOM 150-FEDERAL BUILDING
CARLOS CHARDON AVE.
HATO REY, PR 00918-1767

Abogado de la Junta de Supervisión (Cousel for the Overside Board)
Proskauer Rose L.L.P.
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienestock
Brian S. Rosen

Abogado del Comité de Acreedores (Counsel for the Creditors Comittee)
Paul Hastings L.L.P.
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luis A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

RE: Promesa Título III
Number 17 BK 1283-LTS

Contestación a objeción
reclamación 16366/42949/33643
Carmen Yolanda Rivera

Estimados señores:

Por la presente se contesta la objeción a la reclamación del pago de los dineros adeudados por concepto de los beneficios de Retiro del Gobierno de Puerto Rico y la Autoridad de Carreteras.

La objeción presentada indica que la reclamación no incluyó evidencia suficiente para establecer que existe una deuda a mi favor.

Se rechaza tal objeción ya que con anterioridad a esta notificación se presentó evidencia en el tribunal de las aportaciones efectuadas por mí al plan de retiro donde se prueba que las entidades mencionadas me adeudan el pago correspondiente a dichas aportaciones según se establece en el contrato de retiro.

Por tal razón se solicita que no se permita la objeción presentada.

En espera de su pronta atención a este asunto, quedo

Cordialmente,

Carmen Yolanda Rivera
Carmen Yolanda Rivera
19 Esmeralda St.
Bucaré
Guaynabo, P.R. 00969