**CERTIFIED MAIL**

~~CLERK'S OFFICE~~
~~UNITED STATES DISTRICT COURT~~
~~ROOM 150 FEDERAL BLDG.~~
~~SAN JUAN PR 00918-1767~~

~~OFFICIAL BUSINESS~~
~~PENALTY FOR PRIVATE USE $300~~

7019 1640 0000 9846 8191

U.S. POSTAGE PAID
FCM LG ENV
GUAYNABO, PR
00969
JAN 26, 21
AMOUNT
$7.65
R2305K138387-06

Carmen Yolanda Rivera/Sixto Hernandez Lopez
19 Esmeralda St.
Bucaré
Guaynabo, PR 00969

U.S. District Court, Puerto Rico
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 JAN 29 PM 4:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.