

Carmen Yolanda Rivera/Sixto Hernandez Lopez
19 Esmeralda St.
Bucaré
Guaynabo, PR 00969

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG.
SAN JUAN PR 00918-1767
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CERTIFIED MAIL
7019 1640 0000 9846 8191

U.S. POSTAGE PAID
FCM LG ENV
GUAYNABO, PR
00969
JAN 26, 21
AMOUNT
$7.65
R2305K138387-06

U.S. District Court. Puerto Rico
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED
2021 JAN 29 PM 4:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.