**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors. [1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Asir U. Ashraf, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On January 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Two Hundred Eighty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Subsequently Amended Claims [Docket No. 15698]

- Two Hundred Eighty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims [Docket No. 15699]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Two Hundred Eighty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims with Respect to which Deficient Mailing Responses were Received. [Docket No. 15701]

- Two Hundred Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Claims [Docket No. 15702]

- Two Hundred Eighty-Eighth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims with Respect to which Deficient Mailing Responses were Received [Docket No. 15703]

- Two Hundred Eighty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Claims [Docket No. 15705]

- Two Hundred Ninetieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserting Liabilities Owed by Entities that are not Title III Debtors [Docket No. 15706]

- Two Hundred Ninety-First Omnibus Objection (Non-substantive) of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor [Docket No. 15715]

- Two Hundred Ninety-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of Government of Puerto Rico to Claims that are Partially Deficient and Partially Based on Investments in Mutual Funds attached hereto as **Exhibit B**

- Two Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Deficient Bond Claims [Docket No. 15716]

- Two Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Duplicate and Secondarily Insured Bond Claims [Docket No. 15717]

- Two Hundred Ninety-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to No Liability and Incorrect Debtor Bondholder Claims [Docket No. 15718]

- Two Hundred Ninety-Sixth Omnibus Objection (Non-Substantive) of the Puerto Asserted Against the Incorrect Debtor attached hereto as **Exhibit C**

- Two Hundred Ninety-Seventh Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims Asserting Liabilities for Bonds Sold by Claimants. [Docket No. 15719]

On January 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail and email on the 284th Omni Service List attached hereto as **Exhibit D**:

- Two Hundred Eighty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Subsequently Amended Claims [Docket No. 15698]

On January 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 285th Omni Service List attached hereto as **Exhibit E**:

- Two Hundred Eighty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims [Docket No. 15699]

On January 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 286th Omni Service List attached hereto as **Exhibit F**:

- Two Hundred Eighty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims with Respect to which Deficient Mailing Responses were Received. [Docket No. 15701]

On January 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 287th Omni Service List attached hereto as **Exhibit G**:

- Two Hundred Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Claims. [Docket No. 15702]

On January 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 288th Omni Service List attached hereto as **Exhibit H**:

- Two Hundred Eighty-Eighth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims with Respect to which Deficient Mailing Responses were Received [Docket No. 15703]

On January 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 289th Omni Service List attached hereto as **Exhibit I**:

- Two Hundred Eighty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Claims [Docket No. 15705]

On January 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 290th Omni Service List attached hereto as **Exhibit J**:

- Two Hundred Ninetieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserting Liabilities Owed by Entities that are not Title III Debtors [Docket No. 15706]

On January 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail and email on the 291st Omni Service List attached hereto as **Exhibit K**:

- Two Hundred Ninety-First Omnibus Objection (Non-substantive) of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor. [Docket No. 15715]

On January 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 292nd Omni Service List attached hereto as **Exhibit L**:

- Two Hundred Ninety-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of Government of Puerto Rico to Claims that are Partially Deficient and Partially Based on Investments in Mutual Funds attached hereto as **Exhibit B**

On January 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 293rd Omni Service List attached hereto as **Exhibit M**:

- Two Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Deficient Bond Claims [Docket No. 15716]

On January 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 294th Omni Service List attached hereto as **Exhibit N**:

4

- Two Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Duplicate and Secondarily Insured Bond Claims [Docket No. 15717]

On January 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 295th Omni Service List attached hereto as **Exhibit O**:

- Two Hundred Ninety-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to No Liability and Incorrect Debtor Bondholder Claims [Docket No. 15718]

On January 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 296th Omni Service List attached hereto as **Exhibit P**:

- Two Hundred Ninety-Sixth Omnibus Objection (Non-Substantive) of the Puerto Asserted Against the Incorrect Debtor attached hereto as **Exhibit C**

On January 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the 297th Omni Service List attached hereto as **Exhibit Q**:

- Two Hundred Ninety-Seventh Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims Asserting Liabilities for Bonds Sold by Claimants. [Docket No. 15719]

Dated: January 29, 2021

*/s/ Asir U. Ashraf*
Asir U. Ashraf

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 29, 2021, by Asir U. Ashraf, proved to me on the bases of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 50301

**Exhibit A**

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Co-Attorney for the Financial Oversight and Management Board as representative of the Debtors | A&S Legal Studio, PSC | Attn: Ricardo Burgos-Vargas<br>434 Avenida Hostos<br>San Juan PR 00918 | rburgos@adameslaw.com | Email |
| Counsel to National Public Finance Guarantee Corporation, Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, Lex Claims, LLC, and Voya Institutional Trust Company, Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216, Abengoa S.A. and Abengoa Puerto Rico, S.E. | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, Katarina Stipec Rubio, Sharlene M. Malavé-Vallines, Pedro Jimenez-Rodriguez, & Luis A. Oliver Fraticelli<br>PO Box 70294<br>San Juan PR 00936-8294 | epo@amgprlaw.com<br>larroyo@amgprlaw.com<br>acasellas@amgprlaw.com<br>loliver@amgprlaw.com<br>kstipec@amgprlaw.com<br>pjime@icepr.com | Email |
| Aguirre Offshore Gasport, LLC | Aguirre Offshore Gasport, LLC | Attn: Daniel Bustos, Chief Development Officer<br>Excelerate Energy Limited Partnership<br>2445 Technology Forest Blvd., Level 6<br>The Woodlands TX 77381 | daniel.bustos@excelerateenergy.com | Email |
| Co-counsel to Cobra Acquisitions LLC | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Stephen M. Baldini<br>One Bryant Park<br>New York NY 10036 | idizengoff@akingump.com<br>pdublin@akingump.com<br>sbaldini@akingump.com | Email |
| Co-counsel to Cobra Acquisitions LLC | Akin Gump Strauss Hauer & Feld LLP | Attn: Thomas P. McLish, Scott M. Heimberg, Allison S. Thornton<br>2001 K Street, N.W.<br>Washington DC 20006 | tmclish@akingump.com<br>sheimberg@akingump.com<br>athornton@akingump.com | Email |
| Counsel to Thomas Rivera - Schatz, in his official capacity and on behalf of the Senate of Puerto Rico, Plaintiff in Adversary Proceeding 18-00081/Defendant in Adv Case 19-00014 and Counsel to proposed Intervenor-Defendant Federación de Alcaldes de Puerto Rico, Inc. in Adversary Proceeding 19-00393 | Aldarondo & López-Bras, P.S.C. | Attn: Ivan M. Castro Ortiz, Sheila J. Torres-Delgado, Claudio Aliff-Ortiz, Eliezer Aldarondo-Ortiz, David R. Rodríguez-Burns<br>ALB Plaza, Suite 400<br>16 Rd. 199<br>Guaynabo PR 00969 | icastro@alblegal.net<br>storres@alblegal.net<br>ealdarondo@alblegal.net<br>drodriguez.alb@gmail.com<br>drodriguez@alblegal.net | Email |
| Counsel to Salvador Rovira Rodriguez, Salvador Rovira Rodriguez Attorneys at Law and Puerto Rico Legal Advocates, PSC | Alexandra Bigas Valedon | PO Box 7462<br>Ponce PR 00732-7462 | alexandra.bigas@gmail.com | Email |
| Counsel to Alianza Comunitaria Ambientalista del Sureste, Inc. (ACASE) | Alianza Comunitaria Ambientalista del Sureste, Inc. | Attn: Timmy Boyle<br>Apartado 10140<br>Humacao PR 00972 | acasepr@gmail.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Cooperativa De Ahorro Y Credito Dr. Manuel Zeno Gandia, Cooperativa De Ahorro Y Credito Abraham Rosa, Cooperativa De Ahorro Y Credito De Aguada, Cooperativa De Ahorro Y Credito Vega Alta, Cooperativa De Ahorro Y Credito El Valenciano, Fidecoop, Cooperativa De Ahorro Y Credito De Rincon, Cooperativa De Ahorro Y Credito De Lares Y Region Central, Fondo de Inversión y Desarrollo Cooperativo, Inc., Cooperativa De Ahorro Y Credito de Ciales, Cooperativa De Ahorro Y Credito Juana Diaz | Almeida & Dávila, P.S.C. | Attn: Enrique M. Almeida Bernal and Zelma Dávila Carrasquillo PO Box 191757 San Juan PR 00919-1757 | ealmeida@almeidadavila.com zdavila@almeidadavila.com enrique.almeida@almeidadavila.com | First Class Mail |
| Counsel to American Federation of State, County and Municipal Employees, Intervenor in Adversary Proceeding 17-00250 and Plaintiff in Adversary Proceeding 18-00134 | American Federation of State, County and Municipal Employees | Attn: Judith Rivlin, Teague P. Paterson, & Michael L. Artz 1101 17th Street NW Suite 900 Washington DC 20011 | jrivlin@afscme.org tpaterson@afscme.org martz@afscme.org | Email |
| Federal Agency | AmeriCorps | Attn: Kim Mansaray 1201 New York Ave., NW Washington DC 20525 | | First Class Mail |
| AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority | AmeriNat | Attn: Mark Fredericks, Francisco De Armas Ponce de Leon Ave. #1519 Firstbank Bldg., Suite 1406 San Juan PR 00908 | mfredericks@amerinatls.com fdearmas@ciacpr.com | Email |
| Counsel to Levy Echeandia Trust, Inmobiliaria Levy, Inc., Francisco Levy Hijo, Inc., Ricardo Levy Echeandia and Lourdes Arce Rivera, and Laura Levy | Andrés L. Córdova | PO Box 195355 San Juan PR 00919-533 | acordova@juris.inter.edu | Email |
| Counsel to Sidley Austin LLP | Andrew Jimenez LLC | Attn: Andrew Jiménez-Cancel, Esq. 420 Ave. Ponce de Leon, Suite 910 Fax: 415.591.1400 San Juan PR 00918 | ajimenez@ajlawoffices.com | Email |
| Counsel to Sidley Austin LLP | Andrew Jimenez LLC | Attn: Andrew Jiménez-Cancel, Esq. PO Box 9023654 Tel: 415.591.1000 San Juan PR 00902-3654 | ajimenez@ajlawoffices.com | Email |
| Antilles Power Depot, Inc. | Antilles Power Depot, Inc. | Attn: Raymond Texidor PO Box 810190 Carolina PR 00981-0190 | | First Class Mail |
| Counsel to Sistema de Retiro de la Universidad de Puerto Rico, Marathon Asset Management, LP, Solus Alternative Asset Management LP, Sola Ltd, Ultra Master Ltd, Ultra NB LLC, Solus Opportunities Fund 5 LP, AES Puerto Rico, L.P.,  Arc American, Inc., and Duff & Phelps LLC | Antonetti Montalvo & Ramirez Coll | Attn: Kelly Rivero Alen, Jose L. Ramirez-Coll & Carolina V. Cabrera Bou PO Box 13128 San Juan PR 00908 | Jramirez@amrclaw.com Kellyrivero@hotmail.com ccabrera@amrclaw.com | Email |
| Counsel to Antonio Fuentes González, María Y. Vigue Fernández and the conjugal partnership constituted by them | Antonio Fuentes-González | G.PO Box 7764 Ponce PR 00732-7764 | antoniofuentesgonzalez@yahoo.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Whitebox Asymmetric Partners, LP, et al., Co-Counsel to Whitebox Multi-Strategy Partners, L.P., Whitebox Asymmetric Partners, L.P., Whitebox Institutional Partners, L.P., Whitebox Term Credit Fund I L.P., Pandora Select Partners, L.P., Defendant 27k, Defendant 28k, Defendant 48k, Defendant 55H, and Defendant 56H | Arroyo & Rios Law Offices, PSC | Attn: Moraima S. Ríos Robles & Jessica A. Figueroa-Arce PMB 688 1353 Ave. Luis Vigoreaux Guaynabo PR 00966 | mrios@arroyorioslaw.com jfigueroa@arroyorioslaw.com | Email |
| Interested Party | Arthur Samodovitz | 200 Rano Blvd. #4C-27 Vestal NY 13850 | Arthursail@stny.rr.com | Email |
| Asociación de Empleados Gerenciales del Fondo del Seguro del Estado | Asociación de Empleados Gerenciales del Fondo del Seguro del Estado | PO Box 71325 Suite 84 San Juan PR 00936 | asociacióngerencialescfse@gmail.com | First Class Mail |
| Autonomous Municipality of Ponce, creditor and party-in-interest | Autonomous Municipality of Ponce | PO Box 331709 Ponce PR 00733-1709 | Marieli.Paradizo@ponce.pr.gov | First Class Mail |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol Urb. Matienzo Cintron Calle Montellano 518 San Juan PR 00923 | xavier.carol@abertis.com | Email |
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez 48 Carr. 165 Ste. 500 Guaynabo PR 00968-8033 | julian.fernandez@metropistas.com gonzalo.alcalde@metropistas.com yanira.belen@metropistas.com | Email |
| Counsel to Roche Diagnostics Corporation | Barnes & Thornburg, LLP | Attn: David M. Powlen, Esq., Kevin Collins, Esq. 1000 N. West Street Suite 1500 Wilmington DE 19801 | david.powlen@btlaw.com kevin.collins@btlaw.com | Email |
| Counsel to Mitsubishi Motor Sales of Caribbean, Inc. | Belk & Grovas Law Offices | Attn: James Belk-Arce & Carlos J. Grovas-Porrata PO Box 194927 San Juan PR 00919-4927 | belkgrovas@gmail.com | Email |
| Counsel to the Official Committee of Retired Employees of Puerto Rico & the Official Committee of Retirees | Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira, Héctor M. Mayol Kauffmann, Francisco del Castillo Orozco Edificio Union Plaza, Piso 17, Oficina 1701 Avenida Ponce de León #416 Hato Rey, San Juan PR 00918 | ajb@bennazar.org bgm.csp@bennazar.org hector.mayol@bennazar.org francisco.delcastillo@bennazar.org | Email |
| Counsels for Tradewinds Energy Barceloneta, LLC and Tradewinds Energy Vega Baja, LLC | Bermúdez Díaz & Sánchez LLP | Attn: José J. Sánchez Vélez, Esq. & Reggie Diaz Hernandez, Esq. Edificio Ochoa Suite 200 500 Calle de la Tanca San Juan PR 00901 | jsanchez@bdslawpr.com rdiaz@bdslawpr.com | Email |
| Counsel to the University of Puerto Rico and, in his official capacity, Dr. Darrel Hillman, Co-Counsel to Bank of America, N.A., Co-Counsel to Merrill Lynch, Pierce, Fenner & Smith Inc., and Merrill Lynch Capital Services, Inc. | Bobonis, Bobonis & Rodriguez Poventud | Attn: Carlos Bobonis González, Enrique G. Figueroa-Llinás 129 De Diego Avenue San Juan PR 00911-1927 | cbg@bobonislaw.com efl@bobonislaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Claims Counsel to The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee | Brown Rudnick LLP | Attn: Edward S. Weisfelner<br>7 Times Square<br>New York NY 10036 | eweisfelner@brownrudnick.com | Email |
| Claims Counsel to The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee | Brown Rudnick LLP | Attn: Stephen A. Best, Esq., Benjamin G. Chew, Esq.<br>601 Thirteenth Street NW<br>Washington DC 20005 | sbest@brownrudnick.com<br>bchew@brownrudnick.com | Email |
| Claims Counsel to The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee | Brown Rudnick LLP | Attn: Sunni P. Beville, Esq.<br>One Financial Center<br>Boston MA 02111 | sbeville@brownrudnick.com | Email |
| Counsel to Oracle America, Inc. and Oracle Caribbean, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. & Valerie Bantner Peo, Esq.<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com<br>vbantnerpeo@buchalter.com | Email |
| Counsel to Unión de Trabajadores de la Industria Eléctrica y Riego & Asociación de Profesoras & Profesores del Recinto Universitario de Mayagüez, Inc. and Hermandad de Empleados del Fondo del Seguro del Estado, Inc, et al. Plaintiff in Adversary Proceeding 18-00091 | Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg, Esq.<br>Urb. Constancia<br>2803 Calle San Francisco<br>Ponce PR 00717 | jessica@bufete-emmanuelli.com | Email |
| Counsel to Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica, Union de Empleados de la Corporacion del Fondo del Seguro del Estado, Asociacion de Empleados Gerenciales del Fondo del Seguro del Estado Corp., Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp., Prosol-Utier and Federación de Maestros de Puerto Rico and Sistema de Retiro de los Empleados de la Autoridad de Energa Elctrica (SREAEE), Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. ("APRUM"), Plaintiff in Adversary Proceeding 17-00197, Hermandad de Empleados del Fondo del Seguro del Estado, Inc , et al. Plaintiff in Adversary Proceeding 18-00091, and Unión de Trabajadores de la Industria Eléctrica y Riego ("UTIER") | Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Jessica E. Méndez Colberg, Wilbert López Moreno<br>PO Box 10779<br>Ponce PR 00732 | rolando@bufete-emmanuelli.com<br>jessica@bufete-emmanuelli.com<br>notificaciones@bufete-emmanuelli.com<br>wilbert_lopez@yahoo.com<br>remmanuelli@me.com | Email |
| Counsel to Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica, Union de Empleados de la Corporacion del Fondo del Seguro del Estado, Asociacion de Empleados Gerenciales del Fondo del Seguro del Estado Corp., Prosol-Utier and Federación de Maestros de Puerto Rico and Sistema de Retiro de los Empleados de la Autoridad de Energa Elctrica (SREAEE), Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. ("APRUM"), Plaintiff in Adversary Proceeding 17-00197, Hermandad de Empleados del Fondo del Seguro del Estado, Inc , et al. Plaintiff in Adversary Proceeding 18-00091, and Unión de Trabajadores de la Industria Eléctrica y Riego Inc ("UTIER") | Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Jessica E. Méndez Colberg, Wilbert López Moreno, Wendolyn Torres Rivera<br>472 Tito Castro Ave<br>Edificio Marvesa, Suite 106<br>Ponce PR 00716 | rolando@bufete-emmanuelli.com<br>jessica@bufete-emmanuelli.com<br>notificaciones@bufete-emmanuelli.com<br>wilbert_lopez@yahoo.com<br>wendolyn@bufete-emmanuelli.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Morovis Community Health Center, Corporacion De Servicios De Salud Y Medicina De Avanzada, HPM Foundation, Inc., Concilio De Salud Integral De Loiza, Inc., & Neomed Center, Inc., Attorneys for Migrant Health Center, Inc., Attorneys for Migrant Health Center, Inc., Attorneys for Salud Integral en la Montana | Bufete Rodríguez Miranda, C.S.P. | Attn: María Celeste Rodríguez Miranda PO Box 365072 San Juan PR 00936-5072 | mcrm100@msn.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Adam M Langley, James E. Bailey III Crescent Center, Suite 500 6075 Poplar Avenue Memphis TN 38187 | adam.langley@butlersnow.com jeb.bailey@butlersnow.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Christopher R. Maddux & J. Mitchell Carrington 1020 Highland Colony Parkway Suite 1400 Ridgeland MS 39157 | chris.maddux@butlersnow.com mitch.carrington@butlersnow.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Jason W. Callen 150 3rd Avenue, South Suite 1600 Nashville TN 37201 | jason.callen@butlersnow.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Martin Sosland, Esq. 2911 Turtle Creek Blvd. Suite 1400 Dallas TX 75219 | martin.sosland@butlersnow.com Chris.Maddux@butlersnow.com Mitch.Carrington@butlersnow.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Stanford G. Ladner 1700 Broadway, 41st Floor New York NY 10019 | stan.ladner@butlersnow.com | Email |
| Counsel to Whitefish Energy Holdings, LLC, Integra Design Group, PSC, Huellas Therapy, Corp. and Procesos de Informatica, Inc., Bacardi International Limited, Bacardi Corporation, Institucion Educatica Nets, LLC | C. Conde & Assoc. | Attn: Carmen D. Conde Torres, Esq. & Luisa S. Valle Castro, Esq. San Jose Street #254 Suite 5 Old San Juan PR 00901-1253 | condecarmen@condelaw.com ls.valle@condelaw.com notices@condelaw.com | Email |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Cadwalader, Wickersham & Taft, LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, Casey J. Servais, Nathan Bull, William J. Natbony, and Jaclyn A. Hall 200 Liberty Street New York NY 10281 | howard.hawkins@cwt.com mark.ellenberg@cwt.com ellen.halstead@cwt.com thomas.curtin@cwt.com casey.servais@cwt.com NATHAN.BULL@CWT.com bill.natbony@cwt.com jaclyn.hall@cwt.com | Email |
| Counsel to Assured Guaranty Corp. | Cadwalader, Wickersham & Taft, LLP | Attn: Mark Ellenberg, Esq. 700 Sixth Street, NW Washington DC 20001 | mark.ellenberg@cwt.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Defendants GDB Debt Recovery Authority and its Trustees Mathew Karp, Jorge L. Padilla, and David Pauker, in their official capacities, and Inspectorate America Corporation | Cancio Covas & Santiago, LLP | Attn: Ileana M. Oliver Falero, Esq. MCS Plaza, Suite A-267 255 Ave. Ponce de León San Juan PR 00917 | ioliver@ccsllp.com | Email |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for Puerto Rico Electric Power Authority | Cancio, Nadal, Rivera & Diaz, PSC | Attn: Arturo Diaz-Angueira & Katiuska Bolanos-Lugo, Angel J. Valencia PO Box 364966 403 Muoz Rivera Avenue San Juan PR 00918-3345 | Adiaz@cnrd.com Kbolanos@cnrd.com avalencia@cnrd.com | Email |
| Counsel to Constructora Santiago II, Corp., Tamrio Inc., Peerless Oil & Chemicals, Inc.,  Ferrovial Agroman, SA & TEC General Contractors, Corp. (TEC), Jimenez-Gandara Estate and Dr. Carlos Suarez Vazquez | Cardona-Jimenez Law Offices, PSC | Attn: Jose F. Cardona Jimenez PO Box 9023593 San Juan PR 00902-3593 | jf@cardonalaw.com | Email |
| Caribbean Hospital Corporation | Caribbean Hospital Corporation | Attn: Dr. Sylvia Lourdes de la Peña PO Box 11691 San Juan PR 00922 | delapena.sylvia@gmail.com | Email |
| Counsel to Norma Bernier Casanova, Creditor | Carla T. Rodríguez Bernier | PO Box 7743 Ponce PR 00732 | carla.rodriguezbernier@yahoo.com | Email |
| Counsel to Cooperativa A/C Vegabajeña,  Cooperativa A/C Roosevelt Roads, Quality Equipment, Inc., and Cooperativa A/C La Comerieña | Carlos A. Quilichini Paz & Jessica M. Quilichini Ortiz | PO Box 9020895 San Juan PR 00902-0895 | quilichinipazc@microjuris.com | Email |
| Counsel to Aida Rossy Clemente and Local Counsel to KDC Solar LLC | Carlos Alsina Batista Law Offices, PSC | Attn: Carlos C. Alsina Batista 1519 Ponce de León Ave. Firstbank Bldng., Suite 513 San Juan PR 00909 | calsina@prquiebra.com | Email |
| Counsel to Puerto Rico Land Administration | Carlos E. Cardona-Fernández | PO Box 810412 Carolina PR 00981-0412 | carloscardonafe@hotmail.com | Email |
| Counsel to Carlos J. Mendez Nunez, in his official capacity and on behalf of the House of Representatives of Puerto Rico, Plaintiff in Adversary Proceeding 18-00081 | Carlos E. Rivera-Justiniano | C-2 C/6 Urb. Terrazas de Cupey Trujillo Alto PR 00976 | lcdo.carlos.e.riverajustiniano@gmail.com | Email |
| Counsel to Cooperativa De Ahorro Y Crédito De Isabela | Carlos M. Vergne Law Offices | Attn: Carlos M. Vergne Vargas 24 Mariana Bracetti 2nd Floor San Juan PR 00925 | carlosvergne@aol.com | Email |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Casellas Alcover & Burgos, PSC | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, Diana Pérez-Seda, Mariano A. Mier Romeu PO Box 364924 San Juan PR 00936-4924 | hburgos@cabprlaw.com rcasellas@cabprlaw.com dperez@cabprlaw.com mmier@cabprlaw.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | |
|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors, Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) | Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas Ayala, Esq., Diana M. Batlle-Barasorda, Esq., Alberto J. E. Añeses Negrón, Esq., Ericka C. Montull-Novoa, Esq., Luis Torres & Alberto J. E. Añeses-Negrón, Esq. El Caribe Office Building 53 Palmeras Street, Ste. 1601 San Juan PR 00901-2419 | jcasillas@cstlawpr.com dbatlle@cstlawpr.com aaneses@cstlawpr.com emontull@cstlawpr.com ltorres@cstlawpr.com AAneses@cstlawpr.com Email |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) & Genesis Security Services, Inc. | Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas-Ayala, Esq. & Alberto J. E. Añeses-Negrón, Esq., Ericka C. Montull-Novoa, Esq. PO Box 195075 San Juan PR 00919-5075 | jcasillas@cstlawpr.com aaneses@cstlawpr.com Email |
| Local Counsel to the Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA) | Casillas, Santiago & Torres, LLC | Attn: Luis F. Llach-Zúñiga PO Box 195075 San Juan PR 00919-5075 | lllach@cstlawpr.com Email |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Puerto Rico Chambers Copy Daniel Patrick Moynihan United States Courthouse 500 Pearl St., Suite No. 3212 New York NY 10007-1312 | SwainDPRCorresp@nysd.uscourts.gov Email |
| Counsel to Pedro L. Casasnovas Balado, Olga I. Trinidad Nieves, Raúl E. Casasnovas Balado, Lolita Gandarilla de Casasnovas, Luis A Rivera Siaca, & Asociación de Empleados del Estado Libre Asociado de Puerto Rico | Charles A. Cuprill, PSC, Law Offices | Attn: Charles A. Cuprill–Hernández 356 Fortaleza Street Second Floor San Juan PR 00901 | ccuprill@cuprill.com Email |
| Attorneys for Proposed Amicus Curiae the Autonomous Municipality of San Juan | Charlie Hernandez Law Offices | Attn: Charlie M. Hernández 206 Tetuán Street, Suite 701 Old San Juan PR 00901-1839 | charliehernandezlaw@gmail.com Email |
| Counsel to Arc American, Inc. | Chiesa Shahinian & Giantomasi PC | Attn: Robert E. Nies, George A. Spadoro, Marc R. Lepelstat, Michael R. Caruso One Boland Drive West Orange NJ 07052 | rnies@csglaw.com gspadoro@csglaw.com mlepelstat@csglaw.com mcaruso@csglaw.com Email |
| Counsel to John Hancock Investments | Choate, Hall & Stewart, LLP | Attn: Saige Jutras Oftedal & Douglas R. Gooding Two International Place Boston MA 02110 | softedal@choate.com mbarulli@choate.com jsantiago@choate.com dgooding@choate.com Email |
| Counsel to Coalición de Organizaciones Anti Incineración, Inc. (COAI), Amigos del Río Guaynabo, Inc. (ARG) | Coalición de Organizaciones Anti Incineración, Inc. &  Amigos del Río Guaynabo, Inc. | Attn: Myrna Conty Valle Escondido #9 Guaynabo PR 00971-8000 | gmchg24@gmail.com Email |
| Counsel to Integrand Assurance Company | Cobián Roig Law Offices | Attn: Eduardo J. Cobián Roig PO Box 9478 San Juan PR 00908-9478 | eduardo@cobianroig.com Email |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 7 of 43

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Service Employees International Union and United Auto Workers International Union | Cohen, Weiss and Simon, LLP | Attn: Peter D. DeChiara<br>330 West 42nd Street<br>New York NY 10036-6979 | pdechiara@cwsny.com | Email |
| Counsel to Gladys García Rubiera, et al. v. Hon. Luis G. Fortuño, et al; and Gladys García Rubiera, et al, v. Asociación de Suscripción Conjunta, et al, Civil Number K DP2001-1441 | Colón Ramírez, LLC | Attn: Francisco E. Colón Ramírez<br>1225 Ponce de León Ave<br>VIG Tower Ste 1503<br>San Juan PR 00907 | fecolon@colonramirez.com | Email |
| Counsel to Comité Diálogo Ambiental, Inc. (CDA) | Comité Diálogo Ambiental, Inc. | Attn: Víctor Alvarado<br>Urb. Las Mercedes<br>Calle 13 #71<br>Salinas PR 00751 | valvarados@gmail.com | Email |
| Counsel to Comité Yabucoeño Pro-Calidad de Vida, Inc. (YUCAE) | Comité Yabucoeño Pro-Calidad de Vida, Inc. | Attn: Lydia Díaz<br>HC04 Box 6901<br>Yabucoa PR 00767-9511 | ausubopr88@gmail.com | Email |
| Constructora Santiago II, Corp. | Constructora Santiago II, Corp. | Attn: Eng. José López<br>PO Box 364925<br>San Juan PR 00936-4925 | jlopez@constructorasantiago.com | Email |
| Counsel to Ad Hoc Group of Noteholders of FGIC-Insured Notes | Córdova & Dick, LLC | Attn: Brian M. Dick Biascoechea<br>#403 Calle 12 de Octubre<br>Urb. El Vedado<br>San Juan PR 00918 | bmd@cordovadick.com | Email |
| Counsel to Ad Hoc Group of Noteholders of FGIC-Insured Notes | Córdova & Dick, LLC | Attn: Brian M. Dick Biascoechea<br>PO Box 194021<br>San Juan PR 00919-4021 | bmd@cordovadick.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to the QTCB Noteholder Group (Canyon Capital Advisors LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management LP, OZ Management LP, OZ Management LP, OZ Management II LP) and to Davidson Kempner Distressed Opportunities Fund L.P., Davidson Kempner Distressed Opportunities International Ltd., Davidson Kempner Institutional Partners, L.P., Davidson Kempner International, Ltd., Davidson Kempner Partners, M.H. Davidson & Co., Gordel Capital Limited, Sculptor Credit Opportunities Master Fund, Ltd. (f/k/a OZ Credit Opportunities Master Fund, Ltd.), Sculptor Enhanced Master Fund, Ltd. (f/k/a OZ Enhanced Mater Fund, Ltd.), Sculptor GC Opportunities Master Fund, Ltd. (f/k/a OZ GC Opportunities Master Fund, Ltd.), Sculptor Capital LP (f/k/a OZ Management LP), Sculptor Master Fund, Ltd. (f/k/a OZ Master Fund, Ltd.), and Sculptor SC II, LP (f/k/a OZSC II L.P.),Canyon Balanced Master Fund, Ltd., Canyon Blue Credit Investment Fund L.P., Canyon Distressed Opportunity Investing Fund II, L.P., Canyon Distressed Opportunity Master Fund II, L.P., Canyon NZ-DOF Investing, L.P., Canyon Value Realization Fund, L.P., Canyon Value Realization MAC 18, Ltd., Canyon-ASP Fund, L.P., Canyon-GRF Master Fund II, L.P., Canyon-SL Value Fund, L.P, EP Canyon LTD, and the Canyon Value Realization Master Fund, L.P. | Correa Acevedo & Abesada Law Offices, PSC | Attn: Roberto Abesada-Agüet, Sergio E. Criado & Rocío Del Mar Valentín Colón Centro Internacional de Mercadeo, Torre II # 90 Carr. 165, Suite 407 Guaynabo PR 00968 | ra@calopsc.com scriado@calopsc.com rvalentin@calopsc.com | Email |
| Counsel to Metric Engineering, Inc. | Coto & Associates | Attn: Ramón Coto-Ojeda & Gladira Robles-Santiago MCS Plaza, Suite 800 255 Ponce de León Ave. Hato Rey PR 00918 | rco@crlawpr.com gar@crlawpr.com | Email |
| Counsel to Metric Engineering, Inc. | Coto & Associates | Attn: Ramón Coto-Ojeda & Gladira Robles-Santiago PO Box 71449 San Juan PR 00936-8549 | rco@crlawpr.com gar@crlawpr.com | Email |
| Counsel to Roche Diagnostics Corporation | Daniel Molina López, Esq. | PO Box 223 Las Piedras PR 00771 | dmolinalaw@gmail.com | Email |
| Counsel to PFZ Properties, Inc. | David Carrion Baralt | PO Box 364463 San Juan PR 00936-4463 | davidcarrionb@aol.com | Email |
| Counsel to The PBA Sub-Group of the Commonwealth Bondholder Group | Davis Polk & Wardwell LLP | Attn: Donald S. Bernstein, Brian M. Resnick, Angela M. Libby 450 Lexington Avenue New York NY 10017 | donald.bernstein@davispolk.com brian.resnick@davispolk.com angela.libby@davispolk.com | Email |
| Counsel to Administración De Seguros De Salud De Puerto Rico | De Diego Law Offices, PSC | Attn: William Santiago-Sastre, Esq. PO Box 79552 Carolina PR 00984-9552 | wssbankruptcy@gmail.com | Email |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 9 of 43

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc. | Debevoise & Plimpton, LLP | Attn: Craig A. Bruens, Esq., & Elie J. Worenklein, Esq.<br>919 Third Avenue<br>New York NY 10022 | cabruens@debevoise.com<br>eworenklein@debevoise.com | Email |
| Counsel to Peaje Investments LLC and Davidson Kempner Capital Management LP | Dechert, LLP | Attn: Allan S. Brilliant & Yehuda Goor<br>1095 Avenue of the Americas<br>New York NY 10036 | allan.brilliant@dechert.com<br>yehuda.goor@dechert.com | Email |
| Counsel to Peaje Investments LLC and Davidson Kempner Capital Management LP | Dechert, LLP | Attn: G. Eric Brunstad, Jr.<br>90 State House Square<br>Hartford CT 06103 | eric.brunstad@dechert.com | Email |
| Counsel to Peaje Investments LLC and Davidson Kempner Capital Management LP | Dechert, LLP | Attn: Stuart T. Steinberg & Michael S. Doluisio<br>Cira Centre<br>2929 Arch Street<br>Philadelphia PA 19104 | stuart.steinberg@dechert.com<br>michael.doluisio@dechert.com | Email |
| Del Valle Group, SP | Del Valle Group, SP | Attn: Humberto Reynolds, President, Del Valle Group, S.P.,<br>PO Box 2319<br>Toa Baja PR 00951-2319 | hreynolds@delvallegroup.net | Email |
| Counsel to ERS Bondholders Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management, LP, Glendon Opportunities Fund, LP, Mason Capital Management, LLC, Nokota Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), LP, Oaktree Value Opportunities Fund, LP, Ocher Rose and SV Credit, LP, Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree Opportunities Fund IX, L.P., and Mason Capital Master Fund LP, Counsel to ERS Bondholders Andalusian Global Designated Activity Company, Mason Capital Master Fund, LP, Ocher Rose, L.L.C., SV Credit, L.P., Crown Managed Accounts for and on behalf of Crown/PW SP, LMA SPC for and on behalf of Map 98 Segregated Portfolio, Oceana Master Fund Ltd., Pentwater Merger Arbitrage Master Fund Ltd., and PWCM Master Fund Ltd. Counsel to ERS Bondholders Glendon Opportunities Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., and Oaktree Value Opportunities Fund, L.P., Counsel to ERS Bondholders Andalusian Global Designated Activity Company, Mason Capital Master Fund, LP, Ocher Rose, L.L.C., SV Credit, L.P., Crown Managed Accounts for and on behalf of Crown/PW SP; LMA SPC for and on behalf of Map 98 Segregated Portfolio, Oceana Master Fund Ltd., Pentwater Merger Arbitrage Master Fund Ltd., and PWCM Master Fund Ltd. | Delgado & Fernandez, LLC | Attn: Alfredo Fernandez Martinez<br>PO Box 11750<br>Fernández Juncos Station<br>San Juan PR 00910-1750 | afernandez@delgadofernandez.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Management Consultants & Computer Services. Inc. | Delgado Miranda Law Offices, LLC | Attn: Briseida Y. Delgado-Miranda PMB 112, 130 Winston Churchill Ave., Ste. 1 San Juan PR 00926 | delgadomirandalaw@gmail.com | Email |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | Apartado 9020192 San Juan PR 00902-0192 | | First Class Mail |
| Federal Agency | Department of Defense (DOD) | Attn: Patrick Shanahan 1400 Defense Pentagon Washington DC 20301-1400 | | First Class Mail |
| Federal Agency | Department of Energy (DOE) | Attn: Rick Perry 1000 Independence Ave., SW Washington DC 20585 | | First Class Mail |
| Federal Agency | Department of Homeland Security (DHS) | Attn: Kirstjen M. Nielsen 245 Murray Lane., SW Washington DC 20528-0075 | | First Class Mail |
| Federal Agency | Department of Housing and Urban Development (HUD) | Attn: Ben Carson 451 7th Street., SW Washington DC 20410 | | First Class Mail |
| Federal Agency | Department of Human and Health Services | Attn: Alex Azar 200 Independence Ave, SW Washington DC 20201 | | First Class Mail |
| Counsel to Governor Ricardo Rosselló, Hon. Raúl Maldonado Gautier, and Hon. José Iván Marrero Rosado | Department of Justice | Attn: Wandymar Burgos Vargas, Deputy Secretary in Charge of Litigation PO Box 9020192 San Juan PR 00902-0192 | wburgos@justicia.pr.gov | Email |
| Federal Agency | Department of the Interior (DOI) | Attn: David Bernhardt 1849 C St., NW Washington DC 20240 | | First Class Mail |
| Federal Agency | Department of Transportation (DOT) | Attn: Elaine L. Chao 1200 New Jersey Ave., SE Washington DC 20590 | | First Class Mail |
| Federal Agency | Department of Veterans Affairs (VA) | Attn: Robert Wilkie 810 Vermont Ave., NW Washington DC 20420 | | First Class Mail |
| Counsel to UTIER, Plaintiff in Adversray Proceeding 19-00298 | Despacho Juridico Ramos Luina LLC | Attn: Guillermo J Ramos Luina PO Box 22763 UPR Station San Juan PR 00931 | gramlui@yahoo.com | Email |
| Counsel to Hon. Carlos Contreras Aponte, Executive Director of the Puerto Rico Highways & Transportation Authority and the Puerto Rico Highways & Transportation Authority | Development & Construction Law Group, LLC | Attn: Raúl Castellanos Malavé PMB 443 Suite 112 100 Grand Paseos Blvd San Juan PR 00926-5902 | rcastellanos@devconlaw.com | Email |
| Counsel to Voz Activa, Inc. | Diaz Soto Law Office | Attn: Ricardo L. Díaz Soto PO Box 2000 Caguas PR 00726-2000 | diazsotolaw@gmail.com | Email |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 11 of 43

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Cooperativa de Ahorro y Crédito Abraham Rosa, Cooperativa de Ahorro y Crédito de Ciales, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito Vega Alta, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía, and Cooperativa de Ahorro y Crédito de Juana Díaz | Diego Corral González | Attn: Diego Corral González 1454 Fernández Juncos Avenue San Juan PR 00909 | corraldieg@gmail.com | Email |
| Counsel to the University of Puerto Rico, Puerto Rico Fiscal Agency and Financial Advisory Authority and the Puerto Rico Treasury Department | DLA Piper (Puerto Rico), LLC | Attn: Jose A. Sosa-Llorens Edificio Ochoa, Suite 401 500 Calle de la Tanca San Juan PR 00901-1969 | jose.sosa@dlapiper.com | Email |
| Counsel to The University of Puerto Rico, Puerto Rico Fiscal Agency and Financial Advisory Authority and the Puerto Rico Treasury Department | DLA Piper, LLP (US) | Attn: Richard A. Chesley & Rachel Ehrlich Albanese 1251 Avenue of the Americas New York NY 10020 | richard.chesley@dlapiper.com rachel.albanese@dlapiper.com | Email |
| Counsel to Popular, Inc., Popular Securities, LLC and Banco Popular de Puerto Rico | Donna A. Maldonado-Rivera | Popular Center-9th Floor 209 Muñoz Rivera Ave. San Juan PR 00918 | Donna.Maldonado@popular.com | First Class Mail and Email |
| Federal Agency | Economic and Statistics Administrations | c/o Bureau of Economic Analysis (BEA) 4600 Silver Hill Rd. Washington DC 20233 | | First Class Mail |
| Counsel to the University of Puerto Rico, Plaintiff in Adversary Proceeding 17-00217 | Edgardo Barreto Law Office | Attn: Edgardo Barreto-Pagan 894 Munoz Rivera Ave. M.A.S. Building - Suite 206 Rio Piedras PR 00927 | edgardo_barreto@yahoo.com | Email |
| Counsel to Cooperativa De Ahorro y Crédito De Isabela | Edgardo Muñoz, PSC | Attn: Edgardo Muñoz PO Box 360971 San Juan PR 00936-0971 | emunozPSC@gmail.com | Email |
| Counsel to El Puente de Williamsburg, Inc.-Enlace Latino de Acción Climática (ELAC) | El Puente de Williamsburg, Inc.-Enlace Latino de Acción Climática | Attn: David Ortiz 800 Ave. RH Todd Suite 318 (Piso 3), Comercial 18, Pda. 18 Santurce PR 00907 | dortiz@elpuente.us | Email |
| Counsel to Bella International, LLC, Bella Retail Group, LLC, International Automotive Distributors Group, LLC, Bella Export Corporation, Jeronimo Esteve Abril and Carlos Lopez-Lay | Elián N. Escalante De Jesús, Esq. | PMB 401 PO Box 7891 Guaynabo PR 00970 | elian.escalante@gmail.com | Email |
| Federal Agency | Environmental Protection Agency (EPA) | Attn: Mark Gallagher 1200 Pennsylvania Ave., NW Washington DC 20460 | mark.gallagher@usdoj.gov | Email |
| Counsel to The Financial Oversight and Management Board for Puerto Rico and local Counsel to Brown Rudnick LLP, the Claims Counsel to The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee, Local Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its Member. | Estrella, LLC | Attn: Alberto Estrella, Kenneth C. Suria, Francisco A. Ojeda-Diez P. O. Box 9023596 San Juan PR 00902-3596 | agestrella@estrellallc.com kcsuria@estrellallc.com fojeda@estrellallc.com | Email |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 12 of 43

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Bermudez, Longo, Diaz-Mosso, LLC | Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. PO Box 11397 Fernández Juncos Station San Juan PR 00910-2497 | lpabonroca@microjuris.com clarisasola@hotmail.com | Email |
| Counsel to Bermudez, Longo, Diaz-Mosso, LLC | Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. Urb. Hyde Park 249 Las Marías St. San Juan PR 00927 | lpabonroca@microjuris.com clarisasola@hotmail.com | Email |
| Counsel to Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216 | Faegre Baker Daniels, LLP | Attn: Robert L. Schnell & Michael B. Fisco 2200 Wells Fargo Center 90 S. 7th Street Minneapolis MN 55402 | robert.schnell@faegrebd.com pjime@icepr.com | Email |
| Federación de Maestros de Puerto Rico | Federación de Maestros de Puerto Rico | Urbanización El Caribe No. 1572 Ponce de León Avenue San Juan PR 00927 | legal.fmpr@gmail.com | Email |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Ajit Pai 445 12th St., SW Washington DC 20554 | | First Class Mail |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Bob Fenton 500 C St., SW Washington DC 20472 | | First Class Mail |
| Counsel to Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227 | Feldesman Tucker Leifer Fidell, LLP | Attn: James L. Feldesman 1129 20th Street, NW Fourth Floor Washington DC 20036 | jfeldesman@FTLF.com | Email |
| Counsel to Bank of America Merrill Lynch | Félix J. Montañez-Miranda | PO Box 364131 San Juan PR 00936-4131 | fmontanezmiran@yahoo.com | Email |
| Counsel to American Century Investment Management, Inc. | Fernández Cuyar Rovira & Plá LLC | Attn: Juan A. Cuyar Cobb P.O. Box 9023905 San Juan PR 00902-3905 | jcc@fccplawpr.com jcc@fclawpr.com | Email |
| Counsel to Ambac Assurance Corporation | Ferraiuoli, LLC | Attn: Roberto A. Cámara Fuertes & Sonia E. Colón 221 Ponce de León Avenue 5th Floor San Juan PR 00917 | rcamara@ferraiuoli.com scolon@ferraiuoli.com | Email |
| Counsel to Municipio de San Juan | Ferrari Law, PSC | Attn: Carla Ferrari-Lugo PO Box 988 Aguadilla PR 00605-0988 | ferraric@ferrarilawpr.com | Email |
| Interested Party | Ferrovial Agroman, SA and Ferrovial Agroman, LLC | Attn: Eng. Nassin E. Tactuk Diná 1250 Ponce De Leon Ave. San José Building Suite 901 San Juan PR 00902 | n.tactuk@ferrovial.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Pan American Grain Co., Inc. | Figueroa y Morgade Law | Attn: Maria Mercedes Figueroa y Morgade, Esq.<br>3415 Alejandrino Ave., Apt 703<br>Guaynabo PR 00969-4956 | figueroaymorgadelaw@yahoo.com | Email |
| Counsel to Whitefish Energy Holdings, LLC | Foley & Lardner LLP | Attn: Tamar Dolcourt<br>500 Woodward Ave., Suite 2700<br>Detroit MI 48226 | tdolcourt@foley.com | Email |
| Counsel to Santander Asset Management, LLC | Fortuño Law | Attn: Juan C. Fortuño Fas<br>PO Box 9300<br>San Juan PR 00908 | bkfilings@fortuno-law.com | Email |
| Counsel to Angely M. Aponte-Pagán and other Plaintiffs in the Civil Case No. CC-2016-1153 & Javier Andino-Gaudín and other Plaintiffs in the Civil Case No. K AC2002-5558 | Francisco González Law Office | Attn: Francisco R. González-Colón<br>1519 Ponce De León Ave.<br>First Federal Bldg. Suite 805<br>San Juan PR 00909 | bufetefrgonzalez@gmail.com | Email |
| Counsel to Puerto Rico Hospital Supply, Inc. | Fuentes Law Offices, LLC | Attn: Alexis Fuentes Hernández<br>PO Box 9022266<br>San Juan PR 00902-2726 | alex@fuenteslaw.com | Email |
| Counsel to an ad hoc group of certain holders of Government Facilities Revenue Bonds, Government Facilities Revenue Refunding Bonds (PBA Funds), Black Rock Financial Management, Inc., Deutsche Bank Securities, Inc., First Pacific Advisors, LLC, JNL Multi-Manager Alternative Fund, a Series of JNL Services Trust, Pelican Fund, LP, Silver Point Capital Fund, L.P., and Silver Point Capital Offshore Master Fund, L.P., and co-counsel for Candlewood Constellation SPC Ltd., Acting for and on behalf of Candlewood Puerto Rico SP, Emso Asset Management Ltd. Mason Capital Master Fund, L.P. and VR Advisory Services Ltd. in Adversary Proceeding 19-00291 and co-counsel to Defendant FPA Crescent Fund in Adversary Proceeding 19-00292 and co-counsel to Defendants Fir Tree Capital Opportunity Master Fund III, LP; Fir Tree Capital Opportunity Master Fund, LP; Fir Tree Value Master Fund, LP; FPA Global Opportunity Fund, a Series of FPA Hawkeye Fund, LLC; FPA Hawkeye Fund, a Series of FPA Hawkeye Fund, LLC, FPA Select Fund, L.P.; FPA Value Partners Fund, a Series of FPA Hawkeye Fund, LLC; FT COF (E) Holdings, LLC; FT SOF IV Holdings, LLC; Global Flexible Fund, a sub-fund of Nedgroup Investment Funds PLC; Lannan Foundation; Litman Gregory Masters Alternative Strategies Fund, a series of Litman Gregory Funds Trust; Ulysses Offshore Fund, Ltd.; Ulysses Partners, LP; and VR Global Partners, LP in Adversary Proceeding 19-00295 | G. Carlo-Altieri Law Offices, LLC | Attn: Gerardo A. Carlo, Kendra Loomis<br>254 San Jose St., Third Floor<br>San Juan PR 00901 | gacarlo@carlo-altierilaw.com<br>loomislegal@gmail.com<br>gaclegal@gmail.com | Email |
| Counsel to the Insurance Commissioner of Puerto Rico as Liquidator of National Insurance Company, Preferred Health, Inc., and Agro Industrias del Este, Corp. | Garay Massey Law Office | Attn: Juan Carlos Garay Massey<br>PMB 347<br>#5900 Isla Verde Ave. L-2<br>Carolina PR 00979-4901 | juans@prtc.net | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Finca Matilde Inc. | Garcia-Arregui & Fullana PSC | Attn: Isabel M. Fullana<br>252 Ponce De Leon Ave<br>Suite 1101<br>San Juan PR 00918 | ifullana@gaflegal.com | Email |
| Counsels for Tradewinds Energy Barceloneta, LLC and Tradewinds Energy Vega Baja, LLC,the Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA and PBA) | Genovese Joblove & Battista, P.A. | Attn: John H. Genovese, Mariaelena Gayo-Guitian, Jesus M Suarez, John Arrastia<br>100 SE 2nd Street, Suite 4400<br>Miami FL 33131 | jgenovese@gjb-law.com<br>mguitian@gjb-law.com<br>jsuarez@gjb-law.com<br>jarrastia@gjb-law.com | Email |
| Counsel to Migrant Health Center, Inc. | Gerena Law Office | Attn: Jorge L. Gerena-Méndez, Esq.<br>PO Box 363524<br>San Juan PR 00936-3524 | jlgere@gmail.com | Email |
| Counsel to Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, Lex Claims, LLC, Assured Guaranty Municipal Corp and Assured Guaranty Corp., Plaintiff in Adversary Case No. 18-00087 | Gibson, Dunn & Crutcher, LLP | Attn: Theodore B. Olson, Matthew D. McGill,  Lochlan F. Shelfer & Jeremy M. Christiansen<br>1050 Connecticut Ave., NW<br>Washington DC 20036 | mmcgill@gibsondunn.com<br>jchristiansen@gibsondunn.com | Email |
| Representative of Plaintiff the Financial Oversight and Management Board for Puerto Rico (the "FOMB") | Gierbolini & Carroll Law Offices, P.S.C. | Attn: Courtney R. Carroll, Miguel E. Gierbolini<br>PO Box 9022936<br>San Juan PR 00902-2936 | courtneyrcarroll@gierbolinicarroll.com<br>miguelgierbolini@gierbolinicarroll.com | Email |
| Counsel to the Ad Hoc Puerto Rico Municipalities Committee and GMS Group, LLC and Mark Elliott | Godreau & Gonzalez Law, LLC | Attn: F. David Godreau Zayas & Rafael A. Gonzalez Valiente<br>PO Box 9024176<br>San Juan PR 00902-4176 | dg@g-glawpr.com<br>rgv@g-glawpr.com | Email |
| Counsel to Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc. | Goldman Antonetti & Cordova, LLC | Attn: Carlos A. Rodríguez Vidal & Solymar Castillo Morales<br>Post Office Box 70364<br>San Juan PR 00936-8364 | crodriguez-vidal@gaclaw.com<br>scastillo@gaclaw.com | Email |
| Counsel to Cooperativa de Ahorro y Crédito de Santa Isabel | González López & López Adames LLC | Attn: Marie Elsie López Adames<br>1126 Ashford Ave. Suite C-10<br>The Diplomat Condominium<br>San Juan PR 00907 | marielopad@gmail.com | Email |
| Counsel to Ms. Marcia Gil Caraballo | Gonzalez Munoz Law Offices, PSC | Attn: Juan C. Nieves Gonzalez<br>PO Box 9024055<br>San Juan PR 00902-4055 | Jnieves@gonzalezmunozlaw.com | Email |
| Co-Counsel to Goldman Sachs & Co. LLC | Goodwin Procter LLP | Attn: Brian E. Pastuszenski, Charles A. Brown<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018 | bpastuszenski@goodwinlaw.com<br>cbrown@goodwinlaw.com | Email |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for Puerto Rico Electric Power Authority | Greenberg Traurig, LLP | Attn: David Cleary, John Hutton, Kevin D. Finger, Nathan A. Haynes<br>200 Park Avenue<br>New York NY 10016 | Huttonj@gtlaw.com<br>Haynesn@gtlaw.com<br>fingerk@gtlaw.com<br>haynesn@gtlaw.com | Email |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 15 of 43

Exhibit A
Master Service List
Served as set forth below

| | | | |
|---|---|---|---|
| Counsel to José Ramón Rivera Rivera, Ralphie Dominicci Rivera, Ángel R. Figueroa Jaramillo and Erasto Zayas López, Plaintiffs in Adversary Proceeding 18-00047, and Cooperativa De Ahorro Y Crédito Abraham Rosa, et al., Plaintiff in Adversary Proceeding 18-00028 and Co-Counsel to Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía and Cooperativa de Ahorro y Crédito de Juana Díaz | Guillermo Ramos Luiña | P. O. Box 22763, UPR Station San Juan PR 00931-2763 | gramlui@yahoo.com | Email |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger, collectively the Marrero Plaintiffs | Hagens Berman Sobol Shapiro LLP | Attn: Mark T. Vazquez 455 N. Cityfront Plaza Dr., Suite 2410 Chicago IL 60611 | MARKV@HBSSLAW.com | Email |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger, collectively the Marrero Plaintiffs | Hagens Berman Sobol Shapiro LLP | Attn: Steve W. Berman 1918 Eighth Avenue, Suite 3300 Seattle WA 98101 | steve@hbsslaw.com | Email |
| Counsel to the Puerto Rico Energy Commission | HALS, PSC | Attn: Yarymar González Carrasquillo PO Box 365061 San Juan PR 00936-5061 | ygc@rclopr.com ygc1@prtc.net | Email |
| Counsel to Cooperativa De Ahorro Y Credito Abraham Rosa, Plaintiff in Adversary Proceeding 18-00028 | Harry Anduze Montano | 1454 Fernández Juncos Avenue San Juan PR 00909 | handuze@microjuris.com | Email |
| Counsel to Luis R. Santini-Gaudier, Plaintiff in Adversary Proceeding Case No. 18-00053, Cooperativa de Ahorro y Crédito Abraham Rosa, Cooperativa de Ahorro y Crédito de Ciales, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito Vega Alta, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía, and Cooperativa de Ahorro y Crédito de Juana Díaz | Harry Anduze Montano Law Offices | Attn: Harry Anduze Montaño 1454 Fernandez Juncos Ave San Juan PR 00909 | jmoralesb@microjuris.com corraldieg@gmail.com | Email |
| Counsel to Data Access Communication Inc, Netwave Equipment Corp., and Nustream Communications Corp | Hector Figueroa Vincenty | Calle San Francisco #310 Suite 32 San Juan PR 00901 | QUIEBRAS@ELBUFETEDELPUEBLO.com | Email |
| Counsel to Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón | Hernandez & Rodriguez Law Offices | Attn: Fernando L. Rodriguez Mercado PO Box 1291 San Lorenzo PR 00754 | hernandezrodriguezlaw@gmail.com | Email |
| Counsel to the Estate of Delia Hernandez | Hernandez-Oharriz & Santiago, P.S.C. | Attn: Edgardo José Hernández Ohárriz Centro Internacional de Mercadeo 1 100 PR-165, Suite 612 Guaynabo PR 00908 | ehernandez@lawservicespr.com | Email |
| Counsel to US Bank, National Association and US Bank Trust, National Association, each as Trustee for Various Bond Issues | Hogan Lovells US, LLP | Attn: Robin E. Keller, Ronald J. Silverman, Michael C Hefter 390 Madison Avenue New York NY 10017 | robin.keller@hoganlovells.com ronald.silverman@hoganlovells.com michael.hefter@hoganlovells.com | Email |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 16 of 43

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight, LLP | Attn: Jesús E. Cuza<br>701 Brickell Avenue<br>Suite 3300<br>Miami FL 33131 | jesus.cuza@hklaw.com | Email |
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight, LLP | Attn: John J. Monaghan, Esq., Lynne B. Xerras, Esq., & Kathleen M. St. John, Esq.<br>10 St. James Avenue<br>Boston MA 02116 | bos-bankruptcy@hklaw.com | Email |
| Honorable Rosanna López León, Plaintiff in Adv. Case No. 17-00137 | Honorable Rosanna López León | El Capitolio<br>PO Box 9023431<br>San Juan PR 00902-3431 | mvega@senado.pr.gov | Email |
| Counsel to Learning Alliances, LLC | Hunton Andrews Kurth LLP | Attn: Robert A. Rich, Esq.<br>200 Park Avenue<br>New York NY 10166 | rrich2@huntonak.com | Email |
| Counsel to Asociación Puertorriqueña de la Judicatura and Depository Trust Company | Indiano & Williams, PSC | Attn: David C. Indiano, Leticia Casalduc-Rabell, & Claudia Quiñones-Vila<br>207 del Parque Street<br>3rd Floor<br>San Juan PR 00912 | claudia.quinones@indianowilliams.com<br>david.indiano@indianowilliams.com<br>leticia.casalduc@indianowilliams.com | Email |
| Integrand Assurance Company | Integrand Assurance Company | PO Box 70128<br>San Juan PR 00936-8128 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Insolvency Unit<br>City View Plaza<br>48 Carr 165, Suite 2000<br>Guaynabo PR 00968 | Thomas.M.Rath@IRSCOUNSEL.TREAS.gov | Email |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger, collectively the Marrero Plaintiffs | Ismael Marrero Rolon | Attn: Jane Becker Whitaker<br>PO Box 9023914<br>San Juan PR 00902 | janebeckerwhitaker@gmail.com | Email |
| Counsel to Carlos J. Mendez Nunez, in his official capacity and on behalf of the House of Representatives of Puerto Rico, Plaintiff in Adversary Proceeding 18-00081 | Israel Roldán González & Isis Aimée Roldán Márquez | 49 Betances Street<br>Aguadilla PR 00603 | irg@roldanlawpr.com<br>irm@roldanlawpr.com | Email |
| Counsel to PFZ Properties, Inc. | Jack Katz | ESJ Towers<br>6165 Isla Verde Ave<br>Carolina PR 00979-5729 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Jaime Rodríguez Avilés | Jaime Rodríguez Avilés | 128 Apartamento 201<br>Edificio Bernardo Torres, Sector La Trocha<br>Yauco PR 00698 | | First Class Mail |
| Counsel to Lauren De Pablo by her, Rolando Martínez by him and as inheritor of Ondina Finale, Conjugal Partnership of Rolando Martínez and Lauren de Pablo, Deianeira Martínez De Pablo by her, Pedro Rolando Martínez Torres by him and as in heritor of Ondina Finale, and Olga Martínez Finale as inheritor of Ondina Finale | James Law Offices | Attn: Glenn Carl James<br>PMB 501<br>1353 Rd. 19<br>Guaynabo PR 00966-2700 | glenncarljameslawoffices@gmail.com | Email |
| Counsel to Corporación Publica para la Supervisión y Seguro de Cooperativas de Puerto Rico ("COSSEC") | Jean Philip Gauthier Law Offices | Attn: Jean Philip Gauthier, Cristine M. Ramos Martínez<br>1250 Ponce de Leon Avenue, Suite 700<br>San Juan PR 00907 | JPGLaw@outlook.com<br>ramosmartinezlaw@yahoo.com<br>ramosmartinezlaw7@gmail.com | Email |
| Counsel to Corporación Publica para la Supervisión y Seguro de Cooperativas de Puerto Rico ("COSSEC") | Jean Philip Gauthier Law Offices | Attn: Jean Philip Gauthier, Cristine M. Ramos Martínez<br>PO Box 8121<br>San Juan PR 00910-8121 | JPGLaw@outlook.com<br>ramosmartinezlaw@yahoo.com<br>ramosmartinezlaw7@gmail.com | Email |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block, LLP | Attn: Melissa Root, Catherine Steege<br>353 N. Clark Street<br>Chicago IL 60654 | mroot@jenner.com<br>csteege@jenner.com | Email |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block, LLP | Attn: Robert Gordon, Richard Levin, Carl N. Wedoff, Catherine Steege<br>919 Third Ave<br>New York NY 10022-3908 | rgordon@jenner.com<br>rlevin@jenner.com<br>cwedoff@jenner.com<br>csteege@jenner.com | Email |
| Counsel to Marie Algarín Serrano | Jesús M. Rivera Delgado | Attn: Jesús M. Rivera Delgado<br>P O Box 22518<br>San Juan PR 00931 | info@jesusriveradelgado.com | First Class Mail and Email |
| Counsel to the Ad Hoc Group of General Obligation Bondholders, Autonomy Capital (Jersey) LP & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | Jiménez, Graffam & Lausell | Attn: Andrés F. Picó Ramírez & J. Ramón Rivera Morales<br>PO Box 366104<br>San Juan PR 00936-6104 | rrivera@jgl.com<br>apico@jgl.com | Email |
| Counsel to Autonomy Capital (Jersey) L.P. | Jiminez, Graffam & Lausell | Attn: J. Ramón Rivera Morales<br>PO Box 366104<br>San Juan PR 00936-6104 | rrivera@jgl.com | Email |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management, LP, Glendon Opportunities Fund, LP, Mason Capital Management, LLC, Nokota Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), LP, Oaktree Value Opportunities Fund, LP, Ocher Rose and SV Credit, LP | Jones Day | Attn: Benjamin Rosenblum, James M. Gross<br>250 Vesey Street<br>New York NY 10281 | brosenblum@jonesday.com<br>jgross@jonesday.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management, LP, Glendon Opportunities Fund, LP, Mason Capital Management, LLC, Nokota Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), LP, Oaktree Value Opportunities Fund, LP, Ocher Rose and SV Credit, LP, ERS Bondholders Glendon Opportunities Fund, L.P., Oaktree-Forrest Multi Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., and Oaktree Value Opportunities Fund, L.P. | Jones Day | Attn: Bruce Bennett 555 South Flower Street 50th Floor Los Angeles CA 90071 | bbennett@jonesday.com | Email |
| Counsel to ERS Bondholders Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi- Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose, L.L.C., Mason Capital Master Fund LP, and SV Credit, L.P., Counsel to ERS Bondholders Andalusian Global Designated Activity Company, Mason Capital Master Fund, LP, Ocher Rose, L.L.C., SV Credit, L.P., Crown Managed Accounts for and on behalf of Crown/PW SP, LMA SPC for and on behalf of Map 98 Segregated Portfolio, Oceana Master Fund Ltd., Pentwater Merger Arbitrage Master Fund Ltd., and PWCM Master Fund Ltd.C Counsel to ERS Bondholders Glendon Opportunities Fund, L.P., Oaktree-Forrest Multi-Strategy,LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., and Oaktree Value Opportunities Fund, L.P. | Jones Day | Attn: Sparkle Sooknanan, Beth Heifetz, Christopher J. DiPompeo 51 Louisiana Ave. N.W. Washington DC 20001 | ssooknanan@jonesday.com bheifetz@jonesday.com cdipompeo@jonesday.com | Email |
| Counsel to María Elena Alonso Fuentes and Laura E. Climent Garcia | Jorge Luis Guerrero-Calderon | 301  Calle Recinto Sur Suite 502 San Juan PR 00901-1945 | tuttieguerrero@yahoo.com | Email |
| Counsel to Nydia M. Morales | Jorge P. Sala Colon | 8169 Calle Concordia Suite 102, Cond. San Vicente Ponce PR 00717-1556 | jpsala_pr@yahoo.com salalawyers@yahoo.com | Email |
| Counsel to Del Valle Group, SP, Pablo Del Valle Rivera and María A. Martínez, Tenants in Common, Fideicomiso Del Valle Martinez II and Reliable Equipment Corporation | Jorge R. Quintana-Lajara | 400 Calle Calaf PMB 165 San Juan PR 00918-1314 | jorgequintanalajara@gmail.com | Email |
| Counsel to Asociación de Maestros de Puerto Rico - Local Sindical and Co-Counsel to the American Federation of Teachers, AFL-CIO | José Luis Barrios-Ramos | 1801 McLeary Ave. Suite 303 San Juan PR 00911 | barrios.jl@outlook.com | Email |
| Counsel to WorldNet Telecommunications, Inc. | José Luis Barrios-Ramos | PO Box 364966 San Juan PR 00936-4966 | barrios.jl@outlook.com | Email |
| Counsel to Jose Angel Rey, Julie I. Escudero, and Hilda O. Cartagena | Jose W. Cartagena | 701 Ave Ponce de Leon Suite 401 San Juan PR 00907-3248 | jwc@jwcartagena.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to the Municipality of Guayanilla | JRAF Law Firm, PSC | Attn: Juan P. Rivera Roman<br>PO Box 7498<br>Ponce PR 00732 | riveraroman@hotmail.com | Email |
| Counsel to PV Properties, Inc., Windmar Renewable Energy, Inc. and Coto Laurel Solar Farm, Inc. | JRJ Consultants & Legal Advisors, LLC | Attn: Javier Rua-Jovet, Esq.<br>Centro de Seguros Bldg.<br>701 Ponce de Leon Ave., Ste 414<br>San Juan PR 00907 | javrua@gmail.com | Email |
| Counsel to Orlando Torres Berrios, Germán Torres Berrios, Viviana Ortiz Mercado, Juan Alberto Torres Berrios, Vilma Teresa Torres López, Ramón A. Bonilla Martínez, and Hermanos Torres Torres, Inc. | Juan A. Hernández Rivera, Esq. | PMB #108<br>HC 72 Box 3766<br>Naranjito PR 00719 | juan@jahrlaw.com | Email |
| Counsel to Adrian Mercado Jimenez, Municipio de Gurabo | Juan B. Soto Law Offices, PSC | Attn: Juan B. Soto Balbás<br>1353 Luis Vigoreaux Ave.<br>PMB 270<br>Guaynabo PR 00966 | jsoto@jbsblaw.com | Email |
| Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Com. Punta Diamante<br>Calle Naira #1561<br>Ponce PR 00728 | ileanaortix@outlook.com | Email |
| The Board of Trustees of the Puerto Rico Electric Power Authority Employees' Retirement System, Juan Carlos Adrover, Sammy Ramírez and Alvin Román | Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | Sistema de Retiro AEE<br>PO Box 13978<br>San Juan PR 00908-3978 | | First Class Mail |
| Counsel to NextGen Healthcare, Inc. and Quality Systems, Inc. | Kane Russell Coleman Logan PC | Attn: Paul J. Hammer<br>5051 Westheimer Road, 10th Floor<br>Houston TX 77056 | phammer@krcl.com | First Class Mail |
| Counsel to Kanoso Auto Sales Inc. | Kanoso Auto Sales Inc. | Attn: Jose A. Crespo Gonzalez, President<br>PO Box 1446<br>San German PR 00683 | | First Class Mail |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | Karon LLC | Attn: Daniel R. Karon<br>700 W. St. Clair Ave., Suite 200<br>Cleveland OH 44113 | dkaron@karonllc.com | Email |
| Counsel to Whitebox Asymmetric Partners, L.P., Whitebox Institutional Partners, L.P., Whitebox Multi-Strategy Partners, L.P., Pandora Select Partners, L.P., and Whitebox Term Credit Fund I L.P. | Kasowitz Benson Torres LLP | Attn: Andrew K. Glenn, Shai Schmidt, Trevor J. Welch<br>1633 Broadway<br>New York NY 10019 | AGlenn@kasowitz.com<br>SSchmidt@kasowitz.com<br>TWelch@kasowitz.com | Email |
| Counsel to ManpowerGroup, Inc. | Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey, Esq., Ryan M. Billings, Esq.<br>4650 N. Port Washington Road<br>Milwaukee WI 53212 | swisotzkey@kmksc.com<br>rbillings@kmksc.com | Email |
| Top 20 Unsecured Creditor, COFINA | KPMG, LLC | Attn: Angel Perez & Luisette Negron<br>American Intl. Plaza, 250 Ave.<br>Luis Munoz Rivera<br>San Juan PR 00918 | aperez@kpmg.com<br>Lnegron@kpmg.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Major COFINA Bondholders, Oppenheimer Funds, Franklin Funds, First Puerto Rico Family of Funds, Ad Hoc Group of PREPA Bondholders, and Invesco/Oppenheimer Funds | Kramer Levin Naftalis & Frankel, LLP | Attn: Amy Caton, Thomas Moers Mayer,  David E. Blabey, Jr., Douglas Buckley, P. Bradley O'Neill, Gregory A. Horowitz, Natan Hamerman, Alice J. Byowitz, and Natan Hamerman 1177 Avenue of the Americas New York NY 10036 | acaton@kramerlevin.com tmayer@kramerlevin.com dblabey@kramerlevin.com dbuckley@kramerlevin.com nhamerman@kramerlevin.com abyowitz@kramerlevin.com ghorowitz@kramerlevin.com boneill@kramerlevin.com | Email |
| Counsel to AGM Properties Corporation | Landrau Rivera & Assoc. | Attn: Noemí Landrau Rivera PO Box 270219 San Juan PR 00927-0219 | nlandrau@landraulaw.com | Email |
| Counsel to Autonomy Capital (Jersey) LP | Latham & Watkins LLP | Attn: Adam J. Goldberg, Yelizaveta L. Burton, Christopher Harris 885 Third Avenue New York NY 10022 | adam.goldberg@lw.com liza.burton@lw.com christopher.harris@lw.com | Email |
| Counsel to Autonomy Capital (Jersey) LP | Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. & Michael J. Reiss, Esq. 355 South Grand Avenue, Suite 100 Los Angeles CA 90071 | jeff.bjork@lw.com michael.reiss@lw.com | Email |
| Counsel to Autonomy Capital (Jersey) L.P. | Latham & Watkins LLP | Attn: Michael J. Reiss 355 South Grand Avenue Suite 100 Los Angeles CA 90071 | michael.reiss@lw.com | Email |
| Counsel to Instituto de Competitividad Y Sostenibilidad Economica de Puerto Rico (ICSE) | Law Firm of Fernando E. Agrait | Attn: Fernando E. Agrait 701 Avenida Ponce De Leon Edificio Centro de Seguros, Oficina 414 San Juan PR 00907 | agraitfe@agraitlawpr.com | Email |
| Counsel to M.L. & R.E. Law Firm, the Popular Democratic Party House of Representatives Delegation, and the plaintiffs-intervenors in Adversary Proceeding 18-00081 | Law Office Aníbal Acevedo-Vilá | Attn: Aníbal Acevedo-Vilá 894 Muñoz Rivera Ave. Suite 202 San Juan PR 00927 | acevedovila1@gmail.com | Email |
| Counsel to Depository Trust Company | Law Office of Frank Pola, Jr. | Attn: Frank Pola, Jr. El Centro II, Suite 260 #500 Muñoz Rivera Avenue San Juan PR 00918 | pola@frankpolajr.com | Email |
| Counsel to CMA Architects & Engineers, LLC, Municipality of San Sebastian,  the Corporación de Servicios Integrales de Salud del Area de Barranquitas, Comerío, Corozal, Naranjito y Orocovis, Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227, and Corporacion de Servicios Integrales de Salud del Area de Barranquitas, Comero, Corozal, Naranjito Y Orocovis, Plaintiff in Adversary Proceedings 17-00292 and 17-00298 | Law Offices of John E. Mudd | Attn: John E. Mudd PO Box 194134 San Juan PR 00919 | jemudd@yahoo.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Del Valle Group, SP, Pablo Del Valle Rivera and María A. Martínez, Tenants in Common, Fideicomiso Del Valle Martinez II and Reliable Equipment Corporation | Law Offices of Michael Craig McCall | Attn: Michael Craig McCall PO Box 362634 San Juan PR 00936-2634 | craigmcc@me.com | Email |
| Attorney for Rosa E. Lespier Santiago | Lcdo. Norberto Colón Alvarado | Attn: Norberto Colón Alvarado 46 Calle Castillo Ponce PR 00730- | norbertocolonalvarado@yahoo.com | Email |
| Counsel to M Solar Generating, LLC | Ledesma & Vargas, LLC | Attn: Fransheska Pabón López PO Box 194089 San Juan PR 00919 | fpabon@lvvlaw.com | Email |
| Counsel to Centro de Periodismo Investigativo Inc., Plaintiff in Adversary Proceeding 17-00167 | Legal Aid Clinic, UIA | Attn: Rafael E. Rodriguez Rivera PO Box 194735 San Juan PR 00919-4735 | rrodriguez@juris.inter.edu | Email |
| Interested Party | Legal Partners, PSC | Attn: Juan M. Suarez-Cobo 138 Winston Churchill Suite 316 San Juan PR 00926-6023 | suarezcobo@gmail.com | Email |
| Counsel to the Financial Oversight and Management Board in Adversary Proceeding 17-00213 and 18-00149 and A&S Legal Studio, PSC | Legal Partners, PSC | Attn: Luis F. Del Valle Emmanuelli PO Box 79897 Carolina PR 00984-9897 | dvelawoffices@gmail.com | Email |
| Top 20 Unsecured Creidtor, COFINA | Lehman Brothers Holdings, Inc. | Attn: Thomas Hommell, Abhishek Kalra & Pamela Simons 1271 Avenue of the Americas 35th Floor New York NY 10020 | abhishek.kalra@lehmanholdings.com | Email |
| Counsel to Cooperativa de Ahorro y Crédito Jayucoop | Lemuel Negrón Colón | PO Box 801478 Coto Laurel PR 00780-1478 | lemuel.law@gmail.com | Email |
| PBJL Energy Corporation, Plaintiff in Adversary Proceeding 18-00063 | Lex Services PSC | Attn: Ivan Diaz Lopez 1612 Ponce de Leon, 1st Floor San Juan PR 00909 | ivandialo2001@yahoo.com | Email |
| Interested Party | Liberty Cablevision of Puerto Rico, LLC | Attn: Alexandra Verdiales PO Box 192296 San Juan PR 00919-2296 | | First Class Mail |
| Counsel to Stericycle | Linares Palacios Law Offices | Attn: Adrián R. Linares Palacios PMB 456 Suite 102 405 Ave. Esmeralda Guaynabo PR 00969 | alinares2020@yahoo.com | Email |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, et al., Plaintiff in Adversary Proceedings 17-00219 and 17-00220 | López Sánchez & Pirillo, LLC | Attn: Alicia I Lavergne Ramirez PO Box 11917 San Juan PR 00922-1917 | alavergne@lsplawpr.com | Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | López Sánchez & Pirillo, LLC | Attn: José C. Sánchez-Castro, Alicia I. Lavergne Ramírez, & Maraliz Vázquez-Marrero 270 Muñoz Rivera Avenue Suite 1110 San Juan PR 00918 | jsanchez@lsplawpr.com alavergne@lsplawpr.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Cooperativa de Ahorro y Crédito de Aguada, Cooperativa de Ahorro y Crédito de Dr. Manuel Zeno Gandía, Cooperativa de Ahorro y Crédito del Valenciano, Cooperativa de Ahorro y Crédito de Juana Díaz, & Cooperativa de Crédito y Ahorros de Rincón | Lugo Mender Group, LLC | Attn: Wigberto Lugo Mender, Esq. 100 Carr. 165 Suite 501 Guaynabo PR 00968-8052 | wlugo@lugomender.com | Email |
| Counsel to Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón | Lugo-Emanuelli Law Offices | Attn: Luis R. Lugo Emanuelli PO Box 34 Fajardo PR 00738 | lawlugo1@gmail.com | Email |
| Counsel to Cooperativa de Ahorro y Credito de Empleados Municipales de Guaynabo (a/k/a MUNICOOP) | Luis Fred Salgado, Esq. | PMB 15 267 Sierra Morena St. San Juan PR 00926-5583 | luisfredsalgado@hotmail.com | Email |
| Counsel to the plaintiffs-intervenors in Adversary Proceeding 18-00081 and 18-00090 | M.L. & R.E. Law Firm | Attn: Jorge Martinez-Luciano, Emil Rodriguez-Escudero 513 Juan J. Jimenez St. San Juan PR 00918 | jorge@mlrelaw.com emil@mlrelaw.com | Email |
| Counsel to Centro Del Sur Mall, LLC, 65 Infanteria Shopping Center, LLC and Bard Shannon Limited | María Fernanda Vélez Pastrana | PO Box 195582 San Juan PR 00919-5582 | mfvelezquiebras@gmail.com | Email |
| Attorneys for Proposed Amicus Curiae the Autonomous Municipality of San Juan | Mariani Franco Law, P.S.C. | Attn: Raúl S. Mariani Franco PO Box 9022864 San Juan PR 00902-2864 | marianifrancolaw@gmail.com | Email |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero Triple S Plaza, 1510 F.D. Roosevelt Ave. 9th Floor, Suite 9 B1 Guaynabo PR 00968 | | First Class Mail |
| Counsel to Cooperativa A/C, et.al and Industria Lechera de Puerto Rico, Inc. | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa, Vanessa Medina-Romero, José Negrón-Fernández PO Box 190095 San Juan PR 00919-0095 | jnegron@mhlex.com rsantiago@mhlex.com | Email |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority and Wanda Vazques Garced, Plaintiff in Adversary Proceedings 20-00082 - 20-00085, Ricardo Rossello Nevares, and Government Development Bank for Puerto Rico | Marini Pietrantoni Muñiz, LLC | Attn: Luis C. Marini-Biaggi, Esq., Carolina Velaz-Rivero, Esq., Iván Garau-González, Esq., Valerie M. Blay-Soler, Hans E. Riefkohl-Hernández 250 Ave Ponce De Leon, Suite 900 San Juan PR 00918 | lmarini@mpmlawpr.com cvelaz@mpmlawpr.com igarau@mpmlawpr.com vblay@mpmlawpr.com hriefkohl@mpmlawpr.com | Email |
| Counsel to John Hancock Investments | Martínez-Alvarez, Menéndez Cortada & Lefranc Romero, PSC | Attn: Roberto Lefranc Morales & Francisco J. Ramos Martinez Edif. Centro de Seguros, Ofic. 407 Ave. Ponce de León 701 San Juan PR 00907-3248 | rlm@martilaw.com jnazario@martilaw.com fjramos@martilaw.com jnazario@martilaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to US Bank National Association as Indenture Trustee | Maslon LLP | Attn: Clark T. Whitmore, Esq., Brian J. Klein, Esq., Jason M. Reed, Esq. & Ana Chilingarishvili, Esq., William Z. Pentelovitch & John T. Duffey 90 South Seventh Street, Suite 3300 Minneapolis MN 55402 | Clark.whitmore@maslon.com Brian.klein@maslon.com Jason.reed@maslon.com Ana.chilingarishvili@maslon.com bill.pentelovitch@maslon.com john.duffey@maslon.com | Email |
| Counsel to Interamericas Turnkey, Inc. and Interamerican Turnkey Development Co., Inc. | Maximiliano Trujillo-Gonzalez, Esq. | PMB 429 100 Grand Paseos Blvd., Suite 112 San Juan PR 00926-5902 | maxtruj@gmail.com | Email |
| Counsel to Mayagüezanos por la Salud y el Ambiente, Inc. (MSA) | Mayagüezanos por la Salud y el Ambiente, Inc. | Attn: Julia Mignucci P.O. Box 3422 Mayaguez PR 00681-3422 | julia.mignuccisanchez@gmail.com | Email |
| Counsel to Monarch Alternative Capital LP, Highfields Capital I LP, Highfields Capital II LP, and Highfields Capital III LP. | McConnell Valdes LLC | Attn: Leslie Y. Flores-Rodriguez, Esq. 270 Munoz Rivera Avenue, Suite 7 Hato Rey PR 00918 | lfr@mcvpr.com | Email |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, Puerto Rico Telephone Company d/b/a Claro and Rexach Hermanos, Inc., Aguirre Offshore Gasport, LLC, Scotiabank de Puerto Rico & Vitol Inc., Pattern Santa Isabel LLC, AmeriNational Community Services, LLC, UBS Financial Services Inc., UBS Securities LLC., RBC Capital Markets, LLC, RBC Dominion Securities Inc., Barclays Capital Inc./LE, Limited Cousel to Cantor-Katz Collateral Monitor LLC, and Counsel to Wells Fargo Bank, National Association, Wells Fargo Clearing Services LLC AKA FKA First Clearing LLC, Wells Fargo Securities, LLC, Raymond James, TransCore Atlantic, Inc., N. Harris Computer Corporation, ManpowerGroup, Inc., Populicom, Inc. and Ramírez & Co., TD Ameritrade Clearing, Inc.,  Scottrade, Inc., Barclays Cap/Fixed, and Barclays Cap/ London, the Bank of Nova Scotia, Badillo Saatchi & Saatchi Inc., Destilerias Serralles, Inc., AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority, the Schoenberg/SFT Bondholders, Evertec Group, LLC, Bio-Medical Applications of Puerto Rico, Inc., Promotions & Direct, Inc.,  MMM Healthcare, LLC, Auotpistas Metropolitanas de Puerto Rico, LLC | McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., Rosamar García-Fontán, Esq., Eduardo A. Zayas-Marxuach, Rosamar Garcia-Fontan, Esq., Alejandro J. Cepeda-Diaz & Eduardo A. Zayas-Marxuach Roberto C. Quiñones-Rivera, Esq. PO Box 364225 San Juan PR 00936-4225 | nzt@mcvpr.com aaa@mcvpr.com rgf@mcvpr.com ezm@mcvpr.com rcq@mcvpr.com ajc@mcvpr.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, Puerto Rico Telephone Company d/b/a Claro and Rexach Hermanos, Inc., Aguirre Offshore Gasport, LLC, Scotiabank de Puerto Rico & Vitol Inc., Pattern Santa Isabel LLC, AmeriNational Community Services, LLC, UBS Financial Services Inc., UBS Securities LLC., RBC Capital Markets, LLC, RBC Dominion Securities Inc., Barclays Capital Inc./LE, Limited Counsel to Cantor-Katz Collateral Monitor LLC, and Counsel to Wells Fargo Bank, National Association, Wells Fargo Clearing Services LLC AKA or FKA First Clearing LLC, Wells Fargo Securities, LLC, Raymond James, TransCore Atlantic, Inc., N. Harris Computer Corporation, ManpowerGroup, Inc., Populicom, Inc. and Ramírez & Co., TD Ameritrade Clearing, Inc.,  Scottrade, Inc., Barclays Cap/Fixed, and Barclays Cap/ London, the Bank of Nova Scotia, Badillo Saatchi & Saatchi Inc., Destilerias Serralles, Inc., AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority, the Schoenberg/SFT Bondholders, Evertec Group, LLC, Bio-Medical Applications of Puerto Rico, Inc., Promotions & Direct, Inc., MMM Healthcare, LLC, Auotpistas Metropolitanas de Puerto Rico, LLC, UBS Financial Services of Puerto Rico, and UBS Trust Company of Puerto Rico | McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., Rosamar García-Fontán, Esq., Eduardo A. Zayas-Marxuach, Rosamar Garcia-Fontan, Esq., Eduardo A. Zayas-Marxuach, Alejandro J. Cepeda-Diaz & Roberto C. Quiñones-Rivera, Esq., Myrgia M. Palacios-Cabrera, Esq. 270 Muñoz Rivera Avenue Suite 7 Hato Rey PR 00918 | nzt@mcvpr.com aaa@mcvpr.com rgf@mcvpr.com ezm@mcvpr.com rcq@mcvpr.com ajc@mcvpr.com MPC@mcvpr.com | Email |
| Counsel to Cesar Castillo, Inc. | MCD Law, LLC | Attn: Hernando A. Rivera 416 Ponce de Leon Ave. Suite 1002 San Juan PR 00918 | harlawpr@gmail.com | Email |
| Counsel to Goldman Sachs Asset Management, LP | McDermott Will and Emery | Attn: Brandon Q. White, Esq, Nathan Coco, Esq. 444 West Lake Street Chicago IL 60606-0029 | bqwhite@mwe.com ncoco@mwe.com | Email |
| Co-counsel to Jefferies LLC and BMO Capital Markets GKST, Inc. | McGuire Woods, LLC | Attn: Aaron G. McCollough 77 West Wacker Drive, Suite 4100 Chicago IL 60601-1818 | amccollough@mcguirewoods.com | Email |
| Co-counsel to Jefferies LLC and BMO Capital Markets GKST, Inc. | McGuire Woods, LLC | Attn: E Andrew Southerling 2001 K street N.W., Suite 400 Washington DC 20006-1040 | asoutherling@mcguirewoods.com | Email |
| Counsel to Steve Schoenberg IRA, Steve and Sharon Schoenberg, Alyssa Marie Schoenberg Grantor Trust, and SFT Holdings LP (collectively, the "Schoenberg/SFT Bondholders") | McNamee Lochner P.C. | Attn: General Counsel 677 Broadway #500 Albany NY 12207 | | First Class Mail |
| Counsel to Metro Pavia Health System | Metro Pavia Health System | Attn: Zarel J Soto Acaba PO Box 3180 Carolina PR 00984 | | First Class Mail |
| Counsel to Luis Modesto Rodríguez Rivera, Juan Alberto Santiago Meléndez, César Caminero Ramos, Rafael Bonilla Rivera, Julio Rancel López, & Emmanuel Rodríguez Collazo | Miguel Ángel Serrano-Urdaz | PO Box 1915 Guayama PR 00785 | serrano.urdaz.law@hotmail.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Ambac Assurance Corporation | Milbank LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, Grant R. Mainland, John J. Hughes, III, Jonathan Ohring<br>55 Hudson Yards<br>New York NY 10001 | ddunne@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com<br>jhughes2@milbank.com<br>johring@milbank.com | Email |
| Unsecured Creditor | Miriam Sanchez Lebron | HC-04 Box 4001<br>Humacao PR 00791-8900 | sanchez.lebron501@gmail.com | Email |
| Counsel to Peaje Investments LLC, Service Employees International Union and United Auto Workers International Union and Davidson Kempner Capital Management LP | Monserrate Simonet & Gierbolini, LLC | Attn: Dora L. Monserrate Peñagarícano, Miguel Simonet-Sierra, Fernando J. Gierbolini-González, Richard J. Schell; Ricardo R. Lozada-Franco<br>101 San Patricio Avenue<br>Maramar Plaza, Suite 1120<br>Guaynabo PR 00968 | dmonserrate@msglawpr.com<br>fgierbolini@msglawpr.com<br>msimonet@msglawpr.com<br>rschell@msglawpr.com | Email |
| Counsel to Branch Banking and Trust Company, BB&T Securities, LLC, Regions Bank and The Huntington National Bank | Moore & Van Allen PLLC | Attn: Luis M. Lluberas<br>100 North Tryon Street, Suite 4700<br>Charlotte NC 28211 | luislluberas@mvalaw.com | Email |
| Counsel to Goldman Sachs Asset Management, LP, Goldman Sachs & Co., LLC., Citigroup Inc., Citigroup Global Markets Inc., and Citibank, N.A. | Morell, Cartagena & Dapena | Attn: Ramón E. Dapena, Víctor J. Quiñones Martínez and Ivan J Llado<br>PO Box 13399<br>San Juan PR 00908 | ramon.dapena@mbcdlaw.com<br>ivan.llado@mbcdlaw.com | Email |
| Counsel to the QTCB Noteholder Group (Canyon Capital Advisors LLC, River Canyon Fund Management LLC, Davidson Kempner Capital Management LP, OZ Management LP, OZ Management II LP) and to Davidson Kempner Distressed Opportunities Fund L.P., Davidson Kempner Distressed Opportunities International Ltd., Davidson Kempner Institutional Partners, L.P., Davidson Kempner International, Ltd., Davidson Kempner Partners, M.H. Davidson & Co., Gordel Capital Limited, Sculptor Credit Opportunities Master Fund, Ltd. (f/k/a OZ Credit Opportunities Master Fund, Ltd.), Sculptor Enhanced Master Fund, Ltd. (f/k/a OZ Enhanced Mater Fund, Ltd.), Sculptor GC Opportunities Master Fund, Ltd. (f/k/a OZ GC Opportunities Master Fund, Ltd.), Sculptor Capital LP (f/k/a OZ Management LP), Sculptor Master Fund, Ltd. (f/k/a OZ Master Fund, Ltd.), and Sculptor SC II, LP (f/k/a OZSC II L.P.),Canyon Balanced Master Fund, Ltd., Canyon Blue Credit Investment Fund L.P., Canyon Distressed Opportunity Investing Fund II, L.P., Canyon Distressed Opportunity Master Fund II, L.P., Canyon NZ-DOF Investing, L.P., Canyon Value Realization Fund, L.P., Canyon Value Realization MAC 18, Ltd., Canyon-ASP Fund, L.P., Canyon-GRF Master Fund II, L.P., Canyon-SL Value Fund, L.P, EP Canyon LTD, and the Canyon Value Realization Master Fund, L.P. | Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, David L. Lawton, Shannon B. Wolf<br>One State Street<br>Hartford CT 06103-3178 | kurt.mayr@morganlewis.com<br>david.lawton@morganlewis.com<br>shannon.wolf@morganlewis.com | Email |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 26 of 43

Exhibit A

Master Service List

Served as set forth below

| | | Attn: Rachel J. Mauceri<br>1701 Market Street | rachel.mauceri@morganlewis.com | |
| Attorneys for Edward D. Jones & Corp. | Morgan, Lewis & Bockius LLP | Philadelphia PA 19103-2921 | | Email |
| Counsel to an ad hoc group of certain holders of Government Facilities Revenue Bonds, Government Facilities Revenue Refunding Bonds (PBA Funds), Black Rock Financial Management, Inc., Deutsche Bank Securities, Inc., First Pacific Advisors, LLC, JNL Multi-Manager Alternative Fund, a Series of JNL Services Trust, Pelican Fund, LP, Silver Point Capital Fund, L.P., and Silver Point Capital Offshore Master Fund, L.P., and co-counsel for Candlewood Constellation SPC Ltd., Acting for and on behalf of Candlewood Puerto Rico SP, Emso Asset Management Ltd. Mason Capital Master Fund, L.P. and VR Advisory Services Ltd. in Adversary Proceeding 19-00291 and co-counsel to Defendant FPA Crescent Fund in Adversary Proceeding 19-00292 and co-counsel to Defendants Fir Tree Capital Opportunity Master Fund III, LP; Fir Tree Capital Opportunity Master Fund, LP; Fir Tree Value Master Fund, LP; FPA Global Opportunity Fund, a Series of FPA Hawkeye Fund, LLC; FPA Hawkeye Fund, a Series of FPA Hawkeye Fund, LLC, FPA Select Fund, L.P.; FPA Value Partners Fund, a Series of FPA Hawkeye Fund, LLC; FT COF (E) Holdings, LLC; FT SOF IV Holdings, LLC; Global Flexible Fund, a sub-fund of Nedgroup Investment Funds PLC; Lannan Foundation; Litman Gregory Masters Alternative Strategies Fund, a series of Litman Gregory Funds Trust; Ulysses Offshore Fund, Ltd.; Ulysses Partners, LP; and VR Global Partners, LP in Adversary Proceeding 19-00295 | Morrison & Foerster LLP | Attn: James M. Peck & Gary S. Lee<br>250 West 55th Street<br>New York NY 10019 | JPeck@mofo.com<br>GLee@mofo.com | Email |
| Counsel to Universidad Interamericana, Inc. | Muñoz Benitez Brugueras & Cruz | Attn: Jaime Brugueras<br>PO Box 191979<br>San Juan PR 00919-1979 | jbrugue@mbbclawyers.com | Email |
| N. Harris Computer Corporation | N. Harris Computer Corporation | Attn: President or General Counsel<br>100 Quannapowitt Parkway Suite 405<br>Wakefield MA 01880 | | First Class Mail |
| Counsel to Trinity Services I, LLC | Nazario Briceño Law Offices, LLC | Attn: Miguel A. Nazario, Jr., Esq.<br>701 Ponce de León<br>Suite 401, Centro de Seguros Bldg.<br>San Juan PR 00907 | man@nblawpr.com | Email |
| Counsel to Debtor and to the Oversight Board and UTIER | O'Neill & Borges, LLC | Attn: Hermann Bauer, Esq., Ubaldo M. Fernández, Daniel J. Perez Refojos, & Carla García Benítez<br>American International Plaza<br>250 Munoz Rivera Ave., Suite 800<br>San Juan PR 00918-1813 | hermann.bauer@oneillborges.com<br>daniel.perez@oneillborges.com<br>ubaldo.fernandez@oneillborges.com<br>Carla.garcia@oneillborges.com<br>gabriel.miranda@oneillborges.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to the Office of Government Ethics of Puerto Rico | Office of Government Ethics of Puerto Rico | Attn: Lillian T. de la Cruz Torres; Nino F Rivera Hernandez<br>Urb. Industrial El Paraiso<br>108 Calle Ganges<br>San Juan PR 00926 | ldelacruz@oeg.pr.gov | Email |
| Counsel to AIG Insurance Company & P. R. Used Oil Collectors, Inc. | Oliveras & Ortiz Law Offices, PSC | Attn: Luis Ramón Ortiz Segura, Esq.<br>171 Chardón Ave.<br>Suite 406<br>San Juan PR 00918-1722 | l.ortizsegura@ploolaw.com | Email |
| Counsel to Antilles Power Depot, Inc. | Olivieri-Geigel & Co. | Attn: Rafael V. Olivieri-Geigel, Esq.<br>PO Box 361289<br>San Juan PR 00936-1289 | lawrog@gmail.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers, LLP | Attn: Elizabeth Lemond McKeen & Ashley Pavel<br>610 Newport Center Drive<br>17th Floor<br>Newport Beach CA 92660 | emckeen@omm.com<br>apavel@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., Daniel L. Cantor, Esq., William J. Sushon,  Maria J. DiConza, Esq.<br>7 Times Square<br>New York NY 10036 | jrapisardi@omm.com<br>pfriedman@omm.com<br>dperez@omm.com<br>dcantor@omm.com<br>mdiconza@omm.com<br>wsushon@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: M. Randall Oppenheimer<br>400 South Hope Street<br>18th Floor<br>Los Angeles CA 90071 | roppenheimer@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: Madhu Pocha<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles CA 90067-6035 | mpocha@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: Peter Friedman<br>1625 Eye Street, NW<br>Washington DC 20006 | pfriedman@omm.com | Email |
| Counsel to Liberty Cablevision of Puerto Rico, LLC | Orlando Fernández Law Offices | Attn: Orlando Fernández<br>#27 Calle González Giusti<br>Ste. 300<br>Guaynabo PR 00968-3076 | ofernandez@oflawoffice.com | Email |
| Counsel to Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Orlando Ortiz-Cintron, Esq. | Urb. Jardines Fagot<br>C-19 Calle Almendra<br>Ponce PR 00716-4018 | orlando1701@gmail.com | Email |
| Counsel to Gladys García Rubiera, et al. v. Hon. Luis G. Fortuño, et al; and Gladys García Rubiera, et al, v. Asociación de Suscripción Conjunta, et al, Civil Number K DP2001-1441 | Oronoz & Oronoz | Attn: Mario M. Oronoz Rodríguez<br>Urb. Torrimar<br>K-4 Bambú St.<br>Guaynabo PR 00966-3109 | mmo@oronozlaw.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to TD Ameritrade Clearing Inc., and Scottrade, Inc. | Orrick, Herrington & Sutcliffe, LLP | Attn: Tiffany Rowe<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington DC 20005 | TRowe@orrick.com | Email |
| Counsel to Universidad Central del Caribe, Inc. | Oscar Gonzalez Badillo | 1055 Marginal J.F. Kennedy<br>Suite 303<br>San Juan PR 00920-1708 | gonzalezbadillo@gmail.com | Email |
| Counsel to Ismael Rivera Grau, Lourdes Morales Reyes, La Sociedad Legal de Gananciales Compuesta Por Ambos, Maria Elena Garcia Caballero T/C/C Maria E. Garcia, Elena Garcia Caballero, Luls Enrique Pacheco Núñez T/C/C Luls Pacheco Núñez, Hector Cesario Santiago Rivera, Virginia Diaz Delagdo, Félix Omar Colón Bernard, José Vázquez Feliciano, Marta Vázquez Torres, Neftaly Méndez Vázquez, Joseph Negrón Vázquez, and the Succession of Armando Negrón Vázquez Comprised by his heirs, Raymond Armando Negrón López and Alondra Janisse Negrón Santana, Rey Reyes Reyes, Ruth Rosado Berrios by herself and representantion of her Son Janzel Daniel Quintana Rosado, Jetstream Federal Credit Union, Carmen Lydia Ríos Arroyo, Pablo Juan Ríos Arroyo, Elena Marie Marrero Ríos By Herself and in representation of her sons, Deborah Marie Santana Marrero and Erick Joel Santana Marrero, Lorna Lee Marrero Ríos by herself and in representation of her daughter Dariana Liz Marrero Marrero and Elena Arroyo Vázquez | Osvaldo Toledo Martinez, Esq. | PO Box 190938<br>San Juan PR 00919-0938 | toledo.bankruptcy@gmail.com | Email |
| Counsel to Samuel Rodriguez Claudio | Otero and Associates | Attn: George Otero Calero<br>PO Box 732<br>Bayamon PR 00960 | Otero_and_assoc@hotmail.com | Email |
| Counsel to Pablo Del Valle Rivera and María A. Martínez, Tenants in Common and Fideicomiso Del Valle Martinez II | Pablo Del Valle Rivera | PO Box 2319<br>Toa Baja PR 00951-2319 | | First Class Mail |
| Counsel to Pattern Santa Isabel LLC | Pattern Energy Group Inc. | Attn: General Counsel<br>Pier 1, Bay 3<br>San Francisco CA 94111 | daniel.elkort@patternenergy.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Paul Hastings, LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq.<br>200 Park Avenue<br>New York NY 10166 | lucdespins@paulhastings.com<br>andrewtenzer@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>anthonybuscarino@paulhastings.com<br>michaelcomerford@paulhastings.com<br>alexbongartz@paulhastings.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Paul Hastings, LLP | Attn: Nicholas Bassett<br>875 15th Street, N.W.<br>Washington DC 20005 | nicholasbassett@paulhastings.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189, PBA Sub-Group of the Commonwealth Bondholder Group Plaintiff in Adversary Proceeding 18-00149 | Paul, Weiss, Rifkind, Wharton & Garrison, LLP | Attn: Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni 1285 Avenue of the Americas New York NY 10019-6064 | arosenberg@paulweiss.com  rrosen@paulweiss.com wrieman@paulweiss.com kkimpler@paulweiss.com kzeituni@paulweiss.com | Email |
| Counsel to Super Asphalt Pavement Corporation | Pavia & Lazaro, PSC | Attn: Gerardo Pavía Cabanillas PO Box 9746 San Juan PR 00908 | gpavia@pavialazaro.com gerardopavialaw@msn.com | Email |
| Plaintiff in Adv. Proc. No. 17-00151, 17-00152 & 19-00363 | Peaje Investments, LLC | National Corporate Research, Ltd. 850 New Burton Road Suite 201 Dover DE 19904 | peajeinfo@dechert.com | Email |
| Pedro A. Vargas-Fontánez, Interested Party | Pedro A. Vargas-Fontánez | Reparto Caguaz G-14 Calle Bohio Caguas PR 00725-3310 | pevarfon@gmail.com | Email |
| Counsel to Caribbean Hospital Corporation | Pedro Nicot Santana, Esq. | PO Box 360486 San Juan PR 00936-0486 | pedronicot@gmail.com | Email |
| Peerless Oil & Chemicals, Inc. | Peerless Oil & Chemicals, Inc. | Attn: Eng.. Luis R. Vazquez 671 Road 337 Peñuelas PR 00624-7513 | luis.vazquez@peerlessoil.com | Email |
| Counsel to GMS Group, LLC | Perkins Coie LLP | Attn: Gary F. Eisenberg 30 Rockefeller Plaza 22nd Floor New York NY 10112 | geisenberg@perkinscoie.com | Email |
| Counsel to Backyard Bondholders | Picó & Blanco, LLC | Attn: Ana M. del Toro Sabater, Esq. District View Plaza, Penthouse 644 Fernandez Juncos Avenue San Juan PR 00907 | adtoro@pico-blanco.com | Email |
| Counsel to Eduardo Bhatia Gautier | Pietrantoni Mendez & Alvarez | Attn: Margarita Mercado-Echegaray 802 Avenida Fernández Juncos Esquina Calle La Paz Miramar San Juan PR 00907 | mmercado@mercado-echegaray-law.com margaritalmercado@gmail.com | Email |
| Counsel to the Government Development Bank for Puerto Rico | Pietrantoni Méndez & Alvarez LLC | Attn: Oreste R. Ramos & María D. Trelles Hernández Popular Center – 19th Floor 208 Ponce de León Avenue San Juan PR 00918 | oramos@pmalaw.com mtrelles@pmalaw.com | Email |
| Counsel to Puerto Rico Industrial Development Company (PRIDCO) | PLC Law | Attn: Luis R. Ramos-Cartagena 53 Palmeras St., PH1 San Juan PR 00901-2407 | lramos@plclawpr.com | Email |
| Populicom, Inc. | Populicom, Inc. | Attn: President or General Counsel Calle Recinto Sur 255 Viejo San Juan PR 00901 | gpaz@populicom.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Guy Brenner, Colin Kass, & M. Rina Kim<br>1001 Pennsylvania Avenue, NW<br>Suite 600 South<br>Washington DC 20004 | gbrenner@proskauer.com<br>ckass@proskauer.com<br>rkim@proskauer.com | Email |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Lary Alan Rappaport, Michael A. Firestein, Stephen L. Ratner, Timothy W. Mungovan, Bradley R. Bobroff, Chantel L. Febus, Kevin J. Perra, Julia D. Alonzo, Jonathan E. Richman, Jeffrey W. Levitan, Brian S. Rosen, Kevin J. Perra, Margaret A. Dale, Gregg M. Mashberg, Margaret A. Dale, Gregg M. Mashberg, Mark Harris<br>Eleven Times Square<br>New York NY 10036 | mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>sratner@proskauer.com<br>tmungovan@proskauer.com<br>bbobroff@proskauer.com<br>mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>cfebus@proskauer.com<br>kperra@proskauer.com<br>jerichman@proskauer.com<br>jalonzo@proskauer.com<br>JLevitan@proskauer.com<br>BRosen@proskauer.com<br>dmunkittrick@proskauer.com | Email |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Michael R. Hackett, William D. Dalsen, Laura E. Stafford<br>One International Place<br>Boston MA 02110 | wdalsen@proskauer.com<br>MHackett@proskauer.com<br>lstafford@proskauer.com | Email |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Steven O. Weise, Lary Alan Rappaport, Michael A. Firestein<br>2029 Century Park East<br>Suite 2400<br>Los Angeles CA 90067-3010 | sweise@proskauer.com<br>LRappaport@proskauer.com<br>mfirestein@proskauer.com | Email |
| Prosol-Utier | Prosol-Utier | 612 Calle Cerra<br>San Juan PR 00907-3619 | prosol@utier.org | Email |
| Counsel to EcoEléctrica, L.P. | PRV Law Office | Attn: Paúl A. Rodríguez Vélez<br>Centro Internacional de Mercadeo<br>100 Carr. 165, Torre I, Oficina 404<br>Guaynabo PR 00968 | prodriguez@prvlaw.com | Email |
| Counsel to Commonwealth of Puerto Rico in Adversary Proceeding 17-00292 | Puerto Rico Department of Justice | Attn: Susana I Penagaricano-Brown<br>PO Box 9020192<br>San Juan PR 00902-0192 | penagaricanobrownusdc@gmail.com | Email |
| Counsel to Elí Díaz Atienza, Ralph A. Kreil, Christian Sobrino Vega, David K. Owens, Charles Bayles, Robert Pou, María Palou Abasolo, and José Ortiz, Defendants in Adversary Proceeding (18-00047) | Puerto Rico Electric Power Authority | Attn: Carlos M. Aquino-Ramos<br>Litigation Division<br>PO Box 363928<br>San Juan PR 00936-3928 | c-aquino@prepa.com | Email |
| Debtors | Puerto Rico Electric Power Authority | Attn: Office Of The General Counsel<br>PO Box 364267<br>San Juan PR 00936-4267 | | First Class Mail |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Mohammad S. Yassin, Christian Sobrino Vega, Carlos Saavedra, Esq., Rocío Valentín, Esq.<br>Roberto Sánchez Vilella (Minillas) Government Center<br>De Diego Ave. Stop 22<br>San Juan PR 00907 | Carlos.Saavedra@aafaf.pr.gov<br>Rocio.Valentin@aafaf.pr.gov | Email |
| Members of Creditor's Committee | Puerto Rico Hospital Supply | Call Box 158<br>Carolina PR 00986-0158 | | First Class Mail |
| Puerto Rico Industrial Development Company | Puerto Rico Industrial Development Company | Attn: Gabriel Maldonado<br>PO Box 362350<br>San Juan PR 00936-2350 | | First Class Mail |
| Puerto Rico Telephone Company d/b/a Claro | Puerto Rico Telephone Company d/b/a Claro | Attn: Francisco J. Silva<br>PO Box 360998<br>San Juan PR 00936-0998 | fsilva@claropr.com | Email |
| Counsel to the COFINA Senior Bondholders, Lawful Constitutional Debt Coalition | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Eric Winston, Daniel Salinas, Eric Kay, Kate Scherling, Zachary Russell, Matthew Scheck, K. John Shaffer<br>51 Madison Avenue<br>22nd Floor<br>New York NY 10010-1603 | susheelkirpalani@quinnemanuel.com<br>ericwinston@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>erickay@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>johnshaffer@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br>zacharyrussell@quinnemanuel.com | Email |
| Counsel to IKON Solutions, Inc. and Milton Portalatin Perez | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo PR 00623 | damarisqv@bufetequinones.com | Email |
| Counsel to The Board of Trustees of the Puerto Rico Electric Power Authority Employees' Retirement System, Juan Carlos Adrover, Sammy Ramírez and Alvin Román | Rafael A. Ortiz-Mendoza | Edificio Banco Cooperativo Plaza<br>623 Avenida Ponce de León, Ste. 501-A<br>San Juan PR 00917-4805 | rafael.ortiz.mendoza@gmail.com | Email |
| Counsel to Silvia Consuelo Blasini Batista, Annette Mary Blasini Batista, Antonia Rita Blasini Batista and Silvia Batista Castresana | Ramon Torres Rodriguez, Esq. | PO Box 361163<br>San Juan PR 00936-1163 | rtorres@torresrodlaw.com | Email |
| Counsel to Saybolt L.P., a d/b/a SAYBOLT | Ramos Gonzalez & Toyos Olascoaga, CSP | Attn: José O. Ramos-González<br>PO Box 193317<br>San Juan PR 00919-3317 | rgtolaw@gmail.com | Email |
| Counsel to Carmen Rodriguez Colon | RB Law Offices | Attn: Enid S. Rodriguez-Binet<br>1645 Adams St.<br>San Juan PR 00920 | erb@rodriguezbinetlaw.com | Email |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn: C. Neil Gray, David M. Schlecker<br>599 Lexington Avenue<br>New York NY 10022 | cgray@reedsmith.com<br>dschlecker@reedsmith.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Siemens Transportation Partnership Puerto Rico, S.E. and Siemens Corporation | Reed Smith, LLP | Attn: Claudia Springer<br>Three Logan Square<br>1717 Arch Street, Suite 3100<br>Philadelphia PA 19103 | cspringer@reedsmith.com | Email |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn: Eric A. Schaffer, Luke A. Sizemore, and Jared S. Roach<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh PA 15222 | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com<br>jroach@reedsmith.com | Email |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn: Kurt F. Gwynne, Esq.<br>1201 Market Street<br>Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com | Email |
| Counsel to Cobra Acquisitions LLC | Reichard & Escalera, LLC | Attn: Alana M. Vizcarrondo-Santana<br>PO Box 364148<br>San Juan PR 00936-4148 | vizcarrondo@reichardescalera.com | Email |
| Counsel to the COFINA Senior Bondholders Coalition, Lawful Constitutional Debt Coalition, Cobra Acquisitions LLC | Reichard & Escalera, LLC | Attn: Rafael Escalera Rodríguez, Sylvia M. Arizmendi, Alana Vizcarrondo-Santana, Fernando Van Derdys, Carlos R. Rivera-Ortiz<br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan PR 00917-1913 | escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>vizcarrondo@reichardescalera.com<br>fvander@reichardescalera.com<br>riverac@reichardescalera.com | Email |
| Reliable Equipment Corporation | Reliable Equipment Corporation | Attn: Marylin Del Valle, General Manager, Reliable Equipment Corporation<br>PO Box 2316<br>Toa Baja PR 00951-2316 | | First Class Mail |
| Counsel to Morovis Community Health Center, Corporacion De Servicios De Salud Y Medicina De Avanzada, HPM Foundation Inc., Concilio De Salud Integral De Loiza, Inc., & Neomed Center, Inc., Attorneys for Migrant Health Center, Inc., Attorneys for Salud Integral en la Montana | Reno & Cavanaugh, PLLC | Attn: Iyen A. Acosta<br>455 Massachusetts Avenue, NW<br>Suite 400<br>Washington DC 20001 | iacosta@renocavanaugh.com | Email |
| Counsel to Morovis Community Health Center, Corporacion De Servicios De Salud Y Medicina De Avanzada, Concilio De Salud Integral De Loiza, Inc. & Neomed Center, Inc., Migrant Health Center, Inc., and Salud Integral en la Montana | Reno & Cavanaugh, PLLC | Attn: Thomas T. Pennington<br>424 Church Street<br>Suite 2910<br>Nashville TN 37129 | tpennington@renocavanaugh.com | Email |
| Counsel to ReSun (Barceloneta), LLC | ReSun (Barceloneta), LLC | Attn: Maria I. Baco Alfaro<br>PO Box 13332<br>San Juan PR 00908-3332 | maria.baco@msn.com | Email |
| Counsel to Financial Guaranty Insurance Company | Rexach & Picó, CSP | Attn: Maria E. Picó<br>802 Ave. Fernández Juncos<br>San Juan PR 00907-4315 | mpico@rexachpico.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Rexach Hermanos, Inc. | Rexach Hermanos, Inc. | Attn: Paul R. Cortes-Rexach<br>1719 San Etanislao<br>Urb. San Ignacio<br>San Juan PR 00927 | prcr@mcvpr.com | Email |
| Counsel to Carlos Ifarraguerri Gomez, MD and Helvia Cruz Ybarra | Rhonda M. Castillo Gammill | 9 Cruz Haddock, Suite 3<br>Cidra PR 00739 | rhoncat@netscape.net | Email |
| Counsel to Milagros Méndez Arvelo and Maritza Nieves Torres | Ricardo L. Castillo Filippetti, Esq. | Paseo Las Colonias<br>Ste. 1705<br>Ponce PR 00717 | filippetti_r@hotmail.com<br>castilloricardo977@gmail.com | Email |
| Counsel to Management Consultants & Computer Services. Inc. | Ricardo L. Ortiz-Colón, Esq. | PO Box 195236<br>San Juan PR 00919-5236 | ortizcolonricardo@gmail.com<br>rortiz@rloclaw.onmicrosoft.com | Email |
| Counsel to White Box Advisors LLC | Richards Kibbe & Orbe LLP | Attn: Lee S. Richards III, Daniel C.<br>Zinman, Paul J. Devlin<br>200 Liberty Street<br>29th Floor<br>New York NY 10281 | lrichards@rkollp.com<br>dzinman@rkollp.com<br>pdevlin@rkollp.com | Email |
| Counsel to Lord Electric Company of Puerto Rico | Rickenbach Ojeda Attorneys at Law PSC | Attn: Nanette Rickenbach<br>400 Juan Calaf PMB 232<br>San Juan PR 00918 | nrickenbach@rickenbachpr.com | Email |
| Counsel to South Parcel of Puerto Rico, SE and Caribbean Airport Facilities, Inc. | Rivera Colón, Rivera Torres & Rios Berly, PSC | Attn: Victor M. Rivera-Rios<br>1502 Fernandez Juncos Ave.<br>San Juan PR 00909 | victorriverarios@rcrtrblaw.com | Email |
| Counsel to US Bank, National Association and US Bank Trust, National Association, each as Trustee for various Bond Issues; U.S. Bank National Association, in its capacity as  Indenture Trustee | Rivera Tulla & Ferrer, LLC | Attn: Eric A. Tulla, Iris J. Cabrera-Gómez,<br>Manuel Rivera Aguiló<br>Rivera Tulla & Ferrer Building<br>50 Quisqueya Street<br>San Juan PR 00917-1212 | etulla@riveratulla.com<br>icabrera@riveratulla.com<br>marivera@riveratulla.com | Email |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189, PBA Sub-Group of the Commonwealth Bondholder Group Plaintiff in Adversary Proceeding 18-00149 | Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP | Attn: Lawrence S. Robbins, Gary A.<br>Orseck, Kathryn S. Zecca, Donald Burke<br>& Joshua S. Bolian<br>1801 K Street, NW<br>Washington DC 20006 | lrobbins@robbinsrussell.com<br>gorseck@robbinsrussell.com<br>kzecca@robbinsrussell.com<br>dburke@robbinsrussell.com<br>jbolian@robbinsrussell.com | Email |
| Counsel to Rene Pinto-Lugo, et al., Plaintiff in Adversary Proceeding 18-00041, and Manuel Natal-Albelo Plaintiff in Adversary Proceeding 19-00003 | Roberto Maldonado Law Office | Attn: Roberto O. Maldonado-Nieves<br>344 Street #7 NE<br>Office 1-A<br>San Juan PR 00920 | romn1960@gmail.com | Email |
| Interested Party | Roberto Quiles | PO Box 1337<br>San Sebastian PR 00685-1337 | estudiolegalrivera2@gmail.com | Email |
| Counsel to the Ad Hoc Puerto Rico Municipalities Committee | Rochelle McCullough, LLP | Attn: Michael R. Rochelle, Esq. & Kevin<br>D. McCullough, Esq.<br>325 N. St. Paul, Suite 4500<br>Dallas TX 75201 | buzz.rochelle@romclaw.com<br>kdm@romclaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to American Federation of State, County and Municipal Employees and Federación Central de Trabajadores, U.F.C.W., Local 481, Plaintiff in Adversary Proceeding 18-00134, Counsel to SOMOS, Inc. | Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs & Rosa M. Seguí-Cordero PO Box 368006 San Juan PR 00936-8006 | manuel@rodriguezbanchs.com rosasegui@yahoo.com | Email |
| Counsel to Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227 | Rodriguez Marxuach Law Offices, PSC | Attn: Miguel J. Rodriguez-Marxuach PO Box 16636 San Juan PR 00908-6636 | mrm@rmlawpr.com | Email |
| Counsel to Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it | Ropes & Gray LLP | Attn: Douglas H. Hallward-Driemeier 2099 Pennsylvania Avenue, NW Washington DC 20006-6807 | Douglas.Hallward-Driemeier@ropesgray.com | Email |
| Counsel to Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it | Ropes & Gray LLP | Attn: Keith H. Wofford, Daniel G. Egan 1211 Avenue of the Americas New York NY 10036-8704 | Keith.Wofford@ropesgray.com Daniel.Egan@ropesgray.com | Email |
| Counsel to Fideicomiso Hernandez Castrodad | Rosendo E. Miranda López, Esq. | PO Box 192096 San Juan PR 00919-2096 | r.miranda@rmirandalex.net | Email |
| Counsel to Gila, LLC | RPP Law, PSC | Attn: Roberto L. Prats, Esq. American Airlines Building 1509 López Landrón, Piso 10 San Juan PR 00911 | rprats@rpplaw.com | Email |
| Counsel to United Surety & Indemnity Company | Saldaña & Saldaña Egozcue, PSC | Attn: Héctor Saldaña-Egozcue, Esq. & Carlos Lugo-Fiol, Esq. Popular Center - Suite 1420 208 Ponce de León Avenue San Juan PR 00918-1050 | carlos.lugo@saldanalaw.com hector.saldana@saldanalaw.com | Email |
| Counsel to Morgan Stanley & Co. LLC and Morgan Stanley Smith Barney LLC | Saldaña, Carvajal & Vélez Rivé, P.S.C. | Attn: Luis N. Saldaña-Román & Ángel E. Rotger-Sabat 166 Ave. de la Constitución San Juan PR 00901 | lsaldana@scvrlaw.com arotger@scvrlaw.com | Email |
| Counsel to Western Surety Company and Continental Casualty Company, Plaintiffs in Adversary Case No. 18-00065, and MapFre PRAICO Insurance Company | Saldaña, Carvajal & Vélez-Rivé, PSC | Attn: José A. Sánchez-Girona, Esq. 166 Avenida de la Constitución San Juan PR 00901 | jsanchez@scvrlaw.com | Email |
| Counsel to Doral Financial Corporation | Salichs Pou & Associates, PSC | Attn: Juan C. Salichs PO Box 195553 San Juan PR 00919-5533 | jsalichs@splawpr.com | Email |
| Counsel to Asociación de Jubilados de la Judicatura de Puerto Rico, Inc. | Sanabria Bauermeister Garcia & Berio | Attn: Jose R. Dávila-Acevedo, Arturo V. Bauermeister, Jaime L. Sanabria Montanez Corporate Center – Ste. 202 33 Calle Resolución San Juan PR 00920-2744 | avb@sbgblaw.com avb@sbgblaw.com jsanabria@sbgblaw.com jdavila@sbgblaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | |
|---|---|---|---|
| Counsel to Filsinger Energy Partners, Inc., Attorneys for Edward D. Jones & Corp. and counsel for Puerto Rico AAA Portfolio Bond Fund II, Inc. Puerto Rico AAA Portfolio Bond Fund, Inc. Puerto Rico AAA Portfolio Target Maturity Fund, Inc. Puerto Rico Fixed Income Fund, Inc. Puerto Rico Fixed Income Fund II, Inc. Puerto Rico Fixed Income Fund III, Inc. Puerto Rico Fixed Income Fund IV, Inc. Puerto Rico Fixed Income Fund V, Inc. Puerto Rico GNMA & US Government Target Maturity Fund, Inc. Puerto Rico Mortgage-Backed & US Government Securities Fund, Inc. Tax-Free Puerto Rico Target Maturity Fund, Inc. Tax-Free Puerto Rico Fund, Inc. Tax-Free Puerto Rico Fund II, Inc. Puerto Rico Investors Bond Fund I, Inc. Puerto Rico Investors Tax-Free Fund, Inc. Puerto Rico Investors Tax-Free Fund II, Inc. Puerto Rico Investors Tax-Free Fund III, Inc. Puerto Rico Investors Tax-Free Fund IV, Inc. Puerto Rico Investors Tax-Free Fund V, Inc. Puerto Rico Investors Tax-Free Fund VI, Inc. UBS IRA Select Growth & Income in Adversary Proceeding 19-00367 | Sanchez Pirillo LLC | Attn: Gustavo Viviani-Meléndez, Janelle Reyes-Maisonet, José C. Sánchez-Castro, Alicia I. Lavergne-Ramírez 270 Muñoz Rivera Avenue Suite 1110 San Juan PR 00918 | gviviani@sanpir.com jreyes@sanpir.com jsanchez@sanpir.com alavergne@sanpir.com |
| | | | Email |
| Counsel to Cooperativa de Ahorro Y Credito San Jose and Counsel to Cooperativa de Ahorro Y Credito de Barranquitas | Santi Law Office | Attn: Jose Angel Santini Bonilla PO Box 552 Aibonito PR 00705 | santilawoffice@yahoo.com |
| | | | Email |
| Counsel to NeoMed Center, Inc. and Concilio de Salud Integral de Loiza, Inc. | Sarlaw LLC | Attn: Sergio A. Ramirez De Arellano Banco Popular Center, Suite 1022 209 Muñoz Rivera Avenue San Juan PR 00918-1009 | sramirez@sarlaw.com |
| | | | Email |
| Counsel to Cantor-Katz Collateral Monitor, LLC | Schulte Roth & Zabel LLC | Attn: Douglas Mintz Peter Amend 901 15th St., Suite 800 Washington DC 20005 | douglas.mintz@srz.com peter.amend@srz.com |
| | | | Email |
| Counsel to Duff & Phelps LLC | Schulte Roth & Zabel LLC | Attn: Michael L. Cook 919 Third Avenue New York NY 10022 | michael.cook@srz.com |
| | | | Email |
| Scotiabank de Puerto Rico | Scotiabank de Puerto Rico | GA 20 Calle Paseo del Parque Garden Hills Sur Guaynabo PR 00969 | Roy.purcell@scotiabank.com |
| | | | Email |
| Scotiabank de Puerto Rico | Scotiabank de Puerto Rico | Scotiabank Plaza 290 Jesus T. Pinero Avenue, 8th Floor San Juan PR 00918 | Rgf@mcvpr.com Roy.purcell@scotiabank.com |
| | | | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury 100 F Street, NE Washington DC 20549 | secbankruptcy@sec.gov NYROBankruptcy@sec.gov |
| | | | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department Brookfield Place 200 Vesey Street, Suite 400 New York NY 10281-1022 | bankruptcynoticeschr@sec.gov |
| | | | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to National Public Finance Guarantee Corporation | Seda & Perez Ochoa, PSC | Attn: Eric Perez Ochoa<br>PO Box 70294<br>San Juan PR 00936-8294 | epo@amgprlaw.com | Email |
| Counsel to The Bank of New York Mellon, as trustee, Total Petroleum Puerto Rico Corp., Siemens Transportation Partnership Puerto Rico, S.E., and Siemens Corporation | Sepulvado & Maldonado, & Couret | Attn: Elaine Maldonado Matias, Anibal J. Núñez González, Aurivette Deliz Delgado, & Albéniz Couret Fuentes<br>304 Ponce de Leon Avenue<br>Suite 990<br>San Juan PR 00918-2029 | anunez@smlawpr.com<br>emaldonado@smlawpr.com<br>acouret@smlawpr.com<br>adeliz@smlawpr.com<br>jsantos@smlawpr.com | First Class Mail |
| Counsel to Siemens Transportation Partnership Puerto Rico, S.E. | Sepulvado Maldonado & Couret | Attn: Albéniz Couret Fuentes<br>304 Ponce de Leon Ave.<br>Ste 990<br>San Juan PR 00918 | acouret@smlawpr.com<br>jsantos@smlawpr.com | Email |
| Counsel to EcoEléctrica, L.P. | Shearman & Sterling LLP | Attn: Fredric Sosnick<br>599 Lexington Avenue<br>New York NY 10022 | FSosnick@Shearman.com | Email |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger, collectively the Marrero Plaintiffs | Shindler, Anderson, Goplerud & Weese, P.C. | Attn: J. Barton Goplerud, Andrew Howie<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines IA 50265-5749 | goplerud@sagwlaw.com<br>howie@sagwlaw.com | Email |
| Counsel to Sierra Club Puerto Rico, Inc. (Sierra Club PR) | Sierra Club Puerto Rico, Inc. | Attn: José Menéndez<br>1016 Avenida Ponce de León<br>Río Piedras PR 00925 | jmenen6666@gmail.com | Email |
| Counsel to Sola Ltd, Ultra Master Ltd, Ultra NB LLC and Solus Opportunities Fund 5 LP | Simpson Thacher & Bartlett LLP | Attn: Bryce L. Friedman, Nicholas Baker<br>425 Lexington Avenue<br>New York NY 10017-3954 | bfriedman@stblaw.com<br>nbaker@stblaw.com | Email |
| Counsel to J.P. Morgan Securities, LLC | Simpson Thacher & Bartlett LLP | Attn: Jonathan K. Youngwood & David Elbaum<br>425 Lexington Avenue<br>New York NY 10017 | jyoungwood@stblaw.com<br>david.elbaum@stblaw.com | Email |
| Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | Sistema de Retiro AEE | PO Box 13978<br>San Juan PR 00908-3978 | MARIAE.HERNANDEZ@prepa.com<br>carmen.herrero@prepa.com | Email |
| Counsel to Vitol Inc. and Vitol S.A. | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Mark A. McDermott, Christine A. Okike, & Bram A. Strochlic<br>One Manhattan West<br>New York NY 10001 | mark.mcdermott@skadden.com<br>Christine.Okike@skadden.com<br>Bram.Strochlic@skadden.com | Email |
| Counsel to UBS Trust Company of Puerto Rico | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul J. Lockwood, Esq<br>One Rodney Square<br>920 N. King St.<br>Wilmington DE 19801 | Paul.lockwood@skadden.com | Email |
| Federal Agency | Small Business Administration (SBA) | Attn: Linda McMahon<br>409 3rd St., SW<br>Washington DC 20416 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Autonomous Municipality of Ponce | Stradling Yocca Carlson & Rauth, PC | Attn: Paul R. Glassman<br>100 Wilshire Boulevard<br>Santa Monica CA 90401 | pglassman@sycr.com | First Class Mail and Email |
| Counsel to American Federation of State, County and Municipal Employees, Plaintiff in Adversary Proceedings 17-00242 & 17-00243, and Intervener in Adversary Proceeding 17-00250 | Stroock & Stroock & Lavan LLP | Attn: Curt C. Mechling & Sherry J. Millman<br>180 Maiden Lane<br>New York NY 10038 | cmechling@stroock.com<br>smillman@stroock.com | Email |
| Counsel to the Ad Hoc Group of Noteholders of FGIC-Insured Notes and American Federation of Teachers, AFL-CIO | Stroock & Stroock & Lavan, LLP | Attn: Curtis C. Mechling, Sherry Millman, Kristopher M. Hansen, Jonathan D. Canfield<br>180 Maiden Lane<br>New York NY 10038-4982 | cmechling@stroock.com<br>smillman@stroock.com<br>khansen@stroock.com<br>jcanfield@stroock.com | Email |
| Counsel to Tamrio, Inc. | Tamrio, Inc. | Attn: Eng.. Claudio Torres Serrano<br>PO Box 455<br>Mayaguez PR 00681 | jlopez@constructorasantiago.com | Email |
| TEC General Contractors, Corp. | TEC General Contractors, Corp | Attn: Eng. Saul Toledo Mejias<br>Ave. Miramar, Bldg. 5, Suite 801<br>Paseo Caribe<br>San Juan PR 00901 | Saultoledo22@yahoo.com | Email |
| Members of Creditor's Committee | The American Federation of Teachers (AFT) | Attn: Mark Richard<br>555 New Jersey Ave., NW<br>11th Floor<br>Washington DC 20001 | | First Class Mail |
| Creditor and Party-in-Interest | The Bank of Nova Scotia | Attn: Luis Pablo Bautista<br>40 King St. W.<br>Toronto ON M5H1H1 Canada | luis.bautista@scotiabank.com | Email |
| Cantor-Katz Collateral Monitor LLC | The Collateral Monitor | Attn: Matthew Cantor<br>235 West 71st Street, Unit 3<br>New York NY 10023 | Mcantor4@mac.com | Email |
| Cantor-Katz Collateral Monitor LLC | The Collateral Monitor | Attn: Richard Katz<br>1915 Vallejo Street<br>San Francisco CA 94123 | rich.katz@torquepointllc.com | Email |
| Counsel to BEC Co, Inc. d/b/a Empacadora Hill Brothers | The Financial Attorneys, P.S.C. | Attn: Rafael Ferreira Cintron, Esq.<br>PMB 274<br>405 Esmeralda Avenue Suite 2<br>Guaynabo PR 00969 | rfc@thefinancialattorneys.com | Email |
| Counsel to Vitol S.A., Defendant in Adversary Proceeding 17-00221 | The Law Offices of Andres W. Lopez, P.S.C. | Attn: Andres W. Lopez<br>902 Fernandez Juncos Ave<br>San Juan PR 00907 | andres@awllaw.com | First Class Mail and Email |
| Counsel to Oppenheimer Funds, Franklin Funds, First Puerto Rico Family of Funds, the Ad Hoc Group of PREPA Bondholders, and Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it, and Invesco/Oppenheimer Funds | Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figuerosa-Torres, Nadya Pérez-Román, Jane Patricia Van Kirk<br>PO Box 195383<br>San Juan PR 00919-5383 | Mfb@tcmrslaw.com<br>Lft@tcmrslaw.com<br>nperez@tcmrslaw.com<br>jvankirk@tcmrslaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| TransCore Atlantic, Inc. | TransCore Atlantic, Inc. | Attn: President or General Counsel 150 4th Ave North, Suite 1200 Nashville TN 37219 | Paula.Flowers@TransCore.com | Email |
| Counsel to the United States | U.S. Department of Justice, Civil Division | Attn: Jean Lin, Laura Hunt, and Rebecca M. Curti-Kohart Federal Programs Branch 20 Massachusetts Ave., N.W. Washington DC 20530 | Jean.lin@usdoj.gov rebecca.cutri-kohart@usdoj.gov | Email |
| Counsel to the United States | U.S. Department of Justice, Civil Division | Attn: Thomas G. Ward 950 Pennsylvania Ave., NW Rm 3131 Washington DC 20530 | Thomas.g.ward@usdoj.gov | First Class Mail |
| Counsel for Luis J. Costas-Russell | Ubarri & Roman Law Office | Attn: David W. Roman PO Box 79564 Carolina PR 00984-9564 | doman@ubarri-romanlaw.com | First Class Mail |
| Unión de Empleados de la Corporación del Fondo del Seguro del Estado | Unión de Empleados de la Corporación del Fondo del Seguro del Estado | Calle Encina 1550 Caparra Heights San Juan PR 00920 | unionecfse@yahoo.com | Email |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | Unión de Médicos de la Corporación del Fondo del Seguro del Estado | Calle Pomarrosa G10, Valle Arriba Heights, Carolina PR 00983 | migade19@hotmail.com jaimeenriquecruzalvarez@gmail.com | Email |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | Unión de Médicos de la Corporación del Fondo del Seguro del Estado | PO Box 70344, CMM33 San Juan PR 00936-8344 | | First Class Mail |
| Members of Creditor's Committee | Unitech Engineering | Attn: Ramón Ortiz Carro Urb Sabanera 40 Camino de la Cascada Cidra PR 00739 | | First Class Mail |
| Counsel to the Government of the United States of America | United States Attorney for the Southern District of New York | Attn: Christopher Connolly 86 Chambers Street New York NY 10007 | christopher.connolly@usdoj.gov | Email |
| Counsel to the Environmental Protection Agency | United States Department of Justice | Attn: Héctor Vélez Cruz, Associate Regional Counsel Office of Regional Counsel, U.S. EPA Region 2 City View Plaza II, Suite 7000, #48 RD. 165 km 1.2 Guaynabo PR 00968-8069 | velez.hector@epa.gov | Email |
| Counsel to the Environmental Protection Agency | United States Department of Justice | Attn: Mark A. Gallagher Environment and Natural Resources Division, Environmental Enforcement Section PO Box 7611 Washington DC 20044-7611 | mark.gallagher@usdoj.gov | Email |
| Counsel to Universal Insurance Company, Eastern American Insurance Agency, and Universal Group, Inc. | Universal Insurance Company | Attn: Roberto Del Toro Morales P.O. Box 11155 San Juan PR 00922-1155 | rtoro@universalpr.com | Email |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 39 of 43

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Federal Agency | US Army Corps of Engineers | Attn: Todd T. Semonite<br>441 G St., NW<br>Washington DC 20548 | | First Class Mail |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan PR 00918 | | First Class Mail |
| Federal Agency | US Department of Agriculture | Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington DC 20250 | | First Class Mail |
| Federal Agency | US Department of Commerce | Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington DC 20230 | | First Class Mail |
| Federal Agency | US Department of Education (ED) | Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington DC 20202 | | First Class Mail |
| Federal Agency | US Department of Health and Services | Attn: Amanda Barlow<br>330 C St., SW<br>Washington DC 20201 | | First Class Mail |
| Counsel to the United States of America on behalf of its agencies the Internal Revenue Service and the Alcohol and Tobacco Tax and Trade Bureau | US Department of Justice | Attn: Ward W. Benson, Trial Attorney, Tax Division<br>Post Office Box 227<br>Ben Franklin Station<br>Washington D.C. 20044 | wardlow.w.benson@usdoj.gov | Email |
| Federal Agency | US Department of Justice (DOJ) | Attn: William Barr<br>950 Pennsylvania Ave., NW<br>Washington DC 20530 | | First Class Mail |
| Federal Agency | US Department of Labor (DOL) | Attn: Alexander R. Acosta<br>Office of the Solicitor, N-2700<br>Frances Perkins Building, 200 Constitution Ave<br>Washington DC 20210 | | First Class Mail |
| US Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Maria D. Giannirakis, & Nancy J. Gargula<br>Edificio Ochoa<br>500 Tanca Street Suite 301<br>San Juan PR 00901-1922 | USTP.Region21@usdoj.gov | Email |
| Counsel to Cooperativa de Seguros Múltiples de Puerto Rico | Valdes Ortiz Law Offices, PA | Attn: Hector E. Valdes Ortiz<br>8461 Lake Worth Rd.<br>Suite 420<br>Lake Worth FL 33467 | hvaldes@v-olaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to creditors Carlos Pérez Molina, Ana Figueroa Colón and their Legal Partnership of Acquisitions | Valenzuela-Alvarado, LLC | Attn: José Enrico Valenzuela-Alvarado MCS Plaza, 255 Ponce de León Avenue Suite 825, Hato Rey San Juan PR 00917-1942 | jeva@valenzuelalaw.net jose.enrico.valenzuela1@gmail.com | Email |
| Attorney for Maria C. Figueroa Torres | Vanessa Hernández Rodríguez | Attn: Vanessa Hernández Rodríguez Street Aurora 4140, Suite 1 Ponce PR 00717-1203 | hernandezrodriguez.v@gmail.com | Email |
| Counsel to Carlos J. Mendez Nunez, in his official capacity and on behalf of the House of Representatives of Puerto Rico, Plaintiff in Adversary Proceeding 18-00081 | Veronica Ferraiuoli Hornedo | PO Box 195384 San Juan PR 00919-5384 | vero@ferraiuoli.pr | Email |
| Counsel to Carlos J. Mendez Nunez, in his official capacity and on behalf of the House of Representatives of Puerto Rico, Plaintiff in Adversary Proceeding 18-00081 | Víctor Calderón Cestero | 137 Calle O Ramey Aguadilla PR 00603 | victor@calderon-law.com | Email |
| Counsel to Learning Alliances, LLC | Vidal, Nieves & Bauzá, LLC | Attn: Roxana Cruz-Rivera, Esq. B7 Tabonuco Street, Suite 1108 Guaynabo PR 00968 | rcruz@vnblegal.com | Email |
| Counsel to Arcos Dorados Puerto Rico LLC, Encanto Restaurants, Inc, Carnegie Learning, Inc. | Vilariño & Associates LLC | Attn: Javier Vilariño, Esq. PO Box 9022515 San Juan PR 00902-2515 | jvilarino@vilarinolaw.com | Email |
| Counsel to Medical Card System, Inc., MCS Health Management Options, Inc., and MCS Advantage, Inc. | Viñas Law Office, LLC | Attn: Ramón L. Viñas Bueso 1225 Ave. Ponce de León Suite 1503 San Juan PR 00907-3984 | ramonvinas@vinasllc.com | Email |
| Counsel to MCS Life Insurance Company | Viñas Law Office, LLC | Attn: Ramón L. Viñas Bueso 623 Ave. Ponce de León Suite 1202B San Juan PR 00917-4831 | ramonvinas@vinasllc.com | Email |
| Counsel to Scotiabank De Puerto Rico | Wachtell, Lipton, Rosen & Katz | Attn: Richard G. Mason, Esq., Amy R. Wolf, Esq., Emil A. Kleinhaus, Esq., Angela K. Herring, Esq. 51 West 52nd Street New York NY 10019 | Rgmason@wlrk.com Arwolf@wlrk.com Eakleinhaus@wlrk.com AKHerring@wlrk.com | Email |
| Counsel to National Public Finance Guarantee Corporation | Weil, Gotshal & Manges, LLP | Attn: Kelly Diblasi, Robert Berezin, Todd Larson, Gabriel A. Morgan, Jonathan D. Polkes, & Gregory Silbert 767 Fifth Avenue New York NY 10153-0119 | kelly.diblasi@weil.com gabriel.morgan@weil.com jonathan.polkes@weil.com gregory.silbert@weil.com robert.berezin@weil.com | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| Counsel to Elias Sánchez-Sifonte, Attorneys for Defendants State Insurance Fund Corporation and Jesús M. Rodríguez Rosa. | Weinstein-Bacal, Miller & Vega, P.S.C. | Attn: Stuart A. Weinstein-Bacal, Peter W. Miller, & Javier A. Vega-Villalba González-Padín Building - Penthouse 154 Rafael Cordero Street, Plaza de Armas Old San Juan PR 00901 | swb@wbmvlaw.com sawbacal@aol.com pwm@wbmvlaw.com prwolverine@gmail.com jvv@wbmvlaw.com javier.a.vega@gmail.com | Email |
| Counsel to Doral Financial Corporation and UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case, LLP | Attn: Glenn M. Kurtz, John K. Cunningham, Brian D. Pfeiffer, Esq. & Michele J. Meises, Esq. 1221 Avenue of the Americas New York NY 10020-1095 | gkurtz@whitecase.com jcunningham@whitecase.com brian.pfeiffer@whitecase.com michele.meises@whitecase.com | Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case, LLP | Attn: John K. Cunningham, Jason N. Zakia, Fernando de la Hoz, Cheryl Tedeschi Sloane, & Jesse Green Southeast Financial Center 200 South Biscayne Blvd Ste 4900 Miami FL 33131-2352 | jzakia@whitecase.com jcunningham@whitecase.com fdelahoz@whitecase.com csloane@whitecase.com jgreen@whitecase.com | Email |
| Counsel to Union de Empleados de la Corporacion del Fondo del Estado, Asociacion de Empleados Gerenciales del Fondo del Seguro del Estado Corp., Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp., and and Hermandad de Empleados del Fondo del Seguro del Estado, Inc , et al. Plaintiff in Adversary Proceeding 18-00091 | Wilbert Lopez Moreno & Asociados | Attn: Wilbert Lopez Moreno 1272 Ave. Jesus T. Pinero San Juan PR 00921 | wilbert_lopez@yahoo.com | Email |
| Counsel to Softek, Inc. and Insight Management Group, Inc., | William M. Vidal-Carvajal Law Office, P.S.C. | Attn: William M. Vidal-Carvajal, Esq. MCS Plaza, Ponce de Leon Avenue Suite 801 San Juan PR 00917 | william.m.vidal@gmail.com | Email |
| Counsel to Comité Diálogo Ambiental, Inc., El Puente de Williamsburg, Inc.-Enlace Latino de Acción Climática, Comité Yabucoeño Pro-Calidad de Vida, Inc. (YUCAE), Alianza Comunitaria Ambientalista del Sureste, Inc., Sierra Club Puerto Rico, Inc., Mayagüezanos por la Salud y el Ambiente, Inc., Coalición de Organizaciones Anti Incineración, Inc. and Amigos del Río Guaynabo, Inc. | William Santiago-Sastre | P.O. Box 1801 Sabana Seca PR 00952-1801 | wssbankruptcy@gmail.com | Email |
| Interested Party | William Santiago-Sastre, Esq. | Attn: William Santiago-Sastre, Esq. USDCPR 201106 PO Box 1801 Sabana Seca PR 00952-1801 | wssbankruptcy@gmail.com | Email |
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Willkie Farr & Gallagher LLP | Attn: Mark T. Stancil 1875 K Street, N.W. Washington DC 20006-1238 | mstancil@willkie.com | Email |

Exhibit A

Master Service List

Served as set forth below

| | | | | |
|---|---|---|---|---|
| Co-Counsel to Bank of America, N.A., Co-Counsel to Merrill Lynch, Pierce, Fenner & Smith Inc. and Merrill Lynch Capital Services, Inc. | Winston & Strawn LLP | Attn: Carrie V. Hardman<br>200 Park Avenue<br>New York NY 10166 | chardman@winston.com | Email |
| Co-Counsel to Merrill Lynch, Pierce, Fenner & Smith Inc. and Merrill Lynch Capital Services, Inc. | Winston & Strawn LLP | Attn: Joseph L. Motto<br>35 W. Wacker Drive<br>Chicago IL 60601 | jmotto@winston.com | Email |
| Counsel to KDC Solar, LLC | Wollmuth Maher & Deutsch LLP | Attn: James Lawlor, Esq.<br>200 Madison Ave<br>Morristown NJ 07960 | JLawlor@wmd-law.com | Email |
| Counsel to Popular, Inc., Popular Securities, LLC and Banco Popular de Puerto Rico | Young Conaway Stargatt & Taylor, LLP | Attn: James L. Patton, Robert S. Brady, Michael S. Neiburg<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | jpatton@ycst.com<br>rbrady@ycst.com<br>mneiburg@ycst.com | Email |

**Exhibit B**

SRF5 50301

**Hearing Date: March 10, 2021, at 9:30AM (Atlantic Time)**
**Response Deadline: February 24, 2021 at 4:00PM (Atlantic Time)**

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and ERS.** |

## TWO HUNDRED NINETY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO TO CLAIMS THAT ARE PARTIALLY DEFICIENT AND PARTIALLY BASED ON INVESTMENTS IN MUTUAL FUNDS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth") and the Employees Retirement System of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Debtors pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] files this two hundred ninety-second objection (the "Two Hundred Ninety-Second Omnibus Objection") to the proofs of claim listed on **Exhibit A** hereto, each of which purports to be based, in part, on one or more investments in mutual funds, which in turn may have invested in bonds issued by the Commonwealth and/or ERS, and thus the Commonwealth and/or ERS is not liable because the portions of the claims based on mutual funds are derivative and the claimants lack standing to assert the portion of the claim against the Commonwealth and/or ERS.  The remaining portions of each of the proofs of claim listed on **Exhibit A** hereto are deficient because they fail to provide sufficient information to enable the Debtors to reconcile the proofs of claim.  In support of the Two Hundred Ninety-Second Omnibus Objection, the Debtors respectfully represent as follows:

## **JURISDICTION**

1.      The United States District Court for the District of Puerto Rico has subject matter jurisdiction to consider this matter and the relief requested herein pursuant to PROMESA section 306(a).

2.      Venue is proper in this district pursuant to PROMESA section 307(a).

---

[2]  PROMESA is codified at 48 U.S.C. §§ 2101-2241.

## BACKGROUND

**A.     The Bar Date Orders**

3.      On May 3, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Commonwealth pursuant to PROMESA section 304(a), commencing a case under Title III thereof (the "Commonwealth Title III Case").  On May 21, 2017 (the "Petition Date"), the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for ERS, pursuant to PROMESA section 304(a), commencing a case under Title III thereof (the "ERS Title III Case," and together with the Commonwealth Title III Case, the "Title III Cases").  On June 29, 2017, the Court entered an order granting the joint administration of the Title III Cases for procedural purposes only.  ECF No. 537.[3]

4.      On January 16, 2018, the Debtors filed their *Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof* [ECF No. 2255] (the "Bar Date Motion").  Pursuant to the *Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claims and (B) Approving Form and Manner of Notice Thereof* [ECF No. 2521] (the "Initial Bar Date Order"), the Court granted the relief requested in the Bar Date Motion.  Upon the informative motion of certain creditors, and the support of the Debtors, the Court subsequently entered the *Order (A) Extending Deadlines for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof* [ECF No. 3160] (together with the Initial Bar Date Order the "Bar Date Orders"), extending these deadlines to June 29, 2018 at 4:00 pm (Atlantic Time).

---

[3] Unless otherwise stated herein, ECF citations refer to documents filed in Bankruptcy Case No. 17 BK 3283-LTS.

**B.      Operations and Bond Debt of the Commonwealth**

5.      The Constitution of the Commonwealth of Puerto Rico (the "P.R. Constitution")
became effective in 1952.  The P.R. Constitution created the Commonwealth as the central
government of Puerto Rico, "republican in form."  *See* P.R. Const., Art. I, §§ 1, 2.

6.      The P.R. Constitution authorizes the Commonwealth to issue debt, subject to
various limitations, including on the ability of the Commonwealth to pledge its revenues.  *See* P.R.
Const., Art. VI, § 2.  In 1961, Section 2 of Article VI of the P.R. Constitution was amended to
limit the Commonwealth's borrowing on the basis of the amount of debt service the
Commonwealth would have to pay relative to its historical revenues.

**C.      ERS Bond Debt Master Proof of Claim**

7.      ERS is a trust established by the Commonwealth in 1951 for the economic well-
being of public employees.  ERS is an agency of the government, separate and apart from the
Commonwealth government and its other instrumentalities.  *See* 3 L.P.R.A § 775.

8.      Purportedly pursuant to that certain *Pension Funding Bond Resolution*, adopted on
January 24, 2008, and certain supplemental resolutions, ERS issued senior and subordinate pension
funding bonds (the "ERS Bonds") in the aggregate original principal amount of approximately
$2.9 billion.[4]  Bank of New York Mellon ("BNYM") serves as the fiscal agent with respect to the
ERS Bonds.

---

[4] On March 12, 2019, the Official Committee of Unsecured Creditors filed an *Omnibus Objection
to Claims Asserted by Holders of Bonds Issued by ERS* [Case No. 17-3566, ECF No. 381], on
the ground that the bond issuance exceeded ERS's statutory authority and was thus *ultra vires*,
rendering the ERS Bonds null and void.  On April 23, 2019, the Official Committee of Retired
Employees of the Commonwealth of the Puerto Rico filed an *Omnibus Objection Of The Official
Committee Of Retired Employees Of The Commonwealth Of Puerto Rico, Pursuant To
Bankruptcy Code Section 502 And Bankruptcy Rule 3007, To Claims Filed Or Asserted By
Holders Of ERS Bonds Against ERS And The Commonwealth* [Case No. 17-3283, ECF No.
6482], on the ground, among others, that the bond issuance was *ultra vires*.  ERS reserves its

**D.      Proofs of Claim Filed, Omnibus Objection Procedures, and Claim Objections**

9.      To date, approximately 179,000 proofs of claim have been filed against the Debtors and logged by Prime Clerk, LLC.  Such proofs of claim total approximately $43.6 trillion in asserted claims against the Debtors, in addition to unliquidated amounts asserted.

10.     Of the proofs of claim filed, approximately 115,800 have been filed in relation to, or reclassified to be asserted against, the Commonwealth.  Over 52,900 proofs of claim have been filed in relation to, or reclassified to be asserted against, ERS.  In accordance with the terms of the Bar Date Orders, many of these claims need not have been filed at all, or suffer from some other flaw, such as being subsequently amended, not putting forth a claim for which the Debtors are liable, being duplicative of other proofs of claim, or failing to provide information necessary for the Debtors to determine whether the claim is valid.

11.     To efficiently resolve as many of the unnecessary proofs of claim as possible, on October 16, 2018, the Debtors filed with this Court their *Motion for Entry of an Order (A) Approving Limited Omnibus Objection Procedures, (B) Waiving the Requirement of Bankruptcy Rule 3007(e)(6), and (C) Granting Related Relief* [ECF No. 4052] (the "Omnibus Procedures Motion").  The Court granted the relief requested in the Omnibus Procedures Motion by order dated November 14, 2018. *See Order (A) Approving Limited Omnibus Objection Procedures, (B) Waiving the Requirement of Bankruptcy Rule 3007(e)(6), and (C) Granting Related Relief* [ECF No. 4230]; *Omnibus Objection Procedures* [ECF No. 4230-1] (collectively, the "Initial Omnibus Objection Procedures").  On November 29, 2018, the Court approved English and Spanish versions of the forms of notice for omnibus objections to be filed in accordance with the Initial

---

rights to challenge the bond issuance on any grounds whatsoever, including on the ground that the ERS bonds were *ultra vires*, and any other grounds set forth in the foregoing objections.

Omnibus Objection Procedures.  *See Order Approving the English and Spanish Versions of the Form of Notice for Omnibus Objections* [ECF No. 4381] (the "<u>Notice Order</u>").

12.     In the continued interest of resolving any unnecessary proofs of claim in an efficient manner, on May 23, 2019, the Debtors filed an amended procedures motion seeking, among other things, to allow the Debtors to file omnibus objections on substantive bases, to further expand the number of claims that may be included on an objection, and to approve additional forms of notice. *Notice of Hearing with Respect to an Order (A) Approving Amended Omnibus Objection Procedures, (B) Waiving Requirements of Bankruptcy Rule 3007(e), (C) Approving Additional Forms of Notice, and (D) Granting Related Relief* [ECF No. 7091].  On June 14, 2019, the Court granted the requested relief, by the *Order (A) Approving Amended Omnibus Objection Procedures, (B) Waiving Requirements of Bankruptcy Rule 3007(e), (C) Approving Additional Forms of Notice, and (D) Granting Related Relief* [ECF No. 7440] (the "<u>Amended Omnibus Objection Procedures</u>").

13.     Pursuant to the Initial Omnibus Objection Procedures and Amended Omnibus Objection Procedures, to date the Court has held 12 hearings related to over 140 omnibus objections filed by the Commonwealth, the Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>"), Puerto Rico Highways and Transportation Authority ("<u>HTA</u>"), and/or Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>). Based upon rulings and orders of the Court to date, approximately 56,000 claims asserting $43 trillion in liability against the Commonwealth, COFINA, HTA, and ERS have been disallowed and will be expunged from the claims registry in the Title III proceedings upon entry of final orders.

14.     This Two Hundred Ninety-Second Omnibus Objection is filed in accordance with the Court's Amended Omnibus Objection Procedures.

## OBJECTIONS TO PROOFS OF CLAIM

15.     The Amended Omnibus Objection Procedures allow the Commonwealth to file an omnibus objection to multiple proofs of claim on any basis provided for in Federal Rule of Bankruptcy Procedure 3007(d)(1)-(7), as well as on other substantive bases set forth in the Amended Omnibus Objection Procedures.

16.     The Two Hundred Ninety-Second Omnibus Objection seeks to disallow, in accordance with the Amended Omnibus Objection Procedures, claims that (i) seek, in part, recovery for amounts for which the Debtors are not liable because the claims were not filed by a "creditor" of the Debtors, and the claimants therefore lack standing to assert those portions of their claims, and (ii) in part, fail to comply with the applicable rules for filing a claim by not providing a basis for asserting a claim against the Commonwealth, ERS, or any other Title III Debtor.

17.     In each of the claims listed on **Exhibit A** hereto (collectively the "Claims to Be Disallowed"), the proof of claim purported to assert liabilities arising out of "Puerto Rico Bonds," "Puerto Rico Govt Obligations," "IRA," or other similar terms asserting liabilities associated with investments in government-issued bonds, but failed to provide information necessary to enable the Debtors to reconcile the claims, such as the CUSIP numbers or amounts of the specific bonds claimants intended to assert.   Further, each of the Claims to Be Disallowed provided as supporting documentation a copy of a brokerage account statement; however, the Claimant did not identify which investments held in the brokerage account Claimant intended to assert.   Upon a reasonable review of the brokerage account statement for investments related to Puerto Rico bonds, the Debtors were able to identify only investments in mutual funds, which in turn may have invested in bonds issued by the Commonwealth of Puerto Rico.   However, the mutual fund investments

listed in the brokerage account statement did not match the amounts listed in the Claimant's proof of claim.

18.     On August 13, 2019, the Court entered the Order Granting in Part and Adjourning in Part Debtors' Motion for Entry of An Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Forms of Notice, (C) Approving Proposed Mailing, and (D) Granting Related Relief [ECF No. 8453] (the "Authorized Mailings Order"), which authorized the Debtors to send mailings "to any claimant who has not provided sufficient information to enable Debtors to process their claim."  Authorized Mailings Order, ¶ 3.

19.     Pursuant to the Authorized Mailings Order, "[i]f the Debtors mail the Proposed Mailing to a claimant, and the claimant either does not respond or responds but fails to provide sufficient information to permit Debtors to reconcile their claim, the Debtors are authorized to object to the claim as deficient."  *Id.*

20.     In accordance with the Authorized Mailings Order, the Debtors have sent at least one letter, substantially in the form of Exhibit 1 to the Authorized Mailings Order, to each claimant subject to this Two Hundred Ninety-Second Omnibus Objection (the "Mailing").  Each Mailing provided, in relevant part:

> Additional information is required in order for the Debtors to continue with assessing your claim. The Debtors are unable to determine from the information you provided the basis for the claim you are attempting to assert against one or more of the Debtors. In responding to this letter, please ensure that you provide all of the information requested and as much detail as possible about your claim.  The descriptions you put on your proof of claim were too vague for the Debtors to understand the claim you are trying to assert, so please provide more detail and do not simply copy over the same information.

*See* ECF No. 8453-1 at 2, 7.

21.     The Mailings received by the claimants subject to this Two Hundred Ninety-Second

Omnibus Objection directed the claimants to respond no later than October 23, 2019 (depending

on the date each Mailing was sent).  *See id.*  Furthermore, the Mailings cautioned the Claimants

that "[i]f you do not respond to this request and do not provide the requested information and

documentation in support of your claim, the Debtors may be forced to object to your claim."

22.     Each of the Claimants identified in **Exhibit A** either failed to respond to the

Mailings, or submitted a response that still did not contain information necessary to enable the

Debtors to reconcile the claim.  Accordingly, based upon the Debtors' review of the documentation

submitted with the proofs of claim or with the Mailings, the Debtors understand the Claims to Be

Disallowed assert, in part, investments in mutual funds, each of which may, in turn, have invested

in bonds issued by the Commonwealth or ERS.

23.     Claims that are "unenforceable against the debtor and property of the debtor, under

any agreement or applicable law" should be disallowed.  11 U.S.C. § 502(b)(1).  A claimant bears

the burden of establishing standing to file a proof of claim.  *In re Minbatiwalla*, 424 B.R. 104, 111

(Bankr. S.D.N.Y. 2010).  It is well established that only a creditor or the creditor's authorized

agent has standing to assert a claim.  Fed. R. Bankr. P. 3001(b); 11 U.S.C. §§ 501(a) ("A creditor

or an indenture trustee may file a proof of claim."); *In re Melillo*, 392 B.R. 1, 5 (B.A.P. 1st Cir.

2008) ("Only a creditor or indenture trustee may file a proof of claim.").  Parties with merely

derivative interests lack standing to assert a claim against a debtor's estate.  *Matter of Goldman*,

82 B.R. 894, 896 (Bankr. S.D. Ohio 1988) (finding party with "relationship with Debtor [that] is

not direct, but rather derivative" was "a stranger to Debtor's bankruptcy proceedings," with "no

claim against the estate's assets," and "as a general rule has no standing in Debtor's bankruptcy

proceedings"); *see also In re Tower Park Properties, LLC*, 803 F.3d 450, 462-63 (9th Cir. 2015)

(holding a trust beneficiary was not a party in interest); *In re Refco Inc.*, 505 F.3d 109, 117 (2d Cir. 2007) ("To the extent that the rights of a party in interest are asserted, those rights must be asserted by the party in interest, not someone else."); *In re Lopez*, 446 B.R. 12, 17 (Bankr. D. Mass. 2011) (to establish oneself as a party in interest "the moving party must be asserting its own rights and not those belonging to or derivative of a third party"); *In re Hayes*, 393 B.R. 259, 267 (Bankr. D. Mass. 2008) (recognizing the "general principle that 'party in interest standing does not arise if a party seeks to assert some right that is purely derivative of another party's rights in the bankruptcy proceeding'" (quoting *In re Refco*, 505 F.3d at 115 n. 10)).

24.     Each of the Claims to Be Disallowed asserts, in part, that the associated claimant is a purported investor in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth and/or ERS.  "A creditor, under the [Bankruptcy] Code, is one who has a claim *against the debtor* or the estate," rather than "a creditor of one of the debtor's creditors."  *S. Blvd., Inc. v. Martin Paint Stores*, 207 B.R. 57, 61 (S.D.N.Y. 1997).  Because, at most, the Claims to Be Disallowed were filed based on the claimant's status as an alleged creditor of an alleged creditor of the Commonwealth and/or ERS, the Claims to Be Disallowed were not filed by an actual creditor of the Commonwealth.  *See In re Thalmann*, 469 B.R. 677, 683 (Bankr. S.D. Tex. 2012) (holding receiver lacked standing to file a proof of claim because it was not a creditor or an authorized agent of a creditor).  Instead, the Claims to Be Disallowed assert liabilities that are derivative of claims that must be asserted by the mutual funds directly for any claimed recovery to be considered by the Court.  *See Matter of Goldman*, 82 B.R. at 896 (finding party with "derivative" relationship has "no claim against the estate's asset" and "as a general rule has no standing in Debtor's bankruptcy proceedings").  Moreover, it is unknown whether the mutual funds still retain ownership of the suspect bonds.

25.     Indeed, under nearly identical circumstances, this Court previously disallowed claims filed against COFINA and the Commonwealth by investors in mutual funds that in turn allegedly invested in COFINA bonds for "lack of an individual interest in COFINA securities." *See, e.g.*, *Tr. of Mar. 13, 2019 Hr'g Before the Hon. Laura Taylor Swain* [ECF No. 5969], at 64:01-10 ("THE COURT: So just so that I understand, his documentation shows that he is a mutual fund investor.  To the extent any of those mutual funds actually holds COFINA bonds, the mutual fund would be the appropriate claimant, and so he has provided no evidence of a valid direct claim as against COFINA?  MS. STAFFORD: Correct, your Honor.  THE COURT: The objection to the claim is sustained and the claim is disallowed for lack of an individual interest in COFINA securities."); *Order Granting Sixty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Based on Investments in Mutual Funds* [ECF No. 9099]; *Memorandum Order Denying Motion to Alter or Amend Order Sustaining Objection (Dkt. 8297) to Claims No. 152470 & No. 152283* [ECF No. 9121]; *Order Granting Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of Puerto Rico to Claims Based on Investments in Mutual Funds* [ECF No. 9242].  Accordingly, with respect to the portions of the claims asserting liabilities arising from mutual funds, the claimants are not creditors of either the Commonwealth or ERS and lack standing to assert the Claims to Be Disallowed. Because the Debtors cannot be held liable for these portions of the Claims to Be Disallowed, those portions of the Claims to Be Disallowed should also be disallowed.

26.     Each of the Claims to Be Disallowed also purports to assert, in part, additional liabilities arising from investments in government bonds, but does not provide critical information, such as CUSIP numbers or amounts, necessary for the Debtors to reconcile the claims.  Those

portions fail to comply with the applicable rules for filing a claim because they do not provide a basis for asserting a claim against the Commonwealth, ERS, or any other Title III Debtor. The Debtors are therefore unable to determine the basis for the liabilities the Claimants seek to assert, and are unable to determine the validity of the claims. Accordingly, the remaining portions of the Claims to Be Disallowed should be disallowed because they are deficient.

27.     In support of the foregoing, the Debtors rely on the *Declaration of Jay Herriman in Support of the Two Hundred Ninety-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of The Government of Puerto to Claims Based on Investments in Mutual Funds*, dated January 22, 2021, attached hereto as **Exhibit B**.

## NOTICE

28.     In accordance with the Amended Omnibus Objection Procedures and the Court's Notice Order, the Commonwealth and ERS are providing notice of this Two Hundred Ninety-Second Omnibus Objection to (a) the individual creditors subject to this Two Hundred Ninety-Second Omnibus Objection, (b) the U.S. Trustee, and (c) the Master Service List (as defined by the *Thirteenth Amended Case Management Procedures* [ECF No. 13512-1]), which is available on the Debtors' case website at https://cases.primeclerk.com/puertorico. The notice for this Two Hundred Ninety-Second Omnibus Objection is attached hereto as **Exhibit C**. Spanish translations of the Two Hundred Ninety-Second Omnibus Objection and all of the exhibits attached hereto are being filed and served with this objection. The Commonwealth submits that, in light of the nature of the relief requested, no other or further notice need be given.

## RESERVATION OF RIGHTS

29.     This Two Hundred Ninety-Second Omnibus Objection is limited to the grounds stated herein. Accordingly, it is without prejudice to the rights of the Debtors to object to the

Claims to Be Disallowed or any other claims on any ground whatsoever.  The Debtors expressly

reserve all further substantive or procedural objections.  Nothing contained herein or any actions

taken pursuant to such relief is intended or should be construed as: (a) an admission as to the

validity of any claim against the Debtors; (b) a waiver of the Debtors' right to dispute any claim

on any grounds; (c) a promise or requirement to pay any claim; (d) a request or authorization to

assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy

Code; or (e) a waiver of the Debtors' rights under PROMESA, the Bankruptcy Code or any other

applicable law.

### NO PRIOR REQUEST

30.     No prior request for the relief sought in this Two Hundred Ninety-Second Omnibus

Objection has been made to this or any other court.

WHEREFORE the Debtors respectfully request entry of an order, substantially in the form

of the proposed order attached hereto as **Exhibit D**, (1) granting the relief requested herein, and

(2) granting such other and further relief as is just.

Dated: January 22, 2021                             Respectfully submitted,
       San Juan, Puerto Rico

                                                    /s/ *Ricardo Burgos Vargas*
                                                    Ricardo Burgos Vargas
                                                    USDC No. 218210
                                                    **A&S LEGAL STUDIO, PSC**
                                                    434 Ave. Hostos
                                                    San Juan, PR 00918
                                                    Tel.: (787) 751-6764
                                                    Fax: (787) 763-8260

                                                    /s/ *Martin J. Bienenstock*
                                                    Martin J. Bienenstock (*pro hac vice*)
                                                    Brian S. Rosen (*pro hac vice*)
                                                    **PROSKAUER ROSE LLP**
                                                    Eleven Times Square
                                                    New York, NY 10036
                                                    Tel:  (212) 969-3000
                                                    Fax:  (212) 969-2900

*Attorneys for the Financial
Oversight and Management Board
for Puerto Rico, as representative for
the Commonwealth of Puerto Rico
and Employees Retirement System of
the Government of the
Commonwealth of Puerto Rico*

**Fecha de la vista: 10 de marzo de 2021, a las 9:30 a.m. (AST)**
**Fecha límite para responder: 24 de febrero de 2021, a las 4:00 p.m. (AST)**

---

**REVISE DETENIDAMENTE LA PRESENTE OBJECIÓN Y LOS DOCUMENTOS ADJUNTOS PARA DETERMINAR SI LA OBJECIÓN AFECTA A SU(S) RECLAMACIÓN(ES).**

---

### TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>   como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*,<br><br>                      Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA y el SRE.** |

### DUCENTÉSIMA NONAGÉSIMA SEGUNDA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES PARCIALMENTE DEFICIENTES Y PARCIALMENTE BASADAS EN INVERSIONES EN FONDOS MUTUOS

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

A la atención de su señoría, Juez del Tribunal de Distrito de los Estados Unidos, Laura Taylor Swain:

El Estado Libre Asociado de Puerto Rico (el "ELA") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE", y junto con el ELA, los "Deudores"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como el único representante de Título III de los Deudores conforme a la sección 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[2] radican esta ducentésima nonagésima segunda objeción global (la "Ducentésima nonagésima segunda objeción global") a las evidencias de reclamaciones contenidas en el **Anexo A** del presente documento, cada una de las cuales pretende basarse,en parte, en una o más inversiones en fondos mutuos, que a su vez pudieron haber invertido en bonos emitidos por el ELA y/o el SRE, y por lo tantoel ELA y/o el SRE se eximen de toda responsabilidad, puesto que las partes de las reclamaciones basadas en los fondos mutuos son derivadas y los reclamantes carecen de legitimación para alegar la parte de la reclamación contra el ELA y/o el SRE. Las partes restantes de cada una de las evidencias de reclamaciones contenidas en el **Anexo A** del presente documento son deficientes puesto que no brindan información suficiente para que los Deudores puedan reconciliar las evidencias de reclamaciones. En apoyo de la Ducentésima nonagésima segunda objeción global, los Deudores respetuosamente manifiestan lo siguiente:

---

[2]  PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101 a 2241.

## JURISDICCIÓN

1.      El Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico tiene jurisdicción sobre la materia para atender la presente causa y el remedio en ella solicitado conforme a la sección 306(a) de PROMESA.

2.      La sede judicial de este distrito es la competente conforme a la sección 307(a) de PROMESA.

## ANTECEDENTES

### A.      Órdenes de Fecha Límite

3.      El 3 de mayo de 2017, la Junta de Supervisión emitió una certificación de reestructuración conforme a las secciones 104(j) y 206 de PROMESA, y radicó una petición voluntaria de remedio para el ELA conforme a la sección 304(a) de PROMESA, iniciando un caso conforme al Título III de dicho cuerpo legal (el "Caso de Título III del ELA"). El 21 de mayo de 2017 (la "Fecha de Petición"), la Junta de Supervisión emitió una certificación de reestructuración conforme a las secciones 104(j) y 206 de PROMESA, y radicó una petición voluntaria de remedio para el SRE conforme a la sección 304(a) de PROMESA, iniciando un caso conforme al Título III de dicho cuerpo legal (el "Caso de Título III del SRE", y junto con el Caso de Título III del ELA, los "Casos de Título III"). El 29 de junio de 2017, el Tribunal dictó una orden por la que concedió la administración conjunta de los Casos de Título III únicamente con fines procesales. ECF núm. 537.[3]

4.      El 16 de enero de 2018, los Deudores radicaron su Moción de una *orden que A) fije fechas límite y procedimientos para radicar evidencias de reclamaciones y B) apruebe la forma y la manera de su notificación* [ECF núm. 2255] (la "Moción de Fecha Límite").

---

[3]  Salvo disposición en contrario contenida en el presente documento, las citas ECF harán referencia a documentos radicados en el marco del Caso de Quiebra Núm. 17 BK 3283-LTS.

Conforme a la *Orden que A) fija fechas límite y procedimientos para radicar evidencias de reclamaciones y B) aprueba la forma y la manera de su notificación* [ECFnúm. 2521] (la "Orden Inicial de Fecha Límite"), el Tribunal concedió el remedio solicitado en la Moción de Fecha Límite. Luego de la moción informativa de determinados acreedores, y del apoyo de los Deudores, el Tribunal dictó a continuación la *Orden que A) extendió fechas límite para radicar evidencias de reclamaciones y B) aprobó la forma y la manera de su notificación* [ECF núm. 3160] (conjuntamente con la Orden Inicial de Fecha Límite, las "Órdenes de Fecha Límite"), extendiendo dichas fechas límite hasta el 29 de junio de 2018, a las 04:00 p.m. (AST).

**B.     Operaciones y deuda relativa a bonos del ELA**

5.      La Constitución del Estado Libre Asociado de Puerto Rico (la "Constitución de Puerto Rico") entró en vigor en 1952. La Constitución de Puerto Rico creó el ELA como el Gobierno central de Puerto Rico, de "forma republicana". *Véase* Const. de Puerto Rico, artículo I, §§ 1, 2.

6.      La Constitución de Puerto Rico autoriza al ELA a emitir deuda, con sujeción a determinadas limitaciones, incluida la capacidad del ELA de empeñar sus rentas. *Véase* Const. de Puerto Rico, artículo VI § 2. En 1961, la sección 2 del artículo VI de la Constitución de Puerto Rico fue modificada para limitar el endeudamiento del ELA sobre la base del monto del servicio de la deuda que el ELA tendría que pagar en relación con sus rentas históricas.

**C.     Evidencia de reclamación principal relativa a la deuda de los Bonos del SRE**

7.      El SRE es un *trust* establecido por el ELA en 1951 para fomentar el bienestar económico de los empleados públicos. El SRE es un organismo gubernamental, separado e independiente del Gobierno del ELA y de sus otras instrumentalidades. Véase 3 L.P.R.A § 775.

8.      Supuestamente, conforme a la *Resolución sobre bonos para el financiamiento de pensiones*, adoptada el 24 de enero de 2008, y ciertasresoluciones complementarias, el SRE emitió unos bonos preferentes y subordinados parael financiamiento de pensiones (los "Bonos del SRE"), por un monto total del principal de aproximadamente $2900 millones.[4]  El Bank of New York Mellon ("BNYM") actúa como agente fiscal con respecto a los Bonos del SRE.

**D.      Evidencias de reclamaciones radicadas, procedimientos relativos a objeciones globales y objeciones a reclamaciones**

9.      Hasta la fecha, se han radicado aproximadamente 179,000 evidencias de reclamaciones contra los Deudores, que han sido registradas por Prime Clerk, LLC. Dichas evidencias de reclamaciones ascienden a un total aproximado de $43.6 billones en reclamaciones radicadas contra los Deudores, además de los montos no liquidados reclamados.

10.      De las evidencias de reclamaciones radicadas, aproximadamente 115,800 han sido radicadas en relación con el ELA, o reclasificadas como radicadas contra el ELA. Más de 52,900

---

[4]  El 12 de marzo de 2019, el Comité Oficial de Acreedores no Asegurados radicó una *Objeción global a reclamaciones radicadas por tenedores de bonos emitidos por el SRE* [Caso núm. 17-3566, ECF núm. 381], basándose en que la emisión de los bonos supuso un exceso de la potestad legal del SRE, por lo que era *ultra vires*, lo cual convertía los Bonos del SRE en nulos de pleno derecho. El 23 de abril de 2019, el Comité Oficial de Empleados Retirados del Estado Libre Asociado de Puerto Rico radicó una *Objeción global del Comité Oficial de Empleados Retirados del Estado Libre Asociado de Puerto Rico, conforme alasección 502 del Código de Quiebras y la regla 3007 de las Reglas de Quiebras, a reclamaciones radicadas o alegadas por tenedores de Bonos del SRE contra el SRE y el ELA* [Caso núm. 17-3283, ECF núm. 6482], basándose en que, entre otras cosas, la emisión de los bonos fue *ultra vires*. El SRE se reserva elderecho a impugnar la emisión de los bonos por el motivoque fuere, incluyendo el hecho de que los bonos del SRE eran *ultra vires*, y cualquier otro motivo recogido en las objeciones precedentes.

evidencias de reclamaciones han sido radicadas en relación con el SRE, o reclasificadas como radicadas contra el SRE. De conformidad con las condiciones de las Órdenes de Fecha Límite, muchas de estas reclamaciones no tenían que haber sido radicadas en absoluto o adolecen de otro tipo de vicios; por ejemplo, haber sido enmendadas posteriormente, no alegar una reclamación por la que los Deudores sean responsables, estar duplicadas en relación con otras evidencias de reclamaciones o no aportar información necesaria para que los Deudores determinen si la reclamación es válida.

11.     Para resolver eficazmente el mayor número posible de las evidencias de reclamaciones innecesarias, el 16 de octubre de 2018 los Deudores radicaron ante este Tribunal su *Moción para que se dicte una orden que A) apruebe procedimientos limitados relativos a objeciones globales, B) exima el requisito contenido en la regla 3007(e)(6) de las Reglas de Quiebras, y C) conceda el remedio relacionado* [ECF núm. 4052] (la "Moción de Procedimientos Globales"). El Tribunal concedió el remedio solicitado en la Moción de Procedimientos Globales mediante la orden de fecha 14 de noviembre de 2018. *Véase la Orden que A) aprueba procedimientos limitados relativos a objeciones globales, B) exime el requisito contenido en la regla 3007(e)(6) de las Reglas de Quiebras, y C) concede el remedio relacionado* [ECF núm. 4230]; *Procedimientos relativos a Objeciones Globales* [ECF núm. 4230-1] (conjuntamente, los "Procedimientos Iniciales relativos a Objeciones Globales"). El 29 de noviembre de 2018, el Tribunal aprobó las versiones en inglés y en español de los formularios de notificación relativos a las objeciones globales a efectos de radicarlas de conformidad con los Procedimientos Iniciales relativos a Objeciones Globales. *Véase Orden por la que se aprobaron las versiones en inglés y en español de los formularios de notificación relativos a objeciones globales* [ECF núm. 4381] (la "Orden de Notificación").

12. En aras del interés constante de resolver eficazmente cualesquiera evidencias de reclamaciones innecesarias, el 23 de mayo de 2019 los Deudores radicaron una moción relativa a procedimientos enmendados en la que solicitaron, entre otras cosas, que se les permitiera radicar objeciones globales sobre unas bases sustantivas, aumentar el número de reclamaciones que pudieran incluirse en una objeción y aprobar formas de notificación adicionales. *Notificación de vista en relación con una Orden que A) apruebe Procedimientos Enmendados relativos a Objeciones Globales, B) exima los requisitos contenidos en la regla 3007(e) de las Reglas de Quiebras, C) apruebe formas de notificación adicionales y D) conceda el remedio relacionado* [ECF núm. 7091]. El 14 de junio de 2019, el Tribunal concedió el remedio solicitado por medio de la *Orden que A) aprueba Procedimientos Enmendados relativos a Objeciones Globales, B) exime los requisitos contenidos en la regla 3007(e) de las Reglas de Quiebras, C) aprueba formas de notificación adicionales y D) concede el remedio relacionado* [ECF núm. 7440] (los "Procedimientos Enmendados relativos a Objeciones Globales").

13. Conforme a los Procedimientos Iniciales relativos a Objeciones Globales y los Procedimientos Enmendados relativos a Objeciones Globales, el Tribunal ha celebradohasta la fecha 12 vistas vinculadas con más de 140 objeciones globales radicadas por el ELA, la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA"), la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") y/o el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE"). Sobre la base de las resoluciones y órdenes del Tribunal dictadas hasta la fecha, aproximadamente 56,000 reclamaciones que reivindicaban $43 billones en responsabilidad contra el ELA, COFINA, la ACT y el SRE fueron rechazadas y serán retiradas del registro de reclamaciones en el marco de los procedimientos radicados conforme al Título III una vez dictadas las órdenes finales.

14.     Esta Ducentésima nonagésima segunda objeción global se radica de conformidad con los Procedimientos Enmendados relativos a Objeciones Globales del Tribunal.

### OBJECIONES A EVIDENCIAS DE RECLAMACIONES

15.     Los Procedimientos Enmendados relativos a Objeciones Globales permiten al ELA radicar una objeción global a varias evidencias de reclamaciones sobre cualquiera de las bases recogidas en las reglas 3007(d)(1) a (7) de las Reglas Federales del Procedimiento de Quiebra (*Federal Rule of Bankruptcy Procedure*), así como sobre otras bases sustantivas establecidas en los Procedimientos Enmendados relativos a Objeciones Globales.

16.     La Ducentésima nonagésima segunda objeción global pretende rechazar, de conformidad con los Procedimientos Enmendados relativos a Objeciones Globales, reclamaciones que i) buscan recuperar, en parte, montos por los que los Deudores no tienen responsabilidad, puesto que las reclamaciones no fueron radicadas por un "acreedor" de los Deudores, por lo que los reclamantes carecen de legitimación para alegar esas partes de susreclamaciones, y ii) no cumplen, en parte, con las normas aplicables a la radicación de reclamaciones al no brindar fundamento alguno para alegar una reclamación contra el ELA, el SRE o cualquiera de los demás Deudores de Título III.

17.     En cada una delas reclamaciones que figuran en el **Anexo A** del presente (conjuntamente, las "Reclamaciones que han de ser rechazadas"), la evidencia de reclamación pretende alegar responsabilidades surgidas de los "Bonos de Puerto Rico", "Obligaciones del Gobierno de Puerto Rico", "IRA" u otros términos similares que alegan responsabilidades vinculadas con inversiones en bonos emitidos por el Gobierno, pero no brindan la información necesaria para que los Deudores puedan reconciliar las reclamaciones, talescomoslos números CUSIP o montos correspondientes a los bonos concretos que los reclamantes pretenden alegar. Además, para cada una de las Reclamaciones que han de ser rechazadas, proporcionaron como

evidencia de reclamación, una copia del estado de una cuenta de corretaje. Sin embargo, el Reclamante no identificó sobre cuál de las inversiones en la referidas cuenta reclama. Luego de una revisión razonable del estado de cuenta de corretaje para inversiones relacionadas con bonos de Puerto Rico, los Deudores pudieron identificar solo inversiones en fondos mutuos, que a su vez podrían haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico. Sin embargo, las cantidades que aparecen en el estado de la cuenta de corretaje no coinciden con las cantidades que figuran en la evidencia de reclamación del Reclamante.

18.     El 13 de agosto de 2019, el Tribunal dictó la Orden que concedió parcialmente y levantó parcialmente la Moción de los Deudores para dictar una orden que A) autorice procedimientos alternativos de resolución de controversias, B) apruebe formas de notificación adicionales, C) apruebe envíos propuestos y D) conceda el remedio relacionado [ECF núm. 8453] (la "Orden de Envío Autorizado") que autorizó que los Deudores realizaran envíos "a cualquier reclamante que no haya proporcionado suficiente información que permitiera a los Deudores procesar sus reclamaciones". Orden de Envío Autorizado, ¶ 3.

19.     Conforme a la Orden de Envío Autorizado, "[s]i los Deudores realizan el Envío Propuesto al reclamante, y este último no responde, o responde pero no aporta suficiente información que permita a los Deudores reconciliar su reclamación, los Deudores tendrán derecho a oponerse a la reclamación como deficiente". *Id.*

20.     De conformidad con la Orden de Envío Autorizado, los Deudores han enviado al menos una carta a cada reclamante con sujeción a la presente Ducentésima nonagésima segunda objeción global esencialmente en el formato que se adjunta al presente documento como Anexo 1 (el "Envío"). Cada Envío, en la parte pertinente, rezaba lo siguiente:

>Se requiere información adicional para que los Deudores sigan examinando su reclamación. Los Deudores no pueden determinar a partir de la información que usted proporcionó cuál es la base de la reclamación que trata de alegar contra uno o más Deudores. Al responder a esta carta, rogamos se asegure de proporcionar toda la información solicitada, así como tantos detalles como sea posible aportar sobre su reclamación. Las descripciones que incorporó en su evidencia de reclamaciones eran demasiado vagas para que los Deudores comprendieran la reclamación que usted trata de alegar, de manera que rogamos proporcione más detalles y no se limite simplemente a copiar la misma información.

*Véase* ECF núm. 8453-1 en 2, 7.

21.     Los Envíos recibidos por los reclamantes con sujeción a la presente Ducentésima nonagésima segunda objeción global exigían a los reclamantes responder antes del 23 de octubre de 2019 (dependiendo de la fecha en la que cada Envío fue realizado). *Véase id.* Además, en los Envíos se advertía a los Reclamantes de que "[s]i no responde a esta solicitud y no proporciona la información y la documentación requeridas para justificar su reclamación, es posible que los Deudores se vean en la obligación de oponerse a su reclamación".

22.     Cada uno de los Reclamantes identificados en el **Anexo A** o bien no respondió a los Envíos, o bien envió una respuesta que tampoco contenía la información necesaria que permita a los Deudores reconciliar la reclamación. En consecuencia, a base de la revisión por los Deudores de la documentación sometida con la evidencia de reclamo o con los Envíos, los Deudores entienden que,  las Reclamaciones que han de ser rechazadas , en parte, inversiones en fondos mutuos, cada uno de las cuales pudo, a su vez, haber invertido en bonos emitidos por el ELA o el SRE.

23.     Las reclamaciones que sean "inejecutables contra el deudor y los bienes de este, en virtud de cualquier contrato o normativa legal aplicable" deben rechazarse. Título 11 U.S.C., § 502(b)(1). Los reclamantes tienen la carga de demostrar su legitimación para radicar una evidencia de reclamaciones. *In re Minbatiwalla*, 424 B.R. 104, 111 (Bankr. S.D.N.Y. 2010). Es

ampliamente aceptado que solo los acreedores o sus representantes autorizados están legitimados para radicar reclamaciones. Reg. Fed. de Pr. de Quiebr. 3001(b); Título 11 U.S.C., §§ 501(a) ("Los acreedores o fiduciarios autorizados podrán radicar evidencias de reclamaciones"); *In re Melillo*, 392 B.R. 1, 5 (B.A.P. 1st Cir. 2008) ("Solo los acreedores o fiduciarios autorizados podrán radicar evidencias de reclamaciones".). Las partes que solo tengan intereses derivados carecen de legitimación para radicar reclamaciones contra los bienes de un deudor. *Caso Goldman*, 82 B.R. 894, 896 (Bankr. S.D. Ohio 1988) (donde se concluyó que una parte con "una relación con el Deudor [que] no es directa, sino más bien derivada" era "persona ajena al procedimiento de quiebra del Deudor", sin "ningún reclamo contra los activos del patrimonio" y "como regla general, no tiene legitimación en relación con el procedimiento de quiebra del Deudor".); *véase también In re Tower Park Properties, LLC*, 803 F.3d 450, 462-63 (9th Cir. 2015) (donde se concluyó que un beneficiario de un fideicomiso no era una parte interesada); *In re Refco Inc.*, 505 F.3d 109, 117 (2d Cir. 2007) ("En la medida en que se hagan valer los derechos de una parte interesada, esos derechos han de hacerse valer por dicha parte interesada, no por un tercero".); *In re López*, 446 B.R. 12, 17 (Bankr. D. Mass. 2011) (para constituirse como parte interesada "la parte solicitante deberá hacer valer sus propios derechos y no aquellos que asistan a un tercero o que se deriven en relación con tal tercero".); *In re Hayes*, 393 B.R. 259, 267 (Bankr. D. Mass. 2008) (donde se reconoce el "principio general de que 'no se da legitimación de una parte interesada si la parte pretende hacer valer un derecho que es puramente derivado de los derechos de otra parte en el procedimiento de quiebras'" (que cita *In re Refco*, 505 F.3d at 115 n. 10)).

24.     En cada una de las Reclamaciones que han de ser rechazadas se alega, en parte, que el reclamante relacionado es un supuesto inversor en uno o más fondos mutuos que, a su vez,

pudieron haber invertido en bonos emitidos por el ELA y/o el SRE. "Un acreedor, conforme al Código [de Quiebras], es aquelque tiene reclamación *contra el deudor* o el patrimonio", en lugar de "un acreedor de uno de los acreedores del deudor". *S. Blvd., Inc. c. Martin Paint Stores*, 207 B.R. 57, 61 (S.D.N.Y. 1997). Puesto que, a lo sumo, las Reclamaciones que han de ser rechazadas fueron radicadas en virtud de la condición del reclamante como presunto acreedor de un presunto acreedor del ELA y/o del SRE, las Reclamaciones que han de ser rechazadas no fueron radicadas por un acreedor real del ELA. *Véase In re Thalmann*, 469 B.R. 677, 683 (Bankr. S.D. Tex. 2012) (donde se concluye que el síndicocarecía de legitimación para radicar evidencias de reclamaciones porque no era acreedor ni agente autorizado de un acreedor). En cambio, las Reclamaciones que han de ser rechazadas alegan responsabilidades que se derivan de reclamaciones que deben hacerse valer directamente por los fondos mutuos para que el Tribunal examine cualquier recuperación alegada. *Véase el caso Goldman*, 82 B.R. en 896 (donde se concluye que una parte con una relación "derivada" no puede "reclamar los activos del patrimonio" y "como regla general, carece de legitimación en el procedimiento de quiebras del Deudor"). Es más, no se sabe si los fondos mutuos siguen ostentando la propiedad de los bonos controvertidos.

25.     En efecto, en unas circunstancias casi idénticas, el Tribunal ya rechazó reclamaciones radicadas contra COFINA y el ELA por unos inversores en fondos mutuos que, a su vez, supuestamente invirtieron en bonos de COFINA, por "carecer de interés individual en los títulos valores de COFINA". *Véase, por ejemplo*, *Tr. de 13 de mar. de 2019 ante Su Señoría Laura Taylor Swain* [ECF núm. 5969], en 64:01-10 ("EL TRIBUNAL: Entonces, para que yo lo entienda, su documentación muestra que es inversor en un fondo mutuo. En la medida en que cualquiera de esos fondos mutuos posea realmente bonos de COFINA, el fondo mutuo sería el

reclamante pertinente, ¿así que no proporcionó ninguna evidencia de una reclamación directa válida contra COFINA? SRA. STAFFORD: Así es, señoría. EL TRIBUNAL: Se concede la objeción a la reclamación, y se rechaza la reclamación por falta de interés individual en títulos valores de COFINA."); *Orden por la que se concede la Sexagésima cuarta objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones basadas en inversiones en fondos mutuos* [ECF núm. 9099]; *Orden de memorando por la que se rechaza la moción para alterar o enmendar la orden que concede la objeción (extr. 8297) a las Reclamaciones núms. 152470* y *152283* [ECF núm. 9121]; *Orden por la que se concede la Septuagésima cuarta objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del estado Libre Asociado de Puerto Rico a Reclamaciones basadas en inversiones en fondos mutuos* [ECF núm. 9242]. Por lo tanto, en lo que respecta a las partes de las reclamaciones en las que se alegan responsabilidades surgidas de fondos mutuos, los reclamantes no son acreedores del ELA ni del SRE y carecen de legitimación para hacer valer Reclamaciones que han de ser rechazadas. Puesto que los Deudores no pueden considerarse responsables por estas partes de las Reclamaciones que han de ser rechazadas, dichas partes de las Reclamaciones que han de ser rechazadas también tienen que desestimarse.

26.     Cada una de las Reclamaciones a ser denegadas también pretende afirmar, en parte, deudas adicionales que surgen de inversiones en bonos del gobierno, pero no proporciona información crítica, como números o montos CUSIP, necesaria para que los Deudores concilien las reclamaciones. . Dichas partes no cumplen con las normas aplicables a la radicación de una reclamación ya que no brindan fundamento alguno para alegar reclamaciones contra el ELA, el SRE o cualquier otro Deudor de Título III.  En consecuencia, los Deudores no pueden determinar

el fundamento de las responsabilidades que los Reclamantes tratan de alegar, por lo que tampoco pueden determinar la validez de las reclamaciones. Por lo tanto, las partes restantes de las Reclamaciones que han de ser rechazadas deben ser rechazadas porque son deficientes.

27.     En apoyo de lo anterior, los Deudores invocan la *Declaración de Jay Herriman en apoyo de la Ducentésima nonagésima segunda objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones basadas en inversiones en fondos mutuos*, de fecha 22 de enero de 2021, adjunta al presente como **Anexo B**.

## NOTIFICACIÓN

28.     De conformidad con los Procedimientos Enmendados relativos a Objeciones Globales y la Orden de Notificación del Tribunal, el ELA y el SRE notifican la presente Ducentésima nonagésima segunda objeción global a) a los acreedores individuales objeto de esta Ducentésima nonagésima segunda objeción global, b) al U.S. Trustee, y c) a la Lista maestra de notificaciones (según se define en los *Procedimientos de administración de casos enmendados núm. 13* [ECF núm. 13512-1]), disponibles en el sitio web de casos de los Deudores, en https://cases.primeclerk.com/puertorico. La notificación relativa a esta Ducentésima nonagésima segunda objeción global se adjunta al presente como **Anexo C**. Las traducciones al español de la Ducentésima nonagésima segunda objeción global y de la totalidad de los anexos que se adjuntan al presente se radican y envían con la presente objeción. El ELA sostiene que, dada la naturaleza del remedio solicitado, no es necesario enviar ninguna otra notificación.

## RESERVA DE DERECHOS

29.     La presente Ducentésima nonagésima segunda objeción global se limita a los motivos expuestos en este documento. En consecuencia, esta se radica sin perjuicio de los derechos de los Deudores a objetar a las Reclamaciones que han de ser rechazadas o a

cualesquiera otras reclamaciones sobre la base de los motivos que fuere. Los Deudores se reservan expresamente el derecho a radicar toda otra objeción sustantiva o procesal. Ninguna disposición contenida en el presente documento, ni ninguna acción adoptada conforme a tal remedio, tienen por objetivo, ni se interpretarán en el sentido de que: a) constituyan una admisión en cuanto a la validez de cualesquiera reclamaciones contra los Deudores; b) constituyan una renuncia a los derechos que asisten a los Deudores a oponerse a cualesquiera reclamaciones sobre la base de los motivos que fuere; c) constituyan una promesa o requisito para pagar cualquier reclamación; d) constituyan una solicitud o autorización a asumir cualquier acuerdo, contrato o arrendamiento anteriores a la petición conforme al artículo 365 del Código de Quiebras; o e) constituyan una renuncia a los derechos que asisten a los Deudores conforme a PROMESA, el Código de Quiebras o cualquier otra normativa legal aplicable.

## **AUSENCIA DE SOLICITUDES PREVIAS**

30.     No se ha radicado ninguna solicitud de remedio previa a la presente Ducentésima nonagésima segunda objeción global ni ante este Tribunal ni ante ningún otro órgano judicial.

POR LO QUE los Deudores solicitan respetuosamente que se dicte una orden, esencialmente en la forma de la orden propuesta que se adjunta al presente como **Anexo D**, 1) que conceda el remedio solicitado en el presente documento, y 2) que conceda a los Deudores cualesquiera otros remedios que se consideren justos.

Fecha: 22 de enero de 2021
     San Juan (Puerto Rico)

Respetuosamente sometida,

[*Firma en la versión en inglés*]
Ricardo Burgos Vargas
USDC No. 218210
**A&S LEGAL STUDIO, PSC**
434 Ave. Hostos
San Juan, PR 00918
Tel.: (787) 751-6764
Fax: (787) 763-8260

[*Firma en la versión en inglés*]
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
Nueva York, NY 10036
Tel.:  (212) 969-3000
Fax:  (212) 969-2900

*Abogados de la Junta de Supervisión
y Administración Financiera para
Puerto Rico, como representante del
Estado Libre Asociado de Puerto
Rico y del Sistema de Retiro de los
Empleados del Gobierno del Estado
Libre Asociado de Puerto Rico*

## **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Ninety-Second Omnibus Objection**

Two Hundred and Ninety-Second Omnibus Objection
Exhibit A - Bondholder No Liability + Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ARANIBAR BRAVO, GONZALO J.<br>P.O. BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32087 | $ 3,555.98 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth and/or ERS. The claim thus seeks recovery for an amount for which the Commonwealth and/or ERS is not liable because the claimant is not a "creditor" of the Commonwealth and/or ERS and lacks standing to assert this derivative and deficient claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | CLAUDIO ALIFF ORTIZ AND KATHY ROMAN RIVERA<br>ALB PLAZA, SUITE 400<br>16 RD. 199<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 153553 | $ 138,998.54 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth and/or ERS. The claim thus seeks recovery for an amount for which the Commonwealth and/or ERS is not liable because the claimant is not a "creditor" of the Commonwealth and/or ERS and lacks standing to assert this derivative and deficient claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | CRESPO CARDONA, MARGARITA<br>CARR 348 #2835<br>MAYAGUEZ, PR 00680-2100 | 6/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 72436 | $ 95,167.25 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth and/or ERS. The claim thus seeks recovery for an amount for which the Commonwealth and/or ERS is not liable because the claimant is not a "creditor" of the Commonwealth and/or ERS and lacks standing to assert this derivative and deficient claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | ORTIZ ATIENZA, MARIA M.<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27057 | $ 66,690.78 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth and/or ERS. The claim thus seeks recovery for an amount for which the Commonwealth and/or ERS is not liable because the claimant is not a "creditor" of the Commonwealth and/or ERS and lacks standing to assert this derivative and deficient claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | SURIA HERNANDEZ, CARMEN  DELIA<br>RESIDENCIAS FACULTAD<br>UPR MD 1<br>SAN JUAN, PR 00923 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27080 | $ 250,000.00* |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth and/or ERS. The claim thus seeks recovery for an amount for which the Commonwealth and/or ERS is not liable because the claimant is not a "creditor" of the Commonwealth and/or ERS and lacks standing to assert this derivative and deficient claim. Another portion appears deficient in that the total amount claimed is greater than the amounts represented in the supporting documents.

| | | | | TOTAL | $ 554,412.55* |
|---|---|---|---|---|---|

* Indicates claim contains unliquidated and/or undetermined amounts

## ANEXO A

**Relación de reclamaciones objeto de la Ducentésima nonagésima segunda objeción global**

## Ducentésima Nonagésima Segunda Objeción Global
### Anexo A: Titulares de bonos sin responsabilidad + deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ARANIBAR BRAVO, GONZALO J.<br>P.O. BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32087 | $ 3,555.98 |

Base para: El reclamante parece invocar, conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del(los) bono(s) en cuestión y/o la información CUSIP, inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico y/o el ERS. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado y/o el ERS no son responsables porque el reclamante no es «acreedor» del Estado Libre Asociado y/o del ERS y carece de legitimidad para formular este reclamo derivativo y deficiente.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 2 | CLAUDIO ALIFF ORTIZ AND KATHY ROMAN RIVERA<br>ALB PLAZA, SUITE 400<br>16 RD. 199<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 153553 | $ 138,998.54 |

Base para: El reclamante parece invocar, conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del(los) bono(s) en cuestión y/o la información CUSIP, inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico y/o el ERS. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado y/o el ERS no son responsables porque el reclamante no es «acreedor» del Estado Libre Asociado y/o del ERS y carece de legitimidad para formular este reclamo derivativo y deficiente.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 3 | CRESPO CARDONA, MARGARITA<br>CARR 348 #2835<br>MAYAGUEZ, PR00680-2100 | 6/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 72436 | $ 95,167.25 |

Base para: El reclamante parece invocar, conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del(los) bono(s) en cuestión y/o la información CUSIP, inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico y/o el ERS. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado y/o el ERS no son responsables porque el reclamante no es «acreedor» del Estado Libre Asociado y/o del ERS y carece de legitimidad para formular este reclamo derivativo y deficiente.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | ORTIZ ATIENZA, MARIA M.<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27057 | $ 66,690.78 |

Base para: El reclamante parece invocar, conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del(de los) bono(s) en cuestión y/o la información CUSIP, inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico y/o el ERS. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado y/o el ERS no son responsables porque el reclamante no es «acreedor» del Estado Libre Asociado y/o del ERS y carece de legitimidad para formular este reclamo derivativo y deficiente.

## Ducentésima Nonagésima Segunda Objeción Global
### Anexo A: Titulares de bonos sin responsabilidad + deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | SURIA HERNANDEZ, CARMEN  DELIA<br>RESIDENCIAS FACULTAD<br>UPR MD 1<br>SAN JUAN, PR 00923 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27080 | $ 250,000.00* |

Base para: El reclamante parece invocar, conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del(de los) bono(s) en cuestión y/o la información CUSIP, inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en uno o más bonos emitidos por el Estado Libre Asociado de Puerto Rico y/o el ERS. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado y/o el ERS no son responsables porque el reclamante no es «acreedor» del Estado Libre Asociado y/o del ERS y carece de legitimidad para formular este reclamo derivativo y deficiente. Otra porción resulta deficiente porque el monto total reclamado es mayor que los montos que surge de la documentación de respaldo.

| | | |
|---|---|---|
| | TOTAL | $ 554,412.55* |

## EXHIBIT B

**Declaration of Jay Herriman**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and ERS.** |

## DECLARATION OF JAY HERRIMAN IN SUPPORT OF THE TWO HUNDRED NINETY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS THAT ARE PARTIALLY DEFICIENT AND PARTIALLY BASED ON INVESTMENTS IN MUTUAL FUNDS

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1.      I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M").
The Financial Oversight and Management Board (the "Oversight Board") retained A&M to assist
with, *inter alia*, the claims reconciliation process for the Debtors' (as defined below) cases filed
pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]
Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2.      In my capacity as a Managing Director of A&M, I am one of the persons
responsible for overseeing the claims reconciliation and objection process in the Debtors' cases
filed pursuant to PROMESA.  The Debtors' ongoing claims reconciliation process involves the
collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill &
Borges LLC, counsel for the Oversight Board, the legal representative for the Commonwealth of
Puerto Rico (the "Commonwealth") and the Employees Retirement System of the Government of
the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the
"Debtors").[3]

3.      I submit this declaration in support of the *Two Hundred Ninety-Second Omnibus
(Substantive) Objection of the Commonwealth of Puerto Rico and the Employees Retirement
System of the Government of the Commonwealth of Puerto Rico to Claims Based on Investment in
Mutual Funds* (the "Two Hundred Ninety-Second Omnibus Objection").  I have personally
reviewed the Two Hundred Ninety-Second Omnibus Objection and exhibits thereto and am,
accordingly, familiar with the information contained therein.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms used but not defined herein shall have the meanings set forth in the Two
Hundred Ninety-Second Omnibus Objection.

4.      In preparation for filing the Two Hundred Ninety-Second Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Two Hundred Ninety-Second Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel.   These efforts resulted in the identification of the claims to be disallowed, as identified in <u>Exhibit A</u> to the Two Hundred Ninety-Second Omnibus Objection.  To the best of my knowledge, information, and belief, each of the claims identified on <u>Exhibit A</u> to the Two Hundred Ninety-Second Omnibus Objection, in part, purports to assert liability on the basis of an investment in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth and/or ERS.  Further, with respect to the remaining portion of each Claim to Be Disallowed, the claimants have failed to provide information necessary to enable the Debtors to reconcile the claims, such as the CUSIP numbers or amounts of the specific bonds claimants intended to assert.   Moreover, to the best of my knowledge, information, and belief, a letter was sent to each of the claimants who filed Claims to Be Disallowed requesting additional information and supporting documentation, but the claimants either did not respond, or their response still failed to provide information necessary to enable the Debtors to reconcile their claim, such as the specific CUSIP numbers and amounts of the bonds claimants seek to assert.  Accordingly, the Debtors request that the Claims to Be Disallowed be disallowed in their entirety.

5.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 22, 2021

By:      /s/ *Jay Herriman*
          Jay Herriman

## <u>ANEXO B</u>

**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>       como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*.,<br><br>                                    Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA y el SRE.** |

**DECLARACIÓN DE JAY HERRIMAN EN APOYO DE LA DUCENTÉSIMA
NONAGÉSIMA SEGUNDA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO
LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS
EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO
A RECLAMACIONES PARCIALMENTE DEFICIENTES Y PARCIALMENTE
BASADAS EN INVERSIONES EN FONDOS MUTUOS**

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

Yo, Jay Herriman, de conformidad con el Título 28 U.S.C., § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi fiel saber y entender:

1.      Soy director general de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera (la "Junta de Supervisión") contrató a A&M para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamaciones en relación con los casos de los Deudores (según se define abajo) radicados conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2] Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2.      En mi capacidad de director general de A&M, soy una de las personas responsables de supervisar el proceso de reconciliación y objeciones relativo a las reclamaciones en el marco de los casos de los Deudores radicados conforme a PROMESA. El proceso continuo de reconciliación de reclamaciones de los Deudores implica un esfuerzo colectivo de un equipo de los empleados de A&M, así como de Proskauer Rose LLP y de O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal del Estado Libre Asociado de Puerto Rico (el "ELA") y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE", y junto con el ELA, los "Deudores").[3]

3.      Realizo esta declaración en apoyo de la *Ducentésima nonagésima segunda objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones*

---

[2]  PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101 a 2241.

[3] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Ducentésima nonagésima segunda objeción global.

*basadas en inversiones en fondos mutuos* (la "Ducentésima nonagésima segunda objeción global"). He revisado personalmente la Ducentésima nonagésima segunda objeción global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4.       Durante el proceso de preparación para radicar la Ducentésima nonagésima segunda objeción global, bajo mi dirección y/o supervisión, cada una de las reclamaciones controvertidas en la Ducentésima nonagésima segunda objeción global fue examinada y analizada cuidadosamente de buena fe aplicando la debida diligencia por parte del personal pertinente. Dichos esfuerzos resultaron en la identificación de las reclamaciones que han de ser rechazadas, según se identifica en el Anexo A de la Ducentésima nonagésima segunda objeción global. A mi leal saber y entender, cada una de dichas reclamaciones identificadas en el Anexo A de la Ducentésima nonagésima segunda objeción global pretende alegar, en parte, responsabilidad sobre la base de una inversión en uno o más fondos mutuos que, a su vez, pudieron haber invertido en los bonos emitidos por el ELA y/o el SRE. Además, en lo que respecta a las partes restantes de cada una de las Reclamaciones que han de ser rechazadas, los reclamantes no han proporcionado la información necesaria para que los Deudores puedan reconciliar las reclamaciones, tales comolos números CUSIP o montos correspondientes a losbonos concretos que los reclamantes pretenden alegar. Es más, a mi fiel saber y entender, se ha enviado una carta a cada uno de los reclamantes que radicaron Reclamaciones que han de ser rechazadas, en la que se les solicita información adicional y documentación justificativa, pero los reclamantes o bien no respondieron, o bien sus respuestas tampoco aportaron la información necesaria para que los Deudores puedan reconciliar sus reclamaciones, tales como los números CUSIP y los montos concretos correspondientes a los bonos que los reclamantes pretenden

3

alegar. Por lo tanto, los Deudores solicitan que las Reclamaciones que han de ser rechazadas se rechacen en su totalidad.

5.      Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi fiel saber y entender.

Fecha: 22 de enero de 2021

Por:      [*Firma en la versión en inglés*]
          Jay Herriman

# **EXHIBIT C**

**Notice**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | **This filing relates to the<br>Commonwealth and ERS.** |
| Debtors. | |

**NOTICE OF THE TWO HUNDRED NINETY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS THAT ARE PARTIALLY DEFICIENT AND PARTIALLY BASED ON INVESTMENTS IN MUTUAL FUNDS**

**IF YOUR CLAIM IS LISTED ON <u>EXHIBIT A</u> TO THE TWO HUNDRED NINETY-SECOND OMNIBUS OBJECTION, THE COMMONWEALTH AND/OR ERS IS SEEKING TO DISALLOW YOUR CLAIM BECAUSE A PORTION OF YOUR CLAIM SEEKS RECOVERY OF AN AMOUNT FOR WHICH THE COMMONWEALTH AND/OR ERS IS NOT LIABLE. IN ADDITION, THE COMMONWEALTH AND/OR ERS IS SEEKING TO DISALLOW THE REMAINING PORTION OF YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

**ANY CLAIM THAT IS DISALLOWED WILL BE TREATED AS THOUGH IT WERE NEVER FILED.**

**IF YOUR CLAIM IS LISTED ON <u>EXHIBIT A</u> TO THE TWO HUNDRED NINETY-SECOND OMNIBUS OBJECTION, YOU SHOULD READ THIS NOTICE AND THE OMNIBUS OBJECTION CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**PLEASE TAKE NOTICE THAT**, on January 22, 2021, the Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>," and together with the Commonwealth, the "<u>Debtors</u>"), by and through the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as the sole Title III representative of the Commonwealth and ERS pursuant to section

315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] filed the *Two Hundred Ninety-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Based on Investments in Mutual Funds* (the "Omnibus Objection") with the United States District Court for the District of Puerto Rico (the "Court").[2]

---

### OVERVIEW

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON EXHIBIT A TO THE OMNIBUS OBJECTION.**

- **If your claim(s) is/are NOT listed on Exhibit A, your claim will not be affected by the Omnibus Objection, and you DO NOT have to do anything.**

- If your claim(s) is/are listed on **Exhibit A** to the Omnibus Objection, the Commonwealth and/or ERS is seeking to disallow your claim(s) listed on Exhibit A to the Omnibus Objection because, as explained in the accompanying Omnibus Objection, a portion of your claim seeks recovery of an amount for which the Commonwealth is not liable. The Omnibus Objection and Exhibit A provide the bases on which the Commonwealth believes it is not liable for a portion of your claim.

- In addition, the Commonwealth and/or ERS is seeking to disallow the remaining portion of your claim because the Debtors' records show that your claim is deficient. The Omnibus Objection and Exhibit A to the Omnibus Objection provide additional details regarding the deficient claims at issue.

- Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.

- **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available).**

---

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

> ## IMPORTANT NOTICE PURSUANT TO LOCAL RULE 3007-1
>
> Any party against whom this Omnibus Objection has been served, or any other party to the action who objects to the relief sought herein, shall serve and file a response to the Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by **4:00 p.m. (Atlantic Time)** on **February 24, 2021**, unless otherwise extended, in writing, by the Commonwealth.  If no response is filed within the time allowed herein, the Omnibus Objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise.  If you file a timely response, the Court may schedule a hearing.

## Critical Information for Claimants Choosing to File a Response

**Who is Required to File a Response**.  Any party who disputes the Omnibus Objection is required to file a response in accordance with the procedures set forth herein.  If a party whose claim is subject to the Omnibus Objection does not file and serve a response in compliance with the procedures herein, the Court may grant the Omnibus Objection with respect to such claim without further notice to the claimant.

**Who is NOT Required to File a Response.**  If you do not oppose the disallowance of your claim(s) listed on Exhibit A to the Omnibus Objection, then you do not need to file a written response to the Omnibus Objection and you do not need to appear at the hearing on the Omnibus Objection (described below).  Additionally, the Omnibus Objection only applies to the claims listed on Exhibit A to the Omnibus Objection, a copy of which is available free online at https://cases.primeclerk.com/puertorico.  No response is required if your claim is not listed on Exhibit A to the Omnibus Objection.

**Deadline for Filing a Response**.  Your response will be deemed timely **only if** it is filed with the Court **and** served by **4:00 p.m. (Atlantic Time)** on **February 24, 2021**, unless otherwise extended, in writing, by the Commonwealth, or upon written request to the Court and order of the Court extending the deadline.

> ### The deadline for filing and serving a response is
> ### 4:00 p.m. (Atlantic Time) on February 24, 2021.

**Hearing on the Omnibus Objection**.  If a response is properly filed and served in accordance with this notice, a hearing on the Omnibus Objection and the response will be held at **9:30 a.m. (Atlantic Time) on March 10, 2021**, before The Honorable Laura Taylor Swain at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.  If you file a response to the Omnibus Objection, then you should plan to appear at the hearing on the Omnibus Objection.  The Commonwealth, however, reserves the right, on three (3) business days' notice, to adjourn the hearing with respect to the Omnibus Objection and the response.

The Debtors may file a reply to your response or reply in oral argument at the hearing.  The Debtors are permitted to file their reply no later than seven (7) calendar days before the hearing on the Omnibus Objection and the response.

> **THE COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED <u>AND</u> SERVED BY THE RESPONSE DEADLINE IN ACCORDANCE WITH THE INSTRUCTIONS SET FORTH IN THIS NOTICE.**

**What to File with a Response**.  Your response to the Omnibus Objection <u>must</u> contain the following information.

(i)  **Contact Information**.  The response must include a **name**, **address**, **telephone number**, and **email address** of either (1) the responding claimant; (2) the claimant's attorney or designated representative to whom the attorneys for the Commonwealth should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on the claimant's behalf.

(ii)  **Caption**.  The response must contain a caption stating the name of the Court, the names of the Debtors, the case number, the title of the Omnibus Objection to which the response is directed, and the proof of claim number(s) related thereto from Prime Clerk (which are listed on <u>Exhibit A</u> to the Omnibus Objection and available free online at https://cases.primeclerk.com/puertorico).

(iii)  **Reason(s) for Opposing the Omnibus Objection**.  The response must contain a concise statement setting forth the reasons why the Court should not grant the Omnibus Objection with respect to your Claim, including the factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection.

(iv)  **Supporting Documentation**.  To the extent not already included with the proof of claim, the response should include a copy of any other documentation or other evidence of the claim, upon which the claimant will rely in opposing the Omnibus Objection; <u>provided</u>, <u>however</u>, that the claimant need not disclose confidential, proprietary, or otherwise protected information in the response; and <u>provided</u>, <u>further</u>, that the claimant shall disclose to the Commonwealth all information and provide copies of all documents that the claimant believes to be confidential, proprietary, or otherwise protected and upon which the claimant intends to rely in support of its claim, subject to appropriate confidentiality constraints.

(v)  **Signature**.  You must sign your response.  If you do not sign your response, the clerk will not accept it for filing.

**IMPORTANT NOTICE REGARDING SENSITIVE INFORMATION CONTAINED IN A RESPONSE.**

All materials submitted to the Court in response to the Omnibus Objection may be publicly filed and accessible to any member of the public.  Therefore, the response should **<u>not include</u>** sensitive documents or information, such as copies of driver's licenses,

4

passports, birth certificates, Social Security cards, sensitive medical information or
confidential business information.  Sensitive information submitted to the Court in
response to the Omnibus Objection must adhere to the following guidelines:

- Social Security numbers and taxpayer identification numbers should be redacted
  (that is, blacked out), except for their last four digits.

- Birthdays should be redacted, except for the year of an individual's birth.

- The name of any individual known to be a minor should be redacted, except for that
  person's initials.

- Financial account numbers should be redacted, except for their last four digits.

Any such sensitive or confidential information upon which a claimant relies in support of
its claim must be provided directly to counsel for the Commonwealth, and will be kept
confidential.  You may provide this information by mailing it to the following address:

> Counsel for the Oversight Board
> Proskauer Rose LLP
> Eleven Times Square
> New York, New York 10036-8299
> Attn:  Martin J. Bienenstock
> Brian S. Rosen

**Where and How to File and Serve a Response**.  Every response should be filed electronically
with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS.
There are two methods that you can use to file your response:

1. **Online**.  Registered users of the Court's case filing system must file their response
   electronically in searchable portable document format.

2. **By Mail**.  If you are not an attorney who is a registered user of the Court's case filing
   system, you may file and serve a response by mailing it to the Court's Clerk's office,
   the Oversight Board, and the Creditors' Committee at the following addresses:

> Clerk's Office
> United States District Court
> Room 150 Federal Building
> San Juan, Puerto Rico 00918-1767
>
> Counsel for the Oversight Board
> Proskauer Rose LLP
> Eleven Times Square
> New York, New York 10036-8299
> Attn: Martin J. Bienenstock
> Brian S. Rosen

5

Counsel for the Creditors' Committee
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

YOUR RESPONSE must be mailed so as to be received by the Clerk's Office, the Oversight Board, and the Creditors' Committee no later than **4:00 p.m. (Atlantic Time) on February 24, 2021**, unless otherwise extended by the Commonwealth, in writing, or upon a written request to the Court and order of the Court extending the deadline.

In the event that you are unable to file and serve a response online or by mail as specified above, you may file a response in person at the following address by no later than **4:00 p.m. (Atlantic Time) on February 24, 2021**, unless otherwise extended by the Commonwealth and/or ERS, in writing, or upon a written request to the Court and order of the Court extending the deadline:

Clerk's Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

A certificate of service should be included with your response explaining how service was accomplished.

If you have any questions about filing and serving a response, including questions about the Court's case filing system, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

**Reservation of Rights**. NOTHING IN THE OMNIBUS OBJECTION OR THIS NOTICE IS OR SHALL BE DEEMED TO CONSTITUTE A WAIVER OF ANY RIGHTS OF THE COMMONWEALTH, COFINA, HTA, ERS, PREPA, PBA, OR ANY OTHER PARTY IN INTEREST IN THE TITLE III CASES TO DISPUTE ANY CLAIMS, ASSERT COUNTERCLAIMS, RIGHTS OF OFFSET OR RECOUPMENT, OR DEFENSES, OBJECT TO CLAIMS (OR OTHER CLAIMS OR CAUSES OF ACTION OF A CLAIMANT) ON ANY GROUNDS NOT PREVIOUSLY RAISED IN AN OBJECTION, UNLESS THE COURT HAS ALLOWED A CLAIM OR ORDERED OTHERWISE, OR SEEK TO ESTIMATE ANY CLAIM AT A LATER DATE. AFFECTED PARTIES WILL BE PROVIDED APPROPRIATE NOTICE THEREOF AT SUCH TIME.

**<u>Additional Resources and Who to Contact with Questions</u>**

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico.  This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the Omnibus Objection, the status of your response, your claim, or this notice, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available).   Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

# **ANEXO C**

## **Notificación**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*,<br><br>Deudores. | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA y el SRE.** |

**NOTIFICACIÓN DE LA DUCENTÉSIMA NONAGÉSIMA SEGUNDA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES PARCIALMENTE DEFICIENTES Y PARCIALMENTE BASADAS EN INVERSIONES EN FONDOS MUTUOS**

**SI SU RECLAMACIÓN APARECE EN EL <u>ANEXO A</u> DE LA DUCENTÉSIMA NONAGÉSIMA SEGUNDA OBJECIÓN GLOBAL, EL ELA Y/O EL SRE SOLICITAN QUE SU RECLAMACIÓN SEA RECHAZADA PORQUE UNA PARTE DE SU RECLAMACIÓN PRETENDE OBTENER LA RECUPERACIÓN DE UN MONTO POR EL QUE EL ELA Y/O EL SRE NO TIENEN RESPONSABILIDAD. ADEMÁS, EL ELA Y/O EL SRE PRETENDEN QUE SE RECHACE LA PARTE RESTANTE DE SU RECLAMACIÓN PORQUE SUS DATOS INDICAN QUE SU RECLAMACIÓN ES DEFICIENTE.**

**TODA RECLAMACIÓN QUE SEA RECHAZADA SE TRATARÁ COMO SI NUNCA SE HUBIERA RADICADO.**

**SI SU RECLAMACIÓN APARECE EN EL <u>ANEXO A</u> DE LA DUCENTÉSIMA NONAGÉSIMA SEGUNDA OBJECIÓN GLOBAL, DEBERÁ LEER DETENIDAMENTE ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL Y COMENTARLAS CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A UNO.**

**OBSÉRVESE QUE** el 22 de enero de 2021, el Estado Libre Asociado de Puerto Rico (el "<u>ELA</u>") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "<u>SRE</u>", y junto con el ELA, los "<u>Deudores</u>"), a través de la Junta de Supervisión

y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como el único representante de Título III del ELA y del SRE conforme a la sección 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[1] radicaron la *Ducentésima nonagésima segunda objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto a Reclamaciones basadas en inversiones en fondos mutuos* (la "Objeción Global") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal").[2]

---

### SÍNTESIS

- **COMPRUEBE SI SU(S) RECLAMACIÓN(ES) SE MENCIONA(N) EN EL ANEXO A DE LA OBJECIÓN GLOBAL.**

- **Si su(s) reclamación(es) NO se menciona(n) en el Anexo A, la Objeción Global no afectará a su reclamación, por lo que NO tendrá que realizar ninguna acción.**

- Si su(s) reclamación(es) se menciona(n) en el **Anexo A** de la Objeción Global, el ELA y/o el SRE solicitan que su(s) reclamación(es) que se mencione(n) en el Anexo A de la Objeción Global sea(n) rechazada(s) porque, como se explicó en la Objeción Global que acompaña este documento, una parte de su reclamación pretende recuperar un monto por el que el ELA no tiene responsabilidad. La Objeción Global y el Anexo A proporcionan el fundamento sobre el que el ELA considera que no tiene responsabilidad por una parte de su reclamación.

- Además, el ELA y/o el SRE pretenden que se rechace la parte restante de su reclamación porque del datos de los Deudores indican que su reclamación es deficiente. La Objeción Global y el Anexo A de la Objeción Global proporcionan detalles adicionales sobre las reclamaciones deficientes en cuestión.

- Copias de la Objeción Global, y todos los escritos radicados en el marco de los Casos de Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 7:00 p.m. (AST) (hablamos español).**

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101 a 2241.

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción Global.

**SI NO CONTESTA CONFORME A LA PRESENTE NOTIFICACIÓN, EL TRIBUNAL PODRÁ CONCEDER EL REMEDIO SOLICITADO EN LA OBJECIÓN GLOBAL SIN OTRA NOTIFICACIÓN NI VISTA.**

---

**NOTIFICACIÓN IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1**

Cualquiera de las partes a la que se haya notificado la presente Objeción Global, o cualquier otra parte de la acción que objete al remedio aquí solicitado, deberá radicar y enviar una réplica a la Objeción Global ante la secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico antes de las **04:00 p.m.(AST)** del **24 de febrero de 2021**, salvo extensión por escrito por parte del ELA. Si no se radica ninguna réplica en el plazo mencionado, se considerará que no hay oposición a la Objeción Global, por lo que esta podrá ser concedida, salvo que: 1) el remedio solicitado esté legalmente prohibido; 2) el remedio solicitado sea contrario al orden público; o 3) a criterio del Tribunal, el interés de la justicia exija otra cosa. Si radica una réplica en los plazos establecidos, el Tribunal podrá convocar una vista.

---

## Información muy importante para los Reclamantes que elijan radicar una réplica

**Quién tiene la obligación de radicar una réplica**. Cualquiera de las partes que impugne la Objeción Global tiene la obligación de radicar una réplica de conformidad con los procedimientos aquí establecidos. Si la parte cuya reclamación quede sujeta a la Objeción Global no radica ni notifica una réplica de conformidad con los procedimientos aquí establecidos, el Tribunal podrá conceder la Objeción Global en relación con tal reclamación sin más notificaciones al reclamante.

**Quién NO tiene la obligación de radicar una réplica**. Si usted no se opone a la desestimación de su(s) reclamación(es) mencionada(s) en el Anexo A de la Objeción Global, no tendrá que radicar ninguna réplica por escrito o a la Objeción Global ni tendrá que comparecer en la vista sobre la Objeción Global (según se explica abajo). Además, la Objeción Global solo se aplica a las reclamaciones mencionadas en el Anexo A de la Objeción Global, cuya copia está disponible en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si su reclamación no se menciona en el Anexo A de la Objeción global, no será necesario radicar ninguna réplica.

**Fecha límite para radicar una réplica**. Su réplica se considerará radicada dentro de los plazos establecidos **solo** si la radica ante el Tribunal **y** la notifica antes de las **04:00 p.m. (AST)** del **24 de febrero de 2021**, salvo extensión por escrito por parte del ELA o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

---

**La fecha límite para radicar y notificar una réplica se cumple a las 04:00 p.m. (AST) del 24 de febrero de 2021.**

---

**Vista sobre la Objeción Global**. Si se radica y notifica una réplica de manera adecuada conforme a la presente notificación, se celebrará una vista sobre la Objeción Global y la réplica a las **09:30 a.m. (AST) del 10 de marzo de 2021** ante su señoría, Laura Taylor Swain, en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Si radica una réplica a la Objeción Global, deberá planear comparecer en la vista sobre la Objeción Global. Sin embargo, el ELA se reserva el derecho, previa notificación con tres (3) días hábiles de antelación, a paralizar la vista en relación con la Objeción Global y la réplica.

Los Deudores podrán radicar una contestación a su réplica o contestación en un alegato oral durante la vista. Los Deudores podrán radicar su contestación en un plazo máximo de siete (7) días naturales antes de la celebración de la vista sobre la Objeción Global y la réplica.

---

**EL TRIBUNAL SOLO TENDRÁ EN CONSIDERACIÓN SU RÉPLICA SI ESTA SE RADICA <u>Y</u> NOTIFICA ANTES DE LA FECHA LÍMITE PARA RESPONDER DE CONFORMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE NOTIFICACIÓN.**

---

**Lo que hay que radicar con la réplica**. Su réplica a la Objeción Global <u>deberá</u> contener la siguiente información:

(i)   **Datos de contacto**. La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) del reclamante que responda; 2) del abogado o representante designado del reclamante al que los abogados del ELA deban notificar una contestacióna la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción Global en nombre del reclamante.

(ii)  **Epígrafe**. La réplica deberá contener un epígrafe que refleje el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción Global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamaciones relacionadas de Prime Clerk (que se mencionan en el <u>Anexo A</u> de la Objeción Global y están disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico).

(iii) **Motivo(s) para oponerse a la Objeción Global**. La réplica deberá contener una declaración concisa que establezca los motivos por los que el Tribunal no deba conceder la Objeción Global en relación con su Reclamación, incluidas las bases de hecho y de derecho que el reclamante vaya a invocar al oponerse a la Objeción Global.

(iv)  **Documentación justificativa**. En la medida en que ya no esté incluida en la evidencia de reclamaciones, la réplica deberá contener una copia de cualquier otra documentación u otras evidencias relativas a la reclamación que el reclamante vaya a invocar al oponerse a la Objeción Global; <u>con la salvedad</u> de que el reclamante no tendrá que revelar en la réplica información confidencial, reservada o protegida de cualquier otra forma; y <u>también con la salvedad</u> de que el reclamante revelará al

ELA toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales, reservados o protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamación, con sujeción a las restricciones de confidencialidad pertinentes.

(v)    **Firma**. Usted deberá firmar su réplica. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

## NOTIFICACIÓN IMPORTANTE SOBRE INFORMACIÓN SENSIBLE CONTENIDA EN LAS RÉPLICAS.

Todos los materiales sometidos al Tribunal en respuesta a la Objeción Global podrán radicarse públicamente y quedar accesibles para la población en general. En consecuencia, la réplica **no debe** incluir documentos ni información sensibles; por ejemplo, copias de licencias de conducir, pasaportes, partidas de nacimiento, tarjetas del Seguro Social, información médica sensible o información comercial confidencial. La información sensible sometida al Tribunal en respuesta a la Objeción Global debe cumplir con las siguientes directrices:

- Los números del Seguro Social y los números de identificación contributiva deben ocultarse (esto es, tacharse), salvo los últimos cuatro dígitos.

- Los días de cumpleaños deben ocultarse, salvo el año de nacimiento de la persona.

- El nombre de cualquier persona que se sepa que es menor de edad debe ocultarse, salvo las letras iniciales de la persona.

- Los números de cuentas financieras deben ocultarse, salvo los últimos cuatro dígitos.

Dicha información sensible o confidencial que los reclamantes invoquen en apoyo de su reclamación debe proporcionarse directamente al abogado del ELA, y se mantendrá en confidencialidad. Usted podrá proporcionar esta información enviándola por correo a la siguiente dirección:

> Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
> Proskauer Rose LLP
> Eleven Times Square
> New York, New York 10036-8299
> Attn: Martin J. Bienenstock
> Brian S. Rosen

**Dónde y cómo radicar y notificar una réplica**. Todas las réplicas deberán radicarse de forma electrónica ante el Tribunal con el nombre de expediente I*n re: Estado Libre Asociado de Puerto Rico*, Caso núm. 17 BK 3283-LTS. Hay dos métodos que puede utilizar para radicar su réplica:

1. **En línea**. Los usuarios inscritos en el sistema de radicación de casos del Tribunal deberán radicar su réplica de forma electrónica en un formato pdf susceptible de búsqueda.

2. **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema de radicación de casos del Tribunal, podrá radicar y notificar una réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

> Secretaría (*Clerk's Office*)
> Tribunal de Distrito de los Estados Unidos (*United States District Court*)
> Sala 150 Edificio Federal (*Federal Building*)
> San Juan (Puerto Rico) 00918-1767

> Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
> Proskauer Rose LLP
> Eleven Times Square
> New York, New York 10036-8299
> Attn: Martin J. Bienenstock
> Brian S. Rosen

> Abogados del Comité de Acreedores (*Counsel for the Creditors' Committee*)
> Paul Hastings LLP
> 200 Park Avenue
> New York, New York 10166
> Attn: Luc A. Despins
> James Bliss
> James Worthington
> G. Alexander Bongartz

SU RÉPLICA deberá enviarse por correo para ser recibida por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **04:00 p.m. (AST)** del **24 de febrero de 2021**, salvo extensión por escrito por parte del ELA o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **24 de febrero de 2021**, salvo extensión por escrito por parte del ELA y/o el SRE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

> Secretaría (*Clerk's Office*)
> Tribunal de Distrito de los Estados Unidos (*United States District Court*)
> #150 Avenida Chardón
> Edificio Federal (*Federal Building*)
> San Juan (Puerto Rico) 00918

Su réplica deberá incluir un certificado de notificación que indique la forma en la que se ha efectuado la notificación.

Si tiene alguna pregunta sobre cómo radicar y notificar una réplica, incluidas preguntas sobre el sistema de radicación de casos del Tribunal, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

**Reserva de derechos**. NINGUNA DISPOSICIÓN CONTENIDA EN LA OBJECIÓN GLOBAL O EN LA PRESENTE NOTIFICACIÓN CONSTITUYE NI SE CONSIDERARÁ QUE CONSTITUYA UNA RENUNCIA A CUALESQUIERA DERECHOS DEL ELA, COFINA, LA ACT, EL SRE, LA AEE, LA AEP O DE CUALQUIER OTRA PARTE INTERESADA EN RELACIÓN CON LOS CASOS DE TÍTULO III, A IMPUGNAR CUALESQUIERA RECLAMACIONES; A HACER VALER CONTRARRECLAMACIONES, DERECHOS A COMPENSACIÓN O RECUPERACIÓN, O CONTESTACIONES; A OBJETAR A LAS RECLAMACIONES (O A OTRAS RECLAMACIONES O CAUSAS RADICADAS DE UN RECLAMANTE) O A CUALESQUIERA MOTIVOS QUE NO SE HAYAN ALEGADO PREVIAMENTE EN UNA OBJECIÓN, SALVO QUE EL TRIBUNAL HAYA CONCEDIDO UNA RECLAMACIÓN O HAYA ORDENADO OTRA COSA; O A SOLICITAR QUE SE ESTIME CUALQUIER RECLAMACIÓN EN EL FUTURO. A SU DEBIDO TIEMPO, LAS PARTES AFECTADAS RECIBIRÁN LA NOTIFICACIÓN PERTINENTE DE TODO ELLO.

---

**Recursos adicionales y con quién comunicarse en el caso de que tenga que formular preguntas**

Todos los documentos radicados en el marco de los Casos de Título III, incluidas copias de las reclamaciones radicadas utilizando CM/ECF, se encuentran disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Objeción Global, el estado de su réplica, su reclamación o la presente notificación, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

**<u>EXHIBIT D</u>**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and ERS.** |

ORDER GRANTING TWO HUNDRED NINETY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS THAT ARE PARTIALLY DEFICIENT AND PARTIALLY BASED ON INVESTMENTS IN MUTUAL FUNDS

Upon the *Two Hundred Ninety-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Based on Investments in Mutual Funds* ("Two Hundred

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Ninety-Second Omnibus Objection")[2] filed by the Commonwealth of Puerto Rico (the
"Commonwealth") and the Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors"),
dated January 22, 2021, for entry of an order disallowing certain claims filed against the
Commonwealth and ERS, as more fully set forth in the Two Hundred Ninety-Second Omnibus
Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Two
Hundred Ninety-Second Omnibus Objection and to grant the relief requested therein pursuant to
PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and
due and proper notice of the Two Hundred Ninety-Second Omnibus Objection having been
provided to those parties identified therein, and no other or further notice being required; and the
Court having determined that the claims identified in Exhibit A to the Two Hundred Ninety-
Second Omnibus Objection (the "Claims to Be Disallowed") seek recovery, in part, of amounts
for which the Commonwealth is not liable; and the Court having determined that the remaining
portions of the Claims to Be Disallowed are deficient; and the Court having determined that the
relief sought in the Two Hundred Ninety-Second Omnibus Objection is in the best interest of the
Commonwealth, ERS, its creditors, and all the parties in interest; and the Court having determined
that the legal and factual bases set forth in the Two Hundred Ninety-Second Omnibus Objection
establish just cause for the relief granted herein; and after due deliberation and sufficient cause
appearing therefor, it is

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such
terms in the Two Hundred Ninety-Second Omnibus Objection.

ORDERED that the Two Hundred Ninety-Second Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed; and it is further

ORDERED that Prime Clerk, LLLC, is authorized and directed to designate as expunged the Claims to Be Disallowed, as set forth in Exhibit A, on the official claims registry in the Commonwealth Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

## **ANEXO D**

**Orden Propuesta**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>       como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*,<br><br>                    Deudores. [1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA y el SRE.** |

ORDEN POR LA QUE SE CONCEDE LA DUCENTÉSIMA NONAGÉSIMA SEGUNDA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES PARCIALMENTE DEFICIENTES Y PARCIALMENTE BASADAS EN INVERSIONES EN FONDOS MUTUOS

Vista la *Ducentésima nonagésima segunda objeción global (sustantiva) del*

*Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno*

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

*del Estado Libre Asociado de Puerto Rico a Reclamaciones basadas en inversiones en fondos mutuo*s (la "<u>Ducentésima nonagésima segunda objeción global</u>")[2] radicada por el Estado Libre Asociado de Puerto Rico (el "<u>ELA</u>") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "<u>SRE</u>", y junto con el ELA, los "<u>Deudores</u>"), de fecha 22 de enero de 2021, en la que se solicita que se dicte una orden que rechace determinadas reclamaciones radicadas contra el ELA y el SRE, según se expone con más detalle en la propia Ducentésima nonagésima segunda objeción global y los anexos justificativos de la misma; y al tener el Tribunal jurisdicción para atender la Ducentésima nonagésima segunda objeción global y para conceder el remedio en ella solicitado conforme a PROMESA, sección 306(a); y siendo la sede judicial competente conforme a PROMESA, sección 307(a); y habiéndose efectuado, en tiempo y forma, la notificación de la Ducentésima nonagésima segunda objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y habiendo determinado el Tribunal que las reclamaciones identificadas en el <u>Anexo A</u> de la Ducentésima nonagésima segunda objeción global (las "<u>Reclamaciones que han de ser rechazadas</u>") pretenden obtener, en parte, la recuperación de montos por los que el ELA no es responsable; y habiendo determinado el Tribunal que las partes restantes de las Reclamaciones que han de ser rechazadas son deficientes; y habiendo determinado el Tribunal que el remedio solicitado en la Ducentésima nonagésima segunda objeción global redunda en el mejor interés del ELA, del SRE, de sus acreedores y de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Ducentésima

---

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Ducentésima nonagésima segunda objeción global.

2

nonagésima segunda objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio del presente,

SE ORDENA que SE CONCEDA la Ducentésima nonagésima segunda objeción global, según se establece en el presente documento; además

SE ORDENA que las Reclamaciones que han de ser rechazadas sean rechazadas; asimismo

SE ORDENA que Prime Clerk, LLC quede autorizada, y reciba instrucciones, para designar como suprimidas las Reclamaciones que han de ser rechazadas, según se expone en el Anexo A, en el registro oficial de reclamaciones en el marco del Caso de Título III del ELA; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

ASÍ SE ESTABLECE.


Fecha: _____

_____

Su señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos (*United States District Judge*)

**<u>Exhibit C</u>**

SRF5 50301

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

<div align="center">

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

</div>

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

<div align="center">

**TWO HUNDRED NINETY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR**

</div>

To the Honorable United States District Court Judge Laura Taylor Swain:

The Puerto Rico Electric Power Authority ("PREPA"), by and through the Financial

Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

representative of PREPA pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] files this two hundred ninety-sixth omnibus objection (the "Two Hundred Ninety-Sixth Omnibus Objection") to the proofs of claim incorrectly asserted against PREPA each as listed on **Exhibit A** hereto, and in support of the Two Hundred Ninety-Sixth Omnibus Objection, respectfully represents as follows:

## JURISDICTION

1.      The United States District Court for the District of Puerto Rico has subject matter jurisdiction to consider this matter and the relief requested herein pursuant to PROMESA section 306(a).

2.      Venue is proper in this district pursuant to PROMESA section 307(a).

## BACKGROUND

**A.      The Bar Date Orders**

3.      On May 3, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Commonwealth of Puerto Rico (the "Commonwealth") pursuant to PROMESA section 304(a), commencing a case under Title III thereof (the "Commonwealth Title III Case").  On July 3, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for PREPA pursuant to PROMESA section 304(a), commencing a case under Title III thereof (the "PREPA Title III Case," and together with the Commonwealth Title III Case, the "Title III Cases").  On October 6, 2017, the Court entered an order granting the joint administration of the Title III Cases for procedural purposes only.  Case No. 17 BK 4780, ECF No. 340.

---

[2]  PROMESA is codified at 48 U.S.C. §§ 2101-2241.

4.       On January 16, 2018, the Debtors filed their *Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof* [ECF No. 2255][3] (the "Bar Date Motion").   By the *Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claims and (B) Approving Form and Manner of Notice Thereof* [ECF No. 2521] (the "Initial Bar Date Order"), the Court granted the relief requested in the Bar Date Motion and established deadlines and procedures for filing proofs of claim in the Title III Cases.   Upon the informative motion of certain creditors, and the support of the Debtors, the Court subsequently entered the *Order (A) Extending Deadlines for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof* [ECF No. 3160] (together with the Initial Bar Date Order, the "Bar Date Orders") extending these deadlines to June 29, 2018 at 4:00 pm (Atlantic Time).

**B.       PREPA**

5.       PREPA is a government-owned corporation founded in 1941.  *See* Act No. 83-1941, as amended (the "Authority Act") § 3.   PREPA generates and distributes substantially all the electric power used in the Commonwealth.  [Case No. 17 BK 4780, ECF No. 1 at 7].   PREPA is one of the largest public power utilities in the U.S., serving approximately 1.5 million customers.

**C.       Proofs of Claim, Omnibus Objection Procedures, and Claim Objections**

6.       To date, approximately 174,000 proofs of claim have been filed against the Debtors and logged by Prime Clerk, LLC.   Such proofs of claim total approximately $43.6 trillion in asserted claims against the Debtors, in addition to unliquidated amounts asserted.

---

[3]   All ECF citations refer to documents filed in Bankruptcy Case No. 17 BK 3283-LTS unless otherwise noted.

7.     Of the proofs of claim filed, approximately 4,500 have been filed in relation to, or reclassified to be asserted against, PREPA.  In accordance with the terms of the Bar Date Orders, many of these claims need not have been filed at all, or suffer from some other flaw, such as being subsequently amended, not putting forth a claim for which the Debtors are liable, being duplicative of other proofs of claim, or failing to provide information necessary for the Debtors to determine whether the claim is valid.

8.     To efficiently resolve as many of the unnecessary proofs of claim as possible, on October 16, 2018, the Debtors filed with this Court their *Motion for Entry of an Order (A) Approving Limited Omnibus Objection Procedures, (B) Waiving the Requirement of Bankruptcy Rule 3007(e)(6), and (C) Granting Related Relief* [ECF No. 4052] (the "Omnibus Procedures Motion").  The Court granted the relief requested in the Omnibus Procedures Motion by order dated November 14, 2018. *See Order (A) Approving Limited Omnibus Objection Procedures, (B) Waiving the Requirement of Bankruptcy Rule 3007(e)(6), and (C) Granting Related Relief* [ECF No. 4230]; *Omnibus Objection Procedures* [ECF No. 4230-1] (collectively, the "Initial Omnibus Objection Procedures").  On November 29, 2018, the Court approved English and Spanish versions of the forms of notice for omnibus objections to be filed in accordance with the Initial Omnibus Objection Procedures.  *See Order Approving the English and Spanish Versions of the Form of Notice for Omnibus Objections* [ECF No. 4381] (the "Notice Order").

9.     In the continued interest of resolving any unnecessary proofs of claims in an efficient manner, on May 23, 2019, the Debtors filed an amended procedures motion seeking, among other things, to allow the Debtors to file omnibus objections on substantive bases, to further expand the number of claims that may be included on an objection, and to approve additional forms of notice.  *Notice of Hearing with Respect to an Order (A) Approving Amended Omnibus*

*Objection Procedures, (B) Waiving Requirements of Bankruptcy Rule 3007(e), (C) Approving Additional Forms of Notice, and (D) Granting Related Relief* [ECF No. 7091]. On June 14, 2019, the Court granted the requested relief, by the *Order (A) Approving Amended Omnibus Objection Procedures, (B) Waiving Requirements of Bankruptcy Rule 3007(e), (C) Approving Additional Forms of Notice, and (D) Granting Related Relief* [ECF No. 7440] (the "<u>Amended Omnibus Objection Procedures</u>").

10.  Pursuant to the Initial Omnibus Objection Procedures and Amended Omnibus Objection Procedures, the Court has held 12 hearings related to over one hundred forty omnibus objections filed by the Commonwealth, the Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>"), the Puerto Rico Highways and Transportation Authority ("<u>HTA</u>"), and/or the Employees Retirements System for the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>"), as well as thirty-three individual objections. Based upon rulings and orders of the Court to date, approximately 56,000 claims asserting $43 trillion in liability against the Commonwealth, COFINA, HTA, and ERS have been disallowed and will be expunged from the claims registry in the Title III proceedings upon entry of final orders.

11.  This Two Hundred Ninety-Sixth Omnibus Objection is filed in accordance with the Court's Omnibus Objection Procedures.

**<u>OBJECTIONS TO PROOFS OF CLAIM</u>**

12.  The Amended Omnibus Objection Procedures allow PREPA to file an omnibus objection to multiple proofs of claim on any basis provided for in Federal Rule of Bankruptcy Procedure 3007(d)(1)-(7), as well as on other substantive bases set forth in the Amended Omnibus Objection Procedures.

13.  The Two Hundred Ninety-Sixth Omnibus Objection seeks to reclassify, in accordance with Federal Rule of Bankruptcy Procedure 3007(d)(2) and the Amended Omnibus

Objection Procedures, the claims identified in the column titled "Asserted" in **Exhibit A** hereto

(collectively, the "Incorrect Debtor Claims"), which identify as obligor PREPA, when such claims

are properly asserted, if at all, against another of the Debtors.

14.    In each instance involving the Incorrect Debtor Claims, the claimant asserts

liabilities associated with (*i*) municipal bond(s) and/or money loaned, (*ii*) salary or other

compensation owed in connection with salary demands, employment, pensions, or services

provided, and/or (*iii*) other alleged obligations of other agencies of the Commonwealth, but

provided no valid legal justification for asserting a claim against PREPA.  Some of the Incorrect

Debtor Claims state in the proof of claim or supporting documentation that the asserted liability

appropriately lies, if at all, with another of the Debtors, while other Incorrect Debtor Claims should

be asserted against another of the Debtors, if at all, based upon the Debtors' review of the

supporting documentation provided with the claim, such as the names and CUSIP information for

the bonds issued by the Debtors.  Accordingly, the Incorrect Debtor Claims should be reclassified

to be asserted against the Title III debtor(s) identified in the column titled "Corrected" in **Exhibit
A** hereto (collectively, the "Reclassified Claims").  The Debtors reserve their right to object to the

Reclassified Claims on any other grounds whatsoever.

15.    In support of the foregoing, PREPA relies on the *Declaration of Mark Shankweiler
in Support of the Two Hundred Ninety-Sixth Omnibus Objection (Non-Substantive) of the Puerto
Rico Power Authority to Claims Asserted Against the Incorrect Debtor*, dated January 22, 2021,
attached hereto as **Exhibit B**.

## NOTICE

16.    In accordance with the Omnibus Objection Procedures and the Court's Notice

Order, PREPA has provided notice of this Two Hundred Ninety-Sixth Omnibus Objection to (a)

the individual creditors subject to this Two Hundred Ninety-Sixth Omnibus Objection, (b) the U.S.

Trustee, and (c) the Master Service List (as defined by the *Eleventh Amended Case Management Procedures* [ECF No. 11885-1]), which is available on the Debtors' case website at https://cases.primeclerk.com/puertorico.  A copy of the notice for this Two Hundred Ninety-Sixth Omnibus Objection is attached hereto as **Exhibit C**.  Spanish translations of the Two Hundred Ninety-Sixth Omnibus Objection and all of the exhibits attached hereto are being filed with this objection and will be served on the parties.  PREPA submits that, in light of the nature of the relief requested, no other or further notice need be given.

## **RESERVATION OF RIGHTS**

17.    This Two Hundred Ninety-Sixth Omnibus Objection is limited to the grounds stated herein.  Accordingly, it is without prejudice to the rights of the Debtors to object to the Claims to be Disallowed or any other claims on any ground whatsoever.  The Debtors expressly reserve all further substantive or procedural objections.  Nothing contained herein or any actions taken pursuant to such relief is intended or should be construed as: (a) an admission as to the validity of any claim against the Debtors; (b) a waiver of the Debtors' right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (e) a waiver of the Debtors' rights under PROMESA, the Bankruptcy Code or any other applicable law.

## **NO PRIOR REQUEST**

18.    No prior request for the relief sought in this Two Hundred Ninety-Sixth Omnibus Objection has been made to this or any other court.

*[Remainder of page intentionally left blank.]*

WHEREFORE PREPA respectfully requests entry of an order, substantially in the form of

the Proposed Order attached hereto as **Exhibit D**, (1) granting the relief requested herein, and (2)

granting PREPA such other and further relief as is just.

Dated: January 22, 2021                                  Respectfully submitted,
       San Juan, Puerto Rico


                                                  /s/ *Ricardo Burgos Vargas*
                                                  Ricardo Burgos Vargas
                                                  USDC No. 218210
                                                  **A&S LEGAL STUDIO, PSC**
                                                  434 Ave. Hostos
                                                  San Juan, PR 00918
                                                  Tel.: (787) 751-6764
                                                  Fax: (787) 763-8260


                                                  /s/ Martin J. Bienenstock
                                                  Martin J. Bienenstock (*pro hac vice*)
                                                  Paul V. Possinger (*pro hac vice*)
                                                  Ehud Barak (*pro hac vice*)
                                                  **PROSKAUER ROSE LLP**
                                                  Eleven Times Square
                                                  New York, NY 10036
                                                  Tel:  (212) 969-3000
                                                  Fax:  (212) 969-2900

                                                  *Attorneys for the Financial Oversight and*
                                                  *Management Board for Puerto Rico, as*
                                                  *representative for the Puerto Rico Electric*
                                                  *Power Authority*

**Fecha de la vista: 10 de marzo de 2021, a las 9:30 a.m. (AST)**
**Fecha límite para responder: 24 de febrero de 2021, a las 4:00 p.m. (AST)**

---

**REVISE DETENIDAMENTE LA PRESENTE OBJECIÓN Y LOS DOCUMENTOS ADJUNTOS PARA DETERMINAR SI LA OBJECIÓN AFECTA A SU(S) RECLAMACIÓN(ES).**

---

### TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

---

*In re*:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,

    como representante del

ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*.,

                      Deudores.[1]

PROMESA
Título III

Núm. 17 BK 3283-LTS

(Administrado Conjuntamente)

**La presente radicación guarda relación con la AEE.**

---

### DUCENTÉSIMA NONAGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DE LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO A RECLAMACIONES RADICADAS CONTRA EL DEUDOR INCORRECTO

A la atención de su señoría, Juez del Tribunal de Distrito de los Estados Unidos, Laura Taylor Swain:

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa informático).

La Autoridad de Energía Eléctrica de Puerto Rico (la "AEE"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como el único representante de Título III de la AEE conforme a la sección 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[2] radica la presente Ducentésima nonagésima sexta objeción global (la "Ducentésima nonagésima sexta objeción global") a las evidencias de reclamaciones radicadas incorrectamente contra la AEE, según se expone en el **Anexo A** del presente documento, y en apoyo de la Ducentésima nonagésima sexta objeción global, manifiesta respetuosamente lo siguiente:

## JURISDICCIÓN

1.      El Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico tiene jurisdicción sobre la materia para atender la presente causa y el remedio en ella solicitado conforme a la sección 306(a) de PROMESA.

2.      La sede judicial de este distrito es la competente conforme a la sección 307(a) de PROMESA.

## ANTECEDENTES

**A.      Órdenes de Fecha Límite**

3.      El 3 de mayo de 2017, la Junta de Supervisión emitió una certificación de reestructuración conforme a las secciones 104(j) y 206 de PROMESA, y radicó una petición voluntaria de remedio para el Estado Libre Asociado de Puerto Rico (el "ELA") conforme a la sección 304(a) de PROMESA, iniciando un caso conforme al Título III de dicho cuerpo legal (el "Caso de Título III del ELA"). El 3 de julio de 2017, la Junta de Supervisión emitió una certificación de reestructuración conforme a las secciones 104(j) y 206 de PROMESA, y radicó

---

[2]  PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101 a 2241.

una petición voluntaria de remedio para la AEE conforme a la sección 304(a) de PROMESA,
iniciando un caso conforme al Título III del referido cuerpo legal (el "Caso de Título III de la
AEE", y junto con el Caso de Título III del ELA, los "Casos de Título III"). El 6 de octubre de
2017, el Tribunal dictó una orden por la que concedió la administración conjunta de los Casos de
Título III únicamente con fines procesales. Caso núm. 17 BK 4780, ECF núm. 340.

4.      El 16 de enero de 2018, los Deudores radicaron su Moción de una *orden que A) fije
fechas límite y procedimientos para radicar evidencias de reclamaciones y B) apruebe la forma y
la manera de su notificación* [ECF núm. 2255][3] (la "Moción de Fecha Límite"). Por la *Orden que
A) fija fechas límite y procedimientos para radicar evidencias de reclamaciones y B) aprueba la
forma y la manera de su notificación* [ECF núm. 2521] (la "Orden Inicial de Fecha Límite"), el
Tribunal concedió el remedio solicitado en la Moción de Fecha Límite y fijó fechas límite y
procedimientos para radicar evidencias de reclamaciones en el marco de los Casos de Título III.
Luego de la moción informativa de determinados acreedores, y del apoyo de los Deudores, el
Tribunal dictó a continuación la *Orden que A) extendió fechas límite para radicar evidencias de
reclamaciones y B) aprobó la forma y la manera de su notificación* [ECF núm. 3160]
(conjuntamente con la Orden Inicial de Fecha Límite, las "Órdenes de Fecha Límite"), extendiendo
dichas fechas límite hasta el 29 de junio de 2018, a las 04:00 p.m. (AST).

**B.      AEE**

5.      La AEE es una corporación titularidad del Gobierno creada en 1941. *Véase* la Ley
núm. 83-1941, en su versión enmendada (la "Ley sobre la Autoridad") § 3.  La AEE genera y
distribuye esencialmente la totalidad de la energía eléctrica consumida en el ELA. [Caso núm. 17

---

[3]  Todas las citas ECF harán referencia a documentos radicados en el marco del Caso de Quiebra
     Núm. 17 BK 3283-LTS, salvo que se indique lo contrario.

3

BK 4780, ECF núm. 1 en 7]. La AEE es una de las empresas más importantes de suministro público en los Estados Unidos, y suministra servicios aproximadamente a 1.5 millones de clientes.

**C.   Evidencias de reclamaciones, procedimientos relativos a objeciones globales y objeciones a reclamaciones**

6.   Hasta la fecha, se han radicado aproximadamente 174,000 evidencias de reclamaciones contra los Deudores, que han sido registradas por Prime Clerk, LLC. Dichas evidencias de reclamaciones ascienden a un total aproximado de $43.6 billones en reclamaciones radicadas contra los Deudores, además de los montos no liquidados reclamados.

7.   De las evidencias de reclamaciones radicadas, aproximadamente 4,500 han sido radicadas en relación con la AEE, o reclasificadas como radicadas contra la AEE. De conformidad con las condiciones de las Órdenes de Fecha Límite, muchas de estas reclamaciones no tenían que haber sido radicadas en absoluto o adolecen de otro tipo de vicios; por ejemplo, haber sido enmendadas posteriormente, no alegar una reclamación por la que los Deudores sean responsables, estar duplicadas en relación con otras evidencias de reclamaciones o no aportar información necesaria para que los Deudores determinen si la reclamación es válida.

8.   Para resolver eficazmente el mayor número posible de las evidencias de reclamaciones innecesarias, el 16 de octubre de 2018 los Deudores radicaron ante este Tribunal su *Moción para que se dicte una orden que A) apruebe procedimientos limitados relativos a objeciones globales, B) exima el requisito contenido en la regla 3007(e)(6) de las Reglas de Quiebras, y C) conceda el remedio relacionado* [ECF núm. 4052] (la "Moción de Procedimientos Globales"). El Tribunal concedió el remedio solicitado en la Moción de Procedimientos Globales mediante la orden de fecha 14 de noviembre de 2018. *Véase la Orden que A) aprueba procedimientos limitados relativos a objeciones globales, B) exime el requisito contenido en la*

*regla 3007(e)(6) de las Reglas de Quiebras, y C) concede el remedio relacionado* [ECF núm.
4230]; *Procedimientos relativos a Objeciones Globales* [ECF núm. 4230-1] (conjuntamente, los
"Procedimientos Iniciales relativos a Objeciones Globales"). El 29 de noviembre de 2018, el
Tribunal aprobó las versiones en inglés y en español de los formularios de notificación relativos a
las objeciones globales a efectos de radicarlas de conformidad con los Procedimientos Iniciales
relativos a Objeciones Globales. *Véase Orden por la que se aprobaron las versiones en inglés y
en español de los formularios de notificación relativos a objeciones globales* [ECF núm. 4381] (la
"Orden de Notificación").

        9.       En aras del interés constante de resolver eficazmente cualesquiera evidencias de
reclamaciones innecesarias, el 23 de mayo de 2019 los Deudores radicaron una moción relativa a
procedimientos enmendados en la que solicitaron, entre otras cosas, que se les permitiera radicar
objeciones globales sobre unas bases sustantivas, aumentar el número de reclamaciones que
pudieran incluirse en una objeción y aprobar formas de notificación adicionales. *Notificación de
vista en relación con una Orden que A) apruebe Procedimientos Enmendados relativos a
Objeciones Globales, B) exima los requisitos contenidos en la regla 3007(e) de las Reglas de
Quiebras, C) apruebe formas de notificación adicionales y D) conceda el remedio relacionado*
[ECF núm. 7091]. El 14 de junio de 2019, el Tribunal concedió el remedio solicitado por medio
de la *Orden que A) aprueba Procedimientos Enmendados relativos a Objeciones Globales, B)
exime los requisitos contenidos en la regla 3007(e) de las Reglas de Quiebras, C) aprueba formas
de notificación adicionales y D) concede el remedio relacionado* [ECF núm. 7440] (los
"Procedimientos Enmendados relativos a Objeciones Globales").

        10.     Conforme a los Procedimientos Iniciales relativos a Objeciones Globales y los
Procedimientos Enmendados relativos a Objeciones Globales, el Tribunal ha celebrado 12 vistas

vinculadas con más de 140 objeciones globales radicadas por el ELA, la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA"), la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") y/o el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE"), así como con 33 objeciones individuales. Sobre la base de las resoluciones y órdenes del Tribunal dictadas hasta la fecha, aproximadamente 56,000 reclamaciones que reivindicaban $43 billones en responsabilidad contra el ELA, COFINA, la ACT y el SRE fueron rechazadas y serán retiradas del registro de reclamaciones en el marco de los procedimientos radicados conforme al Título III una vez dictadas las órdenes finales.

11.     Esta Ducentésima nonagésima sexta objeción global se radica de conformidad con los Procedimientos relativos a Objeciones Globales del Tribunal.

**<u>OBJECIONES A EVIDENCIAS DE RECLAMACIONES</u>**

12.     Los Procedimientos Enmendados relativos a Objeciones Globales permiten a la AEE radicar una objeción global a varias evidencias de reclamaciones sobre cualquiera de las bases recogidas en las reglas 3007(d)(1) a (7) de las Reglas Federales del Procedimiento de Quiebra (*Federal Rule of Bankruptcy Procedure*), así como sobre otras bases sustantivas establecidas en los Procedimientos Enmendados relativos a Objeciones Globales.

13.     La Ducentésima nonagésima sexta objeción global pretende que se reclasifiquen, de conformidad con la regla 3007(d)(2) de las Reglas Federales del Procedimiento de Quiebra y los Procedimientos Enmendados relativos a Objeciones Globales, las reclamaciones identificadas en la columna titulada "Alegadas (*Asserted*")" en el **<u>Anexo A</u>** del presente documento (conjuntamente denominadas, las "<u>Reclamaciones de Deudores Incorrectos</u>"), las cuales identifican como deudor a la AEE, cuando en todo caso lo correcto sería que tales reclamaciones se alegaran  contra otros Deudores.

14.     En cada uno de los casos relativos a Reclamaciones de Deudores Incorrectos, el
reclamante alega responsabilidades vinculadas con i) bono(s) municipal(es) y/o dinero prestado,
ii) salario u otra remuneración adeudados en relación con reivindicaciones salariales, laborales, de
pensiones o servicios prestados, y/u iii) otras supuestas obligaciones de otros organismos del ELA,
pero no ha proporcionado ninguna justificación jurídica válida para alegar reclamaciones contra la
AEE. Algunas de las Reclamaciones de Deudores Incorrectos manifiestan en la evidencia de
reclamación o documentos justificativos que, en todo caso, la responsabilidad alegada reside de
forma correcta en otros Deudores, mientras que otras Reclamaciones de Deudores Incorrectos
deberían en todo caso alegarse en contra de otros Deudores, con  base en el análisis realizado por
los Deudores de la documentación justificativa proporcionada con la reclamación, tales como los
nombres y la información de CUSIP de los bonos emitidos por los Deudores. En consecuencia, las
Reclamaciones de Deudores Incorrectos deben ser reclasificadas para alegarlas contra el/los
deudor(es) de Título III identificados en la columna titulada "Corregidas (*Corrected*)" en el **Anexo
A** del presente documento (conjuntamente, las "Reclamaciones Reclasificadas"). Los Deudores se
reservan el derecho a objetar a las Reclamaciones Reclasificadas sobre cualquier otro motivo que
fuere.

15.     En apoyo de lo anterior, la AEE invoca la *Declaración de Mark Shankweiler en
apoyo de la Ducentésima nonagésima sexta objeción global (no sustantiva) de la Autoridad de
Energía Eléctrica de Puerto Rico a Reclamaciones radicadas contra el deudor incorrecto*, de
fecha 22 de enero de 2021, adjunta al presente como **Anexo B**.

## NOTIFICACIÓN

16.     De conformidad con los Procedimientos relativos a Objeciones Globales y la Orden
de Notificación del Tribunal, la AEE notificó la presente Ducentésima nonagésima sexta objeción
global a) a los acreedores individuales objeto de esta Ducentésima nonagésima sexta objeción

global, b) al U.S. Trustee, y c) a la Lista maestra de notificaciones (según se define en los *Procedimientos de administración de casos enmendados núm. 11* [ECF núm. 11885-1]), disponibles en el sitio web de casos de los Deudores, en https://cases.primeclerk.com/puertorico. Una copia de la notificación relativa a esta Ducentésima nonagésima sexta objeción global se adjunta al presente como **Anexo C**. Las traducciones al español de la Ducentésima nonagésima sexta objeción global y de la totalidad de los anexos adjuntos al presente se están radicando con la presente objeción y se trasladarán a las partes. La AEE sostiene que, dada la naturaleza del remedio solicitado, no es necesario enviar ninguna otra notificación.

## **RESERVA DE DERECHOS**

17.     La presente Ducentésima nonagésima sexta objeción global se limita a los motivos expuestos en este documento. En consecuencia, esta se radica sin perjuicio de los derechos de los Deudores a objetar a las Reclamaciones que han de ser rechazadas o a cualesquiera otras reclamaciones sobre la base de los motivos que fuere. Los Deudores se reservan expresamente el derecho a radicar toda otra objeción sustantiva o procesal. Ninguna disposición contenida en el presente documento, ni ninguna acción adoptada conforme a tal remedio, tienen por objetivo, ni se interpretarán en el sentido de que: a) constituyan una admisión en cuanto a la validez de cualesquiera reclamaciones contra los Deudores; b) constituyan una renuncia a los derechos que asisten a los Deudores a oponerse a cualesquiera reclamaciones sobre la base de los motivos que fuere; c) constituyan una promesa o requisito para pagar cualquier reclamación; d) constituyan una solicitud o autorización a asumir cualquier acuerdo, contrato o arrendamiento anteriores a la petición conforme al artículo 365 del Código de Quiebras; o e) constituyan una renuncia a los derechos que asisten a los Deudores conforme a PROMESA, el Código de Quiebras o cualquier otra normativa legal aplicable.

## **AUSENCIA DE SOLICITUDES PREVIAS**

18.     No se ha radicado ninguna solicitud de remedio previa a la presente Ducentésima

nonagésima sexta objeción global ni ante este Tribunal ni ante ningún otro órgano judicial.

[*El resto de la página se deja en blanco intencionadamente*.]

POR LO QUE la AEE solicita respetuosamente que se dicte una orden, esencialmente en la forma de la Orden Propuesta que se adjunta al presente como **Anexo D**, 1) que conceda el remedio solicitado en el presente documento, y 2) que conceda a la AEE cualesquiera otros remedios que se consideren justos.

Fecha: 22 de enero de 2021
      San Juan (Puerto Rico)

                                          Respetuosamente sometida,

                                          [Firma en la versión en inglés]
                                          Ricardo Burgos Vargas
                                          USDC No. 218210
                                          **A&S LEGAL STUDIO, PSC**
                                          434 Ave. Hostos
                                          San Juan, PR 00918
                                          Tel.: (787) 751-6764
                                          Fax: (787) 763-8260

                                          [Firma en la versión en inglés]
                                          Martin J. Bienenstock (*pro hac vice*)
                                          Paul V. Possinger (*pro hac vice*)
                                          Ehud Barak (*pro hac vice*)
                                          **PROSKAUER ROSE LLP**
                                          Eleven Times Square
                                          Nueva York, NY 10036
                                          Tel.:  (212) 969-3000
                                          Fax:  (212) 969-2900

                                          *Abogados de la Junta de Supervisión y Administración Financiera para Puerto Rico como representante de la Autoridad de Energía Eléctrica de Puerto Rico*

# EXHIBIT A

**Schedule of Claims Subject to the Two Hundred Ninety-Sixth Omnibus Objection**

## Two Hundred and Ninety-Sixth Omnibus Objection
### Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AMERICAN MODERN HOME INSURANCE COMPANY<br>STEVE MACKIE<br>CHIEF COMPLIANCE & ETHICS OFFICER<br>7000 MIDLAND BLVD.<br>AMELIA, OH 45102 | 4/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6790 | $ 1,039,275.20 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Public Finance Corporation, that is not a Title III Debtor. | | | | | |
| 2 | GARDELLA, STEPHEN & ROSE<br>680 SHERIDAN WOODS DR<br>MELBOURNE, FL 32904-3302 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17727 | $ 10,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interest in note(s) that are already matured, for which bondholders have received their payments in full. | | | | | |
| 3 | JOSE L. FIGUEROA CASAS AND CONNIE A. MARTIN<br>PO BOX 10175<br>SAN JUAN, PR 00922 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 40534 | $ 100,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interest in note(s) that have been refunded and the bondholders have received their payments in full. | | | | | |
| 4 | THE TRAVELERS INDEMNITY COMPANY AND CERTAIN OF ITS AFFILIATES<br>TRAVELERS<br>MARY C. DUFFY BOARDMAN<br>1 TOWER SQUARE, 0000-08MSA<br>HARTFORD, CT 06183 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28347 | $ 33,000,000.00* |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Public Finance Corporation, that is not a Title III Debtor. | | | | | |
| 5 | THE TRAVELERS INDEMNITY COMPANY AND CERTAIN OF ITS AFFILIATES<br>MARY C. DUFFY BOARDMAN<br>TRAVELERS<br>1 TOWER SQUARE, 0000-08MSA<br>HARTFORD, CT 06183 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26402 | $ 9,759,000.00* |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Public Finance Corporation, that is not a Title III Debtor and because said note(s) are already matured, for which bondholders have received their payments in full. | | | | | |
| | | | | | TOTAL | $ 43,908,275.20* |

* Indicates claim contains unliquidated and/or undetermined amounts

## <u>ANEXO A</u>

**Relación de reclamaciones objeto de la Ducentésima nonagésima sexta objeción global**

## Ducentésima Nonagésima Sexta Objeción Global
### Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | AMERICAN MODERN HOME INSURANCE COMPANY STEVE MACKIE CHIEF COMPLIANCE & ETHICS OFFICER 7000 MIDLAND BLVD. AMELIA, OH 45102 | 4/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6790 | $ 1,039,275.20 |

Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no constituyen deuda del Estado Libre Asociado y están asociadas a una entidad, la Corporación de Finanzas Públicas de Puerto Rico, que no es un Deudor al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 2 | GARDELLA, STEPHEN & ROSE 680 SHERIDAN WOODS DR MELBOURNE, FL 32904-3302 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17727 | $ 10,000.00 |

Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones ya vencidas y cuyos pagos los titulares de los bonos han recibido en su totalidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 3 | JOSE L. FIGUEROA CASAS AND CONNIE A. MARTIN PO BOX 10175 SAN JUAN, PR 00922 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 40534 | $ 100,000.00 |

Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que se han refinanciado y cuyos pagos los titulares de los bonos han recibido en su totalidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | THE TRAVELERS INDEMNITY COMPANY AND CERTAIN OF ITS AFFILIATES TRAVELERS MARY C. DUFFY BOARDMAN 1 TOWER SQUARE, 0000-08MSA HARTFORD, CT 06183 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28347 | $ 33,000,000.00* |

Base para: La Evidencia de Reclamo pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no constituyen deuda del Estado Libre Asociado y están asociadas a una entidad, la Corporación de Finanzas Públicas de Puerto Rico, que no es un Deudor al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | THE TRAVELERS INDEMNITY COMPANY AND CERTAIN OF ITS AFFILIATES MARY C. DUFFY BOARDMAN TRAVELERS 1 TOWER SQUARE, 0000-08MSA HARTFORD, CT 06183 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26402 | $ 9,759,000.00* |

Base para: La Evidencia de reclamo pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que no constituyen una deuda del Estado Libre Asociado y están asociados a una entidad, la Corporación de Finanzas Públicas de Puerto Rico, que no es un Deudor al amparo del Título III, y porque dichas obligaciones ya han vencido y se le han pagado en su totalidad a los titulares de los bonos.

| | | | | TOTAL | $ 43,908,275.20* |
|---|---|---|---|---|---|

## **EXHIBIT B**

**Declaration of Mark Shankweiler**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

**DECLARATION OF MARK SHANKWEILER IN SUPPORT OF THE TWO HUNDRED NINETY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR**

I, Mark Shankweiler, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.     I am a Managing Director of Berkeley Research Group, LLC ("BRG"). The Financial Oversight and Management Board (the "Oversight Board") retained BRG to assist with, *inter alia*, the claims reconciliation process for the Puerto Rico Electric Power Authority's

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

("PREPA") case filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").   Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2.      In my capacity as a Managing Director of BRG, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the PREPA case filed pursuant to PROMESA.  PREPA's ongoing claims reconciliation process involves the collective effort of a team of BRG employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for PREPA.

3.      I submit this declaration in support of the *Two Hundred Ninety-Sixth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserted Against the Incorrect Debtor* (the "Two Hundred Ninety-Sixth Omnibus Objection").  I have personally reviewed the Two Hundred Ninety-Sixth Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4.      In preparation for filing the Two Hundred Ninety-Sixth Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Two Hundred Ninety-Sixth Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel.  These efforts resulted in the identification of the claims to be reclassified, as identified in Exhibit A to the Two Hundred Ninety-Sixth Omnibus Objection.

5.      To the best of my knowledge, information, and belief, the claims identified in the column titled "Asserted" in Exhibit A to the Two Hundred Ninety-Sixth Omnibus Objection (collectively, the "Incorrect Debtor Claims") identify as obligor PREPA, when such claims are properly asserted, if at all, against another debtor, either in whole or in part.  Each Incorrect Debtor Claim asserts (*i*) municipal bond(s) and/or money loaned, (*ii*) salary or other compensation owed

2

in connection with salary demands, employment, pensions, or services provided, and/or (*iii*) other alleged obligations of other agencies within the Commonwealth, but provided no valid legal justification for asserting a claim against PREPA.  Further, the proof of claim or supporting documentation demonstrate that the asserted liability appropriately lies, if at all, with the Title III debtor(s) identified in the column titled "Corrected" in <u>Exhibit A</u> to the Two Hundred Ninety-Sixth Omnibus Objection.

6.      Based on the foregoing, and to the best of my knowledge, information, and belief, the information contained in the Two Hundred Ninety-Sixth Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of PREPA and its creditors.

7.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.


Dated:  January 22, 2021

By:     <u>/s/ Mark Shankweiler</u>
        Mark Shankweiler

## **ANEXO B**

**Declaración de Mark Shankweiler**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*.,<br><br>                     Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con la AEE.** |

**DECLARACIÓN DE MARK SHANKWEILER EN APOYO DE LA DUCENTÉSIMA NONAGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DE LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO A RECLAMACIONES RADICADAS CONTRA EL DEUDOR INCORRECTO**

Yo, Mark Shankweiler, conforme al Título 28 U.S.C. § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi fiel saber y entender:

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa informático)

1.       Soy director general de Berkeley Research Group, LLC ("BRG"). La Junta de
Supervisión y Administración Financiera (la "Junta de Supervisión") contrató a BRG para que le
ayudara, entre otras cosas, con el proceso de reconciliación de reclamaciones en relación con el
caso de la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") radicado conforme a la *Ley
para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").
Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los
hechos aquí expuestos.

2.       En mi capacidad de director general de BRG, soy una de las personas responsables
de supervisar el proceso de reconciliación y objeciones relativo a las reclamaciones en el marco
del caso de la AEE radicado conforme a PROMESA. El proceso continuo de reconciliación de
reclamaciones de la AEE implica un esfuerzo colectivo de un equipo de los empleados de BRG,
así como de Proskauer Rose LLP y de O'Neill & Borges LLC, abogados de la Junta de
Supervisión, el representante legal de la AEE.

3.       Realizo esta declaración en apoyo de la Ducentésima nonagésima sexta *objeción
global (no sustantiva) de la Autoridad de Energía Eléctrica de Puerto Rico a Reclamaciones
radicadas contra el deudor incorrecto* (la "Ducentésima nonagésima sexta objeción global"). He
revisado personalmente la Ducentésima nonagésima sexta objeción global, y los anexos relativos
a la misma, por lo que estoy familiarizado con la información que contienen.

4.       Durante el proceso de preparación para radicar la Ducentésima nonagésima sexta
objeción global, bajo mi dirección y/o supervisión, cada una de las reclamaciones controvertidas
en la Ducentésima nonagésima sexta objeción global fue examinada y analizada cuidadosamente
de buena fe aplicando la debida diligencia por parte del personal pertinente. Dichos esfuerzos

resultaron en la identificación de las reclamaciones que han de ser reclasificadas, según se identifica en el Anexo A de la Ducentésima nonagésima sexta objeción global.

5.    A mi fiel saber y entender, las reclamaciones identificadas en el Anexo A de la Ducentésima nonagésima sexta objeción global en la columna titulada "Alegadas (*Asserted*)" (conjuntamente, las "Reclamaciones de Deudores Incorrectos"), identifican como deudor a la AEE, cuando en todo caso lo correcto sería que tales reclamaciones se alegaran, total o parcialmente, contra otro deudor. En cada Reclamación de Deudores Incorrectos se alegan i) bono(s) municipal(es) y/o dinero prestado, ii) salario u otra remuneración adeudados en relación con reivindicaciones salariales, laborales, de pensiones o servicios prestados, y/u iii) otras supuestas obligaciones de otros organismos del ELA, pero no se ha proporcionado ninguna justificación jurídica válida para alegar reclamaciones contra la AEE. Además, la evidencia de reclamación o la documentación justificativa demuestran que, en todo caso, la responsabilidad alegada reside de forma correcta en el/los deudor(es) de Título III identificado(s) en la columna titulada "Corregidas (*Corrected*)" en el Anexo A de la Ducentésima nonagésima sexta objeción global.

6.    Sobre la base de lo que antecede, y a mi fiel saber y entender, la información contenida en la Ducentésima nonagésima sexta objeción global y en sus anexos es veraz y correcta, y el remedio allí solicitado redunda en el mejor interés de la AEE y de sus acreedores.

7.    Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi fiel saber y entender.


Fecha: 22 de enero de 2021

                                        Por:    [Firma en la versión en inglés]
                                                Mark Shankweiler

3

## **<u>EXHIBIT C</u>**

**Notice**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

### NOTICE OF THE TWO HUNDRED NINETY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

**IF YOUR CLAIM IS LISTED ON <u>EXHIBIT A</u> TO THE OMNIBUS OBJECTION, IT IS LISTED BECAUSE THE DEBTORS BELIEVE THAT EITHER ALL OR A PORTION OF YOUR CLAIM SHOULD HAVE BEEN ASSERTED AGAINST ANOTHER TITLE III DEBTOR, NOT PREPA.**

**YOU DO NOT HAVE TO FILE A RESPONSE TO THE OMNIBUS OBJECTION IN ORDER TO PROTECT THE PORTION OF YOUR CLAIM ASSERTED AGAINST ANOTHER TITLE III DEBTOR.**

**THE OMNIBUS OBJECTION WILL PRESERVE YOUR CLAIM AS ONE ASSERTED AGAINST ANOTHER TITLE III DEBTOR, AS IDENTIFED IN THE COLUMN TITLED "CORRECTED" IN <u>EXHIBIT A</u> TO THE OMNIBUS OBJECTION, FOR DETERMINATION AT A LATER DATE, AND YOU WILL RECEIVE NOTICE OF FURTHER PROCEEDINGS.**

      **PLEASE TAKE NOTICE THAT**, on January 22, 2021, the Puerto Rico Electric Power Authority ("<u>PREPA</u>"), by and through the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as PREPA's representative pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("<u>PROMESA</u>"),[1] filed the *Two Hundred Ninety-Sixth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority*

---

[1]  PROMESA is codified at 48 U.S.C. §§ 2101-2241.

*to Claims Asserted Against the Incorrect Debtor* (the "Omnibus Objection") with the United States District Court for the District of Puerto Rico (the "Court").[2]

<div style="border:1px solid black; padding:10px;">

**OVERVIEW**

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON EXHIBIT A TO THE OMNIBUS OBJECTION.**

- **If your claim(s) is/are NOT listed on Exhibit A, your claim will not be affected by the Omnibus Objection, and you DO NOT have to do anything.**

- If your claim(s) is/are listed in the column titled "Asserted" in Exhibit A to the Omnibus Objection, you have filed your claim(s) against the wrong debtor. PREPA is seeking to reclassify your claim(s), in whole or in part, so that it is asserted against another Title III Debtor, as set forth under the column titled "Corrected" in Exhibit A to the Omnibus Objection.

- **The Omnibus Objection will preserve your claim as asserted against another of the Debtors for determination at a later date, and you will receive notice of further proceedings.**

- YOU SHOULD READ THIS NOTICE AND THE OMNIBUS OBJECTION CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

- Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.

- **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

</div>

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[2]  Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

---

**IMPORTANT NOTICE PURSUANT TO LOCAL RULE 3007-1**

Any party against whom this Omnibus Objection has been served, or any other party to the action who objects to the relief sought herein, shall serve and file a response to the Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by **4:00 p.m. (Atlantic Standard Time)** on **February 24, 2021** unless otherwise extended, in writing, by PREPA.  If no response is filed within the time allowed herein, the Omnibus Objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise.  If you file a timely response, the Court may schedule a hearing.

---

## Critical Information for Claimants Choosing to File a Response

**Who is Required to File a Response**.  Any party who disputes the Omnibus Objection is required to file a response in accordance with the procedures set forth herein.  If a party whose claim is subject to the Omnibus Objection does not file and serve a response in compliance with the procedures herein, the Court may grant the Omnibus Objection with respect to such claim without further notice to the claimant.

**Who is NOT Required to File a Response.**  If you do not oppose the relief sought in the Omnibus Objection, then you do not need to file a written response to the Omnibus Objection and you do not need to appear at the hearing on the Omnibus Objection (described below). Additionally, the Omnibus Objection only applies to the claims listed on Exhibit A to the Omnibus Objection, a copy of which is available free online at https://cases.primeclerk.com/puertorico.  **If your claim is not listed on Exhibit A to the Omnibus Objection, no response is required.**

**Deadline for Filing a Response**.  Your response will be deemed timely **only if** it is filed with the Court **and** served by **4:00 p.m. (Atlantic Standard Time)** on **February 24, 2021**, unless otherwise extended, in writing, by PREPA, or upon written request to the Court and order of the Court extending the deadline.

---

**The deadline for filing and serving a response is
4:00 p.m. (Atlantic Standard Time) on February 24, 2021.**

---

**Hearing on the Omnibus Objection**.  If a response is properly filed and served in accordance with this notice, a hearing on the Omnibus Objection and the response will be held at **9:30 a.m. (Atlantic Standard Time) on March 10, 2021**, before The Honorable Laura Taylor Swain at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.  If you file a response to the Omnibus Objection, then you should plan to appear at the hearing on the Omnibus Objection.  PREPA, however, reserves the right, on three (3) business days' notice, to adjourn the hearing with respect to the Omnibus Objection and the response.

The Debtors may file a reply to your response or reply in oral argument at the hearing.  The Debtors are permitted to file their reply no later than seven (7) calendar days before the hearing on the Omnibus Objection and the response.

> **THE COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED <u>AND</u> SERVED BY THE RESPONSE DEADLINE IN ACCORDANCE WITH THE INSTRUCTIONS SET FORTH IN THIS NOTICE.**

**<u>What to File with a Response</u>**.  Your response to the Omnibus Objection <u>must</u> contain the following information.

(i)     **<u>Contact Information</u>**.  The response must include a **name**, **address**, **telephone number**, and **email address** of either (1) the responding claimant; (2) the claimant's attorney or designated representative to whom the attorneys for PREPA should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on the claimant's behalf.

(ii)     **<u>Caption</u>**.  The response must contain a caption stating the name of the Court, the names of the Debtors, the case number, the title of the Omnibus Objection to which the response is directed, and the proof of claim number(s) related thereto from Prime Clerk (which are listed on <u>Exhibit A</u> to the Omnibus Objection and available free online at https://cases.primeclerk.com/puertorico).

(iii)     **<u>Reason(s) for Opposing the Omnibus Objection</u>**.  The response must contain a concise statement setting forth the reasons why the Court should not grant the Omnibus Objection with respect to your Claim, including the factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection.

(iv)     **<u>Supporting Documentation</u>**.  To the extent not already included with the proof of claim, the response should include a copy of any other documentation or other evidence of the claim, upon which the claimant will rely in opposing the Omnibus Objection; <u>provided</u>, <u>however</u>, that the claimant need not disclose confidential, proprietary, or otherwise protected information in the response; and <u>provided</u>, <u>further</u>, that the claimant shall disclose to PREPA all information and provide copies of all documents that the claimant believes to be confidential, proprietary, or otherwise protected and upon which the claimant intends to rely in support of its claim, subject to appropriate confidentiality constraints.

(v)     **<u>Signature</u>**.  You must sign your response.  If you do not sign your response, the clerk will not accept it for filing.

**IMPORTANT NOTICE REGARDING SENSITIVE INFORMATION CONTAINED IN A RESPONSE.**

All materials submitted to the Court in response to the Omnibus Objection may be publicly filed and accessible to any member of the public.  Therefore, the response should **<u>not include</u>** sensitive documents or information, such as copies of driver's licenses, passports, birth certificates, Social Security cards, sensitive medical information or

4

confidential business information.  Sensitive information submitted to the Court in response to the Omnibus Objection must adhere to the following guidelines:

- Social Security numbers and taxpayer identification numbers should be redacted (that is, blacked out), except for their last four digits.

- Birthdays should be redacted, except for the year of an individual's birth.

- The name of any individual known to be a minor should be redacted, except for that person's initials.

- Financial account numbers should be redacted, except for their last four digits.

Any such sensitive or confidential information upon which a claimant relies in support of its claim must be provided directly to counsel for PREPA, and will be kept confidential. You may provide this information by mailing it to the following address:

> Counsel for the Oversight Board
> Proskauer Rose LLP
> Eleven Times Square
> New York, New York 10036-8299
> Attn:  Martin J. Bienenstock
> Paul V. Possinger
> Ehud Barak

**<u>Where and How to File and Serve a Response</u>**.  Every response should be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS. There are two methods that you can use to file your response:

1. **Online**.  Registered users of the Court's case filing system must file their response electronically in searchable portable document format.

2. **By Mail**.  If you are not an attorney who is a registered user of the Court's case filing system, you may file and serve a response by mailing it to the Court's Clerk's office, the Oversight Board, and the Creditors' Committee at the following addresses:

> Clerk's Office
> United States District Court
> Room 150 Federal Building
> San Juan, Puerto Rico 00918-1767
>
> Counsel for the Oversight Board
> Proskauer Rose LLP
> Eleven Times Square
> New York, New York 10036-8299
> Attn: Martin J. Bienenstock
> Ehud Barak
> Paul V. Possinger

Counsel for the Creditors' Committee
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

YOUR RESPONSE must be mailed so as to be received by the Clerk's Office, the Oversight Board, and the Creditors' Committee no later than **4:00 p.m. (Atlantic Standard Time**) on **February 24, 2021**, unless otherwise extended by PREPA, in writing, or upon a written request to the Court and order of the Court extending the deadline.

In the event that you are unable to file and serve a response online or by mail as specified above, you may file a response in person at the following address by no later than **4:00 p.m. (Atlantic Standard Time**) on **February 24, 2021**, unless otherwise extended by PREPA, in writing, or upon a written request to the Court and order of the Court extending the deadline:

Clerk's Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

A certificate of service should be included with your response explaining how service was accomplished.

If you have any questions about filing and serving a response, including questions about the Court's case filing system, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

**Reservation of Rights**. NOTHING IN THE OMNIBUS OBJECTION OR THIS NOTICE IS OR SHALL BE DEEMED TO CONSTITUTE A WAIVER OF ANY RIGHTS OF THE COMMONWEALTH, HTA, ERS, PREPA, PBA, OR ANY OTHER PARTY IN INTEREST IN THE TITLE III CASES TO DISPUTE ANY CLAIMS, ASSERT COUNTERCLAIMS, RIGHTS OF OFFSET OR RECOUPMENT, OR DEFENSES, OBJECT TO CLAIMS (OR OTHER CLAIMS OR CAUSES OF ACTION OF A CLAIMANT) ON ANY GROUNDS NOT PREVIOUSLY RAISED IN AN OBJECTION, UNLESS THE COURT HAS ALLOWED A CLAIM OR ORDERED OTHERWISE, OR SEEK TO ESTIMATE ANY CLAIM AT A LATER DATE. AFFECTED PARTIES WILL BE PROVIDED APPROPRIATE NOTICE THEREOF AT SUCH TIME.

**Additional Resources and Who to Contact with Questions**

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico. This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the Omnibus Objection, the status of your response, your claim, or this notice, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available). Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

## **ANEXO C**

**Notificación**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: | PROMESA<br>Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante del | (Administrado Conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, | **La presente radicación guarda relación con la AEE.** |
| Deudores. | |

**NOTIFICACIÓN DE LA DUCENTÉSIMA NONAGÉSIMA SEXTA OBJECIÓN
GLOBAL (NO SUSTANTIVA) DE LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE
PUERTO RICO A RECLAMACIONES RADICADAS CONTRA EL DEUDOR
INCORRECTO**

**SI SU RECLAMACIÓN APARECE EN EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL, ES PORQUE LOS DEUDORES CONSIDERAN QUE LA TOTALIDAD O PARTE DE SU RECLAMACIÓN TENÍA QUE HABERSE ALEGADO CONTRA OTRO DEUDOR DE TÍTULO III, NO CONTRA LA AEE.**

**USTED NO TIENE QUE RADICAR RÉPLICA A LA OBJECIÓN GLOBAL PARA DEFENDER LA PARTE DE SU RECLAMACIÓN ALEGADA CONTRA OTRO DEUDOR DE TÍTULO III.**

**LA OBJECIÓN GLOBAL PRESERVARÁ SU RECLAMACIÓN COMO UNA ALEGADA CONTRA OTRO DEUDOR DE TÍTULO III, CONFORME A LO INDICADO EN LA COLUMNA TITULADA "CORREGIDA (*CORRECTED*)" EN EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL, A EFECTOS DE LA DETERMINACIÓN EN UNA FECHA POSTERIOR, Y USTED RECIBIRÁ UNA NOTIFICACIÓN RELATIVA A CUALQUIER PROCEDIMIENTO ADICIONAL.**

      **OBSÉRVESE QUE** el 22 de enero de 2021, la Autoridad de Energía Eléctrica de Puerto Rico (la "<u>AEE</u>"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "<u>Junta de Supervisión</u>"), como representante de la AEE conforme a la sección 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("<u>PROMESA</u>"),[1] radicó la *Ducentésima nonagésima sexta objeción global (no sustantiva) de la Autoridad de*

---

[1]  PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101 a 2241.

*Energía Eléctrica de Puerto Rico a Reclamaciones radicadas contra el deudor incorrecto* (la
"Objeción Global") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto
Rico (el "Tribunal").[2]

---

<div style="border:1px solid black">

### SÍNTESIS

- **COMPRUEBE SI SU(S) RECLAMACIÓN(ES) SE MENCIONA(N) EN EL
  ANEXO A DE LA OBJECIÓN GLOBAL.**

- **Si su(s) reclamación(es) NO se menciona(n) en el Anexo A, la Objeción Global
  no afectará a su reclamación, por lo que NO tendrá que realizar ninguna
  acción.**

- Si su(s) reclamación(es) figura(n) en la columna titulada "Alegadas (*Asserted*)" en el
  Anexo A de la Objeción Global, usted ha radicado su(s) reclamación(es) contra el
  deudor incorrecto. La AEE solicita que su(s) reclamación(es) sea(n) reclasificada(s),
  total o parcialmente, de manera que sea(n) alegada(s) contra otro Deudor constituido
  conforme al Título III, según se expone en la columna titulada "Corregidas
  (*Corrected*)" en el Anexo A de la Objeción Global.

- **La Objeción Global preservará su reclamación como alegada contra otros
  Deudores a efectos de la determinación en una fecha posterior, y usted recibirá
  una notificación sobre los procedimientos adicionales.**

- DEBERÁ LEER CUIDADOSAMENTE ESTA NOTIFICACIÓN Y LA
  OBJECIÓN GLOBAL Y HABLAR SOBRE ESTAS CON SU ABOGADO.  SI NO
  TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A UNO.

- Copias de la Objeción Global, y todos los escritos radicados en el marco de los
  Casos de Título III, están disponibles, de manera gratuita, en
  https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844)
  822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-
  7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las
  7:00 p.m. (AST) (hablamos español).**

</div>

### SI NO CONTESTA CONFORME A LA PRESENTE NOTIFICACIÓN, EL TRIBUNAL PODRÁ CONCEDER EL REMEDIO SOLICITADO EN LA OBJECIÓN GLOBAL SIN OTRA NOTIFICACIÓN NI VISTA.

---

[2]  Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán
el significado que les haya sido atribuido en la Objeción Global.

<div style="border: 1px solid black; padding: 10px;">

**NOTIFICACIÓN IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1**

Cualquiera de las partes a la que se haya notificado la presente Objeción Global, o cualquier otra parte de la acción que objete al remedio aquí solicitado, deberá radicar y enviar una réplica a la Objeción Global ante la secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico antes de las **04:00 p.m. (AST)** del **24 de febrero de 2021**, salvo extensión por escrito por parte de la AEE. Si no se radica ninguna réplica en el plazo mencionado, se considerará que no hay oposición a la Objeción Global, por lo que esta podrá ser concedida, salvo que: 1) el remedio solicitado esté legalmente prohibido; 2) el remedio solicitado sea contrario al orden público; o 3) a criterio del Tribunal, el interés de la justicia exija otra cosa. Si radica una réplica en los plazos establecidos, el Tribunal podrá convocar una vista.

</div>

## Información muy importante para los Reclamantes que elijan radicar una réplica

**Quién tiene la obligación de radicar una réplica**. Cualquiera de las partes que impugne la Objeción Global tiene la obligación de radicar una réplica de conformidad con los procedimientos aquí establecidos. Si la parte cuya reclamación quede sujeta a la Objeción Global no radica ni notifica una réplica de conformidad con los procedimientos aquí establecidos, el Tribunal podrá conceder la Objeción Global en relación con tal reclamación sin más notificaciones al reclamante.

**Quién NO tiene la obligación de radicar una réplica**. Si usted no se opone al remedio solicitado en la Objeción Global, no tendrá que radicar ninguna réplica por escrito a la Objeción Global ni tendrá que comparecer en la vista sobre la Objeción Global (según se explica abajo). Además, la Objeción Global solo se aplica a las reclamaciones mencionadas en el <u>Anexo A</u> de la Objeción Global, cuya copia está disponible en línea, de manera gratuita, en <u>https://cases.primeclerk.com/puertorico</u>. **Si su reclamación <u>no</u> se menciona en el <u>Anexo A</u> de la Objeción Global, <u>no será necesario radicar ninguna réplica</u>.**

**Fecha límite para radicar una réplica**. Su réplica se considerará radicada dentro de los plazos establecidos **solo** si la radica ante el Tribunal **y** la notifica antes de las **04:00 p.m. (AST)** del **24 de febrero de 2021**, salvo extensión por escrito por parte de la AEE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

<div style="border: 1px solid black; padding: 10px; text-align: center;">

**La fecha límite para radicar y notificar una réplica se cumple a las
04:00 p.m. (AST) del <u>24 de febrero de 2021</u>.**

</div>

**Vista sobre la Objeción Global**. Si se radica y notifica una réplica de manera adecuada conforme a la presente notificación, se celebrará una vista sobre la Objeción Global y la réplica a las **09:30 a.m. (AST) del 10 de marzo de 2021** ante su señoría, Laura Taylor Swain, en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Si radica una réplica a la Objeción Global,

deberá planear comparecer en la vista sobre la Objeción Global. Sin embargo, la AEE se reserva el derecho, previa notificación con tres (3) días hábiles de antelación, a paralizar la vista en relación con la Objeción Global y la réplica.

Los Deudores podrán radicar una contestación a su réplica o contestación en un alegato oral durante la vista. Los Deudores podrán radicar su contestación en un plazo máximo de siete (7) días naturales antes de la celebración de la vista sobre la Objeción Global y la réplica.

> **EL TRIBUNAL SOLO TENDRÁ EN CONSIDERACIÓN SU RÉPLICA SI ESTA SE RADICA Y NOTIFICA ANTES DE LA FECHA LÍMITE PARA RESPONDER DE CONFORMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE NOTIFICACIÓN.**

**Lo que hay que radicar con la réplica**. Su réplica a la Objeción Global <u>deberá</u> contener la siguiente información:

(i) **Datos de contacto**. La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) del reclamante que responda; 2) del abogado o representante designado del reclamante al que los abogados de la AEE deban notificar una contestación a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción Global en nombre del reclamante.

(ii) **Epígrafe**. La réplica deberá contener un epígrafe que refleje el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción Global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamaciones relacionados de Prime Clerk (que se mencionan en el <u>Anexo A</u> de la Objeción Global y están disponibles en línea, de manera gratuita, en <u>https://cases.primeclerk.com/puertorico</u>).

(iii) **Motivo(s) para oponerse a la Objeción Global**. La réplica deberá contener una declaración concisa que establezca los motivos por los que el Tribunal no deba conceder la Objeción Global en relación con su Reclamación, incluidas las bases de hecho y de derecho que el reclamante vaya a invocar al oponerse a la Objeción Global.

(iv) **Documentación justificativa**. En la medida en que ya no esté incluida en la evidencia de reclamaciones, la réplica deberá contener una copia de cualquier otra documentación u otras evidencias relativas a la reclamación que el reclamante vaya a invocar al oponerse a la Objeción Global; <u>con la salvedad</u> de que el reclamante no tendrá que revelar en la réplica información confidencial, reservada o protegida de cualquier otra forma; y <u>también con la salvedad</u> de que el reclamante revelará a la AEE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales, reservados o protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamación, con sujeción a las restricciones de confidencialidad pertinentes.

(v) **Firma**. Usted deberá firmar su réplica. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

4

**NOTIFICACIÓN IMPORTANTE SOBRE INFORMACIÓN SENSIBLE CONTENIDA EN LAS RÉPLICAS.**

Todos los materiales sometidos al Tribunal en respuesta a la Objeción Global podrán radicarse públicamente y quedar accesibles para la población en general. En consecuencia, la réplica **no debe** incluir documentos ni información sensibles; por ejemplo, copias de licencias de conducir, pasaportes, partidas de nacimiento, tarjetas del Seguro Social, información médica sensible o información comercial confidencial. La información sensible sometida al Tribunal en respuesta a la Objeción Global debe cumplir con las siguientes directrices:

- Los números del Seguro Social y los números de identificación contributiva deben ocultarse (esto es, tacharse), salvo los últimos cuatro dígitos.

- Los días de cumpleaños deben ocultarse, salvo el año de nacimiento de la persona.

- El nombre de cualquier persona que se sepa que es menor de edad debe ocultarse, salvo las letras iniciales de la persona.

- Los números de cuentas financieras deben ocultarse, salvo los últimos cuatro dígitos.

Dicha información sensible o confidencial que los reclamantes invoquen en apoyo de su reclamación debe proporcionarse directamente al abogado de la AEE, y se mantendrá en confidencialidad. Usted podrá proporcionar esta información enviándola por correo a la siguiente dirección:

> Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
> Proskauer Rose LLP
> Eleven Times Square
> New York, New York 10036-8299
> Attn: Martin J. Bienenstock
> Paul V. Possinger
> Ehud Barak

**Dónde y cómo radicar y notificar una réplica**. Todas las réplicas deberán radicarse de forma electrónica ante el Tribunal con el nombre de expediente I*n re: Estado Libre Asociado de Puerto Rico*, Caso núm. 17 BK 3283-LTS. Hay dos métodos que puede utilizar para radicar su réplica:

1. **En línea**. Los usuarios inscritos en el sistema de radicación de casos del Tribunal deberán radicar su réplica de forma electrónica en un formato pdf susceptible de búsqueda.

2. **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema de radicación de casos del Tribunal, podrá radicar y notificar una réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos (*United States District Court*)
Sala 150 Edificio Federal (*Federal Building*)
San Juan (Puerto Rico) 00918-1767

Abogado de la Junta de Supervisión (*Counsel for the Oversight Board*)
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock
Ehud Barak
Paul V. Possinger

Abogados del Comité de Acreedores (*Counsel for the Creditors' Committee*)
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

SU RÉPLICA deberá enviarse por correo para ser recibida por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **04:00 p.m. (AST)** del **24 de febrero de 2021**, salvo extensión por escrito por parte de la AEE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **24 de febrero de 2021**, salvo extensión por escrito por parte de la AEE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos (*United States District Court*)
#150 Avenida Chardón
Edificio Federal (*Federal Building*)
San Juan (Puerto Rico) 00918

Su réplica deberá incluir un certificado de notificación que indique la forma en la que se ha efectuado la notificación.

Si tiene alguna pregunta sobre cómo radicar y notificar una réplica, incluidas preguntas sobre el sistema de radicación de casos del Tribunal, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

**Reserva de derechos**. NINGUNA DISPOSICIÓN CONTENIDA EN LA OBJECIÓN GLOBAL O EN LA PRESENTE NOTIFICACIÓN CONSTITUYE NI SE CONSIDERARÁ QUE CONSTITUYA UNA RENUNCIA A CUALESQUIERA DERECHOS DEL ELA, LA ACT, EL SRE, LA AEE, LA AEP O DE CUALQUIER OTRA PARTE INTERESADA EN RELACIÓN CON LOS CASOS DE TÍTULO III, A IMPUGNAR CUALESQUIERA RECLAMACIONES; A HACER VALER CONTRARRECLAMACIONES, DERECHOS A COMPENSACIÓN O RECUPERACIÓN, O CONTESTACIONES; A OBJETAR A LAS RECLAMACIONES (O A OTRAS RECLAMACIONES O CAUSAS RADICADAS DE UN RECLAMANTE) O A CUALESQUIERA MOTIVOS QUE NO SE HAYAN ALEGADO PREVIAMENTE EN UNA OBJECIÓN, SALVO QUE EL TRIBUNAL HAYA PERMITIDO UNA RECLAMACIÓN O HAYA ORDENADO OTRA COSA; O A SOLICITAR QUE SE ESTIME CUALQUIER RECLAMACIÓN EN EL FUTURO. A SU DEBIDO TIEMPO, LAS PARTES AFECTADAS RECIBIRÁN LA NOTIFICACIÓN PERTINENTE DE TODO ELLO.

---

**Recursos adicionales y con quién comunicarse en el caso de que tenga que formular preguntas**

Todos los documentos radicados en el marco de los Casos de Título III, incluidas copias de las reclamaciones radicadas utilizando CM/ECF, se encuentran disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Objeción Global, el estado de su réplica, su reclamación o la presente notificación, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

---

**<u>EXHIBIT D</u>**

**Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

ORDER GRANTING TWO HUNDRED NINETY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

Upon the *Two Hundred Ninety-Sixth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserted Against the Incorrect Debtor* ("Two Hundred Ninety-Sixth Omnibus Objection")[2] of the Puerto Rico Electric Power Authority ("PREPA"), dated January 22, 2021, for entry of an order reclassifying certain claims filed against PREPA, as more fully set forth in the Two Hundred Ninety-Sixth Omnibus Objection and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Two Hundred Ninety-Sixth Omnibus Objection.

supporting exhibits thereto; and the Court having jurisdiction to consider the Two Hundred Ninety-Sixth Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[3]; and venue being proper pursuant to PROMESA Section 307(a); and due and proper notice of the Two Hundred Ninety-Sixth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Asserted" in Exhibit A to the Two Hundred Ninety-Sixth Omnibus Objection having improperly identified PREPA as obligor, when such claims are properly asserted, if at all, against the debtor(s) identified in the column titled "Corrected" in Exhibit A to the Two Hundred Ninety-Sixth Omnibus Objection; and the Court having determined that the relief sought in the Two Hundred Ninety-Sixth Omnibus Objection is in the best interest of PREPA, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Two Hundred Ninety-Sixth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Two Hundred Ninety-Sixth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims identified in the column titled "Asserted" in Exhibit A to the Two Hundred Ninety-Sixth Omnibus Objection are hereby reclassified to be claims asserted against the Title III debtor(s) indicated in the column titled "Correct" in Exhibit A; and it is further

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it is further

---

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

ORDERED that Prime Clerk is authorized and directed, in the official claims register in the PROMESA cases, to move the claims identified in the column titled "Asserted" in Exhibit A to the Two Hundred Ninety-Sixth Omnibus Objection from PREPA's Title III Case (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID:  3747) to the Title III case for the debtor(s) identified in the column titled "Corrected" in Exhibit A to the Two Hundred Ninety-Sixth Omnibus Objection; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.


Dated: _____


_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

## <u>ANEXO D</u>

**Orden Propuesta**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

|  |  |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>     como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*,<br><br>                              Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con la AEE.** |

ORDEN POR LA QUE SE CONCEDE LA DUCENTÉSIMA NONAGÉSIMA SEXTA
OBJECIÓN GLOBAL (NO SUSTANTIVA) DE LA AUTORIDAD DE ENERGÍA
ELÉCTRICA DE PUERTO RICO A RECLAMACIONES RADICADAS CONTRA EL
DEUDOR INCORRECTO

Vista la *Ducentésima nonagésima sexta objeción global (no sustantiva) de la Autoridad de Energía Eléctrica de Puerto Rico a Reclamaciones radicadas contra el deudor incorrecto* (la "Ducentésima nonagésima sexta objeción global"),[2] de la Autoridad de Energía

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos del Estado Libre Asociado de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa informático)

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Ducentésima nonagésima sexta objeción global.

Eléctrica de Puerto Rico (la "AEE"), de fecha 22 de enero de 2021, en la que se solicita que se dicte una orden que reclasifique determinadas reclamaciones radicadas contra la AEE, según se expone con más detalle en la propia Ducentésima nonagésima sexta objeción global y los anexos justificativos de la misma; y teniendo el Tribunal jurisdicción para atender la Ducentésima nonagésima sexta objeción global y para conceder el remedio allí solicitado conforme a la sección 306(a) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[3]; y siendo la sede judicial competente conforme a PROMESA, sección 307(a); y habiéndose efectuado, en tiempo y forma, la notificación de la Ducentésima nonagésima sexta objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y cada una de las reclamaciones identificadas en la columna titulada "Alegadas (*Asserted*)" en el Anexo A de la Ducentésima nonagésima sexta objeción global habiendo identificado incorrectamente a la AEE como deudor, cuando en todo caso lo correcto sería que tales reclamaciones se alegaran contra el/los deudor(es) identificado(s) en la columna titulada "Corregidas (*Corrected*)" en el Anexo A de la Ducentésima nonagésima sexta objeción global; y habiendo determinado el Tribunal que el remedio solicitado en la Ducentésima nonagésima sexta objeción global redunda en el mejor interés de la AEE, sus acreedores y de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Ducentésima nonagésima sexta objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio de la presente,

SE ORDENA que SE CONCEDA la Ducentésima nonagésima sexta objeción global, según se establece en el presente documento; además

---

[3]  PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101 a 2241.

SE ORDENA que las reclamaciones identificadas en la columna titulada "Alegadas (*Asserted*)" en el Anexo A de la Ducentésima nonagésima sexta objeción global queden reclasificadas como reclamaciones alegadas contra el/los deudor(es) de Título III identificadas en la columna titulada "Corregidas (*Corrected*)" en el Anexo A; asimismo

SE ORDENA que el derecho que asiste a los Deudores a objetar a las Reclamaciones Reclasificadas quede reservado; también

SE ORDENA que Prime Clerk quede autorizada y reciba instrucciones para trasladar, en el registro oficial de reclamaciones relativo a los casos radicados conforme a PROMESA, las reclamaciones identificadas en la columna titulada "Alegadas (*Asserted*)"en el Anexo A de la Ducentésima nonagésima sexta objeción global del Caso de Título III de la AEE (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747) al Caso de Título III del/de los deudor(es) identificado(s) en la columna titulada "Corregidas (*Corrected*)" en el Anexo A de la Ducentésima nonagésima sexta objeción global; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

Fecha: _____

_____
Su señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos (*United States District Judge*)

3

**Exhibit D**

Exhibit D

284th Omni Service List

Served via first class mail and email

| MMLID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| 2203751 | Cans Miranda, Edgar K | Address of file | | | | | | | |
| 2201269 | Colon, Orlando | Address of file | | | | | | | |
| 2201706 | MELENDEZ HERNAIZ, AMPARO | Address of file | | | | | | | |
| 2198668 | Nazario Perez, Waldemar | Address of file | | | | | | | |
| 1507932 | Pitney Bowes Puerto Rico, Inc. | c/o Germán J. Salas | PO Box 11662 | | | San Juan | PR | 00922-1662 | german.salas@pb.com |
| 1507932 | Pitney Bowes Puerto Rico, Inc. | German J. Salas | Controller | 7 Calle Tabonuco San Patricio Office Center | Suite 102 | Guaynabo | PR | 00968 | rgf@mcvpr.com |
| 1507932 | Pitney Bowes Puerto Rico, Inc. | McConnell Valdés LLC | PO Box 364225 | | | San Juan | PR | 00936 | scs@mcvpr.com |
| 2205341 | PLAZA ROBLES, AGAR | Address of file | | | | | | | |
| 2205676 | Roldan Almeda, Myrna | Address of file | | | | | | | |
| 2199912 | VILLALOBOS PELLOT, WILFREDO | Address of file | | | | | | | |

**<u>Exhibit E</u>**

Exhibit E

285th Omni Service List

Served as set forth below

| MMLID | NAME | ADDRESS1 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| 2189644 | Bonilla De Jesus, Maria V | Address on file | | | | | First Class mail and Email |
| 2190998 | Guzman, Jacinto Burgos | Address on file | | | | | First Class Mail |
| 2189844 | Lebron Ramos, Ismael | Address on file | | | | | First Class Mail |
| 2191693 | Mercado Soto, Angel Manuel | Address on file | | | | | First Class Mail |
| 2190185 | Montes Ortiz, Victor | Address on file | | | | | First Class Mail |
| 1744992 | Pena Alvarado, Nydia | Address on file | | | | | First Class Mail |
| 1744992 | Pena Alvarado, Nydia | Address on file | | | | | First Class Mail |
| 2190105 | Ramirez Rodriguez, Jorge Luis | Address on file | | | | | First Class mail and Email |
| 2190956 | Rivera Silva, Julio | Address on file | | | | | First Class Mail |
| 466948 | Rodriguez Calderon, Eric | Address on file | | | | | First Class mail and Email |
| 76868 | RODRIGUEZ SANTOS, CARMEN | Address on file | | | | | First Class mail and Email |

**<u>Exhibit F</u>**

# Exhibit F

286th Omni Service List

Served as set forth below

| MMLID | NAME | ADDRESS1 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| 1777854 | Colon Rivera, Jose A. | Address on file | | | | | First Class Mail |
| 1368502 | CONCEPCION, RITZA I | Address on file | | | | | First Class Mail and Email |
| 1368502 | CONCEPCION, RITZA I | Address on file | | | | | First Class Mail and Email |
| 1439107 | LORENZO GONZALEZ, JOVANNI | Address on file | | | | | First Class Mail |
| 1439107 | LORENZO GONZALEZ, JOVANNI | Address on file | | | | | First Class Mail |

**Exhibit G**

Exhibit G

287th Omni Service List

Served as set forth below

| MMLID | NAME | ADDRESS1 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 2205904 | Alegria Gandia, Gerardo V. | Address on file | | | | | | First Class Mail |
| 2215445 | Arbolay Vazquez, Lillian | Address on file | | | | | | First Class Mail and Email |
| 2219174 | Arevalo Cruz, Esperanza | Address on file | | | | | | First Class Mail |
| 2222433 | Arroyo Diaz, Ramon L. | Address on file | | | | | | First Class Mail |
| 2222694 | Arroyo Diaz, Ramon L. | Address on file | | | | | | First Class Mail |
| 2222555 | Barbot Rodriguez, Carmen | Address on file | | | | | | First Class Mail |
| 2201328 | Barrios Ayala, Augusto J | Address on file | | | | | | First Class Mail and Email |
| 2203320 | Berrios Rojas, Nilda L. | Address on file | | | | | | First Class Mail and Email |
| 2221847 | Cabret Fuentes, Jose A. | Address on file | | | | | | First Class Mail |
| 2222455 | Carrasquillo Santiago, Arlene | Address on file | | | | | | First Class Mail |
| 2204507 | Claudio Gines, Olga | Address on file | | | | | | First Class Mail |
| 2221151 | Coffie, Gloria E. | Address on file | | | | | | First Class Mail |
| 2221459 | Colon Viruet, Marvella E | Address on file | | | | | | First Class Mail |
| 2219705 | Correa Yambo, Eduardo | Address on file | | | | | | First Class Mail |
| 2220672 | Crespo Gonzalez, Maria S. | Address on file | | | | | | First Class Mail |
| 2221557 | Cruz Miranda, Carlos | Address on file | | | | | | First Class Mail |
| 2205827 | Cruz Zavala, Nyhra Z. | Address on file | | | | | | First Class Mail and Email |
| 2219179 | Diaz Segura, Nereida E. | Address on file | | | | | | First Class Mail |
| 2220434 | FEBRE SANTIAGO, LOURDES | Address on file | | | | | | First Class Mail |
| 2202904 | Figueroa Fontanez, Elizabeth | Address on file | | | | | | First Class Mail and Email |
| 2222847 | Franceschi Zayas, Carlos A. | Address on file | | | | | | First Class Mail |
| 2220932 | Garcia Rodriguez, Ida Gricell | Address on file | | | | | | First Class Mail |
| 2206386 | Gonzalez Feliciano, Jorge A. | Address on file | | | | | | First Class Mail and Email |
| 2221888 | Gonzalez Perez, Freddie | Address on file | | | | | | First Class Mail |
| 2218759 | Gonzalez Rivera, Juan E. | Address on file | | | | | | First Class Mail |
| 2198847 | HERNANDEZ HERRERA, ANTONIA | Address on file | | | | | | First Class Mail and Email |
| 2219156 | Lopez Rodriguez, Maria Del Carmen | Address on file | | | | | | First Class Mail |
| 2205471 | Maldonado Maldonado, David | Address on file | | | | | | First Class Mail and Email |
| 2221845 | Maldonado Maldonado, Miguel | Address on file | | | | | | First Class Mail |
| 2226530 | Marquez Pacheco, Fernando | Address on file | | | | | | First Class Mail and Email |
| 2221884 | Ortiz Figueroa, Franklin | Address on file | | | | | | First Class Mail |
| 2218920 | Perez Vega, Angel L. | Address on file | | | | | | First Class Mail |
| 2221225 | Rivera Guzman, Leomaris D. | Address on file | | | | | | First Class Mail |
| 2221552 | Rivera Martinez, Maria Del Carmen | Address on file | | | | | | First Class Mail |

**Exhibit H**

Exhibit H
288th Omni Service List
Served as set forth below

| MMLID | NAME | ADDRESS1 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| 1551918 | Aybar Franco, Wilfredo | Balcones de Monte Real App. 1703 | Carolina | PR | 00987 | waybarf@gmail.com | First Class Mail and Email |
| 1455596 | FOX, PATSY L. | Address on file | | | | | First Class Mail |
| 1481664 | Garcia, Domingo | Address on file | | | | | First Class Mail and Email |
| 1481664 | Garcia, Domingo | Address on file | | | | | First Class Mail and Email |
| 1593058 | GONZALEZ FUENTES, CARMEN | Address on file | | | | | First Class Mail and Email |
| 1651723 | Gonzalez, Concepcion | Address on file | | | | | First Class Mail and Email |
| 1564988 | Hernandez Lopez, Sixto | Address on file | | | | | First Class Mail and Email |
| 834492 | Pedro Luis Casasnovas & Olga I. Trinidad Nieves | Address on file | | | | | First Class Mail and Email |
| 834492 | Pedro Luis Casasnovas & Olga I. Trinidad Nieves | Address on file | | | | | First Class Mail and Email |
| 1616336 | Quilichini, Norman A | Address on file | | | | | First Class Mail and Email |
| 1455622 | Rene C Gomez Gomez + Aura I Fernandez Perez | Po Box 1117 | Caguas | PR | 00726-1117 | dr_renegomez@yahoo.com | First Class Mail and Email |
| 1454237 | Rodriguez Molina, Carlos H | Address on file | | | | | First Class Mail and Email |
| 491504 | ROSA LABOY, LUZ M | Address on file | | | | | First Class Mail |

**Exhibit I**

Exhibit I

289th Omni Service List

Served as set forth below

| MMLID | NAME | ADDRESS1 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| 2221363 | Aguilo Velez, Jose M. | Address on file | | | | | First Class Mail |
| 2203294 | Aponte Pagan, Jose Luis | Address on file | | | | | First Class Mail and Email |
| 2206324 | Aponte Resto, David | Address on file | | | | | First Class Mail and Email |
| 2209219 | Berrios Rosa, Isabel Cristina | Address on file | | | | | First Class Mail |
| 2197810 | Carrelo Castro, Edwin F | Address on file | | | | | First Class Mail and Email |
| 2204190 | Castro Aponte, Carmen Cecilia | Address on file | | | | | First Class Mail and Email |
| 2204632 | Chevere Zayas, Ivelisse | Address on file | | | | | First Class Mail and Email |
| 2214120 | Collazo Rodriguez, Emerito | Address on file | | | | | First Class Mail |
| 2199733 | Colon Rodriguez, Luis A. | Address on file | | | | | First Class Mail and Email |
| 2209503 | Colon Roman, Lourdes T. | Address on file | | | | | First Class Mail and Email |
| 2203420 | Cordova Giboyeaux, Juan Manuel | Address on file | | | | | First Class Mail |
| 2211615 | Cortes, Roberto Vila | Address on file | | | | | First Class Mail and Email |
| 2213930 | Cruz Cortes, Carmen A. | Address on file | | | | | First Class Mail |
| 2213823 | Cruz Cortes, Isabel M. | Address on file | | | | | First Class Mail |
| 2198447 | Diaz Berrios, Sandra | Address on file | | | | | First Class Mail |
| 2205589 | Diaz Irizarry, Jose R | Address on file | | | | | First Class Mail and Email |
| 2200484 | Diaz Lois, Wanda | Address on file | | | | | First Class Mail |
| 2206911 | Espada Acevedo, Ruben | Address on file | | | | | First Class Mail and Email |
| 2208511 | Falcon Curet, Noel E | Address on file | | | | | First Class Mail and Email |
| 2214862 | Gerena Camacho, Wanda A. | Address on file | | | | | First Class Mail |
| 2204210 | Gonzalez Cardana, Petra Margarita | Address on file | | | | | First Class Mail and Email |
| 2204497 | Gonzalez Cruz, Laura E. | Address on file | | | | | First Class Mail and Email |
| 2203632 | GONZALEZ FELICIANO, JORGE A. | Address on file | | | | | First Class Mail |
| 2206386 | Gonzalez Feliciano, Jorge A. | Address on file | | | | | First Class Mail and Email |
| 2203448 | Gonzalez Gonzalez, Heriberto | Address on file | | | | | First Class Mail and Email |
| 2209472 | Gonzalez Lorenzo, Jose E. | Address on file | | | | | First Class Mail |
| 2214182 | Gonzalez Noa, Edwin | Address on file | | | | | First Class Mail |
| 2210659 | Gonzalez Rivera, Blanca R. | Address on file | | | | | First Class Mail |
| 2215524 | Gonzalez, Eric O. | Address on file | | | | | First Class Mail |
| 2219521 | Lopez Aponte, Mayra | Address on file | | | | | First Class Mail |
| 2202029 | LOZADA CACERES, KARINA | Address on file | | | | | First Class Mail and Email |
| 2215811 | Luna Martinez, Luis R. | Address on file | | | | | First Class Mail |
| 2220998 | Maldonado Rodriguez, Migna R. | Address on file | | | | | First Class Mail |
| 2212095 | Maldonado Velez, Candad B. | Address on file | | | | | First Class Mail |
| 2212134 | Medina Rivera, Arsenio | Address on file | | | | | First Class Mail |
| 2205449 | Mojica Rosario, Yolanda | Address on file | | | | | First Class Mail and Email |
| 2219757 | Mojica Rosario, Yolanda | Address on file | | | | | First Class Mail |

Exhibit I

289th Omni Service List

Served as set forth below

| | | | | | | |
|---|---|---|---|---|---|---|
| 2206582 | Moll, Gloria S. | Address on file | | | | First Class Mail |
| 2200651 | Muñoz Morales, Juan J. | Address on file | | | | First Class Mail and Email |
| 2206239 | Muñoz Vargas, Marta | Address on file | | | | First Class Mail |
| 2214423 | Nieves, Paula Melendez | Address on file | | | | First Class Mail |
| 2204294 | Ortiz Baez, Luis Esteban | Address on file | | | | First Class Mail and Email |
| 2205667 | Ortiz Figueroa, Nilda | Address on file | | | | First Class Mail and Email |
| 2205411 | Ortiz Figueroa, Nilda | Address on file | | | | First Class Mail |
| 2209105 | Pedrosa Mercado, Guillermo | Address on file | | | | First Class Mail |
| 2222371 | Ramos Rivera, Edgardo L. | Address on file | | | | First Class Mail |
| 2211078 | Rivera Aponte, Madeline | HC 1 Box 68513 | Las Piedras | PR | 00771 | First Class Mail |
| 2212492 | Rivera Lopez, Wanda I. | Address on file | | | | First Class Mail and Email |
| 2197860 | Rivera Pizarro, Rafael | Address on file | | | | First Class Mail and Email |
| 2207101 | Robles Rivera, Lysset T. | Address on file | | | | First Class Mail and Email |
| 468143- | RODRIGUEZ COLON, MARIBEL | Address on file | | | | First Class Mail |
| 2201320 | Rodriguez Garcia, Hector F. | Address on file | | | | First Class Mail and Email |
| 2214093 | Rodriguez, Nicolas Sandoval | Address on file | | | | First Class Mail and Email |
| 2202793 | Rodriguez-Del Valle, Maria | Address on file | | | | First Class Mail and Email |
| 2207335 | Rosario Charles, Esther | Address on file | | | | First Class Mail and Email |
| 2219280 | Rosario, Yolanda Mojica | Address on file | | | | First Class Mail |
| 2211781 | Rossner Figueroa, Everlidys | Address on file | | | | First Class Mail and Email |
| 2211781 | Rossner Figueroa, Everlidys | Address on file | | | | First Class Mail |
| 2209350 | Santiago Torres, Luis A. | Address on file | | | | First Class Mail |
| 2206261 | Santos Castro, Luz Rosario | Address on file | | | | First Class Mail |
| 2208491 | SOCORRO MARCANO DE JESUS, ESTHER | Address on file | | | | First Class Mail and Email |
| 2207623 | Socorro Marcano de Jesus, Esther | Address on file | | | | First Class Mail and Email |
| 2214884 | Torres Colon, German | Address on file | | | | First Class Mail |
| 2211070 | Vazquez Carrasquillo, Eddie | Address on file | | | | First Class Mail |
| 2206954 | Vega Burgos, Angel A. | Address on file | | | | First Class Mail and Email |
| 2197780 | Velazquez Cotti, Rosa H. | Address on file | | | | First Class Mail and Email |
| 2207739 | Vila Cortes, Roberto | Address on file | | | | First Class Mail and Email |

**Exhibit J**

Exhibit J

290th Omni Service List

Served as set forth below

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**<u>Exhibit K</u>**

Exhibit K

291st Omni Service List

Served via first class mail and email

**<u>Exhibit L</u>**

Exhibit L

292nd Omni Service List

Served as set forth below

| MMLID | NAME | ADDRESS1 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 1552770 | Aranibar Bravo, Gonzalo J. | Address on file | | | | | | First class mail |
| 2120426 | Claudio Aliff Ortiz and Kathy Roman Rivera | Address on file | | | | | | First class mail and Email |
| 1720682 | Crespo Cardona, Margarita | Address on file | | | | | | First class mail and Email |
| 1541977 | Ortiz Atienza, Maria M. | Address on file | | | | | | First class mail |
| 625847 | SURIA HERNANDEZ, CARMEN DELIA | Address on file | | | | | | First class mail and Email |

**<u>Exhibit M</u>**

Exhibit M

293rd Omni Service List

Served as set forth below

| MMLID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 1628104 | Brook II, Spruce | Address on file | | | | | | First class mail and Email |
| 1448458 | Brooks, David | Address on file | | | | | | First class mail and Email |
| 691754 | CACHO CACHO, JUANA | Address on file | | | | | | First class mail |
| 691754 | CACHO CACHO, JUANA | Address on file | | | | | | First class mail |
| 1488428 | Caparros Santos, Helvia S. | Address on file | | | | | | First class mail and Email |
| 1488428 | Caparros Santos, Helvia S. | Address on file | | | | | | First class mail and Email |
| 1597846 | Coop Ahorro y Credito Empleados First Bank | PO Box 9146 | | San Juan | PR | 00926-9710 | | First class mail |
| 1667116 | Cooperativa de Ahorro y Credito de Lares | Jose A. Marrero Torres | PO Box 362 | Lares | PR | 00669 | jmarrero@larcoop.com | First class mail and Email |
| 1667116 | Cooperativa de Ahorro y Credito de Lares | PO Box 191757 | | San Juan | PR | 00919 | ealmeida@almeidadavila.com | First class mail and Email |
| 1450476 | Developers Group Inc. | PMB 356 | 1353 Carr. 19 | Guaynabo | PR | 00966 | jfojo@msn.com | First class mail and Email |
| 2135473 | MARROIG, JUAN | Address on file | | | | | | First class mail and Email |
| 1436612 | Muth, John T | Address on file | | | | | | First class mail and Email |
| 1531357 | QUILICHINI PAZ, FLORENCE | Address on file | | | | | | First class mail |
| 1800238 | Ramirez De Arellano, Alfred | Address on file | | | | | | First class mail and Email |
| 1462516 | Reyes Gilestra, Tristan | Address on file | | | | | | First class mail and Email |
| 1598238 | Rosario Mojica, Eugenio | Address on file | | | | | | First class mail and Email |
| 1474873 | Stewart, Richard | Address on file | | | | | | First class mail and Email |
| 842540 | Sucesion J. Serralles Second, Inc | Po Box 801201 | | Coto Laurel | PR | 00780-1201 | jaortiz@sjspr.com | First class mail and Email |
| 2178891 | Susan A Jennings, Trustee | Address on file | | | | | | First class mail and Email |
| 1479140 | Winer, Leon | Address on file | | | | | | First class mail and Email |

**Exhibit N**

Exhibit N
294th Omni Service List
Served as set forth below

| MMLID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 120943 | CENTRO DE ESTUDIOS AVANZADOS DE PUERTO RICO Y EL CARIBE | PO BOX 9023970 | | | SAN JUAN | PR | 00902-3970 | mrodriguez@ceaprc.edu | First class mail and email |
| 1471248 | Newtyn Partners, LP | Noah Levy | 405 Park Avenue | Suite 1104 | New York | NY | 10022 | operations@newtyn.com | First class mail and email |
| 1470123 | Newtyn TE Partners, LP | Noah Levy | 405 Park Avenue | Suite 1104 | New York | NY | 10022 | | First class mail |
| 2007855 | Whitefort Capital Master Fund, LP | c/o Joseph Kaplan | 780 Third Avenue, 26th Floor | | New York | NY | 10017 | joe@whitefortcapital.com | First class mail and email |
| 1454190 | Winderweedle, William H | Address on file | | | | | | | First class mail and email |

**<u>Exhibit O</u>**

Exhibit O

295th Omni Service List

Served as set forth below

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|-------|------|---------|------|-------|-------------|-------|-------------------|
| 2137048 | Stangle, Louis and Mae | Address on file | | | | | First class mail |
| 1486266 | Wright, Brian | Address on file | | | | | First class mail and Email |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Page 1 of 1

**Exhibit P**

Exhibit P

296th Omni Service List

Served as set forth below

**<u>Exhibit Q</u>**

Exhibit Q

297th Omni Service List

Served as set forth below

| MMLID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 860255 | CARRILLO-MALDONADO, JOAQUIN E | Address on file | | | | | | First Class mail |
| 733474 | ORLANDO MARINI ROMAN | LCDO. ARIEL O. CARO PEREZ | P.O. BOX 9010 | SAN JUAN | PR | 00908 | aocaroperez@gmail.com | First Class mail and Email |
| 733474 | ORLANDO MARINI ROMAN | P.O. BOX 3643 | | AGUADILLA | PR | 00605 | orlandomarini@gmail.com | First Class mail and Email |