# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 10:18 AM (AST)
Ended: 11:24 AM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**         DATE: February 1, 2021
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY:  Carmen Tacoronte
COURT REPORTER:  Amy Walker
CONTRACT INTERPRETER:  Juan Segarra
CSO: Jose Velez

| In Re: | |
|---|---|
| The Financial Oversight and Management Board for Puerto Rico | 3:17-BK-3283 (LTS)<br>PROMESA Title III |
| *as representative of* | |
| The Commonwealth of Puerto Rico, *et al*. Debtors | (Jointly Administered) |

**Hearing on Adjourned Omnibus Objections to Claims held.**

The following claimants were present in court:

1. Yolanda Rosario Velez,
2. Adonis Ruiz Nogueras, and
3. Nelson Sanabria Cruz.

Attorney Daniel Perez Refojos, counsel for the Financial Oversight and Management Board, was present in court.

Laura Stafford, Esq., counsel for the Financial Oversight and Management Board for Puerto Rico, addressed the Court regarding the specific objections on the agenda.

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – February 1, 2021

I. **CONTESTED CLAIM OBJECTIONS (beginning at 9:30 a.m. Atlantic Standard Time):**
   1. One Hundred Seventy-Sixth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 12143].
      a. Response to One Hundred Seventy-Sixth Objection to Claims, filed by Consolidated Waste Services and Landfill Technologies of Fajardo (Claim Nos. 21133; 22881; 23130; 23654; 23662; 23665; 23667; 23671; 24263; 24326; 24334; 24348; 26646; 27826; 28040; 28056; 28082; 28110; 28112; 28131; 28135; 28141; 28145; 28156; 28174; 28182; 35800; 35855; 35996; and 27063) [Case No. 17-3283, ECF No. 15709-1]
         i. Attorney Lourdes Arroyo was heard via CourtSolutions.
         ii. The objection was sustained as to Claim Nos. 21133, 22881, 23130, 23654, 23662, 23665, 23667, 23671, 24263, 24326, 24334, 24348, 26646, 27063, 27826, 28040, 28056, 28082, 28110, 28112, 28131, 28135, 28141, 28145, 28156, 28174, 28182, 35800, 35855, and 35996. The claims were disallowed in their entirety.
         iii. Proposed form of order to be submitted.
   2. One Hundred Ninety-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 12865]
      a. Response to One Hundred Ninety-Third Omnibus Objection to Claims, filed by Poullette Bouret Echevarria (Claim No. 5158) [Case No. 17-3283, ECF No. 15710-1]
         i. The objection was sustained as to Claim No. 5158. The claim was disallowed in its entirety.
         ii. Proposed form of order to be submitted.
   3. One Hundred Ninety-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 12865]
      a. Response to One Hundred Ninety-Third Omnibus Objection to Claims, filed by Ismael Colón Andujar (Claim No. 20695) [Case No. 17-3283, ECF No. 13455]
         i. The objection was sustained as to Claim No. 20695. The claim was disallowed in its entirety.
         ii. Proposed form of order to be submitted.
   4. One Hundred Ninety-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 12865]
      a. Response to One Hundred Ninety-Third Omnibus Objection to Claims, filed by Joel Martínez Santiago (Claim No. 37093) [Case No. 17-3283, ECF No. 13484]
         i. The objection was sustained as to Claim No. 37093. The claim was disallowed in its entirety.
         ii. Proposed form of order to be submitted.

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – February 1, 2021

5. One Hundred Ninety-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 12865]
    a. Response to One Hundred Ninety-Third Omnibus Objection to Claims, filed by Yolanda Rosario Alvarez (Claim No. 23069) [Case No. 17-3283, ECF No. 13081]
        i. Ms. Yolanda Rosario Alvarez was assisted by the interpreter.
        ii. The objection was sustained as to Claim No. 23069. The claim was disallowed in its entirety.
        iii. Proposed form of order to be submitted.
6. One Hundred Ninety-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 12865]
    a. Response to One Hundred Ninety-Third Omnibus Objection to Claims, filed by Adonis Ruiz Nogueras (Claim No. 2406) [Case No. 17-3283, ECF No. 13152]
        i. Mr. Adonis Ruiz Nogueras was assisted by the interpreter.
        ii. The objection was sustained as to Claim No. 2406. The claim was disallowed in its entirety.
        iii. Proposed form of order to be submitted.
7. One Hundred Ninety-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 12867]
    a. Response to One Hundred Ninety-Fourth Omnibus Objection to Claims, filed by Nelson Sanabria Cruz (Claim No. 21119) [Case No. 17-3283, ECF No. 13139]
        i. Mr. Nelson Sanabria Cruz was assisted by the interpreter.
        ii. The objection was sustained as to Claim No. 21119. The claim was disallowed in its entirety.
        iii. Proposed form of order to be submitted.
8. One Hundred Ninety-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 12867]
    a. Response to One Hundred Ninety-Fourth Omnibus Objection to Claims, filed by Yessenia Velazquez Perez (Claim No. 2838) [Case No. 17-3283, ECF No. 13195].
        i. The objection was sustained as to Claim No. 2838. The claim was disallowed in its entirety.
        ii. Proposed form of order to be submitted.

**Omnibus Hearing set for March 10, 2021 at 9:30 AM (AST) before Judge Laura Taylor Swain.**

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy Clerk