```
 1              UNITED STATES DISTRICT COURT

 2             DISTRICT OF PUERTO RICO

 3
     In Re:                    )      Docket No. 3:17-BK-3283(LTS)
 4                             )
                               )      PROMESA Title III
 5   The Financial Oversight and )
     Management Board for       )
 6   Puerto Rico,              )      (Jointly Administered)
                               )
 7   as representative of       )
                               )
 8   The Commonwealth of        )
     Puerto Rico, et al.        )      February 1, 2021
 9                             )
                 Debtors,      )
10
     _____
11

12        HEARING ON ADJOURNED OMNIBUS OBJECTIONS TO CLAIMS

13   BEFORE THE HONORABLE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN

14             UNITED STATES DISTRICT COURT JUDGE

15    AND THE HONORABLE U.S. MAGISTRATE JUDGE JUDITH GAIL DEIN

16             UNITED STATES DISTRICT COURT JUDGE

17   _____

18   APPEARANCES:

19   ALL PARTIES APPEARING TELEPHONICALLY

20   For The Commonwealth
     of Puerto Rico, et al.:   Ms. Laura Stafford, PHV
21                              Mr. Brian Rosen, PHV

22   For the Financial
     Oversight and Management
23   Board:                    Mr. Daniel Perez Refojos, Esq.
                                   Appearing in court
24
     For Consolidated Waste     Ms. Lourdes Arroyo Portela, Esq.
25   Services:
```

```
 1    APPEARANCES, Continued:

 2    Appearing Pro Se:          Ms. Yolanda Rosario Alvarez
 3                               Mr. Adonis Ruiz Nogueras
                                 Mr. Nelson Sanabria Cruz
 4                                   Appearing in court

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Proceedings recorded by stenography.  Transcript produced by
      CAT.
```

```
 1                          I N D E X

 2  WITNESSES:                                        PAGE

 3        None.

 4

 5  EXHIBITS:

 6        None.

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                                    San Juan, Puerto Rico

 2                                    February 1, 2021

 3                                    At or about 10:15 AM

 4                         *    *    *

 5           THE COURT:  Buenos dias.  This is Judge Swain

 6   speaking.

 7           MS. NG:  Good morning, Judge.  It's Lisa again.

 8   Everybody is here.

 9           THE COURT:  Good morning.

10           Ms. Tacoronte?

11           COURTROOM DEPUTY:  Good morning, Your Honor.

12           THE COURT:  Good morning.  Would you kindly call the

13   case?

14           COURTROOM DEPUTY:  The United States District Court

15   for the District of Puerto Rico is now in session.  The

16   Honorable Laura Taylor Swain presiding.  Also present, the

17   Honorable Magistrate Judge Judith Dein.

18           Bankruptcy Case No. 2017-3283, *In re:  The Financial*

19   *Oversight and Management Board for Puerto Rico, as*

20   *representative of the Commonwealth of Puerto Rico, et al.,* for

21   Hearing on Adjourned Omnibus Objections.

22           THE COURT:  Thank you.

23           Is a certified interpreter present?

24           THE INTERPRETER:  Yes, Your Honor.

25           THE COURT:  Good morning.  Would you please state
```

1   your name?

2         THE INTERPRETER:  Juan Segarra.

3         THE COURT:  Good morning, Mr. Segarra.  And you are

4   interpreting from English to Spanish and vice versa?

5         THE INTERPRETER:  Yes, I am, Your Honor.

6         THE COURT:  Thank you.

7         Again, welcome, counsel, parties in interest, and

8   members of the public and press.  Today's telephonic hearing

9   is for the purpose of addressing several pending Omnibus Claim

10   Objections.

11         To ensure the orderly operation of today's telephonic

12   hearing, all parties on the line must mute their phones when

13   they are not speaking.  If you are accessing these proceedings

14   on a computer, please be sure to select "mute" on both the

15   Court Solutions dashboard and your phone.  When you need to

16   speak, you must unmute on both the dashboard and the phone.

17         I remind everyone that consistent with court and

18   judicial conference policies and the orders that have been

19   issued, no recording or retransmission of the hearing is

20   permitted by any person, including but not limited to the

21   parties, members of the public, or the press.  Violations of

22   this rule may be punished with sanctions.

23         The Agenda for today's hearing was filed by the

24   Oversight Board on January 28th, 2021.  The Agenda, which was

25   filed at Docket Entry No. 15774 in Case No. 17-3283, is

1  available to the public at no cost on Prime Clerk for those

2  interested.  Each portion of today's hearing will begin at or

3  about the time indicated on the Agenda.  If we need to take a

4  break, I will direct everyone to disconnect and dial back in

5  at a specified time.

6       Our first Agenda Item, which is starting late,

7  because it was scheduled for 9:30, is the 176th Omnibus

8  Objection and the Response of Consolidated Waste Services and

9  Landfill Technologies of Fajardo.  Eighteen minutes of

10  argument time has been allocated for this matter.

11       We will first hear from counsel for the Oversight

12  Board for up to eight minutes, followed by counsel for the

13  respondents for up to eight minutes.  Counsel for the

14  Oversight Board will then have an additional two minutes for

15  rebuttal argument.

16       If I speak, please stop speaking and listen to my

17  question or comment so that I can get the information that I

18  need.  The Court will keep track of each speaker's time.  We

19  will alert you when you have two minutes left with one buzz,

20  and when your time is up, with two buzzes.

21       Would you please, Mr. Foster, make an example of the

22  buzzes people will hear?

23       (Sound played.)

24       THE COURT:  Thank you.

25       That is the buzz sound.  You are also encouraged to

1    be mindful of your own time as it expires.  I will listen to

2    the arguments, and then make the ruling.

3            So, first, I would invite counsel for the Oversight

4    Board to speak to the 176th Omnibus Claim Objection, insofar

5    as it relates to these claimants.

6            Ms. Stafford.

7            MS. STAFFORD:  Thank you, Your Honor.  Thank you,

8    Your Honor.  This is Laura Stafford.

9            THE COURT:  Good morning.

10           MS. STAFFORD:  Good morning.  Laura Stafford of

11   Proskauer Rose, on behalf of the Financial Oversight and

12   Management Board.

13           The 176th Omnibus Objection seeks to disallow in

14   their entirety proofs of claim asserting liabilities

15   associated with entities that are not Title III debtors.  And

16   one response to this Omnibus Objection was filed by

17   Consolidated Waste Services and Landfill Technologies of

18   Fajardo in relation to a number of proofs of claim, which I'll

19   just quickly read into the record for clarity.  Those are

20   Proofs of Claim Nos. 21133, 22881, 23130, 23654, 23662, 23665,

21   23667, 23671, 24263, 24326, 24334, 24348, 26646, 27826, 28040,

22   28056, 28082, 28110, 28112, 28131, 28135, 28141, 28145, 28156,

23   28174, 28182, 35800, 35855, 35996, and 27063.

24           This response was mailed to the debtors, and we have

25   filed it on the docket at ECF No. 15709-1.  Each of the proofs

1    of claim I just identified are subject -- which are the

2    subject of this response assert liabilities purportedly owed

3    by one of the following entities:  The University of Puerto

4    Rico, the Puerto Rico Aqueduct and Sewer Authority, the Puerto

5    Rico Ports Authority, the Puerto Rico Trade and Export

6    Company, the -- excuse me, the Puerto Rico Industrial

7    Development Company, the Puerto Rico Tourism Company, the

8    Institute for Puerto Rican Culture, and the Puerto Rico

9    Infrastructure Financing Authority.

10           In its response, ConWaste insists that each of these

11   entities are a part of the Commonwealth, because they receive

12   legislative appropriations, financing, or other forms of

13   financial support from the Commonwealth.  That fact, however,

14   does not establish that the entities are a part of the

15   Commonwealth.  That they're receiving financial support is not

16   sufficient to make an entity a part of the Commonwealth or --

17   within these Title III proceedings.

18           As set forth in the debtors' Reply, each of the

19   entities as identified exist as separate entities, with a

20   corporate personhood separate and apart from that of the

21   Commonwealth.  Each have the capacity to sue and be sued in

22   their own right, and in several instances, the entity's

23   enabling statute expressly states that its debts are not the

24   debts of the Commonwealth.

25           Further, ConWaste has not articulated any basis on

1   which the Commonwealth should be held liable for these

2   entities' debts, such as an assertion that the Commonwealth

3   has guaranteed the debt that ConWaste seeks to assert.  Excuse

4   me.

5           ConWaste also expresses a concern that, as a

6   practical matter, disallowance of its claims will leave it

7   with no recourse, because if it seeks redress in the

8   Commonwealth courts, any lawsuit it files will be subject to

9   the automatic stay.  That does not justify, however,

10  attempting to hold the Commonwealth liable in its Title III

11  proceedings for liabilities incurred by other separate,

12  independent public corporations and institutions.

13          The proper recourse for ConWaste, if it determines

14  that -- if it is determined that any lawsuit it files becomes

15  subject to the automatic stay, is for ConWaste to seek relief

16  from the automatic stay in this Court, not to seek payment

17  from the Commonwealth on liabilities incurred by other

18  entities.

19          And with that, Your Honor, I would reserve the

20  remainder of my time for any further rebuttal.

21          THE COURT:  Thank you very much.

22          I will now turn to counsel for Consolidated Waste

23  Services and Landfill Technologies.

24          Ms. Arroyo, are you on the line?

25          MS. ARROYO PORTELA:  Yes, we are, Your Honor.  Good

1    morning, Your Honor, and all parties present.  Lourdes Arroyo

2    on behalf of Consolidated Waste Services and Landfill.

3            THE COURT:  Good morning.

4            MS. ARROYO PORTELA:  Consolidated Waste filed these

5    claims, and some of them were pending before the local court.

6    However -- and the proceedings were stayed as a result of the

7    filing of the Title III case by the debtor.  However, after

8    reviewing the objections filed by the debtor, and the claims

9    filed by Consolidated Waste, we do agree with the

10   Commonwealth's position that these objected claims, also,

11   liabilities that are associated with other entities, and or

12   agencies that are -- that are not the debtor in -- in any of

13   the Title III debtors, so we do agree with the Commonwealth's

14   position and objection.

