# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

         Debtors. [1]

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Asir U. Ashraf, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On January 28, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on (1) the 284th Omnibus Service List attached hereto as **Exhibit A**; (2) the 285th Omnibus Service List attached hereto as **Exhibit B**; (3) the 286th Omnibus Service List attached hereto as **Exhibit C**; (4) the 287th Omnibus Service List attached hereto as **Exhibit D**; (5) the 288th Omnibus Service List attached hereto as **Exhibit E**; (6) the 289th Omnibus Service List attached hereto as **Exhibit F**; (7) the 290th  Omnibus Service List attached hereto as **Exhibit G**; (8) the 291st Omnibus Service List attached hereto as **Exhibit H**; (9) the 292nd Omnibus Service List attached hereto as **Exhibit I**; (10) the 293rd Omnibus Service List attached hereto as **Exhibit J**; (11) the 294th Omnibus Service List attached hereto as **Exhibit K**; (12) the 295th Omnibus Service List attached hereto as **Exhibit L**; (13) the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

296th Omnibus Service List attached hereto as **Exhibit M** and (14) the 297th Omnibus Service
List attached hereto as **Exhibit N**;

- Omnibus Objection Notice, customized for each party, a blank copy of which is attached
  hereto as **Exhibit O**

Dated: February 2, 2021

<div align="right">

*/s/ Asir U. Ashraf*
Asir U. Ashraf

</div>

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 2, 2021, by Asir U. Ashraf, proved
to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 50401

## Exhibit A

Exhibit A

284th Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 2203751 | Cans Miranda, Edgar K | Address on file | | | | | | |
| 2201269 | Colon, Orlando | Address on file | | | | | | |
| 2201706 | MELENDEZ HERNAIZ, AMPARO | Address on file | | | | | | |
| 2198668 | Nazario Perez, Waldemar | Address on file | | | | | | |
| 1507932 | Pitney Bowes Puerto Rico, Inc. | c/o Germán J. Salas | PO Box 11662 | | | San Juan | PR | 00922-1662 |
| 1507932 | Pitney Bowes Puerto Rico, Inc. | German J. Salas | Controller | 7 Calle Tabonuco San Patricio Office Center | Suite 102 | Guaynabo | PR | 00968 |
| 1507932 | Pitney Bowes Puerto Rico, Inc. | McConnell Valdés LLC | PO Box 364225 | | | San Juan | PR | 00936 |
| 2205341 | PLAZA ROBLES, AGAR | Address on file | | | | | | |
| 2205676 | Roldan Almeda, Myrna | Address on file | | | | | | |
| 2205680 | Roldan Almeda, Myrna | Address on file | | | | | | |
| 2199912 | VILLALOBOS PELLOT, WILFREDO | Address on file | | | | | | |

**<u>Exhibit B</u>**

# Exhibit B

285th Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 2189644 | Bonilla De Jesus, Maria V | Address on file | | | |
| 2190998 | Guzman, Jacinto Burgos | Address on file | | | |
| 2189844 | Lebron Ramos, Ismael | Address on file | | | |
| 2191693 | Mercado Soto, Angel Manuel | Address on file | | | |
| 2190185 | Montes Ortiz, Victor | Address on file | | | |
| 1744992 | Pena Alvarado, Nydia | Address on file | | | |
| 1744992 | Pena Alvarado, Nydia | Address on file | | | |
| 2190105 | Ramirez Rodriguez, Jorge Luis | Address on file | | | |
| 2190956 | Rivera Silva, Julio | Address on file | | | |
| 466948 | Rodriguez Calderon, Eric | Address on file | | | |
| 76868 | RODRIGUEZ SANTOS, CARMEN | Address on file | | | |

