# **EXHIBIT 1**

Case:17-03283-LTS   Doc#:15803-1   Filed:02/04/21   Entered:02/04/21 13:58:38   Desc: Ex. 1  Professional Biography   Page 2 of 4



# RYAN G. CHRISTIANSEN, CCIM

## PRESIDENT AND FOUNDER
### E-MAIL

ryan@christiansencommercial.com

### OFFICE

(787) 778-7000

### MOBILE

(787) 518-6676

Ryan G. Christiansen, President and Founder, has been a key player in elevating commercial real estate services in Puerto Rico to compete on a global stage for more than a decade. First entering the industry as a commercial brokerage professional in 2004, Christiansen quickly became one of the island's most sought-after real estate advisors. Striving to establish a new standard of industry excellence, he created Christiansen Commercial Real Estate in 2012 and has since grown the full-service firm into one of Puerto Rico's leading commercial brokerages.

While success has led to the growth of a talented support team, Christiansen's passion for brokerage keeps him involved in nearly every transaction that passes through the firm. As one of the island's leading brokers, he is equipped to handle

Case:17-03283-LTS Doc#:15803-1 Filed:02/04/21 Entered:02/04/21 13:58:38 Desc: Ex. 1 Professional Biography Page 3 of 4

the needs of both private and institutional investors of office, industrial, retail, land and most all other commercial properties.

With more than $1 billion in gross sales volume, Christiansen brings with him superior market knowledge, deal-making expertise, and influential industry relationships.

In 2019, Christiansen was selected to represent the buyers in a joint acquisition of the island's largest industrial portfolio. Following the transaction, the new ownership group was in need of a trusted and dependable property management and leasing team for the properties. Once again seeking to raise the industry bar, Christiansen partnered with Hector Del Rio Jr to create Puerto Rico Industrial Solutions Management (PRISM), where he concurrently serves as the Chief Executive Officer.

Ryan G. Christiansen was born in Springfield, Virginia and graduated in 2002 from the University of Dayton with a Bachelor's degree in International Business. Dedicated to his craft, he went on to earn CCIM designation from the Certified Commercial Investment Member Institute and served as President of the Puerto Rico CCIM Chapter from 2012 to 2014.

## NOTABLE TRANSACTIONS

**Taconic Capital Advisors LP and Monarch Alternative Capital LP** Represented buyers in acquisition of 2.2 million square foot of industrial warehouse assets

**Río Bayamón Community** – Represented the Government Development Bank for Puerto Rico selling a $12,000,000 plot of land positioned for a master-planned residential development in one of the most affluent neighborhoods of San Juan

**American International Plaza & 270 Plaza** – Represented Paulson & Co. in the acquisition of two of the largest office towers on the island – both located in the coveted San Juan financial district of Hato Rey – totalling over $100 million

**Former Ball Corp.** – Represented the Fortune 500 company in the disposition of a 238,000 square foot industrial facility situated on 27 acres in a distressed region

**Hato Rey Development Site** – Represented an institutional investor in the sale of one of the largest urban lots in the Hato Rey financial district for $11,600,000

**Government Development Bank** – Entrusted with the portfolio disposition of $27,000,000 worth of commercial assets located in Puerto Rico

**Metro Office Park Bldg 4** – Represented a real estate investment group in the sale of a Class A commercial office building totaling more than 30,000 square feet

Case:17-03283-LTS Doc#:15803-1 Filed:02/04/21 Entered:02/04/21 13:58:38 Desc: Ex. 1, Professional Biography Page 4 of 4

in the heart of San Juan 353-355 Tetuan – Represented a seller offering two interconnected historic buildings in Old San Juan, totaling nearly 34,000 square feet

## DISTINGUISHED CLIENTS









