# **EXHIBIT 2**



# CHRISTIANSEN COMMERCIAL REAL ESTATE

## LOCAL EXPERTISE. EXTRAORDINARY REACH.

## CHRISTIANSEN COMMERCIAL

Christiansen Commercial is the real estate market leader in Puerto Rico, providing solutions for office, industrial, retail and investment properties. Trusted to handle the real estate needs of the island's most prominent contributors, we combine a broad range of integrated services, unsurpassed market insight, seasoned advisory and first-class service to bring added value to our customers' real estate investments. Since 2012, we have developed a proven track record which enables us to maintain and leverage strong personal relationships with local players, financial institutions, as well as corporate and institutional clients. Focused on developing a reputation of service excellence, we align our goals with that of the client and customize deal-specific strategies for each transaction to create superior financial outcomes. With work ranging from the lease of a privately owned retail space to the sale of a large Class A office tower, Christiansen Commercial is well positioned to service the needs of a diverse range of stakeholders. As our company continues to grow, we remain wholly committed to putting our clients needs first and serving with integrity, transparency and excellence.

## FULL-SERVICE PROVIDER

- ▸ TENANT REPRESENTATION
- ▸ LANDLORD REPRESENTATION
- ▸ ACQUISITION & DISPOSITION
- ▸ ASSET/PROPERTY MANAGEMENT
- ▸ SITE SELECTION
- ▸ VALUATION & APPRAISAL
- ▸ ADVISORY & CONSULTING
- ▸ LOAN PORTFOLIO ANALYSIS
- ▸ REPOSITIONING SERVICES
- ▸ INVESTMENT ANALYSIS





### 188 MILLION
2019 SALES VOLUME



### ONE HUNDRED TWENTY
2019 COMPLETED TRANSACTIONS



### CCIM CERTIFIED
PROVEN EXPERTISE



### MAI CERTIFIED
RELIABLE VALUATION



### BOOK OF LISTS
THE CARIBBEAN BUSINESS



### DEDICATED EXPERTS
PROMPT, RELIABLE SERVICE

WWW.CHRISTIANSENCOMMERCIAL.COM    787-778-7000

AMERICAN INTERNATIONAL PLAZA: 250 MUÑOZ RIVERA AV. SUITE 350, HATO REY, PUERTO RICO 00918