UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of                                     No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                                 (Jointly Administered)
et al.,

                   Debtors.[1]
---------------------------------------------------------x

ORDER GRANTING URGENT CONSENTED MOTION
FOR EXTENSION OF DEADLINE TO SUBMIT JOINT STATUS REPORT IN
CONNECTION WITH SUIZA DAIRY CORP.'S URGENT MOTION REQUESTING COMFORT ORDER

Upon the Commonwealth of Puerto Rico's *Urgent Consented Motion for Extension of Deadline to Submit Joint Status Report in Connection with Suiza Dairy Corp.'s Urgent Motion Requesting Comfort Order* (Docket Entry No. 15815 in Case No. 17-3283, the "Extension Motion");[2] and the Court having found that the relief requested in the Extension

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.

Motion is in the best interests of the Debtor and Movant; and the Court having found that the

Debtor provided adequate and appropriate notice of the Extension Motion under the

circumstances and that no other or further notice is required; and the Court having reviewed the

Extension Motion; and the Court having determined that the factual bases set forth in the

Extension Motion establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor; it is HEREBY ORDERED THAT:

1. The Extension Motion is granted as set forth herein.

2. The deadline to submit the joint status report shall be extended to **February 18, 2021**.

3. This Order resolves Docket Entry No. 15815 in Case No. 17-3283.

SO ORDERED.

Dated: February 9, 2021

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge