**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el asunto de:

**JUNTA DE SUPERVISIÓN Y
ADMINISTRACION FINANCIERA PARA
PUERTO RICO**
Como representante de:

**ESTADO LIBRE ASOCIADO DE PUERTO
RICO Y OTROS**

**Deudores**

**PROMESA
TITULO III**

**Núm. 17BK3283-LTS**

**Reclamo Número: 15574**



### SEVENTH NOTICE OF TRANSFER OF CLAIMS TO ADMINISTRATIVE CLAIMS RECONCILIATION

**A LA HONORABLE JUEZ DEL TRIBUNAL DE DISTRITO, LAURA TAYLOR SWAIN:**

Comparece la parte recurrida, Rafael A. Carrasquillo Nieves, por derecho propio, y por este medio respetuosamente **ALEGA, EXPONE y SOLICITA:**

### I. Introducción



1. El 16 de mayo de 2018 presentamos la reclamación correspondiente Reclamo Número 15574.

2. En esta reclamación se fija responsabilidad al Estado Libre Asociado de Puerto Rico según constituido.

3. Además, se presentó otra reclamación a la Autoridad de Energía Eléctrica por incumplimiento de las obligaciones contractuales, poniendo en riesgo el pago de las pensiones.

### II. Motivos para solicitar reconsideración para que la reclamación no sea enviada al Sistema de Retiro de la Autoridad de Energía Eléctrica de Puerto Rico para Reconciliación Administrativa.

1. El Estado Libre Asociado de Puerto Rico tiene responsabilidad compartida con la Autoridad de Energía Eléctrica de Puerto Rico.

2. Constitucionalmente la Autoridad de Energía Eléctrica es una Corporación Pública creada bajo las leyes del Estado Libre Asociado de Puerto Rico.

3. El Gobierno de Puerto Rico viene obligado a responder por la Administración irresponsable, por malas decisiones, de aquellos que tomaron decisiones para aumentar la deuda financiera sin hacer los ajustes necesarios y así cumplir con sus obligaciones contraídas.

4. El Articulo 1 (d) de la ley 159-2013, según enmendada, define la Corporación Pública como toda instrumentalidad pública que ofrece servicios económicos y/o sociales para el Pueblo de Puerto Rico en nombre del Gobierno del Estado Libre Asociado de Puerto Rico (E.L.A.), pero como entidad jurídica independiente.

5. La Junta de Gobierno es el máximo órgano administrativo dentro de la estructura administrativa de la gobernanza corporativa. Por lo tanto, estos tienen un papel protagónico en la administración y buen funcionamiento de la corporación.

6. El Gobierno de Puerto Rico le confiere el poder a su presidente de junta de gobierno que hace política pública y otros dos. Estos son nombrados por el Gobernador de Puerto Rico en su exclusiva discreción.

## III. Súplica

1. Por lo mencionado solicito su reconsideración para que la reclamación número 15774 sea a favor del que suscribe responsabilizando al Estado Libre Asociado de Puerto Rico por no velar por lo establecido en su Constitución.

**RESPETUOSAMENTE SOMETIDO**

Certifico haber notificado copia del escrito a:

**Abogado de la Junta de Control de Supervisión Fiscal (Counsel for the Financial Oversight and Management Board for Puerto Rico)**
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

**Co-Abogado de la Junta de Control de Supervisión Fiscal (Counsel for the Financial Oversight and Management Board for Puerto Rico)**
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen.

En San Juan, Puerto Rico, hoy día __1ro__ de __febrero__ de 2021.

/Rafael A. Carrasquillo Nieves
Rafael A. Carrasquillo Nieves
Urb. Los Sueños, 5 Calle Armonía
Gurabo, P.R. 00778-7800
Teléfono: (939) 940-0807
Email: rcarrasquillonieves@gmail.com