Rafael A. Carrasquillo
Urb. Los Sueños 5, Calle Armonía
Gurabo, P.R. 00778-7800



Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767