UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Rachel O'Connor, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On February 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit A**, to be served via first class mail on the Public Employee Notice Parties Service List attached hereto as **Exhibit B**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: February 10, 2021

/s/ *Rachel O'Connor*
Rachel O'Connor

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 10, 2021, by Rachel O'Connor, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2021

SRF 50715

## **Exhibit A**

**PLEASE INCLUDE THIS IDENTIFYING SHEET WITH YOUR RESPONSE.**

*FAVOR DE INCLUIR ESTA HOJA DE IDENTIFICACIÓN EN SU RESPUESTA.*

If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944 (international), email PuertoRicoInfo@primeclerk.com, or visit https://cases.primeclerk.com/puertorico.

*Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envíe un correo electrónico a PuertoRicoInfo@PrimeClerk.com, o visite https://cases.primeclerk.com/puertorico.*

# GOBIERNO DE PUERTO RICO

Autoridad de Asesoría Financiera y
Agencia Fiscal de Puerto Rico

February 5, 2021

**Re:   Claim No.           - REQUIRES RESPONSE**

Dear

Greetings on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"). Under Act 2-2017, AAFAF represents the Government of Puerto Rico ("Government") in the Title III proceedings under PROMESA[1]. You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court.

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board ("FOMB") transferred your Claim to the Administrative Claims Resolution Process ("ACR") in order to resolve the Claim using the existing administrative procedures in the Government. The purpose of this letter is to notify that the information provided by you to date is not sufficient for the government entity you work for to adequately evaluate and resolve your Claim.

In consequence, we request that, within a term of twenty (20) days, you submit a letter in response in which you describe in detail the nature of your Claim. In your response, you should include, without limitation: (1) telephone number where you can be contacted; (2) employee number; (3) social security number; (4); if your claim is/has been subject of an administrative or judicial process, provide the case file number; and (5) any document that supports your Claim. If you have a pending administrative or judicial case, please so indicate. If, to the contrary, the case is closed, please provide a copy of the final resolution or final judgment, if available.

**Please send the letter in response and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to PRACRprocess@primeclerk.com,** or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*



PO Box 42001 • San Juan, PR 00940-2001 • Teléfono (787) 722-2525

**It is of the utmost importance you reply to this letter within the twenty (20) days specified herein, for the adequate evaluation and resolution of your Claim**.

Respectfully,

The Puerto Rico Fiscal Agency
and Financial Advisory Authority



![Gobierno de Puerto Rico - Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico]

El 5 de febrero de 2021

Re:   Reclamación Núm.              - <u>**REQUIERE RESPUESTA**</u>

Estimado

Reciba un cordial saludo de parte de la Autoridad de Asesoría Financiera y Agencia Fiscal ("AAFAF"). AAFAF, en virtud de la Ley Núm. 2-2017, representa al Gobierno de Puerto Rico ante el Tribunal del Título III de PROMESA[1] ("Tribunal de Título III"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ( "Reclamación") ante el Tribunal de Título III.

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que la entidad gubernamental para la cual trabaja(ó) pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta una comunicación en la cual describa detalladamente la naturaleza de su Reclamación. En su carta, debe incluir: (1) número de teléfono donde se le pueda contactar directamente; (2) su número de empleado; (3) número de seguro social; (4) de su Reclamación haberse sometido a un proceso administrativo y/o judicial, indicar número de caso administrativo, judicial o ambos; y (5) toda documentación en apoyo de su reclamo. Si usted tiene pendiente un caso administrativo o judicial contra la entidad para la cual trabaja(ó) favor de así especificarlo. Si, por el contrario, el caso fue adjudicado con carácter de finalidad, favor incluya una copia de la resolución y/o sentencia final, de tenerla disponible.

**Favor de remitir su comunicación en respuesta y cualquier documento en apoyo de su reclamo, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico PRACRprocess@primeclerk.com; o, por correo, a la siguiente dirección:**

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*



PO Box 42001 • San Juan, PR 00940-2001 • Teléfono (787) 722-2525

Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días aquí dispuesto, para el trámite adecuado de su Reclamación.

