**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**CERTIFICATE OF SERVICE**

    I, Rachel O'Connor, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On February 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit A**, to be served via first class mail on the Batch 17 Notice Parties Service List attached hereto as **Exhibit B**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: February 10, 2021

/s/ *Rachel O'Connor*
Rachel O'Connor

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on February 10, 2021, by Rachel O'Connor, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2021

**Exhibit A**

**Responda a esta carta el 7 de marzo de 2021 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

**Please respond to this letter on or before March 7, 2021 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com**.

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk
Grand Central Station, PO Box 4708
New York, NY 10163-4708
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

SRF 50765

**\*\*\* Response Required \*\*\***

---

**THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.**

**PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE WITH THE INSTRUCTIONS BELOW. FAILURE TO RESPOND MAY RESULT IN THE DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR CLAIM.**

---

February 5, 2021

Re:  PROMESA Proof of Claim
    *In re Commonwealth of Puerto Rico*, Case No. 17-03283
    United States District Court for the District of Puerto Rico

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases") against the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, or Employees Retirement System of the Government of the Commonwealth of Puerto Rico (collectively, the "Debtors"). Prime Clerk LLC, maintains the official claims register in the Title III Cases for the United States District Court in the District of Puerto Rico (the "Court"), and is reaching out to you on behalf of the Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Prime Clerk LLC as Proof of Claim Number _____. You may download a copy of your claim by visiting Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your claim. The Debtors are unable to determine from the information you provided the basis, nature, or amount for the claim you are attempting to assert against one or more of the Debtors. In responding to this letter, please ensure that you provide all of the information requested and as much detail as possible about your claim. The descriptions you put on your proof of claim were too vague for the Debtors to understand the claim you are trying to assert, so please provide more detail and do not simply copy over the same information.

**Please respond to this letter on or before March 7, 2021 by returning the enclosed questionnaire with the requested information and documentation**.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

| **First Class Mail** | **Overnight or Hand Delivery** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

If you do not respond to this request and do not provide the requested information and documentation in support of your claim, the Debtors may be forced to object to your claim.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.**

PLEASE NOTE: Prime Clerk, LLC is the claims and noticing agent in the Title III Cases, and cannot provide legal or financial advice.

Thank you,

Prime Clerk, LLC

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide <u>more</u> information than the initial proof of claim**. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| **First Class Mail** | **Hand Delivery** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Questionnaire**

1. **What is the basis of your claim?**

   □ A pending or closed legal action with or against the Puerto Rican government

   □ Current or former employment with the Government of Puerto Rico

   □ Other (Provide as much detail as possible below. Attach additional pages if needed.)
   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**
   _____

3. **Employment.** **Does your claim relate to current or former employment with the Government of Puerto Rico?**
   □ No. *Please continue to Question 4*.

   □ Yes. **Answer Questions 3(a)-(d).**

3(a). Identify the specific agency or department where you were or are employed:
   _____

3(b). Identify the dates of your employment related to your claim:
_____

3(c). Last four digits of your social security number: _____

3(d). What is the nature of your employment claims (select all applicable):
- □ Pension
- □ Unpaid Wages
- □ Sick Days
- □ Union Grievance
- □ Vacation
- □ Other (Provide as much detail as possible. Attach additional pages if necessary).

_____

_____

**4. Legal Action. Does your claim relate to a pending or closed legal action?**
- □ No.
- □ Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is a party to the action.
_____

4(b). Identify the name and address of the court or agency where the action is pending:
_____

4(c). Case number: _____

4(d). Title, Caption, or Name of Case: _____

4(e). Status of the case (pending, on appeal, or concluded): _____

4(f). Do you have an unpaid judgment? Yes / No (Circle one)

If yes, what is the date and amount of the judgment? _____

Centro de procesamiento de información complementaria
del Estado Libre Asociado de Puerto Rico
Grand Central Station, PO Box 4708
New York, NY 10163-4708
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com

SRF 50765

**\*\*\* Se requiere respuesta \*\*\***

**ESTA CARTA SE RELACIONA CON UNA EVIDENCIA DE RECLAMACIÓN QUE RADICÓ CONTRA EL GOBIERNO DE PUERTO RICO EN LOS PROCEDIMIENTOS AL AMPARO DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD ECONÓMICA DE PUERTO RICO.**

**LEA ESTA CARTA CUIDADOSAMENTE Y RESPONDA SEGÚN LAS INSTRUCCIONES QUE SE INDICAN A CONTINUACIÓN. SI USTED NO RESPONDE, LOS DEUDORES PODRÁN TOMAR MEDIDAS LEGALES PARA QUE SU RECLAMACIÓN SEA TOTAL O PARCIALMENTE DESESTIMADA.**

