UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

               Debtors.[1]

---------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER CONCERNING MOTION FILED BY RAFAEL A.
CARRASQUILLO NIEVES (DOCKET ENTRY NO. 15819)

       The Court has received and reviewed the pleading filed by Rafael A. Carrasquillo Nieves (Docket Entry No. 15819 in Case No. 17-3283, the "ACR Transfer Objection"). The Court understands the ACR Transfer Objection to be a challenge to the decision of the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), pursuant to the *Order (a) Authorizing Administrative Reconciliation of Claims, (b) Approving Additional Form of Notice, and (c) Granting Related Relief* (Docket Entry No. 12274 in Case No. 17-3283, the "ACR Procedures Order"), to include proof of claim number 15774 on an Administrative Reconciliation Notice[2] and thereby designate the claim as subject to the Administrative Claims Procedures.

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the ACR Procedures Order and its accompanying exhibits.

The Court expects that, in the exercise of the Oversight Board's authority under the ACR Procedures Order, the Oversight Board will seek in the first instance to consensually resolve disputes concerning whether particular claims can or should be subject to the Administrative Claims Procedures.  Accordingly, the parties are directed to meet and confer concerning the ACR Transfer Objection.  The parties are directed to file a status report by **March 12, 2021**.  The ACR Transfer Objection is hereby dismissed without prejudice to refiling in English following submission of the parties' status report.  <u>See</u> 48 U.S.C. § 864 ("All pleadings and proceedings in the United States District Court for the District of Puerto Rico shall be conducted in the English language.").

      SO ORDERED.

Dated: February 11, 2021

                         /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                        United States District Judge