# **EXHIBIT A**
**Schedule of Claims Subject to the Two Hundred Seventy-Second Omnibus Objection**

## Two Hundred and Seventy-Second Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CHINEA PINEDA, MARIA MERCEDES<br>C14 CALLE 2<br>URB. DOS PINOS<br>TOWN HOUSES<br>SAN JUAN, PR 00923 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140800 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | FERNANDEZ FIGUEROA, ANGEL<br>HC 3 BOX 40769<br>CAGUAS, PR 00725 | 7/1/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 114695 | $ 8,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | VILLAFANE NEGRON, BENEDICTA<br>30 NOGAL URB. ALBORADA<br>SANTA ISABEL, PR 00757 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 138975 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 8,000.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts