## EXHIBIT A

**Schedule of Claims Subject to the Two Hundred Seventy-Fourth Omnibus Objection**

Two Hundred and Seventy-Fourth Omnibus Objection
Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACOSTA HERNANDEZ, GERALDO<br>PO BOX 1749<br>SAN GERMAN, PR 00683 | 4/4/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4418 | $ 683.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2017 tax refund/return. The records of the Department of Treasury show such refund/return has been applied to prior debt related to Administracion para el Sustento de Menores (ASUME) payments. | | | | | |
| 2 | ALVARADO ORTIZ, CARLOS<br>URB VERDE SUR<br>A-5 CALLE D<br>CAGUAS, PR 00725 | 4/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6826 | $ 1,102.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return has been applied to prior debt related to Administracion para el Sustento de Menores (ASUME) payments. | | | | | |
| 3 | APONTE ESTRADA, VICTOR<br>URB MANSIONES DE SIERRA TAINA<br>9 CALLE 4<br>BAYAMON, PR 00956 | 4/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6337 | $ 946.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Departamento de Hacienda show such refund/return has been applied to prior tax debt for the year of 2015. | | | | | |
| 4 | AVA ENVIRONMENTAL CONSULTANTS<br>C/O ANNETTE FERNANDEZ<br>PO BOX 361300<br>SAN JUAN, PR 00936 | 3/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1896 | $ 3,213.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Departamento de Hacienda show such refund/return has been applied to estimated tax for the year of 2017. | | | | | |
| 5 | BLANCO, TERESA J<br>COND PLAZA ESMERALDA<br>APT 116 469 AVE ESMERALDA<br>GUAYNABO, PR 00969-4281 | 4/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5442 | $ 1,981.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 and 2017 tax refund/return. The records of the Departamento de Hacienda show such refund/return has been applied to estimated tax for the years of 2017 and 2018. | | | | | |
| 6 | CENTRO QUIROPRACTICO DR JUAN M LOPEZ DC-PSC<br>PO BOX 366602<br>SAN JUAN, PR 00936-6602 | 3/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5122 | $ 19,052.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Departamento de Hacienda show such refund/return has been applied to estimated tax for the year of 2017. | | | | | |

## Two Hundred and Seventy-Fourth Omnibus Objection
### Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | FONSECA VAZQUEZ, JOSE M<br>PO BOX 6421<br>CAGUAS, PR 00726 | 3/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1466 | $ 2,425.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2015 tax refund/return. The records of the Departamento de Hacienda show such refund/return has been applied to prior tax debt for the years of 2008 and 2009. | | | | | |
| 8 | FONTANEZ PADILLA, PEDRO<br>URB LAS FLORES<br>G-8 CALLE 2<br>JUANA DIAZ, PR 00795 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11883 | $ 1,710.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return has been applied to prior debt related to Administracion para el Sustento de Menores (ASUME) payments. | | | | | |
| 9 | HAWAYEK COLON, MANUEL<br>1259 PONCE DE LEON<br>OFICINA 2-5<br>SAN JUAN, PR 00907 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2385 | $ 5,213.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Departamento de Hacienda show such refund/return has been applied to prior tax debt for the year of 2013. | | | | | |
| 10 | LCDO. RENE ARRILLAGA ARMENDARIZ<br>AVE. HOSTOS #430-ALTOS<br>SAN JUAN, PR 00918-3016 | 3/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1503 | $ 7,611.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Departamento de Hacienda show such refund/return has been applied to prior tax debt for the year of 2017. | | | | | |
| 11 | MARIN ROSARIO, BENITO<br>VISTAS DE LUQUILLO II<br>506 CALLE ESMERALDA<br>LUQUILLO, PR 00773 | 3/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2487 | $ 710.00* |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return has been applied to prior debt related to Administracion para el Sustento de Menores (ASUME) payments. | | | | | |
| 12 | MELENDEZ AYBAR, HECTOR<br>BDA SANDIN<br>68 CALLE PLUTON<br>VEGA BAJA, PR 00693 | 4/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6783 | $ 768.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return has been applied to prior debt related to Administracion para el Sustento de Menores (ASUME) payments. | | | | | |

Two Hundred and Seventy-Fourth Omnibus Objection
Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | MORALES ALVARADO, NELSON<br>PO BOX 52246<br>TOA BAJA, PR 00950 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3316 | $ 2,748.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Departamento de Hacienda show such refund/return has been applied to prior tax debt for the year of 2012.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | NIEVES MALDONADO, ALFREDO<br>CALLE ALMENDRA 35<br>PRC. MARQUEZ<br>MANATI, PR 00674 | 5/4/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10094 | $ 801.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return has been applied to prior debt related to Administracion para el Sustento de Menores (ASUME) payments.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | ORRIOLA PEREZ, MANUEL<br>PO BOX 141329<br>ARECIBO, PR 00614-1329 | 3/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2689 | $ 634.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Departamento de Hacienda show such refund/return has been applied to prior tax debt for the years of 2014 and 2015.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | RIOS RIVERA, FERNANDO<br>URB GRAN VISTA<br>2 CAMINO DEL PLATA<br>TOA ALTA, PR 00953 | 3/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3502 | $ 1,153.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Departamento de Hacienda show such refund/return has been applied to prior tax debt for the year of 2013.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | RUIZ RIVERA, EDGARDO<br>PO BOX 1335<br>MOCA, PR 00676 | 3/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3229 | $ 720.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return has been applied to prior debt related to Administracion para el Sustento de Menores (ASUME) payments.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | RULLAN ORRIOLS, ORLANDO<br>URB DOS PINOS<br>786 POLARIS ST.<br>SAN JUAN, PR 00923 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4104 | $ 1,536.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Departamento de Hacienda show such refund/return has been applied to prior tax debt for the year of 2015.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | SALVADOR ROVIRA RODRIGUEZ AND MINERVA LUNA DIOU<br>PO BOX 7462<br>PONCE, PR 00732 | 12/6/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 360 | $ 26,312.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Departamento de Hacienda show such refund/return has been applied to prior tax debt for the year of 2012.

## Two Hundred and Seventy-Fourth Omnibus Objection
### Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | SANCHEZ CALDERO, DAVID<br>GOLD VILLA APT. 3202<br>VEGA ALTA, PR 00692 | 4/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5424 | $ 1,310.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return has been applied to prior debt related to Department of Treasury payments. | | | | | |
| 21 | SANTIAGO VELEZ, MANUEL<br>METRO PLAZA<br>303 CALLE VILLAMIL APT 1504<br>SAN JUAN, PR 00907 | 3/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1481 | $ 770.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Departamento de Hacienda show such refund/return has been applied to prior tax debt for the year of 2009. | | | | | |
| 22 | VEGA SALVA, JULIO<br>URB LOS ROBLES CALLE 3 G 1<br>GURABO, PR 00778 | 4/4/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4419 | $ 1,728.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return has been applied to prior debt related to Administracion para el Sustento de Menores (ASUME) payments. | | | | | |
| | | | | TOTAL | | $ 83,126.00* |

* Indicates claim contains unliquidated and/or undetermined amounts