# EXHIBIT A

**Schedule of Claims Subject to the Two Hundred Seventy-Sixth Omnibus Objection**

## Two Hundred and Seventy-Sixth Omnibus Objection
## Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CUEVAS ESTEVES, ANGEL A<br>URB LOS COLOBOS PARK<br>108 CALLE ALMENDRO<br>CAROLINA, PR 00987 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10663 | $ 2,325.83* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Centro de Recaudacion de Ingresos Municipales (CRIM), which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CUEVAS ESTEVEZ, ANGEL<br>URB LOS COLOBOS PARK<br>108 CALLE ALMENDRO<br>CAROLINA, PR 00987 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10636 | $ 2,325.83* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Centro de Recaudacion de Ingresos Municipales (CRIM), which is not part of the Title III proceedings.

| | | | | | TOTAL | $ 4,651.66* |
|---|---|---|---|---|---|---|

$ 4,651.66*