# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>Plaintiff,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>Debtor [1] | Civil. No.:  17-BK-3283-LTS<br><br>PROMESA<br><br>TITLE III |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**TO THE HONORABLE COURT**:

**COMES NOW** creditor, **Cooperativa de Ahorro y Crédito de Caparra ("Caparra Coop"),** through the undersigned counsel and respectfully states and prays as follows:

1. Caparra Coop, in the above captioned case, has been represented by the undersigned attorney, Michael R. Jiménez Brea, and Nestor D. Zamora Santos.

2. The undersigned attorney withdraws his appearance as counsel for Caparra Coop in the above-captioned matter and requests to be removed from the CM/ECF notification list and the official service list.

3. Please take notice that Caparra Coop will continue to be represented by Nestor D. Zamora Santos.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

CIVIL NO. 17-BK-3283-LTS
Page 2

**WHEREFORE**, it is respectfully requested from this Honorable Court to accept the withdrawal of attorney Michael R. Jiménez Brea as attorney of record of Caparra Coop in the above-captioned case.

Certificate of service: I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail and parties in interest that have filed notices of appearance.

**RESPECTFULLY SUBMITTED**.

In Bayamón, Puerto Rico, for San Juan, Puerto Rico this 12th day of February, 2021.

**JIMÉNEZ BREA & ASOCIADOS, PSC**
MICHAEL R. JIMÉNEZ BREA, ESQ
P.O. Box 6416 Bayamón, PR 00960-5416
Tel. (787) 798-5720
mjimenez@jbalawpr.com

By: *S/ Michael R. Jiménez Brea*
**MICHAEL R. JIMÉNEZ BREA, ESQ.**
**USDC-PR 300,111**