## EXHIBIT A

**Schedule of Claims Subject to the Two Hundred Eightieth Omnibus Objection**

Two Hundred and Eightieth Omnibus Objection

Exhibit A - Bondholder Modify

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | ORESTES PENA VIA TDAMERITRADE 501 SYCAMORE LANE APT 515 EULESS, TX 76039 | 8529 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |
| | Reason: Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority,  that is not a Title III Debtor. Another portion will remain at the Commonwealth | | | | | | | |
| 2 | PARSONS, PATRICIA P. 1840 N. PROSPECT AVE. APT 316 MILWAUKEE, WI 53202-1961 | 7414 | Commonwealth of Puerto Rico | Unsecured | $130,000.00 | Commonwealth of Puerto Rico | Unsecured | $100,000.00 |
| | Reason: Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority,  that is not a Title III Debtor. Another portion will remain at the Commonwealth | | | | | | | |
| 3 | SHIRLEY M. HANNA TRUST, U/A/D 3/21/97 SHIRLEY M. HANNA, TRUSTEE 8703 PINESTRAW LANE ORLANDO, FL 32825 | 2022 | Commonwealth of Puerto Rico | Unsecured | $75,000.00 | Commonwealth of Puerto Rico | Unsecured | $25,000.00 |
| | Reason: Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority,  that is not a Title III Debtor. Another portion will remain at the Commonwealth | | | | | | | |
| 4 | WILLIAMS, MARION I AND CATHERINE E 2040 N BRIDGETON CT FAYETTEVILLE, AR 72701 | 2752 | Commonwealth of Puerto Rico | Unsecured | $120,000.00 | Commonwealth of Puerto Rico | Unsecured | $100,000.00 |
| | Reason: Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority,  that is not a Title III Debtor. Another portion will remain at the Commonwealth | | | | | | | |
| | | | TOTAL | | $ 335,000.00 | TOTAL | | $ 230,000.00 |