# **EXHIBIT E**

# O'Melveny

O'Melveny & Myers LLP
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660-6429

T: +1 949 823 6900
F: +1 949 823 6994
omm.com

February 5, 2021

**VIA E-MAIL**

John Hughes, III
Atara Miller
Grant Mainland
MILBANK LLP
55 Hudson Yards
New York, New York 10001

Re: *In re Fin. Oversight & Mgmt. Bd., No. 17-BK-3283-LTS –Commonwealth Assets Rule 2004 Requests*

Counsel:

I write in connection with Ambac's Assets Rule 2004 Motion [ECF No. 9022] ("Assets 2004 Motion") as a follow up to AAFAF's January 31, 2021 letter. By repeating Ambac's headings, AAFAF does not reflect any acceptance or agreement by AAFAF that the materials sought are within the scope of Ambac's original requests or within the acceptable bounds of Rule 2004 discovery.

**Category No. 1: Assets (current and transferred/encumbered)**

- *Documents sufficient to show, from January 1, 2015 to the present, the alienation or encumbrance of any assets held by the Commonwealth or its instrumentalities.*
- *A list of the Commonwealth's current assets.*

**Prioritized Commonwealth Assets**. AAFAF is continuing its efforts to locate responsive documents for the remaining properties (12, 14-15, 17, 19, 22-23, and 36) on Ambac's March 16, 2020 list. As stated in our January 31, 2021 letter, if Ambac is able to provide the registry property numbers for the remaining properties, that would expedite AAFAF's search.

**AAFAF Assets Review**. Today we produced a property list that we received from the Puerto Rico Land Administration.[1] The property list has not been certified in response to AAFAF's November 25, 2019 letter on behalf of CEDBI.

---
[1] ASSETS_2004_0004003.

O'Melveny

Sincerely,

/s/ *Elizabeth L. McKeen*

Elizabeth L. McKeen