Prime Clerk:

Caso: 17-03283-LTS

Reyes Pagán Pagán

    Al momento presento mis evidencias como empleado del Departamento de Corrección y Rehabilitación de P.R.; tales como el talonario más reciente como empleado Oficial de Custodia Juvenil I, mi número de seguro social y la identificación con foto.

Atentamente,
Reyes Pagán Pagán

RECEIVED & FILED
2021 FEB 12  PM 5:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.