Reyes Pagán Pagán
Urb. Ext. La Fe
22406 calle San Andrés
Juana Díaz, P.R. 00795-8909

RECEIVED & FILED
2021 FEB 12 PM 1:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767