```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF PUERTO RICO

In re:                                *
                                      *     PROMESA Title III
THE FINANCIAL OVERSIGHT AND           *
MANAGEMENT BOARD FOR PUERTO RICO,     *     Case No. 17-BK-3283-LTS
                                      *     (Jointly Administered)
     as representative of             *
                                      *     RE: ECF No. 15356, 15363,
THE COMMONWEALTH OF PUERTO RICO,      *     15486, 15511, 15572,
et al.                                *     15782
                                      *
     Debtors.                         *
                                      *
--------------------------------------*
                                      *     PROMESA Title III
FREDERIC CHARDON DUBOS,               *
                                      *
     Movant,                          *
                                      *
        v.                            *
                                      *
THE FINANCIAL OVERSIGHT AND           *
MANAGEMENT BOARD FOR PUERTO RICO,     *
                                      *
     as representative of             *
                                      *
THE COMMONWEALTH OF PUERTO RICO,      *
                                      *
     Respondent.                      *
                                      *
--------------------------------------
```

**URGENT CONSENSUAL MOTION REQUESTING EXTENSION OF DEADLINES**

TO THE HONORABLE COURT:

NOW COMES movant the undersigned attorney on his own behalf and respectfully states as follows:

1. This Honorable Court entered an Order Granting Consensual

Motion for Extension of Deadlines, ECF No. 15643 (the "Order").

2. Pursuant to the Order debtor filed its Objection at ECF No. 15782 (the "Objection").

3. Pursuant to the Order movant has to file his reply today February 16, 2021.

4. Movant has attempted to locate the referenced motor vehicle to include that information in his reply.

5. Movant last saw the motor vehicle at the police station located at Iturregui Street in Country Club as shown in the picture below.



6. Movant requests the deadline to file his reply to the Objection be extended to **February 19, 2021, at 5:00 p.m. (Atlantic Standard Time).**

**ATTORNEY CERTIFICATION**

The undersigned attorney hereby CERTIFIES that on this day a reasonable, good-faith telephone communication took place

with counsel of the law firm Proskauer Rose LLP and they consented to the requested extension of deadlines. Therefore, there is no knowledge that there will be an objection to this Urgent Motion.

WHEREFORE, movant the undersigned attorney on his own behalf respectfully requests that for the above stated reasons this Honorable Court grant this Urgent Consensual Motion Requesting Extension of Deadlines.

Respectfully submitted, in Carolina, Puerto Rico this 16th day of February, 2021.

**CERTIFICATE OF SERVICE, LOCAL RULE 5005-4(h)(1), P.R. LBR**

Movant hereby certies that on this day, Movant electronically filed the foregoing with the Clerk of the Court uploading the same using the CM/ECF System which will send notification of such filing to the all CM/ECF participants.

**Frederic Chardon Dubs Law Office**

s/Frederic Chardon Dubos
**Frederic Chardon Dubos**
USDC-PR 201601
P.O. Box 1797
Carolina, Puerto Rico, 00984-1797
Tel. (787) 908-2476
email fcdlaw2020@gmail.com