UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FNANCIAL OVERSIGHT AND MANAGETv1ENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et 21,<br><br>Debtors.[1] | PROMESA<br>Title 111<br><br>No. 17 BK3283-LTS<br><br>Re: ECF Nos. 15356, 15363, 15486, 15511, 15572, 15782<br><br>(Jointly Administered) |

ORDER GRANTING URGENT CONSENSUAL MOTION FOR EXTENSION OF DEADLINES

Upon the Urgent Consensual Motion for Extension of Deadlines (Docket Entry No. _____, the "Extension Motion");[2] and the Court having found that the relief requested in the Extension Motion is in the best interests of the Debtor and Movant; and the Court having found that the Debtor provided adequate and appropriate notice of the Extension Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Extension Motion; and the Court having determined that the factual bases set forth in th in the Extension Motion establish just cause for the relief granted herein;

[1] The Debtors in these Title Ill Cases, along with each Debtor's respective Title Ill case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth ofPuerto Rico (Bankruptcy Case No. 17 BK 3283LTS) (Last Four Digits of Federal Tax ID: 3481 ); (ii) Puerto Rico Sales Tax Financing Corporation ("COFNA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3 808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523LTS). (Title Ill case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them

and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Extension Motion is granted as set forth herein.

2. The deadline for the Movant to file a reply to the Objection [ECF No. 15782] shall be extended to **February 19, 2021, at 5:00 p.m. (Atlantic Standard Time).**

3. The Court will thereafter take the Motion on submission.

4. This Order resolves Docket Entry No.

SO ORDERED

Dated: February      , 2021

LAURA TAYLOR SWAIN

United States District Judge