# EXHIBIT A

**Schedule of Tenth ADR Designated Claims**

# Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| VELEZ GONZALEZ, JOSE A. | 69294 | d | Tort Claim | LDP2008-0037 Superior Court, Utuado Part | Initial Transfer |
| MARIA SOCORRO QUINONES AND LEONARDO CINTRON | 172577 | d | Electrical Contact | K DP2008-1047 Superior Court, San Juan Part | Initial Transfer |
| MALDONADO ROMERO, MIRIAM | 19021 | d | Tort Claim | CDP 2016-0043 Superior Court, Arecibo Part | Initial Transfer |
| SANTIAGO VELEZ, ANGEL I | 19244 | d | Tort Claim | CDP 2016-0043 Superior Court, Arecibo Part | Initial Transfer |
| LOPEZ PENA, DAVID & RIVERA, CARMEN | 9046 | d | Tort Claim | K DP2016-0106 Superior Court, San Juan Part | Initial Transfer |
| ACEVEDO ECHEVARRIA, JAN LUIS | 16705 | f | Tort Claim | ABCI2015-01025 Superior Court, Aguada Part | Initial Transfer |
| ACEVEDO GONZALEZ, CARLOS LUIS | 15384 | f | Tort Claim | ABCI2015-01025 Superior Court, Aguada Part | Initial Transfer |
| ACEVEDO GUZMAN, CORALYS | 15411 | f | Tort Claim | ABCI2015-01025 Superior Court, Aguada Part | Initial Transfer |
| ACEVEDO GUZMAN, JANIELIS | 16222 | f | Tort Claim | ABCI2015-01025 Superior Court, Aguada Part | Initial Transfer |
| ACEVEDO ECHEVARRIA, CARL LUIS | 15417 | f | Tort Claim | ABCI2015-01025 Superior Court, Aguada Part | Initial Transfer |

---

[1] For Claim Amount Ranges, please refer to the Claims Amount Key at the end of Exhibit A.

| **Claim Amount Key** |
| --- |
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |