# Exhibit I

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE AGRICULTURA
**OFICINA REGLAMENTACION DE INDUSTRIA LECHERA**
APARTADO 10163
SAN JUAN, PUERTO RICO 00908-1163

**ORDEN ADMINISTRATIVA NÚM. 2020-34**

**RE: PARA NOTIFICAR PROYECCIÓN DE LECHE CRUDA PARA EL AÑO FISCAL 2020-2021, Y ADJUDICAR PROPORCIONES MINIMAS A LAS PLANTAS ELABORADORAS DE LECHE RETENIDA CON EL FIN DE ASEGURAR OPERACIONES NORMALES**

*I.    Base Legal*

La Ley Núm. 34 de 11 de junio de 1957, según enmendada, 5 L.P.R.A. 1092 (en adelante, "Ley Núm. 34"), faculta a la Oficina para la Reglamentación de la Industria Lechera (en adelante, "ORIL"), a través de su Administrador, a investigar, fiscalizar y reglamentar todos los niveles de producción de leche en Puerto Rico y sus productos derivados. Esta facultad se extiende desde la fase inicial de producción agrícola, hasta las etapas posteriores de elaboración, esterilización, manufactura, almacenaje, transportación, distribución, compra y venta al público en general, vendida como leche fresca, así como aquella leche cruda a ser procesada y vendida para la elaboración de cualesquiera otros productos lácteos, de cualquier clase, tipo o naturaleza, incluyendo la producción de leche ultra pasteurizada y aséptica (en adelante, "UHT").

A tenor con el Artículo 5 de la Ley Núm. 34, *supra*, *Id.* §1096, la ORIL viene obligada, entre otras cosas a: i) desarrollar y mantener condiciones satisfactorias de mercado para proteger la producción, distribución y venta, a todos los niveles, de la leche y los productos derivados de ésta; ii) evitar prácticas monopolizadoras y de competencia desleal, así como discrímenes en las diversas fases de la industria desde la producción hasta la venta de la leche en todas sus modalidades y productos derivados al consumidor; iii) investigar las transacciones y relaciones comerciales de los productores, elaboradores, esterilizadores y detallistas entre sí, así como las de cualesquiera de ellos con los consumidores; iv) asegurarse de implantar y hacer valer los precios máximos y mínimos fijados para la leche fluida y los precios máximos de sus productos derivados en todos los niveles de distribución, v) en el ejercicio de los poderes concedidos en la Ley, el Administrador queda expresamente autorizado para tomar todas las medidas pertinentes para hacer efectivas las disposiciones de las mismas.



El Administrador tiene el poder de "[f]ormular los planes necesarios para disponer de la leche excedente a los fines de proteger integralmente la industria." 5 L.P.R.A. Sec. 1096(b)(4). El Reglamento 10 de la Industria Lechera tiene como propósito delimitar el marco de discreción del poder exclusivo del Administrador de manejar el excedente de leche. Reglamento 8657 (en adelante Reglamento 10). Para fines de canalización, "la leche que se produce en Puerto Rico se utilizará, en orden de prioridad…para la elaboracion de leche fresca [y] [l]uego de agotada la demanda para leche fresca…se utilizará para la elaboracion de otros productos por dichas plantas elaboradoras de leche fresca y por Indulac, como planta de balance, y por elaboradoras de productos derivados." Regl. 8657, Sec. 8(b). "El orden de prioridad de los productos derivados elaborados con el excedente será determinado a base del rendimiento económico para el ganadero, comenzando con los de mayor rendimiento y continuando, en escala descendiente, con los restantes." *Id*. Las elaboradoras "tendrá[n] acceso al excedente a un mismo precio conforme al uso al que se dará al excendente." Regl. 8657, Sec. 8(f). "Las decisiones del Administrador en cuanto a la canalización o disposición del excedente de leche, estarán basadas en las circunstancias particulares de la Industria en el momento en que se tomen. Entre ellas, tomará en consideración las circunstancias particulares de cada elaborador que se proponga utilizar el excedente y el grado de necesidad que tenga del mismo para su operación normal." Regl. 8657, Sec. 8(g). Pues, "el Administrador calculará la cantidad de leche excedente que se producirá prospectivamente y adjudicará las porciones del mismo solicitadas por los elaboradores y la prioridad o preferencia de acceso a dicho excednete de cada uno de ellos." *Id*.

