RECEIVED & FILED
2021 FEB 19 AM 10: 41

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO<br><br>Como representante de:<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS<br><br>**Deudores** | PROMESA<br>TITULO III<br><br>Núm. 17BK3283-LTS<br><br>Reclamo Número: 15774 |

**SEVENTH NOTICE OF TRANSFER OF CLAIMS TO ADMINISTRATIVE
CLAIMS RECONCILIATION**

**A LA HONORABLE JUEZ DEL TRIBUNAL DE DISTRITO, LAURA TAYLOR SWAIN:**

Comparece la parte recurrida, Rafael A. Carrasquillo Nieves, por derecho propio, y por este medio respetuosamente **ALEGA, EXPONE y SOLICITA:**

I. **Introducción**



1. El 13 de febrero de 2021, recibí documento con asunto "NOTICE OF FILING OF THIRD ADMINISTRATIVE CLAIMS RESOLUTION STATUS NOTICE".

2. En el documento consta que la información fue suministrada y entrada el 5 de febrero de 2021 a la 18:57:46.

3. En la pagina 581 de 811 aparece la reclamación numero 15774 en el primer renglón de esa página. De esta se desprende que la fecha transferida en ACR fue el 4 de enero de 2021. Además, indica que el reclamante <u>NO</u> apeló la determinación inicial.

II. **Motivos para solicitar reconsideración para que la reclamación 15774 sea removida de esta Resolución**.

1. El 29 de enero de 2021, a las 5:51 p.m. se envió documento de Reconsideración vía correo electrónico a puertoricoinf@primeclerk.com, Hermann.bauer@oneillborges.com y a mbienenstock@proskauer.com. (Se acompaña copia de gestión radicada).

Pag.1

2. El 1 de febrero de 2021, a la 1:33 p.m., fue depositada en correo, mediante acta certificada, la reconsideración al "SEVENTH NOTICE OF TRASFER OF CLAIMS TO ADMINISTRATIVE CLAIMS RECONCILIATION". (Se acompaña copia de recibos).

### III. Súplica

1. Por lo mencionado solicito su reconsideración para que la reclamación número 15774 sea removida del "NOTICE OF FILING OF THE THIRD ADMINISTRATIVE CLAIMS RESOLUTION STATUS NOTICE", y que en su defecto la reclamación continúe al Estado Libre Asociado de Puerto Rico. Esto por no cumplir con lo establecido en la Constitución del Gobierno de Puerto Rico de cumplir con sus obligaciones contractuales.

**RESPETUOSAMENTE SOMETIDO**

Certifico haber notificado copia del escrito a:

**Abogado de la Junta de control de Supervisión Fiscal (Councel for the Financial Oversight and Management Board of Puerto Rico).**

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

**Co-abogado de la Junta de Control de Supervisión Fiscal (Councel for the Financial Oversight and Management Board of Puerto Rico).**

Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen.

En San Juan, Puerto Rico, hoy día __16__ de __febrero__ de 2021

Rafael A. Carrasquillo Nieves
Urb. Los Sueños 5, Calle Armonía
Gurabo, P.R. 00778-7800
Teléfono: (939) 940-0807
Email: rcarrasquillo@gmail.com