**Receipt 1 (top right):**
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.
New York NY 10036    0778    02

Certified Mail Fee  $3.60
Extra Services & Fees
 Return Receipt (hardcopy)  $2.85
 Return Receipt (electronic)  $0.00
 Certified Mail Restricted Delivery  $0.00
 Adult Signature Required  $0.00
 Adult Signature Restricted Delivery
Postage  $1.20
Total Postage and Fees  $7.65
Postmark Here  02/01/2021

Sent To: Proskauer Rose LLP
Street and Apt. No., or PO Box No.: Eleven Times Square
City, State, ZIP+4: New York, NY 10036-8299

7020 1810 0000 3022 1436

---

**Receipt 2 (middle left):**
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

San Juan PR 00918    0778    02

Certified Mail Fee  $3.60
Extra Services & Fees
 Return Receipt (hardcopy)  $2.85
 Return Receipt (electronic)  $0.00
 Certified Mail Restricted Delivery  $0.00
 Adult Signature Required  $0.00
 Adult Signature Restricted Delivery
Postage  $1.20
Total Postage and Fees  $7.65
Postmark Here  02/01/2021

Sent To: Tribunal de Distrito de los Estados Unidos
Street and Apt. No., or PO Box No.: Room 150 Federal Building
City, State, ZIP+4: San Juan, P.R. 00918-1767

7020 1810 0000 3022 1429

---

**Receipt 3 (middle right):**
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

San Juan PR 00918    0778    02

Certified Mail Fee  $3.60
Extra Services & Fees
 Return Receipt (hardcopy)  $2.85
 Return Receipt (electronic)  $0.00
 Certified Mail Restricted Delivery  $0.00
 Adult Signature Required  $0.00
 Adult Signature Restricted Delivery
Postage  $1.20
Total Postage and Fees  $7.65
Postmark Here  02/01/2021

Sent To: O'neill & Borges LLC
Street and Apt. No., or PO Box No.: 250 Munoz Rivera Ave. Suit 800
City, State, ZIP+4: San Juan, P.R. 00918

7020 1810 0000 3022 1412

---

**Return Receipt 1 (bottom left):**
SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
O'neill & Borges LLC
250 Munoz Rivera Ave.,
Suite 800
San Juan, P.R. 00918-1813

9590 9402 6032 0069 4137 03

2. Article Number (Transfer from service label)
7020 1810 0000 3022 1412

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X A. Velez  □ Agent  □ Addressee
B. Received by (Printed Name): J. Otero C-19
C. Date of Delivery: 2/3/21
D. Is delivery address different from item 1? □ Yes □ No

3. Service Type
 □ Adult Signature
 □ Adult Signature Restricted Delivery
 □ Certified Mail®
 □ Certified Mail Restricted Delivery
 □ Collect on Delivery
 □ Collect on Delivery Restricted Delivery
 □ Insured Mail
 □ Insured Mail Restricted Delivery ($500)
 □ Priority Mail Express®
 □ Registered Mail™
 □ Registered Mail Restricted Delivery
 □ Return Receipt for Merchandise
 □ Signature Confirmation™
 □ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**Return Receipt 2 (bottom right):**
SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Tribunal de Distrito de los
Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

9590 9402 6032 0069 4137 10

2. Article Number (Transfer from service label)
7020 1810 0000 3022 1429

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X (signature)  ☑ Agent  □ Addressee
B. Received by (Printed Name): Angel Rivera
C. Date of Delivery: 2/5/21
D. Is delivery address different from item 1? □ Yes □ No

3. Service Type
 □ Adult Signature
 □ Adult Signature Restricted Delivery
 ☑ Certified Mail®
 □ Certified Mail Restricted Delivery
 □ Collect on Delivery
 □ Collect on Delivery Restricted Delivery
 □ Insured Mail
 □ Insured Mail Restricted Delivery ($500)
 □ Priority Mail Express®
 □ Registered Mail™
 □ Registered Mail Restricted Delivery
 □ Return Receipt for Merchandise
 □ Signature Confirmation™
 □ Signature Confirmation Restricted Delivery

Domestic Return Receipt