Gmail

**Farmacias Aliadas <aliadasgurabo@gmail.com>**

## Favor confirmar a este correo que los documentos se han sido recibido. rcarrasquillonieves@gmail.com

1 message

**aliadasgurabo@gmail.com** <aliadasgurabo@gmail.com>                    Fri, Jan 29, 2021 at 5:51 PM
Reply-To: aliadasgurabo@gmail.com
To: "puertoricoinfo@primeclerk.com" <puertoricoinfo@primeclerk.com>, "mbienenstock@proskauer.com"
<mbienenstock@proskauer.com>, "Hermann.bauer@oneillborges.com" <Hermann.bauer@oneillborges.com>

Favor abrir documento adjunto.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: Farmacia Samaritana
Device Name: Xerox_ALC8030

Farmacia Samaritana

📄 **Favor confirmar a este correo que los documentos se han sido recibido_ rcarrasquillonieves@gmail_com. pdf**
49K