Rafael A. Carrasquillo Nieves
Urb. Los Sueños 5, Calle Armonía
Gurabo, P.R. 00778-7800







Tribunal de Distrito de los
 Estados Unidos
(Distrito de Puerto Rico)
Calle Chardón, Room 150
Edificio Federal
San Juan, P.R. 00918-1767

