0

RECEIVED & FILED
2021 FEB 19 AM 10: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

DE ACUERDO A LOS DOCUMENTOS RECIVIDOS ESTOY
ENVIANDO MI NOMBRE COMPLETO
SIXTO  HERNANDEZ  LOPEZ         FECHA DE NACIMIENTO 7/25/1953
(DATE FILED)  5/24/2018  ( CASE) 17BK3283LT5
PUERTO RICO ELECTRIC POWER AUTHORITY ( CLAIN #) 31480
ASSERTED  CLAIN AMOUNT  $167,184.00
YO HE SOMETIDO ESTADOS DE CUENTAS DE  BANCO SANTANDER
BANCO POPULAR Y UBS
NO SOY EMPLEADO DEL GOBIERNO SOY EMPLEADO DE EMPRESA
PRIVADA Y ESTOS SON AHORROS ACUMULADOS DURANTE  40 ANOS
QUE PUEDO PROBARLO CON PLANILLAS DE INCOME TAX


        ATENTAMENTE

        SIXTO HERNANDEZ LOPEZ