Sixto Hernández López
Urb. Bucare Esmeralda 19
Guaynabo, P.R.
00969

**CERTIFIED MAIL**
7020 0640 0000 6139 3146




U.S. POSTAGE PAID
FCM LG ENV
GUAYNABO, PR
00969
FEB 16, 21
AMOUNT
$7.85
R2305K138387-16

RECEIVED & FILED
2021 FEB 19 AM 10:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
Sala # 150 avenida Chardón (Federal Building)
San Juan, P.R.
00918-1767

USMS/HATO REY CERTIFIED THAT THIS
ITEM HAS CLEARED SCREENING AT:
POST: L.D.
CSO. Blanco