**DTOP-DIS-234**
Rev. 05/2020

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
DIRECTORÍA DE SERVICIOS AL CONDUCTOR
División de Vehículos de Motor

**Oficina:** SOFTEK

## INFORMACIÓN DEL VEHÍCULO

**Fecha:** 19 feb 2021

**Identificación:** CHARDON DUBOS, FREDERIC G
ssid: XXX-XX-5678

**Residencial:** URB VALLE ARRIBA HIGHTS
BD 13 CALLE NARANJO
CAROLINA 00983

**Postal:** URB VALLE ARRIBA HIGHTS
BD 13 CALLE NARANJO
CAROLINA 00983

**Vehículo:**

Descripción: 2000 OLDSMOBILE INTRIGUE GX ORO
VIN: 1G3WH52H0YF122319

Fecha Expiración:
Número Marbete:
Fecha Registro: 23 dic 1999
Registro: 5682868
Tablilla: DRA535
Título: 2738039
Precio: 26501.94
Casa Financiera
(Mobiliario): FBANK (3398275)
Casa Financiera
(Pre-venta): Ninguna
Acreedor: Ninguna

Gravamenes: 2
Multas: Ninguna



Marivir Rivera Colón
Directora Ejecutiva

**Gravamenes**

Desaparecido (Uso Indebido)

Mobiliario (Venta Condicional)