UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

ORDER ON MOTION OF SUIZA DAIRY FOR LEAVE TO CITE A
SPANISH LANGUAGE ADMINISTRATIVE ORDER AND FOR
EXTENSION OF TIME TO FILE A CERTIFIED TRANSLATION

    Upon consideration of Suiza Dairy's *Motion for Leave to Cite a Spanish Language Administrative Order and for Extension of Time to File a Certified Translation* (Docket Entry No. 15863, the "Motion"), filed by Creditor-Movant Suiza Dairy Corporation ("Suiza Dairy"), for an order granting Suiza Dairy leave to cite a Spanish-language version of Administrative Order 2020-34 (the "Administrative Order") and an extension of 15 days, to and including March 5, 2021, to file certified English-language translation of the Administrative Order, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and notice of the Motion being

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

adequate and proper under the circumstances, and no other or further notice being required; and finding good cause for the requested relief, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. Suiza Dairy is permitted to cite the Spanish-language version of the Administrative Order.

3. Suiza Dairy's certified English-language translation of the Administrative Order shall be due on or before March 5, 2021.

4. The Court retains exclusive jurisdiction to hear and determine any and all disputes relating to or arising from the implementation, interpretation and enforcement of this Order.

5. This Order resolves Docket Entry No. 15863.

SO ORDERED.

Dated: February 22, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge