```
Court Name: District Court
Division: 1
Receipt Number: PRX100075544
Cashier ID: arodrigu
Transaction Date: 02/23/2021
Payer Name: MOLINA-LOPEZ DANIEL
------------------------------------
PRO HAC VICE
 For: MOLINA-LOPEZ DANIEL
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: MOLINA-LOPEZ DANIEL
 Check/Money Order Num: 1067
 Amt Tendered: $300.00
------------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:       $0.00

17-3283(LTS) PRO HAC VICE OF KAYLA
D. BRITTON

THRU: MOLINA-LOPEZ DANIEL
```