# United States Court of Appeals
## For the First Circuit

No. 20-2014

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

Movant - Appellant,

v.

FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO,

Debtor - Appellee.

Before

Lynch, Thompson and Kayatta,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered:  February 22, 2021

In light of the parties' responses to this court's Order to Show Cause of November 9, 2020, the appeal is <u>dismissed</u> for lack of jurisdiction. The appellant has not carried its burden of demonstrating that the orders in question are final and appealable.

<u>Dismissed</u>. The motion to expedite briefing and argument is <u>denied</u> as moot.

By the Court:

Maria R. Hamilton, Clerk

cc:
Israel Fernandez-Rodriguez
Juan J. Casillas-Ayala
Luc A. Despins
Juan Carlos Nieves-Gonzalez
Georg Alexander Bongartz
Wandymar Burgos-Vargas
Hermann D. Bauer-Alvarez
Timothy W. Mungovan
Donald B. Verrilli Jr.
Susana I. Penagaricano Brown
Carla Garcia-Benitez
Ubaldo M. Fernandez
Michael R. Hackett
Stephen L. Ratner
Margaret Antinori Dale
Ricardo Burgos-Vargas
John E. Roberts
Mark David Harris
Martin J. Bienenstock
Ehud Barak
Laura E. Stafford
Daniel Jose Perez-Refojos
Josue N. Torres-Crespo
Michael Luskin
Stephan E. Hornung
Chad Golder
Julia D. Alonzo
Michael A. Firestein
Paul V. Possinger
Lary Alan Rappaport
Steven O. Weise
Ginger D. Anders
William D. Dalsen
Adele M. El-Khouri

Jeffrey W. Levitan
Kevin J. Perra
Jennifer L. Roche
Brian S. Rosen
Rachel G. Miller Ziegler
Guy Brenner
Gabriel A Miranda-Rivera
Lucas Kowalczyk
Juan Carlos Ramirez-Ortiz
Peter D. Doyle
Raul Castellanos-Malave
Ralph C. Ferrara
Chantel L. Febus
Ann M. Ashton
Joseph P. Davis III
Katiuska Bolanos-Lugo
Maria J. DiConza
Monsita Lecaroz-Arribas
Monsita Lecaroz-Arribas
Luis C. Marini-Biaggi
Elizabeth Lemond McKeen
Peter M. Friedman
Ashley M. Pavel
John J. Rapisardi
Suzzanne Uhland
Carolina Velaz-Rivero
Nancy A. Mitchell
Luis Francisco Del-Valle-Emmanuelli
Maja Zerjal
Roberto A. Camara-Fuertes
Sonia E. Colon-Colon
Atara Miller
Dennis F. Dunne
Grant R. Mainland
John Joseph Hughes III
Carlos Alberto Ruiz Rodriguez
Fernando E. Agrait-Betancourt
Clarisa I. Sola-Gomez
Luis E. Pabon-Roca