# Exhibit A

| Name[2] | GoldenTree Asset Management LP (on behalf of funds under management)[3] | Whitebox Advisors LLC (on behalf of funds under management) | Monarch Alternative Capital LP (on behalf of funds under management) | Taconic Capital Advisors L.P. (on behalf of funds under management) | Aristeia Capital, LLC (on behalf of funds under management) | Farmstead Capital Management, LLC (on behalf of funds under management) | Foundation Credit (on behalf of funds under management) |
|---|---|---|---|---|---|---|---|
| **Address** | 300 Park Avenue 20th Floor New York, NY 10022 | 3033 Excelsior Boulevard Suite 300 Minneapolis, MN 55416 | 535 Madison Avenue New York, NY 10022 | 280 Park Avenue 5th Floor New York, NY 10017 | 1140 6th Avenue 11th Floor New York, NY 10036 | 7 North Broad St. 3rd Floor Ridgewood, NJ 07450 | 745 5th Avenue 14th Floor New York, NY 10151 |

**Names, Addresses, and Disclosable Economic Interests Held in Relation to the Commonwealth and Title III Debtors by Each Present Member of the Lawful Constitutional Debt Coalition as of February 22, 2021[1]**

**Nature and Amount of Disclosable Economic Interests[4]**

**General Obligation Bonds**

| | GoldenTree | Whitebox | Monarch | Taconic | Aristeia | Farmstead | Foundation |
|---|---|---|---|---|---|---|---|
| Public Improvement Ref. Bonds, Series 1998 (Uninsured) | $990,000 | - | $5,535,000 | $4,095,000 | - | - | - |
| Public Improvement Ref. Bonds, Series 1998 (Insured) | 19,234,999 | - | - | - | - | - | - |
| Public Improvement Bonds of 1999 (Uninsured) | 23,250,000 | - | - | 1,030,000 | - | 50,000 | - |
| Public Improvement Bonds of 1999 (Insured) | 2,121,013 | - | - | - | - | - | - |
| Public Improvement Bonds of 2001, Series A & B (Insured) | 14,978,850 | - | - | - | - | - | - |
| Public Improvement Ref. Bonds, Series 2001 (Insured) | 2,715,833 | - | - | - | - | - | - |
| Public Improvement Bonds of 2002, Series A (Uninsured) | 2,415,000 | 2,605,000 | 4,240,000 | 515,000 | 7,790,000 | 29,850,000 | - |
| Public Improvement Bonds of 2002, Series A (Insured) | - | - | - | 7,165,000 | - | 10,000 | - |
| Public Improvement Ref. Bonds, Series 2002 A (Uninsured) | 250,000 | 100,000,000 | - | 1,295,000 | - | - | 2,555,000 |
| Public Improvement Ref. Bonds, Series 2002 A (Insured) | - | - | - | 175,000 | - | - | - |
| Public Improvement Bonds of 2003, Series A (Insured) | - | - | 1,365,000 | 6,922,000 | - | - | - |
| Public Improvement Ref. Bonds, Series 2003 A (Insured) | - | - | - | 770,000 | - | - | - |
| Public Improvement Bonds of 2004, Series A (Uninsured) | 245,000 | - | 5,545,000 | 1,976,000 | 21,490,000 | 5,000 | 1,995,000 |
| Public Improvement Bonds of 2005, Series A (Uninsured) | 1,990,000 | - | 7,765,000 | 3,060,000 | 2,330,000 | 990,000 | - |
