UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------x
In re:                                                              PROMESA
                                                                    Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of
                                                                    No. 17 BK 3283-LTS
THE COMMONWEALTH OF PUERTO RICO, et al.,                            (Jointly Administered)


                           Debtors.¹
-------------------------------------------------------------------x
```

## ORDER AMENDING STANDING ORDER

This Court hereby amends the Standing Order applicable to matters before Judge Dein in these PROMESA cases (currently entered at 17-mc-00506-JGD Docket No. 3 and 18-BK-3283 Docket No. 8037). The Third Amended Standing Order is attached hereto as Exhibit 1. The Court has made the changes reflected in the redline attached hereto as Exhibit 2.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: March 3, 2021

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).