# United States Court of Appeals
## For the First Circuit

No. 19-1181

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

Debtors

RENE PINTO-LUGO; MOVIMIENTO DE CONCERTACION CIUDADANA INC., (VAMOS); UNION DE EMPLEADOS DE OFICINA Y PROFESIONALES DE LA AUTORIDAD DE EDIFICIOS PUBLICOS, (UEOGAEP); UNION INSULAR DE TRABAJADORES INDUSTRIALES Y CONSTRUCCIONES ELECTRICAS INC., (UITICE); UNION INDEPENDIENTE DE EMPLEADOS DE LA AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS, (UIA); UNION DE EMPLEADOS DE OFICINA COMERCIO Y RAMAS ANEXAS, PUERTOS, (UEOCRA); UNION DE EMPLEADOS PROFESIONALES INDEPENDIENTES, (UEPI); UNION NACIONAL DE EDUCADORES Y TRABAJADORES DE LA EDUCACION, (UNETE); ASOCIACION DE INSPECTORES DE JUEGOS DE AZAR, (AIJA); MANUEL NATAL-ALBELO

Movants - Appellants

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina

Debtors - Appellees

PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

Movant - Appellee

ARISTEIA CAPITAL, LLC; CANYON CAPITAL ADVISORS, LLC; GOLDEN TREE ASSET MANAGEMENT LP; OLD BELLOWS PARTNERS LLP; SCOGGIN MANAGEMENT LP; TACONIC CAPITAL ADVISORS, L.P.; TILDEN PARK CAPITAL MANAGEMENT LP; WHITEBOX ADVISORS LLC

Intervenors

No. 19-1182

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

Debtors

MARK ELLIOTT; LAWRENCE B. DVORES; PETER C. HEIN

Movants - Appellants

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina

Debtors - Appellees

PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

Movant - Appellee

ARISTEIA CAPITAL, LLC; CANYON CAPITAL ADVISORS, LLC; GOLDEN TREE

ASSET MANAGEMENT LP; OLD BELLOWS PARTNERS LLP; SCOGGIN MANAGEMENT LP; TACONIC CAPITAL ADVISORS, L.P.; TILDEN PARK CAPITAL MANAGEMENT LP; WHITEBOX ADVISORS LLC

Intervenors

No. 19-1960

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

Debtors

PETER C. HEIN

Movant - Appellant

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina

Debtors - Appellees

PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

Movant - Appellee

**MANDATE**

Entered: March 1, 2021

In accordance with the judgment of February 8, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Fernando E. Agrait-Betancourt
Julia D. Alonzo
Maria Teresa Alvarez-Santos
Ginger D. Anders
Sylvia M. Arizmendi-Lopez de Victoria
Ann M. Ashton
Ehud Barak
Hermann D. Bauer-Alvarez
Martin J. Bienenstock
Katiuska Bolanos-Lugo
Guy Brenner
Ricardo Burgos-Vargas
Wandymar Burgos-Vargas
Roberto A. Camara-Fuertes
Raul Castellanos-Malave
Sonia E. Colon-Colon
David Michael Cooper
Albeniz Couret-Fuentes
Charles Alfred Cuprill
Charles A. Cuprill-Hernandez
Margaret Antinori Dale
William D. Dalsen
Joseph P. Davis III
Luis Francisco Del-Valle-Emmanuelli
Arturo Diaz-Angueira
Lawrence B. Dvores
Gary F. Eisenberg
Adele M. El-Khouri
Rolando Emmanuelli-Jimenez
Rafael Escalera-Rodriguez
Chantel L. Febus
Ubaldo M. Fernandez
Ralph C. Ferrara
Michael A. Firestein
Peter M. Friedman

Carla Garcia-Benitez
Chad Golder
Rafael Antonio Gonzalez-Valiente
Michael R. Hackett
Mark David Harris
Peter C. Hein
Stephan E. Hornung
Susheel Kirpalani
Lucas Kowalczyk
Monsita Lecaroz-Arribas
Jeffrey W. Levitan
Michael Luskin
Elaine Maldonado Matias
Roberto O. Maldonado-Nieves
Raul S. Mariani-Franco
Luis C. Marini-Biaggi
Michael C. McCall
Jessica Esther Mendez-Colberg
Rachel G. Miller Ziegler
Timothy W. Mungovan
Lemuel Negron-Colon
Susana I. Penagaricano Brown
Daniel Jose Perez-Refojos
Kevin J. Perra
Paul V. Possinger
Shiloh Rainwater
John J. Rapisardi
Lary Alan Rappaport
Stephen L. Ratner
Moraima S. Rios-Robles
Carlos R. Rivera-Ortiz
John E. Roberts
Jennifer L. Roche
Brian S. Rosen
Daniel A. Salinas-Serrano
Eric A. Schaffer
Miguel Simonet Sierra
Laura E. Stafford
Suzzanne Uhland
Donald B. Verrilli Jr.
Maria E. Vicens Rivera
Gustavo J. Viviani-Melendez
Steven O. Weise
Maja Zerjal
Roberto del Toro Morales