# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As Representative Of<br><br><br>THE COMMONWEALTH OF PUERTO RICO,<br>  *et al*.<br><br>  *Debtors*. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW, the undersigned and states and requests as follows:

1. The undersigned has joined the team of attorneys at Akin Gump Strauss Hauer & Feld LLP that has previously filed appearances in this case, which firm has been retained by the following entities in association with local legal counsel Miguel J. Rodríguez Marxuach to provide legal representation in connection with the present case to:

   a. Atlantic Medical Center, Inc.;
   b. Camuy Health Services, Inc.;
   c. Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc.;
   d. Ciales Primary Health Care Services, Inc.;
   e. Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc;
   f. Costa Salud, Inc.;
   g. Centro de Salud de Lares, Inc.;
   h. Centro de Servicios Primarios de Salud de Patillas, Inc.; and
   i. Hospital General Castañer, Inc.

2. On November 21, 2019, the undersigned filed an Application for Admission *Pro Hac Vice* in the present case in association with Leslie Y. Flores-Rodríguez from the local law firm McConnel Valdés LLC to represent Monarch Alternative Capital LP ("Monarch")

specifically in connection with the claims objection procedures (the "ERS Claims Objection Process") in the title III case of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "ERS Case"). <u>See</u>, Docket No. 9281. Such application was granted by this Court on November 27, 2019. <u>See</u>, Docket No. 9373. While the undersigned filed a notice of participation in the ERS Claims Objection Process on behalf of Monarch, the undersigned has never otherwise appeared in the ERS Case or this title III case on behalf of Monarch.

3. Pursuant to Rule 83D(a) of the Local Rules of the Unites States District Court of the District of Puerto Rico, Rule 2090-1(a) of the Local Bankruptcy Rules of the Unites States Bankruptcy Court for the District of Puerto Rico, and Rule 9010 of the Federal Rules of Bankruptcy Procedure made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. §2170 et seq., the undersigned attorney respectfully requests that this Honorable Court take notice of his appearance as counsel of record for the above-listed entities in association with local counsel Miguel J. Rodríguez Marxuach.

WHEREFORE, the undersigned attorney respectfully requests that this Honorable Court take notice of the above and his appearance as counsel of record to the aforementioned entities in the above-captioned cases in association with local counsel Miguel J. Rodríguez Marxuach.

Date: March 3, 2021.

<u>/s/ Brad M. Kahn</u>
Brad M. Kahn
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park, New York, NY 10036-6745
bkahn@akingump.com
Telephone: 212.872.8121

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes and that I have served a true and exact copy of this document upon each attorney of record.

Date: March 3, 2021

                Respectfully submitted,

                /s/ Miguel Rodríguez Marxuach
                Miguel Rodríguez Marxuach
                USDC No. 206011
                RODRÍGUEZ MARXUACH, PSC
                268 Ponce de León Ave., Suite 1425
                San Juan, Puerto Rico 00918
                Tel 787-754-9898
                Fax 787-754-9897
                mrm@rmlawpr.com