**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| **In re** | **PROMESA**<br>**Title III** |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | **No. 17 BK 3283-LTS** |
| As a representative of | **(Jointly Administered)** |
| **THE COMMONWEALTH OF PUERTO RICO *et al*.,** | **Re:** ECF Dkt. Nos. 1016, 1042 [17-3566], 941, 949, 953 [17-3567], 1048, 2292, 2293, 2303, 2323, 2338, 2346 [17-4780], 4358, 7973, 10530, 13849, 15106, 15107, 15109, 15111, 15132, 15139, 15142, 15144, 15145, 15146, 15147, 15149, 15152, 15155, 15158, 15159, 15347, 15348, 15207, 15384, 15459, 15460, 15461, 15473, 15483, 15776 |
| **Debtors.**[1] | |
|  | **Hearing date**: March 10, 2020 at 9:30 a.m. (AST) |

**FEE EXAMINER'S REPORT ON UNCONTESTED PROFESSIONAL FEE MATTERS FOR CONSIDERATION IN CONNECTION WITH THE <u>MARCH 10, 2021 OMNIBUS HEARING</u>**

**I.   SUMMARY OF UNCONTESTED FEE APPLICATIONS FOR THE TENTH INTERIM (JUNE 1, 2020-SEPTEMBER 30, 2020) AND PRIOR COMPENSATION PERIODS**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

II.  **FINAL ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE FINAL FEE PERIOD**

III.  **NOTICE OF DEFERRAL OF SPECIFIC FEE APPLICATIONS FOR CONSIDERATION AT THE APRIL 28, 2021 OMNIBUS HEARING OR A LATER DATE**

TO:  HON. LAURA TAYLOR SWAIN,
UNITED STATES DISTRICT JUDGE

## INTRODUCTION

The Tenth Interim Compensation Period (June 1-September 30, 2020) marks the first interim compensation period that falls fully within the COVID-19 pandemic and its devastating impact.[2]  Again, many professionals, including professionals for the Fee Examiner and the Fee Examiner, continued to work remotely as they still do.  Notwithstanding that contingency, the fee process continues apace.  As is typical, the Fee Examiner recommends the deferral of a number of applications to April 28, 2021 or a subsequent omnibus hearing date to allow for continued review and discussion of those applications with the professionals.

This report addresses compensation applications for the Tenth Interim Compensation Period and prior interim fee periods.  It recommends the Court's approval of 34 negotiated, adjusted, and uncontested applications for professional compensation pursuant to PROMESA.  Professionals have requested about $883 million in fees and expenses through the Title III compensation process as of March 1, 2021.

## SUMMARY OF RECOMMENDATIONS

With this report, the Fee Examiner:

---

[2] Through March 1, 2021, the Commonwealth had reported 2,048 deaths attributable to the pandemic.  Gobierno de Puerto Rico, Departmento de Salud, COVID-19 Cases in Puerto Rico, http://www.salud.gov.pr/Pages/coronavirus.aspx.  One hundred sixty-nine people are hospitalized today with total cases at 100,735 over the last year.  *Id.*  The New York Times has reported that 11 percent of the Commonwealth's population had received at least one vaccine shot.  *See How the Vaccine Rollout is Going in Your State*, https://www.nytimes.com/interactive/2020/us/covid-19-vaccine-doses.html.  The national average is 16 percent.  *Id.*

--Recommends Court approval of the interim fee applications detailed on **Exhibit A**;

--Recommends Court approval of the final fee application detailed on **Exhibit B**; and

--Notifies the Court, consistent with paragraphs 2.h and 2.k of the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269] (the "**Interim Compensation Order**"), that the Fee Examiner and the applicants listed on **Exhibit C** and **Exhibit D** are in productive discussions and—to continue their dialogue—have agreed to adjourn their consideration to the April 28, 2021 omnibus hearing or another date convenient for the Court.

## INTERIM FEE APPLICATIONS

This Report addresses many of the professional fees and expenses timely submitted for the Tenth Interim Compensation Period (June 1–September 30, 2020), along with one application for the COFINA Final Fee Period. It includes a recommendation that the Court approve the Tenth Interim Compensation Period application of McKinsey & Company Puerto Rico Consulting, Inc.[3]  Notably, McKinsey fees have continued the downward trajectory observed in the prior fee period, with the estimated blended hourly rate below $400.  *See* **Exhibit E**.  These savings are the result of adjusted rates under a renewed Independent Contractor Services Agreement effective July 1, 2020, *see Second Interim Fee Application of McKinsey & Company Puerto Rico Consulting, Inc. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, the Commonwealth of Puerto Rico, for the Period From June 1, 2020 Through September 30, 2020*

---

[3] Effective July 1, 2019, McKinsey Puerto Rico is the entity providing services to the Oversight Board in the Title III cases.  *See First Interim Fee Application of McKinsey & Company Puerto Rico Consulting, Inc. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, the Commonwealth of Puerto Rico, for the Period From July 1, 2019 Through May 31, 2020.*  [Dkt. No. 13760].

[Dkt. No. 15459, Exhibit B].  The savings also reflect further discounts requested by the Oversight Board.

**Exhibit A** lists 34 interim fee applications recommended for the Court's approval, with adjustment.  **Exhibit B** lists one final fee application recommended for approval—with one remaining final fee applications recommended for deferral on **Exhibit D**.  **Exhibit C** identifies those pending interim applications recommended for deferral, including those filed after the Fee Examiner's deadlines or initially supported by incomplete data or documentation, or simply because of the pandemic's effect.

## RELIEF REQUESTED

For the reasons stated in this report and, once again in the continued absence of any objection, the Fee Examiner recommends that the Court approve, under PROMESA sections 316 and 317, the applications listed on **Exhibits A** and **B**, and permit the deferral of the applications listed on **Exhibits C** and **D** to the omnibus hearing scheduled for April 28, 2021 or a later date. Attached to this report as **Attachment 1** is a proposed order consistent with the recommendations above, should the Court wish to enter it in advance of the upcoming omnibus hearing.

Dated:  March 3, 2021.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing report

with the Clerk of the Court using the CM/ECF system that will send notification of such filing to

all attorneys of record registered in the use of the CM/ECF system.

