# EXHIBIT I

PRIFA_STAY0001065

Modelo SC 745
31-Jan-01

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
Agencia

Núm. Recibo ____________ al ____________

Original – ACC
1raCopia – Funcionario
2daCopia – Agencia
PRIFAS

**COMPROBANTE DE REMESA**

| Dia | TOTAL COBRADO (DIARIO) FECHA | IMPORTE | TOTAL DEPOSITADO (DIARIO) FECHA | IMPORTE |
|---|---|---|---|---|
| LUN | | | | |
| MAR | | | | |
| MIER | | | | |
| JUE | | | | |
| VIER | | | | |
| SAB | | | | |
| DOM | | | | |
| | TOTAL | 0.00 | TOTAL | 0.00 |

AUG 14 2014

Identificación del Documento

| CT | Agen | Número de Documento | Fecha de Contabilidad | Código de Banco | Cuenta de Banco | Fecha de Acreditación | Tipo de Depósito | Fecha de Notificación | Fecha de Requisición de Fondos | Número de Aviso de Crédito | Importe Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CR | 025 | 142915025089 | | GDB | 01 | 08/08/2014 | R | 08/08/2014 | 08/08/2014 | 08082014000106 | 26,074,976.99 |

| LN | Cuenta | Fondo | Organización | Prog. | Asig. | Año Pres. | Aportación Federal | SE | Importe | Descripción |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | R4220 | 111 | 0250000 | | | 2015 | | 62 | 26,074,976.99 | FONDO GENERAL |
| | | | | | | | | | | ARBITRIOS RON JULIO 2014 |
| | | | | | | | IMPORTE TOTAL | | 26,074,976.99 | |

RECIBIDO
DEPTO. DE HACIENDA
AREA DEL TESORO
AUG 14 2014
DIVISION CONTABILIDAD DE INGRESOS

APROBACION NIVEL I

URGENTE

JULIO 2014

| Para uso de las Agencias que no tienen Recaudador Oficial | Para uso del Recaudador Oficial u Oficial Pagador Especial o Secretario del Tribunal | Para uso del Departamento de Hacienda |
|---|---|---|
| Certifico que los valores que se acompañan son los que realmente se recibieron en esta Agencia, que los mismos deben acreditarse a las asignaciones y fondos indicados y que toda la demás información es correcta. | Certifico que los importes arriba detallados son los que realmente recaudé y deposité en la semana del ____ al ____ de ________ de # ___; que los mismos deben acreditarse a las asignaciones y fondos indicados y que toda la información es correcta. | Aprobado por: ____________ Nombre y Firma ____________ Título |
| Fecha / Nombre y Firma Jefe Agencia o Su Rep.Aut. / Teléfono | Fecha / Teléfono | Fecha / Teléfono |

En caso de Liquidación de Anticipo de Viajes, deberá enviar una copia al Negociado de Intervenciones.
Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

Exhibit I Export examples Page 3 of 13

**Copia del Sistema PRIFAS del comprobante de remesa 142915025184 para ingresos de agosto 2014.**

Cash Receipt Processing - Use - Direct Journal Entry

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

Unit: PUERT Deposit ID: 142915025184 Payment: 09102014000090 Seq: 1

Amount: 15,506,630.93 USD Complete
Base: USD

| Line | GL Unit | Account | Fund | DeptID | Program | Class | Bdgt Pd | Proj/Grt | Econ Sec: |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PUERT | R4220 | 111 | 0250000 | | | 2015SM1 | | 62 |

Speed Type | Line Type: User | Edit Status: Complete
Stat: | Budget Check: Valid Budget Check
Line Amount: -15,506,630.93 USD
Ref: | Line Descr: ARB DE RON AGOSTO-2014

| 2 Lines | 15,506,630.93 USD DR | 15,506,630.93 USD CR | 0.00 Net |
|---|---|---|---|

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries Deposit Control

Unit: PUERT Deposit ID: 142915025184

Acctg Date: 09/16/2014 | Control Currency: USD
Bank Code: GDB GDB | Format Currency: USD
Bank Account: 01 ███0006 | Rate Type:
Deposit Type: R Remesa-New | Exch Rt: 1.00000000

Totals

| | | |
|---|---|---|
| Control: | 15,506,630.93 | 1 |
| Entered: | 15,506,630.93 | 1 |
| Difference: | 0.00 | 0 |
| Posted: | 0.00 | 0 |
| Journalled: | 15,506,630.93 | 1 |

