# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO et al., | |
| Debtor.[1] | |

---------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | No. 17 BK 3566-LTS |
| as representative of | (Jointly Administered) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor. | |

---------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | No. 17 BK 3567-LTS |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK- 4780) (Last Four Digits of Federal Tax ID: 3747).

|  |  |
|---|---|
| as representative of | (Jointly Administered) |
| PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, | |
| Debtor. | |
| ---------------------------------------------------------x | |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | Adv. Proc. No. 19-00269-LTS |
| and | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO, | |
| as co-trustees respectively of | |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Plaintiffs, | |
| against | |
| THE BANK OF NEW YORK MELLON, AS TRUSTEE, UNDER THE TRUST AGREEMENT DATED MARCH 1, 2015 BETWEEN THE PUERTO RICO INFRASTRUCTURE AUTHORITY AND THE BANK OF NEW YORK MELLON AND THE FIR TREE INC. AS SUCCESSOR IN INTEREST, TO RBC MUNICIPAL MARKETS, LLS, AS OWNER REPRESENTATIVE UNDER THE NOTEHOLDER AGREEMENT DATED MARCH 1, 2015 RELATING TO PUERTO RICO INFRASTRUCTURE AUTHORITY DEDICATED TAX REVENUE BOND ANTICIPATION NOTES SERIES 2015, | |
| Defendants. | |

- 3 -

| | |
|---|---|
| ----------------------------------------------------------x<br>THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO,<br><br>        as section 926 trustee of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>        Plaintiffs,<br><br>ALAN FRIEDMAN, <u>et al.</u>,<br><br>               v.<br><br>        Defendants.<br>--------------------------------------------------------x | Adv. Proc. No. 19-00296-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>        as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>        as section 926 trustee of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY | Adv. Proc. No. 19-00363-LTS |

    Plaintiffs,

      against

AMBAC ASSURANCE CORPORATION, et al.,

    Defendants.

-------------------------------------------------------x

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

     Adv. Proc. No. 19-00366-LTS

    as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,

    and

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),

    as section 926 trustee of

THE COMMONWEALTH OF PUERTO RICO

    Plaintiffs,[2]

      against

ANDALUSIAN GLOBAL DESIGNATED ACTIVITY COMPANY, et al.,

    Defendants.

-------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO CEASE
SERVICE OF NOTICES, ORDERS, PLEADINGS AND DOCUMENTS**

---

[2] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

- 4 -

To the Honorable United States District Court Judge Laura Taylor Swain:

**PLEASE TAKE NOTICE** that C. Neil Gray hereby respectfully withdraws his appearance as counsel for The Bank of New York Mellon, and respectfully requests that he be removed from the master service list of attorneys in this case.

The appearances by other attorneys at Reed Smith LLP are unaffected by this request.

Dated: March 4, 2021
San Juan, Puerto Rico

By:

| | |
|---|---|
| /s/ Albéniz Couret-Fuentes | /s/ C. Neil Gray |
| Albéniz Couret-Fuentes | C. Neil Gray (*pro hac vice*) |
| USDC-PR Bar No. 222207 | REED SMITH LLP |
| SEPULVADO, MALDONADO & COURET | 599 Lexington Avenue |
| 304 Ponce de León Ave. – Suite 990 | New York, NY 10022 |
| San Juan, PR 00918 | Telephone: (212) 521-5400 |
| Telephone: (787) 765-5656 | Facsimile: (212) 521-5450 |
| Facsimile: (787) 294-0073 | Email: cgray@reedsmith.com |
| Email: acouret@smclawpr.com | |

*Counsel for The Bank of New York Mellon*