## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## INFORMATIVE MOTION OF THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY REGARDING THE MARCH 10-11, 2021 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

    Pursuant to the Court's *Order Regarding Procedures for March 10-11, 2021, Omnibus Hearing* [ECF No. 15902], the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") respectfully states as follows:

    1.    Luis C. Marini-Biaggi of Marini Pietrantoni Muñiz LLC will appear telephonically at the March 10-11, 2021 hearing (the "Hearing"), and seeks to be heard to address questions and comments, if any, related to the status report of AAFAF.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. John J. Rapisardi and Peter Friedman of O'Melveny & Myers LLP will appear telephonically at the Hearing and reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III case to the extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

**WHEREFORE**, AAFAF respectfully requests that the Court take notice of the foregoing.

Dated: March 4, 2021.

Respectfully submitted,

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com

Carolina Velaz-Rivero
USDC No. 300913
Email: cvelaz@mpmlawpr.com

**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave., Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

*/s/ Peter Friedman*
John J. Rapisardi
Nancy A. Mitchell
(Admitted Pro Hac Vice)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

-and-

Peter Friedman (Admitted Pro Hac Vice)
1625 Eye Street, NW
Washington, D.C. 20006
Tel: (202) 383-5300

Fax: (202) 383-5414
*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

3