# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
In re:                                                         PROMESA
                                                               Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
                                                               No. 17 BK 3283-LTS
       as representative of
                                                               (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO, et al.

                              Debtors.¹
-------------------------------------------------------------x
```

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Hunter Neal, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On March 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Order to Show Cause Regarding Challenged Bond Avoidance Actions [Docket No. 15793]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: March 4, 2021

                                                */s/ Hunter Neal*
                                                Hunter Neal

State of New York
County of New York

Subscribed and sworn to (or affirmed) to me on March 4, 2021, by Hunter Neal, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

2                                           SRF 51538

**Exhibit A**

Exhibit A
Supplemental Service List
Served via first class mail

| MMLID | NAME | ADDRESS1 | CITY | STATE | POSTALCODE |
|---|---|---|---|---|---|
| 2156682 | CHIMNEY ROCK VALUE MASTER FUND LP, C/O CHIMNEY ROCK INVESTMENTS LLC | ADDRESS ON FILE | | | |
| 2156600 | MICHAEL L GOGUEN TR UAD 03/28/03 | ADDRESS ON FILE | | | |
| 2151080 | PANDORA SELECT PARTNERS LP | 3033 EXCELSIOR BLVD, STE 500 | MINNEAPOLIS | MN | 55416-4682 |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 1 of 1