## Bondholders' Exhibit List – Ultra Vires Motions

**Bondholders' UV Demonstrative Slides**

**Bondholders' UV Exhibit 1**: Excerpt of Robert Doty, *Bloomberg Visual Guide to Municipal Bonds*, ECF No. 973-1 in Case No. 17-bk-3566, at ECF pages 2, 24.

**Bondholders' UV Exhibit 2**: Excerpt of Deposition of Robert Doty, ECF No. 973-1 in Case No. 17-bk-3566, at ECF pages 26-177.

**Bondholders' UV Exhibit 3**: Amended Purchase and Sale Agreement for Series A Bonds, ECF No. 973-7 in Case No. 17-bk-3566, at ECF Pages 2-35.

**Bondholders' UV Exhibit 4**: Form of Term Bond for Series A Bonds, ECF No. 973-5 in Case No. 17-bk-3566, at ECF Pages 72-77.

**Bondholders' UV Exhibit 5**: Rebuttal Report of W. Bartley Hildreth, ECF No. 974 in Case No. 17-bk-3566, at ECF Pages 119-133.

**Bondholders' UV Exhibit 6**: January 31, 2008 Legal Opinion from Fiddler Gonzalez & Rodriguez to ERS, ECF No. 973-5 in Case No. 17-bk-3566, at ECF Pages 137-141.

**Bondholders' UV Exhibit 7**: January 31, 2008 Legal Opinion from Fiddler Gonzalez & Rodriguez to the Fiscal Agent, ECF No. 973-5 in Case No. 17-bk-3566, at ECF Pages 155-156.

**Bondholders' UV Exhibit 8**: January 31, 2008 Legal Opinion from Fiddler Gonzalez & Rodriguez to the Underwriters, ECF No. 973-6 in Case No. 17-bk-3566, at ECF Pages 8-10.

**Bondholders' UV Exhibit 9**: January 31, 2008 Legal Opinion from the ERS General Counsel to the Underwriters, ECF No. 973-6 in Case No. 17-bk-3566, at ECF Pages 21-24.

**Bondholders' UV Exhibit 10**: January 31, 2008 Legal Opinion from the Secretary of Justice to the Underwriters, ECF No. 973-6 in Case No. 17-bk-3566, at ECF Pages 21-24.

**Bondholders' UV Exhibit 11**: Pension Funding Bond Resolution, ECF No. 973-5 in Case No. 17-bk-3566, at ECF Pages 17-58.

**Bondholders' UV Exhibit 12**: ERS Financial Statements Dated June 30, 2017 (issued June 29, 2020), ECF No. 973-11 in Case No. 17-bk-3566, at ECF Pages 299-382.