UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH
OF PUERTO RICO,

    Debtors.

PROMESA
Title III

No. 17 BK 3566-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17- BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations

EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,

   and                                  Adv. Proc. No. 19-00366 (LTS)

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),

   as section 926 trustee of

THE COMMONWEALTH OF PUERTO RICO,

   Plaintiffs,

v.

ANDALUSIAN GLOBAL DESIGNATED ACTIVITY COMPANY; THE BANK OF NEW YORK MELLON; MASON CAPITAL MASTER FUND LP; OCHER ROSE, L.L.C.; SV CREDIT, L.P.; CROWN MANAGED ACCOUNTS FOR AND ON BEHALF OF CROWN/PW SP; LMA SPC FOR AND ON BEHALF OF MAP 98 SEGREGATED PORTFOLIO; OCEANA MASTER FUND LTD.; PENTWATER MERGER ARBITRAGE MASTER FUND LTD.; AND PWCM MASTER FUND LTD,

   Defendants.

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

 as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,

   and                                  Adv. Proc. No. 19-00367 (LTS)

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),

   as section 926 trustee of

THE COMMONWEALTH OF PUERTO RICO,

        Plaintiffs,

v.

GLENDON OPPORTUNITIES FUND, L.P.; OAKTREE-FORREST MULTI-STRATEGY, LLC (SERIES B); OAKTREE OPPORTUNITIES FUND IX, L.P.; OAKTREE OPPORTUNITIES FUND IX (PARALLEL 2), L.P.; OAKTREE VALUE OPPORTUNITIES FUND, L.P.; PUERTO RICO AAA PORTFOLIO BOND FUND, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND II, INC.; PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND, INC.; PUERTO RICO FIXED INCOME FUND, INC.; PUERTO RICO FIXED INCOME FUND II, INC.; PUERTO RICO FIXED INCOME FUND III, INC.; PUERTO RICO FIXED INCOME FUND IV, INC.; PUERTO RICO FIXED INCOME FUND V, INC.; PUERTO RICO GNMA & U.S. GOVERNMENT TARGET MATURITY FUND, INC.; PUERTO RICO INVESTORS BOND FUND I; PUERTO RICO INVESTORS TAX-FREE FUND, INC.; PUERTO RICO INVESTORS TAX-FREE FUND II, INC.; PUERTO RICO INVESTORS TAX-FREE FUND III, INC.; PUERTO RICO INVESTORS TAX-FREE FUND IV, INC.; PUERTO RICO INVESTORS TAX-FREE FUND V, INC.; PUERTO RICO INVESTORS TAX-FREE FUND VI, INC.; PUERTO RICO MORTGAGE-BACKED & U.S.

        Defendants.
-------------------------------------------------------------------x

# INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO SUBMITTING DEMONSTRATIVE EXHIBIT FOR HEARING ON LIEN SCOPE ISSUES IN RESPONSE TO THE COURT'S ORDER REGARDING PROCEDURES FOR MARCH 11, 2021 HEARING

To the Honorable United States District Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as the Debtors' Title III representative pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] respectfully submits this informative motion pursuant to Paragraph 7 of the Court's *Order Regarding Procedures for March 11, 2021 Hearing* [Case No. 17-3283, ECF No. 15904 (the "Order")] submitting a demonstrative exhibit and two exhibits for use at the hearing on the pending motion for summary judgment on the Lien Scope Issues. The Oversight Board respectfully states as follows:

1. Pursuant to Paragraph 7 of the Order, attached hereto as Exhibit A is the Oversight Board's compiled PDF exhibit for use at the March 11, 2021 hearing on the pending motion for summary judgment on the Lien Scope Issues. The compiled PDF exhibit consists of (a) Oversight Board Demonstrative Exhibit 1; (b) Oversight Board Exhibit 1 [ERS Bond Resolution]; and (c) Oversight Board Exhibit 2 [Series A Official Statement].

2. The following is a cross-reference list for each of the Oversight Board's exhibits in the compiled PDF indicating the location of the referenced material in the motion submissions on the docket:

| Oversight Board Demonstrative Exhibit 1 | | |
|---|---|---|
| Slide # | Slide Title | Location of Referenced Material |
| 1 | Title Page | N/A |
| 2 | Pledged Property | Roche Decl. Ex. 1 [Resolution at VI-36], ECF No. 93-2 in Case No. 19-366, ECF No. 109-2 in Case No. 19-367, at 42. |
| 3 | Revenues | Roche Decl. Ex. 1 [Resolution at VI-37], ECF No. 93-2 in Case |

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

|   |   |   |
|---|---|---|
|   |   | No. 19-366, ECF No. 109-2 in Case No. 19-367, at 43. |
| 4 | Employers' Contributions | Roche Decl. Ex. 1 [Resolution at VI-33], ECF No. 93-2 in Case No. 19-366, ECF No. 109-2 in Case No. 19-367, at 39. |
| 5 | Released Funds | Roche Decl. Ex. 3 [Series A Official Statement at 2], ECF No. 93-4 in Case No. 19-366, ECF No. 109-4 in Case No. 19-367, at 7. |
| **Oversight Board Exhibit 1** | | |
| Roche Decl. Ex. 1 [ERS Bond Resolution], ECF No. 93-2 in Case No. 19-366, ECF No. 109-2 in Case No. 19-367 | | |
| **Oversight Board Exhibit 2** | | |
| Roche Decl. Ex. 3 [Series A Official Statement], ECF No. 93-4 in Case No. 19-366, ECF No. 109-4 in Case No. 19-367 | | |

3. The Oversight Board reserves its right to object to any exhibits or demonstrative exhibits offered by any other party during the March 11, 2021 argument, and to seek leave to submit additional exhibits or demonstrative exhibits to the Court.

[*Remainder of Page Intentionally Left Blank*]

**WHEREFORE**, the Oversight Board respectfully requests the Court take notice of the foregoing.

Dated: March 5, 2021
New York, NY

                Respectfully submitted,

                */s/ Margaret A. Dale*
                Martin J. Bienenstock (*pro hac vice*)
                Brian S. Rosen (*pro hac vice*)
                Jeffrey W. Levitan (*pro hac vice*)
                Margaret A. Dale (*pro hac vice*)
                **PROSKAUER ROSE LLP**
                Eleven Times Square
                New York, NY 10036
                Tel: (212) 969-3000
                Fax: (212) 969-2900
                Email: mbienenstock@proskauer.com
                Email: brosen@proskauer.com
                Email: jlevitan@proskauer.com
                Email: mdale@proskauer.com

                */s/ Luis F. del Valle-Emmanuelli*
                Luis F. del Valle-Emmanuelli
                USDC-PR No. 209514
                P.O. Box 79897
                Carolina, Puerto Rico 00984-9897
                Tel. 787.977.1932
                Fax. 787.722.1932
                dvelawoffices@gmail.com

                OF COUNSEL FOR
                A&S LEGAL STUDIO, PSC
                434 Avenida Hostos
                San Juan, PR 00918
                Tel: (787) 751-6764/ 763-0565
                Fax: (787) 763-8260

                *Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ Luis F. del Valle-Emmanuelli*
Luis F. del Valle-Emmanuelli