**IN RE COMMONWEALTH OF PUERTO RICO**

**Committees' Cross-Reference of Proposed Exhibits/Demonstratives in *Ultra Vires* Briefing**

| EXHIBIT | LOCATION IN SUMMARY JUDGMENT BRIEFING |
|---|---|
| Committees Ex. 1 | Excerpt of Ex. A to ERS Bondholders' Motion for Summary Judgment on *Ultra Vires* Issues and Proceedings (Dkt. 14241-1) |
| Committees Ex. 2 | Excerpt of Ex. A to ERS Bondholders' Motion for Summary Judgment on *Ultra Vires* Issues and Proceedings (Dkt. 14241-1) |
| Committees Ex. 3 | Ex. 6 to Declaration of Sparkle L. Sooknanan in Support of ERS Bondholders' Motion for Partial Summary Judgment on *Ultra Vires* Issues and Proceedings (Dkt. 14243-1) |
| Committees Ex. 4 | Declaration of Dr. W. Bartley Hildredth in Support of ERS Bondholders' Motion for Summary Judgment on *Ultra Vires* Issues and Proceedings (Dkt. 14244) |
| Committees Ex. 5 | Appendix I to Committees' Statement of Undisputed Material Facts in Support of Motion for Summary Judgment on *Ultra Vires* Issues (Dkt. 14248-1) |
| Committees Ex. 6 | Ex. 10 to Declaration of Nicholas A. Bassett in Support of Committees' Motion for Summary Judgment on *Ultra Vires* Issues (Dkt. 14250-10) |
| Committees Ex. 7 | Ex. 38 to Declaration of Nicholas A. Bassett in Support of Committees' Motion for Summary Judgment on *Ultra Vires* Issues (Dkt. 14250-38) |
| Committees Ex. 8 | Exhibit 6 to Declaration of Nicholas A. Bassett in Support of Committees' Motion for Summary Judgment on *Ultra Vires* Issues (Dkt. 14250-6) |
| Committees Ex. 9 | Exhibit 37 to Declaration of Nicholas A. Bassett in Support of Committees' Motion for Summary Judgment on *Ultra Vires* Issues (Dkt. 14250-37) |
| Committees Ex. 10 | Cao Declaration, Ex. 30 to Declaration of Nicholas A. Bassett in Support of Committees' Motion for Summary Judgment on *Ultra Vires* Issues (Dkt. 14250-30) |
| Committees Ex. 11 | Bolin Declaration, Ex. 52 to Declaration of Nicholas A. Bassett in Support of Committees' Motion for Summary Judgment on *Ultra Vires* Issues (Dkt. 14250-52) |
| Committees Ex. 12 | Mikes Declaration, Ex. 53 to Declaration of Nicholas A. Bassett in Support of Committees' Motion for Summary Judgment on *Ultra Vires* Issues (Dkt. 14250-53) |
| Committees Ex. 13 | Dowd Declaration, Ex. 54 to Declaration of Nicholas A. Bassett in Support of Committees' Motion for Summary Judgment on *Ultra Vires* Issues (Dkt. 14250-54) |

| EXHIBIT | LOCATION IN SUMMARY JUDGMENT BRIEFING |
|---|---|
| Committees Ex. 14 | Corning Declaration, Ex. 55 to Declaration of Nicholas A. Bassett in Support of Committees' Motion for Summary Judgment on *Ultra Vires* Issues (Dkt. 14250-55) |
| Committees Ex. 15 | Boyer Declaration, Ex. 56 to Declaration of Nicholas A. Bassett in Support of Committees' Motion for Summary Judgment on *Ultra Vires* Issues (Dkt. 14250-56) |
| Committees Ex. 16 | Excerpt (pp. 48-49) from Committees' Motion for Summary Judgment on *Ultra Vires* Issues (Dkt. 14246) |
| Committees Ex. 17 | Excerpt (p. 51) from Committees' Motion for Summary Judgment on *Ultra Vires* Issues (Dkt. 14246) |
| Committees Ex. 18 | Excerpt (pp. 43-44) from Committees' Motion for Summary Judgment on *Ultra Vires* Issues (Dkt. 14246) |
| Committees Ex. 19 | Appendix II to Committees' Statement of Undisputed Material Facts in Support of Motion for Summary Judgment on *Ultra Vires* Issues (Dkt. 14248-2) |
| Committees Ex. 20 | Ex. 6 to Declaration of Landon S. Raiford in Support of Committees' Response to (1) ERS Bondholders' Motion for Partial Summary Judgment on *Ultra Vires* Issues and Proceedings; and (II) Motion of Bank of New York Mellon, as Fiscal Agent, For Summary Judgment Pursuant to Fed. R. Civ. P. 56 Regarding *Ultra Vires* Challenge (Dkt. 1007-6) |