# Oceana Master Fund Ltd.[1]

**November 3, 2017**: Reviewed Enabling Act's debt authorization provision

**November 15, 2017**: Admits awareness of AAFAF brief and ultra vires issue

**December 20, 2017**: Bondholder's reply brief

**Pre-August 17, 2018:** Retained Jones Day

**Prior to August 17, 2018**: Reviewed Offering Statement

**August 17, 2018:** First purchase

**August 20, 2018**: Aware of Act 116 "Illegally made"[2]

**9/11/18:** purchase
**9/20/18:** purchase
**9/21/18:** purchase
**9/27/18:** purchase

**10/4/18:** purchase
**10/5/18:** purchase
**10/9/18:** purchase
**10/23/18:** purchase
**10/24/18:** purchase
**10/25/18:** purchase

**11/7/18:** purchase
**11/13/18:** purchase
**11/27/18:** purchase
**11/28/18:** purchase

**Late 2018/Early 2019:** Joined Bondholder group

**12/4/18:** purchase
**12/11/18:** purchase

**1/7/19:** purchase
**1/16/19:** purchase
**1/17/19:** purchase
**1/28/19:** purchase
**1/30/19:** purchase

**2/1/19:** purchase
**2/4/19:** purchase
**2/14/19**: purchase
**2/20/19:** purchase
**2/22/19:** purchase

**3/5/19:** purchase
**3/25/19:** purchase
**3/27/19:** purchase

**March 12, 2019:** UCC obj.

**4/1/19:** purchase
**4/4/19:** purchase

**April 23, 2019**: Retiree Cmt. Obj.

**June 17, 2019**: Last purchase

[1] Oceana Master Fund Ltd. has not produced the monetary value associated with each bond purchase.
[2] Act 116's language reads "The Bond Issue was illegally made by the System's Administration. . . "



# LMA SPC for and on behalf of Map 98 Segregated Portfolio[3]

**November 3, 2017**: Reviewed Enabling Act's debt authorization provision

**November 15, 2017**: Admits awareness of AAFAF brief and ultra vires issue

**December 20, 2017**: Bondholder's reply brief

**Prior to August 17, 2018**: Reviewed Offering Statement

**Pre-August 17, 2018:** Retained Jones Day

**August 17, 2018:** First purchase

**August 20, 2018**: Aware of Act 116 "Illegally made"

**9/11/18:** purchase
**9/20/18:** purchase
**9/21/18:** purchase
**9/27/18:** purchase

**10/4/18:** purchase
**10/5/18:** purchase
**10/9/18:** purchase
**10/23/18:** purchase
**10/24/18:** purchase
**10/25/18:** purchase

**11/7/18:** purchase
**11/13/18:** purchase
**11/27/18:** purchase
**11/28/18:** purchase

**Late 2018/Early 2019:** Joined Bondholder group

**12/18/18:** purchase

**1/7/19:** purchase
**1/16/19:** purchase
**1/17/19:** purchase
**1/28/19:** purchase
**1/30/19:** purchase

**2/1/19:** purchase
**2/4/19:** purchase
**2/14/19**: purchase
**2/20/19:** purchase
**2/22/19:** purchase

**3/5/19:** purchase

**March 12, 2019:** UCC obj.

**3/25/19:** purchase
**3/27/19:** purchase

**April 1, 2019**: Last purchase

**April 23, 2019**: Retiree Cmt. Obj.

[3] LMA SPC for and on behalf of Map 98 Segregated Portfolio has not produced the monetary value associated with each bond purchase.

