## **Exhibit A**

**Proposed Order**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

ORDER GRANTING TWO HUNDRED EIGHTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO SUBSEQUENTLY AMENDED CLAIMS

Upon the *Two Hundred Eighty-Fourth (Non-Substantive) Objection of the Commonwealth of Puerto Rico to Subsequently Amended Claims* [ECF No. 15698] (the "Two Hundred Eighty-Fourth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), dated January 22, 2021, for entry of an order disallowing in their entirety

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Two Hundred Eighty-Fourth Omnibus Objection.

1

certain claims filed against the Commonwealth, as more fully set forth in the Two Hundred Eighty-Fourth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Two Hundred Eighty-Fourth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Two Hundred Eighty-Fourth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Claims to be Disallowed" in Exhibit A to the Two Hundred Eighty-Fourth Omnibus Objection (collectively, the "Claims to Be Disallowed") having been amended and superseded by the subsequently filed proofs of claim identified in the column titled "Remaining Claims" in Exhibit A (collectively, the "Remaining Amended Claims"); and the Court having determined that the relief sought in the Two Hundred Eighty-Fourth Omnibus Objection is in the best interests of the Commonwealth, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Two Hundred Eighty-Fourth Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Two Hundred Eighty-Fourth Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Two Hundred Eighty-Fourth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Commonwealth's right to object to the Remaining Amended Claims is reserved; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to designate the Claims to Be Disallowed as expunged in the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 15698 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

# EXHIBIT A

**Schedule of Claims Subject to Two Hundred Eighty-Fourth Omnibus Objection**

Two Hundred and Eighty-Fourth Omnibus Objection
Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | CANS MIRANDA, EDGAR K<br>VILLAS DE LEVITTOWN<br>C20 CALLE 1A<br>TOA BAJA, PR 00949 | 09/14/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175452 | Undetermined* | CANS MIRANDA, EDGAR K<br>VILLAS DE LEVITTOWN<br>C20 CALLE 1A<br>TOA BAJA, PR 00949-4277 | 09/14/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175422 | $ 4,800.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | COLON, ORLANDO<br>URB. MONTE VERDE<br>E19 CALLE 4<br>TOA ALTA, PR00953 | 09/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175083 | Undetermined* | COLON, ORLANDO<br>URB MONTE VERDE E19<br>CALLE 4<br>TOA ALTA, PR00953 | 09/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175124 | $ 4,800.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | MELENDEZ HERNAIZ, AMPARO<br>CALLE TULSA 321<br>URB SAN GERARDO<br>SAN JUAN, PR 00926-3415 | 09/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175111 | $ 4,800.00 | MELENDEZ HERNAIZ, AMPARO<br>CALLE TULSA 321<br>URB SAN GERARDO<br>SAN JUAN, PR 00926-3415 | 09/09/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175202 | $ 4,800.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 4 | NAZARIO PEREZ, WALDEMAR<br>HC 10 BOX 49034<br>CAGUAS, PR 00725 | 08/24/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174817 | $ 12,261.00 | NAZARIO PEREZ, WALDEMAR<br>HC 10 BOX 49034<br>CAGUAS, PR 00725 | 09/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175145 | $ 16,281.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 5 | PITNEY BOWES PUERTO RICO, INC.<br>MCCONNELL VALDÉS LLC<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 05/24/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 21510 | $ 54,481.49 | PITNEY BOWES PUERTO RICO, INC.<br>MCCONNELL VALDÉS LLC<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 10/21/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177323 | $ 54,331.49 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 6 | PLAZA ROBLES, AGAR<br>PO BOX 23124<br>SAN JUAN, PR 00931-3124 | 09/17/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175969 | $ 4,800.00 | PLAZA ROBLES, AGAR<br>PO BOX 23124<br>SAN JUAN, PR 00931-3124 | 09/17/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175963 | $ 4,800.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Eighty-Fourth Omnibus Objection
Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 7 | ROLDAN ALMEDA, MYRNA URB. VENUS GARDEN CALLE ANGUEISES #1756 SAN JUAN, PR 00926 | 09/21/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175876 | $ 25,200.00 | ROLDAN ALMEDA, MYRNA URB. VENUS GARDEN 1756 CALLE ANGUEISES SAN JUAN, PR 00926 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176661 | $ 25,200.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 8 | ROLDAN ALMEDA, MYRNA URB VENUS GARDENS 1756 CALLE ANGUEISES SAN JUAN, PR 00926 | 09/21/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175892 | $ 252,000.00 | ROLDAN ALMEDA, MYRNA URB. VENUS GARDEN 1756 CALLE ANGUEISES SAN JUAN, PR 00926 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176661 | $ 25,200.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 9 | VILLALOBOS PELLOT, WILFREDO URB ROYAL PALM IG-6 CRISANTEMO BAYAMON, PR00956 | 09/01/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174831 | $ 4,800.00 | VILLALOBOS PELLOT, WILFREDO URB ROYAL PALM IG-6 CRISANTEMO BAYAMON, PR00956 | 09/01/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174827 | $ 4,800.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts