## Exhibit A

**Proposed Order**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

ORDER GRANTING TWO HUNDRED EIGHTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE CLAIMS

Upon the *Two Hundred Eighty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Claims* [ECF No. 15705] (the "Two Hundred Eighty-Ninth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), dated January 22, 2021, for entry of an order disallowing in their entirety certain claims filed

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Two Hundred Eighty-Ninth Omnibus Objection.

1

against the Commonwealth, as more fully set forth in the Two Hundred Eighty-Ninth Omnibus
Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Two
Hundred Eighty-Ninth Omnibus Objection and to grant the relief requested therein pursuant to
PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and
due and proper notice of the Two Hundred Eighty-Ninth Omnibus Objection having been provided
to those parties identified therein, and no other or further notice being required; and each of the
claims identified in the column titled "Claims to be Disallowed" in Exhibit A to the Two Hundred
Eighty-Ninth Omnibus Objection (collectively, the "Claims to Be Disallowed") being duplicative
of the claims identified in the column titled "Remaining Claims" in Exhibit A (collectively, the
"Remaining Claims"); and the Court having determined that the relief sought in the Two Hundred
Eighty-Ninth Omnibus Objection is in the best interests of the Commonwealth, its creditors, and
all parties in interest; and the Court having determined that the legal and factual bases set forth in
the Two Hundred Eighty-Ninth Omnibus Objection establish just cause for the relief granted
herein; and the Court having deemed a hearing is not necessary as no objection, responsive
pleading, or request for a hearing with respect to the Two Hundred Eighty-Ninth Omnibus
Objection has been submitted, and after due deliberation and sufficient cause appearing therefor,
it is hereby

ORDERED that the Two Hundred Eighty-Ninth Omnibus Objection is GRANTED
as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their
entirety; and it is further

ORDERED that the Commonwealth's right to object to the Remaining Claims is reserved; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to designate the Claims to Be Disallowed as expunged in the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 15705 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

## <u>EXHIBIT A</u>

**Schedule of Claims Subject to the Two Hundred Eighty-Ninth Omnibus Objection**

## Two Hundred and Eighty-Ninth Omnibus Objection
### Exhibit A - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | AGUILO VELEZ, JOSE M. GOLDEN HILLS #1410 CALLE PLUTON DORADO, PR 00646 | 07/26/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178034 | $ 4,800.00 | AGUILO VELEZ, JOSE M. GOLDEN HILLS #1410 CALLE PLUTON DORADO, PR 00646 | 07/24/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178173 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 2 | APONTE PAGAN, JOSE LUIS 110-1 SALIDA A COAMO OROCOVIS, PR 00720-4462 | 09/11/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175369 | Undetermined* | APONTE PAGAN, JOSE LUIS 110-1 SALIDAS A COAMO OROCOVIS, PR 00720-4462 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177362 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 3 | APONTE RESTO, DAVID PO BOX 94 RIO BLANCO, PR 00744 | 09/18/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175704 | $ 22,800.00 | APONTE RESTO, DAVID PO BOX 94 RIO BIANCO, PR 00744 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177183 | $ 22,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 4 | APONTE RESTO, DAVID PO BOX 94 RIO BLANCO, PR 00744 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177182 | $ 22,800.00 | APONTE RESTO, DAVID PO BOX 94 RIO BLANCO, PR 00744 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177183 | $ 22,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 5 | BERRIOS ROSA, ISABEL CRISTINA J7 AVE SAN PATRICIO COND. EL JARDIN APT.4G GUAYNABO, PR 00968 | 10/08/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176546 | $ 24,000.00 | BERRIOS ROSA, ISABEL CRISTINA J7 AVE. SAN PATRICIO CMD EL JARDIN APT.4G GUAYNABO, PR 00968 | 09/21/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178320 | $ 24,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 6 | BERRIOS ROSA, ISABEL CRISTINA J7 AVE SAN PATRICIO CON. EL JARDIN APT 4G GUAYNABO, PR 00968 | 09/11/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177965 | $ 24,000.00 | BERRIOS ROSA, ISABEL CRISTINA J7 AVE. SAN PATRICIO CMD EL JARDIN APT.4G GUAYNABO, PR 00968 | 09/21/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178320 | $ 24,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Two Hundred and Eighty-Ninth Omnibus Objection
### Exhibit A - Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 7 | CARRELO CASTRO, EDWIN F LOS MONTES 705 C / LECHUZA DORADO, PR 00646 | 08/05/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174747 | $ 4,800.00 | CARRELO CASTRO, EDWIN F URB LOS MONTES, SECCION MONTEBELLO 705 CALLE LECHUZA DORADO, PR 00646 | 10/08/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176456 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 8 | CASTRO APONTE, CARMEN CECILIA URB. VILLA AURORA B5 CALLE 2 CATANO, PR 00962 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175625 | $ 19,200.00 | CASTRO APONTE, CARMEN CECILIA URB VILLA AURORA CALLE 2 B5 CATANO, PR 00962-5918 | 09/29/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176009 | $ 19,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 9 | CHEVERE ZAYAS, IVELISSE 200 PARK WEST APT34 BAYAMON, PR 00961 | 09/16/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175757 | $ 14,000.00 | CHEVERE ZAYAS, IVELISSE 200 PARK WEST APT34 BAYAMON, PR 00961 | 09/24/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176230 | $ 14,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 10 | COLLAZO RODRIGUEZ, EMERITO R.R.I BOX 11660 CARR. 156 KM 60 BOTIJAS #2 OROCOVIS, PR 00720 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177118 | Undetermined* | COLLAZO RODRIGUEZ, EMERITO RR1 BOX 11660 OROCOVIS, PR 00720 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177313 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 11 | COLON RODRIGUEZ, LUIS A. PO BOX 755 MERCEDITA, PR 00715 | 09/01/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174898 | $ 12,200.00 | COLON RODRIGUEZ, LUIS ANDRES PO BOX 755 MERCEDITA, PR 00715 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177200 | $ 13,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Two Hundred and Eighty-Ninth Omnibus Objection
### Exhibit A - Substantive Duplicate Claims

