**Exhibit A**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the PREPA.** |

ORDER GRANTING TWO HUNDRED NINETY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

Upon the *Two Hundred Ninety-Sixth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserted Against the Incorrect Debtor* [ECF No. 15723] (the "Two Hundred Ninety-Sixth Omnibus Objection"),[2] filed by the Puerto Rico Electric Power Authority ("PREPA"), dated January 22, 2021, for entry of an order reclassifying certain

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Two Hundred Ninety-Sixth Omnibus Objection.

1

claims filed against PREPA, as more fully set forth in the Two Hundred Ninety-Sixth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Two Hundred Ninety-Sixth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Two Hundred Ninety-Sixth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Asserted" in Exhibit A to the Two Hundred Ninety-Sixth Omnibus Objection having improperly identified PREPA as obligor, when such claims are properly asserted, if at all, against the debtor(s) identified in the column titled "Corrected" in Exhibit A to the Two Hundred Ninety-Sixth Omnibus Objection; and the Court having determined that the relief sought in the Two Hundred Ninety-Sixth Omnibus Objection is in the best interests of PREPA, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Two Hundred Ninety-Sixth Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Two Hundred Ninety-Sixth Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

       ORDERED that the Two Hundred Ninety-Sixth Omnibus Objection is GRANTED as set forth herein; and it is further

       ORDERED that the claims identified in the column titled "Asserted" in Exhibit A to the Two Hundred Ninety-Sixth Omnibus Objection are hereby reclassified to be claims asserted against the Title III debtor(s) indicated in the column titled "Correct" in Exhibit A; and it is further

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed, in the official claims register in the PROMESA cases, to move the claims identified in the column titled "Asserted" in Exhibit A to the Two Hundred Ninety-Sixth Omnibus Objection from PREPA's Title III Case (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) to the Title III case for the debtor(s) identified in the column titled "Corrected" in Exhibit A to the Two Hundred Ninety-Sixth Omnibus Objection; and it is further

ORDERED that this Order resolves Docket Entry No. 15723 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

        Honorable Judge Laura Taylor Swain
        United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Ninety-Sixth Omnibus Objection**

## TWO HUNDRED NINETY-SIXTH OMNIBUS OBJECTION

### Exhibit A - Incorrect Debtor

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | IBANEZ GALARZA, RAFAEL<br>69 CALLE ESMERALDA<br>LOMAS VERDES<br>MOCA, PR  00676 | 27312 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | ORTIZ RIVERA, AGUSTIN<br>HC 2 BOX 6732<br>BARRANQUITAS, PR  00794 | 149133 | PUERTO RICO ELECTRIC POWER AUTHORITY | $85,000 | COMMONWEALTH OF PUERTO RICO | $85,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

\* - Indicates claim contains unliquidated and/or undetermined amounts.