**Exhibit A**

**Proposed Order**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

ORDER GRANTING TWO HUNDRED NINETY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO DEFICIENT BOND CLAIMS

Upon the *Two Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

*Deficient Bond Claims* [ECF No. 15716] (the "Two Hundred Ninety-Third Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Highways and Transportation Authority ("HTA"), dated January 22, 2021, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, ERS, or HTA, as more fully set forth in the Two Hundred Ninety-Third Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Two Hundred Ninety-Third Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Two Hundred Ninety-Third Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A to the Two Hundred Ninety-Third Omnibus Objection (collectively, the "Deficient Bond Claims") having been found to be deficient; and the Court having determined that the relief sought in the Two Hundred Ninety-Third Omnibus Objection is in the best interests of the Commonwealth, ERS, HTA, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Two Hundred Ninety-Third Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Two Hundred Ninety-Third Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Two Hundred Ninety-Third Omnibus Objection.

2

ORDERED that the Two Hundred Ninety-Third Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Deficient Bond Claims are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to designate the Deficient Bond Claims as expunged in the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 15716 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

## **EXHIBIT A**

**Schedule of Claims Subject to the Two Hundred Ninety-Third Omnibus Objection**

## Two Hundred and Ninety-Third Omnibus Objection
### Exhibit A - Bondholder Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BROOK II, SPRUCE<br>200 RIVER'S EDGE DRIVE<br>SUITE 300<br>MEDFORD, MA 02155 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47211 | $ 41,360,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors ||||||
| 2 | BROOKS, DAVID<br>700 HIGHSPIRE RD<br>GLENMOORE, PA 19343-1142 | 4/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4446 | $ 7,500.00 |
| | Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors ||||||
| 3 | CACHO CACHO, JUANA<br>BOX 574<br>DORADO, PR 00646 | 5/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10104 | $ 62,765.91 |
| | Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors ||||||
| 4 | CAPARROS SANTOS, HELVIA S.<br>ATTN: PATRICK D. O'NEIL<br>252 PONCE DE LEON AVE.<br>SUITE 1701<br>SAN JUAN, PR 00918 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17107 | $ 12,145.25 |
| | Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors ||||||
| 5 | COOP AHORRO Y CREDITO EMPLEADOS FIRST BANK<br>PO BOX 9146<br>SAN JUAN, PR 00926-9710 | 6/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56194 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors ||||||
| 6 | COOPERATIVA DE AHORRO Y CREDITO DE LARES<br>PO BOX 191757<br>SAN JUAN, PR 00919 | 9/25/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170916 | $ 573,278.14 |
| | Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors ||||||

\* Indicates claim contains unliquidated and/or undetermined amounts

## Two Hundred and Ninety-Third Omnibus Objection
### Exhibit A - Bondholder Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | DEVELOPERS GROUP INC.<br>PMB 356<br>1353 CARR. 19<br>GUAYNABO, PR 00966 | 4/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6077 | $ 981,344.71 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | MARROIG, JUAN<br>URB. MANSION REAL BOX 404<br>COTO LAUREL, PR 00780 | 9/27/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 167580 | $ 90,000.00* |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, HTA, and/or ERS such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | MUTH, JOHN T<br>5703 GLEN CARLA DR.<br>HUNTINGTON, WV 25705 | 3/22/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 3720 | $ 13,720.47 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | QUILICHINI PAZ, FLORENCE<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 27559 | $ 48,140.50 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | RAMIREZ DE ARELLANO, ALFRED<br>JOSE E ROSARIO<br>PO BOX 191089<br>SAN JUAN, PR 00919-1089 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 107132 | $ 4,069.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Two Hundred and Ninety-Third Omnibus Objection
### Exhibit A - Bondholder Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | REYES GILESTRA, TRISTAN GUELOP<br>VILLAS PALMAR SUR<br>2 PALMA DE MARCA<br>CAROLINA, PR 00979 | 4/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9356 | $ 2,362,000.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by COFINA, PREPA, PRPBA, and GDB, but fails to provide any basis or supporting documentation for asserting a claim against COFINA, PREPA, PRPBA, and GDB, such that the Debtors are unable to determine whether claimant has a valid claim against COFINA, PREPA, PRPBA, and GDB or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | ROSARIO MOJICA, EUGENIO<br>URB. ENCANTADA PARQUE DEL RIO<br>PE12 VALLE DEL RIO<br>TRUJILLO ALTO, PR 00976 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50851 | $ 15,882.27 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | STEWART, RICHARD<br>2701 HAMPTON CIRCLE N<br>DELRAY BEACH, FL 33445 | 5/29/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174072 | $ 120,000.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | SUCESION J. SERRALLES SECOND, INC<br>PO BOX 801201<br>COTO LAUREL, PR 00780-1201 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18289 | $ 90,000.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | SUSAN A JENNINGS, TRUSTEE<br>4009 GREENVIEW DR<br>URBANDALE, IA 50322 | 3/5/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173717 | $ 1,130,002.92 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Two Hundred and Ninety-Third Omnibus Objection
### Exhibit A - Bondholder Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | WINER, LEON<br>REGENCY PARK SUITE 1902, 155 CORAZO ST.<br>GUAYNABO, PR 00971-7801 | 5/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16556 | $ 55,000.00 |

Reason: Proof of claim purports to assert liabilities associated with municipal bond(s) issued by the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, HTA, and/or ERS, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|  |  |
|---|---|
| TOTAL | $ 46,925,849.17* |