**Exhibit A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and ERS.** |

### ORDER GRANTING TWO HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE CLAIMS

Upon the *Two Hundred Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Claims* [ECF No. 15702] (the "Two Hundred Eighty-Seventh Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth")

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Two Hundred Eighty-Seventh Omnibus Objection.

1

and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), dated January 22, 2021, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth or ERS, as more fully set forth in the Two Hundred Eighty-Seventh Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Two Hundred Eighty-Seventh Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Two Hundred Eighty-Seventh Omnibus Objection and each of the claims identified in the column titled "Claims to be Disallowed" in Exhibit A to the Two Hundred Eighty-Seventh Omnibus Objection (collectively, the "Claims to Be Disallowed") being duplicative of the claims identified in the column titled "Remaining Claims" in Exhibit A (collectively, the "Remaining Claims"); and the Court having determined that the relief sought in the Two Hundred Eighty-Seventh Omnibus Objection is in the best interests of the Commonwealth, ERS, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Two Hundred Eighty-Seventh Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Two Hundred Eighty-Seventh Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Two Hundred Eighty-Seventh Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims is reserved; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to designate the Claims to Be Disallowed as expunged in the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 15702 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

                                        Honorable Judge Laura Taylor Swain
                                        United States District Judge

## EXHIBIT A

**Schedule of Claims Subject to the Two Hundred Eighty-Seventh Omnibus Objection**

## Two Hundred and Eighty-Seventh Omnibus Objection
### Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ALEGRIA GANDIA, GERARDO V. K-13 CALLE 3 ALTURAS DE FLAMBOYAN BAYAMON, PR00959-8123 | 09/11/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178045 | $ 24,000.00 | ALEGRIA GANDIA, GERARDO V. K-13 CALLE 3 ALTURAS DE FLAMBOYAN BAYAMON, PR00959-8123 | 09/17/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178428 | $ 24,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 2 | ARBOLAY VAZQUEZ, LILLIAN P.O. BOX 8527 PONCE, PR 00732 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177259 | $ 4,800.00 | ARBOLAY VAZQUEZ, LILLIAN P.O. BOX 8527 PONCE, PR 00732 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177112 | $ 4,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 3 | AREVALO CRUZ, ESPERANZA BOX 507 MERCEDITA, PR 00715 | 07/17/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177987 | $ 28,800.00 | AREVALO CRUZ, ESPERANZA BOX 507 MERCEDITA, PR 00715 | 07/26/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178119 | $ 28,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 4 | ARROYO DIAZ, RAMON L. JARD. ARROYO CALLE BB-2-25 ARROYO, PR 00714 | 10/24/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178260 | Undetermined* | ARROYO DIAZ, RAMON L. JARD. ARROYO CALLE BB-2-25 ARROYO, PR 00714 | 10/20/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178747 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 5 | ARROYO DIAZ, RAMON L. JARD. ARROYO CALLE BB-Z-25 ARROYO, PR 00714 | 10/29/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178383 | Undetermined* | ARROYO DIAZ, RAMON L. JARD. ARROYO CALLE BB-2-25 ARROYO, PR 00714 | 10/20/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178747 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Two Hundred and Eighty-Seventh Omnibus Objection
### Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | BARBOT RODRIGUEZ, CARMEN<br>URB. MANSIONES<br>3078 CAMINO REAL<br>CABO ROJO, PR 00623-8951 | 10/20/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178611 | $ 4,800.00 | BARBOT RODRIGUEZ, CARMEN<br>URB. MANSIONES<br>3078 CAMINO REAL<br>CABO ROJO, PR 00623-8951 | 10/20/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178757 | $ 4,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 7 | BARRIOS AYALA, AUGUSTO J<br>309 OHIO URB. SAN GERARDO<br>SAN JUAN, PR 00926 | 09/01/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178577 | $ 28,140.00 | BARRIOS AYALA, AUGUSTO J.<br>URB. SAN GERARDO<br>309 OHIO<br>SAN JUAN, PR 00926 | 09/04/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178655 | $ 28,140.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 8 | BERRIOS ROJAS, NILDA L.<br>102 PARQUE SAN ANTONIO 1 APT. 102<br>CAGUAS, PR 00725 | 09/08/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 175216 | Undetermined* | BERRIOS ROJAS, NILDA L.<br>102 PARQUE SAN ANTONIO 1 APT. 102<br>CAGUAS, PR 00725 | 10/13/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 177442 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 9 | BERRIOS ROJAS, NILDA L.<br>102 PARQUE SAN ANTONIO 1 APT. 102<br>CAGUAS, PR 00725 | 09/11/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 175426 | Undetermined* | BERRIOS ROJAS, NILDA L.<br>102 PARQUE SAN ANTONIO 1 APT. 102<br>CAGUAS, PR 00725 | 10/13/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 177442 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 10 | BERRIOS ROJAS, NILDA L.<br>102 PARQUE SAN ANTONIO 1 APT. 102<br>CAGUAS, PR 00725 | 10/13/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 176697 | Undetermined* | BERRIOS ROJAS, NILDA L.<br>102 PARQUE SAN ANTONIO 1 APT. 102<br>CAGUAS, PR 00725 | 10/13/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 177442 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

Two Hundred and Eighty-Seventh Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | CABRET FUENTES, JOSE A.<br>PO BOX 2195<br>GUAYNABO, PR 00970-2195 | 09/09/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178295 | $ 20,400.00 | CABRET FUENTES, JOSE A.<br>PO BOX 2195<br>GUAYNABO, PR 00970-2195 | 09/04/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178475 | $ 20,400.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 12 | CARRASQUILLO SANTIAGO, ARLENE<br>VALLE ARRIBA HAIGATS CALLE 130, CC#7<br>CAROLINA, PR 00983-3331 | 09/04/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178213 | $ 15,600.00 | CARRASQUILLO SANTIAGO, ARLENE<br>VALLE ARRIBA HEIGHTS CALLE 130, CC#7<br>CAROLINA, PR 00983-3331 | 09/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178565 | $ 15,600.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 13 | CLAUDIO GINES, OLGA<br>URB. COUNTRY CLUB<br>QO-25 CALLE 536<br>CAROLINA, PR 00982 | 09/14/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177666 | $ 26,400.00 | CLAUDIO GINES, OLGA<br>URB. COUNTRY CLUB<br>QO-25 CALLE 536<br>CAROLINA, PR 00982 | 09/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177702 | $ 26,400.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 14 | COFFIE, GLORIA E.<br>7902 W. HIAWATHA ST<br>TAMPA, FL 33615 | 09/09/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178229 | $ 25,200.00 | COFFIE, GLORIA E.<br>7902 W. HIAWATHA ST<br>TAMPA, FL 33615 | 09/11/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178602 | $ 25,200.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 15 | COLON VIRUET, MARVELLA E<br>HC2 BOX 7204<br>UTUADO, PR 00641 | 06/19/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178167 | $ 4,800.00* | COLON VIRUET, MARVELIA E.<br>HC2 BOX 7204<br>UTAUDO, PR 00641 | 10/14/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178266 | $ 4,800.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 16 | CORREA YAMBO, EDUARDO<br>PO BOX 2318<br>ARECIBO, PR 00613-2318 | 10/09/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178542 | $ 15,600.00 | CORREA YAMBO, EDUARDO<br>PO BOX 2318<br>ANECIBO, PR 00613-2318 | 10/16/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178564 | $ 15,600.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Eighty-Seventh Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 17 | CRESPO GONZALEZ, MARIA S. PO BOX 6054 CAGUAS, PR 00726-6054 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177927 | Undetermined* | CRESPO GONZALEZ, MARIA S. PO BOX 6054 CAGUAS, PR 00726-6054 | 09/21/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178112 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 18 | CRUZ MIRANDA, CARLOS 7065 CALLEJON A. ROMAN QUEBRADILLAS, PR 00678 | 10/02/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178317 | $ 4,800.00 | CRUZ MIRANDA, CARLOS 7065 CALLEJON A. ROMAN QUEBRADILLAS, PR 00678 | 10/06/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178342 | $ 4,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 19 | CRUZ ZAVALA, NYHRA Z. HIGHLAND PARK 760 ALGARROBO SAN JUAN, PR 00924 | 09/17/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175906 | $ 4,800.00* | CRUZ ZAVALA, NYHRA Z. HIGHLAND PARK 760 ALGARROBO SAN JUAN, PR 00924 | 09/17/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175988 | $ 4,800.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 20 | DIAZ SEGURA, NEREIDA E 787 PANICAL DR. APOPKA, FL 32703 | 09/11/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178326 | $ 21,600.00 | DIAZ SEGURA, NEREIDA E 787 PANICAL DR APOPKA, FL 32703 | 09/02/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178512 | $ 21,600.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 21 | DIAZ SEGURA, NEREIDA E 787 PANICAL DR APOPKA, FL 32703 | 09/01/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178399 | $ 21,600.00 | DIAZ SEGURA, NEREIDA E 787 PANICAL DR APOPKA, FL 32703 | 09/02/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178512 | $ 21,600.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 22 | DIAZ SEGURA, NEREIDA E. 787 PANICAL DR. APOPKA, FL 32703 | 09/02/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178321 | $ 21,600.00 | DIAZ SEGURA, NEREIDA E 787 PANICAL DR APOPKA, FL 32703 | 09/02/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178512 | $ 21,600.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Eighty-Seventh Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 23 | FEBRE SANTIAGO, LOURDES<br>9224 RANDAL PARK BLVD<br>APT. 5114<br>ORLANDO, FL 32832 | 07/26/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177849 | $ 28,800.00 | FEBRE SANTIAGO, LOURDES<br>9224 RANDAL PARK BLVD<br>APT 5114<br>ORLANDO, FL 32832 | 07/31/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178025 | $ 28,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 24 | FIGUEROA FONTANEZ, ELIZABETH<br>URB EDO J SALDAÑA ST. ISLA VERDE J-16<br>CAROLINA, PR 00983 | 09/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175162 | $ 4,800.00 | FIGUEROA FONTANEZ, ELIZABETH<br>URB EDO J SALDAÑA ST. ISLA VERDE J-16<br>CAROLINA, PR 00983 | 09/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175161 | $ 4,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 25 | FRANCESCHI ZAYAS, CARLOS A.<br>PO BOX 3003<br>AGUADILLA, PR 00605 | 07/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178447 | $ 4,800.00 | FRANCESCHI ZAYAS, CARLOS A.<br>PO BOX 3003<br>AGUADILLA, PR 00605 | 06/24/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178541 | $ 4,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 26 | GARCIA RODRIGUEZ, IDA GRICELL<br>7185 CARR. 187 APT. 12-H<br>CAROLINA, PR 00979-7006 | 09/21/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178254 | $ 34,800.00 | GARCIA RODRIGUEZ, IDA GRICELL<br>7185 CARR. 187 APTO. 12-H<br>CAROLINA, PR 00979-7006 | 09/22/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178525 | $ 34,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 27 | GONZALEZ FELICIANO, JORGE A.<br>RR-4 BOX 3005<br>BAYAMON, PR00956-9419 | 09/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178373 | $ 18,000.00 | GONZALEZ FELICIANO, JORGE A.<br>RR-4-BOX 3005<br>BAYAMON, PR00956-9419 | 09/01/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178555 | $ 18,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

Two Hundred and Eighty-Seventh Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 28 | GONZALEZ PEREZ, FREDDIE<br>8059 PLAZA GAVIOTA<br>TOA BAJA, PR 00949 | 09/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178341 | $ 18,200.00 | GONZALEZ PEREZ, FREDDIE<br>8059 PLAZA GAVIOTA<br>TOA BAJA, PR 00949 | 09/04/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178539 | $ 18,200.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 29 | GONZALEZ RIVERA, JUAN E.<br>CALLE ARMANDO MEJIAS<br>BUZON 158<br>BARRIO TORRECILLAS<br>MOROVIS, PR 00687 | 10/09/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177567 | Undetermined* | GONZALEZ RIVERA, JUAN E.<br>CALLE ARMANDO MEGIAS<br>BO 200 158<br>BARRIO TORRECILLAS<br>MOROVIS, PR 00687 | 10/13/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178091 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 30 | HERNANDEZ HERRERA, ANTONIA<br>S 13 CALLE L NUEVA VIDA EL TUQUE<br>PONCE, PR 00728 | 08/04/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174842 | $ 100,000.00 | HERNANDEZ HERRERA, ANTONIA<br>S 13 CALLE L NUEVA VIDA EL TUQUE<br>PONCE, PR 00728 | 08/11/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174846 | $ 100,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 31 | HERNANDEZ HERRERA, ANTONIA<br>S 13 CALLE L NUEVA VIDA EL TUQUE<br>PONCE, PR 00728 | 08/11/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174845 | $ 100,000.00 | HERNANDEZ HERRERA, ANTONIA<br>S 13 CALLE L NUEVA VIDA EL TUQUE<br>PONCE, PR 00728 | 08/11/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 174846 | $ 100,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 32 | LOPEZ RODRIGUEZ, MARIA DEL CARMEN<br>HC 6 BOX 69882<br>CAMUY, PR 00627-9000 | 07/26/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178088 | $ 4,800.00 | LOPEZ RODRIGUEZ, MARIA DEL CARMEN<br>HC 6 BOX 69882<br>CAMUY, PR 00627-9000 | 07/30/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178303 | $ 4,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Eighty-Seventh Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 33 | MALDONADO MALDONADO, DAVID CONDOMINIO IBERIA II 552 CALLE AUSTRAL APTO 1002 SAN JUAN, PR 00920 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178439 | $ 4,800.00 | MALDONADO MALDONADO, DAVID CONDOMINIO IBERIA II 552 CALLE AUSTRAL APTO 1002 SAN JUAN, PR 00920 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177361 | $ 4,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 34 | MALDONADO MALDONADO, DAVID CONDOMINIO IBERIA II 552 CALLE AUSTRAL APTO 1002 SAN JUAN, PR 00920 | 09/16/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178441 | $ 4,800.00 | MALDONADO MALDONADO, DAVID CONDOMINIO IBERIA II 552 CALLE AUSTRAL APTO 1002 SAN JUAN, PR 00920 | 10/13/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177361 | $ 4,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 35 | MALDONADO MALDONADO, MIGUEL CALLE 9 DD-29 URB. LAS AMERICAS BAYAMON, PR00956 | 09/14/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178652 | $ 18,000.00 | MALDONADO MALDONADO, MIGUEL CALLE 9, DD-29, URB. LAS AMERICAS BAYAMON, PR00956 | 09/11/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178702 | $ 18,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 36 | MALDONADO MALDONADO, MIGUEL CALLE 9 DD-29 URB. LAS AMERICAS BAYAMON, PR00956 | 09/14/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178660 | $ 18,000.00 | MALDONADO MALDONADO, MIGUEL CALLE 9, DD-29, URB. LAS AMERICAS BAYAMON, PR00956 | 09/11/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178702 | $ 18,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 37 | MARQUEZ PACHECO, FERNANDO P.O. BOX 800 PUNTA SANTIAGO, PR 00741 | 11/17/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178829 | $ 25,200.00 | MARQUEZ PACHECO, FERNANDO P.O. BOX 800 PUNTA SANTIAGO, PR 00741 | 11/17/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178842 | $ 25,200.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

Two Hundred and Eighty-Seventh Omnibus Objection
Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 38 | ORTIZ FIGUEROA, FRANKLIN<br>CALLE 4 #12 HC-67<br>URB MANSIONES DE SIERRA TAINA<br>BAYAMON, PR00956 | 09/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178273 | $ 22,800.00 | ORTIZ FIGUEROA, FRANKLIN<br>CALLE 4 #12 HC-67<br>URB. MANSIONES DE SIERRA TAINA<br>BAYAMON, PR00956 | 09/16/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178365 | $ 22,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 39 | ORTIZ FIGUEROA, FRANKLIN<br>CALLE 4 #12 HC-67<br>URB. MANSIONES DE SIERRA TAINA<br>BAYAMON, PR00956 | 09/16/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178315 | $ 22,800.00 | ORTIZ FIGUEROA, FRANKLIN<br>CALLE 4 #12 HC-67<br>URB. MANSIONES DE SIERRA TAINA<br>BAYAMON, PR00956 | 09/16/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178365 | $ 22,800.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 40 | PEREZ VEGA, ANGEL L.<br>PO BOX 609<br>COMERIO, PR 00782 | 12/02/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177632 | $ 55,350.00 | PEREZ VEGA, ANGEL L.<br>P.O. BOX 642<br>COMERIO, PR 00782 | 11/26/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 177663 | $ 55,350.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 41 | RIVERA GUZMAN, LEOMARIS D.<br>P.O. BOX 612<br>FLORIDA, PR 00630 | 09/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178054 | $ 3,600.00 | RIVERA GUZMAN, LEOMARIS D.<br>P.O. BOX 612<br>FLORIDA, PR 00650 | 09/11/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178109 | $ 3,600.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 42 | RIVERA MARTINEZ, MARIA DEL CARMEN<br>AF24 CALLE QUEBEC<br>URB. CAGUAS NORTE<br>CAGUAS, PR 00725 | 09/22/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178277 | Undetermined* | RIVERA MARTINEZ, MARIA DEL CARMEN<br>AF-24 QUEBEC URB. CAGUAS NORTE<br>CAGUAS, PR 00725 | 09/21/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178350 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts     Page 8 of 8