IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1] | PROMESA<br><br>Title III<br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### EIGHTH SUPPLEMENTAL VERIFIED STATEMENT OF THE QTCB NOTEHOLDER GROUP PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to this Title III case by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, and in accordance with the *Order Further Amending Case Management Procedures* [ECF No. 13512-1] (the "Order"), this eighth supplemental verified statement (the "Eighth Supplemental Statement") is hereby submitted by an ad hoc group of holders (the "QTCB Noteholder Group")[2] of those certain Qualified School Construction Bonds and Qualified Zone Academy Bonds issued by the Puerto

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The QTCB Noteholder Group shall have the same meaning as set forth in Notice of Appearance and Request for Notice [ECF No. 134].

Rico Public Buildings Authority and guaranteed by the Commonwealth of Puerto Rico (the "Commonwealth") (collectively, the "QTCBs" and, together with all other bonds issued or guaranteed by the Commonwealth the "General Obligation Bonds"). In support of this Eighth Supplemental Statement, the QTCB Noteholder Group respectfully states as follows:

1. On August 16, 2017, the QTCB Noteholder Group submitted the *Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* [ECF No. 1053]. On August 14, 2018, the QTCB Noteholder Group submitted the *Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* [ECF No. 3765], corrected, *see Corrected Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* [ECF No. 3778]. On January 18, 2019, the QTCB Noteholder Group submitted the *Second Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* [ECF No. 4871]. On June 26, 2019, the QTCB Noteholder Group submitted the *Third Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* [ECF No. 7659]. On September 5, 2019, the QTCB Noteholder Group submitted the *Fourth Supplemental Verified Statement of the QTCB Noteholder Group Pursuant Bankruptcy Rule 2019* [ECF No. 8618]. On February 19, 2020, the QTCB Noteholder Group submitted the *Fifth Supplemental Verified Statement of the QTCB Noteholder Group Pursuant Bankruptcy Rule 2019* [ECF No. 11293]. On July 3, 2020, the QTCB Noteholder Group submitted its *Sixth Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* [ECF No. 13548]. On October 20, 2020, the QTCB Noteholder Group submitted its *Seventh Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* [ECF No. 14708]

2. In accordance with Bankruptcy Rule 2019 and the Order, as set forth in <u>Exhibit A</u>, is a list of the names, addresses of each member of the QTCB Noteholder Group—and each such member's disclosable economic interests in each of the Title III Debtors as of March 3, 2021. The information set forth herein (including <u>Exhibit A</u>) is based upon information provided to Counsel by the members of the QTCB Noteholder Group and is intended only to comply with Bankruptcy Rule 2019 and the Order.

3. As of the date of this Eighth Supplemental Statement, Counsel represents only the QTCB Noteholder Group and does not represent or purport to represent any other entities other than the QTCB Noteholder Group with respect to the Debtors' Title III cases. In addition, neither the QTCB Noteholder Group nor any member of the QTCB Noteholder Group (a) assumes any fiduciary or other duties to any other creditor or person and (b) does not purport to act, represent or speak on behalf of any other entities in connection with the Debtors' Title III cases.

4. Nothing contained in this Eighth Supplemental Statement (including <u>Exhibit A</u> hereto) is intended to or should be construed as (a) a limitation upon, or waiver of any right to assert, file and/or amend its claims in accordance with applicable law and any orders entered in this or any other related Title III cases by any QTCB Noteholder Group member, its affiliates or any other entity, or (b) an admission with respect to any fact or legal theory.

5. Additional holders of QTCBs may become members of the QTCB Noteholder Group, and certain members of the QTCB Noteholder Group may cease to be members in the future. The QTCB Noteholder Group, through its undersigned Counsel, reserves the right to amend or supplement this Eighth Supplemental Statement as necessary for that or any other reason in accordance with the requirements set forth in Bankruptcy Rule 2019 and the Order.

6. The undersigned verify that the foregoing is true and correct to the best of their knowledge.

Dated: March 6, 2021

**Morgan, Lewis & Bockius LLP**

*/s/ Kurt A. Mayr*
Kurt A. Mayr
David L. Lawton
Shannon B. Wolf
One State Street
Hartford, CT 06103-3178
Tel. (860) 240-2700
Fax: (860) 240-2701
kurt.mayr@morganlewis.com
david.lawton@morganlewis.com
shannon.wolf@morganlewis.com

**Correa-Acevedo & Abesada Law Offices, PSC**

*/s/ Roberto Abesada-Agüet*
Roberto Abesada-Agüet
USDC-PR No. 216706
Sergio Criado
USDC-PR No. 226307
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300
Fax (787) 273-8379
scriado@calopsc.com

*Co-Counsel for the QTCB Noteholder Group*

4

**Exhibit A**

**Names, Addresses and Disclosable Economic Interests of the Members of the QTCB Noteholder Group[1]**

---

[1] To the best of Counsel's knowledge, the information included herein is accurate as of the disclosure dates indicated. The amounts set forth herein include only outstanding principal and do not include any other amounts that may be due and owing under the applicable debt documents and laws, including but not limited to any overdue or compounded interest. In addition, the amounts set forth herein do not include any disclosable economic interests in the Debtors that were subject to pending trades or other transfers that had not settled or otherwise been closed as of the applicable disclosure date.

**Disclosure of the QTCB Noteholder Group**
*Aggregate QTCB Noteholder Group Holdings*

| **Commonwealth Bonds:** | **Mar-03-2021** |
|---|---:|
| Public Improvement Ref. Bonds, Series 1998 | $1,930,000 |
| Public Improvement Bonds of 1999 | 1,565,000 |
| Public Improvement Bonds of 2002, Series A | 24,058,000 |
| Public Improvement Ref. Bonds, Series 2002 A | 45,074,000 |
| Public Improvement Bonds of 2003, Series A | 4,893,675 |
| Public Improvement Ref. Bonds, Series 2003 A | 2,958,150 |
| Public Improvement Bonds of 2004, Series A | 31,170,000 |
| Public Improvement Bonds of 2005, Series A | 35,766,000 |
| Public Improvement Ref. Bonds, Series 2006 A | 8,165,000 |
| Public Improvement Bonds of 2006, Series A | 38,892,000 |
| Public Improvement Ref. Bonds, Series 2006 B | 20,009,000 |
| Public Improvement Bonds of 2006, Series B | 8,575,000 |
| Public Improvement Bonds of 2007, Series A | 68,047,000 |
| Public Improvement Ref. Bonds, Series 2007 A | 43,736,000 |
| Public Improvement Ref. Bonds, Series 2008 A | 65,178,000 |
| Public Improvement Ref. Bonds, Series 2008 C | 30,305,000 |
| Public Improvement Bonds of 2008, Series A | 31,483,000 |
| Public Improvement Ref. Bonds, Series 2009 A | 105,000 |
| Public Improvement Ref. Bonds, Series 2009 B | 104,483,000 |
| Public Improvement Ref. Bonds, Series 2009 C | 17,539,000 |
| Public Improvement Ref. Bonds, Series 2011 A | 33,890,000 |
| Public Improvement Ref. Bonds, Series 2011 C | 23,545,000 |
| Public Improvement Bonds of 2011, Series A | 10,310,000 |
| Public Improvement Ref. Bonds, Series 2011 D | 3,970,000 |
| Public Improvement Ref. Bonds, Series 2011 E | 14,830,000 |
| Public Improvement Ref. Bonds, Series 2012 B | 76,615,000 |
| Public Improvement Ref. Bonds, Series 2012 A | 167,236,000 |
| General Obligation Bonds of 2014, Series A | 103,037,000 |

| **PBA Bonds:** | **Mar-03-2021** |
|---|---:|
| Government Facilities Revenue Ref. Bonds, Series L | $1,555,000 |
| Government Facilities Revenue Ref. Bonds, Series C | 390,000 |
| Government Facilities Revenue Bonds, Series D | 5,280,000 |
| Government Facilities Revenue Ref. Bonds, Series F | 105,000 |
| Government Facilities Revenue Bonds, Series G | 345,000 |
| Government Facilities Revenue Bonds, Series I | 50,315,000 |
| Government Facilities Revenue Ref. Bonds, Series M | 20,740,895 |
| Government Facilities Revenue Bonds, Series N | 17,204,000 |
| Government Facilities Revenue Ref. Bonds, Series P | 33,105,000 |
| Government Facilities Revenue Ref. Bonds, Series Q | 6,815,000 |
| Government Facilities Revenue Bonds, Series R | 556,623,000 |
| Government Facilities Revenue Ref. Bonds, Series S | 11,560,000 |
| Government Facilities Revenue Bonds, Series T | 112,837,000 |
| Government Facilities Revenue Ref. Bonds, Series U | 92,469,000 |

1

| **Disclosure of the QTCB Noteholder Group** | |
| --- | --- |
| *Aggregate QTCB Noteholder Group Holdings* | |

| **PREPA:** | **Mar-03-2021** |
| --- | --- |
| PREPA Power Revenue Refunding Bonds Series VV | $420,000 |
| PREPA Line of Credit - Citibank (Fuel Line) | 13,000,000 |
| PREPA Line of Credit - Scotia Bank (Fuel Line) | 139,993,182 |

| **PRIFA:** | **Mar-03-2021** |
| --- | --- |
| PRIFA Special Tax Revenue Bonds Series 2005A | $3,755,100 |
| PRIFA Special Tax Revenue Refunding Bonds Series 2005C | 8,989,070 |

| **PRCCDA:** | **Mar-03-2021** |
| --- | --- |
| Puerto Rico CCDA Hotel Occupancy Tax Revenue Bonds, Series A | $37,900,000 |

| **HTA:** | **Mar-03-2021** |
| --- | --- |
| Puerto Rico HTA Highway Revenue Refunding Bonds Series AA | $2,410,000 |
| Puerto Rico HTA Highway Revenue Refunding Bonds Series AA-2 | 33,700,000 |
| Puerto Rico HTA Highway Revenue Refunding Bonds Series CC | 13,020,000 |
| Puerto Rico HTA Revenue Refunding Bonds Series CC | 22,820,000 |
| Puerto Rico HTA Subordinated Transportation Revenue Bonds (Series 2003) | 1,562,425 |
| Puerto Rico HTA Transportation Revenue Bonds Series A | 1,696,000 |
| Puerto Rico HTA Transportation Revenue Bonds Series G | 25,235,000 |
| Puerto Rico HTA Transportation Revenue Bonds Series J | 414,925 |
| Puerto Rico HTA Transportation Revenue Bonds Series K | 38,242,000 |
| Puerto Rico HTA Transportation Revenue Bonds Series M | 5,572,000 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series E | 75,000 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series H | 1,205,000 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series I | 609,975 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series L | 85,000 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series N | 3,755,000 |

**Disclosure of the QTCB Noteholder Group**

*Davidson Kempner Capital Management LP*
*520 Madison Avenue, 30th Floor, New York, NY 10022*

| Commonwealth Bonds: | Mar-03-2021 |
|---|---:|
| Public Improvement Ref. Bonds, Series 1998 | $1,025,000 |
| Public Improvement Bonds of 2002, Series A | 10,568,000 |
| Public Improvement Ref. Bonds, Series 2002 A | 735,000 |
| Public Improvement Bonds of 2004, Series A | 822,000 |
| Public Improvement Bonds of 2005, Series A | 11,365,000 |
| Public Improvement Ref. Bonds, Series 2006 A | 660,000 |
| Public Improvement Bonds of 2006, Series A | 7,405,000 |
| Public Improvement Ref. Bonds, Series 2006 B | 2,265,000 |
| Public Improvement Bonds of 2006, Series B | 210,000 |
| Public Improvement Bonds of 2007, Series A | 19,951,000 |
| Public Improvement Ref. Bonds, Series 2007 A | 4,980,000 |
| Public Improvement Ref. Bonds, Series 2008 A | 18,665,000 |
| Public Improvement Ref. Bonds, Series 2008 C | 20,000 |
| Public Improvement Bonds of 2008, Series A | 9,340,000 |
| Public Improvement Ref. Bonds, Series 2009 B | 45,433,000 |
| Public Improvement Ref. Bonds, Series 2009 C | 17,539,000 |
| Public Improvement Ref. Bonds, Series 2011 A | 760,000 |
| Public Improvement Ref. Bonds, Series 2011 C | 10,650,000 |
| Public Improvement Ref. Bonds, Series 2011 D | 535,000 |
| Public Improvement Ref. Bonds, Series 2011 E | 1,375,000 |
| Public Improvement Ref. Bonds, Series 2012 A | 44,790,000 |
| General Obligation Bonds of 2014, Series A | 22,770,000 |

| PBA Bonds: | Mar-03-2021 |
|---|---:|
| Government Facilities Revenue Bonds, Series D | 5,040,000 |
| Government Facilities Revenue Bonds, Series I | 27,995,000 |
| Government Facilities Revenue Ref. Bonds, Series M | 12,225,000 |
| Government Facilities Revenue Bonds, Series N | 14,390,000 |
| Government Facilities Revenue Ref. Bonds, Series P | 10,745,000 |
| Government Facilities Revenue Ref. Bonds, Series Q | 6,565,000 |
| Government Facilities Revenue Bonds, Series R | 130,617,000 |
| Government Facilities Revenue Ref. Bonds, Series S | 225,000 |
| Government Facilities Revenue Bonds, Series T | 185,000 |
| Government Facilities Revenue Ref. Bonds, Series U | 22,216,000 |

3

**Disclosure of the QTCB Noteholder Group**

*Davidson Kempner Capital Management LP*
*520 Madison Avenue, 30th Floor, New York, NY 10022*

| **PREPA:** | **Mar-03-2021** |
|---|---:|
| PREPA Power Revenue Refunding Bonds Series VV | 420,000 |
| PREPA Line of Credit - Citibank (Fuel Line) | 13,000,000 |
| PREPA Line of Credit - Scotia Bank (Fuel Line) | 139,993,182 |

| **PRIFA:** | **Mar-03-2021** |
|---|---:|
| PRIFA Special Tax Revenue Bonds Series 2005A | $150,000 |
| PRIFA Special Tax Revenue Refunding Bonds Series 2005C | 355,000 |

| **PRCCDA:** | **Mar-03-2021** |
|---|---:|
| Puerto Rico CCDA Hotel Occupancy Tax Revenue Bonds, Series A | $150,000 |

| **HTA:** | **Mar-03-2021** |
|---|---:|
| Puerto Rico HTA Highway Revenue Refunding Bonds Series AA | $2,410,000 |
| Puerto Rico HTA Highway Revenue Refunding Bonds Series AA-2 | 33,700,000 |
| Puerto Rico HTA Highway Revenue Refunding Bonds Series CC | 13,020,000 |
| Puerto Rico HTA Revenue Refunding Bonds Series CC | 22,820,000 |
| Puerto Rico HTA Subordinated Transportation Revenue Bonds (Series 2003) | $925,000 |
| Puerto Rico HTA Transportation Revenue Bonds Series A | 1,696,000 |
| Puerto Rico HTA Transportation Revenue Bonds Series G | 24,990,000 |
| Puerto Rico HTA Transportation Revenue Bonds Series J | 340,000 |
| Puerto Rico HTA Transportation Revenue Bonds Series K | 38,242,000 |
| Puerto Rico HTA Transportation Revenue Bonds Series M | 5,572,000 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series E | 75,000 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series H | 1,205,000 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series I | 375,000 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series L | 10,000 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series N | 3,755,000 |

4

**Disclosure of the QTCB Noteholder Group**

*Canyon Capital Advisors LLC*
*2000 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067*

| Commonwealth Bonds: | Mar-03-2021 |
|---|---:|
| Public Improvement Ref. Bonds, Series 1998 | $875,000 |
| Public Improvement Bonds of 1999 | 1,320,000 |
| Public Improvement Bonds of 2002, Series A | 5,090,000 |
| Public Improvement Ref. Bonds, Series 2002 A | 37,549,000 |
| Public Improvement Bonds of 2003, Series A | 4,893,675 |
| Public Improvement Ref. Bonds, Series 2003 A | 2,958,150 |
| Public Improvement Bonds of 2004, Series A | 24,603,000 |
| Public Improvement Bonds of 2005, Series A | 23,571,000 |
| Public Improvement Ref. Bonds, Series 2006 A | 7,425,000 |
| Public Improvement Bonds of 2006, Series A | 25,647,000 |
| Public Improvement Ref. Bonds, Series 2006 B | 13,219,000 |
| Public Improvement Bonds of 2006, Series B | 8,155,000 |
| Public Improvement Bonds of 2007, Series A | 37,477,000 |
| Public Improvement Ref. Bonds, Series 2007 A | 35,946,000 |
| Public Improvement Ref. Bonds, Series 2008 A | 40,653,000 |
| Public Improvement Ref. Bonds, Series 2008 C | 29,465,000 |
| Public Improvement Bonds of 2008, Series A | 13,393,000 |
| Public Improvement Ref. Bonds, Series 2009 A | 105,000 |
| Public Improvement Ref. Bonds, Series 2009 B | 48,575,000 |
| Public Improvement Ref. Bonds, Series 2011 A | 23,910,000 |
| Public Improvement Ref. Bonds, Series 2011 C | 12,895,000 |
| Public Improvement Bonds of 2011, Series A | 10,310,000 |
| Public Improvement Ref. Bonds, Series 2011 D | 3,435,000 |
| Public Improvement Ref. Bonds, Series 2011 E | 13,455,000 |
| Public Improvement Ref. Bonds, Series 2012 B | 10,195,000 |
| Public Improvement Ref. Bonds, Series 2012 A | 111,940,000 |
| General Obligation Bonds of 2014, Series A | 80,267,000 |

5

**Disclosure of the QTCB Noteholder Group**

*Canyon Capital Advisors LLC*
*2000 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067*

| **PBA Bonds:** | **Mar-03-2021** |
|---|---:|
| Government Facilities Revenue Bonds, Series I | $22,145,000 |
| Government Facilities Revenue Ref. Bonds, Series M | 765,895 |
| Government Facilities Revenue Bonds, Series R | 296,328,000 |
| Government Facilities Revenue Bonds, Series T | 71,446,000 |
| Government Facilities Revenue Ref. Bonds, Series U | 1,930,000 |

| **PRIFA:** | **Mar-03-2021** |
|---|---:|
| PRIFA Special Tax Revenue Bonds Series 2005A | $3,605,100 |
| PRIFA Special Tax Revenue Refunding Bonds Series 2005C | 8,634,070 |

| **PRCCDA:** | **Mar-03-2021** |
|---|---:|
| Puerto Rico CCDA Hotel Occupancy Tax Revenue Bonds, Series A | $37,750,000 |

| **HTA:** | **Mar-03-2021** |
|---|---:|
| Puerto Rico HTA Subordinated Transportation Revenue Bonds (Series 2003) | $637,425 |
| Puerto Rico HTA Transportation Revenue Bonds Series G | 245,000 |
| Puerto Rico HTA Transportation Revenue Bonds Series J | 74,925 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series I | 234,975 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series L | 75,000 |

6

**Disclosure of the QTCB Noteholder Group**

*Sculptor Capital Management*
*9 West 57th Street, 39th Floor, New York, NY 10019*

| **Commonwealth Bonds:** | **Mar-03-2021** |
|---|---:|
| Public Improvement Ref. Bonds, Series 1998 | $30,000 |
| Public Improvement Bonds of 1999 | 245,000 |
| Public Improvement Bonds of 2002, Series A | 8,400,000 |
| Public Improvement Ref. Bonds, Series 2002 A | 6,790,000 |
| Public Improvement Bonds of 2004, Series A | 5,745,000 |
| Public Improvement Bonds of 2005, Series A | 830,000 |
| Public Improvement Ref. Bonds, Series 2006 A | 80,000 |
| Public Improvement Bonds of 2006, Series A | 5,840,000 |
| Public Improvement Ref. Bonds, Series 2006 B | 4,525,000 |
| Public Improvement Bonds of 2006, Series B | 210,000 |
| Public Improvement Bonds of 2007, Series A | 10,619,000 |
| Public Improvement Ref. Bonds, Series 2007 A | 2,810,000 |
| Public Improvement Ref. Bonds, Series 2008 A | 5,860,000 |
| Public Improvement Ref. Bonds, Series 2008 C | 820,000 |
| Public Improvement Bonds of 2008, Series A | 8,750,000 |
| Public Improvement Ref. Bonds, Series 2009 B | 10,475,000 |
| Public Improvement Ref. Bonds, Series 2011 A | 9,220,000 |
| Public Improvement Bonds of 2011, Series A | – |
| Public Improvement Ref. Bonds, Series 2011 E | – |
| Public Improvement Ref. Bonds, Series 2012 B | 66,420,000 |
| Public Improvement Ref. Bonds, Series 2012 A | 10,506,000 |
| General Obligation Bonds of 2014, Series A | – |

| **PBA Bonds:** | **Mar-03-2021** |
|---|---:|
| Government Facilities Revenue Ref. Bonds, Series L | $1,555,000 |
| Government Facilities Revenue Ref. Bonds, Series C | 390,000 |
| Government Facilities Revenue Bonds, Series D | 240,000 |
| Government Facilities Revenue Ref. Bonds, Series F | 105,000 |
| Government Facilities Revenue Bonds, Series G | 345,000 |
| Government Facilities Revenue Bonds, Series I | 175,000 |
| Government Facilities Revenue Ref. Bonds, Series M | 7,750,000 |
| Government Facilities Revenue Bonds, Series N | 2,814,000 |
| Government Facilities Revenue Ref. Bonds, Series P | 22,360,000 |
| Government Facilities Revenue Ref. Bonds, Series Q | 250,000 |
| Government Facilities Revenue Bonds, Series R | 129,678,000 |
| Government Facilities Revenue Ref. Bonds, Series S | 11,335,000 |
| Government Facilities Revenue Bonds, Series T | 41,206,000 |
| Government Facilities Revenue Ref. Bonds, Series U | 68,323,000 |

7

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send automatic notifications of such filing to all attorneys of record.

**CORREA ACEVEDO & ABESADA
LAW OFFICES, P.S.C.**

*/s/ Roberto Abesada-Agüet*
Roberto Abesada-Agüet
USDC-PR No. 216706
Centro Internacional de Mercadeo II
#90 Carr. 165 Suite 407
Guaynabo, Puerto Rico 00968-8064
scriado@calopsc.com
(787) 273- 8300