**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
-------------------------------------------------------------------------  x
                                                                           :
In re:                                                                     :
                                                                           :
THE FINANCIAL OVERSIGHT AND                                                :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                          :   Title III
                                                                           :
        as representative of                                               :   Case No. 17-BK-3283 (LTS)
                                                                           :
THE COMMONWEALTH OF PUERTO RICO et al.,                                    :   (Jointly Administered)
                                                                           :
        Debtors.¹                                                          :
-------------------------------------------------------------------------  x
```

## ORDER GRANTING MOTION TO FILE UNDER SEAL

This matter is before the Court on the *Urgent Motion of the Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee, for Entry of an Order Authorizing the Filing of the Key to Pseudonymous Defendants Under Seal* (Dkt. No. 15945) (the "Urgent Motion"). Finding good cause for the requested relief, this Court ALLOWS the Urgent Motion as set forth herein. Accordingly:

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee, is authorized to file under seal an unredacted version of the Key to Pseudonymous Defendants.

2. The Clerk of Court will provide the Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee, and the Official Committee of Unsecured Creditors access to the sealed materials through their counsel of record.

3. The Court further ORDERS Debtors to provide an excel version of such pseudonym key to the Puerto Rico Clerk's Office.

This order resolves Dkt. No. 15945.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: March 8, 2021