Case:17-03283-LTS Doc#:15971-1 Filed:03/08/21 Entered:03/08/21 12:24:07 Desc:
Exhibit A- Revised Interim Fee Applications for Approval Page 1 of 2

EXHIBIT A REVISED

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Tenth Fee Period Applications for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Fourth Interim Fee Period (June 1 - September 30, 2018)* | | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | | |
| 1-a | **Ankura Consulting Group, LLC [Dkt. No. 4358]** | 6/01 - 9/30/2018 | $ 2,373,633.63 | | $ 65,000.00 | $ 199,003.27 | $ 2,765.87 | $ 2,308,633.63 | $ 196,237.40 |
| | *Financial Advisors to PREPA* | | | | | | | | |
| 1-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1048]** | 6/01 - 9/30/2018 | $ 2,779,593.00 | | $ - | $ 216,596.27 | $ - | $ 2,779,593.00 | $ 216,596.27 |
| | *Fifth Interim Fee Period (October 1, 2018 - January 31, 2019)* | | | | | | | | |
| | *Debtors' Advisor* | | | | | | | | |
| 2 | **Deloitte Financial Advisory Services LLP [Dkt. No. 10530]** | 10/01/2018 - 1/31/2019 | $ 2,040,973.20 | | $ 16,903.70 | $ 77,313.82 | $ 1,684.67 | $ 2,024,069.50 | $ 75,629.15 |
| | *Sixth Interim Fee Period (February 1 - May 31, 2019)* | | | | | | | | |
| | *Financial Advisor to AAFAF* | | | | | | | | |
| 3 | **DLA Piper [Dkt. No. 7973]** | 2/1 - 4/30/2019 | $ 351,699.80 | | $ 2,611.26 | $ 3,421.38 | $ - | $ 349,088.54 | $ 3,421.38 |
| | *Seventh Interim Fee Period (June 1 - September 30, 2019)* | | | | | | | | |
| | *Puerto Rico Counsel to FOMB* | | | | | | | | |
| 4 | **O'Neill & Borges LLC [Dkt. No. 13849]** | 6/1 - 9/30/2019 | $ 496,363.95 | FN 1 | $ 3,707.40 | $ 9,654.18 | $ - | $ 492,656.55 | $ 9,654.18 |
| | *Tenth Interim Fee Period (June 1, 2020 - September 30, 2020)* | | | | | | | | |
| | *Financial Advisor to FOMB - Commonwealth* | | | | | | | | |
| 5-a | **Alvarez & Marsal North America, LLC [Dkt. No. 15107]** | 6/1 - 9/30/2020 | $ 2,009,313.90 | | $ 11,222.02 | $ 9,798.96 | $ - | $ 1,998,091.88 | $ 9,798.96 |
| | *Financial Advisor to FOMB - ERS* | | | | | | | | |
| 5-b | **Alvarez & Marsal North America, LLC [Dkt. No. 15109 and 17-3566 Dkt. No. 1016]** | 6/1 - 9/30/2020 | $ 453,266.28 | | $ - | $ - | $ - | $ 453,266.28 | $ - |
| | *Financial Advisor to FOMB - HTA* | | | | | | | | |
| 5-c | **Alvarez & Marsal North America, LLC [Dkt. No. 15111 and 17-3567 Dkt. No. 941]** | 6/1 - 9/30/2020 | $ 126,167.67 | | $ - | $ - | $ - | $ 126,167.67 | $ - |
| | *Puerto Rico Counsel for the Official Committee of Retired Employees* | | | | | | | | |
| 6 | **Bennazar, Garcia & Milan, C.S.P. [Dkt. No. 15149]** | 6/1 - 9/30/2020 | $ 318,805.00 | | $ (375.00) | $ 2,178.48 | $ - | $ 319,180.00 | $ 2,178.48 |
| | *Economic Consultant to FOMB - Commonwealth* | | | | | | | | |
| 7-a | **Brattle Group, Inc., The [Dkt. No. 15384]** | 6/1 - 9/30/2020 | $ 88,344.74 | | $ - | $ - | $ - | $ 88,344.74 | $ - |
| | *Economic Consultant to FOMB - ERS* | | | | | | | | |
| 7-b | **Brattle Group, Inc., The [Dkt. No. 15347 and 17-3566 Dkt. No. 1042]** | 6/1 - 9/30/2020 | $ 1,230,080.04 | | $ 1,388.99 | $ - | $ - | $ 1,228,691.05 | $ - |
| | *Economic Consultant to FOMB - PREPA* | | | | | | | | |
| 7-c | **Brattle Group, Inc., The [Dkt. No. 15348 and 17-4780 Dkt. No. 2323]** | 6/1 - 9/30/2020 | $ 120,816.44 | | $ - | $ - | $ - | $ 120,816.44 | $ - |
| | *Puerto Rico Conflicts Counsel to the FOMB Special Claims Committee* | | | | | | | | |
| 8-a | **Cardona Fernandez, Esq., Ileana C. [Dkt. No. 15207]** | 6/1 - 9/30/2020 | $ 3,645.00 | | $ 427.50 | $ - | $ - | $ 3,217.50 | $ - |
| | *Puerto Rico Conflicts Counsel to the FOMB Special Claims Committee - PREPA* | | | | | | | | |
| 8-b | **Cardona Fernandez, Esq., Ileana C. [17-4780 Dkt. No. 2303]** | 6/1 - 9/30/2020 | $ 4,905.50 | | $ 0.50 | $ - | $ - | $ 4,905.00 | $ - |
| | *Puerto Rico Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 9 | **Casillas, Santiago & Torres, LLC [Dkt. No. 15155]** | 6/1 - 9/30/2020 | $ 281,132.50 | | $ - | $ 5,736.17 | $ - | $ 281,132.50 | $ 5,736.17 |
| | *Financial Advisor to FOMB through Special Claims Committee - Commonwealth* | | | | | | | | |
| 10-a | **DiCicco, Gulman & Company LLP [Dkt. No. 15483]** | 6/1 - 9/30/2020 | $ 760,162.50 | | $ 7,038.75 | $ - | $ - | $ 753,123.75 | $ - |
| | *Financial Advisor to FOMB through Special Claims Committee - HTA* | | | | | | | | |
| 10-b | **DiCicco, Gulman & Company LLP [17-3567 Dkt. No. 953]** | 6/1 - 9/30/2020 | $ 6,712.50 | | $ - | $ - | $ - | $ 6,712.50 | $ - |

Case:17-03283-LTS Doc#:15971-1 Filed:03/08/21 Entered:03/08/21 12:24:07 Desc:
Exhibit A- Revised Interim Fee Applications for Approval Page 2 of 2

EXHIBIT A REVISED

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Tenth Fee Period Applications for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|---|
| | *Financial Advisor to FOMB through Special Claims Committee - PREPA* | | | | | | | | | |
| 10-c | **DiCicco, Gulman & Company LLP [17-4780 Dkt. No. 2346]** | 6/1 - 9/30/2020 | $ 6,937.50 | | $ - | $ - | $ - | $ 6,937.50 | | $ - |
| | *Puerto Rico Counsel to Special Claims Committee* | | | | | | | | | |
| 11 | **Estrella, LLC [Dkt. No. 15473]** | 5/1 - 8/31/2020 | $ 256,883.91 | | $ 14,408.40 | $ 5,047.52 | $ - | $ 242,475.51 | | $ 5,047.52 |
| | *Energy Consultants for PREPA* | | | | | | | | | |
| 12 | **Filsinger Energy Partners [Dkt. No. 15106 and 17-4780 Dkt. No. 2292]** | 6/1 - 30/2020 and 8/17 - 9/30/2020 | $ 441,730.40 | | $ - | $ - | $ - | $ 441,730.40 | | $ - |
| | *Financial Advisor to the Official Committee of Retired Employees* | | | | | | | | | |
| 13 | **FTI Consulting, Inc. [Dkt. No. 15146]** | 6/1 - 9/30/2020 | $ 1,036,851.50 | | $ 30,000.00 | $ 30,031.22 | $ - | $ 1,006,851.50 | | $ 30,031.22 |
| | *Special Litigation Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | | |
| 14 | **Genovese Joblove & Battista, P.A. [Dkt. No. 15142]** | 2/1 - 8/31/2020 | $ 899,633.60 | | $ 12,417.80 | $ 56,687.18 | $ 2,015.60 | $ 887,215.80 | | $ 54,671.58 |
| | *Counsel to the Official Committee of Retired Employees* | | | | | | | | | |
| 15 | **Jenner & Block LLP [Dkt. No. 15152]** | 6/1 - 9/30/2020 | $ 1,294,238.13 | | $ 58,707.88 | $ 110,631.98 | $ - | $ 1,235,530.25 | | $ 110,631.98 |
| | *Communications Advisor to Official Committee of Unsecured Creditors* | | | | | | | | | |
| 16 | **Kroma Advertising, Inc. [Dkt. No. 15158]** | 5/16 - 9/15/2020 | $ 20,000.00 | | $ - | $ - | $ - | $ 20,000.00 | | $ - |
| | *Special Counsel to the FOMB* | | | | | | | | | |
| 17 | **Luskin, Stern & Eisler LLP [Dkt. No. 15147]** | 6/1 - 9/30/2020 | $ 35,231.00 | | $ - | $ 672.00 | $ - | $ 35,231.00 | | $ 672.00 |
| | *Information Agent to the Official Committee of Retired Employees* | | | | | | | | | |
| 18 | **Marchand ICS Group [Dkt. No. 15145]** | 6/1 - 9/30/2020 | $ 123,631.50 | | $ - | $ 11,902.01 | $ - | $ 123,631.50 | | $ 11,902.01 |
| | *Puerto Rico Consultant to FOMB for Commonwealth* | | | | | | | | | |
| 19-a | **McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 15459]** | 6/1 - 9/30/2020 | $ 4,728,300.00 | | $ - | $ - | $ - | $ 4,728,300.00 | | $ - |
| | *Puerto Rico Consultant to FOMB for HTA* | | | | | | | | | |
| 19-b | **McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 15460 and 17-3567 Dkt. No. 949]** | 6/1 - 9/30/2020 | $ 1,197,400.00 | | $ - | $ - | $ - | $ 1,197,400.00 | | $ - |
| | *Puerto Rico Consultant to FOMB for PREPA* | | | | | | | | | |
| 19-c | **McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 15461 and 17-4780 Dkt. No. 2338]** | 6/1 - 9/30/2020 | $ 2,074,926.00 | | $ - | $ - | $ - | $ 2,074,926.00 | | $ - |
| | *Special Debt Financing Counsel for PREPA* | | | | | | | | | |
| 20 | **Norton Rose Fulbright US LLP [Dkt. No. 15132 and 17-4780 Dkt. No. 2293]** | 6/1 - 9/30/2020 | $ 17,460.00 | | $ - | $ - | $ - | $ 17,460.00 | | $ - |
| | *Financial Advisor to the Mediation Team* | | | | | | | | | |
| 21 | **Phoenix Management Services, LLC [Dkt. No. 15139]** | 6/1 - 10/04/2020 | $ 49,579.40 | | $ - | $ - | $ - | $ 49,579.40 | | $ - |
| | *Actuaries and Consultants to the Official Committee of Retired Employees* | | | | | | | | | |
| 22 | **Segal Consulting [Dkt. No. 15144]** | 6/1 - 9/30/2020 | $ 124,430.00 | | $ 2,068.92 | $ - | $ - | $ 122,361.08 | | $ - |
| | *Macroeconomic Consultant to the FOMB* | | | | | | | | | |
| 23 | **Wolfe, Andrew [Dkt. No. 15776]** | 6/1 - 9/30/2020 | $ 55,950.00 | | $ - | $ 2,835.00 | $ - | $ 55,950.00 | | $ 2,835.00 |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | | |
| 24 | **Zolfo Cooper, LLC [Dkt. No. 15159]** | 6/1 - 9/30/2020 | $ 655,515.00 | | $ 12,966.89 | $ (623.74) | $ - | $ 642,548.11 | FN 2 | $ (623.74) |

FN1 - Adjustment to reflect reduction of Summer Associate Fees $2,632.00, adjustment to reflect fees actually billed ($48.60), proposed reductions $1,124.00 = $3,707.40.

FN2 - The Fee Examiner recommends that the foregoing stipulated fee reductions be included with the agreed overall 20 percent reduction in total fees sought by Zolfo Cooper, LLC as part of its final fee application, which fee application is subject to Court approval.