Case:17-03283-LTS   Doc#:15971-2   Filed:03/08/21   Entered:03/08/21 12:24:07   Desc:
Exhibit B- Final Fee Application for Approval   Page 1 of 1

EXHIBIT B

**FINAL Fee Application for Approval:**

| Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|
| *Counsel to AAFAF* | | | | | | | |
| **DLA Piper [Dkt. No. 7973]** | 6/1/2017 - 4/30/2019 | $ 3,144,379.59 | $ 14,828.08 | $ 40,693.07 | $  - | $ 3,129,551.51 | $ 40,693.07 |