## **EXHIBIT L**

BEST INTERESTS TEST REPORTS[1]

---

[1] The Best Interests Test Reports will be filed at a later date.