# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
```

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

```
-------------------------------------------------------------x
```

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Rachel O'Connor, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On March 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused a settlement offer and stipulation to be served via first class mail on the ADR Notice Parties Service List attached hereto as **Exhibit A**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: March 8, 2021

*/s/ Rachel O'Connor*
Rachel O'Connor

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 8, 2021, by Rachel O'Connor,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ Kelsey Lynne Gordon*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 51576

**Exhibit A**

Exhibit A
ADR Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2136559 | Carmen Socorro Torres | c/o Izquierdo San Miguel Law Office | 239 Arterial Hostos, Capital Center | Suite 1005 | San Juan | PR | 00918 |
| 1552417 | Domingo de Jesus Torres | JORGE IZQUIERDO SAN MIGUEL | 239 ARTERIAL HOSTOS, CAPITAL CENTER, TORRE SUR | PISO 10, OFICINA 1005 | SAN JUAN | PR | 00918 |
| 1503615 | Edwin Ariel Torres Martinez | C/O Guillermo Ramos Luiña, Esq | PO Box 22763, UPR Station | | San Juan | PR | 00931-2763 |
| 1471882 | Eileen Lopez | c/o Guillermo Ramos Luiña, Esq. | PO Box 22763, UPR Station | | San Juan | PR | 00931-2763 |
| 1472582 | Emmanuel A. Estrada Lopez | C/O Guillermo Ramos Luiña, Esq. | PO Box 22763, UPR Station | | San Juan | PR | 00931-2763 |
| 1530460 | Izquierdo San Miguel Law Offices | 239 Arterial Hostos | Capital Center, Suite 1005 | | San Juan | PR | 00918 |
| 1530460 | Izquierdo San Miguel Law Offices | 239 Arterial Hostos | Capital Center, Suite 1005 | | San Juan | PR | 00918 |
| 866096 | Jannefer Montalvo Delgado in representation of minor Sarah Ramos Montalvo | C/O IZQUIERDO-SAN MIGUEL LAW OFFICE | ATTN: JORGE M. IZQUIERDO-SAN-MIGUEL | 239 ARTERIAL HOSTOS AVENUE, SUITE 1005 | SAN JUAN | PR | 00918 |
| 2136550 | Janneffer Montalvo in representation of minor Naylef A. Perez Montalvo | c/o Izquierdo San Miguel Law | 239 Arterial Hostos Capital Center | Suite 1005 | San Juan | PR | 00918 |
| 2136554 | Jose Alberto Sánchez Torres | c/o Izquierdo San Miguel Law Offices | 239 Arterial Hostos, Capital Center | Suite 1005 | San Juan | PR | 00918 |
| 1471921 | Manuel Angel Estrada | c/o Guillermo Ramos Luiña | PO Box 22763, UPR Station | | San Juan | PR | 00931-2763 |
| 1554268 | Mercedes Rodriguez Rodriguez | c/o Juan Corchado Juarbe | Calle Esteban Padilla, 60 E | | Bayamon | PR | 00959 |
| 1554268 | Mercedes Rodriguez Rodriguez | Juan Corchado Juarbe | I-2 Ave Betances, Urb. Heramanas Davila | | Bayamon | PR | 00959 |
| 1500842 | Michelle Torres Lopez | C/O Guillermo Ramos Luiña | PO Box 22763, UPR Station | | San Juan | PR | 00931-2763 |
| 2136552 | Miguel Angel Sanchez Rivera | c/o Izquierdo San Miguel Law Offices | 239 Arterial Hostos, Capital Center | Suite 1005 | San Juan | PR | 00918 |
| 1502631 | Mirna Iris Lopez Garcia | C/O GUILLERMO RAMOS LUINA, ESQ. | P.O. BOX 22763 | UPR STATION | SAN JUAN | PR | 00931-2763 |
| 1471964 | S.A.E.L. A Minor Child, Manuel Angel Estrada and Eileen Lopez | C/O Guillermo Ramos Luiña, Esq. | PO Box 22763, UPR Station | | San Juan | PR | 00931-2763 |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)