

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

03 de marzo de 2021

**Agencia: 311 - MUNICIPIO BAYAMON**

ABILDA RODRIGUEZ
URB SIERRA BAYAMON
39A -2 CALLE B
BAYAMON, PR 00961

Seguro Social: XXX-XX-2332

A base de la información en nuestros registros, al 03 de marzo de 2021 usted posee:

**Fecha de Nacimiento:** 23 de julio de 1953     **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 30 de agosto de 1996
**Fecha de Comienzo de Cotización:** 30 de agosto de 1996

### Ley Anterior al 30 de junio de 2013

| | |
|---|---|
| Años Acreditados: | 16.00 |
| Aportaciones: | $16,909.16 |
| Intereses: | $3,559.60 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $20,468.76 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

### Ley 3 al 30 de junio de 2017

| | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $6,647.40 |
| Intereses: | $532.36 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $7,179.76 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov