Albida Rodriguez Perez
Urb. Sierra Bayamon
39A-2 Calle B, Bayamón
P.R. 00961

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 MAR -5 PM 5:21

Secretaria Tribunal de Distrito de Estados Unidos
Ave. Carlos Chardon Room 150 Federal Building
San Juan, P.R. 00918-1767

7019 1640 0001 6085 5751

CERTIFIED MAIL

U.S. POSTAGE
FCM LETTER
BAYAMON, PR
00959
MAR 04, 21
AMOUNT
$7.00
R2305K142216