IN THE UNITED STATES DISTRIC COURT

FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

21 MAR -9 AM 9:34

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | PROMESA TITLE III |
| As representative of | Num. 17BK3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, ET AL | |
| Debtors | |

Enrique Vázquez Quintana, MD
Plaintiff Pro Se

Case # 3:19-cv-1491-JAG
No. 20-1859 Boston Appeals Court
No. 20-1914 Boston Appeals Court
No. 20-1752 Mandamus

## MOTION TO EXTEND THE LIFTING OF STAY UNTIL THE CASE ENDS IN THE APPEALS COURT OR THE SUPREME COURT OF THE UNITED STATES OF AMERICA

Now comes Dr. Enrique Vázquez Quintana, Pro Se and respectfully request the extension of the lift of stay in the above cases until they are completely solved in the United States courts.

On September 10, 2019 a stipulation was reached between the government of Puerto Rico represented by the Secretary of Justice, Hon. Dennise Longo-Quiñones, the Hon. Susana Peñagaricano, Director of the Federal Litigation and Bankruptcy Division of the Commonwealth of Puerto Rico and myself, following the approval of the lifting of the stay by the Hon. Judge Laura Taylor Swain.

Following that stipulation the case continued in the District Court of San Juan, Puerto Rico. The case was stalled, going nowhere, so I placed a Mandamus to the Boston Appeals Court asking for the recusal of the Hon. Judge Jay García Gregory and the assignment of a judge from the United States. The local federal judges know the judges of the local system. One week later the Hon. Judge García Gregory during an episode of rage placed five motions in my docket, all of them against me,

dismissing the case with prejudice in favor of the seven judges of the local judiciary system. It is evident that the Hon. Judge Jay García Gregory is prejudiced against me.

The judges of the three local courts sentenced that I caused a dementia to one of my patients after an operation of the thyroid and parathyroid glands who developed low calcium (hypocalcemia). The Supreme Court by a 5 to 4 vote emitted a Sentence, not an Opinion. They wanted to punish me because I dare to suit and win a case against a lawyer who presented a frivolous lawsuit against me. The Sentence is an aberrant decision, it is against all scientific knowledge, similar to prevarication, a sentence that cannot be corroborated by any other means. This case has no scientific or judicial precedent, it neither creates jurisprudence, so it is a fiction or fantasy.

The seven local judges violated my civil and human rights. I am already 83 years old with multiple diseases, some of them resulting from Agent Orange exposure while in Vietnam. On March 2, 2018 I had coronary by-pass surgery. My case have to be decided and the injustice corrected before I die. The case is taking too long. The last obstacle is the Appeals Court of Boston bringing up the issue of the stay under PROMESA. I am not a lawyer but PROMESA is a law enacted by the US Congress to help Puerto Rico to recover from its economic crisis. You are in charge of the administration of the PROMESA Act in Puerto Rico. It is my opinion that the Appeals Court of Boston nor any other court can overcome a law of Congress. The Appeals Court is delaying the case to favor the local judges and the Hon. Judge Jay García Gregory who favored a wrong Sentence emitted by the Supreme Court of Puerto Rico. In fact, those seven judges confabulated to punish me for having won a frivolous against me, this can be interpreted as a transgression of the law.

How hard is to correct an injustice in our judicial system, both in Puerto Rico as well as in the United States, the biggest democracy in the world.

I beg you to reevaluate this petition and extend the lifting of stay so that the case can be finished as soon as possible.

Respectfully,

Enrique Vázquez-Quintana, MD
Pro Se

Copy to be sent to Mr. Carlos Lugo Fiol, Esq.