

Enrique Vazquez Quintana, M.D.
Urb El Remanso
F15 Calle Corriente
San Juan, PR 00926-6108

HON. LAURA TAYLOR SWAIN
US DISTRICT COURT
CLERK'S OFFICE
150 CARLOS CHARDON AVE.
SAN JUAN, PR 00918-1767

RECEIVED & FILED
2021 MAR -9 AM 9:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

ENRIQUE VAZQUEZ QUINTANA, MD
URB. EL REMANDO
F-15 CORRIENTE ST
SAN JUAN, PR 00926-6108

HON. JUDGE LAURA TAYLOR SWAIN
US DISTRICT COURT
CLERK'S OFFICE
150 CARLOS CHARDON AVE
SAN JUAN, PR 00918-1767



RECEIVED & FILED
2021 MAR -9 AM 9:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



**Enrique Vazquez Quintana, M.D.**
Urb El Remanso
F15 Calle Corriente
San Juan, PR 00926-6108

HON. JUDGE LAURA TAYLOR SWAIN
US DISTSRICT COURT
CLERK'S OFFICE
150 CARLOS CHARDON AVE
SAN JUAN, PR 00918-1767

RECEIVED & FILED
2021 MAR -9 AM 9:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR