**Exhibit A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| | ) | |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO | ) | Case No. 17-BK-03283 (LTS) |
| | ) | |
| as representative of | ) | |
| | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, ET | ) | |
| AL., | ) | |
| | ) | |
| Debtors.[6] | ) | |
| | ) | |
| In re: | ) | PROMESA |
| | ) | Title III |
| | ) | |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO | ) | Case No. 17-BK-03566 (LTS) |
| | ) | |
| as representative of | ) | |
| | ) | |

---

[6] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>      Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>      - and -<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>      Movants,<br><br>      v.<br><br>ANDALUSIAN GLOBAL DESIGNATED ACTIVITY COMPANY, CROWN MANAGED ACCOUNTS FOR AND ON BEHALF OF CROWN/PW SP, GLENDON OPPORTUNITIES FUND, L.P., LMA SPC FOR AND ON BEHALF OF MAP 98 SEGREGATED PORTFOLIO, MASON CAPITAL MASTER FUND L.P., OAKTREE-FORREST MULTI-STRATEGY, LLC (SERIES B), OAKTREE OPPORTUNITIES FUND IX, L.P., OAKTREE OPPORTUNITIES FUND IX (PARALLEL), L.P., OAKTREE OPPORTUNITIES FUND IX (PARALLEL 2), L.P., OAKTREE HUNTINGTON INVESTMENT FUND II, L.P., OAKTREE OPPORTUNITIES FUND X, L.P., OAKTREE OPPORTUNITIES FUND X (PARALLEL), L.P., OAKTREE OPPORTUNITIES FUND X (PARALLEL 2), L.P., OAKTREE VALUE | PROMESA<br>Title III<br><br>Case No. 17-bk-3566 (LTS)<br><br><br>Case No. 17-bk-3283 (LTS) |

11

OPPORTUNITIES FUND HOLDINGS, L.P.,
OCEANA MASTER FUND LTD., OCHER ROSE,
L.L.C., PENTWATER MERGER ARBITRAGE
MASTER FUND LTD., PWCM MASTER FUND
LTD., REDWOOD MASTER FUND, LTD., AND SV
CREDIT, L.P.,

        - and -

PUERTO RICO AAA PORTFOLIO BOND FUND,
INC., PUERTO RICO AAA PORTFOLIO BOND
FUND II, INC., PUERTO RICO AAA PORTFOLIO
TARGET MATURITY FUND, INC., PUERTO RICO
FIXED INCOME FUND, INC., PUERTO RICO
FIXED INCOME FUND II, INC., PUERTO RICO
FIXED INCOME FUND III, INC., PUERTO RICO
FIXED INCOME FUND IV, INC., PUERTO RICO
FIXED INCOME FUND V, INC., PUERTO RICO
GNMA & U.S. GOVERNMENT TARGET
MATURITY FUND, INC., PUERTO RICO
INVESTORS BOND FUND I, PUERTO RICO
INVESTORS TAX-FREE FUND, INC., PUERTO
RICO INVESTORS TAX-FREE FUND, INC. II,
PUERTO RICO INVESTORS TAX-FREE FUND III,
INC., PUERTO RICO INVESTORS TAX-FREE
FUND IV, INC., PUERTO RICO INVESTORS TAX-
FREE FUND V, INC., PUERTO RICO INVESTORS
TAX-FREE FUND VI, INC., PUERTO RICO
MORTGAGE-BACKED & U.S. GOVERNMENT
SECURITIES FUND, INC., TAX-FREE PUERTO
RICO FUND, INC., TAX- FREE PUERTO RICO
FUND II, INC., AND TAX-FREE PUERTO RICO
TARGET MATURITY FUND, INC.,

        - and -

THE BANK OF NEW YORK MELLON, AS FISCAL
AGENT,

        Respondents.

12

| | |
|---|---|
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | Adv. Proc. No. 19-00356 (LTS) |
| and | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | |
| as co-trustees of | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | |
| Plaintiff, | |
| v. | |
| DEFENDANT 1M, ET AL., | |
| Defendants. | |

| | |
|---|---|
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | Adv. Proc. No. 19-00357 (LTS) |
| and | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | |
| as co-trustees of | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | |
| Plaintiff, | |
| v. | |
| STOEVER GLASS & CO., ET AL., | |
| Defendants. | |

13

| | |
|---|---|
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | Adv. Proc. No. 19-00359 (LTS) |
| and | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | |
| as co-trustees of | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | |
| Plaintiff, | |
| v. | |
| DEFENDANT 1H-78H, | |
| Defendants. | |

| | |
|---|---|
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, | Adv. Proc. No. 19-00361 (LTS) |
| and | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA), | |
| as co-trustees of | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | |
| Plaintiff, | |
| v. | |

14

| | |
|---|---|
| DEFENDANT 1G-50G, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| THE FINANCIAL OVERSIGHT AND ) | Adv. Proc. No. 19-00366 (LTS) |
| MANAGEMENT BOARD FOR PUERTO RICO, ) | |
| ) | |
| as representative of ) | |
| ) | |
| ) | |
| EMPLOYEES RETIREMENT SYSTEM OF THE ) | |
| GOVERNMENT OF THE COMMONWEALTH OF ) | |
| PUERTO RICO, ) | |
| ) | |
| and ) | |
| ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED ) | |
| CREDITORS OF ALL TITLE III DEBTORS (OTHER ) | |
| THAN COFINA), ) | |
| ) | |
| as section 926 trustee of ) | |
| ) | |
| THE COMMONWEALTH OF PUERTO RICO ) | |
| ) | |
| Plaintiffs,[7] ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| ANDALUSIAN GLOBAL DESIGNATED ACTIVITY ) | |
| COMPANY; THE BANK OF NEW YORK MELLON; ) | |
| MASON CAPITAL MASTER FUND LP; OCHER ) | |
| ROSE, L.L.C.; SV CREDIT, L.P.; CROWN ) | |
| MANAGED ACCOUNTS FOR AND ON BEHALF ) | |
| OF CROWN/PW SP; LMA SPC FOR AND ON ) | |
| BEHALF OF MAP 98 SEGREGATED PORTFOLIO; ) | |
| OCEANA MASTER FUND LTD.; PENTWATER ) | |
| MERGER ARBITRAGE MASTER FUND LTD.; ) | |
| AND PWCM MASTER FUND LTD, ) | |
| ) | |
| ) | |
| ) | |
| ) | |

---

[7] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

| | |
|---|---|
| Defendants.          ) | Adv. Proc. No. 19-00367 (LTS) |

)
)
)

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

    and

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF ALL TITLE III DEBTORS (OTHER
THAN COFINA),

    as section 926 trustee of

THE COMMONWEALTH OF PUERTO RICO

       Plaintiffs,[8]

v.

GLENDON OPPORTUNITIES FUND, L.P.;
OAKTREE-FORREST MULTI-STRATEGY, LLC
(SERIES B); OAKTREE OPPORTUNITIES FUND
IX, L.P.; OAKTREE OPPORTUNITIES FUND IX
(PARALLEL 2), L.P.; OAKTREE VALUE
OPPORTUNITIES FUND, L.P.; PUERTO RICO AAA
PORTFOLIO BOND FUND, INC.; PUERTO RICO
AAA PORTFOLIO BOND FUND II, INC.; PUERTO
RICO AAA PORTFOLIO TARGET MATURITY
FUND, INC.; PUERTO RICO FIXED INCOME
FUND, INC.; PUERTO RICO FIXED INCOME
FUND II, INC.; PUERTO RICO FIXED INCOME
FUND III, INC.; PUERTO RICO FIXED INCOME
FUND IV, INC.; PUERTO RICO FIXED INCOME
FUND V, INC.; PUERTO RICO GNMA & U.S.

---

[8] The Official Committee of Unsecured Creditors serves as section 926 trustee and co-plaintiff in the prosecution of this adversary proceeding pursuant to Docket No. 6990, which is incorporated herein by reference.

```
GOVERNMENT TARGET MATURITY FUND,        )
INC.; PUERTO RICO INVESTORS BOND FUND I; )
PUERTO RICO INVESTORS TAX-FREE FUND,     )
INC.; PUERTO RICO INVESTORS TAX-FREE     )
FUND II, INC.; PUERTO RICO INVESTORS TAX- )
FREE FUND III, INC.; PUERTO RICO INVESTORS )
TAX-FREE FUND IV, INC.; PUERTO RICO       )
INVESTORS TAX-FREE FUND V, INC.; PUERTO  )
RICO INVESTORS TAX-FREE FUND VI, INC.;   )
PUERTO RICO MORTGAGE-BACKED & U.S.       )
GOVERNMENT SECURITIES FUND, INC.; TAX-   )
FREE PUERTO RICO FUND, INC.; TAX-FREE     )
PUERTO RICO FUND II, INC.; TAX-FREE PUERTO)
RICO TARGET MATURITY FUND, INC.; UBS IRA )
SELECT GROWTH & INCOME PUERTO RICO       )
FUND,                                     )
                                          )
                  Defendants.             )
                                          )
                                          )
```

**[PROPOSED] ORDER GRANTING URGENT JOINT MOTION CONTINUING ORAL ARGUMENT CONCERNING PENDING MOTIONS IN CERTAIN CONTESTED MATTERS AND ADVERSARY PROCEEDINGS RELATED TO THE BONDS ISSUED BY THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE <u>COMMONWEALTH OF PUERTO RICO</u>**

Upon consideration of the *Urgent Joint Motion to Continue Oral Argument Concerning Pending Motions in Certain Contested Matters and Adversary Proceedings Related to the Bonds Issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico* (the "<u>Motion</u>"); it appearing that (i) the Court has jurisdiction over this Motion pursuant to 28 § 1331 and 48 U.S.C. § 2166(a); (ii) that venue of this proceeding and the Motion is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); (iii) that notice of the Motion was adequate and proper under the circumstances and that no further or other notice need be given; (iv) based on the statements and arguments made in the Motion, the relief requested in the Motion is in the best interest of the Commonwealth and its creditors; and (v) the Court having determined that the

17

legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it

is hereby ORDERED THAT:

    1.      The Motion is GRANTED as set forth herein.

    2.      The Court continues oral argument for the Summary Judgment Motions[9] until

[_____], 2021, commencing at [_____] a.m. Atlantic Standard Time.

    3.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

    4.      This Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

Dated: _____ 2021.

                                       SO ORDERED:

                                      _____

                                      HONORABLE LAURA TAYLOR SWAIN
                                      UNITED STATES DISTRICT JUDGE

---

[9] Terms not otherwise defined herein have the meaning ascribed to them in the Motion.