## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>**RE: ECF No. 12519**<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL
### OF MOTION OF THE COMMONWEALTH OF
### PUERTO RICO PURSUANT TO BANKRUPTCY RULE 9019
### FOR AN ORDER APPROVING STIPULATION AND AGREED
### ORDER (A) ALLOWING PRIFA BANS GUARANTEE CLAIM,
### (B) AUTHORIZING ESCROW OF PRIFA FUNDS AND (C) DIRECTING
### THE DISMISSAL OF LITIGATION WITH PREJUDICE [ECF NO. 12519]

To The Honorable United States District Court Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight,*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submits this notice of withdrawal of the *Motion of the Commonwealth of Puerto Rico Pursuant to Bankruptcy Rule 9019 for an Order Approving Stipulation and Agreed Order (A) Allowing PRIFA BANs Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing the Dismissal of Litigation with Prejudice* [ECF No. 12519] (the "Motion").[3]

1. On March 10, 2020, the Oversight Board, the Commonwealth, PRIFA, by and through AAFAF, and Puerto Rico Ban (VL) LLC, Puerto Rico Ban (CI) LLC, Puerto Rico Ban (CIII) LLC, Puerto Rico Ban (CE) LLC, Puerto Rico Ban (IV) LLC, and Puerto Rico Ban (V) LLC entered into a stipulation (the "Initial Stipulation") [ECF No. 12519, Exhibit A] providing for, among other things, the resolution of the Takings Litigation, and the Title III BANs Litigation and the allowance of the Trustee PRIFA/CW Claim.

2. On March 24, 2021, the Commonwealth filed the Motion, seeking approval of the Initial Stipulation. By agreement, consideration of the Motion has been adjourned from time to time, and is currently *sine die*.

3. In January 2021, Puerto Rico Ban (VL) LLC, Puerto Rico Ban (CI) LLC, Puerto Rico Ban (CIII) LLC, Puerto Rico Ban (CE) LLC, Puerto Rico Ban (IV) LLC, and Puerto Rico Ban (V) LLC sold their holdings in PRIFA BANs to certain funds managed by Silver Point Capital, L.P., ("Silver Point"), and, in connection therewith, Silver Point was appointed Owner Representative pursuant to that certain *Noteholder Agreement*, dated March 1, 2015, between PRIFA and RBC Municipal Products, LLC.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.

[3] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

4. On February 22, 2021, the Oversight Board, the Commonwealth, PRIFA, by and through AAFAF, Silver Point, and MacKay Shields LLC, solely in its capacity as investment manager on behalf of one or more of its clients and accounts, and not in its individual capacity, entered into that certain *Amended and Restate Stipulation (A) Allowing PRIFA BANs Guarantee Claim, (B) Authorizing Escrow of PRIFA Funds and (C) Directing the Dismissal of Litigation with Prejudice* (the "Amended Stipulation"). The Amended Stipulation was made publicly available on EMMA. *See* https://emma.msrb.org/P11474580-P11142944-P11556489.pdf.

5. Pursuant to the Amended Stipulation, the Oversight Board agreed to, among other things, withdraw consideration of the Motion, without prejudice.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE the Commonwealth respectfully requests the withdrawal of consideration of the Motion, without prejudice.

Dated: March 9, 2020
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brian S. Rosen*

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Commonwealth*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Commonwealth*