## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

          Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Asir U. Ashraf, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On March 4, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Third ACR Notice Parties attached hereto as **Exhibit A**:

- Third Notice of Transfer of Claims to Administrative Claims Reconciliation
  [Docket No. 14785]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

On March 4, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Fifth ACR Notice Parties attached hereto as **Exhibit B**:

- Fifth Notice of Transfer of Claims to Administrative Claims Reconciliation [Docket No. 15086]

On March 4, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit C**, to be served via first class mail on the CW Public Employee Notice Parties Service List attached hereto as **Exhibit D**.

On March 4, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit E**, to be served via first class mail on the ERS Public Employee Notice Parties Service List attached hereto as **Exhibit F**.

On March 4, 2021, at my direction and under my supervision, employees of Prime Clerk caused a customized request for additional claim information, in the form of letters attached hereto as **Exhibit G** to be served via first class mail on Magdalena Rabionet Vazquez [MMLID 289432], at an address that has been redacted in the interest of privacy.

On March 4, 2021, at my direction and under my supervision, employees of Prime Clerk caused a customized request for additional claim information, in the form of letters attached hereto as **Exhibit H** to be served via first class mail on the ERS Notice Parties Service List attached hereto as **Exhibit I**.

Dated: March 9, 2021

*/s/ Asir U. Ashraf*
Asir U. Ashraf

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 9, 2021, by Asir U. Ashraf, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 51571

**<u>Exhibit A</u>**

Exhibit A

Third ACR Notice Parties

Served via First class mail

**<u>Exhibit B</u>**

Exhibit B

Fifth ACR Notice Parties

Served via First class mail

## Exhibit C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)[1] |

## ADMINISTRATIVE CLAIMS RECONCILIATION NOTICE

Service Date: **March 4, 2021**
Designated Claimant(s):
Address:


Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
Claim Type:

---

This Notice <u>only</u> applies to the Designated Claim Number(s) listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

If you have any questions, please contact <u>Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

By this Administrative Reconciliation Notice, **the Commonwealth of Puerto Rico** hereby submits the above- identified claim(s) (the "<u>ACR Designated Claim(s)</u>") in **the Commonwealth of Puerto Rico** Title III case to resolution through administrative claims reconciliation, pursuant to the procedures (the "<u>Administrative Reconciliation Procedures</u>") established by the ***Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on March 12, 2020 [ECF No. 12274-2]. Prime Clerk is hereby authorized and directed to designate the ACR Designated Claim(s) as "Subject to Administrative Reconciliation" on the Claims Registry in these Title III cases. A copy of the Administrative Reconciliation Procedures is enclosed for your reference.

The purpose of the Administrative Reconciliation Procedures is to allow the Commonwealth to evaluate and resolve your claim using its existing administrative processes. Only certain types of claims are eligible to participate in the Administrative Reconciliation Procedure: Claims for pension or retiree benefits ("<u>Pension/Retiree Claims</u>"), Claims for tax refunds ("<u>Tax Refund Claims</u>"), Claims for salaries and benefits owed to public employees ("<u>Public Employee Claims</u>"), and union grievances ("<u>Grievance Claims</u>"). For information regarding the administrative processes applicable to your claim, please see the attached "Overview of Administrative Claims Reconciliation Procedures."

To ensure claims are resolved and paid in a timely fashion, the ACR Designated Claims will be monitored by the Title III court, and **the Commonwealth of Puerto Rico** will be required to inform the Title III court of the status of each ACR Designated claim submitted to the Administrative Reconciliation Procedures **every 60 days**.

You do not need to do anything further at this time. Within 60 days, a representative from the following agency will contact you and initiate the Administrative Reconciliation Procedure for your ACR Designated Claim:

If you do not hear from a Commonwealth agency representative within **SIXTY DAYS OF THE "SERVICE DATE" REFLECTED ON THE TOP OF THIS NOTICE, YOU MUST CONTACT PRIME CLERK.**

## __Overview of Administrative Claims Reconciliation Procedures__

You are receiving this notice because the Debtors have determined that your claim(s) should be resolved using the Commonwealth's existing administrative processes. Your claim will be resolved using one of the procedures identified below. Please check the Administrative Claims Reconciliation Notice that accompanies this Overview to determine which procedures will process your claim. This Overview provides you basic information regarding the next steps in resolving your claim and the administrative procedures that will consider your claim. **You should read this Overview carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

Within sixty (60) days of receipt of this notice, a representative from the Commonwealth agency responsible for processing your claim will reach out to you to notify you that the agency has initiated processing of your claim. IF YOU DO NOT HEAR FROM ANY COMMONWEALTH AGENCY WITHIN SIXTY (60) DAYS, PLEASE CONTACT PRIME CLERK IMMEDIATELY.

Once ERS, Hacienda, or the applicable Commonwealth agency have reached an initial determination (the "Initial Determination") as to the amount, if any, of your claim, it will send you a letter notifying you of its decision.

If you do not agree with the Initial Determination, you have the right to an appeal. The timing and procedures for that appeal vary depending on the type of claim you have:

- **Pension/Retiree Claims**: If you disagree with ERS's Initial Determination, you will then have thirty (30) days from the date of the letter to request reconsideration. If you seek reconsideration, a hearing examiner will hold a hearing to consider your claim. You will receive a decision from ERS within forty-five (45) days of your hearing. If ERS denies reconsideration of your claim, you must file an appeal with the Retirement Board within thirty (30) days of the date of the decision denying reconsideration. If your appeal is denied, you must file an appeal with the Puerto Rico Court of Appeals within thirty (30) days of the date of the Retirement Board's determination.

- **Tax Refund Claims**: If you disagree with Hacienda's Initial Determination, you may file a lawsuit in the Court of First Instance within thirty (30) days of the date the letter was mailed.

- **Public Employee Claims**: The Commonwealth has many administrative processes, administered by many different entities, for employees to pursue employment related claims. If you disagree with the applicable agency's Initial Determination, you have the right to an appeal, including the right to appeal that Initial Determination to the Puerto Rico Court of Appeals. You should discuss with your attorney the time frame within which you must file your appeal. If you do not have an attorney, you may wish to consult one.

- **Grievance Claims**: If you have a Grievance Claim, your claim will be processed in accordance with the terms of your collective bargaining agreement. You should consult

3

your collective bargaining agreement to find more information regarding the steps that will be taken to resolve your claim, the timing for resolving your claim, and any appeal rights you may have.

If at any point you receive an Initial Determination, but you do not file an appeal within the applicable time lines above, your claim will be designated as "resolved," and you will be paid the amount, if any, determined by the administrative procedures.

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso: | PROMESA<br>Título III |
| LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | No. 17 BK 3283-LTS |
| como representante del | (Administrados en forma conjunta) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*, | |
| Deudores.[1] | |

## AVISO DE RECONCILIACIÓN ADMINISTRATIVA DE RECLAMACIONES

Fecha de Notificación: **4 de marzo de 2021**

Reclamante(s) designados:

Dirección:


Número(s) de reclamaciones designadas:

Cantidad(es) indicada(s) en la(s) prueba(s) de reclamación:

Tipo de Reclamación:

> Este aviso <u>solo</u> aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene abogado, puede consultar con uno.

---

[1]     Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos de su número de identificación de contribuyente federal , según corresponda, son (i) el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (caso de Quiebras núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (caso de Quiebras núm. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (caso de Quiebras núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (caso de Quiebras núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (caso de Quiebras núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3747); y (vi) la Autoridad de Edificios Públicos ("PBA") (caso de Quiebras 19 BK 5523-LTS) (los casos al amparo del Título III figuran con números de caso de la Corte de Quiebras debido a limitaciones del *software*).

> Si tiene alguna pregunta, comuníquese con Prime Clerk LLC al (844) 822-9231 (llamada gratis para EE.UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (español disponible).

Con este Aviso de Reconciliación Administrativa, **El Estado Libre Asociado de Puerto Rico** presenta las reclamaciones anteriormente identificadas (las "Reclamacion(es) de Reconciliación Administrativa Designada(s)") en el caso de Título III **del Estado Libre Asociado de Puerto Rico** para su resolución mediante la reconciliación de reclamaciones administrativas, conforme los procedimientos ("Procedimientos de Reconciliación Administrativa") establecidos por la **Orden** emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal del Título III") el 12 de marzo de 2020 [ECF No. 12274-2]. Dicha orden: **(A) Autoriza la Reconciliación Administrativa de Reclamaciones, (B) Aprueba una Forma Adicional de Notificación, y (C) Otorga el Remedio Apropiado**. Por este medio se autoriza y ordena a Prime Clerk a que indique en el Registro de Reclamaciones de estos casos de Título III que (las) Reclamación(es) de Reconciliación Administrativa Designada(s) están "Sujetas a la Reconciliación Administrativa". Se adjunta una copia de los Procedimientos de Reconciliación Administrativa para su referencia.

El propósito de los Procedimientos de Reconciliación Administrativa es permitir que el Estado Libre Asociado evalúe y resuelva la reclamación presentada por usted utilizando sus procesos administrativos existentes. Solo ciertos tipos de reclamaciones son elegibles para participar en el Procedimiento de Reconciliación Administrativa: las reclamaciones por beneficios de jubilación o pensión ("Reclamaciones de jubilación/pensión"), las reclamaciones por reembolso de contribuciones ("Reclamaciones de reembolso de contribuciones"), las reclamaciones por salarios y beneficios adeudados a empleados públicos ("Reclamaciones de empleados públicos") y las querellas sindicales ("Reclamaciones de quejas/agravios"). Para obtener información sobre los procesos administrativos aplicables a su reclamación, consulte la "Descripción General de los Procedimientos de Reconciliación Administrativa de Reclamaciones."

Para garantizar que las reclamaciones se resuelvan y se paguen de manera oportuna, las Reclamaciones Administrativas de Reclamaciones serán monitoreadas por el tribunal del Título III y **El Estado Libre Asociado de Puerto Rico** deberá informarle al tribunal del Título III **cada 60 días** sobre el estado de toda reclamación sometida a los Procedimientos de Reconciliación Administrativa.

No necesita hacer nada más en este momento. Dentro de los próximos 60 días, un representante de la siguiente agencia se comunicará con usted e iniciará el Procedimiento de Reconciliación Administrativa para la Reconciliación de su Reclamación Administrativa:

Si no recibe comunicación de un representante de la agencia dentro de los **SESENTA DÍAS SIGUIENTES A LA "FECHA DE NOTIFICACIÓN" QUE APARECE EN LA PARTE SUPERIOR DE ESTE AVISO, COMUNÍQUESE CON PRIME CLERK.**

## <u>Descripción General de los Procedimientos de Reconciliación Administrativa de Reclamaciones</u>

Usted está recibiendo este aviso porque los Deudores han determinado que su(s) reclamación(es) debe(n) resolverse utilizando los procedimientos administrativos existentes del Estado Libre Asociado. Su reclamación se resolverá utilizando uno de los procedimientos identificados a continuación. Por favor consulte el Aviso de Reconciliación Administrativa de Reclamaciones que acompaña esta Descripción General para determinar cuáles procedimientos se seguirán para procesar su reclamación. Esta Descripción General le brinda información básica sobre los próximos pasos para resolver su reclamación y los procedimientos administrativos que se utilizarán para considerar su reclamación. **Lea esta Descripción General detenidamente y discútala con su abogado. Si no tiene abogado, puede consultar con uno.**

Dentro de los sesenta (60) días siguientes al recibo de este aviso, un representante de la agencia del Estado Libre Asociado responsable de procesar su reclamación se comunicará con usted para notificarle que dicha agencia ha iniciado el procesamiento de su reclamación. SI NO RECIBE COMUNICACIÓN DE NINGUNA AGENCIA DEL ESTADO LIBRE ASOCIADO DENTRO DE SESENTA (60) DÍAS, POR FAVOR COMUNÍQUESE CON PRIME CLERK INMEDIATAMENTE.

Una vez la ASR, Hacienda o la agencia correspondiente del Estado Libre Asociado haya llegado a una determinación inicial (la "<u>Determinación Inicial</u>") en cuanto al monto, si alguno, de su reclamación, le enviará una carta notificándole su decisión.

Si no está de acuerdo con la Determinación Inicial, tiene derecho a una apelación. Los plazos de tiempo y los procedimientos aplicables a dicha apelación varían de acuerdo al tipo de reclamación que usted presente:

- **Reclamaciones de pensión/jubilación**: Si no está de acuerdo con la Determinación Inicial de la ASR, tendrá treinta (30) días a partir de la fecha de la carta para solicitar la reconsideración. Si pide reconsideración, un oficial examinador celebrará una vista para considerar su reclamación. Recibirá la decisión de la ASR dentro de los cuarenta y cinco (45) días siguientes a la celebración de la vista. Si la ASR deniega la reconsideración de su reclamación, deberá presentar una apelación ante la Junta de Retiro dentro de treinta (30) días a partir de la fecha de la denegación de la reconsideración. Si su apelación es rechazada, deberá presentar una apelación ante el Tribunal de Apelaciones de Puerto Rico dentro de treinta (30) días a partir de la fecha de la determinación de la Junta de Retiro.

- **Reclamaciones de reembolso de contribuciones**: Si no está de acuerdo con la Determinación Inicial de Hacienda, puede radicar una demanda en el Tribunal de Primera Instancia dentro de los treinta (30) días siguientes a la fecha de envío de la carta de Hacienda.

7

- **<u>Reclamaciones de empleados públicos</u>**: El Estado Libre Asociado tiene muchos procesos administrativos, administrados por muchas entidades diferentes, para que los empleados tramiten reclamaciones relacionadas con el empleo. Si no está de acuerdo con la Determinación Inicial de la agencia correspondiente, tiene derecho a una apelación, incluyendo el derecho de apelar esa Determinación Inicial ante el Tribunal de Apelaciones de Puerto Rico. Debe analizar con su abogado el plazo de tiempo dentro del cual deberá radicar su apelación. Si no tiene abogado, puede consultar con uno.

- **<u>Reclamaciones de quejas/agravios</u>**: Si tiene una reclamación relacionada con quejas/agravios, la misma se procesará de acuerdo con los términos de su convenio colectivo. Debe examinar su convenio colectivo para obtener más información sobre los pasos que se tomarán para resolver su reclamación, los plazos de tiempo para resolverla y los derechos de apelación que usted pueda tener.

Si en algún momento recibe una Determinación Inicial pero no radica una apelación dentro de los plazos de tiempo indicados anteriormente, su reclamación será designada como "resuelta" y se le pagará el monto, si alguno, que se haya determinado en los procedimientos administrativos.

**<u>Exhibit D</u>**

Exhibit D

CW Public Employee Notice Parties Service List

Served via First class mail

**Exhibit E**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)[1] |

## ADMINISTRATIVE CLAIMS RECONCILIATION NOTICE

Service Date: **March 4, 2021**

Designated Claimant(s):

Address:



Designated Claim Number(s):

Amount(s) Stated in Proof(s) of Claim:

Claim Type:

---

This Notice <u>only</u> applies to the Designated Claim Number(s) listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> If you have any questions, please contact <u>Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

By this Administrative Reconciliation Notice, **Employees Retirement System of the Government of the Commonwealth of Puerto Rico** hereby submits the above- identified claim(s) (the "<u>ACR Designated Claim(s)</u>") in **Employees Retirement System of the Government of the Commonwealth of Puerto Rico** Title III case to resolution through administrative claims reconciliation, pursuant to the procedures (the "<u>Administrative Reconciliation Procedures</u>") established by the ***Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on March 12, 2020 [ECF No. 12274-2]. Prime Clerk is hereby authorized and directed to designate the ACR Designated Claim(s) as "Subject to Administrative Reconciliation" on the Claims Registry in these Title III cases. A copy of the Administrative Reconciliation Procedures is enclosed for your reference.

The purpose of the Administrative Reconciliation Procedures is to allow the Commonwealth to evaluate and resolve your claim using its existing administrative processes. Only certain types of claims are eligible to participate in the Administrative Reconciliation Procedure: Claims for pension or retiree benefits ("<u>Pension/Retiree Claims</u>"), Claims for tax refunds ("<u>Tax Refund Claims</u>"), Claims for salaries and benefits owed to public employees ("<u>Public Employee Claims</u>"), and union grievances ("<u>Grievance Claims</u>"). For information regarding the administrative processes applicable to your claim, please see the attached "Overview of Administrative Claims Reconciliation Procedures."

To ensure claims are resolved and paid in a timely fashion, the ACR Designated Claims will be monitored by the Title III court, and **Employees Retirement System of the Government of the Commonwealth of Puerto Rico** will be required to inform the Title III court of the status of each ACR Designated claim submitted to the Administrative Reconciliation Procedures **every 60 days**.

You do not need to do anything further at this time. Within 60 days, a representative from the following agency will contact you and initiate the Administrative Reconciliation Procedure for your ACR Designated Claim:

If you do not hear from a Commonwealth agency representative within **<u>SIXTY DAYS</u> OF THE "SERVICE DATE" REFLECTED ON THE TOP OF THIS NOTICE, YOU MUST CONTACT PRIME CLERK.**

## **Overview of Administrative Claims Reconciliation Procedures**

You are receiving this notice because the Debtors have determined that your claim(s) should be resolved using the Commonwealth's existing administrative processes. Your claim will be resolved using one of the procedures identified below. Please check the Administrative Claims Reconciliation Notice that accompanies this Overview to determine which procedures will process your claim. This Overview provides you basic information regarding the next steps in resolving your claim and the administrative procedures that will consider your claim. **You should read this Overview carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

Within sixty (60) days of receipt of this notice, a representative from the Commonwealth agency responsible for processing your claim will reach out to you to notify you that the agency has initiated processing of your claim. IF YOU DO NOT HEAR FROM ANY COMMONWEALTH AGENCY WITHIN SIXTY (60) DAYS, PLEASE CONTACT PRIME CLERK IMMEDIATELY.

Once ERS, Hacienda, or the applicable Commonwealth agency have reached an initial determination (the "Initial Determination") as to the amount, if any, of your claim, it will send you a letter notifying you of its decision.

If you do not agree with the Initial Determination, you have the right to an appeal. The timing and procedures for that appeal vary depending on the type of claim you have:

- **Pension/Retiree Claims**: If you disagree with ERS's Initial Determination, you will then have thirty (30) days from the date of the letter to request reconsideration. If you seek reconsideration, a hearing examiner will hold a hearing to consider your claim. You will receive a decision from ERS within forty-five (45) days of your hearing. If ERS denies reconsideration of your claim, you must file an appeal with the Retirement Board within thirty (30) days of the date of the decision denying reconsideration. If your appeal is denied, you must file an appeal with the Puerto Rico Court of Appeals within thirty (30) days of the date of the Retirement Board's determination.

- **Tax Refund Claims**: If you disagree with Hacienda's Initial Determination, you may file a lawsuit in the Court of First Instance within thirty (30) days of the date the letter was mailed.

- **Public Employee Claims**: The Commonwealth has many administrative processes, administered by many different entities, for employees to pursue employment related claims. If you disagree with the applicable agency's Initial Determination, you have the right to an appeal, including the right to appeal that Initial Determination to the Puerto Rico Court of Appeals. You should discuss with your attorney the time frame within which you must file your appeal. If you do not have an attorney, you may wish to consult one.

- **Grievance Claims**: If you have a Grievance Claim, your claim will be processed in accordance with the terms of your collective bargaining agreement. You should consult

3

your collective bargaining agreement to find more information regarding the steps that will be taken to resolve your claim, the timing for resolving your claim, and any appeal rights you may have.

If at any point you receive an Initial Determination, but you do not file an appeal within the applicable time lines above, your claim will be designated as "resolved," and you will be paid the amount, if any, determined by the administrative procedures.

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>     como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*,<br><br>     Deudores.[1] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**AVISO DE RECONCILIACIÓN ADMINISTRATIVA DE RECLAMACIONES**

Fecha de Notificación: **4 de marzo de 2021**

Reclamante(s) designados:

Dirección:


Número(s) de reclamaciones designadas:

Cantidad(es) indicada(s) en la(s) prueba(s) de reclamación:

Tipo de Reclamación:

> Este aviso <u>solo</u> aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene abogado, puede consultar con uno.

---

[1]     Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos de su número de identificación de contribuyente federal , según corresponda, son (i) el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (caso de Quiebras núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (caso de Quiebras núm. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (caso de Quiebras núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (caso de Quiebras núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (caso de Quiebras núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3747); y (vi) la Autoridad de Edificios Públicos ("PBA") (caso de Quiebras 19 BK 5523-LTS) (los casos al amparo del Título III figuran con números de caso de la Corte de Quiebras debido a limitaciones del *software*).

Si tiene alguna pregunta, comuníquese con Prime Clerk LLC al (844) 822-9231 (llamada gratis para EE.UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (español disponible).

Con este Aviso de Reconciliación Administrativa, **Sistema de Retiro de los Empleados** presenta las reclamaciones anteriormente identificadas (las "Reclamacion(es) de Reconciliación Administrativa Designada(s)") en el caso de Título III **de Sistema de Retiro de los Empleados** para su resolución mediante la reconciliación de reclamaciones administrativas, conforme los procedimientos ("Procedimientos de Reconciliación Administrativa") establecidos por la *Orden* emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal del Título III") el 12 de marzo de 2020 [ECF No. 12274-2]. Dicha orden: *(A) Autoriza la Reconciliación Administrativa de Reclamaciones, (B) Aprueba una Forma Adicional de Notificación, y (C) Otorga el Remedio Apropiado*. Por este medio se autoriza y ordena a Prime Clerk a que indique en el Registro de Reclamaciones de estos casos de Título III que (las) Reclamación(es) de Reconciliación Administrativa Designada(s) están "Sujetas a la Reconciliación Administrativa". Se adjunta una copia de los Procedimientos de Reconciliación Administrativa para su referencia.

El propósito de los Procedimientos de Reconciliación Administrativa es permitir que el Estado Libre Asociado evalúe y resuelva la reclamación presentada por usted utilizando sus procesos administrativos existentes. Solo ciertos tipos de reclamaciones son elegibles para participar en el Procedimiento de Reconciliación Administrativa: las reclamaciones por beneficios de jubilación o pensión ("Reclamaciones de jubilación/pensión"), las reclamaciones por reembolso de contribuciones ("Reclamaciones de reembolso de contribuciones"), las reclamaciones por salarios y beneficios adeudados a empleados públicos ("Reclamaciones de empleados públicos") y las querellas sindicales ("Reclamaciones de quejas/agravios"). Para obtener información sobre los procesos administrativos aplicables a su reclamación, consulte la "Descripción General de los Procedimientos de Reconciliación Administrativa de Reclamaciones."

Para garantizar que las reclamaciones se resuelvan y se paguen de manera oportuna, las Reclamaciones Administrativas de Reclamaciones serán monitoreadas por el tribunal del Título III y **Sistema de Retiro de los Empleados** deberá informarle al tribunal del Título III **cada 60 días** sobre el estado de toda reclamación sometida a los Procedimientos de Reconciliación Administrativa.

No necesita hacer nada más en este momento. Dentro de los próximos 60 días, un representante de la siguiente agencia se comunicará con usted e iniciará el Procedimiento de Reconciliación Administrativa para la Reconciliación de su Reclamación Administrativa:

Si no recibe comunicación de un representante de la agencia dentro de los **SESENTA DÍAS SIGUIENTES A LA "FECHA DE NOTIFICACIÓN" QUE APARECE EN LA PARTE SUPERIOR DE ESTE AVISO, COMUNÍQUESE CON PRIME CLERK.**

## Descripción General de los Procedimientos de Reconciliación Administrativa de Reclamaciones

Usted está recibiendo este aviso porque los Deudores han determinado que su(s) reclamación(es) debe(n) resolverse utilizando los procedimientos administrativos existentes del Estado Libre Asociado. Su reclamación se resolverá utilizando uno de los procedimientos identificados a continuación. Por favor consulte el Aviso de Reconciliación Administrativa de Reclamaciones que acompaña esta Descripción General para determinar cuáles procedimientos se seguirán para procesar su reclamación. Esta Descripción General le brinda información básica sobre los próximos pasos para resolver su reclamación y los procedimientos administrativos que se utilizarán para considerar su reclamación. **Lea esta Descripción General detenidamente y discútala con su abogado. Si no tiene abogado, puede consultar con uno.**

Dentro de los sesenta (60) días siguientes al recibo de este aviso, un representante de la agencia del Estado Libre Asociado responsable de procesar su reclamación se comunicará con usted para notificarle que dicha agencia ha iniciado el procesamiento de su reclamación. SI NO RECIBE COMUNICACIÓN DE NINGUNA AGENCIA DEL ESTADO LIBRE ASOCIADO DENTRO DE SESENTA (60) DÍAS, POR FAVOR COMUNÍQUESE CON PRIME CLERK INMEDIATAMENTE.

Una vez la ASR, Hacienda o la agencia correspondiente del Estado Libre Asociado haya llegado a una determinación inicial (la "Determinación Inicial") en cuanto al monto, si alguno, de su reclamación, le enviará una carta notificándole su decisión.

Si no está de acuerdo con la Determinación Inicial, tiene derecho a una apelación. Los plazos de tiempo y los procedimientos aplicables a dicha apelación varían de acuerdo al tipo de reclamación que usted presente:

- **Reclamaciones de pensión/jubilación**: Si no está de acuerdo con la Determinación Inicial de la ASR, tendrá treinta (30) días a partir de la fecha de la carta para solicitar la reconsideración. Si pide reconsideración, un oficial examinador celebrará una vista para considerar su reclamación. Recibirá la decisión de la ASR dentro de los cuarenta y cinco (45) días siguientes a la celebración de la vista. Si la ASR deniega la reconsideración de su reclamación, deberá presentar una apelación ante la Junta de Retiro dentro de treinta (30) días a partir de la fecha de la denegación de la reconsideración. Si su apelación es rechazada, deberá presentar una apelación ante el Tribunal de Apelaciones de Puerto Rico dentro de treinta (30) días a partir de la fecha de la determinación de la Junta de Retiro.

- **Reclamaciones de reembolso de contribuciones**: Si no está de acuerdo con la Determinación Inicial de Hacienda, puede radicar una demanda en el Tribunal de Primera Instancia dentro de los treinta (30) días siguientes a la fecha de envío de la carta de Hacienda.

- **<u>Reclamaciones de empleados públicos</u>**: El Estado Libre Asociado tiene muchos procesos administrativos, administrados por muchas entidades diferentes, para que los empleados tramiten reclamaciones relacionadas con el empleo. Si no está de acuerdo con la Determinación Inicial de la agencia correspondiente, tiene derecho a una apelación, incluyendo el derecho de apelar esa Determinación Inicial ante el Tribunal de Apelaciones de Puerto Rico. Debe analizar con su abogado el plazo de tiempo dentro del cual deberá radicar su apelación. Si no tiene abogado, puede consultar con uno.

- **<u>Reclamaciones de quejas/agravios</u>**: Si tiene una reclamación relacionada con quejas/agravios, la misma se procesará de acuerdo con los términos de su convenio colectivo. Debe examinar su convenio colectivo para obtener más información sobre los pasos que se tomarán para resolver su reclamación, los plazos de tiempo para resolverla y los derechos de apelación que usted pueda tener.

Si en algún momento recibe una Determinación Inicial pero no radica una apelación dentro de los plazos de tiempo indicados anteriormente, su reclamación será designada como "resuelta" y se le pagará el monto, si alguno, que se haya determinado en los procedimientos administrativos.

**Exhibit F**

Exhibit F

ERS Public Employee Notice Parties Service List

Served via First class mail

**<u>Exhibit G</u>**



**GOVERNMENT OF PUERTO RICO**

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

6 de octubre de 2020

**Re:** **Reclamación Núm.          - <u>REQUIERE RESPUESTA/ FAVOR COMPLETAR
REQUERIMIENTO DE INFORMACIÓN ADJUNTO</u>**

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s) cual(es)
fue(ron) presentada(s) contra el **Estado Libre Asociado de Puerto Rico** y registrada(s) por Prime
Clerk como Evidencia de Reclamación Núm.          (la "Reclamación").

El 6 de octubre de 2020 los Deudores transfirieron su Reclamación al Procedimiento de
Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés, o
"Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los procesos
administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En específico, su
Reclamación se resolverá por la Administración de Sistemas de Retiro ("ASR") utilizando los
procesos de revisión de pensión/retiro, según descrito en la orden autorizando el Procedimiento
[Caso Núm. 17-bk-3283, ECF Núm. 12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto con cualquier
documentación suplementaria que usted haya proporcionado. Basado en la información provista
por usted, aparenta que su Reclamación solo afirma su derecho a recibir pensión, sin más. Es decir,
no surge de su Reclamación que usted dispute o esté impugnando el monto de los pagos de pensión
que está recibiendo o que espere recibir en el futuro, al momento de su jubilación. Usted puede
determinar el monto del pago de la pensión que la ASR actualmente estima que usted estará
recibiendo mediante una consulta de su estado de cuenta de pensión más reciente.

---

[1] Copias de todos los escritos, alegaciones y mociones están disponibles en la página electrónica de Prime Clerk:
https://cases.primeclerk.com/puertorico/.

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo a la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica que el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de 5 de noviembre de 2020 enviando el Formulario de Requerimiento de Información adjunto completado, en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Prime Clerk LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamadas internaciones), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



GOVERNMENT OF PUERTO RICO

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

October 6, 2020

**Re: Claim No.        - RESPONSE REQUIRED**
              **COMPLETE ATTACHED INFORMATION REQUEST**

Dear

We write with respect to your proof(s) of claim, which was filed on                against
**Commonwealth of Puerto Rico** and logged by Prime Clerk as Proof of Claim No.
(the "Claim").

On October 6, 2020, the Debtors transferred your Claim into the Administrative Claims
Reconciliation ("ACR") process.  This means that your Claim will be resolved using the
Commonwealth's existing administrative processes.  Specifically, your claim will be resolved by
ERS using the Pension/Retiree Procedures, as described in the order authorizing the ACR
process [Case No. 17-bk-3283, ECF No. 12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that you have
provided.  Based on the information you have provided, it appears that your Claim is only
asserting your right to receive your pension and nothing else.  It does not appear that you dispute
the amount of the pension payments you are receiving or can expect to receive upon your
retirement.  You can determine the pension payment amount ERS presently expects you will
receive by consulting your most recent pension benefit statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount of your
pension or whether you have any independent claim against ERS unrelated to your right to
pension benefits.  Please confirm whether or not you dispute the amount of your pension or have
an independent claim unrelated to your pension benefits by completing the box marked

---

[1] Copies of all pleadings are available on Prime Clerk's website,
https://cases.primeclerk.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment.  If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**<u>Please respond to this letter on or before November 5, 2020 by returning the enclosed information request form with the requested information and documentation.</u>**

Please send the completed form and any supporting documents via email to PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Evidencia de Reclamación:*
*Reclamante:*

## FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

<div style="border:1px solid black; padding:10px;">

### CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO.

_____   Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm.          NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

_____   Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm.          o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____
_____
_____

**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

</div>

*Proof of Claim:*
*Claimant:*

## INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box.  Please return this form and any additional documentation via email to: PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

### CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO.

_____   I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No.          and DO NOT have an independent claim against ERS unrelated to my/our pension benefits.  I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

### OR

_____   I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim No.          or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____
_____
_____


**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

---

3

**<u>Exhibit H</u>**



GOVERNMENT OF PUERTO RICO

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

6 de octubre de 2020

**Re:    Reclamación Núm.        - <u>REQUIERE RESPUESTA/ FAVOR COMPLETAR
REQUERIMIENTO DE INFORMACIÓN ADJUNTO</u>**

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s) cual(es)
fue(ron) presentada(s) contra el **Sistema de Retiro de los Empleados** y registrada(s) por Prime
Clerk como Evidencia de Reclamación Núm.        (la "Reclamación").

El 6 de octubre de 2020 los Deudores transfirieron su Reclamación al Procedimiento de
Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés, o
"Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los procesos
administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En específico, su
Reclamación se resolverá por la Administración de Sistemas de Retiro ("ASR") utilizando los
procesos de revisión de pensión/retiro, según descrito en la orden autorizando el Procedimiento
[Caso Núm. 17-bk-3283, ECF Núm. 12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto con cualquier
documentación suplementaria que usted haya proporcionado. Basado en la información provista
por usted, aparenta que su Reclamación solo afirma su derecho a recibir pensión, sin más. Es decir,
no surge de su Reclamación que usted dispute o esté impugnando el monto de los pagos de pensión
que está recibiendo o que espere recibir en el futuro, al momento de su jubilación. Usted puede
determinar el monto del pago de la pensión que la ASR actualmente estima que usted estará
recibiendo mediante una consulta de su estado de cuenta de pensión más reciente.

---

[1] Copias de todos los escritos, alegaciones y mociones están disponibles en la página electrónica de Prime Clerk:
https://cases.primeclerk.com/puertorico/.

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo a la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica que el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de 5 de noviembre de 2020 enviando el Formulario de Requerimiento de Información adjunto completado, en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Prime Clerk LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamadas internaciones), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



# GOVERNMENT OF PUERTO RICO

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

October 6, 2020

**Re: Claim No.         - RESPONSE REQUIRED**
          **COMPLETE ATTACHED INFORMATION REQUEST**

Dear

We write with respect to your proof(s) of claim, which was filed on                   against
**Employees Retirement System** and logged by Prime Clerk as Proof of Claim No.
(the "Claim").

On October 6, 2020, the Debtors transferred your Claim into the Administrative Claims
Reconciliation ("ACR") process.  This means that your Claim will be resolved using the
Commonwealth's existing administrative processes.  Specifically, your claim will be resolved by
ERS using the Pension/Retiree Procedures, as described in the order authorizing the ACR
process [Case No. 17-bk-3283, ECF No. 12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that you have
provided.  Based on the information you have provided, it appears that your Claim is only
asserting your right to receive your pension and nothing else.  It does not appear that you dispute
the amount of the pension payments you are receiving or can expect to receive upon your
retirement.  You can determine the pension payment amount ERS presently expects you will
receive by consulting your most recent pension benefit statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount of your
pension or whether you have any independent claim against ERS unrelated to your right to
pension benefits.  Please confirm whether or not you dispute the amount of your pension or have
an independent claim unrelated to your pension benefits by completing the box marked

---

[1] Copies of all pleadings are available on Prime Clerk's website,
https://cases.primeclerk.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment.  If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**<u>Please respond to this letter on or before November 5, 2020 by returning the enclosed information request form with the requested information and documentation.</u>**

Please send the completed form and any supporting documents via email to PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Evidencia de Reclamación:*
*Reclamante:*

## FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO.**

_____    Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm.        NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

_____    Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm.        o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____

_____

_____


**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

---

*Proof of Claim:*
*Claimant:*

## INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box.  Please return this form and any additional documentation via email to: PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

<div style="border:1px solid black; padding:10px;">

### CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO.

**_____**   I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No.         and DO NOT have an independent claim against ERS unrelated to my/our pension benefits.  I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

### OR

**_____**   I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim No.         or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____
_____
_____


**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

</div>

3

**<u>Exhibit I</u>**

# Exhibit I

ERS Notice Parties Service List

Served via First class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 1182392 | CARMEN M ROSADO MEDINA | Address on file | | | |
| 1596334 | Carrion Cheverez, Claribel | Address on file | | | |
| 1632485 | Hernandez Cruz, JoAnn | Address on file | | | |
| 1565454 | Martinez Rosario, Edgar A. | Address on file | | | |
| 1250759 | MATOS ACOSTA, LOWEL | Address on file | | | |
| 1548888 | Rabionet Vizquez, Magdalena | Address on file | | | |
| 512204 | SANJURJO VERGES, GILBERTO | Address on file | | | |