**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------------- X
                                      :

In re:                              :

                               :

THE FINANCIAL OVERSIGHT AND    :  PROMESA

MANAGEMENT BOARD FOR PUERTO RICO,  :  Title III

                               :

      as representative of          :  Case No. 17-BK-3283 (LTS)

                               :

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :  (Jointly Administered)

                               :

      Debtors.[1]             :

---------------------------------------------------------------------- X

**NOTICE OF FILING OF SIXTH INTERIM APPLICATION OF**
**ILEANA C. CARDONA FERNANDEZ, ESQ., LOCAL CONFLICTS COUNSEL TO THE**
**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ACTING THROUGH ITS**
**SPECIAL CLAIMS COMMITTEE, FOR PROFESSIONAL COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE ELEVENTH INTERIM FEE PERIOD**
**FROM OCTOBER 1, 2020 THROUGH JANUARY 31, 2021**

PLEASE TAKE NOTICE that on March 10, 2021, pursuant to this Court's Second

Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of

Professionals [ECF No. 3269] (the "Interim Compensation Order"), Ileana C. Cardona Fernández,

Esq. as Local Conflicts Counsel for the Financial Oversight and Management Board for Puerto

Rico, as representative of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing

Corporation, the Puerto Rico Highways and Transportation Authority, the Employees Retirement

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case
No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last
Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy
Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Electric
Power Authority (collectively, the "Debtors"), filed the Sixth Interim Fee Application of Ileana C.
Cardona Fernández, Esq. for Compensation for Services Rendered and Reimbursement of
Expenses Incurred as Advisor for the Financial Oversight and Management Board for Puerto Rico,
for the Period October 1, 2020 through January 31, 2021 (the "Application").

PLEASE TAKE FURTHER NOTICE that any response or objection to the Application by
any party other than the Fee Examiner must (a) be in writing, (b) conform to the Federal Rules of
Bankruptcy Procedure, the Interim Compensation Order, and the Thirteenth Amended Case
Management Procedures [ECF No. 13512] (the "Case Management Procedures"), and (c) be filed
with the Court and served on the entities below, so as to be received on or before **March 31, 2021
at 4:00 p.m. (AST)** (the "Objection Deadline"):

i.  the Financial Oversight and Management Board, Proskauer Rose LLP, Eleven
    Times Square, New York, NY 10036, Attn:  Martin J. Bienenstock, Esq.
    (mbienenstock@proskauer.com) and Ehud Barak, Esq. (ebarak@proskauer.com),
    and Proskauer Rose LLP, 70 West Madison Street, Chicago, IL 60602, Attn:  Paul
    V. Possinger, Esq. (ppossinger@proskauer.com);

ii. attorneys for the Financial Oversight and Management Board as representative of
    The Commonwealth of Puerto Rico, O'Neill & Borges LLC, 250 Muñoz Rivera
    Ave., Suite 800, San Juan, PR 00918-1813, Attn: Hermann D. Bauer, Esq.
    (Hermann.bauer@oneillborges.com);

iii. attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority,
     O'Melveny & Myers LLP, Times Square Tower, 7 Time Square, New York, NY
     10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzanne Uhland,
     Esq. (suhland@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

iv. attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority,
    Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave.,
    San Juan P.R. 00917, Attn.: Luis C. Marini-Biaggi, Esq.
    (lmarini@mpmlawpr.com) and Carolina Velaz Rivero Esq.
    (cvelaz@mpmlawpr.com);

v.  the Office of the United States Trustee for the District of Puerto Rico, Edificio
    Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re:

<u>Commonwealth of Puerto Rico</u>), Attn: Monsita Lecaroz, Esq.
(monsita.lecaroz@usdoj.gov);

vi.       attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP,
          200 Park Ave., New York, NY 10166, Attn: Luc A. Despins, Esq.
          (lucdespins@paulhastings.com);

vii.      attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago &
          Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan,
          PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and
          Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

viii.     attorneys for the Official Committee of Retired Employees, Jenner & Block LLP,
          919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq.
          (rgordon@jenner.com)and Richard Levin, Esq. (rlevin@jenner.com); and Jenner
          & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege,
          Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

ix.       attorneys for the Official Committee of Retired Employees, Bennazar, García &
          Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey,
          PR 00918, Attn: A.J. Bennazar Zequeira, Esq. (ajb@bennazar.org);

x.        the Puerto Rico Department of Treasury, P.O. Box 9024140, San Juan, PR 00902-
          4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting
          (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant
          Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L.
          Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax
          Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant
          Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov);
          and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury
          (Francisco.Pena@hacienda.pr.gov);

xi.       counsel to any other statutory committee appointed;

xii.      attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León
          Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo
          (elugo@edgelegalpr.com); and

xiii.     attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street,
          Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@gklaw.com).

          PLEASE TAKE FURTHER NOTICE that if (a) no objection is timely filed and served in

accordance with the Interim Compensation Order and Case Management Procedures, and (b) all

issues raised by the Fee Examiner are consensually resolved, the relief requested may be granted without a hearing.

PLEASE TAKE FURTHER NOTICE that copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at https://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

WHEREFORE, counsel for the Oversight Board respectfully requests that the Court take notice of the foregoing.

San Juan, Puerto Rico
Dated: March 10, 2021

<div style="margin-left: 40%;">

Respectfully submitted,

*/s/ Ileana C. Cardona Fernández*
Ileana C. Cardona Fernández
USDC-PR Bar No. 302610
Urb. Estancias de San Gerardo
Calle Orlando #1609
San Juan, PR 00926
Tel: (787) 484-8202
icardona@iccflaw.com

*Local Conflicts Counsel to the Financial Oversight and
Management Board, acting through the Special Claims
Committee*

</div>