# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:35 AM(AST)
Ended: 9:55 AM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**         DATE: March 10, 2021
**MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

---

In Re:

The Financial Oversight and Management Board for Puerto Rico

*as representative of*

The Commonwealth of Puerto Rico, *et al*.
Debtors

3:17-BK-3283 (LTS)

PROMESA Title III

(Jointly Administered)

---

**Omnibus Hearing held.**

I. **STATUS REPORT**

    1. Report from the Oversight Board. [Case No. 17-3283; ECF No. 15991]
- A motion setting procedures for disclosure statement and plan confirmation proceedings to be filed by **April 21, 2021**. If no such motion is filed by that date, FOMB must file a status report on its anticipated timetable for such a motion by **April 21, 2021**.

    2. Report from AFAAF. [Case No. 17-3283; ECF No. 15989]

II. **CONTESTED MATTERS**

3:17-BK-3283 (LTS)
Omnibus Hearing – March 10, 2021

1. Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for Relief from Automatic Stay. [Case No. 17-3283, ECF No. 12918]

    - The parties requested that the hearing on this motion be adjourned to the April Omnibus Hearing. Granted. Order to be issued.

**Hearing on discovery issues concerning revenue bonds set for March 17, 2021 at 2:30 PM (AST) before Magistrate Judge Judith Gail Dein.**

s/Carmen Tacoronte
Carmen Tacoronte
PROMESA Case Administrator
