# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS) |

## FURTHER ORDER REGARDING JOINT STATUS REPORT

This matter is before the Court on the *Joint Status Report of Ambac Assurance Corporation and the Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority Pursuant to the Court's February 16, 2021 Order* (Dkt. No. 15930) (the "Joint Status Report"). On March 8, 2021, the Court entered a text order requiring the parties to file a further joint status report concerning their ongoing meet and confer efforts related to Ambac's[2] discovery requests by March 26, 2021. The Court further orders the parties

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined herein shall have the meanings given to them in the Joint Status Report.

to address, in the joint status report due on or before March 26, 2021, any changes to the status of the discovery requests that are the subject of the New Cash Rule 2004 Motion (Dkt. No. 15220), including without limitation, whether based on its review of the documents produced in the midst of briefing of the New Cash Rule 2004 Motion, Ambac's request for Calculation Back-up Documents remains outstanding, and whether the parties have narrowed the scope of their dispute concerning the Process Documents.

    SO ORDERED.

                                /s/ Judith Gail Dein
                                Judith Gail Dein
                                United States Magistrate Judge

Dated: March 10, 2021