# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, *et al.*,<br><br>    Defendants. | Adv. Proc. No. 20-00003-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br> as representative of <br> THE COMMONWEALTH OF PUERTO RICO, <br> Plaintiff, <br> v. <br> AMBAC ASSURANCE CORPORATION, *et al.*, <br> Defendants. | Adv. Proc. No. 20-00004-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br> as representative of <br> THE COMMONWEALTH OF PUERTO RICO, <br> Plaintiff, <br> v. <br> AMBAC ASSURANCE CORPORATION, *et al.*, <br> Defendants. | Adv. Proc. No. 20-00005-LTS |

**DEFENDANTS' UNOPPOSED URGENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL IN REVENUE BOND ADVERSARY PROCEEDINGS**

**To the Honorable United States Magistrate Judge Judith Gail Dein:**

Defendants,[2] by and through their undersigned counsel, hereby move on an urgent basis for leave to file a reply (the "Reply") in support of their Motion to Compel that exceeds the ten (10) page limit of this Court's standing order. Defendants respectfully request entry of an order, substantially in the form attached hereto as **Exhibit A**, extending the page limits for their Reply to a maximum total of twenty (20) pages, exclusive of the cover page, table of contents and authorities, signature pages, exhibits, and relevant certificates.

Defendants respectfully state as follows:

1. On March 2, 2021, Defendants requested leave to file a single opening brief of up to thirty (30) pages (ECF No. 15900), rather than filing three separate motions and supporting briefs. The Court granted that motion, which was unopposed (ECF No. 15906).

2. On March 8, 2021, the Government similarly requested leave to file an opposition brief of thirty (30) pages, which the Court allowed (ECF No. 15974).

3. Given the complexity of the underlying discovery disputes and the fact that six individual Defendants are jointly responding to the Government's opposition brief of thirty (30) pages addressing issues relating to these three different Summary Judgment Motions, Defendants respectfully request that this Court permit Defendants to file a single Reply brief of a maximum of twenty (20) pages—*i.e.*, ten (10) pages over the ten (10)-page limit set forth in Local Civil Rule 7, made applicable here by Section 3.a. of this Court's *Third Amended Standing Order* as applying to all page-limit and format specifications, (ECF No. 15901 at 2)—exclusive of the cover page, table of contents and authorities, signature pages, exhibits, and relevant certificates. The requested

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in *Defendants' Motion to Compel Document Discovery from the Government in the Revenue Bond Adversary Proceedings* (ECF No. 15914) (the "Motion to Compel"). Unless otherwise indicated, all ECF numbers referenced herein refer to the docket in Case No. 17 BK 3283-LTS.

20-page maximum reflects a 10-page reduction in the amount of pages Defendants would have been allotted had they filed separate motions to compel in each of these adversary proceedings.

4. Defendants respectfully submit that this page extension is necessary to allow adequate discussion of the arguments raised in the Government's opposition.

5. The Government has informed Defendants that it does not oppose the request.

**WHEREFORE**, Defendants respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and granting any such other relief as the Court deems just and proper.

- 3 -

## Certificate of Compliance with
## Local Rule 9013-1 and Fourteenth Amended Case Management Procedures

Pursuant to Local Rule 9013-1 and ¶ 1.H. of the *Fourteenth Amended Notice, Case Management, and Administrative Procedures*, the undersigned counsel hereby certify that they have (a) carefully examined the matter and concluded that there is a true need for an urgent decision; (b) not created the urgency through any lack of due diligence; and (c) made reasonable, good-faith communications in an effort to resolve or narrow the issues before the Court.

Dated: March 10, 2021
       San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: /s/ *Roberto Cámara-Fuertes*
    Roberto Cámara-Fuertes (USDC-PR No. 219002)
    Sonia Colón (USDC-PR No. 213809)
    221 Ponce de León Avenue, 5th Floor
    San Juan, PR 00917
    Telephone: (787) 766-7000
    Facsimile: (787) 766-7001
    Email: rcamara@ferraiuoli.com
          scolon@ferraiuoli.com

**MILBANK LLP**

By: /s/ *Atara Miller*
    Dennis F. Dunne (admitted *pro hac vice*)
    Atara Miller (admitted *pro hac vice*)
    Grant R. Mainland (admitted *pro hac vice*)
    John J. Hughes, III (admitted *pro hac vice*)
    Jonathan Ohring (admitted *pro hac vice*)
    55 Hudson Yards
    New York, NY 10001
    Telephone: (212) 530-5000
    Facsimile: (212) 530-5219
    Email: ddunne@milbank.com
          amiller@milbank.com
          gmainland@milbank.com
          jhughes2@milbank.com
          johring@milbank.com

***Attorneys for Ambac Assurance Corporation***

**REXACH & PICÓ, CSP**

By: /s/ *María E. Picó*
    María E. Picó
    (USDC-PR No. 123214)
    802 Ave. Fernández Juncos
    San Juan, PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    Email: mpico@rexachpico.com

**BUTLER SNOW LLP**

By: /s/ *Martin A. Sosland*
    Martin A. Sosland (admitted *pro hac vice*)
    2911 Turtle Creek Blvd., Suite 1400
    Dallas, TX 75219
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    Email: martin.sosland@butlersnow.com

    James E. Bailey III (admitted *pro hac vice*)
    Adam M. Langley (admitted *pro hac vice*)
    6075 Poplar Ave., Suite 500
    Memphis, TN 38119
    Telephone: (901) 680-7200
    Facsimile: (901) 680-7201
    Email: jeb.bailey@butlersnow.com
          adam.langley@butlersnow.cow

***Attorneys for Financial Guaranty Insurance Company***

**ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC**

By: /s/ *Eric Pérez-Ochoa*
    Eric Pérez-Ochoa
    (USDC-PR No. 206314)
    Email: epo@amgprlaw.com

By: /s/ *Luis A. Oliver-Fraticelli*
    Luis A. Oliver-Fraticelli
    (USDC-PR No. 209204)
    Email: loliver@amgprlaw.com

    208 Ponce de Leon Ave., Suite 1600
    San Juan, PR 00936
    Telephone: (787) 756-9000
    Facsimile: (787) 756-9010

**WEIL, GOTSHAL & MANGES LLP**

By: /s/ *Robert S. Berezin*
    Jonathan D. Polkes (admitted *pro hac vice*)
    Gregory Silbert (admitted *pro hac vice*)
    Robert S. Berezin (admitted *pro hac vice*)
    Kelly DiBlasi (admitted *pro hac vice*)
    Gabriel A. Morgan (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, NY 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    Email: jonathan.polkes@weil.com
          gregory.silbert@weil.com
          robert.berezin@weil.com
          kelly.diblasi@weil.com
          gabriel.morgan@weil.com

***Attorneys for National Public Finance Guarantee Corp.***

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: /s/ *Heriberto Burgos Pérez*
    Heriberto Burgos Pérez
    (USDC-PR No. 204809)
    Ricardo F. Casellas-Sánchez
    (USDC-PR No. 203114)
    Diana Pérez-Seda
    (USDC-PR No. 232014)
    P.O. Box 364924
    San Juan, PR 00936-4924
    Telephone: (787) 756-1400
    Facsimile: (787) 756-1401
    Email: hburgos@cabprlaw.com
          rcasellas@cabprlaw.com
          dperez@cabprlaw.com

**CADWALADER, WICKERSHAM & TAFT LLP**

By: /s/ *Howard R. Hawkins, Jr.*
    Howard R. Hawkins, Jr. (admitted *pro hac vice*)
    Mark C. Ellenberg (admitted *pro hac vice*)
    William J. Natbony (admitted *pro hac vice*)
    Thomas J. Curtin (admitted *pro hac vice*)
    Casey J. Servais (admitted *pro hac vice*)
    200 Liberty Street
    New York, NY 10281
    Telephone: (212) 504-6000
    Facsimile: (212) 504-6666
    Email: howard.hawkins@cwt.com
          mark.ellenberg@cwt.com
          bill.natbony@cwt.com
          thomas.curtin@cwt.com
          casey.servais@cwt.com

***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.***

| | |
|---|---|
| **RIVERA, TULLA AND FERRER, LLC** | **SEPULVADO, MALDONADO & COURET** |
| By: /s/ *Eric A. Tulla* <br> Eric A. Tulla <br> (USDC-DPR No. 118313) <br> Email: etulla@ riveratulla.com <br> Iris J. Cabrera-Gómez <br> (USDC-DPR No. 221101) <br> Email: icabrera@ riveratulla.com <br> Rivera Tulla & Ferrer Building <br> 50 Quisqueya Street <br> San Juan, PR 00917-1212 <br> Telephone: (787) 753-0438 <br> Facsimile: (787) 767-5784 | By: /s/ *Albéniz Couret Fuentes* <br> Albéniz Couret Fuentes <br> (USDC-PR No. 222207) <br> 304 Ponce de León Ave. Suite 990 <br> San Juan, PR 00918 <br> Telephone: (787) 765-5656 <br> Facsimile: (787) 294-0073 <br> Email: acouret@smclawpr.com |
| **HOGAN LOVELLS US LLP** | **REED SMITH LLP** |
| By: /s/ *Ronald J. Silverman* <br> Ronald J. Silverman, Esq. <br> Michael C. Hefter, Esq. <br> 390 Madison Avenue <br> New York, NY 10017 <br> Telephone: (212) 918-3000 <br> Facsimile: (212) 918-3100 <br> ronald.silverman@hoganlovells.com <br> michael.hefter@hoganlovells.com | By: /s/ *Jared S. Roach* <br> Luke A. Sizemore (admitted *pro hac vice)* <br> Jared S. Roach (admitted *pro hac vice*) <br> 225 Fifth Avenue, Suite 1200 <br> Pittsburgh, PA 15222 <br> Telephone: (412) 288-3131 <br> Facsimile: (412) 288-3063 <br> Email: lsizemore@reedsmith.com <br> jroach@reedsmith.com |
| ***Attorneys for U.S. Bank Trust National Association, in its Capacity as Trustee to PRIFA Bondholders*** | ***Attorneys for The Bank of New York Mellon, in its Capacity as Trustee to CCDA Bondholders*** |

## CERTIFICATE OF SERVICE

I hereby certify that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com