1

```
 1                 UNITED STATES DISTRICT COURT

 2                   DISTRICT OF PUERTO RICO

 3
     In Re:                  )        Docket No. 3:17-BK-3283(LTS)
 4                           )
                             )        PROMESA Title III
 5   The Financial Oversight and )
     Management Board for     )
 6   Puerto Rico,             )        (Jointly Administered)
                             )
 7   as representative of     )
                             )
 8   The Commonwealth of      )
     Puerto Rico, et al.      )        March 10, 2021
 9                           )
                 Debtors,     )
10
     _____
11

12                        OMNIBUS HEARING

13    BEFORE THE HONORABLE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN

14              UNITED STATES DISTRICT COURT JUDGE

15     AND THE HONORABLE U.S. MAGISTRATE JUDGE JUDITH GAIL DEIN

16              UNITED STATES DISTRICT COURT JUDGE

17   _____

18
     APPEARANCES:
19
     ALL PARTIES APPEARING TELEPHONICALLY
20
     For The Commonwealth
21   of Puerto Rico, et al.:  Mr. Martin J. Bienenstock, PHV
                              Mr. Brian S. Rosen, PHV
22                            Ms. Julia D. Alonzo, PHV

23
     For Puerto Rico Fiscal
24   Agency and Financial
     Advisory Authority:      Mr. Luis C. Marini Biaggi, Esq.
25
```

```
 1    APPEARANCES, Continued:

 2
      For Medical Center
 3    Group:                  Mr. Brad Kahn, PHV

 4
      For The Official
 5    Committee of Unsecured
      Creditors of all
 6    Title III Debtors:      Mr. Luc A. Despins, PHV

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Proceedings recorded by stenography.  Transcript produced by
      CAT.
```

```
 1                           I N D E X

 2   WITNESSES:                                    PAGE

 3        None.

 4

 5   EXHIBITS:

 6        None.

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1                              San Juan, Puerto Rico

 2                              March 10, 2021

 3                              At or about 9:35 AM

 4                          *      *      *

 5         THE COURT:  Good morning.  This is Judge Swain

 6   speaking.

 7         MS. NG:  Good morning, Judge.  This is Lisa Ng, your

 8   courtroom deputy.  Everybody's ready to go.

 9         THE COURT:  Very well.  Good morning.

10         Ms. Tacoronte, would you please call the case?

11         COURTROOM DEPUTY:  Good morning, Your Honor.

12         The United States District Court for the District of

13   Puerto Rico is now in session.  The Honorable Laura Taylor

14   Swain presiding.  Also present, the Honorable Judith G. Dein.

15   God save the United States of America and this Honorable

16   Court.

17         In re:  The Financial Oversight and Management Board

18   for Puerto Rico, as a representative of the Commonwealth of

19   Puerto Rico, et al., PROMESA Title III, Case No. 17-BK-3283,

20   for Omnibus Hearing.

21         THE COURT:  Thank you.

22         Buenos dias.  Welcome, counsel, parties in interest,

23   and members of the public and press.  Today's telephonic

24   Omnibus Hearing is occurring in what continue to be

25   challenging times for all stakeholders in these Title III
```

1    proceedings.  Our thoughts remain with all of the people who

2    have been affected by the ongoing COVID-19 pandemic; and we

3    hope for health, safety, and progress for all on the island

4    and on the mainland as vaccine rollouts increase, restrictions

5    are once again lifted, and the country continues to work

6    toward economic recovery.  We are also here in the context of

7    announced substantial progress, about which I expect we will

8    hear more today, toward the formulation of plans of

9    adjustment.

10           To ensure the orderly operation of today's telephonic

11   hearing, all parties on the line must mute their phones when

12   they are not speaking.  If you are accessing these proceedings

13   on a computer, please be sure to select "mute" on both the

14   Court Solutions dashboard and your phone.  When you need to

15   speak, you must unmute on both the dashboard and the phone.

16           I remind everyone that, consistent with court and

17   judicial conference policies and the orders that have been

18   issued, no recording or retransmission of the hearing is

19   permitted by any person, including but not limited to the

20   parties, members of the public, or the press.  Violations of

21   this rule may be punished with sanctions.

22           I will be calling on each speaker during these

23   proceedings.  When I do, please identify yourself by name for

24   clarity of the record.  After the speakers listed on the

25   Agenda for each of today's matters have spoken, I may provide

6

1  an opportunity for other parties in interest to address

2  briefly any issues raised during the course of the

3  presentations that require further remarks.

4       If you wish to be heard under these circumstances,

5  please state your name clearly at the appropriate time.  Don't

6  just use the wave feature on the Court Solutions dashboard.  I

7  will call on the speakers if more than one person wishes to be

8  heard.

9       Please don't interrupt each other or me during the

10 hearing.  If we interrupt each other, it is difficult to

11 create an accurate transcript.  Having said that, I apologize

12 as usual in advance for breaking this rule, because I may

13 interrupt if I have questions, or if you go beyond your

14 allotted time.  If anyone has difficulty hearing me or another

15 participant, please say something right away.

16      The Agenda, which was filed at Docket Entry No. 15973

17 in Case No. 17-3283, is available to the public at no cost on

18 Prime Clerk for those who are interested.  I encourage each

19 speaker to keep track of his or her own time.  If we need to

20 take a break, I will direct everyone to disconnect and dial

21 back in at a specified time.

22      Before turning to our first Agenda item, I'd like to

23 note that the Court has granted the ERS litigants' joint

24 adjournment motion of the argument scheduled for tomorrow.

25 Thus, the argument that had been scheduled for tomorrow, March

1   11th, has been adjourned to 9:00 AM on Thursday, April 8th,

2   2021.

3        The first Agenda item is, as usual, status reports

4   from the Oversight Board and AAFAF.  As I requested in the

5   procedures order, these reports have been made in writing in

6   advance of this telephonic hearing and are available on the

7   public docket at Docket Entry Nos. 15991 and 15989 in Case No.

8   17-3283.

9        I thank the Oversight Board and AAFAF for the care

10  and detail reflected in the reports, which are quite

11  comprehensive and, as always, cover important matters.  I do

12  have questions for both parties.

13       I'll first call on the Oversight Board and ask

14  whether the Oversight Board representatives wish to make any

15  further remarks or updates in connection with the status

16  reports?

17       MR. BIENENSTOCK:  Good morning, Your Honor.  This is

18  Martin Bienenstock of Proskauer Rose, LLP, for the Oversight

19  Board.

20       We don't have additional comments to make in respect

21  to the report.  We just want to answer whatever questions the

22  Court has.

23       THE COURT:  Very well.  Good morning,

24  Mr. Bienenstock.

25       So the first question goes to the ACR procedures.  I

1   was very glad to see that those are moving along, and I think

2   some 26,000 claims have already been referred into ACR.  Do

3   you have an estimate of the total number of claims that are

4   remaining to be transferred into the ACR procedures?

5        MR. BIENENSTOCK:  Your Honor, on that issue, although

6   my partner, Brian Rosen, probably only had between 3:48 in the

7   morning and 3:50 in the morning to deal with that while he was

8   getting the Plan and Proposed Disclosure Statement ready, Your

9   Honor, I will defer to him, because I know he's on top of it.

10        THE COURT:  Thank you.

11        Mr. Rosen, please unmute yourself on both the

12   dashboard and the phone.

13        MR. ROSEN:  Your Honor, can you hear me?

14        THE COURT:  Yes, I can.  Good morning, Mr. Rosen.

15        MR. ROSEN:  Good morning, Your Honor.

16        If you don't mind, I just want to report something

17   else, also, about the Plan of Adjustment before we go

18   farther.

19        THE COURT:  Yes, sir.

20        MR. ROSEN:  Last evening, we, with the benefit and

21   assistance of the AAFAF team, filed on EMMA a stipulation

22   setting forth a proposed understanding of treatment for the

23   ERS bondholders.  That treatment will not take effect until

24   after a due diligence period, which will close on March 24th.

25   But if, in fact, everything goes the way we hope it will, we

1   will then provide an amended plan within 30 calendar days of

2   that date, and it will be an agreed-upon treatment by at least

3   over 70 percent of the ERS bondholders.

4        So there will be a subsequent modification to the

5   Plan of Adjustment, and it will be obviously a positive one,

6   because we have another group on board.

7        THE COURT:  Yes.  While on that topic, I was going to

8   ask a follow-up question with respect to the filing of that

9   third amended plan and the timetable for filing a definitive

10  proposed schedule.  I want to set a date for the filing of a

11  status report or the proposed schedule.  Prior to last night's

12  filing, I had had in mind to set that deadline for a week

13  before the April Omni, which it sounds like it would be too

14  early given your timetable for the third amended plan.  I'd

15  like --

16       MR. ROSEN:  Absolutely, Your Honor.  Our goal would

17  be to file probably around April 2nd, notwithstanding that we

18  have the benefit of those 30 calendar days, a third amended

19  plan and disclosure statement, as well as a motion to set

20  forth what the procedures should be for moving forward, so

21  that it could be considered at that April 28th Omnibus

22  Hearing.

23       THE COURT:  Oh, very good.  All right.  Well, I will

24  take your representation there as to your intention.  If you

25  do not make that April 2nd deadline, then a status report by

1   April 21st would be required.  Is that acceptable to you?

2          MR. ROSEN:  Thank you, Your Honor.

3          With respect to your question concerning the ACR, we

4   actually don't know what the magnitude of the remaining claims

5   might be.  As we noted, we anticipate filing a lot of them, or

6   at least additional ones, by May 4th, but we don't really have

7   a handle on how many remain.

8          We do -- I would say, of the 26,000 that have already

9   been filed, a lot of them are moving very quickly.  And it's

10  been a very helpful process, because the government has been

11  coordinating with us and the Alvarez & Marsal team to process

12  these as expeditiously as possible.  But I cannot give you an

13  exact answer at this time.  I'm sorry.

14         THE COURT:  That's fine.  I know that there are many

15  things going on.  So thank you for your candor about where

16  that stands.  I'm glad to hear that things continue to move

17  along and that this has been a fruitful process.

18         That concludes my follow-up questions for the Board.

19  Is there anything else you'd like to say by way of remarks,

20  Mr. Rosen?

21         MR. ROSEN:  No.  Thank you, Your Honor.  I appreciate

22  your help.

23         THE COURT:  All right.  Thank you very much.

24         So now I will turn to AAFAF's representative,

25  Mr. Marini.  Do you wish to make any further remarks or

1  updates in connection with the status report?

2          MR. MARINI BIAGGI:  Good morning, Your Honor.

3          THE COURT  Good morning.

4          MR. MARINI BIAGGI:  Luis Marini for AAFAF.

5          Your Honor, I don't have anything else to add, but

6  certainly I'm available if the Court has any questions.

7          THE COURT:  Thank you.  I do have one question.  It

8  relates to something that was actually in the Oversight

9  Board's report.

10         The Oversight Board asserts in paragraph nine of its

11  status report that delays in implementation of reforms to the

12  Department of Education's payroll and attendance system could

13  cost the Commonwealth nearly 50 million dollars.  So I'd like

14  to know whether there's a particular impediment to

15  implementation of the reforms.

16         MR. MARINI BIAGGI:  Your Honor, I don't have the

17  details on that.  I believe that -- I understand that the

18  government has been working with the Board.  And I'm not aware

19  of any impediment, but I can certainly supplement that in

20  writing, if the Court so desires.

21         THE COURT:  I'd be grateful for a follow-up as to

22  whether there are any particular impediments, and, if not, an

23  update on the government's anticipated timetable for

24  implementing reforms to address the overpayments.

25         MR. MARINI BIAGGI:  Will do, Your Honor.  Does Your

1   Honor want that in the next status report, or should we file

2   it before?

3           THE COURT:  In the --

4           MR. MARINI BIAGGI:  Hello?

5           THE COURT:  Yes.  I'm here.  I was just trying to

6   decide.

7           MR. MARINI BIAGGI:  My apologies.

8           THE COURT:  The next status report will be fine.

9           MR. MARINI BIAGGI:  Okay.  Will do, Your Honor.

10          THE COURT:  Thank you very much.

11          Do any of the other counsel who are on the line have

12  questions or comments that they wish to make in connection

13  with the status reports?  If you do, state your name, and then

14  I will call on people.

15          I'm going to give a period of 30 seconds for people

16  to state their names.  Unmute your phone and unmute the

17  dashboard if you want to be heard.

18          MR. DESPINS:  Good morning, Your Honor.  Luc Despins

19  for the Official Committee of Creditors.

20          THE COURT:  Good morning, Mr. Despins.  You may

21  speak.

22          MR. DESPINS:  Thank you.  And I'll be brief.

23          The message, Your Honor, is a mixed message.  On the

24  one hand, there's no doubt that settlements generally in

25  insolvency cases, in Chapter 11 cases, and in Title III cases

1   are good.  So nobody can dispute that.

2          On the other hand, when you're not part of those

3   settlements, and you are maybe left on the side of the road,

4   the message is not as positive.  And so you can see in the

5   Plan that was filed that there -- the Board is offering 125

6   million dollars to our constituents that are owed billions and

7   billions of dollars.  That comes up to pennies on the dollar.

8   And we are concerned, given that the Board is, you know,

9   giving, for example, the GO bondholders a 400 million dollar

10  tip to sign on to a deal that could give them potentially,

11  under certain circumstances, a 95 percent recovery, we're

12  concerned that there's a lot of money that's being thrown

13  around to other people, but not to us.

14         And, therefore, to the extent at the end of the day

15  the answer is, well, there is no money left, we're obviously

16  very concerned.  But we remain optimistic in that we saw in

17  paragraph ten of the status report by the Board that they

18  intend to continue negotiations, so that's positive.

19         So I want to strike a mildly positive tone in that

20  regard, but the message is also that we are quite concerned

21  about the fact that there's a lot of money being awarded or

22  given to a bunch of people that, at the end, you know, this is

23  a zero sum game, it may not be available for us.

24         And that is all we have, Your Honor.  Thank you.

25         THE COURT:  Thank you, Mr. Despins.

14

```
 1            Would anyone else like to be heard in response to the
 2   reports?
 3            MR. BIENENSTOCK:  Your Honor.
 4            THE COURT:  Yes.
 5            MR. BIENENSTOCK:  This is Martin Bienenstock.  May I
 6   just make a quick follow-up comment?
 7            THE COURT:  Yes, sir.
 8            MR. BIENENSTOCK:  Hopefully, it's almost unnecessary,
 9   but the Board does not agree clearly with Mr. Despin's
10   reference to "tip".  And that's all I wanted to say.  Those
11   issues, if necessary, will be resolved at another time.
12            THE COURT:  Yes.  Thank you, Mr. Bienenstock.
13            We've gone about 40 seconds with the opportunity for
14   people to announce themselves, and so I will go on to the next
15   Agenda item, which is what has been cued up as a contested
16   matter, but I understand that there will be an application to
17   adjourn it.
18            So this is Agenda Item II.1, Atlantic Medical Center,
19   Inc. et al.'s Motion to Enforce the Court's Prior Order and
20   for Relief from the Automatic Stay, which is Docket Entry No.
21   12918 in Case No. 17-3283.
22            Who is prepared to speak to that?
23            MR. KAHN:  Good morning, Your Honor.  It's Brad Kahn
24   from Akin, Gump, Strauss, Hauer & Feld on behalf of the
25   Medical Center movants.
```

1          THE COURT:  Good morning, Mr. Kahn.

2          MR. KAHN:   Thank you, Your Honor.  And thank you for

3    your time and accommodation.

4          I know Ms. Alonzo from Proskauer is also on the line

5    on behalf of the Oversight Board.  The parties have agreed to

6    adjourn the hearing, with Your Honor's permission, to the next

7    Omnibus Hearing on April 28th.

8          As was noted in the Oversight Board's Response to our

9    Lift Stay Motion, the parties have been engaged in settlement

10   discussions; and the parties would like to adjourn this for a

11   short period of time to allow those settlement discussions to

12   continue, including taking into account, although we've only

13   had about 48 hours with it, what has been proposed in the

14   Plan, and continue to have those discussions, which we believe

15   will be constructive and, hopefully, productive.

16         THE COURT:  Very well.  I grant the joint

17   application, and this matter is adjourned to the April Omni.

18         MR. KAHN:   Thank you, Your Honor.

19         THE COURT:  Thank you, Mr. Kahn, and Ms. Alonzo.

20         Are there any other matters that need to be addressed

21   today?  If you feel that you have something that needs to be

22   addressed, state your name.  I will wait 30 seconds.  Remember

23   that you would need to unmute your phone and your dashboard.

24         (No response.)

25         THE COURT:  All right.  We've completed the 30

1   seconds.

2           This concludes the hearing Agenda for today's Omnibus

3   Hearing.  The next scheduled hearing is the March 17, 2021,

4   hearing before Judge Dein concerning discovery issues in the

5   revenue bond adversary proceedings.  That hearing will begin

6   at 2:30 PM Atlantic Standard Time, and the Court will issue a

7   procedures order providing appropriate logistical details in

8   advance of the hearing.

9           As always, I thank the court staff in Puerto Rico,

10  Boston, and New York for their work in preparing for and

11  conducting today's hearing, and for their outstanding, ongoing

12  support of the administration of these very complex cases

13  under very challenging circumstances.

14          Stay safe and keep well, everyone.  We are adjourned.

15  Thank you.

16          (At 9:52 AM, proceedings concluded.)

17                  *       *       *

18

19

20

21

22

23

24

25

```
 1 │ U.S. DISTRICT COURT     )
 2 │ DISTRICT OF PUERTO RICO)
 3 │
 4 │     I certify that this transcript consisting of 17 pages is
 5 │ a true and accurate transcription to the best of my ability of
 6 │ the proceedings in this case before the Honorable United
 7 │ States District Court Judge Laura Taylor Swain, and the
 8 │ Honorable United States Magistrate Judge Judith Gail Dein on
 9 │ March 10, 2021.
10 │
11 │
12 │
13 │ S/ Amy Walker
14 │ Amy Walker, CSR 3799
15 │ Official Court Reporter
16 │
17 │
18 │
19 │
20 │
21 │
22 │
23 │
24 │
25 │
```

< Dates >
April 21st 10:1
April 28th 9:21,
  15:7
April 2nd 9:17, 9:25
April 8th, 2021 7:1
March 10, 2021 1:16,
  4:2, 17:9
March 17, 2021 16:3
March 24th 8:24
May 4th 10:6


< 1 >
11 12:25
11th 7:1
125 13:5
12918 14:21
15973 6:16
15989 7:7
15991 7:7
17 17:4
17-3283 6:17
17-3283. 7:8, 14:21
17-BK-3283 4:19
17-BK-3283(LTS 1:6


< 2 >
26,000 8:2, 10:8
2:30 16:6


< 3 >
30 9:1, 9:18, 12:15,
  15:22, 15:25
3799 17:14
3: 1:6
3:48 8:6
3:50 8:7


< 4 >
40 14:13
400 13:9
48 15:13


< 5 >
50 11:13

< 7 >
70 9:3


< 9 >
95 13:11
9:00 7:1
9:35 4:3
9:52 16:16


< A >
A. 2:11
AAFAF 7:4, 7:9,
  8:21, 10:24, 11:4
ability 17:5
Absolutely 9:16
acceptable 10:1
accessing 5:12
accommodation 15:3
account 15:12
accurate 6:11, 17:5
ACR 7:25, 8:2, 8:4,
  10:3
actually 10:4, 11:8
add 11:5
additional 7:20,
  10:6
address 6:1, 11:24
addressed 15:20,
  15:22
adjourn 14:17, 15:6,
  15:10
adjourned 7:1,
  15:17, 16:14
adjournment 6:24
Adjustment 5:9,
  8:17, 9:5
Administered 1:11
administration 16:12
advance 6:12, 7:6,
  16:8
adversary 16:5
Advisory 1:42
affected 5:2
Agency 1:41
Agenda 5:25, 6:16,
  6:22, 7:3, 14:15,

  14:18, 16:2
agree 14:9
agreed 15:5
agreed-upon 9:2
Akin 14:24
al 1:16, 1:35, 4:19
al. 14:19
allotted 6:14
allow 15:11
almost 14:8
Alonzo 1:37, 15:4,
  15:19
already 8:2, 10:8
although 8:5, 15:12
Alvarez 10:11
amended 9:1, 9:9,
  9:14, 9:18
America 4:15
Amy 17:13, 17:14
announce 14:14
announced 5:7
answer 7:21, 10:13,
  13:15
anticipate 10:5
anticipated 11:23
apologies 12:7
apologize 6:11
APPEARANCES 1:30,
  2:2
APPEARING 1:32
application 14:16,
  15:17
appreciate 10:21
appropriate 6:5,
  16:7
April 9:13, 15:17
argument 6:24, 6:25
around 9:17, 13:13
asserts 11:10
assistance 8:21
Atlantic 14:18, 16:6
attendance 11:12
Authority 1:42
Automatic 14:20
available 6:17, 7:6,
  11:6, 13:23
awarded 13:21
aware 11:18
away 6:15

< B >
back 6:21
begin 16:5
behalf 14:24, 15:5
believe 11:17, 15:14
benefit 8:20, 9:18
best 17:5
beyond 6:13
BIAGGI 1:42, 11:2,
   11:4, 11:16,
   11:25, 12:4, 12:7,
   12:9
Bienenstock 1:35,
   7:17, 7:18, 7:24,
   8:5, 14:3, 14:5,
   14:8, 14:12
billions 13:6, 13:7
Board 1:10, 4:17,
   7:4, 7:9, 7:13,
   7:14, 7:19, 9:6,
   10:18, 11:9,
   11:10, 11:18,
   13:5, 13:8, 13:17,
   14:9, 15:5, 15:8
bond 16:5
bondholders 8:23,
   9:3, 13:9
Boston 16:10
Brad 2:5, 14:23
break 6:20
breaking 6:12
Brian 1:36, 8:6
brief 12:22
briefly 6:2
Buenos 4:22
bunch 13:22


< C >
C. 1:42
calendar 9:1, 9:18
call 4:10, 6:7,
   7:13, 12:14
calling 5:22
candor 10:15
care 7:9
Case 4:10, 4:19,
   6:17, 7:7, 14:21,
   17:6

cases 12:25, 16:12
CAT 2:50
Center 2:4, 14:18,
   14:25
certain 13:11
certainly 11:6,
   11:19
certify 17:4
challenging 4:25,
   16:13
Chapter 12:25
circumstances 6:4,
   13:11, 16:13
claims 8:2, 8:3,
   10:4
clarity 5:24
clearly 6:5, 14:9
Clerk 6:18
close 8:24
comes 13:7
comment 14:6
comments 7:20, 12:12
Committee 2:9, 12:19
Commonwealth 1:15,
   1:34, 4:18, 11:13
completed 15:25
complex 16:12
comprehensive 7:11
computer 5:13
concerned 13:8,
   13:12, 13:16,
   13:20
concerning 10:3,
   16:4
concluded. 16:16
concludes 10:18,
   16:2
conducting 16:11
conference 5:17
connection 7:15,
   11:1, 12:12
considered 9:21
consistent 5:16
consisting 17:4
constituents 13:6
constructive 15:15
contested 14:15
context 5:6
continue 4:24,
   10:16, 13:18,

15:12, 15:14
Continued 2:2
continues 5:5
coordinating 10:11
cost 6:17, 11:13
counsel 4:22, 12:11
country 5:5
course 6:2
COURTROOM 4:8, 4:11
cover 7:11
COVID-19 5:2
create 6:11
Creditors 2:10,
   12:19
CSR 17:14
cued 14:15


< D >
D. 1:37
dashboard 5:14,
   5:15, 6:6, 8:12,
   12:17, 15:23
date 9:2, 9:10
day 13:14
days 9:1, 9:18
deadline 9:12, 9:25
deal 8:7, 13:10
Debtors 1:18, 2:11
decide 12:6
defer 8:9
definitive 9:9
Dein 1:26, 4:14,
   16:4, 17:8
delays 11:11
Department 11:12
DEPUTY 4:8, 4:11
desires 11:20
Despin 14:9
Despins 2:11, 12:18,
   12:20, 12:22,
   13:25
detail 7:10
details 11:17, 16:7
dial 6:20
dias 4:22
difficult 6:10
difficulty 6:14
diligence 8:24
direct 6:20

Disclosure 8:8, 9:19
disconnect 6:20
discovery 16:4
discussions 15:10,
    15:11, 15:14
dispute 13:1
District 1:1, 1:3,
    1:24, 1:25, 1:27,
    4:12, 17:1, 17:2,
    17:7
Docket 1:6, 6:16,
    7:7, 14:20
dollar 13:9
dollar. 13:7
dollars 11:13, 13:6
dollars. 13:7
doubt 12:24
due 8:24
during 5:22, 6:2,
    6:9

< E >
early 9:14
economic 5:6
Education 11:12
effect 8:23
EMMA 8:21
encourage 6:18
end 13:14, 13:22
Enforce 14:19
engaged 15:9
ensure 5:10
Entry 6:16, 7:7,
    14:20
ERS 6:23, 8:23, 9:3
Esq 1:42
estimate 8:3
et 1:16, 1:35, 4:19,
    14:19
evening 8:20
Everybody 4:8
everyone 5:16, 6:20,
    16:14
everything 8:25
exact 10:13
example 13:9
EXHIBITS 3:9
expect 5:7
expeditiously 10:12

extent 13:14


< F >
fact 8:25, 13:21
farther 8:18
feature 6:6
feel 15:21
Feld 14:24
file 9:17, 12:1
filed 6:16, 8:21,
    10:9, 13:5
filing 9:8, 9:9,
    9:10, 9:12, 10:5
Financial 1:9, 1:41,
    4:17
fine 10:14, 12:8
first 6:22, 7:3,
    7:13, 7:25
Fiscal 1:40
follow-up 9:8,
    10:18, 11:21, 14:6
formulation 5:8
forth 8:22, 9:20
forward 9:20
fruitful 10:17


< G >
G. 4:14
Gail 1:26, 17:8
game 13:23
generally 12:24
getting 8:8
give 10:12, 12:15,
    13:10
given 9:14, 13:8,
    13:22
giving 13:9
glad 8:1, 10:16
goal 9:16
God 4:15
government 10:10,
    11:18, 11:23
grant 15:16
granted 6:23
grateful 11:21
Group 2:5, 9:6
Gump 14:24

< H >
hand 12:24, 13:2
handle 10:7
Hauer 14:24
health 5:3
hear 5:8, 8:13,
    10:16
heard 6:4, 6:8,
    12:17, 14:1
Hearing 1:23, 4:20,
    4:24, 5:11, 5:18,
    6:10, 6:14, 7:6,
    9:22, 15:6, 15:7,
    16:2, 16:3, 16:4,
    16:5, 16:8, 16:11
Hello 12:4
help 10:22
helpful 10:10
Honor 4:11, 7:17,
    8:5, 8:9, 8:13,
    8:15, 9:16, 10:2,
    10:21, 11:2, 11:5,
    11:16, 11:25,
    12:1, 12:9, 12:18,
    12:23, 13:24,
    14:3, 14:23, 15:2,
    15:6, 15:18
Honorable 1:24,
    1:26, 4:13, 4:14,
    4:15, 17:6, 17:8
hope 5:3, 8:25
Hopefully 14:8,
    15:15
hours 15:13


< I >
identify 5:23
II.1 14:18
III 1:8, 2:11, 4:19,
    4:25, 12:25
impediment 11:14,
    11:19
impediments 11:22
implementation
    11:11, 11:15
implementing 11:24
important 7:11
Inc. 14:19

including 5:19,
  15:12
increase 5:4
insolvency 12:25
intend 13:18
intention 9:24
interest 4:22, 6:1
interested 6:18
interrupt 6:9, 6:10,
  6:13
island 5:3
issue 8:5, 16:6
issued 5:18
issues 6:2, 14:11,
  16:4
Item 6:22, 7:3,
  14:15, 14:18

< J >
J. 1:35
joint 6:23, 15:16
Jointly 1:11
Juan 4:1
Judge 1:24, 1:25,
  1:26, 1:27, 4:5,
  4:7, 16:4, 17:7,
  17:8
judicial 5:17
Judith 1:26, 4:14,
  17:8
Julia 1:37

< K >
Kahn 2:5, 14:23,
  15:1, 15:2, 15:18,
  15:19
keep 6:19, 16:14

< L >
Last 8:20, 9:11
Laura 1:24, 4:13,
  17:7
least 9:2, 10:6
left 13:3, 13:15
Lift 15:9
lifted 5:5
limited 5:19

line 5:11, 12:11,
  15:4
Lisa 4:7
listed 5:24
litigants 6:23
LLP 7:18
logistical 16:7
lot 10:5, 10:9,
  13:12, 13:21
Luc 2:11, 12:18
Luis 1:42, 11:4

< M >
Magistrate 1:26,
  17:8
magnitude 10:4
mainland 5:4
Management 1:10,
  4:17
March 6:25
MARINI 1:42, 10:25,
  11:2, 11:4, 11:16,
  11:25, 12:4, 12:7,
  12:9
Marsal 10:11
Martin 1:35, 7:18,
  14:5
matter 14:16, 15:17
matters 5:25, 7:11,
  15:20
Medical 2:4, 14:18,
  14:25
members 4:23, 5:20
message 12:23, 13:4,
  13:20
mildly 13:19
million 11:13, 13:6,
  13:9
mind 8:16, 9:12
mixed 12:23
modification 9:4
money 13:12, 13:15,
  13:21
morning 4:5, 4:7,
  4:9, 4:11, 7:17,
  7:23, 8:7, 8:14,
  8:15, 11:2, 11:3,
  12:18, 12:20,
  14:23, 15:1

Motion 6:24, 9:19,
  14:19, 15:9
movants 14:25
move 10:16
moving 8:1, 9:20,
  10:9
Ms 1:37, 4:7, 4:10,
  15:4, 15:19
mute 5:11, 5:13


< N >
name 5:23, 6:5,
  12:13, 15:22
names 12:16
nearly 11:13
necessary 14:11
need 5:14, 6:19,
  15:20, 15:23
needs 15:21
negotiations 13:18
New 16:10
next 12:1, 12:8,
  14:14, 15:6, 16:3
Ng 4:7
night 9:11
nine 11:10
No. 1:6, 4:19, 6:16,
  6:17, 7:7, 10:21,
  14:20, 14:21
nobody 13:1
None 3:5, 3:11
Nos. 7:7
note 6:23
noted 10:5, 15:8
notwithstanding 9:17
number 8:3


< O >
obviously 9:5, 13:15
occurring 4:24
offering 13:5
Official 2:8, 12:19,
  17:15
Okay 12:9
Omni 9:13, 15:17
Omnibus 1:23, 4:20,
  4:24, 9:21, 15:7,
  16:2

once 5:5
one 6:7, 9:5, 11:7, 12:24
ones 10:6
ongoing 5:2, 16:11
operation 5:10
opportunity 6:1, 14:13
optimistic 13:16
Order 7:5, 14:19, 16:7
orderly 5:10
orders 5:17
outstanding 16:11
overpayments 11:24
Oversight 1:9, 4:17, 7:4, 7:9, 7:13, 7:14, 7:18, 11:8, 11:10, 15:5, 15:8
owed 13:6
own 6:19

< P >
PAGE 3:3
pages 17:4
pandemic 5:2
paragraph 11:10, 13:17
part 13:2
participant 6:15
particular 11:14, 11:22
PARTIES 1:32, 4:22, 5:11, 5:20, 6:1, 7:12, 15:5, 15:9, 15:10
partner 8:6
payroll 11:12
pennies 13:7
people 5:1, 12:14, 12:15, 13:13, 13:22, 14:14
percent 9:3, 13:11
period 8:24, 12:15, 15:11
permission 15:6
permitted 5:19
person 5:19, 6:7
phone 5:14, 5:15,

8:12, 12:16, 15:23
phones 5:11
PHV 1:35, 1:36, 1:37, 2:5, 2:11
Plan 8:8, 8:17, 9:1, 9:5, 9:9, 9:14, 9:19, 13:5, 15:14
plans 5:8
Please 4:10, 5:13, 5:23, 6:5, 6:9, 6:15, 8:11
PM 16:6
policies 5:17
positive 9:5, 13:4, 13:18, 13:19
possible 10:12
potentially 13:10
prepared 14:22
preparing 16:10
present 4:14
presentations 6:3
presiding 4:14
press 4:23, 5:20
Prime 6:18
Prior 9:11, 14:19
probably 8:6, 9:17
procedures 7:5, 7:25, 8:4, 9:20, 16:7
Proceedings 2:49, 5:1, 5:12, 5:23, 16:5, 16:16, 17:6
process 10:10, 10:11, 10:17
produced 2:49
productive 15:15
progress 5:3, 5:7
PROMESA 1:8, 4:19
Proposed 8:8, 8:22, 9:10, 9:11, 15:13
Proskauer 7:18, 15:4
provide 5:25, 9:1
providing 16:7
public 4:23, 5:20, 6:17, 7:7
PUERTO 1:3, 1:11, 1:16, 1:35, 1:40, 4:1, 4:13, 4:18, 4:19, 16:9, 17:2
punished 5:21

< Q >
question 7:25, 9:8, 10:3, 11:7
questions 6:13, 7:12, 7:21, 10:18, 11:6, 12:12
quick 14:6
quickly 10:9
quite 7:10, 13:20

< R >
raised 6:2
Re 1:6, 4:17
ready 4:8, 8:8
really 10:6
record 5:24
recorded 2:49
recording 5:18
recovery 5:6, 13:11
reference 14:10
referred 8:2
reflected 7:10
reforms 11:11, 11:15, 11:24
regard 13:20
relates 11:8
Relief 14:20
remain 5:1, 10:7, 13:16
remaining 8:4, 10:4
remarks 6:3, 7:15, 10:19, 10:25
Remember 15:22
remind 5:16
report 7:21, 8:16, 9:11, 9:25, 11:1, 11:9, 11:11, 12:1, 12:8, 13:17
Reporter 17:15
reports 7:3, 7:5, 7:10, 7:16, 12:13, 14:2
representation 9:24
representative 1:13, 4:18, 10:24
representatives 7:14
requested 7:4

require 6:3
required 10:1
resolved 14:11
respect 7:20, 9:8,
   10:3
Response 14:1, 15:8
response. 15:24
restrictions 5:4
retransmission 5:18
revenue 16:5
RICO 1:3, 1:11,
   1:16, 1:35, 1:40,
   4:1, 4:13, 4:18,
   4:19, 16:9, 17:2
road 13:3
rollouts 5:4
Rose 7:18
ROSEN 1:36, 8:6,
   8:11, 8:13, 8:14,
   8:15, 8:20, 9:16,
   10:2, 10:20, 10:21
rule 5:21, 6:12


< S >
S. 1:36
S/ 17:13
safe 16:14
safety 5:3
San 4:1
sanctions 5:21
save 4:15
saw 13:16
schedule 9:10, 9:11
scheduled 6:24,
   6:25, 16:3
seconds 12:15,
   14:13, 15:22, 16:1
select 5:13
session 4:13
set 9:10, 9:12, 9:19
setting 8:22
settlement 15:9,
   15:11
settlements 12:24,
   13:3
short 15:11
side 13:3
sign 13:10
sir 8:19, 14:7

Solutions 5:14, 6:6
sorry 10:13
sounds 9:13
speaker 5:22, 6:19
speakers 5:24, 6:7
speaking 4:6, 5:12
specified 6:21
spoken 5:25
staff 16:9
stakeholders 4:25
Standard 16:6
stands 10:16
state 6:5, 12:13,
   12:16, 15:22
Statement 8:8, 9:19
States 1:1, 1:25,
   1:27, 4:12, 4:15,
   17:7, 17:8
status 7:3, 7:15,
   9:11, 9:25, 11:1,
   11:11, 12:1, 12:8,
   12:13, 13:17
Stay 14:20, 15:9,
   16:14
stenography 2:49
stipulation 8:21
Strauss 14:24
strike 13:19
subsequent 9:4
substantial 5:7
sum 13:23
supplement 11:19
support 16:12
Swain 1:24, 4:5,
   4:14, 17:7
system 11:12


< T >
Tacoronte 4:10
Taylor 1:24, 4:13,
   17:7
team 8:21, 10:11
telephonic 4:23,
   5:10, 7:6
TELEPHONICALLY 1:32
ten 13:17
themselves 14:14
third 9:9, 9:14,
   9:18

thoughts 5:1
thrown 13:12
Thursday 7:1
timetable 9:9, 9:14,
   11:23
tip 13:10, 14:10
Title 1:8, 2:11,
   4:19, 4:25, 12:25
Today 4:23, 5:8,
   5:10, 5:25, 15:21,
   16:2, 16:11
tomorrow 6:24, 6:25
tone 13:19
top 8:9
topic 9:7
total 8:3
toward 5:6, 5:8
track 6:19
Transcript 2:49,
   6:11, 17:4
transcription 17:5
transferred 8:4
treatment 8:22,
   8:23, 9:2
true 17:5
trying 12:5
turn 10:24
turning 6:22


< U >
understand 11:17,
   14:16
understanding 8:22
United 1:1, 1:25,
   1:27, 4:12, 4:15,
   17:6, 17:8
Unmute 5:15, 8:11,
   12:16, 15:23
unnecessary 14:8
Unsecured 2:9
until 8:23
update 11:23
updates 7:15, 11:1
usual 6:12, 7:3


< V >
vaccine 5:4
Violations 5:20

< W >
wait 15:22
Walker 17:13, 17:14
wanted 14:10
wave 6:6
week 9:12
Welcome 4:22
whatever 7:21
whether 7:14, 11:14,
  11:22
Will 5:7, 5:22, 6:7,
  6:20, 8:9, 8:23,
  8:24, 8:25, 9:1,
  9:2, 9:4, 9:5,
  9:23, 10:24,
  11:25, 12:8, 12:9,
  12:14, 14:11,
  14:14, 14:16,
  15:15, 15:22,
  16:5, 16:6
wish 6:4, 7:14,
  10:25, 12:12
wishes 6:7
within 9:1
WITNESSES 3:3
work 5:5, 16:10
working 11:18
writing 7:5, 11:20


< Y >
York 16:10
yourself 5:23, 8:11


< Z >
zero 13:23