# EXHIBIT A

**Schedule of Claims Subject to Two Hundred Ninety-Eighth Omnibus Objection**

Two Hundred and Ninety-Eighth Omnibus Objection
Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ASOCIACION DE SUSCRIPCION CONJUNTA DEL SEGURO DE RESPONSABILIDAD OBLIGATORIO C/O VERONICA FERRAIUOLI HORNEDO, ESQ. PO BOX 195384 SAN JUAN, PR 00919 | 05/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 28674 | $ 1,138,687.00* | ASOCIACION DE SUSCRIPCION CONJUNTA DEL SEGURO DE RESPONSABILIDAD OBLIGATORIO C/O VERONICA FERRAIUOLI HORNEDO, ESQ. PO BOX 195384 SAN JUAN, PR 00919 | 01/17/21 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 179040 | $ 1,252,718.50 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | BAXTER SALES AND DISTRIBUTION PUERTO RICO CORP PO BOX 195075 SAN JUAN, PR 00919 | 06/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 111825 | $ 3,259,294.09* | BAXTER SALES AND DISTRIBUTION PUERTO RICO CORP. C/O WINSTON MENDEZ-SILVAGNOLI P.O. BOX 360002 SAN JUAN, PR 00919 | 01/21/21 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 179024 | $ 1,499,407.06 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | BELTRAN RAMOS , RUTH M. PO BOX 114 RINCON, PR 00677 | 06/27/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 107015 | Undetermined* | BELTRAN RAMOS, RUTH PO BOX 114 RINCON, PR 00677 | 12/28/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178982 | $ 6,384.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 4 | BELTRAN RAMOS, LYDIA E. BOX 114 RINCON, PR 00677-0000 | 06/27/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 102694 | Undetermined* | BELTRAN RAMOS, LYDIA E. P.O. BOX 114 RINCON, PR 00677 | 12/14/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178955 | $ 33,600.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 5 | BELTRAN RAMOS, LYDIA E. P.O. BOX 114 RINCON, PR 00677 | 06/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 139295 | Undetermined* | BELTRAN RAMOS, LYDIA E. P.O. BOX 114 RINCON, PR 00677 | 12/14/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178953 | $ 7,200.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Ninety-Eighth Omnibus Objection
Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | BELTRAN RAMOS, LYDIA E. P.O. BOX 114 MUNOZ RIVERA 49 RINCON, PR 00677 | 06/27/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 108200 | Undetermined* | BELTRAN RAMOS, LYDIA E. P.O. BOX 114 RINCON, PR 00677 | 12/14/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178954 | $ 51,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 7 | BELTRAN RAMOS, NELLY PO BOX 1107 RINCON, PR 00677-1107 | 06/28/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 113522 | Undetermined* | BELTRAN RAMOS, NELLY PO BOX 1107 RINCON, PR 00677 | 12/14/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178956 | $ 36,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 8 | BELTRAN RAMOS, NELLY PO BOX 1107 RINCON, PR 00677 | 06/27/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 119124 | Undetermined* | BELTRAN RAMOS, NELLY P.O. BOX 1107 RINCON, PR 00677 | 12/14/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178957 | $ 70,200.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 9 | BELTRAN RAMOS, NELLY PO BOX 1107 RINCON, PR 00677 | 06/28/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 135892 | $ 5,000.00* | BELTRAN RAMOS, NELLY P.O. BOX 1107 RINCON, PR 00677 | 12/14/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178959 | $ 5,500.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 10 | BELTRAN RAMOS, NELLY PO BOX 1107 RINCON, PR 00677 | 07/03/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 142551 | Undetermined* | BELTRAN RAMOS, NELLY PO BOX 1107 RINCON, PR 00677 | 12/14/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178958 | $ 23,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 11 | BELTRAN RAMOS, RUTH PO BOX 114 RINCON, PR 00677 | 07/03/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 105415 | Undetermined* | BELTRAN RAMOS, RUTH PO BOX 114 RINCON, PR 00677 | 12/28/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 178985 | $ 33,600.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

Two Hundred and Ninety-Eighth Omnibus Objection
Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12 | BELTRAN RAMOS, RUTH M<br>P.O. BOX 114<br>RINCON, PR 00677 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 128418 | Undetermined* | BELTRAN RAMOS, RUTH M.<br>PO BOX 114<br>RINCON, PR 00677 | 12/28/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 178984 | $ 13,200.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 13 | BONILLA VELEZ, WIDNA A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR00681 | 05/25/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 25353 | $ 12,667.15 | BONILLA VELEZ, WIDNA A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR00681 | 06/01/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 34587 | $ 12,667.15 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 14 | CABAN VARGAS, ARLENE<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR00681 | 05/25/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 25355 | $ 12,264.31 | CABAN VARGAS, ARLENE<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR00681 | 06/01/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 34596 | $ 12,264.31 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 15 | CHEVERE ZAYAS, IVELISSE<br>200 PARK WEST APT34<br>BAYAMÒN, PR 00961 | 09/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 175562 | $ 4,800.00 | CHEVERE ZAYAS, IVELISSE<br>200 PARK WEST APT34<br>BAYAMON, PR00961 | 09/24/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 176230 | $ 14,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 16 | DOELTER BAEZ, MAYRA R.<br>URB. JARDINES DE LAFAYETTE<br>V4 CALLE P<br>ARROYO, PR 00714 | 06/27/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 163596 | Undetermined* | DOELTER BAEZ, MAYRA R.<br>URB. JARDINES DE LAFAYETTE<br>V4 CALLE P<br>ARROYO, PR 00714 | 02/18/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 173239 | $ 20,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Ninety-Eighth Omnibus Objection
Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 17 | EMPRESAS OMAJEDE INC. 1608 CALLE BORI, SUITE 218 SAN JUAN, PR 00927 | 05/25/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 21372 | $ 338,503.37 | EMPRESSAS OMAJEDE INC. 1608 CALLE BORI, SUITE 218 SAN JUAN, PR 00927 | 06/25/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 70324 | $ 338,503.37 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 18 | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 05/25/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 26399 | $ 45,995,002.94 | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 50221 | $ 43,400,081.58* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 19 | KATHERINE FIGUEROA AND GUY SANCHEZ VILMA M. DAPENA RODRIGUEZ 120 CARLOS CHARDON AVENUE QUANTUM METROCENTER BOX 28 SAN JUAN, PR 00918 | 05/24/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 17365 | $ 5,000,000,000.00* | KATHERINE FIGUEROA AND GUY SANCHEZ VILMA M. DAPENA RODRIGUEZ 120 CARLOS CHARDON AVENUE QUANTUM METROCENTER BOX 28 SAN JUAN, PR 00918 | 03/01/21 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 179114 | $ 5,000,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 20 | L B CONSTRUCTION HC 02 BOX 12335 MOCA, PR 00676 | 06/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 154783 | $ 34,406.00 | LUIS O. BARRETO PEREZ DBA LB CONSTRUCTION HC 02 BOX 12335 MOCA, PR 00670 | 11/30/20 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 178898 | $ 34,406.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Two Hundred and Ninety-Eighth Omnibus Objection
### Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 21 | PUERTO RICO LAND ADMINISTRATION ATTN: CARLOS E. CARDONA FERNANDEZ PO BOX 810412 CAROLINA, PR 00981-0412 | 01/30/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 406 | $ 954,752.00* | PUERTO RICO LAND ADMINISTRATION CARLOS E. CARDONA-FERNANDEZ PO BOX 810412 CAROLINA, PR 00981-0412 | 06/28/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 89138 | $ 954,752.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 22 | RIVERA, MARCELINO URB. RIO GRANDE ESTATE 11412 REY LUIS XV RÍO GRANDE, PR 00745 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175676 | $ 4,800.00 | RIVERA, MARCELINO URB. RIO GRANDE ESTATE 11412 REY LUIS XV RÍO GRANDE, PR 00745 | 09/15/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 175669 | $ 4,800.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 23 | ROCHE DIAGNOSTICS CORPORATION ATTN: DOUGLAS DURBIN 9115 HAGUE ROAD - BUILDING B3-1 MAIL STOP A3-A INDIANAPOLIS, IN 46256 | 05/25/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 21496 | Undetermined* | ROCHE DIAGNOSTICS CORPORATION DOUGLAS DURBIN 9115 HAGUE ROAD - BUILDING B3-1 MAIL STOP A3-A INDIANAPOLIS, IN 46256 | 01/27/21 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 179065 | $ 0.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 24 | TRASLADOS MEDICOS DE PUERTO RICO PMB 111 PO BOX 70344 SAN JUAN, PR 00936-8344 | 06/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 152108 | $ 8,884,829.31 | TRASLADOS MEDICOS DE PUERTO RICO ALCIES A. REYES GILESTRA PO BOX 195036 SAN JUAN, PR 00919-5036 | 10/29/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 177598 | $ 16,038,658.61 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 25 | UNIQUE BUILDERS, INC. C/O JOSE F. CARDONA JIMENEZ, ESQ. PO BOX 9023593 SAN JUAN, PR 00902-3593 | 05/25/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 23832 | $ 1,924,135.61* | UNIQUE BUILDERS, INC. C/O JOSE F. CARDONA JIMENEZ, ESQ. PO BOX 9023593 SAN JUAN, PR 00902-3593 | 05/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 29911 | $ 2,271,539.78 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

Two Hundred and Ninety-Eighth Omnibus Objection
Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 26 | VERA ROLDAN, LOURDES<br>310 PASSAIC AVE APT 315<br>HARRISON, NJ 07029 | 12/16/20 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 178974 | $ 63,000.00 | VERA ROLDAN, LOURDES<br>310 PASSAIC AVE APT 315<br>HARRISON, NJ 07029 | 12/18/20 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 178978 | $ 63,000.00 |

Reason: Amended and superseded by a later filed Proof of Claim.