# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Second Omnibus Objection**

## Three Hundred and Second Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BERMUDEZ DAVILA, AMADA<br>P.O. BOX 1612<br>SANTA ISABEL, PR 00757 | 4/1/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 177584 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CAMACHO RODRIGUEZ, MARIA E.<br>HC 01 BOX 23639<br>CAGUAS, PR 00725-8920 | 8/11/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 177843 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | MALARET CARDONA, DAMIAN<br>HC 07 BOX 34170<br>HATILLO, PR 00659 | 6/4/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46058 | $ 10,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | MORALES DE JESUS, MARIA DE L<br>RR 11 BOX 4559<br>BAYAMON, PR 00956 | 10/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 167834 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | TORRES ORTIZ, MARIA LEIDA<br>PO BOX 847<br>OROCOVIS, PR 00720 | 11/23/2020 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 178882 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

|  |  |  | TOTAL | $ 10,000.00* |
|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts