# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Fifth Omnibus Objection**

Three Hundred and Fifth Omnibus Objection
Exhibit A - Incorrect Debtor

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BANKRUPTCY ESTATE OF PMC MARKETING CORP. BANK. CASE NO. 09-02048<br>NOREEN WISCOVITCH-RENTAS, CHAPTER 7 TRUSTEE<br>PMB 136 400 CALLE JUAN CALAF<br>SAN JUAN, PR 00918 | 10198 | Commonwealth of Puerto Rico | Unsecured | $1,154,734.06* | Puerto Rico Electric Power Authority | Unsecured | $1,154,734.06* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 2 | COLON, MAGDA L. RIVERA<br>ST. MARYS PLAZA 1<br>APT. 903 N 1485-1 ASFHORD<br>SAN JUAN, PR 00907 | 18253 | Commonwealth of Puerto Rico | Unsecured | $4,783.50* | Puerto Rico Electric Power Authority | Unsecured | $4,783.50* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 3 | COLON, OSCAR<br>JANE BECKER WHITAKER<br>PO BOX 9023914<br>SAN JUAN, PR 00902 | 144212 | Commonwealth of Puerto Rico | Unsecured | $5,000,000.00* | Puerto Rico Electric Power Authority | Unsecured | $5,000,000.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 4 | LOPEZ RODRIGUEZ, LYDIA E<br>RR-10 BOX 5073<br>SAN JUAN, PR 00926 | 16840 | Commonwealth of Puerto Rico | Unsecured | $2,511.53* | Puerto Rico Electric Power Authority | Unsecured | $2,511.53* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 5 | MARIA SANCHEZ GUADIANA<br>C/O LCDO. CARLOS J. GARCIA MORALES<br>PO BOX 800296<br>COTO LAUREL, PR 00780-0296 | 37588 | Commonwealth of Puerto Rico | Unsecured | $350,000.00* | Puerto Rico Electric Power Authority | Unsecured | $350,000.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 6 | OMAR LUGO AND YESSICA ACEVEDONM AND THEIR CONJUGAL PARTNERSHIP<br>PO BOX 9023917<br>SAN JUAN, PR 00902 | 145911 | Commonwealth of Puerto Rico | Unsecured | $5,000,000.00 | Puerto Rico Electric Power Authority | Unsecured | $5,000,000.00 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Fifth Omnibus Objection
Exhibit A - Incorrect Debtor

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 7 | PEREZ-RODRIGUEZ, MARIA VICTOR<br>PO BOX 1436<br>SABANA SECA, PR 00952 | 7844 | Commonwealth of Puerto Rico | 503(b)(9) | $1,400,000.00* | Puerto Rico Electric Power Authority | 503(b)(9) | $1,400,000.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 8 | RAMOS-RODRIGUEZ, MELISA<br>HC 1 BOX 17257<br>HUMACAO, PR 00791 | 35844 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 9 | RANCEL LOPEZ, JULIO<br>PO BOX 404<br>GUAYAMA, PR00785 | 12322 | Commonwealth of Puerto Rico | Unsecured | $100,000.00* | Puerto Rico Electric Power Authority | Unsecured | $100,000.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 10 | RIVERA RAMIREZ, JOSE MARCELO<br>JANE BECKER WHITAKER<br>PO BOX 9023914<br>SAN JUAN, PR 00902 | 153437 | Commonwealth of Puerto Rico | Unsecured | $3,000,000.00* | Puerto Rico Electric Power Authority | Unsecured | $3,000,000.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 11 | RIVERA VALCAREL, ANA L<br>CHALETS DEL PARQUE 170<br>GUAYNABO, PR 00969 | 46969 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 12 | RIVERA, IVAN R. CORDOVA<br>PO BOX 1763<br>COROZAL, PR 00783 | 18316 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 13 | RODRIGUEZ COLON, JUAN CARLOS<br>C/O ERASMO RODRIGUEZ VAZQUEZ<br>PO BOX 1468<br>GUAYAMA, PR00785 | 91942 | Commonwealth of Puerto Rico | Unsecured | $100,000.00 | Puerto Rico Electric Power Authority | Unsecured | $100,000.00 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Fifth Omnibus Objection
Exhibit A - Incorrect Debtor

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | RODRIGUEZ LABOY, ANDRES<br>HC-65 BOX 6395<br>PATILLAS, PR00723 | 10752 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 | Puerto Rico Electric Power Authority | Unsecured | $10,000.00 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| 15 | ROMAN ORTIZ, OSCAR<br>HC 01 BOX 9732<br>TOA BAJA, PR 00949 | 17101 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| 16 | SANTIAGO CASTRO, KATIA<br>JOHANNA FELICIANO GONZALEZ<br>PO BOX 16752<br>SAN JUAN, PR 00908 | 346 | Commonwealth of Puerto Rico | Unsecured | $75,000.00* | Puerto Rico Electric Power Authority | Unsecured | $75,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| 17 | VAZQUEZ RIVERA, CARLOS E.<br>200 PARKWEST<br>APTO. 14<br>BAYAMON, PR00961 | 17773 | Commonwealth of Puerto Rico | Unsecured | $4,785.12* | Puerto Rico Electric Power Authority | Unsecured | $4,785.12* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| 18 | VILLANUEVA CRUZ, FELIX A<br>HC 61 BOX 5260<br>AGUADA, PR 00602 | 52873 | Commonwealth of Puerto Rico | Unsecured | $25,000.00* | Puerto Rico Electric Power Authority | Unsecured | $25,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | TOTAL | | $ 16,226,814.21* | TOTAL | | $ 16,226,814.21* |

\* Indicates claim contains unliquidated and/or undetermined amounts