# **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima quinta objeción global**

Tricentésima Quinta Objeción Global
Anexo A: Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | BANKRUPTCY ESTATE OF PMC MARKETING CORP. BANK. CASE NO. 09-02048<br>NOREEN WISCOVITCH-RENTAS, CHAPTER 7 TRUSTEE<br>PMB 136 400 CALLE JUAN CALAF<br>SAN JUAN, PR 00918 | 10198 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,154,734.06* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $1,154,734.06* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 2 | COLON, MAGDA L. RIVERA<br>ST. MARYS PLAZA1<br>APT. 903 N 1485-1 ASFHORD<br>SAN JUAN, PR 00907 | 18253 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,783.50* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $4,783.50* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 3 | COLON, OSCAR<br>JANE BECKER WHITAKER<br>PO BOX 9023914<br>SAN JUAN, PR 00902 | 144212 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $5,000,000.00* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 4 | LOPEZ RODRIGUEZ, LYDIA E<br>RR-10 BOX 5073<br>SAN JUAN, PR 00926 | 16840 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,511.53* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $2,511.53* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 5 | MARIA SANCHEZ GUADIANA<br>C/O LCDO. CARLOS J. GARCIA MORALES<br>PO BOX 800296<br>COTO LAUREL, PR 00780-0296 | 37588 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $350,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $350,000.00* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Quinta Objeción Global
Anexo A: Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 6 | OMAR LUGO AND YESSICA ACEVEDONM AND THEIR CONJUGAL PARTNERSHIP<br>PO BOX 9023917<br>SAN JUAN, PR 00902 | 145911 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $5,000,000.00 |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 7 | PEREZ-RODRIGUEZ, MARIA VICTOR<br>PO BOX 1436<br>SABANA SECA, PR 00952 | 7844 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $1,400,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | 503(b)(9) | $1,400,000.00* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 8 | RAMOS-RODRIGUEZ, MELISA<br>HC 1 BOX 17257<br>HUMACAO, PR 00791 | 35844 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 9 | RANCEL LOPEZ, JULIO<br>PO BOX 404<br>GUAYAMA, PR00785 | 12322 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $100,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $100,000.00* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 10 | RIVERA RAMIREZ, JOSE MARCELO JANE BECKER WHITAKER<br>PO BOX 9023914<br>SAN JUAN, PR 00902 | 153437 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,000,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $3,000,000.00* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 11 | RIVERA VALCAREL, ANA L<br>CHALETS DEL PARQUE 170<br>GUAYNABO, PR 00969 | 46969 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Quinta Objeción Global
Anexo A: Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 12 | RIVERA, IVAN R. CORDOVA<br>PO BOX 1763<br>COROZAL, PR 00783 | 18316 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 13 | RODRIGUEZ COLON, JUAN CARLOS<br>C/O ERASMO RODRIGUEZ VAZQUEZ<br>PO BOX 1468<br>GUAYAMA, PR00785 | 91942 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $100,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $100,000.00 |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 14 | RODRIGUEZ LABOY, ANDRES<br>HC-65 BOX 6395<br>PATILLAS, PR00723 | 10752 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $10,000.00 |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 15 | ROMAN ORTIZ, OSCAR<br>HC 01 BOX 9732<br>TOA BAJA, PR 00949 | 17101 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 16 | SANTIAGO CASTRO, KATIA<br>JOHANNA FELICIANO GONZALEZ<br>PO BOX 16752<br>SAN JUAN, PR 00908 | 346 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $75,000.00* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 17 | VAZQUEZ RIVERA, CARLOS E.<br>200 PARKWEST<br>APTO. 14<br>BAYAMON, PR00961 | 17773 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,785.12* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $4,785.12* |
| | Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Quinta Objeción Global
Anexo A: Deudor Incorrecto

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 18 | VILLANUEVA CRUZ, FELIX A HC 61 BOX 5260 AGUADA, PR 00602 | 52873 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $25,000.00* |

Base para: El Reclamante considera que el Estado Libre Asociado de Puerto Rico es deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda responsabilidad, si la hubiere recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | TOTAL | | $ 16,226,814.21* | TOTAL | | $ 16,226,814.21* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados