## **EXHIBIT B**

**Declaration of Jay Herriman**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

<table>
<tr><td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

                      Debtors.[1]

</td><td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the Commonwealth.**

</td></tr>
</table>

**DECLARATION OF JAY HERRIMAN IN SUPPORT OF THE THREE HUNDRED FIFTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO INCORRECT DEBTOR CLAIMS**

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.       I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed pursuant to the *Puerto*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

*Rico Oversight, Management, and Economic Stability Act* ("<u>PROMESA</u>").[2]   Unless otherwise
stated in this declaration, I have personal knowledge of the facts set forth herein.

2.       In my capacity as a Managing Director of A&M, I am one of the persons
responsible for overseeing the claims reconciliation and objection process in the Debtors' cases
filed pursuant to PROMESA.  The Debtors' ongoing claims reconciliation process involves the
collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill &
Borges LLC, counsel for the Oversight Board, the legal representative for the Commonwealth of
Puerto Rico (the "<u>Commonwealth</u>," or the "<u>Debtor</u>").

3.       I submit this declaration in support of the *Three Hundred Fifth Omnibus (Non-
Substantive) Objection of the Commonwealth of Puerto Rico to Incorrect Debtor Claims* (the
"<u>Three Hundred Fifth Omnibus Objection</u>").[3]  I have personally reviewed the Three Hundred Fifth
Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information
contained therein.

4.       In preparation for filing the Three Hundred Fifth Omnibus Objection, and under
my direction and/or supervision, each of the claims at issue in the Three Hundred Fifth Omnibus
Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate
personnel.  These efforts resulted in the identification of the claims to be reclassified, as identified
in <u>Exhibit A</u> to the Three Hundred Fifth Omnibus Objection (collectively the "<u>Claims to Be
Reclassified</u>").

---

[2]  PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3]  Capitalized terms used but not defined herein shall have the meanings set forth in the Three
    Hundred Fifth Omnibus Objection.

5.      To the best of my knowledge, information, and belief, the Claims to Be Reclassified

identify the Commonwealth as obligor when the proof of claim and/or supporting documentation

indicates that such claims are properly asserted, if at all, against PREPA.  Each of the Claims to

Be Reclassified assert liabilities associated with Asserted PREPA Litigations, which were filed

against PREPA, and which did not name the Commonwealth as a party.  Further, each of the claims

to Be Reclassified do not provide any basis to assert liability against the Commonwealth for the

Asserted PREPA Litigations.  Accordingly, each Claim to Be Reclassified should be reclassified

to be asserted against PREPA.

6.      I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 12, 2021

By:      /s/ *Jay Herriman*
         Jay Herriman

# ANEXO B

## Declaración de Jay Herriman

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

|  |  |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*.,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA.** |

**DECLARACIÓN DE JAY HERRIMAN EN APOYO DE LA TRICENTÉSIMA QUINTA OBJECIÓN GLOBAL (NON-SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES DE DEUDOR INCORRECTO**

Yo, Jay Herriman, de conformidad con el Título 28 U.S.C., § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi fiel saber y entender:

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa informático)

1. Soy director general de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera (la "Junta de Supervisión") contrató a A&M para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamaciones en relación con los casos de los Deudores radicados conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2] Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2. En mi capacidad de director general de A&M, soy una de las personas responsables de supervisar el proceso de reconciliación y objeciones relativo a las reclamaciones en el marco de los casos de los Deudores radicados conforme a PROMESA. El proceso continuo de reconciliación de reclamaciones de los Deudores implica un esfuerzo colectivo de un equipo de los empleados de A&M, así como de Proskauer Rose LLP y de O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal del Estado Libre Asociado de Puerto Rico (el "ELA" o el "Deudor").

3. Realizo esta declaración en apoyo de la *Tricentésima quinta objeción global (non-sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones de Deudor Incorrecto* (la "Tricentésima quinta objeción global").[3] He revisado personalmente la Tricentésima quinta objeción global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4. Durante el proceso de preparación para radicar la Tricentésima quinta objeción global, bajo mi dirección y/o supervisión, cada una de las reclamaciones controvertidas en la

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101 a 2241.

[3] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Tricentésima quinta objeción global.

Tricentésima quinta objeción global fue examinada y analizada cuidadosamente de buena fe aplicando la debida diligencia por parte del personal pertinente. Dichos esfuerzos resultaron en la identificación de las reclamaciones que han de ser reclasificadas, según se identifica en el Anexo A de la Tricentésima quinta objeción global (conjuntamente, las "Reclamaciones que han de ser reclasificadas").

5.      A mi fiel saber y entender, las Reclamaciones que han de ser reclasificadas identifican al ELA como deudor, cuando la evidencia de reclamación y/o la documentación justificativa muestran que en todo caso lo correcto sería que dichas reclamaciones se alegaran contra la AEE. Cada una de las Reclamaciones que han de ser reclasificadas alega responsabilidades vinculadas con Litigios Radicados contra la AEE, que fueron sometidos contra la AEE y que no nombran al ELA como parte. Además, ninguna de las Reclamaciones que han de ser reclasificadas proporciona base alguna para alegar responsabilidad contra el ELA en relación con los Litigios Radicados contra la AEE. En consecuencia, cada una de las Reclamaciones que han de ser reclasificadas debe ser reclasificada para alegarse contra la AEE.

6.      Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi fiel saber y entender.

Fecha: 12 de marzo de 2021

Por:     [*Firma en la versión en inglés*]
         Jay Herriman

3