# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima séptima objeción global**

## Tricentésima Séptima Objeción Global
### Anexo A: Reclamos Sin Responsabilidad y Deficientes de Titulares de Bonos

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ANA D RODRIGUEZ HERNANDEZ & MIGUEL A BURGOS FIGUEROA<br>URB MUNOZ RIVERA<br>8 CALLE ALBORADA<br>GUAYNABO, PR 00969-3566 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22446 | $ 290,997.60 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo deficiente y derivativo. | | | | | |
| 2 | BARRIOS RIVERA, GREGORIO<br>HC 4 BOX 136751<br>ARECIBO, PR 00612-9222 | 4/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6373 | $ 663,883.62 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo deficiente y derivativo. | | | | | |
| 3 | CINTRON OTERO, BLANCA I<br>BARRIO ACHIOTE<br>SECTOR ALDEA<br>NARANJITO, PR 00719 | 5/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18226 | Indeterminado* |
| | Base para: El Demandante omite presentar un formulario de quiebras y, conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, parece invocar inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo deficiente y derivativo. | | | | | |
| 4 | DEFENDINI GARCIA, IRAIDA<br>URB. FLORAL PARK<br>422 CALLE FRANCISCO SEIN<br>SAN JUAN, PR 00917 | 3/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4119 | Indeterminado* |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo deficiente y derivativo. | | | | | |
| 5 | FIDEICOMISO BASORA CHABRIER<br>VICTOR MANUEL BASORA, TRUSTEE<br>PASTERALE 1715, PURPLE TREE<br>SAN JUAN, PR 00926 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32088 | $ 5,000.00 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo deficiente y derivativo. | | | | | |
| 6 | GONZALEZ MANRIQUE, MIGUEL<br>14 AMAPOLA ST.APT.1001<br>URB. BIASCOLHEA<br>CAROLINA, PR 00979 | 5/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16369 | $ 426,308.39 |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Séptima Objeción Global
Anexo A: Reclamos Sin Responsabilidad y Deficientes de Titulares de Bonos

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en "bonos y fondos" emitidos por el Estado Libre Asociado de Puerto Rico. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo deficiente y derivativo. | | | | | |
| 7 | HERNANDEZ, ESTELA<br>UNIVERSITY GARDENS<br>265 GEORGETOWN<br>SAN JUAN, PR 00927-4114 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 149044 | $ 269,435.14 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo deficiente y derivativo. | | | | | |
| 8 | LUTGARDO ACEVEDO LOPEZ/PV SYSTEMS INTEGRATORS @ ENGINEERS OF PR<br>5 CALLE PALOMA<br>MOCA, PR 00676 | 5/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17722 | $ 310,170.98 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo deficiente y derivativo. | | | | | |
| 9 | QUILICHINI ORTIZ, JESSICA M<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23807 | $ 5,959.98 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo deficiente y derivativo. | | | | | |
| 10 | QUILICHINI PAZ, CARLOS A<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27646 | $ 12,173.22 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo deficiente y derivativo. | | | | | |
| 11 | SANTANDER QUE PASO SUS CUANTA EN BOSTON SIXTO HERNANDEZ LOPEZ<br>URB. BUCARE ESMERALDA 19<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 154015 | $ 25,873.07 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo deficiente y derivativo. | | | | | |

## Tricentésima Séptima Objeción Global
### Anexo A: Reclamos Sin Responsabilidad y Deficientes de Titulares de Bonos

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | SOLA APONTE, LISETTE<br>TERRALINDA<br>3 CALLE ARAGON<br>CAGUAS, PR 00727 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26888 | $ 299,050.57 |

Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo deficiente y derivativo.

| | | | | | TOTAL | $ 2,308,852.57* |