# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Eighth Omnibus Objection**

## Three Hundred and Eighth Omnibus Objection
### Exhibit A - No Liability + Deficient Bondholder Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | GUZMAN, LILLIAN<br>BROMELIA #51<br>PANJUN DE BURNE<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 162219 | $ 285,000.00 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, in part, liability based on an alleged ownership of COFINA Bonds. This portion of the claim thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Any remaining portion of the claim is deficient because it fails to comply with the applicable rules for filing a claim and/or provide sufficient information to enable the Debtors to reconcile the proofs of claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | GUZMEN DE AMADOR, IRMITA<br>CONDOMINO PLAZA DEL PRADO #5<br>CALLE 833 APT. 1203B<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 88518 | $ 404,540.32 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, in part, liability based on an alleged ownership of COFINA Bonds. This portion of the claim thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Any remaining portion of the claim is deficient because it fails to comply with the applicable rules for filing a claim and/or provide sufficient information to enable the Debtors to reconcile the proofs of claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | LAWRENCE E. DUFFY, EDDA PONSA DUFFY & THEIR CONJUGAL PARTNERSHIP<br>PO BOX 13615<br>SAN JUAN, PR 00908 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45233 | $ 302,751.33 |

Reason: Claimant apperars to assert monetary amount yet does not include matching brokerage statements pertaining to referenced CUSIP. Further, Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | MOLINA CUEVAS, ENRIQUE<br>PO BOX 29<br>NARANJITO, PR 00719 | 5/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13300 | $ 71,142.74* |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

| | | | | | TOTAL | $ 1,063,434.39* |
|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts