# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima octava objeción global**

Tricentésima Octava Objeción Global
Anexo A: Reclamos Sin Responsabilidad y Deficientes de Titulares de Bonos

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | GUZMAN, LILLIAN<br>BROMELIA #51<br>PANJUN DE BURNE<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 162219 | $ 285,000.00 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del(de los) bono(s) en cuestión y/o la información CUSIP, el demandante parece invocar, en parte, obligaciones basadas en una presunta propiedad de Bonos de COFINA. Por lo tanto, esta porción del reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque los reclamos (1) fueron conciliados y liquidados de conformidad con una Orden de Liquidación, y (2) cancelados y liberados de conformidad con el Plan y la Orden de Conformación Enmendada. Toda porción restante del reclamo resulta deficiente porque no cumple con las reglas aplicables para la presentación de un reclamo y/o no proporciona información suficiente que permita a los Deudores conciliar las evidencias de reclamo. | | | | | |
| 2 | GUZMEN DE AMADOR, IRMITA<br>CONDOMINO PLAZA DEL PRADO #5<br>CALLE 833 APT. 1203B<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 88518 | $ 404,540.32 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del(de los) bono(s) en cuestión y/o la información CUSIP, el demandante parece invocar, en parte, obligaciones basadas en una presunta propiedad de Bonos de COFINA. Por lo tanto, esta porción del reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque los reclamos (1) fueron conciliados y liquidados de conformidad con una Orden de Liquidación, y (2) cancelados y liberados de conformidad con el Plan y la Orden de Conformación Enmendada. Toda porción restante del reclamo resulta deficiente porque no cumple con las reglas aplicables para la presentación de un reclamo y/o no proporciona información suficiente que permita a los Deudores conciliar las evidencias de reclamo. | | | | | |
| 3 | LAWRENCE E. DUFFY, EDDA PONSA DUFFY & THEIR CONJUGAL PARTNERSHIP<br>PO BOX 13615<br>SAN JUAN, PR 00908 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 45233 | $ 302,751.33 |
| | Base para: El Demandante parece invocar un monto monetario; sin embargo, no incluye los correspondientes estados de cuenta de títulos de respaldo asociados con los CUSIP referenciados. Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar una obligación con base en la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable porque los reclamos (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación. | | | | | |
| 4 | MOLINA CUEVAS, ENRIQUE<br>PO BOX 29<br>NARANJITO, PR 00719 | 5/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13300 | $ 71,142.74* |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar una obligación con base en la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable porque los reclamos (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación. | | | | | |
| | | | | | TOTAL | $ 1,063,434.39* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados