# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima novena objeción global**

## Tricentésima Novena Objeción Global
### Anexo A: Reclamos Sin Responsabilidad y Deficientes de Titulares de Bonos

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | DEFENDINI LIMARDO, HILDA<br>URB GARDENVILLE<br>B 10 CALLE BRAZIL<br>GUAYNABO, PR 00966-2021 | 5/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10819 | Indeterminado* |
| | Base para: Pese a presentar información que se contradice, el Demandante parece invocar, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento (BGF) sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. | | | | | |
| 2 | FLORES SANCHEZ, CARLOS M<br>ESTANCIAS DE BAIROA<br>E 3 CALLE TULIPAN<br>CAGUAS, PR 00727 | 3/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3078 | $ 22,006.80 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar una obligación con base en la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos y un monto excedente no justificado. | | | | | |
| 3 | LOPEZ CHAAR, ALFONSO<br>APRTADO 1555<br>DORADO, PR 00646 | 5/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10134 | Indeterminado* |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del(de los) bono(s) en cuestión y/o la información CUSIP, el demandante parece invocar, en parte, obligaciones basadas en la presunta propiedad de Bonos de BGF que estuvieron sujetos a la Modificación Calificada, la cual dispuso la emisión de nuevos títulos que cancelan los Bonos de BGF y la extinción de la garantía que otorgaba el Estado Libre Asociado para determinados Bonos de BGF. El Estado Libre Asociado ya no es responsable por esta porción del reclamo. Toda porción restante del reclamo resulta deficiente porque no cumple con las reglas aplicables para la presentación de un reclamo y/o no proporciona información suficiente que permita a los Deudores conciliar las evidencias de reclamo. | | | | | |
| 4 | RAFOLS VAN DERDYS, ALBERTO J<br>PO BOX 593052<br>SAN ANTONIO, TX 78259 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16819 | $ 31,730.88 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar una obligación con base en la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos y un monto excedente no justificado. | | | | | |
| | | | | | TOTAL | $ 53,737.68* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados