# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Tenth Omnibus Objection**

## Three Hundred and Tenth Omnibus Objection
## Exhibit A - Duplicate + Deficient Bondholder Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AALAE, HANNAH<br>TERESA SZEWCZYK<br>3741 45TH STREET<br>HIGHLAND, IN 46322 | 3/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3658 | $ 300,000.00 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, liability associated with one or more bonds issued by HTA that are duplicative of one o more Master Proofs of Claim which were filed in the Commonwealth Title III Case by the fiscal agent or trustee of these bond(s) as well as an excess amount without providing any justification..

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | KAPLAN, SHOSHANA<br>8C RUTHLAND LANE<br>MONROE TWP, NJ 08331 | 3/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 167359 | Undetermined* |

Reason: Claimant appears to assert, albeit with a non-standard form, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | VAN NESS SEYMOUR, TRYNTJE<br>P.O. BOX 363<br>SALISBURY, CT 06068 | 5/4/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10503 | $ 25,000.00 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, liability associated with "municipal bond debt" issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case as well as an excess amount without providing any justification..

| | | | | | TOTAL | $ 325,000.00* |
|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts