# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima décima objeción global**

Tricentésima Décima Objeción Global
Anexo A: Reclamos Duplicados y Deficientes de Titulares de Bonos

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | AALAE, HANNAH TERESA SZEWCZYK 3741 45TH STREET HIGHLAND, IN 46322 | 3/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3658 | $ 300,000.00 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar una obligación con base en uno o más bonos emitidos por la Autoridad de Carreteras y Transportación, que es un duplicado de la o las evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. Asimismo, conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar una obligación con base en uno o más bonos emitidos por la ACT (Autoridad de Carreteras y Transportación), que es un duplicado de las evidencias de reclamo maestras presentadas en el caso del Estado Libre Asociado al amparo del Título III por el agente fiscal o por el fideicomisario de estos bonos, y un monto excedente no justificado. | | | | | |
| 2 | KAPLAN, SHOSHANA 8C RUTHLAND LANE MONROE TWP, NJ 08331 | 3/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 167359 | Indeterminado* |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar, aunque en una forma no estándar, una obligación con base en uno o más bonos emitidos por la Autoridad para el Financiamiento de Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado.. | | | | | |
| 3 | VAN NESS SEYMOUR, TRYNTJE P.O. BOX 363 SALISBURY, CT 06068 | 5/4/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10503 | $ 25,000.00 |
| | Base para: Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar una obligación con base en "deuda representada en bonos municipales" emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado y un monto excedente no justificado. | | | | | |
| | | | | | TOTAL | $ 325,000.00* |

* Indica que la reclamación contiene montos por liquidar o indeterminados