# **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima décima primera objeción global**

Tricentésima Undécima Objeción Global
Anexo A: Reclamos Deficientes de Titulares de Bonos

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | PANAGOPOULOS, PAVLOS<br>PO BOX 1279<br>BELEN, NM 87002-1279 | 3/16/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 2111 | $ 10,000.00 |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más "bonos" emitidos por la Autoridad de Carreteras y Transportación, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, la ACT (Autoridad de Carreteras y Transportación) y/o el ERS, por lo cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| 2 | PASTOR, CARMEN G., AS UNIVERSAL HEIR OF DAVID PASTOR-PEREZ<br>EMILIO E. SOLE-DE LA PAZ ESQ., RAFAEL G. MARTINEZ-GEIGEL, ESQ.<br>13031 SOUTHWEST 119 STREET<br>MIAMI, FL 33186-4507 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30383 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más "títulos valores" emitidos por el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, la ACT (Autoridad de Carreteras y Transportación) y/o el ERS, por lo cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| 3 | QUILICHINI ORTIZ, NICOLE<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28603 | $ 5,000.00 |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a una "IRA" emitida por el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, la ACT (Autoridad de Carreteras y Transportación) y/o el ERS, por lo cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| 4 | SABATINI, PAUL<br>1500 WASHINGTON ST APT7J<br>HOBOKEN, NJ 07030 | 3/21/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 1829 | $ 15,000.00 |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a uno o más bonos municipales emitidos por la Autoridad de Carreteras y Transportación, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, la ACT (Autoridad de Carreteras y Transportación) y/o el ERS, por lo cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | TOTAL | $ 30,000.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados