# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Third Omnibus Objection**

## Three Hundred and Third Omnibus Objection
### Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AMERICAN BANKERS LIFE ASSURANCE COMPANY OF FLORIDA<br>NAYUAN ZOUAIRABANI<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936-4225 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68109 | $ 1,163.00* |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such tax credit of $1,163.00 has been applied to 2017 tax year liabilities. | | | | | |
| 2 | ANTHONY G. TORO AND HANNA K. TORO<br>169 DORADO BEACH EAST<br>DORADO, PR 00646 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 78959 | $ 5,389.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $5,389.00 has been applied to 2018 tax year liabilities. | | | | | |
| 3 | ASTRAZENECA PHARMACEUTICALS, LP<br>PO BOX 15437<br>WILMINGTON, DE 19850 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 73613 | $ 2,436,025.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $2,436,025.00 has been applied to 2017 tax year liabilities. | | | | | |
| 4 | AXA NETWORK OF PUERTO RICO, INC.<br>525 WASHINGTON BOULEVARD, TAX DEPT.<br>JERSEY CITY, NJ07310 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21488 | $ 64,383.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2014 tax credit. The records of the Department of Treasury show such tax credit of $57,615.95 has been applied to 2015 tax year liabilities, $5,416.60 in surcharges and $1,350.44 in interest for late payment. | | | | | |
| 5 | AXA NETWORK OF PUERTO RICO, INC.<br>525 WASHINGTON BOULEVARD, TAX DEPT.<br>JERSEY CITY, NJ07310 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21399 | $ 243,897.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2013 tax credit. The records of the Department of Treasury show such tax credit of $243,897.00 has been applied to 2014 tax year liabilities. | | | | | |
| 6 | BAEZ HERNANDEZ, IVETTE<br>HC 1 BOX 6042<br>GUAYNABO, PR 00971 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9876 | $ 3,293.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return of $3,293.00 has been applied to prior tax debt for the year of 2012. | | | | | |
| 7 | BANKRUPTCY ESTATE OF PONTE INC CASE NO15-03236<br>NOREEN WISCOVITCH-RENTAS CHAPTER 7 TRUSTEE<br>PMB 136400 CALLE JUAN CALAF<br>SAN JUAN, PR 00918 | 5/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10204 | $ 6,196.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2015 tax refund/return. The records of the Department of Treasury show there is no record of pending refund due to creditor. | | | | | |

## Three Hundred and Third Omnibus Objection
### Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | BELTRAN VEGA, YESENIA<br>PO BOX 4295<br>VEGA BAJA, PR 00694 | 6/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 61357 | $ 10,000.00* |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show there is no record of pending refund due to creditor. | | | | | |
| 9 | BLACKBURN, MARK C<br>URB. HARBOR LIGHTS<br>31 CALLE HARBOR LIGHTS<br>HUMACAO, PR 00791 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79832 | $ 8,518.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $8,518.00 has been applied to 2017 tax year liabilities. | | | | | |
| 10 | CALDERON RIVERA, RAMON<br>PO BOX 8282<br>TOA BAJA, PR 00951-8282 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58532 | $ 2,271.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such tax credit of $2,271.00 has been applied to 2017 tax year liabilities. | | | | | |
| 11 | CAMPO RICO WAREHOUSE AND DISTRIBUTION CENTER, INC.<br>P.O. BOX 1967<br>CAROLINA, PR 00984 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58483 | $ 755.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such tax credit of $755.00 has been applied to 2017 tax year liabilities. | | | | | |
| 12 | CAPRILES MERCADO, NANCY<br>RR 07 BOX 10217<br>TOA ALTA, PR00953 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15247 | $ 648.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return of $648.00 has been applied to prior tax debt for the years 2013 and 2014. | | | | | |
| 13 | CARIBBEAN AMERICAN PROPERTY INSURANCE COMPANY<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936-4225 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 66742 | $ 50,438.00* |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $50,438.00 has been applied to 2017 tax year liabilities. | | | | | |
| 14 | CEPH INTERNATIONAL CORPORATION<br>PO BOX 31199<br>MANATI, PR 00674 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79029 | $ 101,815.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2015 tax credit. The records of the Department of Treasury show such credit of $101,815.00 has been applied to 2016 tax year liabilities. | | | | | |

Three Hundred and Third Omnibus Objection
Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | CIGNA HEALTH AND LIFE INSURANCE COMPANY<br>900 COTTAGE GROVE ROAD C6TAX<br>HARTFORD, CT 06152 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21367 | $ 346,969.00* |

Reason: Proof of Claim asserts liability on the basis of 2016 tax credit and 2017 Q1 estimated taxes paid. The records of the Department of Treasury show such tax credit of $346,969 has been applied to 2017 tax year liabilities.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | CRUZ-TORRES, MICHELLE<br>PO BOX 60401 - PMB 163<br>SAN ANTONIO, PR 00690 | 5/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14535 | $ 636.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return of $636.00 has been applied to tax debt for the years of 2016.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | DE LA VEGA, RICARDO A  HERRERA<br>PASEO DEL PARQUE<br>47 PARQUE VONDEL<br>SAN JUAN, PR 00926 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15304 | $ 89,969.00 |

Reason: Proof of Claim asserts liability on the basis of a 2017 tax credit. The records of the Department of Treasury show such tax credit of $89,969.00 has been applied to 2018 and 2019 tax years.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | DEL CARMEN TABOAS COLON, MARIA<br>NUM 8, PARKLANE - WILSON ST<br>GARDEN HILLS<br>GUAYNABO, PR 00966 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 72065 | $ 929.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $929.00 has been applied to 2017 tax year liabilities.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | DESARROLLOS MULTIPLES INSULARES INC<br>PO BOX 364487<br>SAN JUAN, PR 00936-4487 | 5/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20507 | $ 27,993.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such tax credit of $27,933.00 has been applied to 2017 and 2018 tax year liabilities.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | DFCC PUERTO RICO, INC.<br>SANTANDER TOWER, SAN PATRICIO VILLAGE<br>B-7 CALLE TABONUCO, SUITE 1700<br>GUAYNABO, PR 00968-3349 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57894 | $ 7,754.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such tax credit of $7,754.00 has been applied to 2017 tax year liabilities.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | EASTERN AMERICA INSURANCE AGENCY<br>MARITERE JIMENEZ<br>PO BOX 193900<br>SAN JUAN, PR 00919-3900 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115520 | $ 78,070.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit of $78,070.00. The records of the Department of Treasury show amended credit of $80,393.00 has been applied to 2017 tax year liabilities.

## Three Hundred and Third Omnibus Objection
## Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | EDWARDS LIFESCIENCES (INDIA) PRIVATE LIMITED EDWARDS LIFESCIENCES CORPORATION ONE EDWARDS WAY IRVINE, CA 92614 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80006 | $ 40,934.00* |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $40,934.00 has been applied to 2017 tax year liabilities. | | | | | |
| 23 | EDWARDS LIFESCIENCES KOREA CO LTD EDWARDS LIFESCIENCES CORPORATION ONE EDWARDS WAY IRVINE, CA 92614 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79786 | $ 5,247.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $5,247.00 has been applied to 2017 tax year liabilities. | | | | | |
| 24 | GENESIS COMMUNICATIONS INC. PO BOX 2457 MOCA, PR 00676 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22048 | $ 136,452.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such tax credit of $136,452.00 has been applied to 2017 tax year liabilities. | | | | | |
| 25 | GLOBAL INSURANCE AGENCY INC. JOSE PENABAZ 100 CARR 165 GUAYNABO, PR 00968 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67590 | $ 73,809.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $73,809.00 has been applied to 2017 tax year liabilities. | | | | | |
| 26 | GOMEZ MONAGAS, LUIS ALBERTO PO BOX 3450 MAYAGUEZ, PR 00680 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70926 | $ 4,919.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $4,919.00 has been applied to 2017 tax year liabilities. | | | | | |
| 27 | GONZALEZ ORTIZ, CARLOS HC 1 BOX 7212 GURABO, PR 00778-9511 | 3/7/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 953 | $ 876.75 |
| | Reason: Claimant asserted he/she has no claim against the Debtors and mistakenly filed a claim against the Commonwealth per creditor response in supplemental outreach. | | | | | |
| 28 | GONZALEZ TORRES, JOSE A. URB ADOQUINES 48 CALLE PRINCESA SAN JUAN, PR 00926-7357 | 6/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64007 | $ 758.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $758.00 has been applied to 2017 tax year liabilities. | | | | | |

## Three Hundred and Third Omnibus Objection
### Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | GRUPO FISIATRICO Y TERAPIA FISICA CSP<br>36 PERAL<br>MAYAGUEZ, PR00680 | 7/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68519 | $ 289,059.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such tax credit of $289,059.00 has been applied to 2017 tax year liabilities.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | HEWLETT PACKARD TECHNOLOGY CENTER, INC.<br>FERNANDO VAN DERDYS, ESQ.<br>REICHARD & ESCALERA LLC<br>PO BOX 364148<br>SAN JUAN, PR 00936-4148 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57300 | $ 1,622.00* |

Reason: Proof of Claim asserts liability on the basis of a 2017 tax credit. The records of the Department of Treasury show such tax credit of $1,622.00 has been applied to 2018 tax year liabilities.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | HOLSUM DE PUERTO RICO, INC.<br>P.O. BOX 8282<br>TOA BAJA, PR 00951-8282 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 59701 | $ 59,653.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such tax credit of $59,653.00 has been applied to 2017 tax year liabilities.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | HP FINANCIAL SERVICES COMPANY (PUERTO RICO),CORP.<br>FERNANDO VAN DERDYS ,ESQ.<br>REICHARD & ESCALERA LLC<br>PO BOX 364148<br>SAN JUAN, PR 00936-4148 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 73027 | $ 153,257.00 |

Reason: Proof of Claim asserts liability on the basis of a 2017 tax credit. The records of the Department of Treasury show such credit of $153,257.00 has been applied to 2018 tax year liabilities.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | INVERSIONES CARIBE INC<br>PO BOX 3450<br>MAYAGUEZ, PR00680 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 54408 | $ 850.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such tax credit of $850.00 has been applied to 2017, 2018 and 2019 tax years.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | JORGE PIERLUISI CORDERO AND VICTORIA GUERRA RIVAS<br>PO BOX 19299<br>SAN JUAN, PR 00910-1299 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64147 | $ 14,279.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $14,279.00 has been applied to 2017 tax year liabilities.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | JOSE F. TROCHE TROCHE MD., CSP<br>PO BOX 1128<br>YAUCO, PR 00698-1128 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16542 | $ 67,542.00 |

Reason: Proof of Claim asserts liability on the basis of a 2017 tax refund/credit. The records of the Department of Treasury show such refund/credit of $67,542.00 has been applied to 2018 and 2019 tax years.

## Three Hundred and Third Omnibus Objection
### Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | JOSEPH ALBINO TIRADO Y WANDA BETANCOURT DÍAZ<br>URB. PARKVILLE SUR<br>A2 AVE. LOPATEGUI<br>GUAYNABO, PR 00969-4452 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56029 | $ 115,337.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such tax credit of $115,337.00 has been applied to 2017 tax year liabilities.

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | JOSUE E. RIVERA PADILLA AND SYLVIA D. MARTI-COSTA<br>#60 SAN FRANCISCO STREET<br>SAN JUAN, PR 00901 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 60035 | $ 3,224.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $3,224.00 has been applied to 2017 tax year liabilities.

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | KEYNEJAD, JAMSHID<br>1515 N. FEDERAL HIGHWAY<br>SUITE 405<br>BOCA RATON, FL 33432 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23802 | $ 883,258.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit for $883,258.00. The records of the Department of Treasury show such tax credit of $883,258.00 was in error and amended credit amount of $412,378.00 has been applied to 2017 tax year liabilities.

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | L' OREAL CARIBE, INC.<br>SANTANDER TOWER, SAN PATRICIO VILLAGE<br>SUITE 1700 B7 CALLE TABONUCO<br>GUAYNABO, PR 00968 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57406 | $ 26,811.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such tax credit of $26,811.00 has been applied to 2017 tax year liabilities.

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | LEEANN AMBULANCE SERVICE INC<br>HC 1 BOX 6670<br>MOCA, PR 00676-9529 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 74551 | $ 4,000.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $4,000.00 has been applied to 2017 tax year liabilities.

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | LIFESCAN INC.<br>MCCONNEL VALDES LLC<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 62795 | $ 29,719.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $29,719.00 has been applied to 2017 tax year liabilities.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | LOPEZ FELICES, FELICITA<br>807 CALLE JOSE MARTI MIRAMAR<br>SAN JUAN, PR 00907 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 59099 | $ 2,179.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such tax credit of $2,179.00 has been applied to 2017 tax year liabilities.

## Three Hundred and Third Omnibus Objection
### Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 43 | MARTI COSTA, ALICIA<br>CALLE REY RICARDO # 401<br>LA VILLA DE TORRIMAR<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 77008 | $ 71,226.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $71,226.00 has been applied to 2017 tax year liabilities.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 44 | MCS ADVANTAGE, INC.<br>PO BOX 193310<br>SAN JUAN, PR 00919 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56112 | $ 6,330,807.00* |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such tax credit of $6,330,807.00 has been applied to 2017 tax year liabilities.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 45 | MEDINA LUGO, RUBEN M.<br>PO BOX 79685<br>CAROLINA, PR 00984 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67629 | $ 4,974.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $4,974.00 has been applied to 2017 tax year liabilities.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | MONY LIFE INSURANCE COMPANY<br>2801 HWY 280 SOUTH<br>BIRMINGHAM, AL 35223 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22147 | $ 53,429.00 |

Reason: Proof of Claim asserts liability on the basis of a 2003 tax credit. The records of the Department of Treasury show such refund/return of $53,429.00 has been applied to 2004 tax year liabilities.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 47 | NARANJALES, INC.<br>ATTN: MARITERE JIMENEZ<br>PO BOX 193900<br>SAN JUAN, PR 00919 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 138593 | $ 2,342.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $2,342.00 has been applied to 2017 tax year liabilities.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | NECTAR OF THE GODS SERVICES, INC<br>PO BOX 8116<br>SAN JUAN, PR 00910 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15085 | $ 31,073.00 |

Reason: Proof of Claim asserts liability on the basis of a 2017 tax credit. The records of the Department of Treasury show such tax credit of $31,073.00 has been applied to 2018 and 2019 tax year liabilities.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 49 | ORTHO BIOLOGICS LLC<br>MCCONNELL VALDES LLC<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 66492 | $ 43,085.00* |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $43,085.00 has been applied to 2017 tax year liabilities.

## Three Hundred and Third Omnibus Objection
### Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 50 | PATHEON PUERTO RICO, INC.<br>PO BOX 31199<br>MANATI, PR 00764 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70880 | $ 5,014,712.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such tax credit of $5,014,712.00 has been applied to 2017 tax year liabilities. | | | | | |
| 51 | PAVAN AGARWAL AND PREETI AGARWAL<br>374 DORADO BEACH EAST<br>DORADO, PR 00646 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57059 | $ 268,451.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such tax credit of $268,451.00 has been applied to 2017 tax year liabilities. | | | | | |
| 52 | PEPSICO CARIBBEAN, INC.<br>CORPORATE OFFICE PARK#42, ROAD #20 - SUITE 205<br>GUAYNABO, PR 00966 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56241 | $ 969,449.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such tax credit of $969,449.00 has been applied to 2017 tax year liabilities. | | | | | |
| 53 | PEPSICO PUERTO RICO, INC.<br>CORPORATE OFFICE PARK#42, ROAD #20<br>SUITE 205<br>GUAYNABO, PR 00966 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 55531 | $ 1,047,024.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such tax credit of $1,047,024.00 has been applied to 2017 tax year liabilities. | | | | | |
| 54 | PEREZ ADORNO, JORGE  L<br>YADIRA ADORNO DELGADO<br>1605 PONCE DE LEON, SUITE 600<br>SAN JUAN, PR 00909 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 134115 | $ 4,000,000.00* |
| | Reason: According to the Debtors' books and records, the Debtors have no liability on the asserted claim. The Department of Correction and Rehabilitation's records indicate the case was dismissed in its totality by judgement entered on 1/4/2017. | | | | | |
| 55 | PEREZ ZAYAS, RAFAEL<br>1353 LUIS VIGOREAUX AVE PMB259<br>GUAYNABO, PR 00966 | 4/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8639 | $ 1,470.00 |
| | Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return of $1,470.00 has been applied to prior tax debt for the year of 2014. | | | | | |
| 56 | PLA LLADO, LUIS<br>URB TERRAZAS DE GUAYNABO<br>N4 CALLE PASCUA<br>GUAYNABO, PR 00969 | 3/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2748 | $ 0.00 |
| | Reason: Claimant asserted he/she has no claim against the Debtors. | | | | | |

Three Hundred and Third Omnibus Objection
Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 57 | QUALITY CONSULTING GROUP, INC.<br>PMB 303<br>405 AVE. ESMERALDA SUITE2<br>GUAYNABO, PR 00969-4704 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50437 | $ 160,142.00 |

Reason: Proof of Claim asserts liability on the basis of a 2017 tax credit. The records of the Department of Treasury show such tax credit of $160,142.00 has been applied to 2018 and 2019 tax years.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 58 | RAMIREZ BALL, RAFAEL H.<br>PO BOX 195492<br>SAN JUAN, PR 00919 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 75611 | $ 36,547.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $36,547.00 has been applied to 2017 tax year liabilities.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 59 | RAMIREZ COLON, MARIA DE LOURDES<br>PO BOX 1534<br>BOQUERÓN, PR 00622 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13407 | $ 1,238.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return of $1,238.00 has been applied to prior tax debt for the year of 2013.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 60 | RAMOS LUGO, CARMELO<br>URB SANTA JUANITA<br>NK 6 CALLE FENIX<br>BAYAMON, PR00956 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14974 | $ 875.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return of $875.00 has been applied to prior tax debt for the year of 2015.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 61 | RAMOS TALAVERA, JESSENIA<br>PO BOX 306<br>CAGUAS, PR 00726 | 5/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13103 | $ 1,156.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return of $1,156 has been applied to prior tax debt for the year of 2011.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 62 | RAMOS-ORTIZ, BETHZAIDA<br>VICTOR M. RIVERA- RIOS<br>1420 FERNANDEZ JUNCOS AVE.<br>SAN JUAN, PR 00909 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101828 | $ 10,500,000.00 |

Reason: Proof of Claim asserts liability on the basis of case number 16-2366. The records of the Department of Justice show case was voluntarily withdrawn due to a settlement pursuant to which the case was voluntarily dismissed with prejudice.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 63 | RIVAS GARCIA, FELIX<br>MANSION DEL SUR<br>SD 58 PLAZA 5<br>TOA BAJA, PR 00949 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15243 | $ 1,836.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return of $1,836.00 has been applied to prior tax debt for the year of 2014.

## Three Hundred and Third Omnibus Objection
### Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 64 | RODRIGUEZ MOLINA , MONICA<br>3973 N LAKE<br>ORLANDO PWY APT 1607<br>ORLANDO, FL 32808 | 3/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 788 | $ 613.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return has been applied to prior tax debt for the years of 2010 of $19.49, 2014 of $373.34 and 2015 of 220.17.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 65 | RODRIGUEZ RAMIREZ, JOSE<br>PO BOX 3081<br>AGUADILLA, PR 00605 | 4/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8057 | $ 3,380.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return of $3,380.00 has been applied to prior tax debt for the year of 2015.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 66 | ROMERO QUINONEZ, MARIA C<br>PO BOX 6415<br>BAYAMON, PR 00960 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2482 | $ 1,000,000.00* |

Reason: Proof of Claim asserts various grievances against the Commonwealth of Puerto Rico stemming from divorce proceedings and utility bills, but does not provide a valid basis for liabilities against the Commonwealth, ERS, or any other Title III debtor.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 67 | ROMEU PALERMO, DEVLIN J.<br>PO BOX 60401 PMB 163<br>SAN ANTONIO, PR 00690 | 5/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16086 | $ 636.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return of $636.00 has been applied to 2017 tax year liabilities.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 68 | ROSADO MEDINA, JAVIER<br>HC 4 BOX 7281<br>JUANA DIAZ, PR 00795 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13015 | $ 845.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return of $845.00 has been applied to prior tax debt for the year of 2014.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 69 | RUIZ ROSADO, LETICIA<br>URB RAMEY<br>127 CALLE GRUBBS<br>AGUADILLA, PR 00604-1501 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3907 | $ 888.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return of $888.00 has been applied to prior tax debt for the year of 2009.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 70 | SANSON INVESTMENT CORP<br>EDIF MARVESA<br>472 AVE TITO CASTRO STE 201<br>PONCE, PR 00716 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20173 | $ 1,000.00 |

Reason: Proof of Claim asserts liability on the basis of a 2015 tax refund/return. The records of the Department of Treasury show such refund/return of $1,000.00 has been applied to 2016 tax year liabilities.

Three Hundred and Third Omnibus Objection
Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 71 | SANTONI CRESPO, CESAR<br>3222 AMERSON DR<br>PEARLAND, TX 77584 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20661 | $ 773.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax refund/return. The records of the Department of Treasury show such refund/return has been applied to prior tax debt of $497.06 for the year of 2013 and $275.94 for the year of 2015.

| | | | | | | |
|---|---|---|---|---|---|---|
| 72 | SERRALLES ENVIRONMENTAL TECHNOLOGIES, INC.<br>PO BOX 198<br>PONCE, PR 00715 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 124322 | $ 6,554.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $6,554.00 has been applied to 2017 tax year liabilities.

| | | | | | | |
|---|---|---|---|---|---|---|
| 73 | TOYOTA DE PUERTO RICO CORP.<br>ATTN: DAN O'NEILL<br>1064 AVE. MUNOZ RIVERA<br>RIO PIEDRAS, PR 00926 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79025 | $ 608,781.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $608,781.00 has been applied to 2017 tax year liabilities.

| | | | | | | |
|---|---|---|---|---|---|---|
| 74 | UNIVERSAL FINANCIAL SERVICES, INC.<br>#33 BOLIVIA STREET, 6TH FLOOR<br>SAN JUAN, PR 00917-2011 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 121873 | $ 1,945.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $1,945.00 has been applied to 2017 tax year liabilities.

| | | | | | | |
|---|---|---|---|---|---|---|
| 75 | UNIVERSAL LIFE INSURANCE COMPANY<br>#33 BOLIVIA STREET, 6TH FLOOR<br>SAN JUAN, PR 00917-2011 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140241 | $ 716,807.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $716,807.00 has been applied to 2017 tax year liabilities.

| | | | | | | |
|---|---|---|---|---|---|---|
| 76 | VELEZ SANCHEZ, IDALIS<br>PO BOX 878<br>UTUADO, PR 00641 | 6/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70325 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show there is no record of pending refund due to creditor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 77 | VIERA VILLENEUVE, HARRY<br>PO BOX 9021836<br>SAN JUAN, PR 00902-1836 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 59669 | $ 3,891.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such tax credit of $3,891.00 has been applied to 2017 tax year liabilities.

Three Hundred and Third Omnibus Objection
Exhibit A - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 78 | WAL-MART PUERTO RICO, INC.<br>PMB 725, BOX 4960<br>CAGUAS, PR 00726-4960 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 160793 | $ 28,346,433.00 |

Reason: Proof of Claim asserts liability on the basis of a 2016 tax credit. The records of the Department of Treasury show such credit of $28,346,433.00 has been applied to 2017 tax year liabilities.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 79 | YANG, LILY<br>15 PERKINS SQUARE #8<br>BOSTON, MA 02130 | 12/12/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 178949 | $ 500.00 |

Reason: Proof of Claim fraudulently asserts liability for "services performed," but provides no specific information regarding the services and identifies no agency or department for which the services were performed.  On information and belief, this claimant has filed the same claim on the same basis in multiple non-Title III bankruptcies without any support.

|  | | | | | TOTAL | $ 64,633,778.75* |