# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima tercera objeción global**

Tricentésima Tercera Objeción Global
Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | AMERICAN BANKERS LIFE ASSURANCE COMPANY OF FLORIDA<br>NAYUAN ZOUAIRABANI<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936-4225 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 68109 | $ 1,163.00* |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $1,163.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 2 | ANTHONY G. TORO AND HANNA K. TORO<br>169 DORADO BEACH EAST<br>DORADO, PR 00646 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 78959 | $ 5,389.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $5,389.00 se aplicó a deudas tributarias de 2018. | | | | | |
| 3 | ASTRAZENECA PHARMACEUTICALS, LP<br>PO BOX 15437<br>WILMINGTON, DE 19850 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 73613 | $ 2,436,025.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $2,436,025.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 4 | AXA NETWORK OF PUERTO RICO, INC.<br>525 WASHINGTON BOULEVARD, TAX DEPT.<br>JERSEY CITY, NJ07310 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21488 | $ 64,383.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un crédito fiscal de 2014. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $57,615.95 se aplicó a deudas tributarias del año 2015, recargos por $5,416.60 e intereses por retrasos de pago por $1,350.44. | | | | | |
| 5 | AXA NETWORK OF PUERTO RICO, INC.<br>525 WASHINGTON BOULEVARD, TAX DEPT.<br>JERSEY CITY, NJ07310 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21399 | $ 243,897.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un crédito fiscal de 2013. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $243,897.00 se aplicó a deudas tributarias del año 2014. | | | | | |
| 6 | BAEZ HERNANDEZ, IVETTE<br>HC 1 BOX 6042<br>GUAYNABO, PR 00971 | 5/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9876 | $ 3,293.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución de $3,293.00 se aplicó a una deuda tributaria anterior correspondiente al año 2012. | | | | | |

Tricentésima Tercera Objeción Global
Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | BANKRUPTCY ESTATE OF PONTE INC CASE NO15-03236 NOREEN WISCOVITCH-RENTAS CHAPTER 7 TRUSTEE PMB 136400 CALLE JUAN CALAF SAN JUAN, PR 00918 | 5/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10204 | $ 6,196.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos del año 2015. Según los registros del Departamento de Hacienda, no hay ningún reembolso pendiente para el acreedor. | | | | | |
| 8 | BELTRAN VEGA, YESENIA PO BOX 4295 VEGA BAJA, PR 00694 | 6/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 61357 | $ 10,000.00* |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Según los registros del Departamento de Hacienda, no hay ningún reembolso pendiente para el acreedor. | | | | | |
| 9 | BLACKBURN, MARK C URB. HARBOR LIGHTS 31 CALLE HARBOR LIGHTS HUMACAO, PR 00791 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 79832 | $ 8,518.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $8,518.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 10 | CALDERON RIVERA, RAMON PO BOX 8282 TOA BAJA, PR 00951-8282 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 58532 | $ 2,271.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $2,271.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 11 | CAMPO RICO WAREHOUSE AND DISTRIBUTION CENTER, INC. P.O. BOX 1967 CAROLINA, PR 00984 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 58483 | $ 755.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $755.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 12 | CAPRILES MERCADO, NANCY RR 07 BOX 10217 TOA ALTA, PR00953 | 5/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15247 | $ 648.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución de $648.00 se aplicó a una deuda tributaria anterior correspondiente a los años 2013 y 2014. | | | | | |

Tricentésima Tercera Objeción Global
Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | CARIBBEAN AMERICAN PROPERTY INSURANCE COMPANY<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936-4225 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 66742 | $ 50,438.00* |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $50,438.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 14 | CEPH INTERNATIONAL CORPORATION<br>PO BOX 31199<br>MANATI, PR 00674 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 79029 | $ 101,815.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal del año 2015. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $101,815.00 se aplicó a deudas tributarias de 2016. | | | | | |
| 15 | CIGNA HEALTH AND LIFE INSURANCE COMPANY<br>900 COTTAGE GROVE ROAD C6TAX<br>HARTFORD, CT 06152 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21367 | $ 346,969.00* |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016 y de impuestos estimados pagados del primer trimestre de 2017. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $346,969 se aplicó a deudas tributarias del año 2017. | | | | | |
| 16 | CRUZ-TORRES, MICHELLE<br>PO BOX 60401 - PMB 163<br>SAN ANTONIO, PR 00690 | 5/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14535 | $ 636.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución de $636.00 se aplicó a una deuda tributaria anterior correspondiente al año 2016. | | | | | |
| 17 | DE LA VEGA, RICARDO A HERRERA<br>PASEO DEL PARQUE<br>47 PARQUE VONDEL<br>SAN JUAN, PR 00926 | 5/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15304 | $ 89,969.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2017. Los registros del Departamento de Hacienda muestran que dicho crédito fiscal de $89,969.00 se aplicó a deudas tributarias de los años 2018 y 2019. | | | | | |
| 18 | DEL CARMEN TABOAS COLON, MARIA<br>NUM 8, PARKLANE - WILSON ST<br>GARDEN HILLS<br>GUAYNABO, PR 00966 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 72065 | $ 929.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $929.00 se aplicó a deudas tributarias de 2017. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Tercera Objeción Global
Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | DESARROLLOS MULTIPLES INSULARES INC<br>PO BOX 364487<br>SAN JUAN, PR 00936-4487 | 5/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20507 | $ 27,993.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de hacienda indican que dicho crédito fiscal de $27,933.00 se aplicó a deudas tributarias de los años 2017 y 2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | DFCC PUERTO RICO, INC.<br>SANTANDER TOWER, SAN PATRICIO VILLAGE<br>B-7 CALLE TABONUCO, SUITE 1700<br>GUAYNABO, PR 00968-3349 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 57894 | $ 7,754.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $7,754.00 se aplicó a deudas tributarias de 2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | EASTERN AMERICA INSURANCE AGENCY<br>MARITERE JIMENEZ<br>PO BOX 193900<br>SAN JUAN, PR 00919-3900 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 115520 | $ 78,070.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de $78,070.00 del año 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $80,393.00 se aplicó a deudas tributarias de 2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | EDWARDS LIFESCIENCES (INDIA) PRIVATE LIMITED<br>EDWARDS LIFESCIENCES CORPORATION<br>ONE EDWARDS WAY<br>IRVINE, CA 92614 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 80006 | $ 40,934.00* |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $40,934.00 se aplicó a deudas tributarias de 2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | EDWARDS LIFESCIENCES KOREA CO LTD<br>EDWARDS LIFESCIENCES CORPORATION<br>ONE EDWARDS WAY<br>IRVINE, CA 92614 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 79786 | $ 5,247.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $5,247.00 se aplicó a deudas tributarias de 2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | GENESIS COMMUNICATIONS INC.<br>PO BOX 2457<br>MOCA, PR 00676 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22048 | $ 136,452.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $136,452.00 se aplicó a deudas tributarias del año 2017.

## Tricentésima Tercera Objeción Global
### Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | GLOBAL INSURANCE AGENCY INC.<br>JOSE PENABAZ<br>100 CARR 165<br>GUAYNABO, PR 00968 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 67590 | $ 73,809.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $73,809.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 26 | GOMEZ MONAGAS, LUIS ALBERTO<br>PO BOX 3450<br>MAYAGUEZ, PR00680 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 70926 | $ 4,919.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $4,919.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 27 | GONZALEZ ORTIZ, CARLOS<br>HC 1 BOX 7212<br>GURABO, PR 00778-9511 | 3/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 953 | $ 876.75 |
| | Base para: El Demandante aseveró no tener reclamo alguno contra los Deudores y que, por error, presentó un reclamo contra el Estado Libre Asociado de Puerto Rico según respuesta del acreedor en la ampliación. | | | | | |
| 28 | GONZALEZ TORRES, JOSE A.<br>URB ADOQUINES<br>48 CALLE PRINCESA<br>SAN JUAN, PR 00926-7357 | 6/12/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 64007 | $ 758.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $758.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 29 | GRUPO FISIATRICO Y TERAPIA FISICA CSP<br>36 PERAL<br>MAYAGUEZ, PR00680 | 7/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 68519 | $ 289,059.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $289,059.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 30 | HEWLETT PACKARD TECHNOLOGY CENTER, INC.<br>FERNANDO VAN DERDYS, ESQ.<br>REICHARD & ESCALERA LLC<br>PO BOX 364148<br>SAN JUAN, PR 00936-4148 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 57300 | $ 1,622.00* |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2017. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $1,622.00 se aplicó a deudas tributarias de 2018. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Tercera Objeción Global
Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 31 | HOLSUM DE PUERTO RICO, INC.<br>P.O. BOX 8282<br>TOA BAJA, PR 00951-8282 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 59701 | $ 59,653.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $59,653.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 32 | HP FINANCIAL SERVICES COMPANY (PUERTO RICO),CORP.<br>FERNANDO VAN DERDYS ,ESQ.<br>REICHARD & ESCALERA LLC<br>PO BOX 364148<br>SAN JUAN, PR 00936-4148 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 73027 | $ 153,257.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2017. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $153,257.00 se aplicó a deudas tributarias de 2018. | | | | | |
| 33 | INVERSIONES CARIBE INC<br>PO BOX 3450<br>MAYAGUEZ, PR00680 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 54408 | $ 850.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $850.00 se aplicó a deudas tributarias de los años 2017, 2018 y 2019. | | | | | |
| 34 | JORGE PIERLUISI CORDERO AND VICTORIA GUERRA RIVAS<br>PO BOX 19299<br>SAN JUAN, PR 00910-1299 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 64147 | $ 14,279.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $14,279.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 35 | JOSE F. TROCHE TROCHE MD., CSP<br>PO BOX 1128<br>YAUCO, PR 00698-1128 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16542 | $ 67,542.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2017. Los registros del Departamento de Hacienda indican que dicho reembolso o devolución de $67,542.00 se aplicó a los años 2018 y 2019. | | | | | |
| 36 | JOSEPH ALBINO TIRADO Y WANDA BETANCOURT DÍAZ<br>URB. PARKVILLE SUR<br>A2 AVE. LOPATEGUI<br>GUAYNABO, PR 00969-4452 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 56029 | $ 115,337.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $115,337.00 se aplicó a deudas tributarias de 2017. | | | | | |

Tricentésima Tercera Objeción Global
Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 37 | JOSUE E. RIVERA PADILLA AND SYLVIA D. MARTI-COSTA #60 SAN FRANCISCO STREET SAN JUAN, PR 00901 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 60035 | $ 3,224.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $3,224.00 se aplicó a deudas tributarias de 2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | KEYNEJAD, JAMSHID 1515 N. FEDERAL HIGHWAY SUITE 405 BOCA RATON, FL33432 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23802 | $ 883,258.00 |

Base para: La Evidencia del Reclamo invoca una obligación con base en un crédito fiscal de $883,258.00 del año 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $883,258.00 era incorrecto y se aplicó un crédito fiscal corregido de $412,378.00 a las deudas tributarias del año 2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | L' OREAL CARIBE, INC. SANTANDER TOWER, SAN PATRICIO VILLAGE SUITE 1700 B7 CALLE TABONUCO GUAYNABO, PR 00968 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 57406 | $ 26,811.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $26,811.00 se aplicó a deudas tributarias de 2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | LEEANN AMBULANCE SERVICE INC HC 1 BOX 6670 MOCA, PR 00676-9529 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 74551 | $ 4,000.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $4,000.00 se aplicó a deudas tributarias de 2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | LIFESCAN INC. MCCONNEL VALDES LLC C/O NAYUAN ZOUAIRABANI PO BOX 364225 SAN JUAN, PR 00936 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 62795 | $ 29,719.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $29,719.00 se aplicó a deudas tributarias de 2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | LOPEZ FELICES, FELICITA 807 CALLE JOSE MARTI MIRAMAR SAN JUAN, PR 00907 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 59099 | $ 2,179.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $2,179.00 se aplicó a deudas tributarias de 2017.

Tricentésima Tercera Objeción Global
Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 43 | MARTI COSTA, ALICIA<br>CALLE REY RICARDO # 401<br>LA VILLA DE TORRIMAR<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 77008 | $ 71,226.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $71,226.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 44 | MCS ADVANTAGE, INC.<br>PO BOX 193310<br>SAN JUAN, PR 00919 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 56112 | $ 6,330,807.00* |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $6,330,807.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 45 | MEDINA LUGO, RUBEN M.<br>PO BOX 79685<br>CAROLINA, PR 00984 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 67629 | $ 4,974.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $4,974.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 46 | MONY LIFE INSURANCE COMPANY<br>2801 HWY 280 SOUTH<br>BIRMINGHAM, AL 35223 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22147 | $ 53,429.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un crédito fiscal de 2003. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $53,429.00 se aplicó a deudas tributarias del año 2004. | | | | | |
| 47 | NARANJALES, INC.<br>ATTN: MARITERE JIMENEZ<br>PO BOX 193900<br>SAN JUAN, PR 00919 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 138593 | $ 2,342.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $2,342.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 48 | NECTAR OF THE GODS SERVICES, INC<br>PO BOX 8116<br>SAN JUAN, PR 00910 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15085 | $ 31,073.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2017. Los registros del Departamento de Hacienda muestran que dicho crédito fiscal de $31,073.00 se aplicó a deudas tributarias de los años 2018 y 2019. | | | | | |

Tricentésima Tercera Objeción Global
Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 49 | ORTHO BIOLOGICS LLC<br>MCCONNELL VALDES LLC<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 66492 | $ 43,085.00* |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $43,085.00 se aplicó a deudas tributarias de 2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | PATHEON PUERTO RICO, INC.<br>PO BOX 31199<br>MANATI, PR 00764 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 70880 | $ 5,014,712.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $5,014,712.00 se aplicó a deudas tributarias de 2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | PAVAN AGARWAL AND PREETI AGARWAL<br>374 DORADO BEACH EAST<br>DORADO, PR 00646 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 57059 | $ 268,451.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $268,451.00 se aplicó a deudas tributarias de 2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | PEPSICO CARIBBEAN, INC.<br>CORPORATE OFFICE PARK#42, ROAD #20 - SUITE 205<br>GUAYNABO, PR 00966 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 56241 | $ 969,449.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $969,449.00 se aplicó a deudas tributarias de 2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | PEPSICO PUERTO RICO, INC.<br>CORPORATE OFFICE PARK#42, ROAD #20<br>SUITE 205<br>GUAYNABO, PR 00966 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 55531 | $ 1,047,024.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $1,047,024.00 se aplicó a deudas tributarias del año 2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | PEREZ ADORNO, JORGE L<br>YADIRA ADORNO DELGADO<br>1605 PONCE DE LEON, SUITE 600<br>SAN JUAN, PR 00909 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 134115 | $ 4,000,000.00* |

Base para: Según los libros y registros de los Deudores, estos no tienen obligación respecto del reclamo formulado. Los registros del Departamento de Corrección y Rehabilitación indican que se desestimó el caso por completo mediante una sentencia registrada el 4 de enero de 2017.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Tercera Objeción Global
Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 55 | PEREZ ZAYAS, RAFAEL<br>1353 LUIS VIGOREAUX AVE PMB259<br>GUAYNABO, PR 00966 | 4/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8639 | $ 1,470.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución de $1,470.00 se aplicó a una deuda tributaria anterior correspondiente al año 2014.

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | PLA LLADO, LUIS<br>URB TERRAZAS DE GUAYNABO<br>N4 CALLE PASCUA<br>GUAYNABO, PR 00969 | 3/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2748 | $ 0.00 |

Base para: El Demandante aseveró no tener ningún reclamo contra los Deudores.

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | QUALITY CONSULTING GROUP, INC.<br>PMB 303<br>405 AVE. ESMERALDA SUITE2<br>GUAYNABO, PR 00969-4704 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 50437 | $ 160,142.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2017. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $160,142.00 se aplicó a deudas tributarias de los años 2018 y 2019.

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | RAMIREZ BALL, RAFAEL H.<br>PO BOX 195492<br>SAN JUAN, PR 00919 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 75611 | $ 36,547.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $36,547.00 se aplicó a deudas tributarias de 2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | RAMIREZ COLON, MARIA DE LOURDES<br>PO BOX 1534<br>BOQUERÓN, PR 00622 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13407 | $ 1,238.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución de $1,238.00 se aplicó a una deuda tributaria anterior correspondiente al año 2013.

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | RAMOS LUGO, CARMELO<br>URB SANTA JUANITA<br>NK 6 CALLE FENIX<br>BAYAMON, PR 00956 | 5/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14974 | $ 875.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución de $875.00 se aplicó a una deuda tributaria anterior correspondiente al año 2015.

Tricentésima Tercera Objeción Global
Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 61 | RAMOS TALAVERA, JESSENIA<br>PO BOX 306<br>CAGUAS, PR 00726 | 5/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13103 | $ 1,156.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución de $1,156.00 se aplicó a una deuda tributaria anterior correspondiente al año 2011.

| | | | | | | |
|---|---|---|---|---|---|---|
| 62 | RAMOS-ORTIZ, BETHZAIDA<br>VICTOR M. RIVERA- RIOS<br>1420 FERNANDEZ JUNCOS AVE.<br>SAN JUAN, PR 00909 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 101828 | $ 10,500,000.00 |

Base para: La Evidencia de Reclamo invoca una obligación con base en el caso número 16-2366. Los registros del Departamento de Justicia indican que se desistió voluntariamente del caso debido a una conciliación en virtud de la cual se desistió de la causa voluntariamente con pérdida de derecho a un nuevo juicio.

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | RIVAS GARCIA, FELIX<br>MANSION DEL SUR<br>SD 58 PLAZA 5<br>TOA BAJA, PR 00949 | 5/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15243 | $ 1,836.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Según los registros del Departamento de Hacienda, el rembolso o la devolución de $1,836.00 se aplicaron a una deuda tributaria anterior, correspondiente al año 2014.

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | RODRIGUEZ MOLINA , MONICA<br>3973 N LAKE<br>ORLANDO PWY APT 1607<br>ORLANDO, FL 32808 | 3/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 788 | $ 613.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución se aplicó a una deuda tributaria anterior correspondiente a los años 2010, 2014 y 2015 de $19.49, $373.34 y 220.17, respectivamente.

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | RODRIGUEZ RAMIREZ, JOSE<br>PO BOX 3081<br>AGUADILLA, PR 00605 | 4/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8057 | $ 3,380.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución de $3,380.00 se aplicó a una deuda tributaria anterior correspondiente al año 2015.

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | ROMERO QUINONEZ, MARIA C<br>PO BOX 6415<br>BAYAMON, PR00960 | 3/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2482 | $ 1,000,000.00* |

Base para: La Evidencia del Reclamo invoca varios agravios contra el Estado Libre Asociado de Puerto Rico derivados de procedimientos de divorcio y facturas de servicios públicos, pero no presenta un fundamento válido para las obligaciones invocadas contra el Estado Libre Asociado, ERS o algún otro deudor al amparo del Título III.

Tricentésima Tercera Objeción Global
Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 67 | ROMEU PALERMO, DEVLIN J.<br>PO BOX 60401 PMB 163<br>SAN ANTONIO, PR 00690 | 5/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16086 | $ 636.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución de $636.00 se aplicó a una deuda tributaria anterior correspondiente al año 2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 68 | ROSADO MEDINA, JAVIER<br>HC 4 BOX 7281<br>JUANA DIAZ, PR 00795 | 5/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13015 | $ 845.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución de $845.00 se aplicó a una deuda tributaria anterior correspondiente al año 2014.

| | | | | | | |
|---|---|---|---|---|---|---|
| 69 | RUIZ ROSADO, LETICIA<br>URB RAMEY<br>127 CALLE GRUBBS<br>AGUADILLA, PR 00604-1501 | 3/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3907 | $ 888.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución de $888.00 se aplicó a una deuda tributaria anterior correspondiente al año 2009.

| | | | | | | |
|---|---|---|---|---|---|---|
| 70 | SANSON INVESTMENT CORP<br>EDIF MARVESA<br>472 AVE TITO CASTRO STE201<br>PONCE, PR 00716 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20173 | $ 1,000.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos del año 2015. Los registros del Departamento de Hacienda indican que dicho reembolso o devolución de $1,000.00 se aplicó a deudas tributarias del año 2016.

| | | | | | | |
|---|---|---|---|---|---|---|
| 71 | SANTONI CRESPO, CESAR<br>3222 AMERSON DR<br>PEARLAND, TX 77584 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20661 | $ 773.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos de 2016. Los registros del Departamento de Hacienda muestran que dicho rembolso o devolución se aplicó a deudas tributarias anteriores de $497.06 para el año 2013 y $275.94 para el año 2015.

| | | | | | | |
|---|---|---|---|---|---|---|
| 72 | SERRALLES ENVIRONMENTAL TECHNOLOGIES, INC.<br>PO BOX 198<br>PONCE, PR 00715 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 124322 | $ 6,554.00 |

Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $6,554.00 se aplicó a deudas tributarias de 2017.

Tricentésima Tercera Objeción Global
Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 73 | TOYOTA DE PUERTO RICO CORP.<br>ATTN: DAN O'NEILL<br>1064 AVE. MUNOZ RIVERA<br>RIO PIEDRAS, PR 00926 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 79025 | $ 608,781.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $608,781.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 74 | UNIVERSAL FINANCIAL SERVICES, INC.<br>#33 BOLIVIA STREET, 6TH FLOOR<br>SAN JUAN, PR 00917-2011 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 121873 | $ 1,945.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $1,945.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 75 | UNIVERSAL LIFE INSURANCE COMPANY<br>#33 BOLIVIA STREET, 6TH FLOOR<br>SAN JUAN, PR 00917-2011 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 140241 | $ 716,807.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $716,807.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 76 | VELEZ SANCHEZ, IDALIS<br>PO BOX 878<br>UTUADO, PR 00641 | 6/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 70325 | Indeterminado* |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Según los registros del Departamento de Hacienda, no hay ningún reembolso pendiente para el acreedor. | | | | | |
| 77 | VIERA VILLENEUVE, HARRY<br>PO BOX 9021836<br>SAN JUAN, PR 00902-1836 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 59669 | $ 3,891.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $3,891.00 se aplicó a deudas tributarias de 2017. | | | | | |
| 78 | WAL-MART PUERTO RICO, INC.<br>PMB 725, BOX 4960<br>CAGUAS, PR 00726-4960 | 7/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 160793 | $ 28,346,433.00 |
| | Base para: La Evidencia de reclamo invoca una obligación con base en un crédito fiscal de 2016. Los registros del Departamento de Hacienda indican que dicho crédito fiscal de $28,346,433.00 se aplicó a deudas tributarias de 2017. | | | | | |

Tricentésima Tercera Objeción Global
Anexo A: Reclamos Sin Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 79 | YANG, LILY<br>15 PERKINS SQUARE #8<br>BOSTON, MA 02130 | 12/12/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178949 | $ 500.00 |

Base para: La Evidencia del Reclamo invoca de forma fraudulenta una obligación relacionada con "servicios prestados", pero no proporciona información específica sobre los servicios y no identifica ninguna agencia o departamento para el cual se hayan prestado los servicios. A nuestro leal saber y entender, este demandante ha presentado el mismo reclamo sobre la misma base en más de una quiebra fuera del Título III sin fundamentación.

| | | | | | TOTAL | $ 64,633,778.75* |