# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Fourth Omnibus Objection**

## Three Hundred and Fourth Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AIKMAN, JOHN<br>9765 BLUE LAKE LODGE LANE<br>MECOSTA, MI 49332 | 4/4/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3568 | $ 1,338.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19240388 dated 6/15/2017. | | | | | |
| 2 | ALLEN TELECOM LLC<br>ROBINSON, BRADSHAW & HINSON, P.A.<br>DAVID M. SCHILLI<br>101 N. TRYON STREET<br>SUITE 1900<br>CHARLOTTE, NC 28246 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19831 | $ 80,000.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90148037 and 90148036 dated 12/19/2018. | | | | | |
| 3 | AMALBERT SEOANE, MARCOS<br>COND PARK GARDEN TOWN HOUSES<br>105 ACADIA ST APT315<br>SAN JUAN, PR 00926 | 6/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 75366 | Undetermined* |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/31/2017. | | | | | |
| 4 | ATLANTIC LEGAL SERVICES, P S C<br>157 JOSE RODRIGUEZ IRIZARRY<br>ARECIBO, PR 00612 | 5/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20861 | $ 10,876.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90127894 dated 09/15/2017. | | | | | |
| 5 | AWNING SANZ INC<br>WILLIAM CANCEL SEPULVEDA<br>PO BOX 1746<br>MAYAGUEZ, PR00681-1746 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20735 | $ 8,934.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90139064 and 90139065 dated 5/21/2018 | | | | | |
| 6 | BANKRUPTCY ESTATE OF CONCRETE AND MATERIAL TESTING INC CASE12-04751<br>NOREEN WISCOVITCH-RENTAS, CHAPTER 7 TRUSTEE<br>PMB 136 400 CALLE JUAN CALAF<br>SAN JUAN, PR 00918 | 5/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10177 | $ 2,861.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90150334 dated 3/25/2019. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Fourth Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | BANKRUPTCY ESTATE OF HEALTH PREVENTIVE SERVICES, C S P, CASE NO16-02292<br>NOREEN WISCORITCH-RENTAS, TRUSTEE<br>400 CALLE CALAF PMB 136<br>SAN JAUN, PR 00918-1314 | 5/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10874 | $ 39,000.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90132591 dated 2/5/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | CARCO ELECTRIC CORP<br>PO BOX 142254<br>ARECIBO, PR 00614-2254 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67258 | $ 6,364.80 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90142998 dated 8/17/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | CARRO JIMENEZ, JUAN P.<br>1303 AVE. MAGDALENA APT802<br>CONDOMINIO MAGA<br>SAN JUAN, PR 00907 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80880 | $ 801.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19633216 dated 8/28/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | CAVANAUGH MACDONALD CONSULTING, LLC<br>ROBERT G. BRAZIER<br>3414 PEACHTREE ROAD NE, SUITE 1600<br>ATLANTA, GA30326 | 3/22/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 4246 | $ 7,387.00 |

Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 16327 and 16628. The records of the Puerto Rico Highways and Transportation Authority show such invoices have been fully satisfied, pursuant to Check No. 1300 dated 08/29/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | CHRISTIANSEN TORRES, JONATHAN<br>URB VISTAMAR MARINA ESTE<br>G-21 CALLE GRANADA<br>CAROLINA, PR 00983 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13056 | $ 2,289.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 6/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | COLON CORDOVA, CARLOS<br>URB BRISAS DEL MAR CALLE ESTRELLA<br>BUZON 66<br>GUAYAMA, PR00784 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11908 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/9/2017.

## Three Hundred and Fourth Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | COMPU MAILING SYSTEMS<br>PO BOX 363985<br>SAN JUAN, PR 00936 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14420 | $ 30,428.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90149389 dated 2/13/2019. | | | | | |
| 14 | CUFFY, ENID<br>PO BOX 293<br>GURABO, PR 00778 | 4/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3862 | $ 3,461.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19291169 dated 7/31/2017. | | | | | |
| 15 | DIAZ LUGO, DARIANA<br>URB VILLA PRADE<br>6-41 CALLE FRANCISCO CASALDUE<br>SAN JUAN, PR 00926 | 3/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2988 | Undetermined* |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/31/2016. | | | | | |
| 16 | DISTRIBUIDORA SISOMA, INC.<br>PO BOX 365<br>CAGUAS, PR 00726-0365 | 6/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34996 | $ 48,233.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90153468 dated 6/4/2019. | | | | | |
| 17 | FEBRES ELIAS, BARBARA<br>COND INTERSUITES<br>3000 MARGINAL BALDORIOTY APT 1A<br>CAROLINA, PR 00979 | 5/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12447 | Undetermined* |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19238762 dated 6/15/2017. | | | | | |
| 18 | FIDEICOMISO ANDRES R GOMEZ LOPEZ ESESTUDIO UNIV<br>EXT VILLA CAPARRA<br>C2 CALLE FLORENCIA<br>GUYANABO, PR 00966-1722 | 5/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12825 | $ 310.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90130794 dated 2/5/2018 and Check No. 90134254 dated 2/22/2018. | | | | | |
| 19 | GARCIA SOTO, JUAN R<br>HC-03 BOX 16044<br>AGUAS BUENAS, PR 00703 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 65593 | $ 6,225.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 07/18/2017. | | | | | |

## Three Hundred and Fourth Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | GUTIERREZ, SUHAIL MARTINEZ<br>P.O BOX 336684<br>PONCE, PR 00733-6684 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 61667 | $ 80.00* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 4/29/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | HERNANDEZ GUTIERREZ, LAURA<br>#2 CALLE CANDINA<br>APT 1001<br>SAN JUAN, PR 00907 | 5/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16724 | $ 3,120.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 12/15/2016.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | HERNANDEZ MARTINEZ, ELISAMUEL<br>VILLA DEL CARMEN<br>2028 CALLE TENDAL<br>PONCE, PR 00716 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 74538 | $ 848.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/9/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | KARIANA CELULAR ACCESORIOS<br>QTAS DE FLAMINGO<br>C4 CALLE 2<br>BAYAMON, PR00959-4852 | 5/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15544 | $ 3,562.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90137881 dated 3/21/2018 and Check No. 90144937 dated 10/10/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | LOPEZ ORTIZ, MIGUEL<br>URB PALACIOS DEL PRADO<br>121 CALLE MAR CARIBE<br>JUANA DIAZ, PR 00795 | 5/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16470 | $ 1,103.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | LOPEZ SANCHEZ, PEDRO<br>VILLAS DE HUMACAO<br>150 CALLE TOMAS L BOYLE APT 7<br>HUMACAO, PR 00791 | 6/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 66830 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/10/2017.

## Three Hundred and Fourth Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | MAICHEL THIELS, ADOLFO<br>10913 MOSS PARK RD UNIT 936<br>ORLANDO, FL 32832 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10294 | $ 3,178.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | MERCADO ZAYAS, HIRAM<br>URB PASEO DE JACARANDA<br>15113 CALLE SAUSE<br>SANTA ISABEL, PR 00757 | 5/9/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 12637 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19234095 dated 6/9/2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | MIRANDA, DEBBIE<br>RR 11 BOX 4546<br>BAYAMON, PR 00956 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64508 | $ 161.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 4/29/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | MULERO SERRANO, CARMEN<br>URB LAS AMERICAS<br>OO-12 CALLE 1<br>BAYAMON, PR 00959 | 4/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8985 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 7/9/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | MUNIZ BATISTA, LISSETTE<br>HC 02 BOX 9015<br>AIBONITO, PR 00705 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 75060 | $ 997.00* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 9/6/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | NELSON SOTELO SANTIAGO & MARIA L. ACEVEDO RUIZ<br>URB MEDINA<br>P 21 CALLE 8<br>ISABELA, PR 00662-3814 | 10/17/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 252 | $ 1,159.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 17468603 dated 6/8/2013 and Check No. 19599653 dated 5/31/2018.

## Three Hundred and Fourth Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | NETWAVE EQUIPMENT CO.<br>HECTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/2/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 8939 | $ 14,000.00 |

Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 6582, 6725, and 6812. The records of the Highway and Transportation Authority show such invoices have been fully satisfied, pursuant to Check Nos. 1228, 795, and 917 dated 07/31/2018, 03/14/2018, and 04/27/2018, respectively.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 33 | NEW JERSEY STATE POLICE<br>MAJOR LOUIS BUCCHERE<br>OFFICE OF EMERGENCY MANAGEMENT<br>P.O. BOX 7068<br>WEST TRENTON, NJ 08628 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19554 | $ 7,409,571.60 |

Reason: Proof of Claim asserts liability on the basis of emergency management assistance related to Hurricane Maria. The records of the Puerto Rico Emergency Management Agency (PREMA) show such liability has been fully satisfied pursuant to Check Nos. 00271212, 00278945, and 00290345 dated 4/29/2019, 6/5/2019 and 8/12/2019 respectively.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | NUSTREAM COMMUNICATIONS INC.<br>HECTOR FIGUEROA VINCENTY ESQ.<br>CALLE SAN FRANCISCO 310 STE. 32<br>SAN JUAN, PR 00901 | 4/30/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 8701 | $ 8,301.00 |

Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 8867, 8895, 8922, 8949, 8975, 9000, and 9027. The records of the Highway and Transportation Authority show such invoices have been fully satisfied, pursuant to Check No. 873, 873, 979, 979, 1695, 1105, and 1695 dated 04/17/2018, 04/17/2018, 05/18/2018, 05/18/2018, 02/05/2019, 06/26/2018, and 02/15/2019, respectively.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 35 | PABON TORO, MYRNA I<br>HC 2 BOX 12340<br>LAJAS, PR 00667-9260 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13347 | Undetermined* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposit dated 6/1/2017.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | PITNEY BOWES PUERTO RICO INC.<br>MCCONNELL VALDES LLC<br>C/O PITNEY BOWES PUERTO RICO, INC.<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 5/24/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 21008 | $ 225.00 |

Reason: Proof of Claim asserts liability on the basis of Invoice No. 0872180. The records of the Highway and Transportation Authority show such invoice has been fully satisfied, pursuant to Check No 784 dated 03/09/2018.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 37 | R FIGUEROA CARRASQUILLO LAW OFFICE PSC<br>PO BOX 186<br>CAGUAS, PR 00726 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20056 | $ 19,264.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90159470 dated 10/24/2019.

## Three Hundred and Fourth Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | RAMIREZ VALENTIN, ALEXSANDRO<br>CALLE E #227, APT. 166<br>TRUJILLO ALTO, PR 00976 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57303 | $ 232.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90158160 dated 9/11/2019.

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | RAMON J VINAS SR ESTATE<br>RAMON L VINAS-BUESO ESQ<br>623 PONCE DE LEON<br>SUITE 1202B<br>SAN JUAN, PR 00917-4831 | 5/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12639 | $ 472.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90130799 dated 2/5/2019.

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | RAMOS ACEVEDO, ENID<br>PO BOX 846<br>MOCA, PR 00716-0846 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56154 | $ 2,261.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19280410 dated 7/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | RIVERA MATOS, FERNANDO<br>1500 AVE LUIS VIGOREAUX APT D404<br>GUAYNABO, PR 00966-4149 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13736 | $ 1,308.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19719261 dated 11/28/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | RIVERA NEGRON, CARLOS<br>HC 6 BOX 133021<br>SAN SEBASTIAN, PR 00685 | 4/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6878 | $ 4,230.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposits dated 9/6/2016 5/23/2017, and 4/11/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | RIVERA ROLDAN, VICTOR E<br>PO BOX 32198<br>PONCE, PR 00732-2198 | 5/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16099 | $ 100,000.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 19895445 dated 5/14/2019.

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | RODRIGUEZ RODRIGUEZ, MISAEL<br>HC 01 BOX 6101<br>YAUCO, PR 00698 | 5/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9195 | $ 2,702.00* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, via direct deposits dated 5/5/2017 and 4/11/2018.

## Three Hundred and Fourth Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 45 | RODRIGUEZ, ALBA COLLADO<br>PO BOX 334254<br>PONCE, PR 00733 | 11/30/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 343 | $ 151,843.50 |

Reason: Proof of Claim asserts liability on the basis of an unpaid ordered judgement related to a litigation matter. The records of the Dept. of Correction and Rehabilitation show such liability has been fully satisfied pursuant to Check Nos. 458055, 458056, 458057 all dated 6/4/2019 and Check Nos. 261239, 261240, 261241, and 261242 all dated 6/14/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | SANCHEZ PIRILLO LLC<br>JOSE C. SANCHEZ CASTRO<br>P.O. BOX 11917<br>SAN JUAN, PR 00922-1917 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 95202 | $ 73,522.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90147382 dated 12/12/2018 and Check No. 90148477 dated 1/22/2019.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | TONERINKS R US CORP<br>PO BOX 50646<br>TOA BAJA, PR 00950-0646 | 5/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15797 | $ 11,827.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90142827 dated 8/15/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | UNIPO ARCHITECHTS, ENGINEERS AND PLANNERS<br>PO BOX 10914<br>SAN JUAN, PR 00922-0914 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 155936 | $ 65,735.40 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied pursuant to Check No. 90140920 dated 7/11/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | VALENTIN RIVERA, VANESSA I<br>5 ARIZONA<br>CALLE 21<br>ARROYO, PR 00714 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 72150 | $ 250.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return in the amount of $250. The records of the Department of Treasury show 2014 refund for $250 has been fully satisfied pursuant to Check No. 90150235 dated 3/12/2019. Creditor also asserted liability on the basis of 2015 tax return/refund. Refund for $69.00 related to 2015 return was fully satisfied pursuant to Check No. 18796956 dated 5/31/2016.

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | VR ENGINEERING, CORP<br>PO BOX 815<br>DORADO, PR 00646-0815 | 5/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9938 | $ 13,604.76 |

Reason: Proof of Claim asserts liability on the basis of a tax refunds/returns for 2014, 2015 and 2016. The records of the Department of Treasury show such refunds/returns have been fully satisfied. 2014 refund/return for $6,531.00 was satisfied pursuant to Check No. 90156129 dated 7/18/2019, 2015 refund/return for $3,905.24 was satisfied pursuant to Check No. 90128759 dated 9/15/2017 and 2016 refund/return for $5,914.00 was satisfied pursuant to Check Nos. 90158316 and 90158317 dated 9/17/2019.

| | | | | | TOTAL | $ 8,142,065.06* |
|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts