# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima cuarta objeción global**

Tricentésima Cuarta Objeción Global
Anexo A: Reclamos Pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | AIKMAN, JOHN<br>9765 BLUE LAKE LODGE LANE<br>MECOSTA, MI 49332 | 4/4/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3568 | $ 1,338.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante el cheque n.° 19240388 de fecha 15/6/2017. | | | | | |
| 2 | ALLEN TELECOM LLC<br>ROBINSON, BRADSHAW & HINSON, P.A.<br>DAVID M. SCHILLI<br>101 N. TRYON STREET<br>SUITE 1900<br>CHARLOTTE, NC 28246 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19831 | $ 80,000.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho reembolso/devolución se efectuó totalmente mediante cheque n°. 90148037 y 90148036 de fecha 19/12/2018. | | | | | |
| 3 | AMALBERT SEOANE, MARCOS<br>COND PARK GARDEN TOWN HOUSES<br>105 ACADIA ST APT315<br>SAN JUAN, PR 00926 | 6/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 75366 | Indeterminado* |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante un depósito directo de fecha 31/7/2017. | | | | | |
| 4 | ATLANTIC LEGAL SERVICES, P S C<br>157 JOSE RODRIGUEZ IRIZARRY<br>ARECIBO, PR 00612 | 5/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20861 | $ 10,876.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho reembolso/devolución se efectuó totalmente mediante cheque n°. 90127894 dated 15/9/2017. | | | | | |
| 5 | AWNING SANZ INC<br>WILLIAM CANCEL SEPULVEDA<br>PO BOX 1746<br>MAYAGUEZ, PR00681-1746 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20735 | $ 8,934.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho reembolso/devolución se efectuó totalmente, mediante cheques n°. 90139064 y 90139065 de fecha 21/5/2018 | | | | | |
| 6 | BANKRUPTCY ESTATE OF CONCRETE AND MATERIAL TESTING INC CASE12-04751<br>NOREEN WISCOVITCH-RENTAS, CHAPTER 7 TRUSTEE<br>PMB 136 400 CALLE JUAN CALAF<br>SAN JUAN, PR 00918 | 5/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10177 | $ 2,861.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante el cheque n.° 90150334 de fecha 25/3/2019. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Cuarta Objeción Global
Anexo A: Reclamos Pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | BANKRUPTCY ESTATE OF HEALTH PREVENTIVE SERVICES, C S P, CASE NO16-02292<br>NOREEN WISCORITCH-RENTAS, TRUSTEE<br>400 CALLE CALAF PMB 136<br>SAN JAUN, PR 00918-1314 | 5/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10874 | $ 39,000.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante el cheque n.° 90132591 de fecha 5/2/2018. | | | | | |
| 8 | CARCO ELECTRIC CORP<br>PO BOX 142254<br>ARECIBO, PR 00614-2254 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 67258 | $ 6,364.80 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho reembolso/devolución se efectuó totalmente mediante cheque n\|. 90142998 de fecha 17/8/2018. | | | | | |
| 9 | CARRO JIMENEZ, JUAN P.<br>1303 AVE. MAGDALENA APT802<br>CONDOMINIO MAGA<br>SAN JUAN, PR 00907 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 80880 | $ 801.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho reembolso/devolución se efectuó en su totalidad mediante cheque n°. 19633216 de fecha 28/8/2018. | | | | | |
| 10 | CAVANAUGH MACDONALD CONSULTING, LLC<br>ROBERT G. BRAZIER<br>3414 PEACHTREE ROAD NE, SUITE 1600<br>ATLANTA, GA30326 | 3/22/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 4246 | $ 7,387.00 |
| | Base para: La Evidencia de Reclamo invoca una obligación con base en facturas n°. 16327 y 16628. En los registros de la Autoridad de Carreteras y Transportación, dichas facturas aparecen abonadas en su totalidad mediante cheque n°1300 de fecha 29/8/2018. | | | | | |
| 11 | CHRISTIANSEN TORRES, JONATHAN<br>URB VISTAMAR MARINA ESTE<br>G-21 CALLE GRANADA<br>CAROLINA, PR 00983 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13056 | $ 2,289.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante un depósito directo de fecha 15/6/2017. | | | | | |
| 12 | COLON CORDOVA, CARLOS<br>URB BRISAS DEL MAR CALLE ESTRELLA<br>BUZON 66<br>GUAYAMA, PR00784 | 5/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11908 | Indeterminado* |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante un depósito directo de fecha 9/7/2017. | | | | | |

## Tricentésima Cuarta Objeción Global
### Anexo A: Reclamos Pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | COMPU MAILING SYSTEMS<br>PO BOX 363985<br>SAN JUAN, PR 00936 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14420 | $ 30,428.00 |

Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante el cheque n.° 90149389 de fecha 13/2/2019.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | CUFFY, ENID<br>PO BOX 293<br>GURABO, PR 00778 | 4/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3862 | $ 3,461.00 |

Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante el cheque n.° 19291169 del 31/7/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | DIAZ LUGO, DARIANA<br>URB VILLA PRADE<br>6-41 CALLE FRANCISCO CASALDUE<br>SAN JUAN, PR 00926 | 3/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2988 | Indeterminado* |

Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante un depósito directo de fecha 31/7/2016.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | DISTRIBUIDORA SISOMA, INC.<br>PO BOX 365<br>CAGUAS, PR 00726-0365 | 6/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34996 | $ 48,233.00 |

Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante el cheque n.° 90153468 de fecha 4/6/2019.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | FEBRES ELIAS, BARBARA<br>COND INTERSUITES<br>3000 MARGINAL BALDORIOTY APT 1A<br>CAROLINA, PR 00979 | 5/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12447 | Indeterminado* |

Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante cheque n.° 19238762 de fecha 15/6/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | FIDEICOMISO ANDRES R GOMEZ LOPEZ ESESTUDIO UNIV<br>EXT VILLA CAPARRA<br>C2 CALLE FLORENCIA<br>GUYANABO, PR 00966-1722 | 5/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12825 | $ 310.00 |

Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad, mediante los cheques n.° 90130794 de fecha 5/2/2018 y cheque n°. 90134254 de fecha 22/2/2018.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Cuarta Objeción Global
### Anexo A: Reclamos Pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | GARCIA SOTO, JUAN R<br>HC-03 BOX 16044<br>AGUAS BUENAS, PR 00703 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 65593 | $ 6,225.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho reembolso/devolución se efectuó totalmente mediante un depósito directo de fecha 18/7/2017. | | | | | |
| 20 | GUTIERREZ, SUHAIL MARTINEZ<br>P.O BOX 336684<br>PONCE, PR 00733-6684 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 61667 | $ 80.00* |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho reembolso/devolución se efectuó totalmente mediante un depósito directo de fecha 29/4/2017. | | | | | |
| 21 | HERNANDEZ GUTIERREZ, LAURA<br>#2 CALLE CANDINA<br>APT 1001<br>SAN JUAN, PR 00907 | 5/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16724 | $ 3,120.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante un depósito directo de fecha 12/15/2016. | | | | | |
| 22 | HERNANDEZ MARTINEZ, ELISAMUEL<br>VILLA DEL CARMEN<br>2028 CALLE TENDAL<br>PONCE, PR 00716 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 74538 | $ 848.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante un depósito directo de fecha 9/7/2017. | | | | | |
| 23 | KARIANA CELULAR ACCESORIOS<br>QTAS DE FLAMINGO<br>C4 CALLE 2<br>BAYAMON, PR00959-4852 | 5/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15544 | $ 3,562.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante cheque n°. 90137881 de fecha 21/3/2018 y cheque n°. 90144937 de fecha 10/10/2018. | | | | | |
| 24 | LOPEZ ORTIZ, MIGUEL<br>URB PALACIOS DEL PRADO<br>121 CALLE MAR CARIBE<br>JUANA DIAZ, PR 00795 | 5/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16470 | $ 1,103.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante un depósito directo de fecha 31/7/2017. | | | | | |

## Tricentésima Cuarta Objeción Global
### Anexo A: Reclamos Pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | LOPEZ SANCHEZ, PEDRO<br>VILLAS DE HUMACAO<br>150 CALLE TOMAS L BOYLE APT 7<br>HUMACAO, PR 00791 | 6/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 66830 | Indeterminado* |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante un depósito directo de fecha 10/7/2017. | | | | | |
| 26 | MAICHEL THIELS, ADOLFO<br>10913 MOSS PARK RD UNIT 936<br>ORLANDO, FL 32832 | 5/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10294 | $ 3,178.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante un depósito directo de fecha 31/7/2017. | | | | | |
| 27 | MERCADO ZAYAS, HIRAM<br>URB PASEO DE JACARANDA<br>15113 CALLE SAUSE<br>SANTA ISABEL, PR 00757 | 5/9/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 12637 | Indeterminado* |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante el cheque n.° 19234095 de fecha 9/6/2017 | | | | | |
| 28 | MIRANDA, DEBBIE<br>RR 11 BOX 4546<br>BAYAMON, PR 00956 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 64508 | $ 161.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho reembolso/devolución se efectuó totalmente mediante un depósito directo de fecha 29/4/2017. | | | | | |
| 29 | MULERO SERRANO, CARMEN<br>URB LAS AMERICAS<br>OO-12 CALLE 1<br>BAYAMON, PR 00959 | 4/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8985 | Indeterminado* |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante un depósito directo de fecha 9/7/2017. | | | | | |
| 30 | MUNIZ BATISTA, LISSETTE<br>HC 02 BOX 9015<br>AIBONITO, PR 00705 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 75060 | $ 997.00* |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante un depósito directo de fecha 6/9/2018. | | | | | |

## Tricentésima Cuarta Objeción Global
### Anexo A: Reclamos Pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 31 | NELSON SOTELO SANTIAGO & MARIA L. ACEVEDO RUIZ<br>URB MEDINA<br>P 21 CALLE 8<br>ISABELA, PR 00662-3814 | 10/17/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 252 | $ 1,159.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad, mediante los Cheques n.° 17468603 del 8/6/2013 y 19599653 del 31/5/2018. | | | | | |
| 32 | NETWAVE EQUIPMENT CO.<br>HECTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/2/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 8939 | $ 14,000.00 |
| | Base para: En la Evidencia de Reclamo, se fundamenta una obligación con base en las facturas n°6582, 6725 y 6812. En los registros de la Autoridad de Carreteras y Transportación, dichas facturas aparecen abonadas en su totalidad mediante cheques n°. 1228, 795 y 917 de fecha 31/7/2018, 14/3/2018, y 27/4/2018, respectivamente. | | | | | |
| 33 | NEW JERSEY STATE POLICE<br>MAJOR LOUIS BUCCHERE<br>OFFICE OF EMERGENCY MANAGEMENT<br>P.O. BOX 7068<br>WEST TRENTON, NJ 08628 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19554 | $ 7,409,571.60 |
| | Base para: La Evidencia de Reclamo fundamenta una obligación con base en la asistencia para gestión de emergencias relacionada con el huracán María. Los registros de la Agencia Estatal para el Manejo de Emergencias (PREMA) indican que la obligación se pagó en su totalidad mediante cheques n°. 00271212, 00278945 y 00290345 de fecha 29/4/2019, 5/6/2019 y 12/8/2019 respectivamente. | | | | | |
| 34 | NUSTREAM COMMUNICATIONS INC.<br>HECTOR FIGUEROA VINCENTY ESQ.<br>CALLE SAN FRANCISCO 310 STE. 32<br>SAN JUAN, PR 00901 | 4/30/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 8701 | $ 8,301.00 |
| | Base para: La Evidencia de Reclamo fundamenta una obligación con base en las facturas n.º 8867, 8895, 8922, 8949, 8975, 9000 y 9027. En los registros la Autoridad de Carreteras y Transportación, dichas facturas aparecen abonadas en su totalidad mediante cheques n°. 873, 873, 979, 979, 1695, 1105 y 1695 de fecha 17/4/2018, 17/4/2018, 18/5/2018, 18/5/2018, 5/2/2019, 26/6/2018 y 15/2/2019, respectivamente. | | | | | |
| 35 | PABON TORO, MYRNA I<br>HC 2 BOX 12340<br>LAJAS, PR 00667-9260 | 5/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13347 | Indeterminado* |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad, mediante un depósito directo efectuado el 1/6/2017. | | | | | |
| 36 | PITNEY BOWES PUERTO RICO INC.<br>MCCONNELL VALDES LLC<br>C/O PITNEY BOWES PUERTO RICO, INC.<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 5/24/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 21008 | $ 225.00 |
| | Base para: La Evidencia de Reclamo fundamenta una obligación con base en la factura n°. 0872180. Los registros de la Autoridad de Carreteras y Transportación indican que dicha factura se abonó en su totalidad mediante el cheque n°. 784 de fecha 9/3/2018. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Cuarta Objeción Global
Anexo A: Reclamos Pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 37 | R FIGUEROA CARRASQUILLO LAW OFFICE PSC<br>PO BOX 186<br>CAGUAS, PR 00726 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20056 | $ 19,264.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante el cheque n.° 90159470 de fecha 24/10/2019. | | | | | |
| 38 | RAMIREZ VALENTIN, ALEXSANDRO<br>CALLE E #227, APT. 166<br>TRUJILLO ALTO, PR 00976 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 57303 | $ 232.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante el cheque n.° 90158160 de fecha 11/9/2019. | | | | | |
| 39 | RAMON J VINAS SR ESTATE<br>RAMON L VINAS-BUESO ESQ<br>623 PONCE DE LEON<br>SUITE 1202B<br>SAN JUAN, PR 00917-4831 | 5/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12639 | $ 472.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante el cheque n.° 90130799 de fecha 5/2/2019. | | | | | |
| 40 | RAMOS ACEVEDO, ENID<br>PO BOX 846<br>MOCA, PR 00716-0846 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 56154 | $ 2,261.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante el cheque n.° 19280410 de fecha 31/7/2017. | | | | | |
| 41 | RIVERA MATOS, FERNANDO<br>1500 AVE LUIS VIGOREAUX APT D404<br>GUAYNABO, PR 00966-4149 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13736 | $ 1,308.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante el cheque n.° 19719261 de fecha 28/11/2018. | | | | | |
| 42 | RIVERA NEGRON, CARLOS<br>HC 6 BOX 133021<br>SAN SEBASTIAN, PR 00685 | 4/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6878 | $ 4,230.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que el rembolso o devolución se efectuó en su totalidad mediante un depósito directo de fecha 6/9/2016, 23/5/2017 y 11/4/2018. | | | | | |
| 43 | RIVERA ROLDAN, VICTOR E<br>PO BOX 32198<br>PONCE, PR 00732-2198 | 5/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16099 | $ 100,000.00 |
| | Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante el cheque n.° 19895445 de fecha 14/5/2019. | | | | | |

## Tricentésima Cuarta Objeción Global
### Anexo A: Reclamos Pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 44 | RODRIGUEZ RODRIGUEZ, MISAEL<br>HC 01 BOX 6101<br>YAUCO, PR 00698 | 5/1/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9195 | $ 2,702.00* |

Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho reembolso/devolución se efectuó en su totalidad mediante depósitos directos de fecha 5/5/2017 y 11/4/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | RODRIGUEZ, ALBA COLLADO<br>PO BOX 334254<br>PONCE, PR 00733 | 11/30/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 343 | $ 151,843.50 |

Base para: La Evidencia de Reclamo invoca una obligación con base en una sentencia dictada y no pagada en relación con una cuestión litigiosa. Los registros del Departamento de Corrección y Rehabilitación indican que dicha obligación se ha pagado en su totalidad mediante cheques n°. 458055, 458056, 458057 de fecha 4/6/2019 y cheques 261239, 261240, 261241 y 261242 de fecha 14/6/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | SANCHEZ PIRILLO LLC<br>JOSE C. SANCHEZ CASTRO<br>P.O. BOX 11917<br>SAN JUAN, PR 00922-1917 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 95202 | $ 73,522.00 |

Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho rembolso o devolución se efectuó en su totalidad mediante los cheques n.° 90147382 de fecha 12/12/2018 y n°. 90148477 de fecha 22/1/2019.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | TONERINKS R US CORP<br>PO BOX 50646<br>TOA BAJA, PR 00950-0646 | 5/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15797 | $ 11,827.00 |

Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho reembolso/devolución se efectuó en su totalidad, con cheque n°. 90142827 de fecha 15/8/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | UNIPO ARCHITECHTS, ENGINEERS AND PLANNERS<br>PO BOX 10914<br>SAN JUAN, PR 00922-0914 | 7/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 155936 | $ 65,735.40 |

Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos. Los registros del Departamento de Hacienda indican que dicho reembolso/devolución se efectuó en su totalidad mediante cheque n°. 90140920 de fecha 11/7/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | VALENTIN RIVERA, VANESSA I<br>5 ARIZONA<br>CALLE 21<br>ARROYO, PR 00714 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 72150 | $ 250.00 |

Base para: La Evidencia del Reclamo invoca una obligación con base en un reembolso/devolución de impuestos por el monto de $250. Los registros del Departamento de Hacienda indican que dicho reembolso/devolución de 2014 por $250 se efectuó totalmente mediante cheque n°. 90150235 de fecha 12/3/2019. El acreedor también invoca la responsabilidad con base en un reembolso o devolución de impuestos del año 2015. El reembolso de $69.00 relacionado con la declaración de impuestos de 2015 se efectuó en su totalidad mediante cheque n°. 18796956 de fecha 31/5/2016.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Cuarta Objeción Global
### Anexo A: Reclamos Pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 50 | VR ENGINEERING, CORP<br>PO BOX 815<br>DORADO, PR 00646-0815 | 5/1/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9938 | $ 13,604.76 |

Base para: La Evidencia de reclamo invoca una obligación con base en un rembolso o devolución de impuestos correspondientes a 2014, 2015 y 2016. Los registros del Departamento de Hacienda indican que dicho reembolso/devolución se efectuó en su totalidad. El reembolso/la devolución de 2014 por $6,531.00 se efectuó mediante un cheque n°. 90156129 de fecha 18/7/2019, el reembolso/la devolución de $3,905.24 de 2015 se efectuó totalmente mediante cheque n°. 90128759 de fecha 15/9/2017 y el reembolso/ la devolución de 2016 por $5,914.00 se efectuó totalmente mediante cheques n°. 90158316 y 90158317 de fecha 17/9/2019

| | | | | | TOTAL | $ 8,142,065.06* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados            Página 9 de 9