# **EXHIBIT N**

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II        April 23, 2020

225

```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF PUERTO RICO


     --------------------------- X
     In re:                      :
                                 : PROMESA
     THE FINANCIAL OVERSIGHT     : TITLE III
     AND MANAGEMENT BOARD        :
     FOR PUERTO RICO,            : Case No.
                                 : 17 BK 3283-LTS
        as representative of     :
                                 : (Jointly
     THE COMMONWEALTH OF         :  Administered)
     PUERTO RICO,                :
                                 :
             Debtor.             :
     --------------------------- X
     In re:                      :
                                 : PROMESA
     THE FINANCIAL OVERSIGHT     : TITLE III
     AND MANAGEMENT BOARD        :
     FOR PUERTO RICO,            : Case No.
                                 : 17 BK 3567-LTS
        as representative of     :
                                 :
     THE COMMONWEALTH OF         : CONFIDENTIAL
     PUERTO RICO, et al.,        : PURSUANT TO
                                 : PROTECTIVE ORDER
             Debtor.             :
     --------------------------- X VOL. II OF II
```

          Videotaped deposition of TIMOTHY H.
AHLBERG, conducted virtually, pursuant to
continuance, reported stenographically by
Cynthia J. Conforti, CSR, RPR, CRR, commencing
at the hour of 9:46 a.m. CST, on the 23rd day
of April, 2020.

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                April 23, 2020

20 (Pages 298 to 301)

**Page 298**

1  BY MS. MILLER:
2     Q.   Mr. Ahlberg, do you recall reading
3  any of the legal briefs in connection with this
4  matter?
5     A.   I have read various legal briefs.
6  I can't recall specifically which ones without
7  having the documents in front of me.
8     Q.   Okay.  Thank you.
9         MS. MILLER:  I'd like to mark as
10 an exhibit tab 1102.
11        (Monolines Exhibit 21 is
12         introduced for the record.)
13 BY MS. MILLER:
14    Q.   Mr. Ahlberg, did you review the
15 PRIFA Enabling Act in connection with your
16 testimony today?
17    A.   I did not review the PRIFA
18 Enabling Act.
19    Q.   All right.  Do you have a general
20 understanding of the requirements under the
21 PRIFA Enabling Act to deposit certain moneys
22 into particular accounts?
23        MS. McKEEN:  Objection.
24        THE WITNESS:  I am aware that the
25 PRIFA Enabling Act has certain information

**Page 299**

1  about moneys in accounts, as you mentioned.
2  BY MS. MILLER:
3     Q.   Okay.  I'd like to turn to
4  Section 1914, if we could.
5         Let me ask you while we are
6  getting to it, because it's about 25 pages in,
7  so it might take a while.  We're going page by
8  page here.
9         Do you have an understanding of
10 what a special deposit is as used by the
11 Commonwealth?
12    A.   As used by the Commonwealth in
13 what context?
14    Q.   Well, now you have Section 1914 up
15 in front of you, and it's titled Special
16 Deposit, and my question is if you have an
17 understanding within the Commonwealth,
18 accounting or otherwise, what a special deposit
19 means.
20    A.   I'm not familiar with the term
21 "special deposit."
22    Q.   Okay.  Have you ever heard it?
23    A.   I may have heard the term before.
24    Q.   Okay.  Okay.  So this provision
25 requires that -- I'm reading about the second

**Page 300**

1  line.
2         ...the first proceeds of the
3  federal excise taxes remitted to the Department
4  of Treasury on Puerto Rico in each fiscal
5  year...
6         Do you see that?
7     A.   Yes, I see that.
8     Q.   Okay.  And then if you go down to
9  about halfway through the paragraph, as it goes
10 through various years which are well behind us,
11 so I'm going to skip them.
12        So in the case of fiscal year 2006
13 to '7 to 2008 and '9, and at subsequent years
14 until fiscal year 2056 to '57, the
15 participation shall be for an amount of up to
16 $117 million, which when received by the
17 Department of Treasury of Puerto Rico, shall be
18 covered into a Special Fund to be maintained by
19 or on behalf of the authority designated as the
20 Puerto Rico Infrastructure Fund.
21        Do you see that?
22    A.   Yes, I see that.
23    Q.   Okay.  Do you have an
24 understanding of what Special Fund, capital S,
25 capital F, means in the Commonwealth?

**Page 301**

1         MS. McKEEN:  Objection.
2         THE WITNESS:  I'm not certain what
3  Special Fund means in the context of this page
4  here.  It looks like a definition that we can
5  refer to within the document.
6  BY MS. MILLER:
7     Q.   Not elsewhere defined in the
8  document, but let me ask you, have you ever
9  heard of that term, Special Fund, being used
10 anywhere in Commonwealth accounting?
11    A.   I have heard people use the term
12 "Special Fund," but depending on the context,
13 people could have been referring to different
14 things.
15    Q.   Okay.  And what have you -- what
16 are some of the things that you think it could
17 have been referring to?
18    A.   That's -- I'm not sure I have a
19 clear understanding from the document.
20    Q.   Okay.  Do you know whether
21 special -- I'm sorry.
22        Going back to special deposit, do
23 you know whether special deposit is defined in
24 the Commonwealth financial statement of the
25 Special Fund?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                          April 23, 2020

22 (Pages 306 to 309)

**Page 306**

1  word "Fund."
2  BY MS. MILLER:
3      Q.   What about how you would interpret
4  the use of the word "Fund"?
5          MS. McKEEN:  Objection.
6          THE WITNESS:  The way that I think
7  about the use of the word "Fund" are Fund
8  numbers within the PRIFA system.
9  BY MS. MILLER:
10     Q.   Looking -- while we have this
11 document up, I know I asked you about it.  Once
12 we have it, if we can turn to page 161, 162 of
13 the PDF.  It's not the page that I wanted.  So
14 I'll have to come back to it.  Okay.  I'll come
15 back to it with a question if I need to.
16         MS. McKEEN:  Atara, I think you
17 have page 151 up.
18         THE REPORTER:  Ms. McKeen, this is
19 the court reporter -- I'm sorry.  This is the
20 court reporter.  Can you just move your phone a
21 little bit closer to you?
22         MS. McKEEN:  Is that better?
23         THE REPORTER:  Yes.  Thank you.
24 BY MS. MILLER:
25     Q.   Okay.  I want to turn back to tab

**Page 307**

1  1102.  Okay.
2          Okay.  So, sorry, the page that
3  I'm looking for is actually the second half, so
4  we're going to just have to load 19B.  So give
5  me one second.
6          MS. MILLER:  Kevin, could you go
7  to 357, please, back a couple pages?  Thank
8  you.  Okay.  Here we go.
9  BY MS. MILLER:
10     Q.   And do you see -- so we are still
11 in the audited financials for the year ended
12 June 30, 2016.
13         Do you see that?
14     A.   Yes, I see it.
15     Q.   And there's a section designated
16 Special Deposits.
17         Do you see that?
18     A.   I see that.
19     Q.   And you can just read how the
20 Commonwealth defines Special Deposits in its
21 financial reports?
22     A.   Sure.  Special Deposits:  This
23 Fund acts as a fiduciary -- sorry.
24         This Fund acts in a fiduciary
25 capacity in order to account for moneys

**Page 308**

1  received for the specified purposes for which
2  the law does not specify its recording in any
3  other Fund.  It mainly includes -- it mainly
4  includes deposits under the custody of the
5  Courts of Justice for alimony payments,
6  escrows, revenue collections and agency
7  accounts for which the Commonwealth act in an
8  agent's capacity.
9      Q.   Okay.  Have you spoken to anybody
10 at Treasury about Special Deposits?
11     A.   No.
12     Q.   Have you had any conversations
13 with anyone at PRIFA about the Special Deposits
14 established under the Enabling Act?
15     A.   We did not have particular
16 conversations about Special Deposits.
17         MS. MILLER:  Okay.  Can we turn
18 back to tab 1102, Kevin, please?
19 BY MS. MILLER:
20     Q.   So we have back in front of us
21 Exhibit -- Monolines Exhibit 21, and we are
22 looking, again, at Section 1914.  And I just
23 want to draw your attention to the bottom of
24 the middle portion of that paragraph where it
25 says the -- shall be covered into -- that the

**Page 309**

1  moneys shall be covered into a Special Fund to
2  be maintained by or on behalf of the authority
3  designated as the Puerto Rico Infrastructure
4  Fund.
5          Do you see that?
6      A.   Yes, I see that.
7      Q.   And is the Puerto Rico
8  Infrastructure Fund something that you have
9  ever come across in the accounting material of
10 the Commonwealth?
11     A.   The concept of the Puerto Rico
12 Infrastructure Fund is something I discussed
13 with PRIFA.  Is that the question?
14     Q.   That was the question.
15         And what did you speak to PRIFA
16 about?
17     A.   We specifically inquired as to the
18 existence of an Infrastructure Fund account.
19     Q.   And what did PRIFA tell you?
20     A.   That there's no specific bank
21 account that is designated or known as the
22 Infrastructure Fund.
23     Q.   Okay.  Did you ask whether --
24 other than a specific bank account whether
25 there is a Fund, as that term is used in the

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                              April 23, 2020

23 (Pages 310 to 313)

**310**

1  Commonwealth accounting, designated the
2  Puerto Rico Infrastructure Fund?
3     A.   Yes.
4     Q.   And what was the answer?
5     A.   That, again, there's no -- there's
6  no Fund that is the Puerto Rico Infrastructure
7  Fund.
8          THE REPORTER: I'm sorry. Can you
9  repeat the back half of the answer, please?
10         THE WITNESS: There is no account
11 number or Fund identified as the Puerto Rico
12 Infrastructure Fund.
13 BY MS. MILLER:
14    Q.   When you say "account number," you
15 mean bank account number?
16    A.   Correct.
17    Q.   Did you speak to anybody at the
18 Puerto Rico Department of Treasury regarding
19 whether or not there was a Puerto Rico
20 Infrastructure Fund?
21    A.   Yes.
22    Q.   And who did you speak to?
23    A.   I can recall discussions with
24 Jeira Belén and Hector Gomez.
25    Q.   And what did they tell you about

**311**

1  that?
2     A.   That they did not understand the
3  Puerto Rico Infrastructure Fund as being a
4  specific or -- a specific bank account or Fund.
5     Q.   Well, do you have an understanding
6  under the statute, based on what we just read
7  in Monolines Exhibit 21, about what the
8  Puerto Rico Infrastructure Fund -- what moneys
9  were supposed to be deposited into the
10 Puerto Rico Infrastructure Fund?
11         MS. McKEEN: I'll object to the
12 extent it calls for any legal testimony, but if
13 the witness has a lay understanding, he can
14 answer.
15         THE WITNESS: Could you repeat the
16 question?
17 BY MS. MILLER:
18    Q.   Do you have an understanding of
19 what moneys under Section 1914 of Exhibit 21
20 were supposed to flow into the Puerto Rico
21 Infrastructure Fund?
22         MS. McKEEN: Same objections.
23         THE WITNESS: I understand that
24 this document specifies up to $117 million.
25

**312**

1  BY MS. MILLER:
2     Q.   Of what?
3     A.   Of rum taxes.
4     Q.   And you testified, I think, that
5  over a matter -- course of a few weeks, you put
6  together a Flow of Funds for PRIFA among other
7  instrumentalities, right?
8     A.   Yes.
9     Q.   And were these the Funds that you
10 were tracking in the Flow of Funds?
11         UNIDENTIFIED SPEAKER: Note my
12 objection, please.
13         THE WITNESS: The Flow of Funds,
14 those are the Flow of Funds for $117 million in
15 each fiscal year.
16 BY MS. MILLER:
17    Q.   Not just any $117 million, right?
18    A.   Not just any $117 million;
19 correct.
20    Q.   Mr. Ahlberg, what moneys are the
21 PRIFA Flow of Funds that you prepared tracking?
22    A.   We generally track the first
23 $117 million of rum tax proceeds.
24    Q.   Okay. And those are the moneys
25 that Section 1914 indicated were to be

**313**

1  deposited in a Special Fund called the
2  Puerto Rico Infrastructure Fund, right?
3          MS. McKEEN: Objection.
4          THE WITNESS: That is what this
5  Section 1914 says.
6  BY MS. MILLER:
7     Q.   Okay. And that's why you included
8  them in the Flow of Funds because that's the
9  money that's in dispute in this litigation,
10 right?
11    A.   I don't know if that's the
12 specific reason why we entered the Flow of
13 Funds as 117 million.
14    Q.   And not just any 117 million of
15 rum taxes, the first 117 million of rum taxes,
16 right, that you were tracking?
17    A.   The first $117 million of rum
18 taxes in a given fiscal year, yes.
19    Q.   Mr. Ahlberg, did you review any of
20 the Commonwealth financial documents to see if
21 there was any discussion of a Puerto Rico
22 Infrastructure Fund?
23    A.   I did not specifically review any
24 one particular document in search for the
25 phrase "Puerto Rico Infrastructure Fund."

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II                                           April 23, 2020

24 (Pages 314 to 317)

**Page 314**

1  Q.  Did you look at whether the
2  Puerto Rico Infrastructure Fund was identified
3  as a Fund in the Commonwealth's audited
4  financial statements?
5  A.  I can't recall off the top of my
6  head if that's something that's included in the
7  financial statements or not.
8  Q.  I'm asking you if you looked.
9  A.  I did not look through the
10 financial statements for that specific phrase.
11 Q.  Okay.  Did you look through the
12 financial statements generally for the concept
13 of a Fund established to hold the first
14 $117 million of rum excise taxes?
15 A.  No.
16 Q.  All right.  Other than speaking to
17 Sylvia and two people at Treasury, did you do
18 anything else to determine whether or not the
19 Commonwealth in fact has a Fund called the
20 Puerto Rico Infrastructure Fund or another Fund
21 designated for the deposit of the first
22 $117 million of rum excise tax?
23 A.  Outside of the conversations with
24 the individuals that I mentioned and -- no.
25 Q.  Okay.  So you did not look at any

**Page 315**

1  documents to independently verify that, did
2  you?
3      MS. McKEEN:  Objection.
4      THE WITNESS:  No, but I did look
5  at enough documents to satisfy myself that the
6  Flow of Funds presentation put together was
7  accurate.
8  BY MS. MILLER:
9  Q.  Okay.  And counsel represented to
10 us that at least since 2014, there has been no
11 Fund identified as the Puerto Rico
12 Infrastructure Funds.  Do you understand that?
13      Sorry.  Do you agree with that
14 representation?
15 A.  Yes.
16 Q.  Okay.  And you believe that to be
17 true, don't you?
18 A.  I guess.
19 Q.  So that's a yes?
20 A.  Yes.
21 Q.  Okay.

**Page 316**

1      MS. MILLER:  Kevin, I hate to do
2  this to you, but I'd like to go back to the
3  audited financial statements, please, and I'd
4  like to go to page 347.  So it will be at 19B.
5  BY MS. MILLER:
6  Q.  Okay.  So here we are.  Look at
7  number 2.
8      Do you see that it's called
9  Puerto Rico Infrastructure Financing
10 Authority's Special Revenue Fund?  Do you see
11 that?
12 A.  I see that, yes.
13 Q.  Okay.  And can you just read the
14 first sentence to me?
15 A.  The Special Revenue Fund of the
16 Puerto Rico Infrastructure Financing Authority,
17 a blended component unit, is used to account
18 principally for the moneys received by the
19 Commonwealth up to $117 million of certain
20 federal excise taxes levied on rum and other
21 articles produced in Puerto Rico and sold in
22 the United States which are collected by the
23 U.S. Treasury and returned to the Commonwealth.
24 Q.  Did you have any discussions with
25 anybody at Treasury about what this Special

**Page 317**

1  Revenue Fund is?
2  A.  No.
3  Q.  Would you have liked to have known
4  about that representation in the financial
5  statements when you were having discussions
6  about the Puerto Rico Infrastructure Fund?
7      UNIDENTIFIED SPEAKER:  Objection.
8      THE WITNESS:  I can't say whether
9  it would have impacted our conversations one
10 way or the other.
11 BY MS. MILLER:
12 Q.  Okay.  But would you have liked to
13 have at least known about it so you could ask?
14      MS. McKEEN:  Objection.
15      THE WITNESS:  I can't say one way
16 or the other.
17      MS. MILLER:  I'd like to mark as
18 an exhibit tab 1107, Monolines Exhibit 22.
19      (Monolines Exhibit 22 is
20      introduced for the record.)
21 BY MS. MILLER:
22 Q.  Okay.  Mr. Ahlberg, you have in
23 front of you a document that was marked
24 Exhibit 22.  If we go to the second page of the
25 exhibit, you'll see that it is the trust

Case:17-03283-LTS   Doc#:16038-5   Filed:03/12/21   Entered:03/12/21 23:15:16   Desc:
Exhibit N - Excerpts of Deposition of Timothy H. Ahlberg   as corporate designee   Page 7 of 10

### 330

1    You didn't ask anybody for it. So
2  did you independently look for such a document?
3    A.  No.
4    Q.  What's the basis for your
5  testimony that you don't believe there is any?
6         MS. McKEEN: Objection, misstates
7  testimony.
8         THE WITNESS: After discussions
9  with Treasury and PRIFA, I saw no evidence of
10 that.
11 BY MS. MILLER:
12   Q.  What were the nature of those
13 discussions?
14   A.  The nature of those discussions
15 were preparation for this deposition.
16   Q.  Okay. So you're assuming that if
17 they had a document mapping particular Funds or
18 accounts, they would have mentioned it in the
19 course of the conversations even though you
20 didn't ask for it?
21        MS. McKEEN: Objection.
22        THE WITNESS: That would have
23 been -- I believe I would have been aware
24 of -- of any evidence to the contrary.
25

### 331

1  BY MS. MILLER:
2    Q.  How would you have been aware of
3  it?
4    A.  Again, through discussions with
5  the team mentioned.
6    Q.  Okay. And your counsel
7  represented that the term "Puerto Rico
8  Infrastructure Fund" is not understood to refer
9  to a specific bank account or accounts or
10 accounting designations. Are you aware of that
11 representation?
12   A.  Yes.
13   Q.  And do you believe it to be true?
14   A.  Yes.
15   Q.  How was that term understood?
16   A.  What term?
17   Q.  The Puerto Rico Infrastructure
18 Fund.
19   A.  It's understood to generally refer
20 to the first 117 million of rum Funds, rum
21 revenues.
22   Q.  Held in the TSA?
23   A.  Would you mind phrasing that as a
24 complete question?
25   Q.  Is it understood to generally

### 332

1  refer to the first $117 million of rum revenues
2  in the TSA?
3    A.  No, I think it generally refers to
4  the first 117 million of rum revenues earned.
5    Q.  Regardless of where they were?
6    A.  I'm speaking generally about the
7  concepts of the Infrastructure Fund as
8  understood by relevant individuals.
9    Q.  Okay. And so the common
10 understanding of that term is that the first
11 $117 million of rum excise taxes are in the
12 Puerto Rico Infrastructure Fund?
13        MS. McKEEN: Objection.
14        THE WITNESS: No.
15 BY MS. MILLER:
16   Q.  Well, tell me again how you
17 understand it, how that term is generally
18 understood within the Commonwealth?
19   A.  Generally understood as the first
20 117 million of rum revenues in each fiscal
21 year.
22   Q.  Okay.
23        THE WITNESS: How does anybody
24 feel about a break here, maybe breaking for
25 lunch?

### 333

1         MS. McKEEN: I think it's fine for
2  us to take a break if Atara is close to a
3  stopping place.
4         MS. MILLER: Okay. I'm okay
5  taking a break. Can we keep it short, like can
6  we come back at 2 o'clock, 1 o'clock Central,
7  does that work? 33 minutes, 32 minutes?
8         MS. McKEEN: Tim, is that okay
9  with you?
10        THE WITNESS: Okay.
11        MS. MILLER: Okay.
12        MS. McKEEN: Fine for us, Atara.
13        MS. MILLER: All right. Great,
14 thank you.
15        THE VIDEOGRAPHER: We are off the
16 record at 12:28 p.m.
17        (Recess taken.)
18     A F T E R N O O N   S E S S I O N
19        THE VIDEOGRAPHER: We are back on
20 the record at 1:04 p.m.
21 BY MS. MILLER:
22   Q.  Good afternoon, Mr. Ahlberg,
23 welcome back.
24        Do you understand moneys as being
25 deposited into the Infrastructure Fund?

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II  April 23, 2020

29 (Pages 334 to 337)

334

1  THE VIDEOGRAPHER: Counsel, excuse
2  me, I'm sorry. Before he answers, can we just
3  pause real slightly? I need to resize the
4  screen here and then we can reask the question.
5  I am so sorry.
6  MS. MILLER: That's okay. Okay.
7  BY MS. MILLER:
8  Q. Do you understand moneys as being
9  deposited into the Infrastructure Fund?
10  A. Yes.
11  Q. Do you understand the
12  Infrastructure Fund as being a Fund held by
13  PRIFA?
14  MS. McKEEN: Objection.
15  THE WITNESS: I don't think the
16  Infrastructure Funds as being something held by
17  anyone at all.
18  THE REPORTER: I'm sorry,
19  Mr. Witness, can you repeat your answer and
20  move your phone a little bit closer? Thanks.
21  THE WITNESS: Is this better?
22  THE REPORTER: It is. Thank you.
23  THE WITNESS: Okay. I don't
24  remember the specific answer that I just gave.
25  MS. MILLER: I think for the court

335

1  reporter the answer was:
2  I don't think about the
3  Infrastructure Fund as being held by anybody.
4  Is that correct, Mr. Ahlberg?
5  THE WITNESS: That is correct.
6  Thank you.
7  MS. MILLER: I'm going to mark a
8  document as Exhibit -- Monolines Exhibit 23,
9  tab 1510, please.
10  (Monolines Exhibit 23 is
11  introduced for the record.)
12  BY MS. MILLER:
13  Q. And while it's loading, I will
14  describe the document that you'll see on your
15  screen in a minute as Exhibit A to the
16  Supplemental Opposition of the Commonwealth of
17  Puerto Rico to Amended PRIFA Bondholder Motion
18  to Lift the Automatic Stay. And it's titled
19  Flow of Rum Taxes. Do you see that?
20  A. I see that.
21  Q. Okay. And if we could just look
22  at the next page. Is this a document that you
23  recognize?
24  A. Please allow me to rotate it.
25  MS. McKEEN: Could we have the

336

1  documented rotated?
2  MS. MILLER: Sorry. Say that
3  again, Liz.
4  MS. McKEEN: I was just asking to
5  have the document rotated, and it has been. So
6  I appreciate that.
7  THE WITNESS: Okay. Now that we
8  have the document right side up, would you
9  please repeat the question?
10  BY MS. MILLER:
11  Q. Sure. My question was just
12  whether this is a document that you've seen
13  before.
14  A. Yes.
15  Q. Is this a document that you saw in
16  connection with preparation for your testimony
17  today?
18  A. Yes.
19  Q. Is this a document that you had
20  seen before your testimony?
21  A. No.
22  UNIDENTIFIED SPEAKER: Objection.
23  BY MS. MILLER:
24  Q. So you weren't involved in
25  preparing the Flow of Funds, were you?

337

1  A. I was not involved in preparing
2  this document.
3  Q. Okay. And so I just want to
4  direct your attention to the bottom half of the
5  page on the right-hand side. It identifies the
6  PRIFA Infrastructure Fund. Do you see that?
7  A. Where specifically?
8  Q. There's a red box between two
9  green boxes on the right-hand side. Do you see
10  that?
11  A. Yes, I see that, thank you.
12  Q. Okay. And in the red box, the
13  Flow of Funds is indicating money flowing from
14  the TSA to the Puerto Rico Infrastructure Fund.
15  Do you see that? Do you see that,
16  Mr. Ahlberg?
17  A. I see the green box there, where
18  it says:
19  The lockbox trustee (Citibank)
20  remits up to the first $117 million of rum tax
21  remittances to the TSA where it is comingled
22  with other funds.
23  Q. Yes. So on top of that, there
24  seems to be blue writing that's identifying the
25  account, and that says TSA (held by

Case:17-03283-LTS Doc#:16038-5 Filed:03/12/21 Entered:03/12/21 23:15:16 Desc: Exhibit N - Excerpts of Deposition of Timothy H. Ahlberg as corporate designee Page 9 of 10

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II     April 23, 2020

30 (Pages 338 to 341)

## Page 338

1  Commonwealth).
2      Do you see that?
3   A.   I see that.
4   Q.   Okay. And then the flow is
5  indicating that moneys are moving from the TSA
6  down into the PRIFA Infrastructure Fund which
7  is identified on this Flow of Funds as held by
8  PRIFA. Do you see that?
9   A.   I see the arrows that you are
10 referring to.
11  Q.   Okay. And in that red box
12 describing the PRIFA Infrastructure Fund, the
13 Flow of Funds indicates that historically, the
14 Commonwealth appropriated 117 million and
15 deposited such moneys into the PRIFA
16 Infrastructure Fund for its "corporate
17 purposes" and subject to Section 8, Article IV
18 of the Puerto Rico Constitution.
19      Do you see that?
20  A.   I see where it says that on this
21 document.
22  Q.   Okay. And based on all of the
23 work that you've done in connection with
24 putting together Flow of Funds documents, is
25 that consistent with your understanding of the

## Page 339

1  PRIFA Flow of Funds?
2      MS. McKEEN: Object to form.
3      THE WITNESS: I don't know. It's
4  not an exercise that we did to map this
5  document to the Flow of Funds that I prepared.
6  BY MS. MILLER:
7   Q.   I'm not asking you to map, though.
8  I'm just asking you whether it is consistent
9  with your -- everything that you know and all
10 of the analysis that you did -- have done that
11 the moneys flowed from the TSA into a bank
12 account held by PRIFA called the Puerto Rico
13 Infrastructure Fund.
14  A.   Would you please repeat the
15 question?
16  Q.   Is it consistent, based on all of
17 the work and analysis that you did putting
18 together the PRIFA Flow of Funds in this
19 matter, is it your understanding --
20  A.   I don't know. I did not analyze
21 this document for consistency with the Flow of
22 Funds documents that I prepared.
23  Q.   Okay. Is it your understanding,
24 based on all of the work that you've done, that
25 money flowed historically from the TSA account

## Page 340

1  into a PRIFA bank account called the
2  Infrastructure Fund?
3   A.   No.
4      MS. MILLER: Okay. So now I'd
5  like to mark as Monolines Exhibit 24 a letter
6  from counsel dated March 21, 2020, which
7  attaches a Flow of Funds that I believe you did
8  prepare for PRIFA.
9      (Monolines Exhibit 24 is
10          introduced for the record.)
11     MS. MILLER: Would you go back to
12 the first page of the exhibit and rotate the
13 exhibit, please?
14 BY MS. MILLER:
15  Q.   Okay. Do you recognize this
16 document?
17  A.   Yes.
18  Q.   And did you prepare this document?
19  A.   Will you allow me to briefly look
20 through the other pages?
21  Q.   Yes. Do you have the controls
22 that you need?
23  A.   Yes, thank you.
24      The answer to your question is
25 yes.

## Page 341

1   Q.   Okay. And what documents did you
2  review in preparing these Flow of Funds?
3   A.   Generally, we reviewed bank
4  statements and transfer letters or voucher
5  information.
6   Q.   Okay. And I want to look at the
7  first slide on this, which is the rum taxes
8  June '14 to June 2015. And I know yesterday --
9  or Tuesday, you had a discussion with
10 Mr. Natbony about the various colors used in
11 the chart and what they mean, and I just want
12 to confirm with you that they have the same
13 meaning in the PRIFA Flow of Funds as they did
14 in the HTA Flow of Funds that you were asked
15 about on Tuesday.
16  A.   Yes.
17  Q.   Okay. And so to review, the gray
18 box indicates a Commonwealth account; is that
19 right?
20  A.   Yes.
21  Q.   And what does the blue box
22 indicate?
23  A.   In this -- in these cases, the
24 blue boxes would indicate that PRIFA's name
25 would be on the bank statements of those

CONFIDENTIAL

Ahlberg, Timothy H. - Vol. II  April 23, 2020

65 (Pages 478 to 481)

### Page 478

1  A. Some discussions with -- with
2  Tourism Company and an understanding of
3  operationally how things work.
4  Q. Okay. I thought you just told me
5  that you didn't have any conversations about
6  that.
7  MS. McKEEN: Objection.
8  BY MS. MILLER:
9  Q. What conversations are you
10 recalling?
11 A. It's hard to know since there were
12 several conversations with the different
13 management teams in preparation for this
14 deposition.
15 Q. Who did you have conversations
16 with about the mapping of particular bank
17 accounts to account designations in the bond
18 documents?
19 MS. McKEEN: Objection.
20 THE WITNESS: I don't recall
21 specific conversations about mapping accounts
22 to the bond documents.
23 BY MS. MILLER:
24 Q. Did you have any conversations
25 with counsel about mapping of bond documents --

### Page 479

1  just a yes or no -- mapping of accounts to bond
2  documents?
3  A. I mean, I can't recall if we
4  specifically discussed this issue or not.
5  Q. I'm trying to understand -- I
6  showed you a document that identified the
7  pledge account 9947 as the pledge account, and
8  you indicated to me that you weren't sure if
9  you had ever seen any document that identified
10 9947 specifically as the pledge account; is
11 that right?
12 A. That's correct.
13 Q. And yet you're confident that 9947
14 is the pledge account, right?
15 A. Without having that diagram in
16 front of me, I can't recall the exact account
17 number. I can remember it in the positioning
18 of the document.
19 Q. Okay. Where -- where is it
20 positioned in the document?
21 A. If we could show the document, I
22 could identify the account.
23 Q. Okay. I'm not going to do that
24 right now because I have the PRIFA document up,
25 which is Exhibit 34 -- sorry -- 24. It was

### Page 480

1  marked as Exhibit 24.
2  And could we go to the first Flow
3  of Funds chart in this document?
4  So we are going to look at the
5  January 2014 to June 2015 Flow of Funds. Do
6  you see that?
7  A. Yes.
8  Q. Okay. And in the PRIFA Flow of
9  Funds, the moneys are supposed to be deposited
10 to the credit of the Puerto Rico Infrastructure
11 Fund. Can you identify a particular bank
12 account on this chart that relates to that?
13 A. There is no bank account on this
14 chart that is identifiable as the Puerto Rico
15 Infrastructure Fund.
16 Q. Okay. And then the moneys that
17 flow from there into the Sinking Fund?
18 UNIDENTIFIED SPEAKER: Objection.
19 BY MS. MILLER:
20 Q. Are there any accounts on this --
21 on this Flow of Funds that you can identify as
22 the Sinking Fund?
23 A. I am not positive of any of these
24 accounts being identified as the Sinking Fund.
25 Q. Okay. And do you know whether

### Page 481

1  that US Bank Account -0002 is the reserve
2  account?
3  A. I'm not certain if that's the
4  colloquial name of this account or not.
5  Q. I mean, there are reserve accounts
6  that are discussed in the relevant bond
7  documents. Do you know if that US Bank 002
8  account is similar to the account discussed in
9  the bond document?
10 A. Off the top of my head, I'm not
11 certain if that's the reserve account discussed
12 in the bond document.
13 Q. Okay. So, looking -- and you
14 don't know if it's the redemption account
15 either, do you?
16 A. I'm not positive.
17 Q. Okay. So sitting here, off the
18 top of your head, looking at this PRIFA Flow of
19 Funds, is there any bank account that you can
20 attach a label from the bond document to?
21 A. No.
22 MS. MILLER: Okay. So now we can
23 put up the CCDA Flow of Funds, which is
24 Exhibit 32. We can put that back up.
25