# **<u>EXHIBIT O</u>**

GOBIERNO DE PUERTO RICO
**DEPARTAMENTO DE HACIENDA**
Área de Contabilidad Central de Gobierno

# REGLAMENTO NÚM. 49

Aprobado el 14 de marzo de 2012

CW_STAY0009748

## Reglamento Disposiciones sobre Asignaciones y Fondos Públicos

### Índice General

ARTÍCULOS                                                    PÁGINA



1- BASE LEGAL ................................................   49-00-01

2- PROPÓSITO................................................   49-00-01

3- APLICACIÓN................................................   49-00-01

4- DEFINICIONES.............................................    49-00-02

5- ASIGNACIONES ………………………………… .   49-00-02

6- CONCILIACIÓN.............................................   49-00-07

7- INGRESOS ESPECIALES ………………………….   49-00-07

8- DISPOSICIONES GENERALES……………………    49-00-08

9- CLAÚSULA DE SALVEDAD..........................................   49-00-08

10- DEROGACIÓN DE REGLAMENTACIÓN....................   49-00-08

11- VIGENCIA.................................................   49-00-09

CW_STAY0009749

Gobierno de Puerto Rico
**DEPARTAMENTO DE HACIENDA**
Área de Contabilidad Central de Gobierno
San Juan, Puerto Rico

Reglamento Núm. 49

**Disposiciones sobre Asignaciones y Fondos Públicos**

**Base Legal**

Este Reglamento se promulga de acuerdo con lo dispuesto en el Artículo 14-a de la Ley de Contabilidad de Gobierno de Puerto Rico, Ley Núm. 230, aprobada el 23 de julio de 1974, según enmendada. Dicho Artículo faculta al Secretario de Hacienda a prescribir y promulgar las reglas y reglamentos que sean necesarios para implantar la citada Ley Núm. 230.

**Propósito**

Este Reglamento se emite para establecer las normas básicas a seguir con relación a las asignaciones presupuestarias y fondos públicos.

**Aplicación**

Las disposiciones de este Reglamento aplican a todas las agencias de la Rama Ejecutiva cuyos fondos están bajo la custodia del Secretario de Hacienda. Además, a la Rama Legislativa y a la Rama Judicial del Gobierno de Puerto Rico.

Case:17-03283-LTS   Doc#:16038-6   Filed:03/12/21   Entered:03/12/21 23:15:16   Desc:
Exhibit O - Treasury Regulation 49   Page 5 of 24

49-00-02

**Definiciones**

Para propósitos de este Reglamento los siguientes términos tendrán los significados que se indican a continuación:

a-    Agencia – Cualquier organismo gubernamental cuyos fondos por ley están bajo la custodia del Secretario de Hacienda.

b-    Asignación – Suma de dinero aprobada por la Asamblea Legislativa para realizar una actividad específica o lograr ciertos objetivos.

c-    Asignaciones Especiales – Asignaciones aprobadas por leyes especiales que limitan el período en que los fondos asignados pueden usarse.



d-    Año Económico – Período comprendido entre el primero de julio de cualquier año natural y el 30 de junio del año natural siguiente, ambos inclusive.

e-    Fondo – Suma de dinero u otros recursos separados con el propósito de llevar a cabo una actividad específica o lograr objetivos de acuerdo con las leyes, reglamentos, restricciones o limitaciones especiales y que constituyen una entidad fiscal y de contabilidad independiente.

f-    Secretario – Secretario de Hacienda

**Asignaciones**

1-    Para que las agencias puedan disponer de los fondos aprobados por la Asamblea Legislativa y consignados en la Ley del Presupuesto General de Gastos, los mismos tienen que contabilizarse en los libros del Secretario de Hacienda.   En este caso, la Oficina de Gerencia y Presupuesto proveerá la información de las asignaciones

Case:17-03283-LTS   Doc#:16038-6   Filed:03/12/21   Entered:03/12/21 23:15:16   Desc:
Exhibit O - Treasury Regulation 49   Page 6 of 24

49-00-03

aprobadas mediante un archivo electrónico que transmitirá al Departamento de Hacienda.

2- Para la creación de asignaciones no incluidas en el Presupuesto General de Gastos, las agencias prepararán el Modelo SC 749, Desglose de Fondos Estatales, y lo enviarán al Negociado de Cuentas de este Departamento para su aprobación y contabilización. Aquellas agencias autorizadas a accesar al Sistema de Contabilidad Central de Gobierno, entrarán dicho Modelo y le darán el nivel de aprobación.   En estos casos, dicho Negociado aprobará esta transacción electrónicamente.

3- La vigencia de las asignaciones consignadas en la Resolución Conjunta del Presupuesto General de Gastos será por el año económico específico para el cual son autorizadas.   Una vez finalizado el año económico a que pertenecen, los saldos no obligados de las asignaciones y los fondos autorizados para un año económico serán cancelados y cerrados tomando en consideración cualquier disposición legal al respecto.   Se exceptúa de estas disposiciones a la Rama Legislativa, a la Rama Judicial y a la Universidad de Puerto Rico.   Comenzando con el presupuesto del Año Fiscal 2010-2011, cuando al final de un año fiscal el Departamento de Educación, el Cuerpo de Bomberos de Puerto Rico y la Oficina del Coordinador General para el Financiamiento Socioeconómico y la Autogestión haya logrado economías y cuente con saldos no obligados, dichas dependencias podrán solicitar a la Oficina de Gerencia y Presupuesto la autorización para que los saldos no obligados permanezcan en sus libros por un periodo de hasta tres (3) años desde el cierre del año económico a que pertenecen.

CW_STAY0009752

Case:17-03283-LTS   Doc#:16038-6   Filed:03/12/21   Entered:03/12/21 23:15:16   Desc:
Exhibit O - Treasury Regulation 49   Page 7 of 24

49-00-04

4- La porción de las asignaciones obligadas en o antes del 30 de junio del año económico al que corresponden, continuarán en los libros del Secretario **durante un año después de vencido** dicho año económico. Inmediatamente después de finalizado el período **no se girará contra dicha porción y se procederá a cerrar los saldos obligados,** salvo que la dependencia haya obtenido autorización de la Oficina de Gerencia y Presupuesto para mantenerlo en los libros de la dependencia, conforme lo dispuesto en el Artículo 8, inciso (c) de la Ley Núm. 230 aprobada el 23 de julio de 1974, según enmendada. Cuando no se obtenga autorización de la Oficina de Gerencia y Presupuesto, conforme lo dispuesto en el Artículo 8 inciso (c), antes citado, o cuando habiéndose obtenido haya expirado el término allí dispuesto, el balance ingresará al Fondo Presupuestario. Se exceptúa de esta disposición a la Rama Legislativa, a la Rama Judicial y a la Universidad de Puerto Rico.

5- La vigencia de las asignaciones especiales está condicionada por la Ley que crea la misma. En los casos de asignaciones especiales sin año económico determinado, su vigencia será hasta que se cumpla el propósito por la cual fue autorizada. Cumplido dicho propósito, el balance libre de la misma se cancelará, tomando en consideración cualquier disposición legal al respecto. Los saldos obligados de dichas asignaciones y fondos continuarán en los libros durante un año después de cerrados los saldos no obligados, después de lo cual dichos saldos obligados serán cancelados, tomando en consideración las disposiciones legales que existieren. Se entenderá que aquellas asignaciones especiales que permanezcan tres años sin efectuar transacciones cumplieron su propósito.

6- El Departamento de Hacienda clasifica las asignaciones según se indica:

Case:17-03283-LTS   Doc#:16038-6   Filed:03/12/21   Entered:03/12/21 23:15:16   Desc:
Exhibit O - Treasury Regulation 49   Page 8 of 24

49-00-05

| ASIGNACIÓN NÚMERO | TÍTULO | DESCRIPCIÓN |
|---|---|---|
| 001 | Nómina y Costos Relacionados | Compensación regular y extraordinaria pagada a los empleados y funcionarios que ocupen puestos regulares o transitorios y al personal irregular. |
| 002 | Facilidades y Pagos por Servicios Públicos | Pagos de electricidad, agua potable y alcantarillado, celular, teléfono, combustible, gas, líneas telefónicas para equipo de computadoras, anticipos de fondos y gastos de funcionamiento. |
| 003 | Servicios Comprados | Servicios de impresión y comunicación no clasificados. Pagos por el derecho de posesión y uso de terrenos, estructuras o equipo de otros dueños, cuyo disfrute habrá de abandonarse en fecha futura. Reparaciones y alteraciones a edificios, otras estructuras, equipo y enseres similares realizados por contratos. Primas y otras sumas pagadas por seguros y otros servicios comprados no clasificados. |
| 004 | Donativos, Subsidios y Otras Distribuciones | Cantidades pagadas a otras dependencias como donativos o aportaciones y artículos comprados con el fin exclusivo de entregarlas gratuitamente a personas lisiadas. Compensaciones, subsidios y anticipos a los OPE y las aportaciones a instituciones caritativas para contribuir a su sostenimiento. |
| 005 | Gastos de Transportación y Subsistencia | Transportación, subsistencia y alojamiento de personas que realicen viajes en y fuera de Puerto Rico. Gastos incidentales que serán pagados por el gobierno en forma directa o como reembolso. |
| 006 | Servicios Profesionales | Compensación pagada a profesionales que no sean empleados del gobierno o a firmas de profesionales, en forma de honorarios, comisiones y otros gastos incidentales y dietas por servicios prestados. Pagos de una agencia a otra por servicios prestados |

CW_STAY0009754

Case:17-03283-LTS   Doc#:16038-6   Filed:03/12/21   Entered:03/12/21 23:15:16   Desc:
Exhibit O - Treasury Regulation 49   Page 9 of 24

49-00-06

| 007 | Otros Gastos | Servicios prestados por agencias autorizadas por ley o por orden ejecutiva para cubrir gastos de entretenimiento o representación. Reembolsos de reintegros, así como compensaciones y otros gastos que no pueden ser clasificados bajo otra asignación. |
| 008 | Inversión en Mejoras Permanentes | Adquisición de terrenos, solares, etc. comprados para los departamentos y dependencia del Estado Libre Asociado de Puerto Rico y municipios, así como edificios construidos o para mejoras principales realizadas por contratistas particulares. |
| 009 | Amortización de la Deuda | Intereses pagados por préstamos y pagos de deudas públicas. |
| 010 | Materiales y Suministros | Artículos que ordinariamente tienen un período corto de uso y durabilidad, que pierden sus características de identidad, por su uso tienen solamente valor nominal y están sujetos a control por inventario. |
| 011 | Compra de Equipo | Incluye la adquisición de equipos con un costo por unidad de $500 ó más y una vida útil de dos años ó más |
| 012 | Anuncios y Pautas en Medios | Cuentas de gastos aplicables para el pago de servicios de publicidad, anuncios o pautas en medios. Para registrar la compra, espacio y tiempo por medios de prensa (escrita, radial y televisión). |
| 013 | Incentivos y Subsidios Dirigidos al Bienestar de la Ciudadanía | Para desembolsos realizados por el gobierno dirigidos a proveer un servicio en bienestar de la ciudadanía. |
| 014 | Aportaciones a Entidades no Gubernamentales | Donativos realizados a individuos y entidades privadas. |
| 081 | Asignaciones Englobadas | Para cualquier objeto de gasto necesario para llevar a cabo los propósitos para los cuales la asignación fue realizada. |
| 082 | Asignación Pareo de Fondos Federales | Para asignar el dinero proveniente del Fondo General para cubrir el efectivo que exija el Gobierno Federal para el pareo de Fondos Federales. Se usará cualquier cuenta de gasto requerida. |

CW_STAY0009755

Case:17-03283-LTS   Doc#:16038-6   Filed:03/12/21   Entered:03/12/21 23:15:16   Desc:
Exhibit O - Treasury Regulation 49   Page 10 of 24

49-00-07

| 089 | Pago de deudas contraídas en Años Anteriores | Asignación para cargar deudas contraídas en años anteriores. |

En el Anejo I se incluyen los objetos de desembolsos aplicables a cada asignación.

**Conciliación**

1- Las agencias retendrán copia de todos los documentos que afectan la contabilidad central.

2- Mensualmente, las agencias recibirán el informe DH GL015, Informe de Actividad y Status de Asignaciones por Agencia, de las operaciones contabilizadas en el Departamento de Hacienda para conciliar sus registros internos contra los de este Departamento.

3- La conciliación será por escrito y deberá firmarla el jefe de la agencia o su representante autorizado.  Dicha conciliación deberán archivarla para futuras intervenciones de la Oficina del Contralor o de este Departamento.

4- Las agencias serán responsables de corregir, mediante comprobantes de jornal, corrección de gastos u otro documento, según sea necesario, cualquier diferencia que surja como resultado de dicha conciliación.

**Ingresos Especiales**

Las agencias solicitarán por escrito al Negociado de Cuentas de este Departamento la creación de las cuentas de ingreso especial.  Dicho Negociado utilizará la información de la agencia sobre el origen del ingreso especial para asignarle la cuenta.

CW_STAY0009756

Case:17-03283-LTS   Doc#:16038-6   Filed:03/12/21   Entered:03/12/21 23:15:16   Desc:
Exhibit O - Treasury Regulation 49   Page 11 of 24

49-00-08

**Disposiciones Generales**

1- Al finalizar cada año presupuestario, el Secretario preparará los Estados Financieros del Gobierno de Puerto Rico. Este Departamento emitirá cartas circulares para solicitar de las agencias los datos necesarios para preparar dichos Estados.

2- No se crearán cuentas de asignación para contabilizar ingresos que no estén autorizados por ley.

3- Los fondos públicos de las dependencias que no estén destinados por ley a un fin específico se acreditarán al Fondo General.

4- Las transferencias de asignaciones se realizarán de acuerdo a las instrucciones impartidas por la Oficina de Gerencia y Presupuesto mediante carta circular.

5- El Secretario de Hacienda será el custodio de todas las rentas y todos los fondos del Gobierno de Puerto Rico, a menos que otra cosa se disponga por ley. Además, llevará cuentas detalladas de las transacciones que realizan las agencias.

**Cláusula de Salvedad**

Si cualquier disposición de este Reglamento fuere declarada nula o inconstitucional por un tribunal competente, dicha determinación no afectará la validez de las restantes disposiciones del mismo.

**Derogación de Reglamentación**

Este Reglamento deroga el Reglamento Núm. 49, aprobado el 20 de marzo de 2007, la Enmienda al Reglamento Núm. 49 del 5 de mayo de 2010 y la Enmienda Núm. 2 al Reglamento Núm. 49 del 17 de mayo de 2010.

CW_STAY0009757

49-00-09

**Vigencia**

Este Reglamento,  entrará en vigor inmediatamente después de aprobado por el

Secretario de Hacienda.

Jesus F. Méndez Rodríguez, CPA
Secretario de Hacienda

Aprobado el   *14 de marzo de 2012.*

Anejo

GOVERNMENT OF PUERTO RICO

**DEPARTMENT OF THE TREASURY**

Central Government Accounting Department

# REGULATION NO. 49

Approved on March 14, 2012

CW_STAY0009748

# Regulatory Provisions on Appropriations and Public Funds

Table of Contents

ARTICLES                                                                 PAGE

1.      LEGAL BASIS                                              49-00-01
2.      PURPOSE                                                  49-00-01
3.      APPLICATION                                              49-00-01
4.      DEFINITIONS                                              49-00-02
5.      APPROPRIATIONS                                           49-00-02
6.      RECONCILIATION                                           49-00-07
7.      SPECIAL INCOME                                           49-00-07
8.      GENERAL PROVISIONS                                       49-00-08
9.      SEVERABILITY CLAUSE                                      49-00-08
10.     ANNULMENT OF REGULATIONS                                 49-00-08
11.     VALIDITY                                                 49-00-09

[handwritten:]
[initials]

Government of Puerto Rico
**DEPARTMENT OF THE TREASURY**
Area de Contabilidad Central de Gobierno [Central Government Accounting Department]
San Juan, Puerto Rico

[handwritten:]
[initials]  Regulation No. 49

### Provisions on Appropriations and Public Funds

**Legal Basis**

This Regulation is promulgated pursuant to the provisions set forth in Article 14-a of the Ley de Contabilidad de Gobierno de Puerto Rico [Accounting Law of the Government of Puerto Rico], Law No. 230, approved on July 23, 1974, as amended. That Article empowers the Secretary of the Treasury to stipulate and promulgate the rules and regulations necessary to implement the aforementioned Law No. 230.

**Purpose**

This Regulation is issued to establish the basic standards to be followed in connection with budgetary appropriations and public funds.

**Application**

The provisions in this Regulation apply to all agencies of the Executive Branch whose funds are in the custody of the Secretary of the Treasury, in addition to the Legislative Branch and to the Judicial Branch of the Government of Puerto Rico.

CW_STAY0009750

49-00-02

## Definitions

For the purposes of this Regulation, the following terms shall have the meanings indicated below:

[handwritten:]
[initials]

a. Agency — Any government body whose funds are legally in the custody of the Secretary of the Treasury.

b. Appropriation — An amount of money approved by the Legislative Assembly to carry out a specific activity or attain certain objectives.

c. Special Appropriations — Appropriations approved by special laws restricting the period during which the appropriated funds may be utilized.

d. Financial Year — The period between July first of each calendar year and June thirtieth of the following calendar year, both inclusive.

e. Fund — An amount of money or other resources allocated for the purpose of carrying out a specific activity or securing objectives in accordance with special laws, regulations, restrictions or limitations and that constitute an independent tax and accounting entity.

f. Secretary — Secretary of the Treasury

## Appropriations

1. In order for agencies to have access to the funds approved by the Legislative Assembly and included in the Ley del Presupuesto General de Gastos [General Expenditure Budget Law], these must be entered in the accounts of the Secretary of the Treasury. In this case, the Oficina de Gerencia y Presupuesto [Management and Budget Office] shall provide information on the approved appropriations

49-00-03

via an electronic file it shall send to the Department of the Treasury.

2. Where the preparation of appropriations not included in the Presupuesto General de Gastos [General Expenditure Budget] is concerned, the agency shall prepare Form SC 749, Breakdown of State Funds, and shall send it to the Negociado de Cuentas [Accounts Office] of this Department for approval and accounting. Those agencies authorized to access the Sistema de Contabilidad Central de Gobierno [Central Government Accounting System] shall enter that Form and shall record its status as approved. In such cases that Office shall approve this transaction electronically.

[handwritten:]
[initials]

3. The validity of the appropriations contained in the Joint Resolution of the General Expenditure Budget shall be specifically for the financial year for which they are authorized. Once the financial year to which they relate has ended, the unallocated balances of the appropriations and the funds authorized for one financial year shall be canceled and closed taking into consideration any legal provision in this regard. The Legislative Branch, the Judicial Branch and the Universidad de Puerto Rico are exempt from these provisions. Beginning with the budget for Tax Year 2010–2011, when the Department of Education, the Cuerpo de Bomberos de Puerto Rico [Fire Department of Puerto Rico] and the Oficina del Coordinador General para el Financiamiento Socioeconómico y la Autogestión [Office of the Overall Coordinator for Socioeconomic Financing and Self-Governance] have achieved savings and have unallocated balances at the end of a tax year, those agencies may request authorization from the Management and Budget Office for the unallocated balances to remain on their books for a period of up to (3) years from the end of the financial year to which they relate.

49-00-04

4.  The portion of the appropriations allocated on or before June 30 of the financial year to which they relate shall remain on the books of the Secretary **for one year after the expiration** of that financial year. Once that period has ended **no drafts shall be made against that portion and steps shall be taken to close the allocated balances**, unless the agency has obtained authorization from the Management and Budget Office to keep it on the books of the agency, pursuant to the provisions set forth in Article 8, paragraph (c) of Law No. 230 approved on July 23, 1974, as amended. When no authorization is obtained from the Management and Budget Office, pursuant to the provisions set forth in the aforementioned Article 8, paragraph (c), or the term stipulated therein expires after it has been obtained, the balance shall pass to the Budgetary Fund. The Legislative Branch, the Judicial Branch and the Universidad de Puerto Rico are exempt from these provisions.

[handwritten:]
[initials]

5.  The validity of the special appropriations is restricted by the Law creating them. In the case of special appropriations without a specified financial year, the validity shall be until such time as the purpose for which they were authorized has been completed. That purpose having been completed, the remaining balance shall be canceled, with any legal provision relating to this being taken into consideration. The allocated balances of those appropriations and funds shall remain on the books for one year after the closure of the unallocated balances, following which those allocated balances shall be canceled, with any existing legal provisions being taken into consideration. Those special appropriations that exist for three years without any transactions being made shall be understood as having fulfilled their purpose.

6.  The Department of the Treasury classifies the appropriations as indicated below:

CW_STAY0009753

49-00-05

| APPROPRIATION NUMBER | TITLE | DESCRIPTION |
|---|---|---|
| 001 | Payroll and Related Costs | Regular and extraordinary compensation paid to employees and officials holding full-time or temporary positions and to part-time staff. |
| 002 | Facilities and Payments for Public Services | Payments for power, drinking water and sewage, cell phone, telephone, fuel, gas, phone lines for computer equipment, advances for operating funds and expenses. |
| 003 | Purchased Services | Printing and unclassified communication services. Payments for the right to hold and use land, structures or equipment owed by others, enjoyment of which must cease at a future date. Repairs and alterations to buildings, other structures, equipment and similar appliances carried out by contract. Premiums and other amounts payable for insurance and other unclassified purchased services. |
| 004 | Donations, Subsidies and Other Distributions | Amounts paid to other agencies as donations or contributions and items purchased for the sole purpose of redistribution to handicapped persons. Compensation, subsidies and advances to the OPEs [Oficina de Planificación y Evaluación — Planning and Evaluation Offices] and contributions to help support charitable institutions. |
| 005 | Transport and Subsistence Expenses | Transport, subsistence and accommodation of persons traveling inside and outside of Puerto Rico. Incidental expenses to be paid by the government either directly or as a reimbursement. |
| 006 | Professional Services | Compensation paid to professionals who are not employees of the government or to professional firms in the form of fees, commissions and other incidental expenses and salaries for services provided. Payments from one agency to another for services provided. |

[handwritten:]
[initials]

49-00-06

| | | |
|---|---|---|
| 007 | Other Expenses | Services provided by legally authorized agencies or by executive order to meet entertainment or representation expenses. Reimbursement of refunds as well as compensation and other expenses that cannot be classified under any other appropriation. |
| 008 | Investment in Permanent Improvements | Acquisition of land, lots etc. purchased for departments and agencies of the Commonwealth of Puerto Rico and municipalities, as well as buildings erected for major improvements carried out by private contractors. |
| 009 | Repayment of the Debt | Interest paid on loans and public debt payments. |
| 010 | Materials and Supplies | Items that usually have a short useful life and duration, that lose their identifying characteristics, that based on their use have only a nominal value and are subject to inventory oversight. |
| 011 | Purchase of Equipment | Includes the acquisition of equipment at a unit cost of $500 or more and with a useful life of two years or more. |
| 012 | Announcements and Guidelines in the Media | Expense accounts applicable for the payment of advertising services, notices or guidelines in the media. To record the purchase of media space and time (print, radio and television). |
| 013 | Incentives and Subsidies Aimed at the Citizen Well-Being | For disbursements made by the government aimed at providing a well-being services for citizens. |
| 014 | Contributions to Non-Governmental Entities | Donations made to private individuals and entities. |
| 081 | Non-Itemized Appropriations | For any item of expenditure necessary to carry out the purposes for which the appropriation was made. |
| 082 | Matching Appropriation of Federal Funds | To appropriate money from the General Fund to cover the cash required by the Federal Government for the matching of Federal Funds. Any required expense account may be utilized. |

[handwritten:]
[initials]

CW_STAY0009755

49-00-07

| 089 | Payment of debt contracted in Previous Years | Appropriation to service debt contracted in previous years. |

Annex I includes the purposes of the disbursements applicable to each appropriation.


**Reconciliation**

[handwritten:]
[initials]

1. Agencies shall retain a copy of all the documents concerning the central accounting.

2. On a monthly basis the agencies shall receive report DH GL015, Report on Activity and Status of Appropriations by Agency, on the operations recorded by the Department of the Treasury for reconciliation of its internal records with those of this Department.

3. The reconciliation shall be in writing and must be signed by the head of the agency or his or her authorized representative. The aforementioned reconciliation must be filed for future interventions by the Oficina del Contralor [Office of the Comptroller] or by this Department.

4. The agencies shall be responsible for correcting any difference that arises as a result of the aforementioned reconciliation, via wage receipts, correction of expenses or other documents, as necessary.


**Special Income**

The agencies shall request the creation of special income accounts from the Accounts Office of this Department in writing. This Office shall utilize information from the agency on the origin of the special income for allocation of the account.

49-00-08

**General Provisions**

1. The Secretary shall prepare the Financial Statement of the Government of Puerto Rico at the end of each budgetary year. This department shall issue circular letters to the agencies to request the data necessary for preparation of those Statements.

2. No appropriation accounts shall be created for recording income that is not authorized in law.

[handwritten:]
[initials]

3. Those agency public funds that are not intended by law for a specific purpose shall be credited to the General Fund.

4. Transfers of appropriations initially made in accordance with instructions issued by the Management and Budget Office via circular letter.

5. The Secretary of the Treasury shall be the custodian of all the income and all of the funds of the Government of Puerto Rico, except as provided in law. In addition, he or she shall keep detailed accounts of the transactions made by the agencies.

**Severability Clause**

Should any provision in this Regulation be declared null or unconstitutional by a competent court, the aforementioned decision shall not affect the validity of the remaining provisions contained within it.

**Annulment of Regulations**

This Regulation annuls Regulation No. 49 approved on March 20, 2007, the Amendment to Regulation No. 49 of May 5, 2010, and Amendment No. 2 to Regulation No. 49 of May 17, 2010.

CW_STAY0009757

49-00-09

**Validity**

This Regulation shall come into force immediately after it has been approved by the Secretary of the Treasury.

[signature]

Jesus F. Méndez Rodríguez, CPA
Secretary of the Treasury

[handwritten:]
[initials]

Approved on [handwritten:] *March 14, 2012.*

Annex

**DATE OF TRANSLATION:**        27-Mar-20

**ELECTRONIC FILE NAME:**      CW_STAY0009748

**SOURCE LANGUAGE:**         Spanish

**TARGET LANGUAGE:**          English (U.S.)

**TRANSPERFECT JOB ID:**        US0661692

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TCert v. 2.0