UNITED STATES DISTRICT COURT

DISTRICT OF PUERTO RICO

## CATEGORY SHEET

You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).

Attorney Name (Last, First, MI): Ramos Luiña, Guillermo J.

USDC-PR Bar Number: 204007

Email Address: gramlui@yahoo.com

1. Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff: La Liga de Ciudades de Puerto Rico

   Defendant: The Financial Oversight and Management Board for Puerto Rico

2. Indicate the category to which this case belongs:
   - ☐ Ordinary Civil Case
   - ☐ Social Security
   - ☐ Banking
   - ☒ Injunction

3. Indicate the title and number of related cases (if any).

   *The Financial Oversight and Management Board for Puerto Rico v. Governor*, Adv. Proc. No. 19-00393-LTS

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?
   - ☐ Yes
   - ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?
   - ☐ Yes
   - ☒ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)
   - ☐ Yes
   - ☒ No

Date Submitted: 3/14/21

rev. Dec. 2009