# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.,* <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, <br><br> Plaintiff, <br><br> v. <br><br> AMBAC ASSURANCE CORPORATION, et. al <br><br> Defendants. | Adv. Proc. No. 20-0003-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, et. al<br><br>Defendants. | Adv. Proc. No. 20-0004-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, *et al.*,<br><br>Defendants. | Adv. Proc. No. 20-0005-LTS |

## ORDER SETTING PROCEDURES
## FOR MARCH 17, 2021 HEARING

In accordance with the *Order Setting Briefing Schedule* (Dkt. No. 15891 in 17-BK-3283; Dkt. No. 123 in 20-AP-03; Dkt. No. 114 in 20-AP-04; and Dkt. No. 135 in 20-AP-05), this Court will hold a hearing on the *Defendants' Motion to Compel Document Discovery from the Government in the Revenue Bond Adversary Proceedings* (Dkt. No. 15914 in 17-BK-3283; Dkt.

No. 126 in 20-AP-03; Dkt. No. 117 in 20-AP-04; and Dkt. No. 138 in 20-AP-05) (the "Motion to Compel") on **March 17, 2021 at 2:30 p.m. AST** (the "Hearing").

In light of the ongoing COVID-19 public health crisis, the Court will conduct the Hearing by video conference using Zoom. The Hearing shall be governed by the following procedures.

1. Counsel who intend to present oral argument at the Hearing must jointly file an informative motion by **March 16, 2021 at 12:00 p.m. AST** identifying (a) the names and email addresses of the individuals who intend to speak in connection with the Motion to Compel and (b) the order in which the speakers shall present oral argument.

2. Counsel who notify the Court that they intend to speak at the Hearing will receive a Zoom video conference invite at the email provided in the joint informative motion. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible at Stephanie_Caruso@mad.uscourts.gov.

3. During the Hearing, counsel who intend to present oral argument shall keep their microphones muted when not speaking.

4. The media, the public, and counsel who do not intend to speak can access the Hearing by dialing 888-363-4734 and entering the access code (5559239) when prompted. For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.

5. Although Judicial Conference policy generally prohibits the broadcasting of proceedings in federal trial courts, the Executive Committee of the Judicial Conference has approved a limited temporary exception to the policy to allow a judge to authorize the use of teleconference technology to provide the public and the press with audio access to court proceedings while public access to federal courthouses is restricted due to the health and safety concerns presented by the COVID-19 pandemic.

6. All persons granted remote access to the Hearing are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: March 15, 2021