Estimated Hearing Date June 16, 2021 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: **April 5, 2021** at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
| as representative of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) (Jointly Administered) |
| | |
| Debtors. [1] | |

---

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3566-LTS |
| | ) |
| as representative of | ) |
| | ) **This Application relates** |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) **only to ERS and shall** |
| GOVERNMENT OF THE COMMONWEALTH OF PUERTO | **be filed in the Lead** |
| RICO | **Case No. 17 BK 3283-** |
| Debtor | **LTS and ERS's Title III** |
| | **Case (Case No. 17 BK** |
| | **3566-LTS)** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## SUMMARY SHEET TO
## EIGHTH INTERIM FEE APPLICATION OF
## ALVAREZ & MARSAL NORTH AMERICA, LLC
## FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE EMPLOYEE RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO
## FROM OCTOBER 1, 2020 THROUGH JANUARY 31, 2021

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Retained to Provide Professional Services as: | Advisor |
| Date of Retention: | August 2, 2018 |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2020 through January 31, 2021 |
| Professional Fees | $148,906.00 |
| Less Voluntary Reduction | (14,890.60) |
| Total Amount of Fees Requested: | **$134,015.40** |
| Amount of Expenses Reimbursement Sought | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary | **$134,015.40** |

This is a(n) _____ Monthly ___X___ Interim _____ Final Fee Application

**Seven Prior Interim Applications Filed in this Matter**

### Monthly Fee Statements Filed Related to Eighth Interim Fee Application[2]
### October 1, 2020 through January 31, 2021

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Twenty-seventh - 12/29/2020 | 10/1/2020 - 10/31/2020 | $ 43,200.60 | $ (4,320.06) | $ 38,880.54 | $ 34,992.49 | $ (3,499.25) | $ (524.89) | $ - | $ 30,968.35 | $ 30,968.35 | $ - | $ 3,888.05 |
| Twenty-eighth - 1/19/2021 | 11/1/2020 - 11/30/2020 | $ 37,840.50 | $ (3,784.05) | $ 34,056.45 | $ 30,650.81 | $ (3,065.08) | $ (459.76) | $ - | $ 27,125.96 | ** | $ - | $ 3,405.65 |
| Twenty-ninth - 1/25/2021 | 12/1/2020 - 12/31/2020 | $ 25,893.40 | $ (2,589.34) | $ 23,304.06 | $ 20,973.65 | $ (2,097.37) | $ (314.60) | $ - | $ 18,561.68 | ** | $ - | $ 2,330.41 |
| Thirtieth - 2/26/2021 | 1/1/2021 - 1/31/2021 | $ 41,971.50 | $ (4,197.15) | $ 37,774.35 | $ 33,996.92 | $ (3,399.69) | $ (509.95) | $ - | $ 30,087.27 | ** | $ - | $ 3,777.44 |
| **Total** | | $ 148,906.00 | $ (14,890.60) | $ 134,015.40 | $ 120,613.86 | $ (12,061.39) | $ (1,809.21) | $ - | $ 106,743.27 | $ 30,968.35 | $ - | $ 13,401.54 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

** Payment related to this fee period had not been received at the time of filing this interim fee application.

---

[2] Please note A&M was retained on August 2, 2018, in the middle of the Fourth Interim Fee Period, and at that time submitted its First Interim Fee Application, rather than the fourth interim application. Accordingly, this current request represents A&M's Eighth Interim Fee Application.

**Compensation by Category**
**October 1, 2020 through January 31, 2021**

| COMPENSATION BY CATEGORY | | |
|---|---|---|
| **For the Period From October 1, 2020 through January 31, 2021** | | |
| **TASK CATEGORY** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 231.0 | $    142,539.30 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 9.7 | $      6,366.70 |
| Total | 240.7 | $   148,906.00 |
| **Blended Hourly Rate Before Voluntary Reduction** | | $       618.64 |
| | | |
| *Less 10% voluntary reduction* | | $     (14,890.60) |
| **Total Seventh Interim Fee Application With Reduction** | | $    134,015.40 |
| **Seventh Interim Fee Application Blended Hourly Rate With Reduction** | | $       556.77 |

**Fees by Professional**
**October 1, 2020 through January 31, 2021**

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $937 | 30.9 | 28,953.30 |
| Mark Zeiss | Director | Claim Management | $661 | 39.3 | 25,977.30 |
| Richard Carter | Consultant II | Claim Management | $577 | 45.2 | 26,080.40 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 121.9 | 67,045.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 3.4 | 850.00 |
| **Subtotal** | | | | 240.7 | 148,906.00 |
| *Less Voluntary Reduction - Claims Objection Audit* | | | | | |
| **Subtotal** | | | | 481.40 | **$148,906.00** |
| *Less 10% voluntary reduction* | | | | | *-14,890.60* |
| **Total** | | | | | **$134,015.40** |

**Expenses by Category**
**October 1, 2020 through January 31, 2021**

No Expenses Incurred

## Monthly Fee Statements Filed Related to First Interim Fee Application
### August 9, 2018 through September 30, 2018

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 7% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First - 10/24/2018 | 8/9/18 to 8/31/18 | $ 40,385.00 | $ (7,673.15) | $ 32,711.85 | $ 29,440.67 | $ - | $ (441.61) | $ - | $ 28,999.06 | $ 28,999.06 | $ - | $ 3,271.18 |
| Second - 10/29/2018 | 9/1/18 to 9/30/18 | $120,267.50 | $ (12,026.75) | $108,240.75 | $ 97,416.68 | $ - | $ (1,461.25) | $ - | $ 95,955.43 | $ 95,955.43 | $ - | $ 10,824.07 |
| Total | | $160,652.50 | $ (19,699.90) | $140,952.60 | $126,857.35 | $ - | $ (1,902.86) | $ - | $124,954.49 | $124,954.49 | $ - | $ 14,095.25 |

*This amount represents 10% reduction of fees incurred per engagement agreement plus an additional $3,634.65 courtesy discount.

## Monthly Fee Statements Filed Related to Second Interim Fee Application
### October 1, 2018 through January 31, 2019

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 7% Puerto Rico Tax Withholding | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Third - 12/17/2018 | 10/1/18 to 10/31/18 | $ 101,332.50 | $ (10,133.25) | $ 91,199.25 | $ 82,079.33 | $ - | $ - | $ (1,231.19) | $ - | $ 80,848.14 | $ 82,079.33 | $ - | $ 9,119.92 |
| Fourth - 12/17/2018 | 11/1/18 to 11/30/18 | $ 100,960.00 | $ (10,096.00) | $ 90,864.00 | $ 81,777.60 | $ - | $ - | $ (1,226.66) | $ - | $ 80,550.94 | $ 81,777.60 | $ - | $ 9,086.40 |
| Fifth - 2/20/2019 | 12/1/18 to 12/31/18 | $ 26,422.50 | $ (2,642.25) | $ 23,780.25 | $ 21,402.23 | $ - | $ - | $ (321.03) | $ - | $ 21,081.20 | $ 21,402.23 | $ - | $ 2,378.02 |
| Fifth - Puerto Rico - 2/20/2019 | 12/1/18 to 12/31/18 | $ 4,140.00 | $ (414.00) | $ 3,726.00 | $ 3,353.40 | $ (234.74) | $ - | $ (50.30) | $ - | $ 3,068.36 | $ 3,353.40 | $ - | $ 372.60 |
| Sixth - 2/20/2019 | 1/1/19 to 1/31/19 | $ 80,832.50 | $ (8,083.25) | $ 72,749.25 | $ 65,474.33 | $ - | $ (6,547.43) | $ (982.11) | $ - | $ 57,944.78 | $ 65,474.33 | $ - | $ 7,274.92 |
| Total | | $ 313,687.50 | $ (31,368.75) | $ 282,318.75 | $ 254,086.89 | $ (234.74) | $ (6,547.43) | $ (3,811.30) | $ - | $ 243,493.41 | $ 254,086.89 | $ - | $ 28,231.86 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

## Monthly Fee Statements Filed Related to Third Interim Fee Application
### February 1, 2018 through May 31, 2019

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Net Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seventh - 4/29/2019 | 2/1/19 to 2/28/19 | $ 111,695.00 | $ (11,169.50) | $ 100,525.50 | $ 90,472.95 | $ (9,047.30) | $ (1,357.09) | $ - | $ 80,068.56 | $ 80,068.56 | $ - | 10,052.55 |
| Eighth - 5/6/2019 | 3/1/19 to 3/31/19 | $ 139,825.00 | $ (13,982.50) | $ 125,842.50 | $ 113,258.25 | $ (11,325.83) | $ (1,698.87) | $ - | $ 100,233.55 | $ 100,233.55 | $ - | $ 12,584.25 |
| Ninth - 5/22/2019 | 4/1/19 to 4/30/19 | $ 108,372.50 | $ (10,837.25) | $ 97,535.25 | $ 87,781.73 | $ (8,778.17) | $ (1,316.73) | $ - | $ 77,686.83 | $ 77,686.83 | $ - | $ 9,753.53 |
| Tenth - 7/1/2019 | 5/1/19 to 5/31/19 | $ 183,802.50 | $ (18,380.25) | $ 165,422.25 | $ 148,880.03 | $ (14,888.00) | $ (2,233.20) | $ - | $ 131,758.82 | Pending | Pending | 16,542.23 |
| Total | | $ 543,695.00 | $ (54,369.50) | $ 489,325.50 | $ 440,392.95 | $ (44,039.30) | $ (6,605.89) | $ - | $ 389,747.76 | $ 257,988.94 | $ - | $ 48,932.55 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

4

### Monthly Fee Statements Filed Related to Fourth Interim Fee Application
### June 1, 2019 through September 30, 2019

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eleventh - 8/16/2019 | 6/1/19 to 6/30/19 | $ 278,275.00 | $ (88,064.50) | $ 190,210.50 | $ 171,189.45 | $ (17,118.95) | $ (2,567.84) | $ - | $ 151,502.66 | $ 151,502.66 | $ - | $ 19,021.05 |
| Twelfth - 9/9/2019 | 7/1/19 to 7/31/19 | $ 246,637.50 | $ (24,663.75) | $ 221,973.75 | $ 199,776.38 | $ (19,977.64) | $ (1,226.66) | $ - | $ 178,572.07 | $ 178,572.07 | $ - | $ 22,197.38 |
| Thirteenth - 10/15/2019 | 8/1/19 to 8/31/19 | $ 125,599.80 | $ (12,559.98) | $ 113,039.82 | $ 101,735.84 | $ (10,173.58) | $ (321.03) | $ - | $ 91,241.22 | $ 91,241.22 | $ - | $ 11,303.98 |
| Fourteenth - Puerto Rico - 10/25/2019 | 9/1/19 to 9/30/19 | $ 9,524.40 | $ (952.44) | $ 8,571.96 | 7,714.76 | $ (771.48) | $ (50.30) | $ - | $ 6,892.99 | $ 6,892.99 | $ - | $ 857.20 |
| Total | | $ 660,036.70 | $(126,240.67) | $ 533,796.03 | $ 480,416.43 | $ (48,041.64) | $ (4,165.84) | $ - | $ 428,208.94 | $ 428,208.94 | $ - | $ 53,379.60 |

*This amount represents 10% reduction of fees incurred per engagement agreement. Additionally, A&M has reduced their fees by $66,930.00 related to the Claims objection audit further described below.

### Monthly Fee Statements Filed Related to Fifth Interim Fee Application
### October 1, 2019 through January 31, 2020

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fifteenth - 12/30/19 | 10/1/19 to 10/31/19 | $ 33,453.90 | $ (3,345.39) | $ 30,108.51 | $ 27,097.66 | $ (2,709.77) | $ (406.46) | $ - | $ 23,981.43 | $ 23,981.43 | $ - | $ 3,010.85 |
| Sixteenth - 1/15/20 | 11/1/19 to 11/30/19 | $ 40,559.60 | $ (4,055.96) | $ 36,503.64 | $ 32,853.28 | $ (3,285.33) | $ (492.80) | $ - | $ 29,075.15 | $ 29,075.15 | $ - | $ 3,650.36 |
| Seventeenth - 2/5/20 | 12/1/19 to 12/31/19 | $ 66,046.60 | $ (6,604.66) | $ 59,441.94 | $ 53,497.75 | $ (5,349.77) | $ (802.47) | $ - | $ 47,345.51 | $ 47,345.51 | $ - | $ 5,944.19 |
| Eighteenth - 2/27/20 | 1/1/20 to 1/31/20 | $ 120,828.30 | $ (12,082.83) | $ 108,745.47 | $ 97,870.92 | ** | ** | $ - | $ 97,870.92 | ** | $ - | $ 10,874.55 |
| Total | | $ 260,888.40 | $ (26,088.84) | $ 234,799.56 | $ 211,319.60 | $ (11,344.87) | $ (1,701.73) | $ - | $ 198,273.01 | $ 100,402.08 | $ - | $ 23,479.96 |

*This amount represents 10% reduction of fees incurred per engagement agreement.
** Payment related to this fee period had not been received at the time of filing this interim fee application.

### Monthly Fee Statements Filed Related to Sixth Interim Fee Application
### February 1, 2020 through May 31, 2020

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nineteenth - 4/23/20 | 2/1/20 to 2/29/20 | $ 92,170.30 | $ (9,217.03) | $ 82,953.27 | $ 74,657.94 | $ (7,465.79) | $ (1,119.87) | $ - | $ 66,072.28 | $ 66,072.28 | $ - | 8,295.33 |
| Twentieth - 5/26/2020 | 3/1/20 to 3/31/20 | $ 92,659.10 | $ (9,265.91) | $ 83,393.19 | $ 75,053.87 | $ (7,505.39) | $ (1,125.81) | $ - | $ 66,422.68 | $ 66,422.68 | $ - | 8,339.32 |
| Twenty-first - 6/15/2020 | 4/1/20 to 4/30/20 | $ 95,833.70 | $ (9,583.37) | $ 86,250.33 | $ 77,625.30 | $ (7,762.53) | $ (1,164.38) | $ - | $ 68,698.39 | $ 68,698.39 | $ - | 8,625.03 |
| Twenty-second - 7/6/2020 | 5/1/20 to 5/31/20 | $ 114,662.60 | $ (11,466.26) | $ 103,196.34 | $ 92,876.71 | $ (9,287.67) | $ (1,393.15) | $ - | $ 82,195.88 | ** | $ - | 10,319.63 |
| Total | | $ 395,325.70 | $ (39,532.57) | $ 355,793.13 | $ 320,213.82 | $ (32,021.38) | $ (4,803.21) | $ - | $ 283,389.23 | $ 201,193.34 | $ - | $ 35,579.31 |

*This amount represents 10% reduction of fees incurred per engagement agreement.
** Payment related to this fee period had not been received at the time of filing this interim fee application.

**Monthly Fee Statements Filed Related to Seventh Interim Fee Application**
**June 1, 2020 through September 30, 2020**

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Twenty-third - 7/29/2020 | 6/1/20 to 6/30/20 | $ 266,457.90 | $ (26,645.79) | $ 239,812.11 | $ 215,830.90 | $ (21,583.09) | $ (3,237.46) | $ - | $ 191,010.35 | $ 191,010.35 | $ - | $ 23,981.21 |
| Twenty-fourth - 8/17/2020 | to 7/31/2020 | $ 123,304.10 | $ (12,330.41) | $ 110,973.69 | $ 99,876.32 | $ (9,987.63) | $ (1,498.14) | $ - | $ 88,390.54 | $ 88,390.54 | $ - | $ 11,097.37 |
| Twenty-fifth - 9/14/2020 | 8/1/2020 - 8/31/2020 | $ 80,390.70 | $ (8,039.07) | $ 72,351.63 | $ 65,116.47 | $ (6,511.65) | $ (976.75) | $ - | $ 57,628.07 | $ 57,628.07 | $ - | $ 7,235.16 |
| Twenty-sixth - 10/26/2020 | to 9/30/2020 | $ 33,476.50 | $ (3,347.65) | $ 30,128.85 | $ 27,115.97 | $ (2,711.60) | $ (406.74) | $ - | $ 23,997.63 | ** | $ - | $ 3,012.89 |
| **Total** | | $ 503,629.20 | $ (50,362.92) | $ 453,266.28 | $ 407,939.65 | $ (40,793.97) | $ (6,119.09) | $ - | $ 361,026.59 | $ 337,028.96 | $ - | $ 45,326.63 |

**Monthly Fee Statements Filed Related to Eighth Interim Fee Application**
**October 1, 2020 through January 31, 2021**

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Twenty-seventh - 12/29/2020 | 10/1/2020 - 10/31/2020 | $ 43,200.60 | $ (4,320.06) | $ 38,880.54 | $ 34,992.49 | $ (3,499.25) | $ (524.89) | $ - | $ 30,968.35 | $ 30,968.35 | $ - | $ 3,888.05 |
| Twenty-eighth - 1/19/2021 | 11/1/2020 - 11/30/2020 | $ 37,840.50 | $ (3,784.05) | $ 34,056.45 | $ 30,650.81 | $ (3,065.08) | $ (459.76) | $ - | $ 27,125.96 | $ 27,125.96 | $ - | $ 3,405.65 |
| Twenty-ninth - 1/25/2021 | 12/1/2020 - 12/31/2020 | $ 25,893.40 | $ (2,589.34) | $ 23,304.06 | $ 20,973.65 | $ (2,097.37) | $ (314.60) | $ - | $ 18,561.68 | $ 18,561.68 | $ - | $ 2,330.41 |
| Thirtieth - 2/26/2021 | 1/1/2021 - 1/31/2021 | $ 41,971.50 | $ (4,197.15) | $ 37,774.35 | $ 33,996.92 | $ (3,399.69) | $ (509.95) | $ - | $ 30,087.27 | ** | $ - | $ 3,777.44 |
| **Total** | | $ 148,906.00 | $ (14,890.60) | $ 134,015.40 | $ 120,613.86 | $ (12,061.39) | $ (1,809.21) | $ - | $ 106,743.27 | $ 76,656.00 | $ - | $ 13,401.54 |

Estimated Hearing Date June 16, 2021 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: April 5, 2021 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
|   as representative of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) (Jointly Administered) |
| | |
| Debtors. [1] | |

------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3566-LTS |
| | ) |
|   as representative of | ) **This Application relates** |
| | **only to ERS and shall** |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | **be filed in the Lead** |
| GOVERNMENT OF THE COMMONWEALTH OF | **Case No. 17 BK 3283-** |
| PUERTO RICO | **LTS and ERS's Title III** |
| | **Case (Case No. 17 BK** |
| Debtor | **3566-LTS)** |

------------------------------------------------------------------------

## EIGHTH INTERIM FEE APPLICATION OF
## ALVAREZ & MARSAL NORTH AMERICA, LLC
## FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
## EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND
## MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE
## EMPLOYEE RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
## COMMONWEALTH OF PUERTO RICO

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**FROM OCTOBER 1, 2020 THROUGH JANUARY 31, 2021**

Pursuant to sections 316 and 317 of Title III of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively the "Bankruptcy Rules"), made applicable herein pursuant to section 310 of PROMESA, Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Puerto Rico, adopted by the Court on May 16, 2013 (the "Local Bankruptcy Rules") and this Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated June 6, 2018 [Docket No. 3269] (the "Second Amended Interim Compensation Order"), Alvarez & Marsal North America, LLC ("A&M"), as advisor to the Financial Oversight Board of Puerto Rico (the "Oversight Board") in its role as representative for the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, ("ERS"), as debtor under Title III of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 ("PROMESA"), hereby submits its Eighth interim fee application filed during the Ninth interim application period (the "Eighth Interim Fee Application") for the compensation of professional services performed by A&M and reimbursement of expenses incurred in connection therewith for the period commencing October 1, 2020 through and including January 31, 2021 (the "Eighth Interim Fee Application Period").

By this Eighth Interim Fee Application, A&M seeks compensation in the amount of $148,906.00 less a discount in the amount of $14,890.60 for a total amount of $134,015.40, all of which represents fees earned outside of Puerto Rico, and reimbursement of actual and necessary expenses incurred in the amount of $0.00 for the Eighth Interim Fee Application Period.

## JURISDICTION

1.      The United States District Court for the District of Puerto Rico (the "Court") has

subject matter jurisdiction over this Application pursuant to PROMESA section 306(a).

2.      Venue is proper in this district pursuant to PROMESA section 307(a).

3.      The statutory predicates for the relief requested herein are PROMESA sections

316 and 317.

## BACKGROUND

4.      On June 30, 2016, the Oversight Board was established under PROMESA section

101(b).  On August 31, 2016, President Obama appointed the Oversight Board's seven voting

members.

5.      Pursuant to PROMESA section 315, "[t]he Oversight Board in a case under this

subchapter is the representative of the debtor" and "may take any action necessary on behalf of

the debtor to prosecute the case of the debtor, including filing a petition under section [304] of

[PROMESA] . . . or otherwise generally submitting filings in relation to the case with the court."

48 U.S.C. § 2175.

6.      On September 30, 2016, the Oversight Board designated the Debtor as a "covered

entity" under PROMESA section 101(d),

7.      On May 21, 2017, the Oversight Board issued a restructuring certification

pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the

Debtor pursuant to PROMESA section 304(a), commencing a case under title III thereof (the

"Debtor's Title III Case").  Pursuant to PROMESA section 315(b), the Oversight Board is the

Debtor's representative in the Debtor's Title III Case.

8.      Background information regarding the Debtor and the commencement of the

Debtor's Title III Case is contained in the *Notice of Filing of Statement of Oversight Board in*

3

*Connection with PROMESA Title III Petition* [ECF No. 1, Case No. 17 BK 3283-LTS], attached

to the Commonwealth of Puerto Rico's Title III petition.

9.      On August 2, 2018, the Oversight Board retained A&M, at discounted rates, to

manage and resolve the tens of thousands of claims filed against the Title III entities[2].

10.      On December 29, 2020, A&M served on the Notice Parties (as defined in the

Interim Compensation Order) its twenty-seventh monthly fee statement for the period October 1,

2020 through October 31, 2020.  The twenty-seventh monthly fee statement is attached hereto as

Exhibit A.

11.      On January 19, 2021, A&M served on the Notice Parties its twenty-eighth

monthly fee statement for the period November 1, 2020 through November 30, 2020.  The

twenty-eighth monthly fee statement is attached hereto as Exhibit B.

12.      On January 25, 2021, A&M served on the Notice Parties its twenty-ninth monthly

fee statement for the period December 1, 2020 through December 31, 2020.  The twenty-ninth

monthly fee statement is attached hereto as Exhibit C.

13.      On February 26, 2021,  A&M served on the Notice Parties its thirtieth monthly

fee statement for the period January 1, 2021 through January 31, 2021.  The thirtieth monthly fee

statement is attached hereto as Exhibit D.

14.      In accordance with the Interim Compensation Order and as reflected in the

foregoing summary, A&M has requested an aggregate gross payment of $120,613.86 which

represents payment of ninety percent (90%) of the compensation sought and reimbursement of

one-hundred percent (100%) of expenses incurred.  To date, A&M has received payment of

$30,968.35 in fees and $0 in incurred expenses with respect to fee statements filed during the

Eighth Interim Fee Application Period.  The variance between the requested fees and payments

---

[2] Pursuant to A&M's August 2, 2018 engagement letter with the Oversight Board (a copy of which is
available on the Oversight Board's website at:
https://drive.google.com/file/d/1HuXTVFMQJC4POU_3judw1CCHdSPGhp8q/view (the "Engagement Letter"), it
shall not provide services or advice on any claims related to the Puerto Rico Electric Power Authority.

received relates to: 1) the Twenty-Eighth, Twenty-Ninth and Thirtieth monthly fee statements for

the period November 1, 2020 through January 31, 2021 remain unpaid, 2) a 1.5% Technical

Service Fee tax withholdings totaling $524.89 and 3) a universal 10% withholding tax (versus

fees incurred on Puerto Rico) effective as of December 2018 and as of the time of filing this

Application, totaling $3,499.25 for the Eighth Interim Fee Application Period.

**REQUESTED FEES AND REIMBURSEMENT OF EXPENSES**

15.     All services for which A&M requests compensation were performed for the

Employee Retirement System of the Government of the Commonwealth of Puerto Rico,

("ERS").  The time detail for the Eighth Interim Fee Application Period is attached hereto as

Exhibit E.  This Eighth Interim Fee Application contains time entries describing the time spent

by each professional during the Eighth Interim Fee Application Period.  To the best of A&M's

knowledge, this Eighth Interim Fee Application substantially complies with the applicable

provisions of PROMESA, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Second

Interim Compensation Order.  A&M's time reports are entered and organized by task and by

professional performing the described service in 1/10 of an hour increments.

16.     A&M incurred no expenses for the Eighth Interim Fee Application Period as

presented here to as Exhibit F.

17.     The services rendered by A&M during the Eighth Interim Fee Application can be

grouped into the categories set forth below.  A&M attempted to place the services provided in

the category that best relates to such services.  However, because certain services may relate to

one or more categories, services pertaining to one category may in fact be included in another

category.  These services performed are generally described below by category, and as set forth

in the attached time detail attached hereto as Exhibit G.  This Exhibit G also identifies the

professional who rendered services relating to each category, along with the number of hours for

each individual and the total compensation sought for each category.

## SUMMARY OF SERVICES PERFORMED

18.     This Eighth Interim Fee Application covers the fees incurred during the Eighth

Interim Fee Application Period with respect to services rendered as advisor to the Oversight

Board in its role as representative for ERS.  A&M believes it is appropriate to be compensated

for the time spent in connection with these matters, and set forth a narrative description of the

services rendered for the Debtors and the time expended, organized by project task categories as

follows:

## A.  Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

19.     During this period, A&M:

a.   Reviewed approximately 12,850 Claims identified as human resource related
     to confirm proper categorization for transfer to the Administrative Claims
     Resolution (ACR) process and, further, recorded asserted agency information
     for ease of transfer to correct contacts for further reconciliation;

b.   Reviewed approximately 10 Claims asserted as tax refunds and compared the
     claim documentation against payment data provided by the Department of
     Treasury to determine if the Claim had been satisfied and should be placed on
     an upcoming objection or transferred to the Administrative Claims Resolution
     (ACR) process;

c.   Reviewed approximately 25 supplemental outreach forms which were
     returned by creditors to validate if the creditor provided sufficient information
     to verify the asserted liability and finalize reconciliation. Claims were then
     processed for entry into Alternative Dispute Resolution (ADR),
     Administrative Claims Resolution (ACR), or future objections;

d.  Prepared "Notice of Presentment" exhibits affecting approximately 8,600 Claims.  These exhibits and associated filings will allow previously adjourned omnibus Claim objections delayed because of the COVID pandemic to be ordered.

e.  Prepared and filed Omnibus Objections affecting approximately 50 Claims;

f.  Reviewed responses to approximately 440 Claims related to the Administrative Claims Resolution (ACR) process.  Worked with AAFAF representative to develop system to resolve responses;

g.  Reviewed approximately 25 responses to supplemental data outreach returned by creditors in response to filed objections to determine if enough information was provided to place Claim into the ACR or ADR process.

h.  Reviewed approximately 50 deficient claims and prepared for mailing of supplemental outreach forms.

i.  Review approximately 15 letters sent by Creditors to determine claim they are associated with or if they were duplicative to previous data received.

j.  Created and updated Claims summary analysis by claim type to allow counsel to review the claims groupings and confirm A&M's proposed treatment for each claim type;

k.  Performed creditor outreach to collect missing information for deficient Proofs of Claim;

l.  Provided regular updates of the claims reconciliation progress to representatives of the Title III entities, AAFAF, the Oversight Board, and their respective advisors.

In conjunction with this category, A&M expended approximately 231.0 hours during the Application Period, for a total of $142,539.30, prior to any fee reduction.

**B.  Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

**– Fee Applications**

20.     During the Eighth Interim Fee Application Period, A&M prepared its Seventh

Interim Fee Applications as required by the Second Amended Interim Compensation Order.

In conjunction with this category, A&M expended approximately 9.7 hours during the

Application Period, for a total of $6,366.70, prior to any fee reduction.

**D.  Discounts Agreed to By A&M and the Oversight Board**

22.     A&M and the Oversight Board in its role as representative for ERS had

previously agreed to a ten-percent discount of fees based on the Engagement Letter.

**CERTIFICATE OF COMPLIANCE AND REQUEST FOR WAIVER**

23.     Attached hereto as <u>Exhibit H</u> is a declaration of Julie M. Hertzberg, the

undersigned representative of A&M.  To the extent that the Eighth Interim Fee Application does

not comply in all respects with the requirements of the aforementioned rules, A&M believes that

such deviations are not material and respectfully requests that any such requirements be waived.

**NOTICE**

24.     Pursuant to the Interim Compensation Order, notice of this Application has been

filed in ERS's and the jointly-administered Commonwealth of Puerto Rico's Title III cases and

served upon:

> (a)  the Financial Oversight and Management Board, 40 Washington Square
> South, Office 314A, New York, NY 10012, Attn: Professor Arthur J. Gonzalez,
> Oversight Board Member.
>
> (b)  attorneys for the Financial Oversight and Management Board as
> representative of The Commonwealth of Puerto Rico, O'Neill & Borges LLC,
> 250 Muñoz Rivera Ave., suite 800, San Juan, PR 00918-1813, Attn: Hermann D.
> Bauer, Esq. (Hermann.bauer@oneillborges.com;
>
> (c)  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory
> Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Time Square, New
> York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzanne

8

Uhland, Esq. ([suhland@omm.com](mailto:suhland@omm.com)), and Diana M. perez, Esq.
([dperez@omm.com](mailto:dperez@omm.com)).

(d)  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory
Authority, Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500,
255 Ponce de León Ave., San Juan P.R. 00917, Attn.: Luis C.
Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-
Rivero Esq. ([cvelaz@mpmlawpr.com](mailto:cvelaz@mpmlawpr.com));

(e)  the Office of the United States Trustee for the District of Puerto
Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR
00901 (re: *In re: Commonwealth of Puerto Rico*);

(f)  attorneys for the Official Committee of Unsecured Creditors, Paul
Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc A.
Despins, Esq. ([lucdespins@paulhastings.com](mailto:lucdespins@paulhastings.com));

(g)  attorneys for the Official Committee of Unsecured Creditors,
Casillas, Santiago & Torres LLC, El Caribe Office Building, 53
Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J.
Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E.
Añeses Negrón, Esq. ([aaneses@cstlawpr.com](mailto:aaneses@cstlawpr.com));

(h)  attorneys for the Official Committee of Retired Employees, Jenner &
Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert
Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq.
(rlevin@jenner.com); and Jenner & Block LLP, 353 N. Clark Street,
Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.
com) and Melissa Root, Esq. ([mroot@jenner.com](mailto:mroot@jenner.com));

(i)  attorneys for the Official Committee of Retired Employees,
Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416
Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-
Zequeira, Esq. ([ajb@bennazar.org](mailto:ajb@bennazar.org));

(j)  the Puerto Rico Department of Treasury, PO Box 9024140, San
Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy
Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov);
Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central
Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja
Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax
Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea,
Assistant Secretary of Internal Revenue and Tax Policy
(francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez,
CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda. pr.gov);

k.  attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252
Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR
00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

l. attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@ gklaw.com).

A&M submits that, in light of the foregoing, no other or further notice need be provided.

WHEREFORE, pursuant to the Second Amended Interim Compensation Order, A&M respectfully requests that, for the period October 1, 2020 through January 31, 2021, the Court (i) grant A&M interim allowance of compensation in the amount of $134,015.40 for professional services rendered during the Eighth Interim Fee Application Period. A&M did not incur any expenses.

Dated: March 15, 2021
Detroit, Michigan

/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone: 248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

ADVISOR TO THE OVERSIGHT BOARD
AS REPRESENTATIVE OF THE
DEBTOR

## **EXHIBITS**

# <u>Exhibit A</u>

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**MONTHLY FEE APPLICATION OF FOR THE PERIOD**
**OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3566-LTS |
| | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) | |
| GOVERNMENT OF THE COMMONWEALTH OF | | |
| PUERTO RICO, et al., | | |
| | | |
| Debtors. [1] | | |

**COVER SHEET TO TWENTY-SEVENTH MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT
WERE INCURRED OUTSIDE OF PUERTO RICO**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Employee Retirement System of the Government of the Commonwealth of Puerto Rico |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought: | October 1, 2020 through October 31, 2020 |
|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $38,880.54 ($43,200.60 incurred less 10% voluntary reduction of $4,320.06) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $  - 0 - |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Twenty-Seventh monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for October 2020.


 /s/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On December 29, 2020 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
          FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
          Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:    John J. Rapisardi, Esq.
          Suzanne Uhland, Esq.
          Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:    Luis C. Marini-Biaggi, Esq.
          Carolina Velaz-Rivero, Esq.
          Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:    Robert Gordon, Esq.
          Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:    Catherine Steege, Esq.
          Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:    Reylam Guerra Goderich, Deputy Assistant of
General Accounting
          Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
          Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
          Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
          Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosauker, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY  10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period October 1, 2020 through October 31, 2020**
**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 61.1 | $ 39,182.90 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 5.8 | $ 4,017.70 |
| **Subtotal** | **66.9** | **43,200.60** |
| *Less 10% voluntary reduction* | | *(4,320.06)* |
| **Total** | | $ **38,880.54** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $937 | 14.0 | 13,118.00 |
| Mark Zeiss | Director | Claim Management | $661 | 12.1 | 7,998.10 |
| Richard Carter | Consultant II | Claim Management | $577 | 3.5 | 2,019.50 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 35.8 | 19,690.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 1.5 | 375.00 |
| **Subtotal** | | | | **66.9** | **43,200.60** |
| *Less 10% voluntary reduction* | | | | | *-4,320.06* |
| **Total** | | | | | **$38,880.54** |

**Summary of Expenses for the Period October 1, 2020 through October 31, 2020**

**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

No Expenses Incurred

2

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $34,992.49 for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.


/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

3

**<u>EXHIBITS</u>**

4

*Exhibit A*

---

**Employee Retirement System of the Government of the
Commonwealth of Puerto Rico
Summary of Time Detail by Task
October 1, 2020 through October 31, 2020**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 61.1 | $39,182.90 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 5.8 | $4,017.70 |
| **Total** | **66.9** | **$43,200.60** |

*Exhibit B*

### *Employee Retirement System of the Government of the Commonwealth of Puerto Rico*
### *Summary of Time Detail by Professional*
### *October 1, 2020 through October 31, 2020*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937.00 | 14.0 | $13,118.00 |
| Zeiss, Mark | Director | $661.00 | 12.1 | $7,998.10 |
| Carter, Richard | Consultant II | $577.00 | 3.5 | $2,019.50 |
| DiNatale, Trevor | Consultant II | $550.00 | 35.8 | $19,690.00 |
| Corbett, Natalie | Para Professional | $250.00 | 1.5 | $375.00 |
| | | **Total** | **66.9** | **$43,200.60** |

*Page 1 of 1*

*Exhibit C*

## Employee Retirement System of the Government of the Commonwealth of Puerto Rico
## Summary of Time Detail by Professional
### October 1, 2020 through October 31, 2020

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections**

**Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 11.1 | $10,400.70 |
| Zeiss, Mark | Director | $661 | 10.7 | $7,072.70 |
| Carter, Richard | Consultant II | $577 | 3.5 | $2,019.50 |
| DiNatale, Trevor | Consultant II | $550 | 35.8 | $19,690.00 |
| | | | 61.1 | $39,182.90 |
| | *Average Billing Rate* | | | $641.29 |

*Page 1 of 2*

*Exhibit C*

---

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### October 1, 2020 through October 31, 2020

---

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications**

Prepare monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 2.9 | $2,717.30 |
| Zeiss, Mark | Director | $661 | 1.4 | $925.40 |
| Corbett, Natalie | Para Professional | $250 | 1.5 | $375.00 |
| | | | 5.8 | $4,017.70 |
| | *Average Billing Rate* | | | $692.71 |

*Exhibit D*

***Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
October 1, 2020 through October 31, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 10/1/2020 | 2.1 | Review new responses to pension claims from ACR mailings to determine next steps with agencies |
| Zeiss, Mark | 10/4/2020 | 0.7 | Revise Exhibit A Claims to be Set for Hearing for Proskauer for Notice of Presentment filing |
| Zeiss, Mark | 10/4/2020 | 0.8 | Revise Exhibit B Schedule of ADR/ACR Eligible Claims for Proskauer for Notice of Presentment filing |
| DiNatale, Trevor | 10/5/2020 | 1.9 | Review ACR "initial determination" letter responses to determine updates to ACR status report |
| Zeiss, Mark | 10/5/2020 | 1.7 | Revise Exhibit C Schedule of Deficient Claims to be Disallowed via Notice of Presentment for Proskauer for Notice of Presentment filing |
| DiNatale, Trevor | 10/6/2020 | 2.2 | Perform updates to the ACR status report for Proskauer review |
| Herriman, Jay | 10/6/2020 | 1.3 | Reviewing sampling of ACR claim responses prior to call with ERS |
| Zeiss, Mark | 10/6/2020 | 0.6 | Draft Exhibit D Schedule of Deficient Claims with Undeliverable Addresses for Proskauer for Notice of Presentment filing |
| Zeiss, Mark | 10/6/2020 | 0.7 | Revise Exhibit C Schedule of Deficient Claims to be Disallowed via Notice of Presentment for Proskauer for Notice of Presentment filing |
| DiNatale, Trevor | 10/7/2020 | 2.2 | Finalize upcoming ACR status report exhibit for Proskauer review |
| Herriman, Jay | 10/7/2020 | 1.4 | Review draft ACR status report prior to filing with court |
| DiNatale, Trevor | 10/8/2020 | 0.9 | Update ACR reconciliation tracker detail per filed ACR status report |
| Herriman, Jay | 10/8/2020 | 0.3 | Review draft letter proposed by ERS to be sent to Pension claimants who responded to ACR notice |
| DiNatale, Trevor | 10/9/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 10/9/2020 | 2.2 | Review tax related Claim information provided by Dept. of Treasury to determine next steps in reconciliation process |
| Herriman, Jay | 10/13/2020 | 1.3 | Review analysis of responses received from ACR pension claimants |
| Zeiss, Mark | 10/14/2020 | 0.9 | Draft non-bondholder December objection exhibits |
| Zeiss, Mark | 10/15/2020 | 0.7 | Draft Nov 20 satellite hearing non-deficient notice of presentment exhibits |
| DiNatale, Trevor | 10/16/2020 | 0.6 | Perform review of updated omnibus objection exhibits |
| DiNatale, Trevor | 10/16/2020 | 2.2 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |

***Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
October 1, 2020 through October 31, 2020***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 10/19/2020 | 0.9 | Prepared detailed analysis of 4 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 10/19/2020 | 1.6 | Perform review of newly filed HR claim detail to determine proper categorization for ACR process |
| Zeiss, Mark | 10/19/2020 | 1.3 | Draft Nov 18th Satellite Exhibits for Notice of Presentation for deficient objections to claimholders |
| Zeiss, Mark | 10/19/2020 | 1.1 | Revise Oct 29th Satellite Exhibits for Notice of Presentation for deficient objections to claimholders |
| Carter, Richard | 10/20/2020 | 0.2 | Prepared detailed analysis of 3 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 10/20/2020 | 1.3 | Review final draft of objections and associated declarations for December Omnibus filings |
| Zeiss, Mark | 10/20/2020 | 1.1 | Draft Nov 20th Satellite Exhibits for Notice of Presentation for non-deficient objections to claimholders |
| Carter, Richard | 10/21/2020 | 1.3 | Prepared detailed analysis of 5 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 10/21/2020 | 0.7 | Analyze ACR initial determination letter response detail report from Prime Clerk |
| DiNatale, Trevor | 10/21/2020 | 0.9 | Perform updates to summary report of ACR claimants appealing initial determination for AAFAF review |
| Zeiss, Mark | 10/21/2020 | 1.1 | Revise Nov 20th Satellite Exhibits for new Exhibit titles per Proskauer comment |
| Carter, Richard | 10/22/2020 | 0.3 | Prepared detailed analysis of 2 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 10/22/2020 | 1.2 | Review newly filed claims to identify duplicate claims for upcoming omnibus objections |
| Herriman, Jay | 10/22/2020 | 0.9 | Perform review of claims to be included on December Omni objections |
| Carter, Richard | 10/23/2020 | 0.7 | Prepared detailed analysis of 4 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 10/23/2020 | 0.8 | Review newly filed claims to identify duplicate claims for upcoming omnibus objections |
| DiNatale, Trevor | 10/23/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |

*Exhibit D*

> **Employee Retirement System of the Government of the Commonwealth of Puerto Rico**
> **Time Detail by Activity by Professional**
> **October 1, 2020 through October 31, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 10/25/2020 | 0.3 | Review and send updated claims waterfall report to AAFAF and counsel |
| DiNatale, Trevor | 10/26/2020 | 1.4 | Perform review of newly filed HR claim detail to determine proper categorization for ACR process |
| Herriman, Jay | 10/26/2020 | 1.2 | Review draft ACR transfer report related to claims being transferred from Omnibus objection to ACR process |
| Carter, Richard | 10/27/2020 | 0.1 | Prepare detailed analysis of 2 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 10/27/2020 | 1.4 | Create summary of pension related claimants from ACR - Round 3 requiring ERS response form mailing for Prime Clerk review |
| DiNatale, Trevor | 10/27/2020 | 2.2 | Prepare summary report of Round 3 ACR claims categorized by Claim type, asserted agency for AAFAF and Proskauer review |
| DiNatale, Trevor | 10/27/2020 | 1.7 | Analyze pension related claim detail to determine inclusion in next round of ACR Transfer Notice |
| DiNatale, Trevor | 10/28/2020 | 0.7 | Prepare summary report of bondholder claims by debtor for Proskauer review |
| DiNatale, Trevor | 10/28/2020 | 0.6 | Update summary report of Round 3 ACR claims categorized by Claim type, asserted agency for AAFAF and Proskauer review |
| Herriman, Jay | 10/28/2020 | 0.4 | Review ACR Reponses from creditors to determine next steps in reconciliation process |
| Herriman, Jay | 10/28/2020 | 1.9 | Review claims asserting Pension liability to be included in next round of ACR notices |
| DiNatale, Trevor | 10/29/2020 | 0.6 | Update summary report of Round 3 ACR claims categorized by Claim type, asserted agency for AAFAF and Proskauer review |
| DiNatale, Trevor | 10/30/2020 | 0.9 | Update tracker of claims identified for upcoming January omnibus objections for Proskauer review |
| DiNatale, Trevor | 10/30/2020 | 1.3 | Review Claim detail identified as deficient and satisfied for upcoming omnibus objections |
| DiNatale, Trevor | 10/30/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |

| **Subtotal** | | **61.1** | |

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|

*Exhibit D*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
October 1, 2020 through October 31, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 10/1/2020 | 0.8 | Update 7th interim documents |
| Corbett, Natalie | 10/21/2020 | 0.3 | Update October fee app documents |
| Corbett, Natalie | 10/21/2020 | 0.4 | Review September time detail |
| Herriman, Jay | 10/21/2020 | 0.5 | Review draft September fee application |
| Herriman, Jay | 10/24/2020 | 1.2 | Review draft Seventh interim fee application and associated exhibits |
| Zeiss, Mark | 10/26/2020 | 1.4 | Draft fee application team hours by workstream for four-month period from detailed time records |
| Herriman, Jay | 10/31/2020 | 1.2 | Finalize 7th interim fee application with associated workstream synopsis |
| **Subtotal** | | **5.8** | |
| *Grand Total* | | 66.9 | |

# <u>Exhibit B</u>

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3566-LTS |
| | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) | |
| GOVERNMENT OF THE COMMONWEALTH OF | | |
| PUERTO RICO, et al., | | |

Debtors. [1]

**COVER SHEET TO TWENTY-EIGHTH MONTHLY FEE APPLICATION OF**
**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO**
**AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE**
**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO**
**FOR THE PERIOD FROM**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

# ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT
# WERE INCURRED OUTSIDE OF PUERTO RICO

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Employee Retirement System of the Government of the Commonwealth of Puerto Rico |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought: | November 1, 2020 through November 30, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary: | $34,056.45 ($37,840.50 incurred less 10% voluntary reduction of $3,784.05) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $  - 0 - |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Twenty-Eighth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for November 2020.


/s/
_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On January 19, 2021 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
          FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
           Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:    John J. Rapisardi, Esq.
           Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:    Luis C. Marini-Biaggi, Esq.
           Carolina Velaz-Rivero, Esq.
           Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:    Robert Gordon, Esq.
           Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:    Catherine Steege, Esq.
           Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:    Reylam Guerra Goderich, Deputy Assistant of
General Accounting
           Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
           Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
           Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
           Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY  10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period November 1, 2020 through November 30, 2020 Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 63.0 | $ 37,278.30 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 0.6 | $ 562.20 |
| **Subtotal** | **63.6** | **37,840.50** |
| *Less 10% voluntary reduction* | | *(3,784.05)* |
| **Total** | | $ **34,056.45** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $937 | 4.8 | 4,497.60 |
| Mark Zeiss | Director | Claim Management | $661 | 7.6 | 5,023.60 |
| Richard Carter | Consultant II | Claim Management | $577 | 5.9 | 3,404.30 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 45.3 | 24,915.00 |
| **Subtotal** | | | | **63.6** | **37,840.50** |
| *Less 10% voluntary reduction* | | | | | *-3,784.05* |
| **Total** | | | | | **$34,056.45** |

**Summary of Expenses for the Period November 1, 2020 through November 30, 2020**

**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

No Expenses Incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $30,650.81 for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.


/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

3

## **EXHIBITS**

4

*Exhibit A*

---

> ### Employee Retirement System of the Government of the
> ### Commonwealth of Puerto Rico
> ### Summary of Time Detail by Task
> ### November 1, 2020 through November 30, 2020

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 63.0 | $37,278.30 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 0.6 | $562.20 |
| **Total** | **63.6** | **$37,840.50** |

*Page 1 of 1*

*Exhibit B*

### Employee Retirement System of the Government of the
### Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### November 1, 2020 through November 30, 2020

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937.00 | 4.8 | $4,497.60 |
| Zeiss, Mark | Director | $661.00 | 7.6 | $5,023.60 |
| Carter, Richard | Consultant II | $577.00 | 5.9 | $3,404.30 |
| DiNatale, Trevor | Consultant II | $550.00 | 45.3 | $24,915.00 |
| | | **Total** | **63.6** | **$37,840.50** |

*Exhibit C*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### November 1, 2020 through November 30, 2020

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections**

**Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 4.2 | $3,935.40 |
| Zeiss, Mark | Director | $661 | 7.6 | $5,023.60 |
| Carter, Richard | Consultant II | $577 | 5.9 | $3,404.30 |
| DiNatale, Trevor | Consultant II | $550 | 45.3 | $24,915.00 |
| | | | 63.0 | $37,278.30 |
| | *Average Billing Rate* | | | $591.72 |

*Page 1 of 2*

*Exhibit C*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### November 1, 2020 through November 30, 2020

**Employees Retirement System
of the Government of the
Commonwealth of Puerto Rico -
Fee Applications**

**Prepare monthly and interim fee applications in accordance with court guidelines.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 0.6 | $562.20 |
| | | | 0.6 | $562.20 |
| | *Average Billing Rate* | | | $937.00 |

*Exhibit D*

> *Employee Retirement System of the Government*
> *of the Commonwealth of Puerto Rico*
> *Time Detail by Activity by Professional*
> *November 1, 2020 through November 30, 2020*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 11/2/2020 | 0.8 | Update notice report detail for Claims identified for 4th ACR transfer for Prime Clerk review |
| DiNatale, Trevor | 11/2/2020 | 0.6 | Analyze HR Claim and supplemental mailing detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 11/3/2020 | 1.4 | Review Claim population from "Notice of Presentment" filings identified to be transferred to ACR process to determine next steps in reconciliation process |
| DiNatale, Trevor | 11/3/2020 | 0.7 | Perform review on Claims identified as "exact duplicates" for upcoming omnibus objections |
| DiNatale, Trevor | 11/4/2020 | 2.3 | Prepare summary report of Claim from "Notice of Presentment" filings identified to be transferred to ACR process for Proskauer and Prime Clerk review |
| DiNatale, Trevor | 11/5/2020 | 2.4 | Perform review on Claims identified as "exact duplicates" for upcoming omnibus objections |
| DiNatale, Trevor | 11/5/2020 | 2.8 | Perform review on Claims identified as "substantive duplicates" for upcoming omnibus objections |
| DiNatale, Trevor | 11/6/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 11/6/2020 | 0.7 | Update January omnibus objection Claim tracker for Proskauer review |
| Zeiss, Mark | 11/6/2020 | 1.2 | Prepare January Bondholder claims report for claims ready for objection, CUSIPs for research for objections |
| DiNatale, Trevor | 11/8/2020 | 0.9 | Review next round of "Notice of Presentment" filings to determine Claim population for upcoming ACR transfer process |
| DiNatale, Trevor | 11/9/2020 | 1.4 | Analyze Claim reconciliation information for claims not in ACR or ADR bucket for Proskauer review |
| DiNatale, Trevor | 11/9/2020 | 0.7 | Prepare updated "ACR Transfer" report for Proskauer and Prime Clerk review |
| Herriman, Jay | 11/9/2020 | 0.2 | Review updated claims waterfall, send to AAFAF and counsel |
| Herriman, Jay | 11/9/2020 | 1.9 | Review claims to be included in next ACR submission |
| Herriman, Jay | 11/9/2020 | 2.1 | Review claims to be included in January Omnibus filings |
| Carter, Richard | 11/10/2020 | 2.9 | Prepare a detailed analysis of 21 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 11/10/2020 | 0.4 | Review newly filed claims to identify duplicate claims for upcoming omnibus objections |
| DiNatale, Trevor | 11/10/2020 | 1.8 | Finalize updated "ACR Transfer" exhibits for Proskauer and Prime Clerk review |

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
November 1, 2020 through November 30, 2020**

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 11/11/2020 | 1.4 | Prepare a detailed analysis of 9 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 11/12/2020 | 1.6 | Finalize updated sixth "ACR Transfer" exhibits for Proskauer and Prime Clerk review |
| DiNatale, Trevor | 11/13/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 11/16/2020 | 0.7 | Prepare a detailed analysis of 6 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 11/16/2020 | 1.7 | Generate Claim status summary report for UCC review |
| Zeiss, Mark | 11/16/2020 | 1.1 | Draft January Omnibus Exhibits for non-bondholder claim objections |
| Zeiss, Mark | 11/16/2020 | 1.2 | Draft January Omnibus Exhibits for bondholder claim objections |
| DiNatale, Trevor | 11/17/2020 | 1.7 | Perform review of draft exhibit omnibus objections |
| DiNatale, Trevor | 11/17/2020 | 0.9 | Perform updates to Claim status summary report for UCC review |
| Zeiss, Mark | 11/17/2020 | 1.6 | Review deficient bond claims for recommended reconciliation process, potential objections, CUSIP, other bond details |
| DiNatale, Trevor | 11/18/2020 | 0.9 | Prepare ad hoc claim summary highlighting current Claim reconciliation status for Proskauer review |
| DiNatale, Trevor | 11/19/2020 | 0.8 | Perform review on Claims identified as "exact duplicates" for upcoming omnibus objections |
| DiNatale, Trevor | 11/19/2020 | 0.6 | Perform review on Claims identified as "substantive duplicates" for upcoming omnibus objections |
| Zeiss, Mark | 11/19/2020 | 0.6 | Review deficient bond claims for recommended reconciliation process, potential objections, CUSIP, other bond details |
| DiNatale, Trevor | 11/20/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 11/20/2020 | 1.8 | Analyze ACR pension designation report to determine next steps in reconciliation process |
| DiNatale, Trevor | 11/22/2020 | 2.1 | Perform analysis on mailings to "Pension/Retiree" claimants to update ACR status report for Proskauer review |
| DiNatale, Trevor | 11/23/2020 | 1.3 | Perform review of undeliverable pension letters to prepare summary report for Proskauer review |
| DiNatale, Trevor | 11/23/2020 | 3.1 | Prepare draft ACR status report for internal and Proskauer review |
| DiNatale, Trevor | 11/23/2020 | 0.7 | Perform review of newly filed HR claim detail to determine proper categorization for ACR process |

*Exhibit D*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
November 1, 2020 through November 30, 2020**

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 11/24/2020 | 0.9 | Prepare a detailed analysis of 11 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 11/24/2020 | 1.2 | Prepare summary reports of "Public Employee" claims in ACR process broken out by specific agency for AAFAF review |
| Zeiss, Mark | 11/25/2020 | 1.1 | Draft exhibits for final orders for November satellite hearings for disallowed, modified claims |
| Zeiss, Mark | 11/25/2020 | 0.8 | Revise exhibits for final orders for November satellite hearings for disallowed, modified claims |
| DiNatale, Trevor | 11/29/2020 | 1.9 | Perform analysis on mailings to "Pension/Retiree" claimants to update ACR status report for Proskauer review |
| DiNatale, Trevor | 11/30/2020 | 1.8 | Prepare updated draft ACR status report for Proskauer review |
| **Subtotal** | | **63.0** | |

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 11/9/2020 | 0.6 | Finalize 7th interim fee app with comments from J. Hertzberg |
| **Subtotal** | | **0.6** | |
| ***Grand Total*** | | **63.6** | |

# <u>Exhibit C</u>

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**MONTHLY FEE APPLICATION OF FOR THE PERIOD**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3566-LTS |
| | ) |
| | ) |
| as representative of | ) |
| | ) |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) |
| GOVERNMENT OF THE COMMONWEALTH OF | |
| PUERTO RICO, et al., | |
| | |
| Debtors. [1] | |

**COVER SHEET TO TWENTY-NINTH MONTHLY FEE APPLICATION OF**
**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO**
**AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE**
**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO**
**FOR THE PERIOD FROM**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT**
**WERE INCURRED OUTSIDE OF PUERTO RICO**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Employee Retirement System of the Government of the Commonwealth of Puerto Rico |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought: <u>December 1, 2020 through December 31, 2020</u>

Amount of Compensation sought as actual, reasonable and necessary: <u>$23,304.06 ($25,893.40 incurred less 10% voluntary reduction of $2,589.34)</u>

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | <u>$   - 0 -</u> |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Twenty-Ninth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for December 2020.


/s/
_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On January 25, 2021 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
          FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
          Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:    John J. Rapisardi, Esq.
          Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:    Luis C. Marini-Biaggi, Esq.
          Carolina Velaz-Rivero, Esq.
          Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:    Robert Gordon, Esq.
          Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:    Catherine Steege, Esq.
          Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:    Reylam Guerra Goderich, Deputy Assistant of
General Accounting
          Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
          Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
          Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
          Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY  10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period December 1, 2020 through December 31, 2020**
**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 40.9 | $         25,818.40 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 0.3 | $              75.00 |
| **Subtotal** | **41.2** | **25,893.40** |
| *Less 10% voluntary reduction* | | *(2,589.34)* |
| **Total** | | $         **23,304.06** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $937 | 5.6 | 5,247.20 |
| Mark Zeiss | Director | Claim Management | $661 | 10.1 | 6,676.10 |
| Richard Carter | Consultant II | Claim Management | $577 | 1.3 | 750.10 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 23.9 | 13,145.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 0.3 | 75.00 |
| **Subtotal** | | | | **41.2** | **25,893.40** |
| *Less 10% voluntary reduction* | | | | | *-2,589.34* |
| **Total** | | | | | **$23,304.06** |

**Summary of Expenses for the Period December 1, 2020 through December 31, 2020**

**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

No Expenses Incurred

2

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $20,973.65 for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.

_/s/_____

Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

3

## **EXHIBITS**

*Exhibit A*

**Employee Retirement System of the Government of the
Commonwealth of Puerto Rico
Summary of Time Detail by Task
December 1, 2020 through December 31, 2020**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 40.9 | $25,818.40 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 0.3 | $75.00 |
| **Total** | **41.2** | **$25,893.40** |

*Page 1 of 1*

*Exhibit B*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### December 1, 2020 through December 31, 2020

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937.00 | 5.6 | $5,247.20 |
| Zeiss, Mark | Director | $661.00 | 10.1 | $6,676.10 |
| Carter, Richard | Consultant II | $577.00 | 1.3 | $750.10 |
| DiNatale, Trevor | Consultant II | $550.00 | 23.9 | $13,145.00 |
| Corbett, Natalie | Para Professional | $250.00 | 0.3 | $75.00 |
| | | **Total** | **41.2** | **$25,893.40** |

*Exhibit C*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### December 1, 2020 through December 31, 2020

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 5.6 | $5,247.20 |
| Zeiss, Mark | Director | $661 | 10.1 | $6,676.10 |
| Carter, Richard | Consultant II | $577 | 1.3 | $750.10 |
| DiNatale, Trevor | Consultant II | $550 | 23.9 | $13,145.00 |
| | | | 40.9 | $25,818.40 |
| | | *Average Billing Rate* | | $631.26 |

*Exhibit C*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### December 1, 2020 through December 31, 2020

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications**

Prepare monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Corbett, Natalie | Para Professional | $250 | 0.3 | $75.00 |
| | | | 0.3 | $75.00 |
| | *Average Billing Rate* | | | $250.00 |

> **Employee Retirement System of the Government**
> **of the Commonwealth of Puerto Rico**
> **Time Detail by Activity by Professional**
> **December 1, 2020 through December 31, 2020**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 12/1/2020 | 1.1 | Review ACR status report updates provided by Proskauer to incorporate into upcoming ACR Status exhibit |
| Herriman, Jay | 12/1/2020 | 1.8 | Review draft ACR status motion and associated claims |
| Zeiss, Mark | 12/1/2020 | 2.1 | Draft reconciliation of ten sample bondholder deficient claims with new synopsis and flags for Proskauer review for best objection path |
| DiNatale, Trevor | 12/2/2020 | 2.3 | Prepare updated draft ACR status report per review of additional pension letter responses for Proskauer review |
| Herriman, Jay | 12/2/2020 | 0.6 | Review updated ACR status report provided by Prime Clerk |
| Zeiss, Mark | 12/2/2020 | 1.8 | Draft reconciliation of bondholder deficient claims with new synopsis and flags for Proskauer review for best objection path |
| DiNatale, Trevor | 12/3/2020 | 1.1 | Prepare updated draft ACR status report per review of additional pension letter responses for Proskauer review |
| Zeiss, Mark | 12/3/2020 | 1.3 | Draft reconciliation of bondholder deficient claims with new synopsis and flags for Proskauer review for best objection path |
| DiNatale, Trevor | 12/4/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 12/6/2020 | 1.9 | Analyze ACR mailing response tracker to incorporate updates to draft ACR status report for Proskauer review |
| DiNatale, Trevor | 12/7/2020 | 1.9 | Finalize ACR Status Report for upcoming filing |
| DiNatale, Trevor | 12/8/2020 | 1.3 | Perform updates to ACR Claim tracker highlighting updates to Claims identified as resolved in ACR status report |
| DiNatale, Trevor | 12/9/2020 | 1.3 | Perform updates to the ACR Claim tracker per filed ACR Status report |
| DiNatale, Trevor | 12/10/2020 | 1.3 | Analyze HR related claims not eligible for ACR/ADR process for Proskauer review |
| DiNatale, Trevor | 12/10/2020 | 0.6 | Perform review of upcoming claim objection exhibits |
| DiNatale, Trevor | 12/11/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 12/11/2020 | 1.1 | Draft Exhibit C Disallow Deficient Objections for Omnis not requiring satellite hearings |
| Zeiss, Mark | 12/14/2020 | 0.4 | Revise "Exhibit C - Disallow" exhibits for deficient claims ready to order through original October hearing dates |
| Herriman, Jay | 12/15/2020 | 0.5 | Review ACR mailing status report from Prime Clerk |
| Zeiss, Mark | 12/15/2020 | 0.7 | Draft "Exhibit D - Undeliverable mail for Disallow" exhibits for deficient claims ready to order through original October hearing dates |

*Exhibit D*

> ### *Employee Retirement System of the Government of the Commonwealth of Puerto Rico*
> ### *Time Detail by Activity by Professional*
> ### *December 1, 2020 through December 31, 2020*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 12/16/2020 | 1.4 | Analyze ACR mailing report from Prime Clerk to perform updates to ACR status tracker |
| DiNatale, Trevor | 12/16/2020 | 1.7 | Prepare summary report of Claims in ACR process appealing pension classification for AAFAF and ERS review |
| DiNatale, Trevor | 12/17/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 12/17/2020 | 1.2 | Review responses received from claimants related to Pension ACR mailings |
| Zeiss, Mark | 12/17/2020 | 1.1 | Draft "Exhibit B - Disallow" exhibits for non-deficient claims ready to order through original October hearing dates |
| Zeiss, Mark | 12/17/2020 | 0.4 | Draft "Exhibit C - Undeliverable mail for Disallow" exhibits for non-deficient claims ready to order through original October hearing dates |
| Herriman, Jay | 12/18/2020 | 0.2 | Review updated claims waterfall and prepare to send to AAFAF and counsel |
| Herriman, Jay | 12/18/2020 | 1.3 | Review ACR Disputed claim reconciliation worksheet provided by AAFAF |
| Carter, Richard | 12/21/2020 | 0.3 | Prepare detailed analysis of 4 HR-related claims in order to Commonwealth to review. |
| DiNatale, Trevor | 12/21/2020 | 2.1 | Prepare report of claims identified for upcoming ACR transfer round for internal and Proskauer review |
| Zeiss, Mark | 12/21/2020 | 1.2 | Analyze Prime Clerk unsolicited claimant responses report to determine next steps in claim reconciliation process |
| Carter, Richard | 12/28/2020 | 0.1 | Prepare detailed analysis of 2 HR-related claims in order for Commonwealth to provide additional follow up. |
| Carter, Richard | 12/30/2020 | 0.9 | Prepare schedule of 30 HR-related claims which require updates to their claim flags based on claim review. |
| **Subtotal** | | **40.9** | |

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 12/2/2020 | 0.3 | Update October fee app documents |
| **Subtotal** | | **0.3** | |

*Page 2 of 3*

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*December 1, 2020 through December 31, 2020*

*Grand Total*                    41.2

# **Exhibit D**

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**MONTHLY FEE APPLICATION OF FOR THE PERIOD**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3566-LTS |
| | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) | |
| GOVERNMENT OF THE COMMONWEALTH OF | | |
| PUERTO RICO, et al., | | |
| | | |
| Debtors. [1] | | |

**COVER SHEET TO THIRTIETH MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

## ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Employee Retirement System of the Government of the Commonwealth of Puerto Rico |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought:

January 1, 2021 through January 31, 2021

Amount of Compensation sought as actual, reasonable and necessary:

$37,774.35 ($41,971.50 incurred less 10% voluntary reduction of $4,197.15)

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $  - 0 - |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Thirtieth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for January 2021.


 /s/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On February 26, 2021 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J Gonzalez
           FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn:  Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:     Juan J. Casillas Ayala, Esq.
           Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY 10036
Attn:     John J. Rapisardi, Esq.
           Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn:     Luis C. Marini-Biaggi, Esq.
           Carolina Velaz-Rivero, Esq.
           Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn:     Robert Gordon, Esq.
           Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:     Catherine Steege, Esq.
           Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn:     Reylam Guerra Goderich, Deputy Assistant of
General Accounting
           Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
           Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
           Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
           Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY 10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period January 1, 2021 through January 31, 2021**
**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Claims66 Administration and Objections | 66.0 | $    40,259.70 |
| Employee Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 3.0 | $    1,711.80 |
| **Subtotal** | **69.0** | **41,971.50** |
| *Less 10% voluntary reduction* | | *(4,197.15)* |
| **Total** | | **$    37,774.35** |

| **PROFESSIONAL** | **POSITION** | **DEPARTMENT** | **BILLING RATE** | **TOTAL HOURS** | **TOTAL FEES** |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $937 | 6.5 | 6,090.50 |
| Mark Zeiss | Director | Claim Management | $661 | 9.5 | 6,279.50 |
| Richard Carter | Consultant II | Claim Management | $577 | 34.5 | 19,906.50 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 16.9 | 9,295.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 1.6 | 400.00 |
| **Subtotal** | | | | **69.0** | **41,971.50** |
| *Less 10% voluntary reduction* | | | | | *-4,197.15* |
| **Total** | | | | | **$37,774.35** |

**Summary of Expenses for the Period January 1, 2021 through January 31, 2021**

**Employee Retirement System of the Government of the Commonwealth of Puerto Rico**

No Expenses Incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $33,996.92 for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.


/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

2

**<u>EXHIBITS</u>**

*Exhibit A*

**Employee Retirement System of the Government of the
Commonwealth of Puerto Rico
Summary of Time Detail by Task
January 1, 2021 through January 31, 2021**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections | 66.0 | $40,259.70 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications | 3.0 | $1,711.80 |
| **Total** | **69.0** | **$41,971.50** |

*Page 1 of 1*

*Exhibit B*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### January 1, 2021 through January 31, 2021

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937.00 | 6.5 | $6,090.50 |
| Zeiss, Mark | Director | $661.00 | 9.5 | $6,279.50 |
| Carter, Richard | Consultant II | $577.00 | 34.5 | $19,906.50 |
| DiNatale, Trevor | Consultant II | $550.00 | 16.9 | $9,295.00 |
| Corbett, Natalie | Para Professional | $250.00 | 1.6 | $400.00 |
| | | *Total* | **69.0** | **$41,971.50** |

*Exhibit C*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### January 1, 2021 through January 31, 2021

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections**

**Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 5.1 | $4,778.70 |
| Zeiss, Mark | Director | $661 | 9.5 | $6,279.50 |
| Carter, Richard | Consultant II | $577 | 34.5 | $19,906.50 |
| DiNatale, Trevor | Consultant II | $550 | 16.9 | $9,295.00 |
| | | | 66.0 | $40,259.70 |
| | *Average Billing Rate* | | | $610.00 |

*Page 1 of 2*

*Exhibit C*

## Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### January 1, 2021 through January 31, 2021

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications**

Prepare monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 1.4 | $1,311.80 |
| Corbett, Natalie | Para Professional | $250 | 1.6 | $400.00 |
| | | | 3.0 | $1,711.80 |
| | *Average Billing Rate* | | | $570.60 |

*Page 2 of 2*

*Exhibit D*

> ***Employee Retirement System of the Government
> of the Commonwealth of Puerto Rico
> Time Detail by Activity by Professional
> January 1, 2021 through January 31, 2021***

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 1/5/2021 | 0.9 | Review responses received to ACR claim outreach related to Pension claims |
| DiNatale, Trevor | 1/7/2021 | 1.1 | Prepare summary report of unreconciled "public employee" Claims transferred to ACR for AAFAF review |
| DiNatale, Trevor | 1/7/2021 | 0.7 | Review undeliverable ACR mail report to determine next steps in reconciliation process |
| DiNatale, Trevor | 1/7/2021 | 2.6 | Analyze reconciliation detail for Claims transferred into the ACR process |
| Zeiss, Mark | 1/7/2021 | 1.3 | Draft March hearing non-bondholder Omnibus Exhibits |
| DiNatale, Trevor | 1/8/2021 | 0.8 | Update summary report of unreconciled "public employee" Claims transferred to ACR for AAFAF review |
| DiNatale, Trevor | 1/8/2021 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 1/8/2021 | 1.3 | Draft Notice of Presentation Exhibits for December Omnibus Exhibits |
| Zeiss, Mark | 1/8/2021 | 0.8 | Draft March hearing bondholder Omnibus Exhibits |
| Carter, Richard | 1/11/2021 | 0.9 | Prepare detailed analysis of 5 recently received supplemental responses received from claimants to determine any updates to current claim status. |
| DiNatale, Trevor | 1/12/2021 | 0.6 | Analyze litigation Claim reconciliation detail provided by local counsel to determine next steps in reconciliation process |
| Herriman, Jay | 1/12/2021 | 1.6 | Review ACR pension claim mailing responses received from Prime Clerk |
| Carter, Richard | 1/13/2021 | 1.2 | Prepare updated ACR Mail schedule based on 1.11.21 ACR report prepared by claims agent. |
| Carter, Richard | 1/13/2021 | 1.4 | Prepare detailed analysis of 1.11.21 ACR report prepared by claims agent. |
| Carter, Richard | 1/13/2021 | 2.1 | Prepare documentation for Proskauer review related to weekly ACR reports from claims agent |
| DiNatale, Trevor | 1/13/2021 | 0.9 | Review ACR mailing summary report to determine next steps in ACR Claim reconciliation process |
| Carter, Richard | 1/14/2021 | 0.6 | Prepare detailed analysis of latest ACR mailing/response tracker for issues needing follow up. |
| Carter, Richard | 1/14/2021 | 2.9 | Prepare updated ACR Response schedule based on 1.11.21 ACR report prepared by claims agent. |
| DiNatale, Trevor | 1/14/2021 | 0.6 | Review ACR "Public Employee" draft letter to provide feedback to AAFAF |

*Page 1 of 4*

*Exhibit D*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
January 1, 2021 through January 31, 2021*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 1/15/2021 | 1.6 | Prepare updated analysis related to the most recent ACR Mailing schedule based on additional review. |
| Carter, Richard | 1/15/2021 | 1.4 | Prepare updated analysis related to the most recent ACR Response schedule based on additional review. |
| DiNatale, Trevor | 1/15/2021 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 1/19/2021 | 0.9 | Review ACR Status draft report for upcoming filing |
| DiNatale, Trevor | 1/19/2021 | 0.7 | Prepare report of unresolved HR Claims for internal review/workstream |
| DiNatale, Trevor | 1/20/2021 | 1.4 | Review ACR Status draft report for upcoming filing |
| Carter, Richard | 1/21/2021 | 1.9 | Prepare analysis of latest ACR Ballot report prepared by Prime Clerk for differences from previous report. |
| DiNatale, Trevor | 1/21/2021 | 0.9 | Prepare updated claim summary report highlighting Claim reconciliation detail for Claims not eligible for ACR/ADR process |
| Carter, Richard | 1/22/2021 | 1.6 | Prepare analysis of latest ACR Ballot report prepared by Prime Clerk for differences from previous report. |
| Zeiss, Mark | 1/23/2021 | 0.9 | Revise claim waterfall reconciliation report Omnibus objection categories, related notes per Proskauer request |
| Zeiss, Mark | 1/23/2021 | 1.4 | Revise claim waterfall reconciliation report for recently Ordered Omnis to Expunge, recently filed Omnis for forward-looking updates per Proskauer request |
| Carter, Richard | 1/25/2021 | 2.1 | Prepare updated ACR Mail schedule based on 1.22.21 ACR report prepared by claims agent. |
| Carter, Richard | 1/25/2021 | 0.9 | Prepare analysis of latest ACR Ballot report prepared by Prime Clerk for differences from previous report. |
| Carter, Richard | 1/25/2021 | 1.3 | Prepare updated ACR Response schedule based on 1.22.21 ACR report prepared by claims agent. |
| Carter, Richard | 1/25/2021 | 1.1 | Prepare updated schedule of claims transferred to ACR which have not received a Pension letter. |
| Herriman, Jay | 1/25/2021 | 0.8 | Review miscellaneous HR related claims to determine if appropriate to add to ACR process |
| Herriman, Jay | 1/25/2021 | 0.4 | Perform updates to claims waterfall summary report prior to sending to AAFAF and counsel |
| Carter, Richard | 1/26/2021 | 0.2 | Update current ACR Master tracker to reflect recently withdrawn claims. |
| Carter, Richard | 1/26/2021 | 0.8 | Prepare updated schedule of claims transferred to ACR which have not received a Pension letter. |

*Page 2 of 4*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
January 1, 2021 through January 31, 2021*

*Exhibit D*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 1/27/2021 | 0.9 | Update ACR process documentation to incorporate column tracking translations |
| Carter, Richard | 1/27/2021 | 0.3 | Prepare schedule of ACR claimants related to Public Employee claims in order for noticing agent to send letters relating to their claims. |
| Carter, Richard | 1/27/2021 | 1.7 | Update current ACR Master tracker per claimant response mailings and correspondence |
| DiNatale, Trevor | 1/27/2021 | 0.9 | Review updated ACR status report from Prime Clerk to determine next steps in reconciliation process |
| Herriman, Jay | 1/27/2021 | 0.3 | Review draft letter to me sent to pension claimants in the ACR process and provide comments to L. Stafford |
| Zeiss, Mark | 1/27/2021 | 1.1 | Draft report of bondholder claims with clear list of bond CUSIPs and related amounts for potential objection for March Omnibus Exhibits |
| Carter, Richard | 1/28/2021 | 2.2 | Prepare updated ACR Mail schedule based on 1.25.21 ACR report prepared by claims agent. |
| Carter, Richard | 1/28/2021 | 1.2 | Prepare updated ACR Response schedule based on 1.25.21 ACR report prepared by claims agent. |
| Carter, Richard | 1/28/2021 | 0.6 | Review ACR report dated 1/25/21 received from Prime Clerk for differences from previous report. |
| Carter, Richard | 1/28/2021 | 0.2 | Update ACR master tracker for additional claim withdrawals received. |
| DiNatale, Trevor | 1/28/2021 | 0.8 | Analyze ACR pension response letters from claimants to determine next steps in reconciliation process |
| Herriman, Jay | 1/28/2021 | 1.1 | Review summary reports provided by AAFAF related to pension claims transferred into ERS |
| Zeiss, Mark | 1/28/2021 | 1.3 | Review bondholder claims for potential objections for upcoming March Omnibus exhibits |
| Carter, Richard | 1/29/2021 | 0.7 | Prepare analysis of ACR responses received from the Commonwealth related to disputed claims. |
| Carter, Richard | 1/29/2021 | 2.3 | Prepare analysis of the ACR Motion to determine key dates relating to the processing of claims in ACR. |
| Carter, Richard | 1/29/2021 | 1.3 | Prepare updated ACR tracker to incorporate key dates in ACR claim status. |
| Carter, Richard | 1/29/2021 | 1.1 | Prepare detailed analysis of ACR claims where Pension letters were sent on and after 10/29/20 for counsel. |
| Zeiss, Mark | 1/29/2021 | 0.6 | Draft report of proposed deficient bondholder claims per prior objections for single type of bond claims like GDB, COFINA, duplicate |

<table>
<tr><td>*Employee Retirement System of the Government<br>of the Commonwealth of Puerto Rico<br>Time Detail by Activity by Professional<br>January 1, 2021 through January 31, 2021*</td><td>*Exhibit D*</td></tr>
</table>

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 1/29/2021 | 0.8 | Draft report of proposed deficient bondholder claims per prior objections for mutual funds, deficient |
| **Subtotal** | | **66.0** | |

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 1/14/2021 | 0.5 | Create November monthly fee apps |
| Herriman, Jay | 1/15/2021 | 0.8 | Review draft November fee statements and associated time entries |
| Corbett, Natalie | 1/20/2021 | 0.7 | Create December monthly fee apps |
| Herriman, Jay | 1/20/2021 | 0.2 | Work on December fee statement |
| Herriman, Jay | 1/22/2021 | 0.4 | Finalize December fee application |
| Corbett, Natalie | 1/29/2021 | 0.4 | Update January fee app documents and templates |
| **Subtotal** | | **3.0** | |
| ***Grand Total*** | | **69.0** | |

# <u>Exhibit E</u>

**ALVAREZ & MARSAL NORTH AMERICA, LLC
PROFESSIONAL SERVICES TIME DETAIL FOR THE EIGHTH INTERIM
FEE APPLICATION PERIOD
OCTOBER 1, 2020 THROUGH JANUARY 31, 2021**

***Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
October 1, 2020 through January 31, 2021***

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 10/1/2020 | 2.1 | Review new responses to pension claims from ACR mailings to determine next steps with agencies |
| Zeiss, Mark | 10/4/2020 | 0.8 | Revise Exhibit B Schedule of ADR/ACR Eligible Claims for Proskauer for Notice of Presentment filing |
| Zeiss, Mark | 10/4/2020 | 0.7 | Revise Exhibit A Claims to be Set for Hearing for Proskauer for Notice of Presentment filing |
| DiNatale, Trevor | 10/5/2020 | 1.9 | Review ACR "initial determination" letter responses to determine updates to ACR status report |
| Zeiss, Mark | 10/5/2020 | 1.7 | Revise Exhibit C Schedule of Deficient Claims to be Disallowed via Notice of Presentment for Proskauer for Notice of Presentment filing |
| DiNatale, Trevor | 10/6/2020 | 2.2 | Perform updates to the ACR status report for Proskauer review |
| Herriman, Jay | 10/6/2020 | 1.3 | Reviewing sampling of ACR claim responses prior to call with ERS |
| Zeiss, Mark | 10/6/2020 | 0.6 | Draft Exhibit D Schedule of Deficient Claims with Undeliverable Addresses for Proskauer for Notice of Presentment filing |
| Zeiss, Mark | 10/6/2020 | 0.7 | Revise Exhibit C Schedule of Deficient Claims to be Disallowed via Notice of Presentment for Proskauer for Notice of Presentment filing |
| DiNatale, Trevor | 10/7/2020 | 2.2 | Finalize upcoming ACR status report exhibit for Proskauer review |
| Herriman, Jay | 10/7/2020 | 1.4 | Review draft ACR status report prior to filing with court |
| DiNatale, Trevor | 10/8/2020 | 0.9 | Update ACR reconciliation tracker detail per filed ACR status report |
| Herriman, Jay | 10/8/2020 | 0.3 | Review draft letter proposed by ERS to be sent to Pension claimants who responded to ACR notice |
| DiNatale, Trevor | 10/9/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 10/9/2020 | 2.2 | Review tax related Claim information provided by Dept. of Treasury to determine next steps in reconciliation process |
| Herriman, Jay | 10/13/2020 | 1.3 | Review analysis of responses received from ACR pension claimants |
| Zeiss, Mark | 10/14/2020 | 0.9 | Draft non-bondholder December objection exhibits |
| Zeiss, Mark | 10/15/2020 | 0.7 | Draft Nov 20 satellite hearing non-deficient notice of presentment exhibits |
| DiNatale, Trevor | 10/16/2020 | 2.2 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 10/16/2020 | 0.6 | Perform review of updated omnibus objection exhibits |

**Exhibit E**

> ***Employee Retirement System of the Government***
> ***of the Commonwealth of Puerto Rico***
> ***Time Detail by Activity by Professional***
> ***October 1, 2020 through January 31, 2021***

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 10/19/2020 | 0.9 | Prepared detailed analysis of 4 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 10/19/2020 | 1.6 | Perform review of newly filed HR claim detail to determine proper categorization for ACR process |
| Zeiss, Mark | 10/19/2020 | 1.1 | Revise Oct 29th Satellite Exhibits for Notice of Presentation for deficient objections to claimholders |
| Zeiss, Mark | 10/19/2020 | 1.3 | Draft Nov 18th Satellite Exhibits for Notice of Presentation for deficient objections to claimholders |
| Carter, Richard | 10/20/2020 | 0.2 | Prepared detailed analysis of 3 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 10/20/2020 | 1.3 | Review final draft of objections and associated declarations for December Omnibus filings |
| Zeiss, Mark | 10/20/2020 | 1.1 | Draft Nov 20th Satellite Exhibits for Notice of Presentation for non-deficient objections to claimholders |
| Carter, Richard | 10/21/2020 | 1.3 | Prepared detailed analysis of 5 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 10/21/2020 | 0.7 | Analyze ACR initial determination letter response detail report from Prime Clerk |
| DiNatale, Trevor | 10/21/2020 | 0.9 | Perform updates to summary report of ACR claimants appealing initial determination for AAFAF review |
| Zeiss, Mark | 10/21/2020 | 1.1 | Revise Nov 20th Satellite Exhibits for new Exhibit titles per Proskauer comment |
| Carter, Richard | 10/22/2020 | 0.3 | Prepared detailed analysis of 2 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 10/22/2020 | 1.2 | Review newly filed claims to identify duplicate claims for upcoming omnibus objections |
| Herriman, Jay | 10/22/2020 | 0.9 | Perform review of claims to be included on December Omni objections |
| Carter, Richard | 10/23/2020 | 0.7 | Prepared detailed analysis of 4 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 10/23/2020 | 0.8 | Review newly filed claims to identify duplicate claims for upcoming omnibus objections |
| DiNatale, Trevor | 10/23/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |

*Exhibit E*

*Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
October 1, 2020 through January 31, 2021*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 10/25/2020 | 0.3 | Review and send updated claims waterfall report to AAFAF and counsel |
| DiNatale, Trevor | 10/26/2020 | 1.4 | Perform review of newly filed HR claim detail to determine proper categorization for ACR process |
| Herriman, Jay | 10/26/2020 | 1.2 | Review draft ACR transfer report related to claims being transferred from Omnibus objection to ACR process |
| Carter, Richard | 10/27/2020 | 0.1 | Prepare detailed analysis of 2 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 10/27/2020 | 2.2 | Prepare summary report of Round 3 ACR claims categorized by Claim type, asserted agency for AAFAF and Proskauer review |
| DiNatale, Trevor | 10/27/2020 | 1.4 | Create summary of pension related claimants from ACR - Round 3 requiring ERS response form mailing for Prime Clerk review |
| DiNatale, Trevor | 10/27/2020 | 1.7 | Analyze pension related claim detail to determine inclusion in next round of ACR Transfer Notice |
| DiNatale, Trevor | 10/28/2020 | 0.7 | Prepare summary report of bondholder claims by debtor for Proskauer review |
| DiNatale, Trevor | 10/28/2020 | 0.6 | Update summary report of Round 3 ACR claims categorized by Claim type, asserted agency for AAFAF and Proskauer review |
| Herriman, Jay | 10/28/2020 | 0.4 | Review ACR Reponses from creditors to determine next steps in reconciliation process |
| Herriman, Jay | 10/28/2020 | 1.9 | Review claims asserting Pension liability to be included in next round of ACR notices |
| DiNatale, Trevor | 10/29/2020 | 0.6 | Update summary report of Round 3 ACR claims categorized by Claim type, asserted agency for AAFAF and Proskauer review |
| DiNatale, Trevor | 10/30/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 10/30/2020 | 1.3 | Review Claim detail identified as deficient and satisfied for upcoming omnibus objections |
| DiNatale, Trevor | 10/30/2020 | 0.9 | Update tracker of claims identified for upcoming January omnibus objections for Proskauer review |
| DiNatale, Trevor | 11/2/2020 | 0.8 | Update notice report detail for Claims identified for 4th ACR transfer for Prime Clerk review |
| DiNatale, Trevor | 11/2/2020 | 0.6 | Analyze HR Claim and supplemental mailing detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 11/3/2020 | 0.7 | Perform review on Claims identified as "exact duplicates" for upcoming omnibus objections |

*Exhibit E*

> ### *Employee Retirement System of the Government of the Commonwealth of Puerto Rico*
> ### *Time Detail by Activity by Professional*
> ### *October 1, 2020 through January 31, 2021*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 11/3/2020 | 1.4 | Review Claim population from "Notice of Presentment" filings identified to be transferred to ACR process to determine next steps in reconciliation process |
| DiNatale, Trevor | 11/4/2020 | 2.3 | Prepare summary report of Claim from "Notice of Presentment" filings identified to be transferred to ACR process for Proskauer and Prime Clerk review |
| DiNatale, Trevor | 11/5/2020 | 2.4 | Perform review on Claims identified as "exact duplicates" for upcoming omnibus objections |
| DiNatale, Trevor | 11/5/2020 | 2.8 | Perform review on Claims identified as "substantive duplicates" for upcoming omnibus objections |
| DiNatale, Trevor | 11/6/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 11/6/2020 | 0.7 | Update January omnibus objection Claim tracker for Proskauer review |
| Zeiss, Mark | 11/6/2020 | 1.2 | Prepare January Bondholder claims report for claims ready for objection, CUSIPs for research for objections |
| DiNatale, Trevor | 11/8/2020 | 0.9 | Review next round of "Notice of Presentment" filings to determine Claim population for upcoming ACR transfer process |
| DiNatale, Trevor | 11/9/2020 | 1.4 | Analyze Claim reconciliation information for claims not in ACR or ADR bucket for Proskauer review |
| DiNatale, Trevor | 11/9/2020 | 0.7 | Prepare updated "ACR Transfer" report for Proskauer and Prime Clerk review |
| Herriman, Jay | 11/9/2020 | 2.1 | Review claims to be included in January Omnibus filings |
| Herriman, Jay | 11/9/2020 | 0.2 | Review updated claims waterfall, send to AAFAF and counsel |
| Herriman, Jay | 11/9/2020 | 1.9 | Review claims to be included in next ACR submission |
| Carter, Richard | 11/10/2020 | 2.9 | Prepare a detailed analysis of 21 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 11/10/2020 | 0.4 | Review newly filed claims to identify duplicate claims for upcoming omnibus objections |
| DiNatale, Trevor | 11/10/2020 | 1.8 | Finalize updated "ACR Transfer" exhibits for Proskauer and Prime Clerk review |
| Carter, Richard | 11/11/2020 | 1.4 | Prepare a detailed analysis of 9 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 11/12/2020 | 1.6 | Finalize updated sixth "ACR Transfer" exhibits for Proskauer and Prime Clerk review |

*Exhibit E*

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
October 1, 2020 through January 31, 2021**

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 11/13/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 11/16/2020 | 0.7 | Prepare a detailed analysis of 6 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps |
| DiNatale, Trevor | 11/16/2020 | 1.7 | Generate Claim status summary report for UCC review |
| Zeiss, Mark | 11/16/2020 | 1.1 | Draft January Omnibus Exhibits for non-bondholder claim objections |
| Zeiss, Mark | 11/16/2020 | 1.2 | Draft January Omnibus Exhibits for bondholder claim objections |
| DiNatale, Trevor | 11/17/2020 | 0.9 | Perform updates to Claim status summary report for UCC review |
| DiNatale, Trevor | 11/17/2020 | 1.7 | Perform review of draft exhibit omnibus objections |
| Zeiss, Mark | 11/17/2020 | 1.6 | Review deficient bond claims for recommended reconciliation process, potential objections, CUSIP, other bond details |
| DiNatale, Trevor | 11/18/2020 | 0.9 | Prepare ad hoc claim summary highlighting current Claim reconciliation status for Proskauer review |
| DiNatale, Trevor | 11/19/2020 | 0.6 | Perform review on Claims identified as "substantive duplicates" for upcoming omnibus objections |
| DiNatale, Trevor | 11/19/2020 | 0.8 | Perform review on Claims identified as "exact duplicates" for upcoming omnibus objections |
| Zeiss, Mark | 11/19/2020 | 0.6 | Review deficient bond claims for recommended reconciliation process, potential objections, CUSIP, other bond details |
| DiNatale, Trevor | 11/20/2020 | 1.8 | Analyze ACR pension designation report to determine next steps in reconciliation process |
| DiNatale, Trevor | 11/20/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 11/22/2020 | 2.1 | Perform analysis on mailings to "Pension/Retiree" claimants to update ACR status report for Proskauer review |
| DiNatale, Trevor | 11/23/2020 | 0.7 | Perform review of newly filed HR claim detail to determine proper categorization for ACR process |
| DiNatale, Trevor | 11/23/2020 | 1.3 | Perform review of undeliverable pension letters to prepare summary report for Proskauer review |
| DiNatale, Trevor | 11/23/2020 | 3.1 | Prepare draft ACR status report for internal and Proskauer review |
| Carter, Richard | 11/24/2020 | 0.9 | Prepare a detailed analysis of 11 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 11/24/2020 | 1.2 | Prepare summary reports of "Public Employee" claims in ACR process broken out by specific agency for AAFAF review |

**Employee Retirement System of the Government
of the Commonwealth of Puerto Rico
Time Detail by Activity by Professional
October 1, 2020 through January 31, 2021**

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 11/25/2020 | 1.1 | Draft exhibits for final orders for November satellite hearings for disallowed, modified claims |
| Zeiss, Mark | 11/25/2020 | 0.8 | Revise exhibits for final orders for November satellite hearings for disallowed, modified claims |
| DiNatale, Trevor | 11/29/2020 | 1.9 | Perform analysis on mailings to "Pension/Retiree" claimants to update ACR status report for Proskauer review |
| DiNatale, Trevor | 11/30/2020 | 1.8 | Prepare updated draft ACR status report for Proskauer review |
| DiNatale, Trevor | 12/1/2020 | 1.1 | Review ACR status report updates provided by Proskauer to incorporate into upcoming ACR Status exhibit |
| Herriman, Jay | 12/1/2020 | 1.8 | Review draft ACR status motion and associated claims |
| Zeiss, Mark | 12/1/2020 | 2.1 | Draft reconciliation of ten sample bondholder deficient claims with new synopsis and flags for Proskauer review for best objection path |
| DiNatale, Trevor | 12/2/2020 | 2.3 | Prepare updated draft ACR status report per review of additional pension letter responses for Proskauer review |
| Herriman, Jay | 12/2/2020 | 0.6 | Review updated ACR status report provided by Prime Clerk |
| Zeiss, Mark | 12/2/2020 | 1.8 | Draft reconciliation of bondholder deficient claims with new synopsis and flags for Proskauer review for best objection path |
| DiNatale, Trevor | 12/3/2020 | 1.1 | Prepare updated draft ACR status report per review of additional pension letter responses for Proskauer review |
| Zeiss, Mark | 12/3/2020 | 1.3 | Draft reconciliation of bondholder deficient claims with new synopsis and flags for Proskauer review for best objection path |
| DiNatale, Trevor | 12/4/2020 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 12/6/2020 | 1.9 | Analyze ACR mailing response tracker to incorporate updates to draft ACR status report for Proskauer review |
| DiNatale, Trevor | 12/7/2020 | 1.9 | Finalize ACR Status Report for upcoming filing |
| DiNatale, Trevor | 12/8/2020 | 1.3 | Perform updates to ACR Claim tracker highlighting updates to Claims identified as resolved in ACR status report |
| DiNatale, Trevor | 12/9/2020 | 1.3 | Perform updates to the ACR Claim tracker per filed ACR Status report |
| DiNatale, Trevor | 12/10/2020 | 0.6 | Perform review of upcoming claim objection exhibits |
| DiNatale, Trevor | 12/10/2020 | 1.3 | Analyze HR related claims not eligible for ACR/ADR process for Proskauer review |
| DiNatale, Trevor | 12/11/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |

*Exhibit E*

> **Employee Retirement System of the Government**
> **of the Commonwealth of Puerto Rico**
> **Time Detail by Activity by Professional**
> **October 1, 2020 through January 31, 2021**

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 12/11/2020 | 1.1 | Draft Exhibit C Disallow Deficient Objections for Omnis not requiring satellite hearings |
| Zeiss, Mark | 12/14/2020 | 0.4 | Revise "Exhibit C - Disallow" exhibits for deficient claims ready to order through original October hearing dates |
| Herriman, Jay | 12/15/2020 | 0.5 | Review ACR mailing status report from Prime Clerk |
| Zeiss, Mark | 12/15/2020 | 0.7 | Draft "Exhibit D - Undeliverable mail for Disallow" exhibits for deficient claims ready to order through original October hearing dates |
| DiNatale, Trevor | 12/16/2020 | 1.4 | Analyze ACR mailing report from Prime Clerk to perform updates to ACR status tracker |
| DiNatale, Trevor | 12/16/2020 | 1.7 | Prepare summary report of Claims in ACR process appealing pension classification for AAFAF and ERS review |
| DiNatale, Trevor | 12/17/2020 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 12/17/2020 | 1.2 | Review responses received from claimants related to Pension ACR mailings |
| Zeiss, Mark | 12/17/2020 | 1.1 | Draft "Exhibit B - Disallow" exhibits for non-deficient claims ready to order through original October hearing dates |
| Zeiss, Mark | 12/17/2020 | 0.4 | Draft "Exhibit C - Undeliverable mail for Disallow" exhibits for non-deficient claims ready to order through original October hearing dates |
| Herriman, Jay | 12/18/2020 | 1.3 | Review ACR Disputed claim reconciliation worksheet provided by AAFAF |
| Herriman, Jay | 12/18/2020 | 0.2 | Review updated claims waterfall and prepare to send to AAFAF and counsel |
| Carter, Richard | 12/21/2020 | 0.3 | Prepare detailed analysis of 4 HR-related claims in order to Commonwealth to review. |
| DiNatale, Trevor | 12/21/2020 | 2.1 | Prepare report of claims identified for upcoming ACR transfer round for internal and Proskauer review |
| Zeiss, Mark | 12/21/2020 | 1.2 | Analyze Prime Clerk unsolicited claimant responses report to determine next steps in claim reconciliation process |
| Carter, Richard | 12/28/2020 | 0.1 | Prepare detailed analysis of 2 HR-related claims in order for Commonwealth to provide additional follow up. |
| Carter, Richard | 12/30/2020 | 0.9 | Prepare schedule of 30 HR-related claims which require updates to their claim flags based on claim review. |
| Herriman, Jay | 1/5/2021 | 0.9 | Review responses received to ACR claim outreach related to Pension claims |

*Page 7 of 11*

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*October 1, 2020 through January 31, 2021*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 1/7/2021 | 2.6 | Analyze reconciliation detail for Claims transferred into the ACR process |
| DiNatale, Trevor | 1/7/2021 | 1.1 | Prepare summary report of unreconciled "public employee" Claims transferred to ACR for AAFAUER review |
| DiNatale, Trevor | 1/7/2021 | 0.7 | Review undeliverable ACR mail report to determine next steps in reconciliation process |
| Zeiss, Mark | 1/7/2021 | 1.3 | Draft March hearing non-bondholder Omnibus Exhibits |
| DiNatale, Trevor | 1/8/2021 | 2.1 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 1/8/2021 | 0.8 | Update summary report of unreconciled "public employee" Claims transferred to ACR for AAFAF review |
| Zeiss, Mark | 1/8/2021 | 1.3 | Draft Notice of Presentation Exhibits for December Omnibus Exhibits |
| Zeiss, Mark | 1/8/2021 | 0.8 | Draft March hearing bondholder Omnibus Exhibits |
| Carter, Richard | 1/11/2021 | 0.9 | Prepare detailed analysis of 5 recently received supplemental responses received from claimants to determine any updates to current claim status. |
| DiNatale, Trevor | 1/12/2021 | 0.6 | Analyze litigation Claim reconciliation detail provided by local counsel to determine next steps in reconciliation process |
| Herriman, Jay | 1/12/2021 | 1.6 | Review ACR pension claim mailing responses received from Prime Clerk |
| Carter, Richard | 1/13/2021 | 1.4 | Prepare detailed analysis of 1.11.21 ACR report prepared by claims agent. |
| Carter, Richard | 1/13/2021 | 1.2 | Prepare updated ACR Mail schedule based on 1.11.21 ACR report prepared by claims agent. |
| Carter, Richard | 1/13/2021 | 2.1 | Prepare documentation for Proskauer review related to weekly ACR reports from claims agent |
| DiNatale, Trevor | 1/13/2021 | 0.9 | Review ACR mailing summary report to determine next steps in ACR Claim reconciliation process |
| Carter, Richard | 1/14/2021 | 0.6 | Prepare detailed analysis of latest ACR mailing/response tracker for issues needing follow up. |
| Carter, Richard | 1/14/2021 | 2.9 | Prepare updated ACR Response schedule based on 1.11.21 ACR report prepared by claims agent. |
| DiNatale, Trevor | 1/14/2021 | 0.6 | Review ACR "Public Employee" draft letter to provide feedback to AAFAF |
| Carter, Richard | 1/15/2021 | 1.4 | Prepare updated analysis related to the most recent ACR Response schedule based on additional review. |

*Employee Retirement System of the Government of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*October 1, 2020 through January 31, 2021*

## Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 1/15/2021 | 1.6 | Prepare updated analysis related to the most recent ACR Mailing schedule based on additional review. |
| DiNatale, Trevor | 1/15/2021 | 1.9 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 1/19/2021 | 0.7 | Prepare report of unresolved HR Claims for internal review/workstream |
| DiNatale, Trevor | 1/19/2021 | 0.9 | Review ACR Status draft report for upcoming filing |
| DiNatale, Trevor | 1/20/2021 | 1.4 | Review ACR Status draft report for upcoming filing |
| Carter, Richard | 1/21/2021 | 1.9 | Prepare analysis of latest ACR Ballot report prepared by Prime Clerk for differences from previous report. |
| DiNatale, Trevor | 1/21/2021 | 0.9 | Prepare updated claim summary report highlighting Claim reconciliation detail for Claims not eligible for ACR/ADR process |
| Carter, Richard | 1/22/2021 | 1.6 | Prepare analysis of latest ACR Ballot report prepared by Prime Clerk for differences from previous report. |
| Zeiss, Mark | 1/23/2021 | 1.4 | Revise claim waterfall reconciliation report for recently Ordered Omnis to Expunge, recently filed Omnis for forward-looking updates per Proskauer request |
| Zeiss, Mark | 1/23/2021 | 0.9 | Revise claim waterfall reconciliation report Omnibus objection categories, related notes per Proskauer request |
| Carter, Richard | 1/25/2021 | 2.1 | Prepare updated ACR Mail schedule based on 1.22.21 ACR report prepared by claims agent. |
| Carter, Richard | 1/25/2021 | 1.3 | Prepare updated ACR Response schedule based on 1.22.21 ACR report prepared by claims agent. |
| Carter, Richard | 1/25/2021 | 1.1 | Prepare updated schedule of claims transferred to ACR which have not received a Pension letter. |
| Carter, Richard | 1/25/2021 | 0.9 | Prepare analysis of latest ACR Ballot report prepared by Prime Clerk for differences from previous report. |
| Herriman, Jay | 1/25/2021 | 0.4 | Perform updates to claims waterfall summary report prior to sending to AAFAF and counsel |
| Herriman, Jay | 1/25/2021 | 0.8 | Review miscellaneous HR related claims to determine if appropriate to add to ACR process |
| Carter, Richard | 1/26/2021 | 0.8 | Prepare updated schedule of claims transferred to ACR which have not received a Pension letter. |
| Carter, Richard | 1/26/2021 | 0.2 | Update current ACR Master tracker to reflect recently withdrawn claims. |
| Carter, Richard | 1/27/2021 | 1.7 | Update current ACR Master tracker per claimant response mailings and correspondence |

*Employee Retirement System of the Government*
*of the Commonwealth of Puerto Rico*
*Time Detail by Activity by Professional*
*October 1, 2020 through January 31, 2021*

*Exhibit E*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 1/27/2021 | 0.9 | Update ACR process documentation to incorporate column tracking translations |
| Carter, Richard | 1/27/2021 | 0.3 | Prepare schedule of ACR claimants related to Public Employee claims in order for noticing agent to send letters relating to their claims. |
| DiNatale, Trevor | 1/27/2021 | 0.9 | Review updated ACR status report from Prime Clerk to determine next steps in reconciliation process |
| Herriman, Jay | 1/27/2021 | 0.3 | Review draft letter to me sent to pension claimants in the ACR process and provide comments to L. Stafford |
| Zeiss, Mark | 1/27/2021 | 1.1 | Draft report of bondholder claims with clear list of bond CUSIPs and related amounts for potential objection for March Omnibus Exhibits |
| Carter, Richard | 1/28/2021 | 2.2 | Prepare updated ACR Mail schedule based on 1.25.21 ACR report prepared by claims agent. |
| Carter, Richard | 1/28/2021 | 0.2 | Update ACR master tracker for additional claim withdrawals received. |
| Carter, Richard | 1/28/2021 | 0.6 | Review ACR report dated 1/25/21 received from Prime Clerk for differences from previous report. |
| Carter, Richard | 1/28/2021 | 1.2 | Prepare updated ACR Response schedule based on 1.25.21 ACR report prepared by claims agent. |
| DiNatale, Trevor | 1/28/2021 | 0.8 | Analyze ACR pension response letters from claimants to determine next steps in reconciliation process |
| Herriman, Jay | 1/28/2021 | 1.1 | Review summary reports provided by AAFAF related to pension claims transferred into ERS |
| Zeiss, Mark | 1/28/2021 | 1.3 | Review bondholder claims for potential objections for upcoming March Omnibus exhibits |
| Carter, Richard | 1/29/2021 | 2.3 | Prepare analysis of the ACR Motion to determine key dates relating to the processing of claims in ACR. |
| Carter, Richard | 1/29/2021 | 0.7 | Prepare analysis of ACR responses received from the Commonwealth related to disputed claims. |
| Carter, Richard | 1/29/2021 | 1.3 | Prepare updated ACR tracker to incorporate key dates in ACR claim status. |
| Carter, Richard | 1/29/2021 | 1.1 | Prepare detailed analysis of ACR claims where Pension letters were sent on and after 10/29/20 for counsel. |
| Zeiss, Mark | 1/29/2021 | 0.8 | Draft report of proposed deficient bondholder claims per prior objections for mutual funds, deficient |
| Zeiss, Mark | 1/29/2021 | 0.6 | Draft report of proposed deficient bondholder claims per prior objections for single type of bond claims like GDB, COFINA, duplicate |

*Page 10 of 11*

> ### *Employee Retirement System of the Government of the Commonwealth of Puerto Rico*
> ### *Time Detail by Activity by Professional*
> ### *October 1, 2020 through January 31, 2021*

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| **Subtotal** | | **231.0** | |

### Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 10/1/2020 | 0.8 | Update 7th interim documents |
| Corbett, Natalie | 10/21/2020 | 0.4 | Review September time detail |
| Corbett, Natalie | 10/21/2020 | 0.3 | Update October fee app documents |
| Herriman, Jay | 10/21/2020 | 0.5 | Review draft September fee application |
| Herriman, Jay | 10/24/2020 | 1.2 | Review draft Seventh interim fee application and associated exhibits |
| Zeiss, Mark | 10/26/2020 | 1.4 | Draft fee application team hours by workstream for four-month period from detailed time records |
| Herriman, Jay | 10/31/2020 | 1.2 | Finalize 7th interim fee application with associated workstream synopsis |
| Herriman, Jay | 11/9/2020 | 0.6 | Finalize 7th interim fee app with comments from J. Hertzberg |
| Corbett, Natalie | 12/2/2020 | 0.3 | Update October fee app documents |
| Corbett, Natalie | 1/14/2021 | 0.5 | Create November monthly fee apps |
| Herriman, Jay | 1/15/2021 | 0.8 | Review draft November fee statements and associated time entries |
| Corbett, Natalie | 1/20/2021 | 0.7 | Create December monthly fee apps |
| Herriman, Jay | 1/20/2021 | 0.2 | Work on December fee statement |
| Herriman, Jay | 1/22/2021 | 0.4 | Finalize December fee application |
| Corbett, Natalie | 1/29/2021 | 0.4 | Update January fee app documents and templates |
| **Subtotal** | | **9.7** | |
| ***Grand Total*** | | **240.7** | |

# Exhibit G

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**SERVICES PERFORMED BY CATEGORY**
**FOR THE EIGHTH INTERIM FEE APPLICATION PERIOD**
**OCTOBER 1, 2020 THROUGH JANUARY 31, 2021**

*Exhibit G*

**Employee Retirement System of the Government of the
Commonwealth of Puerto Rico
Summary of Time Detail by Professional
October 1, 2020 through January 31, 2021**

**Employees Retirement System
of the Government of the
Commonwealth of Puerto Rico -
Claims Administration and
Objections**

Advise and assist the Debtors in questions and processes regarding the claims
reconciliation process: notably, claims planning process, potential claim analysis,
review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 26.0 | $24,362.00 |
| Zeiss, Mark | Director | $661 | 37.9 | $25,051.90 |
| Carter, Richard | Consultant II | $577 | 45.2 | $26,080.40 |
| DiNatale, Trevor | Consultant II | $550 | 121.9 | $67,045.00 |
| | | | 231.0 | $142,539.30 |
| | *Average Billing Rate* | | | $617.05 |

*Page 1 of 2*

*Exhibit G*

### Employee Retirement System of the Government of the Commonwealth of Puerto Rico
### Summary of Time Detail by Professional
### October 1, 2020 through January 31, 2021

**Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Fee Applications**

Prepare monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 4.9 | $4,591.30 |
| Zeiss, Mark | Director | $661 | 1.4 | $925.40 |
| Corbett, Natalie | Para Professional | $250 | 3.4 | $850.00 |
| | | | 9.7 | $6,366.70 |
| | *Average Billing Rate* | | | $656.36 |

# **Exhibit H**

**DECLARATION OF JULIE M. HERTZBERG IN SUPPORT OF THE EIGHTH INTERIM FEE
APPLICATION OF ALVAREZ AND MARSAL NORTH AMERICA, LLC FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF
THE EMPLOYEE RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH
OF PUERTO RICO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
| as representative of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) (Jointly Administered) |
| | ) |
| Debtors. [1] | |

-------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3566-LTS |
| | ) |
| as representative of | ) |
| | ) |
| | ) **This Application relates** |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) **only to ERS and shall be** |
| GOVERNMENT OF THE COMMONWEALTH OF | **filed in the Lead Case No.** |
| PUERTO RICO | **17 BK 3283-LTS and** |
| | **ERS's Title III Case (Case** |
| Debtor | **No. 17 BK 3566-LTS)** |

-------------------------------------------------------------------------

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS IN RESPECT OF EIGHTH INTERIM FEE APPLICATION OF ALVAREZ AND MARSAL NORTH AMERICA, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE EMPLOYEE RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD**

**OCTOBER 1, 2020 THROUGH JANUARY 31, 2021**

Pursuant to the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 in Larger Chapter 11 Cases issued by the Executive Office for the United States Trustee, 28 CFR Part 58, Appendix A (the "Guidelines"), together with the Local Rule 2016-1, the undersigned, a Partner and Managing Director of the firm Alvarez and Marsal North America, LLC ("A&M"), advisors for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico (the "Debtor"), pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),[2] hereby certifies with respect to A&M's Eighth interim application for allowance of compensation for services rendered and reimbursement of expenses incurred with respect to the Debtor's Title III case, dated March 15, 2021 (the "Application"),[3] for the period from October 1, 2020 through and including January 31, 2021 (the "Compensation Period") as follows:

1. I am the professional designated by A&M in respect of compliance with the Guidelines and Local Rule 2016-1.

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.
[3] Capitalized terms used but not defined herein have the meanings given to them in the Application.

2.  I make this certification in support of the Application for interim compensation and reimbursement of expenses incurred during the Compensation Period in Accordance with the Guidelines and Local Rule 2016-1.

3.  In respect of the Guidelines and Local Rule 2016-1, I certify that:

    a.  I have read the Application;

    b.  to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines;

    c.  except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought are billed at rates in accordance with practices customarily employed by A&M and generally accepted by A&M's clients; and

    d.  in providing a reimbursable service, A&M does not make a profit on that service, whether the service is performed by A&M in house or through a third party.

4.  I certify that A&M has previously provided monthly statements of A&M's fees and disbursements by filing and serving monthly statements in accordance with the Interim Compensation Order (as defined in the Application), except that completing reasonable and necessary internal accounting and review procedures may have, at times, precluded filing fee statements within the time periods specified in the Interim Compensation Order.

Dated: March 15, 2021

/s/ _____
Julie M. Hertzberg

# **PROPOSED ORDER**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
|   as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) | (Jointly Administered) |
| Debtors. [1] | | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT | ) | No. 17 BK 3566-LTS |
| BOARD FOR PUERTO RICO | | |
| | ) | |
|   as representative of | ) | |
| | ) | **)** |
| THE EMPLOYEE RETIREMENT SYSTEM OF THE | ) | |
| GOVERNMENT OF THE COMMONWEALTH OF | | |
| PUERTO RICO | | |
| Debtor | | |

-------------------------------------------------------------------------

**ORDER APPROVING EIGHTH INTERIM FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS
ADVISORS FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF
PUERTO RICO, AS REPRESENTATIVE OF THE EMPLOYEE RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,
FOR THE PERIOD
<u>OCTOBER 1, 2020 THROUGH JANUARY 31, 2021</u>**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon the application (the "Application")[2] of Alvarez and Marsal North America, LLC ("A&M") as advisors for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") acting as representative of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico (the "Debtor") under section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[3] seeking, pursuant to (a) PROMESA sections 316 and 317, (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (c) Local Rule 2016-1, (d) the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 in Larger Chapter 11 Cases* issued by the Executive Office for the United States Trustee, 28 CFR Part 58, Appendix A, and (e) this Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 3269], an allowance of interim compensation for professional services rendered by A&M for the period commencing October 1, 2020 through and including January 31, 2021 in the amount of **$134,015.40**, all of which represents fees earned outside of Puerto Rico; this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1. The Application is APPROVED as set forth herein.

2. Compensation to A&M for professional services rendered during the Compensation Period is allowed on an interim basis in the amount of **$134,015.40**, all of which represents fees earned outside of Puerto Rico,

3. The Debtor is authorized to pay A&M all fees allowed pursuant to this order, including those that were previously held back pursuant to the Interim Compensation Order, less

---

[2]  Capitalized terms not defined in this order will have the meanings ascribed to them in the Application.
[3]  PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

any amounts previously paid for such fees and expenses under the terms of the Interim

Compensation Order.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted

pursuant to this order in accordance with the Application.


Dated: _____, 2021     _____
         San Juan, Puerto Rico              Honorable Laura Taylor Swain
                                            United States District Judge