Estimated Hearing Date: June 16, 2021 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: April 5, 2021 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
| as representative of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) (Jointly Administered) |
| | |
| Debtors. [1] | |

---------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3567-LTS |
| | ) |
| as representative of | ) |
| | ) **This Application relates** |
| THE PUERTO RICO HIGHWAYS AND | ) **only to HTA and shall** |
| TRANSPORTATION AUTHORITY | **be filed in the Lead** |
| | **Case No. 17 BK 3283-** |
| Debtor | **LTS and HTA's Title** |
| | **III Case (Case No. 17** |
| | **BK 3567-LTS)** |

---------------------------------------------------------------------------

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)..

# SUMMARY SHEET TO
## EIGHTH INTERIM FEE APPLICATION OF
## ALVAREZ & MARSAL NORTH AMERICA, LLC
## FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
## FROM OCTOBER 1, 2020 THROUGH JANUARY 31, 2021

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Retained to Provide Professional Services as: | Advisor |
| Date of Retention: | August 2, 2018 |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2020 through January 31, 2021 |
| Professional Fees | $63,693.90 |
| Less Voluntary Reduction | (6,369.39) |
| Total Amount of Fees Requested: | **$57,324.51** |
| Amount of Expenses Reimbursement Sought | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary | **$57,324.51** |

This is a(n) _____ Monthly    __X__ Interim    _____ Final Fee Application

**Seven Prior Interim Applications Filed in this Matter**

## Monthly Fee Statements Filed Related to Seventh Interim Fee Application[2]
## October 1, 2020 through January 31, 2021

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Twenty-seventh - 12/29/2020 | 10/1/2020 - 10/31/2020 | $ 16,886.90 | $ (1,688.69) | $ 15,198.21 | $ 13,678.39 | $ (1,367.84) | $ (205.18) | $ - | $ 12,105.37 | $ 12,105.37 | $ - | $ 1,519.82 |
| Twenty-eighth - 1/19/2021 | 11/1/2020 - 11/30/2020 | $ 13,503.50 | $ (1,350.35) | $ 12,153.15 | $ 10,937.84 | $ (1,093.78) | $ (164.07) | $ - | $ 9,679.98 | ** | $ - | $ 1,215.32 |
| Twenty-ninth - 1/25/2021 | 12/1/2020 - 12/31/2020 | $ 14,061.00 | $ (1,406.10) | $ 12,654.90 | $ 11,389.41 | $ (1,138.94) | $ (170.84) | $ - | $ 10,079.63 | ** | $ - | $ 1,265.49 |
| Thirtieth - 2/26/2021 | 1/1/2021 - 1/31/2021 | $ 19,242.50 | $ (1,924.25) | $ 17,318.25 | $ 15,586.43 | $ (1,558.64) | $ (233.80) | $ - | $ 13,793.99 | ** | $ - | $ 1,731.83 |
| **Total** | | $ 63,693.90 | $ (6,369.39) | $ 57,324.51 | $ 51,592.06 | $ (5,159.21) | $ (773.88) | $ - | $ 45,658.97 | $ 12,105.37 | $ - | $ 5,732.45 |

*This amount represents 10% reduction of fees incurred per engagement agreement.
** Payment related to this fee period had not been received at the time of filing this interim fee application.

---

[2] Please note A&M was retained on August 2, 2018, in the middle of the Fourth Interim Fee Period, and at that time submitted its First Interim Fee Application, rather than the fourth interim application. Accordingly, this current request represents A&M's Eighth Interim Fee Application.

**Compensation by Category**
**October 1, 2020 through January 31, 2021**

| COMPENSATION BY CATEGORY | | |
|---|---|---|
| **For the Period From October 1, 2020 through January 31, 2021** | | |
| **TASK CATEGORY** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 90.9 | $ 58,640.10 |
| Puerto Rico Highways and Transportation Authority - Fee Applications | 7.8 | $ 5,053.80 |
| Total | 98.7 | $ 63,693.90 |
| **Blended Hourly Rate Before Voluntary Reduction** | | **$ 645.33** |
| | | |
| *Less 10% voluntary reduction* | | *$ (6,369.39)* |
| **Total Seventh Interim Fee Application With Reduction** | | **$ 57,324.51** |
| **Seventh Interim Fee Application Blended Hourly Rate With Reduction** | | **$ 580.80** |

**Fees by Professional**
**October 1, 2020 through January 31, 2021**

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $937 | 15.2 | 14,242.40 |
| Mark Zeiss | Director | Claim Management | $661 | 37.1 | 24,523.10 |
| Richard Carter | Consultant II | Claim Management | $577 | 9.2 | 5,308.40 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 34.4 | 18,920.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 2.8 | 700.00 |
| **Subtotal** | | | | **98.7** | **63,693.90** |
| *Less 10% voluntary reduction* | | | | | *-6,369.39* |
| **Total** | | | | | **$57,324.51** |

**Expenses by Category**
**October 1, 2020 through January 31, 2021**

No Expenses Incurred

**Monthly Fee Statements Filed Related to First Interim Fee Application**
**August 9, 2018 through September 30, 2018**

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 7% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First - 10/24/2018 | 8/9/18 to 8/31/18 | $ 28,295.00 | $ (2,829.50) | $ 25,465.50 | $ 22,918.95 | $ - | $ (343.78) | $ - | $ 22,575.17 | $ 22,918.95 | $ - | $ 2,546.55 |
| Second - 10/29/2018 | 9/1/18 to 9/30/18 | $ 69,365.00 | $ (6,936.50) | $ 62,428.50 | $ 56,185.65 | $ - | $ (842.78) | $ - | $ 55,342.87 | $ 56,185.65 | $ - | $ 6,242.85 |
| Total | | $ 97,660.00 | $ (9,766.00) | $ 87,894.00 | $ 79,104.60 | $ - | $ (1,186.57) | $ - | $ 77,918.03 | $ 79,104.60 | $ - | $ 8,789.40 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

**Monthly Fee Statements Filed Related to Second Interim Fee Application**
**October 1, 2018 through January 31, 2019**

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 7% Puerto Rico Tax Withholding | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Third - 12/17/2018 | 10/1/18 to 10/31/18 | $ 82,240.00 | $ (8,224.00) | $ 74,016.00 | $ 66,614.40 | $ - | $ - | $ (999.22) | $ - | $ 65,615.18 | $ 66,614.40 | $ - | $ 7,401.60 |
| Fourth - 12/17/2018 | 11/1/18 to 11/30/18 | $ 49,740.00 | $ (4,974.00) | $ 44,766.00 | $ 40,289.40 | $ - | $ - | $ (604.34) | $ - | $ 39,685.06 | $ 40,289.40 | $ - | $ 4,476.60 |
| Fifth - 2/20/2019 | 12/1/18 to 12/31/18 | $ 18,215.00 | $ (1,821.50) | $ 16,393.50 | $ 14,754.15 | $ - | $ - | $ (221.31) | $ - | $ 14,532.84 | $ 14,754.15 | $ - | $ 1,639.35 |
| Fifth - Puerto Rico - 2/20/2019 | 12/1/18 to 12/31/18 | $ 4,140.00 | $ (414.00) | $ 3,726.00 | $ 3,353.40 | $ - | $ - | $ (50.30) | $ - | $ 3,303.10 | $ 3,353.40 | $ - | $ 372.60 |
| Sixth - 2/20/2019 | 1/1/19 to 1/31/19 | $ 44,427.50 | $ (4,442.75) | $ 39,984.75 | $ 35,986.28 | $ - | $ (3,598.63) | $ (539.79) | $ - | $ 31,847.86 | $ 35,986.28 | $ - | $ 3,998.47 |
| Total | | $ 198,762.50 | $ (19,876.25) | $ 178,886.25 | $ 160,997.63 | $ - | $ (3,598.63) | $ (2,414.96) | $ - | $ 154,984.04 | $ 160,997.63 | $ - | $ 17,888.62 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

**Monthly Fee Statements Filed Related to Third Interim Fee Application**
**February 1, 2019 through May 31, 2019**

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Net Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seventh - 4/29/2019 | 2/1/19 to 2/28/19 | $ 74,310.00 | $ (7,431.00) | $ 66,879.00 | $ 60,191.10 | $ (6,019.11) | $ (902.87) | $ - | $ 53,269.12 | $ 53,269.12 | $ - | $ 6,687.90 |
| Eighth - 5/6/2019 | 3/1/19 to 3/31/19 | $ 20,485.00 | $ (2,048.50) | $ 18,436.50 | $ 16,592.85 | $ (1,659.29) | $ (248.89) | $ - | $ 14,684.67 | $ 14,684.67 | $ - | $ 1,843.65 |
| Ninth - 5/22/2019 | 4/1/19 to 4/30/19 | $ 15,567.50 | $ (1,556.75) | $ 14,010.75 | $ 12,609.68 | $ (1,260.97) | $ (189.15) | $ - | $ 11,159.56 | $ 11,159.56 | $ - | $ 1,401.08 |
| Tenth - 7/1/2019 | 5/1/19 to 5/31/19 | $ 49,517.50 | $ (4,951.75) | $ 44,565.75 | $ 40,109.18 | $ (4,010.92) | $ (601.64) | $ - | $ 35,496.62 | Pending | Pending | $ 4,456.58 |
| Total | | $ 159,880.00 | $ (15,988.00) | $ 143,892.00 | $ 129,502.80 | $ (12,950.28) | $ (1,942.54) | $ - | $ 114,609.98 | $ 79,113.36 | $ - | $ 14,389.20 |

### Monthly Fee Statements Filed Related to Fourth Interim Fee Application
### June 1, 2019 through September 30, 2019

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eleventh - 8/16/2019 | 6/1/19 to 6/30/19 | 39,037.50 | (14,850.00) | 24,187.50 | 21,768.75 | (2,176.88) | (326.53) | $ - | 19,265.34 | 19,265.34 | $ - | 2,418.75 |
| Twelfth - 9/9/2019 | 7/1/19 to 7/31/19 | 25,430.00 | (2,543.00) | 22,887.00 | 20,598.30 | (2,059.83) | (308.97) | $ - | 18,229.50 | 18,229.50 | $ - | 2,288.70 |
| Thirteenth - 10/15/2019 | 8/1/19 to 8/31/19 | 27,359.20 | (2,735.92) | 24,623.28 | 22,160.95 | (2,216.10) | (332.41) | $ - | 19,612.44 | 19,612.44 | $ - | 2,462.33 |
| Fourteenth - Puerto Rico - 10/25/2019 | 9/1/19 to 9/30/19 | 43,845.50 | (4,384.55) | 39,460.95 | 35,514.86 | (3,551.49) | (532.72) | $ - | 31,430.65 | 31,430.65 | $ - | 3,946.10 |
| Total | | 135,672.20 | (24,513.47) | 111,158.73 | 100,042.86 | (10,004.29) | (1,500.64) | $ - | 88,537.93 | 88,537.93 | $ - | 11,115.87 |

*This amount represents 10% reduction of fees incurred per engagement agreement. Additionally, A&M has reduced their fees by $12,162.50 related to the Claims objection audit further described below.

### Monthly Fee Statements Filed Related to Fifth Interim Fee Application
### October 1, 2019 through January 31, 2020

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fifteenth - 12/30/19 | 10/1/19 to 10/31/19 | 19,924.90 | (1,992.49) | 17,932.41 | 16,139.17 | (1,613.92) | (242.09) | $ - | 14,283.16 | 14,283.16 | $ - | 1,793.24 |
| Sixteenth - 1/15/20 | 11/1/19 to 11/30/19 | 12,925.20 | (1,292.52) | 11,632.68 | 10,469.41 | (1,046.94) | (157.04) | $ - | 9,265.43 | 9,265.43 | $ - | 1,163.27 |
| Seventeenth - 2/5/20 | 12/1/19 to 12/31/19 | 6,220.30 | (622.03) | 5,598.27 | 5,038.44 | (503.84) | (75.58) | $ - | 4,459.02 | 4,459.02 | $ - | 559.83 |
| Eighteenth - 2/27/20 | 1/1/20 to 1/31/20 | 19,083.70 | (1,908.37) | 17,175.33 | 15,457.80 | ** | ** | $ - | 15,457.80 | ** | $ - | 1,717.53 |
| Total | | 58,154.10 | (5,815.41) | 52,338.69 | 47,104.82 | (3,164.70) | (474.71) | $ - | 43,465.41 | 28,007.62 | $ - | 5,233.87 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

### Monthly Fee Statements Filed Related to Sixth Interim Fee Application
### February 1, 2020 through May 31, 2020

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nineteenth - 4/23/2020 | 2/1/20 to 2/29/20 | 19,971.70 | (1,997.17) | 17,974.53 | 16,177.08 | (1,617.71) | (242.66) | $ - | 14,316.71 | 14,316.71 | $ - | 1,797.45 |
| Twentieth - 5/26/2020 | 3/1/20 to 3/31/20 | 14,929.70 | (1,492.97) | 13,436.73 | 12,093.06 | (1,209.31) | (181.40) | $ - | 10,702.36 | 10,702.36 | $ - | 1,343.67 |
| Twenty-first - 6/15/2020 | 4/1/20 to 4/30/20 | 36,840.80 | (3,684.08) | 33,156.72 | 29,841.05 | (2,984.10) | (447.62) | $ - | 26,409.33 | 26,409.33 | $ - | 3,315.67 |
| Twenty-second - 7/6/2020 | 5/1/20 to 5/31/20 | 15,493.00 | (1,549.30) | 13,943.70 | 12,549.33 | (1,254.93) | (188.24) | $ - | 11,106.16 | ** | $ - | 1,394.37 |
| Total | | 87,235.20 | (8,723.52) | 78,511.68 | 70,660.51 | (7,066.05) | (1,059.91) | $ - | 62,534.55 | 51,428.40 | $ - | 7,851.17 |

*This amount represents 10% reduction of fees incurred per engagement agreement.

### Monthly Fee Statements Filed Related to Seventh Interim Fee Application
### June 1, 2020 through September 30, 2020

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Twenty-third - 7/29/2020 | 6/1/20 to 6/30/20 | 21,199.40 | (2,119.94) | 19,079.46 | 17,171.51 | (1,717.15) | (257.57) | $ - | 15,196.79 | 15,196.79 | $ - | 1,907.95 |
| Twenty-fourth - 8/17/2020 | 7/1/20 to 7/31/20 | 83,590.30 | (8,359.03) | 75,231.27 | 67,708.14 | (6,770.81) | (1,015.62) | $ - | 59,921.71 | 59,921.71 | $ - | 7,523.13 |
| Twenty-fifth - 9/14/2020 | 8/1/20 to 8/31/20 | 15,982.10 | (1,598.21) | 14,383.89 | 12,945.50 | (1,294.55) | (194.18) | $ - | 11,456.77 | 11,456.77 | $ - | 1,438.39 |
| Twenty-sixth - 10/26/2020 | 9/1/20 to | 19,414.50 | (1,941.45) | 17,473.05 | 15,725.75 | (1,572.57) | (235.89) | $ - | 13,917.28 | ** | $ - | 1,747.31 |
| Total | | 140,186.30 | (14,018.63) | 126,167.67 | 113,550.90 | (11,355.09) | (1,703.26) | $ - | 100,492.55 | 86,575.26 | $ - | 12,616.77 |

**Monthly Fee Statements Filed Related to Eighth Interim Fee Application**
**October 1, 2020 through January 31, 2021**

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Twenty-seventh - 12/29/2020 | 10/1/2020 - 10/31/2020 | $ 16,886.90 | $ (1,688.69) | $ 15,198.21 | $ 13,678.39 | $ (1,367.84) | $ (205.18) | $ - | $ 12,105.37 | $ 12,105.37 | $ - | $ 1,519.82 |
| Twenty-eighth - 1/19/2021 | 11/1/2020 - 11/30/2020 | $ 13,503.50 | $ (1,350.35) | $ 12,153.15 | $ 10,937.84 | $ (1,093.78) | $ (164.07) | $ - | $ 9,679.98 | $ 9,679.98 | $ - | $ 1,215.32 |
| Twenty-ninth - 1/25/2021 | 12/1/2020 - 12/31/2020 | $ 14,061.00 | $ (1,406.10) | $ 12,654.90 | $ 11,389.41 | $ (1,138.94) | $ (170.84) | $ - | $ 10,079.63 | $ 10,079.63 | $ - | $ 1,265.49 |
| Thirtieth - 2/26/2021 | 1/1/2021 - 1/31/2021 | $ 19,242.50 | $ (1,924.25) | $ 17,318.25 | $ 15,586.43 | $ (1,558.64) | $ (233.80) | $ - | $ 13,793.99 | ** | $ - | $ 1,731.83 |
| **Total** | | **$ 63,693.90** | **$ (6,369.39)** | **$ 57,324.51** | **$ 51,592.06** | **$ (5,159.21)** | **$ (773.88)** | **$ -** | **$ 45,658.97** | **$ 31,864.99** | **$ -** | **$ 5,732.45** |

Estimated Hearing Date: June 16, 2021 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: April 5, 2021 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
|   as representative of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) (Jointly Administered) |
| | |
|      Debtors. [1] | |

---------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3567-LTS |
| | ) |
|   as representative of | ) **This Application relates** |
| | **only to HTA and shall** |
| THE PUERTO RICO HIGHWAYS AND | **be filed in the Lead** |
| TRANSPORTATION AUTHORITY | **Case No. 17 BK 3283-** |
| | **LTS and HTA's Title** |
|      Debtor | **III Case (Case No. 17** |
| | **BK 3567-LTS)** |

---------------------------------------------------------------------------

## EIGHTH INTERIM FEE APPLICATION OF
## ALVAREZ & MARSAL NORTH AMERICA, LLC
## FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
## EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND
## MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE
## PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
## FROM OCTOBER 1, 2020 THROUGH JANUARY 31, 2021

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pursuant to sections 316 and 317 of Title III of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively the "Bankruptcy Rules"), made applicable herein pursuant to section 310 of PROMESA, Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Puerto Rico, adopted by the Court on May 16, 2013 (the "Local Bankruptcy Rules") and this Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated June 6, 2018 [Docket No. 3269] (the "Second Amended Interim Compensation Order"), Alvarez & Marsal North America, LLC ("A&M"), as advisor to the Financial Oversight Board of Puerto Rico (the "Oversight Board") in its role as representative for the Puerto Rico Highways and Transportation Authority, ("HTA"), as debtor under Title III of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 ("PROMESA"), hereby submits its Eighth interim fee application filed during the Ninth interim application period (the "Eighth Interim Fee Application") for the compensation of professional services performed by A&M and reimbursement of expenses incurred in connection therewith for the period commencing October 1, 2020 through and including January 31, 2021 (the "Eighth Interim Fee Application Period").

By this Eighth Interim Fee Application, A&M seeks compensation in the amount of $63,693.90 less a discount in the amount of $6,369.39 for a total amount of $57,324.51, all of which represents fees earned outside of Puerto Rico, and reimbursement of actual and necessary expenses incurred in the amount of $0.00 for the Eighth Interim Fee Application Period.

## **JURISDICTION**

1.      The United States District Court for the District of Puerto Rico (the "Court") has subject matter jurisdiction over this Application pursuant to PROMESA section 306(a).

2.      Venue is proper in this district pursuant to PROMESA section 307(a).

3.      The statutory predicates for the relief requested herein are PROMESA sections 316 and 317.

## **BACKGROUND**

4.      On June 30, 2016, the Oversight Board was established under PROMESA section 101(b).  On August 31, 2016, President Obama appointed the Oversight Board's seven voting members.

5.      Pursuant to PROMESA section 315, "[t]he Oversight Board in a case under this subchapter is the representative of the debtor" and "may take any action necessary on behalf of the debtor to prosecute the case of the debtor, including filing a petition under section [304] of [PROMESA] . . . or otherwise generally submitting filings in relation to the case with the court." 48 U.S.C. § 2175.

6.      On September 30, 2016, the Oversight Board designated the Debtor as a 'covered entity" under PROMESA section 101(d),

7.      On May 21, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Debtor pursuant to PROMESA section 304(a), commencing a case under title III thereof (the "Debtor's Title III Case").  Pursuant to PROMESA section 315(b), the Oversight Board is the Debtor's representative in the Debtor's Title III Case.

8.      Background information regarding the Debtor and the commencement of the Debtor's Title III Case is contained in the *Notice of Filing of Statement of Oversight Board in Connection with PROMESA Title III Petition* [ECF No. 1, Case No. 17 BK 3283-LTS], attached to the Commonwealth of Puerto Rico's Title III petition.

9.      On August 2, 2018, the Oversight Board retained A&M, at discounted rates, to

manage and resolve the tens of thousands of claims filed against the Title III entities[2].

10.     On December 29, 2020, A&M served on the Notice Parties (as defined in the Interim Compensation Order) its twenty-seventh monthly fee statement for the period October 1, 2020 through October 31, 2020.  The twenty-seventh monthly fee statement is attached hereto as Exhibit A.

11.     On January 19, 2021, A&M served on the Notice Parties its twenty-eighth monthly fee statement for the period November 1, 2020 through November 30, 2020.  The twenty-eighth monthly fee statement is attached hereto as Exhibit B.

12.     On January 25, 2021, A&M served on the Notice Parties its twenty-ninth monthly fee statement for the period December 1, 2020 through December 31, 2020.  The twenty-ninth monthly fee statement is attached hereto as Exhibit C.

13.     On February 26, 2021, A&M served on the Notice Parties its thirtieth monthly fee statement for the period January 1, 2021 through January 31, 2021.  The thirtieth monthly fee statement is attached hereto as Exhibit D.

14.     In accordance with the Interim Compensation Order and as reflected in the foregoing summary, A&M has requested an aggregate gross payment of $51,592.06, which represents payment of ninety percent (90%) of the compensation sought and reimbursement of one-hundred percent (100%) of expenses incurred.  To date, A&M has received payment of $12,105.37 in fees and $0 in incurred expenses with respect to fee statements filed during the Eighth Interim Compensation Period.   The variance between the requested fees and payments received relates to: 1) the Twenty-Eighth, Twenty-Ninth and Thirtieth monthly fee statements for the period November 1, 2020 through January 31, 2021 remain unpaid, 2) a 1.5% Technical Service Fee tax withholdings totaling $205.18, and 3)  a universal 10% withholding tax (versus

---

[2] Pursuant to A&M's August 2, 2018 engagement letter with the Oversight Board (a copy of which is available on the Oversight Board's website at: https://drive.google.com/file/d/1HuXTVFMQJC4POU_3judw1CCHdSPGhp8q/view (the "Engagement Letter"), it shall not provide services or advice on any claims related to the Puerto Rico Electric Power Authority.

fees incurred on Puerto Rico) effective as of December 2018 and as of the time of filing this

Application, totaling $1,367.84 for the Eighth Interim Fee Application Period.

**REQUESTED FEES AND REIMBURSEMENT OF EXPENSES**

15.     All services for which A&M requests compensation were performed for Puerto

Rico Highways and Transportation Authority ("HTA").  The time detail for the Eighth Interim

Fee Application Period is attached hereto as Exhibit E.  This Eighth Interim Fee Application

contains time entries describing the time spent by each professional during the Eighth Interim

Fee Application Period.  To the best of A&M's knowledge, this Eighth Interim Fee Application

substantially complies with the applicable provisions of PROMESA, the Bankruptcy Rules, the

Local Bankruptcy Rules, and the Second Interim Compensation Order.  A&M's time reports are

entered and organized by task and by professional performing the described service in 1/10 of an

hour increments.

16.     A&M incurred no expenses for the Eighth Interim Fee Application Period as

presented here to as Exhibit F.

17.     The services rendered by A&M during the Eighth Interim Fee Application can be

grouped into the categories set forth below.  A&M attempted to place the services provided in

the category that best relates to such services.  However, because certain services may relate to

one or more categories, services pertaining to one category may in fact be included in another

category.  These services performed are generally described below by category, and as set forth

in the attached time detail attached hereto as Exhibit G.  This Exhibit G also identifies the

professional who rendered services relating to each category, along with the number of hours for

each individual and the total compensation sought for each category.

### SUMMARY OF SERVICES PERFORMED

18.     This Eighth Interim Fee Application covers the fees incurred during the Eighth

Interim Fee Application Period with respect to services rendered as advisor to the Oversight

Board in its role as representative for HTA.  A&M believes it is appropriate to be compensated

for the time spent in connection with these matters, and set forth a narrative description of the

services rendered for the Debtors and the time expended, organized by project task categories as

follows:

**A.  Puerto Rico Highways and Transportation Authority – Claims Administration and**
**Objections**

19.     During this period, A&M:

    a.  Reviewed approximately 80 Claims identified as human resource related to
confirm proper categorization for transfer to the Administrative Claims
Resolution (ACR) process and, further, recorded asserted agency information
for ease of transfer to correct contacts for further reconciliation;

    b.  Reviewed approximately 2 Claims Reconciliation workbooks related to
accounts payable Claims completed by Commonwealth agencies. In instances
where the Commonwealth needed additional information from the creditor to
complete the reconciliation, A&M coordinated the follow up communication;

    c.  Prepared approximately 2 Claim Reconciliation workbooks related to
accounts payable Claims aggregating data received from the creditor and
historical payment information provided by the Commonwealth prior to
sending to the appropriate Commonwealth agency for reconciliation.

    d.  Reviewed approximately 5 supplemental outreach forms which were returned
by creditors to validate if the creditor provided sufficient information to verify
the asserted liability and finalize reconciliation. Claims were then processed

for entry into Alternative Dispute Resolution (ADR), Administrative Claims

Resolution (ACR), or future objections;

e.   Prepared "Notice of Presentment" exhibits affecting approximately 180

Claims.  These exhibits and associated filings will allow previously adjourned

omnibus Claim objections delayed because of the COVID pandemic to be

ordered.

f.   Prepared and filed Omnibus Objections affecting approximately 15 Claims;

g.   Reviewed approximately 50 litigation Claim summaries prepared by the DOJ

and O'Neill Borges.   Merged updated information into master litigation

Claims tracker and prepared Claims for next steps in the reconciliation

process, including but not limited to: objecting to certain Claim(s);

transferring certain Claims into the ADR process; and identifying additional

documentation needed to complete reconciliation

h.   Reviewed responses to approximately 5 Claims related to the Administrative

Claims Resolution (ACR) process.  Worked with AAFAF representative to

develop system to resolve responses;

i.   Reviewed approximately 5 responses to supplemental data outreach returned

by creditors in response to filed objections to determine if enough information

was provided to place Claim into the ACR or ADR process.

j.   Reviewed approximately 10 deficient claims and prepared for mailing of

supplemental outreach forms.

k.   Review approximately 5 letters sent by Creditors to determine claim they are

associated with or if they were duplicative to previous data received.

l.   Created and updated Claims summary analysis by claim type to allow counsel
to review the claims groupings and confirm A&M's proposed treatment for
each claim type;

m.   Performed creditor outreach to collect missing information for deficient
Proofs of Claim;

n.   Provided regular updates of the claims reconciliation progress to
representatives of the Title III entities, AAFAF, the Oversight Board, and their
respective advisors.

In conjunction with this category, A&M expended approximately 90.9 hours during the
Application Period, for a total of $58,640.10, prior to any fee reduction.

**B.  Puerto Rico Highways and Transportation Authority – Fee Applications**

20.     During the Eighth Interim Fee Application Period, A&M prepared its Seventh
Interim Fee Application as required by the Second Amended Interim Compensation Order.
In conjunction with this category, A&M expended approximately 7.8 hours during the
Application Period, for a total of $5,053.80, prior to any fee reduction.

**D.  Discounts Agreed to By A&M and the Oversight Board**

22.     A&M and the Oversight Board in its role as representative for HTA had
previously agreed to a ten-percent discount of fees based on the Engagement Letter.

**CERTIFICATE OF COMPLIANCE AND REQUEST FOR WAIVER**

23.     Attached hereto as Exhibit H is a declaration of Julie M. Hertzberg, the
undersigned representative of A&M.  To the extent that the Seventh Interim Fee Application
does not comply in all respects with the requirements of the aforementioned rules, A&M
believes that such deviations are not material and respectfully requests that any such
requirements be waived.

**NOTICE**

8

24. Pursuant to the Interim Compensation Order, notice of this Application has been filed in HTA's and the jointly-administered Commonwealth of Puerto Rico's Title III cases and served upon:

(a)  the Financial Oversight and Management Board, 40 Washington Square South, Office 314A, New York, NY 10012, Attn: Professor Arthur J. Gonzalez, Oversight Board Member.

(b)  attorneys for the Financial Oversight and Management Board as representative of The Commonwealth of Puerto Rico, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., suite 800, San Juan, PR 00918-1813, Attn: Hermann D. Bauer, Esq. (Hermann.bauer@oneillborges.com;

(c)  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Time Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com) and Diana M. Perez, Esq. (dperez@omm.com).

(d)  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave., San Juan P.R. 00917, Attn.: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

(e)  the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: *In re: Commonwealth of Puerto Rico*);

(f)  attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com);

(g)  attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

(h)  attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com); and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

(i)  attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-

9

Zequeira, Esq. (ajb@bennazar.org);

(j) the Puerto Rico Department of Treasury, PO Box 9024140, San
Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy
Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov);
Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central
Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja
Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax
Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea,
Assistant Secretary of Internal Revenue and Tax Policy
(francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez,
CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda. pr.gov);

k. attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252
Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR
00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

l. attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East
Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler
(KStadler@ gklaw.com).

A&M submits that, in light of the foregoing, no other or further notice need be provided.

WHEREFORE, pursuant to the Second Amended Interim Compensation Order, A&M
respectfully requests that, for the period October 1, 2020 through January 31, 2021, the Court (i)
grant A&M interim allowance of compensation in the amount of $57,324.51 for professional
services rendered during the Seventh Interim Fee Application Period. A&M did not incur any
expenses.

Dated: March 15, 2021
Detroit, Michigan

/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850

Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

ADVISOR TO THE OVERSIGHT BOARD
AS REPRESENTATIVE OF THE
DEBTOR

**<u>EXHIBITS</u>**

# Exhibit A

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3567-LTS |
| | ) | |
| | ) | |
|    as representative of | ) | |
| | ) | |
| THE PUERTO RICO HIGHWAYS AND | ) | |
| TRANSPORTATION AUTHORITY, et al., | ) | |

Debtors. [1]


**COVER SHEET TO TWENTY-SEVENTH MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**


**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT
WERE INCURRED OUTSIDE OF PUERTO RICO**


| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Puerto Rico Highways & Transportation Authority |

Period for which compensation and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| reimbursement for fees and services outside of Puerto Rico is sought: | October 1, 2020 through October 31, 2020 |
|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $15,198.21 ($16,886.90.50 incurred less 10% voluntary reduction of $1,688.69) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   - 0 - |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Twenty-Seventh monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for October 2020.


 /s/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

<u>On December 29, 2020 Sent to:</u>

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
        FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
            Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:    John J. Rapisardi, Esq.
            Suzanne Uhland, Esq.

Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:    Luis C. Marini-Biaggi, Esq.
            Carolina Velaz-Rivero, Esq.
            Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:    Robert Gordon, Esq.
            Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:    Catherine Steege, Esq.
            Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:    Reylam Guerra Goderich, Deputy Assistant of
General Accounting
            Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
            Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
            Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
            Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY  10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

4

**Summary of Professional Fees for the Period October 1, 2020 through October 31, 2020**

**Puerto Rico Highways & Transportation Authority**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 22.2 | 13,569.90 |
| Puerto Rico Highways and Transportation Authority - Fee Applications | 4.7 | 3,317.00 |
| **Subtotal** | **26.9** | **16,886.90** |
| *Less 10% voluntary reduction* | | *(1,688.69)* |
| **Total** | | **$ 15,198.21** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $937 | 2.60 | 2,436.20 |
| Mark Zeiss | Director | Claim Management | $661 | 12.00 | 7,932.00 |
| Richard Carter | Consultant II | Claim Management | $577 | 3.10 | 1,788.70 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 8.10 | 4,455.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 1.10 | 275.00 |
| **Subtotal** | | | | **26.9** | **16,886.90** |
| *Less 10% voluntary reduction* | | | | | *-1,688.69* |
| **Total** | | | | | **$15,198.21** |

**Summary of Expenses for the Period October 1, 2020 through October 31, 2020**

**Puerto Rico Highways & Transportation Authority**

No Expenses Incurred

2

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $13,678.39, for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.


 /s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

**<u>EXHIBITS</u>**

*Exhibit A*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Task**
**October 1, 2020 through October 31, 2020**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections | 22.2 | $13,569.90 |
| Puerto Rico Highways and Transportaion Authority - Fee Applications | 4.7 | $3,317.00 |
| **Total** | **26.9** | **$16,886.90** |

*Page 1 of 1*

*Exhibit B*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**October 1, 2020 through October 31, 2020**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937.00 | 2.6 | $2,436.20 |
| Zeiss, Mark | Director | $661.00 | 12.0 | $7,932.00 |
| Carter, Richard | Consultant II | $577.00 | 3.1 | $1,788.70 |
| DiNatale, Trevor | Consultant II | $550.00 | 8.1 | $4,455.00 |
| Corbett, Natalie | Para Professional | $250.00 | 1.1 | $275.00 |
| **Total** | | | **26.9** | **$16,886.90** |

*Exhibit C*

---

### Puerto Rico Highways & Transportation Authority
### Summary of Time Detail by Professional
### October 1, 2020 through October 31, 2020

---

**Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 0.2 | $187.40 |
| Zeiss, Mark | Director | $661 | 10.8 | $7,138.80 |
| Carter, Richard | Consultant II | $577 | 3.1 | $1,788.70 |
| DiNatale, Trevor | Consultant II | $550 | 8.1 | $4,455.00 |
| | | | 22.2 | $13,569.90 |
| | *Average Billing Rate* | | | $611.26 |

*Exhibit C*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**October 1, 2020 through October 31, 2020**

**Puerto Rico Highways and
Transportaion Authority - Fee
Applications**

Prepare monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 2.4 | $2,248.80 |
| Zeiss, Mark | Director | $661 | 1.2 | $793.20 |
| Corbett, Natalie | Para Professional | $250 | 1.1 | $275.00 |
| | | | 4.7 | $3,317.00 |
| | *Average Billing Rate* | | | $705.74 |

**Exhibit D**

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*October 1, 2020 through October 31, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 10/4/2020 | 0.70 | Revise Exhibit B Schedule of ADR/ACR Eligible Claims for Proskauer for Notice of Presentment filing |
| Zeiss, Mark | 10/4/2020 | 0.60 | Revise Exhibit A Claims to be Set for Hearing for Proskauer for Notice of Presentment filing |
| Zeiss, Mark | 10/5/2020 | 1.80 | Revise Exhibit C Schedule of Deficient Claims to be Disallowed via Notice of Presentment for Proskauer for Notice of Presentment filing |
| Zeiss, Mark | 10/6/2020 | 0.70 | Draft Exhibit D Schedule of Deficient Claims with Undeliverable Addresses for Proskauer for Notice of Presentment filing |
| Zeiss, Mark | 10/6/2020 | 0.40 | Revise Exhibit C Schedule of Deficient Claims to be Disallowed via Notice of Presentment for Proskauer for Notice of Presentment filing |
| DiNatale, Trevor | 10/9/2020 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 10/14/2020 | 1.60 | Prepare schedule of agencies along with number of outstanding/completed claim reconciliation workbooks per discussion with Commonwealth contact. |
| Zeiss, Mark | 10/14/2020 | 1.10 | Draft non-bondholder December objection exhibits |
| Carter, Richard | 10/15/2020 | 0.10 | Prepare summary analysis of unresolved AP claims highlighting outstanding requests for the AAFAF review |
| Carter, Richard | 10/15/2020 | 0.30 | Prepare summary analysis of claims filed on objection for counsel to review. |
| Zeiss, Mark | 10/15/2020 | 0.80 | Draft Nov 20 satellite hearing non-deficient notice of presentment exhibits |
| DiNatale, Trevor | 10/16/2020 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 10/19/2020 | 0.90 | Revise Oct 29th Satellite Exhibits for Notice of Presentation for deficient objections to claimholders |
| Zeiss, Mark | 10/19/2020 | 1.40 | Draft Nov 18th Satellite Exhibits for Notice of Presentation for deficient objections to claimholders |
| Carter, Richard | 10/20/2020 | 0.20 | Prepared detailed analysis of HR-related claim to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 10/20/2020 | 0.70 | Review final draft of objections and associated declarations for December Omnibus filings |
| Zeiss, Mark | 10/20/2020 | 1.20 | Draft Nov 20th Satellite Exhibits for Notice of Presentation for non-deficient objections to claimholders |
| Zeiss, Mark | 10/21/2020 | 1.20 | Revise Nov 20th Satellite Exhibits for new Exhibit titles per Proskauer comment |

*Page 1 of 3*

*Exhibit D*

**Puerto Rico Highways & Transportation Authority**
**Time Detail by Activity by Professional**
**October 1, 2020 through October 31, 2020**

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 10/22/2020 | 0.30 | Prepared detailed analysis of 2 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 10/23/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 10/24/2020 | 0.20 | Prepared detailed analysis of 2 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| Herriman, Jay | 10/25/2020 | 0.20 | Review and send updated claims waterfall report to AAFAF and counsel |
| Carter, Richard | 10/26/2020 | 0.30 | Prepare detailed analysis of 2 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| Carter, Richard | 10/27/2020 | 0.10 | Prepare detailed analysis of HR-related claim in order to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 10/28/2020 | 0.40 | Prepare summary report of bondholder claims by debtor for Proskauer review |
| DiNatale, Trevor | 10/30/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| **Subtotal** | | **22.2** | |

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 10/21/2020 | 0.40 | Review draft September fee application |
| Corbett, Natalie | 10/22/2020 | 1.10 | Create and finalize September fee apps |
| Herriman, Jay | 10/24/2020 | 0.90 | Review draft Seventh interim fee application and associated exhibits |
| Zeiss, Mark | 10/26/2020 | 1.20 | Draft fee application team hours by workstream for four-month period from detailed time records |
| Herriman, Jay | 10/31/2020 | 1.10 | Finalize 7th interim fee application with associated workstream synopsis |
| **Subtotal** | | **4.7** | |

Exhibit D

**Puerto Rico Highways & Transportation Authority**
**Time Detail by Activity by Professional**
**October 1, 2020 through October 31, 2020**

*Grand Total*                    26.9

# **Exhibit B**

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3567-LTS |
| | ) |
| | ) |
| as representative of | ) |
| | ) |
| THE PUERTO RICO HIGHWAYS AND | ) |
| TRANSPORTATION AUTHORITY, et al., | |
| | |
| Debtors. [1] | |

**COVER SHEET TO TWENTY-EIGHTH MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT
WERE INCURRED OUTSIDE OF PUERTO RICO**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Puerto Rico Highways & Transportation Authority |

Period for which compensation and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| reimbursement for fees and services outside of Puerto Rico is sought: | November 1, 2020 through November 30, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary: | $12,153.15 ($13,503.50 incurred less 10% voluntary reduction of $1,350.35) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $  - 0 - |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Twenty-Eighth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for November 2020.


 /s/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On January 19, 2021 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J Gonzalez
         FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
         Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY 10036
Attn:    John J. Rapisardi, Esq.
         Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn:    Luis C. Marini-Biaggi, Esq.
         Carolina Velaz-Rivero, Esq.
         Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn:    Robert Gordon, Esq.
         Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:    Catherine Steege, Esq.
         Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn: A. J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn:    Reylam Guerra Goderich, Deputy Assistant of
General Accounting
         Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
         Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
         Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
         Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY 10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

4

**Summary of Professional Fees for the Period November 1, 2020 through November 30, 2020**

**Puerto Rico Highways & Transportation Authority**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| TASK CODE | TOTAL HOURS | TOTAL FEES REQUESTED |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 21.7 | 13,128.70 |
| Puerto Rico Highways and Transportation Authority - Fee Applications | 0.4 | 374.80 |
| **Subtotal** | **22.1** | **13,503.50** |
| *Less 10% voluntary reduction* | | *(1,350.35)* |
| **Total** | | $    **12,153.15** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $937 | 1.30 | 1,218.10 |
| Mark Zeiss | Director | Claim Management | $661 | 7.30 | 4,825.30 |
| Richard Carter | Consultant II | Claim Management | $577 | 1.30 | 750.10 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 12.20 | 6,710.00 |
| **Subtotal** | | | | **22.1** | **13,503.50** |
| *Less 10% voluntary reduction* | | | | | *-1,350.35* |
| **Total** | | | | | **$12,153.15** |

**Summary of Expenses for the Period November 1, 2020 through November 30, 2020**

**Puerto Rico Highways & Transportation Authority**

No Expenses Incurred

2

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $10,937.84, for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.


/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

3

## **EXHIBITS**

*Exhibit A*

| | |
|---|---|
| **Puerto Rico Highways & Transportation Authority**<br>**Summary of Time Detail by Task**<br>**November 1, 2020 through November 30, 2020** | |

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections | 21.7 | $13,128.70 |
| Puerto Rico Highways and Transportaion Authority - Fee Applications | 0.4 | $374.80 |
| **Total** | **22.1** | **$13,503.50** |

*Page 1 of 1*

*Exhibit B*

### Puerto Rico Highways & Transportation Authority
### Summary of Time Detail by Professional
### November 1, 2020 through November 30, 2020

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937.00 | 1.3 | $1,218.10 |
| Zeiss, Mark | Director | $661.00 | 7.3 | $4,825.30 |
| Carter, Richard | Consultant II | $577.00 | 1.3 | $750.10 |
| DiNatale, Trevor | Consultant II | $550.00 | 12.2 | $6,710.00 |
| | | **Total** | **22.1** | **$13,503.50** |

*Exhibit C*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**November 1, 2020 through November 30, 2020**

**Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 0.9 | $843.30 |
| Zeiss, Mark | Director | $661 | 7.3 | $4,825.30 |
| Carter, Richard | Consultant II | $577 | 1.3 | $750.10 |
| DiNatale, Trevor | Consultant II | $550 | 12.2 | $6,710.00 |
| | | | 21.7 | $13,128.70 |
| | *Average Billing Rate* | | | $605.01 |

*Page 1 of 2*

*Exhibit C*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**November 1, 2020 through November 30, 2020**

**Puerto Rico Highways and
Transportaion Authority - Fee
Applications**

Prepare monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 0.4 | $374.80 |
| | | | 0.4 | $374.80 |
| | *Average Billing Rate* | | | $937.00 |

*Exhibit D*

**Puerto Rico Highways & Transportation Authority**
**Time Detail by Activity by Professional**
**November 1, 2020 through November 30, 2020**

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 11/5/2020 | 0.80 | Perform review on Claims identified as "substantive duplicates" for upcoming omnibus objections |
| DiNatale, Trevor | 11/5/2020 | 0.60 | Perform review on Claims identified as "exact duplicates" for upcoming omnibus objections |
| DiNatale, Trevor | 11/6/2020 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 11/6/2020 | 0.40 | Update January omnibus objection Claim tracker for Proskauer review |
| Zeiss, Mark | 11/6/2020 | 0.90 | Prepare January Bondholder claims report for claims ready for objection, CUSIPs for research for objections |
| DiNatale, Trevor | 11/8/2020 | 0.30 | Review next round of "Notice of Presentment" filings to determine Claim population for upcoming ADR transfer process |
| DiNatale, Trevor | 11/9/2020 | 1.20 | Analyze Claim reconciliation information for claims not in ACR or ADR bucket for Proskauer review |
| Herriman, Jay | 11/9/2020 | 0.20 | Review updated claims waterfall, send to AAFAF and counsel |
| Carter, Richard | 11/10/2020 | 0.20 | Prepare a detailed analysis of HR-related claim to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 11/13/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 11/13/2020 | 1.10 | Prepare updates to AP Claim reconciliation tracker for AAFAF review |
| DiNatale, Trevor | 11/16/2020 | 1.30 | Generate Claim status summary report for UCC review |
| Zeiss, Mark | 11/16/2020 | 0.80 | Draft January Omnibus Exhibits for non-bondholder claim objections |
| Zeiss, Mark | 11/16/2020 | 1.30 | Draft January Omnibus Exhibits for bondholder claim objections |
| DiNatale, Trevor | 11/17/2020 | 0.70 | Perform updates to Claim status summary report for UCC review |
| Zeiss, Mark | 11/17/2020 | 1.70 | Review deficient bond claims for recommended reconciliation process, potential objections, CUSIP, other bond details |
| DiNatale, Trevor | 11/18/2020 | 0.70 | Prepare ad hoc claim summary highlighting current Claim reconciliation status for Proskauer review |
| Zeiss, Mark | 11/19/2020 | 0.70 | Review deficient bond claims for recommended reconciliation process, potential objections, CUSIP, other bond details |
| DiNatale, Trevor | 11/20/2020 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 11/23/2020 | 0.70 | Review analysis related to deficient bond claims in prep of call with Proskauer |

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*November 1, 2020 through November 30, 2020*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 11/25/2020 | 1.20 | Draft exhibits for final orders for November satellite hearings for disallowed, modified claims |
| Zeiss, Mark | 11/25/2020 | 0.70 | Revise exhibits for final orders for November satellite hearings for disallowed, modified claims |
| Carter, Richard | 11/30/2020 | 1.10 | Prepare detailed analysis of 2 AP-related claim reconciliation workbooks received from Commonwealth in order to provide counsel with next steps for resolution. |
| **Subtotal** | | **21.7** | |

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 11/9/2020 | 0.40 | Finalize 7th interim fee app with comments from J. Hertzberg |
| **Subtotal** | | **0.4** | |
| *Grand Total* | | **22.1** | |

# Exhibit C

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**MONTHLY FEE APPLICATION OF FOR THE PERIOD**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3567-LTS |
| | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE PUERTO RICO HIGHWAYS AND | ) | |
| TRANSPORTATION AUTHORITY, et al., | | |

Debtors. [1]

**COVER SHEET TO TWENTY-NINTH MONTHLY FEE APPLICATION OF**
**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO**
**AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE**
**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO**
**FOR THE PERIOD FROM**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT**
**WERE INCURRED OUTSIDE OF PUERTO RICO**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Puerto Rico Highways & Transportation Authority |

Period for which compensation and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| reimbursement for fees and services outside of Puerto Rico is sought: | December 1, 2020 through December 31, 2020 |
| Amount of Compensation sought as actual, reasonable and necessary: | $12,654.90 ($14,061.00 incurred less 10% voluntary reduction of $1,406.10) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $  - 0 - |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Twenty-Ninth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

2

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for December 2020.


 /s/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On January 25, 2021 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
          FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:      Juan J. Casillas Ayala, Esq.
             Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:      John J. Rapisardi, Esq.
             Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:      Luis C. Marini-Biaggi, Esq.
             Carolina Velaz-Rivero, Esq.
             Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:      Robert Gordon, Esq.
             Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:      Catherine Steege, Esq.
             Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:      Reylam Guerra Goderich, Deputy Assistant of
General Accounting
             Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
             Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
             Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
             Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY  10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period December 1, 2020 through December 31, 2020**

**Puerto Rico Highways & Transportation Authority**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 21.0 | 13,836.00 |
| Puerto Rico Highways and Transportation Authority - Fee Applications | 0.9 | 225.00 |
| **Subtotal** | **21.9** | **14,061.00** |
| *Less 10% voluntary reduction* | | *(1,406.10)* |
| **Total** | | **$    12,654.90** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $937 | 3.20 | 2,998.40 |
| Mark Zeiss | Director | Claim Management | $661 | 9.00 | 5,949.00 |
| Richard Carter | Consultant II | Claim Management | $577 | 1.80 | 1,038.60 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 7.00 | 3,850.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 0.90 | 225.00 |
| **Subtotal** | | | | **21.9** | **14,061.00** |
| *Less 10% voluntary reduction* | | | | | *-1,406.10* |
| **Total** | | | | | **$12,654.90** |

**Summary of Expenses for the Period December 1, 2020 through December 31, 2020**

**Puerto Rico Highways & Transportation Authority**

No Expenses Incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $11,389.41, for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.

/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

3

**<u>EXHIBITS</u>**

*Exhibit A*

|  |  |  |
|---|---|---|
| *Puerto Rico Highways & Transportation Authority* | | |
| *Summary of Time Detail by Task* | | |
| *December 1, 2020 through December 31, 2020* | | |

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections | 21.0 | $13,836.00 |
| Puerto Rico Highways and Transportaion Authority - Fee Applications | 0.9 | $225.00 |
| **Total** | **21.9** | **$14,061.00** |

*Exhibit B*

### Puerto Rico Highways  Transportation Authority
### Summary of Time Detail by Professional
### December 1, 2020 through December 31, 2020

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937.00 | 3.2 | $2,998.40 |
| Zeiss, Mark | Director | $661.00 | 9.0 | $5,949.00 |
| Carter, Richard | Consultant II | $577.00 | 1.8 | $1,038.60 |
| DiNatale, Trevor | Consultant II | $550.00 | 7.0 | $3,850.00 |
| Corbett, Natalie | Para Professional | $250.00 | 0.9 | $225.00 |
| | | **Total** | **21.9** | **$14,061.00** |

*Exhibit C*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**December 1, 2020 through December 31, 2020**

**Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 3.2 | $2,998.40 |
| Zeiss, Mark | Director | $661 | 9.0 | $5,949.00 |
| Carter, Richard | Consultant II | $577 | 1.8 | $1,038.60 |
| DiNatale, Trevor | Consultant II | $550 | 7.0 | $3,850.00 |
| | | | 21.0 | $13,836.00 |
| | *Average Billing Rate* | | | $658.86 |

*Exhibit C*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**December 1, 2020 through December 31, 2020**

**Puerto Rico Highways and
Transportaion Authority - Fee
Applications**

**Prepare monthly and interim fee applications in accordance with court guidelines.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Corbett, Natalie | Para Professional | $250 | 0.9 | $225.00 |
|  |  |  | 0.9 | $225.00 |
|  | *Average Billing Rate* |  |  | $250.00 |

*Exhibit D*

| | |
|---|---|
| **Puerto Rico Highways & Transportation Authority** | |
| **Time Detail by Activity by Professional** | |
| **December 1, 2020 through December 31, 2020** | |

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 12/1/2020 | 1.90 | Review bond claims to be included in upcoming omnibus objections. |
| Zeiss, Mark | 12/1/2020 | 2.20 | Draft reconciliation of ten sample bondholder deficient claims with new synopsis and flags for Proskauer review for best objection path |
| Zeiss, Mark | 12/2/2020 | 1.70 | Draft reconciliation of bondholder deficient claims with new synopsis and flags for Proskauer review for best objection path |
| Zeiss, Mark | 12/3/2020 | 1.40 | Draft reconciliation of bondholder deficient claims with new synopsis and flags for Proskauer review for best objection path |
| DiNatale, Trevor | 12/4/2020 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 12/8/2020 | 1.20 | Review open questions related to bond claims to be included on January claim objections |
| DiNatale, Trevor | 12/11/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 12/11/2020 | 0.70 | Draft Exhibit C Disallow Deficient Objections for Omnis not requiring satellite hearings |
| Zeiss, Mark | 12/14/2020 | 0.60 | Revise "Exhibit C - Disallow" exhibits for deficient claims ready to order through original October hearing dates |
| Zeiss, Mark | 12/15/2020 | 0.60 | Draft "Exhibit D - Undeliverable mail for Disallow" exhibits for deficient claims ready to order through original October hearing dates |
| DiNatale, Trevor | 12/17/2020 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 12/17/2020 | 0.60 | Draft "Exhibit B - Disallow" exhibits for non-deficient claims ready to order through original October hearing dates |
| Zeiss, Mark | 12/17/2020 | 0.30 | Draft "Exhibit C - Undeliverable mail for Disallow" exhibits for non-deficient claims ready to order through original October hearing dates |
| Herriman, Jay | 12/18/2020 | 0.10 | Review updated claims waterfall and prepare to send to AAFAF and counsel |
| DiNatale, Trevor | 12/20/2020 | 1.10 | Perform updates to litigation Claim master tracker to incorporate reconciliation detail from newly filed claims |
| DiNatale, Trevor | 12/20/2020 | 0.80 | Analyze litigation Claim reconciliation workbooks provided by DOJ to determine next steps in reconciliation process |
| Carter, Richard | 12/21/2020 | 0.60 | Prepare detailed analysis of 15 unresolved claim reconciliation workbooks for review by Commonwealth agencies. |
| Zeiss, Mark | 12/21/2020 | 0.90 | Analyze Prime Clerk unsolicited claimant responses report to determine next steps in claim reconciliation process |

*Exhibit D*

| *Puerto Rico Highways & Transportation Authority* |
| :---: |
| *Time Detail by Activity by Professional* |
| *December 1, 2020 through December 31, 2020* |

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
| --- | --- | --- | --- |
| Carter, Richard | 12/28/2020 | 1.20 | Prepare detailed analysis of AP-related claims for the Commonwealth to review. |
| **Subtotal** | | **21.0** | |

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
| --- | --- | --- | --- |
| Corbett, Natalie | 12/21/2020 | 0.90 | Update and finalize October fee apps |
| **Subtotal** | | **0.9** | |
| *Grand Total* | | **21.9** | |

# Exhibit D

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**MONTHLY FEE APPLICATION OF FOR THE PERIOD**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3567-LTS |
| | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE PUERTO RICO HIGHWAYS AND | ) | |
| TRANSPORTATION AUTHORITY, et al., | | |
| | | |
| Debtors. [1] | | |

**COVER SHEET TO THIRTIETH MONTHLY FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT
WERE INCURRED OUTSIDE OF PUERTO RICO**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Puerto Rico Highways & Transportation Authority |

Period for which compensation and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

reimbursement for fees and services
outside of Puerto Rico is sought:                January 1, 2021 through January 31, 2021


Amount of Compensation sought as actual,         $17,318.25 ($19,242.50 incurred less 10%
reasonable and necessary:                        voluntary reduction of $1,924.25)

| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $  - 0 - |
|---|---|
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |


This is A&M's Thirtieth monthly fee application filed in these cases and is for services rendered
outside Puerto Rico.

2

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for January 2021.


 /s/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On February 26, 2021 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J Gonzalez
          FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
            Alberto J. E. Añeses Negrón, Esq.
Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY 10036
Attn:    John J. Rapisardi, Esq.
            Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn:    Luis C. Marini-Biaggi, Esq.
            Carolina Velaz-Rivero, Esq.
            Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn:    Robert Gordon, Esq.
            Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:    Catherine Steege, Esq.
            Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn: A. J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn:    Reylam Guerra Goderich, Deputy Assistant of
General Accounting
            Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
            Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
            Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
            Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY 10036-8229
Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period January 1, 2021 through January 31, 2021**

**Puerto Rico Highways & Transportation Authority**

| SUMMARY OF TOTAL FEES BY ALL ENTITIES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Highways and Transportation Authority - Claims Administration and Objections | 26.0 | 18,105.50 |
| Puerto Rico Highways and Transportation Authority - Fee Applications | 1.8 | 1,137.00 |
| **Subtotal** | **27.8** | **19,242.50** |
| *Less 10% voluntary reduction* | | *(1,924.25)* |
| **Total** | | **$    17,318.25** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $937 | 8.10 | 7,589.70 |
| Mark Zeiss | Director | Claim Management | $661 | 8.80 | 5,816.80 |
| Richard Carter | Consultant II | Claim Management | $577 | 3.00 | 1,731.00 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 7.10 | 3,905.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 0.80 | 200.00 |
| **Subtotal** | | | | **27.8** | **19,242.50** |
| *Less 10% voluntary reduction* | | | | | *-1,924.25* |
| **Total** | | | | | **$17,318.25** |

**Summary of Expenses for the Period January 1, 2021 through January 31, 2021**

**Puerto Rico Highways & Transportation Authority**

No Expenses Incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought) in the amount of $15,586.43, for services rendered outside of Puerto Rico.

2

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.

/s/
_____
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

2

**EXHIBITS**

3

*Exhibit A*

### Puerto Rico Highways & Transportation Authority
### Summary of Time Detail by Task
### January 1, 2021 through January 31, 2021

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections | 26.0 | $18,105.50 |
| Puerto Rico Highways and Transportaion Authority - Fee Applications | 1.8 | $1,137.00 |
| **Total** | **27.8** | **$19,242.50** |

*Exhibit B*

### Puerto Rico Highways  Transportation Authority
### Summary of Time Detail by Professional
### January 1, 2021 through January 31, 2021

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937.00 | 8.1 | $7,589.70 |
| Zeiss, Mark | Director | $661.00 | 8.8 | $5,816.80 |
| Carter, Richard | Consultant II | $577.00 | 3.0 | $1,731.00 |
| DiNatale, Trevor | Consultant II | $550.00 | 7.1 | $3,905.00 |
| Corbett, Natalie | Para Professional | $250.00 | 0.8 | $200.00 |
| **Total** | | | **27.8** | **$19,242.50** |

*Exhibit C*

### Puerto Rico Highways & Transportation Authority
### Summary of Time Detail by Professional
### January 1, 2021 through January 31, 2021

**Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 7.1 | $6,652.70 |
| Zeiss, Mark | Director | $661 | 8.8 | $5,816.80 |
| Carter, Richard | Consultant II | $577 | 3.0 | $1,731.00 |
| DiNatale, Trevor | Consultant II | $550 | 7.1 | $3,905.00 |
| | | | 26.0 | $18,105.50 |
| | *Average Billing Rate* | | | $696.37 |

*Exhibit C*

---

### Puerto Rico Highways & Transportation Authority
### Summary of Time Detail by Professional
### January 1, 2021 through January 31, 2021

**Puerto Rico Highways and
Transportaion Authority - Fee
Applications**

**Prepare monthly and interim fee applications in accordance with court guidelines.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 1.0 | $937.00 |
| Corbett, Natalie | Para Professional | $250 | 0.8 | $200.00 |
| | | | 1.8 | $1,137.00 |
| | *Average Billing Rate* | | | $631.67 |

*Exhibit D*

> **Puerto Rico Highways & Transportation Authority**
> **Time Detail by Activity by Professional**
> **January 1, 2021 through January 31, 2021**

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 1/4/2021 | 0.60 | Prepare report of claims requiring additional information from creditors in order to complete reconciliation |
| Carter, Richard | 1/4/2021 | 1.10 | Prepare analysis of reconciliation information provided by Commonwealth regarding 2 unresolved AP-related claims. |
| Herriman, Jay | 1/4/2021 | 1.40 | Review bond claims to be included in upcoming omnibus objection |
| Zeiss, Mark | 1/7/2021 | 1.20 | Draft March hearing non-bondholder Omnibus Exhibits |
| DiNatale, Trevor | 1/8/2021 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 1/8/2021 | 1.20 | Draft Notice of Presentation Exhibits for December Omnibus Exhibits |
| Zeiss, Mark | 1/8/2021 | 0.70 | Draft March hearing bondholder Omnibus Exhibits |
| DiNatale, Trevor | 1/12/2021 | 1.40 | Analyze litigation Claim reconciliation detail provided by local counsel to determine next steps in reconciliation process |
| Herriman, Jay | 1/12/2021 | 2.10 | Review bond claims to be included on March Omnibus objections |
| DiNatale, Trevor | 1/13/2021 | 0.90 | Analyze litigation Claim reconciliation detail provided by local counsel to determine next steps in reconciliation process |
| DiNatale, Trevor | 1/15/2021 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 1/20/2021 | 2.60 | Review bond claims to be included on March Omnibus objections |
| Carter, Richard | 1/21/2021 | 0.90 | Prepare detailed analysis of additional unresolved claims requiring additional information from the Commonwealth. |
| DiNatale, Trevor | 1/21/2021 | 1.40 | Prepare updated claim summary report highlighting Claim reconciliation detail for Claims not eligible for ACR/ADR process |
| Zeiss, Mark | 1/23/2021 | 0.80 | Revise claim waterfall reconciliation report Omnibus objection categories, related notes per Proskauer request |
| Zeiss, Mark | 1/23/2021 | 1.30 | Revise claim waterfall reconciliation report for recently Ordered Omnis to Expunge, recently filed Omnis for forward-looking updates per Proskauer request |
| Herriman, Jay | 1/25/2021 | 0.20 | Perform updates to claims waterfall summary report prior to sending to AAFAF and counsel |
| Carter, Richard | 1/26/2021 | 0.40 | Prepare detailed analysis of unresolved AP claim where additional support is required from claimants in order to create a claim reconciliation workbook. |
| Zeiss, Mark | 1/27/2021 | 0.90 | Draft report of bondholder claims with clear list of bond CUSIPs and related amounts for potential objection for March Omnibus Exhibits |

*Page 1 of 2*

*Exhibit D*

| *Puerto Rico Highways & Transportation Authority* |
| --- |
| *Time Detail by Activity by Professional* |
| *January 1, 2021 through January 31, 2021* |

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
| --- | --- | --- | --- |
| Herriman, Jay | 1/28/2021 | 0.80 | Review draft list of bond claims to be included on March Omni objections |
| Zeiss, Mark | 1/28/2021 | 1.60 | Review bondholder claims for potential objections for upcoming March Omnibus exhibits |
| Zeiss, Mark | 1/29/2021 | 0.70 | Draft report of proposed deficient bondholder claims per prior objections for mutual funds, deficient |
| Zeiss, Mark | 1/29/2021 | 0.40 | Draft report of proposed deficient bondholder claims per prior objections for single type of bond claims like GDB, COFINA, duplicate |
| **Subtotal** | | **26.0** | |

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
| --- | --- | --- | --- |
| Corbett, Natalie | 1/8/2021 | 0.40 | Update November fee app documents |
| Herriman, Jay | 1/15/2021 | 0.60 | Review draft November fee statements and associated time entries |
| Corbett, Natalie | 1/19/2021 | 0.40 | update December fee app documents and templates |
| Herriman, Jay | 1/22/2021 | 0.40 | Finalize December fee application |
| **Subtotal** | | **1.8** | |
| *Grand Total* | | **27.8** | |

# **Exhibit E**

**ALVAREZ & MARSAL NORTH AMERICA, LLC
PROFESSIONAL SERVICES TIME DETAIL FOR THE EIGHTH INTERIM
FEE APPLICATION PERIOD
OCTOBER 1, 2020 THROUGH JANUARY 31, 2021**

Exhibit E

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*October 1, 2020 through January 31, 2021*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 10/4/2020 | 0.70 | Revise Exhibit B Schedule of ADR/ACR Eligible Claims for Proskauer for Notice of Presentment filing |
| Zeiss, Mark | 10/4/2020 | 0.60 | Revise Exhibit A Claims to be Set for Hearing for Proskauer for Notice of Presentment filing |
| Zeiss, Mark | 10/5/2020 | 1.80 | Revise Exhibit C Schedule of Deficient Claims to be Disallowed via Notice of Presentment for Proskauer for Notice of Presentment filing |
| Zeiss, Mark | 10/6/2020 | 0.40 | Revise Exhibit C Schedule of Deficient Claims to be Disallowed via Notice of Presentment for Proskauer for Notice of Presentment filing |
| Zeiss, Mark | 10/6/2020 | 0.70 | Draft Exhibit D Schedule of Deficient Claims with Undeliverable Addresses for Proskauer for Notice of Presentment filing |
| DiNatale, Trevor | 10/9/2020 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 10/14/2020 | 1.60 | Prepare schedule of agencies along with number of outstanding/completed claim reconciliation workbooks per discussion with Commonwealth contact. |
| Zeiss, Mark | 10/14/2020 | 1.10 | Draft non-bondholder December objection exhibits |
| Carter, Richard | 10/15/2020 | 0.30 | Prepare summary analysis of claims filed on objection for counsel to review. |
| Carter, Richard | 10/15/2020 | 0.10 | Prepare summary analysis of unresolved AP claims highlighting outstanding requests for the AAFAF review |
| Zeiss, Mark | 10/15/2020 | 0.80 | Draft Nov 20 satellite hearing non-deficient notice of presentment exhibits |
| DiNatale, Trevor | 10/16/2020 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 10/19/2020 | 0.90 | Revise Oct 29th Satellite Exhibits for Notice of Presentation for deficient objections to claimholders |
| Zeiss, Mark | 10/19/2020 | 1.40 | Draft Nov 18th Satellite Exhibits for Notice of Presentation for deficient objections to claimholders |
| Carter, Richard | 10/20/2020 | 0.20 | Prepared detailed analysis of HR-related claim to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 10/20/2020 | 0.70 | Review final draft of objections and associated declarations for December Omnibus filings |
| Zeiss, Mark | 10/20/2020 | 1.20 | Draft Nov 20th Satellite Exhibits for Notice of Presentation for non-deficient objections to claimholders |
| Zeiss, Mark | 10/21/2020 | 1.20 | Revise Nov 20th Satellite Exhibits for new Exhibit titles per Proskauer comment |

> *Puerto Rico Highways & Transportation Authority*
> *Time Detail by Activity by Professional*
> *October 1, 2020 through January 31, 2021*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 10/22/2020 | 0.30 | Prepared detailed analysis of 2 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 10/23/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 10/24/2020 | 0.20 | Prepared detailed analysis of 2 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| Herriman, Jay | 10/25/2020 | 0.20 | Review and send updated claims waterfall report to AAFAF and counsel |
| Carter, Richard | 10/26/2020 | 0.30 | Prepare detailed analysis of 2 HR-related claims to provide counsel with sufficient information to proceed with next reconciliation steps. |
| Carter, Richard | 10/27/2020 | 0.10 | Prepare detailed analysis of HR-related claim in order to provide counsel with sufficient information to proceed with next reconciliation steps. |
| DiNatale, Trevor | 10/28/2020 | 0.40 | Prepare summary report of bondholder claims by debtor for Proskauer review |
| DiNatale, Trevor | 10/30/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 11/5/2020 | 0.80 | Perform review on Claims identified as "substantive duplicates" for upcoming omnibus objections |
| DiNatale, Trevor | 11/5/2020 | 0.60 | Perform review on Claims identified as "exact duplicates" for upcoming omnibus objections |
| DiNatale, Trevor | 11/6/2020 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 11/6/2020 | 0.40 | Update January omnibus objection Claim tracker for Proskauer review |
| Zeiss, Mark | 11/6/2020 | 0.90 | Prepare January Bondholder claims report for claims ready for objection, CUSIPs for research for objections |
| DiNatale, Trevor | 11/8/2020 | 0.30 | Review next round of "Notice of Presentment" filings to determine Claim population for upcoming ADR transfer process |
| DiNatale, Trevor | 11/9/2020 | 1.20 | Analyze Claim reconciliation information for claims not in ACR or ADR bucket for Proskauer review |
| Herriman, Jay | 11/9/2020 | 0.20 | Review updated claims waterfall, send to AAFAF and counsel |
| Carter, Richard | 11/10/2020 | 0.20 | Prepare a detailed analysis of HR-related claim to provide counsel with sufficient information to proceed with next reconciliation steps. |

*Exhibit E*

*Puerto Rico Highways & Transportation Authority*
*Time Detail by Activity by Professional*
*October 1, 2020 through January 31, 2021*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 11/13/2020 | 1.10 | Prepare updates to AP Claim reconciliation tracker for AAFAF review |
| DiNatale, Trevor | 11/13/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 11/16/2020 | 1.30 | Generate Claim status summary report for UCC review |
| Zeiss, Mark | 11/16/2020 | 1.30 | Draft January Omnibus Exhibits for bondholder claim objections |
| Zeiss, Mark | 11/16/2020 | 0.80 | Draft January Omnibus Exhibits for non-bondholder claim objections |
| DiNatale, Trevor | 11/17/2020 | 0.70 | Perform updates to Claim status summary report for UCC review |
| Zeiss, Mark | 11/17/2020 | 1.70 | Review deficient bond claims for recommended reconciliation process, potential objections, CUSIP, other bond details |
| DiNatale, Trevor | 11/18/2020 | 0.70 | Prepare ad hoc claim summary highlighting current Claim reconciliation status for Proskauer review |
| Zeiss, Mark | 11/19/2020 | 0.70 | Review deficient bond claims for recommended reconciliation process, potential objections, CUSIP, other bond details |
| DiNatale, Trevor | 11/20/2020 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 11/23/2020 | 0.70 | Review analysis related to deficient bond claims in prep of call with Proskauer |
| Zeiss, Mark | 11/25/2020 | 0.70 | Revise exhibits for final orders for November satellite hearings for disallowed, modified claims |
| Zeiss, Mark | 11/25/2020 | 1.20 | Draft exhibits for final orders for November satellite hearings for disallowed, modified claims |
| Carter, Richard | 11/30/2020 | 1.10 | Prepare detailed analysis of 2 AP-related claim reconciliation workbooks received from Commonwealth in order to provide counsel with next steps for resolution. |
| Herriman, Jay | 12/1/2020 | 1.90 | Review bond claims to be included in upcoming omnibus objections. |
| Zeiss, Mark | 12/1/2020 | 2.20 | Draft reconciliation of ten sample bondholder deficient claims with new synopsis and flags for Proskauer review for best objection path |
| Zeiss, Mark | 12/2/2020 | 1.70 | Draft reconciliation of bondholder deficient claims with new synopsis and flags for Proskauer review for best objection path |
| Zeiss, Mark | 12/3/2020 | 1.40 | Draft reconciliation of bondholder deficient claims with new synopsis and flags for Proskauer review for best objection path |
| DiNatale, Trevor | 12/4/2020 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |

*Exhibit E*

**Puerto Rico Highways & Transportation Authority**
**Time Detail by Activity by Professional**
**October 1, 2020 through January 31, 2021**

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 12/8/2020 | 1.20 | Review open questions related to bond claims to be included on January claim objections |
| DiNatale, Trevor | 12/11/2020 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 12/11/2020 | 0.70 | Draft Exhibit C Disallow Deficient Objections for Omnis not requiring satellite hearings |
| Zeiss, Mark | 12/14/2020 | 0.60 | Revise "Exhibit C - Disallow" exhibits for deficient claims ready to order through original October hearing dates |
| Zeiss, Mark | 12/15/2020 | 0.60 | Draft "Exhibit D - Undeliverable mail for Disallow" exhibits for deficient claims ready to order through original October hearing dates |
| DiNatale, Trevor | 12/17/2020 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Zeiss, Mark | 12/17/2020 | 0.30 | Draft "Exhibit C - Undeliverable mail for Disallow" exhibits for non-deficient claims ready to order through original October hearing dates |
| Zeiss, Mark | 12/17/2020 | 0.60 | Draft "Exhibit B - Disallow" exhibits for non-deficient claims ready to order through original October hearing dates |
| Herriman, Jay | 12/18/2020 | 0.10 | Review updated claims waterfall and prepare to send to AAFAF and counsel |
| DiNatale, Trevor | 12/20/2020 | 0.80 | Analyze litigation Claim reconciliation workbooks provided by DOJ to determine next steps in reconciliation process |
| DiNatale, Trevor | 12/20/2020 | 1.10 | Perform updates to litigation Claim master tracker to incorporate reconciliation detail from newly filed claims |
| Carter, Richard | 12/21/2020 | 0.60 | Prepare detailed analysis of 15 unresolved claim reconciliation workbooks for review by Commonwealth agencies. |
| Zeiss, Mark | 12/21/2020 | 0.90 | Analyze Prime Clerk unsolicited claimant responses report to determine next steps in claim reconciliation process |
| Carter, Richard | 12/28/2020 | 1.20 | Prepare detailed analysis of AP-related claims for the Commonwealth to review. |
| Carter, Richard | 1/4/2021 | 0.60 | Prepare report of claims requiring additional information from creditors in order to complete reconciliation |
| Carter, Richard | 1/4/2021 | 1.10 | Prepare analysis of reconciliation information provided by Commonwealth regarding 2 unresolved AP-related claims. |
| Herriman, Jay | 1/4/2021 | 1.40 | Review bond claims to be included in upcoming omnibus objection |
| Zeiss, Mark | 1/7/2021 | 1.20 | Draft March hearing non-bondholder Omnibus Exhibits |
| DiNatale, Trevor | 1/8/2021 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |

*Page 4 of 6*

*Exhibit E*

**Puerto Rico Highways & Transportation Authority**
**Time Detail by Activity by Professional**
**October 1, 2020 through January 31, 2021**

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Zeiss, Mark | 1/8/2021 | 0.70 | Draft March hearing bondholder Omnibus Exhibits |
| Zeiss, Mark | 1/8/2021 | 1.20 | Draft Notice of Presentation Exhibits for December Omnibus Exhibits |
| DiNatale, Trevor | 1/12/2021 | 1.40 | Analyze litigation Claim reconciliation detail provided by local counsel to determine next steps in reconciliation process |
| Herriman, Jay | 1/12/2021 | 2.10 | Review bond claims to be included on March Omnibus objections |
| DiNatale, Trevor | 1/13/2021 | 0.90 | Analyze litigation Claim reconciliation detail provided by local counsel to determine next steps in reconciliation process |
| DiNatale, Trevor | 1/15/2021 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 1/20/2021 | 2.60 | Review bond claims to be included on March Omnibus objections |
| Carter, Richard | 1/21/2021 | 0.90 | Prepare detailed analysis of additional unresolved claims requiring additional information from the Commonwealth. |
| DiNatale, Trevor | 1/21/2021 | 1.40 | Prepare updated claim summary report highlighting Claim reconciliation detail for Claims not eligible for ACR/ADR process |
| Zeiss, Mark | 1/23/2021 | 1.30 | Revise claim waterfall reconciliation report for recently Ordered Omnis to Expunge, recently filed Omnis for forward-looking updates per Proskauer request |
| Zeiss, Mark | 1/23/2021 | 0.80 | Revise claim waterfall reconciliation report Omnibus objection categories, related notes per Proskauer request |
| Herriman, Jay | 1/25/2021 | 0.20 | Perform updates to claims waterfall summary report prior to sending to AAFAF and counsel |
| Carter, Richard | 1/26/2021 | 0.40 | Prepare detailed analysis of unresolved AP claim where additional support is required from claimants in order to create a claim reconciliation workbook. |
| Zeiss, Mark | 1/27/2021 | 0.90 | Draft report of bondholder claims with clear list of bond CUSIPs and related amounts for potential objection for March Omnibus Exhibits |
| Herriman, Jay | 1/28/2021 | 0.80 | Review draft list of bond claims to be included on March Omni objections |
| Zeiss, Mark | 1/28/2021 | 1.60 | Review bondholder claims for potential objections for upcoming March Omnibus exhibits |
| Zeiss, Mark | 1/29/2021 | 0.40 | Draft report of proposed deficient bondholder claims per prior objections for single type of bond claims like GDB, COFINA, duplicate |
| Zeiss, Mark | 1/29/2021 | 0.70 | Draft report of proposed deficient bondholder claims per prior objections for mutual funds, deficient |

*Page 5 of 6*

*Exhibit E*

> *Puerto Rico Highways & Transportation Authority*
> *Time Detail by Activity by Professional*
> *October 1, 2020 through January 31, 2021*

## Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| **Subtotal** | | **90.9** | |

## Puerto Rico Highways and Transportaion Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 10/21/2020 | 0.40 | Review draft September fee application |
| Corbett, Natalie | 10/22/2020 | 1.10 | Create and finalize September fee apps |
| Herriman, Jay | 10/24/2020 | 0.90 | Review draft Seventh interim fee application and associated exhibits |
| Zeiss, Mark | 10/26/2020 | 1.20 | Draft fee application team hours by workstream for four-month period from detailed time records |
| Herriman, Jay | 10/31/2020 | 1.10 | Finalize 7th interim fee application with associated workstream synopsis |
| Herriman, Jay | 11/9/2020 | 0.40 | Finalize 7th interim fee app with comments from J. Hertzberg |
| Corbett, Natalie | 12/21/2020 | 0.90 | Update and finalize October fee apps |
| Corbett, Natalie | 1/8/2021 | 0.40 | Update November fee app documents |
| Herriman, Jay | 1/15/2021 | 0.60 | Review draft November fee statements and associated time entries |
| Corbett, Natalie | 1/19/2021 | 0.40 | update December fee app documents and templates |
| Herriman, Jay | 1/22/2021 | 0.40 | Finalize December fee application |
| **Subtotal** | | **7.8** | |
| ***Grand Total*** | | **98.7** | |

# Exhibit G

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**SERVICES PERFORMED BY CATEGORY**
**FOR THE EIGHTH INTERIM FEE APPLICATION PERIOD**
**OCTOBER 1, 2020 THROUGH JANUARY 31, 2021**

*Exhibit G*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**October 1, 2020 through January 31, 2021**

**Puerto Rico Highways and Transportaion Authority - Claims Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 11.4 | $10,681.80 |
| Zeiss, Mark | Director | $661 | 35.9 | $23,729.90 |
| Carter, Richard | Consultant II | $577 | 9.2 | $5,308.40 |
| DiNatale, Trevor | Consultant II | $550 | 34.4 | $18,920.00 |
| | | | 90.9 | $58,640.10 |
| | *Average Billing Rate* | | | $645.11 |

*Exhibit G*

**Puerto Rico Highways & Transportation Authority**
**Summary of Time Detail by Professional**
**October 1, 2020 through January 31, 2021**

**Puerto Rico Highways and Transportaion Authority - Fee Applications**

Prepare monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 3.8 | $3,560.60 |
| Zeiss, Mark | Director | $661 | 1.2 | $793.20 |
| Corbett, Natalie | Para Professional | $250 | 2.8 | $700.00 |
| | | | 7.8 | $5,053.80 |
| | *Average Billing Rate* | | | $647.92 |

# **Exhibit H**

**DECLARATION OF JULIE M. HERTZBERG IN SUPPORT OF THE EIGHTH INTERIM FEE
APPLICATION OF ALVAREZ AND MARSAL NORTH AMERICA, LLC FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE
THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-------------------------------------------------------------------

In re:                                                  )  PROMESA
                                                        )  Title III
THE FINANCIAL OVERSIGHT AND                             )
MANAGEMENT BOARD FOR PUERTO RICO,                       )  No. 17 BK 3283-LTS
                                                        )
   as representative of                  )
                                                        )
                                                        )
THE COMMONWEALTH OF PUERTO RICO, et al.,                )  (Jointly Administered)
                                                        )
       Debtors. [1]

-------------------------------------------------------------------

In re:                                                  )  PROMESA
                                                        )  Title III
THE FINANCIAL OVERSIGHT AND                             )
MANAGEMENT BOARD FOR PUERTO RICO,                       )  No. 17 BK 3567-LTS
                                                        )
   as representative of                  )
                                                        )  **This Application relates**
                                                        )  **only to HTA and shall be**
THE PUERTO RICO HIGHWAYS AND                            )  **filed in the Lead Case No.**
TRANSPORTATION AUTHORITY                                )  **17 BK 3283-LTS and**
                                                           **HTA's Title III Case**
       Debtor      **(Case No. 17 BK 3567-**
                                                           **LTS)**

-------------------------------------------------------------------

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS IN
RESPECT OF SEVENTH INTERIM FEE APPLICATION OF ALVAREZ AND
MARSAL NORTH AMERICA, LLC FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS
REPRESENTATIVE OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION
AUTHORITY, FOR THE PERIOD**

**OCTOBER 1, 2020 THROUGH JANUARY 31, 2021**

Pursuant to the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 in Larger Chapter

11 Cases issued by the Executive Office for the United States Trustee, 28 CFR Part 58,

Appendix A (the "Guidelines"), together with the Local Rule 2016-1, the undersigned, a Partner

and Managing Director of the firm Alvarez and Marsal North America, LLC ("A&M"), advisors

for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as

representative of the Puerto Rico Highways and Transportation Authority (the "Debtor"),

pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability

Act ("PROMESA"),[2] hereby certifies with respect to A&M's eighth interim application for

allowance of compensation for services rendered and reimbursement of expenses incurred with

respect to the Debtor's Title III case, dated March 15, 2021 (the "Application"),[3] for the period

from October 1, 2020 through and including January 31, 2021 (the "Compensation Period") as

follows:

1.  I am the professional designated by A&M in respect of compliance with the Guidelines
    and Local Rule 2016-1.

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.
[3] Capitalized terms used but not defined herein have the meanings given to them in the Application.

2.  I make this certification in support of the Application for interim compensation and reimbursement of expenses incurred during the Compensation Period in Accordance with the Guidelines and Local Rule 2016-1.

3.  In respect of the Guidelines and Local Rule 2016-1, I certify that:

    a.  I have read the Application;

    b.  to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines;

    c.  except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought are billed at rates in accordance with practices customarily employed by A&M and generally accepted by A&M's clients; and

    d.  in providing a reimbursable service, A&M does not make a profit on that service, whether the service is performed by A&M in house or through a third party.

4.  I certify that A&M has previously provided monthly statements of A&M's fees and disbursements by filing and serving monthly statements in accordance with the Interim Compensation Order (as defined in the Application), except that completing reasonable and necessary internal accounting and review procedures may have, at times, precluded filing fee statements within the time periods specified in the Interim Compensation Order.

Dated: March 15, 2021

/s/_____
Julie M. Hertzberg

# PROPOSED ORDER

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) | (Jointly Administered) |
| Debtors. [1] | ) | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT | ) | No. 17 BK 3567-LTS |
| BOARD FOR PUERTO RICO | | |
| | ) | |
| as representative of | ) | |
| | ) | **)** |
| THE PUERTO RICO HIGHWAYS AND | ) | |
| TRANSPORTATION AUTHORITY | | |
| Debtor | | |

-------------------------------------------------------------------------

**ORDER APPROVING EIGHTH INTERIM FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS
ADVISORS FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF
PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY, FOR THE PERIOD
OCTOBER 1, 2020 THROUGH JANUARY 31, 2021**

Upon the application (the "Application")[2] of Alvarez and Marsal North America, LLC

("A&M") as advisors for the Financial Oversight and Management Board for Puerto Rico (the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

"Oversight Board") acting as representative of the Puerto Rico Highways and Transportation Authority (the "Debtor") under section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[3] seeking, pursuant to (a) PROMESA sections 316 and 317, (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (c) Local Rule 2016-1, (d) the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 in Larger Chapter 11 Cases* issued by the Executive Office for the United States Trustee, 28 CFR Part 58, Appendix A, and (e) this Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 3269], an allowance of interim compensation for professional services rendered by A&M for the period commencing October 1, 2020 through and including January 31, 2021 in the amount of **$57,324.51** all of which represents fees earned outside of Puerto Rico; this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1. The Application is APPROVED as set forth herein.

2. Compensation to A&M for professional services rendered during the Compensation Period is allowed on an interim basis in the amount of **$57,324.51**, all of which represents fees earned outside of Puerto Rico,

3. The Debtor is authorized to pay A&M all fees allowed pursuant to this order, including those that were previously held back pursuant to the Interim Compensation Order, less any amounts previously paid for such fees and expenses under the terms of the Interim Compensation Order.

---

[2] Capitalized terms not defined in this order will have the meanings ascribed to them in the Application.
[3] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

4.   The Debtor is authorized to take all actions necessary to effectuate the relief granted

pursuant to this order in accordance with the Application.


Dated: _____, 2021          _____
      San Juan, Puerto Rico                          Honorable Laura Taylor Swain
                                                     United States District Judge