# EXHIBIT D

**Summary of Jenner & Block LLP Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | | Worked and Billed in 2020 (excluding Restructuring lawyers) | Blended Hourly Rate Billed in this Fee Application |
|---|---|---|---|
| **Partner** | | **$857** | **$1,074.85** |
| | Partner – Sr. (20+ years) | $902 | $1,258.81 |
| | Partner – Mid (13-19 years) | $848 | $940.21 |
| | Partner – Jr. (0-12 years) | $746 | $922.22 |
| **Associate** | | **$561** | **$703.93** |
| | Associate – Sr. (5+ years) | $633 | $839.66 |
| | Associate – Mid (4-5years) | $628 | $632.52 |
| | Associate – Jr. (0-3 years) | $531 | $570.00 |
| **Counsel** | N/A | N/A | $616.10 |
| **Clerk** | N/A | N/A | $620.25 |
| **Paralegal** | N/A | $307 | $315.58 |
| **Other** | N/A | N/A | $355.00 |
| **Blended Rate for all Attorneys in this Fee Application** | | | $952.45 |
| **Blended Rate for all Attorneys with 15% discount** | | | $809.58 |
| **Blended Rate for All Timekeepers in this Fee Application** | | | $784.05 |
| **Blended Rate for all Timekeepers with 15% discount** | | | $666.44 |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Jenner & Block LLP |
| Date of Application: | March 15, 2021 |
| Interim or Final: | Interim |