# EXHIBIT E

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate (2020) | Total Billed Hours (2020) | Hourly Billing Rate (2021) | Total Billed Hours (2021) | Total Fees Requested |
|---|---|---|---|---|---|---|---|---|
| CHARLES W. GALBRAITH | Partner | 2007 | Government Relations | $700 | 0.50 | N/A | N/A | $350.00 |
| IAN HEATH GERSHENGORN | Partner | 1993 | Appellate & Supreme Court Practice | $1,300 | 20.80 | $1,500 | 33.70 | $77,590.00 |
| ROBERT D. GORDON | Partner | 1989 | Restructuring & Bankruptcy | $1,225 | 107.60 | $1,300 | 14.30 | $150,400.00 |
| MARC B. HANKIN | Partner | 1992 | Restructuring & Bankruptcy | $1,125 | 21.80 | $1,150 | 1.30 | $26,020.00 |
| ROBERT C. HARMALA | Partner | 1995 | Government Relations | $900 | 1.20 | N/A | N/A | $1,080.00 |
| KEITH M. HARPER | Partner | 1995 | Government Relations | $900 | 0.40 | N/A | N/A | $360.00 |
| TASSITY S. JOHNSON | Partner | 2014 | Appellate & Supreme Court | $825 | 0.60 | N/A | N/A | $495.00 |
| EMILY M. LOEB | Partner | 2009 | Investigations, Compliance & Defense | $950 | 2.10 | N/A | N/A | $1,995.00 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring & Bankruptcy | $900 | 190.70 | $975 | 9.00 | $180,405.00 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | $975 | 170.80 | $1,025 | 18.10 | $185,082.50 |
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring & Bankruptcy | $1,225 | 77.90 | $1,300 | 8.00 | $105,827.50 |
| ADRIENNE LEE BENSON | Associate | 2015 | Appellate & Supreme Court Practice | $755 | 43.50 | N/A | N/A | $32,842.50 |
| KATHERINE A. ROSOFF | Associate | 2018 | Litigation | $665 | 3.60 | N/A | N/A | $2,394.00 |
| ADAM T. SWINGLE | Associate | 2018 | Restructuring & Bankruptcy | $570 | 124.00 | N/A | N/A | $70,680.00 |
| CARL N. WEDOFF | Associate | 2010 | Restructuring and Bankruptcy | $880 | 91.30 | $895 | 14.10 | $92,963.50 |
| WILLIAM A. WILLIAMS | Associate | 2015 | Restructuring & Bankruptcy | $630 | 57.60 | $775 | 0.20 | $36,443.00 |
| CARTER H. KLEIN | Of Counsel | 1972 | Corporate | $775 | 18.80 | N/A | N/A | $14,570.00 |
| LAURA E. PELANEK | Staff Attorney/ Special Counsel | 2004 | Litigation | $585 | 216.00 | $660 | 85.00 | $182,460.00 |
| RACHEL B. WILF-TOWNSEND | Law Clerk | 2017 | Litigation | $630 | 64.00 | $725 | 25.30 | $58,662.50 |
| ANNA M. WINDEMUTH | Law Clerk | 2020 | Litigation | $535 | 38.40 | N/A | N/A | $20,544.00 |
| KATHLEEN R. ALBERT | Paralegal | N/A | Litigation/Restructuring and Bankruptcy | $330 | 61.70 | $335 | 4.30 | $21,801.50 |
| CATHERINE R. CARACCI | Paralegal | N/A | Litigation/Restructuring and Bankruptcy | $355 | 58.70 | $360 | 6.30 | $23,106.50 |
| CHERYL L. OLSON | Paralegal | N/A | Litigation | $400 | 14.00 | N/A | N/A | $5,600.00 |
| MARC A. PATTERSON | Paralegal | N/A | Restructuring and Bankruptcy | $230 | 45.30 | $235 | 11.30 | $13,074.50 |
| CHARLOTTE M. STRETCH | Paralegal | N/A | Litigation | $355 | 1.00 | N/A | N/A | $355.00 |
| STEPHEN S. MELLIN | Library Services | N/A | Information Services | $355 | 0.20 | N/A | N/A | $71.00 |
| MARY E. RUDDY | Library Services | N/A | Information Services | $355 | 1.00 | N/A | N/A | $355.00 |

# EXHIBIT E

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| JAMES P. WALSH | Library Services | N/A | Information Services | $355 | 1.30 | N/A | N/A | $461.50 |
| **Sub-Total*** | | | | | **1,434.80** | | **230.90** | **$1,305,989.50** |
| Less 15% Fee Discount on all matters except the Non-working Travel Matter | | | | | | | | $195,898.43 |
| Less 50% Discount on Non-working Travel Matter | | | | | | | | $0.00 |
| **Total** | | | | | | | **1,665.70 Hours** | **$1,110,091.07** |