# EXHIBIT F

## Summary of Jenner & Block LLP Expenses

| Service Description | Amount |
|---|---|
| B&W Copy | $5,725.70 |
| Color Copy | $370.75 |
| Court Fees | $490.00 |
| Lexis Research | $1,746.21 |
| Other Professional Services | $39,961.80 |
| Pacer Charges | $227.50 |
| Postage Expense | $3,646.90 |
| Special Messenger Service | $1,335.16 |
| Transcripts - Deposition | $22,749.20 |
| UPS | $268.04 |
| Westlaw Research | $13,915.70 |
| Witness Fee | $300.00 |
| **Travel** | |
|     Airfare | N/A |
|     Ground Transportation | N/A |
|     Hotel | N/A |
|     Meals | N/A |
|     Parking | N/A |
| **TOTAL** | **$90,736.96** |