## **EXHIBIT G**

### Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| 2004 INVESTIGATION | 165.40 | $109,710.00 |
| AMBAC/ASSURED ADVERSARY PROCEEDING | 91.50 | $62,465.00 |
| AMBAC CONSTITUTIONAL CHALLENGE | 82.20 | $92,994.00 |
| CASE ADMINISTRATION/MISCELLANEOUS | 183.00 | $135,491.50 |
| COMMITTEE GOVERNANCE AND MEETINGS | 33.80 | $36,908.00 |
| COMMUNICATIONS WITH RETIREES | 1.00 | $1,240.00 |
| COURT HEARINGS | 5.80 | $6,006.00 |
| EMPLOYMENT OF PROFESSIONALS (JENNER) | 54.50 | $38,754.00 |
| EMPLOYMENT OF PROFESSIONALS (NON-JENNER) | 27.90 | $24,804.50 |
| ERS BOND ISSUES | 849.10 | $626,609.00 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 103.70 | $93,782.50 |
| GO BONDS ISSUES | 1.50 | $1,320.00 |
| MEDIATION | 66.20 | $75,782.50 |
| UTIER ADVERSARY PROCEEDING | 0.10 | $122.50 |
| **Sub-Total*** | 1,665.70 | $1,305,989.50 |
| Less 15% Fee Discount on all matters (except Non-Working Travel) | | $195,898.43 |
| Less 50% Discount on Non-Working Travel | | N/A |
| **Total** | | **$1,110,091.07** |