# **EXHIBIT I**

**Detailed Expense Records for Jenner & Block**

# October 2020

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                 **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 10/05/20 | B&W Copy | 2.90 |
| 10/06/20 | U.S. Messenger 09/13/2020 | 93.68 |
| 10/06/20 | U.S. Messenger 09/13/2020 | 44.33 |
| 10/06/20 | U.S. Messenger 09/14/2020 | 35.74 |
| 10/06/20 | U.S. Messenger 09/14/2020 | 72.14 |
| 10/07/20 | Other Professional Services; PACER SERVICE CENTER; 10/07/2020 | 9.60 |
| 10/07/20 | Other Professional Services; PACER SERVICE CENTER; 10/07/2020 | 3.20 |
| 10/07/20 | Pacer Charges; PACER SERVICE CENTER; 10/07/2020 07/01/20 - 09/30/20. | .80 |
| 10/07/20 | Pacer Charges; PACER SERVICE CENTER; 10/07/2020; 07/01/20 - 09/30/20. | .20 |
| 10/07/20 | Pacer Charges; PACER SERVICE CENTER; 10/07/2020; 07/01/20 - 09/30/20. | 1.70 |
| 10/07/20 | Pacer Charges; PACER SERVICE CENTER; 10/07/2020; 07/01/20 - 09/30/20. | 1.00 |
| 10/07/20 | Pacer Charges; PACER SERVICE CENTER; 10/07/2020; 07/01/20 - 09/30/20. | 6.50 |
| 10/07/20 | Pacer Charges; PACER SERVICE CENTER; 10/07/2020 07/01/20 - 09/30/20. | 172.70 |
| 10/07/20 | 10/07/2020 UPS Delivery Service 1Z22124E0195230988 | 7.78 |
| 10/08/20 | Other Professional Services; ALIX PARTNERS LLP; 10/08/2020; September 2020. | 8,100.00 |
| 10/08/20 | B&W Copy | 4.70 |
| 10/09/20 | B&W Copy | 1.10 |
| 10/19/20 | B&W Copy | 60.00 |
| 10/29/20 | Color Copy | 55.50 |
| 10/29/20 | B&W Copy | 676.20 |
| 10/30/20 | Other Professional Services; ALOHA PRINT GROUP; 10/30/2020 | 5,844.00 |
| 10/30/20 | B&W Copy | 388.00 |
| 10/31/20 | Lexis Research | 765.53 |
| 10/31/20 | Westlaw Research | 9,596.44 |
| 10/31/20 | Westlaw Research | 80.08 |
| | TOTAL DISBURSEMENTS | $ 26,023.82 |

**MATTER 10113 TOTAL**                      $ 26,023.82

# November 2020

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                 **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 10/28/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 10/28/ 2020 | 70.00 |
| 10/28/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 10/28/ 2020 | 70.00 |
| 10/29/20 | 10/29/2020 UPS Delivery Service 1Z6134380191235122 | 46.50 |
| 10/29/20 | 10/29/2020 UPS Delivery Service 1Z6134380192403108 | 32.46 |
| 10/29/20 | 10/29/2020 UPS Delivery Service 1Z6134380191235122 | 10.21 |
| 11/02/20 | Postage Expense | 2,111.25 |
| 11/09/20 | B&W Copy | 184.90 |
| 11/13/20 | Other Professional Services; ALIX PARTNERS LLP; 11/13/2020 | 8,276.00 |
| 11/17/20 | Postage Expense | 99.40 |
| 11/17/20 | Color Copy | 315.00 |
| 11/17/20 | B&W Copy | 1,101.00 |
| 11/19/20 | B&W Copy | 831.60 |
| 11/20/20 | B&W Copy | 88.60 |
| 11/23/20 | Color Copy | .25 |
| 11/23/20 | B&W Copy | 385.50 |
| 11/24/20 | B&W Copy | 225.60 |
| 11/25/20 | US Messenger 10/20/2020 | 33.32 |
| 11/25/20 | US Messenger 10/20/2020 | 69.69 |
| 11/25/20 | US Messenger 10/29/2020 | 104.75 |
| 11/25/20 | US Messenger 10/29/2020 | 50.20 |
| 11/25/20 | US Messenger 10/20/2020 | -33.32 |
| 11/25/20 | US Messenger 10/20/2020 | -69.69 |
| 11/25/20 | US Messenger 10/29/2020 | -104.75 |
| 11/25/20 | US Messenger 10/29/2020 | -50.20 |
| 11/25/20 | US Messenger 10/20/2020 | 33.32 |
| 11/25/20 | US Messenger 10/20/2020 | 69.69 |
| 11/25/20 | US Messenger 10/29/2020 | 104.75 |
| 11/25/20 | US Messenger 10/29/2020 | 50.20 |
| 11/30/20 | Lexis Research | 862.34 |
| 11/30/20 | Westlaw Research | 1,933.85 |
| 11/30/20 | Westlaw Research | 159.01 |
|  | TOTAL DISBURSEMENTS | $ 17,061.43 |

MATTER 10113 TOTAL                                                                                 $ 17,061.43

# December 2020

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                                        **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 9/09/20 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 09/09/2020; Transcipt of 8/10/2020 Deposition of Dr. William Hildreth. | 5,249.96 |
| 9/09/20 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 09/09/2020; Transcipt of 8/7/2020 Deposition of Dr. Laura Gonzalez. | 2,868.30 |
| 9/09/20 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 09/09/2020; Transcipt of 8/12/2020 Deposition of Paul Hamilton. | 5,296.30 |
| 9/09/20 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 09/09/2020; Transcipt of 8/11/2020 Deposition of Robert Doty. | 4,180.58 |
| 9/16/20 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 09/16/2020; Transcipt of 8/14/2020 Deposition of Tony Argiz. | 5,154.06 |
| 11/17/20 | 11/17/2020 UPS Delivery Service 1Z6134380196055979 | 32.38 |
| 11/17/20 | 11/17/2020 UPS Delivery Service 1Z6134380198006189 | 37.75 |
| 11/18/20 | Postage Expense | 320.80 |
| 11/20/20 | Postage Expense | 237.45 |
| 11/23/20 | Witness Fee; CLERK, U.S. DISTRICT COURT; 11/23/2020; Pro Hac Vice App- Benson | 300.00 |
| 11/23/20 | 11/23/2020 UPS Delivery Service 1Z6134380197406981 | 19.20 |
| 11/30/20 | B&W Copy | 8.30 |
| 12/02/20 | B&W Copy | 15.30 |
| 12/04/20 | Postage Expense | 878.00 |
| 12/04/20 | B&W Copy | 1,618.30 |
| 12/04/20 | 12/04/2020 UPS Delivery Service 1Z6134380192850081 | 17.90 |
| 12/04/20 | 12/04/2020 UPS Delivery Service 1Z6134380198523558 | 35.71 |
| 12/08/20 | B&W Copy | 2.10 |
| 12/09/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 12/09/ 2020 | 70.00 |
| 12/09/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 12/09/ 2020 | 70.00 |
| 12/09/20 | B&W Copy | 10.60 |
| 12/11/20 | Other Professional Services; ALIX PARTNERS LLP; 12/11/2020; Professional Services 11/2020. | 8,134.00 |
| 12/14/20 | US Messenger 11/02/2020 | 70.25 |
| 12/14/20 | US Messenger 11/02/2020 | 33.88 |
| 12/14/20 | US Messenger 11/02/2020 | 112.58 |
| 12/16/20 | B&W Copy | 5.40 |
| 12/17/20 | US Messenger 11/20/2020 | 38.72 |
| 12/17/20 | US Messenger 11/20/2020 | 19.20 |
| 12/17/20 | US Messenger 11/20/2020 | 104.25 |
| 12/17/20 | US Messenger 11/20/2020 | 49.99 |
| 12/17/20 | US Messenger 11/24/2020 | 22.66 |
| 12/17/20 | US Messenger 11/24/2020 | 47.33 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 12/17/20 | US Messenger 11/24/2020 | 104.54 |
| 12/17/20 | US Messenger 11/24/2020 | 49.99 |
| 12/21/20 | US MESSENGER 12/02/2020 | 33.32 |
| 12/21/20 | US MESSENGER 12/04/2020 | 41.52 |
| 12/21/20 | US MESSENGER 12/04/2020 | 33.04 |
| 12/21/20 | US MESSENGER 12/04/2020 | 70.04 |
| 12/31/20 | Lexis Research | 118.34 |
| 12/31/20 | Westlaw Research | 25.36 |
| 12/31/20 | Westlaw Research | 1,379.55 |
| 12/31/20 | Westlaw Research | 106.48 |
| | TOTAL DISBURSEMENTS | $ 37,023.43 |

MATTER 10113 TOTAL $ 37,023.43

# January 2021

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                                      **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 1/04/21 | B&W Copy | 115.60 |
| 1/04/21 | 01/04/2021 UPS Delivery Service 1Z6134380196706337 | 8.11 |
| 1/04/21 | 01/04/2021 UPS Delivery Service 1Z6134380197894141 | 20.04 |
| 1/06/21 | Pacer Service Center - Electronic Records Access from 10/1/2020-12/31/2020. | 28.40 |
| 1/06/21 | Pacer - Access to electronic records 10/1/2020-12/31/2020. | 16.20 |
| 1/12/21 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 01/12/ 2021 | 70.00 |
| 1/12/21 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 01/12/ 2021 | 70.00 |
| 1/13/21 | Alix Partners LLP - Professional services 12/1/2020 - 12/31/2020. | 9,595.00 |
| 1/27/21 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 01/27/ 2021 | 70.00 |
| 1/31/21 | Westlaw Research | 464.55 |
| 1/31/21 | Westlaw Research | 170.38 |
|  | TOTAL DISBURSEMENTS | $ 10,628.28 |

MATTER 10113 TOTAL                                                                $ 10,628.28