**EXHIBIT B**

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY PROFESSIONAL BY LOCATION**
**FOR THE PERIOD OCTOBER 1, 2020 TO JANUARY 31, 2021**

| Professional | Position | Blended Billing Rate | Mainland Hours | Mainland Fees | On-island Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|
| Gumbs, Sean | Sr Managing Dir | $ 1,133 | 124.4 | $ 140,994.00 | - | $ - | 124.4 | $ 140,994.00 |
| Heeren, Ana | Sr Managing Dir | 925 | 16.3 | 15,077.50 | - | - | 16.3 | 15,077.50 |
| Park, Ji Yon [1] | Sr Managing Dir | 915 | 38.5 | 35,210.50 | - | - | 38.5 | 35,210.50 |
| Grunwald Kadar, Andrea [2] | Managing Dir | 915 | 147.3 | 134,779.50 | - | - | 147.3 | 134,779.50 |
| Litterst JR, Roland | Managing Dir | 760 | 12.0 | 9,120.00 | - | - | 12.0 | 9,120.00 |
| Whitcomb, John | Managing Dir | 760 | 7.4 | 5,624.00 | - | - | 7.4 | 5,624.00 |
| Garcia Pelaez, Andres | Senior Director | 650 | 5.1 | 3,315.00 | - | - | 5.1 | 3,315.00 |
| Jordan, Brittany | Senior Director | 650 | 0.5 | 325.00 | - | - | 0.5 | 325.00 |
| Fitschen, Ernst | Director | 705 | 201.1 | 141,775.50 | - | - | 201.1 | 141,775.50 |
| Sombuntham, Natalie | Director | 745 | 217.3 | 161,892.50 | - | - | 217.3 | 161,892.50 |
| Smotkin, Lauren | Sr. Consultant | 450 | 16.5 | 7,425.00 | - | - | 16.5 | 7,425.00 |
| Colthorpe, Charles | Consultant | 315 | 36.8 | 11,592.00 | - | - | 36.8 | 11,592.00 |
| Coryea, Karoline | Consultant | 350 | 4.0 | 1,400.00 | - | - | 4.0 | 1,400.00 |
| Gower, Connor | Consultant | 380 | 95.6 | 36,328.00 | - | - | 95.6 | 36,328.00 |
| Ji, Yuhan | Consultant | 315 | 70.3 | 22,144.50 | - | - | 70.3 | 22,144.50 |
| Locke, William | Consultant | 380 | 71.3 | 27,094.00 | - | - | 71.3 | 27,094.00 |
| Newton, Emilie | Consultant | 350 | 1.2 | 420.00 | - | - | 1.2 | 420.00 |
| Osipov, Sergey | Consultant | 315 | 6.4 | 2,016.00 | - | - | 6.4 | 2,016.00 |
| Velez, Hannah | Consultant | 350 | 39.9 | 13,965.00 | - | - | 39.9 | 13,965.00 |
| Hellmund-Mora, Marili | Project Asst | 290 | 0.7 | 203.00 | - | - | 0.7 | 203.00 |
| **SUBTOTAL** | | | **1,112.6** | **$ 770,701.00** | **-** | **$ -** | **1,112.6** | **$ 770,701.00** |
| Less: 50% discount for non-working travel time | | | | - | | - | | - |
| **GRAND TOTAL** | | | | **$ 770,701.00** | | **$ -** | | **$ 770,701.00** |

(1): Ms. Park has been promoted to a Senior Managing Director effective January 1, 2021, as permissible pursuant to the FTI Retention Application [Dkt. 877] approved by the FTI Retention Order [Dkt. 1413].

(2): Ms. Grunwald Kadar has left the firm but continues to be an active project team member as an FTI contractor, as permissible pursuant to the FTI Retention Application [Dkt. 877] approved by the FTI Retention Order [Dkt. 1413].