# EXHIBIT C

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY TASK CODE BY LOCATION**
**FOR THE PERIOD OCTOBER 1, 2020 TO JANUARY 31, 2021**

| Task Code | Task Description | Mainland Hours | Mainland Fees | On-island Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|
| 3 | Mediation | 99.1 | $ 89,634.50 | - | $ - | 99.1 | $ 89,634.50 |
| 4 | Analysis of the Fiscal Plan – General / Revenues | 85.7 | 73,024.50 | - | - | 85.7 | 73,024.50 |
| 9 | Potential Avoidance Actions & Litigation | 8.7 | 8,534.50 | - | - | 8.7 | 8,534.50 |
| 10 | Case Management | 3.9 | 3,100.50 | - | - | 3.9 | 3,100.50 |
| 13 | Analysis of Other Miscellaneous Motions / Litigations | 20.0 | 17,364.00 | - | - | 20.0 | 17,364.00 |
| 16 | Analysis and Review of the Plan of Adjustment | 64.0 | 54,985.00 | - | - | 64.0 | 54,985.00 |
| 17 | Analysis of Pension and Retiree Related Liabilities | 35.4 | 30,711.50 | - | - | 35.4 | 30,711.50 |
| 18 | General Mtgs with Retiree Cmte & Cmte Professionals | 84.1 | 79,706.00 | - | - | 84.1 | 79,706.00 |
| 24 | Preparation of Fee Application | 25.6 | 19,975.50 | - | - | 25.6 | 19,975.50 |
| 27 | Strategic Communications | 93.7 | 48,109.50 | - | - | 93.7 | 48,109.50 |
| 28 | Analysis of the Fiscal Plan – Economic Review | 592.4 | 345,555.50 | - | - | 592.4 | 345,555.50 |
| | **SUBTOTAL** | **1,112.6** | **$ 770,701.00** | **-** | **$ -** | **1,112.6** | **$ 770,701.00** |
| | Less: 50% discount for non-working travel time | | - | | - | | - |
| | **GRAND TOTAL** | | **$ 770,701.00** | | **$ -** | | **$ 770,701.00** |