# EXHIBIT F

**SUMMARY OF FTI CONSULTING, INC. EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2020 TO JANUARY 31, 2021**

| Expense Type | Amount |
|---|---:|
| Airfare | $ - |
| Lodging | - |
| Transportation | - |
| Working Meals | - |
| Other | 68,274.27 |
| **Subtotal** | **$ 68,274.27** |
| Less: Voluntary Reductions | - |
| **Grand Total** | **$ 68,274.27** |