# **EXHIBIT G**

**DETAILED EXPENSE RECORDS FOR FTI CONSULTING, INC.**
**FOR THE PERIOD OCTOBER 1, 2020 TO JANUARY 31, 2021**

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD OCTOBER 1, 2020 TO OCTOBER 31, 2020**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 09/30/20 | LaMagna, Matthew | Other | Google Ads Invoice for September 2020 Services for the Official Committee of Retirees Commonwealth of Puerto Rico. | $ 791.08 |
| 10/31/20 | LaMagna, Matthew | Other | Google Ads Invoice for October 2020 Services for the Official Committee of Retirees Commonwealth of Puerto Rico. | 1,597.87 |
| 10/31/20 | U.S. Relativity, Hosting | Other | Relativity online hosting fees for October 2020. | 1,000.00 |
| 11/10/20 | Sub-retained Vendor | Other | Sub-retained vendor fees for April to October 2020. | 58,120.00 |
| 11/30/20 | U.S. Relativity, Hosting | Other | Relativity online hosting fees for November 2020. | 1,000.00 |
| | | **Other Total** | | **$ 62,508.95** |
| | | **Subtotal** | | **62,508.95** |
| | | | Less: Voluntary Reductions | - |
| | | **Grand Total** | | **$ 62,508.95** |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD NOVEMBER 1, 2020 TO NOVEMBER 30, 2020**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| | | **NOT APPLICABLE IN THIS MONTH** | | |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD DECEMBER 1, 2020 TO DECEMBER 31, 2020**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 12/31/20 | U.S. Relativity, Hosting | Other | Relativity online hosting fees for December 2020. | $ 1,000.00 |
| 11/30/20 | LaMagna, Matthew | Other | Google Ads Invoice for November 2020 Services for the Official Committee of Retirees Commonwealth of Puerto Rico. | 1,611.06 |
| 12/31/20 | LaMagna, Matthew | Other | Google Ads Invoice for December 2020 Services for the Official Committee of Retirees Commonwealth of Puerto Rico. | 1,602.97 |
| | | **Other Total** | | **$ 4,214.03** |
| | | **Subtotal** | | **4,214.03** |
| | | Less: Voluntary Reductions | | - |
| | | **Grand Total** | | **$ 4,214.03** |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD JANUARY 1, 2021 TO JANUARY 31, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 01/31/21 | LaMagna, Matthew | Other | Google Ads Invoice for January 2021 Services for the Official Committee of Retirees Commonwealth of Puerto Rico. | $ 551.29 |
| 01/31/21 | U.S. Relativity, Hosting | Other | Relativity online hosting fees for January 2021. | 1,000.00 |
| | | **Other Total** | | **$ 1,551.29** |
| | | **Subtotal** | | 1,551.29 |
| | | | Less: Voluntary Reductions | - |
| | | **Grand Total** | | **$ 1,551.29** |