# **EXHIBIT B**

# **RETENTION ORDER**