## EXHIBIT C

## COMPENSATION BY PROJECT CATEGORY

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| CASE ADMINISTRATION/MISCELLANEOUS | 279.50 | $76,365.00 |
| CHALLENGES TO PROMESA | 12.20 | $3,972.50 |
| COMMITTEE GOVERNANCE AND MEETINGS | 85.70 | $24,877.50 |
| COMMUNICATIONS WITH RETIREES | 153.50 | $45,872.50 |
| CONTESTED MATTERS | 50.70 | $15,862.50 |
| COURT HEARINGS | 28.40 | $9,387.50 |
| DISCOVERY MATTERS | 0 | $0 |
| EMPLOYMENT OF PROFESSIONALS/FEE APPLICATIONS | 47.20 | $14,287.50 |
| ERS/TRS/JRS MATTERS | 81.00 | $24,015.00 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 98.20 | $30,340.00 |
| GO BOND ISSUES | 5.80 | $1,905.00 |
| MEDIATION | 57.80 | $17,530.00 |
| NON-WORKING TRAVEL TIME | 0 | $0 |
| PENSION ANALYSIS | 17.40 | $5,637.50 |
| PREPA | 13.90 | $5,055.00 |
| TOTAL | | $275,107.50 |