## **EXHIBIT D**

SUMMARY OF BENNAZAR, GARCÍA & MILIÁN, CSP EXPENSES

| Expense Description | Amount |
|---|---|
| Document Reproduction | $406.02 |
| Document Delivery | $883.00 |
| Postage | $0 |
| Translation services | $900.00 |
| **TOTAL** | **$2,189.02** |