# EXHIBIT F

## DETAILED EXPENSES OF BENNAZAR, GARCÍA & MILIÁN, C.S.P.

### OCTOBER 2020

<u>EXPENSES BGM</u>

| Date | Description | Amount |
|---|---|---:|
| 10/07/20 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): SIR SPEEDY #54385 | 219.37 |
| 10/08/20 | DOCUMENT DELIVERY: ROSARIO PACHECO, SAN JUAN | 15.00 |
| | DOCUMENT DELIVERY: LYDIA PELLOT, SAN JUAN | 15.00 |
| 10/08/20 | DOCUMENT DELIVERY: BLANCA PANIAGUA, CAROLINA | 18.00 |
| | DOCUMENT DELIVERY: MIGUEL FABRE, BAYAMÓN | 20.00 |
| | DOCUMENT DELIVERY: CARMEN NÚÑEZ, BAYAMÓN | 20.00 |
| | DOCUMENT DELIVERY: MILAGROS ACEVEDO, TOA ALTA | 35.00 |
| | DOCUMENT DELIVERY: MARCOS LÓPEZ, TOA ALTA | 40.00 |
| | DOCUMENT DELIVERY: JUAN ORTIZ, PONCE | 120.00 |
| 10/09/20 | TRANSLATIONS: R.I.T.A. INVOICE 6198; COR MEETING OF 10/9/2020 | 500.00 |
| | **SUBTOTAL**…………………………………………………………………………. | **$1,002.37** |

### NOVEMBER 2020

<u>EXPENSES BGM</u>

| Date | Description | Amount |
|---|---|---:|
| 11/11/20 | DOCUMENT DELIVERY SERVICES: MIGUEL FABRE, BAYAMÓN | 20.00 |
| | DOCUMENT DELIVERY SERVICES: ROSARIO PACHECO, SAN JUAN | 20.00 |
| | DOCUMENT DELIVERY SERVICES: BLANCA PANIAGUA, CAROLINA | 20.00 |
| | DOCUMENT DELIVERY SERVICES: LYDIA PELLOT, SAN JUAN | 20.00 |
| | DOCUMENT DELIVERY SERVICES: CARMEN NUÑEZ, BAYAMÓN | 25.00 |
| | DOCUMENT DELIVERY SERVICES: MILAGROS ACEVEDO, TOA ALTA | 35.00 |
| | DOCUMENT DELIVERY SERVICES: MARCOS LÓPEZ, TOA ALTA | 40.00 |
| | DOCUMENT DELIVERY SERVICES: JUAN ORTIZ, PONCE | 120.00 |
| 11/13/20 | TRANSLATIONS: RITA INVOICE 6310: COR MEETING OF NOVEMBER 13, 2020 | 400.00 |
| | **SUBTOTAL**…………………………………………………………………………. | **$700.00** |

## DECEMBER 2020

EXPENSES
BGM…………………………………………………..……… **$0.00**

## JANUARY 2021

<u>EXPENSES BGM</u>

| Date | Description | Amount |
|---|---|---|
| 01/19/21 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): SIR SPEEDY #54571; PRESENTATION TO LEGISLATURE OF P.R. | 126.44 |
| 01/28/21 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): SIR SPEEDY #54588; PRESENTATION FOR FEBRUARY 2, 2021 MEETING | 60.21 |
| 01/29/21 | DOCUMENT DELIVERY: MIGUEL FABRE, BAYAMÓN | 20.00 |
| | DOCUMENT DELIVERY: CARMEN NUÑEZ, BAYAMÓN | 20.00 |
| | DOCUMENT DELIVERY: ROSARIO PACHECO, SAN JUAN | 20.00 |
| | DOCUMENT DELIVERY: BLANCA PANIAGUA, CAROLINA | 20.00 |
| | DOCUMENT DELIVERY: LYDIA PELLOT, SAN JUAN | 20.00 |
| | DOCUMENT DELIVERY: MILAGROS ACEVEDO, TOA ALTA | 40.00 |
| | DOCUMENT DELIVERY: MARCOS LÓPEZ, TOA ALTA | 40.00 |
| | DOCUMENT DELIVERY: JUAN ORTIZ, PONCE | 120.00 |
| | **SUBTOTAL**…………………………………………………… | **$486.65** |

**TOTAL EXPENSES**……………………………..……… **$2,189.02**