# Exhibit D

### Summary of Segal Consulting Blended Hourly Rates

| Timekeeper Category | Blended Hourly Rate Billed in this Fee Application |
|---|---|
| **Senior Vice President** | $670 |
| **VP & Actuary** | $511 |
| **Actuary** | $438 |
| **Consultant** | No time this period |
| **Analyst** | $270 |
| **All Employees** | $515 |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Segal Consulting |
| Date of Application: | March 15, 2021 |
| Interim or Final: | Interim |