# Exhibit E

### Summary of Segal Consulting Hours Worked and Fees Incurred

| Name | Title | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Billed |
|---|---|---|---|---|---|
| Baty-Barr, Robert | Analyst | Pension | 270.00 | 16.50 | 4,455.00 |
| Bridges, Geoffrey W. | Actuary | Pension | 480.99 | 37.50 | 18,037.00 |
| Johnson, Noel | Actuary | Pension | 421.96 | 97.40 | 41,099.00 |
| Nicholl, Kim M. | Senior Vice President | Pension | 734.48 | 53.60 | 39,368.00 |
| Strom, Matthew A. | VP & Actuary | Pension | 583.51 | 39.90 | 23,282.00 |
| Timmons, Amy S. | VP & Sr. Consultant Administration | Pension | 511.37 | 24.90 | 12,733.00 |
| Sub-Total | | | | **269.80** | **138,974.00** |
| Less 50% Discount on Non-Working Travel Matter: | | | | | - |
| Total | | | | | **138,974.00** |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Segal Consulting |
| Date of Application: | March 15, 2021 |
| Interim or Final: | Interim |