# Exhibit G

### Summary of Segal Consulting Hours Worked and Fees Incurred

| Matter | Total Hours Billed | Total Fees |
|---|---:|---:|
| 001 Actuarial Analysis | 188.60 | $ 88,972.00 |
| 002 Research | - | $ - |
| 003 Data Analysis | - | $ - |
| 004 Calls & Meetings with Other Professionals | 36.20 | $ 20,497.00 |
| 005 Preparation of Reports | - | $ - |
| 006 Retirement Committee Meetings | 6.70 | $ 4,241.00 |
| 018 Case Administration | 38.30 | $ 25,264.00 |
| Non-Working Travel Time | - | $ - |
| Subtotal | **269.80** | **$ 138,974.00** |
| Less 50% Discount on Non-working Travel Matter | | $ - |
| Total | | **$ 138,974.00** |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Segal Consulting |
| Date of Application: | March 15, 2021 |
| Interim or Final: | Interim |