# EXHIBIT H

**Detailed Time Records for Segal Consulting**



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**November 17, 2020**

INVOICE#  397800

Client Number: 14812

OFFICIAL COMMITTEE OF RETIREES IN THE
COMMONWEALTH OF PUERTO RICO
C/O JENNER & BLOCK LLP

FOR PROFESSIONAL SERVICES RENDERED IN MAINLAND

DURING OCTOBER 2020:       $21,919.00

DISBURSEMENTS       $      -

**TOTAL INVOICE**       **$21,919.00**

I herby certify that no public servant of the Department of Treasury is a party to or has any interest in the
gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for
providing services under the contract is the payment agreed upon with the authorized representatives
of the Official Committee of Retirees in the Commonwealth of  Retirees of the Commonwealth of Puerto Rico.
The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not
been made.  To the best of my knowledge, Segal Consulting does not have any debts owed to the
Government of Puerto Rico or its instrumentalities.

*Kim Nicholl*

Kim Nicholl



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**November 17, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in October 2020:

Re:   Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 10/3/2020 | Johnson, Noel D. | Response to ████████ requests | 2.90 | 1,218.00 |
| 10/4/2020 | Johnson, Noel D. | Response to ████████ request | 3.30 | 1,386.00 |
| 10/5/2020 | Nicholl, Kim M. | Review of draft power point presentation for retiree committee meeting | 1.20 | 876.00 |
| 10/5/2020 | Timmons, Amy S. | Updating of weekly statistics to include new Facebook and Google tracking, preparation and distribution of | 0.90 | 459.00 |
| 10/12/2020 | Timmons, Amy S. | Preparation and distribution of website statistics | 0.80 | 408.00 |
| 10/13/2020 | Baty-Barr, Robert | Review and implement calculator code updates- initial testing round of new updates | 2.70 | 729.00 |
| 10/15/2020 | Timmons, Amy S. | Review and testing of changes to benefit calculator | 1.60 | 816.00 |
| 10/16/2020 | Baty-Barr, Robert | Field validation rules configuration and testing | 1.70 | 459.00 |
| 10/20/2020 | Timmons, Amy S. | Preparation and distribution of weekly statistics, review of edits to calculator | 0.80 | 408.00 |
| 10/20/2020 | Timmons, Amy S. | Review of edits to calculator | 1.30 | 663.00 |
| 10/20/2020 | Baty-Barr, Robert | Additional field validation rules configuration and testing and run quality assurance battery of tests as pre-check | 2.40 | 648.00 |
| 10/28/2020 | Baty-Barr, Robert | First round of client feedback updates- testing of updates | 2.20 | 594.00 |
| 10/28/2020 | Timmons, Amy S. | Review and testing of edits to calculator | 1.00 | 510.00 |
| 10/30/2020 | Johnson, Noel D. | Response and analysis to questions ████████ | 2.10 | 882.00 |
| 10/30/2020 | Bridges, Geoffrey W. | Reviewing work responding to FTI questions ████████ | 2.30 | 1,104.00 |
| 10/30/2020 | Timmons, Amy S. | Review and testing of calculator updates | 0.70 | 357.00 |
| 10/30/2020 | Baty-Barr, Robert | Add data reporting to the top section of calculation results (round 2 edits) including testing and deployement | 2.40 | 648.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Baty-Barr, Robert | 270.00 | 11.40 | 3,078.00 |
| Bridges, Geoffrey W. | 480.00 | 2.30 | 1,104.00 |
| Johnson, Noel D. | 420.00 | 8.30 | 3,486.00 |
| Nicholl, Kim M. | 730.00 | 1.20 | 876.00 |
| Timmons, Amy S. | 510.00 | 7.10 | 3,621.00 |
| | | 30.30 | 12,165.00 |



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**November 17, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in October 2020:

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|-----|-----|---|---|
| 10/6/2020 | Bridges, Geoffrey W. | Conference call with professionals to discuss projects and preparation for meeting with Retiree Committee | 0.50 | 240.00 |
| 10/6/2020 | Nicholl, Kim M. | Conference call with professionals to discuss projects and preparation for meeting with Retiree Committee | 0.50 | 365.00 |
| 10/19/2020 | Nicholl, Kim M. | Conference call with professionals to discuss projects, ███ and communications intitative | 0.70 | 511.00 |
| 10/19/2020 | Bridges, Geoffrey W. | Conference call with professionals to discuss projects, ███ and communications intitative | 0.70 | 336.00 |
| 10/26/2020 | Bridges, Geoffrey W. | Conference call with professionals to discuss projects, ███████ | 0.70 | 336.00 |
| 10/26/2020 | Johnson, Noel D. | Conference call with professionals to discuss projects, ███████ | 0.70 | 294.00 |
| 10/26/2020 | Nicholl, Kim M. | Conference call with professionals to discuss projects, ██████s. | 0.70 | 511.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|---|---|---|
| Bridges, Geoffrey W. | 480 | 1.90 | 912.00 |
| Johnson, Noel D. | 420 | 0.70 | 294.00 |
| Nicholl, Kim M. | 730 | 1.90 | 1,387.00 |
| | | 4.50 | 2,593.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**November 17, 2020**

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in October 2020:

Re:   Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|--|-------|-------|
| 10/9/2020 | Nicholl, Kim M. | Retiree Committee meeting ███████ ███████ | 2.60 | 1,898.00 |
| 10/9/2020 | Bridges, Geoffrey W. | Retiree Committee meeting ███████ ███████ | 2.60 | 1,248.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480.00 | 2.60 | 1,248.00 |
| Nicholl, Kim M. | 730.00 | 2.60 | 1,898.00 |
| | | 5.20 | 3,146.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**November 17, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in October 2020:

Re:  Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 10/1/2020 | Nicholl, Kim M. | Work on response to fee examiner | 1.30 | 949.00 |
| 10/14/2020 | Nicholl, Kim M. | Prepare December budget | 1.20 | 876.00 |
| 10/14/2020 | Nicholl, Kim M. | Prepare declaration to accompany September invoice | 0.90 | 657.00 |
| 10/14/2020 | Nicholl, Kim M. | Prepare September invoice - time in excess of | 2.10 | 1,533.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Nicholl, Kim M. | 730.00 | 5.50 | 4,015.00 |
| | | 5.50 | 4,015.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**November 17, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Baty-Barr, Robert | 270.00 | 11.40 | 3,078.00 |
| Bridges, Geoffrey W. | 480.00 | 6.80 | 3,264.00 |
| Johnson, Noel D. | 420.00 | 9.00 | 3,780.00 |
| Nicholl, Kim M. | 730.00 | 11.20 | 8,176.00 |
| Timmons, Amy S. | 510.00 | 7.10 | 3,621.00 |
| | | 45.50 | 21,919.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**December 15, 2020**

INVOICE#  399877

Client Number: 14812

OFFICIAL COMMITTEE OF RETIREES IN THE
COMMONWEALTH OF PUERTO RICO
C/O JENNER & BLOCK LLP

FOR PROFESSIONAL SERVICES RENDERED IN MAINLAND

DURING NOVEMBER 2020:                                    $47,533.00

DISBURSEMENTS                                  $                    -

**TOTAL INVOICE**                                    **$47,533.00**

I herby certify that no public servant of the Department of Treasury is a party to or has any interest in the
gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for
providing services under the contract is the payment agreed upon with the authorized representatives
of the Official Committee of Retirees in the Commonwealth of  Retirees of the Commonwealth of Puerto Rico.
The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not
been made.  To the best of my knowledge, Segal Consulting does not have any debts owed to the
Government of Puerto Rico or its instrumentalities.

Kim Nicholl



101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984 8500
Fax: (312) 896-9364

December 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in November 2020:

Re: Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 11/5/2020 | Bridges, Geoffrey W. | Drafting fee application. | 3.30 | 1,584.00 |
| 11/6/2020 | Bridges, Geoffrey W. | Drafting fee application. | 0.80 | 384.00 |
| 11/6/2020 | Nicholl, Kim M. | Work on fee application | 3.50 | 2,555.00 |
| 11/10/2020 | Strom, Matthew A. | Review tenth interim fee application for Segal | 2.10 | 1,218.00 |
| 11/11/2020 | Strom, Matthew A. | Review tenth interim fee application for Segal | 0.50 | 290.00 |
| 11/12/2020 | Bridges, Geoffrey W. | For fee application, tracking down missing payment | 3.90 | 1,872.00 |
| 11/12/2020 | Strom, Matthew A. | Work on tenth interim fee application for Segal | 0.50 | 290.00 |
| 11/16/2020 | Nicholl, Kim M. | Prepare budget for January | 1.10 | 803.00 |
| 11/16/2020 | Nicholl, Kim M. | Prepare October invoice - time in excess of preparing | 2.40 | 1,752.00 |
| 11/16/2020 | Nicholl, Kim M. | Final review of fee application | 1.40 | 1,022.00 |
| 11/16/2020 | Nicholl, Kim M. | Declaration to accompany October invoice | 0.80 | 584.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 480.00 | 8.00 | 3,840.00 |
| Nicholl, Kim M. | 730.00 | 9.20 | 6,716.00 |
| Strom, Matthew A. | 580.00 | 3.10 | 1,798.00 |
| | | 20.30 | 12,354.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

December 15, 2020

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in November 2020:

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 11/2/2020 | Johnson, Noel D. | Work on data analysis ███████████ | 1.20 | 504.00 |
| 11/2/2020 | Timmons, Amy S. | Preparation and distribution of weekly calculator statistics | 0.90 | 459.00 |
| 11/2/2020 | Timmons, Amy S. | Testing of changes to calculator | 2.10 | 1,071.00 |
| 11/4/2020 | Johnson, Noel D. | Work on distributions ████████ | 2.60 | 1,092.00 |
| 11/5/2020 | Johnson, Noel D. | Continued work on distributions ██████ | 3.10 | 1,302.00 |
| 11/6/2020 | Johnson, Noel D. | Preparation of ██████ numbers ████████ | 3.60 | 1,512.00 |
| 11/9/2020 | Johnson, Noel D. | Continued work on preparation of ██████████ numbers ██ | 2.80 | 1,176.00 |
| 11/9/2020 | Timmons, Amy S. | Checking of edits to calculator | 1.40 | 714.00 |
| 11/9/2020 | Timmons, Amy S. | Preparation and distribution of weekly calculator statistics | 0.90 | 459.00 |
| 11/10/2020 | Timmons, Amy S. | Review and testing of changes to calculator | 2.40 | 1,224.00 |
| 11/10/2020 | Baty-Barr, Robert | ██████████████████████- testing and deployment of new version for client approval | 2.80 | 756.00 |
| 11/13/2020 | Johnson, Noel D. | Continued work on distributions ██████ | 2.20 | 924.00 |
| 11/15/2020 | Baty-Barr, Robert | Push new version for live- testing and post deployment trouble shooting of calculator | 2.30 | 621.00 |
| 11/16/2020 | Strom, Matthew A. | Continued work on distributions ██████████ | 3.20 | 1,856.00 |
| 11/16/2020 | Johnson, Noel D. | Response to ██████████ request | 5.10 | 2,142.00 |
| 11/16/2020 | Bridges, Geoffrey W. | Discussion with Segal team, answers ██████████. | 0.50 | 240.00 |
| 11/16/2020 | Nicholl, Kim M. | Discussion with Segal team, answers ██████████ | 0.50 | 365.00 |
| 11/16/2020 | Strom, Matthew A. | Discussion with Segal team, answers ██████████ | 0.50 | 290.00 |
| 11/16/2020 | Timmons, Amy S. | Make changes to reporting on calculator | 1.80 | 918.00 |
| 11/16/2020 | Timmons, Amy S. | Preparation and distribution of weekly calculator statistics | 0.80 | 408.00 |
| 11/17/2020 | Johnson, Noel D. | Continued work on preparation of ████████ numbers ██ | 5.30 | 2,226.00 |
| 11/18/2020 | Johnson, Noel D. | Continued work on preparation of ████████ numbers ██ | 7.80 | 3,276.00 |
| 11/19/2020 | Johnson, Noel D. | Continued work on preparation of ████████ numbers ██████████████ | 4.70 | 1,974.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Baty-Barr, Robert | 270.00 | 5.10 | 1,377.00 |
| Bridges, Geoffrey W. | 480.00 | 0.50 | 240.00 |
| Johnson, Noel D. | 420.00 | 38.40 | 16,128.00 |
| Nicholl, Kim M. | 730.00 | 0.50 | 365.00 |
| Strom, Matthew A. | 580.00 | 3.70 | 2,146.00 |
| Timmons, Amy S. | 510.00 | 10.30 | 5,253.00 |
| | | 58.50 | 25,509.00 |



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**December 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in November 2020:

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|--|-------|-------|
| 11/2/2020 | Nicholl, Kim M. | Professional call to discuss the ███████ ███████████ Omnibus hearing, communication initiatve | 1.20 | 876.00 |
| 11/2/2020 | Bridges, Geoffrey W. | Professional call to discuss the ███████ ██████, Omnibus hearing, communication initiatve | 1.20 | 576.00 |
| 11/2/2020 | Johnson, Noel D. | Professional call to discuss the ███████ ███████ Omnibus hearing, communication initiatve | 1.20 | 504.00 |
| 11/2/2020 | Strom, Matthew A. | Professional call to discuss the ███████ █████ Omnibus hearing, communication initiatve | 1.20 | 696.00 |
| 11/9/2020 | Johnson, Noel D. | Professional call to discuss the upcoming Retiree Committee meeting agenda and materials | 0.70 | 294.00 |
| 11/9/2020 | Bridges, Geoffrey W. | Professional call to discuss the upcoming Retiree Committee meeting agenda and materials | 0.70 | 336.00 |
| 11/9/2020 | Nicholl, Kim M. | Professional call to discuss the upcoming Retiree Committee meeting agenda and materials | 0.70 | 511.00 |
| 11/16/2020 | Johnson, Noel D. | Professional call to discuss the Retiree Committee meeting ████████████ | 1.10 | 462.00 |
| 11/16/2020 | Strom, Matthew A. | Professional call to discuss the Retiree Committee meeting ████████████ | 1.10 | 638.00 |
| 11/16/2020 | Nicholl, Kim M. | Professional call to discuss the Retiree Committee meeting | 1.10 | 803.00 |
| 11/23/2020 | Nicholl, Kim M. | Professional call ████████████████ | 0.90 | 657.00 |
| 11/23/2020 | Bridges, Geoffrey W. | Professional call ████████████████ | 0.90 | 432.00 |
| 11/30/2020 | Bridges, Geoffrey W. | Professional call ████████████████ | 1.00 | 480.00 |
| 11/30/2020 | Strom, Matthew A. | Professional call ████████████████ | 1.00 | 580.00 |
| 11/30/2020 | Nicholl, Kim M. | Professional call ████████████████ | 1.00 | 730.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480 | 3.80 | 1,824.00 |
| Johnson, Noel D. | 420 | 3.00 | 1,260.00 |
| Nicholl, Kim M. | 730 | 4.90 | 3,577.00 |
| Strom, Matthew A. | 580 | 3.30 | 1,914.00 |
|  |  | 15.00 | 8,575.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**December 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in November 2020:

Re:   Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 11/13/2020 | Nicholl, Kim M. | Retiree committee meeting | 1.50 | 1,095.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Nicholl, Kim M. | 730.00 | 1.50 | 1,095.00 |
| | | 1.50 | 1,095.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**December 15, 2020**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Baty-Barr, Robert | 270.00 | 5.10 | 1,377.00 |
| Bridges, Geoffrey W. | 480.00 | 12.30 | 5,904.00 |
| Johnson, Noel D. | 420.00 | 41.40 | 17,388.00 |
| Nicholl, Kim M. | 730.00 | 16.10 | 11,753.00 |
| Strom, Matthew A. | 580.00 | 10.10 | 5,858.00 |
| Timmons, Amy S. | 510.00 | 10.30 | 5,253.00 |
| | | 95.30 | 47,533.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**January 15, 2021**

INVOICE#    401992

Client Number: 14812

OFFICIAL COMMITTEE OF RETIREES IN THE
COMMONWEALTH OF PUERTO RICO
C/O JENNER & BLOCK LLP

FOR PROFESSIONAL SERVICES RENDERED IN MAINLAND

DURING DECEMBER 2020:                                                    $40,468.00

DISBURSEMENTS                                          $_____-

**TOTAL INVOICE**                                                        **$40,468.00**

I herby certify that no public servant of the Department of Treasury is a party to or has any interest in
the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration
for providing services under the contract is the payment agreed upon with the authorized
representatives of the Official Committee of Retirees in the Commonwealth of  Retirees of the Commonwealth
of Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding
payment has not been made.  To the best of my knowledge, Segal Consulting does not have any debts
owed to the Government of Puerto Rico or its instrumentalities.

Kim Nicholl



101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984 8500
Fax: (312) 896-9364

**January 15, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in December 2020

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|-------------|--|-------|-------|
| 12/1/2020 | Nicholl, Kim M. | Review calculations | 1.90 | 1,387.00 |
| 12/1/2020 | Timmons, Amy S. | Preparation and distribution of weekly calculator statistics | 0.70 | 357.00 |
| 12/2/2020 | Timmons, Amy S. | Updates to calculator - testing of changes | 1.20 | 612.00 |
| 12/4/2020 | Strom, Matthew A. | Setting up sample | 3.20 | 1,856.00 |
| 12/7/2020 | Strom, Matthew A. | Illustrative samples of benefits | 3.60 | 2,088.00 |
| 12/7/2020 | Timmons, Amy S. | Preparation and distribution of weekly website statistics | 0.60 | 306.00 |
| 12/8/2020 | Strom, Matthew A. | Illustrative samples of benefits | 6.20 | 3,596.00 |
| 12/9/2020 | Strom, Matthew A. | Illustrative samples of benefits | 1.80 | 1,044.00 |
| 12/9/2020 | Timmons, Amy S. | Development and testing of edits to site for buttons | 0.80 | 408.00 |
| 12/11/2020 | Nicholl, Kim M. | Review sample benefit calculations | 2.50 | 1,825.00 |
| 12/11/2020 | Johnson, Noel D. | Internal meeting to discuss deliverables | 0.50 | 210.00 |
| 12/12/2020 | Bridges, Geoffrey W. | Reviewing response to questions | 2.70 | 1,296.00 |
| 12/12/2020 | Bridges, Geoffrey W. | Reviewing response to questions | 2.70 | 1,296.00 |
| 12/13/2020 | Johnson, Noel D. | Response to                questions | 2.30 | 966.00 |
| 12/13/2020 | Bridges, Geoffrey W. | Completing review of analysis for | 1.80 | 864.00 |
| 12/13/2020 | Johnson, Noel D. | Response to                questions | 2.30 | 966.00 |
| 12/13/2020 | Bridges, Geoffrey W. | Completing review of analysis for | 1.80 | 864.00 |
| 12/14/2020 | Johnson, Noel D. | Response to                request | 2.10 | 882.00 |
| 12/14/2020 | Bridges, Geoffrey W. | Completing review of analysis for                sending letter and attachments. | 1.90 | 912.00 |
| 12/14/2020 | Johnson, Noel D. | Response to                request | 2.10 | 882.00 |
| 12/14/2020 | Bridges, Geoffrey W. | Completing review of analysis for                sending letter and attachments. | 1.90 | 912.00 |
| 12/14/2020 | Timmons, Amy S. | Preparation and distribution of weekly usage statistics for calculator | 0.80 | 408.00 |
| 12/15/2020 | Johnson, Noel D. | Response to                              revisions based on team input | 2.90 | 1,218.00 |
| 12/15/2020 | Johnson, Noel D. | Response to                              revisions based on team input | 2.90 | 1,218.00 |
| 12/16/2020 | Johnson, Noel D. | Continue to work on response to                              revisions based on | 2.60 | 1,092.00 |
| 12/16/2020 | Johnson, Noel D. | Continue to work on response to                , revisions based on | 2.60 | 1,092.00 |
| 12/17/2020 | Johnson, Noel D. | Continue to work on response to                , revisions based on | 3.20 | 1,344.00 |
| 12/18/2020 | Johnson, Noel D. | Continue to work on response to                , revisions based on | 1.90 | 798.00 |
| 12/21/2020 | Nicholl, Kim M. | Work on sample benefit calculations | 1.60 | 1,168.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480 | 12.80 | 6,144.00 |
| Johnson, Noel D. | 420 | 25.40 | 10,668.00 |
| Nicholl, Kim M. | 730 | 6.00 | 4,380.00 |
| Strom, Matthew A. | 580 | 14.80 | 8,584.00 |
| Timmons, Amy S. | 510 | 4.10 | 2,091.00 |
| | | 63.10 | 31,867.00 |



101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

January 15, 2021

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in December 2020:

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 12/7/2020 | Nicholl, Kim M. | Professional call to discuss t██████████ | 1.00 | 730.00 |
| 12/7/2020 | Strom, Matthew A. | Professional call to discuss ████████ | 1.00 | 580.00 |
| 12/7/2020 | Johnson, Noel D. | Professional call to discuss ███████ | 1.00 | 420.00 |
| 12/7/2020 | Bridges, Geoffrey W. | Professional call to discuss ███████ | 1.00 | 480.00 |
| 12/14/2020 | Bridges, Geoffrey W. | Professional call to discuss ███████ | 0.90 | 432.00 |
| 12/14/2020 | Nicholl, Kim M. | Professional call to discuss ███████ | 0.90 | 657.00 |
| 12/14/2020 | Johnson, Noel D. | Professional call to discuss ███████ | 0.90 | 378.00 |
| 12/21/2020 | Nicholl, Kim M. | Professional call to discuss ███████ | 0.60 | 438.00 |
| 12/21/2020 | Johnson, Noel D. | Professional call to discuss ███████ | 0.60 | 252.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 480 | 1.90 | 912.00 |
| Johnson, Noel D. | 420 | 2.50 | 1,050.00 |
| Nicholl, Kim M. | 730 | 2.50 | 1,825.00 |
| Strom, Matthew A. | 580 | 1.00 | 580.00 |
| | | 7.90 | 4,367.00 |

EIN#    13-1975125

 **Segal**

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**January 15, 2021**

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in December 2020:

Re:   Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 12/16/2020 | Nicholl, Kim M. | Prepare November invoice - time in excess of | 3.80 | 2,774.00 |
| 12/16/2020 | Nicholl, Kim M. | Preparation of declaration to accompany November | 0.90 | 657.00 |
| 12/16/2020 | Nicholl, Kim M. | Preparation of January budget | 1.10 | 803.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Nicholl, Kim M. | 730.00 | 5.80 | 4,234.00 |
| | | 5.80 | 4,234.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

January 15, 2021

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Bridges, Geoffrey W. | 480.00 | 14.70 | 7,056.00 |
| Johnson, Noel D. | 420.00 | 27.90 | 11,718.00 |
| Nicholl, Kim M. | 730.00 | 14.30 | 10,439.00 |
| Strom, Matthew A. | 580.00 | 15.80 | 9,164.00 |
| Timmons, Amy S. | 510.00 | 4.10 | 2,091.00 |
|  |  | 76.80 | 40,468.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**February 17, 2021**

INVOICE#  404331

Client Number: 14812

OFFICIAL COMMITTEE OF RETIREES IN THE
COMMONWEALTH OF PUERTO RICO
C/O JENNER & BLOCK LLP

FOR PROFESSIONAL SERVICES RENDERED IN MAINLAND

DURING JANUARY 2021:                                        $29,054.00

DISBURSEMENTS                                        $                    -

**TOTAL INVOICE**                                        **$29,054.00**

I herby certify that no public servant of the Department of Treasury is a party to or has any interest in
the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration
for providing services under the contract is the payment agreed upon with the authorized
representatives of the Official Committee of Retirees in the Commonwealth of  Retirees of the Commonwealth
of Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding
payment has not been made.  To the best of my knowledge, Segal Consulting does not have any debts
owed to the Government of Puerto Rico or its instrumentalities.

Kim Nicholl



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**February 17, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in January 2021

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 1/4/2021 | Timmons, Amy S. | Updating of presentation, preparation and distribution of weekly web statistics. | 0.70 | 364.00 |
| 1/7/2021 | Nicholl, Kim M. | Work on sample | 1.70 | 1,275.00 |
| 1/8/2021 | Nicholl, Kim M. | Continue to analyze | 1.30 | 975.00 |
| 1/11/2021 | Johnson, Noel D. | Analysis of                                  samples | 1.20 | 516.00 |
| 1/11/2021 | Timmons, Amy S. | Weekly update and distribution of calculator website stats. | 0.70 | 364.00 |
| 1/12/2021 | Johnson, Noel D. | Expanded analysis | 7.20 | 3,096.00 |
| 1/13/2021 | Johnson, Noel D. | Continued work on the analysis            to reflect feedback from team | 3.40 | 1,462.00 |
| 1/14/2021 | Johnson, Noel D. | Continuation of the work on preparing a calculation spreadsheet | 2.60 | 1,118.00 |
| 1/15/2021 | Johnson, Noel D. | Continuation of the work on preparing a calculation spreadsheet | 1.90 | 817.00 |
| 1/19/2021 | Timmons, Amy S. | Preparation and distribution of calculator usage statistics for week. | 0.80 | 416.00 |
| 1/25/2021 | Johnson, Noel D. | Call with M. Strom and K. Nicholl to discuss | 0.30 | 129.00 |
| 1/25/2021 | Strom, Matthew A. | Review and test calculation worksheet | 3.60 | 2,124.00 |
| 1/25/2021 | Nicholl, Kim M. | Work on | 1.20 | 900.00 |
| 1/25/2021 | Timmons, Amy S. | Updating of weekly calculation statistics, call to discuss Google and other site advertising, participation on weekly | 1.20 | 624.00 |
| 1/26/2021 | Strom, Matthew A. | Review and test calculation worksheet | 5.50 | 3,245.00 |
| 1/27/2021 | Strom, Matthew A. | Continue review and test calculation worksheet | 3.40 | 2,006.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Johnson, Noel D. | 430.00 | 16.60 | 7,138.00 |
| Nicholl, Kim M. | 750.00 | 4.20 | 3,150.00 |
| Strom, Matthew A. | 590.00 | 12.50 | 7,375.00 |
| Timmons, Amy S. | 520.00 | 3.40 | 1,768.00 |
| | | 36.70 | 19,431.00 |



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**February 17, 2021**

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in January 2021:

Re:  Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 1/11/2021 | Johnson, Noel D. | Professional call | 0.70 | 301.00 |
| 1/11/2021 | Nicholl, Kim M. | Professional call t | 0.70 | 525.00 |
| 1/11/2021 | Bridges, Geoffrey W. | Professional call | 0.70 | 343.00 |
| 1/11/2021 | Strom, Matthew A. | Professional call | 0.70 | 413.00 |
| 1/19/2021 | Johnson, Noel D. | Professional call | 0.80 | 344.00 |
| 1/19/2021 | Nicholl, Kim M. | Professional call | 0.80 | 600.00 |
| 1/19/2021 | Strom, Matthew A. | Professional call | 0.80 | 472.00 |
| 1/19/2021 | Bridges, Geoffrey W. | Professional call | 0.80 | 392.00 |
| 1/25/2021 | Bridges, Geoffrey W. | Professional call | 0.80 | 392.00 |
| 1/25/2021 | Nicholl, Kim M. | Professional call | 1.00 | 750.00 |
| 1/25/2021 | Johnson, Noel D. | Professional call | 1.00 | 430.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 490 | 2.30 | 1,127.00 |
| Johnson, Noel D. | 430 | 2.50 | 1,075.00 |
| Nicholl, Kim M. | 750 | 2.50 | 1,875.00 |
| Strom, Matthew A. | 590 | 1.50 | 885.00 |
| | | 8.80 | 4,962.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984 8500
Fax: (312) 896-9364

February 17, 2021

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in January 2021:

Re:   Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 1/12/2021 | Nicholl, Kim M. | Prepare December invoice - time in excess of | 3.60 | 2,700.00 |
| 1/13/2021 | Bridges, Geoffrey W. | Providing the Hacienda with a breakdown of fees reductions for eighth interim period, broken down by month and mainland / island. | 1.40 | 686.00 |
| 1/14/2021 | Nicholl, Kim M. | Preparation of declaration to accompany December invoice | 0.80 | 600.00 |
| 1/14/2021 | Nicholl, Kim M. | Preparation of February budget | 0.90 | 675.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 490.00 | 1.40 | 686.00 |
| Nicholl, Kim M. | 750.00 | 5.30 | 3,975.00 |
| | | 6.70 | 4,661.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

February 17, 2021

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 490.00 | 3.70 | 1,813.00 |
| Johnson, Noel D. | 430.00 | 19.10 | 8,213.00 |
| Nicholl, Kim M. | 750.00 | 12.00 | 9,000.00 |
| Strom, Matthew A. | 590.00 | 14.00 | 8,260.00 |
| Timmons, Amy S. | 520.00 | 3.40 | 1,768.00 |
| | | 52.20 | 29,054.00 |

EIN#    13-1975125