# EXHIBIT D

### Summary of Marchand ICS Group Hours Worked and Fees Incurred

| Name of Professional | Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Ferdinand Díaz | Project Manager | $125.00 | 5.60 | $700.00 |
| Jorge Marchand | Principal | $175.00 | 295.70 | $51,747.50 |
| Male Noguera | Media Manager | $95.00 | 247.90 | $23,550.50 |
| María Schell | Business Editor | $110.00 | 315.80 | $34,738.00 |
| **Total** | | | **865.00** | **$110,736.00** |