# EXHIBIT E

## Summary of Marchand ICS Group Expenses

| Service Description | Amount |
|---|---:|
| Radio program expenses | $6,000.00 |
| Graphics creation, design, and support | $400.00 |
| Advertising for retiree outreach | $6,223.50 |
| Teleconference services | $327.44 |
| **TOTAL** | $12,950.94 |