## EXHIBIT F

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| Project Meetings | 287.90 | $38,522.00 |
| Project Management | 438.40 | $59,037.50 |
| Website Development and Management | 138.70 | $13,176.50 |
| **Total** | **865.00** | **$110,736.00** |