# <u>EXHIBIT H</u>

**Detailed Expense Records for Marchand ICS Group**

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From October 1 to October 31, 2020**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 10/4/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.00 |
| 10/20/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.00 |
| 10/20/2020 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 10/20/2020 | Uno Radio Group | ORC Weekly Radio Program (10 pre-recorded programs at Noti Uno Radio) | 2,000.00 |
| 10/22/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 42.72 |
| 10/27/2020 | LogMeIn/Open Voige | LogMeIn / Open Voice Coference Call Services Suscription for the ORC | 314.24 |

*Total:*   **4,056.96**

**Marchand ICS Group**

**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**

**Summary of Marchand ICS Group Expenses**

**From November 1 to November 30, 2020**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 11/9/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.00 |
| 11/16/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 400.00 |
| 11/20/2020 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 11/22/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 306.68 |
| | | *Total:* | **1,606.68** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From December 1 to December 31, 2020**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 12/1/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 600.00 |
| 12/17/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.00 |
| 12/20/2020 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 12/22/2020 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 178.68 |
| | | *Total:* | **1,678.68** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From January 1 to January 31, 2021**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 1/6/2021 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.00 |
| 1/8/2021 | Uno Radio Group | ORC Weekly Radio Program (10 pre-recorded programs at Noti Uno Radio) | 4,000.00 |
| 1/20/2021 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 1/22/2021 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 695.42 |
| 1/27/2021 | LogMeIn/Open Voige | LogMeIn / Open Voice Coference Call Services Suscription for the ORC | 13.20 |
| | | *Total:* | **5,608.62** |