# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION FOR FEE PERIOD

| Name | Title or Position | Department | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $115,857.00 | 429.10 | $270.00 | 0 |
| Luis F. Llach | Partner | Labor and Litigation | 2004 | $31,158.00 | 115.40 | $270.00 | 0 |
| Miguel A. Santiago | Partner | Corporate and Taxes | 1998 | $11,691.00 | 43.30 | $270.00 | 0 |
| | | **Total Partner:** | | **$158,706.00** | **587.80** | | |
| Ana M. Bigas | Counsel | Corporate and Taxes | 1994 | $624.00 | 2.60 | $240.00 | 0 |
| | | **Total Counsel:** | | **$624.00** | **2.60** | | |
| Natalia Palmer | Junior Partner | Corporate and Taxes | 2009 | $1,608.00 | 6.70 | $240.00 | 0 |
| | | **Total Junior Partner:** | | **$1,608.00** | **6.70** | | |
| Ericka Montull | Senior Associate | Labor and Litigation | 2011 | $200.00 | 1.00 | $200.00 | 0 |
| Cristina Fernández | Senior Associate | Labor and Litigation | 2015 | $18,040.00 | 90.20 | $200.00 | 1 |
| Juan Nieves | Senior Associate | Labor and Litigation | 2012 | $29,980.00 | 149.90 | $200.00 | 0 |

| Natalia Del Nido | Senior Associate | Labor and Litigation | 2011 | $2,360.00 | 11.80 | $200.00 | 0 |
|---|---|---|---|---|---|---|---|
| | | **Total Senior Associate:** | | **$50,580.00** | **252.90** | | |
| Coralis Sosa | Associate | Corporate and Taxes | 2020 | $1,989.00 | 11.70 | $170.00 | 0 |
| | | **Total Associate:** | | **$1,989.00** | **11.70** | | |
| Paralegal Services | Paralegal | Labor and Litigation | | $2,498.50 | 26.30 | $95.00 | 0 |
| | | **Total Paraprofessional:** | | **$2,498.50** | **26.30** | | |
| | **Total:** | | | **$216,005.50** | **888.00** | | |
| | **Blended Rate:** | | | | | **$243.25** | |
| | **Blended Rate Excluding Paraprofessionals:** | | | | | **$247.77** | |

2