# EXHIBIT D

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

22

**EXHIBIT D-1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET**

| Task Code and Project Category | Budgeted Hours | | | | | Billed Hours | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Total | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Total |
| B110 Case Administration | 15.00 | 15.00 | 15.00 | 7.00 | 52.00 | 6.90 | 6.50 | 8.10 | 6.50 | 28.00 |
| B112 General Creditor Inquiries | 1.00 | 1.00 | 1.00 | 1.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B113 Pleadings Review | 75.00 | 80.00 | 80.00 | 80.00 | 315.00 | 78.40 | 77.40 | 63.30 | 35.90 | 255.00 |
| B120 Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B130 Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 1.00 | 1.00 | 1.00 | 1.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 5.00 | 5.00 | 10.00 | 5.00 | 25.00 | 4.40 | 1.30 | 2.60 | 4.40 | 12.70 |
| B155 Court Hearings | 5.00 | 5.00 | 7.00 | 5.00 | 22.00 | 3.30 | 5.00 | 1.40 | 3.20 | 12.90 |
| B160 Employment / Fee Applications | 5.00 | 30.00 | 2.00 | 2.00 | 39.00 | 0.00 | 19.10 | 0.00 | 1.90 | 21.00 |
| B161 Budgeting (Case) | 4.00 | 4.00 | 4.00 | 3.00 | 15.00 | 1.80 | 1.70 | 2.00 | 1.30 | 6.80 |
| B165 Fee and Employment Applications of Other Professionals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B170 Fee and Employment Objections | 1.00 | 2.00 | 2.00 | 2.00 | 7.00 | 0.00 | 0.00 | 0.00 | 1.20 | 1.20 |
| B180 Avoidance Action | 55.00 | 65.00 | 65.00 | 58.00 | 243.00 | 54.90 | 65.00 | 25.90 | 35.70 | 181.50 |

1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B185 Assumption / Rejection of Leases and Contracts | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B190 Other Contested Matters | 45.00 | 45.00 | 42.00 | 38.00 | 170.00 | 43.60 | 38.30 | 42.00 | 28.40 | 152.30 |
| B191 General Litigation | 75.00 | 78.00 | 75.00 | 75.00 | 303.00 | 74.70 | 17.50 | 37.00 | 64.80 | 194.00 |
| B195 Non-Working Travel | 1.00 | 1.00 | 1.00 | 1.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 1.00 | 1.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B220 Employee Benefits / Pensions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B230 Financing / Cash Collections | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 Security Document Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 1.00 | 1.00 | 1.00 | 1.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 Investigations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B310 Claims Administration and Objections | 10.00 | 15.00 | 8.00 | 4.00 | 37.00 | 9.70 | 0.00 | 0.00 | 4.00 | 13.70 |
| B312 Objections to Claims | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B320 Plan and Disclosure Statement | 1.00 | 1.00 | 1.00 | 4.00 | 7.00 | 0.00 | 1.00 | 0.00 | 0.50 | 1.50 |
| B420 Restructurings | 4.00 | 5.00 | 4.00 | 1.00 | 14.00 | 3.50 | 1.10 | 2.80 | 0.00 | 7.40 |
| **TOTAL HOURS** | **306.00** | **355.00** | **319.00** | **288.00** | **1,268.00** | **281.20** | **233.90** | **185.10** | **187.80** | **888.00** |
| **TOTAL FEES** | **$72,828.00** | **$84,490.00** | **$75,922.00** | **$68,544.00** | **$301,784.00** | **$69,875.00** | **$56,839.00** | **$42,692.50** | **$46,599.00** | **$216,005.50** |

2

## FURTHER BREAKDOWN OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND BY MATTER

### General (Matter ID: 396-00002)

| Task Code and Project Category | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 18.80 | $4,656.00 |
| B113 - Pleadings Review | 149.50 | $36,466.00 |
| B150 - Meetings of and Communications with Creditors | 12.70 | $3,128.00 |
| B155 - Court Hearings | 12.90 | $3,220.50 |
| B160 - Fee/Employment Applications | 3.00 | $810.00 |
| B190 - Other Contested Matters | 106.80 | $28,170.00 |
| B191 - General Litigation | 144.10 | $36,757.50 |
| B310 - Claims Administration and Objections | 4.00 | $1,080.00 |
| B320 - Plan and Disclosure Statement | 1.00 | $270.00 |
| B420 - Restructurings | 7.40 | $1,998.00 |
| **Total** | **460.20** | **$116,556.00** |

### PREPA (Matter ID: 396-00006)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 0.90 | $85.50 |
| B113 - Pleadings Review | 34.80 | $9,200.00 |
| B190 - Other Contested Matters | 27.30 | $5,654.00 |
| B191 - General Litigation | 12.70 | $1,766.50 |
| **Total** | **75.70** | **$16,706.00** |

### HTA (Matter ID: 396-00007)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Review | 17.30 | $4,608.00 |
| B191 - General Litigation | 2.60 | $702.00 |
| **Total** | **19.90** | **$5,310.00** |

### ERS (Matter ID: 396-00008)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Review | 45.70 | $12,269.00 |
| B190 - Other Contested Matters | 9.10 | $2,373.00 |
| B191 - General Litigation | 8.80 | $2,376.00 |
| **Total** | **63.60** | **$17,018.00** |

### GO Bond Debt Issues (Matter ID: 396-00011)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 0.90 | $85.50 |
| B191 - General Litigation | 0.20 | $19.00 |
| **Total** | **1.10** | **$104.50** |

### Fee Application (Matter ID: 396-00015)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 2.60 | $702.00 |
| B160 - Fee/Employment Applications | 18.00 | $3,092.50 |
| B161 - Budgeting (Case) | 6.80 | $1,836.00 |
| B170 - Fee/Employment Objections | 1.20 | $324.00 |
| **Total** | **28.60** | **$5,954.50** |

### Commonwealth Claims Review (Matter ID: 396-00017)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Review | 3.60 | $972.00 |
| B190 - Other Contested Matters | 2.40 | $648.00 |
| B191 - General Litigation | 2.90 | $783.00 |
| B320 - Plan and Disclosure Statement | 0.50 | $135.00 |
| **Total** | **9.40** | **$2,538.00** |

### Avoidance Actions (Matter ID: 396-00018)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 4.80 | $1,208.50 |
| B113 - Pleadings Review | 4.10 | $1,107.00 |
| B180 - Avoidance Action | 181.50 | $39,793.00 |
| B190 - Other Contested Matters | 6.70 | $1,809.00 |
| B191 - General Litigation | 22.70 | $5,485.00 |
| B310 - Claims Administration and Objections | 9.70 | $2,416.00 |
| **Total** | **229.50** | **$51,818.50** |

# EXHIBIT D-2

## SUMMARY OF EXPENSES BY CATEGORY

| Category | Amount |
|---|---:|
| Certified Translations Expense | $819.56 |
| Conference Calls Expense | $7.65 |
| Court Solutions Fees re: Fee Appearances at Hearings | $560.00 |
| Delivery Expense | $55.00 |
| Filing Fees | $1,310.00 |
| Internal Revenue Stamps | $20.40 |
| Photocopies Expense | $3,236.20 |
| Postage Expense | $639.38 |
| Transcription of Hearings Expense | $116.40 |
| Translations Expense | $455.58 |
| **Total** | **$7,220.17** |