# EXHIBIT E

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR

### October 2020 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $57,784.00 | $52,005.60 | $1,444.97 | $53,450.57 |
| PREPA | $2,643.00 | $2,378.70 | $0.00 | $2,378.70 |
| HTA | $2,443.00 | $2,198.70 | $0.00 | $2,198.70 |
| ERS | $7,005.00 | $6,304.50 | $0.00 | $6,304.50 |
| **Total** | **$69,875.00** | **$62,887.50** | **$1,444.97** | **$64,332.47** |

### November 2020 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $43,867.00 | $39,480.30 | $3,286.84 | $42,767.14 |
| PREPA | $3,856.00 | $3,470.40 | $512.10 | $3,982.50 |
| HTA | $945.00 | $850.50 | $0.00 | $850.50 |
| ERS | $8,171.00 | $7,353.90 | $0.00 | $7,353.90 |
| **Total** | **$56,839.00** | **$51,155.10** | **$3,798.94** | **$54,954.04** |

**December 2020 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $30,488.50 | $27,439.65 | $1,625.93 | $29,065.58 |
| PREPA | $9,181.00 | $8,262.90 | $15.00 | $8,277.90 |
| HTA | $1,781.00 | $1,602.90 | $0.00 | $1,602.90 |
| ERS | $1,242.00 | $1,117.80 | $0.00 | $1,117.80 |
| **Total** | **$42,692.50** | **$38,423.25** | **$1,640.93** | **$40,064.18** |

**January 2021 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $44,832.00 | $40,348.80 | $335.33 | $40,684.13 |
| PREPA | $1,026.00 | $923.40 | $0.00 | $923.40 |
| HTA | $141.00 | $126.90 | $0.00 | $126.90 |
| ERS | $600.00 | $540.00 | $0.00 | $540.00 |
| **Total** | **$46,599.00** | **$41,939.10** | **$335.33** | **$42,274.43** |