# EXHIBIT F

# LIST OF PROFESSIONALS BY MATTER

| Matter Number | Matter Name | Timekeeper Name | Initials | Position |
|---|---|---|---|---|
| 396-00002 | General | Juan J. Casillas | JJC | Partner |
| | | Luis Llach | LLL | Partner |
| | | Miguel A. Santiago | MAS | Partner |
| | | Ana M. Bigas | AB | Counsel |
| | | Natalia Palmer | NP | Junior Partner |
| | | Cristina Fernandez | CF | Senior Associate |
| | | Ericka Montull | EM | Senior Associate |
| | | Juan Nieves | JN | Senior Associate |
| | | Natalia Del Nido | ND | Senior Associate |
| | | Coralis Sosa | CS | Associate |
| | | Paralegal Services | PLS | Paralegal |
| 396-00006 | PREPA | Juan J. Casillas | JJC | Partner |
| | | Cristina Fernandez | CF | Senior Associate |
| | | Coralis Sosa | CS | Associate |
| | | Paralegal Services | PLS | Paralegal |
| 396-00007 | HTA | Juan J. Casillas | JJC | Partner |
| | | Cristina Fernandez | CF | Senior Associate |
| 396-00008 | ERS | Juan J. Casillas | JJC | Partner |
| | | Cristina Fernandez | CF | Senior Associate |
| 396-00011 | GO Bond Debt Issues | Paralegal Services | PL | Paralegal |
| 396-00015 | Fee Application | Juan J. Casillas | JJC | Partner |
| | | Luis Llach | LLL | Partner |
| | | Paralegal Services | PL | Paralegal |
| 396-00017 | Commonwealth Claims Review | Juan J. Casillas | JJC | Partner |

| 396-00018 | Avoidance Actions | Juan J. Casillas | JJC | Partner |
|---|---|---|---|---|
| | | Luis Llach | LLL | Partner |
| | | Juan Nieves | JN | Senior Associate |
| | | Paralegal Services | PLS | Paralegal |