## SCHEDULE 1

## MONTHLY STATEMENTS COVERED IN APPLICATION

(attached hereto)

| Date Submitted | Monthly Period Covered | Requested Fees (90%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 10% Fee Holdback |
|---|---|---|---|---|---|---|
| Interim Fee Period: September 16, 2020 through January 15, 2021 | | | | | | |
| 12/23/20 | 9/16/20 - 10/15/20 | $4,500.00 | $0.00 | $4,500.00 | $0.00 | $500.00 |
| 1/13/21 | 10/16/20 - 11/15/20 | $27,000.00 | $0.00 | $27,000.00 | $0.00 | $3,000.00 |
| 3/11/21 | 11/16/20 - 12/15/20 | $27,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| 3/12/21 | 12/16/20 - 1/15/21 | $27,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| **Total** | | $85,500.00 | $0.00 | $31,500.00 | $0.00 | $9,500.00 |




# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 10/16/2020 | 2020-0637 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>SEPTEMBER 16, 2020 TO OCTOBER 15, 2020<br><br>FEE MESUAL: | 5,000.00 |

- Communications and others
  1. Conference call with board members for new communications plan after elections (1 hr. October, 13)
  2. Monitoring local media
     1. Daily clippings with their translation of article/news related to matters of the Committee.
     2. Daily we spend around 1.0 hour doing these clippings/translations and sending them to the UCC
        Estimated hours on this project: 30 hours

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 11/16/2020 | 2020-0684 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>OCTOBER 16, 2020 TO NOVEMBER 15, 2020<br><br>FEE MESUAL: | 30,000.00 |

Communications and others
- 1. Monitoring local media
    1. Daily clippings with their translation of article/news related to matters of the Committee.
    2. Daily we spend around 1.0 hour doing these clippings/translations and sending them to the UCC
    Estimated hours on this project: 30 hours
- 2. Conference calls
    1. Multiple conference calls to address how we are going to stablish dialogues with politicians and the new government.
    Estimated hours on this: 2 hrs.

Website
- 1. Edits to existing sections
- 2. Create new section to have the updates of the ERS claims
    Estimated hours on this: 5 hrs.

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 12/16/2020 | 2020-0751 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>NOVEMBER 16, 2020 TO DECEMBER 15, 2020<br><br>FEE MESUAL:<br><br>Communications and other efforts<br>- 1. Monitoring local media<br>    1. Daily clippings with their translation of article/news related to matters of the Committee.<br>    2. Daily we spend around 1.0 hour doing these clippings/translations and sending them to the UCC<br>      Estimated hours on this project: 30 hours<br>- 2. Conference calls<br>    1. Multiple conference calls to address how we are going to stablish dialogues with politicians and the new government.<br>      Estimated hours on this: 3 hrs.<br>- 3. Presentation<br>    1. Worked on a power point presentation of who the committee is for meetings with key people in government<br><br>Website<br>- 1. Edits to existing sections<br>- 2. Worked on the new sections of ERS claims<br>    Estimated hours on this: 4 hrs. | 30,000.00 |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 1/31/2021 | 2021-0026 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>DECEMBER 16, 2020 TO JANUARY 15, 2021<br><br>FEE MESUAL:<br>- Communications and other efforts<br>  1. Monitoring local media<br>    1. Daily clippings with their translation of article/news related to matters of the Committee.<br>    2. Daily we spend around 1.0 hour doing these clippings/translations and sending them to the UCC<br>       Estimated hours on this project: 30 hours<br>  2. Conference calls<br>    1. Multiple conference calls to address how we are going to stablish dialogues with politicians and the new government.<br>       Estimated hours on this: 3 hrs.<br><br>- Website<br>  1. Edits to the home page section<br>  2. Worked on the new sections of ERS claims to have live on page for the eblast to creditors<br>     Estimated hours on this: 2 hrs. | 30,000.00 |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209