**Exhibit A**

**Summary of Fees Incurred by Professional**

| EXHIBIT A: SUMMARY OF FEES INCURRED BY PROFESSIONAL | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Billing Rate*** | **Hours** | **100% of Fees** |
| Stenger, Edward J | Managing Director | $ 1,295 | 4.4 | $ 5,588.00 |
| Brown, Marc J | Managing Director | 1,125 | 0.5 | 562.50 |
| Martinez, Scott | Director | 935 | 513.7 | 471,042.00 |
| Ubarri, Enrique R | Director | 935 | 0.5 | 455.00 |
| Kardos, Elizabeth S | Director | 735 | 1.7 | 1,207.00 |
| Praga, Deborah | Vice President | 625 | 92.9 | 56,682.50 |
| Verry, Laura C | Senior Vice President | 530 | 1.9 | 969.00 |
| Sundt, Kaitlyn A | Senior Vice President | 530 | 2.2 | 1,122.00 |
| Goldberg, Ross | Associate | 190 | 10.2 | 1,938.00 |
| Castells Rendon, Sofia A | Associate | 190 | 19.0 | 3,610.00 |
| **Total** | | | **647.0** | **$ 543,176.00** |
| Less: Agreed Upon Fee Reduction for 9th Interim Period | | | | $ (552.00) |
| **Grand Total** | | | | **$ 542,624.00** |

*Reflects billing rates effective January 1, 2021.