# Exhibit B

## Summary of Hours and Fees by Project Category

| Matter Category | Old Matter Category | Description | Hours | 100% Fees |
|---|---|---|---|---|
| EXHIBIT B: SUMMARY OF FEES INCURRED DURING THE INTERIM PERIOD BY PROJECT CATEGORY | | | | |
| 12275.00100 | 1 | Planning & Coordination / Case Management | 6.4 | $ 6,028.00 |
| 12275.00101 | 2 | Meetings and Communications with Committee Members and/or Professionals | 73.8 | 64,187.50 |
| 12275.00102 | 3 | Communication with Interested Parties | 88.9 | 74,058.50 |
| 12275.00103 | 4 | Liquidity and Cash Management | 119.6 | 106,883.50 |
| 12275.00104 | 5 | Fiscal Plan and Related Budgets Analysis and Assessment | 21.2 | 19,146.50 |
| 12275.00105 | 6 | Financial and Other Diligence | 34.5 | 31,850.50 |
| 12275.00106 | 7 | Sales of Assets | - | - |
| 12275.00107 | 8 | Due Diligence of Commonwealth Assets | - | - |
| 12275.00108 | 9 | Debt Capacity | 1.7 | 1,547.00 |
| 12275.00109 | 10 | Investments in Puerto Rico, Including Public-Private Partnerships | - | - |
| 12275.00110 | 11 | Plan of Adjustment Review and Negotiations | 16.1 | 13,949.50 |
| 12275.00111 | 12 | Litigation Support and Claims Analysis | 133.8 | 97,928.50 |
| 12275.00112 | 13 | Testimony / Court Appearance | 6.9 | 6,356.50 |
| 12275.00113 | 14 | Expert Reports | - | - |
| 12275.00114 | 15 | Pension Matters | 4.6 | 4,186.00 |
| 12275.00115 | 16 | Retention | 5.5 | 3,265.00 |
| 12275.00116 | 17 | Fee Statements and Fee Applications | 33.7 | 24,361.00 |
| 12275.00117 | 19 | PREPA Title III | 89.4 | 79,501.50 |
| 12275.00118 | 20 | HTA Title III | 3.8 | 3,458.00 |
| 12275.00119 | 21 | ERS Title III | 7.1 | 6,468.50 |
| 12275.00129 | 18 | Non-Working Travel Time | - | - |
| **Total** | | | 647.0 | $ 543,176.00 |
| Less: Agreed Upon Fee Reduction for 9th Interim Period | | | | $ (552.00) |
| **Grand Total** | | | | $ 542,624.00 |