**Exhibit D**

**Summary of Expenses**

| EXHIBIT D: Summary of Expenses Incurred During the Interim Period ||
|---|---:|
| **Category** | **Total** |
| Phone | $ 9.38 |
| **Grand Total** | **$ 9.38** |