**Exhibit E**

**Detail of Expenses by Expense Category**

| EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY | | | | | |
|---|---|---|---|---|---|
| Professional | Date | Category | Description | | Amount |
| Martinez, Scott | 9/24/2020 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | $ | 9.38 |
| **Total Phone Expense** | | | | **$** | **9.38** |
| **Total Expenses** | | | | **$** | **9.38** |