# **EXHIBIT C**

## **BUDGET AND STAFFING PLAN**

## EXHIBIT C-1

### BUDGET (OCTOBER 2020)

**Period Covered:** October 1, 2020 through October 31, 2020[1]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period October 1, 2020 through October 31, 2020 |
|---|---|
| B110   Case Administration | 75 |
| B112   General Creditor Inquiries | 2 |
| B113   Pleadings Review | 25 |
| B120   Asset Analysis and Recovery | 2 |
| B130   Asset Disposition | 0 |
| B140   Relief from Stay / Adequate Protection Proceedings | 20 |
| B150   Meetings of Creditors' Committee and Communications with Creditors | 100 |
| B155   Court Hearings | 25 |
| B160   Employment / Fee Applications | 40 |
| B161   Budgeting (Case) | 2 |
| B165   Fee and Employment Applications of Other Professionals | 10 |
| B170   Fee and Employment Objections | 2 |
| B180   Avoidance Action Analysis | 5 |
| B185   Assumption / Rejection of Leases and Contracts | 25 |
| B190   Other Contested Matters | 25 |
| B191   General Litigation (including mediation process and handling of adversary proceedings) | 250 |

---

[1]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

| B195 | Non-Working Travel[2] | 0 |
|---|---|---|
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 5 |
| B220 | Employee Benefits/Pensions | 0 |
| B230 | Financing / Cash Collections | 0 |
| B231 | Security Document Analysis | 5 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 5 |
| B261 | Investigations | 0 |
| B310 | Claims Administration and Objections | 200 |
| B320 | Plan and Disclosure Statement | 50 |
| B420 | Restructurings | 100 |
| **TOTAL HOURS** | | **973** |
| **TOTAL ESTIMATED FEE** | | **$1,004,136.00[3]** |
| ***MINUS 20% REDUCTION[4]*** | | **($200,827.20)** |
| **TOTAL ESTIMATED FEE (NET OF REDUCTION)** | | **$803,308.80** |

---

[2]    The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

[3]    The Total Estimated Fees are calculated based on a $1,031 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from October 1, 2020 through October 31, 2020. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time. However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $825.

[4]    For illustrative purposes only. Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process. In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

### ADDITIONAL OCTOBER 2020 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

**Period Covered:**  October 1, 2020 through October 31, 2020

**A.**     **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a decision on confirmation of the Commonwealth plan of adjustment.

**B.**     **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO Lien Challenges")**

On March 10, 2020, the Court stayed the GO Lien Challenges pending a decision on confirmation of the Commonwealth plan of adjustment.

**C.**     **Adversary Proceeding Against Underwriters, Etc.**

Genovese represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul Hastings has no involvement in this adversary proceeding.

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on confirmation of the Commonwealth plan of adjustment.

**D.**     **Garden-Variety Avoidance Actions**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period October 1, 2020 through October 30, 2020 |
| --- | --- |
| B191   General Litigation | 20 |
| **TOTAL HOURS** | **20** |

**E.**     **Other Stayed Co-Plaintiff Adversary Proceedings**

Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

**F.    Co-Plaintiff Adversary Proceedings related to ERS**

On October 24, 2020, the Court approved a scheduling order regarding discovery and summary judgment briefing on the lien scope issues and *ultra vires* issues with respect to the ERS bonds. Accordingly, (a) the lien scope litigation, *i.e.*, Adv. Proc. No. 19-366 and Adv. Proc. No. 19-367 and (b) count I of the complaints seeking to recover fraudulent transfers made on account of ERS bonds that were not validly issued, *i.e.*, Adv. Proc. No. 19-355, Adv. Proc. No. 19-356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv. Proc. No. 19-361, were unstayed.

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period October 1, 2020 through October 31, 2020 |
|---|---|
| B191   General Litigation | 100 |
| **TOTAL HOURS** | **100** |

The foregoing sub-budget is not intended to reflect time that Paul Hastings anticipates spending on litigating its stand-alone objection to the ERS bonds.

## BUDGET (NOVEMBER 2020)

**Period Covered:**  November 1, 2020 through November 30, 2020[5]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period November 1, 2020 through November 30, 2020 |
|---|---|
| B110  Case Administration | 75 |
| B112  General Creditor Inquiries | 2 |
| B113  Pleadings Review | 25 |
| B120  Asset Analysis and Recovery | 2 |
| B130  Asset Disposition | 0 |
| B140  Relief from Stay / Adequate Protection Proceedings | 20 |
| B150  Meetings of Creditors' Committee and Communications with Creditors | 100 |
| B155  Court Hearings | 30 |
| B160  Employment / Fee Applications | 40 |
| B161  Budgeting (Case) | 2 |
| B165  Fee and Employment Applications of Other Professionals | 5 |
| B170  Fee and Employment Objections | 2 |
| B180  Avoidance Action Analysis | 5 |
| B185  Assumption / Rejection of Leases and Contracts | 10 |
| B190  Other Contested Matters | 10 |
| B191  General Litigation (including mediation process and handling of adversary proceedings) | 200 |
| B195  Non-Working Travel[6] | 0 |

---

[5]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 5 |
|---|---|---|
| B220 | Employee Benefits/Pensions | 0 |
| B230 | Financing / Cash Collections | 0 |
| B231 | Security Document Analysis | 5 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 5 |
| B261 | Investigations | 0 |
| B310 | Claims Administration and Objections | 300 |
| B320 | Plan and Disclosure Statement | 50 |
| B420 | Restructurings | 100 |
| **TOTAL HOURS** | | **993** |
| **TOTAL ESTIMATED FEE** | | **$1,022,790.00**[7] |
| ***MINUS 20% REDUCTION***[8] | | **($204,558.00)** |
| **TOTAL ESTIMATED FEE (NET OF REDUCTION)** | | **$818,232.00** |

---

[6]    The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

[7]    The Total Estimated Fees are calculated based on a $1,030 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from November 1, 2020 through November 30, 2020. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time.  However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $824.

[8]    For illustrative purposes only.  Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process.  In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

**ADDITIONAL NOVEMBER 2020 SUB-BUDGETS FOR MATTERS JOINTLY
PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:**  November 1, 2020 through November 30, 2020

**A.      Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond
          Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a decision on
confirmation of the Commonwealth plan of adjustment.

**B.      Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO
          Lien Challenges")**

On March 10, 2020, the Court stayed the GO Lien Challenges pending a decision on
confirmation of the Commonwealth plan of adjustment.

**C.      Adversary Proceeding Against Underwriters, Etc.**

Genovese represents the Committee with respect to the adversary proceeding against various
underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No.
19-280].  Paul Hastings has no involvement in this adversary proceeding.

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on
confirmation of the Commonwealth plan of adjustment.

**D.      Garden-Variety Avoidance Actions**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period November 1, 2020 through November 30, 2020 |
|---|---|
| B191   General Litigation | 20 |
| **TOTAL HOURS** | **20** |

**E.      Other Stayed Co-Plaintiff Adversary Proceedings**

Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in which the
Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained
stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of
  GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282,
  Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No.
  19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

**F.    Co-Plaintiff Adversary Proceedings related to ERS**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period November 1, 2020 through November 30, 2020 |
|---|---|
| B191   General Litigation | 100 |
| **TOTAL HOURS** | **100** |

The foregoing sub-budget is not intended to reflect time that Paul Hastings anticipates spending on litigating its stand-alone objection to the ERS bonds.

## BUDGET (DECEMBER 2020)

**Period Covered:** December 1, 2020 through December 31, 2020[9]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period December 1, 2020 through December 31, 2020 |
|---|---|
| B110 Case Administration | 75 |
| B112 General Creditor Inquiries | 2 |
| B113 Pleadings Review | 25 |
| B120 Asset Analysis and Recovery | 2 |
| B130 Asset Disposition | 0 |
| B140 Relief from Stay / Adequate Protection Proceedings | 30 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 75 |
| B155 Court Hearings | 40 |
| B160 Employment / Fee Applications | 40 |
| B161 Budgeting (Case) | 2 |
| B165 Fee and Employment Applications of Other Professionals | 5 |
| B170 Fee and Employment Objections | 2 |
| B180 Avoidance Action Analysis. | 10 |
| B185 Assumption / Rejection of Leases and Contracts | 30 |
| B190 Other Contested Matters | 10 |
| B191 General Litigation (including mediation process and handling of adversary proceedings) | 150 |
| B195 Non-Working Travel[10] | 0 |

---

[9]  The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

| | | |
|---|---|---:|
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 2 |
| B220 | Employee Benefits/Pensions | 0 |
| B230 | Financing / Cash Collections | 0 |
| B231 | Security Document Analysis | 5 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 5 |
| B261 | Investigations | 0 |
| B310 | Claims Administration and Objections | 200 |
| B320 | Plan and Disclosure Statement | 50 |
| B420 | Restructurings | 100 |
| **TOTAL HOURS** | | **860** |
| **TOTAL ESTIMATED FEE** | | **$891,820.00[11]** |
| ***MINUS 20% REDUCTION[12]*** | | **($178,364.00)** |
| **TOTAL ESTIMATED FEE** (NET OF REDUCTION) | | **$713,456.00** |

---

[10]   The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

[11]   The Total Estimated Fees are calculated based on a $1,037 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from December 1, 2020 through December 31, 2020. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time.  However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $829.

[12]   For illustrative purposes only.  Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process.  In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

### ADDITIONAL DECEMBER 2020 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

**Period Covered:**  December 1, 2020 through December 31, 2020

**A.**    **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a decision on confirmation of the Commonwealth plan of adjustment.

**B.**    **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO Lien Challenges")**

On March 10, 2020, the Court stayed the GO Lien Challenges pending a decision on confirmation of the Commonwealth plan of adjustment.

**C.**    **Adversary Proceeding Against Underwriters, Etc.**

Genovese represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul Hastings has no involvement in this adversary proceeding.

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on confirmation of the Commonwealth plan of adjustment.

**D.**    **Garden-Variety Avoidance Actions**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period December 1, 2020 through December 31, 2020 |
|---|---|
| B191   General Litigation | 20 |
| **TOTAL HOURS** | **20** |

**E.**    **Other Stayed Co-Plaintiff Adversary Proceedings**

Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

**F.**  **Co-Plaintiff Adversary Proceedings related to ERS**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period December 1, 2020 through December 31, 2020 |
|---|---|
| B191   General Litigation | 100 |
| **TOTAL HOURS** | **100** |

The foregoing sub-budget is not intended to reflect time that Paul Hastings anticipates spending on litigating its stand-alone objection to the ERS bonds.

## BUDGET (JANUARY 2021)

**Period Covered:** January 1, 2021 through January 31, 2021[13]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period January 1, 2021 through January 31, 2021 |
|---|---|
| B110  Case Administration | 75 |
| B112  General Creditor Inquiries | 2 |
| B113  Pleadings Review | 25 |
| B120  Asset Analysis and Recovery | 2 |
| B130  Asset Disposition | 0 |
| B140  Relief from Stay / Adequate Protection Proceedings | 20 |
| B150  Meetings of Creditors' Committee and Communications with Creditors | 75 |
| B155  Court Hearings | 30 |
| B160  Employment / Fee Applications | 40 |
| B161  Budgeting (Case) | 2 |
| B165  Fee and Employment Applications of Other Professionals | 5 |
| B170  Fee and Employment Objections | 2 |
| B180  Avoidance Action Analysis | 10 |
| B185  Assumption / Rejection of Leases and Contracts | 5 |
| B190  Other Contested Matters | 10 |
| B191  General Litigation (including mediation process and handling of adversary proceedings) | 100 |
| B195  Non-Working Travel[14] | 0 |

---

[13] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

13

| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 5 |
|---|---|---|
| B220 | Employee Benefits/Pensions | 0 |
| B230 | Financing / Cash Collections | 0 |
| B231 | Security Document Analysis | 5 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 5 |
| B261 | Investigations | 0 |
| B310 | Claims Administration and Objections | 100 |
| B320 | Plan and Disclosure Statement | 250 |
| B420 | Restructurings | 20 |
| **TOTAL HOURS** | | **788** |
| **TOTAL ESTIMATED FEE** | | **$814,944.00**[15] |
| ***MINUS 20% REDUCTION***[16] | | **($163,588.80)** |
| **TOTAL ESTIMATED FEE** (NET OF REDUCTION) | | **$654,355.20** |

---

[14]   The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

[15]   The Total Estimated Fees are calculated based on a $1,038 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from January 1, 2021 through January 31, 2021.  The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time.  However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $830.

[16]   For illustrative purposes only.  Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process.  In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

**ADDITIONAL JANUARY 2021 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED
BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:** January 1, 2021 through January 31, 2021

**A.      Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond
Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a decision on
confirmation of the Commonwealth plan of adjustment.

**B.      Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO
Lien Challenges")**

On March 10, 2020, the Court stayed the GO Lien Challenges pending a decision on
confirmation of the Commonwealth plan of adjustment.

**C.      Adversary Proceeding Against Underwriters, Etc.**

Genovese represents the Committee with respect to the adversary proceeding against various
underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No.
19-280].  Paul Hastings has no involvement in this adversary proceeding.

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on
confirmation of the Commonwealth plan of adjustment.

**D.      Garden-Variety Avoidance Actions**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period January 1, 2021 through January 31, 2021 |
|---|---|
| B191   General Litigation | 20 |
| **TOTAL HOURS** | **20** |

**E.      Other Stayed Co-Plaintiff Adversary Proceedings**

Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in which the
Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained
stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of
  GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282,
  Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No.
  19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

**F.**    **Co-Plaintiff Adversary Proceedings related to ERS**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period January 1, 2021 through January 31, 2021 |
|---|---|
| B191   General Litigation | 20 |
| **TOTAL HOURS** | **20** |

The foregoing sub-budget is not intended to reflect time that Paul Hastings anticipates spending on litigating its stand-alone objection to the ERS bonds.

## EXHIBIT C-2

## STAFFING PLAN (OCTOBER 2020)

## GENERAL STAFFING PLAN

**Period Covered:**  October 1, 2020 through October 31, 2020[1]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period October 1, 2020 through October 31, 2020 | Average hourly rate for period October 1, 2020 through October 31, 2020 (net of 20% reduction)[2] |
|---|---|---|---|
| **Partner** | 12 | $1,406 | $1,125 |
| **Counsel** | 8 | $1,223 | $979 |
| **Associate** | 16 | $940 | $752 |
| **Paraprofessionals** | 10 | $332 | $266 |

---

[1]  The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[2]  The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

**ADDITIONAL OCTOBER 2020 STAFFING PLANS FOR MATTERS JOINTLY
PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:**  October 1, 2020 through October 31, 2020

**A.**     **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond
Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a decision on
confirmation of the Commonwealth plan of adjustment.

**B.**     **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO
Lien Challenges")**

On March 10, 2020, the Court stayed the GO Lien Challenges pending a decision on
confirmation of the Commonwealth plan of adjustment.

**C.**     **Adversary Proceeding Against Underwriters, Etc.**

Genovese represents the Committee with respect to the adversary proceeding against various
underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No.
19-280].  Paul Hastings has no involvement in this adversary proceeding.

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on
confirmation of the Commonwealth plan of adjustment.

**D.**     **Garden-Variety Avoidance Actions**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period October 1, 2020 through October 31, 2020 | Average hourly rate for period October 1, 2020 through October 31, 2020 (net of 20% reduction)[3] |
|---|---|---|---|
| **Partner** | 1 | $1,406 | $1,125 |
| **Counsel** | 1 | $1,223 | $979 |
| **Associate** | 1 | $940 | $752 |
| **Paraprofessionals** | 1 | $332 | $266 |

---

[3]     The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at
this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting
for the 20% end-of-the-case reduction.

2

## E.    Other Stayed Co-Plaintiff Adversary Proceedings

Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

## F.    Co-Plaintiff Adversary Proceedings Related to ERS

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period October 1, 2020 through October 31, 2020 | Average hourly rate for period October 1, 2020 through October 31, 2020 (net of 20% reduction)[4] |
|---|---|---|---|
| **Partner** | 1 | $1,406 | $1,125 |
| **Counsel** | 2 | $1,223 | $979 |
| **Associate** | 2 | $940 | $752 |
| **Paraprofessionals** | 1 | $332 | $266 |

The foregoing sub-budget is not intended to reflect time that Paul Hastings anticipates spending on litigating its stand-alone objection to the ERS bonds.

---

[4]    The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

## STAFFING PLAN (NOVEMBER 2020)

## GENERAL STAFFING PLAN

**Period Covered:** November 1, 2020 through November 30, 2020[5]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period November 1, 2020 through November 30, 2020 | Average hourly rate for period November 1, 2020 through November 30, 2020 (net of 20% reduction)[6] |
|---|---|---|---|
| **Partner** | 12 | $1,405 | $1,124 |
| **Counsel** | 8 | $1,223 | $978 |
| **Associate** | 16 | $944 | $756 |
| **Paraprofessionals** | 10 | $335 | $268 |

---

[5]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[6]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

**ADDITIONAL NOVEMBER 2020 STAFFING PLANS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:**  November 1, 2020 through November 30, 2020

**A.**    **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a decision on confirmation of the Commonwealth plan of adjustment.

**B.**    **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO Lien Challenges")**

On March 10, 2020, the Court stayed the GO Lien Challenges pending a decision on confirmation of the Commonwealth plan of adjustment.

**C.**    **Adversary Proceeding Against Underwriters, Etc.**

Genovese represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul Hastings has no involvement in this adversary proceeding.

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on confirmation of the Commonwealth plan of adjustment.

**D.**    **Garden-Variety Avoidance Actions**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period November 1, 2020 through November 30, 2020 | Average hourly rate for period November 1, 2020 through November 30, 2020 (net of 20% reduction)[7] |
|---|---|---|---|
| **Partner** | 1 | $1,405 | $1,124 |
| **Counsel** | 1 | $1,223 | $978 |
| **Associate** | 1 | $944 | $756 |
| **Paraprofessionals** | 1 | $335 | $268 |

---

[7]    The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

### E.    Other Stayed Co-Plaintiff Adversary Proceedings

Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

### F.    Co-Plaintiff Adversary Proceedings related to ERS

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period November 1, 2020 through November 30, 2020 | Average hourly rate for period November 1, 2020 through November 30, 2020 (net of 20% reduction)[8] |
|---|---|---|---|
| **Partner** | 1 | $1,405 | $1,124 |
| **Counsel** | 2 | $1,223 | $978 |
| **Associate** | 2 | $944 | $756 |
| **Paraprofessionals** | 1 | $335 | $268 |

The foregoing sub-budget is not intended to reflect time that Paul Hastings anticipates spending on litigating its stand-alone objection to the ERS bonds.

---

[8]    The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

**STAFFING PLAN (DECEMBER 2020)**

**GENERAL STAFFING PLAN**

**Period Covered:**  December 1, 2020 through December 31, 2020[9]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period December 1, 2020 through December 31, 2020 | Average hourly rate for period December 1, 2020 through December 31, 2020 (net of 20% reduction)[10] |
|---|---|---|---|
| **Partner** | 12 | $1,394 | $1,115 |
| **Counsel** | 8 | $1,224 | $979 |
| **Associate** | 16 | $945 | $756 |
| **Paraprofessionals** | 10 | $337 | $269 |

---

[9]  The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[10]  The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

**ADDITIONAL DECEMBER 2020 STAFFING PLANS FOR MATTERS JOINTLY
PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:**  December 1, 2020 through December 31, 2020

**A.**     **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond
Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a decision on
confirmation of the Commonwealth plan of adjustment.

**B.**     **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO
Lien Challenges")**

On March 10, 2020, the Court stayed the GO Lien Challenges pending a decision on
confirmation of the Commonwealth plan of adjustment.

**C.**     **Adversary Proceeding Against Underwriters, Etc.**

Genovese represents the Committee with respect to the adversary proceeding against various
underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No.
19-280].  Paul Hastings has no involvement in this adversary proceeding.

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on
confirmation of the Commonwealth plan of adjustment.

**D.**     **Garden-Variety Avoidance Actions**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period December 1, 2020 through December 31, 2020 | Average hourly rate for period December 1, 2020 through December 31, 2020 (net of 20% reduction)[11] |
|---|---|---|---|
| **Partner** | 1 | $1,394 | $1,115 |
| **Counsel** | 1 | $1,224 | $979 |
| **Associate** | 1 | $945 | $756 |
| **Paraprofessionals** | 1 | $337 | $269 |

---

[11]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at
this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting
for the 20% end-of-the-case reduction.

**E.      Other Stayed Co-Plaintiff Adversary Proceedings**

Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

**F.      Co-Plaintiff Adversary Proceedings related to ERS**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period December 1, 2020 through December 31, 2020 | Average hourly rate for period December 1, 2020 through December 31, 2020 (net of 20% reduction)[12] |
|---|---|---|---|
| **Partner** | 1 | $1,394 | $1,115 |
| **Counsel** | 2 | $1,224 | $979 |
| **Associate** | 2 | $945 | $756 |
| **Paraprofessionals** | 1 | $337 | $269 |

The foregoing sub-budget is not intended to reflect time that Paul Hastings anticipates spending on litigating its stand-alone objection to the ERS bonds.

---

[12]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

## STAFFING PLAN (JANUARY 2021)

### GENERAL STAFFING PLAN

**Period Covered:** January 1, 2021 through January 31, 2021[13]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period January 1, 2021 through January 31, 2021 | Average hourly rate for period January 1, 2021 through January 31, 2021 (net of 20% reduction)[14] |
|---|---|---|---|
| **Partner** | 12 | $1,393 | $1,114 |
| **Counsel** | 8 | $1,226 | $981 |
| **Associate** | 16 | $947 | $757 |
| **Paraprofessionals** | 10 | $337 | $270 |

---

[13] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

[14] The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time. However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

**ADDITIONAL JANUARY 2021 STAFFING PLANS FOR MATTERS JOINTLY
PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:**  January 1, 2021 through January 31, 2021

**A.**    **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond
Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a decision on
confirmation of the Commonwealth plan of adjustment.

**B.**    **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO
Lien Challenges")**

On March 10, 2020, the Court stayed the GO Lien Challenges pending a decision on
confirmation of the Commonwealth plan of adjustment.

**C.**    **Adversary Proceeding Against Underwriters, Etc.**

Genovese represents the Committee with respect to the adversary proceeding against various
underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No.
19-280].  Paul Hastings has no involvement in this adversary proceeding.

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on
confirmation of the Commonwealth plan of adjustment.

**D.**    **Garden-Variety Avoidance Actions**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period January 1, 2021 through January 31, 2021 | Average hourly rate for period January 1, 2021 through January 31, 2021 (net of 20% reduction)[15] |
|---|---|---|---|
| **Partner** | 1 | $1,393 | $1,114 |
| **Counsel** | 1 | $1,226 | $981 |
| **Associate** | 1 | $947 | $757 |
| **Paraprofessionals** | 1 | $337 | $270 |

---

[15]    The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at
this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting
for the 20% end-of-the-case reduction.

**E.**     **Other Stayed Co-Plaintiff Adversary Proceedings**

Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

**F.**     **Co-Plaintiff Adversary Proceedings related to ERS**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period January 1, 2021 through January 31, 2021 | Average hourly rate for period January 1, 2021 through January 31, 2021 (net of 20% reduction)[16] |
|---|---|---|---|
| **Partner** | 1 | $1,393 | $1,114 |
| **Counsel** | 2 | $1,226 | $981 |
| **Associate** | 2 | $947 | $757 |
| **Paraprofessionals** | 1 | $337 | $270 |

The foregoing sub-budget is not intended to reflect time that Paul Hastings anticipates spending on litigating its stand-alone objection to the ERS bonds.

---

[16]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.