**EXHIBIT D**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

# **EXHIBIT D-1**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | October 2020 | November 2020 | December 2020 | January 2021 | Total | October 2020 | November 2020 | December 2020 | January 2021 | Total |
| B110 | Case Administration | 75 | 75 | 75 | 75 | **300** | 27.90 | 13.90 | 21.00 | 14.40 | **77.20** |
| B112 | General Creditor Inquiries | 2 | 2 | 2 | 2 | **8** | 0 | 0.40 | 0.20 | 0 | **0.60** |
| B113 | Pleadings Review | 25 | 25 | 25 | 25 | **100** | 16.20 | 9.40 | 58.90 | 10.40 | **94.90** |
| B120 | Asset Analysis and Recovery | 2 | 2 | 2 | 2 | **8** | 0 | 0 | 0 | 0 | **0** |
| B130 | Asset Disposition | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| B140 | Relief from Stay / Adequate Protection Proceedings | 20 | 20 | 30 | 20 | **90** | 7.20 | 1.50 | 71.70 | 36.70 | **117.10** |
| B150 | Meetings of Creditors' Committee and Communications with Creditors | 100 | 100 | 75 | 75 | **350** | 81.70 | 46.70 | 74.10 | 40.60 | **243.10** |
| B155 | Court Hearings (including Preparation for Court Hearings) | 25 | 30 | 40 | 30 | **125** | 19.40 | 11.90 | 18.10 | 15.30 | **64.70** |
| B160 | Employment / Fee Applications (Paul Hastings) | 40 | 40 | 40 | 40 | **160** | 48.70 | 24.50 | 10.80 | 19.30 | **103.30** |
| B161 | Budgeting (Case) | 2 | 2 | 2 | 2 | **8** | 0.60 | 0.40 | 0.50 | 0.20 | **1.70** |
| B165 | Employment / Fee Applications (Other Professionals) | 10 | 5 | 5 | 5 | **25** | 0.40 | 16.40 | 1.40 | 1.90 | **20.10** |
| B170 | Fee and Employment Objections | 2 | 2 | 2 | 2 | **8** | 0 | 0 | 0.90 | 0 | **0.90** |

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | October 2020 | November 2020 | December 2020 | January 2021 | Total | October 2020 | November 2020 | December 2020 | January 2021 | Total |
| B180 | Avoidance Action Analysis | 5 | 5 | 10 | 10 | **30** | 0 | 0 | 0 | 0 | **0** |
| B185 | Assumption / Rejection of Leases and Contracts | 25 | 10 | 30 | 5 | **70** | 0 | 47.10 | 100.50 | 0 | **147.60** |
| B190 | Other Contested Matters (including GDB restructuring) | 25 | 10 | 10 | 10 | **55** | 0 | 4.40 | 6.20 | 2.20 | **12.80** |
| B191 | General Litigation | 250 | 200 | 150 | 100 | **700** | 20.80 | 31.70 | 19.20 | 26.60 | **98.30** |
| B195 | Non-Working Travel[1] | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 5 | 5 | 2 | 5 | **17** | 4.60 | 3.40 | 27.00 | 0 | **35.00** |
| B220 | Employee Benefits / Pensions | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| B230 | Financing / Cash Collections | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| B231 | Security Document Analysis | 5 | 5 | 5 | 5 | **20** | 0 | 0 | 0 | 0 | **0** |
| B240 | Tax Issues | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 5 | 5 | 5 | 5 | **20** | 0 | 0 | 0.80 | 0 | **0.80** |
| B261 | Investigations | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| B310 | Claims Administration and Objections | 200 | 300 | 200 | 100 | **800** | 165.10 | 75.50 | 52.70 | 19.60 | **312.90** |

---

[1] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

2

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | October 2020 | November 2020 | December 2020 | January 2021 | Total | October 2020 | November 2020 | December 2020 | January 2021 | Total |
| B320   Plan and Disclosure Statement | 50 | 50 | 50 | 250 | **400** | 233.70 | 38.90 | 44.20 | 46.00 | **362.80** |
| B420   Restructurings | 100 | 100 | 100 | 20 | **320** | 15.30 | 19.10 | 15.30 | 7.20 | **56.90** |
| **TOTAL HOURS** | 973 | 993 | 860 | 788 | **3614** | 641.60 | 345.20 | 523.50 | 240.40 | **1,750.70** |
| **TOTAL FEES** | $1,004,136.00[2] | $1,022,790.00 | $891,820.00 | $814,944.00 | **$3,733,690.00** | $723,778.50 | $363,442.50 | $521,904.50 | $252,717.50 | **$1,861,843.00** |
| *MINUS 20% REDUCTION*[3] | ($200,827.20) | ($204,558.00) | ($178,364.00) | ($163,588.80) | **($747,338.00)** | ($144,755.70) | ($72,688.50) | ($104,380.90) | ($50,543.50) | **($372,368.60)** |
| **TOTAL FEES (NET OF REDUCTION)** | **$803,308.80** | **$818,232.00** | **$713,456.00** | **$651,355.20** | **$2,986,352.00** | **$579,022.80** | **$290,754.00** | **$417,523.60** | **$202,174.00** | **$1,489,474.40** |

---

[2]   The Total Estimated Fees are calculated based on a blended hourly rate of $1,031, $1,030, $1,037, and $1,038 for the Paul Hastings attorneys who are expected to work on this matter in October, November, December, and January, respectively.  The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time.  However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% reduction, would be approximately $825, $824, $829, and $830, respectively.

3

**SUMMARY OF COMPENSATION REQUESTED AS COMPARED TO SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | October 2020 | November 2020 | December 2020 | January 2021 | Total | October 2020 | November 2020 | December 2020 | January 2021 | Total |
| **Omnibus Claims Objection** | | | | | | | | | | |
| B310 Claims Administration and Objections | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| **GO Lien Challenges** | | | | | | | | | | |
| B191 General Litigation | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| **Garden Variety Avoidance Actions** | | | | | | | | | | |
| B191 General Litigation | 20 | 20 | 20 | 20 | **80** | 16.1 | 23.3 | 18.2 | 20.1 | **77.7** |
| **Stayed Co-Plaintiff Adversary Proceedings** | | | | | | | | | | |
| B191 General Litigation | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| **ERS Lien Adversary Proceedings** | | | | | | | | | | |
| B191 General Litigation | 100 | 100 | 100 | 20 | **320** | 0.6 | 6.5 | 0 | 0 | **7.1** |
| **TOTAL HOURS** | **120** | **120** | **120** | **40** | **400** | **16.7** | **29.8** | **18.2** | **20.1** | **84.8** |

4

## FURTHER BREAKDOWN OF COMPENSATION REQUESTED
## BY PROJECT CATEGORY AND BY MATTER[1]

*Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110  Case Administration | 73.40 | $64,985.00 |
| B113  Pleadings Review | 93.80 | $49,277.00 |
| B140  Relief from Stay / Adequate Protection Proceedings | 117.10 | $133,588.50 |
| B150  Meetings of and Communications with Creditors | 141.40 | $139,841.00 |
| B155  Court Hearings | 60.40 | $61,685.00 |
| B160  Employment / Fee Applications (Paul Hastings) | 103.30 | $93,456.50 |
| B161  Budgeting (Case) | 1.70 | $2,210.00 |
| B165  Employment / Fee Applications (Other Professionals) | 20.10 | $14,130.50 |
| B170  Fee/Employment Objections | 0.90 | $1,170.00 |
| B185  Assumption/Rejection of Leases and Contracts | 144.70 | $141,937.00 |
| B190  Other Contested Matters | 12.80 | $13,402.50 |
| B191  General Litigation | 4.30 | $5,160.00 |
| B310  Claims Administration and Objections | 140.80 | $148,191.00 |
| B320  Plan and Disclosure Statement (including Business Plan) | 343.50 | $395,735.50 |
| **TOTAL** | **1258.20** | **$1,264,769.50** |

*Communications with Creditors (other than Committee Members) / Website (Matter ID 00004)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B112  General Creditor Inquiries | 0.60 | $621.00 |
| B150  Meetings of and Communications with Creditors | 30.70 | $28,803.00 |
| **TOTAL** | **31.30** | **$29,424.00** |

---

[1] The fees set forth on this <u>Exhibit D-1</u> do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of its total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

5

*PREPA (Matter ID 00006)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---:|---:|
| B110 Case Administration | 3.30 | $3,031.00 |
| B150 Meetings of and Communications with Creditors | 3.10 | $3,301.50 |
| B185 Assumption/Rejection of Leases and Contracts | 2.90 | $3,088.50 |
| B191 General Litigation | 0.60 | $780.00 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 4.60 | $5,026.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 0.80 | $852.00 |
| B310 Claims Administration and Objections | 2.30 | $2,670.50 |
| B420 Restructurings | 56.90 | $60,936.00 |
| **TOTAL** | **74.50** | **$79,685.50** |

*ERS (Matter ID 00008)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B191 General Litigation | 7.10 | $9,045.00 |
| B310 Claims Administration and Objections | 167.00 | $218,334.00 |
| **TOTAL** | **174.10** | **$227,379.00** |

*Other Adversary Proceedings (Matter ID 00009)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 0.50 | $710.00 |
| B113 Pleadings Review | 1.10 | $450.00 |
| B155 Court Hearings | 4.30 | $4,979.00 |
| B191 General Litigation | 86.30 | $109,116.50 |
| **TOTAL** | **92.20** | **$115,255.50** |

*Mediation (Matter ID 00010)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B150 Meetings of and Communications with Creditors | 0.90 | $1,170.00 |
| B210 Debtors' Financial Information and Operations/Fiscal | 30.40 | $40,977.00 |

6

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| Plan | | |
| B320 Plan and Disclosure Statement (including Business Plan) | 19.30 | $24,821.00 |
| **TOTAL** | **50.60** | **$66,968.00** |

*GO Bond Debt Issues (Matter ID 00011)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B310 Claims Administration and Objections | 2.80 | $3,005.50 |
| **TOTAL** | **2.80** | **$3,005.50** |

*Creditors Committee Meetings (Matter ID 00012)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B150 Meetings of and Communications with Creditors | 67.00 | $75,356.00 |
| **TOTAL** | **67.00** | **$75,356.00** |

## **EXHIBIT D-2**

### SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY

| Category | Amount |
|---|---:|
| Travel Expenses - Taxi / Ground Transportation | $365.58 |
| Court Call | $560.00 |
| Courier Services | $107.88 |
| Computer Search | $12,736.95 |
| Court Reporting Services | $3,750.12 |
| In-house Black and White Reproduction Charges (23,079 copies at $0.08 per page) | $1,846.32 |
| In-house Color Reproduction Charges (1,379 copies at $0.25 per page) | $344.75 |
| Outside Professional Services | $38,968.14 |
| Postage/Express Mail | $1,497.63 |
| **TOTAL** | **$60,177.37** |