**EXHIBIT E**

**BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR AND BY WHETHER SERVICES WERE RENDERED IN PUERTO RICO OR OUTSIDE PUERTO RICO**

**October 2020 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $567,304.00 | $453,843.20 | $3,846.79 | $457,689.99 |
| Total for HTA (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for ERS (all outside of Puerto Rico) | $128,737.50 | $102,990.00 | $4,050.31 | $107,040.31 |
| Total for PREPA (all outside of Puerto Rico) | $27,737.00 | $22,189.60 | $1,592.50 | $23,782.10 |
| **Grand Total for all Debtors (net of credits)** | **$723,778.50** | **$579,022.80** | **$9,489.60** | **$588,512.40** |

## November 2020 Fee Statement

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $253,909.50 | $203,127.60 | $22,000.99 | $225,128.59 |
| Total for HTA (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for ERS (all outside of Puerto Rico) | $84,963.50 | $67,970.80 | $35.55 | $68,006.35 |
| Total for PREPA (all outside of Puerto Rico) | $24,569.50 | $19,655.60 | $0.00 | $19,655.60 |
| **Grand Total for all Debtors** | **$363,442.50** | **$290,754.00** | **$22,036.54** | **$312,790.54** |

## December 2020 Fee Statement

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $495,460.00 | $396,368.00 | $14,026.26 | $410,394.26 |
| Total for HTA (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for ERS (all outside of Puerto Rico) | $9,359.00 | $7,487.20 | $0.00 | $7,487.20 |
| Total for PREPA (all outside of Puerto Rico) | $17,085.50 | $13,668.40 | $357.50 | $14,025.90 |
| **Grand Total for all Debtors** | **$521,904.50** | **$417,523.60** | **$14,383.76** | **$431,907.36** |

**January 2021 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $238,105.00 | $190,484.00 | $14,267.47 | $204,751.47 |
| Total for HTA (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for ERS (all outside of Puerto Rico) | $4,319.00 | $3,455.20 | $0.00 | $3,455.20 |
| Total for PREPA (all outside of Puerto Rico) | $10,293.50 | $8,234.80 | $0.00 | $8,234.80 |
| **Grand Total for all Debtors** | **$252,717.50** | **$202,174.00** | **$14,267.47** | **$216,441.47** |