# **SCHEDULE 1**

## **LIST OF PROFESSIONALS BY MATTER**

*Official Comm. of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Kinnaird, Stephen B. | Partner | Appellate Practice |
| Timofeyev, Igor V. | Partner | Litigation |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Luft, Avi E. | Counsel | Corporate |
| Rochkind, Dina Ellis | Counsel | Corporate |
| Traxler, Katherine A. | Counsel | Restructuring |
| Al-Saif, Bandar K. | Associate | Corporate |
| Barron, Douglass E. | Associate | Restructuring |
| Dang, Quinn L. | Associate | Litigation |
| Maza, Shlomo | Associate | Restructuring |
| Naulo, Mariya | Associate | Corporate |
| Tymkovich, Jay L. | Associate | Litigation |
| Zwillinger, Zachary | Associate | Litigation |
| Kuo, Jocelyn | Paralegal | -- |
| O'Dea, Heather R. | Legal Research Analyst | -- |
| Wu, Winnie | Case Assistant | -- |

*Communications w/Creditors/Website (Other than Comm. Members) (Matter ID 00004)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |

| Naulo, Mariya | Associate | Corporate |
| --- | --- | --- |
| Kuo, Jocelyn | Paralegal | -- |

*PREPA (Matter ID 00006)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Despins, Luc A. | Partner | Restructuring |
| Timofeyev, Igor V. | Partner | Litigation |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Maza, Shlomo | Associate | Restructuring |
| Tymkovich, Jay L. | Associate | Litigation |
| Elliott, Elizabeth | Librarian | |
| Kuo, Jocelyn | Paralegal | -- |
| Wu, Winnie | Case Assistant | -- |

*ERS (Matter ID 00008)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Bliss, James R. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Zwillinger, Zachary S. | Associate | Litigation |
| Kuo, Jocelyn | Paralegal | -- |
| Wu, Winnie | Case Assistant | -- |

### *Other Adversary Proceedings (Matter ID 00009)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Timofeyev, Igor V. | Partner | Litigation |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Gage, Brendan | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Kuo, Jocelyn | Paralegal | -- |
| Wu, Winnie | Case Assistant | -- |

### *Mediation (Matter ID 00010)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Maza, Shlomo | Associate | Restructuring |

### *GO Bond Debt Issues (Matter ID 00011)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bongartz, Alex | Counsel | Restructuring |
| Maza, Shlomo | Associate | Restructuring |

### *Creditors' Committee Meetings (Matter ID 00012)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |

| Bongartz, Alex | Counsel | Restructuring |
| --- | --- | --- |
| Barron, Douglass E. | Associate | Restructuring |
| Maza, Shlomo | Associate | Restructuring |
| Naulo, Mariya | Associate | Corporate |