**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

----------------------------------------------------------------x

PROMESA
Title III


No. 17 BK 3283-LTS

(Jointly Administered)

**CERTIFICATE OF SERVICE**

    I, Rachel O'Connor, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On March 10, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit A**, to be served via first class mail on the Batch 17 Notice Parties Service List attached hereto as **Exhibit B**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: March 15, 2021

/s/ Rachel O'Connor
Rachel O'Connor

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on March 15, 2021, by Rachel O'Connor, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ Kelsey Lynne Gordon
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 51804

**<u>Exhibit A</u>**

**Responda a esta carta el 9 de abril de 2021 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

**Please respond to this letter on or before April 9, 2021 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com**.

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk
Grand Central Station, PO Box 4708
New York, NY 10163-4708
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

**\*\*\* Response Required \*\*\***

---

**THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.**

**PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE WITH THE INSTRUCTIONS BELOW. FAILURE TO RESPOND MAY RESULT IN THE DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR CLAIM.**

---

March 10, 2021

Re:     PROMESA Proof of Claim
        *In re Commonwealth of Puerto Rico*, Case No. 17-03283
        United States District Court for the District of Puerto Rico

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases") against the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, or Employees Retirement System of the Government of the Commonwealth of Puerto Rico (collectively, the "Debtors). Prime Clerk LLC, maintains the official claims register in the Title III Cases for the United States District Court in the District of Puerto Rico (the "Court"), and is reaching out to you on behalf of the Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Prime Clerk LLC as Proof of Claim Number          . You may download a copy of your claim by visiting Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your claim. The Debtors are unable to determine from the information you provided the basis, nature, or amount for the claim you are attempting to assert against one or more of the Debtors. In responding to this letter, please ensure that you provide all of the information requested and as much detail as possible about your claim. The descriptions you put on your proof of claim were too vague for the Debtors to understand the claim you are trying to assert, so please provide more detail and do not simply copy over the same information.

**Please respond to this letter on or before April 9, 2021 by returning the enclosed questionnaire with the requested information and documentation**.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

| First Class Mail | Overnight or Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

If you do <u>not</u> respond to this request and do <u>not</u> provide the requested information and documentation in support of your claim, the Debtors may be forced to object to your claim.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.**

PLEASE NOTE: Prime Clerk, LLC is the claims and noticing agent in the Title III Cases, and cannot provide legal or financial advice.

Thank you,

Prime Clerk, LLC

*Proof of Claim:*
  *Claimant:*

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**
Please answer all four (4) questions and any applicable sub-questions.  Please include as much detail as possible in your responses**.  Your answers should provide <u>more</u> information than the initial proof of claim**.  For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| **First Class Mail** | **Hand Delivery** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Questionnaire**

1. **What is the basis of your claim?**

   □  A pending or closed legal action with or against the Puerto Rican government

   □  Current or former employment with the Government of Puerto Rico

   □  Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _____

2. **What is the amount of your claim (how much money do you claim to be owed):**

   _____

3. **Employment.  Does your claim relate to current or former employment with the Government of Puerto Rico?**

   □  No. *Please continue to Question 4*.

   □  Yes. **Answer Questions 3(a)-(d).**

3(a).  Identify the specific agency or department where you were or are employed:

   _____

*Proof of Claim:*
*Claimant:*

3(b).  Identify the dates of your employment related to your claim:

_____

3(c).  Last four digits of your social security number: _____

3(d).  What is the nature of your employment claims (select all applicable):

□    Pension

□    Unpaid Wages

□    Sick Days

□    Union Grievance

□    Vacation

□    Other (Provide as much detail as possible.  Attach additional pages if necessary).

_____

_____

4.  **Legal Action.  Does your claim relate to a pending or closed legal action?**

□    No.

□    Yes.  **Answer Questions 4(a)-(f).**

4(a).  Identify the department or agency that is a party to the action.

_____

4(b).  Identify the name and address of the court or agency where the action is pending:

_____

4(c).  Case number: _____

4(d).  Title, Caption, or Name of Case: _____

4(e).  Status of the case (pending, on appeal, or concluded): _____

4(f).  Do you have an unpaid judgment? Yes  /  No  (Circle one)

If yes, what is the date and amount of the judgment? _____

2

Centro de procesamiento de información complementaria
del Estado Libre Asociado de Puerto Rico
Grand Central Station, PO Box 4708
New York, NY 10163-4708
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com

### *** Se requiere respuesta ***

---

**ESTA CARTA SE RELACIONA CON UNA EVIDENCIA DE RECLAMACIÓN QUE RADICÓ CONTRA EL GOBIERNO DE PUERTO RICO EN LOS PROCEDIMIENTOS AL AMPARO DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD ECONÓMICA DE PUERTO RICO.**

**LEA ESTA CARTA CUIDADOSAMENTE Y RESPONDA SEGÚN LAS INSTRUCCIONES QUE SE INDICAN A CONTINUACIÓN. SI USTED NO RESPONDE, LOS DEUDORES PODRÁN TOMAR MEDIDAS LEGALES PARA QUE SU RECLAMACIÓN SEA TOTAL O PARCIALMENTE DESESTIMADA.**

---

10 de marzo de 2021

Asunto:       Evidencia de reclamación en virtud de la ley PROMESA
              *En el caso Estado Libre Asociado de Puerto Rico*, Caso No. 17-03283
              Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estimado/a:

Esta carta se relaciona con una evidencia de reclamación que usted radicó en los casos al amparo del Título III (los "Casos del Título III") contra el Estado Libre Asociado de Puerto Rico, la Autoridad de Carreteras y Transportación de Puerto Rico, o Autoridad de Energía Eléctrica del gobierno del Estado Libre Asociado de Puerto Rico (en conjunto, los "Deudores). Prime Clerk LLC mantiene el registro oficial de reclamaciones en los Casos al amparo del Título III para el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"), y se comunica con usted en representación de los Deudores.

Los registros del Deudor reflejan que usted ha radicado una evidencia de reclamación que ha sido anotada por Prime Clerk LLC con el número de Evidencia de Reclamación          . Usted puede descargar una copia de su reclamación visitando el sitio web de Prime Clerk en: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Se requiere información adicional para que los Deudores continúen evaluando su reclamación. Con la información que usted ha proporcionado, los Deudores no pueden determinar los fundamentos, la naturaleza, o la cantidad de la reclamación que usted pretende formular contra uno o más de los Deudores. En respuesta a esta carta, asegúrese de proporcionar toda la información solicitada y todo el detalle posible sobre su reclamación. Las descripciones que incluyó en su evidencia de reclamación son demasiado imprecisas como para que los Deudores comprendan la reclamación que trata de formular; por ese motivo, proporcione más información y no se limite simplemente a copiar la misma información.

1

**Responda a esta carta el 9 de abril de 2021 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Envíe el formulario completado y la documentación de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo, entrega en mano, o servicio de correo postal de 24 horas a la siguiente direcciónes:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

Si usted <u>no</u> responde a esta solicitud y <u>no</u> proporciona la información y documentación solicitadas para fundamentar su reclamación, los Deudores podrán verse en la obligación de objetar a su reclamación.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

NOTA: Prime Clerk, LLC es el agente de reclamaciones y notificaciones en los Casos al amparo del Título III y no puede proporcionar asesoramiento legal o financiero.

Atentamente,

Prime Clerk, LLC

2

*Número de Evidencia de Reclamación:*
*Reclamante*:

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables.  Incluya el mayor nivel de detalle posible en sus respuestas**. Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**.  A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1.  **¿Cuál es el fundamento de su reclamación?**

    ☐   Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐   Empleo actual o anterior en el gobierno de Puerto Rico

    ☐   Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2.  **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    _____

*Número de Evidencia de Reclamación:*

*Reclamante*:

3. **Empleo. ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?**

   □ No. *Pase a la Pregunta 4.*

   □ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:

_____

3(b). Identifique las fechas de su empleo con relación a su reclamación:

_____

3(c). Últimos cuatro dígitos de su número de seguro social: _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   □ Jubilación

   □ Salarios impagos

   □ Días por enfermedad

   □ Queja con el sindicato

   □ Vacaciones

   □ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_____

_____

4. **Acción legal. ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?**

   □ No.

   □ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

_____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

_____

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso:

_____

2

*Número de Evidencia de Reclamación Reclamante*:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

3

**<u>Exhibit B</u>**

Exhibit B

Batch 17 Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE |
|-------|------|----------|----------|----------|------|-------|-------------|
| 12619460 | Antonia Olmeda Ubiles (Cecilio Olmeda Ubiles - Padre Fallecido) | HC 15 Box 15139 | | | Humacao | PR | 00791-9476 |
| 12619474 | ARRABAL CAPELLA, MIGUEL | 12 CALLE ORQUIDEA | URB SANTA MARIA | | SAN JUAN | PR | 00927 |
| 12619450 | BURGOS CRUZ, JULIA | HC 5 BOX 13479 | | | JUANA DIAZ | PR | 00795-9515 |
| 12619454 | BURGOS CRUZ, JULIA | Para Guayabal | Calle 1 Casa 241 | | Juana Diaz | PR | 00795 |
| 12619467 | Calcaño de Jesus, Juan M. | PO Box 489 | | | Loiza | PR | 00772-0489 |
| 12619468 | CANCIO LUGO, ELVIRA M | APT L 501 COND DOS TORRES | 651 FDEZ JUNCOS MIRAMAR | | SAN JUAN | PR | 00907 |
| 12619445 | CARIBBEAN CRITICAL CARE SERVICES INC | PO BOX 6794 | MARINA ST. | | MAYAGUEZ | PR | 00681-6794 |
| 12619442 | Castro, Pablo Peterson | HC-01 Box 7331 | | | Vieques | PR | 00765 |
| 12619455 | CEMEX CONCRETOS INC | PJA LAW OFFICES | PETER ANTONACOPOULOS, ABOGADO | 1619 CALLE ANTONSANTI, APT. 7 | San Juan | PR | 00912 |
| 12619482 | CEMEX CONCRETOS INC | PO BOX 364487 | | | SAN JUAN | PR | 00936-4487 |
| 12619478 | COLECTIVO 84 CORP | B5 CALLE TABONUCO STE 216 PMB 261 | | | GUAYNABO | PR | 00968-3022 |
| 12619461 | Confesora Olmeda Ubiles (Diego Olmeda Ubiles - Fallecido) | HC 15 Box 15139 | | | Humacao | PR | 00791-9476 |
| 12619466 | Delgado Eliza, German | Calle 6 k-45 | Urb. Jaime C. Rodriguez | | Yabucoa | PR | 00767 |
| 12619484 | Delgado Padilla, Lilliam | Club Mandor Village | B-4 Tomas Agrait Street | | San Juan | PR | 00924 |
| 12619473 | DIAZ DIAZ, JUANA | 164 PARC JUAN DEL VALLE | | | CIDRA | PR | 00739 |
| 12619479 | ESTEVE ABRIL, JERONIMO | PO BOX 190816 | | | GUAYNABO | PR | 00919 |
| 12619475 | FAMILIA JIMENEZ, FLOR M | COND. PLAYA DORADA APT. 414 A | | | CAROLINA | PR | 00979 |
| 12619476 | FERNANDINI BURGOS , ANA  E. | VISTAS DE MONTE SOL | 106 CALLE SATURNO | | YAUCO | PR | 00698 |
| 12619485 | GARCIA GONZALEZ, GLORIA | HC 70  BOX 48813 | | | SAN LORENZO | PR | 00754 |
| 12619459 | Martinez Sanchez, Eleodoro | 996 Dwight St. | | | Holyoke | MA | 01040 |
| 12619456 | Martinez Sanchez, Julia | 551 Sector Velez | | | Cidra | PR | 00739 |
| 12619462 | Martinez, Luis | 716 Raven Dr. | | | Fort Worth | TX | 76131 |
| 12619480 | MONY Life Insurance Company | 2801 Hwy 280 South | | | Birmingham | AL | 35223 |
| 12619471 | Nieves Vazquez, Alma E. | H-33 Calle Cereza Campo Alegre | | | Bayamon | PR | 00956 |
| 12619472 | Ortiz Guzman, Nirma Enid | A-11 Calle 4 Forest Hills | | | Bayamon | PR | 00959 |
| 12619463 | Ortiz Rivera, Wanda I | P.O. Box 1917 | | | Guayaama | PR | 00185-1917 |
| 12619449 | Ortiz Rivera, Wanda I | Urb. Belinda | | | Arroyo | PR | 00714 |
| 12619452 | Putnam LAC Holding, LLC | c/o Jeremy Griffiths, Chi | 1511 Ave Ponce De Leon, Ciudadela Suite C | | San Juan | PR | 00909 |
| 12619447 | Putnam LAC Holding, LLC | Moore & Van Allen PLLC, | Zachary H. Smith | 100 North Tryon St., Suite 4700 | Charlotte | NC | 28202 |
| 12619451 | Putnam Stop 22 Holdings LLC | c/o Jeremy Griffiths, | 1511 Ave Ponce De Leon, Ciudadela Suite C | | San Juan | PR | 00909 |
| 12619446 | Putnam Stop 22 Holdings LLC | Moore & Van Allen PLLC, c/o Zachary H. Smith | 100 North Tryon St., Suite 4700 | | Charlotte | NC | 28202 |
| 12619443 | RIVERA ECHANDY, ALBERTO E | PO BOX 645 | | | MAYAGUEZ | PR | 00681-0645 |
| 12619465 | Rivera Garcia, Bartolo | Urb Los Almendros | A-2 | | Maunabo | PR | 00707 |
| 12619477 | RIVERA MUNICH & HERNANDEZ LAW OFFICES, P.S.C. | P.O. BOX 364908 | | | SAN JUAN | PR | 00936-4908 |
| 12619481 | RN Promotions & Inc | PO Box 50635 | | | Toa Baja | PR | 00950-0635 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit B

Batch 17 Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 12619464 | Rodriguez Nieves, Rogelio | HC-04 Box 4083 | | | Humacao | PR | 00791-8906 |
| 12619444 | RODRIGUEZ RAMIREZ, ANGEL | HC 3 BOX 17365 | | | LAJAS | PR | 00667 |
| 12619469 | Rosado Figueroa, Jose Antonio | Carr 824 K 4.0 Bo Qda Cruz | | | Toa Alta | PR | 00954 |
| 12619457 | Santell Torres, Felipe | Barrio Palo Seco | Buzon 104 | | Maunabo | PR | 00707 |
| 12619458 | Santiago Melendez, Maria Dolores | 2A Oeste #11 Rio Plantation | | | Bayamon | PR | 00961 |
| 12619453 | St. Jude Medical Puerto Rico LLC | c/o Juan A. Lloveras | Road PR 2, Km. 67.5 Interior Lot | Santana Industrial Park | Arecibo | PR | 00612 |
| 12619483 | St. Jude Medical Puerto Rico LLC | McConnell Valdes LLC | c/o Nayuan Zouairabani | PO Box 364225 | San Juan | PR | 00936-4225 |
| 12619448 | St. Jude Medical Puerto Rico LLC | McConnell Valdes LLC | Attn: Isis Carballo, Nayuan Zouairabani | 270 Munoz Rivera Avenue, Suite 7 | Hato Rey | PR | 00918 |
| 12619470 | Velez Perez, Luz D. | Calle Sabana 2242 | Ext Valle Alto | | Ponce | PR | 00730-4142 |