# United States Court of Appeals
## For the First Circuit

---

No. 20-2014

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY

Debtors

---

OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Movant - Appellant

v.

FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO

Debtor - Appellee

---

**MANDATE**

Entered: March 15, 2021

In accordance with the judgment of February 22, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk

cc:
Fernando E. Agrait-Betancourt
Julia D. Alonzo
Ginger D. Anders
Ann M. Ashton
Ehud Barak
Hermann D. Bauer-Alvarez
Martin J. Bienenstock
Katiuska Bolanos-Lugo
Georg Alexander Bongartz
Guy Brenner
Ricardo Burgos-Vargas
Wandymar Burgos-Vargas
Roberto A. Camara-Fuertes
Juan J. Casillas-Ayala
Raul Castellanos-Malave
Sonia E. Colon-Colon
Margaret Antinori Dale
William D. Dalsen
Joseph P. Davis III
Luis Francisco Del-Valle-Emmanuelli
Luc A. Despins
Maria J. DiConza
Peter D. Doyle
Dennis F. Dunne
Adele M. El-Khouri
Chantel L. Febus
Ubaldo M. Fernandez
Israel Fernandez-Rodriguez
Ralph C. Ferrara
Michael A. Firestein
Peter M. Friedman
Carla Garcia-Benitez
Chad Golder
Michael R. Hackett
Mark David Harris
Stephan E. Hornung
John Joseph Hughes III
Lucas Kowalczyk
Monsita Lecaroz-Arribas
Jeffrey W. Levitan
Michael Luskin

Grant R. Mainland
Luis C. Marini-Biaggi
Elizabeth Lemond McKeen
Rachel G. Miller Ziegler
Atara Miller
Gabriel A Miranda-Rivera
Nancy A. Mitchell
Timothy W. Mungovan
Juan Carlos Nieves-Gonzalez
Luis E. Pabon-Roca
Ashley M. Pavel
Susana I. Penagaricano Brown
Daniel Jose Perez-Refojos
Kevin J. Perra
Paul V. Possinger
Juan Carlos Ramirez-Ortiz
John J. Rapisardi
Lary Alan Rappaport
Stephen L. Ratner
John E. Roberts
Jennifer L. Roche
Brian S. Rosen
Carlos Alberto Ruiz Rodriguez
Clarisa I. Sola-Gomez
Laura E. Stafford
Josue N. Torres-Crespo
Suzzanne Uhland
Carolina Velaz-Rivero
Donald B. Verrilli Jr.
Steven O. Weise
Maja Zerjal