## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | Promesa Title III |
| COMMONWEALTH OF PUERTO RICO | Case No. 17-3283 (LTS) |
| Debtors | |

### THE ASSOCIATION OF OWNERS OF THE MEDINA PROFESSIONAL CENTER CONDOMINIUM'S NOTICE OF WITHDRAWAL OF ITS REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE

TO THE HONORABLE COURT:

**COMES NOW**, the Association of Owners of the Medina Professional Center Condominium (the "HOA" and the "Condominium", respectively), and through the undersigned attorney respectfully states, alleges and prays:

1. On November 16, 2020, the HOA requested payment of post-petition HOA fees as an administrative expense. *See* Dkt. 15,140.

2. The HOA hereby withdraws its motion, Dkt. 15,140, with prejudice.

WHEREFORE, the HOA respectfully requests that the Court take note of the above and vacate any scheduled events related to the motion, Dkt. 15,140.

Respectfully submitted.

In San Juan, Puerto Rico, March 16, 2021.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify all parties registered through their attorneys of record.

**CÓRDOVA & DICK, LLC**
Attorneys for the HOA

P.O. Box 194021
San Juan, PR 00919-4021

#403 Calle 12 de Octubre
Urb. El Vedado
San Juan, PR 00918

787 452 6425

*/f/BRIAN M. DICK BIASCOECHEA*
BRIAN M. DICK BIASCOECHEA
RÚA Núm. 18,276

bmd@cordovadick.com

*In re Commonwealth of PR,* case no. 17-3283
Notice of Withdrawal of Request for Payment of an Administrative Expense
Page 2