# **EXHIBIT J**



**GOBIERNO DE PUERTO RICO**
Comité de Evaluación y Disposición de Bienes Inmuebles

| DESCRIPCIÓN* | | | NÚM. CATASTRO | NOMBRE | MUNICIPIO | CABIDA (METROS CUADRADOS) | COORDENADAS LAMBERT | | DISPONIBILIDAD* | | | | PLANO DE MENSURA | | CERTIFICACIÓN DE TITULARIDAD | | ATADO A DEUDA* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lote | Edificio | Estructura | | | | | | | DISPONIBLE | DESUSO | NO DISPONIBLE | ARRENDADO (ESPECIFICAR TÉRMINO) | DISPONIBLE | NO DISPONIBLE | DISPONIBLE | NO DISPONIBLE | SÍ | No |
| Lote | Edificio | Estructura | Catastro | Nombre | Municipio | Cabida | Coord X | Coord Y | Disponible | Desuso | No disponible | Arrendado | Plano | No plano | Titularidad | No titularidad | Deuda | No Deuda |
| X | | | 225-000-001-44 | Parcela Laboratorio Caguas Oeste | CAGUAS | 1781.0700 | 18.235519 | -66.0524 | | X | | | X | | X | | X | |
| | | X | 324-009-683-16 | Pozo Planicie-Mansiones de los Cedros | CAYEY | 218.3530 | 18.121405 | -66.132202 | | | X | | X | | X | | X | |
| X | | | 297-038-099-01 | Antigua PAS Aibonito | AIBONITO | 4771.4988 | 18.141681 | -66.266421 | | X | | | X | | X | | X | |
| | | | 324-035-153-03 | Calle Acueducto #66 Comunidad F.F. Colón | CAYEY | ND | 18.110763 | -66.15875 | | X | | | | X | | X | X | |
| | | X | 324-014-244-02 | Antiguo Tanque de Agua UPR | CAYEY | 1840.5600 | 18.120941 | -66.1635586 | | | X | | X | | X | | X | |
| X | | | 275-047-159-12 | Antigua PAS Cidra | CIDRA | 3056.8790 | 18.172274 | -66.143169 | X | X | | | X | | X | | X | |
| | | X | 200-000-007-15 | Antigua PAS Gurabo | GURABO | 7088.1440 | 18.260771 | -65.976207 | X | X | | | X | | X | | X | |
| | | X | 200-084-085-01 | Antigua Estación de Bombas O'Reilly | GURABO | 237.4688 | 18.253513 | -65.97764 | | X | | | X | | X | | X | |
| | | X | 092-076-029-12 | Antigua PAS Costa Azul | LUQUILLO | 777.9670 | 18.380363 | -65.717084 | X | X | | | X | | X | | X | |
| | | X | 280-099-322-SV | Antigua EB Urb. Jardines de Humacao | HUMACAO | 117.0000 | 18.156058 | -65.818535 | X | X | | | X | | X | | X | |
| | | X | 304-018-143-16 | Antigua EB El Recreo | HUMACAO | 320.3100 | 18.15034 | -65.830627 | X | | | | | X | | X | X | |
| | | X | 303-000-008-21 (Parte) | EB Bo. Montones 3 | LAS PIEDRAS | 112.9200 | 18.13216 | -65.902765 | X | X | | | X | | X | | X | |
| | | X | 119-068-139-01 | Pozo Profundo (Mejoras al Acueducto Rural) | RÍO GRANDE | 891.4800 | 18.355783 | -65.768144 | | X | | | X | | X | | X | |
| | | X | 090-058-079-01 | EB Urb. PH Hernández | RÍO GRANDE | 576.6000 | 18.386818 | -65.827171 | | | X | | X | | X | | X | |
| | | X | 090-098-368-07 | Antigua Planta de Filtración Guzmán Abajo | RÍO GRANDE | 9932.8310 | 18.37493 | -65.8253 | X | X | | | X | | X | | X | |
| | | X | 280-043-091-05 | Antigua Estación de Bombas Urb. Las Mercedes | LAS PIEDRAS | ND | 18.172149 | -66.861543 | X | X | | | | X | | X | X | |
| X | | | 222-095-048-11 248-000-003-01 | Antigua PAS Comerío | COMERÍO | 6351.7400 | 18.21739 | -66.224037 | X | X | | | X | | X | | X | |
| X | | | 275-035-065-02 | Antigua PAS Cidra | CIDRA | 5206.0920 | 18.173505 | -66.161635 | | X | | | | X | | X | X | |
| | | X | 205-067-072-04 | Estación de Bombas Villa Penetro | CEIBA | 752.6800 | 18.261431 | -65.644477 | | | X | | | X | X | | X | |



### GOVERNMENT OF PUERTO RICO
Evaluation and Disposition of Real Property Committee

| DESCRIPTION* | | | CADASTER NUMBER | NAME | MUNICIPALITY | SURFACE AREA (SQUARE METERS) | LAMBERT COORDINATES | | AVAILABILITY* | | | | SURVEY PLAN | | CERTIFICATE OF OWNERSHIP | | DEBT TIES* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lot | Building | Structure | | | | | | | AVAILABLE | UNUSED | NOT AVAILABLE | LEASED (SPECIFY TERM) | AVAILABLE | NOT AVAILABLE | AVAILABLE | NOT AVAILABLE | Yes | No |
| Lot | Building | Structure | Cadaster | Name | Municipality | Area | X COORD | Y COORD | Available | Unused | Not available | Leased | Plan | No plan | Ownership | No ownership | Debt | No debt |
| X | | | 225-000-001-44 | West Caguas Laboratory Plot | CAGUAS | 1781 0700 | 18.235519 | -66.0524 | | X | | | X | | X | | X | |
| | | X | 324-009-683-16 | Planicie-Mansiones de los Cedros Well | CAYEY | 218.3530 | 18.121405 | -66.132202 | | | X | | X | | X | | X | |
| X | | | 297-038-099-01 | Aibonito Former WWTP | AIBONITO | 4771.4988 | 18.141681 | -66.266421 | | X | | | X | | X | | X | |
| | | | 324-035-153-03 | Acueducto Street #66 F.F. Colón Community | CAYEY | N/A | 18.110763 | -66.15875 | | X | | | | X | | X | X | |
| | | X | 324-014-244-02 | UPR Former Water Tank | CAYEY | 1840 5600 | 18.120941 | -66.1635586 | | | X | | X | | X | | X | |
| X | | | 275-047-159-12 | Cidra Former WWTP | CIDRA | 3056 8790 | 18.172274 | -66.143169 | X | X | | | X | | X | | X | |
| | | X | 200-000-007-15 | Gurabo Former WWTP | GURABO | 7088.1440 | 18.260771 | -65.976207 | X | X | | | X | | X | | X | |
| | | X | 200-084-085-01 | O'Reilly Former Pump Station | GURABO | 237.4688 | 18.253513 | -65.97764 | | X | | | X | | X | | X | |
| | | X | 092-076-029-12 | Costa Azul Former WWTP | LUQUILLO | 777.9670 | 18.380363 | -65.717084 | X | X | | | X | | X | | X | |
| | | X | 280-099-322-SV | Urb. Jardines de Humacao Former Pump Station | HUMACAO | 117.0000 | 18.156058 | -65.818535 | X | X | | | X | | X | | X | |
| | | X | 304-018-143-16 | El Recreo Former Pump Station | HUMACAO | 320.3100 | 18.15034 | -65.830627 | X | | | | | X | | X | X | |
| | | X | 303-000-008-21 (Partial) | Montones Ward Pump Station | LAS PIEDRAS | 112.9200 | 18.13216 | -65.902765 | X | X | | | X | | X | | X | |
| | | X | 119-068-139-01 | Deep Well (Improvements to the Rural Water Distribution System) | RÍO GRANDE | 891.4800 | 18.355783 | -65.768144 | | X | | | X | | X | | X | |
| | | X | 090-058-079-01 | Urb. PH Hernández Pump Station | RÍO GRANDE | 576.6000 | 18.386818 | -65.827171 | | | X | | X | | X | | X | |
| | | X | 090-098-368-07 | Guzmán Abajo Former WTP | RÍO GRANDE | 9932 8310 | 18.37493 | -65.8253 | X | X | | | X | | X | | X | |
| | | X | 280-043-091-05 | Urb. Las Mercedes Former Pump Station | LAS PIEDRAS | N/A | 18.172149 | -66.861543 | X | X | | | | X | | X | X | |
| X | | | 222-095-048-11 248-000-003-01 | Comerío Former WWTP | COMERÍO | 6351.7400 | 18.21739 | -66.224037 | X | X | | | X | | X | | X | |
| X | | | 275-035-065-02 | Cidra Former WWTP | CIDRA | 5206 0920 | 18.173505 | -66.161635 | | X | | | | X | | X | X | |
| | | X | 205-067-072-04 | Villa Penetro Pump Station | CEIBA | 752.6800 | 18.261431 | -65.644477 | | | X | | | X | X | | X | |



Lango, Inc.
1460 Broadway | New York, NY 10036
213.444.5373 | Hello@lango.co | www.lango.co

#2020_03_MLBK-005

# CERTIFICATE OF TRANSLATION ACCURACY

Translation from Spanish to English

We, Lango, Inc, hereby certify the document(s) attached herewith are translated by experienced and qualified bilingual translators with comprehensive knowledge of their source and target languages, and that each translated document is prepared as an exact, accurate and true translation of the original document, following industry-wide accepted processes for producing a certified translation.

Lango and its partners are members of the following associations:



*This is to certify the correctness of only the translation. We do not guarantee the original (untranslated) document to be genuine or that the statements in the original document are true.*

Jeffrey Daniel Schmidt
Chief Revenue Officer – Lango, Inc

Date: March 9, 2020

