# **EXHIBIT L**



# FY21 Certified Budget
## for the Commonwealth of Puerto Rico

**June 30, 2020**

| Fund | Certified Amount ($ in billions) | Page Number |
|---|---:|---:|
| General Fund | $10.045 | 8 |
| Special Revenue Funds | $3.286 | 122 |
| Federal Funds | $8.897 | 197 |
| **Total** | **$22.229** | |

$ in thousands

| Agency # | Agency Name | GENERAL FUND | | | | SPECIAL REVENUE FUNDS | | | | FEDERAL FUNDS | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Payroll | Opex | PayGo | Subtotal | Payroll | Opex | PayGo | Subtotal | Payroll | Opex | Subtotal | FY21 |
| **Executive Office** | | | | | | | | | | | | | |
| 15 | Office of the Governor | 10,453 | 3,721 | 2,148 | 16,322 | 0 | 0 | 0 | 0 | 325 | 1,723 | 2,048 | **18,370** |
| 29 | Puerto Rico Federal Affairs Administration | 1,250 | 1,236 | 385 | 2,871 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **2,871** |
| 155 | State Historic Preservation Office of Puerto | 727 | 934 | 280 | 1,941 | 0 | 1,052 | 0 | 1,052 | 1,432 | 1,867 | 3,299 | **6,292** |
| 161 | Puerto Rico Infrastructure Financing Authority | 1,672 | 461 | 121 | 2,254 | 0 | 5,387 | 0 | 5,387 | 0 | 0 | 0 | **7,641** |
| 162 | Public Building Authority (PBA) | 0 | 0 | 0 | 0 | 56,065 | 48,829 | 23,774 | 128,668 | 0 | 0 | 0 | **128,668** |
| 276 | Public Private Partnership Authority | 2,370 | 13,133 | 0 | 15,503 | 272 | 10,004 | 0 | 10,276 | 26,644 | 132,152 | 158,796 | **184,575** |
| 329 | Office of Socio-Economic and Community Development | 1,705 | 960 | 2,868 | 5,533 | 0 | 0 | 0 | 0 | 865 | 29,917 | 30,782 | **36,315** |
| **Total Executive Office** | | 18,177 | 20,445 | 5,802 | 44,424 | 56,337 | 65,272 | 23,774 | 145,383 | 29,266 | 165,659 | 194,925 | **384,732** |
| **Municipalities** | | | | | | | | | | | | | |
| 208 | Contributions to the Municipalities | 0 | 131,838 | 0 | 131,838 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **131,838** |
| **Total Municipalities** | | 0 | 131,838 | 0 | 131,838 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **131,838** |
| **Transparency & Control Entities** | | | | | | | | | | | | | |
| 8 | Office of the Comptroller | 30,217 | 6,972 | 6,198 | 43,387 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **43,387** |
| 193 | Office of Government Ethics | 6,684 | 2,428 | 0 | 9,112 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **9,112** |
| **Total Transparency & Control Entities** | | 36,901 | 9,400 | 6,198 | 52,499 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **52,499** |
| **Public Works** | | | | | | | | | | | | | |
| 11 | Puerto Rico Traffic Safety Commission | 0 | 0 | 88 | 88 | 1,003 | 176 | 221 | 1,400 | 757 | 9,394 | 10,151 | **11,639** |
| 49 | Department of Transportation and Public Works | 16,758 | 79,981 | 21,113 | 117,852 | 16,768 | 36,600 | 2,335 | 55,703 | 155 | 65 | 220 | **173,775** |
| 168 | Puerto Rico Ports Authority | 0 | 0 | 0 | 0 | 22,918 | 29,292 | 24,945 | 77,155 | 0 | 144,422 | 144,422 | **221,577** |
| 285 | Puerto Rico Integrated Transit Authority | 8,756 | 8,058 | 12,337 | 29,151 | 27,782 | 7,508 | 2,075 | 37,365 | 5,122 | 17,000 | 22,122 | **88,638** |
| **Total Public Works** | | 25,514 | 88,039 | 33,538 | 147,091 | 68,471 | 73,576 | 29,576 | 171,623 | 6,034 | 170,881 | 176,915 | **495,629** |
| **Economic Development** | | | | | | | | | | | | | |
| 119 | Department of Economic Development and Commerce of Puerto Rico | 11,938 | 19,455 | 7,377 | 38,770 | 27,797 | 71,040 | 9,859 | 108,696 | 7,776 | 152,742 | 160,518 | **307,984** |
| **Total Economic Development** | | 11,938 | 19,455 | 7,377 | 38,770 | 27,797 | 71,040 | 9,859 | 108,696 | 7,776 | 152,742 | 160,518 | **307,984** |
| **State** | | | | | | | | | | | | | |
| 23 | Puerto Rico Department of State | 3,633 | 8,861 | 2,214 | 14,708 | 1,859 | 1,810 | 0 | 3,669 | 0 | 0 | 0 | **18,377** |
| **Total State** | | 3,633 | 8,861 | 2,214 | 14,708 | 1,859 | 1,810 | 0 | 3,669 | 0 | 0 | 0 | **18,377** |
| **Labor** | | | | | | | | | | | | | |
| 34 | Commission of Investigation, Processing and Appeals | 291 | 71 | 120 | 482 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **482** |
| 67 | Puerto Rico Department of Labor and Human Resources | 4,296 | 11,942 | 24,565 | 40,803 | 26,526 | 276,457 | 4,354 | 307,337 | 18,442 | 8,121 | 26,563 | **374,703** |
| 68 | Puerto Rico Labor Relations Board | 560 | 56 | 349 | 965 | 127 | 272 | 0 | 399 | 0 | 0 | 0 | **1,364** |
| 126 | Vocational Rehabilitation Administration | 621 | 13,347 | 10,646 | 24,614 | 417 | 315 | 0 | 732 | 25,872 | 20,569 | 46,441 | **71,787** |
| 279 | Public Service Appeals Commission | 2,068 | 334 | 131 | 2,533 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **2,533** |
| **Total Labor** | | 7,836 | 25,750 | 35,811 | 69,397 | 27,070 | 277,044 | 4,354 | 308,468 | 44,314 | 28,690 | 73,004 | **450,869** |
| **Corrections** | | | | | | | | | | | | | |
| 137 | Department of Correction and Rehabilitation | 222,424 | 113,607 | 45,826 | 381,857 | 0 | 18,675 | 0 | 18,675 | 16 | 3,394 | 3,410 | **403,942** |
| 220 | Correctional Health Services Corporation | 18,290 | 31,388 | 2,073 | 51,751 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **51,751** |
| **Total Corrections** | | 240,714 | 144,995 | 47,899 | 433,608 | 0 | 18,675 | 0 | 18,675 | 16 | 3,394 | 3,410 | **455,693** |
| **Justice** | | | | | | | | | | | | | |
| 38 | Puerto Rico Department of Justice | 70,991 | 16,455 | 30,333 | 117,779 | 1,379 | 4,267 | 0 | 5,646 | 4,703 | 26,813 | 31,516 | **154,941** |
| 139 | Parole Board | 1,825 | 200 | 442 | 2,467 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **2,467** |
| **Total Justice** | | 72,816 | 16,655 | 30,775 | 120,246 | 1,379 | 4,267 | 0 | 5,646 | 4,703 | 26,813 | 31,516 | **157,408** |

**Agriculture**

$ in thousands

| Agency # | Agency Name | GENERAL FUND | | | | SPECIAL REVENUE FUNDS | | | | FEDERAL FUNDS | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Payroll | Opex | PayGo | Subtotal | Payroll | Opex | PayGo | Subtotal | Payroll | Opex | Subtotal | FY21 |
| 264 | Corporation for the "Caño Martín Peña" Enlace Project | 1,238 | 13,305 | 0 | 14,543 | 0 | 984 | 0 | 984 | 76 | 3,355 | 3,431 | 18,958 |
| 268 | Puerto Rico Institute of Statistics | 580 | 1,124 | 0 | 1,704 | 0 | 0 | 0 | 0 | 229 | 45 | 274 | 1,978 |
| 271 | Puerto Rico Technology and Innovation Services | 3,353 | 66,347 | 0 | 69,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 69,700 |
| 272 | Office of the Inspector General | 4,569 | 2,307 | 616 | 7,492 | 4,741 | 931 | 0 | 5,672 | 0 | 0 | 0 | 13,164 |
| 281 | Office of the Election Comptroller | 2,288 | 196 | 38 | 2,522 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,522 |
| 286 | Authority of the Port of Ponce | 136 | 815 | 0 | 951 | 135 | 278 | 0 | 413 | 0 | 0 | 0 | 1,364 |
| 303 | Convention Center of District Authority | 0 | 0 | 0 | 0 | 668 | 21,340 | 0 | 22,008 | 0 | 0 | 0 | 22,008 |
| 311 | Puerto Rico Gaming Commission | 1,070 | 283 | 887 | 2,240 | 8,178 | 186,576 | 0 | 194,754 | 0 | 0 | 0 | 196,994 |
| 312 | Retirement Board of the Government of Puerto Rico | 0 | 0 | 8,624 | 8,624 | 21,631 | 45,205 | 0 | 66,836 | 0 | 0 | 0 | 75,460 |
| **Total Independent Agencies** | | 54,460 | 125,488 | 39,152 | 219,100 | 45,203 | 279,602 | 4,822 | 329,627 | 6,833 | 28,636 | 35,469 | 584,196 |
| **Closures - per the government's reorganization plan** | | | | | | | | | | | | | |
| 138 | Institutional Trust of the National Guard of Puerto Rico | 0 | 0 | 0 | 0 | 343 | 6,170 | 45 | 6,558 | 0 | 0 | 0 | 6,558 |
| 186 | Culebra Conservation and Development Authority | 145 | 96 | 19 | 260 | 199 | 100 | 0 | 299 | 0 | 0 | 0 | 559 |
| 195 | Economic Development Bank of PR | 0 | 0 | 0 | 0 | 6,205 | 4,043 | 1,377 | 11,625 | 0 | 0 | 0 | 11,625 |
| **Total Closures - per the government's reorganization plan** | | 145 | 96 | 19 | 260 | 6,747 | 10,313 | 1,422 | 18,482 | 0 | 0 | 0 | 18,742 |
| **Utilities Commission** | | | | | | | | | | | | | |
| 298 | Public Service Regulatory Board | 3,156 | 282 | 5,117 | 8,555 | 7,808 | 22,623 | 652 | 31,083 | 665 | 707 | 1,372 | 41,010 |
| **Total Utilities Commission** | | 3,156 | 282 | 5,117 | 8,555 | 7,808 | 22,623 | 652 | 31,083 | 665 | 707 | 1,372 | 41,010 |
| **Instumentality** | | | | | | | | | | | | | |
| 310 | Municipal Finance Corporation | 0 | 0 | 0 | 0 | 556 | 121,859 | 0 | 122,415 | 0 | 0 | 0 | 122,415 |
| **Total Instumentality** | | 0 | 0 | 0 | 0 | 556 | 121,859 | 0 | 122,415 | 0 | 0 | 0 | 122,415 |
| **Finance Commission** | | | | | | | | | | | | | |
| 22 | Office of The Commissioner of Insurance | 0 | 0 | 0 | 0 | 5,504 | 2,055 | 1,265 | 8,824 | 0 | 0 | 0 | 8,824 |
| 75 | Commissioner of Financial Institutions | 0 | 0 | 0 | 0 | 6,462 | 2,638 | 2,360 | 11,460 | 0 | 0 | 0 | 11,460 |
| **Total Finance Commission** | | 0 | 0 | 0 | 0 | 11,966 | 4,693 | 3,625 | 20,284 | 0 | 0 | 0 | 20,284 |
| **Land** | | | | | | | | | | | | | |
| 165 | Land Authority of Puerto Rico | 0 | 0 | 0 | 0 | 4,873 | 1,887 | 3,399 | 10,159 | 0 | 0 | 0 | 10,159 |
| 177 | Land Administration of Puerto Rico | 0 | 0 | 0 | 0 | 3,814 | 1,956 | 2,236 | 8,006 | 0 | 0 | 0 | 8,006 |
| 236 | Innovation Fund for Agricultural Development of Puerto Rico | 0 | 0 | 0 | 0 | 1,360 | 11,505 | 0 | 12,865 | 0 | 0 | 0 | 12,865 |
| **Total Land** | | 0 | 0 | 0 | 0 | 10,047 | 15,348 | 5,635 | 31,030 | 0 | 0 | 0 | 31,030 |
| **Other** | | | | | | | | | | | | | |
| 70 | State Insurance Fund Corporation | 0 | 0 | 0 | 0 | 180,613 | 252,456 | 96,918 | 529,987 | 0 | 0 | 0 | 529,987 |
| 297 | Financial Oversight and Management Board for Puerto Rico | 0 | 57,625 | 0 | 57,625 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 57,625 |
| 79 | Automobile Accidents Compensation Administration | 0 | 0 | 0 | 0 | 24,184 | 47,781 | 13,089 | 85,054 | 0 | 0 | 0 | 85,054 |
| **Total Other** | | 0 | 57,625 | 0 | 57,625 | 204,797 | 300,237 | 110,007 | 615,041 | 0 | 0 | 0 | 672,666 |
| | **Total** | 2,891,312 | 5,099,272 | 2,054,606 | 10,045,190 | 691,875 | 2,039,208 | 555,254 | 3,286,337 | 678,936 | 8,218,324 | 8,897,260 | 22,228,787 |

**GENERAL FUND**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 1 |  |  |  |  |  |
| 2 |  | 16. | Administration for Integral Development of Childhood |  |  |
| 3 |  | A. | Payroll and related costs |  | 3,018,000 |
| 4 |  | i. | Salaries | 1,767,000 |  |
| 5 |  | ii. | Salaries for trust employees | 514,000 |  |
| 6 |  | iii. | Healthcare | 150,000 |  |
| 7 |  | iv. | Other benefits | 356,000 |  |
| 8 |  | v. | Early retirement benefits & voluntary transition programs | 231,000 |  |
| 9 |  | vi. | Overtime | - |  |
| 10 |  | vii. | Christmas bonus | - |  |
| 11 |  | viii. | Other payroll | - |  |
| 12 |  | B. | Payments to PayGo |  | 3,016,000 |
| 13 |  | C. | Facilities and utility payments |  | 472,000 |
| 14 |  | D. | Purchased services |  | 9,000 |
| 15 |  | E. | Donations, subsidies and other distributions (including court sentences) |  | 150,000 |
| 16 |  | i. | For operational expenses and technical support to the |  |  |
| 17 |  |  | Multisector Council for Early Childhood | 150,000 |  |
| 18 |  | F. | Undistributed appropriations |  | 300,000 |
| 19 |  | G. | Other operating expenses |  | 5,000 |
| 20 |  | H. | Federal fund matching |  | 1,167,000 |
| 21 |  |  | **Total Administration for Integral Development of Childhood** |  | **8,137,000** |
| 22 |  | **Subtotal Families & Children** |  |  | **337,967,000** |
| 23 |  |  |  |  | - |
| 24 | VII | **Custody Accounts** |  |  |  |
| 25 |  | 17. | Appropriations under the custody of the Treasury |  |  |
| 26 |  | A. | Payroll and related costs |  | - |
| 27 |  | B. | Payments to PayGo |  | 175,588,000 |
| 28 |  | C. | Facilities and utility payments |  | - |
| 29 |  | D. | Donations, subsidies and other distributions (including court sentences) |  | 1,007,000 |
| 30 |  | i. | For the operation and maintenance of the land registry of Puerto Rico, |  |  |
| 31 |  |  | maintained by the Municipal Revenue Collection Center, pursuant to |  |  |
| 32 |  |  | Law 184-2014 | 1,000,000 |  |
| 33 |  | ii. | For the payment of life annuity to Wilfredo Benítez, according to the |  |  |
| 34 |  |  | provisions of JR 726-1995 | 7,000 |  |
| 35 |  | E. | Professional services |  | 87,543,000 |
| 36 |  | i. | Title III professional fees | 87,543,000 |  |
| 37 |  | F. | Other operating expenses |  | 254,000 |
| 38 |  | i. | Other SUT expenses | 254,000 |  |

**GENERAL FUND**

| | | | | | |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | G. | Social well-being for Puerto Rico | | 412,099,000 |
| 3 | | i. | Commonwealth transfer to the Highways and Transportation Authority | | |
| 4 | | | for operating expenses | 222,400,000 | |
| 5 | | ii. | Commonwealth transfer to the Highways and Transportation Authority | | |
| 6 | | | for capital expenditures | 59,067,000 | |
| 7 | | ii. | For each municipality's Municipal Development Fund, as provided by | | |
| 8 | | | Law 18-2014, to be distributed pursuant to Law 1-2011 | 49,581,000 | |
| 9 | | iii. | For each municipality's Municipal Improvement Fund, as provided by | | |
| 10 | | | Law 18-2014, to be distributed pursuant to Law 1-2011 | 24,791,000 | |
| 11 | | iv. | Rural area health professionals scholarship and loan forgiveness | | |
| 12 | | | endowment | 20,000,000 | |
| 13 | | v. | Cruise ships incentives in the Economic Incentive Fund, | | |
| 14 | | | pursuant to law 60-2019 | 12,750,000 | |
| 15 | | vi. | "Rum cover-over" funds in the Economic Incentive Fund, | | |
| 16 | | | pursuant to law 60-2019 | 10,000,000 | |
| 17 | | vii. | Green Energy Incentives in the Economic Incentive Fund, | | |
| 18 | | | pursuant to law 60-2019 | 5,770,000 | |
| 19 | | viii. | CINE Development funds in the Economic Incentive Fund, | | |
| 20 | | | pursuant to law 60-2019 | 3,240,000 | |
| 21 | | ix. | Export Development in the Economic Incentive Fund, | | |
| 22 | | | pursuant to law 60-2019 | 2,000,000 | |
| 23 | | x. | Development funds in the Economic Incentive Fund, | | |
| 24 | | | pursuant to law 60-2019 | 2,500,000 | |
| 25 | | H. | Appropriations to non-governmental entities | | 338,028,000 |
| 26 | | i. | Contributions to rum producers related to the "rum cover-over" | | |
| 27 | | | collected by the US Treasury | 181,636,000 | |
| 28 | | ii. | FEDE portion of corporate income taxes and non-resident | | |
| 29 | | | withholdings in the Economic Incentive Fund, pursuant | | |
| 30 | | | to law 60-2019 | 76,262,000 | |
| 31 | | iii. | UPR Scholarship Fund | 42,754,000 | |
| 32 | | iv. | Contributions to the Conservation Trust related to the | | |
| 33 | | | "rum cover-over" | 15,000,000 | |
| 34 | | v. | Transfer to the Society for Legal Assistance | 9,800,000 | |
| 35 | | vi. | Contributions to the Science, Technology, & Research Trust | | |
| 36 | | | related to the "rum cover-over" | 5,000,000 | |
| 37 | | vii. | Transfer to Legal Services of Puerto Rico, Inc. | 4,460,000 | |
| 38 | | viii. | Transfer to Boys and Girls Club | 1,247,000 | |

| | SPECIAL REVENUE FUNDS | Payroll | OpEx | PayGo | Total |
|---|---|---:|---:|---:|---:|
| **I** | **Department of Public Safety** | | | | |
| 1 | Department of Public Safety | 23,970,000 | 28,087,000 | 258,000 | 52,315,000 |
| | **Subtotal Department of Public Safety** | **$23,970,000** | **$28,087,000** | **$258,000** | **$52,315,000** |
| **II** | **Health** | | | | |
| 2 | Puerto Rico Health Insurance Administration | - | 316,799,000 | - | 316,799,000 |
| 3 | Department of Health | 9,974,000 | 108,718,000 | 1,456,000 | 120,148,000 |
| 4 | Medical Services Administration of Puerto Rico | 90,663,000 | 60,906,000 | 2,602,000 | 154,171,000 |
| 5 | Cardiovascular Center Corporation of Puerto Rico and the Caribbean | 28,212,000 | 46,357,000 | 1,452,000 | 76,021,000 |
| 6 | University of Puerto Rico Comprehensive Cancer Center | 22,613,000 | 4,076,000 | - | 26,689,000 |
| 7 | Mental Health and Drug Addiction Services Administration | - | 6,380,000 | - | 6,380,000 |
| 8 | Center for Diabetes Research, Education, and Medical Services | - | 446,000 | - | 446,000 |
| | **Subtotal Health** | **$151,462,000** | **$543,682,000** | **$5,510,000** | **$700,654,000** |
| **III** | **Education** | | | | |
| 9 | Department of Education | 958,000 | 13,253,000 | - | 14,211,000 |
| | **Subtotal Education** | **$958,000** | **$13,253,000** | **$0** | **$14,211,000** |
| **IV** | **Courts & Legislature** | | | | |
| 10 | The General Court of Justice | - | 14,018,000 | - | 14,018,000 |
| | **Subtotal Courts & Legislature** | **$0** | **$14,018,000** | **$0** | **$14,018,000** |
| **V** | **Families & Children** | | | | |
| 11 | Child Support Administration (ASUME) | - | 8,000 | - | 8,000 |
| | **Subtotal Families & Children** | **$0** | **$8,000** | **$0** | **$8,000** |
| **VI** | **Custody Accounts** | | | | |
| 12 | Appropriations under the custody of the Treasury | - | - | 347,432,000 | 347,432,000 |
| 13 | Appropriations under the custody of the OMB | 4,125,000 | 2,875,000 | - | 7,000,000 |
| | **Subtotal Custody Accounts** | **$4,125,000** | **$2,875,000** | **$347,432,000** | **$354,432,000** |
| **VII** | **Treasury/Office of the Chief Financial Officer** | | | | |
| 14 | Puerto Rico Department of Treasury | 7,772,000 | 25,905,000 | - | 33,677,000 |
| 15 | General Services Administration | 712,000 | 3,293,000 | - | 4,005,000 |
| 16 | Human Resources Management & Transformation | 499,000 | 592,000 | - | 1,091,000 |
| 17 | Office of Management and Budget | 323,000 | 1,760,000 | - | 2,083,000 |
| | **Subtotal Treasury/Office of the Chief Financial Officer** | **$9,306,000** | **$31,550,000** | **$0** | **$40,856,000** |
| **VIII** | **Executive Office** | | | | |
| 18 | Public Building Authority | 56,065,000 | 48,829,000 | 23,774,000 | 128,668,000 |
| 19 | Puerto Rico Infrastructure Financing Authority | - | 5,387,000 | - | 5,387,000 |
| 20 | State Historic Preservation Office of Puerto Rico | - | 1,052,000 | - | 1,052,000 |
| 21 | Puerto Rico Public Private Partnership Authority | 272,000 | 10,004,000 | - | 10,276,000 |
| | **Subtotal Executive Office** | **$56,337,000** | **$65,272,000** | **$23,774,000** | **$145,383,000** |

| | SPECIAL REVENUE FUNDS | Payroll | OpEx | PayGo | Total |
|---|---|---:|---:|---:|---:|
| **XXV** | **Land** | | | | |
| | 64  Land Authority of Puerto Rico | 4,873,000 | 1,887,000 | 3,399,000 | 10,159,000 |
| | 65  Land Administration of Puerto Rico | 3,814,000 | 1,956,000 | 2,236,000 | 8,006,000 |
| | 66  Innovation Fund for Agricultural Development of | - | - | - | - |
| | Puerto Rico | 1,360,000 | 11,505,000 | - | 12,865,000 |
| | **Subtotal Land** | **$10,047,000** | **$15,348,000** | **$5,635,000** | **$31,030,000** |
| **XXVI** | **Instrumentality** | | | | |
| | 67  Municipal Finance Corporation | 556,000 | 121,859,000 | - | 122,415,000 |
| | **Subtotal Instrumentality** | **$556,000** | **$121,859,000** | **$0** | **$122,415,000** |
| | **TOTAL SPECIAL REVENUE FUNDS** | **$691,875,000** | **$2,039,208,000** | **$555,254,000** | **$3,286,337,000** |

**SPECIAL STATE FUNDS, OWN REVENUE, AND OTHER INCOME**

| # | | | | | |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | iii. | Overtime | 741,000 | |
| 3 | | iv. | Christmas bonus | - | |
| 4 | | v. | Healthcare | 183,000 | |
| 5 | | vi. | Other benefits | 8,389,000 | |
| 6 | | vii. | Early retirement benefits & voluntary transition programs | 8,069,000 | |
| 7 | | viii. | Other payroll | - | |
| 8 | B. | | Payments to PayGo | | 23,774,000 |
| 9 | C. | | Facilities and utility payments | | 16,494,000 |
| 10 | | i. | Payments to PREPA | 13,402,000 | |
| 11 | | ii. | Payments to PRASA | 1,968,000 | |
| 12 | | iii. | Other facilities costs | 1,124,000 | |
| 13 | D. | | Purchased services | | 24,278,000 |
| 14 | | i. | Payments for PRIMAS | 12,000,000 | |
| 15 | | ii. | Leases (excluding PBA) | 1,000,000 | |
| 16 | | iii. | Maintenance & Repairs | 9,214,000 | |
| 17 | | iv. | Other purchased services | 2,064,000 | |
| 18 | E. | | Transportation | | 700,000 |
| 19 | F. | | Professional services | | 1,211,000 |
| 20 | | i. | Legal professional services | 273,000 | |
| 21 | | ii. | Finance and accounting professional services | 422,000 | |
| 22 | | iii. | Information Technology (IT) professional services | 86,000 | |
| 23 | | iv. | Engineering and architecture professional services | 161,000 | |
| 24 | | v. | Title III professional fees | 43,000 | |
| 25 | | vi. | Other professional services | 226,000 | |
| 26 | G. | | Materials and supplies | | 301,000 |
| 27 | H. | | Donations, subsidies and other distributions (including court sentences) | | 3,163,000 |
| 28 | | i. | Title III related costs | 3,163,000 | |
| 29 | I. | | Other operating expenses | | 682,000 |
| 30 | | i. | Payment to the Office of the Inspector General | 79,000 | |
| 31 | | ii. | Other operating expenses | 603,000 | |
| 32 | J. | | Capital expenditures | | 2,000,000 |
| 33 | | | **Total Public Building Authority** | | **128,668,000** |
| 34 | | | | | |
| 35 | **19.** | | **Puerto Rico Infrastructure Financing Authority** | | |
| 36 | A. | | Facilities and utility payments | | 1,404,000 |
| 37 | | i. | Payments to PREPA | 999,000 | |
| 38 | | ii. | Payments to PRASA | 400,000 | |

**SPECIAL STATE FUNDS, OWN REVENUE, AND OTHER INCOME**

| # | | | | | |
|---|---|---|---|---:|---:|
| 1 | | | | | |
| 2 | | C. | Facilities and utility payments | | 160,000 |
| 3 | | i. | Payments to PREPA | 124,000 | |
| 4 | | ii. | Payments to PRASA | 23,000 | |
| 5 | | iii. | Other facilities costs | 13,000 | |
| 6 | | D. | Purchased services | | 214,000 |
| 7 | | i. | Other purchased services | 97,000 | |
| 8 | | ii. | Leases (excluding PBA) | 72,000 | |
| 9 | | iii. | Payments for PRIMAS | 45,000 | |
| 10 | | E. | Transportation | | 208,000 |
| 11 | | F. | Professional services | | 596,000 |
| 12 | | i. | Legal professional services | 20,000 | |
| 13 | | ii. | Finance and accounting professional services | 79,000 | |
| 14 | | iii. | Information technology (IT) professional services | 26,000 | |
| 15 | | iv. | Engineering and architecture professional services | 429,000 | |
| 16 | | v. | Other professional services | 42,000 | |
| 17 | | G. | Other operating expenses | | 515,000 |
| 18 | | i. | Payment to the Office of the Inspector General | 48,000 | |
| 19 | | ii. | Other operating expenses | 467,000 | |
| 20 | | H. | Materials and supplies | | 194,000 |
| 21 | | | **Total Land Authority of Puerto Rico** | | **10,159,000** |
| 22 | | | | | |
| 23 | 65. | **Land Administration of Puerto Rico** | | | |
| 24 | | A. | Payroll | | 3,814,000 |
| 25 | | i. | Salaries | 2,181,000 | |
| 26 | | ii. | Salaries for trust employees | 932,000 | |
| 27 | | iii. | Overtime | - | |
| 28 | | iv. | Christmas bonus | - | |
| 29 | | v. | Healthcare | 95,000 | |
| 30 | | vi. | Other benefits | 271,000 | |
| 31 | | vii. | Early retirement benefits & Voluntary Transition Programs | 335,000 | |
| 32 | | viii. | Other payroll | - | |
| 33 | | B. | Payments to PayGo | | 2,236,000 |
| 34 | | C. | Facilities and utility payments | | 272,000 |
| 35 | | i. | Payments to PREPA | 228,000 | |
| 36 | | ii. | Payments to PRASA | 14,000 | |
| 37 | | iii. | Other facilities costs | 30,000 | |
| 38 | | D. | Purchased services | | 350,000 |

**SPECIAL STATE FUNDS, OWN REVENUE, AND OTHER INCOME**

| | | | | | |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | i. | Maintenance & Repairs | 300,000 | |
| 3 | | ii. | Other purchased services | 50,000 | |
| 4 | E. | | Transportation | | 10,000 |
| 5 | F. | | Professional services | | 561,000 |
| 6 | | i. | Legal professional services | 430,000 | |
| 7 | | ii. | Finance and accounting professional services | 70,000 | |
| 8 | | iii. | Other professional services | 61,000 | |
| 9 | G. | | Other operating expenses | | 713,000 |
| 10 | H. | | Materials and supplies | | 25,000 |
| 11 | I. | | Equipment purchases | | 20,000 |
| 12 | J. | | Media and advertisements | | 5,000 |
| 13 | | | **Total Land Administration of Puerto Rico** | | **8,006,000** |
| 14 | | | | | |
| 15 | 66. | | Innovation Fund for Agricultural Development of Puerto Rico | | |
| 16 | A. | | Payroll | | 1,360,000 |
| 17 | | i. | Salaries | 1,107,000 | |
| 18 | | ii. | Salaries for trust employees | - | |
| 19 | | iii. | Overtime | - | |
| 20 | | iv. | Christmas bonus | - | |
| 21 | | v. | Healthcare | 88,000 | |
| 22 | | vi. | Other benefits | 112,000 | |
| 23 | | vii. | Early retirement benefits & Voluntary Transition Programs | 53,000 | |
| 24 | | viii. | Other payroll | - | |
| 25 | B. | | Payments to PayGo | | - |
| 26 | C. | | Purchased services | | 123,000 |
| 27 | | i. | Payments for PRIMAS | 34,000 | |
| 28 | | ii. | Maintenance & Repairs | 17,000 | |
| 29 | | iii. | Other purchased services | 48,000 | |
| 30 | | iv. | Leases (excluding PBA) | 24,000 | |
| 31 | D. | | Transportation | | 24,000 |
| 32 | E. | | Professional services | | 828,000 |
| 33 | | i. | Legal professional services | 90,000 | |
| 34 | | ii. | Finance and accounting professional services | 173,000 | |
| 35 | | iii. | Information technology (IT) professional services | 122,000 | |
| 36 | | iv. | Engineering and architecture professional services | 250,000 | |
| 37 | | v. | Other professional services | 193,000 | |
| 38 | F. | | Other operating expenses | | 7,000 |