# EXHIBIT O



## SECRETARIA AUXILIAR DE ADMINISTRACION
## OFICINA ASESORA, ADMINISTRACION DE PROPIEDADES

## INVENTARIO FEDERAL

| Número de Proyecto | Numero Federal | Descripcion del Proyecto | Año | Municipio | Número de Parcela/Est. | Nombre del Afectado | Cabida o Km, Prop. Adquirida | Compensacion |
|---|---|---|---|---|---|---|---|---|
| AC-2015 | EHS-T-5131(27) | AVE. LOMAS VERDES Y PR 20 | 1972 | GUAYNABO | 421 | | 0.023MC | 3,040.00 |
| AC-2015 | EHS-T-5131(27) | AVE. LOMAS VERDES Y PR 20 | 1972 | GUAYNABO | 102 | | 2,423.MC | 48,460.00 |
| AC-2015 | EHS-T-5131(27) | AVE. LOMAS VERDES Y PR 20 | 1972 | GUAYNABO | 125 | | 449.7461MC | 106,000.00 |
| AC-2015 | EHS-T-5131(27) | AVE. LOMAS VERDES Y PR 20 | 1972 | GUAYNABO | 119 | | | 6,500.00 |
| AC-2015 | EHS-T-5131(27) | AVE. LOMAS VERDES Y PR 20 | 1972 | GUAYNABO | 124 | | EST. 4 | 10,800.00 |
| AC-2015 | EHS-T-5131(27) | AVE. LOMAS VERDES Y PR 20 | 1972 | GUAYNABO | 132-B, 132-C | Redacted | 12,177.53MC | 411,320.00 |
| AC-2015 | EHS-T-5131(27) | AVE. LOMAS VERDES Y PR 20 | 1972 | GUAYNABO | 97, 98 | | 425MC | 8,420.00 |
| AC-2015 | EHS-T-5131(27) | AVE. LOMAS VERDES Y PR 20 | 1972 | GUAYNABO | 24 | | | 3,840.00 |
| AC-2015 | EHS-T-5131(27) | AVE. LOMAS VERDES Y PR 20 | 1972 | GUAYNABO | 24 | | 509 PC | 15,000.00 |
| AC-2015 | EHS-T-5131(27) | AVE. LOMAS VERDES Y PR 20 | 1972 | GUAYNABO | 124 | | ESTRUCTURA | 1,500.00 |
| AC-2015 | EHS-T-5131(27) | AVE. LOMAS VERDES Y PR 20 | 1972 | GUAYNABO | 124 | | EST. 4 | 3,302.50 |
| AC-2015 | EHS-T-5131(27) | AVE. LOMAS VERDES Y PR 20 | 1972 | GUAYNABO | PARC. ELA | | EST.119 | 3,840.00 |
| AC-2015 | EHS-T-5131(27) | AVE. LOMAS VERDES Y PR 20 | 1972 | GUAYNABO | | | NEGOCIO | 6,500.00 |
| AC-2015 | EHS-T-5131(27) | AVE. LOMAS VERDES Y PR 20 | 1972 | GUAYNABO | 95 | | 163MC | 2,610.00 |

ASSETS_2004_0003659



**ASSISTANT SECRETARY OF ADMINISTRATION**
**CONSULTING OFFICE, PROPERTY MANAGEMENT**

**FEDERAL INVENTORY**

| Project Number | Federal Number | Project Description | Year | Municipality | Plot/Est Number | Name of Affected Party | Area or Km Acquired Property | Compensation |
|---|---|---|---|---|---|---|---|---|
| AC-2015 | EHS-T-5131(27) | LOMAS VERDES AV. AND PR-20 | 1972 | GUAYNABO | 421 | | 0.023 M² | 3,040.00 |
| AC-2015 | EHS-T-5131(27) | LOMAS VERDES AV. AND PR-20 | 1972 | GUAYNABO | 102 | | 2,423 M² | 48,460.00 |
| AC-2015 | EHS-T-5131(27) | LOMAS VERDES AV. AND PR-20 | 1972 | GUAYNABO | 125 | | 449.7461 M² | 106,000.00 |
| AC-2015 | EHS-T-5131(27) | LOMAS VERDES AV. AND PR-20 | 1972 | GUAYNABO | 119 | | | 6,500.00 |
| AC-2015 | EHS-T-5131(27) | LOMAS VERDES AV. AND PR-20 | 1972 | GUAYNABO | 124 | | EST. 4 | 10,800.00 |
| AC-2015 | EHS-T-5131(27) | LOMAS VERDES AV. AND PR-20 | 1972 | GUAYNABO | 132-B, 132-C | | 12,177.53 M² | 411,320.00 |
| AC-2015 | EHS-T-5131(27) | LOMAS VERDES AV. AND PR-20 | 1972 | GUAYNABO | 97, 98 | **Redacted** | 425 M² | 8,420.00 |
| AC-2015 | EHS-T-5131(27) | LOMAS VERDES AV. AND PR-20 | 1972 | GUAYNABO | 24 | | | 3,840.00 |
| AC-2015 | EHS-T-5131(27) | LOMAS VERDES AV. AND PR-20 | 1972 | GUAYNABO | 24 | | 509 PC | 15,000.00 |
| AC-2015 | EHS-T-5131(27) | LOMAS VERDES AV. AND PR-20 | 1972 | GUAYNABO | 124 | | STRUCTURE | 1,500.00 |
| AC-2015 | EHS-T-5131(27) | LOMAS VERDES AV. AND PR-20 | 1972 | GUAYNABO | 124 | | EST. 4 | 3,302.50 |
| AC-2015 | EHS-T-5131(27) | LOMAS VERDES AV. AND PR-20 | 1972 | GUAYNABO | ELA PLOT | | EST. 119 | 3,840.00 |
| AC-2015 | EHS-T-5131(27) | LOMAS VERDES AV. AND PR-20 | 1972 | GUAYNABO | | | BUSINESS | 6,500.00 |
| AC-2015 | EHS-T-5131(27) | LOMAS VERDES AV. AND PR-20 | 1972 | GUAYNABO | 95 | | 163 M² | 2,610.00 |

ASSETS_2004_0003659



Lango, Inc.
1460 Broadway **|** New York, NY 10036
213.444.5373 **|** Hello@lango.co **|** www.lango.co

#2020_03_MLBK-004

# CERTIFICATE OF TRANSLATION ACCURACY

Translation from <u>Spanish</u> to <u>English</u>

We, Lango, Inc, hereby certify the document(s) attached herewith are translated by experienced and qualified bilingual translators with comprehensive knowledge of their source and target languages, and that each translated document is prepared as an exact, accurate and true translation of the original document, following industry-wide accepted processes for producing a certified translation.

Lango and its partners are members of the following associations:



*This is to certify the correctness of only the translation. We do not guarantee the original (untranslated) document to be genuine or that the statements in the original document are true.*

Jeffrey Daniel Schmidt
Chief Revenue Officer – Lango, Inc

Date: March 9, 2020

