# **EXHIBIT P**

| IDFINCA | MUNICIPIO | TIPO | Cuerdas en Mapa (Aprox) | Núm Catastro | Column1 | |
|---|---|---|---|---|---|---|
| 6810-000005 | Adjuntas | Disponible | 4.3559 | 266-055-208-01 | | |
| 6804-000001 | Adjuntas | Disponible | 0.2546 | 266-065-018-21-001 | | |
| 7013-000012 | Adjuntas | Disponible | 0.2619 | UP | | |
| 6943-000010 | Adjuntas | Disponible | 0.0092 | UP | | uso publico |
| 7328-000016 | Aguada | Otros | 0.0147 | UP | | |
| 8101-000021 | Aguadilla | Disponible | 8.9849 | 046-000-006-78 | | |
| | Aguadilla | Otros | 1.3408 | WATER | | |
| 0702A-000017 | Aguadilla | Disponible | 58.9885 | 006-080-823-03 | | |
| 6928-000022 | Aguas Buenas | Disponible | 2.7699 | 198-094-050-57 | | |
| 7005-000030 | Aguas Buenas | Otros | 0.4504 | UP | | |
| 7733-000052 | Aibonito | Disponible | 0.1906 | 297-037-097-03 | | |
| 7203-000049 | Aibonito | Disponible | 72.1034 | 322-020-253-37 | | |
| 0609-000041 | Aibonito | Disponible | 0.0199 | 297-058-086-32 | | |
| XXXX-000039 | Aibonito | Disponible | 0.8032 | 297-058-086-10 | | |
| 7719-000050 | Aibonito | Disponible | 0.4192 | 297-048-103-06 | | |
| 0606-000037 | Aibonito | Disponible | 0.0285 | 297-058-086-36 | | |
| 0607-000038 | Aibonito | Disponible | 0.0357 | 297-058-086-37 | | |
| 0608-000046 | Aibonito | Disponible | 0.0207 | 297-058-086-33 | | |
| 0614-000042 | Aibonito | Disponible | 0.0517 | 297-058-086-32 | | |
| 0611-000040 | Aibonito | Disponible | 0.3358 | 297-058-103-01 | | |
| 1101-000047 | Aibonito | Disponible | 0.0827 | 297-058-086-31 | | |
| 0616-000044 | Aibonito | Disponible | 0.1316 | 297-058-086-29 | | |
| 0615-000043 | Aibonito | Disponible | 0.0682 | 297-058-086-30 | | |
| 0617-000045 | Aibonito | Disponible | 0.1609 | 297-058-086-29 | | |
| 0604-000035 | Aibonito | Disponible | 0.0143 | 297-058-086-34 | | |
| 0605-000036 | Aibonito | Disponible | 0.0132 | 297-058-086-35 | | |
| 0601-000035 | Aibonito | Arrendado | 18.0120 | 297-017-271-13 | | |
| 7816-000056 | Anasco | Disponible | 9.1752 | 154-000-005-70 | | |
| 7902-000067 | Anasco | Disponible | 8.7089 | 154-000-005-67 | | |
| 7902-000066 | Anasco | Disponible | 4.3886 | 154-000-005-66 | | |
| 7902-000068 | Anasco | Disponible | 3.0115 | 154-000-005-65 | | |
| 7902-000064 | Anasco | Disponible | 3.4362 | 154-000-005-58 | | |
| 7816-000054 | Anasco | Disponible | 0.2629 | UP | | |
| 7816-000060 | Anasco | Disponible | 3.6054 | 154-000-005-68 | | |
| 7816-000059 | Anasco | Disponible | 2.7016 | 154-000-005-69 | | |
| 7816-000058 | Anasco | Disponible | 3.3434 | 154-000-005-69 | | |
| 7816-000057 | Anasco | Disponible | 0.2670 | 154-000-005-69 | | |
| 7816-000055 | Anasco | Disponible | 0.5110 | 154-000-005-69 | | |
| 7816-000062 | Anasco | Disponible | 5.8489 | 154-000-005-73 | | |
| 7816-000063 | Anasco | Disponible | 0.0688 | UP | | |
| 7816-000061 | Anasco | Disponible | 2.7364 | 154-000-005-74 | | |
| 7902-000065 | Anasco | Disponible | 5.5254 | 154-000-005-59 | | |
| 6405-000069 | Arecibo | Disponible | 0.7484 | 030-011-444-05 | | |
| 7217-000128 | Arecibo | Arrendado | 6.7801 | 030-000-002-44 | | |
| 7217-000127 | Arecibo | Arrendado | 0.2534 | 030-000-002-44 | | |
| 6610-000106 | Arecibo | Disponible | 1.4194 | 030-004-011-03 | | |
| 6610-000132 | Arecibo | Disponible | 0.1776 | 030-004-011-03 | | |
| 6610-000108 | Arecibo | Disponible | 3.2850 | 030-004-011-03 | | |
| 6505B-000083 | Arecibo | Disponible | 0.4569 | 030-000-002-33 | | |
| 6507-000106 | Arecibo | Arrendado | 2.2446 | 012-084-127-01 | | |
| 6735-000118 | Arecibo | Disponible | 19.7909 | 030-000-004-06 | | |
| 6505B-000095 | Arecibo | Disponible | 34.4973 | 030-000-002-42 | | |
| 6923-000120 | Arecibo | Otros | 2.1809 | 030-004-295-01 | | |
| 6724-000116 | Arecibo | Otros | 3.2161 | UP | | |
| 6724-000110 | Arecibo | Arrendado | 5.7894 | 030-031-409-05 | | |
| 6505B-000075 | Arecibo | Arrendado | 0.0415 | 030-000-002-42 | | |
| | Arecibo | Otros | 0.8308 | 030-034-456-40 | | |
| 6505B-000084 | Arecibo | Disponible | 0.8889 | 030-000-002-42 | | |
| 6724-000112 | Arecibo | Disponible | 8.6214 | 030-031-409-05 | | |
| 7217-000122 | Arecibo | Disponible | 1.0447 | 030-024-230-46 | | |
| 7217-000124 | Arecibo | Disponible | 101.2971 | 030-000-002-44 | | |
| 7217-001123 | Arecibo | Otros | 0.0413 | UP | | |
| 6735-000119 | Arecibo | Otros | 0.3299 | 012-000-009-10 | | |
| 6507-000103 | Arecibo | Arrendado | 0.6857 | 012-084-127-01 | | |
| 7522-000132 | Arecibo | Disponible | 0.1593 | 030-004-011-02 | | |
| 7217-001132 | Arecibo | Arrendado | 1.0939 | 030-000-002-44 | | |
| 6920-000135 | Barceloneta | Disponible | 0.5236 | 033-064-052-10 | | |
| 1502-000001 | Barceloneta | Disponible | 20.0012 | 054-040-625-13 | | |
| 7740-000289 | Bayamon | Disponible | 31.1498 | 113-024-726-06 | | |
| 7742-000295 | Bayamon | Disponible | 0.1044 | SV | | |
| 7742-000292 | Bayamon | Disponible | 9.7664 | SV | | |
| 7742-000291 | Bayamon | Disponible | 0.1349 | SV | | |
| 7742-000296 | Bayamon | Disponible | 0.1036 | SV | | |
| 7742-000301 | Bayamon | Disponible | 0.1689 | SV | | |
| 7742-000298 | Bayamon | Disponible | 0.1460 | SV | | |
| 7742-000300 | Bayamon | Disponible | 0.1048 | SV | | |
| 7742-000299 | Bayamon | Disponible | 0.1161 | SV | | |
| 7742-000294 | Bayamon | Disponible | 0.1356 | SV | | |
| 7742-000293 | Bayamon | Disponible | 0.1619 | SV | | |
| 7742-000297 | Bayamon | Disponible | 0.0745 | SV | | |

| PROPERTY ID | MUNICIPALITY | TYPE | Cuerdas on Map (Approx.) | Cadaster Number | Column1 |
|---|---|---|---|---|---|
| 6810-000005 | Adjuntas | Available | 4.3559 | 266-055-208-01 | |
| 6804-000001 | Adjuntas | Available | 0.2546 | 266-065-018-21-001 | |
| 7013-000012 | Adjuntas | Available | 0.2619 | UP | |
| 6943-000010 | Adjuntas | Available | 0.0092 | UP | |
| 7328-000016 | Aguada | Others | 0.0147 | | public use |
| 8101-000021 | Aguadilla | Available | 8.9849 | 046-000-006-78 | |
| | Aguadilla | Others | 1.3408 | WATER | |
| 0702A-000017 | Aguadilla | Available | 58.9885 | 006-080-823-03 | |
| 6928-000022 | Aguas Buenas | Available | 2.7699 | 198-094-050-57 | |
| 7005-000030 | Aguas Buenas | Others | 0.4504 | UP | |
| 7733-000052 | Aibonito | Available | 0.1906 | 297-037-097-03 | |
| 7203-000049 | Aibonito | Available | 72.1034 | 322-020-253-37 | |
| 0609-000041 | Aibonito | Available | 0.0199 | 297-058-086-32 | |
| XXXX-000039 | Aibonito | Available | 0.8032 | 297-058-086-10 | |
| 7719-000050 | Aibonito | Available | 0.4192 | 297-048-103-06 | |
| 0606-000037 | Aibonito | Available | 0.0285 | 297-058-086-36 | |
| 0607-000038 | Aibonito | Available | 0.0357 | 297-058-086-37 | |
| 0608-000046 | Aibonito | Available | 0.0207 | 297-058-086-33 | |
| 0614-000042 | Aibonito | Available | 0.0517 | 297-058-086-32 | |
| 0611-000040 | Aibonito | Available | 0.3358 | 297-058-103-01 | |
| 1101-000047 | Aibonito | Available | 0.0827 | 297-058-086-31 | |
| 0616-000044 | Aibonito | Available | 0.1316 | 297-058-086-29 | |
| 0615-000043 | Aibonito | Available | 0.0682 | 297-058-086-30 | |
| 0617-000045 | Aibonito | Available | 0.1609 | 297-058-086-29 | |
| 0604-000035 | Aibonito | Available | 0.0143 | 297-058-086-34 | |
| 0605-000036 | Aibonito | Available | 0.0132 | 297-058-086-35 | |
| 0601-000035 | Aibonito | Leased | 18.0120 | 297-017-271-13 | |
| 7816-000056 | Anasco | Available | 9.1752 | 154-000-005-70 | |
| 7902-000067 | Anasco | Available | 8.7089 | 154-000-005-67 | |
| 7902-000066 | Anasco | Available | 4.3886 | 154-000-005-66 | |
| 7902-000068 | Anasco | Available | 3.0115 | 154-000-005-65 | |
| 7902-000064 | Anasco | Available | 3.4362 | 154-000-005-58 | |
| 7816-000054 | Anasco | Available | 0.2629 | UP | |
| 7816-000060 | Anasco | Available | 3.6054 | 154-000-005-68 | |
| 7816-000059 | Anasco | Available | 2.7016 | 154-000-005-69 | |
| 7816-000058 | Anasco | Available | 3.3434 | 154-000-005-69 | |
| 7816-000057 | Anasco | Available | 0.2670 | 154-000-005-69 | |
| 7816-000055 | Anasco | Available | 0.5110 | 154-000-005-69 | |
| 7816-000062 | Anasco | Available | 5.8489 | 154-000-005-73 | |
| 7816-000063 | Anasco | Available | 0.0688 | UP | |
| 7816-000061 | Anasco | Available | 2.7364 | 154-000-005-74 | |
| 7902-000065 | Anasco | Available | 5.5254 | 154-000-005-59 | |
| 6405-000069 | Arecibo | Available | 0.7484 | 030-011-444-05 | |
| 7217-000128 | Arecibo | Leased | 6.7801 | 030-000-002-44 | |
| 7217-000127 | Arecibo | Leased | 0.2534 | 030-000-002-44 | |
| 6610-000106 | Arecibo | Available | 1.4194 | 030-004-011-03 | |
| 6610-000132 | Arecibo | Available | 0.1776 | 030-004-011-03 | |
| 6610-000108 | Arecibo | Available | 3.2850 | 030-004-011-03 | |
| 6505B-000083 | Arecibo | Available | 0.4569 | 030-000-002-33 | |
| 6507-000106 | Arecibo | Leased | 2.2446 | 012-084-127-01 | |
| 6735-000118 | Arecibo | Available | 19.7909 | 030-000-004-06 | |
| 6505B-000095 | Arecibo | Available | 34.4973 | 030-000-002-42 | |
| 6923-000120 | Arecibo | Others | 2.1809 | 030-004-295-01 | |
| 6724-000116 | Arecibo | Others | 3.2161 | UP | |
| 6724-000110 | Arecibo | Leased | 5.7894 | 030-031-409-05 | |
| 6505B-000075 | Arecibo | Leased | 0.0415 | 030-000-002-42 | |
| | Arecibo | Others | 0.8308 | 030-034-456-40 | |
| 6505B-000084 | Arecibo | Available | 0.8889 | 030-000-002-42 | |
| 6724-000112 | Arecibo | Available | 8.6214 | 030-031-409-05 | |
| 7217-000122 | Arecibo | Available | 1.0447 | 030-024-230-46 | |
| 7217-000124 | Arecibo | Available | 101.2971 | 030-000-002-44 | |
| 7217-001123 | Arecibo | Others | 0.0413 | UP | |
| 6735-000119 | Arecibo | Others | 0.3299 | 012-000-009-10 | |
| 6507-000103 | Arecibo | Leased | 0.6857 | 012-084-127-01 | |
| 7522-000132 | Arecibo | Available | 0.1593 | 030-004-011-02 | |
| 7217-001132 | Arecibo | Leased | 1.0939 | 030-000-002-44 | |
| 6920-000135 | Barceloneta | Available | 0.5236 | 033-064-052-10 | |
| 1502-000001 | Barceloneta | Available | 20.0012 | 054-040-625-13 | |
| 7740-000289 | Bayamon | Available | 31.1498 | 113-024-726-06 | |
| 7742-000295 | Bayamon | Available | 0.1044 | SV | |
| 7742-000292 | Bayamon | Available | 9.7664 | SV | |
| 7742-000291 | Bayamon | Available | 0.1349 | SV | |
| 7742-000296 | Bayamon | Available | 0.1036 | SV | |
| 7742-000301 | Bayamon | Available | 0.1689 | SV | |
| 7742-000298 | Bayamon | Available | 0.1460 | SV | |
| 7742-000300 | Bayamon | Available | 0.1048 | SV | |
| 7742-000299 | Bayamon | Available | 0.1161 | SV | |
| 7742-000294 | Bayamon | Available | 0.1356 | SV | |
| 7742-000293 | Bayamon | Available | 0.1619 | SV | |
| 7742-000297 | Bayamon | Available | 0.0745 | SV | |



Lango, Inc.
1460 Broadway | New York, NY 10036
213.444.5373 | Hello@lango.co | www.lango.co

#2020_03_MLBK-005

# CERTIFICATE OF TRANSLATION ACCURACY

Translation from Spanish to English

We, Lango, Inc, hereby certify the document(s) attached herewith are translated by experienced and qualified bilingual translators with comprehensive knowledge of their source and target languages, and that each translated document is prepared as an exact, accurate and true translation of the original document, following industry-wide accepted processes for producing a certified translation.

Lango and its partners are members of the following associations:



*This is to certify the correctness of only the translation. We do not guarantee the original (untranslated) document to be genuine or that the statements in the original document are true.*

Jeffrey Daniel Schmidt
Chief Revenue Officer – Lango, Inc

Date: March 9, 2020

