# **<u>EXHIBIT Q</u>**

GOBIERNO DE PUERTO RICO

COMITÉ DE EVALUACIÓN Y DISPOSICIÓN DE PROPIEDADES INMUEBLES

ORDEN ADMINISTRATIVA OA-2017-01

30 DE JUNIO DE 2017

**ORDEN ADMINISTRATIVA DEL COMITÉ DE EVALUACIÓN Y DISPOSICIÓN DE PROPIEDADES INMUEBLES PARA REGULAR LA DISPOSICIÓN DE PROPIEDADES INMUEBLES INICIADAS PREVIO A LA APROBACIÓN DE LA LEY 26-2017 Y PARA OTORGAR DISPENSAS PARA LA DISPOSICION DE PROPIEDADES INMUEBLES**

POR CUANTO      La Ley 26-2017, conocida como *Ley para el Cumplimiento con el Plan Fiscal* ("Ley 26"), declaró como política pública del Gobierno de Puerto Rico la mejor utilización de las propiedades inmuebles en desuso, con el propósito de hacerle llegar mayores recursos al erario. Además, ello propicia que aquellas propiedades inmuebles que en la actualidad están en total desuso puedan dedicarse a actividades para el bienestar común, ya sea para fines comunitarios o de desarrollo económico.

POR CUANTO      La Ley 26 creó el Comité de Evaluación y Disposición de Bienes Inmuebles ("Comité"), el cual tiene la facultad de negociar, otorgar contratos y tramitar la disposición de las propiedades inmuebles de la Rama Ejecutiva del Gobierno de Puerto Rico. Conforme al Artículo 5.02 de la Ley 26, el término disposición debe entenderse como aquel proceso mediante el cual el Gobierno de Puerto Rico cede el título de propiedad, posesión, uso o disfrute de los bienes inmuebles. En dicha encomienda, el Comité debe evaluar toda solicitud de compraventa, arrendamiento u otra forma de traspaso de posesión que le sea sometida por cualquier persona natural o jurídica.

POR CUANTO      El Artículo 5.03 de la Ley 26 dispuso que lo establecido en dicho estatuto no le sería aplicable a la Compañía de Fomento Industrial, el BGF, la Administración de Terrenos, la Autoridad del Distrito de Convenciones y sus respectivas subsidiarias, en tanto y en cuanto tengan ya establecido a la fecha de vigencia de la Ley 26 un proceso de venta de bienes inmuebles cónsonos con esa ley.

POR CUANTO      El 5 de mayo de 2017, el Gobernador de Puerto Rico, Hon. Ricardo Rosselló Nevares emitió una comunicación a todas las agencias, instrumentalidades y corporaciones públicas del Gobierno de Puerto Rico en la que dispuso que, como cuestión de política pública de esta Administración, la excepción antes mencionada no sería aplicable, puesto que los reglamentos vigentes de las entidades antes enumeradas no son compatibles con la política pública de la Ley 26. De esa forma, el Gobernador expuso que todos

1

los procesos de disposición de bienes inmuebles se uniformarán a través del Comité. Consecuentemente, el Gobernador decretó que el Comité estará a cargo de la disposición de los bienes inmuebles que le pertenezcan a todas las instrumentalidades, sin excepción. No obstante, el Primer Mandatario reconoció que el Comité tiene la autoridad para conceder dispensas a los fines de que cualquier entidad pueda disponer be bienes inmuebles utilizando reglas internas.

POR CUANTO    Además, en su comunicación de 5 de mayo de 2017, el Gobernador determinó que los procesos de disposición o manejo de propiedades que hayan comenzado al momento de aprobarse la Ley 26 podrán continuar bajo la regulación de cada agencia concernida, salvo que el Comité ordene su paralización.

POR CUANTO    La Junta de Supervisión Fiscal creada al amparo de la Ley Pública 114-187 de 30 de junio de 2016, denominada *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA") aprobó y certificó un Plan Fiscal para el BGF, el cual incluye la monetización efectiva de propiedades del BGF.

POR CUANTO    El Boletín Administrativo Núm. OE-2016-046 ("OE-2016-046") ordenó al Departamento de Educación, al Departamento de Transportación y Obras Públicas y a la Administración de Terrenos de Puerto Rico a comercializar escuelas públicas en desuso que no son de uso público. Al momento de aprobarse la Ley 26 y de la emisión del Boletín Administrativo Núm. OE-2017-032, que derogan el esquema establecido en la OE-2016-046, varias escuelas públicas estaban en trámites de disposición ante la Administración de Terrenos.

POR TANTO    El Comité resuelve adoptar las normas siguientes:

PRIMERO    Se le concede una dispensa al Banco Gubernamental de Fomento para Puerto Rico para disponer de sus propiedades inmuebles, sujeto a su Plan Fiscal aprobado y certificado por la Junta de Supervisión Fiscal.

SEGUNDO    Se le concede una dispensa a la Compañía de Fomento Industrial para disponer de sus propiedades inmuebles con un precio de compraventa de dos millones de dólares ($2,000,000.00) o menos, siguiendo el proceso de venta de bienes inmuebles aprobado por la Compañía de Fomento Industrial.

TERCERO    Las dispensas aquí otorgadas al Banco Gubernamental de Fomento para Puerto Rico y la Compañía de Fomento Industrial estarán sujetas a las condiciones siguientes:

1. El Banco Gubernamental de Fomento para Puerto Rico y la Compañía de Fomento Industrial deberán notificarle al Comité por escrito con al menos treinta (30) días de

2

anticipación a la fecha en que se otorgará el contrato o instrumento de disposición que se proponen otorgar para disponer de alguna de sus propiedades inmuebles.

2. El Banco Gubernamental de Fomento para Puerto Rico y la Compañía de Fomento Industrial deberán incluir con dichas notificaciones una certificación de que la disposición de las propiedades inmuebles se realizará conforme a sus reglamentos y procedimientos. Además, el Banco Gubernamental de Fomento para Puerto Rico deberá certificar que dicha disposición propuesta es conforme con su Plan Fiscal.

3. El Comité tendrá la facultad de solicitarle al Banco Gubernamental de Fomento para Puerto Rico y la Compañía de Fomento Industrial información adicional y, de ser necesario, ordenar la paralización de la disposición de las propiedades inmuebles.

**CUARTO**

Las disposiciones de propiedades inmuebles que hayan comenzado y estuvieran en curso al momento de aprobarse la Ley 26 podrán continuar su curso, sujeto a las siguientes condiciones:

1. Si el precio de compraventa de la propiedad inmueble a disponerse es igual o mayor a doscientos cincuenta mil dólares ($250,000), las agencias titulares tienen la obligación de notificarle al Comité por escrito con al menos treinta (30) días de anticipación a la fecha en que se otorgará el contrato o instrumento para disponer de alguna de sus propiedades inmuebles.

2. Las agencias titulares deberán incluir con dichas notificaciones una certificación de que la disposición de las propiedades inmuebles se realizará conforme a sus reglamentos y procedimientos.

3. El Comité tendrá la facultad de solicitarle a las agencias titulares información adicional y, de ser necesario, ordenar la paralización de la disposición de las propiedades inmuebles. En este caso, será el Comité quien continuará con el procedimiento de disposición de las propiedades inmuebles.

**QUINTO**

Esta Orden Administrativa aplicará a todas las agencias, entendiéndose dicho término como los departamentos, agencias, instrumentalidades, oficinas, organismos, comisiones, juntas o dependencias de la Rama Ejecutiva del Gobierno de Puerto Rico, independientemente de su nombre.

SEXTO

Esta Orden Administrativa no afectará la validez de las disposiciones perfeccionadas y completadas antes de su aprobación.

SÉPTIMO

Salvo lo dispuesto en esta Orden Administrativa, o que posteriormente el Comité otorgue una dispensa a esos fines, todas las disposiciones que inicien luego de la aprobación de la Ley 26 se regirán por los trámites y procedimientos que disponga y adopte el Comité.

OCTAVO

Esta Orden Administrativa comenzará a regir inmediatamente y permanecerá vigente hasta que sea modificada o derogada por otra orden administrativa o por operación de ley.

EN TESTIMONIO DE LO CUAL, nosotros, los miembros del Comité de Evaluación y Disposición de Bienes Inmuebles de Puerto Rico, firmamos esta Orden Administrativa el 30 de junio de 2017.

_____
Gerardo José Portela Franco
Presidente del Comité

_____
Lcdo. José L. Marrero, CPA
Miembro del Comité

_____
Ing. Manuel Laboy
Miembro del Comité

4

GOVERNMENT OF PUERTO RICO

REAL PROPERTY EVALUATION AND DISPOSAL COMMITTEE

ADMINISTRATIVE ORDER OA-2017-01

JUNE 30, 2017

**ADMINISTRATIVE ORDER OF THE REAL PROPERTY EVALUATION AND DISPOSAL COMMITTEE FOR THE DISPOSITION OF REAL PROPERTY INITIATED PRIOR TO THE PASSAGE OF ACT 26-2017 AND TO GRANT WAIVERS FOR THE DISPOSITION OF REAL PROPERTY.**

| | |
|---|---|
| WHEREAS | Act 26-2017, known as the *Compliance with the Fiscal Plan Act* ("Act 26"), declared as a public policy of the Government of Puerto Rico the best utilization of disused real property, for the purpose of providing more resources to the Treasury. In addition, it encourages that those real properties currently in total disuse may be destined for activities for the common welfare, whether for community or economic development purposes. |
| WHEREAS | Act 26 created the Real Property Evaluation and Disposal Committee ("Committee"), which has the power to negotiate, grant contracts and handle the disposition of real property of the Executive Branch of the Government of Puerto Rico. In accordance with Article 5.02 of Act 26, the term "disposition" shall be understood as the process by which the Government of Puerto Rico transfers the title of ownership, possession, use or enjoyment of real property. In such assignment, the Committee shall evaluate any request for sale, lease, or other form of transfer of possession submitted by any natural or juridical person. |
| WHEREAS | Article 5.03 of Act 26 stipulated that the provisions of said statute would not be applicable to the Industrial Development Company, the GDB , the Land Administration, the Convention District Authority, and their respective subsidiaries, to the extent that they have already established a process for the sale of real property consistent with said law as of the effective date of Act 26. |
| WHEREAS | On May 5, 2017, the Governor of Puerto Rico, the Honorable Ricardo Roselló Nevares, issued a communiqué to all agencies, entities, and public corporations of the Government of Puerto Rico stipulating that, as a matter of public policy of this Administration, the aforementioned exception would not be applicable since the current regulations of the entities listed above are incompatible |

|  | with the public policy of Act 26. The Governor thus stated that all real estate disposition processes will be standardized through the Committee. Consequently, the Governor decreed that the Committee will be in charge of the disposition of real property belonging to all of the entities, without exception. However, the Governor acknowledged that the Committee has the authority to grant waivers so that any entity may dispose of real property using internal policies. |
|---|---|
| WHEREAS | In addition, in his communiqué of May 5, 2017, the Governor determined that the processes for the disposition or management of properties that had begun at the time Act 26 was approved could continue under the regulation of each agency concerned, unless the Committee orders their stoppage. |
| WHEREAS | The Financial Oversight Board created under Public Law 114-187 of June 30, 2016, known as the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), approved and certified a Fiscal Plan for the GDB, which includes the effective monetization of GDB properties. |
| WHEREAS | Administrative Bulletin No. OE-2016-046 ("OE-2016-046") ordered the Department of Education, the Department of Transportation and Public Works and the Puerto Rico Land Administration to commercialize disused public schools that are not for public use. At the time of the approval of Act 26 and the issuance of Administrative Bulletin No. OE-2017-032, which repeal the scheme established in OE-216-046, several public schools were in the process of disposition before the Land Administration. |
| THEREFORE | The Committee resolves to adopt the following policies: |
| ONE | A waiver is granted to the Government Development Bank for Puerto Rico to dispose of its real property, subject to its Fiscal Plan approved and certified by the Financial Oversight Board. |
| TWO | The Industrial Development Company is granted a waiver to dispose of its real property with a purchase price of two million dollars ($2,000,000.00) or less, following the process for the sale of real property approved by the Industrial Development Company. |
| THREE | The waivers granted herein to the Government Development Bank for Puerto Rico and the Industrial Development Company shall be subject to the following conditions:<br><br>1. The Government Development Bank for Puerto Rico and the Industrial Development Company shall notify the Committee, in writing, of their intention to |

2

dispose of any of their real property at least thirty (30) days prior to the date on which they intend to grant the contract or instrument of disposition.

2. The Government Development Bank for Puerto Rico and the Industrial Development Company shall include with such notices a certification that the disposition of the real property will be in accordance with their policies and procedures. In addition, the Government Development Bank for Puerto Rico shall certify that such proposed disposition is in accordance with its Fiscal Plan.

3. The Committee shall have the power to request additional information from the Government Development Bank for Puerto Rico and the Industrial Development Company and, if necessary, to order a halt of the disposition of the real property.

FOUR            Dispositions of real property that have been commenced and were in progress at the time of the approval of Act 26 may continue their course, subject to the following conditions:

1. If the selling price of the real property to be disposed of equals or exceeds two hundred fifty thousand dollars ($250,000), the incumbent agencies are required to notify the Committee in writing at least thirty (30) days prior to the date on which the contract or instrument to dispose of any of its real property is to be executed.

2. Incumbent agencies shall include with such notices a certification that the disposition of real property will be in accordance with their policies and procedures.

3. The Committee shall have the power to request additional information from the incumbent agencies and, if necessary, order a halt to the disposition of the real property. In this case, the Committee will continue with the procedure for the disposition of the real property.

FIVE            This Administrative Order shall apply to all agencies, said term being understood as the departments, agencies, instrumentalities, offices, bureaus, entities, commissions, boards, or dependencies of the Executive Branch of the Government of Puerto Rico, regardless of their name.

SIX             This Administrative Order shall not affect the validity of provisions perfected and completed prior to its approval.

SEVEN           Except as provided in this Administrative Order, or if the Committee subsequently grants a waiver for such purposes, all dispositions initiated after the approval of Act 26 shall

be governed by the formalities and procedures established and adopted by the Committee.

EIGHT               This Administrative Order shall take effect immediately and shall remain in force until it is modified or repealed by another administrative order or by operation of law.

IN WITNESS WHEREOF, we, the members of the Puerto Rico Real Property Evaluation and Disposal Committee, do hereby sign this Administrative Order on June 30, 2017.

[Illegible signature]
_____
Gerardo José Portela Franco
President of the Committee

[Illegible signature]                                    [Illegible signature]
_____            _____
José L. Marrero, CPA                                   Engineer Manuel Laboy
Member of the Committee                            Member of the Committee

4



Lango, Inc.
1460 Broadway | New York, NY 10036
213.444.5373 | Hello@lango.co | www.lango.co

#2020_03_MLBK-004

# CERTIFICATE OF TRANSLATION ACCURACY

Translation from <u>Spanish</u> to <u>English</u>

We, Lango, Inc, hereby certify the document(s) attached herewith are translated by experienced and qualified bilingual translators with comprehensive knowledge of their source and target languages, and that each translated document is prepared as an exact, accurate and true translation of the original document, following industry-wide accepted processes for producing a certified translation.

Lango and its partners are members of the following associations:



*This is to certify the correctness of only the translation. We do not guarantee the original (untranslated) document to be genuine or that the statements in the original document are true.*

Jeffrey Daniel Schmidt
Chief Revenue Officer – Lango, Inc

Date: March 9, 2020

