4 de marzo de 2021

María Antongiorgi Jordan
United States District Court
District of Puerto Rico
Office of the Clerk
Federico Degetau Building, Room 150
Carlos Chardon Avenue
Hato Rey, Puerto Rico 00918-1767

Señora:

     En atención a lo solicitado se le informa que el número del caso es GJV2001-0134 del Tribunal de Primera Instancia, Sub Sección de Distrito, Sala de Guayama.

Cordialmente,

*[firma]*

María I. Montañez Gutiérrez
Calle Arizona #3 Casa #34
Arroyo, Puerto Rico 00714

**PD: Se acompaña copia de la Resolución.**

