ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE GUAYAMA

TADOS UNIDOS DE AMERICA,　　　¿
PRESIDENTE DE LOS ESTADOS UNIDOS ¿　SS:
TADO LIBRE ASOCIADO DE P.R.　　　¿

ONTAÑEZ GUTIERREZ, MARIA I　　　　　　　　CASO NUM:　G JV2001-0134
　　　DEMANDANTE　　　　　　　　　　　　　　SALON:　　0306
　　　VS.
X PARTE　　　　　　　　　　　　　DECLARATORIA DE HEREDEROS
　　　DEMANDADO　　　　　　　　　　CAUSAL O DELITO

IC. BAUZA TIRADO JOSE A
O BOX 501
RROYO PR

　　　　　　　　　　　　00714

　　　　　　　　　NOTIFICACION DE SENTENCIA

　　EL SECRETARIO QUE SUSCRIBE NOTIFICA A USTED QUE ESTE TRIBUNAL HA DICTADO
ENTENCIA EN EL CASO DE EPIGRAFE CON FECHA 21 DE JUNIO DE 2001　, QUE HA
IDO DEBIDAMENTE REGISTRADA Y ARCHIVADA EN LOS AUTOS DE ESTE CASO, DONDE
ODRA USTED ENTERARSE DETALLADAMENTE DE LOS TERMINOS DE LA MISMA.

　　Y, SIENDO O REPRESENTANDO USTED LA PARTE PERJUDICADA POR LA SENTENCIA,
E LA CUAL PUEDE ESTABLECERSE RECURSO DE APELACION, DIRIJO A USTED ESTA
OTIFICACION, HABIENDO ARCHIVADO EN LOS AUTOS DE ESTE CASO COPIA DE ELLA
ON FECHA DE 11 DE JULIO DE 2001

UAYAMA　　, PUERTO RICO, A 11 DE JULIO DE 2001

　　　　　　　　　ANGELA LUISA LEON RODRIGUEZ
　　　　　　　　　---------------------------------
　　　　　　　　　　　　　　　　　SECRETARIO

　　　　　　POR: CARMEN S. SILVA ORTIZ
　　　　　　　　　---------------------------------
　　　　　　　　　　　　SECRETARIO AUXILIAR

.704-NOTIFICACION DE SENTENCIA

TRIBUNAL DE PRIMERA INSTANCIA
SUBSECCION DE DISTRITO
SALA DE GUAYAMA

| | | |
|---|---|---|
| MARIA I. MONTAÑEZ GUTIERREZ | * | CIVIL NUM. GJV2001-0134 |
| PETICIONARIA | * | Sobre: |
| EX-PARTE | * | DECLARATORIA DE HEREDEROS |

**********************************

## RESOLUCION

POR CUANTO: La peticionaria de epígrafe, representada por el Lic. José A. Bauzá Tirado, ha radicado una petición para que este Tribunal declare los herederos de JOSE MONTAÑEZ FONSECA.

POR CUANTO: Este Tribunal ha considerado la prueba documental ofrecida en apoyo de la petición, resultando de la misma que Don José Montañez Fonseca falleció, estando soltero, en Arroyo, Puerto Rico el día 29 de noviembre de 2000.

POR CUANTO: Sus únicos y universales herederos son sus hijos: Angel, Blanca Iris y Maria Isabel, todos de apellidos de Montañez Gutierrez.

POR CUANTO: El causante falleció sin otorgar testamento a pesar de que se realizaron las investigaciones y registros correspondientes en busca de testamento u otra disposición testamentaria, todo ello con resultado negativo.

POR CUANTO: El causante dejó bienes radicados en la isla de Puerto Rico.

POR TANTO: Este Tribunal en vista de la prueba documental ofrecida por el peticionario, por la presente declara como únicos y universales herederos de DON JOSE MONTAÑEZ FONSECA a su hijos arriba mencionados.

Regístrese y notifíquese.

Dada en Guayama, Puerto Rico, a 21 de junio de 2001.

JUEZ
RAMON ORTA BERRIOS

**DEPARTAMENTO DE SALUD**
(DEPARTMENT OF HEALTH)
**REGISTRO DEMOGRAFICO**
(DEMOGRAPHIC REGISTRY)
**CERTIFICACION DE DEFUNCION**
(CERTIFICATION OF DEATH)


NUMERO B152659

| Field | Value |
|---|---|
| LIBRO NUMERO (VOLUME NUMBER) | 28 |
| FOLIO NUMERO (FOLIO NUMBER) | ----- |
| ACTA NUMERO (CERTIFICATE NUMBER) | 114 |
| NOMBRE DEL FALLECIDO (DECEASED NAME) | JOSE MONTAÑEZ FONSECA |
| NUMERO DE SEGURO SOCIAL (SOCIAL SECURITY NUMBER) | Redacted -6139 |
| SEXO (SEX) | VARON (MALE) ☒ |
| ESTADO CIVIL (MARITAL STATUS) | VIUDO (WIDOWED) ☒ |
| NOMBRE DEL CONYUGE (SPOUSE'S NAME) | MARIA GUTIERREZ |
| FECHA DE DEFUNCION (DATE OF DEATH) | 29 NOVIEMBRE 2000 |
| FECHA DE INSCRIPCION (DATE FILED) | 30 NOVIEMBRE 2000 |
| LUGAR DE DEFUNCION (PLACE OF DEATH) | ARROYO, P.R |
| CAUSA DE MUERTE (IMMEDIATE CAUSE) | CARDIORESPIRATORY ARREST, ACUTE PULMONARY EMBOLISION, CHRONIC OBSTRUCTIVE PULMONARY DISEASE, HYPERTENSIVE VASCULAR DISEASE |
| ¿FUE EMBALSAMADO? (WAS EMBALMED?) | SI (YES) ☒ |
| FECHA DE NACIMIENTO (DATE OF BIRTH) | 21 ENERO 1928 |
| EDAD (AGE) | 72 AÑOS |
| LUGAR DE NACIMIENTO (PLACE OF BIRTH) | ARROYO, PR |
| NOMBRE DEL PADRE (FATHER'S NAME) | AMBROCIO MONTAÑEZ |
| NOMBRE DE LA MADRE (MOTHER'S NAME) | FLORA FONSECA |
| MUNICIPIO DE: (MUNICIPALITY OF:) | ARROYO PUERTO RICO |
| FECHA DE EXPEDICION (DATE ISSUED) | 4 DICIEMBRE 2000 |
| ENCARGADO DEL REGISTRO (LOCAL REGISTRAR) | GLADYS RODRIGUEZ ROMAN |
| FIRMA / SIGNATURE | [signed] Gladys Rodriguez Roman |

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE DEFUNCION. OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORD FILED THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD (SECRETARY OF HEALTH)

DEPARTAMENTO DE SALUD
GOBIERNO DE PUERTO RICO

DIRECTOR REGISTRO DEMOGRAFICO (STATE REGISTRAR)

*Dando Salud... a tu Vida.*
ADVERTENCIA: Cualquier alteración o borradura cancela esta certificación.
WARNING: Any alteration or erasure voids this certification.