María I. Montañez Gutiérrez
Calle Arizona #3 Casa #34
Arroyo, Puerto Rico 00714




U.S. POSTAGE PAID
FCM LETTER
ARROYO, PR
00714
MAR 09, 21
AMOUNT
$7.00
R2304M114202-12



7013 2250 0000 6659 5342

María Antongiorgi Jordan
United States District Court
District of Puerto Rico
Office of the Clerk
Federico Degetau Building, Room 150
Carlos Chardon Avenue
Hato Rey, Puerto Rico 00918-1767

00918-170625