## EXHIBIT 1

**Time Detail**

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**$25,000 fee for Monthly Retainer for 1/2-time Work. In oct 21 days at 4 hours a day is:**   **84**   **hours.**   $   300.00

$25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| October-20 | Title III | 10/13/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Work for CEO for analysis of fiscal plans. |
| October-20 | Title III | 10/13/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Prep work for meeting on Oct 14 with Puerto Rican staff on fiscal plan monitoring and development. |
| October-20 | Title III | 10/13/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Prep work for meeting on Oct 14 with Puerto Rican staff on fiscal plan monitoring and development. |
| October-20 | Title III | 10/14/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Zoom meeting with McKinsey and Puerto Rican staff on fiscal plan monitoring and development. |
| October-20 | Title III | 10/14/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Zoom meeting with McKinsey and Puerto Rican staff on fiscal plan monitoring and development. |
| October-20 | Title III | 10/15/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Prep work for call tonight on review fo fiscal plan developments with CEO. |
| October-20 | Title III | 10/15/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with CEO on fiscal plan monitoring. |
| October-20 | Title III | 10/26/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of Nadol comments on Utier experts. |
| October-20 | Title III | 10/26/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | TX | Review of Nadol comments on Utier experts. |

| | | | |
|---|---|---|---|
| Total | 9.00 | | $ 2,700.00 |
| Share of the work on Prepa (legal) | 22.2% | Work with legal teams on Prepa fiscal plan and debt | $600.00 |
| Share of the work on Prepa (pricing and macro) | 0.0% | Business operations--Fiscal plan development for Prepa | $0.00 |
| Share of the work on the Commonwealth FP monitoring | 77.8% | Business operations--Fiscal plan review and monitoring for the Commonwealth | $2,100.00 |
| Share of the work on the Commonwealth FP development | 0.0% | Business operations--Fiscal plan development for the Commonwealth | $0.00 |
| Fiscal plans of other entities | 0.0% | Business operations--Fiscal plan  review and monitoring for Prepa | $0.00 |
| Fiscal plans of other entities | 0.0% | Business operations--Fiscal plan  review and monitoring forCommonwealth entiti | $0.00 |

| | | | | |
|---|---|---|---|---|
| | | | Commonwealth | $ 2,700.00 |
| | | | | $2,100.00 |
| | | | PREPA | $600.00 |

**Days in Puerto Rico**   **0.0** Puerto Rico

Checks   100.0%

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

| $25,000 fee for Monthly Retainer for 1/2-time Work. In Nov 20 days at 4 hours a day is: | | | | | 80 | hours. | | | $ 300.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **$25,000** |

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| November-20 | Title III | 11/4/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Prep work for meeting on Nov 5 with Puerto Rican staff on fiscal plan monitoring and development. |
| November-20 | Title III | 11/5/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Zoom meeting with McKinsey and Puerto Rican staff on fiscal plan monitoring and development. |
| November-20 | Title III | 11/8/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Prep work for phone meeting with FOMB staff and advisors on NAP requirement in the fiscal plan. |
| November-20 | Title III | 11/8/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 150.00 | Commonwealth | TX | Prep work for phone meeting with FOMB staff and advisors on NAP requirement in the fiscal plan. |
| November-20 | Title III | 11/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Phone meeting with FOMB staff and advisors on NAP requirement in the fiscal plan. |
| November-20 | Title III | 11/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Data preparation for CEO review of economic developments. |
| November-20 | Title III | 11/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Data preparation for CEO review of economic developments. |
| November-20 | Title III | 11/16/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 150.00 | Commonwealth | TX | Call with advisors on fiscal plan simulation. |
| November-20 | Title III | 11/16/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 150.00 | Commonwealth | TX | Call with FOMB associates on fiscal plan simulation. |
| November-20 | Title III | 11/19/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Review of legal documents for call with Proskauer lawyers. |
| November-20 | Title III | 11/19/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Review of legal documents for call with Proskauer lawyers. |
| November-20 | Title III | 11/19/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Review of legal documents for call with Proskauer lawyers. |
| November-20 | Title III | 11/20/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Call with Proskauer lawyers for deposition preparation. |
| November-20 | Title III | 11/20/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Call with Proskauer lawyers for deposition preparation. |
| November-20 | Title III | 11/20/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Call with Proskauer lawyers for deposition preparation. |
| November-20 | Title III | 11/23/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Preparation work for deposition--document review. |
| November-20 | Title III | 11/23/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Preparation work for deposition--document review. |
| November-20 | Title III | 11/23/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Preparation work for deposition--document review. |
| November-20 | Title III | 11/23/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | TX | Work on fiscal mediation issues. |
| November-20 | Title III | 11/24/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 150.00 | Commonwealth | TX | Call with FOMB associates on fiscal mediation issues. |
| November-20 | Title III | 11/24/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Preparation work for deposition--document review. |
| November-20 | Title III | 11/24/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Preparation work for deposition--document review. |
| November-20 | Title III | 11/25/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Preparation work for deposition--document review. |
| November-20 | Title III | 11/25/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Preparation work for deposition--document review. |
| November-20 | Title III | 11/25/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Preparation work for deposition--document review. |
| November-20 | Title III | 11/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Preparation work for deposition--document review. |
| November-20 | Title III | 11/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Preparation work for deposition--document review. |
| November-20 | Title III | 11/30/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | TX | Preparation work for deposition--document review. |

| | | | | |
|---|---|---|---|---|
| Total | | 28.00 | | $ 8,400.00 | | $ 8,400.00 |
| Share of the work on Prepa (legal) | 64.3% | Work with legal teams on Prepa fiscal plan and debt | $5,400.00 | Commonwealth | $3,000.00 |
| Share of the work on Prepa (pricing and macro) | 0.0% | Business operations--Fiscal plan development for Prepa | $0.00 | PREPA | $5,400.00 |
| Share of the work on the Commonwealth FP monitoring | 35.7% | Business operations--Fiscal plan review and monitoring for the Commonwealth | $3,000.00 | | |
| Share of the work on the Commonwealth FP development | 0.0% | Business operations--Fiscal plan development for the Commonwealth | $0.00 | | |
| Fiscal plans of other entities | 0.0% | Business operations--Fiscal plan review and monitoring for Prepa | $0.00 | | |
| Fiscal plans of other entities | 0.0% | Business operations--Fiscal plan review and monitoring forCommonwealth entiti | $0.00 | | |

| **Days in Puerto Rico** | **0.0** | Puerto Rico |
|---|---|---|

| Checks | 100.0% |
|---|---|

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

| $25,000 fee for Monthly Retainer for 1/2-time Work. In Dec 22 days at 4 hours a day is: | | | | | 88 | hours. | | | $ | 300.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $25,000 |

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| December-20 | Title III | 12/1/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 150.00 | Commonwealth | MD | Call with advisors on mediation prep. |
| December-20 | Title III | 12/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Call with advisors on mediation prep. |
| December-20 | Title III | 12/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Prep work for phone meeting with FOMB staff and advisors on mediation. |
| December-20 | Title III | 12/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Prep work for phone meeting with FOMB staff and advisors on mediation. |
| December-20 | Title III | 12/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Prep work for phone meeting with FOMB staff and advisors on mediation. |
| December-20 | Title III | 12/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Prep work for phone meeting with FOMB staff and advisors on mediation. |
| December-20 | Title III | 12/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | MD | Review of legal documents for call with Proskauer lawyers. |
| December-20 | Title III | 12/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | MD | Review of legal documents for call with Proskauer lawyers. |
| December-20 | Title III | 12/2/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | MD | Review of legal documents for call with Proskauer lawyers. |
| December-20 | Title III | 12/3/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Call with advisors on mediation prep. |
| December-20 | Title III | 12/3/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Call with advisors on mediation prep. |
| December-20 | Title III | 12/3/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Call with advisors on mediation prep. |
| December-20 | Title III | 12/3/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | MD | Call with Proskauer lawyers for deposition preparation. |
| December-20 | Title III | 12/3/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | MD | Call with Proskauer lawyers for deposition preparation. |
| December-20 | Title III | 12/3/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | MD | Call with Proskauer lawyers for deposition preparation. |
| December-20 | Title III | 12/4/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | MD | Deposition |
| December-20 | Title III | 12/4/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | MD | Deposition |
| December-20 | Title III | 12/4/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | MD | Deposition |
| December-20 | Title III | 12/4/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | MD | Deposition |
| December-20 | Title III | 12/4/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Work with legal teams on Prepa fiscal plan and debt | $ | 150.00 | PREPA | MD | Deposition |
| December-20 | Title III | 12/4/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.33 | Work with legal teams on Prepa fiscal plan and debt | $ | 99.00 | PREPA | MD | Deposition |
| December-20 | Title III | 12/4/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 150.00 | Commonwealth | MD | Call with advisors on mediation prep. |
| December-20 | Title III | 12/5/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Prep work for phone meeting with FOMB staff and advisors on mediation. |
| December-20 | Title III | 12/5/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Prep work for phone meeting with FOMB staff and advisors on mediation. |
| December-20 | Title III | 12/5/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Prep work for phone meeting with FOMB staff and advisors on mediation. |
| December-20 | Title III | 12/5/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Prep work for phone meeting with FOMB staff and advisors on mediation. |
| December-20 | Title III | 12/6/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Prep work for phone meeting with FOMB staff and advisors on mediation. |
| December-20 | Title III | 12/6/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Prep work for phone meeting with FOMB staff and advisors on mediation. |
| December-20 | Title III | 12/6/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Prep work for phone meeting with FOMB staff and advisors on mediation. |
| December-20 | Title III | 12/8/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | MD | Post deposition document search. |
| December-20 | Title III | 12/8/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ | 300.00 | PREPA | MD | Post deposition document search. |
| December-20 | Title III | 12/8/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Prep work for mediation meeting. |
| December-20 | Title III | 12/8/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Prep work for mediation meeting. |
| December-20 | Title III | 12/8/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Phone call with McKinsey on mediation doc preparation. |
| December-20 | Title III | 12/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Prep work for mediation meeting. |
| December-20 | Title III | 12/9/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Prep work for mediation meeting. |
| December-20 | Title III | 12/10/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 150.00 | Commonwealth | MD | Mediation session on Commonwealth fiscal plan |
| December-20 | Title III | 12/10/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Mediation session on Commonwealth fiscal plan |
| December-20 | Title III | 12/10/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Mediation session on Commonwealth fiscal plan |
| December-20 | Title III | 12/10/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.45 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 135.00 | Commonwealth | MD | Mediation session on Commonwealth fiscal plan |
| December-20 | Title III | 12/10/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.15 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 45.00 | Commonwealth | MD | Follow up call with CEO and advisors on mediation. |
| December-20 | Title III | 12/11/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 150.00 | Commonwealth | MD | Mediation session on cash projections |
| December-20 | Title III | 12/11/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Mediation session on cash projections |
| December-20 | Title III | 12/11/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Mediation session on cash projections |
| December-20 | Title III | 12/17/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Mediation session on FOMB response to cash projections |
| December-20 | Title III | 12/17/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 300.00 | Commonwealth | MD | Mediation session on FOMB response to cash projections |
| December-20 | Title III | 12/17/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Participation in and prep for Mediation Sessions for the Commonwealth | $ | 150.00 | Commonwealth | MD | Mediation session on FOMB response to cash projections |
| December-20 | Title III | 12/18/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | MD | Public Board meeting--macro and structural reform overview. |
| December-20 | Title III | 12/18/2020 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 300.00 | Commonwealth | MD | Public Board meeting--macro and structural reform overview. |
| December-20 | Title III | 12/18/2020 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ | 150.00 | Commonwealth | MD | Call with McKinsey and EY on macro modeling adjustments. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total | | | | 44.43 | | $ 13,329.00 | $ 13,329.00 |
| Share of the work on Prepa (legal) | | | | 28.9% | Work with legal teams on Prepa fiscal plan and debt | $3,849.00 | Commonwealth | $9,480.00 |
| Share of the work on Prepa (pricing and macro) | | | | 0.0% | Business operations--Fiscal plan development for Prepa | $0.00 | PREPA | $3,849.00 |
| Share of the work on the Commonwealth FP monitoring | | | | 5.6% | Business operations--Fiscal plan review and monitoring for the Commonwealth | $750.00 |
| Share of the work on the Commonwealth FP development | | | | 0.0% | Business operations--Fiscal plan development for the Commonwealth | $0.00 |
| Fiscal plans of other entities | | | | 0.0% | Business operations--Fiscal plan review and monitoring for Prepa | $0.00 |
| Fiscal plans of other entities | | | | 65.5% | Participation in and prep for Mediation Sesssions for the Commonwealth | $8,730.00 |

| Days in Puerto Rico | | | 0.0 | Puerto Rico |
|---|---|---|---|---|

| Checks | | | 100.0% |
|---|---|---|---|

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**$25,000 fee for Monthly Retainer for 1/2-time Work. In Jan 19 days at 4 hours a day is:**    **76**   **hours.**      $   300.00

                 **$25,000**

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| January-21 | Title III | 1/6/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Prep for call with McKinsey advisors on macro outlook. |
| January-21 | Title III | 1/6/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Call with McKinsey advisors on macro outlook. |
| January-21 | Title III | 1/14/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Call with McKinsey advisors on macro outlook. |
| January-21 | Title III | 1/14/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Call with McKinsey advisors on macro outlook. |
| January-21 | Title III | 1/22/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Call with McKinsey and Proskauer on deregulation. |
| January-21 | Title III | 1/22/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Call with McKinsey and Proskauer on deregulation. |
| January-21 | Title III | 1/28/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Preparation for Covid income loss analysis for call with macro advisors. |
| January-21 | Title III | 1/28/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Preparation for Covid income loss analysis for call with macro advisors. |
| January-21 | Title III | 1/28/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Call with macro advisors for fiscal plan preparation. |
| January-21 | Title III | 1/28/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | MD | Preparation for Almeda deposition, including review of dcouments, on Jan 29 2021. |
| January-21 | Title III | 1/28/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | MD | Preparation for Almeda deposition, including review of dcouments, on Jan 29 2021. |
| January-21 | Title III | 1/28/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | MD | Preparation for Almeda deposition, including review of dcouments, on Jan 29 2021. |
| January-21 | Title III | 1/29/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | MD | Almeda deposition. |
| January-21 | Title III | 1/29/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | MD | Almeda deposition. |
| January-21 | Title III | 1/29/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | MD | Almeda deposition. |
| January-21 | Title III | 1/29/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | MD | Almeda deposition. |
| January-21 | Title III | 1/29/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | MD | Almeda deposition. |
| January-21 | Title III | 1/29/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Prepa fiscal plan and debt | $ 300.00 | PREPA | MD | Almeda deposition. |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | MD | |

| | | | | |
|---|---|---|---|---|
| Total | | 20.00 | | $ 6,000.00 | | $ 6,000.00 |
| Share of the work on Prepa (legal) | 55.0% | Work with legal teams on Prepa fiscal plan and debt | $3,300.00 | Commonwealth | $2,700.00 |
| Share of the work on Prepa (pricing and macro) | 0.0% | Business operations--Fiscal plan development for Prepa | $0.00 | PREPA | $3,300.00 |
| Share of the work on the Commonwealth FP monitoring | 45.0% | Business operations--Fiscal plan review and monitoring for the Commonwealth | $2,700.00 | | |
| Share of the work on the Commonwealth FP development | 0.0% | Business operations--Fiscal plan development for the Commonwealth | $0.00 | | |
| Fiscal plans of other entities | 0.0% | Business operations--Fiscal plan review and monitoring for Prepa | $0.00 | | |
| Fiscal plans of other entities | 0.0% | Participation in and prep for Mediation Sesssions for the Commonwealth | $0.00 | | |

**Days in Puerto Rico**          0.0 Puerto Rico

Checks          100.0%