# **EXHIBIT 2**

**Expense Itemization**

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10506 | Title III | 10/21/2020 | Andrew Wolfe | Legal fees | $ 630.00 | 1 | $630.00 | 100% Commonwealth | Legal fees for Sep 2020. |
| TOTAL IN OCT | | | | | | | **$630.00** | | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10539 | Title III | 11/4/2020 | Andrew Wolfe | Legal fees | $ 90.00 | 1 | $90.00 | 100% Commonwealth | Legal fees for Oct 2020. |
| TOTAL IN NOV | | | | | | | **$90.00** | | |