One Hundred and Seventy-Sixth Omnibus Objection
Exhibit C - Schedule of No Liability Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CINCINNATI SUB-ZERO PRODUCTS<br>12011 MOSTELLER ROAD<br>CINCINNATI, OH 45241 | 7/2/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169482 | $ 61,127.50 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Puerto Rico Hospital Supply, Inc. which is not part of the Title III proceedings.

| | | | | | TOTAL | $ 61,127.50 |