# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 2:30 PM (AST)
Started: 2:30 PM (AST)
Ended: 6:03 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. MAGISTRATE JUDGE JUDITH G. DEIN**     DATE: March 17, 2021

COURTROOM DEPUTY:  Stephanie Caruso / María Luz Díaz

COURT REPORTER:  Amy Walker

| | |
|---|---|
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al.*<br>Debtors | 3:17-BK-3283 (LTS)<br>PROMESA Title III<br><br>(Jointly Administered) |
| The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico,<br>Plaintiff<br><br>v<br><br>Ambac Assurance Corporation, et al.,<br>Defendants | 3:20-AP-0003 (LTS) |
| The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico,<br>Plaintiff<br><br>v<br><br>Ambac Assurance Corporation, et al.,<br>Defendants | 3:20-AP-0004 (LTS) |

March 17, 2021 -- Hearing on Motion to Compel Document Discovery
3:17-BK-3283 (LTS); 3:20-AP-0003 (LTS); 3:20-AP-0004 (LTS); 3:20-AP-0005 (LTS)

| | |
|---|---|
| The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, Plaintiff<br><br>v<br><br>Ambac Assurance Corporation, et al., Defendants | 3:20-AP-0005 (LTS) |

**Motion Hearing held via Zoom video conference.**

- Defendants' *Motion to Compel Document Discovery from the Government in the Revenue Bond Adversary Proceedings* (Docket No. 15914 in 17-BK-3283; Docket No. 126 in 20-AP-0003; Docket No. 117 in 20-AP-0004; and Docket No.138 in 20-AP-0005) ("Motion to Compel").
    - Arguments heard on the main areas of dispute raised in the Motion to Compel.
    - Proposed Order to be submitted by close of business on Tuesday, **MARCH 23, 2021**.
    - Parties shall meet and confer regarding potential additional reports that defendants think would be helpful and the plaintiffs' technological capabilities in creating such reports.

s/María Luz Díaz
María Luz Díaz
Courtroom Deputy Clerk
