One Hundred and Ninetieth Omnibus Objection
Exhibit A - Remaining Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
| | | | | | | | | | |
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1  IRIZARRY, CARLOS CORTES LUIS R. LUGO EMANUELLI PO BOX 34 FAJARDO, PR 00738 | 08/30/17 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 92 | $ 150,000.00* | CORTES IRIZARRY, CARLOS C/O LUGO EMANUELLI LAW OFFICES ATTN: LUIS R. LUGO EMANUELLI, ATTORNEY AT LAW PO BOX 34 FAJARDO, PR 00738 | 06/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 101510 | $ 150,000.00* |

Reason: Amended and superseded by a later filed Proof of Claim.

* Indicates claim contains unliquidated and/or undetermined amounts