# One Hundred and Ninetieth Omnibus Objection
## Exhibit B - Schedule of Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | CALDERON MARRERO, NATIVIDAD<br>BARRIO CANTERA SECTOR REPARTO GARCIA #15<br>MANATI, PR 00674 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 129643 | $ 50,000.00 | CALDERON MARRERO, NATIVIDAD<br>REPARTO GARCIA<br>15 LOURDES GARCIA<br>MANATI, PR 00674 | 09/18/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 170757 | $ 97,200.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | CARDINAL HEALTH PR 120, INC.<br>WILLIAM M. VIDAL CARVAJAL<br>MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801<br>SAN JUAN, PR 00917 | 06/29/17 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 131 | $ 3,317,171.29 | CARDINAL HEALTH PR 120, INC.<br>WILLIAM M. VIDAL CARVAJAL<br>MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801<br>SAN JUAN, PR 00917 | 04/30/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 9745 | $ 120,123.40 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | CRUZ GALARZA, HELEN<br>PO BOX 3090<br>SAN SEBASTIAN, PR 00685 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 80979 | Undetermined* | CRUZ GALARZA, HELEN<br>PO BOX 3090<br>SAN SEBASTIAN, PR 00685 | 09/15/19 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 170626 | $ 48,246.38 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 4 | DE JESUS FIGUEROA, IBIS<br>#18 C/MARCELINO CINTRON<br>ARROYO, PR 00714 | 07/06/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 165513 | Undetermined* | DE JESUS FIGUEROA, IBIS<br>CALLE MARCELINO CINTRON #18<br>ARROYO, PR 00714 | 02/19/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 173244 | $ 17,760.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 5 | DE JESUS SOTO, NORMA I<br>HC 63 BUZON 3116<br>PATILLAS, PR 00723 | 02/19/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 173248 | $ 21,750.00 | DE JESUS SOTO, NORMA I.<br>HC 63 BUZON 3116<br>PATILLAS, PR 00723 | 02/25/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 173297 | $ 21,750.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Ninetieth Omnibus Objection
Exhibit B - Schedule of Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | FERNANDEZ SANCHEZ, CARLOS<br>VILLA CAROLINA 42-14 ST 39<br>CAROLINA, PR 00985 | 05/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 33592 | $ 20,000.00* | SANCHEZ CARLOS, FERNANDEZ<br>VILLA CAROLINA C-39 42-14<br>CAROLINA, PR 00985 | 09/18/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 170759 | $ 20,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 7 | VAZQUEZ ROJAS, RAMON L<br>109 CALLE COSTA RICA APT. 5D<br>SAN JUAN, PR 00917-2420 | 03/12/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 2166 | $ 1,500,000.00 | VAZQUEZ ROJAS, RAMON L.<br>109 COSTA RICA APT 5D<br>SAN JUAN, PR 00917 | 01/23/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 173055 | $ 1,500,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 8 | VAZQUEZ ROJAS, RAMON L<br>109 CALLE COSTA RICA APT. 5D<br>SAN JUAN, PR 00917-2420 | 03/12/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 2160 | $ 1,500,000.00* | VÁZQUEZ ROJAS, RAMÓN L.<br>109 COSTA RICA APT 5D<br>SAN JUAN, PR 00917 | 01/23/20 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 173056 | $ 1,500,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts