## One Hundred and Ninety-Fourth Omnibus Objection
## Exhibit A - Remaining Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | SANABRIA CRUZ, NELSON<br>PO BOX 347<br>JUNCOS, PR 00777 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21119 | $ 3,644.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to a Direct Deposit dated 07/31/2017. | | | | | |
| 2 | VELAZQUEZ PEREZ, YESSENIA<br>PO BOX 432<br>CAMUY, PR 00627 | 3/19/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 2838 | $ 1,708.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/27/2017. | | | | | |
| | | | | | TOTAL | $ 5,352.00 |