One Hundred and Ninety-Fourth Omnibus Objection
Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

| # | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | SANCHEZ GONZALEZ, GLADYS<br>HC 764 BOX 6492<br>PATILLAS, PR 00723 | 4/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6593 | $ 855.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/10/2017. | | | | | |
| 2 | SANTANA FELICIANO, JOSE<br>PMB 715<br>1353 AVE LUIS VIGOREAUX<br>GUAYNABO, PR 00966 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26355 | $ 700.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/10/2017. | | | | | |
| 3 | SANTIAGO HERNANDEZ, HILBERTO<br>PO BOX 137<br>CAMUY, PR 00627 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3208 | $ 1,517.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/01/2017. | | | | | |
| 4 | SANTIAGO ORTIZ, MILDRED<br>COND JARDIN DE SAN IGNACIO<br>B   APT 1403<br>SAN JUAN, PR 00927 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42134 | $ 1,073.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/31/2017. | | | | | |
| 5 | SANTOS COLON, GLADYS<br>URB VILLAS DE CARRAIZO<br>U-10 309 CALLE 43<br>SAN JUAN, PR 00926 | 3/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1712 | $ 857.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19601288 dated 05/31/2018. | | | | | |
| 6 | SEPULVEDA DELGADO, YASHIRA<br>HC 4 BOX 7227<br>YABUCOA, PR 00767 | 3/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5078 | $ 984.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/10/2017. | | | | | |
| 7 | SLAUGHTER AMARO, ANTHONY<br>PO BOX 4027<br>CIDRA, PR 00739 | 3/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2396 | $ 975.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/10/2017. | | | | | |

One Hundred and Ninety-Fourth Omnibus Objection
Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | SOLIGO ORTIZ, PIERO<br>URB JOSE SEVERO QUINONES<br>GG-9 CALLE COTTO HERNANDEZ<br>CAROLINA, PR 00985 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3348 | $ 4,019.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/24/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | SOTO TORRES, OLGA<br>EXT HNAS DAVILA M16 AVE BETANCES<br>BAYAMON, PR 00959 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44835 | $ 1,379.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 05/17/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | SUAREZ TORRES, LUIS<br>HC 2 BOX 5415<br>CANOVANAS, PR 00729 | 4/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7843 | $ 679.50 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19255501 dated 07/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | SURITA RODRIGUEZ, JOSE<br>160 URB VALLES DE ANASCO<br>ANASCO, PR 00610 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32536 | $ 1,651.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19275205 dated 07/24/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | TELLADO GARCIA, AGLAE<br>132 N BRADDOCK ST<br>APT 201<br>WINCHESTER, VA 22601-3900 | 5/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8726 | $ 828.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19253360 dated 07/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | VEGA RIVEROS, JOSE<br>URB ALTURAS DE MAYAGUEZ<br>449 CALLE ALMIRANTE<br>MAYAGUEZ, PR 00682 | 3/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5291 | $ 977.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/10/2017.

One Hundred and Ninety-Fourth Omnibus Objection
Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | VELAZQUEZ MOJICA, BENNY<br>URB LOS CAMINOS<br>G52 CALLE CANARIA<br>SAN LORENZO, PR 00754 | 3/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 741 | $ 1,259.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19229603 dated 06/01/2017. | | | | | |
| 15 | VELAZQUEZ VALLE, AUGUSTO<br>EL REMANSO<br>D 8 CATARATA<br>SAN JUAN, PR 00926 | 3/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1162 | $ 5,112.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19339247 dated 03/14/2018. | | | | | |
| 16 | VELAZQUEZ, IRMYDEL LUGO<br>PO BOX 657<br>PENUELAS, PR 00624 | 6/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56148 | $ 2,750.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19286424 dated 07/31/2017. | | | | | |
| 17 | VELEZ LOPEZ, JENNIFER<br>CALLE SOLIS 869<br>ESTANCIAS DEL CARMEN<br>PONCE, PR 00716 | 3/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 863 | $ 1,445.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/09/2017. | | | | | |
| 18 | VIERA TIRADO, ANGEL<br>PO BOX 6172<br>MAYAGUEZ, PR 00681 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18189 | $ 3,043.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/01/2017. | | | | | |
| 19 | VILLAFANE VELEZ, YVETTE<br>HC 67 BOX 22837<br>FAJARDO, PR 00738 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3612 | $ 830.00* |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19255743 dated 07/10/2017. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Ninety-Fourth Omnibus Objection
Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | VILLANUEVA LOPEZ, ERIKA<br>VILLA LOS SANTOS<br>CALLE 20 CASA CC-3<br>ARECIBO, PR 00612 | 4/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5946 | $ 1,112.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/31/2017.

|  |  |  |  | TOTAL | $ 32,045.50* |