One Hundred and Seventy-Third Omnibus Objection
Exhibit B - Schedule of Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | AHMED GARCIA, NACIMA<br>PO BOX 1547<br>YAUCO, PR 00698 | 06/29/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 133508 | Undetermined* | AHMED GARCIA, NACIMA<br>PO BOX 1547<br>YAUCO, PR 00698-1547 | 04/12/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 168590 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | ALVARADO RODRIGUEZ, MARIBEL<br>JARDINES DEL CARIBE CALLE 53 # 2A-34<br>PONCE, PR 00728 | 09/13/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 170622 | Undetermined* | ALVARADO RODRIGUEZ, MARIBEL<br>URB JARDINES DEL CARIBE CALLE 53-2A-34<br>PONCE, PR 00728 | 10/02/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 171288 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | ATLANTIC MEDICAL CENTER, INC. (SALUD PRIMARIOS DE BARCELONETA, INC.)<br>LEIDA ANNETTE NAZARIO<br>1995 CARR. #2 CRUCE DAVILA<br>BARCELONETA, PR 00617 | 05/27/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 27713 | $ 13,545,954.88* | ATLANTIC MEDICAL CENTER, INC.<br>1501 EAST 10TH STREET<br>ATLANTIC, IA 50022 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 158091 | $ 3,243,430.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 4 | CAMUY HEALTH SERVICES, INC.<br>P.O.BOX 660<br>CAMUY, PR 00627 | 05/28/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 34305 | $ 31,556,036.69* | CAMUY HEALTH SERVICES, INC.<br>PO BOX 660<br>CAMUY, PR 00627 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 167114 | $ 10,210,679.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 5 | CAMUY HEALTH SERVICES,INC.<br>C/O EDDIE PEREZ CABAN<br>P.O.BOX 660<br>CAMUY, PR 00627 | 05/26/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 32196 | $ 31,556,036.69* | CAMUY HEALTH SERVICES, INC.<br>PO BOX 660<br>CAMUY, PR 00627 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 167114 | $ 10,210,679.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Seventy-Third Omnibus Objection
Exhibit B - Schedule of Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | CARLOS A. RODRIGUEZ HERRERA AS TRANSFEREE OF BARD SHANNON LIMITED URB SAN FRANCISCO 1704 DIAMELA ST. SAN JUAN, PR 00927 | 06/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 91823 | $ 500,169.00 | BARD SHANNON LIMITED JUAN F. MENDEZ PO BOX 2001 LAS PIEDRAS, PR 00771 | 05/08/19 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 168640 | $ 350,169.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 7 | CENTRO DE SALUD DE LARES, INC. P.O BOX 379 LARES, PR 00669-0379 | 05/26/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 26928 | $ 38,014,669.19* | CENTRO DE SALUD DE LARES, INC. PO BOX 379 LARES, PR 00669-0379 | 06/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 166254 | $ 38,014,669.19* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 8 | CENTRO DE SALUD DE LARES, INC. P.O BOX 379 LARES, PR 00669-0379 | 05/28/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 37401 | $ 38,014,669.19 | CENTRO DE SALUD DE LARES, INC. PO BOX 379 LARES, PR 00669-0379 | 06/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 166254 | $ 38,014,669.19* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 9 | CENTRO DE SERVICIOS PRIMARIOS DE SALUD DE PATILLAS, INC. ATTN: MILDRED MOREL 99 RIEFKHAL STREET PATILLAS, PR 00723 | 05/27/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 26207 | $ 6,594,334.00* | CENTRO DE SERVICIOS PRIMARIOS DE SALUD DE PATILLAS 99 RIEFKHOL ST PATILLAS, PR 00723 | 06/28/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 158138 | $ 6,594,334.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 10 | CIALES PRIMARY HEALTH CARE SERVICES, INC./PRYMED,INC. GLADYS RIVERA PO BOX 1427 CIALES, PR 00638-1427 | 05/28/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 27469 | $ 1,357,630.00* | CIALES PRIMARY HEALTH CARE SERVICES, INC. PO BOX 1427 CIALES, PR 00638-1427 | 06/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 137070 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

One Hundred and Seventy-Third Omnibus Objection
Exhibit B - Schedule of Amended Claims to be Disallowed via Notice of Presentment

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | CORPORACION DE SERVICIOS MEDICOS DE HATILLO<br>PO BOX 907<br>HATILLO, PR 00659 | 05/28/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 41718 | $ 13,231,531.40* | CORPORACION DE SERVICIOS MEDICOS DE HATILLO<br>PO BOX 907<br>HATILLO, PR 00659 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 167361 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 12 | COSTA SALUD COMMUNITY HEALTH CENTER<br>SUSANA PEREZ<br>MUNOZ RIVERA # 28<br>RINCON, PR 00677 | 05/27/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 23834 | $ 14,076,596.41* | COSTA SALUD COMMUNITY HEALTH CENTER<br>MUNOZ RIVERA #28<br>RINCON, PR 00677 | 08/01/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 157161 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 13 | COSTA SALUD COMMUNITY HEALTH CENTER<br>SUSANA PEREZ<br>MUNOZ RIVERA # 28<br>RINCON, PR 00677 | 05/26/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 32172 | $ 14,076,596.41* | COSTA SALUD COMMUNITY HEALTH CENTER<br>MUNOZ RIVERA #28<br>RINCON, PR 00677 | 08/01/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 157161 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 14 | DAVILA DAVILA, NELSON<br>HC01 BOX 6029<br>ARROYO, PR 00714 | 07/16/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 161466 | Undetermined* | DAVILA DAVILA, NELSON<br>HC1 6029<br>ARROYO, PR 00714 | 11/26/19 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 172633 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 15 | GARCIA QUINONES, LUIS RENE<br>PARCELAS EL TUQUE<br>CALLE A.R. BARCELO 783<br>PONCE, PR 00728-4721 | 06/19/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 88111 | Undetermined* | GARCIA QUINONES, LUIS RENE<br>PARCELAS EL TUQUE<br>CALLE A.R. BARCELO 783<br>PONCE, PR 00728-4721 | 12/16/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 172842 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Seventy-Third Omnibus Objection
Exhibit B - Schedule of Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | HOSPITAL GENERAL CASTANER, INC. GUILLERMO JOSE JIMENEZ P.O.BOX 1003 CASTANER, PR 00631-1003 | 05/27/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 27465 | $ 21,747,370.30* | HOSPITAL GENERAL CASTANER, INC. GUILLERMO JOSE JIMENEZ P.O.BOX 1003 CASTANER, PR 00631-1003 | 06/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 146462 | $ 21,747,370.30* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 17 | HOSPITAL GENERAL CASTANER, INC. GUILLERMO JOSE JIMENEZ P.O.BOX 1003 CASTANER, PR 00631-1003 | 05/26/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 32164 | $ 21,747,370.30* | HOSPITAL GENERAL CASTANER, INC. GUILLERMO JOSE JIMENEZ P.O.BOX 1003 CASTANER, PR 00631-1003 | 06/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 146462 | $ 21,747,370.30* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 18 | JORGE IZUIERDO SAN MIGUEL LAW OFFICES, PSC. JORGE IZUIERDO SAN MIGUEL 239 ARTERIAL HOSTOS,CAPITAL CENTER, TORRE SUR PISO 10 OFICINA 1005 SAN JUAN, PR 00918 | 05/26/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 35243 | $ 373,000.00 | IZQUIERDO SAN MIGUEL LAW OFFICES, PSC 239 ARTERIAL HOSTOS,CAPITAL CENTER SUITE 1005 SAN JUAN, PR 00918 | 10/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 167875 | $ 373,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 19 | LUGO QUIRINDONGO, EUGENIO 507 CARACOLES 2 PENUELAS, PR 00624 | 06/27/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 108282 | Undetermined* | LUGO QUIRINDONGO, EUGENIO 507 CARACOLES 2 PENUELAS, PR 00624 | 09/23/19 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 171117 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

One Hundred and Seventy-Third Omnibus Objection
Exhibit B - Schedule of Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 20 | MARTINEZ CLAUDIO, MARTHA<br>MANSIONES DE CUIDAD JARDIN<br>426 CALLE LERICA<br>CAGUAS, PR 00727-1418 | 05/08/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 11701 | $ 81,762.78* | MARTINEZ CLAUDIO, MARTHA<br>MANSIONES DE CUIDAD JARDIN<br>426 CALLE LERICA<br>CAGUAS, PR 00727-1418 | 05/14/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 12982 | $ 81,762.78* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 21 | MERCED ROSA, JUAN<br>875 MERCEDITA CALLE 45<br>PONCE, PR 00715-1307 | 04/17/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 168553 | Undetermined* | MERCED ROSA, JUAN<br>875 CENTRAL MERCEDITA<br>PONCE, PR 00715-1307 | 07/30/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 169944 | Undetermined* |
| | | | | | | TORO RODRIGUEZ, CARMEN ROSA<br>875 CENTRAL MERCEDITA<br>PONCE, PR 00715-1307 | 10/29/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 172185 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 22 | NAZARIO FLORES, ELIA<br>146 CALLE G. URB. SAN ANTONIO<br>ARROYO, PR 00714 | 06/28/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 126799 | Undetermined* | NAZARIO FLORES, ELIA<br>146 G URB.SAN ANTONIO<br>ARROYO, PR 00714 | 10/16/19 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 171752 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 23 | ORTIZ JOUBERT, WILLIAM R.<br>LAS MERCEDES 69<br>CENTRAL LAFAYETTE<br>ARROYO, PR 00714 | 07/09/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 145863 | Undetermined* | ORTIZ JOUBERT, WILLIAM R<br>LAS MERCEDES 69<br>CENTRA L LAFAYETTE<br>ARROYO, PR 00714 | 11/27/19 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 172642 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 24 | PADIN RODRIGUEZ, MARIA M<br>PO BOX 976<br>HATILLO, PR 00659 | 07/11/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 115768 | Undetermined* | PADIN RODRIGUEZ, MARIA M<br>PO BOX 976<br>HATILLO, PR 00659 | 03/20/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 168231 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Seventy-Third Omnibus Objection
Exhibit B - Schedule of Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 25 | PRINCIPE VELEZ, JOSEFA<br>24 CALLE VILLA MADRID<br>PONCE, PR 00731 | 06/21/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 115835 | Undetermined* | PRINCIPE VELEZ, JOSEFA<br>24 CALLE VILLA MADRID<br>PONCE, PR 00731 | 04/11/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 168581 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 26 | QUINONES MORALES, ELIZABETH<br>PO BOX 1776<br>COAMO, PR 00769-1776 | 06/26/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 91305 | Undetermined* | QUINONES MORALES, ELIZABETH<br>PO BOX 1776<br>COAMO, PR 00769-1776 | 10/11/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 171542 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 27 | QUINONES MORALES, ELIZABETH<br>P.O. BOX1776 COAMO PR 00765<br>SANTA ISABEL, PR 00757 | 06/26/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 92408 | Undetermined* | QUINONES MORALES, ELIZABETH<br>PO BOX 1776<br>COAMO, PR 00769-1776 | 10/11/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 171551 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 28 | RAMOS PUENTE, GENEROSA M.<br>HC-01 BOX 4020<br>ADJUNTAS, PR 00601 | 07/05/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 156664 | Undetermined* | RAMOS PUENTE, GENEROSA M.<br>HC-01 BOX 4020<br>ADJUNTAS, PR 00601 | 10/03/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 171098 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 29 | RIVERA ROMAN, CHRISTIAN OMAR<br>HC4 BOX 12372<br>YAUCO, PR 00698 | 09/20/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 170896 | Undetermined* | RIVER ROMAN, CHRISTIAN O.<br>HC 4 BOX 12372<br>YAUCO, PR 00698 | 10/09/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 171595 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 30 | RODRIGUEZ FELICIANO, JOYCE<br>URB LOS PRADOS NORTE33 CALLE T<br>DORADO, PR 00646 | 06/14/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 37597 | $ 88,491.98 | RODRIGUEZ FELICIANO, JOYCE<br>LOS PRADOS DORADO NORTE<br>TURQUESA ST 33<br>DORADO, PR 00646 | 10/03/19 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 171083 | $ 88,491.98 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Seventy-Third Omnibus Objection
Exhibit B - Schedule of Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 31 | RODRIGUEZ LEDEE, LUZ H.<br>APARTADO 132- ARROY<br>PR 00714<br>ARROYO, PR 00714 | 07/06/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 162173 | Undetermined* | RODRIGUEZ LEDEE, LUZ H<br>APARTADO 132<br>ARROYO, PR 00714 | 11/01/19 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 172096 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 32 | RUIZ SERRANO, RAMON F.<br>URB VILLA RITA CALLE 3 P-2<br>SAN SEBASTIAN, PR 00685 | 07/18/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 169613 | Undetermined* | RUIZ SERRANO, RAMON<br>VILLA RITA<br>P2 CALLE 3<br>SAN SEBASTIAN, PR 00685 | 09/02/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 170465 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 33 | SABIAMED CORPORATION<br>PO BOX 6150<br>CAGUAS, PR 00726 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 127215 | $ 399,376.26 | SABIAMED CORPORATION<br>HEIDI L. RODRIGUEZ-BENITEZ, ESQ.<br>APARTADO 4980<br>CAGUAS, PR 00726-4980 | 04/22/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 168616 | $ 820,440.39 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 34 | VAQUERIA TRES MONJITAS, INC.<br>G. CARLO-ALTIERI LAW OFFICES<br>P.O. BOX 9021470<br>SAN JUAN, PR 00902-1470 | 06/05/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 46133 | $ 20,388,628.00 | VAQUERIA TRES MONJITAS, INC.<br>G. CARLO-ALTIERI LAW OFFICES<br>P.O. BOX 9021470<br>SAN JUAN, PR 00902-1470 | 04/26/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 168634 | $ 20,388,628.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |