UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING ONE HUNDRED NINETY-EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO DUPLICATIVE CLAIMS ASSERTED BY CERTAIN HTA BONDHOLDERS

Upon the *One Hundred Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Duplicative Claims Asserted by Certain HTA Bondholders* (Docket Entry No. 13406, the "One Hundred Ninety-Eighth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the One Hundred Ninety-Eighth Omnibus Objection.

("Commonwealth") and the Puerto Rico Highways and Transportation Authority ("HTA"), dated June 11, 2020, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth and HTA, as more fully set forth in the One Hundred Ninety-Eighth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the One Hundred Ninety-Eighth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the One Hundred Ninety-Eighth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and upon the *Notice of Presentment of Proposed Order (A) Granting in Part the One Hundred Ninety-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Duplicative Claims Asserted by Certain HTA Bondholders, (B) Approving Form of Notice for Claims to be Set for Hearing, and (C) Granting Related Relief* (Docket Entry No. 14870, the "Notice"), dated October 23, 2020, for entry of an order disallowing the Remaining Duplicate Bond Claim, the Duplicate Bond Claims to Be Disallowed via Notice of Presentment, and the Duplicate Bond Claims with Undeliverable Addresses (as defined below), as more fully set forth in the Notice; and, upon the record of the hearing held on the One Hundred Ninety-Eighth Omnibus Objection on January 14, 2021, and the rulings made therein, Proof of Claim No. 48727 having been found to be duplicative, in part, of one or more BNYM Master Claims filed in the Title III Cases; and the Court having determined that the relief sought in the One Hundred Ninety-Eighth Omnibus Objection is in the best interests of the Commonwealth, HTA, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the One Hundred Ninety-

Eighth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the One Hundred Ninety-Eighth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that Proof of Claim No. 48727, identified on Exhibit A hereto (the "Remaining Duplicate Bond Claim"), the claims identified on Exhibit B hereto (the "Duplicate Bond Claims to Be Disallowed via Notice of Presentment"), and the claims identified on Exhibit C hereto (the "Duplicate Bond Claims with Undeliverable Addresses") are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to designate the Remaining Duplicate Bond Claim, the Duplicate Bond Claims to Be Disallowed via Notice of Presentment, and the Duplicate Bond Claims with Undeliverable Addresses as expunged on the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 13406 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: March 18, 2021

        /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge