Two Hundred and First Omnibus Objection
Exhibit A - Remaining No Liability Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | MONTALVO, EDDIE 1COND SAN FERNANDO VLG APT 102 CAROLINA, PR 00987-6948 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27995 | $ 34,615.38 |

Reason: Claim purports to assert liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

| | | | | | TOTAL | $ 34,615.38 |
|---|---|---|---|---|---|---|