## Two Hundred and Fourth Omnibus Objection
### Exhibit C - Schedule of Amended Claims with Undeliverable Addresses

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | RIVERA PEREZ, JOSE R<br>RR 01 BOX 3405<br>CIDRA, PR 00739 | 06/26/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 51163 | $ 181,830.58 | RIVERA PEREZ, JOSE R<br>RR 01 BOX 3405<br>CIDRA, PR 00739 | 06/28/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 65779 | $ 181,830.58 |

Reason: Amended and superseded by a later filed Proof of Claim.