Two Hundred and Sixteenth Omnibus Objection
Exhibit A - Remaining No Liability Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | JULES MARIN, LOUIS<br>100 CALLE DEL MUELLE, APT. 2606<br>SAN JUAN, PR 00901-2672 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 37240 | $ 137,800.04 |

Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim.

| | | | | | TOTAL | $ 137,800.04 |