Two Hundred and Twenty-Fourth Omnibus Objection
Exhibit B - Schedule of Bondholder No Liability Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | ANDREW P. DAVIS & JESSICA G. DAVIS, TRUSTEES V/A 8/18/15: ANDREW P. DAVIS 2015 GRAT 1 333 WEST END AVE (#4B) NEW YORK, NY 10023 | 3046^ | Commonwealth of Puerto Rico | Secured | Undetermined* | Commonwealth of Puerto Rico | Secured | Undetermined* |
| | | | Commonwealth of Puerto Rico | Unsecured | $170,000.00* | Commonwealth of Puerto Rico | Unsecured | $160,000.00* |
| | | | | Subtotal | $170,000.00* | | Subtotal | $160,000.00* |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Fourth Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection

| 2 | EDWARD F. AUL, JR. & MARGARET A. DEUTSCH (JT TEN) 2407 HONEYSUCKLE ROAD CHAPEL HILL, NC 27514 | 29343^ | Commonwealth of Puerto Rico | Unsecured | $260,000.00 | Commonwealth of Puerto Rico | Unsecured | $235,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Fourth Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| 3 | ESTATE OF CARLOS A. QUILICHINI ROIG PO BOX 9020895 SAN JUAN, PR 00902-0895 | 23840^ | Commonwealth of Puerto Rico | Secured | $365,572.78 | Commonwealth of Puerto Rico | Secured | $362,940.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Fourth Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Seventh Omnibus Objection

| 4 | JESSICA G. DAVIS & ANDREW P. DAVIS, TRUSTEES U/A 8/18/15: JESSICA G. DAVIS 2015 GRAT 1 333 WEST END AVE (#4B) NEW YORK, NY 10023 | 6447^ | Commonwealth of Puerto Rico | Secured | Undetermined* | Commonwealth of Puerto Rico | Secured | Undetermined* |
| | | | Commonwealth of Puerto Rico | Unsecured | $170,000.00* | Commonwealth of Puerto Rico | Unsecured | $155,000.00* |
| | | | | Subtotal | $170,000.00* | | Subtotal | $155,000.00* |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Fourth Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection

* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Twenty-Fourth Omnibus Objection
Exhibit B - Schedule of Bondholder No Liability Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 5 | NOVO PORTO LLC<br>342 CALLE SAN LUIS, STE 201<br>SAN JUAN, PR 00920 | 1992^ | Commonwealth of Puerto Rico | Unsecured | $375,000.00 | Commonwealth of Puerto Rico | Unsecured | $335,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor.

^ Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Fourth Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Seventh Omnibus Objection

| | | | TOTAL | | $ 1,340,572.78* | TOTAL | | $ 1,247,940.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts