UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO <u>et</u> <u>al.</u>,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING TWO HUNDRED TWENTY-SIXTH OMNIBUS OBJECTION (SUBSTANTIVE)
OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS ASSERTED BY COFINA BONDHOLDERS

Upon the *Two Hundred Twenty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by COFINA Bondholders* (Docket Entry No. 13910, the "Two Hundred Twenty-Sixth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth," or "Debtor"), dated July 31, 2020, for entry of an order disallowing in part certain claims filed against the Commonwealth, as more fully set forth in the

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Two Hundred Twenty-Sixth Omnibus Objection.

Two Hundred Twenty-Sixth Omnibus Objection and supporting exhibits thereto; and the Court

having jurisdiction to consider the Two Hundred Twenty-Sixth Omnibus Objection and to grant

the relief requested therein pursuant to PROMESA section 306(a); and venue being proper

pursuant to PROMESA section 307(a); and due and proper notice of the Two Hundred Twenty-

Sixth Omnibus Objection having been provided to those parties identified therein, and no other

or further notice being required; and upon the *Notice of Presentment of Proposed Order (A)*

*Granting in Part the Two Hundred Twenty-Sixth Omnibus Objection (Substantive) of the*

*Commonwealth of Puerto Rico to Claims Asserted by COFINA Bondholders, (B) Approving*

*Form of Notice for Claims to be Set for Hearing, and (C) Granting Related Relief* (Docket Entry

No. 14886, the "Notice"), dated October 23, 2020, for entry of an order disallowing in part the

No Liability Bond Claims to Be Modified via Notice of Presentment (as defined below), as more

fully set forth in the Notice; and the Court having determined that the relief sought in the Two

Hundred Twenty-Sixth Omnibus Objection is in the best interests of the Commonwealth, its

creditors, and all parties in interest; and the Court having determined that the legal and factual

bases set forth in the Two Hundred Twenty-Sixth Omnibus Objection establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

hereby

ORDERED that the Two Hundred Twenty-Sixth Omnibus Objection is

GRANTED as set forth herein; and it is further

ORDERED that the claims identified on Exhibit B hereto (the "No Liability Bond

Claims to Be Modified via Notice of Presentment") are hereby disallowed in part; and it is

further

ORDERED that Prime Clerk, LLC, is authorized and directed to designate the No

Liability Bond Claims to Be Modified via Notice of Presentment as expunged on the official

claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 13910 in Case No. 17-

3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation, interpretation, or enforcement of this

Order.


SO ORDERED.

Dated: March 18, 2021

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge