Two Hundred and Twenty-Sixth Omnibus Objection
Exhibit B - Schedule of Bondholder No Liability Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | CAMARA WEINRICH, EUGENE<br>URB BUENA VISTA ALOIA ST # 1433<br>PONCE, PR 00717 | 11330^ | Commonwealth of Puerto Rico | Unsecured | $150,000.00 | Commonwealth of Puerto Rico | Unsecured | $80,000.00 |

Reason: Claim purports to assert liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Sixth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | EDELSTEIN, HANNA<br>9425 CLUBLANDS DRIVE<br>JOHNS CREEK, GA 30022 | 3667^ | Commonwealth of Puerto Rico | Unsecured | $27,685.00* | Commonwealth of Puerto Rico | Unsecured | $19,954.00* |
| | | | Puerto Rico Electric Power Authority | Unsecured | $25,016.00* | Puerto Rico Electric Power Authority | Unsecured | $25,016.00* |
| | | | | Subtotal | $52,701.00* | | Subtotal | $44,970.00* |

Reason: Claim purports to assert liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

^ Claim also appears on "Exhibit A - Incorrect Debtor Bond Claims" of the Two Hundred and Twenty-Third Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Sixth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3 | MORET RIVERA, ADALBERTO E.<br>88 CALLE COLON<br>AGUADA, PR 00602 | 16866^ | Commonwealth of Puerto Rico | Secured | $304,278.86 | Commonwealth of Puerto Rico | Secured | $233,028.86 |
| | | | Puerto Rico Electric Power Authority | Secured | $46,564.25 | Puerto Rico Electric Power Authority | Secured | $46,564.25 |
| | | | | Subtotal | $350,843.11 | | Subtotal | $279,593.11 |

Reason: Claim purports to assert liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

^ Claim also appears on "Exhibit A - Incorrect Debtor Bond Claims" of the Two Hundred and Twenty-Third Omnibus Objection
Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Sixth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Thirtieth Omnibus Objection

* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Twenty-Sixth Omnibus Objection
Exhibit B - Schedule of Bondholder No Liability Claims to be Modified via Notice of Presentment

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | OCASIO-ESTEBAN, RAFAEL<br>185 CANDELERO DR. APT 613<br>HUMACAO, PR 00791 | 32623^ | Commonwealth of Puerto Rico | Secured | $90,368.33 | Commonwealth of Puerto Rico | Secured | $89,741.78 |

Reason: Claim purports to assert liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Sixth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Thirtieth Omnibus Objection

|   |   | TOTAL |   |   | $ 572,332.19* | TOTAL |   | $ 422,724.64* |

\* Indicates claim contains unliquidated and/or undetermined amounts