**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused true and correct copies of the following

1. *Eleventh Interim Application of Jenner & Block LLP as Counsel to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from October 1, 2020 through January 31, 2021* as Dkt. No. 16054 (the "**Jenner Application**");

2. *Eleventh Interim Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official*

---

[1] The Debtors in these jointly-administered PROMESA title III cases (these "Title III"), along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

*Committee of Retired Employees of the Commonwealth of Puerto Rico from October 1, 2020 through January 31, 2021* as Dkt. No. 16055 (the "**FTI Application**");

3. *Eleventh Interim Application of Bennazar, Garcia & Milian, C.S.P. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from October 1, 2020 through January 31, 2021* as Dkt. No. 16056 (the "**Bennazar Application**");

4. *Eleventh Interim Application of Segal Consulting for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Actuaries and Consultants to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from October 1, 2020 through January 31, 2021* as Dkt. No. 16057 (the "**Segal Application**"); and

5. *Eleventh Interim Application of Marchand ICS Group for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Information Agent to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from October 1, 2020 through January 31, 2021* as Dkt. No. 16058 (the "**Marchand Application**"; and together with the **Jenner Application, FTI Application, Bennazar Application,** and the **Segal Application,** the "**Applications**");

to be served in the following manner:

On March 15, 2021, the Applications were sent through the Court's CM/ECF system, and on March 16, 2021, the Applications were sent via email to each of the parties listed in Exhibit A attached hereto.

On March 16, 2021, the Applications were sent via email to the Honorable Laura Taylor Swain and Honorable Judith G. Dein at SwainDPRCorresp@nysd.uscourts.gov; deindprcorresp@mad.uscourts.gov.

On March 16, 2021, one copy of each Application was sent by UPS overnight delivery to Nancy J. Gargula, The Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901, and one copy of each Application was sent on March 17, 2021 by US Postal Service to the following:

Carlos Saavedra, Esq.
Rocío Valentin, Esq.
Puerto Rico Fiscal Agency and Financial Advisory
Authority Roberto Sánchez Vilella (Minillas)
Government Center De Diego Ave. Stop 22
San Juan, Puerto Rico 00907

John J. Rapisardi
Suzzanne Uhland
Peter Friedman
Nancy A. Mitchell
Maria DiConza
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036

Andrés W. López
Law Offices of Andrés W. López
902 Fernández Juncos Ave.
San Juan, PR 00907

David D. Cleary
Nathan A. Haynes
Kevin D. Finger
Greenberg Traurig LLP
200 Park Avenue
New York, New York 10166

Arturo Diaz-Angueira
Katiuska Bolaños-Lugo
Cancio, Nadal, Rivera & Díaz, P.S.C.
PO Box 364966
San Juan, PR 00936-4966

Martin J. Bienenstock
Ehud Barak
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299

Paul V. Possinger
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602

Hermann D. Bauer, Esq.
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

Luc. A. Despins
James Bliss
James Worthington
G. Alexander Bongartz
Paul Hastings LLP
200 Park Avenue
New York, New York 10166

Juan J. Casillas Ayala
Diana M. Batlle-Barasorda
Alberto J. E. Añeses Negrón
Ericka C. Montull-Novoa
Casillas, Santiago & Torres LLC
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419

Luis C. Marini-Biaggi
Carolina Velaz-Rivero
Maria T. Alvarez-Santos, Esq.
Marini Pietrantoni Muniz LLC
MCS Plaza, Suite 500
255 Ponce de Leon Ave.
San Juan, PR 00917

Reylam Guerra Goderich
Omar Rodriguez Perez
Angel L. Pantoja Rodriguez
Francisco Pares Alicea
Francisco Pena Montanez
The Puerto Rico Department of Treasury
P.O. Box 9024140
San Juan, PR 00902-4140

<800

| | |
|---|---|
| Eyck O. Lugo<br>EDGE Legal Strategies PSC<br>252 Ponce de Leon Avenue<br>Citibank Tower, 12th Floor<br>San Juan, PR 00918 | Katherine Stadler<br>Godfrey & Kahn S.C.<br>One East Main Street Suite 500<br>Madison, WI 53703 |
| March 18, 2021 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By:<br>*/s/ Robert Gordon*<br>Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>Carl Wedoff (admitted *pro hac vice*)<br>919 Third Avenue<br>New York, NY 10022-3908<br>rgordon@jenner.com<br>rlevin@jenner.com<br>cwedoff@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile) | By:<br>*/s/ A.J. Bennazar-Zequeira*<br>A.J. Bennazar-Zequeira<br>Héctor M. Mayol Kauffmann<br>Francisco del Castillo Orozco<br>Edificio Union Plaza<br>1701 Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>Landon Raiford (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>lraiford@jenner.com<br>312-222-9350 (telephone)<br>312-239-5199 (facsimile) | *Counsel for The Official Committee of Retired Employees of Puerto Rico* |

## EXHIBIT A

## EMAIL SERVICE

Carlos.Saavedra@aafaf.pr.gov;
Rocio.valentin@aafaf.pr.gov;
jrapisardi@omm.com;
suhland@omm.com;
pfriedman@omm.com;
mitchelln@omm.com;
mdiconza@omm.com;
andres@awllaw.com;
clearyd@gtlaw.com;
haynesn@gtlaw.com;
fingerk@gtlaw.com;
adiaz@cnrd.com;
kbolanos@cnrd.com;
mbienenstock@proskauer.com;
ppossinger@proskauer.com;
ebarak@proskauer.com;
mzerjal@proskauer.com;
ctheodoridis@proskauer.com;
brosen@proskauer.com;
hermann.bauer@oneillborges.com;
lucdespins@paulhastings.com;
jamesbliss@paulhastings.com;
jamesworthington@paulhastings.com;
alexbongartz@paulhastings.com;
jcasillas@cstlawpr.com;
dbatlle@cstlawpr.com;
AAneses@cstlawpr.com;
emontull@cstlawpr.com;
lmarini@mpmlawpr.com;
cvelaz@mpmlawpr.com;
malvarez@mpmlaw.pr.com;
igarau@mpmlawpr.com;
Reylam.Guerra@haciendapr.gov;
Rodriguez.Omar@hacienda.pr.gov;
Angel.pantoja@hacienda.pr.gov;
Francisco.pares@hacienda.pr.gov;
Francisco.Pena@hacienda.pr.gov;
elugo@edgelegalpr.com;
Kstadler@gklaw.com