## Two Hundred and Twenty-Fifth Omnibus Objection
### Exhibit A - Remaining Duplicate Bond Claims

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CHINEA BONILA, EUGENIO<br>URB. PINERO<br>CALLE ALHAMBRA #109<br>SAN JUAN, PR 00917-3129 | 12827^ | Commonwealth of Puerto Rico | Unsecured | $1,150,939.91 | Commonwealth of Puerto Rico | Unsecured | $683,841.27 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also asserts, in part, liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Convention Center District Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the University of Puerto Rico which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Seventh Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | | TOTAL | | $ 1,150,939.91 | TOTAL | | $ 683,841.27 |
|---|---|---|---|---|---|---|---|