Two Hundred and Twenty-Eighth Omnibus Objection
Exhibit A - Remaining Bondholder No Liability Claims

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CHINEA BONILA, EUGENIO<br>URB. PINERO<br>CALLE ALHAMBRA #109<br>SAN JUAN, PR 00917-3129 | 12827^ | Commonwealth of Puerto Rico | Unsecured | $198,536.07 | Commonwealth of Puerto Rico | Unsecured | $152,859.07 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth.

^ Claim also appears on "Exhibit A - Duplicate Bond Claims" of the Two Hundred and Twenty-Fifth Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Seventh Omnibus Objection
Claim also appears on "Exhibit A - Bondholder No Liability" of the Two Hundred and Twenty-Eighth Omnibus Objection

| | | | TOTAL | | $ 198,536.07 | TOTAL | | $ 152,859.07 |