# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On March 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit A**, to be served via first class mail on the Public Employee Notice Parties Service List attached hereto as **Exhibit B**.

    On March 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Clement Chacon, Donna M. (MMLID#144229), 7349 Ulmerton Rd., Lot 247, Largo, FL, 33771-4804:

- Omnibus Objection Notice, customized for each party, a blank copy of which is attached hereto as **Exhibit C**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Two Hundred Seventy -Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Satisfied Claims [Docket No. 15420]

On March 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit D**, to be served via first class mail on Ocasio Ocasio, Maria de los A. (MMLID#1939573), at address that has been redacted for the interest of privacy.

On March 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Castro Sepulveda, Carlos M. (MMLID#1574795) and on Vargas Alicea, Jorge (MMLID#680730), at addresses that has been redacted for the interest of privacy:

- Seventh Notice of Transfer of Claims to Administrative Claims Reconciliation [Docket No. 15534]

Dated: March 18, 2021

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on March 18, 2021, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2021

SRF 51606

**<u>Exhibit A</u>**

**<u>PLEASE INCLUDE THIS IDENTIFYING SHEET WITH YOUR RESPONSE.</u>**

***<u>FAVOR DE INCLUIR ESTA HOJA DE IDENTIFICACIÓN EN SU RESPUESTA.</u>***

**If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944 (international), email PuertoRicoInfo@primeclerk.com, or visit <u>https://cases.primeclerk.com/puertorico</u>.**

***Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envíe un correo electrónico a PuertoRicoInfo@PrimeClerk.com, o visite https://cases.primeclerk.com/puertorico.***

## GOBIERNO DE PUERTO RICO
### Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico

February 1, 2021

Re:     Claim No.                - **<u>REQUIRES RESPONSE</u>**

Dear

Greetings on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"). Under Act 2-2017, AAFAF represents the Government of Puerto Rico ("Government") in the Title III proceedings under PROMESA[1]. You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court.

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board ("FOMB") transferred your Claim to the Administrative Claims Resolution Process ("ACR") in order to resolve the Claim using the existing administrative procedures in the Government. The purpose of this letter is to notify that the information provided by you to date is not sufficient for the government entity you work for to adequately evaluate and resolve your Claim.

In consequence, we request that, within a term of twenty (20) days, you submit a letter in response in which you describe in detail the nature of your Claim. In your response, you should include, without limitation: (1) telephone number where you can be contacted; (2) employee number; (3) social security number; (4); if your claim is/has been subject of an administrative or judicial process, provide the case file number; and (5) any document that supports your Claim. If you have a pending administrative or judicial case, please so indicate. If, to the contrary, the case is closed, please provide a copy of the final resolution or final judgment, if available.

**Please send the letter in response and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address**:

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*



**It is of the utmost importance you reply to this letter within the twenty (20) days
specified herein, for the adequate evaluation and resolution of your Claim**.

Respectfully,

The Puerto Rico Fiscal Agency
and Financial Advisory Authority



**GOBIERNO DE PUERTO RICO**

Autoridad de Asesoría Financiera y
Agencia Fiscal de Puerto Rico

El 1 de febrero de 2021

**Re:    Reclamación Núm.                    - <u>REQUIERE RESPUESTA</u>**

Estimado

Reciba un cordial saludo de parte de la Autoridad de Asesoría Financiera y Agencia Fiscal ("AAFAF"). AAFAF, en virtud de la Ley Núm. 2-2017, representa al Gobierno de Puerto Rico ante el Tribunal del Título III de PROMESA[1] ("Tribunal de Título III"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ( "Reclamación") ante el Tribunal de Título III.

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que la entidad gubernamental para la cual trabaja(ó) pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta una comunicación en la cual describa detalladamente la naturaleza de su Reclamación. En su carta, debe incluir: (1) número de teléfono donde se le pueda contactar directamente; (2) su número de empleado; (3) número de seguro social; (4) de su Reclamación haberse sometido a un proceso administrativo y/o judicial, indicar número de caso administrativo, judicial o ambos; y (5) toda documentación en apoyo de su reclamo. Si usted tiene pendiente un caso administrativo o judicial contra la entidad para la cual trabaja(ó) favor de así especificarlo. Si, por el contrario, el caso fue adjudicado con carácter de finalidad, favor incluya una copia de la resolución y/o sentencia final, de tenerla disponible.

**Favor de remitir su comunicación en respuesta y cualquier documento en apoyo de su reclamo, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico PRACRprocess@primeclerk.com; o, por correo, a la siguiente dirección:**

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*



Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días aquí dispuesto, para el trámite adecuado de su Reclamación.

Respetuosamente,

La Autoridad de Asesoría Financiera
y Agencia Fiscal



## **Exhibit B**

Exhibit B

Public Employee Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 1742042 | DELGADO GRAULAU , BEVERLY | 9619 HERONS NEST CT | APT 207 | LAKE WORTH | FL | 33467-5270 |
| 1780333 | DELGADO GRAULAU, BEVERLY | 9619 HERONS NEST CT | APT 207 | BOYNTON BEACH | FL | 33436 |
| 1783728 | DELGADO GRAULAU, BEVERLY | 9619 HERONS NEST CT | APT 207 | BOYNTON BEACH | FL | 33436 |
| 1790981 | DELGADO GRAULAU, BEVERLY | 9619 HERONS NEST CT | APT 207 | BOYNTON BEACH | FL | 33436 |
| 1618884 | RAMOS LUGO, CARMEN | 3325 BUNTWICKE BLVD | | DAVENPORT | FL | 33837-8298 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Page 1 of 1

**<u>Exhibit C</u>**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|------------------------|
|      |         |            |        |                        |
| Reason: | | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|----------------------------------|
|        |                    |                       |        |                                  |
| Base para: | | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

## Exhibit D



GOVERNMENT OF PUERTO RICO

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

4 de diciembre de 2020

**Re:    Reclamación Núm.           - REQUIERE RESPUESTA/ FAVOR COMPLETAR
REQUERIMIENTO DE INFORMACIÓN ADJUNTO**

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [Proof(s) of Claim], la(s) cual(es)
fue(ron) presentada(s) contra **Autoridad de Carreteras y Transportación** y registrada(s) por
Prime Clerk como Evidencia de Reclamación Núm.           (la "Reclamación").

El 6 de noviembre de 20 los Deudores transfirieron su Reclamación al Procedimiento de
Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés, o
"Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los procesos
administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En específico,
su Reclamación se resolverá por la Administración de Sistemas de Retiro ("ASR")
utilizando los procesos de revisión de pensión/retiro, según descrito en la orden
autorizando el Procedimiento [Caso Núm. 17-bk-3283, ECF Núm. 12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto con cualquier
documentación suplementaria que usted haya proporcionado. Basado en la información provista
por usted, aparenta que su Reclamación solo afirma su derecho a recibir pensión, sin más. Es decir,
no surge de su Reclamación que usted dispute o esté impugnando el monto de los pagos de pensión
que está recibiendo o que espere recibir en el futuro, al momento de su jubilación. Usted puede
determinar el monto del pago de la pensión que la ASR actualmente estima que usted estará
recibiendo mediante una consulta de su estado de cuenta de pensión más reciente.

---

[1] Copias de todos los escritos, alegaciones y mociones están disponibles en la página electrónica de Prime Clerk:
https://cases.primeclerk.com/puertorico/.

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo a la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica que el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de el 3 de enero de 2021 enviando el Formulario de Requerimiento de Información adjunto completado, en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección:

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Prime Clerk LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamadas internaciones), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



GOVERNMENT OF PUERTO RICO

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

December 4, 2020

Re: Claim No._____ - RESPONSE REQUIRED
        COMPLETE ATTACHED INFORMATION REQUEST

Dear

We write with respect to your proof(s) of claim, which was filed on                          against
**Puerto Rico Highways and Transportation Authority** and logged by Prime Clerk as Proof of
Claim No.               (the "Claim").

On November 6, 2020, the Debtors transferred your Claim into the Administrative Claims
Reconciliation ("ACR") process. This means that your Claim will be resolved using the
Commonwealth's existing administrative processes. Specifically, your claim will be resolved
by ERS using the Pension/Retiree Procedures, as described in the order authorizing the ACR
process [Case No. 17-bk-3283, ECF No. 12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that you have
provided. Based on the information you have provided, it appears that your Claim is only
asserting your right to receive your pension and nothing else. It does not appear that you dispute
the amount of the pension payments you are receiving or can expect to receive upon your
retirement. You can determine the pension payment amount ERS presently expects you will
receive by consulting your most recent pension benefit statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount of your
pension or whether you have any independent claim against ERS unrelated to your right to
pension benefits. Please confirm whether or not you dispute the amount of your pension or have
an independent claim unrelated to your pension benefits by completing the box marked

---

[1] Copies of all pleadings are available on Prime Clerk's website,
https://cases.primeclerk.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment.  If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**<u>Please respond to this letter on or before January 3, 2021 by returning the enclosed information request form with the requested information and documentation.</u>**

Please send the completed form and any supporting documents via email to PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Evidencia de Reclamación:*
*Reclamante:*

## FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

### CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO \_\_\_\_\_

\_\_\_\_\_    Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. \_\_\_\_\_ NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

\_\_\_\_\_    Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. \_\_\_\_\_ o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____
_____
_____

**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

*Proof of Claim:*
*Claimant:*

## <u>INFORMATION REQUEST FORM</u>

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box. Please return this form and any additional documentation via email to: PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**<u>CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO</u>_____**

**\_\_\_\_\_**   I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No.        and DO NOT have an independent claim against ERS unrelated to my/our pension benefits. I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

**<u>OR</u>**

**\_\_\_\_\_**   I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim . No.        or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____
_____
_____


**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

---