TWO HUNDRED NINETEENTH OMNIBUS OBJECTION

Exhibit C – Schedule of Deficient Claims to be Disallowed via Notices of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | NIEVES MORALES, CARMEN M.<br>130 CALLE GORRION<br>CHALETS DE BAIROA<br>CAGUAS, PR 00727 | 6/28/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 70465 | $75,000,000.00 * |
| | Reason: Claimant purports to assert liabilities in excess of $75 million for pension payments or electricity service, but fails to provide a basis for asserting a claim against PREPA, the Commonwealth or another of the Debtors. | | | | | |
| 2 | ROMERO QUINONEZ, MARIA C<br>PO BOX 6415<br>BAYAMON, PR 00960 | 3/23/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4042 | $100,000,000.00 * |
| | Reason: Claimant purports to assert liabilities in excess of $75 million for pension payments or electricity service, but fails to provide a basis for asserting a claim against PREPA, the Commonwealth or another of the Debtors. | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

*Page 1 of 1*