UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK- 3567 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-3566 (LTS) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS |

# NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO CEASE SERVICE OF NOTICES, ORDERS, PLEADINGS, AND DOCUMENTS

To the Honorable United States District Court Judge Laura Taylor Swain:

**PLEASE TAKE NOTICE** that Edward S. Weisfelner's appearance is hereby withdrawn as counsel for the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, acting by and through its members (the "SCC"), in these Title III cases and the adversary proceedings listed in the Appendix. The appearances by other attorneys at Brown Rudnick LLP on behalf of the SCC are unaffected by this request. Because the SCC will continue to be represented by attorneys from Brown Rudnick LLP and Estrella, LLC, withdrawal of Mr. Weisfelner will not cause any disruption in these cases.

Accordingly, pursuant to Local Rule 9010-1(d), the SCC respectfully requests that the Court order the withdrawal of Mr. Weisfelner and remove him from applicable service lists, including Notices of Electronic Filing.

Dated: March 19, 2021.

2

Respectfully submitted,

| | |
|---|---|
| /s/ Sunni P. Beville | /s/ Kenneth C. Suria |
| **BROWN RUDNICK LLP** | **ESTRELLA, LLC** |
| Sunni P. Beville, Esq. (*Pro Hac Vice*) | Kenneth C. Suria, Esq. (USDC-PR 213302) |
| Tristan G. Axelrod, Esq. (*Pro Hac Vice*) | Alberto Estrella, Esq. (USDC-PR 209804) |
| One Financial Center | Carlos Infante, Esq. (USDC-PR 301801) |
| Boston, MA 02111 | P. O. Box 9023596 |
| Tel: (617) 856-8200 | San Juan, Puerto Rico 00902-3596 |
| sbeville@brownrudnick.com | Tel.: (787) 977-5050 |
| taxelrod@brownrudnick.com | Fax: (787) 977-5090 |
| | ksuria@estrellallc.com |
| *Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its members* | aestrella@estrellallc.com |
| | cinfante@estrallallc.com |
| | *Local Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its members* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

This the 19th day of March, 2021.

/s/ Sunni P. Beville
Sunni P. Beville

3

**APPENDIX**

| Defendant | Adversary Proceeding No. |
|---|---|
| ALEJANDRO ESTRADA MAISONET | 19-00059 |
| AMBASSADOR VETERANS SERVICES OF PR LLC | 19-00048 |
| APEX GENERAL CONTRACTORS | 19-00062 |
| BIO NUCLEAR OF P R INC | 19-00091 |
| BRISTOL /MYERS SQUIBB P R INC | 19-00042 |
| CARIBBEAN EDUCATIONAL SERVICES INC | 19-00098 |
| CARIBE GROLIER INC | 19-00051 |
| CCHPR HOSPITALITY, INC | 19-00116 |
| CENTRO DE DESARROLLO ACADEMICO INC. | 19-00053 |
| CITIBANK N A | 19-00265 |
| CLINICA DE TERAPIAS PEDIATRICA | 19-00054 |
| COMMUNITY CORNESTONE OF P R | 19-00043 |
| COMPUTER LEARNING CENTERS, INC. | 19-00055 |
| COMPUTER NETWORK SYSTEMS CORP | 19-00150 |
| CORE LABORATORIES N.V. d/b/a SAYBOLT | 19-00381 |
| CREATIVE EDUCATIONAL & PSYCHOLOGICAL SER | 19-00152 |
| DIDACTICOS, INC. | 19-00161 |
| DISTRIBUIDORA LEBRON | 19-00167 |
| ECOLIFT CORP. | 19-00172 |
| EDWIN CARDONA & ASOC | 19-00056 |
| EMPRESAS ARR INC | 19-00084 |
| ENTERPRISE SERVICES CARIBE LLC | 19-00060 |
| EVERTEC INC | 19-00044 |
| EXPLORA CENTRO ACADEMICO Y TERAPEUTICO | 19-00143 |
| FACSIMILE PAPER CONNECTION CORP | 19-00092 |
| FAST ENTERPRISES LLC | 19-00266 |
| FIRST HOSPITAL PANAMERICANO | 19-00093 |
| FP+1,LLC | 19-00148 |
| GF SOLUTIONS, INC. | 19-00063 |
| GILA LLC | 19-00354 |
| GIRARD MANUFACTURING INC DBA/BANCO DE | 19-00103 |
| GM SECURITY TECHNOLOGIES | 19-00273 |
| GREAT EDUCATIONAL SERVICE, CORP. | 19-00277 |
| GUIMERFE INC | 19-00182 |
| HEWLETT PACKARD PR BV | 19-00183 |
| HOSPIRA | 19-00186 |
| I.D.E.A. INC. | 19-00268 |
| INSTITUCION EDUCATIVA NETS, LLC | 19-00067 |
| INTERNATIONAL SURVEILLANCE SERV CORP | 19-00202 |
| INTERVOICE COMMUNICATIONS OF PR INC | 19-00068 |
| JOSE SANTIAGO INC | 19-00075 |
| JUNIOR BUS LINE, INC. | 19-00229 |

| Defendant | Adversary Proceeding No. |
|---|---|
| L.L.A.C., INC. | 19-00122 |
| LAW OFFICES WOLF POPPER, INC | 19-00236 |
| MACAM S.E. | 19-00255 |
| MANAGEMENT, CONSULTANT & COMPUTER SERV | 19-00081 |
| MANPOWER | 19-00088 |
| MERCK SHARP & DOHME | 19-00276 |
| MICHICA INTERNATIONAL CO INC | 19-00238 |
| MICROSOFT CORPORATION | 19-00290 |
| N. HARRIS COMPUTER CORPORATION | 19-00102 |
| NATIONAL COPIER | 19-00251 |
| NELSON D. ROSARIO GARCIA | 19-00125 |
| NETWAVE EQUIPMENT CORP | 19-00253 |
| NEXT LEVEL LEARNING, INC | 19-00129 |
| ORACLE CARIBBEAN INC | 19-00112 |
| PCPS - PROFESSIONAL CONSULTING PSYCHOEDUCATIONAL SERVICES, LLC | 19-00188 |
| PERFECT CLEANING SERVICES INC | 19-00249 |
| POSTAGE BY PHONE RESERVE ACCOUNT | 19-00181 |
| PROSPERO TIRE EXPORT INC | 19-00196 |
| PUERTO NUEVO SECURITY GUARD | 19-00384 |
| PUERTO RICO SUPPLIES GROUP INC | 19-00199 |
| PUERTO RICO TELEPHONE COMPANY | 19-00127 |
| QUEST DIAGNOSTICS | 19-00440 |
| R CORDOVA TRABAJADORES SOCIALES C S P | 19-00138 |
| READY & RESPONSIBLE SECURITY, INC. | 19-00387 |
| REYES CONTRACTOR GROUP | 19-00220 |
| RICARDO ESTRADA MAISONET | 19-00227 |
| ROCK SOLID TECHNOLOGIES INC | 19-00230 |
| ROCKET LEARNING INC | 19-00232 |
| ROCKET TEACHER TRAINING | 19-00235 |
| RODRIGUEZ PARISSI VAZQUEZ & CO PCS | 19-00155 |
| ROSSO GROUP INC | 19-00239 |
| S H V P MOTOR CORP | 19-00134 |
| SEGUROS COLON INC | 19-00130 |
| SESCO TECHNOLOGY SOLUTIONS LLC | 19-00162 |
| ST. JAMES SECURITY SERVICES, INC. | 19-00145 |
| TACTICAL EQUIPMENT CONSULTANTS INC | 19-00222 |
| TALLER DESARROLLO INFANTIL CHIQUIRIMUNDI | 19-00049 |
| TRANSPORTES SONNEL INC | 19-00149 |
| TRINITY METAL ROOF AND STEEL STRUC CO | 19-00187 |
| TRUENORTH CORP | 19-00160 |
| VIIV HEALTHCARE PR Y/O GLAXO SMITHKLINE | 19-00164 |
| WF COMPUTER SERVICES | 19-00200 |
| XEROX CORPORATION | 19-00218 |