UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING NINETY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE
COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION
AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING
INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED

Upon the *Ninety-Seventh Omnibus Objection (Non-Substantive) of the*

*Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and*

*Employees Retirement System of the Government of the Commonwealth of Puerto Rico to*

*Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services*

*Provided* (Docket Entry No. 9547, the "Ninety-Seventh Omnibus Objection"),[2] filed by the

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
(Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii)
Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK
3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and
Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four
Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government
of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS)
(Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority
("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax
ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with
the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy
Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case
numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Capitalized terms not otherwise defined herein shall have the meanings given to such
terms in the Ninety-Seventh Omnibus Objection.

Commonwealth of Puerto Rico ("Commonwealth"), the Puerto Rico Highways and

Transportation Authority ("HTA"), and the Employees Retirement System of the Government of

the Commonwealth of Puerto Rico ("ERS"), dated December 12, 2019, for entry of an order

disallowing in their entirety certain claims filed against the Commonwealth, HTA, or ERS, as

more fully set forth in the Ninety-Seventh Omnibus Objection and supporting exhibits thereto;

and the Court having jurisdiction to consider the Ninety-Seventh Omnibus Objection and to

grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper

pursuant to PROMESA section 307(a); and due and proper notice of the Ninety-Seventh

Omnibus Objection having been provided to those parties identified therein, and no other or

further notice being required; and upon the *Notice of Presentment of Proposed Order (A)*

*Granting in Part the Ninety-Seventh Omnibus Objection (Non-Substantive) of the*

*Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and*

*Employees Retirement System of the Government of the Commonwealth of Puerto Rico to*

*Deficient Claims Asserting Interests Based on Salary Demands, Employment or Services*

*Provided, (B) Approving Form of Notice for Claims to be Set for Hearing, and (C) Granting*

*Related Relief* (Docket Entry No. 14631, the "Notice"), dated October 20, 2020, for entry of an

order disallowing the Remaining Deficient Claim, the Deficient Claims to Be Disallowed via

Notice of Presentment, and the Deficient Claims with Undeliverable Addresses (as defined

below), as more fully set forth in the Notice; and, upon the record of the hearing held on the

Ninety-Seventh Omnibus Objection on January 14, 2021, and the rulings made therein, Proof of

Claim No. 1045 having been found to be deficient; and the Court having determined that the

relief sought in the Ninety-Seventh Omnibus Objection is in the best interests of the

Commonwealth, HTA, ERS, their creditors, and all parties in interest; and the Court having

determined that the legal and factual bases set forth in the Ninety-Seventh Omnibus Objection

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is hereby

ORDERED that the Ninety-Seventh Omnibus Objection is GRANTED as set

forth herein; and it is further

ORDERED that Proof of Claim No. 1045, identified on Exhibit A hereto (the

"Remaining Deficient Claim"), the claims identified on Exhibit C hereto (the "Deficient Claims

to Be Disallowed via Notice of Presentment"), and the claims identified on Exhibit D hereto (the

"Deficient Claims with Undeliverable Addresses") are hereby disallowed in their entirety; and it

is further

ORDERED that Prime Clerk, LLC, is authorized and directed to designate the

Remaining Deficient Claim, the Deficient Claims to Be Disallowed via Notice of Presentment,

and the Deficient Claims with Undeliverable Addresses as expunged on the official claims

registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 9547 in Case No. 3283;

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation, interpretation, or enforcement of this

Order.

SO ORDERED.

Dated: March 19, 2021

         /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge