## One Hundred and Seventy-First Omnibus Objection
## Exhibit A - Remaining Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ROMERO QUINONES, MARIA C<br>PO BOX 6415<br>BAYAMON, PR00960 | 3/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3836 | $ 5,000,000.00* |
| | Reason: Claimant identifies as obligor as Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| 2 | ROMERO QUINONES, MARIA C<br>PO BOX 6415<br>BAYAMON, PR00960 | 3/22/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 3997 | $ 100,000.00* |
| | Reason: Claimant identifies as obligor as Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | |
| | | | | | TOTAL | $ 5,100,000.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts