ONE HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION

Exhibit A – Remaining Incorrect Debtor Claim

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | JUAN A BARNES VELEZ TERESA ZAMORA TAIDE<br>3380 CALLE DONA JUANA / URB VISTA POINT<br>PONCE, PR  00716 | 4617 | PUERTO RICO ELECTRIC POWER AUTHORITY | $210,000.00 | PUERTO RICO SALES TAX FINANCING CORPORATION | $210,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including customer bills and/or documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Puerto Rico Sales Tax Financing Corporation

\* - Indicates claim contains unliquidated and/or undetermined amounts.