Two Hundred and Forty-Sixth Omnibus Objection
Exhibit C - Schedule of Deficient Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ANTONETTY ORTIZ, ELIUT P.<br>BOX COQUI AGUIRRE PR-CARPENTER #15<br>AGUIRRE, PR 00704 | 11/4/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172328 | $ 12,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | ARROYO MELENDEZ, OCTAVIA<br>URB ALTURAS DE RIO GRANDE<br>N 603 CALLE 10 B<br>RIO GRANDE, PR 00745 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3647 | $ 25,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 3 | CARABALLO RAMIREZ, DANIEL<br>BO MAGINAS 162 CALLE ORQUIDEA<br>SABANA GRANDE, PR 00637 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34959 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 4 | EDWARDS-RODRIGUEZ, GEORGE LOUIS<br>HC02 BOX 21525<br>CABO ROJO, PR 00623 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45075 | $ 12,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 5 | EDWARDS-RODRIGUEZ, GEORGE LOUIS<br>HC02 BOX 21525<br>CABO ROJO, PR 00623 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47339 | $ 1,700.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 6 | FERNANDEZ CORREA, ESTHER<br>HC 1 BOX 3041<br>YABUCOA, PR 00767 | 11/20/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172436 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 7 | FIGUEROA DIAZ, ARCADIA<br>PO BOX 1287<br>PONCE, PR 00733 | 5/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 17504 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

Two Hundred and Forty-Sixth Omnibus Objection
Exhibit C - Schedule of Deficient Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | GONZALEZ BOSQUES, OMAYRA<br>HC-04 BOX 14237<br>MOCA, PR 00676 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 148370 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | GONZALEZ RIVERA, ROSA E<br>PO BOX 3370<br>GUAYNABO, PR 00970-3370 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71824 | $ 10,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | IBARRA, MARIBEL<br>PO BOX 932<br>VIEQUEZ, PR 00765 | 11/18/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172496 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | LLANOS, ISIS<br>ALTURAS DE RIO GRANDE J174<br>CALLE 141<br>RIO GRANDE, PR 00745 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71359 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | MALDONADO FIGUEROA, JULIO CESAR<br>HC 5 BOX 5741<br>JUANA DIAZ, PR 00795 | 11/5/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172254 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | MARTI PEREZ, YAMILETTE<br>URB. SANTA MARIA CALLE6 #G-20<br>SAN GERMAN, PR 00683 | 6/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 74402 | $ 17,400.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | MARTINEZ VAZQUEZ, RAMON<br>BOX 469<br>AGUIRRE, PR 00704 | 11/4/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172225 | $ 25,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

Two Hundred and Forty-Sixth Omnibus Objection
Exhibit C - Schedule of Deficient Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | MEDINA, BETZAIDA<br>2986 MONTEREY PINE LANE<br>LAKE WORTH, FL 33462 | 9/19/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170824 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 16 | MERCADO CRUZ, MARGARITA<br>URB LAGOS DE PLATA<br>O-24 13<br>TOA BAJA, PR 00949 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 89752 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 17 | MOLINA RUIZ, OSVALDO A<br>#1A CALLE EL SENORIAL<br>SECTOR LAS CANITAS<br>PONCE, PR 00730-1638 | 6/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 78250 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 18 | MORALES GARCIA, HILDA<br>HC 3 BOX 36661<br>MAYAGUEZ, PR 00680 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25624 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 19 | PENA RIVERA, DOLORES<br>HN-83 DOMINGO DELGADO<br>7 MA SEC., LEVITTOWN<br>TOA BAJA, PR 00949 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 120944 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 20 | PEREZ, EDITH I.<br>1440 SHERIDAN ST B6<br>CAMDEN, NJ 08104 | 11/15/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172487 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |

Two Hundred and Forty-Sixth Omnibus Objection
Exhibit C - Schedule of Deficient Claims to be Disallowed via Notice of Presentment

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | RIVERA ACEVEDO, RAMON L<br>5304 VISTAS DEL PINAR<br>TOA ALTA, PR 00953-5321 | 5/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9185 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|  | | | | | | |
|---|---|---|---|---|---|---|
| 22 | RIVERA PEREZ, JUAN MARCOS<br>URB BUENOS AIRES<br>31 CALLE B<br>SANTA ISABEL, PR 00757 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 108592 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|  | | | | | | |
|---|---|---|---|---|---|---|
| 23 | RIVERA RAMOS, HEUMARA<br>URB. SANTA ROSA<br>C-8 CALLE RITA<br>CAGUAS, PR 00725 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39688 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|  | | | | | | |
|---|---|---|---|---|---|---|
| 24 | RIVERA SOTO, JORGE LUIS<br>HC 04 BOX 5931<br>COAMO, PR 00769 | 11/7/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172276 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|  | | | | | | |
|---|---|---|---|---|---|---|
| 25 | RIVERA TORRES, EDWIN<br>HC 01 BOX 5411<br>VILLALBA, PR 00766 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80254 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|  | | | | | | |
|---|---|---|---|---|---|---|
| 26 | RIVERA TORRES, JOSE<br>CALLE ECAUDOR D 46 BUZON 110<br>URB CIUDAD CRISTIANA<br>HUMACAO, PR 00791 | 11/12/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172367 | $ 40,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

|  | | | | | | |
|---|---|---|---|---|---|---|
| 27 | RODRIGUEZ COLLAD, JANICCE E.<br>PO BOX 1722<br>LAJAS, PR 00667 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47192 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

## Two Hundred and Forty-Sixth Omnibus Objection
### Exhibit C - Schedule of Deficient Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | RODRIGUEZ FRANCO, MIGUEL A.<br>3073 SAN JUDAS<br>URB. LA GUADALUDE<br>PONCE, PR 00730-4201 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 162547 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | RODRIGUEZ LUGO, RAMON LUIS<br>HC 02 BOX 7932<br>SANTA ISABEL, PR 00757 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 167926 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | RODRIGUEZ MORELL, RINA R.<br>HC-06 BOX 8590<br>JUANA DIAZ, PR 00795-9610 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 166594 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | SANTANA AMARO, ANGEL<br>HC 4 BOX 6328<br>YABUCOA, PR 00767 | 11/15/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172472 | $ 50,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | SANTANA RAMOS, CARMELO<br>HC 4 BOX 6328<br>YABUCOA, PR 00767 | 11/15/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172476 | $ 50,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | SCHROEDER ORTIZ, JOHN<br>PO BOX 1014<br>CAROLINA, PR 00987 | 3/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4344 | $ 1,792.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

Two Hundred and Forty-Sixth Omnibus Objection
Exhibit C - Schedule of Deficient Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | TORRES OQUENDO, DORA<br>HC-02 BOX 6916<br>JAYUYA, PR00664 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 145467 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 244,892.00* |