## Two Hundred and Thirty-Second Omnibus Objection
## Exhibit A - Remaining Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BIBLIOTECA Y CENTRO DE ESTUDIOS DE PUERTO RICO INC<br>LUIS P. COSTAS ELENA, ESQ<br>URB SANTA MARIA 34 CALLE ORQUIDIA<br>SAN JUAN, PR 00927 | 4/12/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4756 | $ 64,100.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| 2 | RIVERO BETANCOURT, EDUARDO<br>HC 645 BOX 8012<br>TRUJILLO ALTO, PR 00976 | 4/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9599 | $ 79,365.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | | | |
| | | | | | TOTAL | $ 143,465.00 |