One Hundred and Ninety-Third Omnibus Objection
Exhibit A - Remaining Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BOURET ECHEVARRIA, POULLETTE<br>PO BOX 159<br>TOA BAJA, PR 00951 | 3/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5158 | $ 2,333.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 05/17/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | COLON ANDUJAR, ISMAEL<br>HC 03 BOX 12706<br>JUANA DIAZ, PR 00795 | 5/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20695 | $ 774.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19240114 dated 06/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | MARTINEZ SANTIAGO, JOEL<br>URB ALTURAS DEL CAFETAL B15<br>CALLE ARTURIO<br>YAUCO, PR 00698 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 37093 | $ 604.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | ROSARIO ALVAREZ, YOLANDA<br>URB METROPOLIS<br>1P 27 CALLE 41<br>CAROLINA, PR 00987 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23069 | $ 4,798.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to a Direct Deposit dated 05/17/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | RUIZ NOGUERAS, ADONIS<br>URB MONTE MAR<br>3 CALLE B<br>FAJARDO, PR 00738 | 3/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2406 | $ 1,780.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/15/2017.

| | | | | | TOTAL | $ 10,289.00 |
|---|---|---|---|---|---|---|