One Hundred and Ninety-Third Omnibus Objection
Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALEJANDRO FEBUS, HECTOR<br>SKY TOWER III<br>APT 9N<br>SAN JUAN, PR 00926 | 6/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80932 | $ 1,202.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19228218 dated 05/24/2017. | | | | | |
| 2 | ALVES ROGER, JUAN<br>#122 3700 CARR. 116<br>LAJAS, PR 00667-9162 | 3/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3656 | $ 1,198.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/31/2017. | | | | | |
| 3 | ANDINO REYES, RAFAEL<br>RR 8 BOX 9352<br>BAYAMON, PR 00956 | 6/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64116 | $ 601.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/10/2017. | | | | | |
| 4 | BEAUCHAMP MENDEZ, NORA E<br>SIERRA DEL SOL<br>100 AVE LAS SIERRAS APT J 153<br>SAN JUAN, PR 00926 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86277 | $ 974.00* |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 08/01/2018. | | | | | |
| 5 | BENITEZ ORTIZ, ROBERT<br>MILLENIA PARK I<br>1785 CALLE FERRER Y FERRER<br>APT 902<br>SAN JUAN, PR 00921 | 4/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 8243 | $ 773.00* |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/10/2017. | | | | | |
| 6 | BITTMAN DIEZ, BALDO<br>URB OASIS GARDENS<br>N6 CALLE 18<br>GUAYNABO, PR 00969 | 3/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4006 | $ 741.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/10/2017. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Ninety-Third Omnibus Objection
Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | BLAS RODRIGUEZ, ALEXIS<br>PO BOX 15049<br>JUANA DIAZ, PR 00795 | 4/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4754 | $ 791.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/10/2017. | | | | | |
| 8 | BURGOS GUZMAN, MADELINE<br>PO BOX 8937<br>VEGA BAJA, PR 00694 | 7/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 158050 | $ 2,697.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/27/2017. | | | | | |
| 9 | BURGOS RODRIGUEZ, ALEXIS<br>URB PALACIOS DEL PRADO<br>CALLE GOLFO DE MEXICO C28<br>JUANA DIAZ, PR 00795 | 3/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3151 | $ 766.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/10/2017. | | | | | |
| 10 | CANARIO RODRIGUEZ, MARIANA<br>URB ALTAMIRA<br>2 CALLE IBERIA APT 802<br>SAN JUAN, PR 00920 | 3/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4912 | $ 466.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19261272 dated 07/10/2017. | | | | | |
| 11 | CARLOS J NAZARIO-DIAZ AND LUZ M COLON-LOPEZ<br>1000 ST MARCOS ST<br>UNIT 141<br>AUSTIN, TX 78702 | 3/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5223 | $ 2,868.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 05/10/2018. | | | | | |
| 12 | CASTILLO CASTILLO, ANTONIO<br>PO BOX 55327<br>BAYAMON, PR 00960 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10124 | $ 426.00* |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19586059 dated 05/03/2018. | | | | | |

One Hundred and Ninety-Third Omnibus Objection
Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | CEDENO DE JESUS, EDALIA<br>URB LOS CAOBOS<br>CALLE ALBIZIA NUM 1159<br>PONCE, PR 00716 | 3/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1142 | $ 1,353.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/01/2017. | | | | | |
| 14 | COLLAZO MAGUIRE, AMANDA<br>COND COSTA DEL SOL<br>17101 CALLE TARTAK APT Q1<br>CAROLINA, PR 00979 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26002 | $ 1,170.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/15/2017. | | | | | |
| 15 | COLON BERRIOS, YACMET<br>URB URB VILLA CAROLINA<br>47-24 CALLE 40<br>CAROLINA, PR 00985 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 133503 | $ 1,389.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 05/17/2017. | | | | | |
| 16 | CONCEPCION SANTIAGO, EMANUEL<br>HC 55 BOX 8052<br>CEIBA, PR 00735 | 3/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4116 | $ 1,201.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19226591 dated 05/22/2017. | | | | | |
| 17 | CORREA MARQUEZ, LUIS<br>RESEDA 1917<br>SANTA MARIA<br>SAN JUAN, PR 00927 | 3/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1956 | $ 665.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19262925 dated 07/10/2017. | | | | | |
| 18 | CORTIJO DE JESUS, MARTIN<br>RR 2 BOX 6333<br>CIDRA, PR 00739 | 3/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1331 | $ 2,788.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19233984 dated 06/09/2017. | | | | | |

One Hundred and Ninety-Third Omnibus Objection
Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | COSME ARBELO, JOSE<br>PO BOX 70250 PMB 101<br>SAN JUAN, PR 00936 | 5/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16035 | $ 3,500.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19272874 dated 07/10/2017.

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | CRESPO PEREZ, BIANCA<br>URB ESTANCIAS DE BAIROA<br>B20 CALLE CRISANTEMOS<br>CAGUAS, PR 00727 | 3/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2975 | $ 641.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19236672 dated 06/15/2017.

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | CRUZ BETANCOURT, MARIBEL<br>PO BOX 192365<br>SAN JUAN, PR 00919 | 3/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 997 | $ 610.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19240304 dated 06/15/2017.

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | CUADRADO DEL VALLE, JUAN<br>HC 20 BOX 25764<br>SAN LORENZO, PR 00754 | 4/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7074 | $ 1,753.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/24/2017.

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | DAVILA CARO, HELEN<br>URB LOS ARBOLES 137<br>CALLE GROSELLA<br>RIO GRANDE, PR 00745 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4679 | $ 1,092.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/27/2017.

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | DE CHOUDENS MARTINEZ, INDIRA<br>VILLA FONTANA<br>VIA 23LL4<br>CAROLINA, PR 00983 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30062 | $ 1,189.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/31/2017.

One Hundred and Ninety-Third Omnibus Objection
Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | DOBLE RIVERA, AMAURY<br>URB VILLA CAROLINA<br>24 CALLE 7 BLOQ 27<br>CAROLINA, PR 00985 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 37931 | $ 3,125.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | DUFFEY, JAMES<br>PO BOX 10555<br>DAYTONA BEACH, FL 32120 | 4/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7075 | $ 3,073.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | ESTRADA LEBRON, NYDIA<br>31 CALLE REYMUNDO FERNANDEZ<br>PATILLAS, PR 00723 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 141332 | $ 1,008.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | FERNANDEZ CRUZ, JUAN<br>MANS DE LOS CEDROS<br>107 CALLE GUAYACAN<br>CAYEY, PR 00736 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17350 | $ 4,231.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/09/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | FLORES LUGO, ABNER<br>US COASTGUARD<br>233 MAALAEA RD<br>WAILUKU, HI 96793 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25176 | $ 1,278.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | GARCIA COLON, ELENA<br>URB ESTANCIA<br>C39 PLAZA 24<br>BAYAMON, PR 00961 | 3/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5471 | $ 1,799.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/31/2017.

## One Hundred and Ninety-Third Omnibus Objection
### Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | GARCIA LUGO, RICARDO<br>CROWN HILL<br>186 CALLE CARIBE<br>SAN JUAN, PR 00926 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 118037 | $ 2,325.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/01/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | GARCIA, JAIMEE<br>BUZON 151<br>BO SAN ANTON<br>PONCE, PR 00717 | 5/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11447 | $ 2,269.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19286557 dated 07/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | GILBERT, NEIL<br>2323 9TH AVE SW APT. 7-102<br>OLYMPIA, WA 98502 | 4/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4350 | $ 719.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | GONZALEZ IRIZARRY, LUIS<br>HC 3 BOX 12067<br>UTUADO, PR 00641 | 4/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9567 | $ 1,100.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | GONZALEZ RIVERA, LUCIA<br>URB JARDINES DE LA REINA<br>J-8 CALLE LIATRIS<br>GUAYAMA, PR 00784 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14756 | $ 1,938.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/13/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | GORMAN PRIDE, MAX<br>COND PLAYA GRANDE NORTE<br>1 CALLE TAFT<br>APT 80<br>SAN JUAN, PR 00911-1201 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 148231 | $ 3,576.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19609182 dated 06/13/2018.

One Hundred and Ninety-Third Omnibus Objection
Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 37 | GORMAN VEGA, GEORGE G.<br>2101 HUNTERS GREEN DRIVE<br>LAWRENCEVILLE, GA 30043 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 119740 | $ 870.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19609181 dated 06/13/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | GRIFFIN, DORIS<br>611 CALIBRE CREST PKWY.<br>APT. 103<br>ALTAMONTE SPRINGS, FL 32714 | 5/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12562 | $ 2,337.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19302047 dated 07/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | GUEVARA, JEANET<br>PO BOX 367964<br>SAN JUAN, PR 00936 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14568 | $ 2,223.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19240340 dated 06/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | GUTIERREZ DIAZ, JUSTA IDALIA<br>URB ESTANCIAS DE LA FUENTE<br>60 CALLE DUQUESA<br>TOA ALTA, PR 00953 | 4/4/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6284 | $ 962.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | HERNANDEZ HERNANDEZ, CARLOS<br>RR 2 BOX 4046<br>CIDRA, PR 00739 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 37777 | $ 2,969.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19276124 dated 07/24/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | HERNANDEZ RODRIGUEZ, CARMEN<br>PO BOX 1600<br>SUITE NUM 152<br>CIDRA, PR 00739 | 4/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6977 | $ 1,347.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19233966 dated 06/09/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | HERRERA SOTO, EDWIN<br>HC 3 BOX 59060<br>ARECIBO, PR 00612 | 5/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9843 | $ 28.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/09/2017.

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Ninety-Third Omnibus Objection
### Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 44 | JIMENEZ RIVERA, MARLYN<br>RR 21 BOX 7927<br>CIDRA, PR 00739 | 4/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7768 | $ 1,606.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19290847 dated 07/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | JOSE L RIOS MALPICA AND LAURA VILLAFANE MANZANO<br>PO BOX 1268<br>VEGA ALTA, PR 00692 | 5/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8956 | $ 2,056.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19630822 dated 08/14/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | JOSE L. VICENS SALGADO Y ANNABELLE BAEZ RIVERA<br>URB. CIUDAD JARDIN 44 CALLE<br>HIGUERETA<br>GURABO, PR 00778-9650 | 6/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46039 | $ 868.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19323017 dated 02/12/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | LA PLACA ASTOR, ENRICO<br>URB VILLA LOS OLMOS<br>1 CALLE NEVAREZ<br>SAN JUAN, PR 00927 | 3/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1863 | $ 1,801.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19237782 dated 06/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | LABORATORIO CLINICO BOQUERON INC<br>PO BOX 323<br>BOQUERON, PR 00622 | 3/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1020 | $ 4,251.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90137412 and with issued date of 03/21/2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | LABORATORIO CLINICO VEREDAS INC.<br>186 TERRA DEL MONTE<br>CAYEY, PR 00736 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13734 | $ 4,488.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90134604 and with issued date of 02/14/2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | LAUZARDO CORNEJO, RAUL<br>PO BOX 1726<br>SAN JUAN, PR 00919 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13318 | $ 3,847.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/10/2017.

One Hundred and Ninety-Third Omnibus Objection
Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 51 | LEAL GONZALEZ, ROBERTO DE JESUS<br>URB SANTIAGO IGLESIAS<br>1386 CALLE JOSE FERRER Y FERRER<br>SAN JUAN, PR 00921 | 4/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11817 | $ 2,431.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19293854 dated 07/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | LOPEZ RUIZ, CHRISTIAN<br>PO BOX 1103<br>YAUCO, PR 00698 | 4/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7050 | $ 4,170.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | LOPEZ SANTACRUZ, EMMANUEL<br>PO BOX 43001 PMB 260<br>RIO GRANDE, PR 00745 | 4/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7021 | $ 3,463.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 05/22/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | LORENZO, RICARDO<br>PO BOX 485<br>MOCA, PR 00676 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10251 | $ 1,392.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | LOUBRIEL MARTINEZ, ANNETTE<br>23661 SILVER DATE LOOP APT. 208<br>LAND O LAKES, FL 34639-2865 | 5/13/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 11851 | $ 1,253.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/24/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | LUGO RAMIREZ, MABEL<br>P.O. BOX 1384<br>ANASCO, PR 00610-1384 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30746 | $ 2,343.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19280601 dated 07/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | MALDONADO ROSADO, FRANCES<br>PARQUE LAS MERCEDES<br>CALLE LA CENTRAL D 6<br>CAGUAS, PR 00725 | 3/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1461 | $ 3,225.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/01/2017.

One Hundred and Ninety-Third Omnibus Objection
Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 58 | MALDONADO SANTANA, IVONNE<br>URB CHALETS DE BAIROA<br>5 CALLE RUISENOR AZUL<br>CAGUAS, PR 00727 | 4/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6908 | $ 4,171.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/31/2017.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 59 | MARQUEZ CANALES, LUIS G.<br>VILLA CAROLINA 5TA EXT. C/515 #192-2<br>CAROLINA, PR 00985 | 7/6/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 160388 | $ 635.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19586700 dated 05/03/2018.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 60 | MARSHALL EVANS, DOUGLAS<br>URB SANTA ELENA II<br>B4 CALLE ORQUIDEA<br>GUAYANILLA, PR 00656 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2364 | $ 2,136.00* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19227535 dated 05/24/2017.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 61 | MARTINEZ JIMENEZ, RAMON<br>HC 04 BOX 5513<br>GUAYNABO, PR 00971 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46228 | $ 888.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/10/2017.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 62 | MARTINEZ ORTIZ, WILSA<br>PO BOX 2805<br>GUAYAMA, PR 00785 | 5/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25885 | $ 5,579.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/31/2017.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 63 | MARTINEZ SEIJO, EDGARDO<br>PO BOX 360768<br>SAN JUAN, PR 00936 | 5/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25402 | $ 929.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19269938 dated 07/10/2017.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 64 | MARTINEZ VELEZ, DIANE<br>PO BOX 40703<br>SAN JUAN, PR 00940 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 48384 | $ 1,644.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/31/2017.

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Ninety-Third Omnibus Objection
Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 65 | MEDINA JARAMILLO, ANA<br>KILÓMETRO 16 VÍA LAS PALMAS<br>URBANIZACIÓN ALDEA PALMAVERDE, CASA 112<br>ENVIGADO<br>ANTIOQUIA, 055428<br>COLOMBIA | 4/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8253 | $ 837.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19272284 dated 07/10/2017. | | | | | |
| 66 | MELENDEZ LOPEZ, ALBERTO<br>PALMAR DEL RIO 18 AVE. ARBOLOTE APTO 417<br>GUAYNABO, PR 00969-5515 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 157740 | $ 6,411.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/25/2018. | | | | | |
| 67 | MILLAN MURIEL, CESAR E<br>URB VALLE ARRIBA HEIGHTS<br>P8 CALLE HIGUERO<br>CAROLINA, PR 00983 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 149836 | $ 1,551.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 08/01/2018. | | | | | |
| 68 | MONTALVO NEGRON, EDDIE<br>CALLE 103 BLQ 106 NUM 1<br>VILLA CAROLINA<br>CAROLINA, PR 00985 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5729 | $ 1,178.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/01/2017. | | | | | |
| 69 | MORALES ENCARNACION, MARIA<br>URB. QUINTAS DE MIRADERO<br>207 4 ALMENDRO<br>CABO ROJO, PR 00623 | 4/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7236 | $ 232.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 04/27/2017. | | | | | |
| 70 | MORALES GONZALEZ, MICHAEL<br>D-18 CALLE 10<br>URB. FAIRVIEW<br>TRUJILLO ALTO, PR 00926 | 6/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 60933 | $ 1,894.00* |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 04/27/2018. | | | | | |

One Hundred and Ninety-Third Omnibus Objection
Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 71 | MORALES MELENDEZ, PABLO<br>CONDOMINIO SKY TOWER III<br>APT. 2-O<br>3 CALLE HORTENSIA<br>SAN JUAN, PR 00926 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2185 | $ 1,070.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/09/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 72 | MORALES VALLELLANES, ANTONIO LUIS<br>29-15 CALLE 11 URB. SANTA ROSA<br>BAYAMON, PR 00959 | 6/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27118 | $ 1,875.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/27/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 73 | MORENO CARBANA, CARMEN<br>PO BOX 9022385<br>SAN JUAN, PR 00902 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28709 | $ 1,346.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19600881 dated 05/31/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 74 | MUNIZ ALDEBOL, JOSE<br>RR 2 BOX 5870<br>CIDRA, PR 00739 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3847 | $ 635.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 75 | MUNIZ MALDONADO, NANCY<br>1303 N MAIN ST # 314<br>JACKSONVILLE, FL 32206-4921 | 3/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2153 | $ 2,326.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 76 | NATIONWIDE JANITORIAL SERVS INC<br>PO BOX 8301<br>ST LOUIS, MO 63132 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28484 | $ 6,894.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90127524 and with issued date of 09/15/2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 77 | OFARRIL, LUIS A.<br>300 BLV. MEDIA LUNA, APT.103<br>BRISAS DE ESCORIAL<br>CAROLINA, PR 00987 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32942 | $ 13,684.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/24/2017.

## One Hundred and Ninety-Third Omnibus Objection
### Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 78 | ORAMAS NIVAL, DOMINGO G.<br>506 OLIMPO PLAZA<br>SAN JUAN, PR 00927 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31823 | $ 46.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 17081317 dated 07/02/2013.

| | | | | | | |
|---|---|---|---|---|---|---|
| 79 | PAGAN PHILLIPS, MICHELE<br>HC 4 BOX 53201<br>MOROVIS, PR 00687 | 4/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7549 | $ 1,176.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 05/24/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 80 | PEREZ ARCE, MARISOL<br>HC 1 BOX 4995<br>RINCON, PR 00677 | 5/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15995 | $ 624.00* |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19233356 dated 06/09/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 81 | PEREZ COLON, GUILLERMO<br>HC 01 BOX 14917<br>COAMO, PR 00769 | 5/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25764 | $ 3,855.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19229406 dated 06/01/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 82 | PEREZ MARTINEZ, MINERVA<br>RES DIEGO ZALDUONDO<br>EDIF9   APT 82<br>LUQUILLO, PR 00773 | 4/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6601 | $ 657.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19256275 dated 07/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 83 | PEREZ SANTIAGO, XIOMARY<br>40 COND BALCONES DE MONTE REAL APT 2701<br>CAROLINA, PR 00987 | 5/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10429 | $ 1,192.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 84 | PLANAS CABRERA, ARLLENE<br>URB VILLA RIO CANAS<br>CALLE PADRE SANTIAGO GUERRA 1326<br>PONCE, PR 00728 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39915 | $ 949.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19256420 dated 07/10/2017.

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Ninety-Third Omnibus Objection
Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 85 | PLUMEY SOTO, MANUEL<br>JARDINES DE CASABLANCA<br>CALLE CALIFORNIA # 21<br>TOA ALTA, PR 00953-3624 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46917 | $ 1,635.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 86 | RIVERA CARRASQUILLO, JEAN<br>PO BOX 532<br>CANOVANAS, PR 00729 | 4/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4218 | $ 1,029.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/09/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 87 | RIVERA DE LEON, JORGE<br>PO BOX 20245<br>SAN JUAN, PR 00936 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43247 | $ 1,825.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19237809 dated 06/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 88 | RIVERA MERCED, YOLANDA<br>BO COLO<br>BZN C24<br>CAROLINA, PR 00982 | 6/7/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 75565 | $ 776.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 89 | RIVERA PERAZA, EDGAR<br>PO BOX 1502<br>GUANICA, PR 00653 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5688 | $ 5,609.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/09/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 90 | RIVERA RODRIGUEZ, MELVIN<br>P.O. BOX 1819<br>ANASCO, PR 00610 | 3/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1749 | $ 115,100.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 91 | RIVERA RUIZ, IBRAHIM<br>4119 PASSAGE WAY<br>LANCASTER, TX 75146 | 3/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2882 | $ 2,000.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 05/24/2017.

One Hundred and Ninety-Third Omnibus Objection
Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 92 | RIVERA TORRES, NILDA<br>VEREDAS<br>567 CAMINO DE LOS JAZMINES<br>GURABO, PR 00778 | 4/4/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3744 | $ 5,366.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/24/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 93 | RODRIGUEZ CASTANER, ANTONIO<br>URB CAMINO REAL<br>52 CAMINO REAL<br>CAGUAS, PR 00727 | 4/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7772 | $ 3,797.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19273123 dated 07/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 94 | RODRIGUEZ GERMAIN, PABLO<br>PO BOX 656<br>JUANA DIAZ, PR 00795 | 6/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27734 | $ 840.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 95 | RODRIGUEZ TORRES, JOSEY<br>609 AVENIDA TITO CASTRO<br>STE 102 PMB 504<br>PONCE, PR 00716 | 4/13/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 168457 | $ 2,387.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/15/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 96 | RODRIGUEZ, RAMON & MADELEINE<br>LOS ARCOS EN SUCHVILLE<br>80 CALLE 3 APT 110<br>GUAYNABO, PR 00966 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 81366 | $ 2,228.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19274828 dated 07/13/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 97 | ROSADO APONTE, EDGARDO<br>PO BOX 371000<br>CAYEY, PR 00737 | 3/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4182 | $ 1,568.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 07/24/2017.

\* Indicates claim contains unliquidated and/or undetermined amounts

# One Hundred and Ninety-Third Omnibus Objection
## Exhibit C - Schedule of Satisfied Claims with Undeliverable Addresses

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 98 | ROSSELLO REYES, JOSE<br>138 VILLA OESTE<br>DORADO, PR 00646 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5805 | $ 2,013.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19283005 dated 07/31/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 99 | RUIZ APONTE, EILA<br>URB LA MONSERRATE<br>E-6 CALLE 6<br>HORMIGUEROS, PR 00660 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5818 | $ 2,720.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 06/01/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 100 | RUIZ MORALES, EDDIE<br>PASEOS DEL VALLE 86 CALLE SENDERO<br>STE. F3<br>SAN GERMAN, PR 00683 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68851 | $ 495.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 19246858 dated 07/10/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 101 | SAEZ COLON, JULIMAR<br>P.O. BOX 545<br>BARRANQUITAS, PR 00794 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4665 | $ 1,026.00 |

Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Direct Deposit dated 04/11/2018.

| | | TOTAL | $ 320,053.00* |
|---|---|---|---|