## **Exhibit D**

**Budget and Staffing Plan**

**Exhibit D-1**

**Budget Plan for the Compensation Period**

| Matter | Matter | June 2020 | | July 2020 | | August 2020 | | September 2020 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees |
| 33260.0002 | PROMESA TITLE III: COMMONWEALTH | $1,246,589.40 | $1,400,000 | $1,304,179.80 | $1,500,000 | $1,177,303.50 | $1,300,000 | $1,401,965.40 | $1,400,000 |
| 33260.0034 | COMMONWEALTH TITLE III - HEALTHCARE | $86,352.30 | $100,000 | $56,412.00 | $90,000 | $117,621.90 | $125,000 | $29,386.20 | $75,000 |
| 33260.0035 | COMMONWEALTH TITLE III - APPOINTMENTS CLAUSE | $0.00 | $0 | $30,754.50 | $0 | $0.00 | $0 | $0.00 | $0 |
| 33260.0036 | COMMONWEALTH TITLE III - UPR | $7,101.00 | $5,000 | $0.00 | $5,000 | $552.30 | $2,500 | $0.00 | $2,500 |
| 33260.0039 | COMMONWEALTH TITLE III - RULE 2004 | $186,276.90 | $185,000 | $203,450.70 | $200,000 | $132,877.20 | $180,000 | $103,278.30 | $150,000 |
| 33260.0040 | COMMONWEALTH TITLE III - COOPERATIVAS | $9,783.60 | $20,000 | $946.80 | $15,000 | $42,684.90 | $65,000 | $102,412.20 | $130,000 |
| 33260.0041 | COMMONWEALTH TITLE III - MISCELLANEOUS | $28,780.20 | $65,000 | $341,537.10 | $400,000 | $97,440.00 | $150,000 | $40,239.00 | $100,000 |
| 33260.0061 | COMMONWEALTH TITLE III - FISCAL PLAN/BUDGET LITIGATION | $70,142.10 | $65,000 | $48,270.30 | $65,000 | $2,051.40 | $10,000 | $0.00 | $5,000 |
| 33260.0069 | COMMONWEALTH TITLE III - APPU V UNIVERSITY OF PUERTO RICO | $14,048.40 | $0 | $60,753.00 | $80,000 | $20,342.70 | $25,000 | $315.60 | $12,500 |
| 33260.0072 | COMMONWEALTH TITLE III - GO & GUARANTEED BONDS LIEN | $11,025.30 | $10,000 | $5,049.60 | $10,000 | $0.00 | $5,000 | $18,441.90 | $25,000 |
| 33260.0073 | COMMONWEALTH TITLE III - AMBAC/PRIFA STAY-RELIEF MOTION | $38,557.80 | $60,000 | $109,479.90 | $85,000 | $1,262.40 | $10,000 | $1,123.50 | $10,000 |
| 33260.0077 | COMMONWEALTH TITLE III - COOPERATIVAS V. COSSEC | $1,341.30 | $2,500 | $4,655.10 | $2,500 | $867.90 | $2,500 | $5,680.80 | $2,500 |
| 33260.0081 | COMMONWEALTH TITLE III - LAW 29 ACTION | $5,601.90 | $10,000 | $0.00 | $0 | $0.00 | $0 | $0.00 | $0 |
| 33260.0089 | ACTION OBJECTING TO PROOFS OF CLAIM FILED BY PRIFA BONDHOLDERS | $11,783.10 | $20,000 | $155,259.00 | $230,000 | $571,605.90 | $575,000 | $96,309.30 | $175,000 |
| 33260.0090 | ACTION OBJECTING TO PROOFS OF CLAIM FILED BY CCDA BONDHOLDERS | $73,408.50 | $85,000 | $337,107.00 | $375,000 | $545,097.00 | $575,000 | $118,999.20 | $175,000 |
| 33260.0093 | CW-HTA REVENUE BOND COMPLAINT | $223,935.60 | $260,000 | $496,938.60 | $525,000 | $762,985.80 | $800,000 | $188,298.60 | $300,000 |
| 33260.0094 | CHALLENGES RE: CERTAIN LAWS AND ORDERS | $690,984.00 | $800,000 | $472,057.20 | $525,000 | $394,242.60 | $425,000 | $321,786.90 | $405,000 |
| 33260.0096 | COVID-19 CONTRACT DISPUTE | $331,264.80 | $380,000 | $147,968.70 | $175,000 | $5,859.90 | $20,000 | $0.00 | $0 |
| 33260.0097 | AMBAC BANKRUPTCY LAW CHALLENGE | $301,551.90 | $350,000 | $193,692.60 | $230,000 | $195,311.40 | $225,000 | $3,234.90 | $75,000 |
| 33260.0098 | HOUSE JOINT RESOLUTION 719 | $259,305.30 | $300,000 | $0.00 | $0 | $0.00 | $0 | $0.00 | $0 |
| 33260.0099 | REVIEW OF FISCAL PLANS FOR INSTRUMENTALITIES | $190,543.50 | $200,000 | $2,130.30 | $0 | $0.00 | $0 | $0.00 | $0 |
| 33260.0100 | COMMONWEALTH TITLE III CHALLENGE TO PENSION LAWS | $0.00 | $0 | $0.00 | $0 | $333,510.30 | $350,000 | $142,995.90 | $275,000 |
| **Commonwealth TOTAL** | | **$3,788,376.90** | **$4,317,500** | **$3,970,642.20** | **$4,512,500** | **$4,401,617.10** | **$4,845,000** | **$2,574,467.70** | **$3,317,500** |
| **ESTIMATED FEES Compensation Period (June 2020 - September 2020) TOTAL:** | | | | | | | | | **$16,992,500.00** |
| **ACTUAL FEES Compensation Period (June 2020 - September 2020) TOTAL:** | | | | | | | | | **$14,735,103.90** |
| **Percent Variance (Actual vs. Budgeted Fees)** | | | | | | | | | **13.3% below budget** |

**Exhibit D-2**

**Staffing Plan for the Compensation Period**

**Staffing Plan for the Compensation Period**[1]

| Category of Timekeeper[2] | Number of Timekeepers Expected to Work on The Matter During the Budget Period[3] | Average Hourly Rate[4] |
|---|---|---|
| Partners | 35 | $789 |
| Senior Counsel | 8 | $789 |
| Associates | 54 | $789 |
| e-Discovery Attorneys | 9 | $390 |
| Paraprofessionals | 21 | $270 |
| **Total:** | **127** | |

---

[1] The actual number of timekeepers who worked on this matter during the Compensation Period was 120, and thus 7 fewer than anticipated.

[2] Attorney Practice Groups: BSGR&B, Tax, Health Care, Labor & Employment, Litigation, and Corporate.

[3] The chart reflects Proskauer's staffing plan for the designated period based on currently foreseeable activities. Actual staffing needs, including additional attorneys, may vary materially based on actual facts and circumstances arising in the designated period, including as a result of currently unanticipated disputes. The staffing plan currently includes attorneys from the BSGR&B; Tax; Health Care; Labor & Employment; Litigation; and Corporate practice groups. The expertise of attorneys from other specialized areas is likely to be required during the course of these PROMESA Title III cases.

[4] As explained in the Application, Proskauer's Engagement Letter provides as of January 1, 2020 for rates 4% higher than these rates, but Proskauer agreed, at the Oversight Board's request, not to request allowance and payment of the incremental rates at this time.