**Exhibit C**

**Task Code Time Breakdown**

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0007 ERS - General** | | | | | |
| 201 | Partner | Timothy W. Mungovan | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| **201 Total** | | | | **0.30** | **$236.70** |
| 202 | Partner | Michael A. Firestein | $789.00 | 0.10 | $78.90 |
| | | Michael R. Hackett | $789.00 | 3.80 | $2,998.20 |
| | | Steven O. Weise | $789.00 | 7.30 | $5,759.70 |
| | **Partner Total** | | | **11.20** | **$8,836.80** |
| | Associate | Adam L. Deming | $789.00 | 20.20 | $15,937.80 |
| | | Ariella Muller | $789.00 | 20.90 | $16,490.10 |
| | | Brooke C. Gottlieb | $789.00 | 2.90 | $2,288.10 |
| | | Elisa Carino | $789.00 | 24.40 | $19,251.60 |
| | | Elliot Stevens | $789.00 | 0.10 | $78.90 |
| | | Hena Vora | $789.00 | 13.20 | $10,414.80 |
| | | Joshua A. Esses | $789.00 | 0.40 | $315.60 |
| | | Kelly M. Curtis | $789.00 | 3.50 | $2,761.50 |
| | | Matthew A. Skrzynski | $789.00 | 1.40 | $1,104.60 |
| | | Megan R. Volin | $789.00 | 8.30 | $6,548.70 |
| | | William D. Dalsen | $789.00 | 0.40 | $315.60 |
| | **Associate Total** | | | **95.70** | **$75,507.30** |
| **202 Total** | | | | **106.90** | **$84,344.10** |
| 204 | Associate | William D. Dalsen | $789.00 | 1.70 | $1,341.30 |
| | **Associate Total** | | | **1.70** | **$1,341.30** |
| **204 Total** | | | | **1.70** | **$1,341.30** |
| 205 | Partner | Ehud Barak | $789.00 | 1.10 | $867.90 |
| | **Partner Total** | | | **1.10** | **$867.90** |
| | Associate | Adam L. Deming | $789.00 | 1.20 | $946.80 |
| | | William D. Dalsen | $789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **1.70** | **$1,341.30** |
| **205 Total** | | | | **2.80** | **$2,209.20** |
| 206 | Partner | Chantel L. Febus | $789.00 | 32.60 | $25,721.40 |
| | | Ehud Barak | $789.00 | 106.20 | $83,791.80 |
| | | Jeffrey W. Levitan | $789.00 | 158.00 | $124,662.00 |
| | | Jonathan E. Richman | $789.00 | 4.60 | $3,629.40 |
| | | Lary Alan Rappaport | $789.00 | 1.00 | $789.00 |
| | | Margaret A. Dale | $789.00 | 9.00 | $7,101.00 |
| | | Mark Harris | $789.00 | 5.40 | $4,260.60 |
| | | Martin J. Bienenstock | $789.00 | 61.90 | $48,839.10 |
| | | Michael A. Firestein | $789.00 | 0.80 | $631.20 |
| | | Paul Possinger | $789.00 | 1.40 | $1,104.60 |
| | | Steven O. Weise | $789.00 | 143.50 | $113,221.50 |
| | | Timothy W. Mungovan | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **524.70** | **$413,988.30** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 142.70 | $112,590.30 |
| | **Senior Counsel Total** | | | **142.70** | **$112,590.30** |
| | **Associate** | Adam L. Deming | $789.00 | 26.70 | $21,066.30 |
| | | Ariella Muller | $789.00 | 22.70 | $17,910.30 |
| | | Brooke H. Blackwell | $789.00 | 2.70 | $2,130.30 |
| | | Elisa Carino | $789.00 | 25.70 | $20,277.30 |
| | | Elliot Stevens | $789.00 | 2.70 | $2,130.30 |
| | | Joshua A. Esses | $789.00 | 114.60 | $90,419.40 |
| | | Kelly M. Curtis | $789.00 | 43.80 | $34,558.20 |
| | | Laura Stafford | $789.00 | 4.20 | $3,313.80 |
| | | Matthew A. Skrzynski | $789.00 | 28.90 | $22,802.10 |
| | | Megan R. Volin | $789.00 | 19.70 | $15,543.30 |
| | | Russell T. Gorkin | $789.00 | 2.90 | $2,288.10 |
| | | William D. Dalsen | $789.00 | 70.50 | $55,624.50 |
| | **Associate Total** | | | **365.10** | **$288,063.90** |
| **206 Total** | | | | **1,032.50** | **$814,642.50** |
| 207 | Partner | Brian S. Rosen | $789.00 | 0.60 | $473.40 |
| | | Chantel L. Febus | $789.00 | 2.20 | $1,735.80 |
| | | Jeffrey W. Levitan | $789.00 | 5.50 | $4,339.50 |
| | | Jonathan E. Richman | $789.00 | 1.60 | $1,262.40 |
| | | Kevin J. Perra | $789.00 | 0.50 | $394.50 |
| | | Michael A. Firestein | $789.00 | 1.00 | $789.00 |
| | | Michael R. Hackett | $789.00 | 10.00 | $7,890.00 |
| | | Steven O. Weise | $789.00 | 5.10 | $4,023.90 |
| | | Timothy W. Mungovan | $789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **27.20** | **$21,460.80** |
| | Associate | Ariella Muller | $789.00 | 2.90 | $2,288.10 |
| | | Elliot Stevens | $789.00 | 2.90 | $2,288.10 |
| | | Joshua A. Esses | $789.00 | 0.50 | $394.50 |
| | | Matthew A. Skrzynski | $789.00 | 3.50 | $2,761.50 |
| | | Mee R. Kim | $789.00 | 2.70 | $2,130.30 |
| | | Megan R. Volin | $789.00 | 0.80 | $631.20 |
| | | William D. Dalsen | $789.00 | 1.80 | $1,420.20 |
| | **Associate Total** | | | **15.10** | **$11,913.90** |
| **207 Total** | | | | **42.30** | **$33,374.70** |
| 208 | Partner | Margaret A. Dale | $789.00 | 1.10 | $867.90 |
| | **Partner Total** | | | **1.10** | **$867.90** |
| **208 Total** | | | | **1.10** | **$867.90** |
| 210 | Partner | Brian S. Rosen | $789.00 | 17.40 | $13,728.60 |
| | | Carlos E. Martinez | $789.00 | 2.60 | $2,051.40 |
| | | Chantel L. Febus | $789.00 | 23.80 | $18,778.20 |
| | | Ehud Barak | $789.00 | 8.90 | $7,022.10 |
| | | Jeffrey W. Levitan | $789.00 | 251.10 | $198,117.90 |
| | | Kevin J. Perra | $789.00 | 2.10 | $1,656.90 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Lary Alan Rappaport | $789.00 | 0.40 | $315.60 |
| | | Margaret A. Dale | $789.00 | 280.20 | $221,077.80 |
| | | Mark Harris | $789.00 | 7.60 | $5,996.40 |
| | | Michael A. Firestein | $789.00 | 0.40 | $315.60 |
| | | Michael R. Hackett | $789.00 | 2.80 | $2,209.20 |
| | | Paul Possinger | $789.00 | 0.40 | $315.60 |
| | | Ron D. Franklin | $789.00 | 0.50 | $394.50 |
| | | Steven O. Weise | $789.00 | 372.20 | $293,665.80 |
| | | Timothy W. Mungovan | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **970.60** | **$765,803.40** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 164.50 | $129,790.50 |
| | **Senior Counsel Total** | | | **164.50** | **$129,790.50** |
| | **Associate** | Adam L. Deming | $789.00 | 10.10 | $7,968.90 |
| | | Ariella Muller | $789.00 | 22.20 | $17,515.80 |
| | | Brooke H. Blackwell | $789.00 | 0.60 | $473.40 |
| | | Carl Mazurek | $789.00 | 61.30 | $48,365.70 |
| | | Elisa Carino | $789.00 | 39.50 | $31,165.50 |
| | | Elliot Stevens | $789.00 | 0.40 | $315.60 |
| | | Joshua A. Esses | $789.00 | 10.40 | $8,205.60 |
| | | Laura Stafford | $789.00 | 1.50 | $1,183.50 |
| | | Matthew A. Skrzynski | $789.00 | 8.70 | $6,864.30 |
| | | Mee R. Kim | $789.00 | 637.30 | $502,829.70 |
| | | Megan R. Volin | $789.00 | 23.70 | $18,699.30 |
| | | Russell T. Gorkin | $789.00 | 21.60 | $17,042.40 |
| | | William D. Dalsen | $789.00 | 301.10 | $237,567.90 |
| | **Associate Total** | | | **1,138.40** | **$898,197.60** |
| **210 Total** | | | | **2,273.50** | **$1,793,791.50** |
| **212** | **Legal Assistant** | Angelo Monforte | $270.00 | 5.90 | $1,593.00 |
| | | Charles H. King | $270.00 | 3.50 | $945.00 |
| | | Dennis T. Mcpeck | $270.00 | 16.10 | $4,347.00 |
| | | Joan K. Hoffman | $270.00 | 104.70 | $28,269.00 |
| | | Julia L. Sutherland | $270.00 | 19.80 | $5,346.00 |
| | | Karina Pantoja | $270.00 | 11.00 | $2,970.00 |
| | | Laura M. Geary | $270.00 | 24.70 | $6,669.00 |
| | | Lawrence T. Silvestro | $270.00 | 222.70 | $60,129.00 |
| | | Lela Lerner | $270.00 | 7.20 | $1,944.00 |
| | | Natasha Petrov | $270.00 | 0.70 | $189.00 |
| | | Olaide M. Adejobi | $270.00 | 31.60 | $8,532.00 |
| | | Shealeen E. Schaefer | $270.00 | 417.00 | $112,590.00 |
| | | Tal J. Singer | $270.00 | 5.50 | $1,485.00 |
| | **Legal Assistant Total** | | | **870.40** | **$235,008.00** |
| | **Practice Support** | Eric R. Chernus | $270.00 | 18.60 | $5,022.00 |
| | **Practice Support Total** | | | **18.60** | **$5,022.00** |
| **212 Total** | | | | **889.00** | **$240,030.00** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| 215 | Associate | Brooke H. Blackwell | $789.00 | 0.90 | $710.10 |
| | **Associate Total** | | | **0.90** | **$710.10** |
| **215 Total** | | | | **0.90** | **$710.10** |
| 218 | Associate | Megan R. Volin | $789.00 | 2.70 | $2,130.30 |
| | **Associate Total** | | | **2.70** | **$2,130.30** |
| | Legal Assistant | Natasha Petrov | $270.00 | 26.70 | $7,209.00 |
| | | Tal J. Singer | $270.00 | 0.90 | $243.00 |
| | **Legal Assistant Total** | | | **27.60** | **$7,452.00** |
| **218 Total** | | | | **30.30** | **$9,582.30** |
| 219 | Partner | Jeffrey W. Levitan | $789.00 | 0.20 | $157.80 |
| | | Steven O. Weise | $789.00 | 4.50 | $3,550.50 |
| | | Timothy W. Mungovan | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **5.00** | **$3,945.00** |
| **219 Total** | | | | **5.00** | **$3,945.00** |
| **GRAND TOTAL** | | | | **4,386.30** | **$2,985,075.30** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **MATTER 33260.0048 ERS - Miscellaneous** | | | | |
| 212 | **Legal Assistant** | Angelo Monforte | $270.00 | 3.40 | $918.00 |
| | **Legal Assistant Total** | | | **3.40** | **$918.00** |
| | Lit. Support | Laurie A. Henderson | $270.00 | 0.40 | $108.00 |
| | **Lit. Support Total** | | | **0.40** | **$108.00** |
| **212 Total** | | | | **3.80** | **$1,026.00** |
| 219 | Partner | Jeffrey W. Levitan | $789.00 | 15.80 | $12,466.20 |
| | | John E. Roberts | $789.00 | 99.30 | $78,347.70 |
| | | Kevin J. Perra | $789.00 | 1.00 | $789.00 |
| | | Margaret A. Dale | $789.00 | 2.60 | $2,051.40 |
| | | Mark Harris | $789.00 | 46.80 | $36,925.20 |
| | | Martin J. Bienenstock | $789.00 | 21.60 | $17,042.40 |
| | | Michael R. Hackett | $789.00 | 1.40 | $1,104.60 |
| | | Steven O. Weise | $789.00 | 29.70 | $23,433.30 |
| | | Timothy W. Mungovan | $789.00 | 1.10 | $867.90 |
| | **Partner Total** | | | **219.30** | **$173,027.70** |
| | Senior Counsel | Jennifer L. Roche | $789.00 | 0.70 | $552.30 |
| | **Senior Counsel Total** | | | **0.70** | **$552.30** |
| | Associate | Adam L. Deming | $789.00 | 60.00 | $47,340.00 |
| | | Joshua A. Esses | $789.00 | 5.50 | $4,339.50 |
| | | William D. Dalsen | $789.00 | 7.90 | $6,233.10 |
| | **Associate Total** | | | **73.40** | **$57,912.60** |
| **219 Total** | | | | **293.40** | **$231,492.60** |
| **GRAND TOTAL** | | | | **297.20** | **$232,518.60** |