**<u>Exhibit E</u>**

**Proskauer Rate Increase Calculations**

| Debtor | 10th Interim 2020 Hours (Actual Billed) | 2019 Rates (Actual) | 10th Interim Fees at 2019 Rate (Actual Billed) | 2020 Rates (Calculated) | 10th Interim Fees at 2020 Rate (Calculated) | Proskauer Compensation Increase at Calculated Fees |
|---|---|---|---|---|---|---|
| **CW** | | | | | | |
| Paraprofessionals | 2,113.60 | $270.00 | $570,672.00 | $280.00 | $591,808.00 | $21,136.00 |
| E-Discovery Attorneys | 239.30 | $390.00 | $93,327.00 | $405.00 | $96,916.50 | $3,589.50 |
| Attorneys & Lawyers | 17,834.10 | $789.00 | $14,071,104.90 | $820.00 | $14,623,962.00 | $552,857.10 |
| **CW Total** | **20,187.00** | | **$14,735,103.90** | | **$15,312,686.50** | **$577,582.60** |
| **ERS** | | | | | | |
| Paraprofessionals | 920.40 | $270.00 | $248,508.00 | $280.00 | $257,712.00 | $9,204.00 |
| E-Discovery Attorneys | 0.00 | $390.00 | $0.00 | $405.00 | $0.00 | $0.00 |
| Attorneys & Lawyers | 3,763.10 | $789.00 | $2,969,085.90 | $820.00 | $3,085,742.00 | $116,656.10 |
| **ERS Total** | **4,683.50** | | **$3,217,593.90** | | **$3,343,454.00** | **$125,860.10** |
| **HTA** | | | | | | |
| Paraprofessionals | 85.10 | $270.00 | $22,977.00 | $280.00 | $23,828.00 | $851.00 |
| Attorneys | 464.10 | $789.00 | $366,174.90 | $820.00 | $380,562.00 | $14,387.10 |
| **HTA Total** | **549.20** | | **$389,151.90** | | **$404,390.00** | **$15,238.10** |
| **PBA** | | | | | | |
| Paraprofessionals | 26.40 | $270.00 | $7,128.00 | $280.00 | $7,392.00 | $264.00 |
| Attorneys & Lawyers | 26.00 | $789.00 | $20,514.00 | $820.00 | $21,320.00 | $806.00 |
| **PBA Total** | **52.40** | | **$27,642.00** | | **$28,712.00** | **$1,070.00** |
| **PREPA** | | | | | | |
| Paraprofessionals | 512.20 | $270.00 | $138,294.00 | $280.00 | $143,416.00 | $5,122.00 |
| E-Discovery Attorneys | 48.40 | $390.00 | $18,876.00 | $405.00 | $19,602.00 | $726.00 |
| Attorneys & Lawyers | 4,792.40 | $789.00 | $3,781,203.60 | $820.00 | $3,929,768.00 | $148,564.40 |
| **PREPA Total** | **5,353.00** | | **$3,938,373.60** | | **$4,092,786.00** | **$154,412.40** |
| **GRAND TOTAL** | **30,825.10** | | **$22,307,865.30** | | **$23,182,028.50** | **$874,163.20** |