## **Exhibit C**

**Task Code Time Breakdown**

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0009 HTA - General** | | | | | |
| 202 | Partner | Michael A. Firestein | $789.00 | 1.40 | $1,104.60 |
|  | **Partner Total** | | | **1.40** | **$1,104.60** |
|  | Associate | Adam L. Deming | $789.00 | 4.30 | $3,392.70 |
|  | **Associate Total** | | | **4.30** | **$3,392.70** |
| **202 Total** | | | | **5.70** | **$4,497.30** |
| 205 | Partner | Timothy W. Mungovan | $789.00 | 1.00 | $789.00 |
|  | **Partner Total** | | | **1.00** | **$789.00** |
| **205 Total** | | | | **1.00** | **$789.00** |
| 206 | Partner | Brian S. Rosen | $789.00 | 0.50 | $394.50 |
|  |  | Lary Alan Rappaport | $789.00 | 0.90 | $710.10 |
|  |  | Martin J. Bienenstock | $789.00 | 15.30 | $12,071.70 |
|  |  | Michael A. Firestein | $789.00 | 8.00 | $6,312.00 |
|  |  | Timothy W. Mungovan | $789.00 | 0.90 | $710.10 |
|  | **Partner Total** | | | **25.60** | **$20,198.40** |
|  | Senior Counsel | Julia D. Alonzo | $789.00 | 53.80 | $42,448.20 |
|  | **Senior Counsel Total** | | | **53.80** | **$42,448.20** |
|  | Associate | Adam L. Deming | $789.00 | 6.60 | $5,207.40 |
|  |  | Joshua A. Esses | $789.00 | 5.40 | $4,260.60 |
|  |  | Matthew I. Rochman | $789.00 | 0.40 | $315.60 |
|  |  | William D. Dalsen | $789.00 | 38.20 | $30,139.80 |
|  | **Associate Total** | | | **50.60** | **$39,923.40** |
| **206 Total** | | | | **130.00** | **$102,570.00** |
| 207 | Partner | Brian S. Rosen | $789.00 | 2.30 | $1,814.70 |
|  |  | Lary Alan Rappaport | $789.00 | 1.90 | $1,499.10 |
|  |  | Margaret A. Dale | $789.00 | 0.50 | $394.50 |
|  |  | Michael A. Firestein | $789.00 | 5.80 | $4,576.20 |
|  |  | Michael T. Mervis | $789.00 | 0.40 | $315.60 |
|  |  | Timothy W. Mungovan | $789.00 | 5.60 | $4,418.40 |
|  | **Partner Total** | | | **16.50** | **$13,018.50** |
|  | Associate | Adam L. Deming | $789.00 | 4.20 | $3,313.80 |
|  |  | Daniel Desatnik | $789.00 | 0.80 | $631.20 |
|  |  | Elliot Stevens | $789.00 | 0.20 | $157.80 |
|  |  | Marc Palmer | $789.00 | 6.40 | $5,049.60 |
|  |  | William D. Dalsen | $789.00 | 0.30 | $236.70 |
|  | **Associate Total** | | | **11.90** | **$9,389.10** |
| **207 Total** | | | | **28.40** | **$22,407.60** |
| 208 | Partner | Michael A. Firestein | $789.00 | 0.60 | $473.40 |
|  | **Partner Total** | | | **0.60** | **$473.40** |
| **208 Total** | | | | **0.60** | **$473.40** |
| 210 | Partner | Brian S. Rosen | $789.00 | 2.00 | $1,578.00 |
|  |  | Jeffrey W. Levitan | $789.00 | 1.80 | $1,420.20 |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Lary Alan Rappaport | $789.00 | 4.80 | $3,787.20 |
| | | Margaret A. Dale | $789.00 | 21.70 | $17,121.30 |
| | | Michael A. Firestein | $789.00 | 8.80 | $6,943.20 |
| | | Paul Possinger | $789.00 | 1.20 | $946.80 |
| | | Steven O. Weise | $789.00 | 1.70 | $1,341.30 |
| | | Timothy W. Mungovan | $789.00 | 1.00 | $789.00 |
| | **Partner Total** | | | **43.00** | **$33,927.00** |
| | Associate | Adam L. Deming | $789.00 | 4.10 | $3,234.90 |
| | | Elliot Stevens | $789.00 | 0.10 | $78.90 |
| | | William D. Dalsen | $789.00 | 22.90 | $18,068.10 |
| | **Associate Total** | | | **27.10** | **$21,381.90** |
| **210 Total** | | | | **70.10** | **$55,308.90** |
| 212 | Legal Assistant | Angelo Monforte | $270.00 | 2.00 | $540.00 |
| | | Dennis T. Mcpeck | $270.00 | 1.00 | $270.00 |
| | | Joan K. Hoffman | $270.00 | 10.40 | $2,808.00 |
| | | Lawrence T. Silvestro | $270.00 | 8.00 | $2,160.00 |
| | | Lela Lerner | $270.00 | 3.50 | $945.00 |
| | | Shealeen E. Schaefer | $270.00 | 1.40 | $378.00 |
| | **Legal Assistant Total** | | | **26.30** | **$7,101.00** |
| **212 Total** | | | | **26.30** | **$7,101.00** |
| 215 | Partner | Ehud Barak | $789.00 | 2.30 | $1,814.70 |
| | | Martin J. Bienenstock | $789.00 | 6.80 | $5,365.20 |
| | | Michael T. Mervis | $789.00 | 1.10 | $867.90 |
| | | Paul Possinger | $789.00 | 6.40 | $5,049.60 |
| | | Timothy W. Mungovan | $789.00 | 3.60 | $2,840.40 |
| | **Partner Total** | | | **20.20** | **$15,937.80** |
| | Associate | Elliot Stevens | $789.00 | 8.80 | $6,943.20 |
| | | Hena Vora | $789.00 | 8.50 | $6,706.50 |
| | **Associate Total** | | | **17.30** | **$13,649.70** |
| **215 Total** | | | | **37.50** | **$29,587.50** |
| 218 | Associate | Megan R. Volin | $789.00 | 3.20 | $2,524.80 |
| | **Associate Total** | | | **3.20** | **$2,524.80** |
| | Legal Assistant | Natasha Petrov | $270.00 | 25.70 | $6,939.00 |
| | **Legal Assistant Total** | | | **25.70** | **$6,939.00** |
| **218 Total** | | | | **28.90** | **$9,463.80** |
| 219 | Partner | Brian S. Rosen | $789.00 | 0.40 | $315.60 |
| | | Jeffrey W. Levitan | $789.00 | 0.20 | $157.80 |
| | | John E. Roberts | $789.00 | 7.00 | $5,523.00 |
| | | Lary Alan Rappaport | $789.00 | 0.40 | $315.60 |
| | | Margaret A. Dale | $789.00 | 1.80 | $1,420.20 |
| | | Mark Harris | $789.00 | 0.50 | $394.50 |
| | | Michael A. Firestein | $789.00 | 11.50 | $9,073.50 |
| | | Michael T. Mervis | $789.00 | 0.50 | $394.50 |
| | | Timothy W. Mungovan | $789.00 | 0.90 | $710.10 |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **Partner Total** | | | **23.20** | **$18,304.80** |
| | Senior Counsel | Julia D. Alonzo | $789.00 | 1.30 | $1,025.70 |
| | **Senior Counsel Total** | | | **1.30** | **$1,025.70** |
| | Associate | Adam L. Deming | $789.00 | 25.10 | $19,803.90 |
| | | Lucy Wolf | $789.00 | 6.60 | $5,207.40 |
| | | William D. Dalsen | $789.00 | 24.20 | $19,093.80 |
| | **Associate Total** | | | **55.90** | **$44,105.10** |
| **219 Total** | | | | **80.40** | **$63,435.60** |
| **GRAND TOTAL** | | | | **408.90** | **$295,634.10** |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0051 HTA - Peaje** | | | | | |
| 205 | Partner | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| **205 Total** | | | | **0.20** | **$157.80** |
| 206 | Partner | Michael A. Firestein | $789.00 | 0.70 | $552.30 |
| | | Timothy W. Mungovan | $789.00 | 1.40 | $1,104.60 |
| | **Partner Total** | | | **2.10** | **$1,656.90** |
| **206 Total** | | | | **2.10** | **$1,656.90** |
| 208 | Partner | Brian S. Rosen | $789.00 | 0.50 | $394.50 |
| | | Michael A. Firestein | $789.00 | 0.60 | $473.40 |
| | **Partner Total** | | | **1.10** | **$867.90** |
| **208 Total** | | | | **1.10** | **$867.90** |
| 210 | Partner | Lary Alan Rappaport | $789.00 | 5.60 | $4,418.40 |
| | | Michael A. Firestein | $789.00 | 1.00 | $789.00 |
| | **Partner Total** | | | **6.60** | **$5,207.40** |
| **210 Total** | | | | **6.60** | **$5,207.40** |
| **GRAND TOTAL** | | | | **10.00** | **$7,890.00** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0053 HTA -  Miscellaneous** | | | | | |
| 202 | Partner | Michael A. Firestein | $789.00 | 0.80 | $631.20 |
| | **Partner Total** | | | **0.80** | **$631.20** |
| **202 Total** | | | | **0.80** | **$631.20** |
| 203 | Associate | Elliot Stevens | $789.00 | 0.80 | $631.20 |
| | **Associate Total** | | | **0.80** | **$631.20** |
| **203 Total** | | | | **0.80** | **$631.20** |
| 207 | Partner | Brian S. Rosen | $789.00 | 0.70 | $552.30 |
| | | Lary Alan Rappaport | $789.00 | 0.50 | $394.50 |
| | | Paul Possinger | $789.00 | 0.50 | $394.50 |
| | | Stephen L. Ratner | $789.00 | 0.20 | $157.80 |
| | | Timothy W. Mungovan | $789.00 | 1.50 | $1,183.50 |
| | **Partner Total** | | | **3.40** | **$2,682.60** |
| | Associate | Elliot Stevens | $789.00 | 0.40 | $315.60 |
| | **Associate Total** | | | **0.40** | **$315.60** |
| **207 Total** | | | | **3.80** | **$2,998.20** |
| 208 | Partner | Jeffrey W. Levitan | $789.00 | 3.50 | $2,761.50 |
| | | Lary Alan Rappaport | $789.00 | 0.30 | $236.70 |
| | | Martin J. Bienenstock | $789.00 | 1.60 | $1,262.40 |
| | | Michael A. Firestein | $789.00 | 7.70 | $6,075.30 |
| | **Partner Total** | | | **13.10** | **$10,335.90** |
| **208 Total** | | | | **13.10** | **$10,335.90** |
| 210 | Partner | Brian S. Rosen | $789.00 | 0.30 | $236.70 |
| | | Lary Alan Rappaport | $789.00 | 0.10 | $78.90 |
| | | Michael A. Firestein | $789.00 | 1.20 | $946.80 |
| | | Timothy W. Mungovan | $789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **2.10** | **$1,656.90** |
| | Senior Counsel | Julia D. Alonzo | $789.00 | 3.10 | $2,445.90 |
| | **Senior Counsel Total** | | | **3.10** | **$2,445.90** |
| **210 Total** | | | | **5.20** | **$4,102.80** |
| 212 | Legal Assistant | Angelo Monforte | $270.00 | 9.10 | $2,457.00 |
| | | Dennis T. Mcpeck | $270.00 | 19.50 | $5,265.00 |
| | **Legal Assistant Total** | | | **28.60** | **$7,722.00** |
| | Lit. Support | Laurie A. Henderson | $270.00 | 1.20 | $324.00 |
| | **Lit. Support Total** | | | **1.20** | **$324.00** |
| **212 Total** | | | | **29.80** | **$8,046.00** |
| 219 | Partner | Jeffrey W. Levitan | $789.00 | 0.20 | $157.80 |
| | | John E. Roberts | $789.00 | 2.30 | $1,814.70 |
| | | Lary Alan Rappaport | $789.00 | 1.50 | $1,183.50 |
| | | Mark Harris | $789.00 | 1.60 | $1,262.40 |
| | | Martin J. Bienenstock | $789.00 | 2.80 | $2,209.20 |
| | | Michael A. Firestein | $789.00 | 15.50 | $12,229.50 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Timothy W. Mungovan | $789.00 | 1.30 | $1,025.70 |
| | **Partner Total** | | | **25.20** | **$19,882.80** |
| | **Senior Counsel** | Jennifer L. Roche | $789.00 | 5.50 | $4,339.50 |
| | | Julia D. Alonzo | $789.00 | 1.60 | $1,262.40 |
| | **Senior Counsel Total** | | | **7.10** | **$5,601.90** |
| | **Associate** | Elliot Stevens | $789.00 | 2.70 | $2,130.30 |
| | | John A. Peterson | $789.00 | 7.20 | $5,680.80 |
| | **Associate Total** | | | **9.90** | **$7,811.10** |
| **219 Total** | | | | **42.20** | **$33,295.80** |
| **GRAND TOTAL** | | | | **95.70** | **$60,041.10** |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0074 HTA -   Lien Avoidance and Secured Status** | | | | | |
| 207 | Partner | Michael A. Firestein | $789.00 | 0.60 | $473.40 |
| | **Partner Total** | | | **0.60** | **$473.40** |
| **207 Total** | | | | **0.60** | **$473.40** |
| 210 | Partner | Michael A. Firestein | $789.00 | 0.60 | $473.40 |
| | **Partner Total** | | | **0.60** | **$473.40** |
| **210 Total** | | | | **0.60** | **$473.40** |
| 212 | Legal Assistant | Christopher M. Tarrant | $270.00 | 0.80 | $216.00 |
| | **Legal Assistant Total** | | | **0.80** | **$216.00** |
| **212 Total** | | | | **0.80** | **$216.00** |
| **GRAND TOTAL** | | | | **2.00** | **$1,162.80** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0082 HTA - Assured Motion to Lift Stay** | | | | | |
| 202 | Partner | Michael A. Firestein | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **202 Total** | | | | **0.40** | **$315.60** |
| 206 | Partner | Jeffrey W. Levitan | $789.00 | 0.50 | $394.50 |
| | | Michael A. Firestein | $789.00 | 0.70 | $552.30 |
| | | Michael T. Mervis | $789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **1.70** | **$1,341.30** |
| **206 Total** | | | | **1.70** | **$1,341.30** |
| 207 | Partner | Jeffrey W. Levitan | $789.00 | 1.10 | $867.90 |
| | | Michael A. Firestein | $789.00 | 0.30 | $236.70 |
| | | Michael T. Mervis | $789.00 | 1.20 | $946.80 |
| | | Timothy W. Mungovan | $789.00 | 1.10 | $867.90 |
| | **Partner Total** | | | **3.70** | **$2,919.30** |
| **207 Total** | | | | **3.70** | **$2,919.30** |
| 208 | Partner | Jeffrey W. Levitan | $789.00 | 1.30 | $1,025.70 |
| | | Lary Alan Rappaport | $789.00 | 2.50 | $1,972.50 |
| | | Matthew Triggs | $789.00 | 1.40 | $1,104.60 |
| | | Michael A. Firestein | $789.00 | 4.20 | $3,313.80 |
| | **Partner Total** | | | **9.40** | **$7,416.60** |
| **208 Total** | | | | **9.40** | **$7,416.60** |
| 210 | Partner | Michael A. Firestein | $789.00 | 3.50 | $2,761.50 |
| | | Timothy W. Mungovan | $789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **4.00** | **$3,156.00** |
| **210 Total** | | | | **4.00** | **$3,156.00** |
| 212 | Legal Assistant | Angelo Monforte | $270.00 | 2.50 | $675.00 |
| | **Legal Assistant Total** | | | **2.50** | **$675.00** |
| **212 Total** | | | | **2.50** | **$675.00** |
| 219 | Partner | Michael A. Firestein | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **219 Total** | | | | **0.40** | **$315.60** |
| **GRAND TOTAL** | | | | **22.10** | **$16,139.40** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **MATTER 33260.0087  HTA - GDB DRA HTA Lift Stay** | | | | |
| 207 | Partner | Michael A. Firestein | $789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **0.90** | **$710.10** |
| **207 Total** | | | | **0.90** | **$710.10** |
| 208 | Partner | Jeffrey W. Levitan | $789.00 | 0.80 | $631.20 |
| | | Lary Alan Rappaport | $789.00 | 0.10 | $78.90 |
| | | Michael A. Firestein | $789.00 | 5.70 | $4,497.30 |
| | **Partner Total** | | | **6.60** | **$5,207.40** |
| | Associate | Laura Stafford | $789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **0.20** | **$157.80** |
| **208 Total** | | | | **6.80** | **$5,365.20** |
| 210 | Partner | Michael A. Firestein | $789.00 | 1.50 | $1,183.50 |
| | **Partner Total** | | | **1.50** | **$1,183.50** |
| **210 Total** | | | | **1.50** | **$1,183.50** |
| **GRAND TOTAL** | | | | **9.20** | **$7,258.80** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0092 HTA Action Objecting to Proofs of Claim Filed by HTA Bondholders against Commonwealth** | | | | | |
| 207 | Partner | Lary Alan Rappaport | $789.00 | 0.40 | $315.60 |
|  | **Partner Total** |  |  | **0.40** | **$315.60** |
| **207 Total** |  |  |  | **0.40** | **$315.60** |
| 210 | Partner | Michael A. Firestein | $789.00 | 0.90 | $710.10 |
|  | **Partner Total** |  |  | **0.90** | **$710.10** |
| **210 Total** |  |  |  | **0.90** | **$710.10** |
| **GRAND TOTAL** |  |  |  | **1.30** | **$1,025.70** |