**Exhibit C**

**Task Code Time Breakdown**

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0022 PREPA - General** | | | | | |
| 201 | Partner | Chantel L. Febus | $789.00 | 4.70 | $3,708.30 |
| | | Ehud Barak | $789.00 | 23.40 | $18,462.60 |
| | | Martin J. Bienenstock | $789.00 | 0.40 | $315.60 |
| | | Paul Possinger | $789.00 | 10.90 | $8,600.10 |
| | | Timothy W. Mungovan | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **39.80** | **$31,402.20** |
| | Associate | Elliot Stevens | $789.00 | 1.10 | $867.90 |
| | | Laura Stafford | $789.00 | 0.70 | $552.30 |
| | | Mee R. Kim | $789.00 | 8.20 | $6,469.80 |
| | **Associate Total** | | | **10.00** | **$7,890.00** |
| **201 Total** | | | | **49.80** | **$39,292.20** |
| 202 | Partner | Ehud Barak | $789.00 | 3.10 | $2,445.90 |
| | | Michael A. Firestein | $789.00 | 0.80 | $631.20 |
| | **Partner Total** | | | **3.90** | **$3,077.10** |
| | Associate | Adam L. Deming | $789.00 | 8.40 | $6,627.60 |
| | | Elliot Stevens | $789.00 | 40.80 | $32,191.20 |
| | | Laura Stafford | $789.00 | 1.90 | $1,499.10 |
| | | Michael Wheat | $789.00 | 71.10 | $56,097.90 |
| | **Associate Total** | | | **122.20** | **$96,415.80** |
| **202 Total** | | | | **126.10** | **$99,492.90** |
| 203 | Partner | Margaret A. Dale | $789.00 | 1.80 | $1,420.20 |
| | | Paul Possinger | $789.00 | 9.70 | $7,653.30 |
| | **Partner Total** | | | **11.50** | **$9,073.50** |
| | Associate | Elliot Stevens | $789.00 | 1.10 | $867.90 |
| | | Jennifer L. Jones | $789.00 | 5.40 | $4,260.60 |
| | **Associate Total** | | | **6.50** | **$5,128.50** |
| **203 Total** | | | | **18.00** | **$14,202.00** |
| 204 | Partner | Ehud Barak | $789.00 | 9.00 | $7,101.00 |
| | | Martin J. Bienenstock | $789.00 | 0.80 | $631.20 |
| | | Paul Possinger | $789.00 | 29.60 | $23,354.40 |
| | | Timothy W. Mungovan | $789.00 | 1.30 | $1,025.70 |
| | **Partner Total** | | | **40.70** | **$32,112.30** |
| | Associate | Laura Stafford | $789.00 | 1.60 | $1,262.40 |
| | | Matthew I. Rochman | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **1.90** | **$1,499.10** |
| **204 Total** | | | | **42.60** | **$33,611.40** |
| 205 | Partner | Brian S. Rosen | $789.00 | 0.80 | $631.20 |
| | | Ehud Barak | $789.00 | 4.50 | $3,550.50 |
| | | Guy Brenner | $789.00 | 0.20 | $157.80 |
| | | Martin J. Bienenstock | $789.00 | 0.40 | $315.60 |
| | | Timothy W. Mungovan | $789.00 | 8.70 | $6,864.30 |
| | **Partner Total** | | | **14.60** | **$11,519.40** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
|  | Associate | Daniel Desatnik | $789.00 | 0.50 | $394.50 |
|  |  | Elliot Stevens | $789.00 | 0.30 | $236.70 |
|  |  | Laura Stafford | $789.00 | 1.70 | $1,341.30 |
|  |  | Michael Wheat | $789.00 | 0.60 | $473.40 |
|  | **Associate Total** |  |  | **3.10** | **$2,445.90** |
| **205 Total** |  |  |  | **17.70** | **$13,965.30** |
| 206 | Partner | Brian S. Rosen | $789.00 | 0.50 | $394.50 |
|  |  | Ehud Barak | $789.00 | 36.10 | $28,482.90 |
|  |  | Lary Alan Rappaport | $789.00 | 0.40 | $315.60 |
|  |  | Margaret A. Dale | $789.00 | 5.30 | $4,181.70 |
|  |  | Martin J. Bienenstock | $789.00 | 17.60 | $13,886.40 |
|  |  | Michael A. Firestein | $789.00 | 1.50 | $1,183.50 |
|  |  | Paul Possinger | $789.00 | 112.80 | $88,999.20 |
|  | **Partner Total** |  |  | **174.20** | **$137,443.80** |
|  | Associate | Adam L. Deming | $789.00 | 5.20 | $4,102.80 |
|  |  | Daniel Desatnik | $789.00 | 141.20 | $111,406.80 |
|  |  | Elliot Stevens | $789.00 | 3.30 | $2,603.70 |
|  |  | Jennifer L. Jones | $789.00 | 32.60 | $25,721.40 |
|  |  | Laura Stafford | $789.00 | 95.30 | $75,191.70 |
|  |  | Lucy Wolf | $789.00 | 1.60 | $1,262.40 |
|  |  | Matthew I. Rochman | $789.00 | 26.70 | $21,066.30 |
|  |  | Megan R. Volin | $789.00 | 0.60 | $473.40 |
|  |  | Michael Wheat | $789.00 | 116.80 | $92,155.20 |
|  | **Associate Total** |  |  | **423.30** | **$333,983.70** |
| **206 Total** |  |  |  | **597.50** | **$471,427.50** |
| 207 | Partner | Chantel L. Febus | $789.00 | 0.70 | $552.30 |
|  |  | Lary Alan Rappaport | $789.00 | 3.00 | $2,367.00 |
|  |  | Margaret A. Dale | $789.00 | 0.30 | $236.70 |
|  |  | Michael A. Firestein | $789.00 | 5.30 | $4,181.70 |
|  |  | Paul Possinger | $789.00 | 3.70 | $2,919.30 |
|  |  | Timothy W. Mungovan | $789.00 | 5.30 | $4,181.70 |
|  | **Partner Total** |  |  | **18.30** | **$14,438.70** |
|  | Associate | Daniel Desatnik | $789.00 | 3.00 | $2,367.00 |
|  |  | Laura Stafford | $789.00 | 0.50 | $394.50 |
|  |  | Matthew I. Rochman | $789.00 | 3.30 | $2,603.70 |
|  |  | Michael Wheat | $789.00 | 1.00 | $789.00 |
|  | **Associate Total** |  |  | **7.80** | **$6,154.20** |
| **207 Total** |  |  |  | **26.10** | **$20,592.90** |
| 210 | Partner | Chantel L. Febus | $789.00 | 5.80 | $4,576.20 |
|  |  | Ehud Barak | $789.00 | 110.80 | $87,421.20 |
|  |  | Guy Brenner | $789.00 | 4.20 | $3,313.80 |
|  |  | Hadassa R. Waxman | $789.00 | 3.10 | $2,445.90 |
|  |  | James P. Gerkis | $789.00 | 1.30 | $1,025.70 |
|  |  | Jeffrey W. Levitan | $789.00 | 4.90 | $3,866.10 |

2

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Lary Alan Rappaport | $789.00 | 16.00 | $12,624.00 |
| | | Margaret A. Dale | $789.00 | 60.60 | $47,813.40 |
| | | Mark W. Batten | $789.00 | 4.40 | $3,471.60 |
| | | Martin J. Bienenstock | $789.00 | 6.30 | $4,970.70 |
| | | Michael A. Firestein | $789.00 | 9.20 | $7,258.80 |
| | | Paul Possinger | $789.00 | 254.60 | $200,879.40 |
| | | Timothy W. Mungovan | $789.00 | 6.30 | $4,970.70 |
| | **Partner Total** | | | **487.50** | **$384,637.50** |
| | Associate | Adam L. Deming | $789.00 | 65.00 | $51,285.00 |
| | | Bradley Presant | $789.00 | 15.70 | $12,387.30 |
| | | Brooke H. Blackwell | $789.00 | 0.10 | $78.90 |
| | | Corey I. Rogoff | $789.00 | 3.20 | $2,524.80 |
| | | Daniel Desatnik | $789.00 | 35.20 | $27,772.80 |
| | | Elliot Stevens | $789.00 | 21.30 | $16,805.70 |
| | | Jennifer L. Jones | $789.00 | 194.70 | $153,618.30 |
| | | Jillian Ruben | $789.00 | 1.80 | $1,420.20 |
| | | Kelly M. Curtis | $789.00 | 9.90 | $7,811.10 |
| | | Laura Stafford | $789.00 | 46.60 | $36,767.40 |
| | | Lucy Wolf | $789.00 | 23.50 | $18,541.50 |
| | | Marc Palmer | $789.00 | 0.80 | $631.20 |
| | | Matthew A. Skrzynski | $789.00 | 1.30 | $1,025.70 |
| | | Matthew I. Rochman | $789.00 | 37.10 | $29,271.90 |
| | | Mee R. Kim | $789.00 | 0.10 | $78.90 |
| | | Michael Wheat | $789.00 | 41.40 | $32,664.60 |
| | | Sarah Hughes | $789.00 | 6.00 | $4,734.00 |
| | **Associate Total** | | | **503.70** | **$397,419.30** |
| **210 Total** | | | | **991.20** | **$782,056.80** |
| 212 | E-Discovery Attorney | Yvonne O. Ike | $390.00 | 16.00 | $6,240.00 |
| | **E-Discovery Attorney Total** | | | **16.00** | **$6,240.00** |
| | Legal Assistant | Angelo Monforte | $270.00 | 10.10 | $2,727.00 |
| | | Dennis T. Mcpeck | $270.00 | 24.90 | $6,723.00 |
| | | Joan K. Hoffman | $270.00 | 14.70 | $3,969.00 |
| | | Laura M. Geary | $270.00 | 0.30 | $81.00 |
| | | Lawrence T. Silvestro | $270.00 | 3.30 | $891.00 |
| | | Olaide M. Adejobi | $270.00 | 2.50 | $675.00 |
| | | Tal J. Singer | $270.00 | 2.90 | $783.00 |
| | **Legal Assistant Total** | | | **58.70** | **$15,849.00** |
| | Practice Support | Eric R. Chernus | $270.00 | 19.00 | $5,130.00 |
| | **Practice Support Total** | | | **19.00** | **$5,130.00** |
| **212 Total** | | | | **93.70** | **$27,219.00** |
| 213 | Partner | Mark W. Batten | $789.00 | 1.00 | $789.00 |
| | | Paul M. Hamburger | $789.00 | 6.30 | $4,970.70 |
| | | Paul Possinger | $789.00 | 0.90 | $710.10 |

3

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **Partner Total** | | | **8.20** | **$6,469.80** |
| | Associate | Elizabeth D. Down | $789.00 | 0.70 | $552.30 |
| | **Associate Total** | | | **0.70** | **$552.30** |
| **213 Total** | | | | **8.90** | **$7,022.10** |
| 215 | Partner | Chantel L. Febus | $789.00 | 4.20 | $3,313.80 |
| | | Ehud Barak | $789.00 | 8.10 | $6,390.90 |
| | | Martin J. Bienenstock | $789.00 | 9.00 | $7,101.00 |
| | | Paul Possinger | $789.00 | 7.60 | $5,996.40 |
| | | Timothy W. Mungovan | $789.00 | 1.90 | $1,499.10 |
| | **Partner Total** | | | **30.80** | **$24,301.20** |
| | Associate | Daniel Desatnik | $789.00 | 10.60 | $8,363.40 |
| | | Elliot Stevens | $789.00 | 0.10 | $78.90 |
| | | Joshua A. Esses | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **11.00** | **$8,679.00** |
| **215 Total** | | | | **41.80** | **$32,980.20** |
| 216 | Associate | Elliot Stevens | $789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **0.20** | **$157.80** |
| **216 Total** | | | | **0.20** | **$157.80** |
| 217 | Partner | Richard M. Corn | $789.00 | 1.40 | $1,104.60 |
| | **Partner Total** | | | **1.40** | **$1,104.60** |
| **217 Total** | | | | **1.40** | **$1,104.60** |
| 218 | Partner | Paul Possinger | $789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **0.70** | **$552.30** |
| | Associate | Megan R. Volin | $789.00 | 3.20 | $2,524.80 |
| | **Associate Total** | | | **3.20** | **$2,524.80** |
| | Legal Assistant | Natasha Petrov | $270.00 | 47.30 | $12,771.00 |
| | **Legal Assistant Total** | | | **47.30** | **$12,771.00** |
| **218 Total** | | | | **51.20** | **$15,848.10** |
| 219 | Partner | John E. Roberts | $789.00 | 0.60 | $473.40 |
| | | Paul Possinger | $789.00 | 0.40 | $315.60 |
| | | Timothy W. Mungovan | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **1.40** | **$1,104.60** |
| | Associate | Jennifer L. Jones | $789.00 | 0.10 | $78.90 |
| | | Michael Wheat | $789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| **219 Total** | | | | **1.70** | **$1,341.30** |
| **GRAND TOTAL** | | | | **2,067.90** | **$1,560,314.10** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0054  PREPA - PREC** | | | | | |
| **206** | **Associate** | Laura Stafford | $789.00 | 1.60 | $1,262.40 |
| | **Associate Total** | | | **1.60** | **$1,262.40** |
| **206 Total** | | | | **1.60** | **$1,262.40** |
| **GRAND TOTAL** | | | | **1.60** | **$1,262.40** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0055 PREPA - Vitol** | | | | | |
| 201 | Partner | Chantel L. Febus | $789.00 | 1.30 | $1,025.70 |
| | | Timothy W. Mungovan | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **1.60** | **$1,262.40** |
| | Associate | Laura Stafford | $789.00 | 1.90 | $1,499.10 |
| | **Associate Total** | | | **1.90** | **$1,499.10** |
| **201 Total** | | | | **3.50** | **$2,761.50** |
| 202 | Partner | Chantel L. Febus | $789.00 | 1.70 | $1,341.30 |
| | | Lary Alan Rappaport | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **1.90** | **$1,499.10** |
| | Associate | Elisa Carino | $789.00 | 5.80 | $4,576.20 |
| | | Hena Vora | $789.00 | 14.50 | $11,440.50 |
| | | Kelly M. Curtis | $789.00 | 17.40 | $13,728.60 |
| | | Laura Stafford | $789.00 | 4.00 | $3,156.00 |
| | **Associate Total** | | | **41.70** | **$32,901.30** |
| **202 Total** | | | | **43.60** | **$34,400.40** |
| 205 | Partner | Timothy W. Mungovan | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| | Associate | Laura Stafford | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| **205 Total** | | | | **0.50** | **$394.50** |
| 206 | Partner | Chantel L. Febus | $789.00 | 213.00 | $168,057.00 |
| | | Jeffrey W. Levitan | $789.00 | 7.10 | $5,601.90 |
| | | Lary Alan Rappaport | $789.00 | 14.10 | $11,124.90 |
| | | Timothy W. Mungovan | $789.00 | 3.20 | $2,524.80 |
| | **Partner Total** | | | **237.40** | **$187,308.60** |
| | Associate | Carl Mazurek | $789.00 | 12.50 | $9,862.50 |
| | | Elisa Carino | $789.00 | 65.60 | $51,758.40 |
| | | Hena Vora | $789.00 | 78.40 | $61,857.60 |
| | | Julia M. Ansanelli | $789.00 | 171.10 | $134,997.90 |
| | | Kelly M. Curtis | $789.00 | 116.80 | $92,155.20 |
| | | Laura Stafford | $789.00 | 105.30 | $83,081.70 |
| | | Marc Palmer | $789.00 | 72.80 | $57,439.20 |
| | **Associate Total** | | | **622.50** | **$491,152.50** |
| **206 Total** | | | | **859.90** | **$678,461.10** |
| 207 | Partner | Chantel L. Febus | $789.00 | 5.00 | $3,945.00 |
| | | Lary Alan Rappaport | $789.00 | 1.10 | $867.90 |
| | | Timothy W. Mungovan | $789.00 | 1.80 | $1,420.20 |
| | **Partner Total** | | | **7.90** | **$6,233.10** |
| | Associate | Hena Vora | $789.00 | 0.70 | $552.30 |
| | | Kelly M. Curtis | $789.00 | 26.00 | $20,514.00 |
| | | Marc Palmer | $789.00 | 3.60 | $2,840.40 |
| | **Associate Total** | | | **30.30** | **$23,906.70** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| 207 Total | | | | 38.20 | $30,139.80 |
| 208 | Partner | Michael A. Firestein | $789.00 | 0.20 | $157.80 |
| | Partner Total | | | 0.20 | $157.80 |
| 208 Total | | | | 0.20 | $157.80 |
| 210 | Partner | Chantel L. Febus | $789.00 | 78.20 | $61,699.80 |
| | | Jeffrey W. Levitan | $789.00 | 1.00 | $789.00 |
| | | Lary Alan Rappaport | $789.00 | 10.70 | $8,442.30 |
| | | Michael A. Firestein | $789.00 | 1.10 | $867.90 |
| | | Timothy W. Mungovan | $789.00 | 3.60 | $2,840.40 |
| | Partner Total | | | 94.60 | $74,639.40 |
| | Associate | Carl Mazurek | $789.00 | 1.80 | $1,420.20 |
| | | Elisa Carino | $789.00 | 51.50 | $40,633.50 |
| | | Hena Vora | $789.00 | 26.70 | $21,066.30 |
| | | Julia M. Ansanelli | $789.00 | 128.00 | $100,992.00 |
| | | Kelly M. Curtis | $789.00 | 23.70 | $18,699.30 |
| | | Laura Stafford | $789.00 | 19.50 | $15,385.50 |
| | | Marc Palmer | $789.00 | 16.40 | $12,939.60 |
| | Associate Total | | | 267.60 | $211,136.40 |
| | E-Discovery Attorney | James Kay | $390.00 | 27.70 | $10,803.00 |
| | E-Discovery Attorney Total | | | 27.70 | $10,803.00 |
| 210 Total | | | | 389.90 | $296,578.80 |
| 212 | E-Discovery Attorney | James Kay | $390.00 | 2.70 | $1,053.00 |
| | | Yvonne O. Ike | $390.00 | 2.00 | $780.00 |
| | E-Discovery Attorney Total | | | 4.70 | $1,833.00 |
| | Legal Assistant | Alexander N. Cook | $270.00 | 22.00 | $5,940.00 |
| | | Joan K. Hoffman | $270.00 | 105.10 | $28,377.00 |
| | | Lawrence T. Silvestro | $270.00 | 15.00 | $4,050.00 |
| | | Lela Lerner | $270.00 | 4.80 | $1,296.00 |
| | | Olaide M. Adejobi | $270.00 | 6.70 | $1,809.00 |
| | | Shealeen E. Schaefer | $270.00 | 105.20 | $28,404.00 |
| | Legal Assistant Total | | | 258.80 | $69,876.00 |
| | Practice Support | Eric R. Chernus | $270.00 | 10.60 | $2,862.00 |
| | Practice Support Total | | | 10.60 | $2,862.00 |
| 212 Total | | | | 274.10 | $74,571.00 |
| GRAND TOTAL | | | | 1,609.90 | $1,117,464.90 |

7

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0056 PREPA - UTIER CBA** | | | | | |
| 201 | Partner | Chantel L. Febus | $789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **0.90** | **$710.10** |
| **201 Total** | | | | **0.90** | **$710.10** |
| 202 | Partner | Michael A. Firestein | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| | Associate | Javier Sosa | $789.00 | 2.00 | $1,578.00 |
| | | Laura Stafford | $789.00 | 3.20 | $2,524.80 |
| | **Associate Total** | | | **5.20** | **$4,102.80** |
| **202 Total** | | | | **5.50** | **$4,339.50** |
| 204 | Associate | Seth D. Fier | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| **204 Total** | | | | **0.30** | **$236.70** |
| 206 | Partner | Jonathan E. Richman | $789.00 | 1.60 | $1,262.40 |
| | **Partner Total** | | | **1.60** | **$1,262.40** |
| | Associate | Javier Sosa | $789.00 | 4.00 | $3,156.00 |
| | | Julia M. Ansanelli | $789.00 | 35.10 | $27,693.90 |
| | | Laura Stafford | $789.00 | 16.80 | $13,255.20 |
| | **Associate Total** | | | **55.90** | **$44,105.10** |
| **206 Total** | | | | **57.50** | **$45,367.50** |
| 210 | Partner | Chantel L. Febus | $789.00 | 3.20 | $2,524.80 |
| | | Jonathan E. Richman | $789.00 | 403.60 | $318,440.40 |
| | | Lary Alan Rappaport | $789.00 | 1.30 | $1,025.70 |
| | | Michael A. Firestein | $789.00 | 6.70 | $5,286.30 |
| | | Paul Possinger | $789.00 | 4.50 | $3,550.50 |
| | | Scott P. Cooper | $789.00 | 111.40 | $87,894.60 |
| | | Seetha Ramachandran | $789.00 | 19.00 | $14,991.00 |
| | **Partner Total** | | | **549.70** | **$433,713.30** |
| | Associate | Javier Sosa | $789.00 | 46.90 | $37,004.10 |
| | | Julia M. Ansanelli | $789.00 | 63.10 | $49,785.90 |
| | | Laura Stafford | $789.00 | 9.30 | $7,337.70 |
| | | Lucy Wolf | $789.00 | 0.60 | $473.40 |
| | | Matthew J. Morris | $789.00 | 115.00 | $90,735.00 |
| | | Mee R. Kim | $789.00 | 201.10 | $158,667.90 |
| | | Seth D. Fier | $789.00 | 94.50 | $74,560.50 |
| | **Associate Total** | | | **530.50** | **$418,564.50** |
| **210 Total** | | | | **1,080.20** | **$852,277.80** |
| 212 | Legal Assistant | Lawrence T. Silvestro | $270.00 | 7.30 | $1,971.00 |
| | | Shealeen E. Schaefer | $270.00 | 78.30 | $21,141.00 |
| | **Legal Assistant Total** | | | **85.60** | **$23,112.00** |
| | Practice Support | Eric R. Chernus | $270.00 | 15.00 | $4,050.00 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **Practice Support Total** | | | **15.00** | **$4,050.00** |
| **212 Total** | | | | **100.60** | **$27,162.00** |
| 217 | Partner | Richard M. Corn | $789.00 | 7.90 | $6,233.10 |
| | **Partner Total** | | | **7.90** | **$6,233.10** |
| | Associate | Xiaoyang Ma | $789.00 | 6.00 | $4,734.00 |
| | **Associate Total** | | | **6.00** | **$4,734.00** |
| **217 Total** | | | | **13.90** | **$10,967.10** |
| **GRAND TOTAL** | | | | **1,258.90** | **$941,060.70** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0059 PREPA – Miscellaneous** | | | | | |
| 206 | Associate | Daniel Desatnik | $789.00 | 0.40 | $315.60 |
| | **Associate Total** | | | **0.40** | **$315.60** |
| **206 Total** | | | | **0.40** | **$315.60** |
| 207 | Partner | Lary Alan Rappaport | $789.00 | 2.30 | $1,814.70 |
| | | Michael A. Firestein | $789.00 | 0.30 | $236.70 |
| | | Timothy W. Mungovan | $789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **2.70** | **$2,130.30** |
| **207 Total** | | | | **2.70** | **$2,130.30** |
| 208 | Partner | Ehud Barak | $789.00 | 4.20 | $3,313.80 |
| | | Maja Zerjal | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **4.40** | **$3,471.60** |
| | Associate | Daniel Desatnik | $789.00 | 1.80 | $1,420.20 |
| | | Elliot Stevens | $789.00 | 1.50 | $1,183.50 |
| | | Steve Ma | $789.00 | 15.20 | $11,992.80 |
| | **Associate Total** | | | **18.50** | **$14,596.50** |
| **208 Total** | | | | **22.90** | **$18,068.10** |
| 210 | Partner | Ehud Barak | $789.00 | 0.90 | $710.10 |
| | | Timothy W. Mungovan | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **1.20** | **$946.80** |
| **210 Total** | | | | **1.20** | **$946.80** |
| 212 | Legal Assistant | Angelo Monforte | $270.00 | 7.10 | $1,917.00 |
| | **Legal Assistant Total** | | | **7.10** | **$1,917.00** |
| | Lit. Support | Laurie A. Henderson | $270.00 | 2.80 | $756.00 |
| | **Lit. Support Total** | | | **2.80** | **$756.00** |
| **212 Total** | | | | **9.90** | **$2,673.00** |
| 219 | Partner | John E. Roberts | $789.00 | 2.10 | $1,656.90 |
| | | Lary Alan Rappaport | $789.00 | 2.10 | $1,656.90 |
| | | Timothy W. Mungovan | $789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **4.70** | **$3,708.30** |
| | Associate | Adam L. Deming | $789.00 | 5.40 | $4,260.60 |
| | **Associate Total** | | | **5.40** | **$4,260.60** |
| **219 Total** | | | | **10.10** | **$7,968.90** |
| **GRAND TOTAL** | | | | **47.20** | **$32,102.70** |

10

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0070 PREPA – UTIER v. Ortiz Vazquez** | | | | | |
| 207 | Partner | Jonathan E. Richman | $789.00 | 0.30 | $236.70 |
| | | Lary Alan Rappaport | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.60** | **$473.40** |
| **207 Total** | | | | **0.60** | **$473.40** |
| 212 | Legal Assistant | Angelo Monforte | $270.00 | 2.00 | $540.00 |
| | **Legal Assistant Total** | | | **2.00** | **$540.00** |
| | Lit. Support | Laurie A. Henderson | $270.00 | 0.30 | $81.00 |
| | **Lit. Support Total** | | | **0.30** | **$81.00** |
| **212 Total** | | | | **2.30** | **$621.00** |
| 219 | Partner | Guy Brenner | $789.00 | 0.10 | $78.90 |
| | | Jeffrey W. Levitan | $789.00 | 0.30 | $236.70 |
| | | John E. Roberts | $789.00 | 35.40 | $27,930.60 |
| | | Jonathan E. Richman | $789.00 | 21.40 | $16,884.60 |
| | | Mark Harris | $789.00 | 6.00 | $4,734.00 |
| | | Paul Possinger | $789.00 | 1.30 | $1,025.70 |
| | | Timothy W. Mungovan | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **64.90** | **$51,206.10** |
| | Senior Counsel | Jennifer L. Roche | $789.00 | 0.50 | $394.50 |
| | **Senior Counsel Total** | | | **0.50** | **$394.50** |
| | Associate | Eric Wertheim | $789.00 | 11.50 | $9,073.50 |
| | | Marc Palmer | $789.00 | 4.30 | $3,392.70 |
| | | Shiloh Rainwater | $789.00 | 88.80 | $70,063.20 |
| | **Associate Total** | | | **104.60** | **$82,529.40** |
| **219 Total** | | | | **170.00** | **$134,130.00** |
| **GRAND TOTAL** | | | | **172.90** | **$135,224.40** |

11

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0075  PREPA – Costa Sur Insurance Recovery** | | | | | |
| 201 | Partner | Marc E. Rosenthal | $789.00 | 1.70 | $1,341.30 |
| | | Timothy W. Mungovan | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **2.10** | **$1,656.90** |
| **201 Total** | | | | **2.10** | **$1,656.90** |
| 202 | Partner | Marc E. Rosenthal | $789.00 | 4.60 | $3,629.40 |
| | **Partner Total** | | | **4.60** | **$3,629.40** |
| | Associate | Michael Wheat | $789.00 | 18.40 | $14,517.60 |
| | **Associate Total** | | | **18.40** | **$14,517.60** |
| **202 Total** | | | | **23.00** | **$18,147.00** |
| 203 | Partner | Marc E. Rosenthal | $789.00 | 1.00 | $789.00 |
| | | Paul Possinger | $789.00 | 1.00 | $789.00 |
| | **Partner Total** | | | **2.00** | **$1,578.00** |
| **203 Total** | | | | **2.00** | **$1,578.00** |
| 204 | Partner | Marc E. Rosenthal | $789.00 | 8.90 | $7,022.10 |
| | | Paul Possinger | $789.00 | 5.50 | $4,339.50 |
| | **Partner Total** | | | **14.40** | **$11,361.60** |
| **204 Total** | | | | **14.40** | **$11,361.60** |
| 205 | Partner | Marc E. Rosenthal | $789.00 | 7.40 | $5,838.60 |
| | **Partner Total** | | | **7.40** | **$5,838.60** |
| **205 Total** | | | | **7.40** | **$5,838.60** |
| 206 | Partner | Marc E. Rosenthal | $789.00 | 33.30 | $26,273.70 |
| | | Paul Possinger | $789.00 | 1.20 | $946.80 |
| | **Partner Total** | | | **34.50** | **$27,220.50** |
| | Associate | Michael Wheat | $789.00 | 10.70 | $8,442.30 |
| | **Associate Total** | | | **10.70** | **$8,442.30** |
| **206 Total** | | | | **45.20** | **$35,662.80** |
| 207 | Partner | Marc E. Rosenthal | $789.00 | 5.50 | $4,339.50 |
| | | Timothy W. Mungovan | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **5.70** | **$4,497.30** |
| **207 Total** | | | | **5.70** | **$4,497.30** |
| 210 | Partner | Marc E. Rosenthal | $789.00 | 65.00 | $51,285.00 |
| | | Paul Possinger | $789.00 | 13.00 | $10,257.00 |
| | | Timothy W. Mungovan | $789.00 | 1.40 | $1,104.60 |
| | **Partner Total** | | | **79.40** | **$62,646.60** |
| | Associate | Michael Wheat | $789.00 | 6.20 | $4,891.80 |
| | **Associate Total** | | | **6.20** | **$4,891.80** |
| **210 Total** | | | | **85.60** | **$67,538.40** |
| 212 | Legal Assistant | Natasha Petrov | $270.00 | 5.00 | $1,350.00 |
| | **Legal Assistant Total** | | | **5.00** | **$1,350.00** |
| **212 Total** | | | | **5.00** | **$1,350.00** |
| **GRAND TOTAL** | | | | **190.40** | **$147,630.60** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0085 PREPA – Cobra Acquisition LLC** | | | | | |
| **203** | **Partner** | Hadassa R. Waxman | $789.00 | 2.30 | $1,814.70 |
| | **Partner Total** | | | **2.30** | **$1,814.70** |
| **203 Total** | | | | **2.30** | **$1,814.70** |
| **207** | **Associate** | Matthew A. Skrzynski | $789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **0.10** | **$78.90** |
| **207 Total** | | | | **0.10** | **$78.90** |
| **210** | **Associate** | Matthew A. Skrzynski | $789.00 | 0.70 | $552.30 |
| | **Associate Total** | | | **0.70** | **$552.30** |
| **210 Total** | | | | **0.70** | **$552.30** |
| **GRAND TOTAL** | | | | **3.10** | **$2,445.90** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0095  PREPA – Insurance Coverage Advice** | | | | | |
| **207** | **Partner** | Marc E. Rosenthal | $789.00 | 0.20 | $157.80 |
| | | Paul Possinger | $789.00 | 0.60 | $473.40 |
| | **Partner Total** | | | **0.80** | **$631.20** |
| | **Associate** | Brooke H. Blackwell | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| **207 Total** | | | | **1.10** | **$867.90** |
| **GRAND TOTAL** | | | | **1.10** | **$867.90** |