**<u>Exhibit B</u>**

**Monthly Statements**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

 

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

     Debtor.

----------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

## COVER SHEET TO TENTH MONTHLY FEE APPLICATION OF PROSKAUER ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA") FOR THE PERIOD JUNE 1, 2020 THROUGH JUNE 30, 2020

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of Applicant:                            Proskauer Rose LLP ("Proskauer")

Authorized to Provide
Professional Services to:                Financial Oversight and Management Board, as
Representative for the Debtor Pursuant to
PROMESA Section 315(b)

Period for which compensation
and reimbursement for fees and services
is sought:                           June 1, 2020 through June 30, 2020

Amount of compensation sought
as actual, reasonable and necessary:    **$13,415.40**

Amount of expense reimbursement
sought as actual, reasonable and necessary:    **$0.00**

Total Amount for these Invoices:         **$13,415.40**

This is a: _X_ monthly __ interim __ final application.

This is Proskauer's tenth monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for June 2020.


Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On July 23, 2020 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
        FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
        Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
        Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
        Suzzanne Uhland, Esq.
        Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
        Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
        Central Accounting
        Omar E. Rodríguez Pérez, CPA, Assistant
        Secretary of Central Accounting
        Angel L. Pantoja Rodríguez, Deputy Assistant of
        Internal Revenue and Tax Policy
        Francisco Parés Alicea, Assistant Secretary of
        Internal Revenue and Tax Policy
        Francisco Peña Montañez, CPA, Assistant
        Secretary of the Treasury

4

**Summary of Legal Fees for the Period June 2020**

| PBA - General | | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 201 | Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants | 0.10 | $78.90 |
| 202 | Legal Research | 0.60 | $162.00 |
| 204 | Communications with Claimholders | 1.10 | $867.90 |
| 206 | Documents Filed on Behalf of the Board | 9.10 | $7,179.90 |
| 207 | Non-Board Court Filings | 0.30 | $236.70 |
| 210 | Analysis and Strategy | 5.00 | $3,945.00 |
| 212 | General Administration | 0.60 | $162.00 |
| 218 | Employment and Fee Applications | 2.90 | $783.00 |
| | **Total** | **19.70** | **$13,415.40** |

**Summary of Legal Fees for the Period June 2020**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $789.00 | 1.80 | $1,420.20 |
| Aliza H. Bloch | Associate | Litigation | $789.00 | 0.60 | $473.40 |
| Brooke H. Blackwell | Associate | Corporate | $789.00 | 8.80 | $6,943.20 |
| Elisa Carino | Associate | Litigation | $789.00 | 0.80 | $631.20 |
| Laura Stafford | Associate | Litigation | $789.00 | 3.10 | $2,445.90 |
| Steve Ma | Associate | BSGR & B | $789.00 | 0.50 | $394.50 |
| | | | **TOTAL** | **15.60** | **$12,308.40** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Natasha Petrov | Legal Assistant | BSGR & B | $270.00 | 4.10 | $1,107.00 |
| | | | **TOTAL** | **4.10** | **$1,107.00** |

| SUMMARY OF LEGAL FEES | Hours 19.70 | Fees $13,415.40 |
|---|---|---|

**Summary of Disbursements for the period June 2020**

### ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---:|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $12,073.86, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount $12,073.86.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

# **Exhibit A**

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 190155040

0083 PROMESA TITLE III: PBA

Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 201 | Tasks relating to the Board and Associated Members | 0.10 | $78.90 |
| 202 | Legal Research | 0.60 | $162.00 |
| 204 | Communications with Claimholders | 1.10 | $867.90 |
| 206 | Documents Filed on Behalf of the Board | 9.10 | $7,179.90 |
| 207 | Non-Board Court Filings | 0.30 | $236.70 |
| 210 | Analysis and Strategy | 5.00 | $3,945.00 |
| 212 | General Administration | 0.60 | $162.00 |
| 218 | Employment and Fee Applications | 2.90 | $783.00 |
| | **Total** | **19.70** | **$13,415.40** |

33260 FOMB                                                                                         Invoice 190155040
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA                                                                                 Page 2

**Tasks relating to the Board and Associated Members -- 201**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 06/29/20 | Laura Stafford | 201 | E-mails with J. Berman regarding Puerto Rico collection centers (0.10). | 0.10 | $78.90 |
| **Tasks relating to the Board and Associated Members** | | | | **0.10** | **$78.90** |

**Legal Research -- 202**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 06/29/20 | Natasha Petrov | 202 | Research for B. Blackwell regarding extension of deadline for assumption or rejection of leases. | 0.60 | $162.00 |
| **Legal Research** | | | | **0.60** | **$162.00** |

**Communications with Claimholders -- 204**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 06/30/20 | Brian S. Rosen | 204 | Memorandum to W. Sushon, et al., regarding IRS subsidy claims (0.10); Draft memorandum to W. Sushon regarding Nixon/DLA/IRS (0.10); Review D. Brownstein memorandum regarding same (0.10); Review D. Perez memorandum regarding IRS call (0.10); Draft memorandum to D. Perez regarding same (0.10); Teleconference with S. Uhland regarding IRS claim (0.20); Review D. Perez materials regarding same (0.40). | 1.10 | $867.90 |
| **Communications with Claimholders** | | | | **1.10** | **$867.90** |

**Documents Filed on Behalf of the Board -- 206**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 06/01/20 | Laura Stafford | 206 | E-mails with B. Blackwell, B. Rosen, and H. Bauer regarding PBA and ERS form deadlines (0.20). | 0.20 | $157.80 |
| 06/04/20 | Brooke H. Blackwell | 206 | Review and revise bar date extension motion (0.40). | 0.40 | $315.60 |
| 06/08/20 | Brooke H. Blackwell | 206 | Draft third extension motion for PBA bar date pursuant to executive orders issued by governor (0.70); Internal communication with L. Stafford regarding same (0.20). | 0.90 | $710.10 |

33260 FOMB                                                                                      Invoice 190155040
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA                                                                              Page 3

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 06/09/20 | Brooke H. Blackwell | 206 | Revise draft third extension motion for PBA bar date pursuant to executive orders issued by governor (0.70); Internal communication with L. Stafford regarding same (0.20). | 0.90 | $710.10 |
| 06/09/20 | Laura Stafford | 206 | Review and revise draft PBA and ERS extension motions (1.00). | 1.00 | $789.00 |
| 06/10/20 | Laura Stafford | 206 | Review and revise PBA bar date extension motion (0.70). | 0.70 | $552.30 |
| 06/10/20 | Brooke H. Blackwell | 206 | Revise draft third extension motion for PBA bar date pursuant to executive orders issued by governor following comments from L. Stafford, and finalize for filing (1.00); Internal communication with L. Stafford regarding same (0.20). | 1.20 | $946.80 |
| 06/10/20 | Brooke H. Blackwell | 206 | Revise draft third extension motion for PBA bar date pursuant to executive orders issued by governor following comments from L. Stafford and finalize for filing (0.70); Communication with L. Stafford regarding same (0.10). | 0.80 | $631.20 |
| 06/12/20 | Aliza Bloch | 206 | Review PBA Bar Date Motion in order to find relevant publication notice information to prepare for Notice Motion regarding claimants with bad or incorrect addresses per P. Fishkind and L. Stafford (0.60). | 0.60 | $473.40 |
| 06/14/20 | Brooke H. Blackwell | 206 | Draft and revise notice for publication (0.50); E-mail with L. Stafford regarding same (0.10); E-mail drafts to Prime Clerk for publication (0.10). | 0.70 | $552.30 |
| 06/15/20 | Brooke H. Blackwell | 206 | Review and revise publication notices for Bar Date extension (0.20); E-mail with L. Stafford and Prime Clerk regarding same (0.10). | 0.30 | $236.70 |
| 06/15/20 | Laura Stafford | 206 | E-mails with J. Berman and B. Blackwell regarding PBA and ERS deadline extension notices (0.20). | 0.20 | $157.80 |
| 06/17/20 | Laura Stafford | 206 | E-mails with B. Blackwell and S. Ma regarding ERS/PBA notices (0.20). | 0.20 | $157.80 |
| 06/17/20 | Elisa Carino | 206 | Review and revise translations of notices to assist B. Blackwell. | 0.60 | $473.40 |
| 06/21/20 | Laura Stafford | 206 | Review and analyze draft ERS and PBA publication notices (0.20). | 0.20 | $157.80 |
| 06/22/20 | Laura Stafford | 206 | E-mails with J. Berman and B. Blackwell regarding ERS and PBA extension notices (0.10). | 0.10 | $78.90 |
| 06/24/20 | Elisa Carino | 206 | Review and revise Spanish-language notice of extended dates to assist B. Blackwell. | 0.10 | $78.90 |
| **Documents Filed on Behalf of the Board** | | | | **9.10** | **$7,179.90** |

33260 FOMB                                                                Invoice 190155040
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER
0083 PROMESA TITLE III: PBA                                                        Page 4

**Non-Board Court Filings -- 207**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|------------|------|-------------|-------|--------|
| 06/12/20 | Brooke H. Blackwell | 207 | Review order regarding bar date extension (0.10); Draft notice for publication (0.20). | 0.30 | $236.70 |
| | **Non-Board Court Filings** | | | **0.30** | **$236.70** |

**Analysis and Strategy -- 210**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|------------|------|-------------|-------|--------|
| 06/01/20 | Brian S. Rosen | 210 | Review L. Stafford memorandum regarding extension of Bar Date (0.10); Draft memorandum to L. Stafford regarding same (0.10); Review claim response (0.40); Draft memorandum to L. Stafford regarding same (0.10). | 0.70 | $552.30 |
| 06/04/20 | Elisa Carino | 210 | Review Spanish-language commercials regarding PBA Title III bar date to assist L. Stafford. | 0.10 | $78.90 |
| 06/04/20 | Laura Stafford | 210 | E-mails with H. Bauer, J. Berman regarding ERS and PBA claim collection centers (0.10). | 0.10 | $78.90 |
| 06/05/20 | Brooke H. Blackwell | 210 | E-mail with L. Stafford regarding radio ad for bar date (0.10); Review previous filings and bar date extension motion (0.40). | 0.50 | $394.50 |
| 06/17/20 | Steve Ma | 210 | Analyze Executive Order 2020-044 in connection with PBA proof of claim collection center reopening. | 0.50 | $394.50 |
| 06/17/20 | Brooke H. Blackwell | 210 | E-mail with Targem regarding translations of PBA notices (0.10); E-mail with S. Ma and L. Stafford regarding same (0.20); Finalize drafts for publication (0.40); E-mail with E. Carino regarding review of Spanish drafts (0.30); E-mail final notices to Prime Clerk for publication (0.10). | 1.10 | $867.90 |
| 06/19/20 | Brooke H. Blackwell | 210 | Review publication drafts of PBA notices for bar date extension (0.50); E-mail with E. Carino regarding same (0.10); E-mail with L. Stafford regarding same (0.10). | 0.70 | $552.30 |
| 06/22/20 | Laura Stafford | 210 | Call with J. Berman regarding claims centers and e-mail to B. Rosen regarding same (0.20). | 0.20 | $157.80 |
| 06/22/20 | Brooke H. Blackwell | 210 | Review radio address script for PBA Bar Date notice (0.30); Coordinate with L. Stafford and Prime Clerk regarding same (0.20). | 0.50 | $394.50 |

33260 FOMB                                                                    Invoice 190155040
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0083 PROMESA TITLE III: PBA                                                    Page 5

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 06/24/20 | Brooke H. Blackwell | 210 | Review radio address script for PBA Bar Date notice (0.10); Coordinate with L. Stafford and Prime Clerk regarding same (0.20). | 0.30 | $236.70 |
| 06/26/20 | Brooke H. Blackwell | 210 | Internal communications with L. Stafford regarding radio address (0.10); E-mail with J. Berman at Prime Clerk regarding same (0.10). | 0.20 | $157.80 |
| 06/26/20 | Laura Stafford | 210 | Review and analyze proposed schedule for radio advertisements (0.10). | 0.10 | $78.90 |
| **Analysis and Strategy** | | | | **5.00** | **$3,945.00** |

**General Administration -- 212**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 06/09/20 | Natasha Petrov | 212 | Compile bar date extension related pleadings for B. Blackwell. | 0.60 | $162.00 |
| **General Administration** | | | | **0.60** | **$162.00** |

**Employment and Fee Applications -- 218**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 06/30/20 | Natasha Petrov | 218 | Analyze data from Finance Department for Proskauer 2nd interim fee application (0.70); Draft same (2.20). | 2.90 | $783.00 |
| **Employment and Fee Applications** | | | | **2.90** | **$783.00** |

**Total for Professional Services**                                                    **$13,415.40**

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA

Invoice 190155040

Page 6

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|------------|--------|-------|------|-------|
| BRIAN S. ROSEN | PARTNER | 1.80 | 789.00 | $1,420.20 |
| **Total for PARTNER** | | **1.80** | | **$1,420.20** |
| | | | | |
| ALIZA BLOCH | ASSOCIATE | 0.60 | 789.00 | $473.40 |
| BROOKE H. BLACKWELL | ASSOCIATE | 8.80 | 789.00 | $6,943.20 |
| ELISA CARINO | ASSOCIATE | 0.80 | 789.00 | $631.20 |
| LAURA STAFFORD | ASSOCIATE | 3.10 | 789.00 | $2,445.90 |
| STEVE MA | ASSOCIATE | 0.50 | 789.00 | $394.50 |
| **Total for ASSOCIATE** | | **13.80** | | **$10,888.20** |
| | | | | |
| NATASHA PETROV | LEGAL ASSISTANT | 4.10 | 270.00 | $1,107.00 |
| **Total for LEGAL ASSISTANT** | | **4.10** | | **$1,107.00** |
| | | | | |
| | **Total** | **19.70** | | **$13,415.40** |
| | | | | |
| | **Total Amount for this Matter** | | | **$13,415.40** |

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

    Debtor.

---------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

**COVER SHEET TO ELEVENTH MONTHLY FEE APPLICATION OF PROSKAUER
ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR,
PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA")
<u>FOR THE PERIOD JULY 1, 2020 THROUGH JULY 31, 2020</u>**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of Applicant: | Proskauer Rose LLP ("Proskauer") |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Period for which compensation and reimbursement for fees and services is sought: | July 1, 2020 through July  31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | **$5,988.90** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **$0.00** |
| Total Amount for these Invoices: | **$5,988.90** |

This is a:  X  monthly __ interim __ final application.

This is Proskauer's 11th monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for July 2020.


Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On August 21, 2020 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
      FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
      Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
      Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn:  John J. Rapisardi, Esq.
      Suzzanne Uhland, Esq.
      Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
      Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
      Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
      Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
      Central Accounting
      Omar E. Rodríguez Pérez, CPA, Assistant
        Secretary of Central Accounting
      Angel L. Pantoja Rodríguez, Deputy Assistant of
        Internal Revenue and Tax Policy
      Francisco Parés Alicea, Assistant Secretary of
        Internal Revenue and Tax Policy
      Francisco Peña Montañez, CPA, Assistant
        Secretary of the Treasury

4

**Summary of Legal Fees for the Period July 2020**

| PBA - General | | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 205 | Communications with the Commonwealth and its Representatives of the Commonwealth or its Instrumentalities | 0.70 | $552.30 |
| 206 | Documents Filed on Behalf of the Board | 1.00 | $789.00 |
| 210 | Analysis and Strategy | 2.40 | $1,893.60 |
| 218 | Employment and Fee Applications | 10.20 | $2,754.00 |
| | **Total** | **14.30** | **$5,988.90** |

5

**Summary of Legal Fees for the Period July 2020**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Partner | Brian S. Rosen | BSGR & B | $789.00 | 0.80 | $631.20 |
| Associate | Brooke H. Blackwell | Corporate | $789.00 | 2.20 | $1,735.80 |
| Associate | Elisa Carino | Litigation | $789.00 | 0.70 | $552.30 |
| Associate | Laura Stafford | Litigation | $789.00 | 0.40 | $315.60 |
| | | | **TOTAL** | **4.10** | **$3,234.90** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Natasha Petrov | Legal Assistant | BSGR & B | $270.00 | 10.20 | $2,754.00 |
| | | | **TOTAL** | **10.20** | **$2,754.00** |

| SUMMARY OF LEGAL FEES | Hours 14.30 | Fees $5,988.90 |
|---|---|---|

6

Summary of Disbursements for the period July 2020

ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| N/A | $0.00 |
| TOTAL | $0.00 |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $5,390.01, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount $5,390.01.

## Professional Certification

      I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

# **Exhibit A**

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 190157992

0083 PROMESA TITLE III: PBA

Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 205 | Communications with the Commonwealth and its Representatives | 0.70 | $552.30 |
| 206 | Documents Filed on Behalf of the Board | 1.00 | $789.00 |
| 210 | Analysis and Strategy | 2.40 | $1,893.60 |
| 218 | Employment and Fee Applications | 10.20 | $2,754.00 |
| | **Total** | **14.30** | **$5,988.90** |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER
Invoice 190157992

0083 PROMESA TITLE III: PBA — Page 2

**Communications with the Commonwealth and its Representatives -- 205**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/13/20 | Brian S. Rosen | 205 | Review L. Marini memorandum regarding PBA insurance settlement (0.40); Memorandum to L. Marini regarding same (0.10). | 0.50 | $394.50 |
| 07/16/20 | Brian S. Rosen | 205 | Review L. Marini memorandum regarding insurance claim (0.10); Memorandum to L. Marini regarding same (0.10). | 0.20 | $157.80 |
| **Communications with the Commonwealth and its Representatives** | | | | **0.70** | **$552.30** |

**Documents Filed on Behalf of the Board -- 206**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/14/20 | Laura Stafford | 206 | E-mails with B. Blackwell, et al. regarding PBA and ERS reminder notice (0.10). | 0.10 | $78.90 |
| 07/14/20 | Elisa Carino | 206 | Review and revise notices to assist B. Blackwell (0.50); Conference with B. Blackwell regarding same (0.10). | 0.60 | $473.40 |
| 07/15/20 | Laura Stafford | 206 | Review and revise bar date notice and publication notice (0.20). | 0.20 | $157.80 |
| 07/15/20 | Brian S. Rosen | 206 | Review draft CNO and memorandum to B. Blackwell regarding same (0.10). | 0.10 | $78.90 |
| **Documents Filed on Behalf of the Board** | | | | **1.00** | **$789.00** |

**Analysis and Strategy -- 210**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/01/20 | Laura Stafford | 210 | E-mails with J. Berman and E. Carino regarding PBA and ERS radio ads (0.10). | 0.10 | $78.90 |
| 07/01/20 | Elisa Carino | 210 | Review Spanish-language radio notice to assist L. Stafford. | 0.10 | $78.90 |
| 07/01/20 | Brooke H. Blackwell | 210 | E-mail with L. Stafford regarding radio ad approval for Bar Date notice (0.10). | 0.10 | $78.90 |
| 07/13/20 | Brooke H. Blackwell | 210 | Review and revise same (0.40); E-mail with L. Stafford regarding drafts (0.10). | 0.50 | $394.50 |
| 07/14/20 | Brooke H. Blackwell | 210 | Call with E. Carino regarding revisions to final publication notice for PBA Bar Date (0.10); Review and revise same (0.20); E-mail with L. Stafford regarding drafts (0.10). | 0.40 | $315.60 |

33260 FOMB                                                                    Invoice 190157992
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
      0083 PROMESA TITLE III: PBA                                                      Page 3

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 07/15/20 | Brooke H. Blackwell | 210 | Review and revise publication notices for bar date (0.80); Internal communications with L. Stafford regarding same (0.20); E-mail Prime Clerk regarding publication (0.10). | 1.10 | $867.90 |
| 07/16/20 | Brooke H. Blackwell | 210 | E-mail with Prime Clerk regarding final bar date publication notice. | 0.10 | $78.90 |
| **Analysis and Strategy** | | | | **2.40** | **$1,893.60** |

**Employment and Fee Applications -- 218**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 07/01/20 | Natasha Petrov | 218 | Continue drafting Proskauer 2nd interim fee application (3.40); Draft exhibits to same (1.40). | 4.80 | $1,296.00 |
| 07/08/20 | Natasha Petrov | 218 | Draft exhibits to Proskauer 2nd interim fee application. | 0.80 | $216.00 |
| 07/16/20 | Natasha Petrov | 218 | Review data from Finance Department (0.40); Continue drafting exhibits to Proskauer 2nd interim fee application (1.20). | 1.60 | $432.00 |
| 07/20/20 | Natasha Petrov | 218 | Review additional data from Finance Department (0.20); Continue drafting exhibits to Proskauer 2nd interim fee application (0.30). | 0.50 | $135.00 |
| 07/22/20 | Natasha Petrov | 218 | Continue drafting Proskauer 2nd interim fee application. | 2.10 | $567.00 |
| 07/29/20 | Natasha Petrov | 218 | Review and redact April and May monthly statements for certain entries for 2nd interim fee application. | 0.40 | $108.00 |
| **Employment and Fee Applications** | | | | **10.20** | **$2,754.00** |

**Total for Professional Services**                                              **$5,988.90**

33260 FOMB                                                          Invoice 190157992
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
  0083 PROMESA TITLE III: PBA                                                 Page 4

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|------------|--------|-------|------|-------|
| BRIAN S. ROSEN | PARTNER | 0.80 | 789.00 | $631.20 |
| **Total for PARTNER** | | **0.80** | | **$631.20** |
| | | | | |
| BROOKE H. BLACKWELL | ASSOCIATE | 2.20 | 789.00 | $1,735.80 |
| ELISA CARINO | ASSOCIATE | 0.70 | 789.00 | $552.30 |
| LAURA STAFFORD | ASSOCIATE | 0.40 | 789.00 | $315.60 |
| **Total for ASSOCIATE** | | **3.30** | | **$2,603.70** |
| | | | | |
| NATASHA PETROV | LEGAL ASSISTANT | 10.20 | 270.00 | $2,754.00 |
| **Total for LEGAL ASSISTANT** | | **10.20** | | **$2,754.00** |
| | | | | |
| | **Total** | **14.30** | | **$5,988.90** |
| | | | | |
| | **Total Amount for this Matter** | | | **$5,988.90** |

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

     Debtor.

------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

## COVER SHEET TO TWELFTH MONTHLY FEE APPLICATION OF PROSKAUER ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA") FOR THE PERIOD AUGUST 1, 2020 THROUGH AUGUST 31, 2020

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of Applicant:                          Proskauer Rose LLP ("Proskauer")

Authorized to Provide
Professional Services to:                    Financial Oversight and Management Board, as
                                            Representative for the Debtor Pursuant to
                                            PROMESA Section 315(b)

Period for which compensation
and reimbursement for fees and services
is sought:                                  August 1, 2020 through August  31, 2020

Amount of compensation sought
as actual, reasonable and necessary:         **$6,466.20**

Amount of expense reimbursement
sought as actual, reasonable and necessary:  **$0.00**

Total Amount for these Invoices:             **$6,466.20**

This is a: _X_ monthly __ interim __ final application.

This is Proskauer's 12th monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for August 2020.

_____

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On September 10, 2020 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
        FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
        Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
        Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn:  John J. Rapisardi, Esq.
        Suzzanne Uhland, Esq.
        Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
        Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
        Central Accounting
        Omar E. Rodríguez Pérez, CPA, Assistant
        Secretary of Central Accounting
        Angel L. Pantoja Rodríguez, Deputy Assistant of
        Internal Revenue and Tax Policy
        Francisco Parés Alicea, Assistant Secretary of
        Internal Revenue and Tax Policy
        Francisco Peña Montañez, CPA, Assistant
        Secretary of the Treasury

**Summary of Legal Fees for the Period August 2020**

| PBA - General | | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 201 | Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants | 0.70 | $552.30 |
| 205 | Communications with the Commonwealth and its Representatives of the Commonwealth or its Instrumentalities | 0.20 | $157.80 |
| 206 | Documents Filed on Behalf of the Board | 2.20 | $1,735.80 |
| 210 | Analysis and Strategy | 1.70 | $1,341.30 |
| 212 | General Administration | 2.40 | $648.00 |
| 218 | Employment and Fee Applications | 5.60 | $2,031.00 |
| | **Total** | **12.80** | **$6,466.20** |

**Summary of Legal Fees for the Period August 2020**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $789.00 | 2.30 | $1,814.70 |
| Timothy W. Mungovan | Partner | Litigation | $789.00 | 0.50 | $394.50 |
| Joshua A. Esses | Associate | BSGR & B | $789.00 | 1.40 | $1,104.60 |
| Laura Stafford | Associate | Litigation | $789.00 | 0.60 | $473.40 |
| Megan R. Volin | Associate | Corporate | $789.00 | 1.00 | $789.00 |
| | | | **TOTAL** | **5.80** | **$4,576.20** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Natasha Petrov | Legal Assistant | BSGR & B | $270.00 | 4.60 | $1,242.00 |
| Tal J. Singer | Legal Assistant | Litigation | $270.00 | 2.40 | $648.00 |
| | | | **TOTAL** | **7.00** | **$1,890.00** |

| SUMMARY OF LEGAL FEES | Hours 12.80 | Fees $6,466.20 |
|---|---|---|

6

Summary of Disbursements for the period August 2020

ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| N/A | $0.00 |
| TOTAL | $0.00 |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of <u>$5,819.58</u>, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of <u>$0.00</u>) in the total amount <u>$5,819.58</u>.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

_/s/ Martin J. Bienenstock_
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

# **Exhibit A**

33260 FOMB

Invoice 190160065

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

0083 PROMESA TITLE III: PBA

Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 201 | Tasks relating to the Board and Associated Members | 0.70 | $552.30 |
| 205 | Communications with the Commonwealth and its Representatives | 0.20 | $157.80 |
| 206 | Documents Filed on Behalf of the Board | 2.20 | $1,735.80 |
| 210 | Analysis and Strategy | 1.70 | $1,341.30 |
| 212 | General Administration | 2.40 | $648.00 |
| 218 | Employment and Fee Applications | 5.60 | $2,031.00 |
| | **Total** | **12.80** | **$6,466.20** |

33260 FOMB                                                                                          Invoice 190160065
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA                                                                              Page 2

**Tasks relating to the Board and Associated Members -- 201**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 08/03/20 | Brian S. Rosen | 201 | Review J. El Koury memorandum regarding claim settlement/procedure (0.10); Draft memorandum to El Koury regarding same (0.10); Draft memorandum to L. Marini regarding same (0.10); Review L. Marini memorandum regarding same (0.10). | 0.40 | $315.60 |
| 08/03/20 | Timothy W. Mungovan | 201 | E-mails with J. El Koury and B. Rosen concerning Triple S/PBA settlement (0.20). | 0.20 | $157.80 |
| 08/04/20 | Timothy W. Mungovan | 201 | E-mails with L. Marini concerning Triple S/PBA settlement (0.10). | 0.10 | $78.90 |
| **Tasks relating to the Board and Associated Members** | | | | **0.70** | **$552.30** |

**Communications with the Commonwealth and its Representatives -- 205**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 08/04/20 | Brian S. Rosen | 205 | Draft memorandum to L. Marini regarding Triple S settlement agreement (0.10); Review L. Marini memorandum regarding same (0.10). | 0.20 | $157.80 |
| **Communications with the Commonwealth and its Representatives** | | | | **0.20** | **$157.80** |

**Documents Filed on Behalf of the Board -- 206**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 08/18/20 | Joshua A. Esses | 206 | Draft motion to extend time within which to remove Commonwealth Court proceedings. | 0.30 | $236.70 |
| 08/19/20 | Joshua A. Esses | 206 | Draft motion for time to extend removals. | 0.20 | $157.80 |
| 08/20/20 | Joshua A. Esses | 206 | Draft motion to extend removal period. | 0.70 | $552.30 |
| 08/21/20 | Joshua A. Esses | 206 | Finalize motion to extend time to remove cases to Title III Court. | 0.20 | $157.80 |
| 08/21/20 | Laura Stafford | 206 | Review and revise draft motion for extension to file notices of removal (0.50). | 0.50 | $394.50 |
| 08/21/20 | Brian S. Rosen | 206 | Review PBA extension/removal motion (0.10); Memorandum to J. Esses regarding same (0.10); Revise PBA motion paragraph (0.10). | 0.30 | $236.70 |
| **Documents Filed on Behalf of the Board** | | | | **2.20** | **$1,735.80** |

33260 FOMB                                                                                                    Invoice 190160065
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0083 PROMESA TITLE III: PBA                                                                                        Page 3

**Analysis and Strategy -- 210**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|------------|------|-------------|-------|--------|
| 08/02/20 | Timothy W. Mungovan | 210 | E-mails with B. Rosen, L. Stafford, and M. Bienenstock regarding Triple S insurance contract for hurricane related claims (0.20). | 0.20 | $157.80 |
| 08/02/20 | Laura Stafford | 210 | E-mails with T. Mungovan, B. Rosen, J. El Koury regarding Triple SSS/PBA contract (0.10). | 0.10 | $78.90 |
| 08/02/20 | Brian S. Rosen | 210 | Review and revise Triple S Insurance agreement (0.40); Draft memorandum to T. Mungovan regarding same (0.10); Review J. El Koury regarding timing (0.20); Draft memorandum to L. Marini regarding agreement (0.10); Draft memorandum to J. El Koury regarding timing (0.20). | 1.00 | $789.00 |
| 08/18/20 | Brian S. Rosen | 210 | Review J. Esses memorandum regarding PBA litigation (0.10); Memorandum to J. Esses regarding same (0.10); Review Luis Marini memorandum regarding same (0.10); Memorandum to L. Marini regarding same (0.10). | 0.40 | $315.60 |
| **Analysis and Strategy** | | | | **1.70** | **$1,341.30** |

**General Administration -- 212**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|------------|------|-------------|-------|--------|
| 08/16/20 | Tal J. Singer | 212 | Conduct research for J. Esses (0.90) Draft notice per J. Esses (1.20). | 2.10 | $567.00 |
| 08/20/20 | Tal J. Singer | 212 | Assist J. Esses with Notice of motion to extend time to file notice of removal. | 0.30 | $81.00 |
| **General Administration** | | | | **2.40** | **$648.00** |

**Employment and Fee Applications -- 218**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|------------|------|-------------|-------|--------|
| 08/04/20 | Natasha Petrov | 218 | Revise 2nd interim fee application per P. Possinger and M. Volin's comments. | 0.90 | $243.00 |
| 08/05/20 | Natasha Petrov | 218 | Revise 2nd interim fee application per M. Volin's comments (0.40); Draft notice of filing for same (0.40). | 0.80 | $216.00 |
| 08/08/20 | Megan R. Volin | 218 | Review and revise draft fee application. | 0.70 | $552.30 |
| 08/09/20 | Megan R. Volin | 218 | Review and revise draft fee application (0.20); E-mails with E. Stevens regarding fee application (0.10). | 0.30 | $236.70 |
| 08/14/20 | Natasha Petrov | 218 | Revise 2nd interim fee application per M. Bienenstock's comments. | 0.90 | $243.00 |

33260 FOMB                                                                    Invoice 190160065
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0083 PROMESA TITLE III: PBA                                                    Page 4

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 08/25/20 | Natasha Petrov | 218 | Revise exhibits to second interim fee application. | 0.90 | $243.00 |
| 08/27/20 | Natasha Petrov | 218 | Revise Proskauer second fee application per M. Volin (0.90); Revise notice of filing of same (0.20). | 1.10 | $297.00 |
| **Employment and Fee Applications** | | | | **5.60** | **$2,031.00** |
| **Total for Professional Services** | | | | | **$6,466.20** |

33260 FOMB                                                          Invoice 190160065
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA                                              Page 5

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| BRIAN S. ROSEN | PARTNER | 2.30 | 789.00 | $1,814.70 |
| TIMOTHY W. MUNGOVAN | PARTNER | 0.50 | 789.00 | $394.50 |
| **Total for PARTNER** | | **2.80** | | **$2,209.20** |
| | | | | |
| JOSHUA A. ESSES | ASSOCIATE | 1.40 | 789.00 | $1,104.60 |
| LAURA STAFFORD | ASSOCIATE | 0.60 | 789.00 | $473.40 |
| MEGAN R. VOLIN | ASSOCIATE | 1.00 | 789.00 | $789.00 |
| **Total for ASSOCIATE** | | **3.00** | | **$2,367.00** |
| | | | | |
| NATASHA PETROV | LEGAL ASSISTANT | 4.60 | 270.00 | $1,242.00 |
| TAL J. SINGER | LEGAL ASSISTANT | 2.40 | 270.00 | $648.00 |
| **Total for LEGAL ASSISTANT** | | **7.00** | | **$1,890.00** |
| | **Total** | **12.80** | | **$6,466.20** |
| | **Total Amount for this Matter** | | | **$6,466.20** |

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------x
```

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

```
-----------------------------------------------------------x
```

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

<br>

```
-----------------------------------------------------------x
```

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

     Debtor.

```
-----------------------------------------------------------x
```

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

<br>

## COVER SHEET TO THIRTEENTH MONTHLY FEE APPLICATION OF PROSKAUER ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA") <u>FOR THE PERIOD SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020</u>

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of Applicant:                          Proskauer Rose LLP ("Proskauer")

Authorized to Provide
Professional Services to:                    Financial Oversight and Management Board, as
                                             Representative for the Debtor Pursuant to
                                             PROMESA Section 315(b)

Period for which compensation
and reimbursement for fees and services
is sought:                                   September 1, 2020 through September 30, 2020

Amount of compensation sought
as actual, reasonable and necessary:         **$1,771.50**

Amount of expense reimbursement
sought as actual, reasonable and necessary:  **$0.00**

Total Amount for these Invoices:             **$1,771.50**

This is a:  X  monthly __ interim __ final application.

This is Proskauer's 13th monthly fee application in these cases.

2

## Principal Certification

I hereby authorize the submission of this Monthly Fee Statement for September 2020.


Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On October 5, 2020 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
       FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
       Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
       Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
       Suzzanne Uhland, Esq.
       Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
       Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
       Central Accounting
       Omar E. Rodríguez Pérez, CPA, Assistant
       Secretary of Central Accounting
       Angel L. Pantoja Rodríguez, Deputy Assistant of
       Internal Revenue and Tax Policy
       Francisco Parés Alicea, Assistant Secretary of
       Internal Revenue and Tax Policy
       Francisco Peña Montañez, CPA, Assistant
       Secretary of the Treasury

4

**Summary of Legal Fees for the Period September 2020**

| PBA - General | | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 0.20 | $157.80 |
| 207 | Non-Board Court Filings | 0.20 | $157.80 |
| 212 | General Administration | 2.00 | $540.00 |
| 218 | Employment and Fee Applications | 3.20 | $915.90 |
| | **Total** | **5.60** | **$1,771.50** |

**Summary of Legal Fees for the Period September 2020**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $789.00 | 0.20 | $157.80 |
| Joshua A. Esses | Associate | BSGR & B | $789.00 | 0.20 | $157.80 |
| Megan R. Volin | Associate | Corporate | $789.00 | 0.10 | $78.90 |
| | | | **TOTAL** | **0.50** | **$ 394.50** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Natasha Petrov | Legal Assistant | BSGR & B | $270.00 | 3.10 | $837.00 |
| Olaide M. Adejobi | Legal Assistant | Litigation | $270.00 | 2.00 | $540.00 |
| | | | **TOTAL** | **5.10** | **$1,377.00** |

| SUMMARY OF LEGAL FEES | Hours 5.60 | Fees $1,771.50 |
|---|---|---|

Summary of Disbursements for the period September 2020

ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| N/A | $0.00 |
| TOTAL | $0.00 |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $1,594.35, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount $1,594.35.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

# **Exhibit A**

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 190161961

0083 PROMESA TITLE III: PBA

Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 0.20 | $157.80 |
| 207 | Non-Board Court Filings | 0.20 | $157.80 |
| 212 | General Administration | 2.00 | $540.00 |
| 218 | Employment and Fee Applications | 3.20 | $915.90 |
| | **Total** | **5.60** | **$1,771.50** |

33260 FOMB                                                                  Invoice 190161961
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0083 PROMESA TITLE III: PBA                                                        Page 2

## Documents Filed on Behalf of the Board -- 206

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/10/20 | Joshua A. Esses | 206 | Draft certificate of no objection for PBA motion to extend removal time. | 0.20 | $157.80 |
| **Documents Filed on Behalf of the Board** | | | | **0.20** | **$157.80** |

## Non-Board Court Filings -- 207

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/10/20 | Brian S. Rosen | 207 | Review certificate of objection regarding renewal (0.10); Memorandum to J. Esses regarding same (0.10). | 0.20 | $157.80 |
| **Non-Board Court Filings** | | | | **0.20** | **$157.80** |

## General Administration -- 212

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/08/20 | Olaide M. Adejobi | 212 | Draft certificate of no objection per T. Singer. | 0.80 | $216.00 |
| 09/09/20 | Olaide M. Adejobi | 212 | Draft certificate of no objection to motion for entry of a second order enlarging time to file notices of removal per J. Esses. | 0.70 | $189.00 |
| 09/10/20 | Olaide M. Adejobi | 212 | Finalize certificate of no objection for motion enlarging time to file notices of removal and coordinate filing per J. Esses. | 0.50 | $135.00 |
| **General Administration** | | | | **2.00** | **$540.00** |

## Employment and Fee Applications -- 218

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 09/16/20 | Natasha Petrov | 218 | Revisions to Proskauer second interim fee application E. Stevens and E. Barak (1.20); Update notice of filing of same (0.30). | 1.50 | $405.00 |
| 09/17/20 | Natasha Petrov | 218 | Revise Proskauer second interim fee application per additional comments from client and M. Bienenstock (0.40); Finalize exhibits in preparation for filing (0.40); Finalize notice of filing for same (0.20). | 1.00 | $270.00 |
| 09/18/20 | Natasha Petrov | 218 | Finalize for filing Proskauer second interim fee application. | 0.60 | $162.00 |
| 09/19/20 | Megan R. Volin | 218 | Revise fee application. | 0.10 | $78.90 |
| **Employment and Fee Applications** | | | | **3.20** | **$915.90** |

| | | | | | |
|------|------|------|------|------|------|
| **Total for Professional Services** | | | | | **$1,771.50** |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 190161961

| 0083 PROMESA TITLE III: PBA | | | | Page 3 |

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| BRIAN S. ROSEN | PARTNER | 0.20 | 789.00 | $157.80 |
| **Total for PARTNER** | | **0.20** | | **$157.80** |
| | | | | |
| JOSHUA A. ESSES | ASSOCIATE | 0.20 | 789.00 | $157.80 |
| MEGAN R. VOLIN | ASSOCIATE | 0.10 | 789.00 | $78.90 |
| **Total for ASSOCIATE** | | **0.30** | | **$236.70** |
| | | | | |
| NATASHA PETROV | LEGAL ASSISTANT | 3.10 | 270.00 | $837.00 |
| OLAIDE M. ADEJOBI | LEGAL ASSISTANT | 2.00 | 270.00 | $540.00 |
| **Total for LEGAL ASSISTANT** | | **5.10** | | **$1,377.00** |
| | **Total** | **5.60** | | **$1,771.50** |
| | **Total Amount for this Matter** | | | **$1,771.50** |