## **Exhibit C**

**Task Code Time Breakdown**

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0083 PBA - General** | | | | | |
| 201 | **Partner** | Brian S. Rosen | $789.00 | 0.40 | $315.60 |
| | | Timothy W. Mungovan | $789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.70** | **$552.30** |
| | **Associate** | Laura Stafford | $789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **0.10** | **$78.90** |
| **201 Total** | | | | **0.80** | **$631.20** |
| 202 | **Legal Assistant** | Natasha Petrov | $270.00 | 0.60 | $162.00 |
| | **Legal Assistant Total** | | | **0.60** | **$162.00** |
| **202 Total** | | | | **0.60** | **$162.00** |
| 204 | **Partner** | Brian S. Rosen | $789.00 | 1.10 | $867.90 |
| | **Partner Total** | | | **1.10** | **$867.90** |
| **204 Total** | | | | **1.10** | **$867.90** |
| 205 | **Partner** | Brian S. Rosen | $789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **0.90** | **$710.10** |
| **205 Total** | | | | **0.90** | **$710.10** |
| 206 | **Partner** | Brian S. Rosen | $789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| | **Associate** | Aliza H. Bloch | $789.00 | 0.60 | $473.40 |
| | | Brooke H. Blackwell | $789.00 | 5.20 | $4,102.80 |
| | | Elisa Carino | $789.00 | 1.30 | $1,025.70 |
| | | Joshua A. Esses | $789.00 | 1.60 | $1,262.40 |
| | | Laura Stafford | $789.00 | 3.40 | $2,682.60 |
| | **Associate Total** | | | **12.10** | **$9,546.90** |
| **206 Total** | | | | **12.50** | **$9,862.50** |
| 207 | **Partner** | Brian S. Rosen | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| | **Associate** | Brooke H. Blackwell | $789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| **207 Total** | | | | **0.50** | **$394.50** |
| 210 | **Partner** | Brian S. Rosen | $789.00 | 2.10 | $1,656.90 |
| | | Timothy W. Mungovan | $789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **2.30** | **$1,814.70** |
| | **Associate** | Brooke H. Blackwell | $789.00 | 5.50 | $4,339.50 |
| | | Elisa Carino | $789.00 | 0.20 | $157.80 |
| | | Laura Stafford | $789.00 | 0.60 | $473.40 |
| | | Steve Ma | $789.00 | 0.50 | $394.50 |
| | **Associate Total** | | | **6.80** | **$5,365.20** |
| **210 Total** | | | | **9.10** | **$7,179.90** |
| 212 | **Legal Assistant** | Natasha Petrov | $270.00 | 0.60 | $162.00 |
| | | Olaide M. Adejobi | $270.00 | 2.00 | $540.00 |
| | | Tal J. Singer | $270.00 | 2.40 | $648.00 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | Legal Assistant Total | | | **5.00** | **$1,350.00** |
| **212 Total** | | | | **5.00** | **$1,350.00** |
| 218 | Associate | Megan R. Volin | $789.00 | 1.10 | $867.90 |
| | **Associate Total** | | | **1.10** | **$867.90** |
| | Legal Assistant | Natasha Petrov | $270.00 | 20.80 | $5,616.00 |
| | **Legal Assistant Total** | | | **20.80** | **$5,616.00** |
| **218 Total** | | | | **21.90** | **$6,483.90** |
| **GRAND TOTAL** | | | | **52.40** | **$27,642.00** |