**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | No. 17-bk-3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors. | |

<u>**SUMMARY SHEET**</u>

**SEVENTH INTERIM APPLICATION OF CITIGROUP GLOBAL
MARKETS INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER AND FINANCIAL ADVISOR TO THE FINANCIAL OVERSIGHT AND
<u>MANAGEMENT BOARD, FROM OCTOBER 2019-JANUARY 2020</u>**

| | |
|---|---|
| Applicant: | Citigroup Global Markets Inc. |
| Authorized to Provide Services to: | The Financial Oversight and Management Board for Puerto Rico |
| Date of Retention: | January 27, 2017 |
| Compensation Period: | October 1, 2019-January 31, 2020 |
| Compensation Requested: | $4,840,000 |
| Expense Reimbursement Requested: | $1,206 |
| Total Requested: | $4,841,206 |

This is a: _ monthly   <u>X</u> interim   _final  application

## SUMMARY OF TIME DETAIL FROM
## COMPENSATION PERIOD IN APPENDICES A-B

| Name | Title | | Hours |
|------|-------|---|-------|
| Core Team Serving FOMB | | | |
| Green, Thomas H. | Managing Director | 30+ | 616 |
| Brownstein, David | Managing Director | 30+ | 735 |
| Gavin, John C. | Managing Director | 30+ | 628 |
| Leung, George | Managing Director | 30+ | 30 |
| Cohen, Daniel | Director | 30+ | 140 |
| Castiglioni, James | Director | 10 | 748 |
| Keca, Dashmir | Assoc. Vice President | 10 | 282 |
| Public Side/Specialist Employees | Various | -- | 1,500 |
| Subtotal: | | | 4,679 |
| PREPA Transformation Team | | | |
| Sen, Sandip | Managing Director | 30+ | 147 |
| Chapados, Frederic | Director | 10 | 243 |
| Yu, Daniel | Vice President | 5 | 257 |
| Ryan, Samantha | Analyst | 2 | 201 |
| Hall, Chris | Analyst | 2 | 206 |
| Subtotal: | | | 1,054 |

**Total: 5,733**

## EXPENSES FROM COMPENSATION PERIOD

| Category | Amount |
|----------|--------|
| Storch Amini P.C. | $1,206 |

**Total: $1,206**

## PRIOR FEE APPLICATIONS

| Period Covered | Date Filed (ECF #) | Fees Requested | Expenses Requested | Order Date ECF# | Fees Allowed | Expenses Allowed |
|---|---|---|---|---|---|---|
| 5/3/17-1/31/18 | 4/23/18 ECF#2944 | $625,000.00 | $60,971.21 | 1/30/19 ECF#2998 | $625,000.00 | $28,780.19 |
| 2/1/18-5/31/18 | 10/5/18 ECF#4020 | $1,803,571.43 | $40,912.98 | 7/24/20 ECF#13824 | $1,803,571.43 | $30,513.96 |
| 6/1/18-9/30/18 | 1/25/19 ECF #4897 | $1,975,000.00 | $20,450.63 | $1,975,000.00 ECF #15355 | $1,975,000.00 | $10,433.40 |
| 5/5/17-2/12/19 Re: COFINA Success Fee | 6/10/19 ECF#7341 | $5,873,156.76 | $0 | 7/24/20 ECF#13824 | $5,873,156.76 | $0 |
| 10/1/18-1/31/19 | 10/9/20 ECF#14522 | $1,975,000.00 | $41,623.98 | -- | -- | -- |
| 2/1/19-5/31/19 | 10/9/20 ECF#14523 | $4,300,000.00 | $26,187.61 | -- | -- | -- |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | No. 17-bk-3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors.[1] | |

**SEVENTH INTERIM APPLICATION OF CITIGROUP GLOBAL
MARKETS INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER AND FINANCIAL ADVISOR TO THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD, FROM OCTOBER 2019-JANUARY 2020**

Citigroup Global Markets Inc. ("Citi"), investment banker and financial advisor to The

Financial Oversight and Management Board for Puerto Rico ("FOMB"), as representative of the

Debtors pursuant to PROMESA section 315(b), submits its seventh interim application for

allowance of compensation for services rendered from October 1, 2019-January 31, 2020

("Compensation Period") in the amount of $4,840,000 and reimbursement of actual, necessary

expenses incurred during such period in the amount of $1,206, pursuant to PROMESA sections

316-17, Rule 2016 and P.R. LBR 2016-1, and states:

---

[1] The Debtors in these Title III Cases, along with the last four digits of their respective Federal Tax ID numbers, are: (i) Commonwealth of Puerto Rico ("Commonwealth") (3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (3747).

## JURISDICTION

1.      The Court has subject matter jurisdiction to consider this application, pursuant to PROMESA section 306(a).  Venue is proper in this district, pursuant to PROMESA section 307(a).

## BACKGROUND

2.      Pursuant to PROMESA section 315(b), the FOMB is the representative of each Debtor in its respective Title III case.

3.      Citi was originally employed as investment banker and financial advisor to the FOMB, pursuant to an engagement letter, dated January 27, 2017 [ECF No. 2944-1].  That agreement provided for Citi to be paid a fixed monthly retainer of $250,000, and a success fee equal to .0333% of the par amount of bonds issued by certain covered entities, or restructured as part of a PROMESA-related restructuring, subject to a cap and payable on closing of the relevant transaction(s), in addition to the reimbursement of reasonable out-of-pocket expenses, also subject to a cap.

4.      That agreement was superseded by an amended and restated engagement letter, dated February 13, 2018 [ECF No. 2944-2].  The amended agreement kept the foregoing compensation terms, but expanded the scope of services to be rendered to include, inter alia, identifying private sector solutions in connection with PREPA's restructuring, and advising on long-term concessions for the utility's transmission and distribution assets and privatization of its generation assets.  The amended agreement also provided for Citi to receive, as additional compensation for the foregoing additional services, a fixed monthly retainer of $400,000 and success fee.

5.      Hours expended by members of Citi's core team (estimated by each of them) in providing in providing services to the FOMB during the Compensation Period are included in

2

Appendix A. Appendix B lists hours expended by members of Citi's PREPA transformation team (estimated by each of them) during the Compensation Period.

6.      Monthly invoices for services rendered on behalf of the Title III Debtors during the Compensation Period are annexed hereto as Appendix C.

7.      Citi performed inter alia the following services during the Compensation Period, as is summarized below:[2]

**OCTOBER 2019**

- Follow-up work subsequent to September 27, 2019 FOMB filing of first Commonwealth plan of adjustment.

- Cash discussions with AAFAF and advisors regarding Commonwealth cash and restrictions.

- PROMESA Full Board strategy meeting in Washington, D.C.

- PREPA work on privatization of generation assets and discussion of potential need for a pension system funding charge given material underfunding in the current plan.

- PREPA RSA calls, meetings and follow-up work.

- Aid Board staff in responding to research reports that erroneously represent the impact of the PREPA RSA, its recoveries and its related charges to end consumers.

- PREPA work regarding tax opinions related to P3 contract and related PREPA RSA debt.

- Continued HTA work and analysis regarding Fiscal Plan toll projections and related debt analysis.

- HTA creditor "blow out" discussions regarding HTA creditor presentations from summer of 2019.

- Analysis and discussion on ERS asserted claims and various legal risks to ERS creditors.

---

[2] The summary provided herein and in the appendices to this application do not fully capture the many daily discussions Citi team members routinely have with the FOMB's executive director, in-house counsel, board members and other advisors concerning restructuring strategy, related litigation and other related aspects of Citi's PROMESA work.

- U.S. House Natural Resources Committee testimony by FOMB and AAFAF, including Congressional Q&A Session regarding debt, status of Federal FEMA funding, PREPA transformation, pension cuts proposed by the FOMB, sustainability of pension obligations going forward under "pay go," debt sustainability and FOMB's debt management policies as reflected in the September 2019 first plan of adjustment for the Commonwealth filing, along with questions regarding UPR.

- Discussions with LCDC and other PSA creditors regarding more detailed securities terms for the restructuring debt to be issued in connection with the proposed Commonwealth Title III plan of adjustment.

- Continued work regarding additional materials relating to debt sustainability analysis for the Commonwealth and comparative metrics relating to U.S. States as most relevant comparable peer group.

- PRIFA Ports Bonds restructuring discussions with the Board.

- Presentation to Title III Court Mediation Team's financial advisor regarding Commonwealth cash and restrictions analysis by the FOMB.

- Meetings with AAFAF advisors regarding the government's long-term model for PR HTA.

- Multiple calls and meetings with FOMB regarding securities design for the new Commonwealth restructured bonds.

- Review and help draft COFINA Fiscal Plan.

- Aid AFFAF staff and advisors regarding COFINA continuing disclosure relating to SUT collections since the confirmed COFINA plan.

- Aid Board staff in understanding the PRASA debt restructuring.

- Aid FOMB staff on various press releases and talking points related to the debt restructuring.

- Continued work helping claims reconciliation advisors with various CUSIP requests.

**NOVEMBER 2019**

- Refine securities structure for new restructuring bonds to be issued in connection with Commonwealth plan of adjustment, including a variety of options for both unsecured GO and securities debt, maturity range alternatives, couponing and call option flexibility for the government, reserve funding sizing and funding alternatives, bondholder and trustee remedies, and mix of Commonwealth covenants and Title III Court confirmation order and plan requirements, among other central terms for the new securities.

- Multiple mediation sessions at Proskauer regarding expanded Commonwealth creditor negotiations in support of a revised plan support agreement and amended Commonwealth Title III plan of adjustment.

- Ongoing briefings of the full FOMB Board regarding mediation session progress and outstanding legal and financial and securities structuring issues.

- Analysis of and response work with FOMB and its communications team and other Advisors regarding responding to reports issued by third parties criticizing the terms of the proposed PREPA new RSA.

- Aid Proskauer in responding to various objections to the PREPA RSA and numerous expert reports.

- PREPA RSA calls, meetings and follow-up work.

- Presentation by AAFAF and FOMB advisors of the government's new, expanded HTA long-term model to PR HTA creditor groups and advisors and the Title III Court's mediation team.

- Mediation session with certain creditor committee representatives and the Title III Court mediation team regarding the Commonwealth plan of adjustment.

- Preparation and review of presentations to the full FOMB Board regarding mediation sessions and a possible revised proposal to creditors regarding the Commonwealth plan of adjustment consideration, cash-bond mix and bond securities structure and terms.

- Meetings and calls with AAFAF and its advisors regarding FOMB's positions on securities terms and structure and covenants in the latest creditor mediation discussions regarding the Commonwealth Title III joint plan of adjustment.

- Discussions with AAFAF regarding revenue stream options for portion of Commonwealth new securities to be issued as secured rather than GO debt.

- UPR calls with Proskauer regarding UPR pension reform needs and debt topics.

- Multiple calls with Commonwealth creditor bond investors to discuss publicly available information on Commonwealth first plan of adjustment securities design, debt limit and debt policy as disclosed in the September 27, 2019 Commonwealth plan of adjustment filing by the FOMB with the Title III Court.

- Aid FOMB staff on various press releases and talking points related to the debt restructuring.

- Aid various Board advisors with debt related questions on GO, GO Guaranteed, PREPA, etc.

5

**DECEMBER 2019**

- FOMB Board briefings by Citi on PREPA T&D Transformation process and issues.

- Attendance at 1st Circuit Court of Appeals argument on ERS matters.

- Follow-up work with FOMB advisors and AAFAF advisors on securities design features for Commonwealth plan of adjustment.

- Follow-up calls with FOMB Cash Analysis advisors and AAFAF advisors regarding updated Commonwealth cash and liquidity analysis and related restrictions analysis.

- Multiple calls with FOMB leadership regarding Commonwealth plan of adjustment new securities design, including preparation of related presentations and Board briefings and production of numerous alternative scenarios for mix of GO debt and secured debt.

- Briefing of FOMB Board member regarding alternative levels for "caps" on the maximum annual debt service payable in any future fiscal year on Net Tax-Supported Debt post-restructured, including a combined cap covering both new Commonwealth Title III plan of adjustment debt service and the new COFINA debt issued in connection with the February 2019 COFINA confirmation order and COFINA plan of adjustment, with adjustments for the benefits to the Commonwealth of the summer 2019 "tax exchange" of previously non-tax exempt New COFINA bonds for Federal tax-exempt New COFINA as a result of the favorable determination from the U.S. Internal Revenue Service that accepted one of Citi's theories for favorable tax-exempt treatment.

- Preparation for and participation in presentations to the FOMB on Full FOMB Board weekend strategy call on December 15, 2019.

- Preparation for possible required "blow out" notice to the public of the FOMB's November 2019 Commonwealth plan of adjustment offer to creditors.

- Multiple days of mediation sessions at Proskauer with Commonwealth GO and PBA creditors.

- Review of alternatives for PRASA regarding potential refinancings for savings of PRASA's existing, currently callable senior bonds.

- Discussions with Federal tax counsel regarding multiple pending IRS audits of certain Puerto Rico bonds.

- PREPA T&D Transformation calls regarding final proponents and their proposals for entering into the private operation contract for PREPA T&D, subject to compliance with Federal tax code so as to preserve Federal tax-exempt interest on PREPA's legacy bonds and on any restructured debt relating to PREPA, such as the PREPA RSA securitization charge bonds.

- Review of monoline insurer court filings relating to the pending Commonwealth mediation.

- Review and calls with creditor advisors on Commonwealth creditor counterproposal received on December 30, 2019 and reviewed on New Year's Eve by the FOMB advisory team both internally and with creditor advisors in preparation for briefing of the FOMB Executive Director and full Board.

- Aid Proskauer in responding to various objections to the PREPA RSA and numerous expert reports.

- PREPA RSA calls, meetings and follow-up work.

## JANUARY 2020

- Review of Commonwealth POA mediation creditor counterproposal received New Year's Eve.

- Multiple calls and briefings of FOMB and staff regarding creditor counterproposal.

- Calls with financial advisor to Title III Court mediation team regarding municipal market and FOMB's proposals on yield curve for new Commonwealth securities and discussion of Commonwealth Cash and liquidity position.

- PREPA T&D privatization contract work.

- Review PREPA proposals from certain creditors.

- Multiple mediation sessions beginning early January with creditors' professionals regarding CW securities design for Title III plan of adjustment.

- Conference calls on Earthquake damage in Puerto Rico and consequences for PREPA.

- Multiple briefings of FOMB staff and full Board regarding Title III mediation sessions with creditors for the Commonwealth plan of adjustment.

- Meetings with monoline insurers regarding Commonwealth avoidance claims.

- Calls with FOMB regarding Washington, D.C. matters.

- Review and discussion of Commonwealth Debt Management Policy Act with Commonwealth advisors and with creditors.

- Educate creditor advisors regarding traditional municipal debt service reserve funding requirements.

- Preparation and review of multiple drafts of FOMB counterproposals to Commonwealth creditor proposals.

7

- Briefings of Title III Court mediation team regarding earthquake impacts on Puerto Rico, including preliminary damage assessments to power and water supply, schedule for Fiscal Plan revisions, Federal funding status and other matters.

- Extensive negotiations with creditors in mediation regarding FOMB desire to preserve Commonwealth optional call flexibility on new bonds to be issued in Commonwealth Title III case.

- Meeting with Commonwealth UCC.

- Participation in drafting and review of PSA as to Commonwealth plan of adjustment.

- Review of Congressional letters and FOMB responses thereto relating to PREPA debt restructuring RSA.

- Calls on Commonwealth cash position with FOMB cash and liquidity consultants and with government advisors.

- Review ERS Title III Court decisions and work with FOMB staff regarding ERS situation.

- Calls with AAFAF advisors regarding PRIDCO bond restructuring.

- Calls with AAFAF advisors regarding PRASA and potential new money and refunding transactions.

- FOMB Board calls regarding PREPA RSA and related litigation.

- Calls and prep work regarding PRIFA BANS creditor negotiation.

- Aid FOMB's claim's reconciliation team with numerous problem CUSIPs.

- Aid FOMB staff on various press releases and talking points related to debt restructuring.

- Aid various Board advisors with debt related questions on GO, GO Guaranteed, PREPA, etc.

## BASIS FOR RELIEF REQUESTED

8.    PROMESA section 316(a) provides that the Court "may award to a professional person employed by … the [FOMB] (in [its] sole discretion) … (1) reasonable compensation for actual, necessary services rendered by the professional, or attorney and by any paraprofessional employed by any such person; and (2) reimbursement for actual, necessary expenses."

9.    Pursuant to subdivision (c):

8

In determining the amount of reasonable compensation to be awarded to a professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—

(1) the time spent on such services;

(2) the rates charged for such services;

(3) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this chapter;

(4) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(5) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the restructuring field; and

(6) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title or title 11, United States Code.

10.    PROMESA section 317 and the interim compensation order permit professionals to apply for allowance of compensation and reimbursement of expenses on an interim basis.

11.    Each factor set forth in section 316(c) supports the allowance of the compensation sought herein on an interim basis.

(a)    Time spent on services rendered. Citi devoted nearly 6,000 hours providing services on behalf of the FOMB during the Compensation Period, as is summarized on the prefixed Summary Sheet.  Significantly, there has been virtually no turnover among the Citi senior executives leading this engagement; and so, relatively little of that time has been devoted to bringing professionals up to speed on this complex engagement.

(b)      <u>Fees charged</u>. As set forth in the Leffler Certification (defined below), the fees charged for this engagement are consistent with those customarily employed by Citi in other municipal restructuring engagements.

(c)      <u>Whether Services were necessary or beneficial</u>.  The services rendered were necessary to the administration of these Title III cases, and beneficial when rendered.  The FOMB engaged Citi for the express purpose of providing these services.

(d)      <u>Timeliness of services rendered</u>.  No issue has been raised concerning the timeliness of services rendered by Citi.

(e)      <u>Restructuring Experience</u>.  Citi has a wealth of municipal restructuring experience. Citi is one of the largest municipal securities dealers in the United States, and has played an active role nearly in most major municipal restructurings in the United States for at least the past two decades.  It was extremely well versed with complex issues facing the Debtors long before commencing this engagement.

12.     The certification required by Rule 2016 and P.R. LBR 2016-1(a)(4) is annexed hereto as <u>Appendix D</u> ("<u>Leffler Certification</u>").

## **<u>NO PRIOR REQUEST</u>**

13.     No prior request for the relief sought herein has been made to the Court or to any other court.

WHEREFORE, Citi requests an order allowing interim compensation for services rendered during the Compensation Period in the amount of $4,840,000 and reimbursement of expenses incurred during such period in the amount of $1,206 and granting such other and further relief as the Court deems just and proper.

Dated: March 22, 2021

Respectfully submitted,

/s/ Mike Leffler
Mike Leffler
Director
*Citigroup Global Markets Inc.*

Prepared by:

/s/ Jeffrey Chubak
Jeffrey Chubak
AMINI LLC
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com
*Attorneys for Citigroup Global Markets Inc.*

## **APPENDIX A**

**Time, Core Team**

**Citi Estimates for Hours Between Sept. 2019 - July 2020**

| Name | Agg. | T. Green | D. Brownstein | J. Gavin | G. Leung | D. Cohen | J. Castiglioni | D. Keca | D. Samad | Various |
|---|---|---|---|---|---|---|---|---|---|---|
| Title | | M. Director | M. Director | M. Director | M. Director | Director | Director | AV. President | Analyst | Public Side |
| Years Experience | | 30+ | 30+ | 30+ | 30+ | 30+ | 10 | 10 | 1 | or Specialist |
| Location | | Boston, MA | New York, NY | San Juan, PR | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY | Employees** |
| September 2019 | 1,139 | 153 | 158 | 141 | 30 | 35 | 156 | 66 | - | 400 |
| October 2019 | 1,083 | 134 | 166 | 157 | 10 | 35 | 172 | 59 | - | 350 |
| November 2019 | 1,133 | 146 | 193 | 139 | 10 | 20 | 194 | 56 | - | 375 |
| December 2019 | 1,179 | 178 | 188 | 146 | 10 | 35 | 181 | 66 | - | 375 |
| January 2020 | 1,284 | 158 | 188 | 186 | - | 50 | 201 | 101 | - | 400 |
| February 2020 | 1,354 | 143 | 173 | 176 | 176 | 30 | 196 | 86 | - | 550 |
| March 2020 | 1,087 | 95 | 110 | 108 | - | 30 | 143 | 51 | - | 550 |
| April 2020 | 1,044 | 88 | 78 | 86 | - | 30 | 146 | 91 | - | 525 |
| May 2020 | 949 | 115 | 107 | 120 | - | 42 | 70 | 95 | - | 400 |
| June 2020 | 1,015 | 124 | 110 | 129 | - | 33 | 141 | 78 | - | 400 |
| July 2020 | 1,067 | 115 | 115 | 125 | - | 32 | 150 | 68 | 62 | 400 |
| | | | | | | | | | | |
| September 2019 | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
| Multiple meetings/calls with Creditors/AFFAF | 105 | 25 | 25 | 25 | - | - | 25 | 5 | - | - |
| Aid Proskauer and help draft POA related documentation | 35 | 15 | 5 | 5 | - | - | 5 | 5 | - | - |
| Drafting of POA Security terms | 45 | 10 | 10 | 10 | - | - | 10 | 5 | - | - |
| GDB DRA Meetings and Meetings on PRIFA BANS | 45 | 10 | 10 | 10 | - | - | 10 | 5 | - | - |
| Review presentation of Cash Analysis | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Calls / meetings on additional debt sustainability analysis / Rating Agency Follow up | 45 | 10 | 5 | 5 | 15 | - | 5 | 5 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 255 | 20 | 20 | 20 | 5 | - | 10 | 5 | - | 150-200 |
| COFINA | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 80 | 5 | 5 | 5 | 5 | - | 5 | 5 | - | 25-75 |
| PREPA | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 23 | 1 | 1 | 1 | - | - | 15 | 5 | - | - |
| Multiple calls and meetings re PREPA RSA | 70 | 10 | 30 | 10 | - | 10 | 10 | - | - | - |
| Review P3 briefing materials | 35 | 5 | - | 15 | - | 15 | - | - | - | - |
| Aid Board staff in responding to PREPA RSA criticism | 25 | 5 | 10 | - | - | - | 10 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 265 | 20 | 20 | 20 | 5 | 10 | 10 | 5 | - | 150-200 |
| HTA | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | |
| Discussions with AFFAF re HTA Tolls and projections | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| October 2019 | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
| Multiple meetings/calls with Creditors/AFFAF | 105 | 25 | 25 | 25 | - | - | 25 | 5 | - | - |
| Follow up work given POA filing | 65 | 10 | 20 | 10 | - | - | 20 | 5 | - | - |
| Cash Discussions, including presentation to Mediation Team | 45 | 5 | 15 | 10 | - | - | 10 | 5 | - | - |
| Help Prep FOMB staff for testimony to House Natural Resources Comm. | 20 | 10 | - | 10 | - | - | - | - | - | - |
| Continued follow up work on Debt Sustainability Analysis | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 255 | 20 | 20 | 20 | 5 | - | 10 | 5 | - | 150-200 |
| COFINA | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Aid AFFAF Staff regarding COFINA Continuing Disclosure | 20 | - | - | 10 | - | - | 10 | - | - | - |
| Review COFINA Fiscal Plan | 15 | 3 | 3 | 3 | - | - | 3 | 3 | - | - |
| PREPA | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 23 | 1 | 1 | 1 | - | - | 15 | 5 | - | - |
| Multiple calls and meetings re PREPA RSA | 70 | 10 | 30 | 10 | - | 10 | 10 | - | - | - |
| PREPA P3 Work on Transformation | 20 | - | - | 15 | - | 15 | - | - | - | - |
| Aid Board staff in responding to PREPA RSA criticism | 25 | 5 | 10 | - | - | - | 10 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 265 | 20 | 20 | 20 | 5 | 10 | 10 | 5 | - | 150-200 |
| HTA | | | | | | | | | | |

**Citi Estimates for Hours Between Sept. 2019 - July 2020**

| Name<br>Title<br>Years Experience<br>Location | Agg. | T. Green<br>M. Director<br>30+<br>Boston, MA | D. Brownstein<br>M. Director<br>30+<br>New York, NY | J. Gavin<br>M. Director<br>30+<br>San Juan, PR | G. Leung<br>M. Director<br>30+<br>New York, NY | D. Cohen<br>Director<br>30+<br>New York, NY | J. Castiglioni<br>Director<br>10<br>New York, NY | D. Keca<br>AV. President<br>10<br>New York, NY | D. Samad<br>Analyst<br>1<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|---|---|---|---|---|
| Title III (May 2017) | | | | | | | | | | |
|   HTA Projection work and Preparation of Blowout materials | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
|   Meetings with AFFAF re HTA projections | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| PRASA | | | | | | | | | | |
|   Not in Title III | | | | | | | | | | |
|   Aid Board in understanding PRASA Federal Loan restructuring | 9 | 3 | - | 3 | - | - | 3 | - | - | - |
| **November 2019** | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | |
|   Title III (May 2017) | | | | | | | | | | |
|   Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
|   Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
|   Multiple meetings/calls with Creditors | 105 | 25 | 25 | 25 | - | - | 25 | 5 | - | - |
|   Continued work refining security structure for POA | 85 | 20 | 20 | 20 | - | - | 20 | 5 | - | - |
|   Multiple Mediation sessions | 100 | 25 | 25 | 25 | - | - | 25 | - | - | - |
|   Multiple meetings with AFFAF re security terms | 40 | 10 | 10 | 10 | - | - | 10 | - | - | - |
|   Multiple calls with investors in the market regarding POA | 50 | - | 25 | - | - | - | 25 | - | - | - |
|   Catchall for hours not recorded for Core Team and specialist / public side aid*** | 295 | 20 | 20 | 20 | 5 | - | 10 | 20 | - | 175-225 |
| PREPA | | | | | | | | | | |
|   Title III (July 2017) | | | | | | | | | | |
|   Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
|   Modeling of Current RSA and Alternatives | 23 | 1 | 1 | 1 | - | - | 15 | 5 | - | - |
|   Multiple calls and meetings re PREPA RSA | 70 | 10 | 30 | 10 | - | 10 | 10 | - | - | - |
|   Aid Board staff in responding to PREPA RSA criticism | 25 | 5 | 10 | - | - | - | 10 | - | - | - |
|   Catchall for hours not recorded for Core Team and specialist / public side aid*** | 270 | 20 | 20 | 20 | 5 | 10 | 10 | 10 | - | 150-200 |
| University of Puerto Rico | | | | | | | | | | |
|   Not in Title III | | | | | | | | | | |
|   Calls with Proskauer regarding Pensions and Debt | 9 | 3 | - | 3 | - | - | 3 | - | - | - |
| **December 2019** | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | |
|   Title III (May 2017) | | | | | | | | | | |
|   Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
|   Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
|   Multiple meetings/calls with Creditors | 145 | 35 | 35 | 35 | - | - | 35 | 5 | - | - |
|   Follow up work with AFFAF on Security design | 60 | 15 | 15 | 15 | - | - | 15 | - | - | - |
|   Follow up work re cash analysis | 20 | 5 | 5 | 5 | - | - | 5 | - | - | - |
|   Board briefings on debt sustainability and debt service caps | 45 | 10 | 10 | 10 | - | - | 10 | 5 | - | - |
|   Preparation of blowout materials | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
|   Discussions with Tax Counsel regarding multiple topics | 40 | 15 | 10 | - | - | - | 15 | - | - | - |
|   Review counterproposals regarding POA | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
|   Catchall for hours not recorded for Core Team and specialist / public side aid*** | 295 | 20 | 20 | 20 | 5 | - | 10 | 20 | - | 175-225 |
| PREPA | | | | | | | | | | |
|   Title III (July 2017) | | | | | | | | | | |
|   Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
|   Modeling of Current RSA and Alternatives | 28 | 1 | 1 | 1 | - | - | 20 | 5 | - | - |
|   Multiple calls and meetings re PREPA RSA | 70 | 10 | 30 | 10 | - | 10 | 10 | - | - | - |
|   Board briefings of PREPA P3 progress and finalizing proponents | 40 | 10 | - | 15 | - | 15 | - | - | - | - |
|   Aid Proskauer in responding to expert criticism on PREPA RSA | 30 | 10 | 10 | - | - | - | 10 | - | - | - |
|   Catchall for hours not recorded for Core Team and specialist / public side aid*** | 285 | 20 | 35 | 20 | 5 | 10 | 10 | 10 | - | 150-200 |
| ERS | | | | | | | | | | |
|   Title III (May 2017) | | | | | | | | | | |
|   Attend 1st Circuit Court hearing | 10 | 10 | - | - | - | - | - | - | - | - |
| **January 2020** | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | |
|   Title III (May 2017) | | | | | | | | | | |
|   Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
|   Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
|   Multiple meetings/calls with Creditors, AFFAF and Mediators | 145 | 35 | 35 | 35 | - | - | 35 | 5 | - | - |
|   Multiple briefings with FOMB and FOMB Staff re CW POA | 60 | 10 | 10 | 10 | - | 10 | 10 | 10 | - | - |
|   Review and discussion on CW Debt Management Policy | 45 | 10 | 10 | 10 | - | - | 10 | 5 | - | - |
|   Preparation and review of multiple proposals and counter proposals | 70 | 15 | 15 | 15 | - | 5 | 15 | 5 | - | - |
|   Brief Court Mediation team regarding Earthquake damage | 30 | 5 | 5 | 5 | - | 5 | 5 | 5 | - | - |

**Citi Estimates for Hours Between Sept. 2019 - July 2020**

| Name<br>Title<br>Years Experience<br>Location | Agg. | T. Green<br>M. Director<br>30+<br>Boston, MA | D. Brownstein<br>M. Director<br>30+<br>New York, NY | J. Gavin<br>M. Director<br>30+<br>San Juan, PR | G. Leung<br>M. Director<br>30+<br>New York, NY | D. Cohen<br>Director<br>30+<br>New York, NY | J. Castiglioni<br>Director<br>10<br>New York, NY | D. Keca<br>AV. President<br>10<br>New York, NY | D. Samad<br>Analyst<br>1<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|---|---|---|---|---|
| Participation in drafting and review of POA Plan Support Agreement | 85 | 20 | 20 | 20 | - | - | 20 | 5 | - | - |
| Calls/meetings on CW cash position | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 310 | 10 | 20 | 20 | - | - | 15 | 20 | - | 200-250 |
| PREPA |  |  |  |  |  |  |  |  |  |  |
| Title III (July 2017) |  |  |  |  |  |  |  |  |  |  |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 28 | 1 | 1 | 1 | - | - | 20 | 5 | - | - |
| Calls regarding Earthquake damage | 30 | 5 | 5 | 5 | - | 5 | 5 | 5 | - | - |
| Review PREPA Proposals from certain groups | 30 | 5 | 5 | 5 | - | 5 | 5 | 5 | - | - |
| PREPA T&D Privatization contract work | 35 | 5 | 5 | 15 | - | 10 | - | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 270 | 10 | 35 | 20 | - | 10 | 10 | 10 | - | 150-200 |
| ERS |  |  |  |  |  |  |  |  |  |  |
| Title III (May 2017) |  |  |  |  |  |  |  |  |  |  |
| Review ERS Title III Court decisions with FOMB Staff | 20 | 5 | 5 | 5 | - | - | 5 | - | - | - |
| PRASA |  |  |  |  |  |  |  |  |  |  |
| Not in Title III |  |  |  |  |  |  |  |  |  |  |
| Calls with AFFAF re PRASA and potential New Money / Refunding | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| PRIDCO |  |  |  |  |  |  |  |  |  |  |
| Not in Title III |  |  |  |  |  |  |  |  |  |  |
| Calls with AFFAF regarding PRIDCO restructuring | 15 | 5 | - | 5 | - | - | 5 | - | - | - |
| February 2020 |  |  |  |  |  |  |  |  |  |  |
| Commonwealth (GO & GO Guar.) |  |  |  |  |  |  |  |  |  |  |
| Title III (May 2017) |  |  |  |  |  |  |  |  |  |  |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
| Multiple meetings/calls with Creditors, AFFAF and Mediators | 145 | 35 | 35 | 35 | - | - | 35 | 5 | - | - |
| Drafting of CW Title III POA section including securities design | 50 | 15 | 10 | 10 | - | - | 10 | 5 | - | - |
| Preparation and review of PSA Blowout deck | 65 | 15 | 15 | 15 | - | - | 15 | 5 | - | - |
| Prep FOMB staff for calls on COFINA restructuring | 15 | 5 | - | 5 | - | - | 5 | - | - | - |
| Presentation to broader municipal market regarding CW PSA | 30 | 5 | 5 | 5 | - | - | 10 | 5 | - | - |
| Review updated information regarding CW Cash, liquidity and restrictions | 20 | 5 | 5 | 5 | - | - | 5 | - | - | - |
| Review & comment on Disclosure Statement for POA | 45 | 10 | 10 | 10 | - | - | 10 | 5 | - | - |
| Review Draft legislation for POA implementation | 20 | 5 | 5 | 5 | - | - | 5 | - | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 20 | - | - | - | - | - | 10 | 10 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 460 | 10 | 20 | 20 | - | - | 15 | 20 | - | 350-400 |
| PREPA |  |  |  |  |  |  |  |  |  |  |
| Title III (July 2017) |  |  |  |  |  |  |  |  |  |  |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 28 | 1 | 1 | 1 | - | - | 20 | 5 | - | - |
| Multiple calls, analysis and meetings re PREPA RSA | 75 | 10 | 20 | 15 | - | 10 | 15 | 5 | - | - |
| Work on PREPA T&D qualified management agreement and tax issues | 35 | 5 | - | 20 | - | 10 | - | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 270 | 10 | 35 | 20 | - | 10 | 10 | 10 | - | 150-200 |
| ERS |  |  |  |  |  |  |  |  |  |  |
| Title III (May 2017) |  |  |  |  |  |  |  |  |  |  |
| Review ERS Claims/Legal Challenges & related follow up work | 15 | 5 | 5 | 5 | - | - | - | - | - | - |
| March 2020 |  |  |  |  |  |  |  |  |  |  |
| Commonwealth (GO & GO Guar.) |  |  |  |  |  |  |  |  |  |  |
| Title III (May 2017) |  |  |  |  |  |  |  |  |  |  |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
| Multiple meetings/calls with Creditors, AFFAF and Mediators | 85 | 20 | 20 | 20 | - | - | 20 | 5 | - | - |
| GDB DRA Meetings | 20 | 5 | 5 | 5 | - | - | 5 | - | - | - |
| Review new drafts of Bond legislation for POA | 20 | 5 | 5 | 5 | - | - | 5 | - | - | - |
| Debriefing with Rating Agencies regarding multiple credits | 20 | 5 | 5 | 5 | - | - | 5 | - | - | - |
| Multiple FOMB board calls / strategy sessions | 30 | 5 | 5 | 5 | - | 5 | 5 | 5 | - | - |
| FOMB strategy session regarding impact of COVID | 20 | 5 | 5 | 5 | - | - | 5 | - | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 20 | - | - | - | - | - | 10 | 10 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 400 | 5 | 5 | 5 | - | - | 5 | 5 | - | 350-400 |
| PREPA |  |  |  |  |  |  |  |  |  |  |
| Title III (July 2017) |  |  |  |  |  |  |  |  |  |  |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |

**Citi Estimates for Hours Between Sept. 2019 - July 2020**

| Name<br>Title<br>Years Experience<br>Location | Agg. | T. Green<br>M. Director<br>30+<br>Boston, MA | D. Brownstein<br>M. Director<br>30+<br>New York, NY | J. Gavin<br>M. Director<br>30+<br>San Juan, PR | G. Leung<br>M. Director<br>30+<br>New York, NY | D. Cohen<br>Director<br>30+<br>New York, NY | J. Castiglioni<br>Director<br>10<br>New York, NY | D. Keca<br>AV. President<br>10<br>New York, NY | D. Samad<br>Analyst<br>1<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|---|---|---|---|---|
| Modeling of Current RSA and Alternatives | 28 | 1 | 1 | 1 | - | - | 20 | 5 | - | - |
| Multiple calls, analysis and meetings re PREPA RSA | 90 | 10 | 25 | 15 | - | 10 | 25 | 5 | - | - |
| Work on PREPA T&D qualified management agreement and tax issues | 45 | 15 | - | 20 | - | 10 | - | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 230 | 5 | 25 | 10 | - | 5 | 5 | 5 | - | 150-200 |
| COFINA | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Discussions with Rating Agencies regarding COFINA structure | 10 | 5 | - | 5 | - | - | - | - | - | - |
| PRIDCO | | | | | | | | | | |
| Not in Title III | | | | | | | | | | |
| Calls regarding PRIDCO Fiscal Plan and cash flows | 8 | 2 | 2 | 2 | - | - | 2 | - | - | - |
| April 2020 | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
| Calls and meetings regarding PRIDCO, PRIFA, Ports & CCDA | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Multiple meetings regarding COVID impact and economist input | 50 | 10 | 10 | 10 | - | 5 | 10 | 5 | - | - |
| Additional work on debt sustainability analysis | 30 | 10 | - | - | - | - | 10 | 10 | - | - |
| FOMB strategy session regarding CW | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Review various CW and CW public corporation fiscal plans | 65 | 15 | 5 | 15 | - | 5 | 15 | 10 | - | - |
| Background work on possible tweaks to CW Title III POA | 50 | 10 | 10 | 10 | - | - | 10 | 10 | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 20 | - | - | - | - | - | 10 | 10 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 400 | 10 | 10 | 10 | - | - | 10 | 10 | - | 325-375 |
| PREPA | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 28 | 1 | 1 | 1 | - | - | 20 | 5 | - | - |
| FOMB strategy session regarding PREPA | 25 | 5 | 5 | 5 | - | 5 | 5 | - | - | - |
| Multiple calls on PREPA next steps | 25 | 5 | 5 | 5 | - | 5 | 5 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 240 | 5 | 15 | 15 | - | 10 | 10 | 10 | - | 150-200 |
| May 2020 | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 13 | 1 | 1 | 1 | - | - | 5 | 5 | - | - |
| Review AFFAF CW Fiscal Plan | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Multiple review of FOMB draft Fiscal Plan and DSA sections | 45 | 10 | 5 | 10 | - | 5 | 5 | 10 | - | - |
| Update review of CW Cash and Liquidity position | 10 | 2 | 2 | 2 | - | - | 2 | 2 | - | - |
| Various Fiscal Plan draft reviews for various credits | 40 | 10 | 10 | 10 | - | - | 5 | 5 | - | - |
| Review First Circuit Court decisions regarding SSI and its implications | 15 | 5 | 2 | 2 | - | 2 | 2 | 2 | - | - |
| Various calls / sessions on CW POA next steps | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Prep for and view public FOMB sessions | 45 | 10 | 10 | 10 | - | - | 5 | 10 | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 15 | - | - | - | - | - | 5 | 10 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 310 | 20 | 20 | 20 | - | - | 5 | 20 | - | 200-250 |
| PREPA | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 13 | 1 | 1 | 1 | - | - | 5 | 5 | - | - |
| Review drafts of PREPA Fiscal Plans | 25 | 5 | 5 | 5 | - | 5 | 5 | - | - | - |
| Calls & work regarding PREPA T&D | 35 | 10 | - | 15 | - | 10 | - | - | - | - |
| Calls related to PREPA Generation Plans | 25 | 5 | - | 10 | - | 10 | - | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 280 | 20 | 35 | 20 | - | 10 | 10 | 10 | - | 150-200 |
| June 2020 | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
| Review certified CW Fiscal Plan with FOMB staff and third party analysts | 50 | 10 | 10 | 10 | - | - | 10 | 10 | - | - |
| Review w/ FOMB counsel US Supreme Court decision | 13 | 5 | 2 | 2 | - | - | 2 | 2 | - | - |
| Calls / sessions regarding creditors and outreach | 30 | 5 | 5 | 5 | - | 5 | 5 | 5 | - | - |
| Analysis / Calls on possible steps with POA | 50 | 10 | 10 | 10 | - | 5 | 10 | 5 | - | - |

**Citi Estimates for Hours Between Sept. 2019 - July 2020**

| Name / Title / Years Experience / Location | Agg. | T. Green M. Director 30+ Boston, MA | D. Brownstein M. Director 30+ New York, NY | J. Gavin M. Director 30+ San Juan, PR | G. Leung M. Director 30+ New York, NY | D. Cohen Director 30+ New York, NY | J. Castiglioni Director 10 New York, NY | D. Keca AV. President 10 New York, NY | D. Samad Analyst 1 New York, NY | Various Public Side or Specialist Employees** |
|---|---|---|---|---|---|---|---|---|---|---|
| Prep FOMB staff for House Natural Resources Committee testimony | 12 | 3 | 3 | 3 | - | - | 3 | - | - | - |
| Calls with AFFAF regarding rating agencies | 10 | 5 | - | 5 | - | - | - | - | - | - |
| Calls with AFFAF and advisors regarding POA | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| FOMB strategy session on fiscal plans and related CW work | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 20 | - | - | - | - | - | 10 | 10 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 275 | 10 | 10 | 10 | - | - | 10 | 10 | - | 200-250 |
| **PREPA** | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 37 | 1 | 10 | 1 | - | - | 20 | 5 | - | - |
| Review and comment on draft Fiscal Plan | 25 | 5 | 5 | 5 | - | 5 | 5 | - | - | - |
| PREPA T&D contract review and related work | 30 | 10 | - | 15 | - | 5 | - | - | - | - |
| Call with economics advisor regarding PREPA | 12 | 3 | 3 | 3 | - | 3 | - | - | - | - |
| PREPA T&D operating agreement summary deck | 20 | 5 | - | 10 | - | 5 | - | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 275 | 20 | 35 | 20 | - | 5 | 10 | 10 | - | 150-200 |
| **HTA** | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Review and comment on draft Fiscal Plan | 15 | 5 | - | 5 | - | - | 5 | - | - | - |
| **PRASA** | | | | | | | | | | |
| Not in Title III | | | | | | | | | | |
| Review and comment on draft Fiscal Plan | 15 | 5 | - | 5 | - | - | 5 | - | - | - |
| **UPR** | | | | | | | | | | |
| Not in Title III | | | | | | | | | | |
| Review and comment on draft Fiscal Plan | 15 | 5 | - | 5 | - | - | 5 | - | - | - |
| **July 2020** | | | | | | | | | | |
| **Commonwealth (GO & GO Guar.)** | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
| Review various legal filings related to CW | 6 | 2 | - | 2 | - | - | 2 | - | - | - |
| Preparation and presentation to the FOMB regarding Catastrophe Bonds | 25 | 5 | - | 5 | - | - | 5 | - | - | 10 |
| Internal work re. cash, security design, etc; present to FOMB | 55 | 10 | 10 | 10 | - | 5 | 10 | 5 | 5 | - |
| Aid FOMB staff and advisors in due diligence questions | 15 | 5 | - | 5 | - | - | 5 | - | - | - |
| Preparation and presentation to CW stakeholders | 55 | 10 | 10 | 10 | - | - | 10 | 10 | 5 | - |
| Review CW proposed amendments to its Constitution | 15 | 5 | 2 | 2 | - | - | 2 | 2 | 2 | - |
| Attend FOMB Strategy sessions | 40 | 10 | 10 | 10 | - | - | 10 | - | - | - |
| Review IRS claims regarding subsidy payments | 12 | 3 | 3 | 3 | - | - | 3 | - | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 25 | - | - | - | - | - | 10 | 10 | 5 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 295 | 10 | 10 | 10 | - | - | 10 | 10 | 20 | 200-250 |
| **PREPA** | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 28 | 1 | 1 | 1 | - | - | 20 | 5 | - | - |
| Aid FOMB staff in responding to T&D agreement questions | 20 | 5 | - | 10 | - | 5 | - | - | - | - |
| Review various legal filings / letters related to PREPA | 10 | 2 | 2 | 2 | - | 2 | 2 | - | - | - |
| Work on PREPA Generation RFQ | 30 | 5 | - | 15 | - | 10 | - | - | - | - |
| Numerous calls and analysis regarding PREPA RSA | 75 | 10 | 25 | 10 | - | 5 | 15 | 5 | 5 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 295 | 20 | 35 | 20 | - | 5 | 10 | 10 | 20 | 150-200 |
| **PRASA** | | | | | | | | | | |
| Not in Title III | | | | | | | | | | |
| Review potential PRASA privatization and related financing | 15 | 5 | - | 5 | - | - | 5 | - | - | - |

*As noted previously, Citi only submitted hours for certain members of its core team, as a result, this schedule does not fully reflect the totality of Citi personnel time committed to the firm's PROMESA FOMB assignments. To assist the Fee Examiner's review, we have added a column for the various industry specialists and "public side" employees who also devoted substantial time and expertise to the firm's FOMB assignments.

**Due to the fact that the specific individual specialists varied frequently depending on the specific PROMESA topics involved, we have labelled the "industry specialists and public side employees" column by job function and not by individual personnel name.

***For calculation purposes, the specialists and public side employees are estimated to have contributed approximately mid-point of the range of hours per month to Citi's work for the FOMB, with Citi estimating that the hours dedicated by these non-core team members had a range depending on the month. Once the various COFINA and Commonwealth and PREPA restructuring proposals, "blow out" notices, plan support agreements (PSAs and RSAs) and proposed plans of adjustment began to become public starting in early calendar year 2018, the involvement of Citi's public side employees, in-house counsel and industry specialists increased materially and that higher level of involvement has continued into 2020.

## **APPENDIX B**

**Time, PREPA Transformation Team**

**PREPA Transformation Team Estimates for Hours Between Sept. 2019 - July 2020**

| Name | Agg. | S. Sen | F. Chapados | D. Bond | D. Yu | C. Hall | S. Ryan |
|---|---|---|---|---|---|---|---|
| Title | | M. Director | Director | AV. President | V. President | Analyst | Analyst |
| Years Experience | | 30 | 10 | 3 | 5 | 2 | 2 |
| Location | | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY |
| September 2019 | 261 | 34 | 59 | 3 | 72 | 44 | 51 |
| October 2019 | 310 | 39 | 79 | - | 81 | 54 | 59 |
| November 2019 | 276 | 31 | 57 | - | 74 | 60 | 55 |
| December 2019 | 314 | 52 | 87 | - | 67 | 57 | 52 |
| January 2020 | 150 | 25 | 20 | - | 35 | 35 | 35 |
| February 2020 | 115 | 20 | 15 | - | 30 | 25 | 25 |
| March 2020 | 110 | 20 | 25 | - | 35 | 15 | 15 |
| April 2020 | 145 | 30 | 35 | - | 35 | 25 | 20 |
| May 2020 | 125 | 25 | 25 | - | 30 | 25 | 20 |
| June 2020 | 135 | 30 | 25 | - | 30 | 25 | 25 |
| July 2020 | 205 | 15 | 70 | - | 70 | 25 | 25 |

# **APPENDIX C**

## **Invoices**



Public Finance Department
Municipal Securities Division

| **To:** | Natalie Juresko | Invoice #: 1028_184 |
| | Executive Director | |
| | PR Financial Oversight and Management Board (PROMESA) | |

| **Date** | August 25, 2020 |

### Fee Invoice

| **Client Name:** | PR Financial Oversight and Management Board (PROMESA) |

| **Project Description:** | Financial Oversight Board of Puerto Rico |

| **Engagement Letter Date:** | January 27, 2017 |

| **Description of Services:** | Strategic Advisory Services |

| **Amount Due:** | October 2019 (Title III - Mainland) | $ | 1,121,842.85 |
| | October 2019 (Title III - Puerto Rico) | $ | 88,157.15 |
| | **Total** | **$** | **1,210,000.00** |

| **Payment Terms:** | Please remit the Amount Due to **Citigroup Global Markets Inc** |
| | (tax ID #11-2418191) by wire transfer of funds, as follows: |

| | Bank: | Citibank, N.A. |
| | ABA #: | 021-000089 |
| | A/C Name: | Citigroup Global Markets Inc. |
| | Account #: | 309-50592 |
| | Credit to: | # 029-32007-13 (Must be included) |
| | Reference: | Financial Oversight Board |
| | | of Puerto Rico (Dafi: |
| | | 47PC1046) |
| | Attention: | Michael Tong (212-723-2987) |

Or by Check to: Citigroup Global Markets Inc, addressed as follows:

Attn: Michael Hershkowitz
Citigroup Global Markets Inc.
390 Greenwich Street, Trading - 6th Floor
New York, NY 10013

| **cc:** | Michael Tong, Assistant Vice President |
| | John C Gavin, Managing Director |
| | Mike Leffler, Managing Director |
| | Michael Hershkowitz, Managing Director |



Public Finance Department
Municipal Securities Division

**To:**   Natalie Juresko
Executive Director
PR Financial Oversight and Management Board (PROMESA)

Invoice #: 1028_185

**Date**   August 25, 2020

### Fee Invoice

**Client Name:**   PR Financial Oversight and Management Board (PROMESA)

**Project Description:**   Financial Oversight Board of Puerto Rico

**Engagement Letter Date:**   January 27, 2017

**Description of Services:**   Strategic Advisory Services

**Amount Due:**

| | |
|---|---:|
| November 2019 (Title III - Mainland) | $  1,121,842.85 |
| November 2019 (Title III - Puerto Rico) | $      88,157.15 |
| **Total** | **$  1,210,000.00** |

**Payment Terms:**   Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank, N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight Board |
| | of Puerto Rico (Dafi: |
| | 47PC1046) |
| Attention: | Michael Tong (212-723-2987) |

Or by Check to: Citigroup Global Markets Inc, addressed as follows:

Attn: Michael Hershkowitz
Citigroup Global Markets Inc.
390 Greenwich Street, Trading - 6th Floor
New York, NY 10013

**cc:**   Michael Tong, Assistant Vice President
John C Gavin, Managing Director
Mike Leffler, Managing Director
Michael Hershkowitz, Managing Director



Public Finance Department
Municipal Securities Division

**To:**           Natalie Juresko                                    Invoice #: 1028_186
              Executive Director
              PR Financial Oversight and Management Board (PROMESA)

**Date**          August 25, 2020

---

### Fee Invoice

**Client Name:**          PR Financial Oversight and Management Board (PROMESA)

**Project Description:**   Financial Oversight Board of Puerto Rico

**Engagement Letter Date:**  January 27, 2017

**Description of Services:**  Strategic Advisory Services

**Amount Due:**  | | |
|---|---|---|
| December 2019 (Title III - Mainland) | $ | 1,121,842.85 |
| December 2019 (Title III - Puerto Rico) | $ | 88,157.15 |
| **Total** | **$** | **1,210,000.00** |

**Payment Terms:**   Please remit the Amount Due to **Citigroup Global Markets Inc**
                  (tax ID #11-2418191) by wire transfer of funds, as follows:

                  Bank:            Citibank, N.A.
                  ABA #:           021-000089
                  A/C Name:        Citigroup Global Markets Inc.
                  Account #:       309-50592
                  Credit to:       # 029-32007-13 (Must be included)
                  Reference:       Financial Oversight Board
                                   of Puerto Rico (Dafi:
                                   47PC1046)
                  Attention:       Michael Tong (212-723-2987)

                  Or by Check to: Citigroup Global Markets Inc, addressed as follows:

                  Attn: Michael Hershkowitz
                  Citigroup Global Markets Inc.
                  390 Greenwich Street, Trading - 6th Floor
                  New York, NY 10013

**cc:**           Michael Tong, Assistant Vice President
              John C Gavin, Managing Director
              Mike Leffler, Managing Director
              Michael Hershkowitz, Managing Director



Public Finance Department
Municipal Securities Division

**To:**     Natalie Juresko                                     | Invoice #: 1028_187 |
Executive Director
PR Financial Oversight and Management Board (PROMESA)

**Date**     August 25, 2020

---

## Fee Invoice

**Client Name:**     PR Financial Oversight and Management Board (PROMESA)

**Project Description:**     Financial Oversight Board of Puerto Rico

**Engagement Letter Date:**     January 27, 2017

**Description of Services:**     Strategic Advisory Services

**Amount Due:**

| | | |
|---|---|---:|
| January 2020 (Title III - Mainland) | $ | 1,121,842.85 |
| January 2020 (Title III - Puerto Rico) | $ | 88,157.15 |
| **Total** | **$** | **1,210,000.00** |

**Payment Terms:**     Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank,  N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight Board |
| | of Puerto Rico (Dafi: |
| | 47PC1046) |
| Attention: | Michael Tong (212-723-2987) |

Or by Check to: Citigroup Global Markets Inc, addressed as follows:

Attn: Michael Hershkowitz
Citigroup Global Markets Inc.
390 Greenwich Street, Trading - 6th Floor
New York, NY 10013

**cc:**     Michael Tong, Assistant Vice President
John C Gavin, Managing Director
Mike Leffler, Managing Director
Michael Hershkowitz, Managing Director

# **APPENDIX D**

## **Certification of Mike Leffler**

### UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>         Debtors. | PROMESA<br><br>Title III<br><br>No. 17-bk-3283-LTS<br><br>(Jointly Administered) |

### <u>CERTIFICATION OF MIKE LEFFLER</u>

I, Mike Leffler, hereby certify:

1.      I am a Managing Director at Citigroup Global Markets Inc. ("<u>Citi</u>"), investment banker and financial advisor to the Financial Oversight and Management Board for Puerto Rico, and submit this certification in support of Citi's seventh interim fee application.

2.      I have read the application.

3.      To the best of my knowledge, information and belief formed after reasonable inquiry, the compensation and expenses sought therein conform with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the United States Trustee Guidelines and the Puerto Rico Local Bankruptcy Rules.

4.      The compensation and expenses requested are consistent with those customarily employed by Citi in other municipal restructuring engagements.

5.      No agreement or understanding exists between Citi and any other person for sharing compensation received or to be received in connection with this engagement, except as authorized by the Bankruptcy Code or Rules.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on March 22, 2020.

/s/ Mike Leffler