## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>        Debtors. | PROMESA<br><br>Title III<br><br>No. 17-bk-3283-LTS<br><br>(Jointly Administered) |

## <u>SUMMARY SHEET</u>

**EIGHTH INTERIM APPLICATION OF CITIGROUP GLOBAL
MARKETS INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER AND FINANCIAL ADVISOR TO THE FINANCIAL OVERSIGHT
<u>AND MANAGEMENT BOARD, FROM FEBRUARY–MAY 2020</u>**

| | |
|---|---|
| Applicant: | Citigroup Global Markets Inc. |
| Authorized to Provide Services to: | The Financial Oversight and Management Board for Puerto Rico |
| Date of Retention: | January 27, 2017 |
| Compensation Period: | February 1, 2020-May 31, 2020 |
| Compensation Requested: | $4,840,000 |
| Expense Reimbursement Requested: | $9,354.30 |
| Total Requested: | $4,849,354.30 |

This is a: _ monthly   <u>X</u> interim    _final  application

**SUMMARY OF TIME DETAIL FROM
COMPENSATION PERIOD IN APPENDICES A-B**

| Name | Title | | Hours |
|---|---|---|---|
| Core Team Serving FOMB | | | |
| Green, Thomas H. | Managing Director | 30+ | 441 |
| Brownstein, David | Managing Director | 30+ | 468 |
| Gavin, John C. | Managing Director | 30+ | 490 |
| Cohen, Daniel | Director | 30+ | 132 |
| Castiglioni, James | Director | 10 | 555 |
| Keca, Dashmir | Assoc. Vice President | 10 | 323 |
| Public Side/Specialist Employees | Various | -- | 2,025 |
| Subtotal: | | | 4,434 |
| PREPA Transformation Team | | | |
| Sen, Sandip | Managing Director | 30+ | 95 |
| Chapados, Frederic | Director | 10 | 100 |
| Yu, Daniel | Vice President | 5 | 130 |
| Ryan, Samantha | Analyst | 2 | 80 |
| Hall, Chris | Analyst | 2 | 90 |
| Subtotal: | | | 495 |

**Total:** 4,929

**EXPENSES FROM COMPENSATION PERIOD**

| Category | Amount |
|---|---|
| Amini LLC | $9,354.30 |

**Total: $9,354.30**

## PRIOR FEE APPLICATIONS

| Period Covered | Date Filed (ECF #) | Fees Requested | Expenses Requested | Order Date ECF# | Fees Allowed | Expenses Allowed |
|---|---|---|---|---|---|---|
| 5/3/17-1/31/18 | 4/23/18 ECF#2944 | $625,000.00 | $60,971.21 | 1/30/19 ECF#2998 | $625,000.00 | $28,780.19 |
| 2/1/18-5/31/18 | 10/5/18 ECF#4020 | $1,803,571.43 | $40,912.98 | 7/24/20 ECF#13824 | $1,803,571.43 | $30,513.96 |
| 6/1/18-9/30/18 | 1/25/19 ECF #4897 | $1,975,000.00 | $20,450.63 | $1,975,000.00 ECF #15355 | $1,975,000.00 | $10,433.40 |
| 5/5/17-2/12/19 Re: COFINA Success Fee | 6/10/19 ECF#7341 | $5,873,156.76 | $0 | 7/24/20 ECF#13824 | $5,873,156.76 | $0 |
| 10/1/18-1/31/19 | 10/9/20 ECF#14522 | $1,975,000.00 | $41,623.98 | -- | -- | -- |
| 2/1/19-5/31/19 | 10/9/20 ECF#14523 | $4,300,000.00 | $26,187.61 | -- | -- | -- |

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>             Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17-bk-3283-LTS<br><br>(Jointly Administered) |

### EIGHTH INTERIM APPLICATION OF CITIGROUP GLOBAL MARKETS INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, FROM FEBRUARY-MAY 2020

Citigroup Global Markets Inc. ("Citi"), investment banker and financial advisor to The Financial Oversight and Management Board for Puerto Rico ("FOMB"), as representative of the Debtors pursuant to PROMESA section 315(b), submits its eighth interim application for allowance of compensation for services rendered from February 1, 2020-May 31, 2020 ("Compensation Period") in the amount of $4,840,000 and reimbursement of actual, necessary expenses incurred during such period in the amount of $9,354.30, pursuant to PROMESA sections 316-17, Rule 2016 and P.R. LBR 2016-1, and states:

---

[1] The Debtors in these Title III Cases, along with the last four digits of their respective Federal Tax ID numbers, are: (i) Commonwealth of Puerto Rico ("Commonwealth") (3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (3747).

**JURISDICTION**

1.      The Court has subject matter jurisdiction to consider this application, pursuant to

PROMESA section 306(a).  Venue is proper in this district, pursuant to PROMESA section 307(a).

**BACKGROUND**

2.      Pursuant to PROMESA section 315(b), the FOMB is the representative of each

Debtor in its respective Title III case.

3.      Citi was originally employed as investment banker and financial advisor to the

FOMB, pursuant to an engagement letter, dated January 27, 2017 [ECF No. 2944-1].  That

agreement provided for Citi to be paid a fixed monthly retainer of $250,000, and a success fee

equal to .0333% of the par amount of bonds issued by certain covered entities, or restructured as

part of a PROMESA-related restructuring, subject to a cap and payable on closing of the relevant

transaction(s), in addition to the reimbursement of reasonable out-of-pocket expenses, also subject

to a cap.

4.      That agreement was superseded by an amended and restated engagement letter,

dated February 13, 2018 [ECF No. 2944-2].  The amended agreement kept the foregoing

compensation terms, but expanded the scope of services to be rendered to include, inter alia,

identifying private sector solutions in connection with PREPA's restructuring, and advising on

long-term concessions for the utility's transmission and distribution assets and privatization of its

generation assets.  The amended agreement also provided for Citi to receive, as additional

compensation for the foregoing additional services, a fixed monthly retainer of $400,000 and

success fee.

5.      Hours expended by members of Citi's core team (estimated by each of them) in

providing in providing services to the FOMB during the Compensation Period are included in

2

Appendix A.  Appendix B lists hours expended by members of Citi's PREPA transformation team (estimated by each of them) during the Compensation Period.

6.      Monthly invoices for services rendered on behalf of the Title III Debtors during the Compensation Period are annexed hereto as Appendix C.

7.      Citi performed inter alia the following services during the Compensation Period, as is summarized below:[2]

**FEBRUARY 2020**

- Multiple calls, analysis and meetings regarding PREPA RSA and possible paths forward, including briefings of FOMB staff and full Board.

- Review of ERS claims and legal challenges to creditors with FOMB counsel.

- ERS follow-up work and related discussions with FOMB counsel and other advisors.

- Review of AAFAF and FOMB correspondence relating to Commonwealth Title III PSA and plan of adjustment drafts.

- Calls with Ankura regarding Commonwealth Title III new securities design, including discussion of Debt Service Reserve Fund role in the structure, tax-exemption analysis and couponing of bonds.

- Drafting of Commonwealth plan of adjustment sections on securities design, couponing, call provisions and tax exempt/taxable bond terms.

- Multiple Mediation Sessions at Proskauer with Commonwealth creditors and the Title III Court mediation team regarding negotiation of PSA Terms, and related follow-up work.

- Preparation and review of PSA "blow out" deck materials following mediation sessions.

- Preparation for FOMB press briefing following posting of Commonwealth Title III PSA publicly on EMMA securities website.

---

[2] The summary provided herein and in the appendices to this application do not fully capture the many daily discussions Citi team members routinely have with the FOMB's executive director, in-house counsel, board members and other advisors concerning restructuring strategy, related litigation and other related aspects of Citi's PROMESA work.

- Preparation with FOMB staff for calls on COFINA restructuring and related press responses to criticisms of the COFINA restructuring.

- Presentation to the broader Municipal Market regarding the Commonwealth PSA.

- Multiple All-day sessions at Proskauer on drafting and review of Commonwealth and PBA joint plan of adjustment.

- Review of updated information regarding Commonwealth cash and liquidity and related restrictions analysis.

- Calls with counsel regarding scope and content of legislation that may be needed to implement t the draft Commonwealth/PBA joint plan of adjustment.

- Work on PREPA Transmission and Distribution qualified management agreement drafts and related tax issues.

- Drafting and redrafting of Commonwealth debt management policies and debt limit sections of Commonwealth plan of adjustment drafts.

- Meetings with Ankura and other advisors to government and FOMB regarding draft Commonwealth plan of adjustment.

- Review and analysis regarding Commonwealth disclosure statement.

- Review of draft legislation from Puerto Rico local counsel to FOMB relating to implementation of the Commonwealth plan of adjustment.

- Review pension trust funding projections.

- Aid FOMB's claim's reconciliation team with numerous problem CUSIPs.

- Aid FOMB staff on various press releases and talking points related to the debt restructuring.

- Aid various Board advisors with debt related questions on GO, GO Guaranteed, PREPA, etc.

## MARCH 2020

- Discussions with rating agencies regarding Puerto Rico credits and COFINA structure.

- Meetings with GDB DRA advisors and FOMB regarding DRA claims affecting various Title III entities.

- Review if new drafts of bond legislation for the Commonwealth plan of adjustment.

4

- Multiple calls / analysis relating to PREPA RSA and next steps and status of lien challenges.

- PREPA transmission and distribution qualified management agreement document review and calls and reading relating to FOMB request for a Supplemental Agreement that would permit preferred proponent to assume operating role even if PREPA remains in Title III proceeding.

- Review PREPA creditor proposed revisions to the PREPA RSA.

- Calls with multiple tax counsel from the government and the preferred proponent's legal team regarding PREPA T&D supplemental agreement and maintenance of tax-exempt treatment of PREPA debt.

- Debriefing calls with rating agencies regarding Puerto Rico credits.

- Multiple FOMB Board calls and strategy sessions relating to Commonwealth fiscal matters and plan of adjustment and relating to PREPA T&D transformation contract.

- Calls with AAFAF and COFINA and advisors relating to rating agency matters.

- FOMB Strategy session relating to COVID impact, Puerto Rico lock down measures, Federal relief package bills including the CARES Act and FOMB support for the Commonwealth's own $787 Million COVID-19 response package.

- Calls with FOMB legal and fiscal plan advisors relating to PRIDCO Fiscal Plan and modelling of PRIDCO cash flows, including review of drafts and of debt documentation.

- Aid FOMB's claim's reconciliation team with numerous problem CUSIPs.

- Aid FOMB staff on various press releases and talking points related to the debt restructuring.

- Aid various Board advisors with debt related questions on GO, GO Guaranteed, PREPA, etc.

## APRIL 2020

- Calls and document reviews relating to PRIDCO, Ports and PRIFA debt.

- FOMB Board calls relating to CARES Act implementation and other response matters.

- Convention Center CCDA Bond doc review and discussion with FOMB advisory team.

- Multiple remote meetings regarding impact of COVID-19 pandemic on Puerto Rico and on the viability of the recently-filed Commonwealth plan of adjustment and related fiscal plans and macroeconomic assumptions for Puerto Rico's long-term prospects.

- Updated and broadened debt sustainability analysis including further background work on the history of U.S. State debt service ratios, top 10 and top 25 and median averages.

- Discussion with FOMB economists of IMF projections for COVID-19 impacts on the U.S. and implications for Puerto Rico.

- Discussion of possible "pause" in proceedings for the Commonwealth February 28, 2020 plan of adjustment while the proposal is reviewed further by FOMB and all advisors in light of the COVID-19 pandemic.

- FOMB Strategy sessions on Fiscal Plans for the Commonwealth and other Title III and non-Title III entities, including certain public corporations and certain municipalities.

- Review of draft Fiscal Plans for PRIDCO with FOMB fiscal plan advisors and related follow-up calls and reading.

- Extensive background work on possible "tweaks" to Commonwealth plan of adjustment and levers available to FOMB to refine the proposal terms, including total consideration, mix of cash versus new bond consideration, couponing, mix of secured versus unsecured new bonds, possible use of a contingent value instrument and other matters.

- Multiple calls with FOMB staff regarding options regarding updated plans of adjustment and assumptions to be used by FOMB in constructing the new, updated fiscal plans.

- Multiple calls / analysis relating to PREPA RSA and next steps.

- Review of various Commonwealth and Commonwealth public corporation fiscal plans.

- Aid FOMB's claim's reconciliation team with numerous problem CUSIPs.

- Aid FOMB staff on various press releases and talking points related to the debt restructuring.

- Aid various Board advisors with debt related questions on GO, GO Guaranteed, PREPA, etc.

## **MAY 2020**

- Detailed review of AAFAF version of new Commonwealth fiscal plan.

- Multiple reviews of multiple proposed FOMB drafts of Commonwealth May 2020 Fiscal Plan, including Debt Sustainability Analysis chapter and discussions of model assumptions and related narrative.

- Updated review of Commonwealth cash.

- Citi team calls on debt sustainability analysis updates.

- PRIDCO fiscal plan draft reviews and debt discussions with other FOMB Advisors.

- Discussions of Commonwealth DSA with Ankura government advisor.

6

- PREPA RSA discussions with FOMB staff and Board regarding next steps and possible structures.

- Review of First Circuit Court decisions on Puerto Rico resident eligibility for SSI and implications for Commonwealth "safety net" and fiscal plans.

- Full FOMB Board strategy sessions on Commonwealth fiscal plans, CDBG funding assumptions, implications of SSI decision of the First Circuit and debt sustainability implications resulting from the COVID pandemic.

- Follow-up calls with FOMB staff, Proskauer and PJT regarding next steps following the FOMB Board strategy sessions.

- Preparation and review of Commonwealth plan of adjustment deck for presentation to FOMB staff and then full FOMB Board regarding menu of options for next steps on a Commonwealth Title III plan of adjustment and discussion of potential levers available for an updated negotiation with creditors regarding plan of adjustment terms and settlement currency.

- PREPA fuel supply contract discussions with AAFAF, PREPA Advisors, Citi and FOMB staff.

- Review and comment on, and discussion with FOMB staff and fiscal plan advisors, regarding drafts of new PRASA fiscal plan.

- Prep for and viewing of FOMB May 27, 2020 Public Hearing on various fiscal plans.

- Calls related to PREPA Generation plants and next steps in privatization and in contractual terms of certain plans of adjustment.

- Calls with monoline advisor and FOMB financial advisors regarding certain monoline bond claims.

- Calls with tax counsel regarding possible tax implications of a contingent value instrument and key issues related to CVI design.

- Review and comment on FOMB correspondence with PREPA regarding fiscal plan and certain notices of violation.

- Aid FOMB's claim's reconciliation team with numerous problem CUSIPs.

- Aid FOMB staff on various press releases and talking points related to the debt restructuring.

- Aid various Board advisors with debt related questions on GO, GO Guaranteed, PREPA, etc.

7

**BASIS FOR RELIEF REQUESTED**

8.       PROMESA section 316(a) provides that the Court "may award to a professional

person employed by … the [FOMB] (in [its] sole discretion) … (1) reasonable compensation for

actual, necessary services rendered by the professional, or attorney and by any paraprofessional

employed by any such person; and (2) reimbursement for actual, necessary expenses."

9.       Pursuant to subdivision (c):

> In determining the amount of reasonable compensation to be
> awarded to a professional person, the court shall consider the nature,
> the extent, and the value of such services, taking into account all
> relevant factors, including—
>
> (1) the time spent on such services;
>
> (2) the rates charged for such services;
>
> (3) whether the services were necessary to the administration of, or
> beneficial at the time at which the service was rendered toward the
> completion of, a case under this chapter;
>
> (4) whether the services were performed within a reasonable
> amount of time commensurate with the complexity, importance, and
> nature of the problem, issue, or task addressed;
>
> (5) with respect to a professional person, whether the person is
> board certified or otherwise has demonstrated skill and experience
> in the restructuring field; and
>
> (6) whether the compensation is reasonable based on the customary
> compensation charged by comparably skilled practitioners in cases
> other than cases under this title or title 11, United States Code.

10.       PROMESA section 317 and the interim compensation order permit professionals

to apply for allowance of compensation and reimbursement of expenses on an interim basis.

11.       Each factor set forth in section 316(c) supports the allowance of the compensation

sought herein on an interim basis.

(a)       <u>Time spent on services rendered</u>. Citi devoted over 9,000 hours providing

services on behalf of the FOMB during the Compensation Period, as is summarized on the prefixed

8

Summary Sheet.  Significantly, there has been virtually no turnover among the Citi senior executives leading this engagement; and so, relatively little of that time has been devoted to bringing professionals up to speed on this complex engagement.

(b)     _Fees charged_. As set forth in the Leffler Certification (defined below), the fees charged for this engagement are consistent with those customarily employed by Citi in other municipal restructuring engagements.

(c)     _Whether Services were necessary or beneficial_.  The services rendered were necessary to the administration of these Title III cases, and beneficial when rendered.  The FOMB engaged Citi for the express purpose of providing these services.

(d)     _Timeliness of services rendered_.  No issue has been raised concerning the timeliness of services rendered by Citi.

(e)     _Restructuring Experience_.  Citi has a wealth of municipal restructuring experience. Citi is one of the largest municipal securities dealers in the United States, and has played an active role nearly in most major municipal restructurings in the United States for at least the past two decades.  It was extremely well versed with complex issues facing the Debtors long before commencing this engagement.

12.     The certification required by Rule 2016 and P.R. LBR 2016-1(a)(4) is annexed hereto as Appendix D ("Leffler Certification").

## **NO PRIOR REQUEST**

13.     No prior request for the relief sought herein has been made to the Court or to any other court.

9

WHEREFORE, Citi requests an order allowing interim compensation for services rendered during the Compensation Period in the amount of $4,840,000 and reimbursement of expenses incurred during such period in the amount of $9,354.30 and granting such other and further relief as the Court deems just and proper.

Dated: March 22, 2021                                    Respectfully submitted,

                                                         /s/ Mike Leffler
                                                         Mike Leffler
                                                         Director
                                                         *Citigroup Global Markets Inc.*

                                                         Prepared by:

                                                         /s/ Jeffrey Chubak
                                                         Jeffrey Chubak
                                                         AMINI LLC
                                                         131 West 35th Street, 12th Floor
                                                         New York, New York 10001
                                                         (212) 490-4700
                                                         jchubak@aminillc.com
                                                         *Attorneys for Citigroup Global Markets Inc.*

## **APPENDIX A**

**Time, Core Team**

**Citi Estimates for Hours Between Sept. 2019 - July 2020**

| Name<br>Title<br>Years Experience<br>Location | Agg. | T. Green<br>M. Director<br>30+<br>Boston, MA | D. Brownstein<br>M. Director<br>30+<br>New York, NY | J. Gavin<br>M. Director<br>30+<br>San Juan, PR | G. Leung<br>M. Director<br>30+<br>New York, NY | D. Cohen<br>Director<br>30+<br>New York, NY | J. Castiglioni<br>Director<br>10<br>New York, NY | D. Keca<br>AV. President<br>10<br>New York, NY | D. Samad<br>Analyst<br>1<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|---|---|---|---|---|
| September 2019 | 1,139 | 153 | 158 | 141 | 30 | 35 | 156 | 66 | - | 400 |
| October 2019 | 1,083 | 134 | 166 | 157 | 10 | 35 | 172 | 59 | - | 350 |
| November 2019 | 1,133 | 146 | 193 | 139 | 10 | 20 | 194 | 56 | - | 375 |
| December 2019 | 1,179 | 178 | 188 | 146 | 10 | 35 | 181 | 66 | - | 375 |
| January 2020 | 1,284 | 158 | 188 | 186 | - | 50 | 201 | 101 | - | 400 |
| February 2020 | 1,354 | 143 | 173 | 176 | 176 | 30 | 196 | 86 | - | 550 |
| March 2020 | 1,087 | 95 | 110 | 108 | - | 30 | 143 | 51 | - | 550 |
| April 2020 | 1,044 | 88 | 78 | 86 | - | 30 | 146 | 91 | - | 525 |
| May 2020 | 949 | 115 | 107 | 120 | - | 42 | 70 | 95 | - | 400 |
| June 2020 | 1,015 | 124 | 110 | 129 | - | 33 | 141 | 78 | - | 400 |
| July 2020 | 1,067 | 115 | 115 | 125 | - | 32 | 150 | 68 | 62 | 400 |
| | | | | | | | | | | |
| September 2019 | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
| Multiple meetings/calls with Creditors/AFFAF | 105 | 25 | 25 | 25 | - | - | 25 | 5 | - | - |
| Aid Proskauer and help draft POA related documentation | 35 | 15 | 5 | 5 | - | - | 5 | 5 | - | - |
| Drafting of POA Security terms | 45 | 10 | 10 | 10 | - | - | 10 | 5 | - | - |
| GDB DRA Meetings and Meetings on PRIFA BANS | 45 | 10 | 10 | 10 | - | - | 10 | 5 | - | - |
| Review presentation of Cash Analysis | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Calls / meetings on additional debt sustainability analysis / Rating Agency Follow up | 45 | 10 | 5 | 5 | 15 | - | 5 | 5 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 255 | 20 | 20 | 20 | 5 | - | 10 | 5 | - | 150-200 |
| COFINA | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 80 | 5 | 5 | 5 | 5 | - | 5 | 5 | - | 25-75 |
| PREPA | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 23 | 1 | 1 | 1 | - | - | 15 | 5 | - | - |
| Multiple calls and meetings re PREPA RSA | 70 | 10 | 30 | 10 | - | 10 | 10 | - | - | - |
| Review P3 briefing materials | 35 | 5 | - | 15 | - | 15 | - | - | - | - |
| Aid Board staff in responding to PREPA RSA criticism | 25 | 5 | 10 | - | - | - | 10 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 265 | 20 | 20 | 20 | 5 | 10 | 10 | 5 | - | 150-200 |
| HTA | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | |
| Discussions with AFFAF re HTA Tolls and projections | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| October 2019 | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
| Multiple meetings/calls with Creditors/AFFAF | 105 | 25 | 25 | 25 | - | - | 25 | 5 | - | - |
| Follow up work given POA filing | 65 | 10 | 20 | 10 | - | - | 20 | 5 | - | - |
| Cash Discussions, including presentation to Mediation Team | 45 | 5 | 15 | 10 | - | - | 10 | 5 | - | - |
| Help Prep FOMB staff for testimony to House Natural Resources Comm. | 20 | 10 | - | 10 | - | - | - | - | - | - |
| Continued follow up work on Debt Sustainability Analysis | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 255 | 20 | 20 | 20 | 5 | - | 10 | 5 | - | 150-200 |
| COFINA | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Aid AFFAF Staff regarding COFINA Continuing Disclosure | 20 | - | - | 10 | - | - | 10 | - | - | - |
| Review COFINA Fiscal Plan | 15 | 3 | 3 | 3 | - | - | 3 | 3 | - | - |
| PREPA | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 23 | 1 | 1 | 1 | - | - | 15 | 5 | - | - |
| Multiple calls and meetings re PREPA RSA | 70 | 10 | 30 | 10 | - | 10 | 10 | - | - | - |
| PREPA P3 Work on Transformation | 30 | - | - | 15 | - | 15 | - | - | - | - |
| Aid Board staff in responding to PREPA RSA criticism | 25 | 5 | 10 | - | - | - | 10 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 265 | 20 | 20 | 20 | 5 | 10 | 10 | 5 | - | 150-200 |
| HTA | | | | | | | | | | |

Citi Estimates for Hours Between Sept. 2019 - July 2020

| Name / Title / Years Experience / Location | Agg. | T. Green M. Director 30+ Boston, MA | D. Brownstein M. Director 30+ New York, NY | J. Gavin M. Director 30+ San Juan, PR | G. Leung M. Director 30+ New York, NY | D. Cohen Director 30+ New York, NY | J. Castiglioni Director 10 New York, NY | D. Keca AV. President 10 New York, NY | D. Samad Analyst 1 New York, NY | Various Public Side or Specialist Employees** |
|---|---|---|---|---|---|---|---|---|---|---|
| **Title III (May 2017)** | | | | | | | | | | |
| HTA Projection work and Preparation of Blowout materials | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Meetings with AFFAF re HTA projections | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| **PRASA** | | | | | | | | | | |
| **Not in Title III** | | | | | | | | | | |
| Aid Board in understanding PRASA Federal Loan restructuring | 9 | 3 | - | 3 | - | - | 3 | - | - | - |
| **November 2019** | | | | | | | | | | |
| **Commonwealth (GO & GO Guar.)** | | | | | | | | | | |
| **Title III (May 2017)** | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
| Multiple meetings/calls with Creditors | 105 | 25 | 25 | 25 | - | - | 25 | 5 | - | - |
| Continued work refining security structure for POA | 85 | 20 | 20 | 20 | - | - | 20 | 5 | - | - |
| Multiple Mediation sessions | 100 | 25 | 25 | 25 | - | - | 25 | - | - | - |
| Multiple meetings with AFFAF re security terms | 40 | 10 | 10 | 10 | - | - | 10 | - | - | - |
| Multiple calls with investors in the market regarding POA | 50 | - | 25 | - | - | - | 25 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 295 | 20 | 20 | 20 | 5 | - | 10 | 20 | - | 175-225 |
| **PREPA** | | | | | | | | | | |
| **Title III (July 2017)** | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 23 | 1 | 1 | 1 | - | - | 15 | 5 | - | - |
| Multiple calls and meetings re PREPA RSA | 70 | 10 | 30 | 10 | - | 10 | 10 | - | - | - |
| Aid Board staff in responding to PREPA RSA criticism | 25 | 5 | 10 | - | - | - | 10 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 270 | 20 | 20 | 20 | 5 | 10 | 10 | 10 | - | 150-200 |
| **University of Puerto Rico** | | | | | | | | | | |
| **Not in Title III** | | | | | | | | | | |
| Calls with Proskauer regarding Pensions and Debt | 9 | 3 | - | 3 | - | - | 3 | - | - | - |
| **December 2019** | | | | | | | | | | |
| **Commonwealth (GO & GO Guar.)** | | | | | | | | | | |
| **Title III (May 2017)** | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
| Multiple meetings/calls with Creditors | 145 | 35 | 35 | 35 | - | - | 35 | 5 | - | - |
| Follow up work with AFFAF on Security design | 60 | 15 | 15 | 15 | - | - | 15 | - | - | - |
| Follow up work re cash analysis | 20 | 5 | 5 | 5 | - | - | 5 | - | - | - |
| Board briefings on debt sustainability and debt service caps | 45 | 10 | 10 | 10 | - | - | 10 | 5 | - | - |
| Preparation of blowout materials | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Discussions with Tax Counsel regarding multiple topics | 40 | 15 | 10 | - | - | - | 15 | - | - | - |
| Review counterproposals regarding POA | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 295 | 20 | 20 | 20 | 5 | - | 10 | 20 | - | 175-225 |
| **PREPA** | | | | | | | | | | |
| **Title III (July 2017)** | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 28 | 1 | 1 | 1 | - | - | 20 | 5 | - | - |
| Multiple calls and meetings re PREPA RSA | 70 | 10 | 30 | 10 | - | 10 | 10 | - | - | - |
| Board briefings of PREPA P3 progress and finalizing proponents | 40 | 10 | - | 15 | - | 15 | - | - | - | - |
| Aid Proskauer in responding to expert criticism on PREPA RSA | 30 | 10 | 10 | - | - | - | 10 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 285 | 20 | 35 | 20 | 5 | 10 | 10 | 10 | - | 150-200 |
| **ERS** | | | | | | | | | | |
| **Title III (May 2017)** | | | | | | | | | | |
| Attend 1st Circuit Court hearing | 10 | 10 | - | - | - | - | - | - | - | - |
| **January 2020** | | | | | | | | | | |
| **Commonwealth (GO & GO Guar.)** | | | | | | | | | | |
| **Title III (May 2017)** | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
| Multiple meetings/calls with Creditors, AFFAF and Mediators | 145 | 35 | 35 | 35 | - | - | 35 | 5 | - | - |
| Multiple briefings with FOMB and FOMB Staff re CW POA | 60 | 10 | 10 | 10 | - | 10 | 10 | 10 | - | - |
| Review and discussion on CW Debt Management Policy | 45 | 10 | 10 | 10 | - | - | 10 | 5 | - | - |
| Preparation and review of multiple proposals and counter proposals | 70 | 15 | 15 | 15 | - | 5 | 15 | 5 | - | - |
| Brief Court Mediation team regarding Earthquake damage | 30 | 5 | 5 | 5 | - | 5 | 5 | 5 | - | - |

Citi Estimates for Hours Between Sept. 2019 - July 2020

| Name / Title / Years Experience / Location | Agg. | T. Green M. Director 30+ Boston, MA | D. Brownstein M. Director 30+ New York, NY | J. Gavin M. Director 30+ San Juan, PR | G. Leung M. Director 30+ New York, NY | D. Cohen Director 30+ New York, NY | J. Castiglioni Director 10 New York, NY | D. Keca AV. President 10 New York, NY | D. Samad Analyst 1 New York, NY | Various Public Side or Specialist Employees** |
|---|---|---|---|---|---|---|---|---|---|---|
| Participation in drafting and review of POA Plan Support Agreement | 85 | 20 | 20 | 20 | - | - | 20 | 5 | - | - |
| Calls/meetings on CW cash position | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 310 | 10 | 20 | 20 | - | - | 15 | 20 | - | 200-250 |
| PREPA | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 28 | 1 | 1 | 1 | - | - | 20 | 5 | - | - |
| Calls regarding Earthquake damage | 30 | 5 | 5 | 5 | - | 5 | 5 | 5 | - | - |
| Review PREPA Proposals from certain groups | 30 | 5 | 5 | 5 | - | 5 | 5 | 5 | - | - |
| PREPA T&D Privatization contract work | 35 | 5 | 5 | 15 | - | 10 | - | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 270 | 10 | 35 | 20 | - | 10 | 10 | 10 | - | 150-200 |
| ERS | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Review ERS Title III Court decisions with FOMB Staff | 20 | 5 | 5 | 5 | - | - | 5 | - | - | - |
| PRASA | | | | | | | | | | |
| Not in Title III | | | | | | | | | | |
| Calls with AFFAF re PRASA and potential New Money / Refunding | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| PRIDCO | | | | | | | | | | |
| Not in Title III | | | | | | | | | | |
| Calls with AFFAF regarding PRIDCO restructuring | 15 | 5 | - | 5 | - | - | 5 | - | - | - |
| February 2020 | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
| Multiple meetings/calls with Creditors, AFFAF and Mediators | 145 | 35 | 35 | 35 | - | - | 35 | 5 | - | - |
| Drafting of CW Title III POA section including securities design | 50 | 15 | 10 | 10 | - | - | 10 | 5 | - | - |
| Preparation and review of PSA Blowout deck | 65 | 15 | 15 | 15 | - | - | 15 | 5 | - | - |
| Prep FOMB staff for calls on COFINA restructuring | 15 | 5 | - | 5 | - | - | 5 | - | - | - |
| Presentation to broader municipal market regarding CW PSA | 30 | 5 | 5 | 5 | - | - | 10 | 5 | - | - |
| Review updated information regarding CW Cash, liquidity and restrictions | 20 | 5 | 5 | 5 | - | - | 5 | - | - | - |
| Review & comment on Disclosure Statement for POA | 45 | 10 | 10 | 10 | - | - | 10 | 5 | - | - |
| Review Draft legislation for POA implementation | 20 | 5 | 5 | 5 | - | - | 5 | - | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 20 | - | - | - | - | - | 10 | 10 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 460 | 10 | 20 | 20 | - | - | 15 | 20 | - | 350-400 |
| PREPA | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 28 | 1 | 1 | 1 | - | - | 20 | 5 | - | - |
| Multiple calls, analysis and meetings re PREPA RSA | 75 | 10 | 20 | 15 | - | 10 | 15 | 5 | - | - |
| Work on PREPA T&D qualified management agreement and tax issues | 35 | 5 | - | 20 | - | 10 | - | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 270 | 10 | 35 | 20 | - | 10 | 10 | 10 | - | 150-200 |
| ERS | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Review ERS Claims/Legal Challenges & related follow up work | 15 | 5 | 5 | 5 | - | - | - | - | - | - |
| March 2020 | | | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
| Multiple meetings/calls with Creditors, AFFAF and Mediators | 85 | 20 | 20 | 20 | - | - | 20 | 5 | - | - |
| GDB DRA Meetings | 20 | 5 | 5 | 5 | - | - | 5 | - | - | - |
| Review new drafts of Bond legislation for POA | 20 | 5 | 5 | 5 | - | - | 5 | - | - | - |
| Debriefing with Rating Agencies regarding multiple credits | 20 | 5 | 5 | 5 | - | - | 5 | - | - | - |
| Multiple FOMB board calls / strategy sessions | 30 | 5 | 5 | 5 | - | 5 | 5 | 5 | - | - |
| FOMB strategy session regarding impact of COVID | 20 | 5 | 5 | 5 | - | - | 5 | - | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 20 | - | - | - | - | - | 10 | 10 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 400 | 5 | 5 | 5 | - | - | 5 | 5 | - | 350-400 |
| PREPA | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |

**Citi Estimates for Hours Between Sept. 2019 - July 2020**

| Name / Title / Years Experience / Location | Agg. | T. Green M. Director 30+ Boston, MA | D. Brownstein M. Director 30+ New York, NY | J. Gavin M. Director 30+ San Juan, PR | G. Leung M. Director 30+ New York, NY | D. Cohen Director 30+ New York, NY | J. Castiglioni Director 10 New York, NY | D. Keca AV. President 10 New York, NY | D. Samad Analyst 1 New York, NY | Various Public Side or Specialist Employees** |
|---|---|---|---|---|---|---|---|---|---|---|
| Modeling of Current RSA and Alternatives | 28 | 1 | 1 | 1 | - | - | 20 | 5 | - | - |
| Multiple calls, analysis and meetings re PREPA RSA | 90 | 10 | 25 | 15 | - | 10 | 25 | 5 | - | - |
| Work on PREPA T&D qualified management agreement and tax issues | 45 | 15 | - | 20 | - | 10 | - | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 230 | 5 | 25 | 10 | - | 5 | 5 | 5 | - | 150-200 |
| **COFINA** | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Discussions with Rating Agencies regarding COFINA structure | 10 | 5 | - | 5 | - | - | - | - | - | - |
| **PRIDCO** | | | | | | | | | | |
| Not in Title III | | | | | | | | | | |
| Calls regarding PRIDCO Fiscal Plan and cash flows | 8 | 2 | 2 | 2 | - | - | 2 | - | - | - |
| **April 2020** | | | | | | | | | | |
| **Commonwealth (GO & GO Guar.)** | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
| Calls and meetings regarding PRIDCO, PRIFA, Ports & CCDA | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Multiple meetings regarding COVID impact and economist input | 50 | 10 | 10 | 10 | - | 5 | 10 | 5 | - | - |
| Additional work on debt sustainability analysis | 30 | 10 | - | - | - | - | 10 | 10 | - | - |
| FOMB strategy session regarding CW | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Review various CW and CW public corporation fiscal plans | 65 | 15 | 5 | 15 | - | 5 | 15 | 10 | - | - |
| Background work on possible tweaks to CW Title III POA | 50 | 10 | 10 | 10 | - | - | 10 | 10 | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 20 | - | - | - | - | - | 10 | 10 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 400 | 10 | 10 | 10 | - | - | 10 | 10 | - | 325-375 |
| **PREPA** | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 28 | 1 | 1 | 1 | - | - | 20 | 5 | - | - |
| FOMB strategy session regarding PREPA | 25 | 5 | 5 | 5 | - | 5 | 5 | - | - | - |
| Multiple calls on PREPA next steps | 25 | 5 | 5 | 5 | - | 5 | 5 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 240 | 5 | 15 | 15 | - | 10 | 10 | 10 | - | 150-200 |
| **May 2020** | | | | | | | | | | |
| **Commonwealth (GO & GO Guar.)** | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 13 | 1 | 1 | 1 | - | - | 5 | 5 | - | - |
| Review AFFAF CW Fiscal Plan | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Multiple review of FOMB draft Fiscal Plan and DSA sections | 45 | 10 | 5 | 10 | - | 5 | 5 | 10 | - | - |
| Update review of CW Cash and Liquidity position | 10 | 2 | 2 | 2 | - | - | 2 | 2 | - | - |
| Various Fiscal Plan draft reviews for various credits | 40 | 10 | 10 | 10 | - | - | 5 | 5 | - | - |
| Review First Circuit Court decisions regarding SSI and its implications | 15 | 5 | 2 | 2 | - | 2 | 2 | 2 | - | - |
| Various calls / sessions on CW POA next steps | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Prep for and view public FOMB sessions | 45 | 10 | 10 | 10 | - | - | 5 | 10 | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 15 | - | - | - | - | - | 5 | 10 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 310 | 20 | 20 | 20 | - | - | 5 | 20 | - | 200-250 |
| **PREPA** | | | | | | | | | | |
| Title III (July 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 13 | 1 | 1 | 1 | - | - | 5 | 5 | - | - |
| Review drafts of PREPA Fiscal Plans | 25 | 5 | 5 | 5 | - | 5 | 5 | - | - | - |
| Calls & work regarding PREPA T&D | 35 | 10 | - | 15 | - | 10 | - | - | - | - |
| Calls related to PREPA Generation Plans | 25 | 5 | - | 10 | - | 10 | - | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 280 | 20 | 35 | 20 | - | 10 | 10 | 10 | - | 150-200 |
| **June 2020** | | | | | | | | | | |
| **Commonwealth (GO & GO Guar.)** | | | | | | | | | | |
| Title III (May 2017) | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
| Review certified CW Fiscal Plan with FOMB staff and third party analysts | 50 | 10 | 10 | 10 | - | - | 10 | 10 | - | - |
| Review w/ FOMB counsel US Supreme Court decision | 13 | 5 | 2 | 2 | - | - | 2 | 2 | - | - |
| Calls / sessions regarding creditors and outreach | 30 | 5 | 5 | 5 | - | 5 | 5 | 5 | - | - |
| Analysis / Calls on possible steps with POA | 50 | 10 | 10 | 10 | - | 5 | 10 | 5 | - | - |

**Citi Estimates for Hours Between Sept. 2019 - July 2020**

| Name<br>Title<br>Years Experience<br>Location | Agg. | T. Green<br>M. Director<br>30+<br>Boston, MA | D. Brownstein<br>M. Director<br>30+<br>New York, NY | J. Gavin<br>M. Director<br>30+<br>San Juan, PR | G. Leung<br>M. Director<br>30+<br>New York, NY | D. Cohen<br>Director<br>30+<br>New York, NY | J. Castiglioni<br>Director<br>10<br>New York, NY | D. Keca<br>AV. President<br>10<br>New York, NY | D. Samad<br>Analyst<br>1<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|---|---|---|---|---|
| Prep FOMB staff for House Natural Resources Committee testimony | 12 | 3 | 3 | 3 | - | - | 3 | - | - | - |
| Calls with AFFAF regarding rating agencies | 10 | 5 | - | 5 | - | - | - | - | - | - |
| Calls with AFFAF and advisors regarding POA | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| FOMB strategy session on fiscal plans and related CW work | 25 | 5 | 5 | 5 | - | - | 5 | 5 | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 20 | - | - | - | - | - | 10 | 10 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 275 | 10 | 10 | 10 | - | - | 10 | 10 | - | 200-250 |
| **PREPA** | | | | | | | | | | |
| *Title III (July 2017)* | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 37 | 1 | 10 | 1 | - | - | 20 | 5 | - | - |
| Review and comment on draft Fiscal Plan | 25 | 5 | 5 | 5 | - | 5 | 5 | - | - | - |
| PREPA T&D contract review and related work | 30 | 10 | - | 15 | - | 5 | - | - | - | - |
| Call with economics advisor regarding PREPA | 12 | 3 | 3 | 3 | - | 3 | - | - | - | - |
| PREPA T&D operating agreement summary deck | 20 | 5 | - | 10 | - | 5 | - | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 275 | 20 | 35 | 20 | - | 5 | 10 | 10 | - | 150-200 |
| **HTA** | | | | | | | | | | |
| *Title III (May 2017)* | | | | | | | | | | |
| Review and comment on draft Fiscal Plan | 15 | 5 | - | 5 | - | - | 5 | - | - | - |
| **PRASA** | | | | | | | | | | |
| *Not in Title III* | | | | | | | | | | |
| Review and comment on draft Fiscal Plan | 15 | 5 | - | 5 | - | - | 5 | - | - | - |
| **UPR** | | | | | | | | | | |
| *Not in Title III* | | | | | | | | | | |
| Review and comment on draft Fiscal Plan | 15 | 5 | - | 5 | - | - | 5 | - | - | - |
| **July 2020** | | | | | | | | | | |
| **Commonwealth (GO & GO Guar.)** | | | | | | | | | | |
| *Title III (May 2017)* | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 33 | 1 | 1 | 1 | - | - | 25 | 5 | - | - |
| Review various legal filings related to CW | 6 | 2 | - | 2 | - | - | 2 | - | - | - |
| Preparation and presentation to the FOMB regarding Catastrophe Bonds | 25 | 5 | - | 5 | - | - | 5 | - | - | 10 |
| Internal work re. cash, security design, etc; present to FOMB | 55 | 10 | 10 | 10 | - | 5 | 10 | 5 | 5 | - |
| Aid FOMB staff and advisors in due diligence questions | 15 | 5 | - | 5 | - | - | 5 | - | - | - |
| Preparation and presentation to CW stakeholders | 55 | 10 | 10 | 10 | - | - | 10 | 10 | 5 | - |
| Review CW proposed amendments to its Constitution | 15 | 5 | 2 | 2 | - | - | 2 | 2 | 2 | - |
| Attend FOMB Strategy sessions | 40 | 10 | 10 | 10 | - | - | 10 | - | - | - |
| Review IRS claims regarding subsidy payments | 12 | 3 | 3 | 3 | - | - | 3 | - | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 25 | - | - | - | - | - | 10 | 10 | 5 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 295 | 10 | 10 | 10 | - | - | 10 | 10 | 20 | 200-250 |
| **PREPA** | | | | | | | | | | |
| *Title III (July 2017)* | | | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 14 | 3 | 3 | 2 | - | - | 3 | 3 | - | - |
| Modeling of Current RSA and Alternatives | 28 | 1 | 1 | 1 | - | - | 20 | 5 | - | - |
| Aid FOMB staff in responding to T&D agreement questions | 20 | 5 | - | 10 | - | 5 | - | - | - | - |
| Review various legal filings / letters related to PREPA | 10 | 2 | 2 | 2 | - | 2 | 2 | - | - | - |
| Work on PREPA Generation RFQ | 30 | 5 | - | 15 | - | 10 | - | - | - | - |
| Numerous calls and analysis regarding PREPA RSA | 75 | 10 | 25 | 10 | - | 5 | 15 | 5 | 5 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 295 | 20 | 35 | 20 | - | 5 | 10 | 10 | 20 | 150-200 |
| **PRASA** | | | | | | | | | | |
| *Not in Title III* | | | | | | | | | | |
| Review potential PRASA privatization and related financing | 15 | 5 | - | 5 | - | - | 5 | - | - | - |

*As noted previously, Citi only submitted hours for certain members of its core team, as a result, this schedule does not fully reflect the totality of Citi personnel time committed to the firm's PROMESA FOMB assignments. To assist the Fee Examiner's review, we have added a column for the various industry specialists and "public side" employees who also devoted substantial time and expertise to the firm's FOMB assignments.

**Due to the fact that the specific individual specialists varied frequently depending on the specific PROMESA topics involved, we have labelled the "industry specialists and public side employees" column by job function and not by individual personnel name.

***For calculation purposes, the specialists and public side employees are estimated to have contributed approximately mid-point of the range of hours per month to Citi's work for the FOMB, with Citi estimating that the hours dedicated by these non-core team members had a range depending on the month. Once the various COFINA and Commonwealth and PREPA restructuring proposals, "blow out" notices, plan support agreements (PSAs and RSAs) and proposed plans of adjustment began to become public starting in early calendar year 2018, the involvement of Citi's public side employees, in-house counsel and industry specialists increased materially and that higher level of involvement has continued into 2020.

## **APPENDIX B**

**Time, PREPA Transformation Team**

**PREPA Transformation Team Estimates for Hours Between Sept. 2019 - July 2020**

| Name | Agg. | S. Sen | F. Chapados | D. Bond | D. Yu | C. Hall | S. Ryan |
|---|---|---|---|---|---|---|---|
| Title | | M. Director | Director | AV. President | V. President | Analyst | Analyst |
| Years Experience | | 30 | 10 | 3 | 5 | 2 | 2 |
| Location | | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY |
| September 2019 | 261 | 34 | 59 | 3 | 72 | 44 | 51 |
| October 2019 | 310 | 39 | 79 | - | 81 | 54 | 59 |
| November 2019 | 276 | 31 | 57 | - | 74 | 60 | 55 |
| December 2019 | 314 | 52 | 87 | - | 67 | 57 | 52 |
| January 2020 | 150 | 25 | 20 | - | 35 | 35 | 35 |
| February 2020 | 115 | 20 | 15 | - | 30 | 25 | 25 |
| March 2020 | 110 | 20 | 25 | - | 35 | 15 | 15 |
| April 2020 | 145 | 30 | 35 | - | 35 | 25 | 20 |
| May 2020 | 125 | 25 | 25 | - | 30 | 25 | 20 |
| June 2020 | 135 | 30 | 25 | - | 30 | 25 | 25 |
| July 2020 | 205 | 15 | 70 | - | 70 | 25 | 25 |

**<ins>APPENDIX C</ins>**

**Invoices**



Public Finance Department
Municipal Securities Division

| **To:** | Natalie Juresko | Invoice #: 1028_188 |
| | Executive Director | |
| | PR Financial Oversight and Management Board (PROMESA) | |

| **Date** | August 25, 2020 |

---

### Fee Invoice

| **Client Name:** | PR Financial Oversight and Management Board (PROMESA) |
| --- | --- |
| **Project Description:** | Financial Oversight Board of Puerto Rico |
| **Engagement Letter Date:** | January 27, 2017 |
| **Description of Services:** | Strategic Advisory Services |

| **Amount Due:** | February 2020 (Title III - Mainland) | $ | 1,121,842.85 |
| --- | --- | --- | --- |
| | February 2020 (Title III - Puerto Rico) | $ | 88,157.15 |
| | **Total** | **$** | **1,210,000.00** |

**Payment Terms:**   Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

| Bank: | Citibank, N.A. |
| --- | --- |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight Board |
| | of Puerto Rico (Dafi: |
| | 47PC1046) |
| Attention: | Michael Tong (212-723-2987) |

Or by Check to: Citigroup Global Markets Inc, addressed as follows:

Attn: Michael Hershkowitz
Citigroup Global Markets Inc.
390 Greenwich Street, Trading - 6th Floor
New York, NY 10013

**cc:**   Michael Tong, Assistant Vice President
John C Gavin, Managing Director
Mike Leffler, Managing Director
Michael Hershkowitz, Managing Director



| **To:** | Natalie Juresko | Invoice #: 1028_189 |
| | Executive Director | |
| | PR Financial Oversight and Management Board (PROMESA) | |

| **Date** | August 25, 2020 |

---

### Fee Invoice

| **Client Name:** | PR Financial Oversight and Management Board (PROMESA) |

| **Project Description:** | Financial Oversight Board of Puerto Rico |

| **Engagement Letter Date:** | January 27, 2017 |

| **Description of Services:** | Strategic Advisory Services |

| **Amount Due:** | March 2020 (Title III - Mainland) | $ | 1,121,842.85 |
| | March 2020 (Title III - Puerto Rico) | $ | 88,157.15 |
| | **Total** | **$** | **1,210,000.00** |

**Payment Terms:**   Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

| Bank: | Citibank, N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight Board |
| | of Puerto Rico (Dafi: |
| | 47PC1046) |
| Attention: | Michael Tong (212-723-2987) |

Or by Check to: Citigroup Global Markets Inc, addressed as follows:

Attn: Michael Hershkowitz
Citigroup Global Markets Inc.
390 Greenwich Street, Trading - 6th Floor
New York, NY 10013

**cc:**   Michael Tong, Assistant Vice President
John C Gavin, Managing Director
Mike Leffler, Managing Director
Michael Hershkowitz, Managing Director



Public Finance Department
Municipal Securities Division

**To:**              Natalie Juresko                                      Invoice #: 1028_190
                     Executive Director
                     PR Financial Oversight and Management Board (PROMESA)

**Date**             August 25, 2020

---

### Fee Invoice

**Client Name:**            PR Financial Oversight and Management Board (PROMESA)

**Project Description:**    Financial Oversight Board of Puerto Rico

**Engagement Letter Date:** January 27, 2017

**Description of Services:** Strategic Advisory Services

**Amount Due:**

| | | |
|---|---|---:|
| April 2020 (Title III - Mainland) | $ | 1,121,842.85 |
| April 2020 (Title III - Puerto Rico) | $ | 88,157.15 |
| **Total** | **$** | **1,210,000.00** |

**Payment Terms:**     Please remit the Amount Due to **Citigroup Global Markets Inc**
                       (tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank, N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight Board |
| | of Puerto Rico (Dafi: |
| | 47PC1046) |
| Attention: | Michael Tong (212-723-2987) |

Or by Check to: Citigroup Global Markets Inc, addressed as follows:

Attn: Michael Hershkowitz
Citigroup Global Markets Inc.
390 Greenwich Street, Trading - 6th Floor
New York, NY 10013

**cc:**              Michael Tong, Assistant Vice President
                     John C Gavin, Managing Director
                     Mike Leffler, Managing Director
                     Michael Hershkowitz, Managing Director



Public Finance Department
Municipal Securities Division

| **To:** | Natalie Juresko<br>Executive Director<br>PR Financial Oversight and Management Board (PROMESA) | Invoice #: 1028_191 |
|---|---|---|

| **Date** | August 25, 2020 |
|---|---|

### Fee Invoice

| **Client Name:** | PR Financial Oversight and Management Board (PROMESA) |
|---|---|

| **Project Description:** | Financial Oversight Board of Puerto Rico |
|---|---|

| **Engagement Letter Date:** | January 27, 2017 |
|---|---|

| **Description of Services:** | Strategic Advisory Services |
|---|---|

| **Amount Due:** | May 2020 (Title III - Mainland) | $ | 1,121,842.85 |
|---|---|---|---|
| | May 2020 (Title III - Puerto Rico) | $ | 88,157.15 |
| | **Total** | **$** | **1,210,000.00** |

**Payment Terms:**   Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

| Bank: | Citibank,  N.A. |
|---|---|
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight Board<br>of Puerto Rico (Dafi:<br>47PC1046) |
| Attention: | Michael Tong (212-723-2987) |

Or by Check to: Citigroup Global Markets Inc, addressed as follows:

Attn: Michael Hershkowitz
Citigroup Global Markets Inc.
390 Greenwich Street, Trading - 6th Floor
New York, NY 10013

**cc:**   Michael Tong, Assistant Vice President
John C Gavin, Managing Director
Mike Leffler, Managing Director
Michael Hershkowitz, Managing Director

**<u>APPENDIX D</u>**

**Certification of Mike Leffler**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>           Debtors. | PROMESA<br><br>Title III<br><br>No. 17-bk-3283-LTS<br><br>(Jointly Administered) |

## <u>CERTIFICATION OF MIKE LEFFLER</u>

I, Mike Leffler, hereby certify:

1.      I am a Managing Director at Citigroup Global Markets Inc. ("<u>Citi</u>"), investment banker and financial advisor to the Financial Oversight and Management Board for Puerto Rico, and submit this certification in support of Citi's eighth interim fee application.

2.      I have read the application.

3.      To the best of my knowledge, information and belief formed after reasonable inquiry, the compensation and expenses sought therein conform with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the United States Trustee Guidelines and the Puerto Rico Local Bankruptcy Rules.

4.      The compensation and expenses requested are consistent with those customarily employed by Citi in other municipal restructuring engagements.

5.      No agreement or understanding exists between Citi and any other person for sharing compensation received or to be received in connection with this engagement, except as authorized by the Bankruptcy Code or Rules.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on March 22, 2021.

/s/ Mike Leffler