UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO et al., | |
| Debtors.[1] | |

ORDER GRANTING THE NINETY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON UNSPECIFIED PUERTO RICO STATUTES

Upon the *Ninety-Third Omnibus Objection (Non-Substantive) of the*

*Commonwealth of Puerto Rico and Employees Retirement System of the Government of the*

*Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based Upon Unspecified*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Puerto Rico Statutes* (Docket Entry No. 8982, the "Ninety-Third Omnibus Objection"),[2] filed by

the Commonwealth of Puerto Rico (the "Commonwealth") and the Employees Retirement

System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the

Commonwealth, the "Debtors"), dated October 24, 2019, for entry of an order disallowing

certain claims filed against the Debtors, as more fully set forth in the Ninety-Third Omnibus

Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the

Ninety-Third Omnibus Objection and to grant the relief requested therein pursuant to

PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and

due and proper notice of the Ninety-Third Omnibus Objection having been provided to those

parties identified therein, and no other or further notice being required; and upon the *Notice of

Presentment of Proposed Order (A) Granting in Part the Ninety-Third Omnibus Objection (Non-

Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the

Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting Interests Based

Upon Unspecified Puerto Rico Statutes, (B) Approving Form of Notice for Claims to be Set for

Hearing, and (C) Granting Related Relief*, dated October 20, 2020 (Docket Entry No. 14625, the

"Notice"), for entry of an order disallowing the Claims to Be Disallowed via Notice of

Presentment and the Claims with Undeliverable Addresses (as defined below), as more fully set

forth in the Notice; and the Court having determined that the relief sought in the Ninety-Third

Omnibus Objection is in the best interests of the Debtors, their creditors, and all parties in

interest; and the Court having determined that the legal and factual bases set forth in the Ninety-

---

[2]     Capitalized terms used but not otherwise defined herein have the meanings given to them
in the Notice.

Third Omnibus Objection establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Ninety-Third Omnibus Objection is GRANTED as set forth

herein; and it is further

ORDERED that the each of the claims identified on Exhibit C hereto (the

"Deficient Claims to Be Disallowed via Notice of Presentment") and on Exhibit D hereto (the

"Deficient Claims with Undeliverable Addresses") are hereby disallowed in their entirety; and it

is further

ORDERED that Prime Clerk, LLC, is authorized and directed to designate the

Deficient Claims to Be Disallowed via Notice of Presentment and the Deficient Claims with

Undeliverable Addresses as expunged in the official claims registry in the Title III Cases; and it

is further

ORDERED that this Order resolves Docket Entry No. 8982 in Case No. 17-3283;

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation, interpretation, or enforcement of this

Order.


SO ORDERED.

Dated: March 23, 2021

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge