UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK- 3567 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-3566 (LTS) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-4780 (LTS) |

**SUPPLEMENTAL NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO CEASE SERVICE OF NOTICES, ORDERS, PLEADINGS, AND DOCUMENTS**

To the Honorable United States District Court Judge Laura Taylor Swain:

**PLEASE TAKE NOTICE** that Edward S. Weisfelner's appearance is hereby withdrawn as counsel for the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, acting by and through its members (the "SCC"), in the adversary proceedings listed in the Supplemental Appendix. Mr. Weisfelner has retired from Brown Rudnick LLP. The SCC has filed, and the Court has granted Mr. Weisfelner's withdrawal from the Title III cases and the vendor avoidance actions listed in the Appendix included in Docket Number 16130. *Order Granting 16130 Notice of Withdrawal of Attorney Edward S. Weisfelner*, Docket No. 16136. The SCC, through this notice, now wishes to withdraw Mr. Weisfelner's appearance in the adversary proceedings of the defendants involved in the ERS litigation, fuel oil litigation, and clawback actions, as listed on the Supplemental Appendix attached hereto, and from all other related adversary proceedings. The appearances by other attorneys at Brown Rudnick LLP on behalf of the SCC in these adversary proceedings are unaffected by this request. Because the SCC will continue to be represented by attorneys from Brown Rudnick LLP, withdrawal of Mr. Weisfelner will not cause any disruption in these cases.

Accordingly, pursuant to Local Rule 9010-1(d), the SCC respectfully requests that the Court order the withdrawal of Mr. Weisfelner and remove him from applicable service lists, including Notices of Electronic Filing, for the cases listed in the Supplemental Appendix and all other related adversary proceedings.

Dated: March 23, 2021.

Respectfully submitted,

| | |
|---|---|
| */s/ Sunni P. Beville* | */s/ Kenneth C. Suria* |
| **BROWN RUDNICK LLP** | **ESTRELLA, LLC** |
| Sunni P. Beville, Esq. (*Pro Hac Vice*) | Kenneth C. Suria, Esq. (USDC-PR 213302) |
| Tristan G. Axelrod, Esq. (*Pro Hac Vice*) | Alberto Estrella, Esq. (USDC-PR 209804) |
| One Financial Center | Carlos Infante, Esq. (USDC-PR 301801) |
| Boston, MA 02111 | P. O. Box 9023596 |
| Tel: (617) 856-8200 | San Juan, Puerto Rico 00902-3596 |
| sbeville@brownrudnick.com | Tel.: (787) 977-5050 |
| taxelrod@brownrudnick.com | Fax: (787) 977-5090 |
| | ksuria@estrellallc.com |
| *Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its members* | aestrella@estrellallc.com |
| | cinfante@estrallallc.com |
| | *Local Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its members* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

This the 23rd day of March, 2021.

                                                             */s/ Sunni P. Beville*
                                                             Sunni P. Beville

**SUPPLEMENTAL APPENDIX**

| Defendant | Adversary Proceeding No. |
|---|---|
| BARCLAYS CAPITAL, *et al.* | 19-0280 |
| BNY MELLON/POP SEC., *et al.* | 19-0282 |
| FIRST SOUTHWEST COMPANY, *et al.* | 19-0283 |
| DEFENDANT 1A – 100A | 19-0285 |
| DEFENDANT 1B – 100B | 19-0286 |
| DEFENDANT 1C – 53C | 19-0287 |
| DEFENDANT 1D – 73D | 19-0288 |
| AMERICAN ENTERPRISE INVESTMENT SERVICES INC., *et al.* | 19-0356 |
| FIRST SOUTHWEST COMPANY, *et al.* | 19-0357 |
| DEFENDANT 1F AND 2F | 19-0358 |
| DEFENDANT 1H-78H | 19-0359 |
| WELLS FARGO SECURITIES, LLC, *et al.* | 19-0360 |
| DEFENDANT 1G-50G | 19-0361 |
| INSPECTORATE AMERICA CORPORATION, *et al.* | 19-0388 |