# EXHIBIT B



**COMMONWEALTH OF PUERTO RICO**

Basic Financial Statements

and Required Supplementary Information

June 30, 2013

(With Independent Auditors' Report Thereon)

**COMMONWEALTH OF PUERTO RICO**

Balance Sheet – Governmental Funds

June 30, 2013

(In thousands)

| | General | Debt service | COFINA special revenue | COFINA debt service | Other governmental | Total governmental |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Cash and cash equivalents in commercial banks | $ 212,263 | 137 | — | — | 137,615 | 350,015 |
| Cash and cash equivalents in governmental banks | 288,086 | 798,609 | 14,755 | — | 113,395 | 1,214,845 |
| Cash equivalents in PRGITF | — | — | — | — | 88,329 | 88,329 |
| Investments | 317,420 | — | 34,893 | — | 17,629 | 369,942 |
| Receivables: | | | | | | |
| Income and excise taxes | 1,135,995 | — | — | — | — | 1,135,995 |
| Intergovernmental | 376,639 | 30,995 | — | — | — | 407,634 |
| Accounts | 90,063 | — | — | — | 1,042 | 91,105 |
| Loans | 97,023 | — | — | — | 39 | 97,062 |
| Accrued interest | 40,421 | — | — | — | 93 | 40,514 |
| Other | 6,265 | — | — | — | 47,520 | 53,785 |
| Due from: | | | | | | |
| Other funds | 41,173 | — | — | — | 34,498 | 75,671 |
| Component units | 80,272 | — | — | — | 14,745 | 95,017 |
| Other governmental entities | — | — | — | — | 22,582 | 22,582 |
| Other assets | 12,142 | — | — | — | 1,174 | 13,316 |
| Restricted assets: | | | | | | |
| Cash and cash equivalents in commercial banks | 62,170 | — | — | 5 | 566,398 | 628,573 |
| Cash and cash equivalents in governmental banks | 10,790 | — | — | 18,861 | 201,090 | 230,741 |
| Sales and use tax | — | — | — | 111,486 | — | 111,486 |
| Investments | — | — | — | 448,754 | 338,964 | 787,718 |
| Due from other funds | — | — | — | — | 7,272 | 7,272 |
| Due from other governmental entities | — | — | — | — | 3,818 | 3,818 |
| Other assets | — | — | — | 647 | 7,972 | 8,619 |
| Real estate held for sale or future development | — | — | — | — | 2,052 | 2,052 |
| Total assets | $ 2,770,722 | 829,741 | 49,648 | 579,753 | 1,606,227 | 5,836,091 |
| **Liabilities and Fund Balance (Deficit):** | | | | | | |
| Liabilities: | | | | | | |
| Accounts payable and accrued liabilities | $ 1,578,480 | — | 796 | 143 | 210,272 | 1,789,691 |
| Tax refunds payable | 1,205,517 | — | — | — | — | 1,205,517 |
| Due to: | | | | | | |
| Other funds | 81,847 | — | — | — | 20,454 | 102,301 |
| Component units | 378,120 | — | — | — | 11,292 | 389,412 |
| Other governmental entities | 6,207 | — | — | — | 7,243 | 13,450 |
| Notes payable | 186,710 | — | — | — | — | 186,710 |
| Bond anticipation notes payable | — | — | — | — | 204,866 | 204,866 |
| Bonds payable | — | 384,235 | — | — | 72,595 | 456,830 |
| Interest payable | 44,587 | 259,971 | — | — | 120,676 | 425,234 |
| Deferred revenue | 1,126,282 | 28,841 | — | — | 124,601 | 1,279,724 |
| Compensated absences | 100,105 | — | — | — | — | 100,105 |
| Termination benefits payable | 722 | — | — | — | — | 722 |
| Other liabilities | 73,171 | — | — | — | — | 73,171 |
| Total liabilities | 4,781,748 | 673,047 | 796 | 143 | 771,999 | 6,227,733 |
| Fund balances (deficit): | | | | | | |
| Nonspendable | 5,000 | — | — | — | 225,100 | 230,100 |
| Spendable: | | | | | | |
| Restricted | 357,496 | — | — | 579,610 | 538,745 | 1,475,851 |
| Committed | 171 | 2,154 | — | — | 29,042 | 31,367 |
| Assigned | 15,408 | 154,540 | 48,852 | — | 106,991 | 325,791 |
| Unassigned | (2,389,101) | — | — | — | (65,650) | (2,454,751) |
| Total fund balances (deficit) | (2,011,026) | 156,694 | 48,852 | 579,610 | 834,228 | (391,642) |
| Total liabilities and fund balances | $ 2,770,722 | 829,741 | 49,648 | 579,753 | 1,606,227 | 5,836,091 |

See accompanying notes to basic financial statements