| | |
|---|---|
| RECLAMANTE: | Mercedes Cintrón Cosme |
| DIRECCION: | PO BOX 1811 Juana Diaz |
| | PUERTO RICO, 00795 |

**NUMERO DE RECLAMACION:** 123207

**Fecha de presentacion (envio):** 10 de Marzo del 2021
**Deudor:** COMMONWEALTH OF PUERTO RICO

Por este medio incluyo con mi reclamación presentada el 29 de Junio de 2018 lo siguiente:

1. Evidencia de trabajo del Departamento de Educación de Puerto Rico – ELA, como Maestra desde el 1971.
2. El monto adeudado en mi reclamación es de $134,400.

Muchas gracias por la pronta atención a mi petición.

Cordialmente,

Mercedes Cintrón Cosme
Nombre en letra de molde

*Mercedes Cintrón Cosme 10 de marzo/2021*
Firma y fecha

Escaneado con CamScanner

## REPLICA DE OBJECIÓN GLOBAL

I. DATOS DE CONTACTO

Nombre: Mercedes Cintrón Cosme
Direccion Postal: PO BOX 1811
JUANA DIAZ, P.R. 00795

Teléfono contacto: Res. 407.558.5254   Cel. 787.974.5237

II. EPIGRAFE

   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767
   B. Estado Libre Asociado de Puerto Rico y otros (Deudores)
   C. Numero de Procedimiento: 17BK 3283 – LTS
   D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:
      Número de las evidencias por reclamo:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial·Pasos

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

      Ley 124 – Julio 1973 – Aumento de Sueldo
      Ley 89 – Julio 1979 – Retribución Uniforme
      Ley 89 – Julio 1995 – Romerazo
      Ley 134 – Julio 1996 – Aportación Acumulado Retiro
      Ley 96 – Julio 2002 – Aumento de Sueldo
      Ley 164 – Julio 2003 – Aumento de Sueldo
      Ley 164 – Enero 2004 – Gob. Sila M. Calderón
      Ley 109 – Junio 2008 – Escala Salarial – Pasos

Escaneado con CamScanner

IV. Documentación Justificada

Se incluyen documentos que evidencian los años de servicio en el Departamento de Educación, Ponce, Puerto Rico desde el año 1971. Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en estas fechas. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Mercedes Cintrón Cosme
Nombre en letra de molde

*Mercedes Cintrón Cosme*
Firma

Escaneado con CamScanner

RECLAMANTE: Mercedes Cintrón Cosme
NUMERO DE PROCEDIMIENTO: 17 BK-3283 – LTS
NUMERO DE RECLAMACION: 123207

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el 1971 hasta el 2001 como maestra del Departamento de Educación de Puerto Rico – ELA.

|  | Cantidad |
|---|---:|
| Ley 89 – Julio 1995 – Romerazo | 30,000 |
| Ley 134 – Julio 1996 – Aportación Acumulado Retiro | 28,800 |
| Ley 96 – Julio 2002 – Aumento de Sueldo | 21,600 |
| Ley 164 – Julio 2003 – Aumento de Sueldo | 20,400 |
| Ley 164 – Enero 2004 – Gob. Sila M. Calderón | 19,200 |
| Ley 109 – Junio 2008 – Escala Salarial Pasos | 14,400 |
| $ | 134,400 |

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

Mercedes Cintrón Cosme
Nombre en letra de molde

*[Firma] Mercedes Cintrón Cosme 10 de marzo/2021*
Firma y fecha

Escaneado con CamScanner



# DEPARTAMENTO DE EDUCACION
## Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos

16 de marzo de 2021

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | MERCEDES CINTRON COSME |
| Seguro Social | | Redacted 9891 |
| Categoría | : | MAESTRO ELEMENTAL |
| Distrito Escolar | : | SANTA ISABEL_ |
| Sueldo Mensual | : | $2,005.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de julio de 2001 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 30 años. |

Candida R. Chico Montañez
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Mercedes Cintron Castro
PO Box 1811
Juana Diaz P.R. 00795



Clerks Office
United State District Court
Room 150 Federal Building
San Juan P.R. 00918-1767