One Hundred and Seventy-Fourth Omnibus Objection
Exhibit B - Schedule of Exact Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | BONET QUILES, CARLOS D.<br>DAVID O. CORDERO HERNÁNDEZ<br>PO BOX 1234<br>MOCA, PR 00676 | 05/25/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 26529 | $ 100,000.00* | BONET QUILES, CARLOS D.<br>LCDO. DAVID O. CORDERO HERNÁNDEZ<br>PO BOX 1234<br>MOCA, PR 00676 | 05/25/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 26532 | $ 100,000.00* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| 2 | CARDINAL HEALTH PR 120, INC.<br>WILLIAM M. VIDAL CARVAJAL<br>MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801<br>SAN JUAN, PR 00917 | 04/30/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 9748 | $ 397.10 | CARDINAL HEALTH PR 120, INC.<br>WILLIAM M. VIDAL CARVAJAL<br>MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801<br>SAN JUAN, PR 00917 | 04/27/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 7349 | $ 397.10 |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| 3 | CARRASGUILLO SANTOS, YARITZA<br>HC-66 BOX 10200<br>FAJADO, PR 00738 | 06/06/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 162319 | Undetermined* | CARRASQUILLO SANTOS, YARITZA<br>HC-66 BOX 10200<br>FAJARDO, PR 00738 | 06/06/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 165850 | Undetermined* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| 4 | CHRISTIAN GERENA, SANDRA<br>PO BOX 81<br>LAS PIEDRAS, PR 00771 | 05/25/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 17296 | Undetermined* | CHRISTIAN GERENA, SANDRA LEE<br>PO BOX 81<br>LAS PIEDRAS, PR 00771 | 05/25/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 20714 | Undetermined* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| 5 | CRUZ VELAZQUEZ, HECTOR J<br>PO BOX 9613<br>CAGUAS, PR 00726 | 04/30/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 13018 | $ 145,514.07 | CRUZ VELAZQUEZ, HECTOR J<br>PO BOX 9613<br>CAGUAS, PR 00726 | 04/30/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 10854 | $ 145,514.07 |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

One Hundred and Seventy-Fourth Omnibus Objection
Exhibit B - Schedule of Exact Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | CUADRADO ROSARIO, GISELLE<br>PO BOX 8802<br>BOTEJAS<br>HUMACAO, PR 00792 | 05/23/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 19290 | Undetermined* | CUADRADO ROSARIO, GISELLE<br>PO BOX 8802<br>BO.TEJAS<br>HUMACAO, PR 00792 | 05/23/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 16603 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 7 | DIAZ MEDINA, LOURDES T.<br>38-9 CALLE 34 URB VILLA CAROLINA<br>CAROLINA, PR 00985 | 05/21/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 30877 | Undetermined* | DIAZ MEDINA, LOURDES T.<br>38-9 CALLE 34<br>URB. VILLA CAROLINA<br>CAROLINA, PR 00985 | 05/21/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 27801 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 8 | DIAZ RODRIGUEZ, CYNTHIA ANN<br>FRANCIS VARGAS LEYRO<br>64 RIERA PALMER<br>MAYAGUEZ, PR 00680 | 02/13/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 168165 | $ 18,000.00* | DIAZ RODRIGUEZ, CYNTHIA ANN<br>FRANCIS VARGAS LEYRO<br>64 RIERA PALMER<br>MAYAGUEZ, PR 00680 | 02/13/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 168133 | $ 18,000.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 9 | FELIX RODRIGUEZ RODRIGUEZ C/O CITY OFFICE SUPPLIES<br>P.O. BOX 1669<br>BAYAMON, PR 00960 | 07/03/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 153823 | $ 10,702.93 | RODRIGUEZ RODRIGUEZ, FELIX<br>CITY OFFICE SUPPLIES<br>PO BOX 1669<br>BAYAMON, PR 00960 | 06/28/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 66708 | $ 10,702.93 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 10 | FIGUEROA CAY, OMAR IVAN GERARDO<br>URB. VILLA UNIVERSITARIA CALLE 24 R-24<br>HUMACAO, PR 00791 | 05/23/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 18822 | Undetermined* | FIGUEROA CAY, OMAR IVAN GERARDO<br>URB. VILLA UNIVERSITARIA<br>CALLE 24 R-24<br>HUMACAO, PR 00791 | 05/23/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 18038 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

## One Hundred and Seventy-Fourth Omnibus Objection
### Exhibit B - Schedule of Exact Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | GONZALEZ JIMENEZ, MARIA I<br>FRANCISCO DÁVILA VARGAS<br>PO BOX 1236<br>JAYUYA, PR 00664 | 06/07/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 115701 | $ 12,000.00 | GONZALEZ JIMENEZ, MARIA I.<br>LCDO. FRANCISCO DÁVILA VARGAS<br>PO BOX 1236<br>JAYUYA, PR 00664 | 06/07/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 78738 | $ 12,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 12 | GONZALEZ RAMOS, MARIA DE LOURDES<br>LA PONDEROSA<br>453 CALLE CECILIANA<br>RIO GRANDE, PR 00745 | 05/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 41758 | Undetermined* | GONZALEZ RAMOS, MARIA DE LOURDES<br>LA PONDEROSA<br>453 CALLE CECILIANA<br>RIO GRANDE, PR 00745 | 05/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 39707 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 13 | IRIZARRY AYALA, PABLO<br>COND LOS ALMENDROS PLAZA<br>701 CALLE EIDER APT 811<br>SAN JUAN, PR 00924 | 04/16/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 7421 | Undetermined* | IRIZARRY AYALA, PABLO<br>COND LOS ALMENDROS PLAZA I APTO 811<br>SAN JUAN, PR 00924 | 04/16/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 7406 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 14 | LEBRON DAVILA, JANNIRE<br>HC 01 BOX 4529<br>ARROYO, PR 00714 | 05/25/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 33707 | Undetermined* | LEBRON DAVILA, JANNIRE<br>HC-01 BOX 4529<br>ARROYO, PR 00714 | 05/25/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 41729 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 15 | LOPEZ VELEZ, VIDAL<br>HC01 BOX 4115<br>BOCALLEJONES<br>LARES, PR 00669 | 07/02/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 134231 | Undetermined* | LOPEZ VELEZ, VIDAL<br>HC 01 BOX 4115<br>BO.CALLEJONES<br>CARR.454 HM.3.8<br>LARES, PR 00669 | 07/02/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 124346 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

One Hundred and Seventy-Fourth Omnibus Objection
Exhibit B - Schedule of Exact Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | LOPEZ VELEZ, VIDAL<br>HC 01 BOX 4115<br>BO.CALLEJONES<br>CARR.454 HM.3.8<br>LARES, PR 00669 | 07/02/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 166252 | Undetermined* | LOPEZ VELEZ, VIDAL<br>HC 01 BOX 4115<br>BOCALLEJONES<br>LARES, PR 00669 | 07/02/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 121978 | Undetermined* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| 17 | LOZA RUIZ, SYLKIA<br>PO BOX 315<br>YABUCOA, PR 00767 | 05/24/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 43990 | Undetermined* | LOZA RUIZ, SYLKIA<br>PO BOX 315<br>YABUCOA, PR 00767 | 05/24/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 30129 | Undetermined* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| 18 | LUGO ORTIZ, WANDA I.<br>VILLAS DEL LAUREL II<br>1412 BOULEVARD<br>COTO LAUREL, PR 00780 | 06/05/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 47273 | Undetermined* | LUGO ORTIZ, WANDA I.<br>VILLAS DEL LAUREL II<br>1412 BOULEVARD<br>COTO LAUREL, PR 00780 | 05/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 26526 | Undetermined* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| 19 | LUIS MANUEL RAMIREZ PEREZ & JOSE LUIS RAMIREZ PEREZ<br>C/O JOSE LUIS RAMIREZ COLL<br>PO BOX 13128<br>SAN JUAN, PR 00908 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 103148 | $ 5,000.00 | LUIS MANUEL RAMIREZ PEREZ & JOSE LUIS RAMIREZ REPEZ<br>JOSE LUIS RAMIREZ COLL<br>PO BOX 13128<br>SAN JUAN, PR 00908 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 87279 | $ 5,000.00 |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| 20 | MATEO, ANA TORRES<br>URB PUERTO NUEVO<br>1176 CCANARIA<br>SAN JUAN, PR 00920 | 04/20/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 7845 | Undetermined* | MATEO TORRES, ANA<br>URB PUERTO NUEVO<br>1176 CALLE CANARIA<br>SAN JUAN, PR 00920 | 04/20/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 7849 | Undetermined* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| 21 | MEDINA PORTALATIN, LIZANDRA<br>HC 05 BOX 91838<br>ARECIBO, PR 00612 | 06/01/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 29881 | Undetermined* | MEDINA PORTALATIN, LIZANDRA<br>HC 05 BOX 91838<br>ARECIBO, PR 00612 | 05/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 28618 | Undetermined* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

One Hundred and Seventy-Fourth Omnibus Objection
Exhibit B - Schedule of Exact Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 22 | MEDINA PORTALATIN, LIZANDRA<br>HC 05 BOX 91838<br>ARECIBO, PR 00612 | 06/01/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 30589 | Undetermined* | MEDINA PORTALATIN, LIZANDRA<br>HC 05 BOX 91838<br>ARECIBO, PR 00612 | 05/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 27418 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 23 | MENDEZ MENDEZ, RUTH<br>NESTOR GONZALEZ GONZ TUTOR<br>URB. ISLAZUL<br>3196 ANDALUCIA<br>ISABELA, PR 00662 | 04/04/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 6244 | Undetermined* | MENDEZ MENDEZ, RUTH<br>URB. ISLAZUL<br>3196 ANDALUCIA<br>ISABELA, PR 00662 | 04/04/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 6060 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 24 | MERCADO TORRES, ANGEL<br>HC 06 BOX 9009<br>JUAN DIAZ, PR 00795 | 06/05/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 169166 | Undetermined* | MERCADO TORRES, ANGEL<br>HC06 BOX 9009<br>JUANA DIAZ, PR 00798 | 06/05/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 169118 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 25 | MOYA MOYANO, LUZ J<br>315 CALLE SIMON MADERA<br>VILLA ANGELICA<br>MAYAGUEZ, PR 00680 | 06/06/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 60990 | Undetermined* | MOYA MOYANO, LUZ J.<br>VILLA ANGELICA<br>315 SIMON MADERA<br>MAYAGUEZ, PR 00680 | 06/06/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 61012 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 26 | MUNOZ REYES, JUDITH<br>PO BOX 259<br>VILLALBA, PR 00766-0259 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 82881 | Undetermined* | MUNOZ REYES, JUDITH<br>PO BOX 259<br>VILLALBA, PR 00766-0259 | 05/25/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 27092 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 27 | NAZARIO TORRES, HELGA<br>PO BOX 815<br>CIDRA, PR 00739-0815 | 06/11/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 79532 | $ 410,400.00 | NAZARIO TORRES, HELGA<br>PO BOX 815<br>CIDRA, PR 00739-0815 | 06/14/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 66344 | $ 410,400.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## One Hundred and Seventy-Fourth Omnibus Objection
### Exhibit B - Schedule of Exact Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 28 | PADILLA VELEZ, JESUS LDO LUIS A FERNANDEZ DOMENECH PO BOX 1768 CABO ROJO, PR 00623 | 05/25/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 48350 | $ 150,000.00* | PADILLA VELEZ, JESUS PO BOX 1768 CABO ROJO, PR 00623 | 05/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 46398 | $ 150,000.00* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | PAGAN RIVERA, CARMEN ANA URB. JARDINES DEL VALENCIANO CALLE ORQUIDEA B-6 JUNCOS, PR 00777 | 05/23/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 19355 | Undetermined* | PAGAN RIVERA, CARMEN ANA URB. JARDINES DEL VALENCIANO CALLE ORQUIDEA B-6 JUNCOS, PR 07777 | 05/23/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 19467 | Undetermined* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | PAGAN RIVERA, CARMEN ANA URB JADNS DEL VALENCIANO B 6 CALLE ORQUIDEA JUNCOS, PR 00777 | 05/23/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 19473 | Undetermined* | PAGAN RIVERA, CARMEN ANA URB. JARDINES DEL VALENCIANO CALLE ORQUIDEA B-6 JUNCOS, PR 07777 | 05/23/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 19467 | Undetermined* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | PELLOT PEREZ, JOSE J MARIBEL GARCIA AYALA ATTORNEY URB. CAMINO DE LA PRINCESA 77 CALLE AURORA GUAYAMA, PR 00784-7619 | 02/07/19 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 168141 | $ 90,000.00* | PELLOT PEREZ, JOSE J MARIBEL GARCIA AYALA URB. CAMINO DE LA PRINCESA 77 CALLE AURORA GUAYAMA, PR 00784-7619 | 02/07/19 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 168143 | $ 90,000.00* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

One Hundred and Seventy-Fourth Omnibus Objection
Exhibit B - Schedule of Exact Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 32 | PELLOT PEREZ, JOSE J<br>MARIBEL GARCIA AYALA<br>URB. CAMINO DE LA PRINCESA<br>77 CALLE AURORA<br>GUAYAMA, PR 00784-7619 | 02/07/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 168142 | $ 90,000.00* | PELLOT PEREZ, JOSE J<br>MARIBEL GARCIA AYALA<br>URB. CAMINO DE LA PRINCESA<br>77 CALLE AURORA<br>GUAYAMA, PR 00784-7619 | 02/07/19 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 168143 | $ 90,000.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 33 | PEREZ NIEVES, JOSE I.<br>JANE A BECKER WHITAKER<br>P.O. BOX 9023914<br>SAN JUAN, PR 00902 | 06/04/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 59930 | Undetermined* | PEREZ NIEVES, JOSE I.<br>JANE A. BECKER WHITAKER<br>PO BOX 9023914<br>SAN JUAN, PR 00902 | 06/04/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 58925 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 34 | QUINONES UFRET, KAREN M.<br>URB ALTURAS DE SAN JOSE<br>MM 4 CALLE 20<br>SABANA GRANDE, PR 00637 | 07/06/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 151787 | Undetermined* | QUINONES UFRET, KAREN M.<br>URB ALTURAS DE SAN JOSE<br>C/20 MM 4<br>SABANA GRANDE, PR 00667 | 07/06/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 148387 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 35 | RAMIREZ TORRES, NELLY<br>836 CALLE SALICO<br>EXT. DEL CARMEN<br>PONCE, PR 00716-2146 | 06/27/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 107322 | Undetermined* | RAMIREZ TORRES, NELLY<br>836 CALLE SALICO<br>EXT DEL CARMEN<br>PONCE, PR 00716-2146 | 06/27/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 109008 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 36 | REYES ROSARIO, IVELISSE<br>HC 4 BOX 8924<br>AGUAS BUENAS, PR 00703 | 05/22/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 25881 | $ 205,200.00 | REYES ROSARIO, IVELISSE<br>HC 4 BOX 8924<br>AGUAS BUENAS, PR 00703 | 05/22/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 21890 | $ 205,200.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Seventy-Fourth Omnibus Objection
Exhibit B - Schedule of Exact Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 37 | RIOS FELICIANO, MIGUEL A<br>PO BOX 22<br>MARICAO, PR 00606 | 04/20/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 7822 | Undetermined* | RIOS FELICIANO, MIGUEL<br>PO BOX 22<br>MARICAO, PR 00606 | 04/20/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 7863 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 38 | RIVERA PERCY, VICTOR T<br>VILLA GRILLASCA<br>937 CALLE VIRGILIO BIAGGI<br>PONCE, PR 00717 | 05/07/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 17052 | $ 5,000,000.00* | RIVERA PERCY, VICTOR T<br>JUAN R. RODRIGUEZ<br>PO BOX 7693<br>PONCE, PR 00732 | 05/07/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 29003 | $ 5,000,000.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 39 | RIVERA TROCHE, NILDA<br>WILSON CRUZ RAMIREZ<br>120 A CALLE CARBONELL<br>CABO ROJO, PR 00623 | 05/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 38997 | $ 500.00* | RIVERA TROCHE, NILDA<br>LCDO. WILSON CRUZ RAMIREZ<br>#120 A CALLE CARBONELL<br>CABO ROJO, PR 00623 | 05/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 34430 | $ 500.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 40 | RIVERA VAZQUEZ, LUIS A<br>HC02 BOX 10238<br>JUNCOS, PR 00777 | 05/25/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 18173 | Undetermined* | RIVERA VAZQUEZ, LUIS A<br>HC-02 BOX 10238<br>JUNCOS, PR 00754 | 05/25/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 14928 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 41 | RODRIGUEZ COLON, JEANETTE<br>IVAN GARAU DIAZ<br>CONDOMINIO EL CENTRO I SUITE 219<br>#500 AVE MUNOZ RIVERA<br>SAN JUAN, PR 00918 | 04/26/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 8326 | $ 50,000.00* | RODRIGUEZ COLON, JEANETTE<br>ATTN: IVAN GARAU DIAZ<br>CONDOMINIO EL CENTRO I SUITE 219<br>#500 AVE MUNOZ RIVERA<br>SAN JUAN, PR 00918 | 04/30/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 8558 | $ 50,000.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Seventy-Fourth Omnibus Objection
Exhibit B - Schedule of Exact Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 42 | RODRIGUEZ COLON, JEANETTE<br>IVAN GARAU DIAZ<br>CONDOMINIO EL CENTRO I SUITE 219<br>#500 AVE MUNOZ RIVERA<br>SAN JUAN, PR 00918 | 04/30/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 9699 | $ 50,000.00* | RODRIGUEZ COLON, JEANETTE<br>IVAN GARAU DIAZ<br>CONDOMINIO EL CENTRO I SUITE 219<br>#500 AVE MUNOZ RIVERA<br>SAN JUAN, PR 00918 | 04/26/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 9527 | $ 50,000.00* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 43 | RODRIGUEZ COLON, JEANETTE<br>IVAN GARAU DIAZ<br>CONDOMINIO EL CENTRO I<br>SUITE 219<br>AVE MUNOZ RIVERA #500<br>SAN JAUN, PR 00918 | 04/30/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 9706 | $ 50,000.00* | RODRIGUEZ COLON, JEANETTE<br>IVAN GARAU DIAZ<br>CONDOMINIO EL CENTRO I<br>SUITE 219<br>AVE MUNOZ RIVERA #500<br>SAN JUAN, PR 00918 | 04/26/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 9034 | $ 50,000.00* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 44 | RODRIGUEZ GARCIA, MALENIE<br>D16 C/ MIGUEL A. GOMEZ URB. IDAMARIS GARDENS<br>CAGUAS, PR 00725 | 05/30/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 21294 | Undetermined* | RODRIGUEZ GARCIA, MALENIE<br>D16 C/ MIGUEL A GOMEZ URB IDAMARIS GARDENS<br>CAGUAS, PR 00725 | 05/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 32411 | Undetermined* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 45 | RODRIGUEZ GONZALEZ, TANYA<br>P.O. BOX 13871<br>SAN JUAN, PR 00908 | 05/24/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 18547 | Undetermined* | RODRIGUEZ GONZALEZ, TANYA<br>PO BOX 13871<br>SAN JUAN, PR 00908-3871 | 05/24/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 18905 | Undetermined* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 46 | ROHENA BENITEZ, WILLIAM<br>HC 01 BOX 5902<br>JUNCOS, PR 00777 | 05/16/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 11990 | $ 27,958.50* | BENITEZ, WILLIAM ROHENA<br>HC 1 BOX 5902<br>JUNCOS, PR 00777 | 05/16/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 16378 | $ 27,958.50* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

One Hundred and Seventy-Fourth Omnibus Objection
Exhibit B - Schedule of Exact Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 47 | RUIZ PAGÁN, KHAIRY J.<br>URB. JARDINES DEL VALENCIANO<br>CALLE ORQUIDEA B-6<br>JUNCOS, PR 00777 | 05/23/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 19199 | Undetermined* | RUIZ PAGÁN, KHAIRY J<br>URB. JARDINES DEL VALENCIANO<br>CALLE ORQUIDEA B-6<br>JUNOS, PR 00777 | 05/23/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 19125 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 48 | TEODORO RIVERA OLMEDA<br>PO BOX 193<br>VILLALBA, PR 00766 | 04/30/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 9664 | Undetermined* | RIVERA OLMEDA, TEODORO<br>PO BOX 193<br>VILLALBA, PR 00766 | 05/25/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 34270 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 49 | TORRES APONTE, IRIS N<br>PO BOX 9989<br>SAN JUAN, PR 00908 | 05/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 21431 | Undetermined* | TORRES APONTE , IRIS N.<br>PO BOX 9989<br>SAN JUAN, PR 00908 | 05/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 21503 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 50 | VARGAS VARGAS, LUIS A.<br>PO BOX 2232<br>ANASCO, PR 00610 | 04/12/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 7239 | Undetermined* | VARGAS VARGAS, LUIS A.<br>PO BOX 2232<br>ANASCO, PR 00610 | 04/12/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 7242 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 51 | WESTERN SURETY COMPANY AND CONTINENTAL CASUALTY COMPANY<br>SALDANA, CARVAHAL & VELEZ-RIVE, PSC<br>MELISSA HERNANDEZ - CARRASQUILLO, ESQ.<br>166 AVENIDA DE LA CONSTITUCION<br>SAN JUAN, PR 00901 | 05/15/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 15441 | $ 12,853,074.00* | WESTERN SURETY COMPANY AND CONTINENTAL CASUALTY COMPANY<br>MELISSA HERNANDEZ-CARRASQUILLO, ESQ.<br>166 AVENIDA DE LA CONSTITUCION<br>SAN JUAN, PR 00901 | 05/08/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 12384 | $ 12,853,074.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

One Hundred and Seventy-Fourth Omnibus Objection
Exhibit B - Schedule of Exact Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 52 | YABUCOA DEVELOPMENT, S.E. P.O.BOX 190858 SAN JUAN, PR 00919-0858 | 05/27/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 26041 | $ 74,097.42 | YABUCOA DEVELOPMENT, S.E PO BOX 190858 SAN JUAN, PR 00919-0858 | 05/27/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 25519 | $ 74,097.42 |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.