One Hundred and Seventy-Fourth Omnibus Objection
Exhibit C - Schedule of Exact Duplicate Claims with Undeliverable Addresses

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 COLON DE NAVAS, EVA L. IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/27/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 60010 | $ 182.99 | COLON DE NAVAS, EVA L. IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/23/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 17759 | $ 182.99 |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.