# One Hundred and Seventy-Fifth Omnibus Objection
## Exhibit B - Schedule of Satisfied Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ANTILLES OFFICE SUPPLY<br>PO BOX 3474<br>MANATÍ, PR 00674 | 6/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49946 | $ 3,827.71 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. 35264. The records of the Corps of Firefighters Bureau show such invoice has been fully satisfied. Invoice No. 35264 was satisfied via Check Number 03306736 - Voucher Number 16300256 dated 09/01/2015. | | | | | |
| 2 | C E & L FIRE EXTINGUISHER DISTRIBUTORS Y/O CARLOS M. FLORES LABAULT<br>PO BOX 3092<br>BAYAMON, PR 00960 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12468 | $ 2,878.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. IN00512132 and IN00512169. The records of the Department of State show such invoices have been full satisfied, pursuant to Check No. 234171 dated 09/10/2018. | | | | | |
| 3 | COMMUNICATIONS LEASING LEASING CORP<br>ANA ALBERTORIO<br>PO BOX 362526<br>SAN JUAN, PR 00936 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29378 | $ 1,125.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. 79939. The records of the Department of State show such invoice has been full satisfied, pursuant to EFT No. 98084 dated 08/31/2018. | | | | | |
| 4 | COMPAÑIA DE FOMENTO INDUSTRIAL DE PUERTO RICO<br>PUERTO RICO INDUSTRIAL DEVELOPMENT<br>PO BOX 362350<br>SAN JUAN, PR 00936-2350 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20497 | $ 1,000.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. 180500128. The records of the Corps of Firefighters Bureau show such invoice has been fully satisfied. Invoice No. 180500128 was satisfied via Check No. 00211044 dated 05/21/2018. | | | | | |
| 5 | DAT@ACCESS COMMUNICATIONS, INC<br>HECTOR FIGUEROA-VINCENTY ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/4/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8652 | $ 2,227.27 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. 105994. The records of the Office of the Commissioner of Insurance show such invoice has been satisfied. Invoice No. 105994 was satisfied via EFT No. 00016347 dated 05/04/2018. | | | | | |
| 6 | DOUBLE STATIONARY INC<br>D/B/A XEROGRAPHIC SUPPLIES<br>PO BOX 195497<br>SAN JUAN, PR 00919-5497 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152785 | $ 790.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 673431-0 and 685148-0. The records of the Department of Health show such invoices have been fully satisfied. Invoice No. 673431-0 was satisfied via Check No. 00085916 dated 06/14/2018. Invoice No. 685148-0 was satisfied via Check No. 00070076 dated 02/08/2018. | | | | | |
| 7 | DUENAS TRAILER RENTAL, INC<br>PO BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44521 | $ 3,408.00 |

One Hundred and Seventy-Fifth Omnibus Objection
Exhibit B - Schedule of Satisfied Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 177442, 177443, 177444, 178412, 179310, 186829, and 187810. The records of the Public Service Commission show such invoices have been fully satisfied. Invoice Nos. 177442, 177443, 177444, 178412, and 179310 were satisfied via EFT No. 00090568 dated 07/16/2018. Invoice Nos. 186829 and 187810 were satisfied via EFT No. 00122672 dated 02/27/2019. | | | | | |
| 8 | EBSCO INDUSTRIES, INC.<br>PO BOX 1801<br>BIRMINGHAM, AL 35201 | 4/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6350 | $ 33,000.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. 4017957. The records of the Department of Education show such invoice has been fully satisfied. Invoice No. 4017957 was satisfied via Check No. 00176104 dated 06/05/2018 and Check No. 00144571 dated 07/13/2017. | | | | | |
| 9 | EXPO GALLERY INC.<br>PMB 514<br>1353 AVE LUIS VIGOREACEX<br>GUAYNABO, PR 00966 | 3/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2745 | $ 1,650.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No 4149. The records of the Department of State show such invoice has been fully satisfied. Invoice No. 4149 was satisfied via Check No. 00199361 dated 03/23/2018. | | | | | |
| 10 | FISA, S.E.<br>PO BOX 2286<br>GUAYAMA, PR 00785-2286 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18412 | $ 12,764.08 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. DTRH-0075 and DTRH-0076. The records of the Department of Labor and Human Resources show such invoices have been fully satisfied. Invoice No. DTRH-0075 was satisfied via EFT No. 00078486 dated 05/16/2018. Invoice No. DTRH-0076 was satisfied via EFT No. 00083992 dated 06/15/2018. | | | | | |
| 11 | FLORES LABAULT DBA, CARLOS M<br>CE & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR 00960 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12454 | Undetermined* |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. IN00512441. The records of the Police Department of Puerto Rico show such invoice has been fully satisfied, pursuant to Check No. 00171366 dated 08/25/2017. | | | | | |
| 12 | J&M DEPOT, INC<br>MAYRA NIEVES<br>P.O. BOX 29427<br>SAN JUAN, PR 00929 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43700 | $ 638.88 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 102173 and 102361. The records of the Department of Education show such invoices have been fully satisfied. Invoice Nos. 102173 and 102361 were satisfied via Check No. 00202871 dated 09/12/2018. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Seventy-Fifth Omnibus Objection
Exhibit B - Schedule of Satisfied Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8721 | $ 9,100.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. 6461. The records of the Administration of Socioeconomic Development of the Family (ADSEF) show such invoice has been full satisfied, pursuant to EFT No. 83254, dated 06/11/2018. | | | | | |
| 14 | NETWAVE EQUIPMENT CO.<br>HECTOR FIGUEROA-VICENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8921 | $ 7,110.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. 6813. The records of the Puerto Rico House of Representatives show such invoice has been fully satisfied, pursuant to Check No. 044764 dated 4/26/2018. | | | | | |
| 15 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9033 | $ 4,090.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. 6829. The records of the Telecommunications Regulatory Board show such invoice has been fully satisfied, pursuant to Payment No. 00075084 dated 04/27/2018. | | | | | |
| 16 | NETWAVES EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17363 | $ 16,200.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 5938, 6107, 6148, 6214, 6529, and 6276. The records of the Department of General Services show such invoices have been full satisfied, pursuant to EFT Nos. 10604, 44373, 44372, 44051, 44050, and 44777 dated 10/24/2016, 07/19/2017, 07/19/2017, 07/19/2017, 07/19/2017, and 07/21/2017,respectively. | | | | | |
| 17 | SPECIALTY OFFICE PRODUCTS<br>P O BOX 1914<br>GUAYNABO, PR 00970-1914 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21394 | $ 737.40 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. 7012420-IN. The records of the Department of Justice show such invoice has been fully satisfied. Invoice No. 7012420-IN was satisfied via EFT No. 00089199 dated 07/05/2018. | | | | | |
| 18 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35853 | $ 393.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. INV000008295. The records of the Office of the Commissioner of Financial Institutions show such invoice has been fully satisfied. Invoice No. INV000008295 was satisfied via EFT No. 00075095 dated 04/27/2018. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

One Hundred and Seventy-Fifth Omnibus Objection
Exhibit B - Schedule of Satisfied Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | WAL-SMART INC.<br>24 URB. VALLE SUR<br>MAYAGUEZ, PR 00680-7059 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23316 | $ 1,320.00 |

Reason: Proof of Claim asserts liability on the basis of Invoice No. 23305. The records of the Environmental Quality Board show such invoice has been fully satisfied. Invoice No. 23305 was satisfied via Check No. 00004726 dated 05/17/2018.

| | | | | | TOTAL | $ 102,259.34* |

\* Indicates claim contains unliquidated and/or undetermined amounts