One Hundred and Seventy-Ninth Omnibus Objection
Exhibit B - Schedule of Bondholder No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ANA LÓPEZ & JUAN M. LÓPEZ, TENANTS IN COMMON<br>26 CALLE CYCA, URB PALMA REAL<br>GUAYNABO, PR 00969-5803 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80350 | $ 172,035.00 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | BERTRAN-BARRERAS, ANA M.<br>PO BOX 11998<br>CAPARRA HEIGHTS STATION<br>SAN JUAN, PR 00922 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13527 | $ 103,584.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | GOMEZ VALLECILLO, HIRAM<br>BOX 12244<br>SAN JUAN, PR 00914 | 1/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 419 | $ 2,668,712.64 |

Reason: Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | ROMAN SERRANO, MARCOS JOSE<br>T-22 13 ST EXT VILLA RICA<br>BAYAMON, PR 00959 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42125 | $ 38,870.00 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

One Hundred and Seventy-Ninth Omnibus Objection
Exhibit B - Schedule of Bondholder No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | ZAIDSPINER, ISRAEL<br>ANGEL EFRAIN GONZALEZ ORTIZ<br>BANCO COOPERATIVO PLAZA 623<br>AVE. PONCE DE LEON OFICINA 605-B<br>SAN JUAN, PR 00917-4820 | 5/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13972 | $ 257,473.08 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | | | | | TOTAL | $ 3,240,674.72 |