# ONE HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION
## Exhibit B – Attorney Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ADORNO, EDWIN O. PO BOX 237 VEGA ALTA, PR 00692-0237 | 6/5/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 31022 | $6,500.00 | ADORNO GONZALEZ, EDWIN OMAL CALLE AVALON G-143 URB., MIRABELLA VEGA ALTA, PR 00692 | 5/10/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 13805 | $5,445.38 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 2 | ARROYO-MARTINEZ, VANESSA URB. SANTA CLARA CALLE EMAJAGUA Q 28 GUAYNABO, PR 00969 | 5/10/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 14123 | $2,782.73 | ARROYO MARTINEZ, VANESSA JOSE A. GARCIA RODRIGUEZ APARTADO 9831 SANTURCE STATION SANTURCE, PR 00908 | 5/10/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 14398 | $2,782.73 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 3 | BATISTA MIRANDA, JOSE A. NORUEGA I-8 OASIS GARDENS GUAYNABO, PR 00969 | 5/16/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 13454 | $5,899.00 | BATISTA MIRANDA, JOSE A NORUEGA I-8, OASIS GARDENS GUAYNABO, PR 00969 | 5/10/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 13819 | $5,338.25 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 4 | CINTRON SANTIAGO, CARMEN ELIZABETH CALLE 2 BLQ. 2 #19 URB.MIRAFLORES BAYAMON, PR 00957 | 6/5/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 47894 | $2,386.95 | SANTIAGO, CARMEN E. CINTRON RR 02 BUZON 4910 ANASCO, PR 00610-9870 | 5/10/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 14095 | $2,498.95 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 5 | CRUZ SOTO, OMAR C LIRIOS #220 SAN RAFAEL ESTATES II BAYAMON, PR 00959 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 23074 | $2,598.44 | CRUZ SOTO, OMAR C/LIRIOS C- 22 SAN RAFAEL ESTATES II BAYAMON, PR 00959-4179 | 5/14/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 14791 | $2,598.44 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

Case:17-03283-LTS Doc#:16186-1 Filed:03/25/21 Entered:03/25/21 10:12:58 Desc:
Exhibit B Attorney Duplicate Claims to be Disallowed via Notice of Presentment Page 2 of 7

ONE HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION
Exhibit B – Attorney Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | DUPREY PEREZ, JOSE I<br>SANTA TERESITA<br>1 CALLE ANDRES CABAN<br>ISABELA, PR 00662 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 30226 | $7,328.94 | GARCIA NARVAEZ, AGUSTIN<br>C/O LCDO. RAMON N. PLAZA MONTERO<br>URB LA RAMBLA 922 ZARAGOZA<br>PONCE, PR 00730 | 5/2/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 12113 | $543,702.17 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 7 | FERRER CAMACHO, ORLANDO L.<br>RR-4 BOX 27164<br>TOA ALTA, PR 00953 | 5/31/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 45304 | $5,000.00 | FERRER CAMACHO, ORLANDO<br>RR 4 BOX 27164<br>TOA ALTA, PR 00953 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 23921 | $3,249.20 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 8 | GUEVARA FERNANDEZ, NESTOR<br>URB. RIO CANAS<br>2729 CALLE MISSISSIPPI<br>PONCE, PR 00728 | 3/11/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 1987 | $5,216.48 | GUEVARA FERNANDEZ, NESTOR<br>URB RIO CANAS<br>2729 MISSISSIPPI<br>PONCE, PR 00728 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 33258 | $5,216.48 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 9 | HERNANDEZ GARCIA, JORGE L.<br>URB. VERSALLES E-18 CALLE 5<br>BAYAMON, PR 00959 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 34007 | $5,129.57 | HERNANDEZ GARCIA, JORGE L.<br>URB. VERSALLES<br>CALLE 5 E-18<br>BAYAMON, PR 00959 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 36072 | $5,543.97 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 10 | HERNANDEZ GARCIA, JORGE L.<br>URB. VERSALLES<br>E-18 CALLE 5<br>BAYAMON, PR 00959-2111 | 6/1/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 29918 | $5,129.57 | HERNANDEZ GARCIA, JORGE L.<br>URB. VERSALLES<br>CALLE 5 E-18<br>BAYAMON, PR 00959 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 36072 | $5,543.97 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

**ONE HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION**
Exhibit B – Attorney Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | JUSINO CRUZ, LIDIS L. HC 4 BOX 21127 LAJAS, PR 00667 | 6/11/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 74978 | Undetermined* | GARCIA NARVAEZ, AGUSTIN C/O LCDO. RAMON N. PLAZA MONTERO URB LA RAMBLA 922 ZARAGOZA PONCE, PR 00730 | 5/2/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 12113 | $543,702.17 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| 12 | LUQUIS APONTE, RENE URB. EXT. SAN ANTONIO C / 4 R-10 CAGUAS, PR 00725 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 40813 | Undetermined* | LUQUIS APONTE, RENE URB. EXT. SAN ANTONIO C / 4 R-10 CAGUAS, PR 00725 | 5/24/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 24958 | $3,247.29 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| 13 | MORALES MALPICA, YADIRIS C3 BLOQUE 9 12 URB SANTA ROSA BAYAMON, PR 00959 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 33273 | $3,802.46 | MORALES MALPICA, YADIRIS CALLE 29 DF-6 URB. REXVILLE BAYAMON, PR 00957 | 5/24/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 28894 | $1,901.23 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| 14 | MORALES-BERRIOS, FABIAN HC 75 BOX 1164 NARANJITO, PR 00719 | 5/19/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 14644 | $4,800.00 | MORALES BERRIOS, FABIAN HC 75 BOX 1164 NARANJITO, PR 00719 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 17286 | $4,258.51 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| 15 | NAVARRO FERNANDEZ, JOSE M. URB. VILLA DEL CARMEN 1121 CALLE SACRA PONCE, PR 00716 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 38412 | $4,327.92 | NAVARRO FERNANDEZ, JOSE E. CALLE SCARE 1121 URB. VILLAS DEL CARMEN PONCE, PR 00716-2135 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 33234 | $4,927.92 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

\* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION
Exhibit B – Attorney Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | ORTIZ GRACIA, ARCELIO<br>P.O. BOX 1096<br>ARROYO, PR 00714 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 141017 | Undetermined* | ORTIZ GRACIA, ARCELIO<br>PO BOX 1096<br>ARROYO, PR 00714 | 5/21/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 22518 | $6,427.12 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 17 | OYOLA MARTINEZ, REINALDO<br>8314 BELMONTE VISTAS DEL OCEANO<br>LOIZA, PR 00772 | 5/30/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 36446 | $5,900.00 | OYOLA MARTINEZ, REINALDO<br>PO BOX 4065<br>CAROLINA, PR 00984 | 5/21/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 28212 | $7,922.28 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 18 | PEREZ-ROMAN, BRENDA L<br>PMB 244<br>PO BOX 1345<br>TOA ALTA, PR 00954-1345 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 18726 | $3,229.56 | PEREZ ROMAN, BRENDA LIZ<br>PMB 244 BOX 1345<br>TOA ALTA, PR 00954 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 17545 | $3,229.56 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 19 | POMALES RODRIGUEZ , WILSON<br>URB BAIROA GOLDEN GATE I<br>CALLE D H-9<br>CAGUAS, PR 00727 | 5/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 23764 | $3,928.74 | POMALES RODRIGUEZ, WILSON<br>CALLE MIS AMORES D-21<br>URB. SAN ALFONSO<br>CAGUAS, PR 00727 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 17566 | $3,928.74 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 20 | PORRATA CRUZ, ERIC<br>HC 71 PO BOX 4403<br>CAYEY, PR 00736 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 17713 | Undetermined* | PORRATA CRUZ, ERIC A.<br>HC-71<br>BOX 4403<br>CAYEY, PR 00736 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 17294 | Undetermined* |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

**ONE HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION**
Exhibit B – Attorney Duplicate Claims to be Disallowed via Notice of Presentment

## CLAIMS TO BE DISALLOWED

## REMAINING CLAIMS

|    | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|----|------|-----------|---------------------|---------|--------------|------|-----------|---------------------|---------|--------------|
| 21 | QUINONES-CARABALLO, GLADYS W<br>JARD DE CANOVANAS<br>E38 CALLE 2A<br>CANOVANAS, PR 00729 | 6/20/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 44995 | $4,517.00 | QUINONES CARABALLO, GLADYS W.<br>COND. VIZCAYA<br>APT. 311<br>CAROLINA, PR 00985 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 17608 | $4,776.80 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 22 | RAMIREZ SANTIAGO, JUAN D.<br>URB. ALTURAS DEL ALBA<br>101206 CALLE CIELO<br>VILLALBA, PR 00766-2353 | 3/21/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 3716 | $7,457.52 | RAMIREZ SANTIAGO, JUAN D.<br>URB. ALTURAS DEL ALBA<br>101206 CALLE CIELO<br>VILLALBA, PR 00766 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 18771 | $5,233.99 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 23 | RAMOS-VILLANUEVA, LUIS<br>LOIZA VALLEY<br>287 CALLE BELLISIMA<br>CANOVANAS, PR 00729 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 16031 | $5,400.00 | RAMOS VILLANUEVA, LUIS<br>JOSE ARMANDO GARCIA RODRIGUEZ<br>ASESOR LEGAL-ABOGADO (RUA 9534), ASOCIACION EMPLEADOS GERENCIALES - AEE<br>APARTADO 9831 SANTURCE STATION<br>SANTURCE, PR 00908 | 5/16/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 16021 | $5,490.18 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 24 | RIVERA RIVERA, NYDIA M.<br>P.O. BOX 692<br>COROZAL, PR 00783-0692 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 27831 | $3,465.94 | RIVERA RIVERA, NYDIA M<br>PO BOX 690<br>COROZAL, PR 00783-0690 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 24572 | $2,883.53 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 25 | RODRIGUEZ BETANCOURT, GUSTAVO E<br>12 ARBOLOTE AVENUE<br>APT. 139<br>GUAYNABO, PR 00969 | 5/7/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 10772 | $4,891.14 | RODRIGUEZ BETANCOURT, GUSTAVO E.<br>12 AVE. ARBOLOTE 139<br>GUAYNABO, PR 00969 | 5/24/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 26936 | $4,891.14 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

### ONE HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION
### Exhibit B – Attorney Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 26 | RODRIGUEZ RAMIREZ, IVETTE<br>PO BOX 9022111<br>SAN JUAN, PR 00902 | 5/24/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 15379 | $3,100.00 | RODRIGUEZ RAMIREZ, IVETTE<br>P.O. BOX 9022111<br>SAN JUAN, PR 00902 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 17689 | $3,300.00 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | ROSADO PEREZ, JOSE M<br>RR 4 BUZON 5405<br>ANASCO, PR 00610 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 25883 | $5,000.00 | ROSADO PEREZ, JOSE M<br>RR 04 BZN 5405 BO. HUMATOS<br>ANASCO, PR 00610 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 26025 | $4,866.18 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | SANCHEZ OLIVERAS, AIDA IVETTE<br>P.O. BOX 560105<br>GUAYANILLA, PR 00656 | 6/26/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 149596 | Undetermined* | SANCHEZ OLIVERAS, AIDA IVETTE<br>P O BOX 560105<br>GUAYANILLA, PR 00656 | 5/21/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 26819 | $2,882.12 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | SEGUI RODRIGUEZ, SAMUEL X.<br>PO BOX 841<br>MAYAGUEZ, PR 00681-0841 | 4/16/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 7552 | $5,577.56 | SEGUI RODRIGUEZ, SAMUEL X.<br>PO BOX 841<br>MAYAGUEZ, PR 00681-0841 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 32381 | $5,577.56 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | SEPULVEDA-APONTE, JOSE L<br>SABANERA DEL RIO<br>323 CAMINO LOS NARDOS<br>GURABO, PR 00778 | 4/19/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 6440 | $4,482.35 | SEPULVEDA APONTE, JOSE LEANDRO<br>LLANOS DE GURABO<br>308 CALLE TRINITARIA<br>GURABO, PR 00778 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 17418 | $4,482.35 |

Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney.

\* - Indicates claim contains unliquidated and/or undetermined amounts.

ONE HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION
Exhibit B – Attorney Duplicate Claims to be Disallowed via Notice of Presentment

## CLAIMS TO BE DISALLOWED / REMAINING CLAIMS

| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | SILVA HERNANDEZ, MARTA<br>PALMAS PLANTATION<br>62 CALLE BUNKER COURT<br>HUMACAO, PR 00791 | 4/12/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 5465 | $3,773.38 | SILVA HERNANDEZ, MARTA I<br>C/BUNKER COURT<br>URB. PALMAS PLANTTATION #62<br>HUMACAO, PR 00791-6016 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 16910 | $3,773.38 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 32 | VALENTIN TORRES, EDWIN<br>PO BOX 3019 HATO ARRIBA<br>SAN SEBASTIAN, PR 00685 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 34023 | $5,800.00 | VALENTIN TOIRS, EDWIN<br>PO BOX 3019<br>HATO ARRIBA ST.<br>SAN SEBASTIAN, PR 00685 | 5/18/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 22876 | $3,701.08 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 33 | VELEZ GONZALEZ, RAFAEL A.<br>HACIENDA FLORIDA<br>823 CALLE MAGNOLIA<br>YAUCO, PR 00698 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 50348 | $6,167.47 | VELEZ GONZALEZ, RAFAEL A.<br>HACIENDA FLORIDA 823<br>CALLE MAGNOLIA<br>YAUCO, PR 00698 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 23659 | $4,730.24 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |
| 34 | VELEZ QUINONES, MARIA L<br>PO BOX 434<br>SABANA GRANDE, PR 00634-0434 | 5/9/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 12564 | $2,932.95 | VELEZ QUINONES, MARIA L<br>PO BOX 434<br>SABANA GRANDE, PR 00634-0434 | 5/25/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 33249 | $2,932.95 |
| | Reason: Claims were filed by the claimant and the claimants' attorney, Jose Armando Garcia Rodriguez, on behalf of the claimants for claims related to 2014 Christmas bonus litigation. The claims filed by the claimants are duplicative of the claims filed by the claimants' attorney. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.