ONE HUNDRED NINETY-SIXTH OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | GONZALEZ LUCIANO, MARIA D<br>HC-01 BOX 4074<br>ADJUNTAS, PR 00601 | 125898 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |
| | Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | |
| 2 | LABOY ARCE, ANEIDA<br>JOHN F KENNEDY 18<br>ADJUNTAS, PR 00601 | 152553 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |
| | Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | |
| 3 | MORALES MORALES, ILDEFONSO<br>PO BOX 63<br>CASTANER, PR 00631 | 129143 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |
| | Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | |
| 4 | OTERO RODRIGUEZ, LETICIA<br>14 BRISA DE VARROS<br>OROCOVIS, PR 00720 | 130426 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |
| | Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | |

ONE HUNDRED NINETY-SIXTH OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

|  | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | OTERO RODRIGUEZ, LETICIA<br>14 BRISAS DE VARROS<br>OROCOVIS, PR 00720 | 125169 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

|  | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | SIFONTES, TOMÁS C<br>M1 CALLE 9<br>URB. PRADO ALTO<br>GUAYNABO, PR 00966 | 4211 | PUERTO RICO ELECTRIC POWER AUTHORITY | $300,000.00 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO<br>PUERTO RICO ELECTRIC POWER AUTHORITY | $135,000.00<br>Undetermined*<br>Total: $135,000.00* |

Proof of claim purports to asserts liabilities of $300,000 against Puerto Rico Electric Power Authority, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority for an undetermined amount and the Employees Retirement System of the Government of Puerto Rico for $135,000.

|  | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | SOTO GONZALEZ, CARLOS OMAR<br>PO BOX 63<br>CASTANER, PR 00631 | 127594 | PUERTO RICO ELECTRIC POWER AUTHORITY | Undetermined* | COMMONWEALTH OF PUERTO RICO | Undetermined* |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim (including documentation of alleged services performed or employment relationship), show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.