## TWO HUNDREDTH OMNIBUS OBJECTION

### Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BEDARD, MADELYN<br>RR1 BOX 6676<br>GUAYAMA, PR 00784 | 251 | PUERTO RICO ELECTRIC POWER AUTHORITY | $1,220.00 | COMMONWEALTH OF PUERTO RICO | $1,220.00 |
| | Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim and/or supporting documentation provided includes documentation related to tax refunds for the claim, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico | | | | | |
| 2 | MACHADO VARGAS, JUAN<br>HC 3 BOX 7512<br>DORADO, PR 00646 | 10039 | PUERTO RICO ELECTRIC POWER AUTHORITY | $2,561.00 | COMMONWEALTH OF PUERTO RICO | $2,561.00 |
| | Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim and/or supporting documentation provided includes documentation related to tax refunds for the claim, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico | | | | | |
| 3 | MATOS RODRIGUEZ, LUIS<br>HC 3 BOX 71167<br>BARRANQUITAS, PR 00794 | 121450 | PUERTO RICO ELECTRIC POWER AUTHORITY | $2,810.00 | COMMONWEALTH OF PUERTO RICO | $2,810.00 |
| | Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim and/or supporting documentation provided includes documentation related to tax refunds for the claim, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico | | | | | |
| 4 | OCASIO-GONZALEZ, MANUEL ANTONIO<br>URB. METROPOLIS 2M-84 AVE. D<br>CAROLINA, PR 00987 | 93007 | PUERTO RICO ELECTRIC POWER AUTHORITY | $2,363.00 | COMMONWEALTH OF PUERTO RICO | $2,363.00 |
| | Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim and/or supporting documentation provided includes documentation related to tax refunds for the claim, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico | | | | | |
| 5 | RODRIGUEZ TORRES, JOSEY<br>609 AVENIDA TITO CASTRO<br>STE 102 PMB 504<br>PONCE, PR 00716 | 168512 | PUERTO RICO ELECTRIC POWER AUTHORITY | $2,387.00 | COMMONWEALTH OF PUERTO RICO | $2,387.00 |
| | Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim and/or supporting documentation provided includes documentation related to tax refunds for the claim, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico | | | | | |

TWO HUNDREDTH OMNIBUS OBJECTION

Exhibit B – Incorrect Debtor to be Modified via Notice of Presentment

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | VIERA-PLANAS, GILBERTO<br>URB LOS ALMENDROS<br>760 CALLE RIACHUELO<br>PONCE, PR  00716 | 33984 | PUERTO RICO ELECTRIC POWER AUTHORITY | $2,671.32 | COMMONWEALTH OF PUERTO RICO | $2,671.32 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim and/or supporting documentation provided includes documentation related to tax refunds for the claim, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico