One Hundred and Eighty-Eighth Omnibus Objection

Exhibit B - Schedule of Incorrect Debtor Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | GARCÍA MELÉNDEZ, CARMEN A. HC-01 BOX 2330 MAUNABO, PR 00707 | 35497 | Commonwealth of Puerto Rico | Unsecured | $450.00 | Puerto Rico Electric Power Authority | Unsecured | $450.00 |

Reason: Claimant identifies as obligor as Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | TOTAL | | $ 450.00 | TOTAL | | $ 450.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |