Two Hundred and Seventh Omnibus Objection
Exhibit C - Schedule of Incorrect Debtor Claims with Undeliverable Addresses

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ROCHE MALDONADO, DAMASO E DBA BAIROA EXTERMINATING SERVICES<br>PO BOX 7954<br>CAGUAS, PR 00726 | 40536 | Commonwealth of Puerto Rico | Unsecured | $33,588.45 | Puerto Rico Electric Power Authority | Unsecured | $33,588.45 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | TOTAL | | $ 33,588.45 | TOTAL | | $ 33,588.45 |
|---|---|---|---|---|---|---|---|---|