## Two Hundred and Tenth Omnibus Objection
### Exhibit B - Schedule of No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO CORREA, ALBERTO<br>URB PARKVILLE<br>V 19 CALLE ALASKA<br>GUAYNABO, PR 00969 | 4/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8100 | $ 148,597.96 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Centro de Recaudacion de Ingresos Municipales which is not part of the Title III proceedings. | | | | | |
| 2 | ANADOR DE LA PAZ, ROSAURA<br>PO BOX 9960<br>SAN JUAN, PR 00908 | 7/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110894 | $ 75.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Authoridad de Acueductos y Alcantarillados, which is not part of the Title III proceedings. | | | | | |
| 3 | COMPUTER HOUSE, INC.<br>1575 AVE JESUS T. PIÑERO<br>SAN JUAN, PR 00920 | 5/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11544 | $ 1,244.24 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados, which is not part of the Title III proceedings. | | | | | |
| 4 | COMPUTER HOUSE, INC.<br>1577 AVE. JESÚS T. PIÑERO<br>SAN JUAN, PR 00920 | 5/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11546 | $ 3,118.47 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Centro Cardiovascular de Puerto Rico, which is not part of the Title III proceedings. | | | | | |
| 5 | COMPUTER HOUSE, INC.<br>1557 AVE. JESUS T. PIÑERO<br>SAN JUAN, PR 00920 | 5/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11455 | $ 1,767.59 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Fondo de Seguro Del Estado, which is not part of the Title III proceedings. | | | | | |
| 6 | GARCÍA CORREA, ELIAT SOÉ<br>URB. JARDINES DE DORADO CALLE GARDENIA G-4<br>DORADO, PR 00646 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 106597 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Centro de Recaudación de Ingresos Municipales, which is not part of the Title III proceedings. | | | | | |
| 7 | MIR, ROSA JULIA<br>5553 TAFOYA CIRCLE<br>WEST JORDAN, UT 84081 | 5/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16054 | $ 46,000.00* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Centro de Recaudacion de Ingresos Municipales which is not part of the Title III proceedings. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Tenth Omnibus Objection
Exhibit B - Schedule of No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | SANTIAGO BARBOSA, LUZ S.<br>467 SECTOR PITILLO<br>MAYAGUEZ, PR 00682 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 114316 | $ 924.00* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | TORRES SANTIAGO, JOCELYN<br>COND TORRES DEL ESCORIAL<br>4002 AVE SUR APTO 1403<br>CAROLINA, PR 00987-5168 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 107481 | $ 75.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad de Acueductos y Alcantarillados, which is not part of the Title III proceedings.

| | | | | | TOTAL | $ 201,802.26* |

\* Indicates claim contains unliquidated and/or undetermined amounts