Two Hundred and Twelfth Omnibus Objection
Exhibit B - Schedule of Satisfied Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | MEMBERS OF THE ESTATES OF RAFAEL HERNANDEZ BARRERAS & LUDOVIGIA CASTRODAD MENENDEZ<br>HC-06 BOX 72502<br>CAGUAS, PR 00725 | 11/1/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 266 | $ 55,494.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. Jul-17, Aug-17, Sep-17, Oct-17, and Nov-17. The records of the Department of Education show such invoices has been fully satisfied, pursuant to Check No. 156462 dated 12/15/2017. | | | | | |
| 2 | MORALES, RAMON E<br>HC 01 BOX 5750<br>BARRANQUITAS, PR 00794 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18269 | $ 221.20 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 2117. The records of the Department of Education show such invoice has been fully satisfied, pursuant to ACH No. 185251 dated 06/21/2018. | | | | | |
| 3 | NETWAVES EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18357 | $ 1,373.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. 5378. The records of the Administración de Rehabilitación Vocacional show such invoices have been fully satisfied, pursuant to EFT No. 52673 dated 3/31/2016. | | | | | |
| 4 | ORTIZ LEFEBRE, JUAN L<br>HC-03 BOX 8890<br>BARRANQUITAS, PR 00794 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18295 | $ 488.45 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 1817 and 1923. The records of the Department of Education show such invoices have been fully satisfied, pursuant to Check No. 107776 dated 03/20/2017. | | | | | |
| 5 | SPECIALTY OFFICE PRODUCTS<br>P O BOX 1914<br>GUAYNABO, PR 00970-1914 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22286 | $ 165.09 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. 3030298-IN The records of the Department of Education show such invoice has been fully satisfied, pursuant to Check No. 202777 dated 09/12/2018. | | | | | |
| 6 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41446 | $ 5,835.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. INV000008162, INV000008279, and INV000008411. The records of the Policia de Puerto Rico show such invoices have been fully satisfied, pursuant to EFT Nos. 82581, 85175, and 91792 dated 06/06/2018, 06/20/2018, and 07/23/2018, respectively. | | | | | |
| 7 | UNIVERSAL CARE CORP<br>PO BOX 1051<br>SABANA SECA, PR 00952-1051 | 4/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6535 | $ 2,232.00 |
| | Reason: Proof of Claim asserts liability on the basis of a tax refund/return. The records of the Department of Treasury show such refund/return has been fully satisfied, pursuant to Check No. 90139061 and with issued date of 05/21/2018. | | | | | |

Two Hundred and Twelfth Omnibus Objection
Exhibit B - Schedule of Satisfied Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | UNIVERSAL CARE CORPORATION<br>PO BOX 1051<br>SABANA SECA, PR 00951-1051 | 7/27/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41 | $ 10,659.13 |

Reason: Proof of Claim asserts liability on the basis of multiple Invoice Nos. The records of the Department of Education show such invoices have been fully satisfied, pursuant to Check Nos. 00150411, 00151624, 00151998, 00152269, 00153586, 00153779, 00154174, 00154571, and 00158626 dated 08/17/2017, 08/31/2017, 09/13/2017, 09/29/2017,10/25/2017, 11/01/2017, 11/07/2017, 11/16/2017, and 01/11/2018, respectively.

| | | | | | TOTAL | $ 76,467.87 |