Two Hundred and Eleventh Omnibus Objection
Exhibit C - Schedule of Partially Satisfied and No Liability Claims with Undeliverable Addresses

| # | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8966 | $ 47,090.00 |

Reason: Invoice number 6825 was paid in the amount of $46,383.65 on 4/27/2018 via EFT reference number 75085. The Department of Correction and Rehabilitation (DCR) books and records show no liability for the remaining portion of the claim for a total of $706.35. The reduction in the asserted claim is due to the 1.5% contribution of Law 48-2013.

|  |  | TOTAL | $ 47,090.00 |
|---|---|---|---|