Two Hundred and Thirteenth Omnibus Objection
Exhibit B - Schedule of Substantive Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | CARDINAL HEALTH PR 120, INC<br>WILLIAM M. VIDAL CARVAJAL LAW OFFICES, P.S.C.<br>255 PONCE DE LEON AVE<br>MCS PLAZA, SUITE 801<br>SAN JUAN, PR 00917 | 04/27/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 7602 | $ 340,367.14 | CARDINAL HEALTH PR 120, INC.<br>WILLIAM M. VIDAL CARVAJAL LAW OFFICES, P.S.C.<br>255 PONCE DE LEON AVENUE<br>MCS PLAZA, SUITE 801<br>SAN JUAN, PR 00917 | 04/30/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 10050 | $ 340,367.14 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 2 | CARDINAL HEALTH PR 120, INC.<br>WILLIAM M. VIDAL CARVAJAL<br>MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801<br>SAN JUAN, PR 00917 | 04/27/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 7218 | $ 80,904.52 | CARDINAL HEALTH PR 120, INC.<br>WILLIAM M. VIDAL CARVAJAL<br>MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801<br>SAN JUAN, PR 00917 | 04/30/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 9751 | $ 80,904.52 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 3 | CARDINAL HEALTH PR 120, INC.<br>WILLIAM M. VIDAL CARVAJAL<br>MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801<br>SAN JUAN, PR 00917 | 04/27/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 7355 | $ 120,123.40 | CARDINAL HEALTH PR 120, INC.<br>WILLIAM M. VIDAL CARVAJAL<br>MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801<br>SAN JUAN, PR 00917 | 04/30/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 9745 | $ 120,123.40 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 4 | CARDINAL HEALTH PR 120, INC.<br>WILLIAM M. VIDAL CARVAJAL<br>MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801<br>SAN JUAN, PR 00917 | 04/30/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 10047 | $ 340,367.14 | CARDINAL HEALTH PR 120, INC.<br>WILLIAM M. VIDAL CARVAJAL LAW OFFICES, P.S.C.<br>255 PONCE DE LEON AVENUE<br>MCS PLAZA, SUITE 801<br>SAN JUAN, PR 00917 | 04/30/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 10050 | $ 340,367.14 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Two Hundred and Thirteenth Omnibus Objection
Exhibit B - Schedule of Substantive Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | CARDINAL HEALTH PR 120, INC. WILLIAM M. VIDAL CARVAJAL MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801 SAN JUAN, PR 00917 | 04/30/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 41520 | $ 340,367.14 | CARDINAL HEALTH PR 120, INC. WILLIAM M. VIDAL CARVAJAL LAW OFFICES, P.S.C. 255 PONCE DE LEON AVENUE MCS PLAZA, SUITE 801 SAN JUAN, PR 00917 | 04/30/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 10050 | $ 340,367.14 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | CORDERO RIVERA, ALMA R URB HILLCREST VILLAGE 1007 CALLE PASEO DEL VALLE PONCE, PR 00716 | 05/15/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 25723 | Undetermined* | ALMA R CORDERO RIVERA 1007 CALLE PASEO DEL VALLE PONCE, PR 00716 | 05/15/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 24474 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | MEDTRONIC SOFAMOR DANEK USA, INC. FERNANDO VAN DERDYS, ESQ. REICHARD & ESCALERA LLC PO BOX 364148 SAN JUAN, PR 00936-4148 | 06/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 114811 | Undetermined* | MEDTRONIC LOGISTICS LLC FERNANDO VAN DERDYS, ESQ. REICHARD & ESCALERA LLC PO BOX 364148 SAN JUAN, PR 00936-4148 | 06/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 77830 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | MEDTRONIC USA, INC. FERNANDO VAN DERDYS, ESQ. REICHARD & ESCALERA LLC PO BOX 364148 SAN JUAN, PR 00936-4148 | 06/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 91551 | Undetermined* | MEDTRONIC LOGISTICS LLC FERNANDO VAN DERDYS, ESQ. REICHARD & ESCALERA LLC PO BOX 364148 SAN JUAN, PR 00936-4148 | 06/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 77830 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

\* Indicates claim contains unliquidated and/or undetermined amounts

# Two Hundred and Thirteenth Omnibus Objection
### Exhibit B - Schedule of Substantive Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9 | MOLINA CUEVAS, JANNETTE HC 75 BOX. 1318 NARANJITO, PR 00719 | 11/22/19 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 172557 | $ 32,731.66 | MOLINA CUEVAS, JANNETTE HC 75 BOX 1318 NARANJITO, PR 00719 | 11/22/19 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 172548 | $ 32,731.66 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | MOLINA CUEVAS, JANNETTE HC 75 BOX 1318 NARANJITO, PR 00719 | 11/22/19 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 172558 | $ 32,731.66 | MOLINA CUEVAS, JANNETTE HC 75 BOX 1318 NARANJITO, PR 00719 | 11/22/19 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 172548 | $ 32,731.66 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | MOLINA CUEVAS, JANNETTE HC 75 BOX 1318 NARANJITO, PR 00719 | 11/22/19 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 172540 | $ 32,697.86 | MOLINA CUEVAS, JANNETTE HC 75 BOX 1318 NARANJITO, PR 00719 | 11/22/19 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 172549 | $ 32,697.86 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | MOLINA CUEVAS, JANNETTE HC 75 BOX 1318 NARANJITO, PR 00719 | 11/22/19 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 172553 | $ 32,697.86 | MOLINA CUEVAS, JANNETTE HC 75 BOX 1318 NARANJITO, PR 00719 | 11/22/19 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 172549 | $ 32,697.86 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | MOLINA CUEVAS, JANNETTE HC 75 BOX 1318 NARANJITO, PR 00719 | 11/22/19 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 172555 | $ 32,697.86 | MOLINA CUEVAS, JANNETTE HC 75 BOX 1318 NARANJITO, PR 00719 | 11/22/19 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 172549 | $ 32,697.86 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.