## Two Hundred and Seventeenth Omnibus Objection
### Exhibit B - Schedule of Duplicate Bond Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ADELMAN, KERRY D. AND SUSAN R.<br>6140 SIERRA CIRCLE<br>SHOREWOOD, MN 55331 | 3/31/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173697 | $ 60,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 2 | FERPO CONSULTING GROUP, INC.<br>PO BOX 361300<br>SAN JUAN, PR 00936-1300 | 4/13/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6391 | $ 25,002.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent. | | | | | |
| 3 | OTERO SOTOMAYOR, FERNANDO E.<br>URB SAGRADO CORAZON<br>404 CALLE SAN JACOBO<br>SAN JUAN, PR 00926-4109 | 6/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 59057 | $ 195,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 4 | ROURA-SEDA, GABRIEL<br>PO BOX 3012<br>YAUCO, PR 00698-3012 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35248 | $ 250,000.00* |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| | | | | | TOTAL | $ 530,002.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts