# United States Court of Appeals
## For the First Circuit

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, A/K/A COFINA; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors.

No. 20-1930

ASSURED GUARANTY CORPORATION; ASSURED GUARANTY MUNICIPAL CORPORATION; AMBAC ASSURANCE CORPORATION; THE FINANCIAL GUARANTY INSURANCE COMPANY; NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION,

Movants, Appellants,

v.

FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,

Debtors, Appellees,

v.

PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY,

Respondent, Appellee,

OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AMERINATIONAL COMMUNITY SERVICES, LLC, as servicer for the GDB Debt Recovery Authority; CANTOR-KATZ COLLATERAL MONITOR LLC, as collateral monitor for the GDB Debt Recovery Authority,

Interested Parties, Appellees.

No. 20-1931

ASSURED GUARANTY CORPORATION; ASSURED GUARANTY MUNICIPAL CORPORATION; AMBAC ASSURANCE CORPORATION; FINANCIAL GUARANTY INSURANCE COMPANY; U.S. BANK TRUST NATIONAL ASSOCIATION, as successor Trustee,

Movants, Appellants,

v.

FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO,
Debtor, Appellee,

v.

PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY,
Respondent, Appellee,

BACARDI INTERNATIONAL LIMITED; BACARDI CORPORATION; DESTILERIA SERRALLES, INC.; OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

Interested Parties, Appellees.

**MANDATE**

Entered: March 24, 2021

In accordance with the judgment of March 3, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Fernando E. Agrait-Betancourt
Julia D. Alonzo
Peter J. Amend
Ginger D. Anders
Laura Appleby
Ann M. Ashton
James E. Bailey III
Ehud Barak
Hermann D. Bauer-Alvarez
Robert Berezin
Martin J. Bienenstock
Katiuska Bolanos-Lugo
Georg Alexander Bongartz
Guy Brenner
Heriberto J. Burgos-Perez
Ricardo Burgos-Vargas
Wandymar Burgos-Vargas
Iris Jannette Cabrera-Gomez
Jason W. Callen
Roberto A. Camara-Fuertes
Ricardo F. Casellas-Sanchez
Juan J. Casillas-Ayala
Raul Castellanos-Malave
Alejandro Jose Cepeda-Diaz
Lucia Chapman
Richard A. Chesley
Dianne F. Coffino
Sonia E. Colon-Colon
Carmen D. Conde Torres
Thomas J. Curtin
Margaret Antinori Dale
William D. Dalsen
Joseph P. Davis III
Luis Francisco Del-Valle-Emmanuelli
Adam Deming
Daniel Steven Desatnik
Luc A. Despins
Arturo Diaz-Angueira
Kelly Diblasi
Dennis F. Dunne
Adele M. El-Khouri
Mark C. Ellenberg
Chantel L. Febus

Ubaldo M. Fernandez
Cristina B. Fernandez-Niggerman
Israel Fernandez-Rodriguez
Ralph C. Ferrara
Michael A. Firestein
Peter M. Friedman
Carla Garcia-Benitez
Arturo J. Garcia-Sola
Chad Golder
Michael R. Hackett
Mark David Harris
Howard Robert Hawkins Jr.
Michael Craig Hefter
Vanessa Hernandez Rodriguez
Stephan E. Hornung
Kyle Hosmer
John Joseph Hughes III
Neal Kumar Katyal
Douglas Koff
Adam Michael Langley
Monsita Lecaroz-Arribas
Jeffrey W. Levitan
David Litterine-Kaufman
Robert Mark Loeb
Andres W. Lopez
Michael Luskin
Grant R. Mainland
Luis C. Marini-Biaggi
Sean Michael Marotta
Elizabeth Lemond McKeen
Michael T. Mervis
Laura Metzger
Rachel G. Miller Ziegler
Atara Miller
Douglas S. Mintz
Gabriel A Miranda-Rivera
Nancy A. Mitchell
Timothy W. Mungovan
David A. Munkittrick
William J. Natbony
Juan Carlos Nieves-Gonzalez
Jonathan Ohring
Luis A. Oliver-Fraticelli
Luis E. Pabon-Roca
Ashley M. Pavel
Susana I. Penagaricano Brown

Eric Perez-Ochoa
Daniel Jose Perez-Refojos
Diana Perez-Seda
Kevin J. Perra
Monica Perrigino
Maria Emilia Pico
Jonathan D. Polkes
Sara Maresa Posner
Paul V. Possinger
Juan Carlos Ramirez-Ortiz
John J. Rapisardi
Lary Alan Rappaport
Stephen L. Ratner
Mitchell Reich
Emanuel Rier
John E. Roberts
Jennifer L. Roche
Brian S. Rosen
Carlos Alberto Ruiz Rodriguez
Casey J. Servais
Gregory Silbert
Ronald Joseph Silverman
Sarah Hartman Sloan
Clarisa I. Sola-Gomez
Martin A. Sosland
Laura E. Stafford
Elliot Rainer Stevens
Reedy Swanson
Eric A. Tulla
Suzzanne Uhland
Luisa Sussette Valle-Castro
Carolina Velaz-Rivero
Donald B. Verrilli Jr.
Abbey Walsh
Steven O. Weise
James B. Worthington
Nathaniel Avi Gideon Zelinsky
Maja Zerjal
Nayuan Zouairabani-Trinidad