TWO HUNDRED TWENTY-FIRST OMNIBUS OBJECTION

Exhibit B – Zero Value Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD<br>P.O. BOX 194450<br>SAN JUAN, PR 00919-4450 | 9/12/2019 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 170616 | $0.00 |
| | Reason: Claimant amended claim to $0 as they had sold their bond position | | | | | |
| 2 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD<br>P.O. BOX 194450<br>SAN JUAN, PR 00919-4450 | 9/12/2019 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 170617 | $0.00 |
| | Reason: Claimant amended claim to $0 as they had sold their bond position | | | | | |
| 3 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD<br>P.O. BOX 194450<br>SAN JUAN, PR 00919-4450 | 9/12/2019 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 170618 | $0.00 |
| | Reason: Claimant amended claim to $0 as they had sold their bond position | | | | | |
| 4 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD<br>P.O. BOX 194450<br>SAN JUAN, PR 00919-4450 | 9/12/2019 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 170619 | $0.00 |
| | Reason: Claimant amended claim to $0 as they had sold their bond position | | | | | |
| 5 | MEDICOOP, COOPERATIVA DE AHORRO Y CREDITO DE MEDICOS Y OTROS PROFESIONALES DE LA SALUD<br>P.O. BOX 194450<br>SAN JUAN, PR 00919-4450 | 9/12/2019 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 170620 | $0.00 |
| | Reason: Claimant amended claim to $0 as they had sold their bond position | | | | | |