Two Hundred and Thirty-First Omnibus Objection
Exhibit B - Schedule of Amended Claims to be Disallowed via Notice of Presentment

### CLAIMS TO BE DISALLOWED / REMAINING CLAIMS

| # | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ESTATE OF JOSE A. MENDEZ LOPEZ<br>BIRD BIRD & HESTRES,P.S.C.<br>ATTN: EUGENE F.HESTRES VELEZ, ESQ.<br>P.O. BOX 9024040<br>SAN JUAN, PR 00902-4040 | 06/27/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 128999 | $954,752.00 | ESTATE OF JOSE A. MENDEZ LOPEZ<br>P.O. BOX 9023472<br>SAN JUAN, PR 00902-3472 | 05/15/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 173980 | $954,752.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | FLORIDA HOSPITAL EAST ORLANDO<br>C/O MAUREEN A. PATEMAN<br>PO BOX 3068<br>ORLANDO, FL 32802-3068 | 05/01/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 8145 | $342,525.08 | FLORIDA HOSPITAL EAST ORLANDO<br>C/O JOHN M. BRENNAN, JR.<br>P.O. BOX 3068<br>ORLANDO, FL 32802 | 05/08/20 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 173900 | $375,325.47 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | GARCIA FIGUEROA, CARLOS RUBEN<br>SECTOR MONTE CRISTO CARR 344 KM 0.6 INT<br>HORMIGUEROS, PR 00660 | 05/22/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 17315 | $33,049.94 | GARCIA FIGUEROA, CARLOS RUBEN<br>PO BOX 191<br>HORMIGUEROS, PR 00660 | 05/23/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 19354 | $33,049.94 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |