Two Hundred and Thirty-Sixth Omnibus Objection
Exhibit B - Schedule of No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BANKRUPTCY ESTATE OF FIDDLER GONZALEZ AND RODRIGUEZ PSC<br>PMB 136<br>400 CALLE JUAN CALAF<br>SAN JUAN, PR 00918-1314 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 91824 | $ 49,322.34 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Autoridad para el Financiamiento de la Vivienda which is not part of the Title III proceedings.

|  |  | TOTAL | $ 49,322.34 |
|---|---|---|---|