# Two Hundred and Thirty-Seventh Omnibus Objection
## Exhibit B - Schedule of Incorrect Debtor Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | CASTILLO-RIVERA, WILSON<br>147 URB PARAISO DE MAYAGUEZ<br>MAYAGUEZ, PR 00680 | 2618 | Commonwealth of Puerto Rico | Unsecured | $2,891.54* | Puerto Rico Electric Power Authority | Unsecured | $2,891.54* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 2 | COLON-HERNANDEZ, AIDA L<br>HC-02 BOX 9512<br>GUAYNABO, PR 00971 | 17846 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 3 | HERNANDEZ PEREZ, JORGE F.<br>PO BOX 143895<br>ARECIBO, PR 00614 | 16386 | Commonwealth of Puerto Rico | Unsecured | $4,686.00* | Puerto Rico Electric Power Authority | Unsecured | $4,686.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 4 | NIGAGLIONI MIGNUCCI, RUBEN T.<br>P.O BOX 9023865<br>SAN JUAN, PR 00902 | 36713 | Commonwealth of Puerto Rico | Unsecured | $4,000.00 | Puerto Rico Electric Power Authority | Unsecured | $4,000.00 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 5 | PEREZ PADIN, JOSE LUIS<br>HC-01 BOX 3370<br>CAMUY, PR 00627 | 295 | Commonwealth of Puerto Rico | Unsecured | $15,000.00 | Puerto Rico Electric Power Authority | Unsecured | $15,000.00 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 6 | RIVERA, ELDA ALBINO<br>QUINTAVALLE SUR<br>112 CALLE ACUARELLA APT 125<br>GUAYNABO, PR 00969-3588 | 15338 | Commonwealth of Puerto Rico | 503(b)(9) | $45,510.36* | Commonwealth of Puerto Rico | 503(b)(9) | $45,510.36* |
| | | | Commonwealth of Puerto Rico | Unsecured | $1,100.00* | Commonwealth of Puerto Rico | Unsecured | $1,000.00* |
| | | | | Subtotal | $46,610.36* | Puerto Rico Electric Power Authority | Unsecured | $100.00* |
| | | | | | | | Subtotal | $46,610.36* |
| | Reason: Claimant identifies, in part, obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that a portion of liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Case:17-03283-LTS   Doc#:16212-1   Filed:03/25/21   Entered:03/25/21 13:53:02   Desc:
Exhibit B - Schedule of Incorrect Debtor Claims to be Modified via Notice of Pr   Page 2 of 2

Two Hundred and Thirty-Seventh Omnibus Objection
Exhibit B - Schedule of Incorrect Debtor Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | SANCHEZ SERRANO, DALY C. JOSE A. GARCIA RODRIGUEZ APARTADO 9831 SANTURCE STATION SANTURCE, PR 00908 | 23562 | Commonwealth of Puerto Rico | Unsecured | $4,227.72* | Puerto Rico Electric Power Authority | Unsecured | $4,227.72* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | VAZQUEZ MARRERO , LINDA L. 5406 CHAMOIS DRIVE COLUMBIA, MO 65203 | 46479 | Commonwealth of Puerto Rico | Unsecured | $4,000.00* | Puerto Rico Electric Power Authority | Unsecured | $4,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | TOTAL | | $ 81,415.62* | TOTAL | | $ 81,415.62* |

* Indicates claim contains unliquidated and/or undetermined amounts