UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

<table>
<tr><td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO <u>et
al.</u>,

        Debtors.[1]

</td><td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

</td></tr>
</table>

ORDER GRANTING THE TWO HUNDRED THIRTY-NINTH OMNIBUS OBJECTION
(SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS
AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT
OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS ASSERTING DUPLICATE LIABILITIES

Upon the *Two Hundred Thirty-Ninth Omnibus Objection (Substantive) of the*

*Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and*

*Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims*

*Asserting Duplicate Liabilities* (Docket Entry No. 13924, the "Two Hundred Thirty-Ninth

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy
Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS)
(Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and
Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four
Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government
of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS)
(Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority
("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax
ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case
No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case
numbers are listed as Bankruptcy Case numbers due to software limitations).

Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth") the

Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement

System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the

Commonwealth and HTA, the "Debtors"), dated July 31, 2020, for entry of an order disallowing

in their entirety certain claims filed against the Debtors, as more fully set forth in the Two

Hundred Thirty-Ninth Omnibus Objection and supporting exhibits thereto; and the Court having

jurisdiction to consider the Two Hundred Thirty-Ninth Omnibus Objection and to grant the relief

requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to

PROMESA section 307(a); and due and proper notice of the Two Hundred Thirty-Ninth

Omnibus Objection having been provided to those parties identified therein, and no other or

further notice being required; and upon the *Notice of Presentment of Proposed Order (A)*

*Granting in Part the Two Hundred Thirty-Ninth Omnibus Objection (Substantive) of the*

*Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and*

*Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims*

*Asserting Duplicate Liabilities, (B) Approving Form of Notice for Claims to be Set for Hearing,*

*and (C) Granting Related Relief*, dated October 23, 2020 (Docket Entry No. 14836, the

"Notice"), for entry of an order disallowing in their entirety the Duplicate Claims to Be

Disallowed via Notice of Presentment (as defined below), as more fully set forth in the Notice;

and the Court having determined that the relief sought in the Two Hundred Thirty-Ninth

Omnibus Objection is in the best interests of the Debtors, their creditors, and all parties in

interest; and the Court having determined that the legal and factual bases set forth in the Two

---

[2]     Capitalized terms used but not otherwise defined herein have the meanings given to them in the Notice.

Hundred Thirty-Ninth Omnibus Objection establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Two Hundred Thirty-Ninth Omnibus Objection is

GRANTED as set forth herein; and it is further

ORDERED that each of the claims identified on Exhibit B hereto (the "Duplicate

Claims to Be Disallowed via Notice of Presentment") are hereby disallowed in their entirety; and

it is further

ORDERED that the Debtors' right to object to the claims identified in the column

titled "Remaining Claims" in Exhibit B hereto is reserved; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to designate the

Duplicate Claims to Be Disallowed via Notice of Presentment as expunged in the official claims

registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 13924 in Case No. 17-

3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation, interpretation, or enforcement of this

Order.


SO ORDERED.

Dated: March 25, 2021

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge