TWO HUNDRED FORTY-FIRST OMNIBUS OBJECTION

Exhibit B – Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | DEPARTMENT OF TREASUER - INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5/29/2019 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 168950 | $10,105,911.63 | DEPARTMENT OF TREASUER - INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 3/17/2020 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 173515 | $13,500,395.17 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 2 | DEPARTMENT OF TREASUER - INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 3/17/2020 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 173515 | $13,500,395.17 | DEPARTMENT OF TREASUER - INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 3/31/2020 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 173699 | $13,500,395.17 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |