Two Hundred and Forty-Fourth Omnibus Objection
Exhibit B - Schedule of Amended Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | MORA VELAZQUEZ, CARMEN E. CALLE 7NDO. VELAZQUEZ #57 PO BOX 208 HATILLO, PR 00659 | 07/02/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 151986 | $ 75,000.00 | MORA VELAZQUEZ, CARMEN E. CALLE 7NDO. VELAZQUEZ #57 PO BOX 208 HATILLO, PR 00659 | 07/01/20 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 174130 | $ 20,361.60 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | PORTALATIN-PEREZ, MILTON P.O. BOX 9021803 SAN JUAN, PR 00902-1803 | 05/25/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 32046 | $ 316,100.00* | PORTALATIN PEREZ, MILTON P.O. BOX 9021803 SAN JUAN, PR 00902-1803 | 06/23/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174175 | $ 316,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | ROSA DIAZ, RAFAEL P.O. BOX 310 PUNTA SANTIAGO, PR 00741 | 05/05/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 173887 | Undetermined* | DIAZ, RAFAEL ROSA PO BOX 310 PUNTA SANTIAGO, PR 00741 | 06/30/20 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 174177 | $ 20,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts