TWO HUNDRED FORTY-THIRD OMNIBUS OBJECTION

Exhibit B – Satisfied Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP<br>PO BOX 739<br>MERCEDITA, PR  00715 | 6/7/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 49439 | $135,466.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full | | | | | |
| 2 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP.<br>PO BOX 739<br>MERCEDITA, PR  00715 | 6/7/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 49454 | $19,839.50 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full | | | | | |
| 3 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP.<br>PO BOX 739<br>MERCEDITA, PR  00715 | 6/7/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 49561 | $194,800.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full | | | | | |