Two Hundred and Forty-Seventh Omnibus Objection
Exhibit B - Schedule of  No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COND. VILLAS DEL SOL<br>840 AÑASCO<br>SAN JUAN, PR 00925 | 12/26/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172949 | $ 13,266.82* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | DIAZ RODRIGUEZ, CYNTHIA ANN<br>FRANCIS VARGAS LEYRO<br>64 RIERA PALMER<br>MAYAGUEZ, PR 00680 | 2/13/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 168133 | $ 18,000.00* |

Reason: The asserted claim fails to attach documentation supporting liability against the Debtors and/or the alleged claim amount. Moreover, upon a reasonable review of the Debtors' books and records and/or applicable law, the Debtors have no liability for the claim.

|  |  |
|---|---|
| TOTAL | $ 31,266.82* |