Two Hundred and Forty-Ninth Omnibus Objection
Exhibit C - Schedule of Incorrect Debtor Claims with Undeliverable Addresses

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | PRWG<br>CORUJO INDUSTRIAL PARK<br>ROAD 866<br>BAYAMON, PR 00961 | 47482 | Commonwealth of Puerto Rico | Unsecured | $477.01 | Puerto Rico Electric Power Authority | Unsecured | $477.01 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | TOTAL | | $ 477.01 | TOTAL | | $ 477.01 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |