

**UNITED STATES POSTAL SERVICE**

UNITED STATES POSTAL SERVICE — Retail

US POSTAGE PAID
**$7.95**
Origin: 00757
03/23/21
4287300757-08

**PRIORITY MAIL 1-DAY®**

0 Lb 2.00 Oz
1005

EXPECTED DELIVERY DAY: 03/24/21

C018

SHIP TO:
150 AVE CARLOS CHARDON
San Juan PR 00918-1703

USPS TRACKING® #

9505 5104 0232 1082 4426 27

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

**PRIORITY MAIL**
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM: Amada Bermúdez Dávila
P.O. Box 1612
Santa Isabel, P.R. 00757

USMS/HATO REY CERTIFIED THAT THIS ITEM HAS CLEARED SCREENING AT:
POST:

TO: ~~Secretaria~~
Tribunal de Distrito de los Estados Unidos
#150 Avenida Chardón
San Juan, P.R. 00918

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.



PRIORITY MAIL
FLAT RATE ENVELOPE — ONE RATE ★ ANY WEIGHT
INSURED
VISIT US AT USPS.COM® — ORDER FREE SUPPLIES ONLINE
EP14F Oct 2018  OD: 12 1/2 x 9 1/2
PS00001000014
* Domestic only.  ✕ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.