Two Hundred and Fifty-First Omnibus Objection
Exhibit B - Schedule of Substantive Duplicate Claims to be Disallowed via Notice of Presentment

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ENVIRONICS RECYCLING SERVICES, INC. PO BOX 29535 SAN JUAN, PR 00929 | 06/12/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 50041 | $ 1,190,864.12 | ENVIRONICS ENGINEERING GROUP CORP P.O. BOX 29535 SAN JUAN, PR 00929 | 06/12/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 63950 | $ 1,190,864.12 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 2 | L B CONSTRUCTION LUIS O. BARRETO PEREZ HC 02 BOX 12335 MOCA, PR 00670 | 06/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 128681 | $ 34,406.00 | L B CONSTRUCTION HC 02 BOX 12335 MOCA, PR 00676 | 06/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 154783 | $ 34,406.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 3 | RODRIGUEZ RODRIGUEZ , FELIX CITY OFFICE SUPPLIES PO BOX 1669 BAYAMON, PR 00960 | 07/03/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 154483 | $ 1,061.71 | RODRIGUEZ RODRIGUEZ, FELIX CITY OFFICE SUPPLIES P.O. BOX 1669 BAYAMON, PR 00960 | 07/03/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 117782 | $ 1,061.71 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 4 | SALVA RODRIGUEZ, CANDIDO DOS PINOS TOWNHOUSES B12 CALLE 2 SAN JUAN, PR 00923 | 05/24/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 32284 | Undetermined* | SALVA RODRIGUEZ, CANDIDO A CANDIDO A SALVA RODRIGUEZ DOS PINOS TOWNHOUSES B12 CALLE 2 SAN JUAN, PR 00923 | 05/24/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 30598 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1