UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING THE TWO HUNDRED FIFTY-THIRD OMNIBUS OBJECTION
(NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO
HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE BOND CLAIMS

Upon the *Two Hundred Fifty-Third Omnibus Objection (Non-Substantive) of the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and
Employees Retirement System of the Government of the Commonwealth of Puerto Rico to
Duplicate Bond Claims* (Docket Entry No. 14227, the "Two Hundred Fifty-Third Omnibus

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Objection"),[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto

Rico Highways and Transportation Authority ("HTA") and the Employees Retirement System of

the Government of the Commonwealth of Puerto Rico ("ERS," and together with the

Commonwealth and HTA, the "Debtors"), dated September 11, 2020, for entry of an order

disallowing in their entirety certain claims filed against the Debtors, as more fully set forth in the

Two Hundred Fifty-Third Omnibus Objection and supporting exhibits thereto; and the Court

having jurisdiction to consider the Two Hundred Fifty-Third Omnibus Objection and to grant the

relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant

to PROMESA section 307(a); and due and proper notice of the Two Hundred Fifty-Third

Omnibus Objection having been provided to those parties identified therein, and no other or

further notice being required; and upon the *Notice of Presentment of Proposed Order (A)*

*Granting in Part the Two Hundred Fifty-Third Omnibus Objection (Non-Substantive) of the*

*Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and*

*Employees Retirement System of the Government of the Commonwealth of Puerto Rico to*

*Duplicate Bond Claims, (B) Approving Form of Notice for Claims to be Set for Hearing, and (C)*

*Granting Related Relief*, dated October 23, 2020 (Docket Entry No. 14854, the "Notice"), for

entry of an order disallowing in their entirety the Duplicate Bond Claims to Be Disallowed via

Notice of Presentment (as defined below), as more fully set forth in the Notice; and the Court

having determined that the relief sought in the Two Hundred Fifty-Third Omnibus Objection is

in the best interests of the Debtors, their creditors, and all parties in interest; and the Court

having determined that the legal and factual bases set forth in the Two Hundred Fifty-Third

---

[2]     Capitalized terms used but not otherwise defined herein have the meanings given to them
        in the Notice.

Omnibus Objection establish just cause for the relief granted herein; and after due deliberation

and sufficient cause appearing therefor, it is hereby:

ORDERED that the Two Hundred Fifty-Third Omnibus Objection is GRANTED

as set forth herein; and it is further

ORDERED that the each of the claims identified on Exhibit B hereto (the

"Duplicate Bond Claims to Be Disallowed via Notice of Presentment") are hereby disallowed in

their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to designate the

Duplicate Bond Claims to Be Disallowed via Notice of Presentment as expunged in the official

claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 14227 in Case No. 17-

3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation, interpretation, or enforcement of this

Order.


SO ORDERED.

Dated:  March 26, 2021

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge