Two Hundred and Fifty-Second Omnibus Objection
Exhibit B - Schedule of Bondholder No Liability Claims to be Disallowed via Notice of Presentment

| # | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AVILA MEDINA, ANGEL G<br>CALLE LIRIO 2949<br>QUEBRADILLAS, PR 00678-2455 | 4/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8302 | $ 20,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. | | | | | |
| 2 | BANKRUPTCY ESTATE OF MARTA NYDIA TORRES ROSA, CASE NO. 18-02226<br>NOREEN WISCOVITCH-RENTAS, CHAP. 7 TRUSTEE<br>PMB 136/ 400 CALLE JUAN CALAF<br>SAN JUAN, PR 00918 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 98853 | $ 101,959.50 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Conservation Trust Fund, that is not a Title III Debtor. | | | | | |
| 3 | COOPERATIVA DE AHORRO Y CREDITO AGUSTIN BURGOS RIVERA<br>APARTADO 1554<br>VILLALBA, PR 00766 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17411 | $ 250,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. | | | | | |
| 4 | FUNERARIA SHALOM MEMORIAL INC.<br>1646 BARRIO SABANETAS, PASEO VILLA FLORES<br>PONCE, PR 00716 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 134533 | $ 55,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. | | | | | |
| 5 | GARDON MARTIN, HILDA M<br>URB. ALHAMBRA 2538 CALLE OBISPADO<br>PONCE, PR 00716-3643 | 5/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16420 | $ 8,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. | | | | | |
| 6 | GELFON, JEFFREY<br>2008 79TH ST. NW<br>BRADENTON, FL 34209 | 4/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4107 | $ 50,000.00* |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. | | | | | |
| 7 | GREGORY D. LEE AND CRISTINA VILLATE<br>90 REINA CATALINA<br>LA VILLA DE TORRIMAR<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 137160 | $ 50,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Two Hundred and Fifty-Second Omnibus Objection
Exhibit B - Schedule of Bondholder No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | LOPEZ LOPEZ, SUC HECTOR<br>CONCHITA ORSINI<br>P.O BOX 192469<br>SAN JUAN, PR 00919-2469 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22035 | $ 20,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. | | | | | |
| 9 | LOPEZ PUMAREJO, HECTOR<br>FRANCISCO J. PERDOMO<br>PSV & CO, PSC<br>PO BOX 363247<br>SAN JUAN, PR 00936-3247 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19035 | $ 50,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. | | | | | |
| 10 | LUGO PAGAN, PABLO<br>PO BOX 771<br>HORMIGUEROS, PR 00660 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 96773 | $ 29,467.20 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. | | | | | |
| 11 | QUILICHINI PAZ, DELIA<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46909 | $ 14,733.60 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. | | | | | |
| 12 | RAFAEL RIOS RODRIGUEZ & LYDIA MONTALVO<br>PO BOX 1961<br>CAROLINA, PR 00984 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35456 | $ 96,239.75 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. | | | | | |
| 13 | RAUL E. CASANOVAS BALADO & LOLITA GANDARILLA<br>356 FORTALEZA STREET SECOND FLOOR<br>CHARLES A. CUPRILL, ESQ.<br>SAN JUAN, PR 00901 | 8/4/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64 | $ 40,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. | | | | | |

Two Hundred and Fifty-Second Omnibus Objection
Exhibit B - Schedule of Bondholder No Liability Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | RINCON, JOSE R.<br>URB EL ALAMO<br>A-2 LAREDO<br>GUAYNABO, PR 00969 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12983 | $ 50,004.50* |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | RIVERA TORRALES, ARTURO<br>COND HATO REY CENTRO<br>130 AVE ARTERIAL HOSTOS Q101<br>HOSTOS Q-101<br>SAN JUAN, PR 00918 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80626 | $ 150,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | ROBLES BIDOT, JAIME<br>25 MUNOZ RIVERA AVE.<br>COND. BAHIA PLAZA 701<br>SAN JUAN, PR 00901 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31018 | $ 100,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | SUC. DE HECTOR LOPEZ LOPEZ<br>C/O CONCHITA ORSINI<br>PO BOX 192469<br>SAN JUAN, PR 00919-2469 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23557 | $ 15,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | SUC. HECTOR LOPEZ LOPEZ<br>C/O CONCHITA ORSINI<br>PO BOX 192469<br>SAN JUAN, PR 00919-2469 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23581 | $ 15,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor.

| | | | | | TOTAL | $ 1,115,404.55* |
|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts