Exhibit B - Schedule of Duplicate + No Liability Bond Claims to be Modified via Notice of Presentment

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | DAVIS, ANDREW P<br>333 WEST END AVE #4B<br>NEW YORK, NY 10023 | 3076 | Commonwealth of Puerto Rico | Secured | Undetermined* | Commonwealth of Puerto Rico | Secured | Undetermined* |
| | | | Commonwealth of Puerto Rico | Unsecured | $115,000.00* | Commonwealth of Puerto Rico | Unsecured | $10,000.00* |
| | | | | Subtotal | $115,000.00* | | Subtotal | $10,000.00* |

Reason: Claimant asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the Commonwealth Title III Case by the fiscal agent or trustee of these bond(s). Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and that are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | DAVIS, JESSSICA G<br>333 WEST END AVE (#4B)<br>NEW YORK, NY 10023 | 3064 | Commonwealth of Puerto Rico | Secured | Undetermined* | Commonwealth of Puerto Rico | Secured | Undetermined* |
| | | | Commonwealth of Puerto Rico | Unsecured | $190,000.00* | Commonwealth of Puerto Rico | Unsecured | $30,000.00* |
| | | | | Subtotal | $190,000.00* | | Subtotal | $30,000.00* |

Reason: Claimant asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the Commonwealth Title III Case by the fiscal agent or trustee of these bond(s). Claimant also purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and that are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | JAMES, RAYMOND<br>BARBARA J TUCKER<br>3668 APPLING LAKE DR<br>MEMPHIS, TN 38133 | 4300 | Commonwealth of Puerto Rico | Unsecured | $310,000.00 | Commonwealth of Puerto Rico | Unsecured | $135,000.00 |

Reason: Claimant asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the Commonwealth Title III Case by the fiscal agent or trustee of these bond(s). Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | JARRARD, JAMES<br>1595 MONTROSE TERRACE<br>DUBUQUE, IA 52001 | 2186 | Commonwealth of Puerto Rico | Unsecured | $125,000.00 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |

Reason: Claimant asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the Commonwealth Title III Case by the fiscal agent or trustee of these bond(s). Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | | | | TOTAL | $ 740,000.00* | TOTAL | | $ 185,000.00* |
|---|---|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts