**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**MOTION TO WITHDRAW AS COUNSEL AND REQUEST TO CEASE
SERVICE OF NOTICES, ORDERS, PLEADINGS, AND DOCUMENTS**

To the Honorable United States District Court Judge Laura Taylor Swain:

1. The undersigned attorney, Briseida Y. Delgado Miranda seeks leave to withdraw her appearance as co-counsel for creditor Management, Consultants & Computer Services, Incorporated[1].

2. The appearance of counsel Ricardo Ortiz-Colón on behalf of creditor MCCS (Doc. #1169) is unaffected by this request. Creditor MCCS will continue to be represented by Ortiz-Colón in this case and the withdrawal of the undersigned will not cause any disruption in the case.

　　NOW WHEREFORE, the undersigned attorney respectfully requests that this Honorable Court take notice of the above stated for all pertinent purposes and: (i) authorize her withdrawal as legal counsel for MCCS in this case and (ii) order the cease of notifications in the instant case to the undersigned counsel.

　　I HEREBY CERTIFY that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants, including counsel of record for MCCS, Ricardo Ortiz-Colón, Esq., as follows: ortizcolonricardo@gmail.com, rortiz@rloclaw.onmicrosoft.com.

---

[1] Hereinafter, "MCCS".

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 26th day of March, 2021.

**DELGADO MIRANDA LAW OFFICES, LLC**
Offices: 400 Roosevelt Ave., Suite 501, San Juan, PR 00936
Mail: PMB 112, 130 Winston Churchill Ave., Ste. 1 San Juan, PR 00926
T: (787)717-7178

*S/BRISEIDA Y. DELGADO-MIRANDA*
U.S.D.C.P.R. #223214
E-mail: delgadomirandalaw@gmail.com