# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, | TITLE III |
| As representative of | No. 17 BK 3283-LTS (JOINTLY ADMINISTER) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors. | |

**OPPOSITION TO OBJECTION TO CLAIM THREE HUNDRED THIRD OMNIBUS OBJECTION (DKT. No. 16030) AS TO BANKRUPTCY ESTATE OF PONTE, INC., CASE NO. 15-03236 (CLAIM NO. 10204)**

**TO THE HONORABLE COURT:**

COMES NOW, Noreen Wiscovitch-Rentas as Chapter 7 Trustee, on behalf of the Bankruptcy Estate of Ponte, Inc., Case No. 15-03236 and opposes the Objection to Claim No. 10204 as stated in Dkt. No. 16030 and respectfully informs the Court as follows:

1. The Bankruptcy Estate of Ponte, Inc. filed POC No. 10204 for the amount of $6,196.00. This amount is for a tax refund due for the tax year 2015.

2. Debtor's objection states as follows: "Proof of Claim asserts liability on the basis of a 2015 tax refund/return. The records of the Department of Treasury show there is no record of pending refund due to creditor." *See* Dkt. No. 16030-1 Exhibit A, Page 2 of 13.

3. The 2015 tax return filed by the Bankruptcy Estate of Ponte Inc. shows a tax refund for $6,196.00. A copy of the date stamped tax return is attached as **Exhibit "A"**. Treasury records are clearly mistaken.

1

4. In addition, on August 22, 2016, the Trustee filed a motion for the prompt determination of taxes pursuant to 11 U.S.C. §505(b) in Dkt. No. 64 of Case No. 15-03236. The Motion also served as a Notice to the Department of Treasury of the Estate's request for payment of the tax refund under Section 505(a)(2)(B) of the Bankruptcy Code and that the term of 120 days set forth in Section 505(a)(2)(B)(i) of the Bankruptcy Code. See **Exhibit "B"** (Dkt.No. 64) in Case No. 15-03236.

5. The Court granted the Trustee's Motion on September 13, 2016. A copy of the Order is attached as **Exhibit "C"** (Dkt. No. 69) in Case No. 15-03236.

6. Claim no. 10204 filed by the Bankruptcy Estate of Ponte, Inc. should be allowed in its entirety in the amount of $6,196.00.

WHEREFORE, it is respectfully requested for the Court to take notice of the above and overrule Debtor's Objection to Claim No. 10204 of the Bankruptcy Estate of Ponte, Inc..

I HEREBY CERTIFY that the foregoing has been sent to CM/ECF to all parties so subscribed on this 25th day of March, 2021.

Respectfully submitted, in San Juan, Puerto Rico, this 26th day of March, 2021.

/s Noreen Wiscovitch-Rentas
NOREEN WISCOVITCH RENTAS, Esq.
Chapter 7 Trustee Case No. 15-03236
USDC No. 213606
PMB 136
400 Kalaf Street
San Juan, Puerto Rico 00918
Tel: (787) 946-0132
noreen@nwr-law.com

Formulario 480.2 Rev. 02.16

**2015 — ESTADO LIBRE ASOCIADO DE PUERTO RICO — DEPARTAMENTO DE HACIENDA**

## Planilla de Contribución sobre Ingresos de Corporaciones

AÑO CONTRIBUTIVO COMENZADO EL 01 de ene. de 2015 Y TERMINADO EL 31 de dic. de 2015

☐ PLANILLA ENMENDADA

COPY

**Nombre del Contribuyente:** PONTE INC
**Dirección Postal:** PMB 136, 400 CALLE CALAF, SAN JUAN, PR, Código Postal 00918
**Localización de la Industria o Negocio Principal:** MATIENZO CINTRON 164 FLORA PARK, SAN JUAN, PR 00926
**Naturaleza de la Industria o Negocio Principal:** VENTA DE MATERIAL ELECTRICO

**Número de Identificación Patronal:** 66-0243351
**Núm. de Registro del Departamento de Estado:** 10160
**Clave Industrial:** — **Cod. Municipal:** 79
**Número de Registro de Comerciante:** 00267210018
**Número de Teléfono:** (787) 946-0132
**Fecha de Incorporación:** Día 29 / Mes 05 / Año 1962
**Lugar de Incorporación:** PUERTO RICO
**Tipo de Entidad:** CORPORACION
**Miembro de grupo de entidades relacionadas:** ☐ Sí  ☒ No

**Cambio de Dirección:** ☒ Sí  ☐ No
**Primera planilla:** ☐  **Última planilla:** ☐
**Contratos con Organismos Gubernamentales:** ☐ Sí  ☒ No
**Correo Electrónico:** NOREEN@NWR-LAW.COM

Sello de Pago — Recibido 14 JUL 2016 — SIN PAGO — DEPARTAMENTO DE HACIENDA

### Reintegro / Pago

| Línea | Descripción | Monto |
|---|---|---|
| 1 | CONTRIBUCIÓN PAGADA EN EXCESO (Parte IV, línea 58) | 6,196.00 |
| 1A | A) Acreditar a la contribución estimada 2016 | 0.00 |
| 1B | B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | 0.00 |
| 1C | C) Aportación al Fondo Especial para la Universidad de Puerto Rico | 0.00 |
| 1D | D) A REINTEGRAR | 6,196.00 |
| 2 | TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Parte IV, línea 58) | 0.00 |
| 3a | Menos: Cantidad pagada (a) Con Planilla | 0.00 |
| 3b | (b) Intereses | 0.00 |
| 3c | (c) Recargos $0 y Penalidades $0 | 0.00 |
| 4 | BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | 0.00 |

### JURAMENTO

Nosotros, los suscribientes, presidente (o vicepresidente u otro oficial principal) y tesorero (o tesorero auxiliar), o agente de la corporación a nombre de la cual se hace esta planilla de contribución sobre ingresos, cada uno por sí, bajo el más solemne juramento y so pena de perjurio, declaramos que hemos examinado la misma (incluyendo anejos y estados que la acompañan), y que según nuestro mejor conocimiento y creencia es una planilla exacta, correcta y completa, hecha de buena fe, de acuerdo con el Código de Rentas Internas de Puerto Rico de 2011, según enmendado, y sus Reglamentos.

**Nombre del agente:** NOREEN WISCOVITCH / CHAPTER 7 TRUSTEE
**Firma del agente:** (firmado)
**Fecha:** 7-7-16

### PARA USO DEL ESPECIALISTA SOLAMENTE

**Nombre del especialista:** ALBERT TAMAREZ VASQUEZ CPA
**Nombre de la firma:** TAMAREZ CPA
**Núm. de registro:** 16779
**Fecha:** 7.07.16
**Especialista por cuenta propia:** ☒
**Dirección:** PO BOX 194136 SAN JUAN, PR
**Código postal:** 00919-4136

Indique si hizo pagos por la preparación de su planilla: ☒ Sí  ☐ No

Periodo de Conservación: Diez (10) años

Reproducido por CEGsoft (www.cegsoft.com)

Formulario 480.2 Rev. 02.16 PONTE INC  66-0243351  Corporación - Página 2

### Parte I — Determinación del Ingreso Neto (o Pérdida) de Operaciones

| # | Concepto | Col | Valor |
|---|---|---|---|
| 1. | Ventas netas de bienes o productos (Véanse instrucciones) ㉔ | (1) | 46,684 00 |
| | Menos: Costos de ventas o costos directos de producción | | |
| 2. | Inventario al comienzo del año ☐ 1 "C" ☐ 2 "C" o "VM" | (2) | 0 00 |
| 3. | Compra de materiales o mercadería | (3) | 635,422 00 |
| 4. | Jornales directos | (4) | 0 00 |
| 5. | Otros costos directos (De la Parte V, línea 17) | (5) | 0 00 |
| 6. | Costo de bienes disponibles para la venta (Sume líneas 2 a la 5) | (6) | 635,422 00 |
| 7. | Menos: Inventario al finalizar el año ☐ 1 "C" ☐ 2 "C" o "VM" | (7) | 0 00 |
| 8. | Total de costos de ventas o costos directos de producción (Línea 6 menos línea 7) | (8) | 635,422 00 |
| 9. | Ganancia bruta de la venta de bienes o productos (Línea 1 menos línea 8) | (9) | -588,738 00 |
| 10. | Ingreso bruto generado en la venta de servicios | (10) | 0 00 |
| 11. | Ganancia neta de capital (Anejo D Corporación, Parte IV, línea 21) | (11) | 0 00 |
| 12. | Ganancia neta (o pérdida) en la venta de propiedad que no sea activo de capital (Anejo D Corporación, Parte V, línea 22) | (12) | 0 00 |
| 13. | Renta | (13) | 0 00 |
| 14. | Intereses: (a) Sujetos a la tasa preferencial de 10% _$0_ (b) Otros _$0_ | (14) | 0 00 |
| 15. | Ingreso por comisiones | (15) | 0 00 |
| 16. | Dividendos de corporaciones: (a) Domésticas _$0_ (b) Extranjeras _$0_ | (16) | 0 00 |
| 17. | Participación distribuible en el ingreso neto de sociedades y sociedades especiales (Anejo R Corporación, Parte III, línea 5) | (17) | 0 00 |
| 18. | Participación distribuible en el ingreso neto sujeto a tasas preferenciales proveniente de sociedades y sociedades especiales | (18) | 0 00 |
| 19. | Beneficio tributable de agricultura (Anejo S Corporación, Parte I, línea 9) | (19) | 0 00 |
| 20. | Ingreso neto derivado de las operaciones de una entidad financiera internacional que opera como una unidad de un banco | (20) | 0 00 |
| 21. | Fletes y pasajes | (21) | 0 00 |
| 22. | Regalías | (22) | 0 00 |
| 23. | Condonación de deudas (Someta Formulario 480.6A) | (23) | 0 00 |
| 24. | Espectáculos públicos | (24) | 0 00 |
| 25. | Otros pagos reportados en un Formulario 480.6A o 480.6B | (25) | 0 00 |
| 26. | Ingresos misceláneos | (26) | 0 00 |
| 27. | **Total de ingresos** (Sume líneas 9 a la 26) | (27) | -588,738 00 |
| 28. | Menos: Cantidad exenta bajo Ley 135-2014 (Véanse instrucciones) | (28) | 0 00 |
| 29. | Total de ingreso después de la exención bajo la Ley 135-2014 (Línea 27 menos línea 28) | (29) | -588,738 00 |
| 30. | Menos: Total de deducciones (De la Parte VI, línea 51) | (30) | 98,827 00 |
| 31. | **Ingreso neto (o pérdida) de operaciones** (Línea 29 menos línea 30) | (31) | -687,565 00 |

### Parte II — Determinación del Ingreso Neto (o Pérdida)

| 32. | Menos: Deducción por pérdida neta en las operaciones del año anterior (Someta Anejo G Corporación. No exceder del 80% de la línea 31) | (32) | 0 00 |
|---|---|---|---|
| 33. | **Ingreso neto (o pérdida)** | (33) | -687,565 00 |

### Parte III — Determinación del Ingreso Neto Sujeto a Contribución Normal y Contribución Adicional

| 34. | Menos: Dividendos o beneficios recibidos de corporaciones domésticas (Véanse instrucciones) | (34) | 0 00 |
|---|---|---|---|
| 35. | **Ingreso neto sujeto a contribución normal** (Línea 33 menos línea 34) | (35) | 0 00 |
| 36. | Menos: Deducción para fines de la contribución adicional (Marque aquí si viene del Modelo SC 2652 ☐) | (36) | 0 00 |
| 37. | **Ingreso neto sujeto a contribución adicional** (Línea 35 menos línea 36) | (37) | 0 00 |

### Parte IV — Cómputo de la Contribución

| 38. | Contribución normal (Multiplique la línea 35 por: ☐20% ☐15% ☐10%) | (38) | 0 00 |
|---|---|---|---|
| 39. | Contribución adicional (Véanse instrucciones) | (39) | 0 00 |
| 40. | **Contribución Total** (Sume líneas 38 y 39) | (40) | 0 00 |
| 41. | Contribución Alternativa - Ganancias de Capital y Tasas Preferenciales (Anejo D1 Corporación, línea 9) | (41) | 0 00 |
| 42. | **Contribución determinada antes del crédito por contribuciones pagadas a los Estados Unidos, sus posesiones y países extranjeros** (Línea 40 o 41, la que sea menor, siempre que la línea 41 sea mayor de cero) | (42) | 0 00 |
| 43. | Crédito por contribuciones pagadas a los Estados Unidos, sus posesiones y países extranjeros (Anejo C Corporación, Parte III, línea 6(b)) | (43) | 0 00 |
| 44. | **Contribución determinada antes de contribución alternativa mínima** (Línea 42 menos línea 43) | (44) | 0 00 |
| 45. | Contribución alternativa mínima en exceso de la contribución regular (Anejo A Corporación, Parte VI, línea 41) | (45) | 0 00 |
| 46. | **Responsabilidad contributiva antes de créditos contributivos** (Sume líneas 44 y 45) | (46) | 0 00 |
| 47. | Recobro de crédito reclamado en exceso (Anejo B Corporación, Parte I, línea 3) | (47) | 0 00 |
| 48. | Crédito por contribución alternativa mínima pagada en años anteriores (Anejo A Corporación, Parte VII, línea 4) | (48) | 0 00 |
| 49. | Créditos contributivos (Anejo B Corporación, Parte II, línea 26) | (49) | 0 00 |
| 50. | **Responsabilidad contributiva antes del monto equivalente a dividendo o distribución de beneficios y de la contribución sobre dividendo implícito** (Sume línea 46 y 47 menos líneas 48 y 49) | (50) | 0 00 |
| 51. | Contribución sobre monto equivalente a dividendo o distribución de beneficios (Modelo SC 2879, Contribución sobre Monto Equivalente a Dividendo, línea 11) | (51) | 0 00 |
| 52. | Contribución sobre dividendo implícito (Véanse instrucciones) (Modelo 2877, Contribución sobre Dividendo Implícito, línea 11) | (52) | 0 00 |
| 53. | **Responsabilidad Contributiva Total** (Sume líneas 50 a la 52) | (53) | 0 00 |
| 54. | Menos: Otros Pagos y Retenciones (Anejo B Corporación, Parte III, línea 12) | (54) | 6,196 00 |
| 55. | **Total no pagado de la contribución** (Si la línea 54 es menor que la línea 53, anote la diferencia aquí, de lo contrario en la línea 56) | (55) | 0 00 |
| 56. | Exceso de contribución pagada o retenida (Véanse instrucciones) | (56) | 6,196 00 |
| 57. | Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Corporación, Parte II, línea 21) | (57) | 0 00 |
| 58. | **BALANCE:** * Si línea 56 es mayor que la suma de líneas 55 y 57, usted tiene un sobrepago. Anote diferencia aquí y en línea 1 de página 1.<br>* Si línea 56 es menor que la suma de líneas 55 y 57, usted tiene un balance pendiente de pago. Anote diferencia aquí y en línea 2 de la página 1.<br>* Si diferencia entre línea 56 y la suma de líneas 55 y 57 es igual a cero, anote cero aquí y pase a firmar su planilla en la página 1. | (58) | 6,196 00 |

**LA CANTIDAD REFLEJADA EN LA LÍNEA 58 DEBERÁ TRASLADARSE A LA LÍNEA CORRESPONDIENTE DE LA PÁGINA 1.**

Período de Conservación: Diez (10) años

Reproducido por CEGsoft (www.cegsoft.com)

Formulario 480.2 Rev. 02.16 **PONTE INC** 66-0243351 Corporación - Página 3

### Parte V — Otros Costos Directos

| Partida | Importe | Partida | Importe |
|---|---|---|---|
| 1. Jornales, sueldos y bonificaciones (1) | 0 00 | 11. Renta (11) | 0 00 |
| 2. Seguro social federal (FICA) (2) | 0 00 | 12. Limpieza, mantenimiento y recogido de desperdicios (12) | 0 00 |
| 3. Seguro de desempleo (3) | 0 00 | 13. Gastos de empaque de productos (13) | 0 00 |
| 4. Primas Fondo Seguro del Estado (4) | 0 00 | 14. Gastos de comida pagados a empleados de producción (Total $____0____) (14) | 0 00 |
| 5. Seguro médico o de hospitalización (5) | 0 00 | 15. Depreciación (Someta Anejo E) (15) | 0 00 |
| 6. Otros seguros (6) | 0 00 | 16. Otros gastos (Someta detalle) (16) | 0 00 |
| 7. Arbitrios / Impuesto sobre Uso (7) | 0 00 | 17. **Total otros costos directos** (Sume líneas 1 a la 16. Igual a la Parte I, línea 5) (17) | 0 00 |
| 8. Impuesto sobre ventas y uso en importaciones (8) | 0 00 | | |
| 9. Reparaciones (9) | 0 00 | | |
| 10. Luz y agua (10) | 0 00 | | |

### Parte VI — Deducciones

| | | Importe |
|---|---|---|
| 1. Compensación a directores (Véanse instrucciones Parte X) | (1) | 0 00 |
| 2. Compensación a oficiales (Véanse instrucciones Parte XI) | (2) | 0 00 |
| 3. Sueldos, comisiones y bonificaciones a empleados (Véanse instrucciones) | (3) | 69,126 00 |
| 4. Comisiones a negocios | (4) | 0 00 |
| 5. Seguro social federal (FICA) | (5) | 5,288 00 |
| 6. Seguro de desempleo | (6) | 0 00 |
| 7. Primas Fondo Seguro del Estado | (7) | 0 00 |
| 8. Seguro médico o de hospitalización | (8) | 0 00 |
| 9. Seguros | (9) | 14,614 00 |
| 10. Intereses pagados en arrendamiento financiero de automóviles (Someta Formulario 480.7D) | (10) | 0 00 |
| 11. Intereses hipotecarios (Someta Formulario 480.7A) | (11) | 0 00 |
| 12. Otros intereses (Véanse instrucciones) | (12) | 0 00 |
| 13. Renta de propiedad mueble tangible | (13) | 0 00 |
| 14. Renta de propiedad inmueble | (14) | 6,333 00 |
| 15. Contribución sobre propiedad: (a) Mueble $0 (b) Inmueble $0 | (15) | 0 00 |
| 16. Otras contribuciones, patentes y licencias (No incluya impuesto sobre ventas y uso. Véanse instrucciones) | (16) | 0 00 |
| 17. Impuesto sobre ventas y uso (Véanse instrucciones) | (17) | 0 00 |
| 18. Pérdidas ocasionadas por fuego, huracán, otros siniestros o por robo (Véanse instrucciones) | (18) | 0 00 |
| 19. Gastos de automóviles (Millaje ____0____) (Véanse instrucciones) | (19) | 0 00 |
| 20. Gastos de otros vehículos de motor (Véanse instrucciones) | (20) | 0 00 |
| 21. Gastos de comida y entretenimiento (Total ____$0____) (Véanse instrucciones) | (21) | 0 00 |
| 22. Gastos de viajes | (22) | 0 00 |
| 23. Servicios profesionales | (23) | 3,466 00 |
| 24. Aportaciones a planes de pensiones u otros planes calificados (Véanse instrucciones. Someta Modelo SC 6042) | (24) | 0 00 |
| 25. Depreciación y amortización (Véanse instrucciones. Someta Anejo E) | (25) | 0 00 |
| 26. Deudas incobrables (Véanse instrucciones) | (26) | 0 00 |
| 27. Reparaciones (Véanse instrucciones) | (27) | 0 00 |
| 28. Regalías | (28) | 0 00 |
| 29. Cargos de administración | (29) | 0 00 |
| 30. Deducción a patronos que emplean personas impedidas (Véanse instrucciones) | (30) | 0 00 |
| 31. Aportaciones a cuentas de aportación educativa para los beneficiarios de sus empleados (Véanse instrucciones) | (31) | 0 00 |
| 32. Gastos en propiedades arrendadas a la Compañía de Fomento Industrial de Puerto Rico o almacén de la Compañía de Comercio y Exportación (Véanse instrucciones) | (32) | 0 00 |
| 33. Gastos incurridos o pagados a accionistas, personas o entidades relacionadas fuera de Puerto Rico (Véanse instrucciones) (Total $____0____) | (33) | 0 00 |
| 34. Deducción por gastos incurridos o pagados a accionistas, personas o entidades relacionadas, totalmente deducibles (Véanse instrucciones) | (34) | 0 00 |
| 35. Servicios públicos (agua, luz, teléfono, internet, etc.) | (35) | 0 00 |
| 36. Limpieza, mantenimiento y recogido de desperdicios | (36) | 0 00 |
| 37. Cargos bancarios | (37) | 0 00 |
| 38. Gastos de publicidad y mercadeo (Anuncios) | (38) | 0 00 |
| 39. Materiales y efectos de oficina | (39) | 0 00 |
| 40. Seminarios, adiestramientos y gastos de educación continua para empleados | (40) | 0 00 |
| 41. Servicios de seguridad | (41) | 0 00 |
| 42. Servicios de cobro de cuentas | (42) | 0 00 |
| 43. Servicios subcontratados | (43) | 0 00 |
| 44. Gastos incurridos o pagados por concepto de servicios recibidos de personas no dedicadas a industria o negocio en Puerto Rico | (44) | 0 00 |
| 45. Gasto por concepto de cuotas, subscripciones y membresías | (45) | 0 00 |
| 46. Gastos relacionados con licencias y programas de computadoras no capitalizables (Véase instrucciones) | (46) | 0 00 |
| 47. Otras deducciones (Véanse instrucciones) | (47) | 0 00 |
| 48. **Subtotal de deducciones** (Sume líneas 1 a la 47) | (48) | 98,827 00 |
| 49. Donativos (Véanse instrucciones) | (49) | 0 00 |
| 50. Deducción bajo la Ley 185-2014 (Véanse instrucciones) | (50) | 0 00 |
| 51. **Total de deducciones** (Sume líneas 48 a la 50. Traslade a la Parte I, línea 30) | (51) | 98,827 00 |

Período de Conservación: Diez (10) años

Reproducido por CEGsoft (www.cegsoft.com)

Formulario 480.2 Rev. 02.16    PONTE INC    66-0243351    Corporación - Página 4

## Parte VII — Corporación - Estado de Situación Comparado ㊲

| Activos | | Al comenzar el año Total | Al terminar el año Total |
|---|---|---|---|
| 1. Efectivo en caja y bancos | (1) | 1,200 00 | 61,596 00 |
| 2. Cuentas a cobrar | (2) | 487,227 00 | 162,024 00 |
| 3. Menos: Reserva para cuentas incobrables | (3) | ( 85,027 00) 402,200 00 | ( 0 00) 162,024 00 |
| 4. Inventarios | (4) | 626,161 00 | 0 00 |
| 5. Otros activos corrientes | (5) | 23,129 00 | 8,664 00 |
| 6. Obligaciones a cobrar | (6) | 0 00 | 0 00 |
| 7. Inversiones | (7) | 0 00 | 0 00 |
| 8. Activos depreciables | (8) | 147,396 00 | 0 00 |
| 9. Menos: Reserva para depreciación | (9) | ( 138,135 00) 9,261 00 | ( 0 00) 0 00 |
| 10. Préstamos por cobrar de accionistas o entidades relacionadas | (10) | 0 00 | 0 00 |
| 11. Terrenos | (11) | 0 00 | 0 00 |
| 12. Otros activos a largo plazo | (12) | 267,082 00 | 267,082 00 |
| 13. Total de Activos | (13) | 1,329,033 00 | 499,366 00 |

**Pasivos y Capital**
**Pasivos**

| | | | |
|---|---|---|---|
| 14. Cuentas a pagar | (14) | 1,291,082 00 | 1,148,981 00 |
| 15. Gastos incurridos y no pagados | (15) | 0 00 | 0 00 |
| 16. Otros pasivos corrientes | (16) | 0 00 | 0 00 |
| 17. Obligaciones a pagar a largo plazo | (17) | 0 00 | 0 00 |
| 18. Obligaciones a pagar a accionistas o entidades relacionadas | (18) | 0 00 | 0 00 |
| 19. Otras obligaciones a largo plazo | (19) | 0 00 | 0 00 |
| 20. Total de Pasivos | (20) | 1,291,082 00 | 1,148,981 00 |

**Capital**

| | | | |
|---|---|---|---|
| 21. Capital en acciones | | | |
| (a) Acciones preferidas | (21a) | 0 00 | 0 00 |
| (b) Acciones comunes | (21b) | 999,000 00 | 999,000 00 |
| 22. Sobrante de capital | (22) | 0 00 | 0 00 |
| 23. Ganancias retenidas | (23) | -961,049 00 | -1,648,615 00 |
| 24. Reserva | (24) | 0 00 | 0 00 |
| 25. Total de Capital | (25) | 37,951 00 | -649,615 00 |
| 26. Total Pasivos y Capital | (26) | 1,329,033 00 | 499,366 00 |

## Parte VIII — Reconciliación del Ingreso Neto (o Pérdida) según Libros con el Ingreso Neto Tributable (o Pérdida) según Planilla ㊳

1. Ingreso neto (o pérdida) según libros ................ (1)   -687,566 00
2. Contribución sobre ingresos según libros ........... (2)   0 00
3. Exceso de pérdidas de capital sobre ganancias de capital ................ (3)   0 00
4. Ingreso tributable no registrado en los libros este año (Detalle, use anejo si es necesario)
   (a) _____
   (b) _____
   (c) _____
   (d) _____
   (e) _____
   (f) _____
   Total ................ (4)   0 00
5. Gastos registrados en los libros este año no reclamados en esta planilla (Detalle, use anejo si es necesario)
   (a) Comida y entretenimiento (porción no deducible) _____ 0
   (b) Depreciación _____ 0
   (c) Embarcaciones, aeronaves y propiedad localizada fuera de P. R. _____ 0
   (d) Gastos incurridos o pagados a accionistas, personas o entidades relacionadas (porción no deducible) _____ 0
   (e) _____
   (f) _____
   (g) _____
   (h) _____
   (i) _____
   (j) _____
   Total ................ (5)   0 00
6. Total (Sume líneas 1 a la 5) ............. (6)   -687,566 00

7. Ingreso registrado en los libros este año no incluido en esta planilla (Detalle, use anejo si es necesario)
   (a) Ingresos exentos (Anejo IE Corp., Parte II, línea 19) _____ 0
   (b) Ingresos excluidos (Anejo IE Corp., Parte I, línea 6) _____ 0
   (c) _____
   (d) _____
   (e) _____
   (f) _____
   (g) _____
   Total ................ (7)   0 00
8. Deducciones en esta planilla no llevadas contra el ingreso en los libros este año (Detalle, use anejo si es necesario)
   (a) Depreciación _____ 0
   (b) _____
   (c) _____
   (d) _____
   (e) _____
   (f) _____
   (g) _____
   (h) _____
   (i) _____
   Total ................ (8)   0 00
9. Total (Sume líneas 7 y 8) ................ (9)   0 00
10. Ingreso neto tributable (o pérdida) según planilla (Línea 6 menos línea 9) ............ (10)   -687,566 00

Período de Conservación: Diez (10) años

Reproducido por CEGsoft (www.cegsoft.com)

Formulario 480.2 Rev. 02.16    PONTE INC    66-0243351    Corporación - Página 5

## Parte IX — Análisis del Sobrante según Libros

1. Balance al comenzar el año ............................... (1)   -961,049 00
2. Ingreso neto según libros .................................. (2)   -687,566 00
3. Otros aumentos (Detalle, use anejo si es necesario) _____
   _____
   _____ (3)   0 00
4. **Total** (Sume líneas 1, 2 y 3) ........................... (4)   -1,648,615 00
5. Distribuciones: (a) Efectivo .................. (5a)   0 00
              (b) Propiedad ............... (5b)   0 00
              (c) Acciones ................ (5c)   0 00
6. Otras rebajas (Use anejo si es necesario) _____
   _____ (6)   0 00
7. **Total** (Sume líneas 5 y 6) ................................ (7)   0 00
8. Balance al finalizar el año (Línea 4 menos línea 7) .... (8)   -1,648,615 00

## Parte X — Compensación a Directores

| Nombre del oficial | Número de seguro social | Por ciento del tiempo dedicado a industria o negocio | Por ciento de las acciones poseídas — Comunes | Por ciento de las acciones poseídas — Preferidas | Compensación |
|---|---|---|---|---|---|
|  |  |  |  |  | 00 |
|  |  |  |  |  | 00 |
|  |  |  |  |  | 00 |
|  |  |  |  |  | 00 |

Total de compensación a directores (Traslade a la Parte VI, línea 1) ............................ 0 00

## Parte XI — Compensación a Oficiales

| Nombre del oficial | Número de seguro social | Por ciento del tiempo dedicado a industria o negocio | Por ciento de las acciones poseídas — Comunes | Por ciento de las acciones poseídas — Preferidas | Compensación |
|---|---|---|---|---|---|
|  |  |  |  |  | 00 |
|  |  |  |  |  | 00 |
|  |  |  |  |  | 00 |
|  |  |  |  |  | 00 |

Total de compensación a oficiales (Traslade a la Parte VI, línea 2) ............................. 0 00

## Parte XII — Cuestionario

1. Si es una corporación extranjera, indique si la industria o negocio operó como sucursal ..... (1)   NO: X
2. Si es una sucursal, indique el por ciento que representa el ingreso de fuentes de Puerto Rico del total de ingreso de la corporación:   0 %
3. ¿Mantuvo la corporación durante este año parte de sus récords en un sistema computadorizado? ..... (3)   NO: X
4. Los libros de la corporación están a cargo de:
   Nombre   **VER PRIMERA PAGINA**
   Dirección _____
   Correo electrónico (E-mail) _____
   Teléfono _____
5. Indique el método de contabilidad utilizado en los libros para propósitos contributivos:
   [ ] Recibido y Pagado   [X] Acumulación
   [ ] Otro (especifique): _____
6. ¿Rindió la corporación los siguientes documentos?:
   (a) Declaración Informativa (Formularios 480.5, 480.6A, 480.6B) ..... (6a)   NO: X
   (b) Comprobante de Retención (Formulario 499R-2/W-2PR) ..... (6b)   NO: X
7. Si el ingreso bruto de la entidad o del grupo controlado excede de $3,000,000, ¿Sometió estados financieros auditados por un CPA con licencia de Puerto Rico? ..... (7)   N/A
8. Número de empleados durante el año:   0
9. ¿Reclamó la corporación gastos relacionados con la titularidad, uso, mantenimiento y depreciación de:
   (a) Automóviles? ..... (9a)   NO: X
   (b) Embarcaciones? ..... (9b)   NO: X
       (1) ¿Derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con la pesca o transportación de pasajeros o de carga o arrendamiento? ..... (9b1)   NO: X
   (c) Aeronaves? ..... (9c)   NO: X
       (1) ¿Derivó más del 80% de la totalidad de los ingresos de actividades relacionadas exclusivamente con la transportación de pasajeros o de carga o arrendamiento? ..... (9c1)   NO: X
   (d) Propiedad residencial fuera de Puerto Rico? ..... (9d)   NO: X
       (1) ¿Derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con el alquiler de propiedades a personas no relacionadas? ..... (9d1)   NO: X
10. ¿Reclamó la corporación gastos relacionados con:
    (a) Alojamiento? (excepto empleados del negocio) ..... (10a)   NO: X
    (b) Empleados que asistieron a convenciones fuera de Puerto Rico o los Estados Unidos? ..... (10b)   NO: X
11. ¿Distribuyó la corporación, durante el año contributivo, dividendos que no fueran en acciones o en liquidación en exceso de la ganancia corriente y acumulada? Si contestó "Sí", indique la cantidad   $0   (11)   NO: X
12. ¿Es la corporación socio de una sociedad especial o sociedad? (Si es más de una, someta detalle) ..... (12)   NO: X
    Nombre de la Sociedad Especial o Sociedad _____
    Número de identificación patronal _____
13. ¿Recibió ingresos exentos? (Someta Anejo IE Corporación) ..... (13)   NO: X
14. Anote la cantidad correspondiente de donativos a municipios de la cantidad incluida en la Parte VI, línea 49:   $0
15. Indique si pagó primas a aseguradores no autorizados ..... (15)   NO: X
16. Número de patrono otorgado por el Departamento del Trabajo y Recursos Humanos: _____
17. Número de accionistas: _____
    (a) ¿Es alguno de los accionistas de la corporación un individuo no residente o corporación extranjera? ..... (17a)   NO: X
        (1) Indique el por ciento de participación del total de accionistas no residentes o corporaciones extranjeras   0 %
        (2) Indique el país de procedencia del accionista extranjero _____
18. ¿Incurrió o pagó gastos a accionistas, personas o entidades relacionadas fuera de Puerto Rico? ..... (18)   NO: X
    (a) ¿Obtuvo determinación administrativa para tener derecho a la totalidad de la deducción? ..... (18a)   NO: X
19. ¿Reclamó la corporación gastos relacionados con servicios provistos por no residentes de Puerto Rico? ..... (19)   NO: X
    (a) ¿Pagó el impuesto sobre ventas y uso correspondiente? ..... (19a)   NO: X
20. ¿Reclamó la corporación gastos de depreciación por propiedad mueble tangible adquirida fuera de Puerto Rico? ..... (20)   NO: X
    (a) ¿Pagó el impuesto sobre ventas y uso correspondiente? ..... (20a)   NO: X
21. ¿Pagó la corporación dividendo implícito durante el año anterior? Si contestó "Sí", indique la cantidad   $0   (21)   NO: X

**Anejo A Corporación**
Rev. 12.15

# CONTRIBUCION ALTERNATIVA MINIMA

Año contributivo comenzado el 01 de ene de 2015 y terminado el 31 de dic de 2015

**A** **2015**

Nombre del contribuyente: PONTE INC
Número de Identificación Patronal: 66-0243351

## Parte I — Ajustes en el Cómputo del Ingreso Neto Alternativo Mínimo Antes de Ajustes en los Libros y Pérdidas de Operaciones

1.
   a. Ingreso neto (o pérdida) sujeto a contribución normal (De la Parte I, línea 31 de la planilla) (1a) -687,565 00
   b. Menos: Ingresos sujetos a tasas preferenciales que haya optado por tributar a la tasa preferencial correspondiente (Anejo D1 Corporación, línea 2(f)) (1b) 0 00
   c. Menos: Dividendos o beneficios recibidos de corporaciones domésticas (De la Parte III, línea 34 de la planilla) (1c) 0 00
   d. Ingreso neto (o pérdida) sujeto a contribución normal sin considerar la pérdida neta en operaciones de años anteriores y excluyendo los ingresos sujetos a tasas preferenciales que haya optado por tributar a la tasa preferencial correspondiente (Línea 1(a) menos líneas 1(b) y 1(c)) (1d) -687,565 00

2. Ajustes:
   a. Depreciación flexible (2a) 0 00
   b. Ventas a plazos (2b) 0 00
   c. Contrato a largo plazo (2c) 0 00
   d. Gastos relacionados con intereses exentos (2d) 0 00
   e. Depreciación acelerada (2e) 0 00
   f. Total de ajustes (Sume líneas 2(a) a la 2(e)) (2f) 0 00

3. Ingreso neto (o pérdida) alternativo mínimo antes de ajustes de la Parte II y la pérdida de operaciones (Sume líneas 1(d) y 2(f)) (3) -687,565 00

## Parte II — Ajuste por el Exceso del Ingreso Neto Ajustado según Libros sobre el Ingreso Neto Alternativo Mínimo Antes de Ajustes

4. Ingreso neto (o pérdida) según libros (4) -687,566 00
5. Ajuste por amortización de plusvalía (5) 0 00
6. Contribuciones sobre ingresos consideradas en los libros (6) 0 00
7. Sume las líneas 4, 5 y 6 (7) -687,566 00
8. Ingreso de intereses exentos neto de gastos relacionados (8) 0 00
9. Dividendos y distribuciones de beneficios recibidos de corporaciones o sociedades domésticas, de ingresos de fomento industrial o de desarrollo turístico (9) 0 00
10. Ingreso (o pérdida) de fomento industrial, ingreso exento de desarrollo turístico, ingreso de negocio agrícola *bona fide* o ingreso de renta bajo la Ley 132-2010 (10) 0 00
11. Ingreso (o pérdida) reconocido según el método de equidad (11) 0 00
12. Reserva para pérdidas catastróficas (12) 0 00
13. Ingresos sujetos a tasas preferenciales que haya optado por tributar a la tasa preferencial correspondiente (De la Parte I, línea 1(b)) (Véanse instrucciones) (13) 0 00
14. Sume líneas 8 a la 13 (14) 0 00
15. Línea 7 menos línea 14 (15) -687,566 00
16. Línea 15 menos línea 3. Si la línea 3 es mayor que la línea 15, anote cero (16) 0 00
17. Ajuste por el exceso del ingreso neto ajustado según libros sobre el ingreso neto alternativo mínimo de la línea 3 (Multiplique la línea 16 por 60%) (17) 0 00

## Parte III — Cómputo del Ingreso Neto Alternativo Mínimo

18. Ingreso neto alternativo mínimo antes de pérdida neta en operaciones (Sume líneas 3 y 17) (18) -687,565 00
19. Pérdida neta en operaciones de años anteriores para la determinación de la contribución alternativa mínima (No puede exceder del 70% de la línea 18) (Del Anejo G Corporación, Parte II, línea 13. Someta Anejo G Corporación) (Véanse instrucciones) (19) 0 00
20. Línea 18 menos línea 19 (Anote aquí la diferencia, pero no menos del 20% de la línea 18) (20) 0 00
21. Cantidad exenta (Véanse instrucciones) (21) 0 00
22. Ingreso neto alternativo mínimo (Línea 20 menos línea 21) (22) 0 00

## Parte IV — Cómputo de la Contribución Mínima Tentativa y del Crédito Alternativo Mínimo por Contribuciones Pagadas al Extranjero

23. Contribución mínima tentativa antes del crédito por contribuciones pagadas al extranjero (Multiplique la línea 22 por 30%) (23) 0 00
24. Ingreso neto alternativo mínimo antes de la deducción por pérdida neta en operaciones (Línea 18) (24) 0 00
25. Cantidad exenta permisible sin considerar la pérdida neta en operaciones (Véanse instrucciones) (25) 0 00
26. Línea 24 menos línea 25 (26) 0 00
27. Multiplique la línea 26 por 30% (27) 0 00
28. Multiplique la línea 27 por 10% (28) 0 00
29. Límite del crédito (Línea 23 menos línea 28) (29) 0 00
30. Crédito alternativo mínimo por contribuciones pagadas al extranjero (Esta cantidad no podrá exceder la cantidad en la línea 29. Véanse instrucciones) (30) 0 00
31. Contribución mínima tentativa neta del crédito por contribuciones pagadas al extranjero (Línea 23 menos línea 30. Traslade a la Parte VI, línea 37) (31) 0 00

Período de Conservación: Diez (10) años

Reproducido por CEGsoft (www.cegsoft.com)

Rev. 12.15    PONTE INC    66-0243351    Anejo A Corporación - Página 2

## Parte V — Cómputo de Gastos Pagados a una Persona Relacionada y Compras de Propiedad Mueble de una Persona Relacionada

32. Gastos incurridos o pagados a una persona relacionada y transferencia de costos o asignación de gastos de una oficina principal ("Home Office") localizada fuera de Puerto Rico a una sucursal ("Branch") dedicada a la industria o negocio en Puerto Rico (Esta cantidad proviene de la línea de Total de la Parte VI, línea 35 de la planilla)................................................................. (32) 0 00
33. Multiplique la línea 32 por 20% ................................................................................................................................................................. (33) 0 00
34. Compras de propiedad mueble de una persona relacionada y transferencia de propiedad mueble de una oficina principal ("Home Office") localizada fuera de Puerto Rico a una sucursal ("Branch") dedicada a la industria o negocio en Puerto Rico ....................... (34) 0 00
35. Multiplique la línea 34 por el porciento que aplique [ 0 % ] (Véanse instrucciones) ............................................................... (35) 0 00
36. Total de gastos pagados a una persona relacionada y compras de propiedad mueble de una persona relacionada (Sume líneas 33 y 35) ................................................................................................................................................................. (36) 0

## Parte VI — Cómputo de la Contribución Alternativa Mínima

37. Contribución mínima tentativa después del crédito alternativo mínimo por contribuciones pagadas al extranjero (Línea 31 de la Parte IV) ..................................................................................................................................................................... (37) 0 00
38. Total de gastos pagados a una persona relacionada y compras de propiedad mueble de una persona relacionada (Línea 36 de la Parte V) ........................................................................................................................................................................ (38) 0 00
39. Contribución mínima tentativa (Anote la mayor entre líneas 37 y 38) ............................................................................................................ (39) 0 00
40. Contribución total neta del crédito por contribuciones pagadas al extranjero (Línea 40 menos línea 43 de la Parte IV, página 2 de la planilla) ....................................................................................................................................................................... (40) 0 00
41. Contribución alternativa mínima (Línea 39 menos línea 40. Si la línea 40 excede la línea 39, anote cero, de lo contrario, anote la diferencia en el Formulario 480.2, página 2, Parte IV, línea 45) ........................................................................................... (41) 0 00

## Parte VII — Cómputo del Crédito de Contribución Alternativa Mínima

1. Exceso de la contribución regular sobre la contribución alternativa mínima para el año corriente (Línea 40 menos línea 39 de la Parte VI. Si la línea 39 excede la línea 40, anote cero) ................................................................................................. (1) 0 00
2. Multiplique la línea 1 por 25% y anote el resultado aquí ............................................................................................................................ (2) 0 00
3. Cantidad de contribución alternativa mínima pagada en años anteriores y no reclamada como crédito (Parte VIII, línea 11) ............... (3) 0 00
4. Cantidad del crédito a reclamar (Anote lo menor entre la línea 2 o 3. Traslade a la línea 48, Parte IV de la planilla) ............................ (4) 0 00

## Parte VIII — Determinación de la Cantidad de Contribución Alternativa Mínima Pagada en Años Anteriores No Reclamada como Crédito

| Año Contributivo (Día / Mes / Año) | (A) Contribución Alternativa Mínima Pagada en Exceso de la Contribución Regular | (B) Cantidad Utilizada como Crédito en Años Anteriores | (C) Balance |
|---|---|---|---|
| 1. | 00 | 00 | 00 |
| 2. | 00 | 00 | 00 |
| 3. | 00 | 00 | 00 |
| 4. | 00 | 00 | 00 |
| 5. | 00 | 00 | 00 |
| 6. | 00 | 00 | 00 |
| 7. | 00 | 00 | 00 |
| 8. | 00 | 00 | 00 |
| 9. | 00 | 00 | 00 |
| 10. | 00 | 00 | 00 |
| 11. Total (Traslade a la Parte VII, línea 3 de este Anejo) ................................................ (11) | | | 0 00 |

Período de Conservación: Diez (10) años

Reproducido por CEGsoft (www.cegsoft.com)

| Anejo B Corporación<br>Rev. 12.15 | RECOBRO DE CRÉDITOS RECLAMADOS EN EXCESO, CRÉDITOS CONTRIBUTIVOS, Y OTROS PAGOS Y RETENCIONES | **2015** |
|---|---|---|

Año contributivo comenzado el ___ de _____ de 2015 y terminado el 31 de dic de 2015

**B**

Nombre del contribuyente
PONTE INC

Número de Identificación Patronal
66-0243351

### Parte I — Recobro de Crédito Reclamado en Exceso

**B1**

| | Columna A | Columna B | Columna C |
|---|---|---|---|
| Nombre de la entidad: | | | |
| Núm. de identificación patronal: | | | |

Crédito por:

| | A | B | C |
|---|---|---|---|
| Desarrollo Turístico | 1 | 1 | 1 |
| Desperdicios Sólidos | 2 | 2 | 2 |
| Fondo de Capital de Inversión | 3 | 3 | 3 |
| Distrito Teatral de Santurce | 4 | 4 | 4 |
| Desarrollo Industria Fílmica | 5 | 5 | 5 |
| Infraestructura de Vivienda | 6 | 6 | 6 |
| Construcción o Rehabilitación de Vivienda para Alquiler a Familias de Ingresos Bajos o Moderados | 7 | 7 | 7 |
| Adquisición de un Negocio Exento en Proceso de Cerrar Operaciones en Puerto Rico | 8 | 8 | 8 |
| Servidumbre de Conservación | 9 | 9 | 9 |
| Incentivos Económicos (Investigación y Desarrollo) | 10 | 10 | 10 |
| Incentivos Económicos (Proyectos Estratégicos) | 11 | 11 | 11 |
| Incentivos Económicos (Inversión Industrial) | 12 | 12 | 12 |
| Incentivos Energía Verde (Investigación y Desarrollo) | 13 | 13 | 13 |
| Otra: _____ | 14 | 14 | 14 |

1. Total de crédito reclamado en exceso ........................................................................ (1) 0|00
2. **Recobro de crédito reclamado en exceso pagado en el año anterior, si aplica** ........ (2) 0|00
3. **Recobro de crédito reclamado en exceso a pagar este año** (Traslade al Formulario 480.2, Parte IV, línea 47. Véanse instrucciones) ........................................................................ (3) 0|00
4. Exceso de crédito adeudado para el próximo año, si aplica (Línea 1 menos líneas 2 y 3. Véanse instrucciones) ........ (4) 0|00

### Parte II — Créditos Contributivos (No incluya pagos de estimada. Refiérase a la Parte III de este Anejo)

**B2**

**A. CRÉDITOS SUJETOS A MORATORIA**

1. Crédito atribuible a pérdidas o por inversión en el Fondo de Capital de Inversión (Véanse instrucciones) ............ (1) 0|00
2. Crédito por inversión en infraestructura de vivienda (Ley 98-2001, según enmendada) (Véanse instrucciones) ... (2) 0|00
3. Crédito por inversión en la construcción o rehabilitación de vivienda para alquiler a familias de ingresos bajos o moderados (Ley 140-2001) (Véanse instrucciones) .................................................................................. (3) 0|00
4. Crédito por inversión en construcción en centros urbanos (Ley 212-2002, según enmendada) (Véanse instrucciones) ....... (4) 0|00
5. Crédito para comerciantes afectados por la revitalización de los cascos urbanos (Ley 212-2002, según enmendada) (Véanse inst.) ...... (5) 0|00
6. Crédito por compras de productos manufacturados en Puerto Rico y del Agro Puertorriqueño (Someta Anejo B1 Corporación) ....... (6) 0|00
7. Crédito por constitución de servidumbre de conservación elegible o donación de terreno elegible (Ley 183-2001, según enmendada) (Véanse instrucciones) ............................................................................................................................ (7) 0|00
8. Crédito por la compra de créditos contributivos (Complete Parte IV) (Véanse instrucciones) ........................... (8) 0|00
9. Créditos arrastrados de años anteriores (Someta detalle) ................................................................................. (9) 0|00
10. Otros créditos no incluidos en las líneas anteriores (Someta detalle) (Véanse instrucciones) ........................... (10) 0|00
11. **Total de créditos sujetos a moratoria** (Sume líneas 1 a la 10) ............................................................... (11) 0|00
12. 50% de la contribución determinada (Multiplique la cantidad de la Parte IV, línea 46 de la planilla por .50) ...... (12) 0|00
13. **Total de créditos sujetos a moratoria reclamables** (Anote la menor de la línea 11 o 12) ........................... (13) 0|00

**B. CRÉDITOS NO SUJETOS A MORATORIA**

14. Crédito por aumento de inversión (Véanse instrucciones) ................................................................................ (14) 0|00
15. Crédito por inversión en desarrollo industria fílmica (Ley 27-2011): ○1 Proyecto Fílmico y/o ○2 Proyecto Infraestructura; o ○3 Crédito por compra o transmisión de programación televisiva realizada en P.R. (Sección 1051.14) (Véanse instrucciones) ........ (15) 0|00
16. Créditos para inversionistas que adquieran un negocio exento que esté por cerrar operaciones en P.R. (Ley 109-2001) (Véanse instrucciones) ... (16) 0|00
17. Crédito por donativos al Patronato del Palacio de Santa Catalina (Véanse instrucciones) ............................. (17) 0|00
18. Crédito por inversión Ley 73-2008 (Véanse instrucciones) ............................................................................. (18) 0|00
19. Créditos por inversión Ley 83-2010 (Véanse instrucciones) ........................................................................... (19) 0|00
20. Crédito por la compra de créditos contributivos (Complete Parte IV) (Véanse instrucciones) ......................... (20) 0|00
21. Créditos arrastrados de años anteriores (Someta detalle) ............................................................................. (21) 0|00
22. Otros créditos no incluidos en las líneas anteriores (Someta detalle) (Véanse instrucciones) ........................ (22) 0|00
23. **Total de créditos no sujetos a moratoria a reclamarse** (Sume líneas 14 a la 22) .................................... (23) 0|00
24. **Total de créditos contributivos** (Sume líneas 13 y 23) ............................................................................. (24) 0|00
25. Total contribución determinada (Parte IV, línea 46 de la planilla) .................................................................. (25) 0|00
26. **Crédito a ser reclamado** (Anote la menor de la línea 24 o 25. Traslade a la página 2, Parte IV, línea 49 de la planilla) ....... (26) 0|00
27. Créditos arrastrables (Sume líneas 11 y 23 y reste la línea 26) .................................................................... (27) 0|00

Período de Conservación: Diez (10) años

Reproducido por CEGsoft (www.cegsoft.com)

## Parte III — Otros Pagos y Retenciones (B3)

1. Contribución pagada con prórroga automática ............................................................... (1) 0 | 00
2. Pagos de contribución estimada del año 2015 .............................................................. (2) 0 | 00
3. Contribución pagada en exceso en años anteriores acreditada a la contribución estimada (Véanse instrucciones) ..... (3) 6,196 | 00
4. Contribución retenida en el origen ................................................................................ (4) 0 | 00
5. Servicios prestados (Formulario 480.6B) (Total de Declaraciones Informativas [   ]) .......... (5) 0 | 00
6. Contribución retenida en el origen sobre la participación distribuible a socios de sociedades especiales (Formulario 480.6 SE) (Véanse instrucciones):
   - (a) El ingreso de intereses sujetos a tasa preferencial (Línea 9, Parte III del Formulario 480.6 SE) (6a) 0 | 00
   - (b) La distribución elegible de dividendos de corporaciones (Línea 8, Parte III del Formulario 480.6 SE) (6b) 0 | 00
   - (c) Otras partidas ........................................................................................................ (6c) 0 | 00 ... 0 | 00
7. Contribución retenida en el origen sobre la participación distribuible a socios de sociedades (Formulario 480.6 S) (Véanse instrucciones):
   - (a) El ingreso de intereses sujetos a tasa preferencial (Línea 9, Parte III del Formulario 480.6 S) (7a) 0 | 00
   - (b) La distribución elegible de dividendos de corporaciones (Línea 8, Parte III del Formulario 480.6 S) (7b) 0 | 00
   - (c) Otras partidas ........................................................................................................ (7c) 0 | 00 ... 0 | 00
8. Contribución retenida en el origen sobre la participación distribuible a socios de entidades conducto (Formulario 480.6 EC) (Véanse instrucciones):
   - (a) El ingreso de intereses sujetos a tasa preferencial (Línea 9, Parte III del Formulario 480.6 EC) (8a) 0 | 00
   - (b) La distribución elegible de dividendos de corporaciones (Línea 8, Parte III del Formulario 480.6 EC) (8b) 0 | 00
   - (c) Otras partidas ........................................................................................................ (8c) 0 | 00 ... 0 | 00
9. Contribución retenida en el origen sobre la participación distribuible a fideicomitentes de fideicomisos revocables o fideicomisos para beneficio del fideicomitente (Formulario 480.6 F) (Véanse instrucciones):
   - (a) El ingreso de intereses sujetos a tasa preferencial (Línea 1E, Parte III del Formulario 480.6 F) (9a) 0 | 00
   - (b) La distribución elegible de dividendos de corporaciones (Línea 1G, Parte III del Formulario 480.6 F) (9b) 0 | 00
   - (c) Otras partidas ........................................................................................................ (9c) 0 | 00 ... 0 | 00
10. Contribución retenida en el origen sobre intereses elegibles ......................................... (10) 0 | 00
11. Otros pagos y retenciones no incluidos en las líneas anteriores (Someta detalle) ............ (11) 0 | 00
12. **Total Otros Pagos y Retenciones** (Sume líneas 1 a la 11. Traslade el total al Formulario 480.2, Parte IV, línea 54) ......... (12) 6,196 | 00

## Parte IV — Detalle de Compra de Créditos Contributivos (B4)

Marque el bloque correspondiente a la ley (o leyes) bajo la cual adquirió el crédito e indique la cantidad del mismo:

**A. CRÉDITOS SUJETOS A MORATORIA**

1. ☐ Desperdicios Sólidos (Ley 159-2011) ........................................................................... (1) 0 | 00
2. ☐ Fondo de Capital de Inversión (Ley 46-2000) ............................................................... (2) 0 | 00
3. ☐ Distrito Teatral de Santurce (Ley 178-2000) ................................................................. (3) 0 | 00
4. ☐ Infraestructura de Vivienda (Ley 98-2001) ................................................................... (4) 0 | 00
5. ☐ Construcción o Rehabilitación de Vivienda para Alquiler a Familias de Ingresos Bajos o Moderados (Ley 140-2001) (5) 0 | 00
6. ☐ Servidumbre de Conservación (Ley 183-2001) ............................................................ (6) 0 | 00
7. ☐ Revitalización de los Centros Urbanos (Ley 212-2002) ................................................ (7) 0 | 00
8. ☐ Otro: _____ .............................................. (8) 0 | 00
9. **Total de crédito por la compra de créditos contributivos sujetos a moratoria** (Traslade a la Parte II, línea 8) ....... (9) 0 | 00

**B. CRÉDITOS NO SUJETOS A MORATORIA**

10. ☐ Desarrollo Turístico (Ley 78-1993) ............................................................................. (10) 0 | 00
11. ☐ Desarrollo de Industria Fílmica (Ley 27-2011) ............................................................. (11) 0 | 00
12. ☐ Adquisición de un Negocio Exento en Proceso de Cerrar Operaciones en Puerto Rico (Ley 109-2001) ............. (12) 0 | 00
13. ☐ Incentivos Económicos (Investigación y Desarrollo) (Ley 73-2008) ............................... (13) 0 | 00
14. ☐ Incentivos Económicos (Proyectos Estratégicos) (Ley 73-2008) ................................... (14) 0 | 00
15. ☐ Incentivos Económicos (Inversión Industrial) (Ley 73-2008) ......................................... (15) 0 | 00
16. ☐ Incentivos Energía Verde (Investigación y Desarrollo) (Ley 83-2010) ............................ (16) 0 | 00
17. ☐ Otro: _____ ............................................ (17) 0 | 00
18. **Total de crédito por la compra de créditos contributivos no sujetos a moratoria** (Traslade a la Parte II, línea 20) ... (18) 0 | 00

Período de Conservación: Diez (10) años

Reproducido por CEGsoft (www.cegsoft.com)

**Anejo G Corporación**
Rev. 12.15

**DETALLE DE PÉRDIDAS NETAS EN OPERACIONES INCURRIDAS EN AÑOS ANTERIORES**

**2015**

Año contributivo comenzado el 01 de ene de 2015 y terminado el 31 de dic de 2015

Nombre del contribuyente: PONTE INC

Número de Identificación Patronal: 66-0243351

**Parte I** — Detalle de las Pérdidas Netas en Operaciones para Propósitos de la Contribución Regular

| # | Año en el cual se incurrió la pérdida (Día/Mes/Año) | (A) Pérdida incurrida según planilla | (B) Ajustes bajo la Sección 1033.14 | (C) Total de pérdida arrastrable (Columna A menos Columna B) | (D) Cantidad utilizada en años anteriores | (E) Cantidad disponible (Columna C menos Columna D) | Fecha de expiración (Día/Mes/Año) |
|---|---|---|---|---|---|---|---|
| 1 | 31/12/2006 | 34,594.00 | 0.00 | 34,594.00 | 0.00 | 34,594.00 | 31/12/2018 |
| 2 | 31/12/2007 | 7,505.00 | 0.00 | 7,505.00 | 0.00 | 7,505.00 | 31/12/2019 |
| 3 | 31/12/2008 | 98,967.00 | 0.00 | 98,967.00 | 0.00 | 98,967.00 | 31/12/2020 |
| 4 | 31/12/2009 | 143,124.00 | 0.00 | 143,124.00 | 0.00 | 143,124.00 | 31/12/2021 |
| 5 | 31/12/2010 | 93,081.00 | 0.00 | 93,081.00 | 0.00 | 93,081.00 | 31/12/2022 |
| 6 | 31/12/2011 | 151,891.00 | 0.00 | 151,891.00 | 0.00 | 151,891.00 | 31/12/2023 |
| 7 | 31/12/2012 | 379,895.00 | 0.00 | 379,895.00 | 0.00 | 379,895.00 | 31/12/2024 |
| 8 | 31/12/2013 | 347,847.00 | 0.00 | 347,847.00 | 0.00 | 347,847.00 | 31/12/2023 |
| 9 | 31/12/2014 | 330,196.00 | 0.00 | 330,196.00 | 0.00 | 330,196.00 | 31/12/2024 |
| 10 | | .00 | .00 | .00 | .00 | .00 | |
| 11 | | .00 | .00 | .00 | .00 | .00 | |
| 12 | | .00 | .00 | .00 | .00 | .00 | |
| 13. Total (Traslade el total de la Columna E a la línea 32, Parte II de la planilla) ..(13) | | 1,587,100.00 | 0.00 | 1,587,100.00 | 0.00 | 1,587,100.00 | |

**Parte II** — Detalle de las Pérdidas Netas en Operaciones para Propósitos de la Contribución Alternativa Mínima

| # | Año en el cual se incurrió la pérdida (Día/Mes/Año) | (A) Pérdida incurrida según planilla | (B) Ajustes bajo la Sección 1033.14 | (C) Total de pérdida arrastrable (Columna A menos Columna B) | (D) Cantidad utilizada en años anteriores | (E) Cantidad disponible (Columna C menos Columna D) | Fecha de expiración (Día/Mes/Año) |
|---|---|---|---|---|---|---|---|
| 1 | | .00 | .00 | .00 | .00 | .00 | |
| 2 | | .00 | .00 | .00 | .00 | .00 | |
| 3 | | .00 | .00 | .00 | .00 | .00 | |
| 4 | | .00 | .00 | .00 | .00 | .00 | |
| 5 | | .00 | .00 | .00 | .00 | .00 | |
| 6 | | .00 | .00 | .00 | .00 | .00 | |
| 7 | | .00 | .00 | .00 | .00 | .00 | |
| 8 | | .00 | .00 | .00 | .00 | .00 | |
| 9 | | .00 | .00 | .00 | .00 | .00 | |
| 10 | | .00 | .00 | .00 | .00 | .00 | |
| 11 | | .00 | .00 | .00 | .00 | .00 | |
| 12 | | .00 | .00 | .00 | .00 | .00 | |
| 13. Total (Traslade el total de la Columna E al Anejo A Corporación, Parte III, línea 19) ......(13) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Período de Conservación: Diez (10) años



Estado Libre Asociado de Puerto Rico

# Departamento de Hacienda

Solicitud de Prórroga para Rendir la
Planilla de Contribución sobre Ingresos

Confirmación de Radicación Electrónica

Request for Extension of Time to File the
Income Tax Return

Confirmation of Electronic Filing

Año Contributivo 2015
Tax Year 2015

**Nombre del Contribuyente** ......................................... PONTE INC
*Taxpayer's Name*

**Número de Seguro Social o Identificación Patronal** .......... 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
*Taxpayer's Social Security or Employer Identification Number*

**Número de Confirmación** ........................................ 04142016105544428447111229
*Confirmation Number*

**Fecha y Hora de Radicación** .................................... 14-04-2016 7:04:50 PM
*Date and Time of Filing*

**Fecha de Pago** ..................................................
*Payment Date*

**Cantidad Pagada o Pendiente de Pago con esta Solicitud** $0.00
*Amount Paid or Due with this Request*

Período de Conservación: Diez (10) años
Retention Period: Ten (10) years

Modelo SC 2644
Form AS
Rev. 22 sep 15

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
**SOLICITUD DE PRÓRROGA PARA RENDIR LA PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS**
Request for Extension of Time to File the Income Tax Return

Año comienza el __1__ de __Enero__ de __2015__ y termina el __31__ de __Diciembre__ de __2015__
Year beginning on Jan.1 of 2015 and ending on Dec.31 of 2015

Número de Serie

Tipo de Prórroga - Type of Extension
[X] Prórroga Automática - Automatic Extension
[ ] Prórroga Adicional - Additional Extension

Sello de Pago

RADICADO ELECTRÓNICAMENTE
15-901
Secretario De Hacienda

### Parte - Part I  Información del Contribuyente - Taxpayer Information

Número de Seguro Social / Social Security Number:

Número de Identificación Patronal / Employer Identification Number: 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

Nombre del Individuo / Individual's First Name:
Inicial / Initial:
Apellido Paterno / Last Name:
Apellido Materno / Second Last Name:

Nombre de la Corporación, Sociedad, Sucesión o Fideicomiso - Name of the Corporation, Partnership, Estate or Trust:
**PONTE INC**

Dirección Postal - Postal Address: PO BOX 190032
SAN JUAN  PR  Código Postal - Zip Code: 00919-0032
Código Municipal:

Teléfono Residencia - Residential Telephone: 787-754-0475
Teléfono Oficina - Office Telephone: 787-754-0475

Número de recibo:
Importe: $0.00
Balance Pendiente a Pagar

Ocupación / Negocio - Occupation / Business: 5200

Dirección de correo electrónico - E-mail address: atamarez@tamarezcpa.com

### Parte - Part II  Ingresos (Aplica a prórroga automática y adicional) - Income (Applies to automatic and additional extension of time)

1. Ingreso según Comprobante de Retención o Ingreso Estimado / Income as per Withholding Statement or Estimated Income ............... 0
2. Otros Ingresos / Other Income ............... 0
3. Total de Ingreso Bruto Sujeto a Contribución / Total Gross Income Subject to Tax ............... 0

### Parte - Part III  Importe Incluido con esta Solicitud (Aplica solo a prórroga automática) - Amount Included with this Request (Applies only to automatic extension of time)

1. Cantidad pagada con esta solicitud aplicable al total no pagado de la contribución (responsabilidad contributiva total) / Amount paid with this request applicable to the total of tax due (total tax liability) ............... 0
2. Cantidad pagada con esta solicitud aplicable a la Contribución Adicional Especial (Anejo N Incentivos) / Amount paid with this request applicable to the Special Surtax (Schedule N Incentives) ... (CIFRA DE INGRESO 0215) ............... 0
3. Cantidad pagada con esta solicitud aplicable al Prepago del Impuesto sobre Repatriación (Formulario 480.3(II)DI, Anejo N Incentivos, Parte V) - Amount paid with this request applicable to the Prepayment of Tollgate Tax (Form 480.30(II)DI, Schedule N Incentives, Part V) ............... (CIFRA DE INGRESO 0242) ............... 0

### Juramento - Oath

Declaro bajo penalidad de perjurio que he examinado la información aquí suministrada y que según mi mejor información y creencia la misma es cierta, correcta y completa.
I hereby declare under penalty of perjury, that I have examined the information herein and to the best of my knowledge and belief it is true, correct and complete.

Título (Aplica si el contribuyente no es un individuo) / Title (Applies if the taxpayer is not an individual):

14-04-2016
Fecha - Date

PONTE INC
Nombre del contribuyente o representante autorizado / Taxpayer's or duly authorized agent's name

Firmada Electrónicamente
Firma / Signature

Dirección del representante autorizado - Duly authorized agent's address

Teléfono - Telephone

Conservación: Diez (10) años - Retention: Ten (10) years / VÉASE AL DORSO - SEE BACK

## Parte - Part IV — Solicitud de Prórroga Automática - Request for Automatic Extension of Time

**Clase de contribuyente - Type of taxpayer**

| | | |
|---|---|---|
| ☐ 1. Individuo - Individual | ☐ 2. Sucesión - Estate | ☐ 3. Fideicomiso - Trust |
| ☒ 4. Corporación - Corporation | ☐ 9. Sociedad Especial - Special Partnership | |
| ☐ 5. Corporación bajo el Programa de Incentivos Contributivos de Puerto Rico - Corporation under the Puerto Rico Tax Incentives Program | ☐ 10. Organización Sin Fines de Lucro - Not for Profit Organization | 3 meses months |
| | ☐ 11. Compañía Inscrita de Inversión - Registered Investment Company | |
| ☐ 6. Corporación Especial Propiedad de Trabajadores - Employee-Owned Special Corporation | ☐ 12. Fideicomiso para Beneficio del Fideicomitente - Grantor Trust | |
| ☐ 7. Corporación de Individuos - Corporation of Individuals | ☐ 13. Corporación extranjera que no tiene oficina en Puerto Rico - Foreign corporation that does not have an office in Puerto Rico | |
| ☐ 8. Sociedad - Partnership | | |

☐ 14. Marque aquí si es socio en una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal (Véanse instrucciones)
Check here if you are a partner of a partnership subject to tax under the Federal Internal Revenue Code (See instructions) — 6 meses months

☐ 15. Fideicomiso de Empleados - Employee Trust — Decimoquinto (15) día del décimo mes siguiente al cierre del año contributivo / Fifteenth (15) day of the tenth month following the close of the taxable year

☐ 16. Persona sujeta a Ley 154-2010 - Person subject to Act 154-2010 — 3 meses months
  ☐ a. Corporación - Corporation  ☐ b. Individuo - Individual  ☐ c. Sociedad - Partnership  ☐ d. Sociedad a nombre de sus socios - Partnership on behalf of partners

☐ 17. Otros Contribuyentes - Other Taxpayers — 3 meses months
  ☐ a. Formulario 482(C) - Form 482.0(C)  ☐ b. Formulario 480.1(SC) - Form 480.10(SC)  ☐ c. Formulario 480.2(AI) - Form 480.20(AI)

## Parte - Part V — Solicitud de Prórroga Adicional (Véanse instrucciones) - Request for Additional Extension of Time (See instructions)

A. Si se encuentra fuera de Puerto Rico - If taxpayer is outside of Puerto Rico — 3 meses months
  Clase de contribuyente - Type of taxpayer: ☐ 1. Individuo - Individual  ☐ 2. Sucesión - Estate  ☐ 3. Fideicomiso - Trust

Para Uso Interno / For Internal Use: ☐ A  ☐ D

B. Socios sujetos a Ley 154-2010 - Partners subject to Act 154-2010 — 1 mes month
  ☐ 1. Corporación - Corporation  ☐ 2. Individuo - Individual

---

ESTA PRÓRROGA NO EXTIENDE EL PAGO DE LA CONTRIBUCIÓN O CUALQUIER PLAZO DE LA MISMA, POR LO QUE CUALQUIER BALANCE PENDIENTE DE PAGO GENERARÁ INTERESES Y RECARGOS DESDE LA FECHA DE VENCIMIENTO DE LA PLANILLA. ES IMPORTANTE QUE COMPLETE TODOS LOS ENCASILLADOS.
THIS EXTENSION DOES NOT EXTEND THE TIME FOR THE TAX PAYMENT OR ANY INSTALLMENT THEREOF, THEREFORE, ANY BALANCE DUE WILL GENERATE INTERESTS AND SURCHARGES FROM THE DUE DATE OF THE RETURN. IT IS IMPORTANT THAT YOU COMPLETE ALL BOXES.

Conservación: Diez (10) años - Retention: Ten (10) years

Número de Confirmación: 0414201610554428447111229

*RADICADA ELECTRÓNICAMENTE*

United States Bankruptcy Court
District of Puerto Rico

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 04/30/2015 at 4:09 PM and filed on 04/30/2015.

**PONTE INC**
PO BOX 190032
SAN JUAN, PR 00919
Tax ID / EIN: 66-0243351



FILED
04/30/2015
4:09 PM

The case was filed by the debtor's attorney:  The bankruptcy trustee is:

**TERESA M LUBE CAPO**
LUBE & SOTO LAW OFFICES PSC
1130 AVE FD ROOSEVELT
SAN JUAN, PR 00920-2906
787-722-0909

**NOREEN WISCOVITCH RENTAS**
PMB 136
400 CALAF STREET
SAN JUAN, PR 00918
787-946-0132

The case was assigned case number 15-03236-MCF7 to Judge MILDRED CABAN FLORES.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.prb.uscourts.gov or at the Clerk's Office, Jose V Toledo Fed Bldg & US Courthouse, 300 Recinto Sur Street, Room 109, San Juan, PR 00901.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**MARIA DE LOS ANGELES GONZALEZ**
Clerk, U.S. Bankruptcy Court

| PACER Service Center |
|---|
| Transaction Receipt |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| PONTE, INC. | * | CASE NO. 15-03236 (MCF) |
| | * | |
| | * | CHAPTER 7 |
| DEBTOR | * | ASSET CASE |

*******************************************

### TRUSTEE'S MOTION REQUESTING ORDER FOR PROMPT DETERMINATION OF POST-PETITION TAXES

TO THE HONORABLE COURT:

COMES NOW, the Chapter 7 trustee, on behalf of the herein bankruptcy estate, who respectfully states and prays as follows:

1. At this time the undersigned continues with the liquidation of estate assets in this case.

2. In preparation for this closing process, the trustee has assessed and determined the need of filing income tax returns to report certain financial transactions to the Puerto Rico Treasury Department. Upon the closing process and due to the need of including within the distribution any post-petition taxes accrued during the administration of this case, the undersigned trustee prays this Honorable Court for an Order for the Prompt Determination of Taxes.

3. In support for this request, 11 U.S.C. Section 505(b) states as follows:

   " A trustee may request a determination of any unpaid liability of the estate for any tax incurred during the administration of the case by submitting a tax return for such tax and a request for such a determination to the governmental unit charged with responsibility for collection or determination of such tax. Unless such return is fraudulent, or contains a material misrepresentation, the trustee, the debtor, and any successor to the debtor are discharged from any liability for such tax—"

4. On July 14 and July 15, 2016 the undersigned trustee has remitted to the Puerto Rico Treasury Department the estate's original Puerto Rico Income Tax Return for the year ended December 31, 2014 and 2015.



Exhibit "B"

Ponte, Inc. -2-
Case No. 15-03236 (MCF)
Trustee's motion requesting order for prompt
determination of post-petition taxes

5. For payment purposes, the estate income tax returns shows no tax liability for those years. On the contrary, the 2015 tax return reflects a tax refund for the benefit of the estate in the amount of $6,196.

6. The filing of this Motion serves as a notice to the Department of Treasury of the Estate's requests for payment of the tax refunds stated in the prior paragraph to be paid to the Bankruptcy Estate under Section 505(a)(2)(B) of the Bankruptcy Code and it also commences the term of 120 days set forth in Section 505(a)(2)(B)(i) of the Bankruptcy Code. Thereafter, the Bankruptcy Court will have jurisdiction to determine the Estate's right to the above stated tax refund and will be able to enter an Order compelling the turnover of the tax refund, without the need to file an adversary proceeding.

WHEREFORE, and for the reasons stated herein the undersigned trustee prays this Honorable Court for an Order directed to the Secretary of the Puerto Rico Treasury, subject to the provisions of 11 U.S.C. Section 505(b), to determine any unpaid liability of the estate for any tax incurred during the administration of the case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 22nd of August of 2016.

**NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system.

Ponte, Inc. -3-
Case No. 15-03236 (MCF)
Trustee's motion requesting order for prompt
determination of post-petition taxes

**I FURTHER CERTIFY**, that on this same day, copy of this motion with copy of the corresponding tax reports has been mailed by first class mail to the **Puerto Rico Treasury Department**, Bankruptcy Section Office 424, PO Box 9024140, San Juan PR 00902-4140, **The P.R. Department of Justice - Federal Litigation Division,** P.O. Box 9020192, San Juan, PR 00902-0192, **Ponte, Inc. (Debtor)** PO Box 190032, San Juan, PR 00919-0032 and **Teresa M. Lube Capo, Esq., Attorney for Debtor** Lube & Soto Law Offices PSC, 1130 Ave FD Roosevelt, San Juan, PR 00920-2906.

/S/ Noreen Wiscovitch Rentas
**NOREEN WISCOVITCH RENTAS**
CHAPTER 7 TRUSTEE
PMB 136
400 Kalaf Street
San Juan, PR 00918
Tel.: (787) 946-0132
noreen@nwr-law.com

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**PONTE INC**<br><br>66-0243351<br><br><br>Debtor(s) | Case No. **15-03236 MCF**<br><br>Chapter **7**<br><br>FILED & ENTERED ON 9/13/16 |

### *ORDER*

The motion filed by Chapter 7 Trustee requesting order for prompt determination of post-petition taxes (docket #64) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, September 13, 2016.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge

Exhibit "C"