**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                                   Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>   as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                                   Debtor. | PROMESA<br>Title III<br><br><br>Case No. 17 BK 4780-LTS |

**RESERVATION OF RIGHTS OF UNIÓN DE TRABAJADORES DE LA INDUSTRIA ELÉCTRICA Y RIEGO, INC (UTIER) AND SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGÍA ELÉCTRICA (SREAEE) WITH RESPECT TO URGENT MOTION OF THE GOVERNMENT PARTIES REGARDING THE SCHEDULING OF DEADLINES AND BRIEFING IN CONNECTION WITH THE GOVERNMENT PARTIES' MOTION FOR ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM FOR AMOUNTS TO BE PAID TO LUMA ENERGY BY PREPA DURING INTERIM PERIOD UNDER SUPPLEMENTAL AGREEMENT AND THE T&D CONTRACT**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

**To the Honorable United States District Judge Laura Taylor Swain:**

The Unión de Trabajadores de la Industria Eléctrica y Riego, Inc. ("UTIER") and Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica ("SREAEE" and together with UTIER, "the Appearing Parties") respectfully submit this reservation of rights (the "Reservation of Rights") with respect to the *Urgent Motion of the Government Parties Regarding the Scheduling of Deadlines and Briefing in Connection With the Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to Be Paid to LUMA Energy by PREPA During Interim Period Under Supplemental Agreement and the T&D Contract* [Docket No. 16243] (the "Scheduling Motion"). In support of this Reservation of Rights, UTIER and SREAEE respectfully state as follows:

## RESERVATION OF RIGHTS

1. UTIER and SREAEE do not object to the Government Parties' proposed briefing schedule for the Administrative Expense Motion.[2] However, UTIER and SREAEE submit this Reservation of Rights to make clear that they do not necessarily agree with the Government Parties' position in the Scheduling Motion that no discovery is necessary. Although UTIER and SREAEE's analysis of the Administrative Expense Motion remains ongoing, based on a preliminary review, the Appearing Parties have identified several questions for the Government Parties and their advisors relating to the relief being sought. Even though it is possible that these questions could be resolved through informal diligence, UTIER and SREAEE cannot at this time rule out the need for limited formal discovery. To the extent UTIER and SREAEE serve discovery, the Appearing Parties expect the Government Parties to provide responses in a timely manner consistent with the briefing schedule they have proposed.

---

[2] Capitalized terms used but not defined herein have the meanings given to them in the Scheduling Motion.

2

WHEREFORE, UTIER and SREAEE respectfully request the Court to take notice of the foregoing.

**WE HEREBY CERTIFY** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties. A courtesy copy of this Motion will be delivered to the Court by email to SwainDPRCorresp@nysd.uscourts.gov as provided in *First Amended Standing Order*.

In Ponce, Puerto Rico, this 29th day of March, 2021.



472 Tito Castro Ave.
Marvesa Building, Suite 106
Ponce, Puerto Rico 00716
Tel: (787) 848-0666
Fax: (787) 841-1435

/s/Rolando Emmanuelli Jiménez
Rolando Emmanuelli-Jiménez
USDC: 214105

/s/Jessica E. Méndez Colberg
Jessica E. Méndez-Colberg
USDC: 302108

Emails: rolando@bufete-emmanuelli.com
jessica@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com

*Counsel to UTIER and SREAEE*

3