## **EXHIBIT A**

**Schedule of Claims Subject to Seventy-Fifth Omnibus Objection**

Seventy-Fifth Omnibus Objection
Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ABRAHAMS, DEBORAH F<br>150 SOUTHWOOD LANE<br>ROCHESTER, NY 14618-4022 | 3/21/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 1844 | $ 75,000.00 |

Reason: Proof of Claim purports to assert liabilities associated with bonds issued by HTA, but the bonds claimant purports to hold have already been refunded, either through redemption or defeasance

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | COOPERATIVA DE A/C LA SAGRADA FAMILIA<br>COOP LA SAGRADA FAMILIA<br>PO BOX 102<br>COROZAL, PR 00783-0102 | 5/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26060 | $ 315,000.00 |

Reason: Proof of Claim purports to assert liabilities associated with bonds issued by HTA, but the bonds claimant purports to hold have already been refunded, either through redemption or defeasance

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | COOPERATIVA DE A/C LA SAGRADA FAMILIA<br>COOP LA SAGRADA FAMILIA<br>PO BOX 102<br>COROZAL, PR 00783-0102 | 5/28/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 26054 | $ 320,775.00 |

Reason: Proof of Claim purports to assert liabilities associated with bonds issued by HTA, but the bonds claimant purports to hold have already been refunded, either through redemption or defeasance

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | HUNT, GREGORY S AND GENEVIEVE M<br>8 SUNSET LANE<br>SOUTH DARTMOUTH, MA 02748 | 3/26/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 4093 | $ 9,339.86 |

Reason: Proof of Claim purports to assert liabilities associated with bonds issued by HTA, but the bonds claimant purports to hold have already been refunded, either through redemption or defeasance

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | KOESTER, JOANNA<br>8997 E. GRANT RD<br>DOWNEY, ID 83234 | 5/23/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 14241 | $ 11,060.08 |

Reason: Proof of Claim purports to assert liabilities associated with bonds issued by HTA, but the bonds claimant purports to hold have already been refunded, either through redemption or defeasance

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | MGIC INDEMNITY CORPORATION<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936-4225 | 5/23/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 16608 | $ 50,000.00 |

Reason: Proof of Claim purports to assert liabilities associated with bonds issued by HTA, but the bonds claimant purports to hold have already been refunded, either through redemption or defeasance

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | PRE-REFUNDED MUNICIPAL ETF<br>200 RIVER'S EDGE DRIVE<br>SUITE 300<br>MEDFORD, MA 02155 | 6/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 113912 | $ 235,000.00 |

Reason: Proof of Claim purports to assert liabilities associated with bonds issued by HTA, but the bonds claimant purports to hold have already been refunded, either through redemption or defeasance

Seventy-Fifth Omnibus Objection
Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | SCHWEITZER, JONATHAN<br>57 LAMPHERE RD<br>WATERFORD, CT 06385 | 3/14/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 2177 | $ 10,000.00 |

Reason: Proof of Claim purports to assert liabilities associated with bonds issued by HTA, but the bonds claimant purports to hold have already been refunded, either through redemption or defeasance

| | | | | | TOTAL | $ 1,026,174.94 |