UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al., Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING SEVENTY-SIXTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO DUPLICATE CLAIMS ASSERTING AMOUNTS FOR WHICH THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY IS NOT LIABLE

Upon the *Seventy-Sixth Omnibus Objection (Substantive) of the Puerto Rico Highways and Transportation Authority to Duplicate Claims Asserting Amounts for Which the Puerto Rico Highways and Transportation Authority Is Not Liable* (Docket Entry No. 8961, the "Seventy-Sixth Omnibus Objection"),[2] filed by the Puerto Rico Highways and Transportation

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Sixty-Seventh Omnibus Objection.

Authority ("HTA"), dated October 24, 2019, for entry of an order disallowing in their entirety certain claims filed against HTA, as more fully set forth in the Seventy-Sixth Omnibus Objection and the supporting exhibits thereto; and the Court having jurisdiction to consider the Seventy-Sixth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Seventy-Sixth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A to the Seventy-Sixth Omnibus Objection being duplicative, in part, of one or more HTA Master Proofs of Claim filed in the HTA Title III Case; and the Court having determined that the claims identified in Exhibit A to the Seventy-Sixth Omnibus Objection seek, in part, recovery of amounts for which HTA is not liable; and, upon the record of the hearings held on December 11, 2019, and January 29, 2020, the Court having determined that the relief sought in the Seventy-Sixth Omnibus Objection is in the best interest of HTA and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Seventy-Sixth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Seventy-Sixth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims listed on Exhibit A to the Seventy-Sixth Omnibus Objection are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to designate the claims listed on Exhibit A to the Seventy-Sixth Omnibus Objection as expunged in the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 8961 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: March 30, 2021

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge