# EXHIBIT A

**Schedule of Claims Subject to Seventy-Sixth Omnibus Objection**

## Seventy-Sixth Omnibus Objection
### Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ABRAHAM, LIZETTE M.<br>PASEO LOS VISTAS CALLE 1 A4<br>SAN JUAN, PR 00926 | 5/9/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 12638 | $ 84,576.07 |
| | Reason: Proof of Claim purports to assert, in part, liabilities associated with bonds issued by HTA, but the bonds claimant purports to hold have already been refunded, either through redemption or defeasance. Claimant also asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 2 | ADELSON, ARTHUR<br>P.O. BOX 9331<br>TAMPA, FL 33674-9331 | 5/17/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 11602 | $ 80,000.00 |
| | Reason: Proof of Claim purports to assert, in part, liabilities associated with bonds issued by HTA, but the bonds claimant purports to hold have already been refunded, either through redemption or defeasance. Claimant also asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 3 | CIGNA HEALTH AND LIFE INSURANCE COMPANY<br>MARK DEVENO<br>C/O CIGNA INVESTMENTS, INC.<br>900 COTTAGE GROVE ROAD, A5LGL<br>BLOOMFIELD, CT 06002 | 5/23/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 19617 | $ 1,100,000.00 |
| | Reason: Proof of Claim purports to assert, in part, liabilities associated with bonds issued by HTA, but the bonds claimant purports to hold have already been refunded, either through redemption or defeasance. Claimant also asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 4 | KANIN, DAVID B.<br>10743 MIST HAVEN TERRACE<br>ROCKVILLE, MD 20152 | 4/12/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 6825 | $ 15,000.00 |
| | Reason: Proof of Claim purports to assert, in part, liabilities associated with bonds issued by HTA, but the bonds claimant purports to hold have already been refunded, either through redemption or defeasance. Claimant also asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 5 | MALHOTRA, VINOD & VIDYA<br>137 HOLLYWOOD AVE<br>ENGLEWOOD CLIFFS, NJ 07632-2133 | 4/27/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 8520 | $ 70,000.00 |
| | Reason: Proof of Claim purports to assert, in part, liabilities associated with bonds issued by HTA, but the bonds claimant purports to hold have already been refunded, either through redemption or defeasance. Claimant also asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 6 | PENA-ROBLES, FERNANDO L<br>J8 AVE. SAN PATRICIO APT. 2<br>GUAYNABO, PR 00968 | 4/19/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 8946 | $ 50,000.00 |
| | Reason: Proof of Claim purports to assert, in part, liabilities associated with bonds issued by HTA, but the bonds claimant purports to hold have already been refunded, either through redemption or defeasance. Claimant also asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |

## Seventy-Sixth Omnibus Objection
### Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | R HUGHES AND J HUGHES TTEE HUGHES FAMILY TRUST<br>10957 SW 82ND TER<br>OCALA, FL 34481 | 3/19/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 3591 | $ 50,000.00 |

Reason: Proof of Claim purports to assert, in part, liabilities associated with bonds issued by HTA, but the bonds claimant purports to hold have already been refunded, either through redemption or defeasance. Claimant also asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | TOTAL | $ 1,449,576.07 |
|---|---|---|---|---|---|---|