UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO <br> et al., | (Jointly Administered) |
| Debtors.¹ | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER <br> AUTHORITY, | |
| Debtor. | |

------------------------------------------------------------x

ORDER SCHEDULING DEADLINES AND BRIEFING IN CONNECTION WITH THE
GOVERNMENT PARTIES' MOTION FOR ORDER ALLOWING ADMINISTRATIVE
EXPENSE CLAIM FOR AMOUNTS TO BE PAID TO LUMA ENERGY BY PREPA DURING
INTERIM PERIOD UNDER SUPPLEMENTAL AGREEMENT AND THE T&D CONTRACT

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon the *Urgent Motion of the Government Parties Regarding the Scheduling of Deadlines and Briefing in Connection with the Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to Be Paid to LUMA Energy by PREPA During Interim Period Under Supplemental Agreement and the T&D Contract* (Docket Entry No. 16243 in Case No. 17-3283 and Docket Entry No. 2418 in Case No. 17-4780, the "Urgent Motion"),[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to section 306(a) of PROMESA; and it appearing that venue in this district is proper pursuant to section 307(a) of PROMESA; and the Court having found that the Debtor provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the responses filed with respect to the Urgent Motion; and upon the record herein, after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. The following schedule is set for the Administrative Expense Motion:

   - The deadline for parties to file any opposition or response to the Administrative Expense Motion shall be **Monday, April 12, 2021, by 12:00 p.m. (AST)**;

   - The deadline for the Oversight Board and any other party to file a reply to all oppositions and responses shall be **Wednesday, April 21, 2021**.

   - The hearing on the Administrative Expense Motion shall be held on **April 28, 2021**.

3. The Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

---

[2] Capitalized terms not defined herein have the meanings given to them in the Urgent Motion.

4. This Order resolves Docket Entry No. 16243 in Case No. 17-3283 and Docket Entry No. 2418 in Case No. 17-4780.

SO ORDERED.

Dated: March 30, 2021

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge