March 25, 2021.



Clerk"s Office

United States District Court

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Counsel for the Oversight Board

Proskauer Rose LLP

Eleven Times Square

New York, New York 10036-8299

Attn: Martin J. Bienenstock

Brian S. Rosen

Counsel for the Creditors' Committee

Paul Hastings LLP

200 Park Avenue

New York, New York 10166

Attn: Luc A. Despins

James Bliss

James Worthington

G. Alexander Bongartz

Gentlemen:

I respectfully submit the following information prior to April 14, 2021 at 4:00 PM:

Response to the Omnibus Objection for claim by Ricardo A. Herrera de la Vega

(i). Contact Information for claim submitted by Ricardo A. Herrera de la Vega: designated representative: Name: Alina Bandrich, address: 47 Parque Vondel, San Juan, PR 00926, telephone number: 787-509-2368, e-mail address: alinaherrera@yahoo.com.

(ii). Caption: Name of the Court: United States District Court for the District of Puerto Rico, Name of the Commonwealth: the Commonwealth of Puerto Rico, Case number: No. 17 BK 3283-LTS, Title of the Omnibus Objection to which the response is directed: Three hundred third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to claims for which the Commonwealth and ERS are not liable, and proof of claim number related thereto from Prime Clerk: Claim #15304 per Exhibit A.

(iii). Reason for Opposing the Omnibus Objection: Exhibit A, Item 17 refers specifically to me and the amount of prepaid taxes of $89,969, which is correctly stated. However, it states that all of the claimed amount was settled by tax returns for 2018 and 2019. The balance of prepaid taxes according to the 2019 tax return is $67,933. This amount will be used to offset taxes required to be paid on subsequent tax returns (the amount required to be paid with the 2020 return has not yet been determined).

(iv). Supporting documentation: Copy of first page of 2019 tax return referred to above after blackout of confidential information.

(v). Signature:

*[signature: Ricardo Herrera]*

Thank you for your attention to this matter.

*[signature: Ricardo Herrera]*

Ricardo A. Herrera de la Vega

Paseo del Parque

47 Parque Vondel

San Juan PR 00926