Formulario 482 Rev. 28 nov 17

1-173-896-768

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**

**2019** — **2019**

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2019 O AÑO COMENZADO EL
1 de enero de 2019 Y TERMINADO EL 31 de diciembre de 2019

Número de Serie

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: ___/___/___ Día Mes Año
○ CONTRIBUYENTE ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social y fecha de defunción del cónyuge fallecido: _____; Día___ Mes___ Año___)

Nombre del Contribuyente: RICARDO
Inicial:
Apellido Paterno: HERRERA
Apellido Materno:

Número de Seguro Social Contribuyente: ***-**-1078

Dirección Postal:
PASEO DEL PARQUE
47 PARQUE VONDEL
SAN JUAN     PR     Código Postal 00926-6515

Fecha de Nacimiento: 1951
Sexo: ☒ M  ○ F

Número de Seguro Social Cónyuge:

Nombre e Inicial del Cónyuge:
Apellido Paterno:
Apellido Materno:

Fecha de Nacimiento del Cónyuge:
Sexo: ○ M  ○ F

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Teléfono Residencia: ( )  -

PR   Código Postal

Teléfono del Trabajo: ( )  -

Correo Electrónico (E-Mail)

CAMBIO DE DIRECCIÓN: ○ Sí ○ No
SOLICITÓ PRÓRROGA: ○ Sí ○ No

**Sello de Recibido**
Gobierno de Puerto Rico
Área de Rentas Internas
RADICADO ELECTRÓNICAMENTE
18-900
10-08-2020 12:05 a.m.
DEPARTAMENTO DE HACIENDA

CONTRATO GOBIERNO: ○ Contribuyente ○ Cónyuge

**Cuestionario**

A. SÍ NO ¿Ciudadano de Estados Unidos? (Véanse instrucciones)
B. ¿Residente de Puerto Rico durante todo el año?
   Si contestó "No", indique una de las siguientes:
   1. ○ Fecha de mudanza a P.R. (Día___ Mes___ Año___)
   2. ○ Fecha de mudanza fuera de P.R. (Día___ Mes___ Año___)
   3. ○ No residente durante todo el año
C. ¿Generó ingresos fuera del período de residencia en P.R. que no se incluyen en esta planilla? (Si contestó "Sí", indique la cantidad):
   1. ○ Atribuible al contribuyente $ 0
   2. ○ Atribuible al cónyuge $ 0
D. ¿Otros ingresos excluidos o exentos de contribución? **(Someta Anejo IE Individuo)**
E. ¿Individuo residente inversionista? **(Someta Anejo F1 Individuo)**
F. ¿Socio de una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal?
G. ¿Militar activo en zona de combate durante el año contributivo? (Fecha en que cesó en el servicio: Día___ Mes___ Año___)
H. ¿Médico cualificado bajo la Ley 14-2017?
   1. ○ Contribuyente (Núm. decreto _____)
   2. ○ Cónyuge (Núm. decreto _____)

I. ○ ¿Se acoge a la contribución opcional (Sec. 1021.06 del Código)? **(Someta Anejo X Ind.)**
J. FUENTE DE MAYOR INGRESO:
   1. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
   2. ○ Empleado del Gobierno Federal
   3. ○ Empleado de Empresa Privada
   4. ☒ Retirado/Pensionado
   5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
   6. ○ Otro _____
K. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
   1. ☒ Casado
      (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
   2. ○ Contribuyente individual
      (Ennegrezca e indique nombre y seguro social del cónyuge si es:
      ○ Casado con capitulaciones de total separación de bienes
      ○ Casado que no vivía con su cónyuge)
   3. ○ Casado que rinde por separado
      (Indique nombre y seguro social del cónyuge arriba)

Ocupación del contribuyente _____
Ocupación del cónyuge _____

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

| | | |
|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 31. Indique distribución en las líneas A, B, C y D) | (01) | 67,933 00 |
| A) Acreditar a la contribución estimada 2020 | (02) | 67,933 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (03) | 0 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) | 0 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) | 0 00 |

**Pago**

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 31) | (06) | 0 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | 0 00 |
| (b) Intereses | (08) | 0 00 |
| (c) Recargos 0 y Penalidades 0 | (09) | 0 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) | (10) | 0 00 |

**Depósito**

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

Tipo de cuenta   Número de ruta/tránsito   Número de su cuenta
○ Cheques  ○ Ahorros

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: ✓ Firmada electrónicamente
Fecha: 10-ago-2020
Firma del Cónyuge: ✓
Fecha:

(04) Nombre del Especialista (Letra de Molde)
Nombre de la Firma o Negocio

Firma del Especialista ✓
Fecha
Especialista por cuenta propia (ennegrezca aquí) ○
Número de Registro

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ○ Sí ☒ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años