**Sixto Hernandez**

3/18/2021

A QUIEN PUEDA INTERESAR

ABOGADOS DE LA JUNTA DE SUPERVISION

NUMERO DE RECLAMCION
1) 16366   38118   42949   33643
2) 31480   31490   31504   32902   46387

POR LA PRESENTE QUIERO NOTIFICAR QUE NO ESTAMOS
DE ACUERDO CON LA RESOLUCION TOMADA POR USTEDES.

HABLANDO CON UNO DE SUS REPRESENTANTES POR TELEFONO
ME INDICO QUE NO HAY SUFICIENTES PRUEBAS PARA LA
RECLAMACION Y POR ESO LA DESESTIMARON.

HEMOS ENVIADO LOS ESTADOS DE CUENTA DE BANCO POPULAR,
SANTANDER SECURITIES Y DE UBS . NOSOTROS PODEMOS
PRESENTAR TODAS LAS PLANILLAS DE INCON TAX NECESARIAS PARA
DEMOSTRAR DE DONDE PROVIENE NUESTRO CAPITAL.

POR FAVOR NECESITAMOS NOS INDIQUEN QUE DOCUMENTOS
ESPESIFICAMENTE NECESITAN PARA RESOLVER EL CASO

ATT SIXTO HERNANDEZ
    CARMEN YOLANDA RIVERA

*Carmen Yolanda Rivera* (signature)

1