U.S. POSTAGE PAID
FCM LETTER
GUAYNABO, PR
00969
MAR 27 '21
AMOUNT
$6.45
R2306Y152351-08

00918

1000

Secretaria Clerk office
Tribunal de Dist. E.U.
Sala # 150 Ave. Charlon
Federal Building
San Juan, P.R.
00918

Sixto Hernandez Lopez
Urb. Bucare Esmeralda 19
Guaynabo, P.R. 00969

7020 1810 0000 4677 8160

CERTIFIED MAIL