## CONTRATO DE PRÉSTAMO

DE LA PRIMERA PARTE: El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**, una institución bancaria organizada y existente a tenor con la Ley Núm. 17, aprobada el 23 de septiembre de 1948, según enmendada, (el "BANCO"), representado en este acto por su Vicepresidente Ejecutivo y Agente Fiscal, Juan M. Román, mayor de edad, casado, ejecutivo y vecino de Guaynabo, Puerto Rico.

DE LA SEGUNDA PARTE: La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO,** una entidad jurídica creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, (la "AUTORIDAD"), según enmendada, representada en este acto por Rubén A. Hernández Gregorat,  Director Ejecutivo de la Autoridad y Secretario del Departamento de Transportación y Obras Públicas, mayor de edad, casado, ingeniero y vecino de Guaynabo, Puerto Rico.



### EXPONEN

**POR CUANTO:** La AUTORIDAD interesa obtener financiamiento para sufragar su Programa de Mejoras Capitales (PMC) correspondiente al primer semestre del Año Fiscal 2012. Esta petición formó parte de la solicitud de financiamiento que hizo la AUTORIDAD al BANCO en septiembre de 2011 para financiar su PMC, sufragar la conversión al Sistema Auto Expreso en la PR-22 y PR-5 y para cubrir ciertos gastos operacionales del primer semestre del Año Fiscal 2012.

**POR CUANTO:** A través de la Resolución 9624 de 21 de septiembre de 2011 (Resolución 9624), el BANCO autorizó la concesión de una línea de crédito por $71,119,589

Doc 27897

solamente para proveer los recursos necesarios para cubrir la conversión al Sistema Auto Expreso en la PR-22 y PR-5 y ciertos gastos operacionales del primer semestre del Año Fiscal 2012, evidenciado mediante Contrato de Préstamo y su respectivo Pagaré, suscrito por el BANCO y la AUTORIDAD el 27 de octubre de 2011. La aprobación del remanente del financiamiento que tiene el propósito de cubrir los costos del primer semestre del Año Fiscal 2012 del PMC, se condicionó a los resultados de la evaluación y validación del PMC, por parte de una firma de consultores externos especializados, según dispone la Resolución 9624.

POR CUANTO: El BANCO, a través de *PG Engineering Solutions, PSC,* firma de consultores externos, evaluó y validó el PMC para el primer semestre del Año Fiscal 2012, lo que permitió confirmar la necesidad del financiamiento por parte de la AUTORIDAD.

POR CUANTO: En virtud de lo anterior, el 16 de noviembre de 2011 la Junta de Directores del BANCO aprobó la Resolución Núm. 9655 (Resolución 9655) para conceder a la AUTORIDAD una línea de crédito no rotativa por la suma máxima de CUARENTA Y NUEVE MILLONES TRESCIENTOS VEINTICINCO MIL DÓLARES ($49,325,000) para financiar el PMC durante el primer semestre del Año Fiscal 2012.

POR CUANTO: La AUTORIDAD, mediante la Resolución 2011-70 adoptada por el Secretario de Transportación y Obras Públicas y Director Ejecutivo de la AUTORIDAD el 22 de noviembre de 2011, aceptó los términos y condiciones establecidos por el BANCO a través de la Resolución 9655, y autorizó la ejecución y otorgamiento de los documentos legales necesarios para evidenciar el financiamiento.

POR LO QUE, en consideración a los hechos afirmados anteriormente, los cuales las partes hacen constar son ciertos y aceptan como parte integrante de este CONTRATO

DE PRÉSTAMO, y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes, acuerdan y convienen otorgar este Contrato de Préstamo.

## ARTÍCULO 1.

## PRÉSTAMO

1.1     **Línea de Crédito:**

Una vez se otorguen y suscriban los DOCUMENTOS LEGALES que se relacionan en el Artículo 4.1 de este CONTRATO DE PRÉSTAMO, el BANCO extenderá a la AUTORIDAD una LÍNEA DE CRÉDITO no rotatoria por la cantidad máxima de principal de CUARENTA Y NUEVE MILLONES TRESCIENTOS VEINTICINCO MIL DÓLARES ($49,325,000), más intereses capitalizados.  La AUTORIDAD utilizará este total autorizado para financiar su Programa de Mejoras Capitales del primer semestre del Año Fiscal 2012.

La LÍNEA DE CRÉDITO estará evidenciada por un PAGARÉ por la misma cantidad autorizada a través de este CONTRATO DE PRÉSTAMO, suscrito en esta misma fecha y pagadero a la orden del BANCO.

Los fondos provenientes de la LÍNEA DE CRÉDITO se utilizarán para financiar determinados proyectos del PMC de la AUTORIDAD durante el primer semestre del Año Fiscal 2012. La AUTORIDAD se compromete y acuerda que cualquier modificación o enmienda al PMC, deberá ser previamente notificado por escrito al BANCO.

1.2    <u>Tasa de Interés</u>:

La AUTORIDAD acuerda y conviene que la LÍNEA DE CRÉDITO acumulará intereses diarios computados a base del balance vigente de principal en esta LÍNEA DE CRÉDITO, calculados sobre una base actual/360 días, de acuerdo con la tasa de interés preferencial fluctuante *Prime Rate*, según determinada por el BANCO, más un diferencial de ciento cincuenta (150) puntos base.  La tasa de interés que aplicará a esta LÍNEA DE CRÉDITO no será menor de seis por ciento (6%).  El BANCO podrá revisar de tiempo en tiempo la base, margen y periodicidad de la tasa de interés, según estime necesario y de acuerdo con el mercado de tasas de interés.  La tasa de interés variará de acuerdo a como varíe la tasa de interés preferencial fluctuante *Prime Rate*.

Los intereses de la LÍNEA DE CRÉDITO serán pagaderos al vencimiento o en fecha anterior, si se saldara antes.

Si en la fecha de vencimiento de la obligación de repago la AUTORIDAD no ha pagado el balance insoluto del principal, la AUTORIDAD pagará intereses sobre dicha suma computados a base de doscientos (200) puntos base sobre la tasa que le aplicaría bajo este CONTRATO DE PRÉSTAMO.

1.3    <u>Término y Fuente de Pago</u>:

El principal de la LÍNEA DE CRÉDITO más los intereses capitalizados serán pagaderos el 31 de enero de 2013.  La fuente de pago serán futuras emisiones de bonos y cualesquiera otros fondos disponibles de la AUTORIDAD.

1.4    <u>Desembolsos</u>:

La AUTORIDAD deberá solicitar los desembolsos por escrito, con tres (3) días laborables de anticipación.  La solicitud de desembolso incluirá un formulario de

certificación (*notice of drawing*) similar al Anejo A de este Contrato, en el cual el Director Ejecutivo de la AUTORIDAD, o la persona que éste designe, certificará la necesidad de los fondos y la justificación para su uso.  La AUTORIDAD deberá incluir, además, cualquier otra documentación que el BANCO a su entera discreción le solicite previo al desembolso, incluyendo, pero sin limitarse, a copias de facturas.

Los desembolsos bajo este financiamiento están sujetos a la certificación que debe emitir Agencia Fiscal del BANCO sobre el cumplimiento de la AUTORIDAD con los términos y condiciones estipulados en el *Fiscal Oversight Agreement* (FOA) que la AUTORIDAD tenga vigente con el BANCO, así como con los términos y condiciones de cualquier otro contrato de préstamo vigente con el BANCO, o que no haya sido satisfecho en su totalidad. Igualmente, la AUTORIDAD reconoce y acepta que los desembolsos quedan condicionados al cumplimiento de la AUTORIDAD en la entrega o presentación de información o documentos requeridos por el BANCO, en relación con una emisión de bonos que se trabaja actualmente, de manera que no se atrase dicha transacción.



## ARTÍCULO 2.

### ACUERDOS AFIRMATIVOS

2.1   <u>**Otras Condiciones:**</u>

La AUTORIDAD conviene y acuerda:

(a)   Notificar al BANCO mediante certificación cualquier cambio en su Programa de Mejoras Capitales para el primer semestre del Año

Fiscal 2012 o cualquier acontecimiento que altere o modifique la lista de proyectos presentada al BANCO al solicitar el financiamiento;

(b)   Entregar trimestralmente un registro que incluya la lista de los proyectos bajo el PMC, los cambios o modificaciones en estos, desembolsos realizados y el balance disponible de fondos para cada proyecto;

(c)   Pagar al BANCO la suma de VEINTICUATRO MIL SEISCIENTOS SESENTA Y DOS DÓLARES CON CINCUENTA CENTAVOS ($24,662.50) (correspondiente al 1/20 del 1%), por concepto de honorarios por asesoría financiera correspondientes a esta transacción, según la política vigente del BANCO, los cuales podrán ser incluidos como parte de este financiamiento, de ser necesario.

(d)   Entregar oportunamente la solicitud de financiamiento del PMC para el segundo semestre del Año Fiscal 2012.

Este CONTRATO DE PRÉSTAMO se otorga como una declaración oficial de intención bajo la regulación del Departamento del Tesoro de los Estados Unidos, Sección 1.150-2.

El BANCO se reserva el derecho de solicitar a la AUTORIDAD cualquier información adicional que sea necesaria para emitir los desembolsos o para cualquier propósito relacionado con este CONTRATO DE PRÉSTAMO o PAGARÉ.

2.2   **Causa de Incumplimiento:**

El BANCO se reserva el derecho de cancelar la LÍNEA DE CRÉDITO por desviaciones de los propósitos de la LÍNEA DE CRÉDITO, del cumplimiento con el

*Financial Oversight Agreement* y demás requisitos que establece este CONTRATO DE PRÉSTAMO, o de los procedimientos de desembolso del BANCO.

La AUTORIDAD notificará al BANCO de cualquier condición, hecho o suceso que pueda constituir causa de incumplimiento o en virtud de cuya notificación o el mero transcurso del tiempo, o ambos, pueda constituir causa de incumplimiento, entregándole al BANCO una certificación suscrita por uno de sus oficiales, especificando la naturaleza de dicha causa, tiempo durante el cual ha existido, y qué curso de acción la AUTORIDAD se propone iniciar con relación a los mismos. Tal notificación deberá ser cursada al BANCO dentro de los diez (10) días siguientes a la ocurrencia del incumplimiento.

2.3 **Pago de Gestiones Extrajudiciales de Cobro, Honorarios, Gastos, etc.:**

A requerimiento del BANCO, la AUTORIDAD deberá rembolsar prontamente al BANCO el pago de las costas, gastos y honorarios de abogados incurridos por el BANCO en gestiones extrajudiciales de cobro de cualquier plazo en mora en relación con la LÍNEA DE CRÉDITO adeudada por la AUTORIDAD. La omisión de la AUTORIDAD de reembolsar dichas costas, gastos y honorarios de abogados constituirá causa de incumplimiento en la LÍNEA DE CRÉDITO.

Dichas costas, gastos y honorarios de abogados incurridos por el BANCO de conformidad con las disposiciones de este CONTRATO DE PRÉSTAMO serán reembolsados por la AUTORIDAD de inmediato al serle requeridos.

2.3 **Incumplimiento bajo los Documentos Legales:**

La AUTORIDAD conviene que cualquier incumplimiento de los términos del PAGARÉ y/o la carta de compromiso, será considerado simultáneamente

incumplimiento con este CONTRATO DE PRÉSTAMO y viceversa, y de ocurrir el mismo, el BANCO tendrá inmediatamente el derecho de ejecutar cualesquiera de los derechos y privilegios que puedan conferir cualquiera de los DOCUMENTOS LEGALES.

2.4   **Autorización para Tomar Prestado:**

La AUTORIDAD ha tomado las medidas apropiadas y necesarias, oficiales o de otro tipo, para autorizar el otorgamiento y entrega de los DOCUMENTOS LEGALES sin limitación alguna.

## ARTÍCULO 3.

### INCUMPLIMIENTOS

3.1   **Causas de Incumplimiento:**

Cada una de las siguientes constituirá una causa de incumplimiento bajo los términos de este CONTRATO DE PRÉSTAMO:

3.1.1   si cualquier representación dada o extendida por la AUTORIDAD al BANCO en cualquiera de los trámites y DOCUMENTOS LEGALES, o si cualquier informe, garantía o certificado financiero o de otra índole provisto al BANCO en relación con este CONTRATO DE PRÉSTAMO resultare falso o engañoso;

3.1.2   la falta de pago de principal e intereses y sus penalidades, si alguna, de la LÍNEA DE CRÉDITO a su fecha de vencimiento de acuerdo con los términos de cualquiera de los DOCUMENTOS LEGALES;

3.1.3  el incumplimiento o violación por la AUTORIDAD de cualquiera de los términos, cláusulas y condiciones pactadas con el BANCO en los Artículos 1 y 2 de este CONTRATO DE PRÉSTAMO; o

3.1.4  la omisión por la AUTORIDAD de remediar o subsanar dentro de un plazo de treinta (30) días de su ocurrencia, sin notificación previa escrita por parte del BANCO, cualquier incumplimiento a los términos, cláusulas y condiciones de este CONTRATO DE PRÉSTAMO.  Esto no aplica a los términos y condiciones relacionadas con las obligaciones de pago de la LÍNEA DE CRÉDITO, ya que la AUTORIDAD deberá cumplir estrictamente con dicho pago a su vencimiento.

3.2  **Remedios:**

Ante la ocurrencia de cualquiera de las causas de incumplimiento enumeradas en el Artículo 3.1 de este CONTRATO DE PRÉSTAMO, y si dicho incumplimiento no es subsanado o remediado según dispuesto, sin que sea necesario que medie notificación alguna del incumplimiento, a cuyos derechos la AUTORIDAD mediante el presente otorgamiento renuncia, el BANCO podrá:

3.2.1  proceder a reclamar el pago del balance insoluto de la LÍNEA DE CRÉDITO;

3.2.2  radicar un procedimiento judicial solicitando el cumplimiento específico de cualquier término, cláusula o condición de cualquiera de los DOCUMENTOS LEGALES, o un entredicho ("injunction") provisional o permanente para impedir que la AUTORIDAD viole cualquiera de dichos términos, cláusulas y condiciones; o

3.2.3   ejercitar cualquier otro remedio a que tenga derecho bajo las leyes del Estado Libre Asociado de Puerto Rico.

La AUTORIDAD autoriza al BANCO y le confiere poder, sin que se requiera notificación alguna, para aplicar el derecho a compensación ("*set-off*") a las obligaciones que se originan en este CONTRATO DE PRÉSTAMO, realizando cualquier aplicación de pagos de cualquier suma de dinero perteneciente a la AUTORIDAD en poder del BANCO para el pago de la LÍNEA DE CRÉDITO e intereses acumulados, en caso de incumplimiento por la AUTORIDAD de sus obligaciones de pago bajo el CONTRATO DE PRÉSTAMO.

## ARTÍCULO 4.
### DISPOSICIONES MISCELÁNEAS

**4.1   Documentos Legales:**

Según utilizado en este CONTRATO DE PRÉSTAMO, el término DOCUMENTOS LEGALES significa:

1. PAGARÉ

2. CONTRATO DE PRÉSTAMO

**4.2   Renuncias, Alivios, Prórrogas, Tolerancias y Remedios Adicionales:**

Ninguna dilación o demora por parte del BANCO o de cualquier tenedor o dueño del PAGARÉ en el ejercicio de cualquier derecho, facultad o remedio que pueda tener conforme a los términos de cualquiera de los DOCUMENTOS LEGALES se considerará como una renuncia, limitación o disminución de los mismos, como tampoco el ejercicio parcial o exclusivo de cualquiera de los mismos será óbice para que

subsiguientemente sean ejercitados en su totalidad, incluyendo, pero sin limitarse a ello, el derecho de compensación.   Los remedios a favor del BANCO dispuestos en los DOCUMENTOS LEGALES se considerarán adicionales a, y no excluyentes de, cualquier otro remedio contemplado en ley.   Para que todo alivio, prórroga o tolerancia extendida por el BANCO a la AUTORIDAD, o cualquier enmienda a este CONTRATO DE PRRÉSTAMO, sea efectiva, deberá constar por escrito suscrito por un oficial autorizado del BANCO, que especificará el alcance del alivio, prórroga, tolerancia o enmienda concedida.   Todo alivio, prórroga, tolerancia o enmienda concedida será válida únicamente para la ocurrencia o eventualidad para la cual se concedió.

4.4     **Direcciones para Notificaciones, etc.:**

Toda notificación, reclamo, directriz o cualquier comunicación dispuesta por los DOCUMENTOS LEGALES constará por escrito y deberá ser entregada personalmente o enviada por fax o por correo, a las siguientes direcciones:

A LA  "AUTORIDAD":

Autoridad de Carreteras y Transportación
Departamento de Transportación y Obras Públicas
P.O. Box 42007
San Juan, Puerto Rico 00940-2007
(787) 721-8787

Atención:  Director Ejecutivo

AL "BANCO":

Banco Gubernamental de Fomento para Puerto Rico
P.O. Box 42001
San Juan, Puerto Rico  00940-2001
Fax:  (787) 721-1443

Atención:  Presidente



o a cualquier otra dirección que las partes señalen mediante notificación escrita cursada conforme a lo dispuesto en este Artículo. Éstas se considerarán perfeccionadas una vez las mismas se depositen debidamente franqueadas en el correo y sean cursadas a las direcciones mencionadas.

4.5 **Sucesores y Causahabientes:**

Los pactos y cláusulas aquí contenidas obligarán y beneficiarán a las partes y a sus respectivos causahabientes, albaceas, administradores, sucesores y cesionarios.

4.6 **Renuncias por la AUTORIDAD a Presentación, Protesto, etc.:**

La AUTORIDAD renuncia a toda notificación de aceptación o demanda o requerimiento a la realización de cualquier condición precedente por parte del BANCO, y así mismo renuncia a los derechos de presentación, protesto, notificación de protesto, requerimiento de pago, notificación de incumplimiento o falta de pago, relevo, compromiso, compensación, transacción, prórroga, renovación o extensión de cualquier derecho contractual o instrumento legal y, en general, a toda otra formalidad legal.

[FIRMAS EN LA SIGUIENTE PÁGINA]

EN TESTIMONIO DE LO CUAL, las partes comparecientes otorgan este CONTRATO DE PRÉSTAMO, en San Juan, Puerto Rico, hoy _29_ de noviembre de 2011.

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**

_signature_

Juan M. Román
Vicepresidente Ejecutivo
y Agente Fiscal

**AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO**

_signature_

Rubén A. Hernández Gregorat
Director Ejecutivo y
Secretario, Departamento de Transportación
y Obras Públicas de Puerto Rico

Testimonio _413_

Reconocido y suscrito ante mí por Rubén A. Hernández Gregorat, mayor de edad, casado, ejecutivo y vecino de San Juan, Puerto Rico, en su carácter de Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, y Secretario del Departamento de Trasportación y Obras Publicas de Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a _29_ de noviembre de 2011.

_notary seal: Zoraya Betancourt Calzada, Abogada - Notaria_

_signature_
Notaria Pública

Testimonio _414_

Reconocido y suscrito ante mí por Juan M. Román, mayor de edad, casado y vecino de Guaynabo, Puerto Rico, en su carácter de Vicepresidente Ejecutivo y Agente Fiscal, del Banco Gubernamental de Fomento para Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a _29_ de noviembre de 2011.

_notary seal: Zoraya Betancourt Calzada, Abogada - Notaria_

_signature_
Notaria Pública

## PRIMERA ENMIENDA A CONTRATO DE PRÉSTAMO

### COMPARECEN

DE LA PRIMERA PARTE: El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**, una institución bancaria organizada y existente a tenor con la Ley Núm. 17, aprobada el 23 de septiembre de 1948, según enmendada, (el "BANCO"), representado en este acto por José R. Otero Freiría, Vicepresidente Ejecutivo y Director de Financiamiento, mayor de edad, casado, ejecutivo y residente de Dorado, Puerto Rico.

DE LA SEGUNDA PARTE: La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO,** una entidad jurídica creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, (la "AUTORIDAD"), según enmendada, representada en este acto por Rubén A. Hernández Gregorat,  Director Ejecutivo de la Autoridad y Secretario del Departamento de Transportación y Obras Públicas, mayor de edad, casado, ingeniero y vecino de Guaynabo, Puerto Rico.



A menos que un término escrito en letras mayúsculas sea definido de otra forma en esta Primera Enmienda al Contrato de Préstamo ("Primera Enmienda"), el mismo tendrá el significado adscrito en el CONTRATO DE PRÉSTAMO según se define más adelante.

28175

## EXPONEN

**PRIMERO**: El 16 de noviembre de 2011, la Junta de Directores del BANCO aprobó la Resolución Núm. 9655 para conceder a la AUTORIDAD una línea de crédito para financiar el Programa de Mejoras Capitales ("PMC") durante el primer semestre del Año Fiscal 2012. De conformidad con lo anterior, el 29 de noviembre de 2011, la AUTORIDAD y el BANCO suscribieron un Contrato de Préstamo (el "CONTRATO DE PRÉSTAMO") mediante el cual se concedió a la AUTORIDAD una LÍNEA DE CRÉDITO no rotativa por la suma máxima de CUARENTA Y NUEVE MILLONES TRESCIENTOS VEINTICINCO MIL DÓLARES ($49,325,000). En la misma fecha de otorgamiento del CONTRATO DE PRÉSTAMO, la AUTORIDAD suscribió un PAGARÉ por la suma de $49,325,000 a la orden del BANCO y con vencimiento el 31 de enero de 2013.

**SEGUNDO**: La AUTORIDAD ha solicitado al BANCO un desembolso con cargo a la LÍNEA DE CRÉDITO por la cantidad de **Dos Millones Trescientos Veintisiete Mil Ochenta y Cuatro Dólares con Cuarenta y Seis Centavos ($2,327,084.46)** para el pago de una deuda con el Municipio de Guaynabo relacionada al proyecto Puente Periferal Sur.

**TERCERO**: La Junta de Directores del BANCO ha autorizado enmendar el uso establecido en el CONTRATO DE PRÉSTAMO a los fines de reprogramar fondos de la LÍNEA DE CRÉDITO para el pago de la mencionada deuda de la AUTORIDAD con el

28175

Municipio de Guaynabo, según los términos y condiciones aprobados en la Resolución

Núm. CE2012-16 adoptada en reunión celebrada el 10 de febrero de 2012, y certificada

por la Secretaria de dicha Junta, la Lcda. Zulema E. Martínez Álvarez el 28 de febrero de

2012.

**POR LO QUE,** en consideración a los hechos afirmados anteriormente, y a las

representaciones, acuerdos y garantías que más adelante se exponen, las partes

comparecientes:

<strong>ACUERDAN Y CONVIENEN</strong>

**PRIMERO:** Se enmienda la Sección 1.1 del Artículo 1 del CONTRATO DE

PRÉSTAMO para que lea como sigue:




> "Una vez se otorguen y suscriban los DOCUMENTOS LEGALES que se relacionan en el Artículo 4.1 de este CONTRATO DE PRÉSTAMO, el BANCO extenderá a la AUTORIDAD una LÍNEA DE CRÉDITO no rotatoria por la cantidad máxima de principal de CUARENTA Y NUEVE MILLONES TRESCIENTOS VEINTICINCO MIL DÓLARES ($49,325,000), más intereses capitalizados. La AUTORIDAD utilizará este total autorizado para financiar su Programa de Mejoras Capitales del primer semestre del Año Fiscal 2012, así como también efectuar el pago de la deuda correspondiente al proyecto Puente Periferal Sur por la cantidad de $2,327,084.46 a favor del Municipio de Guaynabo.
>
> La LÍNEA DE CRÉDITO está evidenciada por un PAGARÉ por la misma cantidad autorizada a través del CONTRATO DE PRÉSTAMO, suscrito en la misma fecha y pagadero a la orden del BANCO.
>
> Los fondos provenientes de la LÍNEA DE CRÉDITO se utilizarán para financiar determinados proyectos del PMC de la AUTORIDAD durante el primer semestre del Año Fiscal 2012 y para el pago de la deuda a favor del Municipio de Guaynabo correspondiente al proyecto Puente Periferal Sur. La AUTORIDAD se compromete y acuerda que cualquier modificación o

28175

enmienda al PMC, deberá ser previamente notificado por escrito al BANCO."

**SEGUNDO**: Las partes hacen constar que la AUTORIDAD ha dado cumplimiento a las disposiciones establecidas en las Secciones 1.1 y 2.1 (a) del CONTRATO DE PRÉSTAMO mediante la notificación de la certificación requerida.

**TERCERO**: Todas las demás cláusulas y condiciones del CONTRATO DE PRÉSTAMO y PAGARÉ permanecerán inalteradas.



**[PÁGINA DE FIRMAS A CONTINUACIÓN]**

28175

**EN TESTIMONIO DE LO CUAL**, las partes comparecientes otorgan esta

**PRIMERA ENMIENDA A CONTRATO DE PRÉSTAMO ENMENDADO Y**

**REITERADO**, en San Juan, Puerto Rico, a _28_ de febrero de 2012.


**BANCO GUBERNAMENTAL DE**            **AUTORIDAD DE CARRETERAS Y**
**FOMENTO PARA PUERTO RICO**          **TRANSPORTACIÓN DE PUERTO RICO**



_____            _____
José R. Otero Freiría                Rubén A. Hernández Gregorat
Vicepresidente Ejecutivo             Director Ejecutivo y
y Director de Finanzas               Secretario, Departamento de Transportación
                                     y Obras Públicas de Puerto Rico


Testimonio _644_

Reconocido y suscrito ante mí por Rubén A. Hernández Gregorat, mayor de edad, casado, ejecutivo y vecino de San Juan, Puerto Rico, en su carácter de Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, y Secretario del Departamento de Trasportación y Obras Públicas de Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a _28_ de febrero de 2012.



_____
Notaria Pública

Testimonio _645_

Reconocido y suscrito ante mí por José R. Otero Freiría, mayor de edad, casado y vecino de Dorado, Puerto Rico, en su carácter de Vicepresidente Ejecutivo y Director de Financiamiento, del Banco Gubernamental de Fomento para Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a _28_ de febrero de 2012.



_____
Notaria Pública

28175

## SEGUNDA ENMIENDA A CONTRATO DE PRÉSTAMO

### COMPARECEN

**DE LA PRIMERA PARTE:** El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**, una institución bancaria organizada y existente a tenor con la Ley Núm. 17, aprobada el 23 de septiembre de 1948, según enmendada, (el "BANCO"), representado en este acto por José R. Otero Freiría, Vicepresidente Ejecutivo y Director de Financiamiento, mayor de edad, casado, ejecutivo y residente de Dorado, Puerto Rico.

**DE LA SEGUNDA PARTE:** La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO,** una entidad jurídica creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, (la "AUTORIDAD"), según enmendada, representada en este acto por Rubén A. Hernández Gregorat, Director Ejecutivo de la Autoridad y Secretario del Departamento de Transportación y Obras Públicas, mayor de edad, casado, ingeniero y vecino de Guaynabo, Puerto Rico.

A menos que un término escrito en letras mayúsculas sea definido de otra forma en esta Segunda Enmienda al Contrato de Préstamo ("Segunda Enmienda"), el mismo tendrá el significado adscrito en el CONTRATO DE PRÉSTAMO según se define más adelante.

### EXPONEN

**PRIMERO:** El 16 de noviembre de 2011, la Junta de Directores del BANCO aprobó la Resolución Núm. 9655 para conceder a la AUTORIDAD una línea de crédito para financiar el Programa de Mejoras Capitales ("PMC") durante el primer semestre del Año Fiscal 2012. De conformidad con lo anterior, el 29 de noviembre de 2011, la AUTORIDAD y el BANCO suscribieron un Contrato de Préstamo (el "CONTRATO DE PRÉSTAMO") mediante el cual se concedió a la AUTORIDAD una LÍNEA DE CRÉDITO no rotativa por la suma máxima



de CUARENTA Y NUEVE MILLONES TRESCIENTOS VEINTICINCO MIL DÓLARES ($49,325,000). En la misma fecha de otorgamiento del CONTRATO DE PRÉSTAMO, la AUTORIDAD suscribió un PAGARÉ por la suma de $49,325,000 a la orden del BANCO y con vencimiento el 31 de enero de 2013.

**SEGUNDO**: El 28 de febrero de 2012, el BANCO y la AUTORIDAD suscribieron una Primer Enmienda a Contrato de Préstamo a los fines de autorizar un desembolso con cargo a la LÍNEA DE CRÉDITO por la cantidad de Dos Millones Trescientos Veintisiete Mil Ochenta y Cuatro Dólares con Cuarenta y Seis Centavos ($2,327,084.46) para el pago de una deuda con el Municipio de Guaynabo relacionada al proyecto Puente Periferal Sur.

**TERCERO**: El Comité Ejecutivo de la Junta de Directores del BANCO ha autorizado enmendar el uso establecido en el CONTRATO DE PRÉSTAMO a los fines de reprogramar los fondos de la LÍNEA DE CRÉDITO para el pago parcial de la reclamación relacionada con la construcción del Expreso Martínez Nadal de la AUTORIDAD con el Municipio de Guaynabo por Dos Millones Trescientos Setenta y Cuatro Mil Trescientos Veintiséis Dólares con Tres Centavos ($2,374,326.03), según los términos y condiciones aprobados en la Resolución Núm. CE2012-47 adoptada en reunión celebrada el 8 de junio de 2012, y certificada por la Secretaria de dicha Junta, la Lcda. Zulema E. Martínez Álvarez el 12 de junio de 2012.

**POR LO QUE**, en consideración a los hechos afirmados anteriormente, y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes:

**EN TESTIMONIO DE LO CUAL,** las partes comparecientes otorgan esta

**SEGUNDA ENMIENDA A CONTRATO DE PRÉSTAMO,** en San Juan, Puerto Rico, a

1_2 de junio de 2012.

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**

**AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO**

José R. Otero Freiría
Vicepresidente Ejecutivo
y Director de Finanzas

Rubén A. Hernández Gregorat
Director Ejecutivo y
Secretario, Departamento de Transportación
y Obras Públicas de Puerto Rico

Testimonio 1093

Reconocido y suscrito ante mí por Rubén A. Hernández Gregorat, mayor de edad, casado, ejecutivo y vecino de San Juan, Puerto Rico, en su carácter de Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, y Secretario del Departamento de Transportación y Obras Públicas de Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a _12_ de junio de 2012.

Notaria Pública

Testimonio 1094

Reconocido y suscrito ante mí por José R. Otero Freiría, mayor de edad, casado, ejecutivo y vecino de Dorado, Puerto Rico, en su carácter de Vicepresidente Ejecutivo y Director de Financiamiento, del Banco Gubernamental de Fomento para Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a _12_ de junio de 2012.

Notaria Pública

## TERCERA ENMIENDA A CONTRATO DE PRÉSTAMO

### COMPARECEN

**DE LA PRIMERA PARTE:** El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**, una institución bancaria organizada y existente a tenor con la Ley Núm. 17, aprobada el 23 de septiembre de 1948, según enmendada, (el "BANCO"), representado en este acto por José R. Otero Freiría, Vicepresidente Ejecutivo y Director de Financiamiento, mayor de edad, casado, ejecutivo y residente de Dorado, Puerto Rico.

**DE LA SEGUNDA PARTE:** La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO**, una entidad jurídica creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, (la "AUTORIDAD"), según enmendada, representada en este acto por Rubén A. Hernández Gregorat, Director Ejecutivo de la Autoridad y Secretario del Departamento de Transportación y Obras Públicas, mayor de edad, casado, ingeniero y vecino de Guaynabo, Puerto Rico.



A menos que un término escrito en letras mayúsculas sea definido de otra forma en esta Tercera Enmienda al Contrato de Préstamo ("Tercera Enmienda"), el mismo tendrá el significado adscrito en el CONTRATO DE PRÉSTAMO según se define más adelante.

### EXPONEN

**POR CUANTO:** El 16 de noviembre de 2011, la Junta de Directores del BANCO aprobó la Resolución Núm. 9655 para conceder a la AUTORIDAD una línea de crédito para financiar el Programa de Mejoras Capitales ("PMC") durante el primer semestre del Año Fiscal 2012. De conformidad con lo anterior, el 29 de noviembre de 2011, la AUTORIDAD y el BANCO suscribieron un Contrato de Préstamo (el "CONTRATO DE PRÉSTAMO") mediante el cual se concedió a la AUTORIDAD una LÍNEA DE CRÉDITO no rotativa por

la suma máxima de CUARENTA Y NUEVE MILLONES TRESCIENTOS VEINTICINCO MIL DÓLARES ($49,325,000). En la misma fecha de otorgamiento del CONTRATO DE PRÉSTAMO, la AUTORIDAD suscribió un PAGARÉ por la suma de $49,325,000 a la orden del BANCO y con vencimiento el 31 de enero de 2013.

POR CUANTO: El 28 de febrero de 2012, el BANCO y la AUTORIDAD suscribieron una Primer Enmienda a Contrato de Préstamo a los fines de autorizar un desembolso con cargo a la LÍNEA DE CRÉDITO por la cantidad de Dos Millones Trescientos Veintisiete Mil Ochenta y Cuatro Dólares con Cuarenta y Seis Centavos ($2,327,084.46) para el pago de una deuda con el Municipio de Guaynabo relacionada al proyecto Puente Periferal Sur.

POR CUANTO: El 12 de junio de 2012 las partes suscribieron una Segunda Enmienda a Contrato de Préstamo a los fines de reprogramar los fondos de la LÍNEA DE CRÉDITO para el pago parcial de la reclamación relacionada con la construcción del Expreso Martínez Nadal de la AUTORIDAD con el Municipio de Guaynabo por Dos Millones Trescientos Setenta y Cuatro Mil Trescientos Veintiséis Dólares con Tres Centavos ($2,374,326.03).



POR CUANTO: La Junta de Directores del BANCO ha autorizado un desembolso con cargo a la LÍNEA DE CRÉDITO para saldar la reclamación relacionada con la construcción del Expreso Martínez Nadal de la AUTORIDAD con el Municipio de Guaynabo por Dos Millones Trescientos Veintisiete Mil Ochenta y Cuatro Dólares con Cuarenta y Seis Centavos ($2,327,084.46), según los términos y condiciones aprobados en la Resolución Núm. 9800 adoptada en reunión celebrada el 20 de junio de 2012, y certificada por la Secretaria de dicha Junta, la Lcda. Zulema E. Martínez Álvarez el 3 de julio de 2012.

28744

3

**POR LO TANTO,** en consideración a los hechos afirmados anteriormente, y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes:

### ACUERDAN Y CONVIENEN

**PRIMERO:** Se enmienda la Sección 1.1 del Artículo 1 del CONTRATO DE PRÉSTAMO para que lea como sigue:

> "Una vez se otorguen y suscriban los DOCUMENTOS LEGALES que se relacionan en el Artículo 4.1 de este CONTRATO DE PRÉSTAMO, el BANCO extenderá a la AUTORIDAD una LÍNEA DE CRÉDITO no rotatoria por la cantidad máxima de principal de CUARENTA Y NUEVE MILLONES TRESCIENTOS VEINTICINCO MIL DÓLARES ($49,325,000), más intereses capitalizados. La AUTORIDAD utilizará este total autorizado para financiar su Programa de Mejoras Capitales del primer semestre del Año Fiscal 2012, así como también efectuar el pago de la deuda correspondiente al proyecto Puente Periferal Sur por la cantidad de $2,327,084.46 y el pago de $4,701,410.49 correspondiente a la reclamación relacionada con la construcción del Expreso Martínez Nadal, ambos a favor del Municipio de Guaynabo.
>
> La LÍNEA DE CRÉDITO está evidenciada por un PAGARÉ por la misma cantidad autorizada a través del CONTRATO DE PRÉSTAMO, suscrito en la misma fecha y pagadero a la orden del BANCO.
>
> Los fondos provenientes de la LÍNEA DE CRÉDITO se utilizarán para financiar determinados proyectos del PMC de la AUTORIDAD durante el primer semestre del Año Fiscal 2012, para el pago de las deudas a favor del Municipio de Guaynabo correspondientes al proyecto Puente Periferal Sur y a la reclamación relacionada con el Expreso Martínez Nadal. La AUTORIDAD se compromete y acuerda que cualquier modificación o enmienda al PMC, deberá ser previamente notificado por escrito al BANCO."



**SEGUNDO:** Las partes hacen constar que la AUTORIDAD ha dado cumplimiento a las disposiciones establecidas en las Secciones 1.1 y 2.1 (a) del CONTRATO DE PRÉSTAMO mediante la notificación de la certificación requerida.

**TERCERO:** El BANCO y la AUTORIDAD hacen constar expresamente que esta enmienda no constituye una novación de la obligación original. Todos los demás términos y

28744

4

condiciones del CONTRATO DE PRÉSTAMO, según enmendado, y el PAGARÉ otorgados el 29 de noviembre de 2011, no inconsistentes con esta Tercera Enmienda a Contrato de Préstamo, continuarán en pleno efecto y vigor.

**CUARTO:** La AUTORIDAD se compromete a presentar, en un término de diez (10) días posterior a la otorgación de esta Tercera Enmienda a Contrato de Préstamo, la identificación y eliminación de proyectos del PMC para compensar el efecto del pago a realizarse sin tener que aumentar el balance aprobado de la LÍNEA DE CRÉDITO.

**[Firmas Aparecen en la Próxima Página]**



28744

5

**EN TESTIMONIO DE LO CUAL,** las partes comparecientes otorgan esta

**TERCERA ENMIENDA A CONTRATO DE PRÉSTAMO**, en San Juan, Puerto Rico, a 6

de julio de 2012.

**BANCO GUBERNAMENTAL DE**          **AUTORIDAD DE CARRETERAS Y**
**FOMENTO PARA PUERTO RICO**        **TRANSPORTACIÓN DE PUERTO RICO**

_____     _____
José R. Otero Freiría                Rubén A. Hernández Gregorat
Vicepresidente Ejecutivo             Director Ejecutivo, y Secretario del
y Director de Finanzas               Departamento de Transportación
                                     y Obras Públicas de Puerto Rico

Testimonio 388

    Reconocido y suscrito ante mí por Rubén A. Hernández Gregorat, mayor de edad, casado, ejecutivo y vecino de San Juan, Puerto Rico, en su carácter de Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico y Secretario del Departamento de Trasportación y Obras Publicas de Puerto Rico, a quien conozco personalmente.

    En San Juan, Puerto Rico, a 6 de julio de 2012.

Testimonio 389

                                             Notario Público

    Reconocido y suscrito ante mí por José R. Otero Freiría, mayor de edad, casado, ejecutivo y vecino de Dorado, Puerto Rico, en su carácter de Vicepresidente Ejecutivo y Director de Financiamiento del Banco Gubernamental de Fomento para Puerto Rico, a quien conozco personalmente.

    En San Juan, Puerto Rico, a 9 de julio de 2012.

                                             Notario Público

28744

## CUARTA ENMIENDA A CONTRATO DE PRÉSTAMO

### COMPARECEN

**DE LA PRIMERA PARTE:**  El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**, una institución bancaria organizada y existente a tenor con la Ley Núm. 17, aprobada el 23 de septiembre de 1948, según enmendada, (el "BANCO"), representado en este acto por Ian J. Figueroa Toro, Vicepresidente Ejecutivo y Director de Financiamiento, mayor de edad, casado, ejecutivo y residente de San Juan, Puerto Rico.

**DE LA SEGUNDA PARTE:** La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO**, una entidad jurídica creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, según enmendada, (la "AUTORIDAD") representada en este acto por Javier E. Ramos Hernández, Director Ejecutivo de la AUTORIDAD, mayor de edad, casado, ingeniero y vecino de Bayamón, Puerto Rico.

A menos que un término escrito en letras mayúsculas sea definido de otra forma en esta CUARTA ENMIENDA AL CONTRATO DE PRÉSTAMO, el mismo tendrá el significado adscrito en el CONTRATO DE PRÉSTAMO según se define más adelante.

### EXPONEN



**POR CUANTO:** El 16 de noviembre de 2011, la Junta de Directores del BANCO aprobó la Resolución Núm. 9655 para conceder a la AUTORIDAD una línea de crédito para financiar el Programa de Mejoras Capitales ("PMC") durante el primer semestre del Año Fiscal 2012.  De conformidad con lo anterior, el 29 de noviembre de 2011, la AUTORIDAD y el BANCO suscribieron un Contrato de Préstamo (el "CONTRATO DE PRÉSTAMO") mediante el cual se concedió a la AUTORIDAD una LÍNEA DE CRÉDITO no rotativa por la suma máxima de CUARENTA Y NUEVE MILLONES TRESCIENTOS VEINTICINCO

29240

MIL DÓLARES ($49,325,000).  En la misma fecha de otorgamiento del CONTRATO DE PRÉSTAMO, la AUTORIDAD suscribió un PAGARÉ por la suma de $49,325,000 a la orden del BANCO y con vencimiento el 31 de enero de 2013.

**POR CUANTO**:  El 28 de febrero de 2012, el BANCO y la AUTORIDAD suscribieron una Primera Enmienda a Contrato de Préstamo para autorizar un desembolso con cargo a la LÍNEA DE CRÉDITO por la cantidad de $2,327,084.46 para el pago de una deuda con el Municipio de Guaynabo relacionada al proyecto Puente Periferal Sur.

**POR CUANTO**:  El 12 de junio de 2012 las partes suscribieron una Segunda Enmienda a Contrato de Préstamo a los fines de reprogramar los fondos de la LÍNEA DE CRÉDITO para el pago parcial de la reclamación relacionada con la construcción del Expreso Martínez Nadal de la AUTORIDAD con el Municipio de Guaynabo por una cantidad de $2,374,326.03.

**POR CUANTO**:  La AUTORIDAD y el BANCO suscribieron una Tercera Enmienda a Contrato de Préstamo, efectiva al 9 de julio de 2012, para desembolsar con cargo a la LÍNEA DE CRÉDITO un monto de $2,327,084.46 para saldar la reclamación del Municipio de Guaynabo hacia la AUTORIDAD en relación con la construcción del Expreso Martínez Nadal.

**POR CUANTO**: Al 31 de diciembre de 2012, el balance de principal de la LÍNEA DE CRÉDITO asciende a $48,954,158.56 con intereses acumulados por la cantidad de $1,314,698.54.

29240

**POR CUANTO**:   La gerencia del BANCO ha recomendado enmendar la LÍNEA DE CRÉDITO con el propósito de extender el vencimiento y el repago de intereses acumulados hasta el 31 de enero de 2014.

**POR CUANTO**:   La Junta de Directores del BANCO ha autorizado mediante la Resolución Núm. 9955 adoptada en reunión celebrada el 17 de enero de 2013, enmendar el CONTRATO DE PRÉSTAMO a los fines de extender la fecha de vencimiento hasta el 31 de enero de 2014 y establecer el pago de honorarios por asesoría financiera, entre otros términos y condiciones.

**POR CUANTO**:   De conformidad con la Resolución Núm. 2013-08 emitida el 31 de enero de 2013 por Miguel A. Torres Días, Secretario del Departamento de Transportación y Obras Públicas del Puerto Rico, la AUTORIDAD ha aceptado los términos y condiciones establecidos por el BANCO para la presente enmienda.

**POR LO TANTO,** en consideración a los hechos afirmados anteriormente, y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes:

**ACUERDAN Y CONVIENEN**

**PRIMERO**:   Se enmienda la primera oración de la Sección 1.3 del Artículo 1 del CONTRATO DE PRÉSTAMO para que lea como sigue:

"El principal de la LÍNEA DE CRÉDITO más los intereses capitalizados serán pagaderos el 31 de enero de 2014."

**SEGUNDO**:   La AUTORIDAD reconoce, conviene y acepta pagar al BANCO honorarios por servicios de asesoría financiera igual a una veinticincoava (1/25)

29240

parte del uno por ciento (1%), para un total de Diecinueve Mil Setecientos Treinta Dólares ($19,730) correspondientes a esta transacción y según la política vigente del BANCO.

**CUARTO**:   En esta misma fecha, la AUTORIDAD suscribe y otorga un documento titulado PRIMERA ENMIENDA A PAGARÉ ("ALLONGE").   Este ALLONGE se hará formar parte del PAGARÉ original suscrito por la AUTORIDAD, con el propósito de incorporar los acuerdos y enmiendas aquí consignadas.

**QUINTO**:  Esta CUARTA ENMIENDA AL CONTRATO DE PRÉSTAMO y su ALLONGE no constituyen una novación de las obligaciones de la AUTORIDAD bajo el CONTRATO DE PRÉSTAMO y PAGARÉ, según aquí enmendados. Todos los demás términos y condiciones y del  CONTRATO DE PRÉSTAMO y el PAGARÉ que no contravengan lo aquí acordado, permanecerán inalteradas y en pleno vigor.

**SEXTO**:   Esta CUARTA ENMIENDA AL CONTRATO DE PRÉSTAMO se suscribe de conformidad con la Resolución 9955 adoptada por la Junta de Directores del BANCO el 17 de enero de 2013, la cual se aprobó como una declaración de intención bajo la Sección 1.150-2 de la regulación del Departamento del Tesoro Federal (*U.S. Treasury Department Regulation Section 1.150-2*).

**[FIRMAS A CONTINUACIÓN]**

29240

**EN TESTIMONIO DE LO CUAL**, las partes comparecientes otorgan esta

**PRIMERA ENMIENDA A CONTRATO DE PRÉSTAMO** en San Juan, Puerto Rico,

a ___13___ de marzo de 2013.

**BANCO GUBERNAMENTAL DE**          **AUTORIDAD DE CARRETERAS Y**
**FOMENTO PARA PUERTO RICO**          **TRANSPORTACIÓN DE PUERTO RICO**

_____          _____
Ian J. Figueroa Toro                              Javier E. Ramos Hernández
Vicepresidente Ejecutivo                        Director Ejecutivo
y Director de Finanzas

Testimonio _785_

        Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad,
casado, ingeniero y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo
de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco
personalmente.

        En San Juan, Puerto Rico, a ___13___ de marzo de 2013.

                                                        _____
                                                                    Notaria Público

                        EXENTO DEL PAGO DE ARANCEL
                        LEY 47 DE 4 DE JUNIO DE 1982

Testimonio _787_

        Reconocido y suscrito ante mí por Ian J. Figueroa Toro, mayor de edad, casado y
vecino de San Juan, Puerto Rico, en su carácter de Vicepresidente Ejecutivo y Director de
Financiamiento del Banco Gubernamental de Fomento para Puerto Rico, a quien conozco
personalmente.

        En San Juan, Puerto Rico, a ___13___ de marzo de 2013.

                                                        _____
                                                                    Notaria Público

29240

                        EXENTO DEL PAGO DE ARANCEL
                        LEY 47 DE 4 DE JUNIO DE 1982

## QUINTA ENMIENDA A CONTRATO DE PRÉSTAMO

### COMPARECEN

**DE LA PRIMERA PARTE**: El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**, una institución bancaria organizada y existente a tenor con la Ley Núm. 17, aprobada el 23 de septiembre de 1948, según enmendada, (el "BANCO"), representado en este acto por Jorge A. Clivillés Díaz, Agente Fiscal, mayor de edad, casado y residente de San Juan, Puerto Rico.

**DE LA SEGUNDA PARTE**: La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO,** una entidad jurídica creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, según enmendada, (la "AUTORIDAD") representada en este acto por Javier E. Ramos Hernández, Director Ejecutivo de la AUTORIDAD, mayor de edad, casado, ingeniero y vecino de Bayamón, Puerto Rico.

A menos que un término escrito en letras mayúsculas sea definido de otra forma en esta QUINTA ENMIENDA A CONTRATO DE PRÉSTAMO, el mismo tendrá el significado adscrito en el CONTRATO DE PRÉSTAMO, según se define más adelante.

### EXPONEN

**POR CUANTO**: El 16 de noviembre de 2011, la Junta de Directores del BANCO aprobó la Resolución Núm. 9655 para conceder a la AUTORIDAD una línea de crédito para financiar el Programa de Mejoras Capitales ("PMC") durante el primer semestre del Año Fiscal 2012. De conformidad con lo anterior, el 29 de noviembre de 2011, la AUTORIDAD y el BANCO suscribieron un Contrato de Préstamo (el "CONTRATO DE PRÉSTAMO") mediante el cual se concedió a la AUTORIDAD una LÍNEA DE

30279

CRÉDITO no rotativa por la suma máxima de CUARENTA Y NUEVE MILLONES TRESCIENTOS VEINTICINCO MIL DÓLARES ($49,325,000). En la misma fecha de otorgamiento del CONTRATO DE PRÉSTAMO, la AUTORIDAD suscribió un PAGARÉ por la suma de $49,325,000 a la orden del BANCO y con vencimiento el 31 de enero de 2013.

POR CUANTO: El 28 de febrero de 2012, el BANCO y la AUTORIDAD suscribieron una Primera Enmienda a Contrato de Préstamo para autorizar un desembolso con cargo a la LÍNEA DE CRÉDITO por la cantidad de $2,327,084.46 para el pago de una deuda con el Municipio de Guaynabo relacionada al proyecto Puente Periferal Sur.

POR CUANTO: El 12 de junio de 2012 las partes suscribieron una Segunda Enmienda a Contrato de Préstamo a los fines de reprogramar los fondos de la LÍNEA DE CRÉDITO para el pago parcial de la reclamación relacionada con la construcción del Expreso Martínez Nadal de la AUTORIDAD con el Municipio de Guaynabo por una cantidad de $2,374,326.03.

POR CUANTO: La AUTORIDAD y el BANCO suscribieron una Tercera Enmienda a Contrato de Préstamo, efectiva al 9 de julio de 2012, para desembolsar con cargo a la LÍNEA DE CRÉDITO un monto de $2,327,084.46 para saldar la reclamación del Municipio de Guaynabo hacia la AUTORIDAD en relación con la construcción del Expreso Martínez Nadal.

30279

**POR CUANTO**: El 13 de marzo de 2013, la AUTORIDAD y el BANCO suscribieron una Cuarta Enmienda a Contrato de Préstamo para extender el vencimiento y el repago de intereses acumulados hasta el 31 de enero de 2014.

**POR CUANTO**: Al 31 de octubre de 2013, el balance de principal de la LÍNEA DE CRÉDITO asciende a $49,325,000.00 con intereses acumulados por la cantidad de $3,806,291.42.

**POR CUANTO**: La AUTORIDAD ha solicitado, y la gerencia del BANCO ha recomendado, enmendar la LÍNEA DE CRÉDITO con el propósito de extender el vencimiento de la misma hasta el 31 de enero de 2015.

**POR CUANTO**: La Junta de Directores del BANCO ha autorizado mediante la Resolución Núm. 10197 adoptada en reunión celebrada el 20 de noviembre de 2013, enmendar el CONTRATO DE PRÉSTAMO a los fines de extender la fecha de vencimiento y el repago de intereses acumulados hasta el 31 de enero de 2015 y requerir el pago de honorarios por asesoría financiera, entre otros términos y condiciones.

**POR CUANTO**: De conformidad con la Resolución Núm. 2014-04 emitida el 30 de enero de 2014 por la Junta de Directores de la AUTORIDAD, la AUTORIDAD ha aceptado los términos y condiciones establecidos por el BANCO para la presente enmienda.

**POR LO TANTO,** en consideración a los hechos afirmados anteriormente, y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes:

30279

4

## ACUERDAN Y CONVIENEN

**PRIMERO:** Se enmienda la primera oración de la Sección 1.3 del Artículo 1 del CONTRATO DE PRÉSTAMO, según enmendado, para que lea como sigue:

"El principal de la LÍNEA DE CRÉDITO más los intereses capitalizados serán pagaderos el 31 de enero de 2015."

**SEGUNDO:** La AUTORIDAD reconoce, conviene y acepta pagar al BANCO la cantidad de $19,730.00 por servicios de asesoría financiera correspondientes a esta transacción y según la política vigente del BANCO.

**TERCERO:** En esta misma fecha, la AUTORIDAD suscribe y otorga un documento titulado SEGUNDA ENMIENDA A PAGARÉ ("ALLONGE"). Este ALLONGE se hará formar parte del PAGARÉ original suscrito por la AUTORIDAD, con el propósito de incorporar los acuerdos y enmiendas aquí consignadas.

**CUARTO:** Esta QUINTA ENMIENDA A CONTRATO DE PRÉSTAMO y su ALLONGE no constituyen una novación de las obligaciones de la AUTORIDAD bajo el CONTRATO DE PRÉSTAMO y PAGARÉ, según enmendados. Todos los demás términos y condiciones y del CONTRATO DE PRÉSTAMO y el PAGARÉ que no contravengan lo aquí acordado, permanecerán inalteradas y en pleno vigor.

**QUINTO:** Esta QUINTA ENMIENDA A CONTRATO DE PRÉSTAMO se suscribe de conformidad con la Resolución 10197 adoptada por la Junta de Directores del BANCO el 20 de noviembre de 2013, la cual se aprobó como una declaración de intención bajo la Sección 1.150-2 de la regulación del Departamento del Tesoro Federal (*U.S. Treasury Department Regulation Section 1.150-2*).

### [FIRMAS EN LA SIGUIENTE PÁGINA]

30279

5

**EN TESTIMONIO DE LO CUAL,** las partes comparecientes otorgan esta

QUINTA ENMIENDA A CONTRATO DE PRÉSTAMO en San Juan, Puerto Rico, a

31 de enero de 2014.

**BANCO GUBERNAMENTAL DE**          **AUTORIDAD DE CARRETERAS Y**
**FOMENTO PARA PUERTO RICO**        **TRANSPORTACIÓN DE PUERTO RICO**

_____          _____
Jorge A. Civillés Díaz              Javier E. Ramos Hernández
Agente Fiscal                       Director Ejecutivo

Testimonio 585

Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad, casado, ingeniero y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a 31 de enero de 2014.

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

_____
Notario Público

Testimonio 586

Reconocido y suscrito ante mí por Jorge A. Clivillés Díaz, mayor de edad, casado y vecino de San Juan, Puerto Rico, en su carácter de Agente Fiscal del Banco Gubernamental de Fomento para Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a 31 de enero de 2014.

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

_____
Notario Público

30279

## SEXTA ENMIENDA A CONTRATO DE PRÉSTAMO

### COMPARECEN

**DE LA PRIMERA PARTE:** El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO,** una institución bancaria organizada y existente a tenor con la Ley Núm. 17, aprobada el 23 de septiembre de 1948, según enmendada, (el "BANCO"), representado en este acto por Jorge A. Clivillés Díaz, Vicepresidente Ejecutivo y Agente Fiscal del BANCO, mayor de edad, casado, ejecutivo y residente de San Juan, Puerto Rico.

**DE LA SEGUNDA PARTE:** La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO,** una entidad jurídica creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, según enmendada, (la "AUTORIDAD") representada en este acto por Carmen A. Villar-Prados, Directora Ejecutiva de la AUTORIDAD, mayor de edad, casada, ingeniera y vecina de Guaynabo, Puerto Rico.

A menos que un término escrito en letras mayúsculas sea definido de otra forma en esta SEXTA ENMIENDA A CONTRATO DE PRÉSTAMO, el mismo tendrá el significado adscrito en el CONTRATO DE PRÉSTAMO, según se define más adelante.

### EXPONEN

**POR CUANTO:** El 16 de noviembre de 2011, la Junta de Directores del BANCO aprobó la Resolución Núm. 9655 para conceder a la AUTORIDAD una línea de crédito para financiar el Programa de Mejoras Capitales ("PMC") durante el primer semestre del Año Fiscal 2012.  De conformidad con lo anterior, el 29 de noviembre de 2011, la AUTORIDAD y el BANCO suscribieron un Contrato de Préstamo (el "CONTRATO DE PRÉSTAMO") mediante el cual se concedió a la AUTORIDAD una LÍNEA DE



2

CRÉDITO no rotativa por la suma máxima de CUARENTA Y NUEVE MILLONES TRESCIENTOS VEINTICINCO MIL DÓLARES ($49,325,000). En la misma fecha de otorgamiento del CONTRATO DE PRÉSTAMO, la AUTORIDAD suscribió un PAGARÉ por la suma de $49,325,000 a la orden del BANCO y con vencimiento el 31 de enero de 2013.

**POR CUANTO**: El 28 de febrero de 2012, el BANCO y la AUTORIDAD suscribieron una Primera Enmienda a Contrato de Préstamo para autorizar un desembolso con cargo a la LÍNEA DE CRÉDITO por la cantidad de $2,327,084.46 para el pago de una deuda con el Municipio de Guaynabo relacionada al proyecto Puente Periferal Sur.

**POR CUANTO**: El 12 de junio de 2012 las partes suscribieron una Segunda Enmienda a Contrato de Préstamo a los fines de reprogramar los fondos de la LÍNEA DE CRÉDITO para el pago parcial de la reclamación relacionada con la construcción del Expreso Martínez Nadal de la AUTORIDAD con el Municipio de Guaynabo por una cantidad de $2,374,326.03.

**POR CUANTO**: La AUTORIDAD y el BANCO suscribieron una Tercera Enmienda a Contrato de Préstamo, efectiva al 9 de julio de 2012, para desembolsar con cargo a la LÍNEA DE CRÉDITO un monto de $2,327,084.46 para saldar la reclamación del Municipio de Guaynabo hacia la AUTORIDAD en relación con la construcción del Expreso Martínez Nadal.

**POR CUANTO**: El 13 de marzo de 2013, la AUTORIDAD y el BANCO suscribieron una Cuarta Enmienda a Contrato de Préstamo para extender el vencimiento y el repago de intereses acumulados hasta el 31 de enero de 2014.



31272

3

**POR CUANTO:** El 31 de enero de 2014, la AUTORIDAD y el BANCO suscribieron una Quinta Enmienda a Contrato de Préstamo para extender el vencimiento y el repago de intereses acumulados hasta el 31 de enero de 2015, sujeto a ciertos términos y condiciones.

**POR CUANTO:** Al 31 de diciembre de 2014, el balance de principal de la LÍNEA DE CRÉDITO asciende a $49,325,000.00 con intereses acumulados por la cantidad de $7,308,366.39.

**POR CUANTO:** La gerencia del BANCO ha recomendado enmendar el CONTRATO DE PRÉSTAMO, según enmendado, con el propósito de extender el vencimiento hasta el 31 de enero de 2016.

**POR CUANTO:** La Junta de Directores del BANCO ha autorizado mediante la Resolución Núm. 10554 adoptada en reunión celebrada el 17 de diciembre de 2014, enmendar el CONTRATO DE PRÉSTAMO a los fines de extender la fecha de vencimiento y el repago de los intereses acumulados hasta el 31 de enero de 2016 y requerir el pago de honorarios por asesoría financiera, entre otros términos y condiciones.

**POR CUANTO:** De conformidad con la Resolución Núm. 2015-07 emitida el 15 de enero de 2015 por la Junta de Directores de la AUTORIDAD, la AUTORIDAD ha aceptado los términos y condiciones establecidos por el BANCO para la presente enmienda.

**POR LO TANTO,** en consideración a los hechos afirmados anteriormente, y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes:



31272

4

**ACUERDAN Y CONVIENEN**

**PRIMERO:**  Las partes acuerdan extender la fecha de vencimiento de la
LÍNEA DE CRÉDITO e incluir los ingresos asignados a la AUTORIDAD bajo las
Leyes Número 30 y 31 del 25 de junio de 2013 como fuente de pago adicional de la
obligación. Por consiguiente, se enmienda la Sección 1.3 del Artículo 1 del
CONTRATO DE PRÉSTAMO, según enmendado, para que lea como sigue:

> "El principal de la LÍNEA DE CRÉDITO más los intereses capitalizados
> serán pagaderos el 31 de enero de 2016. La fuente de pago serán futuras
> emisiones de bonos y cualesquiera otros fondos disponibles de la
> AUTORIDAD, incluyendo los ingresos asignados bajo las Leyes Número
> 30 y 31 del 25 de junio de 2013, los cuales están cedidos y comprometidos a
> favor del BANCO mediante el *Assignment and Security Agreement* suscrito
> el 28 de agosto de 2013 entre el BANCO y la AUTORIDAD."

**SEGUNDO:** El Director Ejecutivo de la AUTORIDAD y el Secretario del
Departamento de Transportación y Obras Públicas deberán efectuar una presentación a
la Junta de Directores del BANCO sobre las finanzas de la AUTORIDAD y el progreso
de la implementación de sus planes a mediano y largo plazo para atender de manera
expedita y efectiva la situación fiscal de la AUTORIDAD, más allá de los nuevos
ingresos ya legislados.  Esta presentación deberá efectuarse previo a que el BANCO
desembolse cualquier fondo disponible bajo la LÍNEA DE CRÉDITO.

**TERCERO:**  En esta misma fecha, la AUTORIDAD suscribe y otorga un
documento titulado TERCERA ENMIENDA A PAGARÉ ("ALLONGE").  Este
ALLONGE se hará formar parte del PAGARÉ original suscrito por la AUTORIDAD,
con el propósito de incorporar los acuerdos y enmiendas aquí consignadas.

**CUARTO:** La AUTORIDAD reconoce, conviene y acepta pagar al BANCO la
cantidad de Diecinueve Mil Setecientos Treinta Dólares ($19,730.00) por servicios de

31272

5

asesoría financiera correspondientes a esta transacción y según la política vigente del BANCO.

**QUINTO:** Esta SEXTA ENMIENDA A CONTRATO DE PRÉSTAMO y su ALLONGE no constituyen una novación de las obligaciones de la AUTORIDAD bajo el CONTRATO DE PRÉSTAMO y PAGARÉ, según enmendados. Todos los demás términos y condiciones y del CONTRATO DE PRÉSTAMO y el PAGARÉ que no contravengan lo aquí acordado, permanecerán inalteradas y en pleno vigor.

**SEXTO:** El Presidente del BANCO, el Vicepresidente Ejecutivo de Financiamiento o cualquier otro vicepresidente ejecutivo, podrá canalizar los recursos e ingresos de la AUTORIDAD correspondientes a las Leyes 30 y 31 del 25 de junio de 2013 para el repago de los financiamientos vigentes y cualquiera otras cantidades que el BANCO cobre por concepto de obligaciones pendientes de la AUTORIDAD.

**SÉPTIMO:** Esta SEXTA ENMIENDA A CONTRATO DE PRÉSTAMO se suscribe de conformidad con la Resolución 10554 adoptada por la Junta de Directores del BANCO el 17 de diciembre de 2014, la cual se aprobó como una declaración de intención bajo la Sección 1.150-2 de la regulación del Departamento del Tesoro Federal (*U.S. Treasury Department Regulation Section 1.150-2*).

**[FIRMAS EN LA SIGUIENTE PÁGINA]**



31272

6

**EN TESTIMONIO DE LO CUAL,** las partes comparecientes otorgan esta

SEXTA ENMIENDA A CONTRATO DE PRÉSTAMO en San Juan, Puerto Rico, a 20

de mayo de 2015.

**BANCO GUBERNAMENTAL DE
FOMENTO PARA PUERTO RICO**

**AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN DE PUERTO RICO**

Jorge A. Clivillés Díaz
Vicepresidente Ejecutivo y
  Agente Fiscal

Carmen A. Villar-Prados
Directora Ejecutiva

Testimonio 733

Reconocido y suscrito ante mí por Carmen A. Villar-Prados mayor de edad, casada, ingeniera y vecina de Guaynabo, Puerto Rico, en su carácter como Directora Ejecutiva de la Autoridad de Carreteras y Transportación de Puerto Rico y por Jorge A. Clivillés Díaz, mayor de edad, casado, ejecutivo y vecino de San Juan, Puerto Rico, en su carácter de Vicepresidente Ejecutivo y Agente Fiscal del Banco Gubernamental de Fomento para Puerto Rico, a quienes conozco personalmente.

En San Juan, Puerto Rico, a 20 de mayo de 2015.

Notario Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

31272