15           THE COURT:  Very well then.  Will you withdraw your

16   claim?  Or I can make a ruling to that effect, because that,

17   after reading the submissions, is my conclusion as well, that

18   the Commonwealth is not liable for these claims.

19           MS. ARROYO PORTELA:  I think that it would be better

20   for you to enter a decision, issue a decision, in order for

21   them to be -- to file or attach that document to any filing

22   that they made in the Commonwealth Court.

23           THE COURT:  Very well then.  I will make an oral

24   decision now, which will be reflected in the transcript, and

25   then there will be an order reflecting that these claims have

1   been disallowed.  So I will now rule.

2       Having read all of the papers and listened to the

3   remarks here in court, the 176th Omnibus Objection is

4   sustained as to Claim Nos. 21133, 22881, 23130, 23654, 23662,

5   23665, 23667, 23671, 24263, 24326, 24334, 24348, 26646, 27063,

6   27826, 28040, 28056, 28082, 28110, 28112, 28131, 28135, 28141,

7   28145, 28156, 28174, 28182, 35800, 35855, and 35996, filed by

8   Consolidated Waste Services, LLC, and Landfill Technologies of

9   Fajardo, LLC; and those claims are disallowed in their

10  entirety, because each purports to assert a claim against an

11  entity that is not a debtor in these Title III cases.  And I

12  will refer to the entities against which the claims are

13  asserted collectively as the non-debtor entities.

14      Each of the eight non-debtor entities was established

15  as an entity separate from the Commonwealth under Commonwealth

16  law.  Although these entities may receive funds from the

17  Commonwealth, each has been established by statute as legally

18  separate from the Commonwealth and the other Title III

19  debtors, and the claimants have not demonstrated any legal or

20  factual basis for imputing the non-debtor entities' debts to

21  the Title III debtors.

22      If there is a basis for an application of the

23  automatic stay to such claims, then the claimants may seek

24  relief from the automatic stay as contemplated by Section

25  362(d) of the Bankruptcy Code, but the potential applicability

1    of the stay does not provide a basis to ignore the legal

2    separation of the non-debtor entities.  So, the objection is

3    sustained as to these claims.

4         Ms. Stafford, will the debtor submit a comprehensive

5    proposed order disallowing the claims resolved by the Omnibus

6    Objection?

7         MS. STAFFORD:  We would be glad to do so, Your Honor.

8         THE COURT:  Thank you very much.

9         Thank you, Ms. Arroyo.

10         MS. ARROYO PORTELA:  Thank you.

11         THE COURT:  The next Agenda Item is the 193rd Omnibus

12    Objection to Claims, which is Docket Entry No. 12865 in Case

13    No. 17-3283.

14         Ms. Tacoronte, is anyone there to speak in response

15    to this claim, which was filed by Poullette Bouret Echevarria?

16         COURTROOM DEPUTY:  Your Honor, we have two speakers

17    present in court as to this objection.

18         THE COURT:  As to this specific objection?

19         COURTROOM DEPUTY:  Yes, Your Honor.  That would be

20    No. 193, correct?

21         THE COURT:  Yes.  But there are several speakers --

22    there are several responses for the 193rd.  So, I will tell

23    you the order in which I am going to hear them.

24         The first is by an individual named Poullette Bouret

25    Echevarria.  The second is Ismael Colon Andujar.  The third is

1   Joel Martinez Santiago.  Next will be Yolanda Rosario Alvarez.

2   I understand that she is present; is that correct?

3           COURTROOM DEPUTY:  That's correct, Your Honor.

4           THE COURT:  Then after Ms. Rosario Alvarez is Adonis

5   Ruiz Nogueras.  He is present as well?

6           COURTROOM DEPUTY:  Yes.  That's correct.

7           THE COURT:  Okay.  After Mr. Ruiz is Nelson Sanabria

8   Cruz.  He is present as well?

9           COURTROOM DEPUTY:  Yes.

10          THE COURT:  All right.  So, I will be calling the

11  matters in that order.  First, I will ask Ms. Stafford to

12  speak to the response of Poullette Bouret Echevarria.

13          MS. STAFFORD:  Thank you, Your Honor.

14          The 193rd Omnibus Objection seeks to disallow in

15  their entirety proofs of claim that asserted liabilities

16  against the Commonwealth, HTA or ERS, but which the debtors'

17  records reflect have already been satisfied.  As Your Honor

18  has noted, there are five responses that are outstanding.

19          The first of those was filed by Poullette Bouret

20  Echevarria with respect to Proof of Claim No. 5158.  This

21  response was mailed to the debtors, and we have filed it on

22  the docket at 15710-1.

23          The response does not dispute that the liabilities

24  asserted in Proof of Claim No. 5158 were fully satisfied by

25  the Commonwealth.  Instead, the response consists of a copy of

1    the proof of claim form, which asserts -- of a proof of claim

2    form, excuse me, which asserts liabilities purportedly arising

3    from Title III proceedings under PROMESA.  The response does

4    not provide any further information regarding the liabilities

5    purportedly asserted, and it does not refute the debtors'

6    showing that the allegedly unpaid tax refund was, in fact,

7    paid.

8              Accordingly, we would request the Court grant the

9    objection and disallow the claim, notwithstanding Ms. Bouret

10   Echevarria's response.

11             THE COURT:  Thank you.

12             I have reviewed the Objection and the Response.  The

13   193rd Omnibus Objection is sustained as to Claim No. 5158 of

14   Poullette Bouret Echevarria; and that claim is disallowed in

15   its entirety, because the debtor has shown that there was a

16   direct deposit paying the claim, and claimant's response does

17   not dispute that the claim was fully satisfied.  The claimant

18   provides no additional basis for asserting liabilities against

19   any Title III debtor.  Therefore, Claim No. 5158 is disallowed

20   in its entirety.

21             MS. STAFFORD:  Thank you, Your Honor.

22             THE COURT:  We then move to the response of Ismael

23   Colon Andujar to the 193rd Omnibus Objection.

24             MS. STAFFORD:  Thank you, Your Honor.

25             The response filed by Ismael Colon Andujar is with

1    respect to Proof of Claim No. 20695, and it was filed on the

2    docket at ECF No. 13455.  The Colon Andujar Response does not

3    dispute the Commonwealth's showing, but its records reflect

4    the payment of a tax refund to Mr. Colon Andujar via a check

5    issued in 2017.  Instead, Mr. Colon Andujar provides

6    supporting documentation regarding liabilities allegedly owed

7    to Mr. Colon Andujar arising out of his prior employment with

8    the Corporacion Azucarera and the Department of Transportation

9    and Public Works.

10          Mr. Colon Andujar has filed an additional claim,

11   Claim No. 170684, which remains pending, and is not subject to

12   objection, and which asserts liabilities arising out of his

13   prior employment.  The Commonwealth will consider the

14   documentation submitted by Mr. Colon Andujar when reconciling

15   Claim No. 170684.  However, because the Colon Andujar Response

16   does not dispute that the liabilities asserted by Proof of

17   Claim No. 20695 have been satisfied, we would request the

18   Court grant the objection and disallow the claim,

19   notwithstanding Mr. Colon Andujar's response.

20          THE COURT:  Thank you.

21          I have reviewed carefully the Objection and the

22   Response of Mr. Colon Andujar to the Objection.  The 193rd

23   Omnibus Objection is sustained as to Claim No. 20695 of Ismael

24   Colon Andujar; and that claim is disallowed in its entirety,

25   because the debtor has shown that that claim for a tax refund

1  was fully satisfied, and the claimant's response does not

2  dispute that the claim was fully satisfied.

3          Furthermore, Mr. Colon Andujar has a separate proof

4  of claim, No. 170684.  The debtor has not at this point

5  objected to that proof of claim, and the debtors have agreed

6  to review the information provided in the claimant's response

7  in connection with their consideration of the other proof of

8  claim, 170684, which remains pending.  Therefore, Claim No.

9  20695 is disallowed.

10         MS. STAFFORD:  Thank you, Your Honor.

11         THE COURT:  The next response to the 193rd Omnibus

12  Objection that we will take up is the response of Joel

13  Martinez Santiago.

14         MS. STAFFORD:  Thank you, Your Honor.

15         The response filed by Joel Martinez Santiago relates

16  to Proof of Claim No. 37093, and it was filed on the docket at

17  ECF No. 13484.  The Martinez Santiago Response does not

18  dispute the Commonwealth showing that its records reflect a

19  payment of a tax refund to Mr. Martinez Santiago via a direct

20  deposit issued in 2017.  Instead, Mr. Martinez Santiago

21  provides supporting documentation regarding liabilities

22  allegedly owed to Mr. Martinez Santiago arising out of his

23  prior employment with a regional automotive office in Ponce

24  and with the Department of Transportation and Public Works.

25         Mr. Martinez Santiago has filed an additional claim,

1    Claim No. 178470, which remains pending, and is not subject to

2    objection, and which asserts liabilities arising out of his

3    prior employment.  The Commonwealth will consider the

4    documentation submitted by Mr. Martinez Santiago in

5    reconciling that claim.  However, because the Martinez

6    Santiago Response does not dispute that the liabilities

7    asserted by Proof of Claim No. 37093 have been satisfied, we

8    would request the Court grant the objection and disallow the

9    claim, notwithstanding Mr. Martinez Santiago's response.

10            THE COURT:  Thank you.

11        The Court has reviewed the 193rd Omnibus Objection

12   and Mr. Martinez Santiago's Response.  The 193rd Omnibus

13   Objection is sustained as to Claim No. 37093 filed by Joel

14   Martinez Santiago; and that claim is disallowed in its

15   entirety, because the Oversight Board has demonstrated that

16   that claim has been satisfied, and the claimant's response

17   does not dispute that the claim was fully satisfied.

18        Mr. Martinez Santiago has a separate claim, No.

19   178470.  The debtors have agreed to review the information

20   provided in the claimant's response to the 193rd Objection in

21   connection with their consideration of his other claim,

22   178470, which remains pending and is not affected by today's

23   ruling disallowing Claim No. 37093.

24        We will now take up the response of Yolanda Rosario

25   Alvarez to the 193rd Omnibus Objection.

1       Ms. Tacoronte, is Ms. Rosario Alvarez at the

2  speaker's podium now?

3       COURTROOM DEPUTY:  In a second, Your Honor.

4       MS. ROSARIO ALVAREZ:  Good morning.

5       THE COURT:  Good morning.

6       MS. ROSARIO ALVAREZ:  Good morning, Your Honor.  My

7  name is Yolanda Rosario Alvarez.  I am an employee of the

8  Government of Puerto Rico, Commonwealth of Puerto Rico, and I

9  work for the Department -- I work for the Department of the

10 Family.

11      THE COURT:  Ms. Rosario Alvarez, please stop for one

12 moment.  I'm going to explain to you the order in which I will

13 do this.  We will first hear from the Oversight Board's

14 attorney for up to two minutes about the reason that they are

15 objecting to your claim, so that you will hear precisely what

16 they are saying they believe is insufficient about your claim.

17 Then you will have up to six minutes to address me, the Court,

18 about your claim and about the Oversight Board's argument.

19 Then the Oversight Board's attorney will have up to two

20 minutes to respond to what you have said.  These time limits

21 include time required for interpretation into Spanish or

22 English.

23      I will ask that both you and the lawyer for the

24 Oversight Board speak slowly and clearly so that the

25 interpreter can translate.  If I speak, please stop speaking,

1    and listen to my question or comment, so that I can get the

2    information that I need.

3           The Court will be keeping track of each speaker's

4    time, and we will use the system of buzzes.  So when you have

5    two minutes left, there will be one buzz, and when time is up,

6    there will be two buzzes.

7           Mr. Foster, will you please demonstrate the buzz

8    sound again?

9           (Sound played.)

10          THE COURT:  Thank you.

11          That is the buzz sound.  If you only have two

12   minutes, the buzz will just sound two buzzes at the end of the

13   allocated speaking time.  Do you understand that, Ms. Rosario

14   Alvarez?

15          MS. ROSARIO ALVAREZ:  Yes.

16          THE COURT:  Thank you.

17          And so I will now turn to Ms. Stafford to speak for

18   the Oversight Board for two minutes.

19          MS. STAFFORD:  Thank you, Your Honor.

20          The pending response was filed by Yolanda Rosario

21   Alvarez with respect to Proof of Claim No. 23069, and it was

22   filed on the docket at ECF No. 13081.  The Rosario Alvarez

23   Response does not dispute that the Commonwealth has already

24   satisfied any outstanding income tax refunds owed to

25   Ms. Rosario Alvarez.  In fact, the response states that the

1  Commonwealth does not owe any money to Ms. Rosario Alvarez on

2  income tax returns for the years 2015, 2016, 2017, 2018, and

3  2019.

4         I have been in communication with my colleague at

5  the -- in the hearing room, and I understand that Ms. Rosario

6  Alvarez is here today to address her claim for wages and

7  benefits.  That claim -- Ms. Rosario Alvarez has filed a

8  separate claim, 22480, with respect to her claim for wages and

9  benefits.  That claim remains pending, is not subject to any

10 objection, and will not be affected by the Court's resolution

11 of Proof of Claim No. 23069.

12        Accordingly, the Commonwealth would request the Court

13 grant the objection and disallow Proof of Claim No. 23069, not

14 withstanding Ms. Rosario Alvarez' response.

15        THE COURT:  Thank you, Ms. Stafford.

16        Ms. Rosario Alvarez, would you like to speak now?

17        MS. ROSARIO ALVAREZ:  Yes.

18        THE COURT:  Please let the interpreter translate for

19 me now.

20        Mr. Segarra, I can't hear you.

21        MS. ROSARIO ALVAREZ:  I submitted the request, and I

22 have received the tax return forms, as has been stated by the

23 Commonwealth.  I've received it every year, and I've requested

24 that -- I received, also, from them, as requested and

25 submitted to the Court, the certifications from the Puerto

1    Rico Treasury Department indicating that they have no debt

2    with me with regard to tax returns.

3         THE COURT:  So you agree that you are not owed any

4    further money for tax refunds, Ms. Rosario Alvarez?

5         MS. ROSARIO ALVAREZ:  Yes, Your Honor.

6         THE COURT:  Now, that is the claim for tax refunds

7    that you have already received that the Oversight Board is

8    seeking to have closed out today.  The Oversight Board's

9    lawyer also said that they recognize that you still have a

10   claim for compensation from your job for wages and benefits.

11   They are not objecting to that claim.  They are not trying to

12   have that claim closed out today.  Do you understand that?

13        MS. ROSARIO ALVAREZ:  Yes.  That's correct.

14        THE COURT:  So, is there anything further that you

15   would like me to hear today regarding the tax refund claim?

16        MS. ROSARIO ALVAREZ:  No.

17        THE COURT:  All right.  Then I am going to make my

18   ruling on the tax refund claim now.

19        Having heard the remarks in court, and having read

20   the Objection and the Response, the Court rules that the 193rd

21   Omnibus Objection is sustained as to Claim No. 23069 of

22   Yolanda Rosario Alvarez regarding tax refunds, and that claim

23   is disallowed in its entirety, because the Oversight Board has

24   demonstrated and Ms. Rosario Alvarez agrees that the tax

25   refund claim has already been fully satisfied.  This ruling

1    does not affect Ms. Rosario Alvarez' separate claim, which is

2    No. 22480.  That separate claim remains pending.

3            Ms. Rosario Alvarez, thank you very much for coming

4    to court today.

5            MS. ROSARIO ALVAREZ:  Thank you.  Have a good day.

6            THE COURT:  Thank you.  You, too.  Keep safe.

7            The next response that we will take up to the 193rd

8    Omnibus Objection is the Response of Adonis Ruiz Nogueras.

9            Ms. Tacoronte, will you please let me know when

10   Mr. Ruiz Nogueras is at the podium?

11           COURTROOM DEPUTY:  He's at the podium, Your Honor.

12           THE COURT:  Thank you.

13           Good morning, Mr. Ruiz Nogueras.

14           MR. RUIZ NOGUERAS:  Good morning, Your Honor.

15           THE COURT:  Did you hear the instructions that I gave

16   to Ms. Rosario Alvarez about the procedure that we will follow

17   on speaking to the objections?

18           MR. RUIZ NOGUERAS:  Yes, I did.

19           THE COURT:  Then I will first ask Ms. Stafford for

20   the Oversight Board to explain the objection.  She has two

21   minutes.

22           MS. STAFFORD:  Thank you, Your Honor.

23           The response in question was filed by Adonis Ruiz

24   Nogueras with respect to Proof of Claim No. 2406, which was

25   filed on the docket at ECF No. 13152.  The Ruiz -- the

1   response filed by Mr. Ruiz Nogueras does not dispute that

2   Mr. Ruiz Nogueras' 2016 tax refund was paid.  Indeed, the

3   response acknowledges payment of the 2016 tax refund was made

4   into his account from the Commonwealth Treasury Department.

5   The response also attaches a bank statement further reflecting

6   payment of Mr. Ruiz Nogueras' 2016 tax refund.

7         Nevertheless, Mr. Ruiz Nogueras contends that he did

8   not receive money from a lawsuit.  However, the only lawsuit

9   identified in either the claim or the response is the case

10  number for the Commonwealth Title III case.

11        To the extent Mr. Ruiz Nogueras seeks to assert

12  liabilities arising from a tax refund, the Proof of Claim No.

13  2406 has been satisfied, because, as demonstrated, the 2016

14  tax refund has been paid.  To the extent Mr. Ruiz Nogueras

15  seeks to assert liabilities arising from a lawsuit, Claim No.

16  2406 is deficient, because it does not provide information

17  necessary to reconcile the claim, such as information

18  identifying the lawsuit in question.

19        Thank you, Your Honor.

20        THE COURT:  Thank you, Ms. Stafford.

21        Mr. Ruiz Nogueras, you now have six minutes to speak.

22        MR. RUIZ NOGUERAS:  Good morning, Your Honor.

23        THE COURT:  Mr. Segarra, can you interpret that now?

24        MR. RUIZ NOGUERAS:  First of all, greetings to Your

25  Honor and to all court personnel here present.

1           The request regarding the debt is because I

2    understood that the documentation and everything that I had

3    filled out, that there was not going to be a problem.  And I

4    perceived that there was no problem, because I had received

5    the tax returns that I always receive.

6           Now, I was sent a document that said, if I was going

7    to make a request, they said --

8           THE COURT:  I'm sorry.  Mr. Segarra, would you stop

9    for one moment?  Can you come closer to a microphone?  It's

10   difficult for me to hear you.

11          THE INTERPRETER:  Can you hear me now?

12          THE COURT:  It's a little better.  Thank you.

13          THE INTERPRETER:  Okay.

14          MR. RUIZ NOGUERAS:  They had sent the documents

15   saying that if I was going to make a request, I needed to send

16   the documentation, and that I was going to receive a certain

17   amount.  But the amount that I received did not match the

18   amount on my tax return in this case, and that is why I made

19   the request.  And because that amount --

20          THE COURT:  I can't hear you, Mr. Segarra.

21          MR. RUIZ NOGUERAS:  And because that amount did not

22   match, I thought that they were different claims.  I had no

23   idea -- I had no idea that the claim I was making was for the

24   IRS, because I receive that every year with no problem.

25          So what is put forth here is that the claim was

1  involving my tax return.  Then the fact is I had no reason to
2  present such a claim here before the Court.  And that would be
3  all, Your Honor.
4          THE COURT:  Thank you.
5          So, Mr. Ruiz Nogueras, you agree that you are not
6  owed any money for tax refunds; is that correct?
7          MR. RUIZ NOGUERAS:  No.  For the tax return, they
8  don't owe me anything.
9          THE COURT:  And so what is it that you believe they
10  owe you?
11          MR. RUIZ NOGUERAS:  What I mentioned at the
12  beginning.  I received some documentation saying that I should
13  claim a certain amount of money, so I filled out the form
14  claiming that money --
15          (Sound played.)
16          MR. RUIZ NOGUERAS:  -- but I had no idea that that
17  was money from the tax return.  So if what I'm supposed to be
18  getting back is the money from the tax return, I wouldn't have
19  had any problem with that, because I have received it every
20  year.  And that's all.
21          THE COURT:  All right then.  The objection that has
22  been made to the claim for the tax return is for money that
23  Mr. Ruiz Nogueras has already received, and so I will sustain
24  this objection, which is the 193rd Omnibus Objection as to
25  Claim No. 2406 of Mr. Adonis Ruiz Nogueras, and that claim is

1  disallowed in its entirety, because Mr. Ruiz Nogueras agrees

2  that he has received the money and does not dispute that the

3  tax refund claim was fully satisfied.  Therefore, the

4  objection is sustained, and Claim No. 2406 is disallowed.

5       Mr. Ruiz Nogueras, thank you for coming to court

6  today, and keep well.

7       MR. RUIZ NOGUERAS:  Thank you.

8       THE COURT:  The next Agenda Item is -- actually, we

9  have finished the 193rd Omnibus Objection responses.  So,

10  Ms. Stafford, will the debtor provide a comprehensive proposed

11  order disallowing the claims resolved by this Omnibus

12  Objection?

13       MS. STAFFORD:  We would be glad to do so, Your

14  Honor.

15       THE COURT:  Thank you.

16       I will now turn to the 194th Omnibus Objection, and I

17  understand that Mr. Nelson Sanabria Cruz has come to speak

18  about his response to that objection.

19       Ms. Tacoronte, would you tell me when he is at the

20  podium?

21       COURTROOM DEPUTY:  He is here, Your Honor, at the

22  podium.

23       THE COURT:  Thank you.

24       Good morning, Mr. Sanabria Cruz.

25       MR. SANABRIA CRUZ:  Good morning, Your Honor.

```
 1          THE COURT:  Did you hear the instructions that I have
 2   given to the other speakers about the procedure and the time
 3   allocation?
 4          MR. SANABRIA CRUZ:  Yes.  That is correct.
 5          THE COURT:  Thank you.  And so I will first invite
 6   Ms. Stafford to speak about the objection to your claim.
 7          Ms. Stafford?
 8          MS. STAFFORD:  Thank you, Your Honor.
 9          The 194th Omnibus Objection seeks to disallow in
10   their entirety proofs of claim that asserted liabilities
11   against the Commonwealth, HTA, or ERS that -- with respect to
12   which the debtor's records reflect those liabilities have
13   already been satisfied.  The first response for -- as
14   scheduled for hearing today --
15          THE COURT:  Ms. Stafford, would you hold on for a
16   moment?
17          MS. STAFFORD:  Yes.
18          THE COURT:  We are hearing a speaker that is
19   repeating what's being said in English and some beeping from
20   San Juan.  Is there something that should be muted there?
21          All right.
22          MR. SEGUI:  Try it again.
23          COURTROOM DEPUTY:  Let's try again, Your Honor.  My
24   apologies.
25          THE COURT:  Thank you.
```

1          Would you start again, Ms. Stafford?

2          MS. STAFFORD:  Certainly, Your Honor.  Would you like

3    me to start at the beginning?

4          THE COURT:  Yes.  Please start at the beginning.

5          MS. STAFFORD:  Certainly.

6          The 194th Omnibus Objection seeks to disallow in

7    their entirety proofs of claim that asserted liabilities

8    against the Commonwealth, HTA or ERS, but with respect to

9    which the debtors' records reflect liabilities have already

10   been satisfied.

11         There are two responses for hearings today.  The

12   first of those was filed by Nelson Sanabria Cruz with respect

13   to Proof of Claim No. 21119, and this response was filed on

14   the docket at ECF No. 13139.  The Sanabria Cruz claim

15   purported to assert $1,222 in liabilities arising from goods

16   or services provided to the government, as well as $1,200 in

17   secured liabilities, and $1,222 in liabilities entitled to

18   administrative priorities pursuant to 11 U.S.C. Section

19   503(b)(9).

20         As a result, Prime Clerk, LLC, docketed the claim as

21   asserting a total of $3,644 in total liabilities.  However,

22   this Proof of Claim No. 21119 also purported to assert total

23   liabilities in the amount of $1,222, and the only basis stated

24   for the claim was *reembolso de impuestos*, or tax refund.

25         The Commonwealth records indicate that payment of

1   Mr. Sanabria Cruz' 2017 tax refund in the amount of $1,222 was

2   already paid.  The response acknowledges that this payment was

3   made and attaches a portion of Mr. Sanabria Cruz' bank account

4   statement, reflecting payment of the $1,222 tax refund.  The

5   response, nevertheless, asserts the total claim amount of

6   $3,644 has not been satisfied.  Neither the claim, nor the

7   response, however, provides any basis for an assertion of

8   liabilities in the amount of $3,644.

9           (Sound played.)

10          MS. STAFFORD:  As of -- Your Honor, may I proceed for

11  one brief moment?

12          THE COURT:  Yes.

13          MS. STAFFORD:  Thank you, Your Honor.

14          As with Ms. Rosario Alvarez, I have been in

15  communication with my colleague in the courthouse, and I

16  understand that Mr. Sanabria Cruz is here today to address

17  claims for wages and benefits, which he has filed as Proof of

18  Claim Nos. 7722 and 7726.  Claim No. 7722 remains pending, is

19  not subject to an objection, and will not be affected by the

20  Court's resolution of this claim.  I understand that Claim No.

21  7722 is pending on a deficient objection, but that if we are

22  able to obtain certain information from Mr. Sanabria Cruz,

23  including his -- the last four digits of his Employee ID

24  number or Social Security number, we will be able to process

25  his claim.

1         In any event, however, neither Claim No. 7722, nor

2    7726 are set for hearing today, and although we reserve all

3    our rights with respect to those claims, the Court's ruling

4    with respect to Proof of Claim No. 2119 would not affect

5    either of those claims.

6         Accordingly, to the extent the claim seeks to assert

7    liabilities arising from the $1,222 tax refund, the Proof of

8    Claim No. 21119 has already been satisfied.  And to the extent

9    Mr. Sanabria Cruz seeks to assert an additional $2,422 in

10   liabilities, it is deficient, because it fails to provide

11   information necessary for the debtors to reconcile the claim

12   because there is no basis for the additional $2,422 in

13   liabilities.

14        Thank you, Your Honor.

15        THE COURT:  Thank you.

16        Mr. Sanabria Cruz, would you like to speak now?

17        MR. SANABRIA CRUZ:  I have no doubt that I received

18   the $1,222.  That is correct, I did receive it.  The thing is

19   that that amount was added three times in the correspondence,

20   or the documentation was sent to me, and that came out to the

21   $3,644.

22        That was an error on their part, and I didn't know it

23   was an error and understood that they owed me that amount.

24   That's why I made the claims.  But I understand -- but I

25   understand that it was an error.

1            THE COURT:  So you understand that it was an error,

2    and you agree that you were only owed the $1,222 for the tax

3    refund?

4            MR. SANABRIA CRUZ:  Yes.  That is correct, Your

5    Honor.

6            THE COURT:  Thank you.

7            Do you understand that your separate claims are

8    pending and are being dealt with separately?

9            MR. SANABRIA CRUZ:   Yes.  Yes.

10           I have a concern regarding the other claim that we

11   had as public employees of the Government of Puerto Rico.  Our

12   claims are involving the federal minimum wage and retirement,

13   which in this case is not going to be heard, right?  My

14   concern is that we've been waiting on this claim for 14 years,

15   and in the process, many of our co-workers have either died or

16   resigned or retired early.  That is my concern, Your Honor.

17           I thank you for your time.  Thank you.

18           THE COURT:  Thank you, Mr. Sanabria Cruz.  I will now

19   rule on the tax refund claim.

20           I have read the Objection and the Response and

21   listened carefully today.  The 194th Omnibus Objection is

22   sustained as to Claim No. 21119 filed by Nelson Sanabria Cruz;

23   and that claim is disallowed in its entirety, because

24   Mr. Sanabria Cruz agrees that he was paid the $1,222 tax

25   refund, and the Oversight Board has demonstrated that that has

1    been paid, and the additional amount appears to have been a

2    clerical error.  So, the 194th Omnibus Objection is sustained,

3    and Claim No. 21119 is disallowed.

4          The Oversight Board has confirmed that it is in

5    receipt of and aware of wage and benefit claims by

6    Mr. Sanabria Cruz, and those are not affected by today's

7    ruling.

8          Mr. Sanabria Cruz, I thank you for coming to court

9    today.  I understand that the length of time is frustrating

10   for the resolution of all of these claims, but we are working

11   diligently to take them up as and when they are ready.  If

12   there is an objection, then I hear those in court, and the

13   claims are being processed.

14         So, again, thank you and keep well.

15         MR. SANABRIA CRUZ:  Thank you, Your Honor.  Have a

16   good day.

17         THE COURT:  You, too.

18         MR. SANABRIA CRUZ:  Gracias.

19         THE COURT:  We now turn to the 194th Omnibus

20   Objection and the Response of Yessenia Velazquez Perez.

21         Is Ms. Velazquez Perez there present in court,

22   Ms. Tacoronte?

23         COURTROOM DEPUTY:  No, Your Honor.

24         THE COURT:  All right.  And so I will turn then to

25   counsel for the Oversight Board to speak regarding this

1    response to the Objection.

2            MS. STAFFORD:  Thank you, Your Honor.

3            This response, as noted, was filed by Yessenia

4    Velazquez Perez with respect to Proof of Claim No. 2838, and

5    it was filed on the docket at ECF No. 12867.  Ms. Velazquez

6    Perez had filed her claim against HTA, and sought liabilities

7    in the amount of $1,708.  The Commonwealth records reflect

8    payment of a tax refund in that precise amount to

9    Ms. Velazquez Perez.

10            Ms. Velazquez Perez' response does not dispute that a

11    direct deposit of Ms. Velazquez Perez' tax refund payment was

12    made on June 27th, 2017.  In fact, the response attaches a

13    copy of a portion of Ms. Velazquez Perez' bank statement

14    demonstrating that this payment was made.  Nevertheless,

15    Ms. Velazquez Perez contests the objection, because, according

16    to the response, the deposit amount, dates and names of the

17    debtor do not match the account statements.

18            As explained in the debtors' reply, however, the

19    Commonwealth records reflect a payment in the exact amount set

20    forth in Mr. Velazquez Perez' account statement, with a

21    transfer initiated on the day immediately preceding the date

22    the transfer was reflected in Ms. Velazquez Perez' account.

23            To the extent the claim seeks to assert liabilities

24    arising from a tax refund owed by the Commonwealth, it has,

25    therefore, been satisfied.  And to the extent Ms. Velazquez

1    Perez seeks to assert liabilities purportedly owed by HTA, it

2    is deficient, because it fails to provide information

3    necessary for the debtors to understand what liabilities HTA,

4    as opposed to the Commonwealth, might owe.

5            Thank you, Your Honor.

6            THE COURT:  Thank you, Ms. Stafford.

7            I have reviewed carefully the 194th Omnibus Objection

8    and the Response of Ms. Velazquez Perez.  The 194th Objection

9    is sustained as to Claim No. 2838 of Yessenia Velazquez Perez;

10   and that claim is disallowed in its entirety, because the

11   record demonstrates that the tax refund in question has been

12   paid in full, and the claimant's response does not dispute

13   that the claim has been satisfied.  Accordingly, Claim No.

14   2838 is disallowed.

15           Ms. Stafford, will the debtor provide a comprehensive

16   proposed order disallowing the claims resolved by the 194th

17   Omnibus Objection?

18           MS. STAFFORD:  We would be glad to do so, Your Honor.

19   Thank you.

20           THE COURT:  Thank you.

21           Is there anything further that we need to take up

22   together today?

23           MS. STAFFORD:  Not that I am aware of, Your Honor.

24   Thank you.

25           THE COURT:  Thank you.

1          This concludes our hearing Agenda for today.  The

2   next scheduled hearing date is the March Omnibus Hearing,

3   which is scheduled for March 10th, 2021.  That hearing will

4   begin at 9:30 AM Atlantic Standard Time, and will be conducted

5   telephonically.

6          I thank all of the court staff, and Mr. Segarra, and

7   all of those in Puerto Rico, Boston, and New York for their

8   work in preparing for and conducting today's hearing, and

9   their outstanding, ongoing support of the administration of

10  these cases.

11         Stay safe and keep well, everyone.  We are adjourned.

12         (At 11:20 AM, proceedings concluded.)

13                    *      *      *

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    U.S. DISTRICT COURT    )

 2    DISTRICT OF PUERTO RICO)

 3

 4        I certify that this transcript consisting of 36 pages is

 5    a true and accurate transcription to the best of my ability of

 6    the proceedings in this case before the Honorable United

 7    States District Court Judge Laura Taylor Swain, and the

 8    Honorable United States Magistrate Judge Judith Gail Dein on

 9    February 1, 2021.

10

11

12

13    S/ Amy Walker

14    Amy Walker, CSR 3799

15    Official Court Reporter

16

17

18

19

20

21

22

23

24

25
```

< Dates >
February 1, 2021
    1:15, 4:2, 36:9
January 28th, 2021
    5:24
June 27th, 2017
    33:12
$1,200 28:16
$1,222 28:15, 28:17,
    28:23, 29:1, 29:4,
    30:7, 31:2, 31:24
$1,222. 30:18
$1,708. 33:7
$2,422 30:9, 30:12
$3,644 28:21, 29:6
$3,644. 29:8, 30:21


< 1 >
10:15 4:3
10th 35:3
11 28:18
11:20 35:12
12865 12:12
12867. 33:5
13081. 19:22
13139. 28:14
13152. 22:25
13455. 15:2
13484. 16:17
14 31:14
15709-1. 7:25
15710-1. 13:22
15774 5:25
17-3283 5:25
17-3283. 12:13
17-BK-3283(LTS 1:5
170684 15:11, 16:8
170684. 15:15, 16:4
176th 6:7, 7:4,
    7:13, 11:3
178470 17:1, 17:22
178470. 17:19
193 12:20
193rd 12:11, 12:22,
    13:14, 14:13,
    14:23, 15:22,
    16:11, 17:11,
    17:12, 17:20,
    17:25, 21:20,

22:7, 25:24, 26:9
194th 26:16, 27:9,
    28:6, 31:21, 32:2,
    32:19, 34:7, 34:8,
    34:16


< 2 >
2015 20:2
2016 20:2, 23:2,
    23:3, 23:6, 23:13
2017 20:2, 29:1
2017-3283 4:18
2017. 15:5, 16:20
2018 20:2
2019. 20:3
2021. 35:3
20695 15:1, 15:17,
    15:23, 16:9
21119 28:13, 28:22,
    30:8, 31:22, 32:3
21133 7:20, 11:4
2119 30:4
22480 20:8
22480. 22:2
22881 7:20, 11:4
23069 19:21, 20:13,
    21:21
23069. 20:11
23130 7:20, 11:4
23654 7:20, 11:4
23662 7:20, 11:4
23665 7:20, 11:5
23667 7:21, 11:5
23671 7:21, 11:5
2406 22:24, 23:13,
    23:16, 25:25, 26:4
24263 7:21, 11:5
24326 7:21, 11:5
24334 7:21, 11:5
24348 7:21, 11:5
26646 7:21, 11:5
27063 11:5
27063. 7:23
27826 7:21, 11:6
28040 7:21, 11:6
28056 7:22, 11:6
28082 7:22, 11:6
28110 7:22, 11:6
28112 7:22, 11:6

28131 7:22, 11:6
28135 7:22, 11:6
28141 7:22, 11:6
28145 7:22, 11:7
28156 7:22, 11:7
28174 7:23, 11:7
28182 7:23, 11:7
2838 33:4, 34:9,
    34:14


< 3 >
35800 7:23, 11:7
35855 7:23, 11:7
35996 7:23, 11:7
36 36:4
362(d 11:25
37093 16:16, 17:7,
    17:13
37093. 17:23
3799 36:14
3: 1:5


< 5 >
503(b)(9 28:19
5158 13:24, 14:13,
    14:19
5158. 13:20


< 7 >
7722 29:18, 29:21,
    30:1
7726 30:2
7726. 29:18


< 9 >
9:30 6:7, 35:4


< A >
ability 36:5
able 29:22, 29:24
accessing 5:13
according 33:15
Accordingly 14:8,
    20:12, 30:6, 34:13
account 23:4, 29:3,

33:17, 33:20,
  33:22
accurate 36:5
acknowledges 23:3,
  29:2
actually 26:8
added 30:19
additional 6:14,
  14:18, 15:10,
  16:25, 30:9,
  30:12, 32:1
address 18:17, 20:6,
  29:16
addressing 5:9
Adjourned 1:21,
  4:21, 35:11
Administered 1:10
administration 35:9
administrative 28:18
Adonis 2:5, 13:4,
  22:8, 22:23, 25:25
affect 22:1, 30:4
affected 17:22,
  20:10, 29:19, 32:6
agencies 10:12
Agenda 5:23, 5:24,
  6:3, 6:6, 12:11,
  26:8, 35:1
agree 10:9, 10:13,
  21:3, 25:5, 31:2
agreed 16:5, 17:19
agrees 21:24, 26:1,
  31:24
al 1:15, 1:32, 4:20
alert 6:19
allegedly 14:6,
  15:6, 16:22
allocated 6:10,
  19:13
allocation 27:3
already 13:17,
  19:23, 21:7,
  21:25, 25:23,
  27:13, 28:9, 29:2,
  30:8
Although 11:16, 30:2
amount 24:17, 24:18,
  24:19, 24:21,
  25:13, 28:23,
  29:1, 29:5, 29:8,

30:19, 30:23,
  32:1, 33:7, 33:8,
  33:16, 33:19
Amy 36:13, 36:14
Andujar 12:25,
  14:23, 14:25,
  15:2, 15:4, 15:5,
  15:7, 15:10,
  15:14, 15:15,
  15:19, 15:22,
  15:24, 16:3
apart 8:20
apologies 27:24
APPEARANCES 1:27,
  2:2
Appearing 1:29,
  1:38, 2:4, 2:7
appears 32:1
applicability 11:25
application 11:22
appropriations 8:12
Aqueduct 8:4
argument 6:10, 6:15,
  18:18
arguments 7:2
arising 14:2, 15:7,
  15:12, 16:22,
  17:2, 23:12,
  23:15, 28:15,
  30:7, 33:24
ARROYO 1:40, 9:24,
  9:25, 10:1, 10:4,
  10:19, 12:9, 12:10
articulated 8:25
assert 8:2, 9:3,
  11:10, 23:11,
  23:15, 28:15,
  28:22, 30:6, 30:9,
  33:23, 34:1
asserted 11:13,
  13:15, 13:24,
  14:5, 15:16, 17:7,
  27:10, 28:7
asserting 7:14,
  14:18, 28:21
assertion 9:2, 29:7
asserts 14:1, 14:2,
  15:12, 17:2, 29:5
associated 7:15,
  10:11

Atlantic 35:4
attach 10:21
attaches 23:5, 29:3,
  33:12
attempting 9:10
attorney 18:14,
  18:19
Authority 8:4, 8:5,
  8:9
automatic 9:9, 9:15,
  9:16, 11:23, 11:24
automotive 16:23
available 6:1
aware 32:5, 34:23
Azucarera 15:8


< B >
back 6:4, 25:18
bank 23:5, 29:3,
  33:13
Bankruptcy 4:18,
  11:25
basis 8:25, 11:20,
  11:22, 12:1,
  14:18, 28:23,
  29:7, 30:12
becomes 9:14
beeping 27:19
begin 6:2, 35:4
beginning 25:12,
  28:3, 28:4
behalf 7:11, 10:2
believe 18:16, 25:9
benefit 32:5
benefits 20:7, 20:9,
  21:10, 29:17
best 36:5
better 10:19, 24:12
Board 1:9, 1:37,
  4:19, 5:24, 6:12,
  6:14, 7:4, 7:12,
  17:15, 18:13,
  18:18, 18:19,
  18:24, 19:18,
  21:7, 21:8, 21:23,
  22:20, 31:25,
  32:4, 32:25
Boston 35:7
Bouret 12:15, 12:24,

13:12, 13:19,
14:9, 14:14
break 6:4
Brian 1:33
brief 29:11
Buenos 4:5
buzz 6:19, 6:25,
19:5, 19:7, 19:11,
19:12
buzzes 6:20, 6:22,
19:4, 19:6, 19:12

< C >
call 4:12
calling 13:10
capacity 8:21
carefully 15:21,
31:21, 34:7
Case 4:13, 4:18,
5:25, 10:7, 12:12,
23:9, 23:10,
24:18, 31:13, 36:6
cases 11:11, 35:10
CAT 2:50
certain 24:16,
25:13, 29:12
Certainly 28:2, 28:5
certifications 20:25
certified 4:23
certify 36:4
check 15:4
claimant 14:16,
14:17, 16:1, 16:6,
17:16, 17:20,
34:12
claimants 7:5,
11:19, 11:23
claiming 25:14
Claims 1:21, 9:6,
10:5, 10:8, 10:10,
10:18, 10:25,
11:9, 11:12,
11:23, 12:3, 12:5,
12:12, 24:22,
26:11, 29:17,
30:3, 30:5, 30:24,
31:7, 31:12, 32:5,
32:10, 32:13,
34:16

clarity 7:19
clearly 18:24
clerical 32:2
Clerk 6:1, 28:20
closed 21:8, 21:12
closer 24:9
co-workers 31:15
Code 11:25
colleague 20:4,
29:15
collectively 11:13
Colon 12:25, 14:23,
14:25, 15:2, 15:4,
15:5, 15:7, 15:10,
15:14, 15:15,
15:19, 15:22,
15:24, 16:3
coming 22:3, 26:5,
32:8
comment 6:17, 19:1
communication 20:4,
29:15
Company 8:6, 8:7
compensation 21:10
comprehensive 12:4,
26:10, 34:15
computer 5:14
concern 9:5, 31:10,
31:14, 31:16
concluded. 35:12
concludes 35:1
conclusion 10:17
conducted 35:4
conducting 35:8
conference 5:18
confirmed 32:4
connection 16:7,
17:21
consider 15:13, 17:3
consideration 16:7,
17:21
consistent 5:17
consisting 36:4
consists 13:25
Consolidated 1:40,
6:8, 7:17, 9:22,
10:2, 10:4, 10:9,
11:8
contemplated 11:24
contends 23:7

contests 33:15
Continued 2:2
Conwaste 8:10, 8:25,
9:3, 9:5, 9:13,
9:15
copy 13:25, 33:13
Corporacion 15:8
corporate 8:20
corporations 9:12
correct 12:20, 13:2,
13:3, 13:6, 21:13,
25:6, 27:4, 30:18,
31:4
correspondence 30:19
cost 6:1
Counsel 5:7, 6:11,
6:12, 6:13, 7:3,
9:22, 32:25
courthouse 29:15
COURTROOM 4:11,
4:14, 12:16,
12:19, 13:3, 13:6,
13:9, 18:3, 22:11,
26:21, 27:23,
32:23
courts 9:8
CRUZ 2:6, 13:8,
26:17, 26:24,
26:25, 27:4,
28:12, 28:14,
29:1, 29:3, 29:16,
29:22, 30:9,
30:16, 30:17,
31:4, 31:9, 31:18,
31:22, 31:24,
32:6, 32:8, 32:15,
32:18
CSR 36:14
Culture 8:8

< D >
Daniel 1:37
dashboard 5:15, 5:16
date 33:21, 35:2
dates 33:16
day 22:5, 32:16,
33:21
de 28:24
dealt 31:8

debt 9:3, 21:1, 24:1
debtor 10:7, 10:8,
  10:12, 11:11,
  12:4, 14:15,
  14:19, 15:25,
  16:4, 26:10,
  27:12, 33:17,
  34:15
Debtors 1:17, 7:15,
  7:24, 8:18, 10:13,
  11:19, 11:21,
  13:16, 13:21,
  14:5, 16:5, 17:19,
  28:9, 30:11,
  33:18, 34:3
debts 8:23, 8:24,
  9:2, 11:20
decision 10:20,
  10:24
deficient 23:16,
  29:21, 30:10, 34:2
Dein 1:24, 4:17,
  36:8
demonstrate 19:7
demonstrated 11:19,
  17:15, 21:24,
  23:13, 31:25
demonstrates 34:11
demonstrating 33:14
Department 15:8,
  16:24, 18:9, 21:1,
  23:4
deposit 14:16,
  16:20, 33:11,
  33:16
DEPUTY 4:11, 4:14,
  12:16, 12:19,
  13:3, 13:6, 13:9,
  18:3, 22:11,
  26:21, 27:23,
  32:23
determined 9:14
determines 9:13
Development 8:7
dial 6:4
dias 4:5
died 31:15
different 24:22
difficult 24:10
digits 29:23

diligently 32:11
direct 6:4, 14:16,
  16:19, 33:11
disallow 7:13,
  13:14, 14:9,
  15:18, 17:8,
  20:13, 27:9, 28:6
disallowance 9:6
disallowed 11:1,
  11:9, 14:14,
  14:19, 15:24,
  16:9, 17:14,
  21:23, 26:1, 26:4,
  31:23, 32:3,
  34:10, 34:14
disallowing 12:5,
  17:23, 26:11,
  34:16
disconnect 6:4
dispute 13:23,
  14:17, 15:3,
  15:16, 16:2,
  16:18, 17:6,
  17:17, 19:23,
  23:1, 26:2, 33:10,
  34:12
District 1:1, 1:2,
  1:22, 1:23, 1:25,
  4:14, 4:15, 36:1,
  36:2, 36:7
Docket 1:5, 5:25,
  7:25, 12:12,
  13:22, 15:2,
  16:16, 19:22,
  22:25, 28:14, 33:5
docketed 28:20
document 10:21, 24:6
documentation 15:6,
  15:14, 16:21,
  17:4, 24:2, 24:16,
  25:12, 30:20
documents 24:14
doubt 30:17


< E >
early 31:16
ECF 7:25, 15:2,
  16:17, 19:22,
  22:25, 28:14, 33:5

Echevarria 12:15,
  12:25, 13:12,
  13:20, 14:10,
  14:14
effect 10:16
eight 6:12, 6:13,
  11:14
Eighteen 6:9
either 23:9, 30:5,
  31:15
Employee 18:7, 29:23
employees 31:11
employment 15:7,
  15:13, 16:23, 17:3
enabling 8:23
encouraged 6:25
end 19:12
English 5:4, 18:22,
  27:19
ensure 5:11
enter 10:20
entirety 7:14,
  11:10, 13:15,
  14:15, 14:20,
  15:24, 17:15,
  21:23, 26:1,
  27:10, 28:7,
  31:23, 34:10
entities 7:15, 8:3,
  8:11, 8:14, 8:19,
  9:2, 9:18, 10:11,
  11:12, 11:13,
  11:14, 11:16,
  11:20, 12:2
entitled 28:17
entity 8:16, 8:22,
  11:11, 11:15
Entry 5:25, 12:12
error 30:22, 30:23,
  30:25, 31:1, 32:2
ERS 13:16, 27:11,
  28:8
Esq 1:37, 1:40
establish 8:14
established 11:14,
  11:17
et 1:15, 1:32, 4:20
event 30:1
Everybody 4:8
everyone 5:17, 6:4,

35:11
everything 24:2
exact 33:19
example 6:21
Excuse 8:6, 9:3,
   14:2
EXHIBITS 3:9
exist 8:19
expires 7:1
explain 18:12, 22:20
explained 33:18
Export 8:5
expresses 9:5
expressly 8:23
extent 23:11, 23:14,
   30:6, 30:8, 33:23,
   33:25


< F >
fact 8:13, 14:6,
   19:25, 25:1, 33:12
factual 11:20
fails 30:10, 34:2
Fajardo 6:9, 7:18,
   11:9
Family 18:10
federal 31:12
file 10:21
files 9:8, 9:14
filing 10:7, 10:21
filled 24:3, 25:13
Financial 1:8, 1:35,
   4:18, 7:11, 8:13,
   8:15
Financing 8:9, 8:12
finished 26:9
First 6:6, 6:11,
   7:3, 12:24, 13:11,
   13:19, 18:13,
   22:19, 23:24,
   27:5, 27:13, 28:12
five 13:18
follow 22:16
followed 6:12
following 8:3
form 14:1, 14:2,
   25:13
forms 8:12, 20:22
forth 8:18, 24:25,

33:20
Foster 6:21, 19:7
four 29:23
frustrating 32:9
full 34:12
fully 13:24, 14:17,
   16:1, 16:2, 17:17,
   21:25, 26:3
funds 11:16


< G >
Gail 1:24, 36:8
gave 22:15
getting 25:18
given 27:2
glad 12:7, 26:13,
   34:18
goods 28:15
Government 18:8,
   28:16, 31:11
Gracias 32:18
grant 14:8, 15:18,
   17:8, 20:13
greetings 23:24
guaranteed 9:3


< H >
hear 6:11, 6:22,
   12:23, 18:13,
   18:15, 20:20,
   21:15, 22:15,
   24:10, 24:11,
   24:20, 27:1, 32:12
heard 21:19, 31:13
Hearing 1:21, 4:21,
   5:8, 5:12, 5:19,
   5:23, 6:2, 20:5,
   27:14, 27:18,
   30:2, 35:1, 35:2,
   35:3, 35:8
hearings 28:11
held 9:1
hold 9:10, 27:15
Honorable 1:22,
   1:24, 4:16, 4:17,
   36:6, 36:8
HTA 13:16, 27:11,
   28:8, 33:6, 34:1,

34:3


< I >
ID 29:23
idea 24:23, 25:16
identified 8:1,
   8:19, 23:9
identifying 23:18
ignore 12:1
III 1:7, 7:15, 8:17,
   9:10, 10:7, 10:13,
   11:11, 11:18,
   11:21, 14:3,
   14:19, 23:10
immediately 33:21
impuestos 28:24
imputing 11:20
include 18:21
including 5:20,
   29:23
income 19:24, 20:2
incurred 9:11, 9:17
independent 9:12
indicate 28:25
indicated 6:3
indicating 21:1
individual 12:24
Industrial 8:6
information 6:17,
   14:4, 16:6, 17:19,
   19:2, 23:16,
   23:17, 29:22,
   30:11, 34:2
Infrastructure 8:9
initiated 33:21
insists 8:10
insofar 7:4
instances 8:22
Instead 13:25, 15:5,
   16:20
Institute 8:8
institutions 9:12
instructions 22:15,
   27:1
insufficient 18:16
interest 5:7
interested 6:2
interpret 23:23
interpretation 18:21

INTERPRETER 4:23, 4:24, 5:2, 5:5, 18:25, 20:18, 24:11, 24:13
interpreting 5:4
invite 7:3, 27:5
involving 25:1, 31:12
IRS 24:24
Ismael 12:25, 14:22, 14:25, 15:23
issue 10:20
issued 5:19, 15:5, 16:20
Item 6:6, 12:11, 26:8

< J >
job 21:10
Joel 13:1, 16:12, 16:15, 17:13
Jointly 1:10
Juan 4:1, 5:2, 27:20
Judge 1:22, 1:23, 1:24, 1:25, 4:5, 4:7, 4:17, 36:7, 36:8
judicial 5:18
Judith 1:24, 4:17, 36:8
justify 9:9

< K >
Keep 6:18, 22:6, 26:6, 32:14, 35:11
keeping 19:3
kindly 4:12

< L >
Landfill 6:9, 7:17, 9:23, 10:2, 11:8
last 29:23
late 6:6
Laura 1:22, 1:32, 4:16, 7:8, 7:10, 36:7
law 11:16

lawsuit 9:8, 9:14, 23:8, 23:15, 23:18
lawyer 18:23, 21:9
leave 9:6
left 6:19, 19:5
legal 11:19, 12:1
legally 11:17
legislative 8:12
length 32:9
liable 9:1, 9:10, 10:18
limited 5:20
limits 18:20
line 5:12, 9:24
Lisa 4:7
listen 6:16, 7:1, 19:1
listened 11:2, 31:21
little 24:12
LLC 11:8, 11:9, 28:20
local 10:5
Lourdes 1:40, 10:1


< M >
Magistrate 1:24, 4:17, 36:8
mailed 7:24, 13:21
Management 1:9, 1:36, 4:19, 7:12
March 35:2, 35:3
Martinez 13:1, 16:13, 16:15, 16:17, 16:19, 16:20, 16:22, 16:25, 17:4, 17:5, 17:9, 17:12, 17:14, 17:18
match 24:17, 24:22, 33:17
matter 6:10, 9:6
matters 13:11
members 5:8, 5:21
mentioned 25:11
microphone 24:9
mindful 7:1
minimum 31:12
minutes 6:9, 6:12, 6:13, 6:14, 6:19,

18:14, 18:17, 18:20, 19:5, 19:12, 19:18, 22:21, 23:21
moment 18:12, 24:9, 27:16, 29:11
money 20:1, 21:4, 23:8, 25:6, 25:13, 25:14, 25:17, 25:18, 25:22, 26:2
morning 4:7, 4:9, 4:11, 4:12, 4:25, 5:3, 7:9, 7:10, 10:1, 10:3, 18:4, 18:5, 18:6, 22:13, 22:14, 23:22, 26:24, 26:25
move 14:22
mute 5:12, 5:14
muted 27:20

< N >
name 5:1, 18:7
named 12:24
names 33:16
necessary 23:17, 30:11, 34:3
need 5:15, 6:3, 6:18, 19:2, 34:21
needed 24:15
Neither 29:6, 30:1
Nelson 2:6, 13:7, 26:17, 28:12, 31:22
Nevertheless 23:7, 29:5, 33:14
New 35:7
Next 12:11, 13:1, 16:11, 22:7, 26:8, 35:2
NG 4:7
NOGUERAS 2:5, 13:5, 22:8, 22:10, 22:13, 22:14, 22:18, 22:24, 23:1, 23:2, 23:6, 23:7, 23:11, 23:14, 23:21, 23:22, 23:24,

24:14, 24:21,
25:5, 25:7, 25:11,
25:16, 25:23,
25:25, 26:1, 26:5,
26:7
non-debtor 11:13,
11:14, 11:20, 12:2
None 3:5, 3:11
nor 29:6, 30:1
Nos. 7:20, 11:4,
29:18
noted 13:18, 33:3
notwithstanding
14:9, 15:19, 17:9
number 7:18, 23:10,
29:24

< O >
objected 10:10, 16:5
objecting 18:15,
21:11
Objections 1:21,
4:21, 5:10, 10:8,
22:17
obtain 29:22
office 16:23
Official 36:15
Okay 13:7, 24:13
one 6:19, 7:16, 8:3,
18:11, 19:5, 24:9,
29:11
ongoing 35:9
operation 5:11
opposed 34:4
oral 10:23
order 10:20, 10:25,
12:5, 12:23,
13:11, 18:12,
26:11, 34:16
orderly 5:11
orders 5:18
outstanding 13:18,
19:24, 35:9
Oversight 1:8, 1:36,
4:19, 5:24, 6:11,
6:14, 7:3, 7:11,
17:15, 18:13,
18:18, 18:19,
18:24, 19:18,

21:7, 21:8, 21:23,
22:20, 31:25,
32:4, 32:25
owe 20:1, 25:8,
25:10, 34:4
owed 8:2, 15:6,
16:22, 19:24,
21:3, 25:6, 30:23,
31:2, 33:24, 34:1
own 7:1, 8:22

< P >
PAGE 3:3
pages 36:4
paid 14:7, 23:2,
23:14, 29:2,
31:24, 32:1, 34:12
papers 11:2
part 8:11, 8:14,
8:16, 30:22
PARTIES 1:29, 5:7,
5:12, 5:21, 10:1
paying 14:16
payment 9:16, 15:4,
16:19, 23:3, 23:6,
28:25, 29:2, 29:4,
33:8, 33:11,
33:14, 33:19
pending 5:9, 10:5,
15:11, 16:8, 17:1,
17:22, 19:20,
20:9, 22:2, 29:18,
29:21, 31:8
people 6:22
perceived 24:4
Perez 1:37, 32:20,
32:21, 33:4, 33:6,
33:9, 33:10,
33:11, 33:13,
33:15, 33:20,
33:22, 34:1, 34:8,
34:9
permitted 5:20
person 5:20
personhood 8:20
personnel 23:25
phone 5:15, 5:16
phones 5:12
PHV 1:32, 1:33

played. 6:23, 19:9,
25:15, 29:9
Please 4:25, 5:14,
6:16, 6:21, 18:11,
18:25, 19:7,
20:18, 22:9, 28:4
podium 18:2, 22:10,
22:11, 26:20,
26:22
point 16:4
policies 5:18
Ponce 16:23
PORTELA 1:40, 9:25,
10:4, 10:19, 12:10
portion 6:2, 29:3,
33:13
Ports 8:5
position 10:10,
10:14
potential 11:25
Poullette 12:15,
12:24, 13:12,
13:19, 14:14
practical 9:6
preceding 33:21
precise 33:8
precisely 18:15
preparing 35:8
present 4:16, 4:23,
10:1, 12:17, 13:2,
13:5, 13:8, 23:25,
25:2, 32:21
presiding 4:16
press 5:8, 5:21
Prime 6:1, 28:20
prior 15:7, 15:13,
16:23, 17:3
priorities 28:18
Pro 2:4
problem 24:3, 24:4,
24:24, 25:19
procedure 22:16,
27:2
proceed 29:10
Proceedings 2:49,
5:13, 8:17, 9:11,
10:6, 14:3, 35:12,
36:6
process 29:24, 31:15
processed 32:13

produced 2:49
PROMESA 1:7, 14:3
Proof 13:20, 13:24,
   14:1, 15:1, 15:16,
   16:3, 16:5, 16:7,
   16:16, 17:7,
   19:21, 20:11,
   20:13, 22:24,
   23:12, 28:13,
   28:22, 29:17,
   30:4, 30:7, 33:4
Proofs 7:14, 7:18,
   7:20, 7:25, 13:15,
   27:10, 28:7
proper 9:13
proposed 12:5,
   26:10, 34:16
Proskauer 7:11
provide 12:1, 14:4,
   23:16, 26:10,
   30:10, 34:2, 34:15
provided 16:6,
   17:20, 28:16
provides 14:18,
   15:5, 16:21, 29:7
Public 5:8, 5:21,
   6:1, 9:12, 15:9,
   16:24, 31:11
PUERTO 1:2, 1:10,
   1:15, 1:32, 4:1,
   4:15, 4:19, 4:20,
   8:3, 8:4, 8:5,
   8:6, 8:7, 8:8,
   18:8, 20:25,
   31:11, 35:7, 36:2
punished 5:22
purported 28:15,
   28:22
purportedly 8:2,
   14:2, 14:5, 34:1
purports 11:10
purpose 5:9
pursuant 28:18
put 24:25


< Q >
question 6:17, 19:1,
   22:23, 23:18,
   34:11

quickly 7:19


< R >
Re 1:5, 4:18
read 7:19, 11:2,
   21:19, 31:20
reading 10:17
ready 32:11
reason 18:14, 25:1
rebuttal 6:15, 9:20
receipt 32:5
receive 8:11, 11:16,
   23:8, 24:5, 24:16,
   24:24, 30:18
received 20:22,
   20:23, 20:24,
   21:7, 24:4, 24:17,
   25:12, 25:19,
   25:23, 26:2, 30:17
receiving 8:15
recognize 21:9
reconcile 23:17,
   30:11
reconciling 15:14,
   17:5
record 7:19, 34:11
recorded 2:49
recording 5:19
records 13:17, 15:3,
   16:18, 27:12,
   28:9, 28:25, 33:7,
   33:19
recourse 9:7, 9:13
redress 9:7
reembolso 28:24
refer 11:12
reflect 13:17, 15:3,
   16:18, 27:12,
   28:9, 33:7, 33:19
reflected 10:24,
   33:22
reflecting 10:25,
   23:5, 29:4
Refojos 1:37
refund 14:6, 15:4,
   15:25, 16:19,
   21:15, 21:18,
   21:25, 23:2, 23:3,
   23:6, 23:12,

23:14, 26:3,
   28:24, 29:1, 29:4,
   30:7, 31:3, 31:19,
   31:25, 33:8,
   33:11, 33:24,
   34:11
refunds 19:24, 21:4,
   21:6, 21:22, 25:6
refute 14:5
regard 21:2
regarding 14:4,
   15:6, 16:21,
   21:15, 21:22,
   24:1, 31:10, 32:25
regional 16:23
relates 7:5, 16:15
relation 7:18
relief 9:15, 11:24
remainder 9:20
remains 15:11, 16:8,
   17:1, 17:22, 20:9,
   22:2, 29:18
remarks 11:3, 21:19
remind 5:17
repeating 27:19
Reply 8:18, 33:18
Reporter 36:15
representative 1:12,
   4:20
request 14:8, 15:17,
   17:8, 20:12,
   20:21, 24:1, 24:7,
   24:15, 24:19
requested 20:23,
   20:24
required 18:21
reserve 9:19, 30:2
resigned 31:16
resolution 20:10,
   29:20, 32:10
resolved 12:5,
   26:11, 34:16
respect 13:20, 15:1,
   19:21, 20:8,
   22:24, 27:11,
   28:8, 28:12, 30:3,
   30:4, 33:4
respond 18:20
respondents 6:13
responses 12:22,

13:18, 26:9, 28:11
result 10:6, 28:20
retired 31:16
retirement 31:12
retransmission 5:19
return 20:22, 24:18,
  25:1, 25:7, 25:17,
  25:18, 25:22
returns 20:2, 21:2,
  24:5
review 16:6, 17:19
reviewed 14:12,
  15:21, 17:11, 34:7
reviewing 10:8
Rican 8:8
RICO 1:2, 1:10,
  1:15, 1:32, 4:1,
  4:15, 4:19, 4:20,
  8:4, 8:5, 8:6,
  8:7, 8:8, 18:8,
  21:1, 31:11, 35:7,
  36:2
rights 30:3
room 20:5
Rose 7:11
Rosen 1:33
RUIZ 2:5, 13:5,
  13:7, 22:8, 22:10,
  22:13, 22:14,
  22:18, 22:23,
  22:25, 23:1, 23:2,
  23:6, 23:7, 23:11,
  23:14, 23:21,
  23:22, 23:24,
  24:14, 24:21,
  25:5, 25:7, 25:11,
  25:16, 25:23,
  25:25, 26:1, 26:5,
  26:7
rule 5:22, 11:1,
  31:19
rules 21:20
ruling 7:2, 10:16,
  17:23, 21:18,
  21:25, 30:3, 32:7

< S >
S/ 36:13
safe 22:6, 35:11

San 4:1, 27:20
SANABRIA 2:6, 13:7,
  26:17, 26:24,
  26:25, 27:4,
  28:12, 28:14,
  29:1, 29:3, 29:16,
  29:22, 30:9,
  30:16, 30:17,
  31:4, 31:9, 31:18,
  31:22, 31:24,
  32:6, 32:8, 32:15,
  32:18
sanctions 5:22
Santiago 13:1,
  16:13, 16:15,
  16:17, 16:19,
  16:20, 16:22,
  16:25, 17:4, 17:6,
  17:9, 17:12,
  17:14, 17:18
satisfied 13:17,
  13:24, 14:17,
  15:17, 16:1, 16:2,
  17:7, 17:16,
  17:17, 19:24,
  21:25, 23:13,
  26:3, 27:13,
  28:10, 29:6, 30:8,
  33:25, 34:13
saying 18:16, 24:15,
  25:12
scheduled 6:7,
  27:14, 35:2, 35:3
Se 2:4
second 12:25, 18:3
Section 11:24, 28:18
secured 28:17
Security 29:24
seek 9:15, 9:16,
  11:23
seeking 21:8
seeks 7:13, 9:3,
  9:7, 13:14, 23:11,
  23:15, 27:9, 28:6,
  30:6, 30:9, 33:23,
  34:1
Segarra 5:2, 5:3,
  20:20, 23:23,
  24:8, 24:20, 35:6
SEGUI 27:22

select 5:14
send 24:15
sent 24:6, 24:14,
  30:20
separate 8:19, 8:20,
  9:11, 11:15,
  11:18, 16:3,
  17:18, 20:8, 22:1,
  22:2, 31:7
separately 31:8
separation 12:2
Services 1:41, 6:8,
  7:17, 9:23, 10:2,
  11:8, 28:16
session 4:15
set 8:18, 30:2,
  33:19
several 5:9, 8:22,
  12:21, 12:22
Sewer 8:4
showing 14:6, 15:3,
  16:18
shown 14:15, 15:25
six 18:17, 23:21
slowly 18:24
Social 29:24
Solutions 5:15
sorry 24:8
sought 33:6
Sound 6:23, 6:25,
  19:8, 19:9, 19:11,
  19:12, 25:15, 29:9
Spanish 5:4, 18:21
speaker 6:18, 18:2,
  19:3, 27:18
speakers 12:16,
  12:21, 27:2
speaking 4:6, 5:13,
  6:16, 18:25,
  19:13, 22:17
specific 12:18
specified 6:5
staff 35:6
Standard 35:4
start 28:1, 28:3,
  28:4
starting 6:6
state 4:25
stated 20:22, 28:23
statement 23:5,

29:4, 33:13, 33:20
statements 33:17
States 1:1, 1:23,
  1:25, 4:14, 8:23,
  19:25, 36:7, 36:8
statute 8:23, 11:17
Stay 9:9, 9:15,
  9:16, 11:23,
  11:24, 12:1, 35:11
stayed 10:6
stenography 2:49
stop 6:16, 18:11,
  18:25, 24:8
subject 8:1, 8:2,
  9:8, 9:15, 15:11,
  17:1, 20:9, 29:19
submissions 10:17
submit 12:4
submitted 15:14,
  17:4, 20:21, 20:25
sue 8:21
sued 8:21
sufficient 8:16
support 8:13, 8:15,
  35:9
supporting 15:6,
  16:21
supposed 25:17
sustain 25:23
sustained 11:4,
  12:3, 14:13,
  15:23, 17:13,
  21:21, 26:4,
  31:22, 32:2, 34:9
Swain 1:22, 4:5,
  4:16, 36:7
system 19:4


< T >
Tacoronte 4:10,
  12:14, 18:1, 22:9,
  26:19, 32:22
Taylor 1:22, 4:16,
  36:7
Technologies 6:9,
  7:17, 9:23, 11:8
telephonic 5:8, 5:11
TELEPHONICALLY 1:29,
  35:5

third 12:25
three 30:19
Title 1:7, 7:15,
  8:17, 9:10, 10:7,
  10:13, 11:11,
  11:18, 11:21,
  14:3, 14:19, 23:10
Today 5:8, 5:11,
  5:23, 6:2, 17:22,
  20:6, 21:8, 21:12,
  21:15, 22:4, 26:6,
  27:14, 28:11,
  29:16, 30:2,
  31:21, 32:6, 32:9,
  34:22, 35:1, 35:8
together 34:22
total 28:21, 28:22,
  29:5
Tourism 8:7
track 6:18, 19:3
Trade 8:5
Transcript 2:49,
  10:24, 36:4
transcription 36:5
transfer 33:21,
  33:22
translate 18:25,
  20:18
Transportation 15:8,
  16:24
Treasury 21:1, 23:4
true 36:5
Try 27:22, 27:23
trying 21:11
turn 9:22, 19:17,
  26:16, 32:19,
  32:24
two 6:14, 6:19,
  6:20, 12:16,
  18:14, 18:19,
  19:5, 19:6, 19:11,
  19:12, 19:18,
  22:20, 28:11


< U >
understand 13:2,
  19:13, 20:5,
  21:12, 26:17,
  29:16, 29:20,

30:24, 30:25,
  31:1, 31:7, 32:9,
  34:3
understood 24:2,
  30:23
United 1:1, 1:23,
  1:25, 4:14, 36:6,
  36:8
University 8:3
unmute 5:16
unpaid 14:6


< V >
Velazquez 32:20,
  32:21, 33:4, 33:5,
  33:9, 33:10,
  33:11, 33:13,
  33:15, 33:20,
  33:22, 33:25,
  34:8, 34:9
versa 5:4
via 15:4, 16:19
vice 5:4
Violations 5:21


< W >
wage 31:12, 32:5
wages 20:6, 20:8,
  21:10, 29:17
waiting 31:14
Walker 36:13, 36:14
Waste 1:40, 6:8,
  7:17, 9:22, 10:2,
  10:4, 10:9, 11:8
welcome 5:7
withdraw 10:15
within 8:17
withstanding 20:14
WITNESSES 3:3
work 18:9, 35:8
working 32:10
Works 15:9, 16:24


< Y >
year 20:23, 24:24,
  25:20
years 20:2, 31:14

Yessenia 32:20,
  33:3, 34:9
Yolanda 2:4, 13:1,
  17:24, 18:7,
  19:20, 21:22
York 35:7