**<u>Exhibit C</u>**

Exhibit C

286th Omnibus Service List

Served via first class mail

**<u>Exhibit D</u>**

# Exhibit D

287th Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 2205904 | Alegria Gandia, Gerardo V. | Address on file | | | |
| 2215445 | Arbolay Vazquez, Lillian | Address on file | | | |
| 2219174 | Arevalo Cruz, Esperanza | Address on file | | | |
| 2222433 | Arroyo Diaz, Ramon L. | Address on file | | | |
| 2222694 | Arroyo Diaz, Ramon L. | Address on file | | | |
| 2222555 | Barbot Rodriguez, Carmen | Address on file | | | |
| 2201328 | Barrios Ayala, Augusto J | Address on file | | | |
| 2203320 | Berrios Rojas, Nilda L. | Address on file | | | |
| 2207349 | Berrios Rojas, Nilda L. | Address on file | | | |
| 2210642 | Berrios Rojas, Nilda L. | Address on file | | | |
| 2221847 | Cabret Fuentes, Jose A. | Address on file | | | |
| 2222455 | Carrasquillo Santiago, Arlene | Address on file | | | |
| 2204507 | Claudio Gines, Olga | Address on file | | | |
| 2221151 | Coffie, Gloria E. | Address on file | | | |
| 2221459 | Colon Viruet, Marvella E | Address on file | | | |
| 2219705 | Correa Yambo, Eduardo | Address on file | | | |
| 2220672 | Crespo Gonzalez, Maria S. | Address on file | | | |
| 2221557 | Cruz Miranda, Carlos | Address on file | | | |
| 2205827 | Cruz Zavala, Nyhra Z. | Address on file | | | |
| 2222368 | Diaz Segura, Nereida E | Address on file | | | |
| 2222337 | Diaz Segura, Nereida E | Address on file | | | |
| 2219179 | Diaz Segura, Nereida E. | Address on file | | | |
| 2220434 | FEBRE SANTIAGO, LOURDES | Address on file | | | |
| 2202904 | Figueroa Fontanez, Elizabeth | Address on file | | | |
| 2222847 | Franceschi Zayas, Carlos A. | Address on file | | | |
| 2220932 | Garcia Rodriguez, Ida Gricell | Address on file | | | |

Exhibit D

287th Omnibus Service List

Served via first class mail

| | | | | |
|---|---|---|---|---|
| 2206386 | Gonzalez Feliciano, Jorge A. | Address on file | | |
| 2221888 | Gonzalez Perez, Freddie | Address on file | | |
| 2218759 | Gonzalez Rivera, Juan E. | Address on file | | |
| 2198847 | HERNANDEZ HERRERA, ANTONIA | Address on file | | |
| 218628 | HERNANDEZ HERRERA, ANTONIA | Address on file | | |
| 2219156 | Lopez Rodriguez, Maria Del Carmen | Address on file | | |
| 2222253 | Maldonado Maldonado, David | Address on file | | |
| 2205471 | Maldonado Maldonado, David | Address on file | | |
| 2222315 | Maldonado Maldonado, Miguel | Address on file | | |
| 2221845 | Maldonado Maldonado, Miguel | Address on file | | |
| 2226530 | Marquez Pacheco, Fernando | Address on file | | |
| 2221884 | Ortiz Figueroa, Franklin | Address on file | | |
| 2221880 | Ortiz Figueroa, Franklin | Address on file | | |
| 2218920 | Perez Vega, Angel L. | Address on file | | |
| 2221225 | Rivera Guzman, Leomaris D. | Address on file | | |
| 2221552 | Rivera Martinez, Maria Del Carmen | Address on file | | |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

**Exhibit E**

# Exhibit E

288th Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 1551918 | Aybar Franco, Wilfredo | Balcones de Monte Real App. 1703 | Carolina | PR | 00987 |
| 1455596 | FOX, PATSY L | Address on file | | | |
| 1481664 | Garcia, Domingo | Address on file | | | |
| 1481664 | Garcia, Domingo | Address on file | | | |
| 1593058 | GONZALEZ FUENTES, CARMEN | Address on file | | | |
| 1651723 | Gonzalez, Concepcion | Address on file | | | |
| 1564988 | Hernandez Lopez, Sixto | Address on file | | | |
| 834492 | Pedro Luis Casasnovas & Olga I. Trinidad Nieves | Address on file | | | |
| 834492 | Pedro Luis Casasnovas & Olga I. Trinidad Nieves | Address on file | | | |
| 1616336 | Quilichini, Norman A | Address on file | | | |
| 1455622 | Rene C Gomez Gomez + Aura I Fernandez Perez | Po Box 1117 | Caguas | PR | 00726-1117 |
| 1454237 | Rodriguez Molina, Carlos H | Address on file | | | |
| 491504 | ROSA LABOY, LUZ M | Address on file | | | |

**<u>Exhibit F</u>**

# Exhibit F

289th Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 2221363 | Aguilo Velez, Jose M. | Address on file | | | |
| 2203294 | Aponte Pagan, Jose Luis | Address on file | | | |
| 2206324 | Aponte Resto, David | Address on file | | | |
| 2215063 | Aponte Resto, David | Address on file | | | |
| 2209219 | Berrios Rosa, Isabel Cristina | Address on file | | | |
| 2221146 | Berrios Rosa, Isabel Cristina | Address on file | | | |
| 2197810 | Carrelo Castro, Edwin F | Address on file | | | |
| 2204190 | Castro Aponte, Carmen Cecilia | Address on file | | | |
| 2204632 | Chevere Zayas, Ivelisse | Address on file | | | |
| 2214120 | Collazo Rodriguez, Emerito | Address on file | | | |
| 2199733 | Colon Rodriguez, Luis A. | Address on file | | | |
| 2214781 | Colon Rodriguez, Luis Andres | Address on file | | | |
| 2209611 | Colon Roman, Lourdes T. | Address on file | | | |
| 2209503 | Colon Roman, Lourdes T. | Address on file | | | |
| 2203420 | Cordova Giboyeaux, Juan Manuel | Address on file | | | |
| 2211615 | Cortes, Roberto Vila | Address on file | | | |
| 2213930 | Cruz Cortes, Carmen A. | Address on file | | | |
| 2213823 | Cruz Cortes, Isabel M. | Address on file | | | |
| 2198447 | Diaz Berrios, Sandra | Address on file | | | |
| 2205589 | Diaz Irizarry, Jose R | Address on file | | | |
| 2200484 | Diaz Lois, Wanda | Address on file | | | |
| 2206911 | Espada Acevedo, Ruben | Address on file | | | |
| 2208511 | Falcon Curet, Noel E | Address on file | | | |
| 2214862 | Gerena Camacho, Wanda A. | Address on file | | | |
| 2204210 | Gonzalez Cardana, Petra Margarita | Address on file | | | |
| 2204497 | Gonzalez Cruz, Laura E. | Address on file | | | |

Exhibit F

289th Omnibus Service List

Served via first class mail

| | | | | |
|---|---|---|---|---|
| 2202615 | Gonzalez Feliciano, Jorge A. | Address on file | | |
| 2203632 | GONZALEZ FELICIANO, JORGE A. | Address on file | | |
| 2203632 | GONZALEZ FELICIANO, JORGE A. | Address on file | | |
| 2206386 | Gonzalez Feliciano, Jorge A. | Address on file | | |
| 2203448 | Gonzalez Gonzalez, Heriberto | Address on file | | |
| 2209472 | Gonzalez Lorenzo, Jose E. | Address on file | | |
| 2214182 | Gonzalez Noa, Edwin | Address on file | | |
| 2210659 | Gonzalez Rivera, Blanca R. | Address on file | | |
| 2221052 | Gonzalez, Eric O | Address on file | | |
| 2215524 | Gonzalez, Eric O. | Address on file | | |
| 2219521 | Lopez Aponte, Mayra | Address on file | | |
| 2202029 | LOZADA CACERES, KARINA | Address on file | | |
| 2215811 | Luna Martinez, Luis R. | Address on file | | |
| 2220998 | Maldonado Rodriguez, Migna R. | Address on file | | |
| 2212095 | Maldonado Velez, Candad B. | Address on file | | |
| 2212134 | Medina Rivera, Arsenio | Address on file | | |
| 2205058 | Mojica Rosario, Yolanda | Address on file | | |
| 2205449 | Mojica Rosario, Yolanda | Address on file | | |
| 2205453 | Mojica Rosario, Yolanda | Address on file | | |
| 2219757 | Mojica Rosario, Yolanda | Address on file | | |
| 2206582 | Moll, Gloria S. | Address on file | | |
| 2200460 | Munoz Morales, Juan J | Address on file | | |
| 2200651 | Muñoz Morales, Juan J. | Address on file | | |
| 2220237 | Munoz Vargas, Marta | Address on file | | |
| 2206239 | Muñoz Vargas, Marta | Address on file | | |
| 2214423 | Nieves, Paula Melendez | Address on file | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit F

289th Omnibus Service List

Served via first class mail

| 2204294 | Ortiz Baez, Luis Esteban | Address on file | | |
| 2205698 | Ortiz Figueroa, Nilda | Address on file | | |
| 2205667 | Ortiz Figueroa, Nilda | Address on file | | |
| 2205411 | Ortiz Figueroa, Nilda | Address on file | | |
| 2220424 | Ortiz Figueroa, Nilda | Address on file | | |
| 2205411 | Ortiz Figueroa, Nilda | Address on file | | |
| 2206010 | Pedrosa Mercado, Guillermo | Address on file | | |
| 2209105 | Pedrosa Mercado, Guillermo | Address on file | | |
| 2222371 | Ramos Rivera, Edgardo L. | Address on file | | |
| 2211078 | Rivera Aponte, Madeline | HC 1 Box 68513 | Las Piedras | PR | 00771 |
| 2212492 | Rivera Lopez, Wanda I. | Address on file | | |
| 2197860 | Rivera Pizarro, Rafael | Address on file | | |
| 2207101 | Robles Rivera, Lysset T. | Address on file | | |
| 468143 | RODRIGUEZ COLON, MARIBEL | Address on file | | |
| 2201320 | Rodriguez Garcia, Hector F. | Address on file | | |
| 2214093 | Rodriguez, Nicolas Sandoval | Address on file | | |
| 2202793 | Rodriguez-Del Valle, Maria | Address on file | | |
| 2207335 | Rosario Charles, Esther | Address on file | | |
| 2219280 | Rosario, Yolanda Mojica | Address on file | | |
| 2211781 | Rossner Figueroa, Everlidys | Address on file | | |
| 2211781 | Rossner Figueroa, Everlidys | Address on file | | |
| 2209350 | Santiago Torres, Luis A. | Address on file | | |
| 2206261 | Santos Castro, Luz Rosario | Address on file | | |
| 2207623 | Socorro Marcano de Jesus, Esther | Address on file | | |
| 2208491 | SOCORRO MARCANO DE JESUS, ESTHER | Address on file | | |
| 2214884 | Torres Colon, German | Address on file | | |

Exhibit F

289th Omnibus Service List

Served via first class mail

| | | | | |
|---|---|---|---|---|
| 2211070 | Vazquez Carrasquillo, Eddie | Address on file | | |
| 2207295 | Vazquez Carrasquillo, Eddie | Address on file | | |
| 2206954 | Vega Burgos, Angel A. | Address on file | | |
| 2211874 | Vega Burgos, Angel A. | Address on file | | |
| 2221007 | Vega Burgos, Angel A. | Address on file | | |
| 2197780 | Velazquez Cotti, Rosa H. | Address on file | | |
| 2207739 | Vila Cortes, Roberto | Address on file | | |
| 2207125 | Vila Cortes, Roberto | Address on file | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)                     Page 4 of 4

**<u>Exhibit G</u>**

Exhibit G

290th Omnibus Service List

Served via first class mail

**Exhibit H**

Exhibit H

291st Omnibus Service List

Served via first class mail

**Exhibit I**

Exhibit I

292nd Omnibus Service List

Served via first class mail

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**<u>Exhibit J</u>**

# Exhibit J

293rd Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1628104 | Brook II, Spruce | Address on file | | | | |
| 1448458 | Brooks, David | Address on file | | | | |
| 691754 | CACHO CACHO, JUANA | Address on file | | | | |
| 691754 | CACHO CACHO, JUANA | Address on file | | | | |
| 1488428 | Caparros Santos, Helvia S. | Address on file | | | | |
| 1488428 | Caparros Santos, Helvia S. | Address on file | | | | |
| 1597846 | Coop Ahorro y Credito Empleados First Bank | PO Box 9146 | | San Juan | PR | 00926-9710 |
| 1667116 | Cooperativa de Ahorro y Credito de Lares | Jose A. Marrero Torres | PO Box 362 | Lares | PR | 00669 |
| 1667116 | Cooperativa de Ahorro y Credito de Lares | PO Box 191757 | | San Juan | PR | 00919 |
| 1450476 | Developers Group Inc. | PMB 356 | 1353 Carr. 19 | Guaynabo | PR | 00966 |
| 2135473 | MARROIG, JUAN | Address on file | | | | |
| 1436612 | Muth, John T | Address on file | | | | |
| 1531357 | QUILICHINI PAZ, FLORENCE | Address on file | | | | |
| 1800238 | Ramirez De Arellano, Alfred | Address on file | | | | |
| 1462516 | Reyes Gilestra, Tristan | Address on file | | | | |
| 1598238 | Rosario Mojica, Eugenio | Address on file | | | | |
| 1474873 | Stewart, Richard | Address on file | | | | |
| 842540 | Sucesion J. Serralles Second, Inc | Po Box 801201 | | Coto Laurel | PR | 00780-1201 |
| 2178891 | Susan A Jennings, Trustee | Address on file | | | | |
| 1479140 | Winer, Leon | Address on file | | | | |

**<u>Exhibit K</u>**

Exhibit K

294th Omnibus Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 120943 | CENTRO DE ESTUDIOS AVANZADOS DE PUERTO RICO Y EL CARIBE | PO BOX 9023970 | | | | SAN JUAN | PR | 00902-3970 |
| 1471248 | Newtyn Partners, LP | Noah Levy | 405 Park Avenue | Suite 1104 | | New York | NY | 10022 |
| 1470123 | Newtyn TE Partners, LP | Noah Levy | 405 Park Avenue | Suite 1104 | | New York | NY | 10022 |
| 2007855 | Whitefort Capital Master Fund, LP | c/o Joseph Kaplan | 780 Third Avenue, 26th Floor | | | New York | NY | 10017 |
| 1454190 | Winderweedle, William H | Address on file | | | | | | |

**<u>Exhibit L</u>**

Exhibit L

295th Omnibus Service List

Served via first class mail

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**Exhibit M**

Exhibit M

296th Omnibus Service List

Served via first class mail

**<u>Exhibit N</u>**

Exhibit N

297th Omnibus Service List

Served via first class mail

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**<u>Exhibit O</u>**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|------------------------|
|      |         |            |        |                        |
| Reason: | | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|---------------------|------------------------|--------|----------------------------------|
|        |                     |                        |        |                                  |
| Base para: | | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**