Respetuosamente,

La Autoridad de Asesoría Financiera
y Agencia Fiscal



PO Box 42001 • San Juan, PR 00940-2001 • Teléfono (787) 722-2525

## **Exhibit B**

Exhibit B

Public Employee Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1998184 | Candelario Ruiz, Ketty | 558 Calle Madrid Mansiones de Monterrey | | Yauco | PR | 00698 |
| 1180748 | CUBERO RODRIGUEZ, CARMEN I. | 1708 CALLE VISTA VERDE | | ISABELA | PR | 00662 |
| 2031502 | Cuevas Martinez, Luz T | P.O. Box 3026 | | Arecibo | PR | 00613 |
| 2148085 | Figueroa Mendez, William | Juncal Control Station 2606 | | San Sebastian | PR | 00685 |
| 762772 | FUENTES GONZALEZ, VILMA | PO BOX 825 | | AGUADILLA | PR | 00602 |
| 1775427 | Gonzalez Acevedo, Rosa Ivettet | PO Box 2233 | | San Sebastian | PR | 00685 |
| 1717194 | Irizarry Ortiz, Judith | Urb. Miraflores | Calle 32 26 - 6 | Bayamon | PR | 00957 |
| 1740321 | Irizarry Ortiz, Judith | Urb. Miraflores | Calle 32 26 - 6 | Bayamon | PR | 00957 |
| 1619934 | Jimenez Echevarria, Sonia N | 3ra Ext. Sta Elena Sta Clara 67 | | Guayanilla | PR | 00656 |
| 1709640 | Maldonado Vazquez, Esperanza | HC 91 Buzon 90343, Barrio Maricao | | Vega Alta | PR | 00692 |
| 1656370 | Martinez Mirabal, Bexaida | Urb. Hacienda La Matilde | 5315 Calle Bagazo | Ponce | PR | 00728 |
| 1161792 | MERCADO BENIQUEZ, ALMA N | PO BOX 206 | | ISABELA | PR | 00662 |
| 1572290 | Mercado Canals, Isamarys | 1066 Calle Arturo Jimenez Ualle | | Isabela | PR | 00662 |
| 1552043 | Montalvo Deynes, Victor A. | Base Ramey 113 | Calle B | Aguadilla | PR | 00603 |
| 1097819 | MONTALVO DEYNES, VICTOR A | 320A CALLE WING | BASE RAMEY | AGUADILLA | PR | 00603 |
| 1957372 | Morales Colon, Carmen D. | Bo Jaques Sector | Olla Honda Jardines C-2 | Juana Diaz | PR | 00795 |
| 1957372 | Morales Colon, Carmen D. | HC-03 Box 15455 | | Juana Diaz | PR | 00795 |
| 1606811 | Morales Pabon, Mónica | Bo. Corazón calle Perpetuo Socorro | #83-9 | Guayama | PR | 00784 |
| 2178760 | Ortiz Ortiz, Ubaldo | Bda Sta Ana #236 Calle-C | | Guayama | PR | 00784 |
| 1566546 | PEREZ AUILES, CRISTINA | URB. PRADERA REAL 1314 | | ISABELA | PR | 00662 |
| 1683410 | Perez Nieves, Luiz A. | 8055 Calle Gutierrez Perez | | Isabela | PR | 00662 |
| 1683410 | Perez Nieves, Luiz A. | Urb Lianos Isabela | 455 Calle Ortegon | Isabela | PR | 00662 |
| 1683688 | PEREZ NIEVES, LUZ A | 8055 Calle Gutierrez Perez | | Isabela | PR | 00662 |
| 1683688 | PEREZ NIEVES, LUZ A | URB LLANOS ISABELA | 455 CALLE ORTEGON | ISABELA | PR | 00662 |
| 1814898 | Ramos Rosa, Gabriel | Urb. Soly Mar 412 Calle Paseo del Mar | | Isabela | PR | 00662 |
| 1655065 | Resto de Jesús, Ramonita | Sector Maguelles | 83 Sur Calle 4 | Guayama | PR | 00784 |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Exhibit B
Public Employee Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1069752 | RIVERA FELICIANO, NEREIDA | PO BOX 1102 | VICTORIA STATION | AGUADILLA | PR | 00605 |
| 360365 | RIVERA FELICIANO, NEREIDA | PO BOX 1102 | VICTORIA STATION | AGUADILLA | PR | 00605 |
| 2148870 | Roman Diaz, Angel F. | HC 9 Box 95865 | | San Sebastian | PR | 00685 |
| 1572272 | Rosa Morales, Moraima | 60 Carr. 474 | | Isabela | PR | 00662 |
| 494095 | ROSADO MENDEZ, YAHAIRA | COMUNIDAD CABAN | CALLE PARQUE #150 | AGUADILLA | PR | 00603 |
| 494095 | ROSADO MENDEZ, YAHAIRA | COMUNIDAD CABAN | CALLE PARQUE #150 | AGUADILLA | PR | 00603 |
| 678795 | ROSS NIEVES, JOHANNA | P O BOX 1628 | | ISABELA | PR | 00662 |
| 678795 | ROSS NIEVES, JOHANNA | PO BOX 1786 | | ISABELA | PR | 00662 |
| 1228568 | ROSS NIEVES, JOHANNA | PO BOX 1786 | | ISABELA | PR | 00662 |
| 2142920 | Sanchez Ortiz, Johnny | 1502 - Mott Ave Apt. A-1H | | Far Rockaway | NY | 11691 |
| 2143021 | Sanchez Ortiz, Ramon | La Cuarta, Calle-C #251 | | Mercedita | PR | 00715 |
| 2148680 | Santiago Valentin, Jose A. | HC 5 Box 51520 | | San Sebastian | PR | 00685 |
| 1518236 | Soto Corchado, Marisol | 1631 Calle Jose Cheito Corchado | | Isabela | PR | 00662 |
| 1535701 | Soto Corchado, Marisol | 1631 Calle Jose Cheito Corchado | | Isabela | PR | 00662 |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)