5 de febrero de 2021

Asunto: Evidencia de reclamación en virtud de la ley PROMESA
*En el caso Estado Libre Asociado de Puerto Rico*, Caso No. 17-03283
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estimado/a:

Esta carta se relaciona con una evidencia de reclamación que usted radicó en los casos al amparo del Título III (los "Casos del Título III") contra el Estado Libre Asociado de Puerto Rico, la Autoridad de Carreteras y Transportación de Puerto Rico, o Autoridad de Energía Eléctrica del gobierno del Estado Libre Asociado de Puerto Rico (en conjunto, los "Deudores). Prime Clerk LLC mantiene el registro oficial de reclamaciones en los Casos al amparo del Título III para el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"), y se comunica con usted en representación de los Deudores.

Los registros del Deudor reflejan que usted ha radicado una evidencia de reclamación que ha sido anotada por Prime Clerk LLC con el número de Evidencia de Reclamación         . Usted puede descargar una copia de su reclamación visitando el sitio web de Prime Clerk en: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Se requiere información adicional para que los Deudores continúen evaluando su reclamación. Con la información que usted ha proporcionado, los Deudores no pueden determinar los fundamentos, la naturaleza, o la cantidad de la reclamación que usted pretende formular contra uno o más de los Deudores. En respuesta a esta carta, asegúrese de proporcionar toda la información solicitada y todo el detalle posible sobre su reclamación. Las descripciones que incluyó en su evidencia de reclamación son demasiado imprecisas como para que los Deudores comprendan la reclamación que trata de formular; por ese motivo, proporcione más información y no se limite simplemente a copiar la misma información.

1

**Responda a esta carta el 7 de marzo de 2021 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Envíe el formulario completado y la documentación de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo, entrega en mano, o servicio de correo postal de 24 horas a la siguiente direcciónes:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

Si usted no responde a esta solicitud y no proporciona la información y documentación solicitadas para fundamentar su reclamación, los Deudores podrán verse en la obligación de objetar a su reclamación.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

NOTA: Prime Clerk, LLC es el agente de reclamaciones y notificaciones en los Casos al amparo del Título III y no puede proporcionar asesoramiento legal o financiero.

Atentamente,

Prime Clerk, LLC

*Número de Evidencia de Reclamación*:
*Reclamante*:

## **INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN**

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

    □ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    □ Empleo actual o anterior en el gobierno de Puerto Rico

    □ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    _____

*Número de Evidencia de Reclamación:*
*Reclamante*:

3. **Empleo.** **¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?**
   - ☐ No. *Pase a la Pregunta 4*.
   - ☐ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   _____

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   _____

3(c). Últimos cuatro dígitos de su número de seguro social: _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____
   _____

4. **Acción legal.** **¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?**
   - ☐ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   _____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   _____

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso:
   _____

2

*Número de Evidencia de Reclamación del Reclamante*:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

 _____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

 De ser así, ¿cuál es la fecha y el monto de la sentencia?

 _____

Case:17-03283-LTS Doc#:15824 Filed:02/10/21 Entered:02/10/21 21:12:08 Desc: Main Document Page 13 of 17
*Número de Evidencia de Reclamación del Reclamante*:

3

**<u>Exhibit B</u>**

Exhibit B
Batch 17 Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 12554371 | Acevedo Reyes, Carmen C. | San Rafael E 124 Los Dominicos | | | | Bayamon | PR | 00957 |
| 12554362 | Alicea Lozada, Atanacio | PO Box 9005 | | | | Humacao | PR | 00792 |
| 12554361 | Amador Colon, Veronica | O 13 Calle 19 Urb El Cortijo | | | | Bayamon | PR | 00956 |
| 12554351 | Amaro Ramos, Felix Manuel | PO Box 864 | | | | Yabucoa | PR | 00767 |
| 12554394 | Amaro Ramos, Jose Luis | P.O. Box 864 | | | | Yabucoa | PR | 00767 |
| 12554382 | Arce Corchado, Mary Elin | Arenales Altos Buzón 620 | Carretera 112 | | | Isabela | PR | 00662 |
| 12554364 | Arce Moreno, Aurelio | Calle Muñoz Rivera No. 10 | | | | Lares | PR | 00669 |
| 12554412 | Batista Montaner, Esther | 2731 Calle Corozo Urb. Los Caobus | | | | Ponce | PR | 00716 |
| 12554396 | Batista Montaner, Esther | Urb. Los Caobos | 2731 Calle Corozo | | | Ponce | PR | 00716 |
| 12554390 | Berberena Muniz, Carmen M. | P.O. BOX 1345 PMB 196 | | | | Toa Alta | PR | 00954 |
| 12554418 | Bonilla De Jesus, Maria V | Calle Clavel J13 Jardines 2 | | | | Cayey | PR | 00736 |
| 12554419 | Bonilla De Jesus, Maria V | Calle Clavel J13 Jardines 2 | | | | Cayey | PR | 00736 |
| 12554360 | Brito Brito, Sergio | HC #3 Box 11961 | | | | Yabucoa | PR | 00767 |
| 12554369 | Burgos La Santa, Manuel | RR 02 Buzon 6061 | | | | Manati | PR | 00674 |
| 12554358 | Calderon Lee, Betsua | #179 Calle Orquideas | | | | Fajardo | PR | 00738 |
| 12554377 | Camacho Cruz, Guadalberto | Urb Las Campinas #2 | Calle Amor #49 | | | Las Piedras | PR | 00771 |
| 12554381 | Camacho Pastrana, Julio | HC 11 Box 12401 | | | | Humacao | PR | 00791 |
| 12554429 | CANABAL PEREZ, JAIME | AVE MILITAR BUZON 4978 | | | | Isabella | PR | 00662 |
| 12554421 | CANCIO LUGO, ELVIRA M | APT L 501 COND DOS TORRES | 651 FDEZ JUNCOS MIRAMAR | | | SAN JUAN | PR | 00907 |
| 12554374 | Cardona Rivera, Lucia | HC-15 Box 15189 | | | | Humacao | PR | 00791-9477 |
| 12554380 | Castro Rivera, Jose E. | HC 15 Box 15141 | | | | Humacao | PR | 00791-9476 |
| 12554423 | Cordero Barreiro, Liz J. | PO Box 1470 | | | | Las Piedras | PR | 00771 |
| 12554414 | Cordero Barreiro, Liz J. | PO Box 1470 | | | | Las Piedras | PR | 00771 |
| 12554372 | Cortez Santana, Jorge | PO Box 1446 | | | | Las Piedras | PR | 00771 |
| 12554366 | Cortez Santana, Luis M. | HC - 11 Box 12426 | | | | Humacao | PR | 00791 |
| 12554354 | Costas Montero, Saddie D | 181 Long Hill Rd Apt R-7 | | | | Little Falls | NJ | 07424-2024 |
| 12554432 | CPALUISROD LLC | PO BOX 610 | | | | YABUCOA | PR | 00767-0610 |
| 12554410 | Cruz Figueroa, Maritza | PO Box 1844 | | | | Guaynabo | PR | 00970 |
| 12554395 | DAMARIS RIVAS RIVERA | CRUZ E. RIVERA CORTES | CALLE REINA 25-A PARC CARMEN | | | VEGA ALTA | PR | 00692 |
| 12554337 | De Suza Ramirez, Myrlette J | Urb Bueraventura de Ateli #5006 | | | | Mayaguez | PR | 00680 |
| 12554427 | De Suza Ramirez, Myrlette J | Urb. Buenaventura 4 | Ateli #5096 | | | Mayaguez | PR | 00680 |
| 12554336 | DEL CORDERO MALDONADO, MARIA | C/O REBECCA VIERA TRENCHE | AVE. ROBERTO CLEMENTE | BLOQUE 30 A-10 SUITE 2C | URB. VILLA CAROLINA | CAROLINA | PR | 00985 |
| 12554426 | DEL CORDERO MALDONADO, MARIA | VILLAS DE LOIZA | D34 CALLE 2 | | | CANOVANAS | PR | 00729-4220 |
| 12554386 | Diaz Colon, Luis F. | Box 608 | | | | Yabucoa | PR | 00767 |
| 12554413 | Diaz Diaz, Guadalupe | 105 P.ARC Juan del Valle | | | | Cidra | PR | 00739 |
| 12554408 | FIGUEROA, AWILDA BAEZ | RR 6 BOX 11144 | BO CUPEY ALTO | | | SAN JUAN | PR | 00926 |
| 12554403 | Fuentes Rivera, Eunice | RR 12 Box 977 | | | | Bayamon | PR | 00956 |
| 12554406 | Gonzalez Beltran, Noelia | Urb. El Valle 146 Paseo Palma Real | | | | Caguas | PR | 00727 |
| 12554359 | Jimenez Cabrera, Luis A. | 74 Calle Jovita Rodriguez | Bo. Franquez Sector Pabon | | | Morovis | PR | 00687 |
| 12554437 | JIMÉNEZ VELÁZQUEZ, NÉLIDA | 465 VALLES DE TORRIMAR | | | | GUAYNABO | PR | 00966-8710 |
| 12554405 | Lugo, Roberto Navarro | Hc-15 Box 16233 | | | | Humacao | PR | 00791 |
| 12554344 | Luis Rivera, Julio | HC #6 BUZON 11321 | CALABAZA | | | Yabucoa | PR | 00767 |
| 12554356 | Malave Zayas, Raul | PO Box 1236 | | | | Cidra | PR | 00739 |
| 12554433 | MALDONADO FIGUEROA, ENRIQUE | 100 AVE LAS NEREIDAS | | | | CATANO | PR | 00962-4667 |
| 12554422 | Maldonado Plaza, Jose M. | HC02 Box 6476 Carretera 521 | | | | Adjuntas | PR | 00601 |
| 12554415 | Martinez Alvarado, Andrea | HC 02 Box 8446 | | | | Juana Diaz | PR | 00795 |
| 12554349 | Martinez Garcia, Esteban | Urb. Verde Mar | Calle 17 - Num - 421 | | | Punta Santiago | PR | 00741 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit B
Batch 17 Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 12554425 | Martinez Gonzalez, Juan R. | Rosaleda 2 RB-9 | C/Tulipan | | | Toa Baja | PR | 00949 |
| 12554355 | Martinez Ramos, Victor | 617 Midiron Dr | | | | Kissimmee | FL | 34759 |
| 12554341 | Martinez Ramos, Victor | 727 Bogie Ct | | | | Kissimmee | FL | 34759 |
| 12554424 | Martinez -Reyes, Luz Maria | 30 Gardenia Conodado Viejo | | | | Caguas | PR | 00725 |
| 12554339 | Medina, Nydia | O'Neill & Borges LLC | Hermann D. Bauer | 250 Munoz Rivera Ave., Suite 800 | | San Juan | PR | 00918-1813 |
| 12554397 | Medina, Nydia | PO Box 5397 | | | | Caguas | PR | 00726 |
| 12554338 | Medina, Nydia | Proskauer Rose LLP | Martin J. Bienenstock | Brian S. Rosen | Eleven Times Square | New York | NY | 10036 |
| 12554420 | MEJIAS LUGO, ORLANDO | COUNTRY CLUB 4 EXT | CALLE 514 OE 19 | | | CAROLINA | PR | 00982 |
| 12554400 | Mercado Merced, Sylvia K. | 1791 Ferrer y Ferrer | Urb. Santiago Iglesias | | | San Juan | PR | 00921 |
| 12554416 | Morales, Natividad Roman | Juana Pabon Rodriguez | Brisas de Maravilla | C/ Bella Vista D-23 | | Mercedita | PR | 00715 |
| 12554389 | Moreno Cruz, Mariano | HC-15 Box 15095 | | | | Humacao | PR | 00791 |
| 12554399 | Muniz, Yolanda | 182 Garden Wood Dr. | | | | Ponte Vedra | FL | 32081 |
| 12554384 | Navarro Lugo, Roberto | HC-15 Box 16233 | | | | Humacao | PR | 00791 |
| 12554326 | Navarro Lugo, Roberto | San Jose Industrial Park 1375 Ave Ponce de Leon | | | | San Juan | PR | 00926 |
| 12554402 | Nieves Alvarez, Mirna | 445 Valles de Torrimar | | | | Guaynabo | PR | 00966-8710 |
| 12554368 | Nieves Marrero, Juan Ramon | Box 154 | | | | Catano | PR | 00963 |
| 12554387 | Nova, Mercedes Catalina | Calle Arzuaga 165 | Rio Piedras | | | San Juan | PR | 00925 |
| 12554383 | Olmeda Ubiles, German | Estancias de la Loma | #29 Calle Las Flores | | | Humacao | PR | 00791 |
| 12554378 | Olmeda Ubiles, Pedro | HC-15 Box 15139 | | | | Humacao | PR | 00791-9476 |
| 12554401 | Olmeda Ubiles, Reynaldo | HC-15 Box 15189 | | | | Humacao | PR | 00791 |
| 12554375 | Olmeda Ubiles, Reynaldo | HC-15 Box 15189 | | | | Humacao | PR | 00791-9477 |
| 12554428 | Ortiz Acevedo, Mabel | P.O. Box 2989 | | | | San German | PR | 00683 |
| 12554346 | Ortiz Rivera, Jose A | Carretera 759 | Bo Palo Seco Buzon #47 | | | Maunabo | PR | 00707 |
| 12554343 | Ortiz Salinas, Anibal | Barrio Tumbao | Buzon T-39 | | | Maunabo | PR | 00707 |
| 12554370 | Ortiz, Carlos L. | Jardines de Guamani | Calle 13 F-14 | | | Guayama | PR | 00784 |
| 12554345 | Perez Valentin, Carmen A. | A10 CALLE F | PARQUE DE LOS FRAILES T H - 4 | | | Guaynabo | PR | 00969 |
| 12554385 | Pizarro Pizarro, Ana Olga | #34 JOSE DE DIEGO | URB JOSE SEVERO QUINONES | | | Carolina | PR | 00985 |
| 12554434 | Rivera Astacio, Ruben | 1058 Linda Ln 1 | | | | Vineland | NJ | 08360-5814 |
| 12554391 | RIVERA CANCEL, EDDIE | URB LA SALAMANCA | 134 CALLE VALDEPENA | | | SAN GERMAN | PR | 00683 |
| 12554393 | Rivera Garcia, Irma M. | Urb. Belinda Calle 1 Casa B20 | | | | Arroyo | PR | 00714 |
| 12554357 | RIVERA MARTINEZ, MARIA C | URB CAGUAS NORTE | AF 24 CALLE QUEBEC | | | CAGUAS | PR | 00725 |
| 12554398 | Rivera Rivera, Roberto | Parc Torrecillas | 162 Calle Domingo Torres | | | Morovis | PR | 00687-2418 |
| 12554373 | Rivera Rosa, Noel O. | 752 Urb. Las Trinitarias | | | | Aguirre | PR | 00704 |
| 12554407 | Rivera, Felix Monclova | Apt 704 | | | | Maunabo | PR | 00707 |
| 12554348 | Riviera Martinez, VIvian E. | 6536 Grant St. | | | | Hollywood | FL | 33024 |
| 12554436 | RN Promotions & Inc | PO Box 50635 | | | | Toa Baja | PR | 00950-0635 |
| 12554352 | Rodriguez Leon, Seferino | P.O. Box 687 | | | | Maunabo | PR | 00707 |
| 12554388 | Rodriguez Rodriguez, Sara | RR01 Box 5713-4 | | | | Toa Alta | PR | 00953 |
| 12554435 | ROMAN DE JESUS, ANGEL G | URB ONEILL | CALLE D9 | | | MANATI | PR | 00674 |
| 12554409 | Rosado Perez, Mildred | 1473 C/Jaquey Urb. Los Caobos | | | | Ponce | PR | 00716-2630 |
| 12554417 | Ruiz Felix, Angel L. | HC 02 Box 8793 | | | | Yabucoa | PR | 00767-9506 |
| 12554363 | Ruiz Quiñones, Juan | PO. Box 207 | | | | Loiza | PR | 00772 |
| 12554411 | Saez Torres, Jaime Andres | 6535 San Alvaro Urb. Santa Teresita | | | | Ponce | PR | 00730-4409 |
| 12554376 | Sanchez Irizarry, Ramona del R. | 257 17 Urb. La Arboleda | | | | Salinas | PR | 00751 |
| 12554392 | Santana Diaz, Aurea L. | Calle Granate #15 Urb. Villa Blanca | | | | Caguas | PR | 00725 |
| 12554353 | Santiago Marcano, Erick A. | HC 03 Box 6825 | | | | Juncos | PR | 00777 |
| 12554342 | SANTIAGO MARCANO, VICTOR | HC 03 BOX 6825 | | | | JUNCOS | PR | 00777 |

Exhibit B
Batch 17 Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 12554431 | Santiago Rivera, Yesenia | Ciudad Campo #3 | | | | San Juan | PR | 00926 |
| 12554379 | Sepulveda Lebron, Irma Natalia | 10 Rio Claro, Veredas del Rio II | | | | Toa Alta | PR | 00954 |
| 12554365 | Serrano Aponte, Victor | HC-02 Box 10994 | | | | Juncos | PR | 00777 |
| 12554430 | Silva Fuentes, Elsie | P.O. Box 8349 | | | | Bayamón | PR | 00960 |
| 12554350 | SUAREZ PASTRANA, CRISTINA | RR 17 BOX 11268 | | | | SAN JUAN | PR | 00926-9497 |
| 12554367 | Torres Ortiz, Maria Leida | PO BOX 847 | | | | Orocovis | PR | 00720 |
| 12554347 | Vega Rosario, Eduardo | HC-01 Box 2351 | | | | Maunabo | PR | 00707 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 3 of 3