## *II. Propósito*

Es la política pública de la ORIL establecer reglas y reglamentos que sirvan para dar estabilidad y estimular el progreso en la producción, elaboración y mercadeo de leche y de los productos derivados de ésta, y por tanto la prosperidad de la industria. Entre las varias facultades del Adminstrador, éste podrá "[e]stablecer normas de elaboración, esterilización, clasificación, empaque, envase, enlatado, rotulación, calidad y presentación de la leche y de sus productos derivados", y "[e]stablecer sistemas de entrega por los productores y elaboradores y de recibo por los elaboradores y otros manipuladores de leche o de sus productos derivados." 5 LPRA §11096(b)(5) y (6).

Como es conocido en la industria lechera, cada año entre los meses de julio y octubre la producción paulatinamente disminuye hasta llegar a su punto más bajo en el mes de octubre. Sin

embargo, durante el año en curso hemos sufrido una disminución mayor a años anteriores debido a la falta de vacas en producción. Lo anterior, ha provocado que la Industria Lechera de Puerto Rico, Inc. (Indulac) no cuente con el mínimo de leche que necesita para llevar a cabo una operación normal.

En atención a este asunto, el Administrador ha estudiado las tendencias de producción, retención y consumo. Durante el año fiscal 2019-2020, ambas plantas recogieron la cantidad de 233,014,088 cuartillos de leche cruda. La distribución de la leche recogida fue de 62% por Suiza Dairy, Corp. (SDC) y 38% por Vaquería Tres Monjitas, Inc. (VTM). Lo anterior se traduce a 144,104,637 cuartillos recogidos por SDC y 88,909,451 cuartillos recogidos por VTM.

De la leche cruda recogida en finca durante el año fiscal 2019-2020, SDC retuvo 99,552,722 cuartillos de leche cruda para elaborar sus productos fluidos compuesto por su leche fresca en su variedad de envases y porcientos de grasa, y la leche UP/UHT para el mercado local. Su promedio quincenal fue de 3,828,951 de cuartillos de leche cruda, equivalentes a un promedio de 273,496 cuartillos diarios. De la leche cruda recogida en finca durante el año fiscal 2019-2020, VTM retuvo 58,675,108 cuartillos de leche cruda para elaborar sus productos fluidos compuesto por su leche fresca en su variedad de envases y porcientos de grasa, y la leche pasteurizada de vida extendida para el mercado local. Su promedio quincenal fue de 2,256,735 cuartillos de leche cruda, equivalentes a un promedio de 161,195 cuartillos diarios. Por otro lado, en el año fiscal 2019-2020, Indulac retuvo 27,251,055 cuartillos de leche cruda para elaborar sus productos fluidos compuesto por su leche UHT para el mercado local. Su promedio quincenal es de 1,051,964 de leche cruda, equivalentes a 75,140 cuartillos diarios.



El Administrador estima que la producción en finca será de unos 200,000,000.00 de cuartillos de leche cruda para el año fiscal 2020-2021. Con el fin de asegurar que las plantas puedan tomar las providencias necesarias para manejar volúmenes inferiores de producción; , evitar un cierre total o parcial de una planta elaboradora; y asegurar las operaciones normales de todas las plantas elaboradoras, se ha tomado la decisión de adjudicar la leche cruda en las siguiente proporción: SDC podrá retener 106,772,572 cuartillos de leche cruda, para un promedio quincenal de 4,106,637 cuartillos de leche cruda, o 293,331 cuartillos diarios; VTM podrá retener 65,876,373 cuartillos de leche cruda, para un promedio quincenal de 2,533,707 cuartillos de leche cruda, o 180,979 cuartillos diarios; e Indulac retendrá 27,351,055 cuartillos de leche cruda, para un promedio quincenal de 1,051,964 cuartillos de leche cruda, o 75,140 cuartillos diarios.

Por lo tanto, *se Ordena*:

### III. <u>Orden:</u>

1) De una producción estimada de 200,000,000 cuartillos de leche cruda para el año fiscal 2020-2021, SDC podrá retener como mínimo 106,772,572 cuartillos de leche cruda, para un promedio quincenal de 4,106,637 cuartillos de leche cruda, o 293,331 cuartillos diarios.

2) De una producción estimada de 200,000,000 cuartillos de leche cruda para el año fiscal 2020-2021, VTM podrá retener como mínimo 65,876,373 cuartillos de leche cruda, para un promedio quincenal de 2,533,707 cuartillos de leche cruda, o 180,979 cuartillos diarios.

3) De una producción estimada de 200,000,000 cuartillos de leche cruda para el año fiscal 2020-2021, Indulac retendrá como mínimo 27,351,055 cuartillos de leche cruda, para un promedio quincenal de 1,051,964 cuartillos de leche cruda, o 75,140 cuartillos diarios.

4) Con el fin de asegurar que Indulac reciba la cantidad estimada de leche cruda para llevar a cabo su operación normal, se transfiere a Indulac las siguientes vaquerías:

| Licencia | Vaquería |
| --- | --- |
| 3519 | VAQ LUIS F. FERNANDEZ PEREZ, INC. |
| 2025 | AGRIC. RAMON ROSA DELGADO, INC. |
| 2123 | AGRIC. RAMON ROSA DELGADO, INC. |
| 3016 | Q. DEVELOPMENT, INC. |
| 3337 | NANGO DAIRY, INC. |
| 3378 | VAQUERIA LOPEZ, INC. |
| 3379 | VAQUERIA LOPEZ, INC. |
| 3444 | VAQUERIA LOPEZ, INC. |



5) El Administrador continuará monitoriando la producción de leche cruda y hará todo ajuste necesario a las proyecciones realizadas en esta orden. Toda variación de los volumenes mínimos se hará mediante petición escrita debidamente justificada.

6) Toda persona que violare o se negare a cumplir con las disposiciones de esta Orden Administrativa quedará sujeta a la imposición de una multa administrativa según dispone el Artículo 24 de la ley Núm. 34 del 11 de junio de 1957, según enmendada, la cual será no menor de quinientos dólares [($500)] y no mayor de cinco mil dólares

*Orden Administrativa Núm. 2020-34*
*Página 5*

($5,000). Previa la imposición de dicha multa, el Administrador celebrará una vista ante él o un agente suyo con absoluta protección de los derechos constitucionales de la persona afectada por el procedimiento.

### IV. *Observancia:*

Esta Orden Administrativa es de estricto cumplimiento para Plantas Elaboradoras.

*Se apercibe*, que el incumplimiento de esta Orden Administrativa podría conllevar la imposición de las penalidades dispuestas en la Ley Núm. 34 del 11 de junio de 1957, *según enmendada*.

### V. *Derogación:*

Se derogará cualquier norma o disposición que esté vigente o que entre en conflicto con lo aquí establecido.

### VI. *Separabilidad:*

En caso de que se declare nula o contraria a la ley cualquier parte de esta Orden Administrativa, no se afectará la validez de las restantes disposiciones.

### VII. *Vigencia*:

Esta Orden Administrativa tiene vigencia inmediata.

Dada en San Juan, Puerto Rico, hoy 30 de septiembre de 2020.

**NOTIFIQUESE:**

**AGRO. JORGE A. CAMPOS MERCED**
**ADMINISTRADOR**