| Public Improvement Bonds of 2005, Series A (Insured) | - | - | - | - | - | 5,000 | - |
| Public Improvement Ref. Bonds, Series 2006 A (Uninsured) | 1,390,000 | 2,710,000 | - | 4,810,000 | - | 15,000 | - |
| Public Improvement Bonds of 2006, Series A (Insured) | - | - | - | 1,871,000 | - | - | - |
| Public Improvement Bonds of 2006, Series A (Uninsured) | 1,720,000 | 1,285,000 | 14,790,000 | 3,980,000 | 28,505,000 | 2,900,000 | - |
| Public Improvement Ref. Bonds, Series 2006 B (Uninsured) | - | - | - | 4,226,000 | 6,065,000 | 2,315,000 | - |
| Public Improvement Ref. Bonds, Series 2006 B (Insured) | - | - | - | - | - | 10,000 | - |
| Public Improvement Bonds of 2006, Series B (Uninsured) | 345,000 | - | 1,900,000 | 940,000 | - | - | - |
| Public Improvement Bonds of 2007, Series A (Uninsured) | 1,285,000 | - | - | 7,185,000 | 18,135,000 | 2,850,000 | 9,980,000 |
| Public Improvement Ref. Bonds, Series 2007 A (Uninsured) | 1,135,000 | - | - | 550,000 | - | 2,070,000 | - |
| Public Improvement Ref. Bonds, Series 2007 A (Insured) | 16,672,754 | - | - | 6,736,000 | - | 25,000 | - |
| Public Improvement Ref. Bonds, Series 2008 A (Uninsured) | 3,280,000 | 8,695,000 | 5,810,000 | 3,200,000 | 35,170,000 | 29,537,000 | 1,650,000 |
| Public Improvement Ref. Bonds, Series 2008 C (Uninsured) | 13,335,000 | - | - | 1,145,000 | - | 17,360,000 | - |
| Public Improvement Bonds of 2008, Series A (Uninsured) | 3,095,000 | - | 5,030,000 | 3,795,000 | 130,000 | 170,000 | 500,000 |
| Public Improvement Ref. Bonds, Series 2009 A (Uninsured) | - | - | - | 45,000 | - | 25,000 | - |
| Public Improvement Ref. Bonds, Series 2009 B (Uninsured) | - | 6,640,000 | 4,522,000 | 4,065,000 | 15,800,000 | 9,095,000 | 10,750,000 |
| Public Improvement Ref. Bonds, Series 2009 C (Uninsured) | - | - | 22,000,000 | 840,000 | 5,410,000 | 12,200,000 | 1,650,000 |
| Public Improvement Ref. Bonds, Series 2011 A (Uninsured) | 580,000 | - | - | 895,000 | - | 2,412,500 | - |
| Public Improvement Ref. Bonds, Series 2011 C (Uninsured) | 4,290,000 | - | 8,450,000 | 5,965,000 | - | - | - |
| Public Improvement Bonds of 2011, Series A (Uninsured) | 13,900,000 | - | - | 10,850,000 | - | - | - |
| Public Improvement Ref. Bonds, Series 2011 D (Uninsured) | 60,000 | 465,000 | - | 315,000 | - | - | - |
| Public Improvement Ref. Bonds, Series 2011 E (Uninsured) | 19,750,000 | - | 8,370,000 | 1,055,000 | - | - | - |
| Public Improvement Ref. Bonds, Series 2012 B (Uninsured) | 6,870,000 | - | 3,495,000 | 13,185,000 | - | - | - |
| Public Improvement Ref. Bonds, Series 2012 A (Uninsured) | 3,515,000 | - | 3,000,000 | 14,065,000 | - | - | - |
| General Obligation Bonds of 2014, Series A (Uninsured) | 7,000,000 | 14,000,000 | - | 8,700,000 | - | - | - |

(1) To the best of Counsel's knowledge, the information included herein is accurate as of February 22, 2021. The amounts set forth herein include only outstanding principal (accreted value for capital appreciation bonds) and do not include overdue interest, interest on overdue interest and principal, or other amounts that may be owing under the applicable debt documents and laws.
(2) Each person or entity in this exhibit holds disclosable economic interests, or acts as investment advisor or manager to funds, entities, and/or accounts of their respective affiliates that hold disclosable economic interests.
(3) GoldenTree's disclosable economic interests account for its acquisition of Syncora and include bonds insured in primary or secondary markets or subject to reinsurance.
(4) Disclosable economic interests of insured bonds include bonds insured in either primary or secondary markets.

| Name[2] | GoldenTree Asset Management LP (on behalf of funds under management)[3] | Whitebox Advisors LLC (on behalf of funds under management) | Monarch Alternative Capital LP (on behalf of funds under management) | Taconic Capital Advisors L.P. (on behalf of funds under management) | Aristeia Capital, LLC (on behalf of funds under management) | Farmstead Capital Management, LLC (on behalf of funds under management) | Foundation Credit (on behalf of funds under management) |
|---|---|---|---|---|---|---|---|
| **Names, Addresses, and Disclosable Economic Interests Held in Relation to the Commonwealth and Title III Debtors by Each Present Member of the Lawful Constitutional Debt Coalition as of February 22, 2021[1]** | | | | | | | |
| Address | 300 Park Avenue 20th Floor New York, NY 10022 | 3033 Excelsior Boulevard Suite 300 Minneapolis, MN 55416 | 535 Madison Avenue New York, NY 10022 | 280 Park Avenue 5th Floor New York, NY 10017 | 1140 6th Avenue 11th Floor New York, NY 10036 | 7 North Broad St. 3rd Floor Ridgewood, NJ 07450 | 745 5th Avenue 14th Floor New York, NY 10151 |
| **Nature and Amount of Disclosable Economic Interests[4]** | | | | | | | |
| **Public Building Authority** | | | | | | | |
| Government Facilities Revenue Ref. Bonds, Series L (Uninsured) | - | $1,535,000 | - | $1,065,000 | - | - | - |
| Government Facilities Revenue Ref. Bonds, Series L (Insured) | 8,770,000 | - | - | - | - | - | - |
| Government Facilities Revenue Ref. Bonds, Series C (Uninsured) | 8,245,000 | 2,075,000 | - | 20,000 | 7,865,000 | 2,520,000 | - |
| Government Facilities Revenue Bonds, Series D (Uninsured) | 23,983,000 | 75,000 | 10,030,000 | 345,000 | 27,115,000 | 4,240,000 | - |
| Government Facilities Revenue Bonds, Series D (Insured) | 1,355,000 | - | - | - | - | - | - |
| Government Facilities Revenue Ref. Bonds, Series F (Uninsured) | 10,385,000 | 1,510,000 | 2,415,000 | 2,195,000 | 2,515,000 | 1,400,000 | - |
| Government Facilities Revenue Ref. Bonds, Series F (Insured) | 11,430,000 | - | - | - | - | - | - |
| Government Facilities Revenue Bonds, Series G (Uninsured) | 1,555,000 | 3,110,000 | - | 300,000 | - | 965,000 | - |
| Government Facilities Revenue Ref. Bonds, Series H (Insured) | - | - | - | 395,000 | - | - | - |
| Government Facilities Revenue Bonds, Series I (Uninsured) | 113,065,000 | 7,290,000 | 24,850,000 | 23,475,000 | 82,700,000 | 9,685,000 | - |
| Government Facilities Revenue Ref. Bonds, Series M (Uninsured) | 42,487,000 | 10,308,000 | 30,209,000 | 7,300,000 | 26,905,000 | 8,740,000 | - |
| Government Facilities Revenue Ref. Bonds, Series M (Insured) | 1,200,000 | - | - | - | - | - | - |
| Government Facilities Revenue Bonds, Series N (Uninsured) | 52,270,000 | 2,895,000 | 4,641,000 | 11,650,000 | 27,755,000 | 8,335,000 | - |
| Government Facilities Revenue Ref. Bonds, Series P (Uninsured) | 44,361,000 | 11,090,000 | 21,834,000 | 14,778,000 | 23,265,000 | 9,892,000 | 11,395,000 |
| Government Facilities Revenue Ref. Bonds, Series Q (Uninsured) | 22,805,000 | 205,000 | 1,957,000 | 6,840,000 | 31,240,000 | 3,580,000 | - |
| Government Facilities Revenue Bonds, Series R (Uninsured) | 1,500,000 | - | - | - | - | - | - |
| Government Facilities Revenue Bonds, Series S (Uninsured) | 45,760,000 | 3,000,000 | 45,436,000 | 27,070,000 | 7,920,000 | - | - |
| Government Facilities Revenue Ref. Bonds, Series U (Uninsured) | 81,113,000 | 16,690,000 | 8,035,000 | 19,645,000 | - | - | - |
| **Puerto Rico Aqueduct and Sewer Authority Subordinate Bonds** | | | | | | | |
| Revenue Refunding Bonds, 2008 Series B (Uninsured) | $455,000 | - | - | - | - | - | - |
| **Puerto Rico Highway and Transportation Authority** | | | | | | | |
| Transportation Revenue Bonds, Series A (Insured) | $6,548,000 | - | - | - | - | - | - |
| Transportation Revenue Bonds, Series A (Uninsured) | 355,000 | - | - | 700,000 | - | - | - |
| Sub. Transportation Revenue Bonds, Series 2003 (Insured) | - | - | 3,840,000 | 10,300,000 | - | - | - |
| Sub. Transportation Revenue Bonds, Series 2003 (Uninsured) | - | - | - | 50,000 | - | - | - |
| Transportation Revenue Bonds, Series G (Insured) | - | - | 1,765,000 | 1,370,000 | - | - | - |
| Transportation Revenue Bonds, Series G (Uninsured) | - | - | - | 1,005,000 | - | - | - |
| Transportation Revenue Ref. Bonds, Series H (Insured) | - | - | - | 415,000 | - | - | - |
| Transportation Revenue Ref. Bonds, Series H (Uninsured) | - | - | - | 265,000 | - | - | - |
| Transportation Revenue Ref. Bonds, Series I (Insured) | - | - | 2,946,000 | 21,329,000 | - | - | - |
| Transportation Revenue Bonds, Series J (Insured) | - | - | 1,310,000 | 1,855,000 | - | - | - |
| Transportation Revenue Bonds, Series K (Uninsured) | - | - | - | 445,000 | - | - | - |
| Transportation Revenue Ref. Bonds, Series L (Insured) | - | - | 930,000 | 3,510,000 | - | - | - |
| Transportation Revenue Bonds, Series M (Uninsured) | 6,155,000 | - | - | 1,870,000 | - | - | - |
| Transportation Revenue Ref. Bonds, Series N (Insured) | - | - | 22,935,000 | 164,660,000 | - | - | - |
| Transportation Revenue Ref. Bonds, Series N (Uninsured) | 7,600,000 | - | - | 170,000 | - | - | - |

---

(1) To the best of Counsel's knowledge, the information included herein is accurate as of February 22, 2021. The amounts set forth herein include only outstanding principal (accreted value for capital appreciation bonds) and do not include overdue interest, interest on overdue interest and principal, or other amounts that may be owing under the applicable debt documents and laws.
(2) Each person or entity in this exhibit holds disclosable economic interests, or acts as investment advisor or manager to funds, entities, and/or accounts of their respective affiliates that hold disclosable economic interests.
(3) GoldenTree's disclosable economic interests account for its acquisition of Syncora and include bonds insured in primary or secondary markets or subject to reinsurance.
(4) Disclosable economic interests of insured bonds include bonds insured in either primary or secondary markets.

| Name[2] | GoldenTree Asset Management LP (on behalf of funds under management)[3] | Whitebox Advisors LLC (on behalf of funds under management) | Monarch Alternative Capital LP (on behalf of funds under management) | Taconic Capital Advisors L.P. (on behalf of funds under management) | Aristeia Capital, LLC (on behalf of funds under management) | Farmstead Capital Management, LLC (on behalf of funds under management) | Foundation Credit (on behalf of funds under management) |
|---|---|---|---|---|---|---|---|
| Address | 300 Park Avenue 20th Floor New York, NY 10022 | 3033 Excelsior Boulevard Suite 300 Minneapolis, MN 55416 | 535 Madison Avenue New York, NY 10022 | 280 Park Avenue 5th Floor New York, NY 10017 | 1140 6th Avenue 11th Floor New York, NY 10036 | 7 North Broad St. 3rd Floor Ridgewood, NJ 07450 | 745 5th Avenue 14th Floor New York, NY 10151 |
| **Nature and Amount of Disclosable Economic Interests[4]** | | | | | | | |
| **Employee Retirement System[5]** | | | | | | | |
| Senior Pension Funding Bonds, Series A (Uninsured) | - | - | $31,450,000 | - | - | - | - |
| Senior Pension Funding Bonds, Series B (Uninsured) | - | - | 10,245,700 | - | - | - | - |
| Senior Pension Funding Bonds, Series C (Uninsured) | - | - | 1,310,000 | - | - | - | - |
| **Puerto Rico Infrastructure Financing Authority[6]** | | | | | | | |
| Special Tax Revenue Bonds, Series 2005 A (Insured) | - | - | $300,000 | $121,064,391 | - | - | - |
| Special Tax Revenue Ref. Bonds, Series 2005 C (Insured) | - | - | 1,305,000 | 17,638,000 | - | - | - |
| **Puerto Rico Electric and Power Authority** | | | | | | | |
| Power Revenue Refunding Bonds, Series JJ (Insured) | $42,315,000 | - | - | - | - | - | - |
| Power Revenue Bonds, Series NN (Uninsured) | $9,600,000 | - | - | - | - | - | - |
| Power Revenue Refunding Bonds, Series QQ (Insured) | 35,340,000 | - | - | - | - | - | - |
| Power Revenue Bonds, Series RR (Insured) | 87,109,126 | - | - | - | - | - | - |
| Power Revenue Refunding Bonds, Series SS (Insured) | 1,900,874 | - | - | - | - | - | - |
| Power Revenue Bonds, Series TT (Insured) | 413,046 | - | - | - | - | - | - |
| Power Revenue Bonds, Series TT (Uninsured) | 24,569,000 | - | - | - | - | - | - |
| Power Revenue Bonds, Series TT -RSA (Uninsured) | 16,510,000 | 1,630,000 | - | 11,315,000 | - | - | - |
| Power Revenue Refunding Bonds, Series UU (Insured) | 8,558,957 | - | - | - | - | - | - |
| Power Revenue Refunding Bonds, Series UU - RSA (Uninsured) | 66,115,000 | 11,380,000 | - | - | - | - | - |
| Power Revenue Refunding Bonds, Series VV (Insured) | 2,060,433 | - | - | - | - | - | - |
| Power Revenue Refunding Bonds, Series VV-RSA (Uninsured) | 2,100,000 | - | - | - | - | - | - |
| Power Revenue Bonds Series WW (Uninsured) | 25,165,000 | - | - | - | - | - | - |
| Power Revenue Bonds, Series WW - RSA (Uninsured) | 68,770,000 | 25,940,000 | - | 5,205,000 | - | - | - |
| Power Revenue Refunding Bonds, Series EEE-RSA (Uninsured) | 1,485,000 | 11,360,000 | - | 3,055,000 | - | - | - |
| Power Revenue Bonds Series YY - BABs - RSA (Uninsured) | 5,485,000 | - | - | 430,000 | - | - | - |
| Power Revenue Bonds, Series AAA (Uninsured) | 15,276,000 | - | - | - | - | - | - |
| Power Revenue Bonds Series AAA - RSA (Uninsured) | 71,825,000 | - | - | 1,500,000 | - | - | 4,310,000 |
| Power Revenue Bonds, Series BBB (Uninsured) | 4,000 | - | - | - | - | - | - |
| Power Revenue Bonds Series BBB - RSA (Uninsured) | 8,270,000 | - | - | - | - | - | - |
| Power Revenue Bonds, Series CCC (Uninsured) | 24,525,000 | - | - | - | - | - | - |
| Power Revenue Bonds Series CCC - RSA (Uninsured) | 16,635,000 | - | - | 2,840,000 | - | - | - |
| Power Revenue Refunding Bonds, Series DDD (Uninsured) | 1,204,000 | - | - | - | - | - | - |
| Power Revenue Refunding Bonds, Series DDD-RSA (Uninsured) | 9,820,000 | - | - | 1,700,000 | - | - | - |
| Power Revenue Bonds, Series XX (Uninsured) | 10,405,000 | - | - | - | - | - | - |
| Power Revenue Bonds Series XX - RSA (Uninsured) | 71,125,000 | 2,380,000 | - | - | - | - | 3,145,000 |
| Power Revenue Bonds, Series ZZ (Uninsured) | 11,390,000 | - | - | - | - | - | - |
| Power Revenue Bonds, Series ZZ-RSA (Uninsured) | 66,150,000 | - | - | 14,290,000 | - | - | - |

(1) To the best of Counsel's knowledge, the information included herein is accurate as of February 22, 2021. The amounts set forth herein include only outstanding principal (accreted value for capital appreciation bonds) and do not include overdue interest, interest on overdue interest and principal, or other amounts that may be owing under the applicable debt documents and laws.
(2) Each person or entity in this exhibit holds disclosable economic interests, or acts as investment advisor or manager to funds, entities, and/or accounts of their respective affiliates that hold disclosable economic interests.
(3) GoldenTree's disclosable economic interests account for its acquisition of Syncora and include bonds insured in primary or secondary markets or subject to reinsurance.
(4) Disclosable economic interests of insured bonds include bonds insured in either primary or secondary markets.
(5) For the avoidance of doubt, Monarch did not trade ERS bonds in the period since the filing of the Amended Ninth Supplemental Statement. Monarch's ERS holdings include capital appreciation bonds which are accreted to February 22, 2021, accounting for the $46,400 increase in ERS holdings from the Amended Ninth Supplemental Statement.
(6) For the avoidance of doubt, Taconic did not trade PRIFA bonds in the period since the filing of the Amended Ninth Supplemental Statement. Taconic's PRIFA holdings include capital appreciation bonds which are accreted to February 22, 2021 accounting for the $694,268 increase in PRIFA holdings from the Amended Ninth Supplemental Statement.

| Names, Addresses, and Disclosable Economic Interests Held in Relation to the Commonwealth and Title III Debtors by Each Present Member of the Lawful Constitutional Debt Coalition as of February 22, 2021[1] | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name[2] | GoldenTree Asset Management LP (on behalf of funds under management)[3] | Whitebox Advisors LLC (on behalf of funds under management) | Monarch Alternative Capital LP (on behalf of funds under management) | Taconic Capital Advisors L.P. (on behalf of funds under management) | Aristeia Capital, LLC (on behalf of funds under management) | Farmstead Capital Management, LLC (on behalf of funds under management) | Foundation Credit (on behalf of funds under management) |
| Address | 300 Park Avenue 20th Floor New York, NY 10022 | 3033 Excelsior Boulevard Suite 300 Minneapolis, MN 55416 | 535 Madison Avenue New York, NY 10022 | 280 Park Avenue 5th Floor New York, NY 10017 | 1140 6th Avenue 11th Floor New York, NY 10036 | 7 North Broad St. 3rd Floor Ridgewood, NJ 07450 | 745 5th Avenue 14th Floor New York, NY 10151 |
| **Nature and Amount of Disclosable Economic Interests**[4] | | | | | | | |
| **Puerto Rico Electric and Power Authority (Cont'd)** | | | | | | | |
| Power Revenue Bonds, Series 2012A (Uninsured) | $15,144,700 | - | - | $1,140,000 | - | - | - |
| Power Revenue Bonds Series 2012A - RSA (Uninsured) | 17,840,000 | - | - | 10,360,000 | - | - | 1,970,000 |
| Power Revenue Bonds, Series 2013A (Uninsured) | 450,000 | - | - | 500,000 | - | - | - |
| Power Revenue Bonds, Series 2013A - RSA (Uninsured) | 116,020,000 | - | - | 1,320,000 | - | - | - |
| Power Revenue Bonds, Series A-2 (Uninsured) | 119,785 | - | - | - | - | - | - |
| Power Revenue Bonds, Series A-3 (Uninsured) | 225,000 | - | - | - | - | - | - |
| Power Revenue Bonds, Series A-4 (Uninsured) | 4,258,116 | - | - | - | - | - | - |
| Power Revenue Bonds, Series B-2 (Uninsured) | 119,785 | - | - | - | - | - | - |
| Power Revenue Bonds, Series B-3 (Uninsured) | 225,000 | - | - | - | - | - | - |
| Power Revenue Bonds, Series B-4 (Uninsured) | 3,797,493 | - | - | - | - | - | - |
| Power Revenue Bonds, Series C-1 (Uninsured) | 620,000 | - | - | - | - | - | - |
| Power Revenue Refunding Bonds, Series C-2 (Uninsured) | 620,000 | - | - | - | - | - | - |
| Power Revenue Bonds, Series C-3 (Uninsured) | 125,000 | - | - | - | - | - | - |
| Power Revenue Bonds, Series D-1 (Uninsured) | 238,726 | - | - | - | - | - | - |
| Power Revenue Bonds, Series D-2 (Uninsured) | 6,000,000 | 3,000,000 | - | 5,000,000 | - | - | - |
| Power Revenue Bonds, Series D-3 (Uninsured) | 238,727 | - | - | - | - | - | - |
| Power Revenue Bonds, Series D-4 (Uninsured) | 2,500,000 | - | - | 7,270,280 | - | - | - |
| Power Revenue Bonds, Series E-1 - RSA (Uninsured) | 5,576,840 | - | - | - | - | - | - |
| Power Revenue Bonds, Series E-2 - RSA (Uninsured) | 5,576,838 | - | - | - | - | - | - |
| Power Revenue Bonds, Series E-3 - RSA (Uninsured) | 1,472,317 | - | - | - | - | - | - |
| Power Revenue Bonds, Series E-4 - RSA (Uninsured) | 1,456,031 | - | - | - | - | - | - |
| Power Revenue Bonds, Series A-4 - RSA (Uninsured) | - | - | - | 3,293,263 | - | - | - |
| **Puerto Rico Convention Center District Authority** | | | | | | | |
| Hotel Occupancy Tax Revenue Bonds, Series A | - | - | - | $2,425,000 | - | - | - |

(1) To the best of Counsel's knowledge, the information included herein is accurate as of February 22, 2021. The amounts set forth herein include only outstanding principal (accreted value for capital appreciation bonds) and do not include overdue interest, interest on overdue interest and principal, or other amounts that may be owing under the applicable debt documents and laws.
(2) Each person or entity in this exhibit holds disclosable economic interests, or acts as investment advisor or manager to funds, entities, and/or accounts of their respective affiliates that hold disclosable economic interests.
(3) GoldenTree's disclosable economic interests account for its acquisition of Syncora and include bonds insured in primary or secondary markets or subject to reinsurance.
(4) Disclosable economic interests of insured bonds include bonds insured in either primary or secondary markets.