EDGE Legal Strategies, PSC

_s/Eyck O. Lugo_
Eyck O. Lugo
Vilmarys M. Quiñones Cintrón
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone: (787) 522-2000
Facsimile: (787) 522-2010

*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Brady C. Williamson (*Pro Hac Vice*)
*Fee Examiner*

Katherine Stadler (*Pro Hac Vice*)
*Counsel for the Fee Examiner*

24936140.2

EXHIBIT A

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

Fourth - Tenth Fee Period Applications for Approval:

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | **Fourth Interim Fee Period (June 1 - September 30, 2018)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 1-a | **Ankura Consulting Group, LLC [Dkt. No. 4358]** | 6/01 - 9/30/2018 | $ 2,373,633.63 | $ 65,000.00 | $ 199,003.27 | $ 2,765.87 | $ 2,308,633.63 | $ 196,237.40 |
| | *Financial Advisors to PREPA* | | | | | | | |
| 1-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1048]** | 6/01 - 9/30/2018 | $ 2,779,593.00 | $ - | $ 216,596.27 | $ - | $ 2,779,593.00 | $ 216,596.27 |
| | **Fifth Interim Fee Period (October 1, 2018 - January 31, 2019)** | | | | | | | |
| | *Debtors' Advisor* | | | | | | | |
| 2 | **Deloitte Financial Advisory Services LLP [Dkt. No. 10530]** | 10/01/2018 - 1/31/2019 | $ 2,040,973.20 | $ 16,903.70 | $ 77,313.82 | $ 1,684.67 | $ 2,024,069.50 | $ 75,629.15 |
| | **Sixth Interim Fee Period (February 1 - May 31, 2019)** | | | | | | | |
| | *Financial Advisor to AAFAF* | | | | | | | |
| 3 | **DLA Piper [Dkt. No. 7973]** | 2/1 - 4/30/2019 | $ 351,699.80 | $ 2,611.26 | $ 3,421.38 | $ - | $ 349,088.54 | $ 3,421.38 |
| | **Seventh Interim Fee Period (June 1 - September 30, 2019)** | | | | | | | |
| | *Puerto Rico Counsel to FOMB* | | | | | | | |
| 4 | **O'Neill & Borges LLC [Dkt. No. 13849]** | 6/1 - 9/30/2019 | $ 496,363.95 FN 1 | $ 3,707.40 | $ 9,654.18 | $ - | $ 492,656.55 | $ 9,654.18 |
| | **Tenth Interim Fee Period (June 1, 2020 - September 30, 2020)** | | | | | | | |
| | *Financial Advisor to FOMB - Commonwealth* | | | | | | | |
| 5-a | **Alvarez & Marsal North America, LLC [Dkt. No. 15107]** | 6/1 - 9/30/2020 | $ 2,009,313.90 | $ 11,222.02 | $ 9,798.96 | $ - | $ 1,998,091.88 | $ 9,798.96 |
| | *Financial Advisor to FOMB - ERS* | | | | | | | |
| 5-b | **Alvarez & Marsal North America, LLC [Dkt. No. 15109 and 17-3566 Dkt. No. 1016]** | 6/1 - 9/30/2020 | $ 453,266.28 | $ - | $ - | $ - | $ 453,266.28 | $ - |
| | *Financial Advisor to FOMB - HTA* | | | | | | | |
| 5-c | **Alvarez & Marsal North America, LLC [Dkt. No. 15111 and 17-3567 Dkt. No. 941]** | 6/1 - 9/30/2020 | $ 126,167.67 | $ - | $ - | $ - | $ 126,167.67 | $ - |
| | *Puerto Rico Counsel for the Official Committee of Retired Employees* | | | | | | | |
| 6 | **Bennazar, Garcia & Milan, C.S.P. [Dkt. No. 15149]** | 6/1 - 9/30/2020 | $ 318,805.00 | $ (375.00) | $ 2,178.48 | $ - | $ 319,180.00 | $ 2,178.48 |
| | *Economic Consultant to FOMB - Commonwealth* | | | | | | | |
| 7-a | **Brattle Group, Inc., The [Dkt. No. 15384]** | 6/1 - 9/30/2020 | $ 88,344.74 | $ - | $ - | $ - | $ 88,344.74 | $ - |
| | *Economic Consultant to FOMB - ERS* | | | | | | | |
| 7-b | **Brattle Group, Inc., The [Dkt. No. 15347 and 17-3566 Dkt. No. 1042]** | 6/1 - 9/30/2020 | $ 1,230,080.04 | $ 1,388.99 | $ - | $ - | $ 1,228,691.05 | $ - |
| | *Economic Consultant to FOMB - PREPA* | | | | | | | |
| 7-c | **Brattle Group, Inc., The [Dkt. No. 15348 and 17-4780 Dkt. No. 2323]** | 6/1 - 9/30/2020 | $ 120,816.44 | $ - | $ - | $ - | $ 120,816.44 | $ - |
| | *Puerto Rico Conflicts Counsel to the FOMB Special Claims Committee* | | | | | | | |
| 8-a | **Cardona Fernandez, Esq., Ileana C. [Dkt. No. 15207]** | 6/1 - 9/30/2020 | $ 3,645.00 | $ 427.50 | $ - | $ - | $ 3,217.50 | $ - |
| | *Puerto Rico Conflicts Counsel to the FOMB Special Claims Committee - PREPA* | | | | | | | |
| 8-b | **Cardona Fernandez, Esq., Ileana C. [17-4780 Dkt. No. 2303]** | 6/1 - 9/30/2020 | $ 4,905.50 | $ 0.50 | $ - | $ - | $ 4,905.00 | $ - |
| | *Puerto Rico Counsel to the Official Committee of Unsecured Creditors* | | | | | | | |
| 9 | **Casillas, Santiago & Torres, LLC [Dkt. No. 15155]** | 6/1 - 9/30/2020 | $ 281,132.50 | $ - | $ 5,736.17 | $ - | $ 281,132.50 | $ 5,736.17 |
| | *Financial Advisor to FOMB through Special Claims Committee - Commonwealth* | | | | | | | |
| 10-a | **DiCicco, Gulman & Company LLP [Dkt. No. 15483]** | 6/1 - 9/30/2020 | $ 760,162.50 | $ 7,038.75 | $ - | $ - | $ 753,123.75 | $ - |
| | *Financial Advisor to FOMB through Special Claims Committee - HTA* | | | | | | | |
| 10-b | **DiCicco, Gulman & Company LLP [17-3567 Dkt. No. 953]** | 6/1 - 9/30/2020 | $ 6,712.50 | $ - | $ - | $ - | $ 6,712.50 | $ - |

23169181.1

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Tenth Fee Period Applications for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Financial Advisor to FOMB through Special Claims Committee - PREPA* | | | | | | | |
| 10-c | DiCicco, Gulman & Company LLP [17-4780 Dkt. No. 2346] | 6/1 - 9/30/2020 | $ 6,937.50 | $ - | $ - | $ - | $ 6,937.50 | $ - |
| | *Puerto Rico Counsel to Special Claims Committee* | | | | | | | |
| 11 | Estrella, LLC [Dkt. No. 15473] | 5/1 - 8/31/2020 | $ 256,883.91 | $ 14,408.40 | $ 5,047.52 | $ - | $ 242,475.51 | $ 5,047.52 |
| | *Energy Consultants for PREPA* | | | | | | | |
| 12 | Filsinger Energy Partners [Dkt. No. 15106 and 17-4780 Dkt. No. 2292] | 6/1 - 30/2020 and 8/17 - 9/30/2020 | $ 441,730.40 | $ - | $ - | $ - | $ 441,730.40 | $ - |
| | *Financial Advisor to the Official Committee of Retired Employees* | | | | | | | |
| 13 | FTI Consulting, Inc. [Dkt. No. 15146] | 6/1 - 9/30/2020 | $ 1,036,851.50 | $ 30,000.00 | $ 30,031.22 | $ - | $ 1,006,851.50 | $ 30,031.22 |
| | *Special Litigation Counsel to the Official Committee of Unsecured Creditors* | | | | | | | |
| 14 | Genovese Joblove & Battista, P.A. [Dkt. No. 15142] | 2/1 - 8/31/2020 | $ 899,633.60 | $ 12,417.80 | $ 56,687.18 | $ 2,015.60 | $ 887,215.80 | $ 54,671.58 |
| | *Counsel to the Official Committee of Retired Employees* | | | | | | | |
| 15 | Jenner & Block LLP [Dkt. No. 15152] | 6/1 - 9/30/2020 | $ 129,438.13 | $ 58,707.88 | $ 110,631.98 | $ - | $ 70,730.25 | $ 110,631.98 |
| | *Communications Advisor to Official Committee of Unsecured Creditors* | | | | | | | |
| 16 | Kroma Advertising, Inc. [Dkt. No. 15158] | 5/16 - 9/15/2020 | $ 20,000.00 | $ - | $ - | $ - | $ 20,000.00 | $ - |
| | *Special Counsel to the FOMB* | | | | | | | |
| 17 | Luskin, Stern & Eisler LLP [Dkt. No. 15147] | 6/1 - 9/30/2020 | $ 35,231.00 | $ - | $ 672.00 | $ - | $ 35,231.00 | $ 672.00 |
| | *Information Agent to the Official Committee of Retired Employees* | | | | | | | |
| 18 | Marchand ICS Group [Dkt. No. 15145] | 6/1 - 9/30/2020 | $ 123,631.50 | $ - | $ 11,902.01 | $ - | $ 123,631.50 | $ 11,902.01 |
| | *Puerto Rico Consultant to FOMB for Commonwealth* | | | | | | | |
| 19-a | McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 15459] | 6/1 - 9/30/2020 | $ 4,728,300.00 | $ - | $ - | $ - | $ 4,728,300.00 | $ - |
| | *Puerto Rico Consultant to FOMB for HTA* | | | | | | | |
| 19-b | McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 15460 and 17-3567 Dkt. No. 949] | 6/1 - 9/30/2020 | $ 1,197,400.00 | $ - | $ - | $ - | $ 1,197,400.00 | $ - |
| | *Puerto Rico Consultant to FOMB for PREPA* | | | | | | | |
| 19-c | McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 15461 and 17-4780 Dkt. No. 2338] | 6/1 - 9/30/2020 | $ 2,074,926.00 | $ - | $ - | $ - | $ 2,074,926.00 | $ - |
| | *Special Debt Financing Counsel for PREPA* | | | | | | | |
| 20 | Norton Rose Fulbright US LLP [Dkt. No. 15132 and 17-4780 Dkt. No. 2293] | 6/1 - 9/30/2020 | $ 17,460.00 | $ - | $ - | $ - | $ 17,460.00 | $ - |
| | *Financial Advisor to the Mediation Team* | | | | | | | |
| 21 | Phoenix Management Services, LLC [Dkt. No. 15139] | 6/1 - 10/04/2020 | $ 49,579.40 | $ - | $ - | $ - | $ 49,579.40 | $ - |
| | *Actuaries and Consultants to the Official Committee of Retired Employees* | | | | | | | |
| 22 | Segal Consulting [Dkt. No. 15144] | 6/1 - 9/30/2020 | $ 124,430.00 | $ 2,068.92 | $ - | $ - | $ 122,361.08 | $ - |
| | *Macroeconomic Consultant to the FOMB* | | | | | | | |
| 23 | Wolfe, Andrew [Dkt. No. 15776] | 6/1 - 9/30/2020 | $ 55,950.00 | $ - | $ 2,835.00 | $ - | $ 55,950.00 | $ 2,835.00 |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | |
| 24 | Zolfo Cooper, LLC [Dkt. No. 15159] | 6/1 - 9/30/2020 | $ 655,515.00 | $ 12,966.89 | $ (623.74) | $ - | $ 642,548.11 **FN 2** | $ (623.74) |

FN1 - Adjustment to reflect reduction of Summer Associate Fees $2,632.00, adjustment to reflect fees actually billed ($48.60), proposed reductions $1,124.00 = $3,707.40.

FN2 - The Fee Examiner recommends that the foregoing stipulated fee reductions be included with the agreed overall 20 percent reduction in total fees sought by Zolfo Cooper, LLC as part of its final fee application, which fee application is subject to Court approval.

EXHIBIT B

**FINAL Fee Application for Approval:**

| Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|
| *Counsel to AAFAF* | | | | | | | |
| **DLA Piper [Dkt. No. 7973]** | 6/1/2017 - 4/30/2019 | $ 3,144,379.59 | $ 14,828.08 | $ 40,693.07 | $ - | $ 3,129,551.51 | $ 40,693.07 |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Tenth Fee Period Applications for Deferral:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Fourth Interim Fee Period (June 1 - September 30, 2018)* | | | | | | | |
| | *Debtors' Consultant* | | | | | | | |
| 1 | **Deloitte  Consulting LLP [Dkt. No. 9274]** | 8/01 - 9/30/2018 | $    653,692.09 | | $        - | | | |
| | *Fifth Interim Fee Period (October 1, 2018 - January 31, 2019)* | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 2-a | **Ankura Consulting Group, LLC [Dkt. No.  8454]** | 10/1/2018 - 1/31/2019 | $  3,223,148.50 | | $   181,809.03 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 2-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1137]** | 10/1/2018 - 1/31/2019 | $  3,080,936.50 | | $   228,902.66 | | | |
| | *Puerto Rico Counsel for PREPA* | | | | | | | |
| 3 | **Cancio Nadal Rivera & Diaz P.S.C. [Dkt. No. 5810 and 17-4780 Dkt. No. 1133]** | 10/1/2018 - 1/31/2019 | $    541,280.00 | | $        756.22 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 4 | **Citigroup Global Markets Inc. [Dkt. No. 14522]** | 10/1/2018 - 1/31/2019 | $  1,975,000.00 | | $     41,623.98 | | | |
| | *Debtors' Consultant* | | | | | | | |
| 5 | **Deloitte  Consulting LLP [Dkt. No. 9275]** | 10/01/2018 - 1/31/2019 | $  1,757,608.44 | | $   304,050.65 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 6-a | **O'Melveny & Myers [Dkt. No. 6042 and 17-4780 Dkt. No. 1147]** | 10/1/2018 - 1/31/2019 | $  4,076,587.31 | | $     57,507.47 | | | |
| | *Counsel to AAFAF - COFINA* | | | | | | | |
| 6-b | **O'Melveny & Myers [Dkt. No. 6043]** | 10/1/2018 - 1/31/2019 | $  1,412,850.36 | | $     16,394.02 | | | |
| | *Counsel for AAFAF - ERS* | | | | | | | |
| 6-c | **O'Melveny & Myers [Dkt. No. 6044]** | 10/1/2018 - 1/31/2019 | $    188,464.21 | | $     10,558.23 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 6-d | **O'Melveny & Myers [Dkt. No. 6045]** | 10/1/2018 - 1/31/2019 | $    180,162.60 | | $      6,214.30 | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 6-e | **O'Melveny & Myers [Dkt. No. 6047]** | 10/1/2018 - 1/31/2019 | $  4,402,648.26 | | $   136,119.82 | | | |
| | *Sixth Interim Fee Period (February 1 - May 31, 2019)* | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 7-a | **Ankura Consulting Group, LLC [Dkt. No. 12180]** | 2/1 - 5/31/2019 | $  4,069,840.50 | | $   219,612.81 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 7-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1604]** | 2/1 - 5/31/2019 | $  2,890,183.50 | | $   276,996.38 | | | |
| | *Debtors' Advisor* | | | | | | | |
| 8 | **Deloitte Financial Advisory Services LLP [Dkt. No. 14573]** | 2/1 - 5/31/2019 | $  5,891,411.40 | | $   313,178.46 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 9 | **Citigroup Global Markets Inc. [Dkt. No. 14523]** | 2/1 - 5/31/2019 | $  4,300,000.00 | | $     26,187.61 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 10 | **Nixon Peabody LLP [Dkt. No. 9538]** | 2/1 - 5/31/2019 | $    371,931.00 | | $        - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 11-a | **O'Melveny & Myers [Dkt. No. 8180]** | 2/1 - 5/31/2019 | $  2,873,762.15 | | $   244,200.68 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 11-b | **O'Melveny & Myers [17-3567 Dkt. No. 615]** | 2/1 - 5/31/2019 | $     85,817.14 | | $      1,037.31 | | | |
| | *Counsel for AAFAF - ERS* | | | | | | | |
| 11-c | **O'Melveny & Myers [17-3566 Dkt. No. 658]** | 2/1 - 5/31/2019 | $  2,292,671.25 | | $     64,457.00 | | | |

as of 3/3/2021

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Tenth Fee Period Applications for Deferral:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 11-d | **O'Melveny & Myers [17-4780 Dkt. No. 1489]** | 2/1 - 5/31/2019 | $ 4,809,921.59 | | $ 129,968.65 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 12 | **PJT Partners LP [Dkt. No. 8014]** | 2/1 - 5/31/2019 | $ 5,000,000.00 | | $ 333.16 | | | |
| | *Seventh Interim Fee Period (June 1 - September 30, 2019)* | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 13-a | **Ankura Consulting Group, LLC [Dkt. No. 13725]** | 6/1 - 9/30/2019 | $ 5,355,672.59 | | $ 309,366.13 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 13-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1788]** | 6/1 - 9/30/2019 | $ 2,778,349.50 | | $ 230,089.53 | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 14-a | **Brown Rudnick LLP [Dkt. No. 9316]** | 6/1 - 9/30/2019 | $ 1,261,053.00 | | $ 205,804.25 | | | |
| | *Claims Counsel to FOMB - HTA* | | | | | | | |
| 14-b | **Brown Rudnick LLP [17-3567 Dkt. No. 654]** | 6/1 - 9/30/2019 | $ 2,817.00 | | $ - | | | |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 14-c | **Brown Rudnick LLP [17-3566 Dkt. No. 717]** | 6/1 - 9/30/2019 | $ 29,348.00 | | $ - | | | |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 14-d | **Brown Rudnick LLP [17-4780 Dkt. No. 1778]** | 6/1 - 9/30/2019 | $ 439,667.00 | | $ 9,138.57 | | | |
| | *Debtors' Advisor* | | | | | | | |
| 15 | **Deloitte Financial Advisory Services LLP [Dkt. No. 15099]** | 6/1 - 9/30/2019 | $ 1,988,099.60 | | $ 126,001.20 | | | |
| | *Financial Advisor to FOMB* | | | | | | | |
| 16 | **Ernst & Young LLP [Dkt. No. 10829]** | 6/1 - 9/30/2019 | $ 5,034,312.80 | | $ 116,907.08 | | | |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 17 | **Marini Pietrantoni Muniz LLC [Dkt. No. 9245]** | 6/1 - 9/30/2019 | $ 211,088.64 | | $ 2,648.66 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 18 | **Nixon Peabody LLP [Dkt. No. 9539]** | 6/1 - 9/30/2019 | $ 80,805.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 19-a | **O'Melveny & Myers [Dkt. No. 9332]** | 6/1 - 9/30/2019 | $ 5,369,124.54 | | $ 183,905.55 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 19-b | **O'Melveny & Myers [17-3567 Dkt. No. 657]** | 6/1 - 9/30/2019 | $ 58,957.87 | | $ 2,178.58 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 19-c | **O'Melveny & Myers [17-3566 Dkt. No. 724]** | 6/1 - 9/30/2019 | $ 512,322.11 | | $ 56,015.15 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 19-d | **O'Melveny & Myers [Dkt. No. 9354 and 17-04780 Dkt. No. 1786]** | 6/1 - 9/30/2019 | $ 3,574,768.47 | | $ 126,501.00 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 20 | **PJT Partners LP [Dkt. No. 9215]** | 6/1 - 9/30/2019 | $ 5,000,000.00 | | $ 6,980.89 | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 21-a | **Proskauer Rose LLP [Dkt. No. 9624]** | 6/1 - 9/30/2019 | $ 11,293,301.10 | | $ 292,282.61 | | | |
| | *Counsel to Debtors - ERS* | | | | | | | |
| 21-b | **Proskauer Rose LLP [Dkt. No. 9630 and 17-3566 Dkt. No. 747]** | 6/1 - 9/30/2019 | $ 1,811,241.00 | | $ 139,973.00 | | | |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 21-c | **Proskauer Rose LLP [Dkt. No. 9628 and 17-3567 Dkt. No. 664]** | 6/1 - 9/30/2019 | $ 491,537.70 | | $ 13,238.66 | | | |
| | *Counsel to Debtors - PREPA* | | | | | | | |
| 21-d | **Proskauer Rose LLP [Dkt. No. 9626 and 17-04780 Dkt. No. 1838]** | 6/1 - 9/30/2019 | $ 5,893,697.40 | | $ 151,543.10 | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Tenth Fee Period Applications for Deferral:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | **Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 22-a | **Ankura Consulting Group, LLC [Dkt. No. 14031]** | 10/1/2019 - 1/31/2020 | $ 4,568,311.20 | | $ 226,836.98 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 22-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1977]** | 10/1/2019 - 1/31/2020 | $ 2,129,389.00 | | $ 170,218.54 | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 23-a | **Brown Rudnick LLP [Dkt. No. 12847]** | 10/1/2019 - 1/31/2020 | $ 643,562.50 | | $ 40,133.81 | | | |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 23-b | **Brown Rudnick LLP [17-3566 Dkt. No. 864]** | 10/1/2019 - 1/31/2020 | $ 178,082.50 | | $ 598.20 | | | |
| | *Claims Counsel to FOMB - HTA* | | | | | | | |
| 23-c | **Brown Rudnick LLP [17-3567 Dkt. No. 766]** | 10/1/2019 - 1/31/2020 | $ 2,885.00 | | $ - | | | |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 23-d | **Brown Rudnick LLP [17-4780 Dkt. No. 1965]** | 10/1/2019 - 1/31/2020 | $ 261,844.00 | | $ 2,889.11 | | | |
| | *Debtors' Advisor* | | | | | | | |
| 24 | **Deloitte Financial Advisory Services LLP [Dkt. No. 15549]** | 10/1/2019 - 11/30/2019 | $ 461,748.90 | | $ 18,790.40 | | | |
| | *Servicing Agent for PROMESA* | | | | | | | |
| 25 | **Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions [Dkt. No. 14454]** | 12/1/2018 - 12/31/2019 | $ 78,640.00 | | $ 96,562.23 | | | |
| | *Financial Advisor to FOMB* | | | | | | | |
| 26 | **Ernst & Young LLP [Dkt. No. 15066]** | 10/1/2019 - 1/31/2020 | $ 5,333,685.84 | | $ 255,437.27 | | | |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 27 | **Marini Pietrantoni Muniz LLC [Dkt. No. 12262]** | 10/1/2019 - 1/31/2020 | $ 247,098.80 | | $ 668.80 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 28 | **Nixon Peabody LLP [Dkt. No. 13600]** | 10/1/2019 - 1/31/2020 | $ 80,352.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 29-a | **O'Melveny & Myers [Dkt. No. 12907]** | 10/1/2019 - 1/31/2020 | $ 3,667,195.71 | | $ 161,626.21 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 29-b | **O'Melveny & Myers [17-3567 Dkt. No.770]** | 10/1/2019 - 1/31/2020 | $ 193,824.05 | | $ 3,277.17 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 29-c | **O'Melveny & Myers [17-3566 Dkt. No. 873]** | 10/1/2019 - 1/31/2020 | $ 1,825,934.30 | | $ 46,865.14 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 29-d | **O'Melveny & Myers [17-04780 Dkt. No. 1970]** | 10/1/2019 - 1/31/2020 | $ 2,610,546.25 | | $ 145,263.53 | | | |
| | *Puerto Rico Counsel to FOMB* | | | | | | | |
| 30 | **O'Neill & Borges LLC [Dkt. No. 13891]** | 10/1/2019 - 1/31/2020 | $ 341,410.50 | | $ 8,989.93 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 31 | **PJT Partners LP [Dkt. No. 12401 ]** | 10/1/2019 - 1/31/2020 | $ 5,000,000.00 | | $ 19,449.79 | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 32-a | **Proskauer Rose LLP [Dkt. No. 12831]** | 10/1/2019 - 1/31/2020 | $ 11,904,959.70 | | $ 488,281.95 | | | |
| | *Counsel to Debtors - ERS* | | | | | | | |
| 32-b | **Proskauer Rose LLP [Dkt. No. 12833 and 17-3566 Dkt. No. 862]** | 10/1/2019 - 1/31/2020 | $ 1,732,608.90 | | $ 72,528.81 | | | |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 32-c | **Proskauer Rose LLP [Dkt. No. 12827 and 17-3567 Dkt. No. 764]** | 10/1/2019 - 1/31/2020 | $ 2,967,593.10 | | $ 82,253.31 | | | |
| | *Counsel to Debtors - PBA* | | | | | | | |
| 32-d | **Proskauer Rose LLP [Dkt. No. 12835 and 19-5523 Dkt. No. 70]** | 9/1/2019 - 1/31/2020 | $ 264,301.80 | | $ 105.80 | | | |

**EXHIBIT C**

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Tenth Fee Period Applications for Deferral:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Servicing Agent for PROMESA* | | | | | | | |
| 45 | **Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions [Dkt. No. 14456]** | 1/1 - 8/31/2020 | $   31,647.50 | | $   61,805.64 | | | |
| | *Financial Advisor to FOMB* | | | | | | | |
| 46 | **Ernst & Young LLP [Dkt. No. 15098]** | 6/1 - 9/30/2020 | $   6,119,618.90 | | $   - | | | |
| | *Puerto Rico Counsel to the AAFAF* | | | | | | | |
| 47 | **Marini Pietrantoni Muniz LLC [Dkt. No. 15156]** | 6/1 - 9/30/2020 | $   307,894.50 | | $   3,707.80 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 48 | **Nixon Peabody LLP [Dkt. No. 15554]** | 6/1 - 9/30/2021 | $   350,033.00 | | $   - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 49-a | **O'Melveny & Myers LLP [Dkt. No. 15477]** | 6/1 - 9/30/2020 | $   3,523,753.04 | | $   210,123.92 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 49-b | **O'Melveny & Myers LLP [Dkt. No. 15481 and 17-3566 Dkt. No. 1048]** | 6/1 - 9/30/2020 | $   1,426,389.95 | | $   74,371.80 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 49-c | **O'Melveny & Myers LLP [Dkt. No. 15482 and 17-3567 Dkt. No. 952]** | 6/1 - 9/30/2020 | $   88,672.00 | | $   2,182.88 | | | |
| | *Counsel to the Official Committee of Unsecured Creditors* | | | | | | | |
| 50 | **Paul Hastings [Dkt. No. 15160]** | 6/1 - 9/30/2020 | $   2,465,639.50 | | $   150,285.59 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 51 | **PJT Partners LP [Dkt. No. 15577]** | 6/1 - 9/30/2020 | $   5,000,000.00 | | $   2,426.81 | | | |
| | *Members of the Official Committee of Retired Employees* | | | | | | | |
| 52 | **Retired Employees Committee Members [Dkt. No. 15151]** | 10/1/2019 - 9/30/2020 | $   - | | $   882.99 | | | |

as of 3/3/2021

**EXHIBIT D**

**FINAL Fee Application for DEFERRAL:**

| Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|
| *Counsel to AAFAF - COFINA* | | | | | | | |
| **O'Melveny & Myers [17-3284 Dkt. No. 640]** | 5/5/2017 - 2/12/2019 | $    8,674,704.03 | | $    78,506.01 | | | |

as of 3/3/2021

# EXHIBIT E

# McKinsey & Company, Inc.
## Title III Fee Summary

**Tenth Interim Fee Period:**

| | Commonwealth Working Group Team Participation by Month[1] | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Senior Partners | Partners | Associate Partners | Engagement Managers | Associates[2] | Business Analysts[3] | Monthly Fee | Estimated Total Hours Reported | Estimated Blended Rate |
| June 2020 | 2-PT | 4-PT | 1-PT | 2-FT | 3-FT | 3-FT 1-PT | $1,374,950 | 2,720 | $505.50 |
| July 2020 | 2-PT | 4-PT | 1-PT | 1-FT | 3-FT | 4-FT | $1,374,950 | 2,620 | $524.79 |
| August 2020 | 3-PT | 4-PT | 1-PT | 2-FT | 2-PT | 3-FT 1-PT | $989,200 | 2,300 | $430.09 |
| September 2020 | 2-PT | 3-PT | 1-PT | 1-FT | 0 | 5-FT | $989,200 | 2,040 | $484.90 |
| | | | | | | | **$4,728,300.00** | **9,680** | **$488.46** |

| | PREPA Working Group Team Participation by Month | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Senior Partners | Partners | Associate Partners[4] | Engagement Managers | Associates | Business Analysts[5] | Monthly Fee | Estimated Total Hours Reported | Estimated Blended Rate |
| June 2020 | 2-PT | 1-PT | 1-PT | 1-FT 1-PT | 2-FT | 1-FT 1-PT | $722,800 | 2,400 | $301.17 |
| July 2020 | 2-PT | 2-PT | 0 | 1-FT 1-PT | 0 | 1-FT | $722,800 | 1,680 | $430.24 |
| August 2020 | 2-PT | 1-PT | 0 | 1-FT | 1-FT | 1-PT | $314,663 | 1,680 | $187.30 |

---

[1] McKinsey provided full time (FT) and part time (PT) designations in its monthly fee statements.  Full time team members' time was estimated at 60 hours per week; part time team members at 25 hours per week

[2] Includes Senior Associates

[3] Includes Analysts and Senior Business Analysts

[4] Includes Senior Expert

[5] Includes Solution Delivery Specialist

| | | PREPA Working Group Team Participation by Month | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Senior Partners | Partners | Associate Partners[4] | Engagement Managers | Associates | Business Analysts[5] | Monthly Fee | Estimated Total Hours Reported | Estimated Blended Rate |
| | | | | 1-PT | | | | | |
| September 2020 | 2-PT | 1-PT | 0 | 1-FT 1-PT | 1-FT | 0 | $314,663 | 1,440 | $218.52 |
| | | | | | | | **$2,074,926** | **7,200** | **$288.18** |

| | | HTA Working Group Team Participation by Month | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Senior Partners | Partners | Associate Partners[6] | Engagement Managers[7] | Associates | Business Analysts | Monthly Fee | Estimated Total Hours Reported | Estimated Blended Rate |
| June 2020 | 0 | 1-PT | 1-PT 1-FT | 1-PT 2-FT | 0 | 1-FT | $299,800 | 1,260 | $237.94 |
| July 2020 | 0 | 1-PT | 1-PT | 1-FT | 0 | 2-FT | $299,800 | 920 | $325.87 |
| August 2020 | 0 | 1-PT | 1-PT | 1-FT | 0 | 1-FT | $298,900 | 680 | $439.56 |
| September 2020 | | 1-PT | 2-PT | 2-FT | 0 | 1-FT | $298,900 | 1,020 | $293.04 |
| | | | | | | | **$1,197,400** | **3,880** | **$308.61** |
| | | **Overall Totals for All 3 Working Groups** | | | | | **$8,000,626** | **20,760** | **$385.39** |

24928364.1

---

[6] Includes Practice Expert

[7] Includes both Senior and Junior Engagement Managers

# ATTACHMENT 1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As a representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO<br>*et al.*, | Re: ECF Dkt. Nos. 1016, 1042 [17-3566],<br>941, 949, 953 [17-3567], 1048, 2292, 2293,<br>2303, 2323, 2338, 2346 [17-4780], 4358, |
| Debtors.[1] | 7973, 10530, 13849, 15106, 15107, 15109,<br>15111, 15132, 15139, 15142, 15144, 15145,<br>15146, 15147, 15149, 15152, 15155, 15158,<br>15159, 15347, 15348, 15207, 15384, 15459,<br>15460, 15461, 15473, 15483, 15776 |
| | **Hearing Date:** March 10, 2021 at 9:30 a.m. (AST) |

## OMNIBUS ORDER AWARDING:
## I. INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE TENTH INTERIM (JUNE 1, 2020-SEPTEMBER 30, 2020) AND PRIOR COMPENSATION PERIODS; II. FINAL ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE FINAL FEE PERIOD

This matter coming before the Court on the interim and final fee applications (together

Docket Entry Nos. 1016, 1042 [17-3566], 941, 949, 953 [17-3567], 1048, 2292, 2293, 2303,

2323, 2338, 2346 [17-4780], 4358, 7973, 10530, 13849, 15106, 15107, 15109, 15111, 15132,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

15139, 15142, 15144, 15145, 15146, 15147, 15149, 15152, 15155, 15158, 15159, 15347, 15348, 15207, 15384, 15459, 15460, 15461, 15473, 15483, 15776, the ("**Applications**")), all as indicated as "Recommended for Approval" on the attached **Exhibit A** and **Exhibit B**, pursuant to sections 316 and 317 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA), Pub. L. No. 114-187, §§ 316, 317, 130 Stat., 549, 584-85 (2016), and Rule 2016 of the Local Rules of Bankruptcy Practice and Procedure of the U.S. Bankruptcy Court for the District of Puerto Rico, for the interim allowance of certain fees, including all holdbacks and expenses incurred by the Applicants for the specific period of time set forth in each of the Applications (the "**Compensation Periods**"); filed in accordance with the *Order Setting Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 1150] (the "**Interim Compensation Order**"); the *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 1715] (the "**First Amended Interim Compensation Order**"); the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269] (the "**Second Amended Interim Compensation Order**"); the *Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] (the "**Fee Examiner Order**"); and the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 3324] (the "**First Amended Fee Examiner Order**"); and the Court having reviewed the Applications and/or the report filed by the Fee Examiner with respect to the Applications [*see* Dkt. No. _____]; and the Court finding that:  (a) the Court has jurisdiction over this matter pursuant to PROMESA section 306(a); and (b) notice of the Applications and the hearing thereon being adequate under

2

the circumstances; and (c) all parties with notice of the Applications having been afforded the

opportunity to be heard on the Applications;

IT IS HEREBY ORDERED THAT:

1.      The Applications are GRANTED on an interim basis as set forth on the attached

**Exhibit A**.

2.      Each of the Applicants is allowed (a) interim compensation for services rendered

during the Compensation Periods and (b) interim reimbursement for actual and necessary

expenses incurred during the Compensation Periods, each in the respective and adjusted amounts

set forth on the attached **Exhibit A**, including, except as otherwise indicated, any and all

holdbacks.

3.      To the extent not already paid pursuant to the Interim Compensation Order, the

Debtors are hereby authorized and directed to pay each of the Applicants 100 percent of the fees

and 100 percent of the expenses listed on **Exhibit A** under the columns "Interim Fees

Recommended for Approval" and "Interim Expenses Recommended for Approval," respectively,

for services rendered and expenses incurred during the Compensation Periods.

4.      The Applications listed on the attached **Exhibit B** are GRANTED on a final basis

with the adjustments outlined therein.  To the extent not already paid pursuant to the Interim

Compensation Order, the Debtors are hereby authorized and directed to pay the Applicants listed

on **Exhibit B** 100 percent of the fees and 100 percent of the expenses listed under the columns

"Final Fees Recommended for Approval" and "Final Expenses Recommended for Approval."

5.      Pursuant to the Fee Examiner's report, the interim fee applications listed on

**Exhibit C** and the final applications listed on **Exhibit D** of the report [Docket Entry Nos. 640

[Case No. 17-3284], 658, 717, 724, 747, 862, 864, 873, 967, 988, 1070, 1048 [Case

No. 17-3566], 615, 654, 657, 664, 764, 766, 770, 920, 925, 952, 965 [Case No. 17-3567], 1133,

1137, 1147, 1489, 1604, 1786, 1788, 1838, 1963, 1965, 1970, 1977, 2175, 2208, 2343, 2373,

2377 [Case No. 17-4780], 70, 96 [Case No. 19-5523], 5810, 6042, 6043, 6044, 6045, 6047,

8014, 8180, 8454, 9215, 9245, 9274, 9275, 9316, 9332, 9354, 9538, 9539, 9624, 9626, 9628,

9630, 10829, 12180, 12262, 12401, 12827, 12829, 12831, 12833, 12835, 12847, 12907, 13600,

13685, 13725, 13891, 14031, 14041, 14179, 14348, 14350, 14352, 14354, 14356, 14454, 14456,

14522, 14523, 14573, 14924, 15066, 15096, 15098, 15099, 15151, 15156, 15160, 15472, 15477,

15481, 15482, 15549, 15553, 15554, 15577, 15765] remain adjourned for consideration at a later

hearing date.

      6.     This Order resolves Docket Entry Nos. 1016, 1042 [17-3566], 941, 949, 953

[17-3567], 1048, 2292, 2293, 2303, 2323, 2338, 2346 [17-4780], 4358, 7973, 10530, 13849,

15106, 15107, 15109, 15111, 15132, 15139, 15142, 15144, 15145, 15146, 15147, 15149, 15152,

15155, 15158, 15159, 15347, 15348, 15207, 15384, 15459, 15460, 15461, 15473, 15483, 15776.

      SO ORDERED.

Dated:  March _____, 2021

                                        _____
                                        LAURA TAYLOR SWAIN
24936821.1                              United States District Judge

EXHIBIT A

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Tenth Fee Period Applications for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Fourth Interim Fee Period (June 1 - September 30, 2018)* | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 1-a | **Ankura Consulting Group, LLC [Dkt. No. 4358]** | 6/01 - 9/30/2018 | $ 2,373,633.63 | $ 65,000.00 | $ 199,003.27 | $ 2,765.87 | $ 2,308,633.63 | $ 196,237.40 |
| | *Financial Advisors to PREPA* | | | | | | | |
| 1-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1048]** | 6/01 - 9/30/2018 | $ 2,779,593.00 | $ - | $ 216,596.27 | $ - | $ 2,779,593.00 | $ 216,596.27 |
| | *Fifth Interim Fee Period (October 1, 2018 - January 31, 2019)* | | | | | | | |
| | *Debtors' Advisor* | | | | | | | |
| 2 | **Deloitte Financial Advisory Services LLP [Dkt. No. 10530]** | 10/01/2018 - 1/31/2019 | $ 2,040,973.20 | $ 16,903.70 | $ 77,313.82 | $ 1,684.67 | $ 2,024,069.50 | $ 75,629.15 |
| | *Sixth Interim Fee Period (February 1 - May 31, 2019)* | | | | | | | |
| | *Financial Advisor to AAFAF* | | | | | | | |
| 3 | **DLA Piper [Dkt. No. 7973]** | 2/1 - 4/30/2019 | $ 351,699.80 | $ 2,611.26 | $ 3,421.38 | $ - | $ 349,088.54 | $ 3,421.38 |
| | *Seventh Interim Fee Period (June 1 - September 30, 2019)* | | | | | | | |
| | *Puerto Rico Counsel to FOMB* | | | | | | | |
| 4 | **O'Neill & Borges LLC [Dkt. No. 13849]** | 6/1 - 9/30/2019 | $ 496,363.95 FN 1 | $ 3,707.40 | $ 9,654.18 | $ - | $ 492,656.55 | $ 9,654.18 |
| | *Tenth Interim Fee Period (June 1, 2020 - September 30, 2020)* | | | | | | | |
| | *Financial Advisor to FOMB - Commonwealth* | | | | | | | |
| 5-a | **Alvarez & Marsal North America, LLC [Dkt. No. 15107]** | 6/1 - 9/30/2020 | $ 2,009,313.90 | $ 11,222.02 | $ 9,798.96 | $ - | $ 1,998,091.88 | $ 9,798.96 |
| | *Financial Advisor to FOMB - ERS* | | | | | | | |
| 5-b | **Alvarez & Marsal North America, LLC [Dkt. No. 15109 and 17-3566 Dkt. No. 1016]** | 6/1 - 9/30/2020 | $ 453,266.28 | $ - | $ - | $ - | $ 453,266.28 | $ - |
| | *Financial Advisor to FOMB - HTA* | | | | | | | |
| 5-c | **Alvarez & Marsal North America, LLC [Dkt. No. 15111 and 17-3567 Dkt. No. 941]** | 6/1 - 9/30/2020 | $ 126,167.67 | $ - | $ - | $ - | $ 126,167.67 | $ - |
| | *Puerto Rico Counsel for the Official Committee of Retired Employees* | | | | | | | |
| 6 | **Bennazar, Garcia & Milan, C.S.P. [Dkt. No. 15149]** | 6/1 - 9/30/2020 | $ 318,805.00 | $ (375.00) | $ 2,178.48 | $ - | $ 319,180.00 | $ 2,178.48 |
| | *Economic Consultant to FOMB - Commonwealth* | | | | | | | |
| 7-a | **Brattle Group, Inc., The [Dkt. No. 15384]** | 6/1 - 9/30/2020 | $ 88,344.74 | $ - | $ - | $ - | $ 88,344.74 | $ - |
| | *Economic Consultant to FOMB - ERS* | | | | | | | |
| 7-b | **Brattle Group, Inc., The [Dkt. No. 15347 and 17-3566 Dkt. No. 1042]** | 6/1 - 9/30/2020 | $ 1,230,080.04 | $ 1,388.99 | $ - | $ - | $ 1,228,691.05 | $ - |
| | *Economic Consultant to FOMB - PREPA* | | | | | | | |
| 7-c | **Brattle Group, Inc., The [Dkt. No. 15348 and 17-4780 Dkt. No. 2323]** | 6/1 - 9/30/2020 | $ 120,816.44 | $ - | $ - | $ - | $ 120,816.44 | $ - |
| | *Puerto Rico Conflicts Counsel to the FOMB Special Claims Committee* | | | | | | | |
| 8-a | **Cardona Fernandez, Esq., Ileana C. [Dkt. No. 15207]** | 6/1 - 9/30/2020 | $ 3,645.00 | $ 427.50 | $ - | $ - | $ 3,217.50 | $ - |
| | *Puerto Rico Conflicts Counsel to the FOMB Special Claims Committee - PREPA* | | | | | | | |
| 8-b | **Cardona Fernandez, Esq., Ileana C. [17-4780 Dkt. No. 2303]** | 6/1 - 9/30/2020 | $ 4,905.50 | $ 0.50 | $ - | $ - | $ 4,905.00 | $ - |
| | *Puerto Rico Counsel to the Official Committee of Unsecured Creditors* | | | | | | | |
| 9 | **Casillas, Santiago & Torres, LLC [Dkt. No. 15155]** | 6/1 - 9/30/2020 | $ 281,132.50 | $ - | $ 5,736.17 | $ - | $ 281,132.50 | $ 5,736.17 |
| | *Financial Advisor to FOMB through Special Claims Committee - Commonwealth* | | | | | | | |
| 10-a | **DiCicco, Gulman & Company LLP [Dkt. No. 15483]** | 6/1 - 9/30/2020 | $ 760,162.50 | $ 7,038.75 | $ - | $ - | $ 753,123.75 | $ - |
| | *Financial Advisor to FOMB through Special Claims Committee - HTA* | | | | | | | |
| 10-b | **DiCicco, Gulman & Company LLP [17-3567 Dkt. No. 953]** | 6/1 - 9/30/2020 | $ 6,712.50 | $ - | $ - | $ - | $ 6,712.50 | $ - |

23169181.1

as of 3/3/2021

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Tenth Fee Period Applications for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Financial Advisor to FOMB through Special Claims Committee - PREPA* | | | | | | | |
| 10-c | DiCicco, Gulman & Company LLP [17-4780 Dkt. No. 2346] | 6/1 - 9/30/2020 | $ 6,937.50 | $ - | $ - | $ - | $ 6,937.50 | $ - |
| | *Puerto Rico Counsel to Special Claims Committee* | | | | | | | |
| 11 | Estrella, LLC [Dkt. No. 15473] | 5/1 - 8/31/2020 | $ 256,883.91 | $ 14,408.40 | $ 5,047.52 | $ - | $ 242,475.51 | $ 5,047.52 |
| | *Energy Consultants for PREPA* | | | | | | | |
| 12 | Filsinger Energy Partners [Dkt. No. 15106 and 17-4780 Dkt. No. 2292] | 6/1 - 30/2020 and 8/17 - 9/30/2020 | $ 441,730.40 | $ - | $ - | $ - | $ 441,730.40 | $ - |
| | *Financial Advisor to the Official Committee of Retired Employees* | | | | | | | |
| 13 | FTI Consulting, Inc. [Dkt. No. 15146] | 6/1 - 9/30/2020 | $ 1,036,851.50 | $ 30,000.00 | $ 30,031.22 | $ - | $ 1,006,851.50 | $ 30,031.22 |
| | *Special Litigation Counsel to the Official Committee of Unsecured Creditors* | | | | | | | |
| 14 | Genovese Joblove & Battista, P.A. [Dkt. No. 15142] | 2/1 - 8/31/2020 | $ 899,633.60 | $ 12,417.80 | $ 56,687.18 | $ 2,015.60 | $ 887,215.80 | $ 54,671.58 |
| | *Counsel to the Official Committee of Retired Employees* | | | | | | | |
| 15 | Jenner & Block LLP [Dkt. No. 15152] | 6/1 - 9/30/2020 | $ 129,438.13 | $ 58,707.88 | $ 110,631.98 | $ - | $ 70,730.25 | $ 110,631.98 |
| | *Communications Advisor to Official Committee of Unsecured Creditors* | | | | | | | |
| 16 | Kroma Advertising, Inc. [Dkt. No. 15158] | 5/16 - 9/15/2020 | $ 20,000.00 | $ - | $ - | $ - | $ 20,000.00 | $ - |
| | *Special Counsel to the FOMB* | | | | | | | |
| 17 | Luskin, Stern & Eisler LLP [Dkt. No. 15147] | 6/1 - 9/30/2020 | $ 35,231.00 | $ - | $ 672.00 | $ - | $ 35,231.00 | $ 672.00 |
| | *Information Agent to the Official Committee of Retired Employees* | | | | | | | |
| 18 | Marchand ICS Group [Dkt. No. 15145] | 6/1 - 9/30/2020 | $ 123,631.50 | $ - | $ 11,902.01 | $ - | $ 123,631.50 | $ 11,902.01 |
| | *Puerto Rico Consultant to FOMB for Commonwealth* | | | | | | | |
| 19-a | McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 15459] | 6/1 - 9/30/2020 | $ 4,728,300.00 | $ - | $ - | $ - | $ 4,728,300.00 | $ - |
| | *Puerto Rico Consultant to FOMB for HTA* | | | | | | | |
| 19-b | McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 15460 and 17-3567 Dkt. No. 949] | 6/1 - 9/30/2020 | $ 1,197,400.00 | $ - | $ - | $ - | $ 1,197,400.00 | $ - |
| | *Puerto Rico Consultant to FOMB for PREPA* | | | | | | | |
| 19-c | McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 15461 and 17-4780 Dkt. No. 2338] | 6/1 - 9/30/2020 | $ 2,074,926.00 | $ - | $ - | $ - | $ 2,074,926.00 | $ - |
| | *Special Debt Financing Counsel for PREPA* | | | | | | | |
| 20 | Norton Rose Fulbright US LLP [Dkt. No. 15132 and 17-4780 Dkt. No. 2293] | 6/1 - 9/30/2020 | $ 17,460.00 | $ - | $ - | $ - | $ 17,460.00 | $ - |
| | *Financial Advisor to the Mediation Team* | | | | | | | |
| 21 | Phoenix Management Services, LLC [Dkt. No. 15139] | 6/1 - 10/04/2020 | $ 49,579.40 | $ - | $ - | $ - | $ 49,579.40 | $ - |
| | *Actuaries and Consultants to the Official Committee of Retired Employees* | | | | | | | |
| 22 | Segal Consulting [Dkt. No. 15144] | 6/1 - 9/30/2020 | $ 124,430.00 | $ 2,068.92 | $ - | $ - | $ 122,361.08 | $ - |
| | *Macroeconomic Consultant to the FOMB* | | | | | | | |
| 23 | Wolfe, Andrew [Dkt. No. 15776] | 6/1 - 9/30/2020 | $ 55,950.00 | $ - | $ 2,835.00 | $ - | $ 55,950.00 | $ 2,835.00 |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | |
| 24 | Zolfo Cooper, LLC [Dkt. No. 15159] | 6/1 - 9/30/2020 | $ 655,515.00 | $ 12,966.89 | $ (623.74) | $ - | $ 642,548.11 **FN 2** | $ (623.74) |

FN1 - Adjustment to reflect reduction of Summer Associate Fees $2,632.00, adjustment to reflect fees actually billed ($48.60), proposed reductions $1,124.00 = $3,707.40.
FN2 - The Fee Examiner recommends that the foregoing stipulated fee reductions be included with the agreed overall 20 percent reduction in total fees sought by Zolfo Cooper, LLC as part of its final fee application, which fee application is subject to Court approval.

**FINAL Fee Application for Approval:**

| Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|
| *Counsel to AAFAF* | | | | | | | |
| **DLA Piper [Dkt. No. 7973]** | 6/1/2017 - 4/30/2019 | $    3,144,379.59 | $    14,828.08 | $    40,693.07 | $    - | $    3,129,551.51 | $    40,693.07 |