Control Data

| | |
|---|---|
| Notification: | 09/10/2014 |
| Requisition: | 09/10/2014 |
| Credit Date: | 09/10/2014 |
| Posted: | |
| Operator: | VON1276 |

CONFIDENTIAL PRIFA_STAY0001066
PRIFA_STAY0001065

**Copia del Sistema PRIFAS del comprobante de remesa 142915025261 para ingresos de septiembre 2014.**

Cash Receipt Processing - Use - Direct Journal Entry

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

Unit: PUERT Deposit ID: 142915025261 Payment: 10082014000085 Seq: 1

Amount: 18,461,897.15 USD ☑ Complete

| Line | GL Unit | Account | Fund | DeptID | Program | Class | Bdgt Pd | Proj/Grt | Econ Sec: |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PUERT | R4220 | 111 | 0250000 | | | 2015SM1 | | 62 |

Speed Type: Line Type: User Edit Status: Complete

Stat: Budget Check: Valid Budget Check

Line Amount: -18,461,897.15 USD

Ref: Line Descr: ARBITRIOS DE RON SEPT-2014

| 2 Lines | 18,461,897.15 USD DR | 18,461,897.15 USD CR | 0.00 Net |
|---|---|---|---|

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

Unit: PUERT Deposit ID: 142915025261

Acctg Date: 10/09/2014 Control Currency: USD

Bank Code: GDB GDB Format Currency: USD

Bank Account: 01 [redacted]0006 Rate Type:

Deposit Type: R Remesa-New Exch Rt: 1.00000000

**Totals**

| | | |
|---|---|---|
| Control: | 18,461,897.15 | 1 |
| Entered: | 18,461,897.15 | 1 |
| **Difference:** | 0.00 | 0 |
| Posted: | 0.00 | 0 |
| Journalled: | 18,461,897.15 | 1 |

**Control Data**

| | |
|---|---|
| Notification: | 10/08/2014 |
| Requisition: | 10/08/2014 |
| **Credit Date:** | 10/08/2014 |
| Posted: | |
| Operator: | VON1276 |



PRIFA_STAY0001068
PRIFA_STAY0001065

Modelo SC 745
31-Jan-01

Original – ACC
1raCopia – Funcionario
2daCopia – Agencia

PRIFAS

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
Agencia

**COMPROBANTE DE REMESA**

Núm. Recibo ____________ al ____________

| Día | TOTAL COBRADO (DIARIO) | | TOTAL DEPOSITADO (DIARIO) | |
|---|---|---|---|---|
| | FECHA | IMPORTE | FECHA | IMPORTE |
| LUN | | | | |
| MAR | | | | |
| MIER | | | | |
| JUE | | | | |
| VIER | | | | |
| SAB | | | | |
| DOM | | | | |
| | TOTAL | 0.00 | TOTAL | 0.00 |

NOV 25 2014

URGENTE

| CT | Agen | Número de Documento | Fecha de Contabilidad | Código de Banco | Cuenta de Banco | Fecha de Acreditación | Tipo de Depósito | Fecha de Notificación | Fecha de Requisición de Fondos | Número de Aviso de Crédito | Importe Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CR | 025 | 142915025356 | | GDB | 01 | 11/07/2014 | R | 11/07/2014 | 11/07/2014 | 11072014000107 | 20,321,285.79 |

(Identificación del Documento: CT, Agen, Número de Documento)

| LN | Cuenta | Fondo | Organización | Prog. | Asig. | Año Pres. | Aportación Federal | SE | Importe | Descripción |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | R4220 | 111 | 0250000 | | | 2015 | | 62 | 20,321,285.79 | FONDO GENERAL |
| | | | | | | | | | | |
| | | | | | | | | | | ARBITRIOS RON OCTUBRE 2014 |
| | | | | | | | IMPORTE TOTAL | | 20,321,285.79 | |

APROBACION NIVEL I

RECIBIDO DEPTO. DE HACIENDA AREA DEL TESORO NOV 25 2014 DIVISION CONTABILIDAD DE INGRESOS

| Para uso de las Agencias que no tienen Recaudador Oficial | Para uso del Recaudador Oficial u Oficial Pagador Especial o Secretario del Tribunal | Para uso del Departamento de Hacienda |
|---|---|---|
| Certifico que los valores que se acompañan son los que realmente se recibieron en esta Agencia, que los mismos deben acreditarse a las asignaciones y fondos indicados y que toda la demás información es correcta. | Certifico que los importes arriba detallados son los que realmente recaudé y deposité en la semana del ______ al ______ de ______ de # ___; que los mismos deben [redacted] ...dicados y que toda la información es [redacted] | Aprobado por: ____________ Nombre y Firma ____________ Título |
| Fecha / Nombre y Firma Jefe Agencia o Su Rep.Aut. / Teléfono | Fecha / Nombre [redacted] ...ibunal / Teléfono | Fecha / Teléfono |

En caso de Liquidación de Anticipo de Viajes, deberá enviar una copia al Negociado de Intervenciones.
Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.

CONFIDENTIAL

**Copia del Sistema PRIFAS del comprobante de remesa 142915025428 para ingresos de octubre 2014.**

Cash Receipt Processing - Use - Direct Journal Entry

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

Unit: PUERT Deposit ID: 142915025428 Payment: 12102014000257 Seq: 1

Amount: 27,266,182.57 USD ☑ Complete

| Line | GL Unit | Account | Fund | DeptID | Program | Class | Bdgt Pd | Proj/Grt | Econ Sec: |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PUERT | R4220 | 111 | 0250000 | | | 2015SM2 | | 62 |

Speed Type | Line Type: User | Edit Status: Complete

Stat: | Budget Check: Valid Budget Check

Line Amount: -27,266,182.57 USD

Ref: | Line Descr: ARBITRIOS DE RON NOV-2014

| 2 Lines | 27,266,182.57 USD DR | 27,266,182.57 USD CR | 0.00 Net |
|---|---|---|---|

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

Unit: PUERT Deposit ID: 142915025428

Acctg Date: 01/07/2015 | Control Currency: USD

Bank Code: GDB GDB | Format Currency: USD

Bank Account: 01 [redacted]0006 | Rate Type:

Deposit Type: R Remesa-New | Exch Rt: 1.00000000

**Totals**

| | | |
|---|---|---|
| Control: | 27,266,182.57 | 1 |
| Entered: | 27,266,182.57 | 1 |
| Difference: | 0.00 | 0 |
| Posted: | 0.00 | 0 |
| Journalled: | 27,266,182.57 | 1 |

**Control Data**

| | |
|---|---|
| Notification: | 12/10/2014 |
| Requisition: | 12/10/2014 |
| Credit Date: | 12/10/2014 |
| Posted: | |
| Operator: | VON1276 |



**Copia del Sistema PRIFAS del comprobante de remesa 142915025428 para ingresos de diciembre 2014.**

Cash Receipt Processing - Use - Direct Journal Entry

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

Unit: PUERT Deposit ID: 142915025447 Payment: 01082015000274 Seq: 1

Amount: 21,757,582.50 USD Complete

| Line | GL Unit | Account | Fund | DeptID | Program | Class | Bdgt Pd | Proj/Grt | Econ Sec: |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PUERT | R4220 | 111 | 0250000 | | | 2015SM2 | | 62 |

Speed Type Line Type: User Edit Status: Complete

Stat: Budget Check: Valid Budget Check

Line Amount: -13,532,022.91 USD

Ref: Line Descr: ARBITRIOS DE RON DIC-14

4 Lines 21,757,582.50 USD DR 21,757,582.50 USD CR 0.00 Net

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries Deposit Control

Unit: PUERT Deposit ID: 142915025447

Acctg Date: 01/21/2015 Control Currency: USD

Bank Code: GDB GDB Format Currency: USD

Bank Account: 01 [redacted]0006 Rate Type:

Deposit Type: R Remesa-New Exch Rt: 1.00000000

Totals

| | | |
|---|---|---|
| Control: | 21,757,582.50 | 1 |
| Entered: | 21,757,582.50 | 1 |
| Difference: | 0.00 | 0 |
| Posted: | 0.00 | 0 |
| Journalled: | 21,757,582.50 | 1 |

Control Data

Notification: 01/08/2015

Requisition: 01/08/2015

Credit Date: 01/08/2015

Posted:

Operator: VON1276



CERTIFIED TRANSLATION

Model SC 745
31-Jan-01

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF THE TREASURY

Receipt No. ________ as of _______

Original – ACC
1st Copy – Official
2nd Copy – Agency
PRIFAS

REMITTANCE RECEIPT

[hw at bottom of page:] *August 2014*

[ink stamp:] *AUG 14 2014*

| Day | TOTAL CHARGED (DAILY) | | TOTAL DEPOSITED (DAILY) | |
|---|---|---|---|---|
| | DATE | AMOUNT | DATE | AMOUNT |
| MON | | | | |
| TUE | | | | |
| WED | | | | |
| THU | | | | |
| FRI | | | | |
| SAT | | | | |
| SUN | | | | |
| TOTAL | | 0.00 | TOTAL | 0.00 |

Document Identification

| CT | Agen | Document Number | Accounting Date | Bank Code | Bank Account | Accreditation Date | Type of Deposit | Notification Date | Fund Request Date | Credit Notice Number | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CR | 025 | 142915025089 | | GDB | 01 | 08/08/2014 | R | 08/08/2014 | 08/08/2014 | 08082014000106 | 26,074,76.99 |

| LN | Account | Fund | Organization | Prog. | Assig. | Pres. Yr. | Federal Contribution | SE | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | R4220 | 111 | 0250000 | | | 2015 | | 52 | 26,074,976.99 | GENERAL FUND |
| | | | | | | | | | | |
| | | | | | | | | | | RUM TARIFFS JULY 2014 |
| TOTAL AMOUNT | | | | | | | | | 26,074,976.99 | |

LEVEL I APPROVAL

RECEIVED
DEPT. OF THE TREASURY
AUG 14 2014
DIVISION OF REVENUE ACCOUNTING

URGENT

| For use of the Agencies that do not have an Official Tax Collector | For use of the Official Tax Collector or Official Special Paymaster or Clerk of the Court | For use of the Department of the Treasury |
|---|---|---|
| I hereby certify that the accompanying assets are those that were truly received by this Agency, that they must be credited to the appropriations or funds indicated and that all other information is correct.<br><br>Date ___ Name and Signature of Agency Head or their Auth. Rep. ___ Telephone ___ | I hereby certify that the amounts itemized above are those that I truly collected and deposited the week from __________ to ______________ of # _____; That they must be credited to the appropriations or funds indicated and that all other information is correct.<br><br>Date ___ [signature] VILMA OCASIO NIEVES<br>Name and Signature of Official Collector or OSP or Clerk of the Court ___ Telephone ___ | Approved by:<br>________________<br>Name and Signature<br>________________<br>Title<br><br>Date ___ Telephone ___ |

In the case of Advance Travel Liquidation, you must send a copy to the Bureau of Interventions.
Retention: Six years or an intervention by the Comptroller, whichever occurs first.

CONFIDENTIAL PRIFA_STAY0001065

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Copy of the PRIFAS System of remittance receipt 142915025184 for revenue from August 2014.**

Cash Receipt Processing - Use - Direct Journal Entry

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

**Unit:** PUERT **Deposit ID:** 142915025184 **Payment:** 09102014000090 **Seq:** 1

**Amount:** 15,506,630.93 USD ☑ Complete
**Base:** USD

| Line | GL Unit | Account | Fund | DeptID | Program | Class | Bdgt Pd | Proj/Grt | Econ Sec: |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PUERT | R4220 | 111 | 0250000 | | | 2015SM1 | | 62 |

Speed Type | Line Type: User | Edit Status: Complete

Stat: | Budget Check: Valid Budget Check

Line Amount: -15,506,630.93 USD

Ref: | Line Descr: ARB DE RON AGOSTO-2014

| 2 Lines | 15,506,630.93 USD DR | 15,506,630.93 USD CR | 0.00 Net |
|---|---|---|---|

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

**Unit:** PUERT **Deposit ID:** 142915025184

Acctg Date: 09/16/2014 | Control Currency: USD

Bank Code: GDB GDB | Format Currency: USD

Bank Account: 01 ■■■■0006 | Rate Type:

Deposit Type: R Remesa-New | Exch Rt: 1.00000000

**Totals**

| | | |
|---|---|---|
| Control: | 15,506,630.93 | 1 |
| Entered: | 15,506,630.93 | 1 |
| **Difference:** | 0.00 | 0 |
| Posted: | 0.00 | 0 |
| Journalled: | 15,506,630.93 | 1 |

**Control Data**

| | |
|---|---|
| Notification: | 09/10/2014 |
| Requisition: | 09/10/2014 |
| **Credit Date:** | 09/10/2014 |
| Posted: | |
| Operator: | VON1276 |

CONFIDENTIAL PRIFA_STAY0001066



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Copy of the PRIFAS System of remittance receipt 142915025184 for revenue from September 2014.**

Cash Receipt Processing - Use - Direct Journal Entry

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

Unit: PUERT Deposit ID: 142915025261 Payment: 10082014000085 Seq: 1

Amount: 18,461,897.15 USD Complete

| Line | GL Unit | Account | Fund | DeptID | Program | Class | Bdgt Pd | Proj/Grt | Econ Sec: |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PUERT | R4220 | 111 | 0250000 | | | 2015SM1 | | 62 |

Speed Type | Line Type: User | Edit Status: Complete

Stat: | Budget Check: Valid Budget Check

Line Amount: -18,461,897.15 USD

Ref: | Line Descr: ARBITRIOS DE RON SEPT-2014

| 2 Lines | 18,461,897.15 USD DR | 18,461,897.15 USD CR | 0.00 Net |
|---|---|---|---|

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

Unit: PUERT Deposit ID: 142915025261

Acctg Date: 10/09/2014 | Control Currency: USD

Bank Code: GDB GDB | Format Currency: USD

Bank Account: 01 ■■■■0006 | Rate Type:

Deposit Type: R Remesa-New | Exch Rt: 1.00000000

**Totals**

| | | |
|---|---|---|
| Control: | 18,461,897.15 | 1 |
| Entered: | 18,461,897.15 | 1 |
| Difference: | 0.00 | 0 |
| Posted: | 0.00 | 0 |
| Journalled: | 18,461,897.15 | 1 |

**Control Data**

| | |
|---|---|
| Notification: | 10/08/2014 |
| Requisition: | 10/08/2014 |
| Credit Date: | 10/08/2014 |
| Posted: | |
| Operator: | VON1276 |

CONFIDENTIAL PRIFA_STAY0001067

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Model SC 745
31-Jan-01

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF THE TREASURY

Receipt No. ________ as of _______

Original – ACC
1st Copy – Official
2nd Copy – Agency
PRIFAS

REMITTANCE RECEIPT

URGENT

[ink stamp:] *NOV 25 2014*

| Day | TOTAL CHARGED (DAILY) | | TOTAL DEPOSITED (DAILY) | |
|---|---|---|---|---|
| | DATE | AMOUNT | DATE | AMOUNT |
| MON | | | | |
| TUE | | | | |
| WED | | | | |
| THU | | | | |
| FRI | | | | |
| SAT | | | | |
| SUN | | | | |
| TOTAL | | 0.00 | TOTAL | 0.00 |

Document Identification

| CT | Agen | Document Number | Accounting Date | Bank Code | Bank Account | Accreditation Date | Type of Deposit | Notification Date | Fund Request Date | Credit Notice Number | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CR | 025 | 142915025356 | | GDB | 01 | 11/07/2014 | R | 11/07/2014 | 11/07/2014 | 11072014000107 | 20,321,285.79 |

| LN | Account | Fund | Organization | Prog. | Assig. | Pres. Yr. | Federal Contribution | SE | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | R4220 | 111 | 0250000 | | | 2015 | | 62 | 20,321,285.79 | GENERAL FUND |
| | | | | | | | | | | RUM TARIFFS OCTOBER 2014 |
| TOTAL AMOUNT | | | | | | | | | 20,321,285.79 | |

LEVEL I APPROVAL

RECEIVED
DEPT. OF THE TREASURY
NOV 25 2014
DIVISION OF REVENUE ACCOUNTING

| For use of the Agencies that do not have an Official Tax Collector | For use of the Official Tax Collector or Official Special Paymaster or Clerk of the Court | For use of the Department of the Treasury |
|---|---|---|
| I hereby certify that the accompanying assets are those that were truly received by this Agency, that they must be credited to the appropriations or funds indicated and that all other information is correct.<br>Date ____ Name and Signature of Agency Head or their Auth. Rep. ____ Telephone ____ | I hereby certify that the amounts itemized above are those that I truly collected and deposited the week from _________ to _____________ of # _____; That they must be credited to the appropriations or funds indicated and that all other information is correct.<br>Date ____ [signature] VILMA OCASIO NIEVES<br>Name and Signature of Official Collector or OSP or Clerk of the Court ____ Telephone ____ | Approved by:<br>____________<br>Name and Signature<br>____________<br>Title<br>Date ____ Telephone ____ |

In the case of Advance Travel Liquidation, you must send a copy to the Bureau of Interventions.
Retention: Six years or an intervention by the Comptroller, whichever occurs first.

CONFIDENTIAL

PRIFA_STAY0001068

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Copy of the PRIFAS System of remittance receipt 142915025184 for revenue from October 2014.**

Cash Receipt Processing - Use - Direct Journal Entry

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

**Unit:** PUERT **Deposit ID:** 142915025261 **Payment:** 10082014000085 **Seq:** 1

**Amount:** 18,461,897.15 USD ☑ Complete

| Line | GL Unit | Account | Fund | DeptID | Program | Class | Bdgt Pd | Proj/Grt | Econ Sec: |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PUERT | R4220 | 111 | 0250000 | | | 2015SM1 | | 62 |

Speed Type **Line Type:** User **Edit Status:** Complete

**Stat:** **Budget Check:** Valid Budget Check

**Line Amount:** -18,461,897.15 USD

**Ref:** **Line Descr:** ARBITRIOS DE RON SEPT-2014

| 2 **Lines** | 18,461,897.15 USD **DR** | 18,461,897.15 USD **CR** | 0.00 **Net** |
|---|---|---|---|

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

**Unit:** PUERT **Deposit ID:** 142915025261

**Acctg Date:** 10/09/2014 **Control Currency:** USD

**Bank Code:** GDB GDB **Format Currency:** USD

**Bank Account:** 01 [redacted]0006 **Rate Type:**

**Deposit Type:** R Remesa-New **Exch Rt:** 1.00000000

**Totals**

| | | |
|---|---|---|
| Control: | 18,461,897.15 | 1 |
| Entered: | 18,461,897.15 | 1 |
| **Difference:** | 0.00 | 0 |
| Posted: | 0.00 | 0 |
| Journalled: | 18,461,897.15 | 1 |

**Control Data**

| | |
|---|---|
| Notification: | 10/08/2014 |
| Requisition: | 10/08/2014 |
| **Credit Date:** | 10/08/2014 |
| Posted: | |
| Operator: | VON1276 |




I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Copy of the PRIFAS System of remittance receipt 142915025184 for revenue from December 2014.**

Cash Receipt Processing - Use - Direct Journal Entry

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

Unit: PUERT Deposit ID: 142915025261 Payment: 10082014000085 Seq: 1

Amount: 18,461,897.15 USD Complete

| Line | GL Unit | Account | Fund | DeptID | Program | Class | Bdgt Pd | Proj/Grt | Econ Sec: |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PUERT | R4220 | 111 | 0250000 | | | 2015SM1 | | 62 |

Speed Type | Line Type: User | Edit Status: Complete

Stat: | Budget Check: Valid Budget Check

Line Amount: -18,461,897.15 USD

Ref: | Line Descr: ARBITRIOS DE RON SEPT-2014

| 2 Lines | 18,461,897.15 USD DR | 18,461,897.15 USD CR | 0.00 Net |
|---|---|---|---|

File Edit View Go Favorites Use Inquire Report Help

Accounting Entries | Deposit Control

Unit: PUERT Deposit ID: 142915025261

Acctg Date: 10/09/2014 | Control Currency: USD

Bank Code: GDB GDB | Format Currency: USD

Bank Account: 01 [redacted]0006 | Rate Type:

Deposit Type: R Remesa-New | Exch Rt: 1.00000000

**Totals**

| | | |
|---|---|---|
| Control: | 18,461,897.15 | 1 |
| Entered: | 18,461,897.15 | 1 |
| Difference: | 0.00 | 0 |
| Posted: | 0.00 | 0 |
| Journalled: | 18,461,897.15 | 1 |

**Control Data**

| | |
|---|---|
| Notification: | 10/08/2014 |
| Requisition: | 10/08/2014 |
| Credit Date: | 10/08/2014 |
| Posted: | |
| Operator: | VON1276 |

CONFIDENTIAL PRIFA_STAY0001070

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.