# Pentwater Merger Arbitrage Master Fund Ltd.[4]



**November 15, 2017**: Admits awareness of AAFAF brief and ultra vires issue

**December 20, 2017**: Bondholder's reply brief

**Pre-October 9, 2018**: Retained Jones Day

**October 9, 2018**: First purchase

**Late 2018/Early 2019**: Joined Bondholder group

**March 12, 2019**: UCC obj.

**April 23, 2019**: Retiree Cmt. Obj.

**June 17, 2019**: Last purchase

**November 3, 2017**: Reviewed Enabling Act's debt authorization language

**Prior to August 17, 2018**: Reviewed Offering Statement

**August 20, 2018**: Aware of Act 116 "Illegally made"

**10/10/18**: purchase
**10/16/18**: purchase
**10/23/18**: purchase
**10/24/18**: purchase
**10/25/18**: purchase

**11/7/18**: purchase
**11/13/18**: purchase
**11/27/18**: purchase
**11/28/18**: purchase

**12/4/18**: purchase
**12/11/18**: purchase

**1/7/19**: purchase
**1/16/19**: purchase
**1/17/19**: purchase
**1/28/19**: purchase
**1/30/19**: purchase

**2/1/19**: purchase
**2/4/19**: purchase
**2/14/19**: purchase
**2/20/19**: purchase
**2/22/19**: purchase

**3/5/19**: purchase
**3/25/19**: purchase
**3/27/19**: purchase

**4/1/19**: purchase
**4/4/19**: purchase

[4] Pentwater Merger Arbitrage Master Fund Ltd. has not produced the monetary value associated with each bond purchase.

3

# PWCM Master Fund Ltd.[5]

**November 3, 2017**: Reviewed Enabling Act's debt authorization language

**November 15, 2017**: Admits awareness of AAFAF brief and ultra vires issue

**December 20, 2017**: Bondholder's reply brief

**Prior to August 17, 2018**: Reviewed Offering Statement

**Pre-August 17, 2018:** Retained Jones Day

**August 17, 2018:** First purchase

**August 20, 2018**: Aware of Act 116 "Illegally made"

**9/11/18:** purchase
**9/20/18:** purchase
**9/21/18:** purchase
**9/27/18:** purchase

**10/4/18:** purchase
**10/5/18:** purchase
**10/9/18:** purchase
**10/23/18:** purchase
**10/24/18:** purchase
**10/25/18:** purchase

**11/7/18:** purchase
**11/13/18:** purchase
**11/27/18:** purchase
**11/28/18:** purchase

**Late 2018/Early 2019:** Joined Bondholder group

**12/4/18:** purchase
**12/11/18:** purchase

**1/7/19:** purchase
**1/16/19:** purchase
**1/17/19:** purchase
**1/28/19:** purchase
**1/30/19:** purchase

**2/1/19:** purchase
**2/4/19:** purchase
**2/14/19**: purchase
**2/20/19:** purchase
**2/22/19:** purchase

**3/5/19:** purchase
**March 12, 2019:** UCC obj.
**3/25/19:** purchase
**3/27/19:** purchase

**4/1/19:** purchase
**4/4/19:** purchase
**April 23, 2019**: Retiree Cmt. Obj.

**June 17, 2019**: Last purchase

[5] PWCM Master Fund Ltd. has not produced the monetary value associated with each bond purchase.

# Crown Managed Accounts for and on behalf of Crown/PW SP[6]

**November 3, 2017**: Reviewed Enabling Act's debt authorization provision

**November 15, 2017**: Admits awareness of AAFAF brief and ultra vires issue

**December 20, 2017**: Bondholder's reply brief

**Prior to August 17, 2018**: Reviewed Offering Statement

**August 20, 2018**: Aware of Act 116 "Illegally made"

**Pre-December 17, 2018**: Retained Jones Day

**December 17, 2018**: First purchase

**12/18/18:** purchase

**1/7/19:** purchase
**1/16/19** purchase
**1/17/19:** purchase
**1/28/19:** purchase
**1/30/19:** purchase

**Late 2018/Early 2019:** Joined Bondholder group

**2/1/19:** purchase
**2/4/19:** purchase
**2/14/19**: purchase
**2/20/19:** purchase
**2/22/19:** purchase

**3/5/19** purchase
**3/25/19:** purchase
**3/27/19:** purchase

**March 12, 2019:** UCC obj.

**4/1/19**: purchase
**4/4/19:** purchase

**April 23, 2019**: Retiree Cmt. Obj.

**June 17, 2019**: Last purchase

[6] Crown Managed Accounts for and on behalf of Crown/PW SP has not produced the monetary value associated with each bond purchase.

# Mason Capital Master Fund LP[7]



**December 2, 2016 - May 2017:** joined Bondholder group[8]

**December 16, 2016:** First purchase

**November 2017:** Admits awareness of AAFAF brief and ultra vires issue

**December 20, 2017:** Bondholder's reply brief

**August 2018:** Reviewed Enabling Act's debt authorization provision

**March 12, 2019:** UCC obj.

**April 23, 2019:** Retiree Cmt. Obj.

**June 17, 2019:** Last purchase

12/19/16: purchase
12/20/16: purchase
1/30/17: purchase
1/31/17: purchase

2/13/17: purchase
2/14/17: purchase
2/15/17: purchase
2/17/17: purchase
2/28/17: purchase

3/3/17: purchase
3/8/17: purchase

4/12/17: purchase
4/17/17: purchase
4/24/17: purchase

7/10/17: purchase
7/12/17: purchase

8/31/17: purchase

10/4/17: purchase
10/13/17: purchase
10/16/17: purchase
10/25/17: purchase

3/12/18: purchase
9/20/18: purchase

10/17/18: purchase
10/23/18: purchase
10/24/18: purchase
10/25/18: purchase
10/30/18: purchase
1/29/19: purchase

1/7/19: purchase
1/10/19: purchase
1/14/19: purchase
1/16/19: purchase
1/17/19: purchase

1/30/19: purchase
1/31/19: purchase
2/12/19: purchase

Reviewed Offering Statement prior to first purchase.

[7] Mason Capital Master Fund LP has not produced the monetary value associated with each bond purchase.
[8] Mason Capital's 30(B)(6) was unable to provide an exact date.

# Redwood Master Fund Ltd.[9]



[9] Redwood Master Fund Ltd. has not produced the monetary value associated with each bond purchase.

7

# Andalusian Global Designated Activity Company[10]

Prior to first purchase: Reviewed Offering Statement.

**July 14, 2015:** First purchase

**7/16/15:** purchase

**7/22/15:** purchase

**7/29/15:** purchase

**8/5/15:** purchase

**8/6/15:** purchase

**8/11/15:** purchase

**8/13/15:** purchase

**9/2/15:** purchase

**9/16/15:** purchase

**9/17/15:** purchase

**9/22/15:** purchase

**10/21/15:** purchase

**April 21, 2016:** Reviewed Enabling Act's debt authorization provision

**3/15/17** purchase

**3/16/17:** purchase

**3/17/17:** purchase

**4/5/17:** purchase

**4/12/17:** purchase

**May 2017:** Joined Bondholder group

**8/11/17:** purchase

**November 4, 2017:** Admits awareness of AAFAF brief and ultra vires issue

**December 20, 2017:** Bondholder's reply brief

**8/20/18:** purchase

**2/19/19:** purchase

**March 5, 2019:** Last purchase

**March 12, 2019:** UCC Obj.

**April 23, 2019:** Retiree Cmt. Obj.

[10] Andalusian Global Designated Activity Company has not produced the monetary value associated with each bond purchase.

# Oaktree Funds[11]

**2014-2015:** Retained Jones Day

**May 28, 2014:** First purchase

**September 8, 2014**: Aware of Act 116 "Illegally made"

**February 29, 2016**: Reviewed Enabling Act's debt authorization provision

**May 24, 2017**: Last purchase

**November 4, 2017**: Admits awareness of AAFAF brief and ultra vires issue

**December 20, 2017**: Bondholder's reply brief

**March 12, 2019:** UCC obj.

**April 23, 2019**: Retiree Cmt. Obj.

**May 2014**: Reviewed Offering Statement

**5/29/14:** purchase
**6/17/14:** purchase
**6/25/14:** purchase
**6/27/14:** purchase

**7/2/14:** purchase
**7/3/14:** purchase
**7/7/14:** purchase
**7/8/14:** purchase
**7/10/14:** purchase
**7/22/14:** purchase

**8/12/14:** purchase

**10/29/14:** purchase
**11/18/14:** purchase
**5/1/15:** purchase

**4/12/17:** purchase
**4/13/17:** purchase
**4/17/17:** purchase
**4/20/17:** purchase
**4/25/17:** purchase
**4/28/17:** purchase

[11] Oaktree has not produced the monetary value associated with each bond purchase.

# SV Credit, L.P.[12]



**October 25, 2013:** Aware of Act 116 "illegally made"

**February 2014:** Admits awareness of ultra vires issue

**July 10, 2014:** First purchase — Reviewed Offering Statement and Enabling Act prior to first purchase.

**February 10, 2015:** Reviewed Enabling Act's debt authorization language

**May 2015:** Joined Bondholder group

**7/15/15:** purchase

**10/5/16:** purchase

**January 25, 2017:** Last purchase

**November 2017:** AAFAF filing

**December 20, 2017:** Bondholder's reply brief

**March 12, 2019:** UCC obj.

**April 23, 2019:** Retiree Cmt. Obj.

[12] SV Credit, L.P. has not produced the monetary value associated with each bond purchase.

10

# Ocher Rose L.L.C.[13]



**Mid to late 2013:** Reviewed Offering Statement

**May 8, 2014:** First purchase

**7/9/14:** purchase
**7/10/14:** purchase
**7/15/14:** purchase
**7/16/14:** purchase
**7/23/14:** purchase

**November 26, 2014:** Reviewed Enabling Act's debt authorization provision

**8/28/14:** purchase

**5/4/15:** purchase
**7/16/15:** purchase

**8/6/15:** purchase
**8/11/15:** purchase

**11/3/16:** purchase

**2/2/17:** purchase
**2/7/17:** purchase
**4/17/17:** purchase

**Prior to May 26, 2017:** Joined Bondholder group

**6/1/17:** purchase
**6/8/17:** purchase
**6/14/17:** purchase
**7/20/17:** purchase
**7/21/17:** purchase

**July 27, 2017:** Last purchase

**November 4, 2017:** Admits awareness of AAFAF brief and ultra vires issue

**December 20, 2017:** Bondholder's reply brief

**March 12, 2019:** UCC obj.

**April 23, 2019:** Retiree Cmt. Obj.

[13] Ocher Rose L.L.C. has not produced the monetary value associated with each bond purchase.

# Glendon Opportunities Fund, L.P. / Altair Global Credit Opportunities Fund (A), LLC[14]



**November 18, 2013:** First purchase

**April 28, 2015:** Last purchase

**May 2015:** Joined Bondholder group

**November 2017:** AAFAF filing

**December 20, 2017:** Bondholder's reply brief

**March 12, 2019:** UCC obj.

**April 23, 2019:** Retiree Cmt. Obj.

12/17/13: purchase
1/22/14: purchase
7/7/14: purchase
7/10/14: purchase
9/15/14: purchase
10/27/14: purchase
3/6/15: purchase
3/9/15: purchase
3/12/15: purchase

Reviewed Enabling Act, Offering Statement, and Act 116 prior to first purchase.

[14] Glendon Opportunities Fund, L.P. and Altair Global Credit Opportunities Fund (A), LLC have not produced the monetary value associated with each bond purchase.

12

# Puerto Rico Funds[15]



**January 25, 2008:** First purchase

**July 2011:** Aware of Act 116 "illegally made"

**March 17, 2016:** Last purchase

**July 7, 2017:** Has joined Bondholder group

**November 2017:** AAFAF filing

**December 20, 2017:** Bondholder's reply brief

**March 12, 2019:** UCC obj.

**April 23, 2019:** Retiree Cmt. Obj.

**1/30/08:** purchase
**5/28/08:** purchase
**6/23/08:** purchase
**9/12/08:** purchase
**6/15/10:** purchase
**7/8/10:** purchase
**7/9/10:** purchase
**7/13/10:** purchase
**7/14/10:** purchase
**9/27/10:** purchase
**9/29/10:** purchase
**9/30/10:** purchase
**5/27/11:** purchase
**10/27/11:** purchase
**5/8/13:** purchase
**7/30/13:** purchase
**1/27/16:** purchase
**2/11/16:** purchase
**2/12/16:** purchase
**2/23/16:** purchase
**2/29/16:** purchase
**3/10/16:** purchase

Reviewed Offering Statement prior to first purchase.

[15] The Puerto Rico Funds have not produced the monetary value associated with each bond purchase.

13