<u>CLAIMS TO BE DISALLOWED</u>

<u>REMAINING CLAIMS</u>

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | COLON RODRIGUEZ, LUIS ANDRES PO BOX 755 MORCEDITA, PR 00715 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177098 | $ 13,400.00 | COLON RODRIGUEZ, LUIS ANDRES PO BOX 755 MERCEDITA, PR 00715 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177200 | $ 13,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 13 | COLON ROMAN, LOURDES T. P.O. BOX 142311 ARECIBO, PR 00614 | 10/08/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176614 | $ 4,800.00 | COLON ROMAN, LOURDES T. PO BOX 142311 ARECIBO, PR 00614 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176802 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 14 | COLON ROMAN, LOURDES T. P.O. BOX 142311 ARECIBO, PR 00614-2311 | 10/09/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176651 | $ 4,800.00 | COLON ROMAN, LOURDES T PO BOX 142311 ARECIBO, PR 00614 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176802 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 15 | CORDOVA GIBOYEAUX, JUAN MANUEL PO BOX 360911 SAN JUAN, PR 00936 | 09/01/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175257 | $ 26,700.00 | CORDOVA GIBOYEAUX, JUAN MANUEL P.O. BOX 360911 SAN JUAN, PR 00936 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176000 | $ 26,700.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 16 | CORTES, ROBERTO VILA 105 BAYSIDE COVE, AVE ARTERIAL HOSTOS APT #153 SAN JUAN, PR 00918 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176817 | $ 18,000.00 | VILA CORTES, ROBERTO 105 BAYSIDE COVE, AVE ART HOSTOS, APT #153 SAN JUAN, PR 00918 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177055 | $ 18,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 17 | CRUZ CORTES, CARMEN A. RES. NEMESIO R. CANALES EDF. 43 APTO. 802 HATO REY, PR00918 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177258 | Undetermined* | CRUZ CORTES, CARMEN A. RES. NEMESIO R. CANALES EDF. 43 APTO. 802 HATO REY, PR00918 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177479 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Two Hundred and Eighty-Ninth Omnibus Objection
### Exhibit A - Substantive Duplicate Claims

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 18 | CRUZ CORTES, ISABEL M. P.O. BOX 37 VEGA ALTA, PR00692 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177097 | Undetermined* | CRUZ CORTES, ISABEL M. P.O. BOX 307 VEGA ALTA, PR00692 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177477 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 19 | DIAZ BERRIOS, SANDRA CALLE 8 E-11 EST. DE CERRO GORDO BAYAMON, PR00957 | 08/24/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174844 | $ 26,400.00 | DIAZ BERRIOS, SANDRA E-11 CALLE 8 EST. CERRO GORDO BAYAMON, PR00957 | 08/27/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174870 | $ 26,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 20 | DIAZ IRIZARRY, JOSE R HC-03 BUZON 6693 CANOVANAS, PR 00729 | 09/19/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175853 | Undetermined* | DIAZ IRIZARRY, JOSE R. HC-03 BUZON 6693 CANOVANAS, PR 00729 | 09/28/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176259 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 21 | DRAZ LOIS, WANDA VIA 34 MN17 URB. VILLA FONTANA CAROLINA, PR 00983 | 09/03/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174998 | Undetermined* | DRAZ LOIS, WANDA VIA 34 MN17 URB. VILLA FONTANA CAROLINA, PR 00983 | 09/01/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175268 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 22 | ESPADA ACEVEDO, RUBEN MANS. LOS CEDROS #56 LOS MIRTO ST. L1 CAYEY, PR00736 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176831 | $ 20,400.00 | ESPADA ACEVEDO, RUBEN #56 LOS MIRTO ST. L1 CAYEY, PR00736 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176954 | $ 20,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 23 | FALCON CURET, NOEL E CALLE LADY DI #661 URB LOS ALMENDROS PONCE, PR 00716 | 09/29/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176396 | $ 18,000.00 | FALCON CURET, NOEL E CALLE LADY DI #661 URB LOS ALMENDROS PONCE, PR 00716 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177483 | $ 18,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Two Hundred and Eighty-Ninth Omnibus Objection
Exhibit A - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 24 | GERENA CAMACHO, WANDA A. 169 SAN PABLO URB SAN RAFAEL ARECIBO, PR 00612 | 09/16/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177773 | $ 4,800.00 | GERENA CAMACHO, WANDA A. 169 SAN PABLO URB SAN RAFAEL ARECIBO, PR 00612 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177133 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 25 | GONZALEZ CARDANA, PETRA MARGARITA COND. PLAZA SUCHVILLE, APT.413 #1075, CARRETERA 2 BAYAMON, PR00959 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175641 | $ 14,000.00 | GONZALEZ CARDANA, PETRA MARGARITA COND. PLAZA SUCHVILLE, APT.413 # 1075 CARRETERA 2 BAYAMON, PR00959 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177277 | $ 14,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 26 | GONZALEZ CRUZ, LAURA E. URB. PTO NUEVO CALLE 13 #275 NW SAN JUAN, PR 00920 | 09/04/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175443 | $ 4,800.00 | GONZALEZ CRUZ, LAURA E. URB. PTO NUEVO CALLE 13 #275 NW SAN JUAN, PR 00920 | 10/08/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176552 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 27 | GONZALEZ FELICIANO, JORGE A. RR-4 BOX 3005 BAYAMON, PR00956-9419 | 09/08/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175153 | $ 18,000.00 | GONZALEZ FELICIANO, JORGE A. RR-4 BOX 3005 BAYAMON, PR00956-9419 | 10/08/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176557 | $ 18,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 28 | GONZALEZ FELICIANO, JORGE A. RR-4 BOX 3005 BAYAMON, PR00956-9419 | 09/01/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175269 | $ 18,000.00 | GONZALEZ FELICIANO, JORGE A. RR-4 BOX 3005 BAYAMON, PR00956-9419 | 10/08/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176557 | $ 18,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Two Hundred and Eighty-Ninth Omnibus Objection
### Exhibit A - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** |
| 29 GONZALEZ FELICIANO, JORGE A. RR-4 BOX 3005 BAYAMON, PR00956-9419 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175948 | $ 18,000.00 | GONZALEZ FELICIANO, JORGE A. RR-4 BOX 3005 BAYAMON, PR00956-9419 | 10/08/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176557 | $ 18,000.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 30 GONZALEZ GONZALEZ, HERIBERTO RR-1 BOX 2254 CIDRA, PR 00739 | 09/09/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175247 | $ 18,492.00 | GONZALEZ GONZALEZ, HERIBERTO RR-1 BOX 2254 CIDRA, PR 00739 | 10/08/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176512 | $ 18,492.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 31 GONZALEZ LORENZO, JOSE E. HC 57 BOX 8826 AGUADA, PR 00602 | 10/08/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176583 | $ 15,600.00 | GONZALEZ LORENZO, JOSE E. HC 57 BOX 8826 AGUADA, PR 00602 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177159 | $ 15,600.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 32 GONZALEZ NOA, EDWIN GOLDEN GATE 2 CALLE H, P-2 CAGUAS, PR 00727 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177117 | $ 13,200.00 | GONZALEZ NOA, EDWIN GOLDEN GATE 2 CALLE H, P-2 CAGUAS, PR 00727 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177471 | $ 13,200.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 33 GONZALEZ RIVERA, BLANCA R. 35 CALLE VISTAMAR URB. COLINAS DE HATILLO HATILLO, PR 00659 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176694 | $ 4,800.00 | GONZALEZ RIVERA, BLANCA R. 35 CALLE VISTAMAR URB. COLINAS DE HATILLO HATILLO, PR 00659 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176933 | $ 4,800.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 34 GONZALEZ, ERIC O PO BOX 142311 ARECIBO, PR 00614 | 09/14/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178058 | $ 4,800.00 | GONZALEZ SUAREZ, ERIC O. P.O. BOX 142311 ARECIBO, PR 00614-2311 | 10/09/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176654 | $ 4,800.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Two Hundred and Eighty-Ninth Omnibus Objection
### Exhibit A - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 35 GONZALEZ, ERIC O. P.O. BOX 142311 ARECIBO, PR 00614 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177253 | $ 4,800.00 | GONZALEZ SUAREZ, ERIC O. P.O. BOX 142311 ARECIBO, PR 00614-2311 | 10/09/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176654 | $ 4,800.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 36 LOPEZ APONTE, MAYRA URB. RIVERVIEW 20-42 CALLE 35 BAYAMON, PR00961 | 09/10/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178262 | $ 24,000.00 | LOPEZ APONTE, MAYRA URB. RIVERVIEW ZD-42 CALLE 35 BAYAMON, PR00961 | 09/04/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178497 | $ 24,000.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 37 LOZADA CACERES, KARINA M13 CALL6A URB. SANTA MONICA BAYAMON, PR00957 | 09/09/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175126 | Undetermined* | LOZADA CACERES, KARINA M13 CALLE 6 A URB. SANTA MONICA BAYAMON, PR00957 | 09/09/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175127 | Undetermined* |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 38 LUNA MARTINEZ, LUIS R. ESTANCIAS LAS TRINITARIA II910 CALLE GIRASOL G G-1 AGUIRRE, PR 00704-2833 | 09/18/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177855 | $ 22,800.00 | LUNA MARTINEZ, LUIS R. ESTANCIAS LAS TRINITARIA II910 CALLE GIRASOL G G-1 AGUIRRE, PR 00704-2833 | 11/03/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178765 | $ 22,800.00* |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 39 MALDONADO RODRIGUEZ, MIGNA R. 11512 PRINCESA CAROLINA ST. RIO GRANDE ESTATES RIO GRANDE, PR 00745 | 09/14/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177964 | Undetermined* | MALDONADO RODRIGUEZ, MIGNA R. 11512 PRINCESA CAROLINA RIO GRANDE ESTATES RIO GRANDE, PR 00745 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178272 | $ 24,000.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Two Hundred and Eighty-Ninth Omnibus Objection
Exhibit A - Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 40 | MALDONADO VELEZ, CANDAD B. URB GOLDEN GATE 2 CALLE H, P-2 CAGUAS, PR 00727 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177490 | $ 4,800.00 | MALDONADO VELEZ, CARIDAD B. URB GOLDEN GATE 2 CALLE H P-2 CAGUAS, PR 00727 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177393 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 41 | MEDINA RIVERA, ARSENIO HC 5 BOX 5600 BO. JACANAS YABUCOA, PR 00767 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176905 | $ 15,276.00 | MEDINA RIVERA, ARSENIO HC 5 BOX 5600 BO. JACANAS YABUCOA, PR 00767 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177282 | $ 15,276.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 42 | MOJICA ROSARIO, YOLANDA #12 CALLE 4 URB. MANSIONES DE SIERRA TAINA BAYAMON, PR00956 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175702 | $ 21,600.00 | MOJICA ROSARIO, YOLANDA #12 CALLE 4 URB. MANSIONES DE SIERRA TAINA BAYAMON, PR00956 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178672 | $ 21,600.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 43 | MOJICA ROSARIO, YOLANDA #12 CALLE 4 URB. MANSIONES DE SIERRA TAINA BAYAMÓN, PR 00956 | 09/16/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176057 | $ 21,600.00 | MOJICA ROSARIO, YOLANDA #12 CALLE 4 URB. MANSIONES DE SIERRA TAINA BAYAMON, PR00956 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178672 | $ 21,600.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 44 | MOJICA ROSARIO, YOLANDA #12 CALLE 4 URB. MANSIONES DE SIERRA TAINA BAYAMON, PR00956 | 09/16/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176070 | $ 21,600.00 | MOJICA ROSARIO, YOLANDA #12 CALLE 4 URB. MANSIONES DE SIERRA TAINA BAYAMON, PR00956 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178672 | $ 21,600.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Two Hundred and Eighty-Ninth Omnibus Objection
### Exhibit A - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 45 MOJICA ROSARIO, YOLANDA CALLE 4 #12 HC-67 URB. MANSIONES DE SIERRA TAINA BAYAMON, PR 00956 | 09/16/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178417 | $ 21,600.00 | MOJICA ROSARIO, YOLANDA #12 CALLE 4 URB. MANSIONES DE SIERRA TAINA BAYAMON, PR 00956 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178672 | $ 21,600.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 46 MOLL, GLORIA S. PO. BOX 11323 SAN JUAN, PR 00910 | 09/17/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176052 | $ 21,600.00 | MOLL, GLORIA S. PO. BOX 11323 SAN JUAN, PR 00910 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177292 | $ 21,600.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 47 MUNOZ MORALES, JUAN J PO BOX 1538 AGUADILLA, PR 00605 | 08/07/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174847 | $ 4,800.00 | MUNOZ MORALES, JUAN J. PO BOX 1538 AGUADILLA, PR 00605 | 10/08/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176578 | $ 4,800.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 48 MUÑOZ MORALES, JUAN J. PO BOX 1538 AGUADILLA, PR 00605 | 08/11/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174869 | $ 4,800.00 | MUNOZ MORALES, JUAN J. PO BOX 1538 AGUADILLA, PR 00605 | 10/08/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176578 | $ 4,800.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 49 MUNOZ VARGAS, MARTA GARDEN HILLS, I-2 RAMIREZ DE ARLLARO AVE GUAYNABO, PR 00966 | 09/01/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177800 | $ 13,200.00 | MUNOZ VARGAS, MARTA GARDEN HILLS, I-2 RAMIREZ DE ARLLANO AVE. GUAYNABO, PR 00966 | 09/02/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178419 | $ 13,200.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Two Hundred and Eighty-Ninth Omnibus Objection
### Exhibit A - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 50 | MUÑOZ VARGAS, MARTA GARDEN HILLS, I-2 RAMIREZ DE ARELLANO AVE GUAYNABO, PR 00966 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175940 | $ 13,200.00 | MUÑOZ VARGAS, MARTA GARDEN HILLS I-2 RAMIREZ DE ARELLANO AVE GUAYNABO, PR 00966 | 10/08/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176603 | $ 13,200.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 51 | NIEVES, PAULA MELENDEZ 1 PARQUE DE LAS GAVIOTAS APT.801 SABANA SECA, PR 00952 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177102 | $ 4,800.00 | NIEVES, PAULA MELENDEZ 1 PARQUE DE LAS GAVIOTAS APT.801 SABANA SECA, PR 00952 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177222 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 52 | ORTIZ BAEZ, LUIS ESTEBAN HC-04 BOX 8151 COMERIO, PR 00782 | 09/04/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175494 | $ 20,400.00 | ORTIZ BAEZ, LUIS ESTEBAN HC-04 BOX 8151 COMERIO, PR 00782 | 10/08/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176522 | $ 20,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 53 | ORTIZ FIGUEROA, NILDA BB-18 CALLE 13 URB. SIERRA LINDA BAYAMON, PR00957 | 09/16/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175867 | $ 26,400.00 | ORTIZ FIGUEROA, NILDA BB-18 CALLE 13 URB. SIERRA LINDA BAYAMON, PR00957 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177247 | $ 26,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 54 | ORTIZ FIGUEROA, NILDA BB-18 CALLE 13 URB. SIERRA LINDA BAYAMON, PR00957 | 09/16/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175893 | $ 26,400.00 | ORTIZ FIGUEROA, NILDA BB-18 CALLE 13 URB. SIERRA LINDA BAYAMON, PR00957 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177247 | $ 26,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Two Hundred and Eighty-Ninth Omnibus Objection
### Exhibit A - Substantive Duplicate Claims

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | ORTIZ FIGUEROA, NILDA<br>URB. SIERRA LINDA<br>BB-18 CALLE 13<br>BAYAMON, PR00957 | 09/21/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177026 | $ 26,400.00 | ORTIZ FIGUEROA, NILDA<br>BB-18 CALLE 13 URB. SIERRA LINDA<br>BAYAMON, PR00957 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177247 | $ 26,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 56 | ORTIZ FIGUEROA, NILDA<br>URB. SIERRA LINDA<br>BB-18 CALLE 13<br>BAYAMON, PR00957 | 09/21/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177856 | $ 26,400.00 | ORTIZ FIGUEROA, NILDA<br>BB-18 CALLE 13 URB. SIERRA LINDA<br>BAYAMON, PR00957 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177247 | $ 26,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 57 | ORTIZ FIGUEROA, NILDA<br>URB. SIERRA LINDA<br>BB-18 CALLE 13<br>BAYAMON, PR00957 | 09/16/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178625 | $ 26,400.00 | ORTIZ FIGUEROA, NILDA<br>BB-18 CALLE 13 URB. SIERRA LINDA<br>BAYAMON, PR00957 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177247 | $ 26,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 58 | PEDROSA MERCADO, GUILLERMO<br>17154 HOGAN DRIVE P-5<br>URB. LOS EUCALIPTOS<br>CANOVANAS, PR 00729 | 09/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175725 | $ 8,400.00 | PEDROSA MERCADO, GUILLERMO<br>17154 HOGAN DRIVE P-5<br>URB. LOS EUCALIPTOS<br>CANOVANAS, PR 00729 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176521 | $ 8,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 59 | PEDROSA MERCADO, GUILLERMO<br>17154 HOGAN DRIVE P-5<br>URB. LOS EUCALIPTOS<br>CANOVANAS, PR 00729 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176505 | $ 8,400.00 | PEDROSA MERCADO, GUILLERMO<br>17154 HOGAN DRIVE P-5<br>URB. LOS EUCALIPTOS<br>CANOVANAS, PR 00729 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176521 | $ 8,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Two Hundred and Eighty-Ninth Omnibus Objection
### Exhibit A - Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 60 | RAMOS RIVERA, EDGARDO L. COLINAS DE PLATA 50 CAMINO DEL VALLE TOA ALTA, PR00953 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178530 | $ 21,600.00 | RAMOS RIVERA, EDGARDO L. COLINAS DE PLATA 50 CAMINO DEL VALLE TOA ALTA, PR00953 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178641 | $ 21,600.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 61 | RIVERA APONTE, MADELINE HC 1 BOX 68513 LAS PIEDRAS, PR 00771 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176828 | $ 4,800.00 | APONTE, MADELINE RIVERA HC 1 BOX 68513 LAS PIEDRAS, PR 00771 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176964 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 62 | RIVERA LOPEZ, WANDA I. URB. LOS ARBOLES 602 CALLE VEREDA DEL BOSQUE CAROLINA, PR 00987 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177015 | Undetermined* | RIVERA LOPEZ, WANDA I. URB. LOS ARBOLES 602 CALLE VEREDA DEL BOSQUE CAROLINA, PR 00987 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177270 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 63 | RIVERA PIZARRO, RAFAEL CALLE ZEUS K-6 VILLAS DE BUENA VISTA BAYAMON, PR00956 | 08/05/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174750 | $ 4,800.00 | PIZARRO, RAFAEL RIVERA CALLE ZEUS K-6 VILLAS DE BUENA VISTA BAYAMON, PR00956 | 10/08/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176630 | $ 4,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 64 | ROBLES RIVERA, LYSSET T. 5 BEACH VILLAGE DR APT. 145 HUMACAO, PR 00791 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176156 | Undetermined* | ROBLES RIVERA, LYSSET T. 5 BEACH VILLAGE DR APT. 145 HUMACAO, PR 00791 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177296 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

## Two Hundred and Eighty-Ninth Omnibus Objection
### Exhibit A - Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** |
| 65 | RODRIGUEZ COLON, MARIBEL<br>BO. COLLORES SECTOR GUARAGUAO<br>HC-03 BOX 12128<br>JUANA DIAZ, PR 00795 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177124 | $ 134,400.00 | RODRIGUEZ COLON, MARIBEL<br>HC-03 BOX 12128<br>JUANA DIAZ, PR 00795 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177448 | $ 134,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 66 | RODRIGUEZ GARCIA, HECTOR F.<br>PO BOX 536<br>COROZAL, PR 00783 | 09/04/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175037 | $ 14,400.00 | RODRIGUEZ GARCIA, HECTOR F.<br>PO BOX 536<br>COROZAL, PR 00783 | 09/04/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175038 | $ 14,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 67 | RODRIGUEZ, NICOLAS SANDOVAL<br>P.O. BOX 745<br>CEIBA, PR 00735-0745 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177078 | $ 14,400.00 | SANDOVAL RODRIGUEZ, NICOLAS<br>P.O. BOX 745<br>CEIBA, PR 00735-0745 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177128 | $ 14,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 68 | RODRIGUEZ-DEL VALLE, MARIA<br>URB. HACIENDA BORINGUEN<br>1219 CALLE ALMENDRO<br>CAGUAS, PR 00725 | 09/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175185 | $ 4,800.00 | RODRIGUEZ-DEL VALLE, MARIA<br>URB. HACIENDA BORINGUEN<br>1219 CALLE ALMENDRO<br>CAGUAS, PR 00725 | 09/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175183 | $ 13,200.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 69 | ROSARIO CHARLES, ESTHER<br>OJ-10 506 ST. COUNTRY CLUB<br>CAROLINA, PR 00982 | 09/21/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175409 | $ 8,400.00 | ROSARIO CHARLES, ESTHER<br>OJ-10 506 ST. COUNTRY CLUB<br>CAROLINA, PR 00982 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176462 | $ 8,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Two Hundred and Eighty-Ninth Omnibus Objection
Exhibit A - Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 70 ROSARIO, YOLANDA MOJICA<br>CALLE 4 #12 HC-67<br>URB. MANSIONES DE SIERRA TAINA<br>BAYAMON, PR00956 | 09/16/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177885 | $ 21,600.00 | MOJICA ROSARIO, YOLANDA<br>#12 CALLE 4 URB. MANSIONES DE SIERRA TAINA<br>BAYAMON, PR00956 | 09/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178672 | $ 21,600.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 71 ROSSNER FIGUEROA, EVERLIDYS<br>CALLE LINACERO 969<br>URB. COUNTRY CLUB<br>RIO PIEDRAS, PR 00924 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176879 | Undetermined* | ROSSNER FIGUEROA, EVERLIDYS<br>URB COUNTRY CLUB<br>4TA EXT<br>969 CALLE LINACERO<br>SAN JUAN, PR 00924 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177002 | Undetermined* |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 72 SANTIAGO TORRES, LUIS A.<br>CALLE LOS REYES<br>BUZON 3011<br>CABO ROJO, PR 00623 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176544 | $ 6,000.00 | SANTIAGO TORRES, LUIS A.<br>CALLE LOS REYES<br>BUZON 3011<br>CABO ROJO, PR 00623 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177090 | $ 6,000.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 73 SANTOS CASTRO, LUZ ROSARIO<br>PARCELAS AMADEO 14<br>CALLE A<br>VEGA BAJA, PR 00693-5222 | 09/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175929 | $ 12,000.00 | SANTOS CASTRO, LUZ ROSARIO<br>PARCELAS AMADEO 14<br>CALLE A<br>VEGA BAJA, PR 00693-5222 | 10/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176524 | $ 12,000.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 74 SOCORRO MARCANO DE JESUS, ESTHER<br>URB. TURABO GARDENS<br>R5 #24 CALLE 32<br>CAGUAS, PR 00727-5916 | 09/24/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176228 | $ 30,000.00 | SOCORRO MARCANO DE JESUS, ESTHER<br>URB. TURABO GARDEN R5<br>#24 CALLE 32<br>CAGUAS, PR 00727-5916 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177391 | $ 30,000.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Two Hundred and Eighty-Ninth Omnibus Objection
Exhibit A - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 75 SOCORRO MARCANO DE JESUS, ESTHER URB. TURABO GARDEN R5 #24 CALLE 32 CAGUAS, PR 00727-5916 | 09/25/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176403 | $ 30,000.00 | SOCORRO MARCANO DE JESUS, ESTHER URB. TURABO GARDEN R5 #24 CALLE 32 CAGUAS, PR 00727-5916 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177391 | $ 30,000.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 76 TORRES COLON, GERMAN CALLE 42 BLOQUE 3 U-5 ALTURAS DE BUCARABONES TOA ALTA, PR 00953 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177134 | $ 15,600.00 | TORRES COLON, GERMAN CALLE 42 BLOQUE 3 U-5 ALTURAS DE BUCARABONES TOA ALTA, PR 00953 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177056 | $ 15,600.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 77 VAZQUEZ CARRASQUILLO, EDDIE 183 PETOSKY  RD. GROVELAND, FL 34736 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176750 | $ 30,000.00 | VAZQUEZ CARRASQUILLO, EDDIE 183 PETOSKY RD. GROVELAND, FL 34736 | 09/22/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175995 | $ 30,000.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 78 VAZQUEZ CARRASQUILLO, EDDIE 183 PETOSKY RD. GROVELAND, FL 34736 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176955 | $ 30,000.00 | VAZQUEZ CARRASQUILLO, EDDIE 183 PETOSKY RD. GROVELAND, FL 34736 | 09/22/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175995 | $ 30,000.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 79 VEGA BURGOS, ANGEL A. HC4 BOX 17203 YABUCOA, PR 00767 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176130 | $ 19,200.00 | VEGA BURGOS, ANGEL A. HC. 4 BOX 17203 YABUCOA, PR 00767 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176778 | $ 19,200.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 80 VEGA BURGOS, ANGEL A. HC 4 BOX 17203 YABUCOA, PR 00767 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176852 | $ 19,200.00 | VEGA BURGOS, ANGEL A. HC. 4 BOX 17203 YABUCOA, PR 00767 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176778 | $ 19,200.00 |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Two Hundred and Eighty-Ninth Omnibus Objection
Exhibit A - Substantive Duplicate Claims

CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 81 | VEGA BURGOS, ANGEL A. HC 4 BOX 17203 YABUCOA, PR 00767 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178005 | $ 19,200.00 | VEGA BURGOS, ANGEL A. HC. 4 BOX 17203 YABUCOA, PR 00767 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 176778 | $ 19,200.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 82 | VELAZQUEZ COTTI, ROSA H. JARD. DEL CARIBE NN8 CALLE 40 PONCE, PR 00728-2630 | 08/03/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174731 | $ 28,800.00 | VELAZQUEZ COTTI, ROSA H. URB. JARDINES DEL CARIBE NN8 CALLE 40 PONCE, PR 00728-2630 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175734 | $ 28,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 83 | VILA CORTES, ROBERTO 105 BAYSIDE COVE, AVE ART. HOSTOS APT #153 SAN JUAN, PR 00918 | 09/22/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175598 | $ 18,000.00 | VILA CORTES, ROBERTO 105 BAYSIDE COVE, AVE ART HOSTOS, APT # 153 SAN JUAN, PR 00918 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177055 | $ 18,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 84 | VILA CORTES, ROBERTO 105 BAYSIDE COVE, AVE HOSTOS APT. #153 SAN JUAN, PR 00918 | 09/21/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175786 | $ 18,000.00 | VILA CORTES, ROBERTO 105 BAYSIDE COVE, AVE ART HOSTOS, APT # 153 SAN JUAN, PR 00918 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177055 | $ 18,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |