## CONTRATO DE PRÉSTAMO

DE LA PRIMERA PARTE: El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**, una institución bancaria organizada y existente a tenor con la Ley Núm. 17-1948, según enmendada, (el "BANCO"), representado en este acto por su Vicepresidente Ejecutivo de Financiamiento, José R. Otero Freiría, mayor de edad, casado y vecino de Dorado, Puerto Rico.

DE LA SEGUNDA PARTE: La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO**, una entidad jurídica, creada en virtud de la Ley Núm. 74-1965, (la "AUTORIDAD"), según enmendada, representada en este acto por Rubén A. Hernández Gregorat, Director Ejecutivo de la Autoridad y Secretario del Departamento de Transportación y Obras Públicas, mayor de edad, casado, y vecino de Guaynabo, Puerto Rico, según autorizado por la Resolución Núm. 2012-40 de fecha 6 de Septiembre de 2012 ~~octubre de 2011~~ emitida por el Secretario de Transportación y Obras Públicas de Puerto Rico.

### EXPONEN

POR CUÁNTO: LA AUTORIDAD solicitó una línea de crédito por hasta un máximo de $33,276,270 para continuar sus proyectos de mejoras capitales durante el primer semestre del Año Fiscal 2013.

**POR CUÁNTO**: El 15 de agosto de 2012 la Junta de Directores del BANCO aprobó la Resolución Núm. 9853 para conceder a la AUTORIDAD una línea de crédito no rotatoria por la cantidad de principal máxima de TREINTA Y TRES MILLONES NOVECIENTOS SESENTA MIL DÓLARES ($33,960,000), la cual incluye las suma de TREINTA Y TRES MILLONES DOSCIENTOS SETENTA Y SEIS MIL DOSCIENTOS

SETENTA Y DOS DÓLARES ($33,276,272) que la AUTORIDAD utilizará para continuar sus proyectos de mejoras capitales durante el primer semestre del Año Fiscal 2013, más SEISCIENTOS OCHENTA Y TRES MIL SETECIENTOS VEINTE Y OCHO DÓLARES ($683,728) que la AUTORIDAD utilizará para cubrir los cargos por asesoría financiera y la capitalización de intereses al vencimiento.

POR LO QUE, en consideración a los hechos afirmados anteriormente y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes acuerdan y convienen otorgar este Contrato de Préstamo.

## ARTÍCULO 1.

## PRÉSTAMO

**1.1   Línea de Crédito:**

Una vez se otorguen y suscriban los DOCUMENTOS LEGALES que se relacionan en el Artículo 4.1 de este CONTRATO DE PRÉSTAMO, el BANCO extenderá a la AUTORIDAD una LÍNEA DE CRÉDITO no rotatoria por la cantidad de principal máxima de TREINTA Y TRES MILLONES NOVECIENTOS SESENTA MIL DÓLARES ($33,960,000), la cual incluye las suma de TREINTA Y TRES MILLONES DOSCIENTOS SETENTA Y SEIS MIL DOSCIENTOS SETENTA Y DOS DÓLARES ($33,276,272) que la AUTORIDAD utilizará para continuar sus proyectos de mejoras capitales durante el primer semestre del Año Fiscal 2013, más SEISCIENTOS OCHENTA Y TRES MIL SETECIENTOS VEINTE Y OCHO DÓLARES ($683,728) que la AUTORIDAD utilizará para cubrir los cargos por asesoría financiera y la capitalización de intereses al vencimiento.

28910 v3

La LÍNEA DE CRÉDITO estará evidenciada por un (1) PAGARÉ por la suma de $33,960,000 suscrito por la AUTORIDAD en la misma fecha que suscriba este CONTRATO DE PRÉSTAMO y pagadero a la orden del BANCO.

1.2     **Tasa de Interés:**

La AUTORIDAD acuerda y conviene pagar intereses sobre el balance insoluto de principal de la Línea de Crédito, calculados sobre una base actual/360 días, a una tasa equivalente a la tasa *Prime Rate* más 150 puntos base, la cual nunca será menor de 6%, o la que el Presidente del BANCO o su representante autorizado determine, según el mercado de tasas de interés. Los intereses serán capitalizados al vencimiento. Si en la fecha de vencimiento de la obligación de repago la AUTORIDAD no ha pagado el balance insoluto del principal, la AUTORIDAD pagará intereses sobre dicha suma computados a base de 200 puntos base sobre la tasa que le aplicaría bajo este CONTRATO DE PRÉSTAMO. La AUTORIDAD autoriza al BANCO y le confiere poder, sin que se requiera notificación alguna, para aplicar el derecho a compensación (*"set-off"*) a las obligaciones que se originan en este CONTRATO DE PRÉSTAMO, realizando cualquier aplicación de pagos de cualquier suma de dinero perteneciente a la AUTORIDAD en poder del BANCO para el pago de la LÍNEA DE CRÉDITO e intereses acumulados, en caso de incumplimiento por la AUTORIDAD de sus obligaciones de pago bajo el CONTRATO DE PRÉSTAMO.

1.3     **Término y Fuente de Pago:**

La LÍNEA DE CRÉDITO será pagadera el 31 de enero de 2013. La fuente de pago será futuras emisiones de bonos y productos de futuras alianzas público privadas al igual que ingresos propios.

28910 v3

### 1.4 Desembolsos:

La AUTORIDAD deberá solicitar los desembolsos por escrito, con tres (3) días laborables de anticipación. La solicitud de desembolso incluirá un formulario de certificación (*notice of drawing*) igual al Anejo A de este Contrato, en el cual el Director Ejecutivo de la AUTORIDAD, o la persona que éste designe, certificará la necesidad de los fondos y la justificación para su uso. La AUTORIDAD deberá incluir, además, cualquier otra documentación que el BANCO a su entera discreción le solicite previo al desembolso, incluyendo, pero sin limitarse, a copias de facturas. Los desembolsos bajo este financiamiento están sujetos al cumplimiento de la AUTORIDAD con el Área de Agencia Fiscal para las condiciones estipuladas en el *Fiscal Oversight Agreement* (FOA) que la AUTORIDAD tenga vigente con el BANCO. La gerencia del BANCO asignará un auditor externo para verificar los gastos operacionales y autorizar los desembolsos, como condición para dichos desembolsos.

### 1.5 Cargos por Asesoría Financiera:

La AUTORIDAD acuerda y conviene pagar al BANCO los cargos por asesoría financiera que el BANCO disponga, según la política vigente del BANCO.

### ARTÍCULO 2.

### ACUERDOS AFIRMATIVOS

### 2.1 Otras Condiciones:

Este CONTRATO DE PRÉSTAMO se otorga como una declaración oficial de intención bajo la regulación del Departamento del Tesoro de los Estados Unidos, Sección 1.150-2.



28910 v3

**2.2** __Causa de Incumplimiento:__

La AUTORIDAD notificará al BANCO de cualquier condición, hecho o suceso que pueda constituir causa de incumplimiento o en virtud de cuya notificación o el mero transcurso del tiempo, o ambos, pueda constituir causa de incumplimiento, entregándole al BANCO una certificación suscrita por uno de sus oficiales, especificando la naturaleza de dicha causa, tiempo durante el cual ha existido, y qué curso de acción la AUTORIDAD se propone iniciar con relación a los mismos. Tal notificación deberá ser cursada al BANCO dentro de los diez (10) días siguientes a la ocurrencia del incumplimiento.

**2.3** __Pago de Gestiones Extrajudiciales de Cobro, Honorarios, Gastos, etc.:__

A requerimiento del BANCO, la AUTORIDAD deberá reembolsar prontamente al BANCO el pago de las costas, gastos y honorarios de abogados incurridos por el BANCO en gestiones extrajudiciales de cobro de cualquier plazo en mora en relación con la LÍNEA DE CRÉDITO adeudada por la AUTORIDAD. La omisión de la AUTORIDAD de reembolsar dichas costas, gastos y honorarios de abogados constituirá causa de incumplimiento en la LÍNEA DE CRÉDITO.

Dichas costas, gastos y honorarios de abogados incurridos por el BANCO de conformidad con las disposiciones de este CONTRATO DE PRÉSTAMO serán reembolsados por la AUTORIDAD de inmediato al serle requeridos.

**2.4** __Incumplimiento bajo los Documentos Legales:__

La AUTORIDAD conviene que cualquier incumplimiento de los términos del PAGARÉ y/o la carta de compromiso, será considerado simultáneamente incumplimiento con este CONTRATO DE PRÉSTAMO y viceversa, y de ocurrir el

28910 v3

mismo el BANCO tendrá inmediatamente el derecho de ejecutar cualesquiera de los derechos y privilegios que puedan conferir cualquiera de los DOCUMENTOS LEGALES.

2.5 **Autorización para Tomar Prestado:**

La AUTORIDAD ha tomado las medidas apropiadas y necesarias, oficiales o de otro tipo, para autorizar el otorgamiento y entrega de los DOCUMENTOS LEGALES sin limitación alguna.

## ARTÍCULO 3.

## INCUMPLIMIENTOS

3.1 Causas de Incumplimiento:

Cada una de las siguientes constituirá una causa de incumplimiento bajo los términos de este CONTRATO DE PRÉSTAMO:

3.1.1 si cualquier representación dada o extendida por la AUTORIDAD al BANCO en cualquiera de los trámites y DOCUMENTOS LEGALES, o si cualquier informe, garantía o certificado financiero o de otra índole provisto al BANCO en relación con este CONTRATO DE PRÉSTAMO resultare falso o engañoso;

3.1.2 la falta de pago de principal e intereses y sus penalidades, si alguna, de la LÍNEA DE CRÉDITO a su fecha de vencimiento de acuerdo con los términos de cualquiera de los DOCUMENTOS LEGALES;

3.1.3 el incumplimiento o violación por la AUTORIDAD de cualquiera de los términos, cláusulas y condiciones pactadas con el BANCO en los Artículos 1 y 2 de este CONTRATO DE PRÉSTAMO; o

28910 v3

3.1.4 la omisión por la AUTORIDAD de remediar o subsanar dentro de un plazo de treinta (30) días de su ocurrencia, sin notificación previa escrita por parte del BANCO, cualquier incumplimiento a los términos, cláusulas y condiciones de este CONTRATO DE PRÉSTAMO. Esto no aplica a los términos y condiciones relacionadas con las obligaciones de pago de la LÍNEA DE CRÉDITO, ya que la AUTORIDAD deberá cumplir estrictamente con dicho pago a su vencimiento.

3.2 **Remedios:**

Ante la ocurrencia de cualquiera de las causas de incumplimiento enumeradas en el Artículo 3.1 de este CONTRATO DE PRÉSTAMO, y si dicho incumplimiento no es subsanado o remediado según dispuesto, sin que sea necesario que medie notificación alguna del incumplimiento, a cuyos derechos la AUTORIDAD mediante el presente otorgamiento renuncia, el BANCO podrá:

3.2.1 proceder a reclamar el pago del balance insoluto de la LÍNEA DE CRÉDITO;

3.2.2 radicar un procedimiento judicial solicitando el cumplimiento específico de cualquier término, cláusula o condición de cualquiera de los DOCUMENTOS LEGALES, o un entredicho ("injunction") provisional o permanente para impedir que la AUTORIDAD viole cualquiera de dichos términos, cláusulas y condiciones; o

3.2.3 ejercitar cualquier otro remedio a que tenga derecho bajo las leyes del Estado Libre Asociado de Puerto Rico.

28910 v3

## ARTÍCULO 4.

## DISPOSICIONES MISCELÁNEAS

4.1   **Documentos Legales:**

Según utilizado en este CONTRATO DE PRÉSTAMO, el término DOCUMENTOS LEGALES significa:

1. PAGARÉ

2. CONTRATO DE PRÉSTAMO

4.2   **Renuncias, Alivios, Prórrogas, Tolerancias y Remedios Adicionales:**

Ninguna dilación o demora por parte del BANCO o de cualquier tenedor o dueño del PAGARÉ en el ejercicio de cualquier derecho, facultad o remedio que pueda tener conforme a los términos de cualquiera de los DOCUMENTOS LEGALES se considerará como una renuncia, limitación o disminución de los mismos, como tampoco el ejercicio parcial o exclusivo de cualquiera de los mismos será óbice para que subsiguientemente sean ejercitados en su totalidad, incluyendo, pero sin limitarse a ello, el derecho de compensación.  Los remedios a favor del BANCO dispuestos en los DOCUMENTOS LEGALES se considerarán adicionales a, y no excluyentes de, cualquier otro remedio contemplado en ley.  Para que todo alivio, prórroga o tolerancia extendida por el BANCO a la AUTORIDAD, o cualquier enmienda a este CONTRATO DE PRRÉSTAMO, sea efectiva, deberá constar por escrito suscrito por un oficial autorizado del BANCO, que especificará el alcance del alivio, prórroga, tolerancia o enmienda concedida.   Todo alivio, prórroga, tolerancia o enmienda concedida será válida únicamente para la ocurrencia o eventualidad para la cual se concedió.



28910 v3

**4.3     Direcciones para Notificaciones, etc.:**

Toda notificación, reclamo, directriz o cualquier comunicación dispuesta por los

DOCUMENTOS LEGALES constará por escrito y deberá ser entregada personalmente o

enviada por fax o por correo, a las siguientes direcciones:

A LA  **"AUTORIDAD":**

Autoridad de Carreteras y Transportación
Departamento de Transportación y Obras Públicas
P.O. Box 42007
San Juan, Puerto Rico 00940-2007
(787) 721-8787

Atención:  Director Ejecutivo

AL **"BANCO":**

Banco Gubernamental de Fomento para Puerto Rico
P.O. Box 42001
San Juan, Puerto Rico  00940-2001
Fax:  (787) 721-1443

Atención:  Presidente



o a cualquier otra dirección que las partes señalen mediante notificación escrita cursada

conforme a lo dispuesto en este Artículo.  Éstas se considerarán perfeccionadas una vez

las mismas se depositen debidamente franqueadas en el correo y sean cursadas a las

direcciones mencionadas.

**4.4     Sucesores y Causahabientes:**

Los pactos y cláusulas aquí contenidas obligarán y beneficiarán a las partes y a

sus respectivos causahabientes, albaceas, administradores, sucesores y cesionarios.

**4.5     Renuncias por la AUTORIDAD a Presentación, Protesto, etc.:**

La AUTORIDAD renuncia a toda notificación de aceptación o demanda o

requerimiento a la realización de cualquier condición precedente por parte del BANCO,

28910 v3

y así mismo renuncia a los derechos de presentación, protesto, notificación de protesto, requerimiento de pago, notificación de incumplimiento o falta de pago, relevo, compromiso, compensación, transacción, prórroga, renovación o extensión de cualquier derecho contractual o instrumento legal y, en general, a toda otra formalidad legal.

EN TESTIMONIO DE LO CUAL, las partes comparecientes otorgan este CONTRATO DE PRÉSTAMO, en San Juan, Puerto Rico, hoy 12 de septiembre de 2012.

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**

Jose R. Otero Freiría
Vicepresidente Ejecutivo

**AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO**

Rubén Hernández Gregorat
Director Ejecutivo
Secretario, Departamento de Transportación
y Obras Públicas de Puerto Rico

Testimonio 702A

Reconocido y suscrito ante mí por Rubén Hernández Gregorat, mayor de edad, casado, ejecutivo y vecino de San Juan, Puerto Rico, en su carácter de Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, y Secretario del Departamento de Trasportación y Obras Publicas de Puerto Rico, a quien conozco personalmente. Se aclara que el compareciente es residente de Guaynabo, Puerto Rico.

En San Juan, Puerto Rico, a 6 de septiembre de 2012.

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

María de Lourdes Rodríguez
Notario Público

Testimonio 704

Reconocido y suscrito ante mí por Jose R. Otero Freiría, mayor de edad, casado, y vecino de Dorado, Puerto Rico, en su carácter de Vicepresidente Ejecutivo de Financiamiento del Banco Gubernamental de Fomento para Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a 12 de septiembre de 2012.

María de Lourdes Rody
Notario Público

28910 v3

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

## PRIMERA ENMIENDA A CONTRATO DE PRÉSTAMO

### COMPARECEN

**DE LA PRIMERA PARTE**: El BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO, una institución bancaria organizada y existente a tenor con la Ley Núm. 17, aprobada el 23 de septiembre de 1948, según enmendada, (el "BANCO"), representado en este acto por Ian J. Figueroa Toro, Vicepresidente Ejecutivo y Director de Financiamiento, mayor de edad, casado, ejecutivo y residente de San Juan, Puerto Rico.

**DE LA SEGUNDA PARTE**: La AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO, una entidad jurídica creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, según enmendada, (la "AUTORIDAD") representada en este acto por Javier E. Ramos Hernández, Director Ejecutivo de la AUTORIDAD, mayor de edad, casado, ingeniero y vecino de Bayamón, Puerto Rico.



A menos que un término escrito en letras mayúsculas sea definido de otra forma en esta PRIMERA ENMIENDA AL CONTRATO DE PRÉSTAMO, el mismo tendrá el significado adscrito en el CONTRATO DE PRÉSTAMO según se define más adelante.

### EXPONEN

**POR CUANTO**: El 15 de agosto de 2012, la Junta de Directores del BANCO aprobó la Resolución Núm. 9853 para conceder a la AUTORIDAD una línea de crédito no rotatoria por la cantidad máxima de TREINTA Y TRES MILLONES NOVECIENTOS SESENTA MIL DÓLARES ($33,960,000) para continuar sus proyectos de mejoras capitales durante el primer semestre del Año Fiscal 2013, así como cubrir los cargos por asesoría financiera y la capitalización de intereses al vencimiento.

29244

**POR CUANTO**: De conformidad con lo anterior, la AUTORIDAD y el BANCO suscribieron un Contrato de Préstamo (el "CONTRATO DE PRÉSTAMO"), efectivo al 12 de septiembre de 2012, mediante el cual se concedió a la AUTORIDAD una LÍNEA DE CRÉDITO no rotativa por la suma máxima de TREINTA Y TRES MILLONES NOVECIENTOS SESENTA MIL DÓLARES ($33,960,000), la cual incluyó $33,276,272 para continuar con los proyectos de mejoras capitales durante el primer semestre del Año Fiscal 2013 y $683,728 para cubrir los cargos por asesoría financiera y la capitalización de intereses al vencimiento. En la misma fecha de otorgamiento del CONTRATO DE PRÉSTAMO, la AUTORIDAD suscribió un PAGARÉ por la suma de TREINTA Y TRES MILLONES NOVECIENTOS SESENTA MIL DÓLARES ($33,960,000) a la orden del BANCO y con vencimiento el 31 de enero de 2013.

**POR CUANTO**: Al 31 de diciembre de 2012, el balance de principal de la LÍNEA DE CRÉDITO asciende a $1,136,317.65 con intereses acumulados por la cantidad de $1,466.32.



**POR CUANTO**: La gerencia del BANCO ha recomendado enmendar la LÍNEA DE CRÉDITO con el propósito de extender el vencimiento y el repago de intereses acumulados hasta el 31 de enero de 2014.

**POR CUANTO**: La Junta de Directores del BANCO ha autorizado mediante la Resolución Núm. 9957 adoptada en reunión celebrada el 17 de enero de 2013, enmendar el CONTRATO DE PRÉSTAMO a los fines de extender la fecha de vencimiento hasta el 31 de enero de 2014 y establecer el pago de honorarios por asesoría financiera, entre otros términos y condiciones.

29244

**POR CUANTO:** De conformidad con la Resolución Núm. 2013-10 emitida el 31 de enero de 2013 por Miguel A. Torres Días, Secretario del Departamento de Transportación y Obras Públicas del Puerto Rico, la AUTORIDAD ha aceptado los términos y condiciones establecidos por el BANCO para la presente enmienda.

**POR LO TANTO,** en consideración a los hechos afirmados anteriormente, y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes:

### ACUERDAN Y CONVIENEN

**PRIMERO:** Se enmienda la primera oración de la Sección 1.3 del Artículo 1 del CONTRATO DE PRÉSTAMO para que lea como sigue:

> "La LÍNEA DE CRÉDITO más los intereses capitalizados serán pagaderos el 31 de enero de 2014."



**SEGUNDO:** La AUTORIDAD reconoce, conviene y acepta pagar al BANCO honorarios por servicios de asesoría financiera igual a una veinticincoava (1/25) parte del uno por ciento (1%), para un total de Trece Mil Quinientos Ochenta y Cuatro Dólares ($13,584) correspondientes a esta transacción y según la política vigente del BANCO.

**TERCERO:** En esta misma fecha, la AUTORIDAD suscribe y otorga un documento titulado PRIMERA ENMIENDA A PAGARÉ ("ALLONGE"). Este ALLONGE se hará formar parte del PAGARÉ original suscrito por la AUTORIDAD, con el propósito de incorporar los acuerdos y enmiendas aquí consignadas.

29244

**CUARTO:** Esta PRIMERA ENMIENDA AL CONTRATO DE PRÉSTAMO y su ALLONGE no constituyen una novación de las obligaciones de la AUTORIDAD bajo el CONTRATO DE PRÉSTAMO y PAGARÉ, según aquí enmendados. Todos los demás términos y condiciones y del CONTRATO DE PRÉSTAMO y el PAGARÉ que no contravengan lo aquí acordado, permanecerán inalteradas y en pleno vigor.

**QUINTO:** Esta PRIMERA ENMIENDA AL CONTRATO DE PRÉSTAMO se suscribe de conformidad con la Resolución 9957 adoptada por la Junta de Directores del BANCO el 17 de enero de 2013, la cual se aprobó como una declaración de intención bajo la Sección 1.150-2 de la regulación del Departamento del Tesoro Federal (*U.S. Treasury Department Regulation Section 1.150-2*).

**[FIRMAS A CONTINUACIÓN]**

29244

EN TESTIMONIO DE LO CUAL, las partes comparecientes otorgan esta

PRIMERA ENMIENDA A CONTRATO DE PRÉSTAMO en San Juan, Puerto Rico,

a _13_ de marzo de 2013.

**BANCO GUBERNAMENTAL DE**
**FOMENTO PARA PUERTO RICO**

**AUTORIDAD DE CARRETERAS Y**
**TRANSPORTACIÓN DE PUERTO RICO**

Ian J. Figueroa Toro
Vicepresidente Ejecutivo
y Director de Finanzas

Javier E. Ramos Hernández
Director Ejecutivo

Testimonio 782

    Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad, casado, ingeniero y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente.



En San Juan, Puerto Rico, a _13_ de marzo de 2013.

Notaria Público

Testimonio 784

    Reconocido y suscrito ante mí por Ian J. Figueroa Toro, mayor de edad, casado y vecino de San Juan, Puerto Rico, en su carácter de Vicepresidente Ejecutivo y Director de Financiamiento del Banco Gubernamental de Fomento para Puerto Rico, a quien conozco personalmente.

    En San Juan, Puerto Rico, a _13_ de marzo de 2013.

Notaria Público

29244

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

## SEGUNDA ENMIENDA A CONTRATO DE PRÉSTAMO

### COMPARECEN

**DE LA PRIMERA PARTE**: El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**, una institución bancaria organizada y existente a tenor con la Ley Núm. 17, aprobada el 23 de septiembre de 1948, según enmendada (el "BANCO"), representado en este acto por José Pagán Beauchamp, Presidente Interino, mayor de edad, casado y residente de Guaynabo, Puerto Rico.

**DE LA SEGUNDA PARTE**: La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO**, una entidad jurídica creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, según enmendada (la "AUTORIDAD"), representada en este acto por Javier E. Ramos Hernández, Director Ejecutivo, mayor de edad, casado y vecino de Bayamón, Puerto Rico.

A menos que un término escrito en letras mayúsculas sea definido de otra forma en esta Segunda Enmienda a Contrato de Préstamo (la "SEGUNDA ENMIENDA AL CONTRATO DE PRÉSTAMO"), el mismo tendrá el significado adscrito en el CONTRATO DE PRÉSTAMO según se define más adelante.

### EXPONEN

**POR CUANTO**: El 15 de agosto de 2012, la Junta de Directores del BANCO aprobó la Resolución Núm. 9853 para conceder a la AUTORIDAD una línea de crédito no rotatoria por la cantidad máxima de TREINTA Y TRES MILLONES NOVECIENTOS SESENTA MIL DÓLARES ($33,960,000) para continuar sus proyectos de mejoras

29780

capitales durante el primer semestre del Año Fiscal 2013, así como cubrir los cargos por asesoría financiera y la capitalización de intereses al vencimiento.

POR CUANTO: De conformidad con lo anterior, la AUTORIDAD y el BANCO suscribieron un Contrato de Préstamo (el "CONTRATO DE PRÉSTAMO"), efectivo al 12 de septiembre de 2012, mediante el cual se concedió a la AUTORIDAD una LÍNEA DE CRÉDITO no rotativa por la suma máxima de $33,960,000, la cual incluyó $33,276,272 para continuar con los proyectos de mejoras capitales durante el primer semestre del Año Fiscal 2013 y $683,728 para cubrir los cargos por asesoría financiera y la capitalización de intereses al vencimiento. En la misma fecha de otorgamiento del CONTRATO DE PRÉSTAMO, la AUTORIDAD suscribió un PAGARÉ por la suma de $33,960,000 a la orden del BANCO y con vencimiento el 31 de enero de 2013.

POR CUANTO: El 13 de marzo de 2013, el BANCO y la AUTORIDAD suscribieron una Primera Enmienda a Contrato de Préstamo a los fines de extender el vencimiento y el repago de intereses acumulados hasta el 31 de enero de 2014. En esa misma fecha, la AUTORIDAD suscribió una Primera Enmienda a Pagaré ("Allonge") para incorporar dichas enmiendas.

POR CUANTO: Durante el mes de diciembre de 2012, la AUTORIDAD y Société Générale efectuaron dos transacciones que generaron la cantidad de $23,423,637.50, la cual tiene que ser utilizada para cubrir costos de proyectos de mejoras capitales de la AUTORIDAD.

POR CUANTO: En vista de lo anterior, la gerencia del BANCO ha recomendado reducir el financiamiento provisto a la AUTORIDAD por una cantidad

29780

de $23,423,637.50 y enmendar la LÍNEA DE CRÉDITO con el propósito de establecer que la cantidad máxima autorizada para la misma sea de $10,536,362.50.

**POR CUANTO**: Al 10 de junio de 2013, el balance de principal de la LÍNEA DE CRÉDITO asciende a $4,459,780.91 con intereses acumulados por la cantidad de $59,207.99.

**POR CUANTO**: La Junta de Directores del BANCO ha autorizado mediante la Resolución Núm. 10077 adoptada en reunión celebrada el 19 de junio de 2013, enmendar el CONTRATO DE PRÉSTAMO a los fines de reducir la cantidad máxima autorizada para la LÍNEA DE CRÉDITO y establecer que la cantidad máxima autorizada bajo la misma será de $10,536,362.50, entre otros términos y condiciones.

**POR CUANTO**: De conformidad con la Resolución Núm. 2013-35 emitida el 16 de agosto de 2013 por la Junta de Directores de la AUTORIDAD, la AUTORIDAD ha aceptado los términos y condiciones establecidos por el BANCO para la presente enmienda.

**POR LO TANTO**, en consideración a los hechos afirmados anteriormente, y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes:

### ACUERDAN Y CONVIENEN

**PRIMERO**: Se enmienda la Sección 1.1 del Artículo 1 del CONTRATO DE PRÉSTAMO para que disponga como sigue:

> "Una vez se otorguen y suscriban los DOCUMENTOS LEGALES que se relacionan en el Artículo 4.1 de este CONTRATO DE PRÉSTAMO, el BANCO extenderá a la AUTORIDAD una LÍNEA DE CRÉDITO no

29780

rotatoria por la cantidad de principal máxima de DIEZ MILLONES QUINIENTOS TREINTA Y SEIS MIL TRESCIENTOS SESENTA Y DOS DÓLARES CON CINCUENTA CENTAVOS ($10,536,362.50), la cual incluye las sumas de NUEVE MILLONES OCHOCIENTOS SESENTA Y NUEVE MIL SEISCIENTOS SEIS DÓLARES CON UN CENTAVO ($9,869,606.01) que la AUTORIDAD utilizará para continuar sus proyectos de mejoras capitales durante el primer semestre del Año Fiscal 2013, más SEISCIENTOS SESENTA Y SEIS MIL SETECIENTOS CINCUENTA Y SEIS DÓLARES CON CUARENTA Y NUEVE CENTAVOS ($666,756.49) que la AUTORIDAD utilizará para cubrir los cargos por asesoría financiera y la capitalización de intereses al vencimiento.

La LÍNEA DE CRÉDITO estará evidenciada por un PAGARÉ por la suma de DIEZ MILLONES QUINIENTOS TREINTA Y SEIS MIL TRESCIENTOS SESENTA Y DOS DÓLARES CON CINCUENTA CENTAVOS ($10,536,362.50) suscrito por la AUTORIDAD en la misma fecha que suscriba este CONTRATO DE PRÉSTAMO y pagadero a la orden del BANCO."

**SEGUNDO:** En esta misma fecha, la AUTORIDAD suscribe y otorga un documento titulado SEGUNDA ENMIENDA A PAGARÉ ("ALLONGE"). Este ALLONGE se hará formar parte del PAGARÉ original suscrito por la AUTORIDAD, con el propósito de incorporar los acuerdos y enmiendas aquí consignadas.

**TERCERO:** Esta SEGUNDA ENMIENDA AL CONTRATO DE PRÉSTAMO y su ALLONGE no constituyen una novación de las obligaciones de la AUTORIDAD bajo el CONTRATO DE PRÉSTAMO y PAGARÉ, según aquí enmendados. Todos los demás términos y condiciones y del CONTRATO DE PRÉSTAMO y el PAGARÉ que no contravengan lo aquí acordado, permanecerán inalteradas y en pleno vigor.

**[FIRMAS EN LA SIGUIENTE PÁGINA]**

29780

**EN TESTIMONIO DE LO CUAL**, las partes comparecientes otorgan esta **SEGUNDA ENMIENDA A CONTRATO DE PRÉSTAMO** en San Juan, Puerto Rico, a *10* de septiembre de 2013.

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**

**AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO**

_____
José Pagán Beauchamp
Presidente Interino

_____
Javier E. Ramos Hernández
Director Ejecutivo

Testimonio *881*

Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad, casado y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente. En San Juan, Puerto Rico, a *10* de septiembre de 2013.

_____
Notaria Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

Testimonio *883*

Reconocido y suscrito ante mí por José Pagán Beauchamp, mayor de edad, casado y vecino de Guaynabo, Puerto Rico, en su carácter de Presidente Interino del Banco Gubernamental de Fomento para Puerto Rico, a quien conozco personalmente. En San Juan, Puerto Rico, a *10* de septiembre de 2013.

_____
Notaria Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

29780

## TERCERA ENMIENDA A CONTRATO DE PRÉSTAMO

## COMPARECEN

**DE LA PRIMERA PARTE**: El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**, una institución bancaria organizada y existente a tenor con la Ley Núm. 17, aprobada el 23 de septiembre de 1948, según enmendada (el "BANCO"), representado en este acto por Jorge A. Clivillés Díaz, Vicepresidente Ejecutivo y Agente Fiscal, mayor de edad, casado y residente de San Juan, Puerto Rico.

**DE LA SEGUNDA PARTE**: La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO**, una entidad jurídica creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, según enmendada (la "AUTORIDAD"), representada en este acto por Javier E. Ramos Hernández, Director Ejecutivo, mayor de edad, casado y vecino de Bayamón, Puerto Rico.

A menos que un término escrito en letras mayúsculas sea definido de otra forma en esta Tercera Enmienda a Contrato de Préstamo (la "TERCERA ENMIENDA AL CONTRATO DE PRÉSTAMO"), el mismo tendrá el significado adscrito en el CONTRATO DE PRÉSTAMO, según enmendado y definido más adelante.

## EXPONEN

**POR CUANTO**: El 15 de agosto de 2012, la Junta de Directores del BANCO aprobó la Resolución Núm. 9853 para conceder a la AUTORIDAD una línea de crédito no rotatoria por la cantidad máxima de $33,960,000 para continuar sus proyectos de mejoras capitales durante el primer semestre del Año Fiscal 2013, así como cubrir los cargos por asesoría financiera y la capitalización de intereses al vencimiento.

30198

**POR CUANTO**: De conformidad con lo anterior, la AUTORIDAD y el BANCO suscribieron un Contrato de Préstamo (el "CONTRATO DE PRÉSTAMO"), efectivo al 12 de septiembre de 2012, mediante el cual se concedió a la AUTORIDAD una LÍNEA DE CRÉDITO no rotativa por la suma máxima de $33,960,000, la cual incluyó $33,276,272 para continuar con los proyectos de mejoras capitales durante el primer semestre del Año Fiscal 2013 y $683,728 para cubrir los cargos por asesoría financiera y la capitalización de intereses al vencimiento.  En la misma fecha de otorgamiento del CONTRATO DE PRÉSTAMO, la AUTORIDAD suscribió un PAGARÉ por la suma de $33,960,000 a la orden del BANCO y con vencimiento el 31 de enero de 2013.

**POR CUANTO**: El 13 de marzo de 2013, el BANCO y la AUTORIDAD suscribieron una Primera Enmienda a Contrato de Préstamo a los fines de extender el vencimiento y el repago de intereses acumulados hasta el 31 de enero de 2014.  En esa misma fecha, la AUTORIDAD suscribió una Primera Enmienda a Pagaré ("Allonge") para incorporar dichas enmiendas.

**POR CUANTO**:  Durante el mes de diciembre de 2012, la AUTORIDAD y *Société Générale* efectuaron dos transacciones que generaron la cantidad de $23,423,637.50 a utilizarse sólo para cubrir costos de proyectos de mejoras capitales de la AUTORIDAD.

**POR CUANTO**: En vista de lo anterior, el 10 de septiembre de 2013, el BANCO y la AUTORIDAD suscribieron una Segunda Enmienda a Contrato de Préstamo para reducir el financiamiento provisto a la AUTORIDAD por una cantidad de $23,423,637.50 y enmendar la LÍNEA DE CRÉDITO con el propósito de

30198

establecer la cantidad máxima autorizada en $10,536,362.50. En esa misma fecha, la AUTORIDAD suscribió una Segunda Enmienda a Pagaré ("Allonge") para incorporar dichas enmiendas.

**POR CUANTO**: Al 31 de octubre de 2013, el balance de principal de la LÍNEA DE CRÉDITO asciende a $7,898,217.35 con intereses acumulados por la cantidad de $213,557.40.

**POR CUANTO**: La AUTORIDAD ha solicitado, y la gerencia del BANCO ha recomendado, enmendar la LÍNEA DE CRÉDITO con el propósito de extender el vencimiento de la misma hasta el 31 de enero de 2015.

**POR CUANTO**: La Junta de Directores del BANCO ha autorizado mediante la Resolución Núm. 10197 adoptada en reunión celebrada el 20 de noviembre de 2013, enmendar el CONTRATO DE PRÉSTAMO a los fines de extender la fecha de vencimiento hasta el 31 de enero de 2015 y requerir el pago de honorarios por asesoría financiera, entre otros términos y condiciones.

**POR CUANTO**: De conformidad con la Resolución Núm. 2014-04 emitida el 30 de enero de 2014 por la Junta de Directores de la AUTORIDAD, la AUTORIDAD ha aceptado los términos y condiciones establecidos por el BANCO para la presente enmienda.

**POR LO TANTO**, en consideración a los hechos afirmados anteriormente, y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes:

30198

## ACUERDAN Y CONVIENEN

**PRIMERO:** Se enmienda la primera oración de la Sección 1.3 del Artículo 1 del CONTRATO DE PRÉSTAMO, según enmendado, para que lea como sigue:

"La LÍNEA DE CRÉDITO más los intereses capitalizados serán pagaderos el 31 de enero de 2015."

**SEGUNDO:** La AUTORIDAD reconoce, conviene y acepta pagar al BANCO honorarios por servicios de asesoría financiera igual a una veinticincoava (1/25) parte del uno por ciento (1%), para un total de Cuatro Mil Doscientos Catorce Dólares con Cincuenta y Cinco Centavos ($4,214.55) correspondientes a esta transacción y según la política vigente del BANCO.

**TERCERO:** En esta misma fecha, la AUTORIDAD suscribe y otorga un documento titulado TERCERA ENMIENDA A PAGARÉ ("ALLONGE"). Este ALLONGE se hará formar parte del PAGARÉ original suscrito por la AUTORIDAD, según enmendado, con el propósito de incorporar los acuerdos y enmiendas aquí consignadas.

**CUARTO:** Esta TERCERA ENMIENDA AL CONTRATO DE PRÉSTAMO y su ALLONGE no constituyen una novación de las obligaciones de la AUTORIDAD bajo el CONTRATO DE PRÉSTAMO y PAGARÉ, según enmendados. Todos los demás términos y condiciones del  CONTRATO DE PRÉSTAMO y el PAGARÉ, según enmendados, que no contravengan lo aquí acordado, permanecerán inalteradas y en pleno vigor.

30198

**QUINTO**: Esta TERCERA ENMIENDA AL CONTRATO DE PRÉSTAMO se suscribe de conformidad con la Resolución 10197 adoptada por la Junta de Directores del BANCO el 20 de noviembre de 2013, la cual se aprobó como una declaración de intención bajo la Sección 1.150-2 de la regulación del Departamento del Tesoro Federal (*U.S. Treasury Department Regulation Section 1.150-2*).

**[FIRMAS EN LA SIGUIENTE PÁGINA]**

30198

**EN TESTIMONIO DE LO CUAL**, las partes comparecientes otorgan esta

**TERCERA ENMIENDA A CONTRATO DE PRÉSTAMO** en San Juan, Puerto Rico,

a _31_ de enero de 2014.

**BANCO GUBERNAMENTAL DE**     **AUTORIDAD DE CARRETERAS Y**
**FOMENTO PARA PUERTO RICO**     **TRANSPORTACIÓN DE PUERTO RICO**

_____     _____
Jorge A. Clivillés Díaz                Javier E. Ramos Hernández
Vicepresidente Ejecutivo            Director Ejecutivo
y Agente Fiscal

Testimonio _907_

     Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad,
casado y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la
Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco
personalmente. En San Juan, Puerto Rico, a _31_ de enero de 2014.

_____
Notaria Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

Testimonio _909_

     Reconocido y suscrito ante mí por Jorge A. Clivillés Díaz, mayor de edad,
casado y vecino de San Juan, Puerto Rico, en su carácter de Vicepresidente Ejecutivo
y Agente Fiscal del Banco Gubernamental de Fomento para Puerto Rico, a quien
conozco personalmente. En San Juan, Puerto Rico, a _31_ de enero de 2014.

_____
Notaria Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

30198

## CUARTA ENMIENDA A CONTRATO DE PRÉSTAMO

### COMPARECEN

**DE LA PRIMERA PARTE:** El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO,** una corporación pública e instrumentalidad del Estado Libre Asociado de Puerto Rico creada en virtud de la Ley Núm. 17, aprobada el 23 de septiembre de 1948, según enmendada (el "BANCO"), representado en este acto por Jorge A. Clivillés Díaz, Vicepresidente Ejecutivo y Agente Fiscal, mayor de edad, casado y residente de San Juan, Puerto Rico.

**DE LA SEGUNDA PARTE:** La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO,** una corporación pública e instrumentalidad del Estado Libre Asociado de Puerto Rico creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, según enmendada (la "AUTORIDAD"), representada en este acto por Carmen A. Villar Prados, Directora Ejecutiva, mayor de edad, casada y vecina de Guaynabo, Puerto Rico.

A menos que un término escrito en letras mayúsculas sea definido de otra forma en esta Cuarta Enmienda a Contrato de Préstamo (la "CUARTA ENMIENDA AL CONTRATO DE PRÉSTAMO"), el mismo tendrá el significado adscrito en el CONTRATO DE PRÉSTAMO, según enmendado y definido más adelante.

### EXPONEN

**POR CUANTO:** El 15 de agosto de 2012, la Junta de Directores del BANCO aprobó la Resolución Núm. 9853 para conceder a la AUTORIDAD una línea de crédito no rotatoria por la cantidad máxima de $33,960,000 para continuar sus proyectos de



31267

2

mejoras capitales durante el primer semestre del Año Fiscal 2013, así como cubrir los cargos por asesoría financiera y la capitalización de intereses al vencimiento.

POR CUANTO: De conformidad con lo anterior, la AUTORIDAD y el BANCO suscribieron un Contrato de Préstamo (el "CONTRATO DE PRÉSTAMO"), efectivo al 12 de septiembre de 2012, concediendo a la AUTORIDAD una LÍNEA DE CRÉDITO no rotativa por la suma máxima de $33,960,000, la cual incluyó $33,276,272 para continuar con los proyectos de mejoras capitales durante el primer semestre del Año Fiscal 2013 y $683,728 para cubrir los cargos por asesoría financiera y la capitalización de intereses al vencimiento.  En la misma fecha de otorgamiento del CONTRATO DE PRÉSTAMO, la AUTORIDAD suscribió un PAGARÉ por la suma de $33,960,000 a la orden del BANCO y con vencimiento el 31 de enero de 2013.

POR CUANTO: El 13 de marzo de 2013, el BANCO y la AUTORIDAD suscribieron una Primera Enmienda a Contrato de Préstamo a los fines de extender el vencimiento y el repago de intereses acumulados hasta el 31 de enero de 2014.  En esa misma fecha, la AUTORIDAD suscribió una Primera Enmienda a Pagaré ("Allonge") para incorporar dichas enmiendas.

POR CUANTO:  Durante el mes de diciembre de 2012, la AUTORIDAD y Société Générale efectuaron dos transacciones que generaron la cantidad de $23,423,637.50 a utilizarse sólo para cubrir costos de proyectos de mejoras capitales de la AUTORIDAD.

POR CUANTO: En vista de lo anterior, el 10 de septiembre de 2013, el BANCO y la AUTORIDAD suscribieron una Segunda Enmienda a Contrato de

31267

3

Préstamo para reducir el financiamiento provisto a la AUTORIDAD por una cantidad de $23,423,637.50 y enmendar la LÍNEA DE CRÉDITO con el propósito de establecer la cantidad máxima autorizada en $10,536,362.50. En esa misma fecha, la AUTORIDAD suscribió una Segunda Enmienda a Pagaré ("Allonge") para incorporar dichas enmiendas.

POR CUANTO: El 31 de enero de 2014, el BANCO y la AUTORIDAD suscribieron una Tercera Enmienda a Contrato de Préstamo a los fines de extender el vencimiento y el repago de intereses acumulados hasta el 31 de enero de 2015. En esa misma fecha, la AUTORIDAD suscribió una Tercera Enmienda a Pagaré ("Allonge") para incorporar dichas enmiendas.

POR CUANTO: Al 31 de diciembre de 2014, el balance de principal de la LÍNEA DE CRÉDITO asciende a $9,869,606.01 con intereses acumulados por la cantidad de $891,861.66.

POR CUANTO: La gerencia del BANCO ha recomendado enmendar la LÍNEA DE CRÉDITO con el propósito de extender el vencimiento de la misma hasta el 31 de enero de 2016.

POR CUANTO: La Junta de Directores del BANCO ha autorizado mediante la Resolución Núm. 10554 adoptada en reunión celebrada el 17 de diciembre de 2014 (la "Resolución 10554"), enmendar el CONTRATO DE PRÉSTAMO a los fines de extender la fecha de vencimiento hasta el 31 de enero de 2016 y requerir el pago de honorarios por asesoría financiera, entre otros términos y condiciones.

31267

4

**POR CUANTO**: De conformidad con la Resolución Núm. 2015-07 adoptada el 15 de enero de 2015 por la Junta de Directores de la AUTORIDAD, la AUTORIDAD ha aceptado los términos y condiciones establecidos por el BANCO para la presente enmienda.

**POR LO TANTO,** en consideración a los hechos afirmados anteriormente, y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes:

### ACUERDAN Y CONVIENEN

**PRIMERO:** Las partes acuerdan extender la fecha de vencimiento de la LÍNEA DE CRÉDITO  e incluir los ingresos asignados a la AUTORIDAD bajo las Leyes Leyes Número 30 y 31 del 25 de junio de 2013 como fuente de pago adicional de la obligación. Por consiguiente, se enmienda la Sección 1.3 del Artículo 1 del CONTRATO DE PRÉSTAMO, según enmendado, para que lea como sigue:

> "La LÍNEA DE CRÉDITO más los intereses capitalizados serán pagaderos el 31 de enero de 2016. La fuente de pago será futuras emisiones de bonos y productos de futuras alianzas público privadas al igual que ingresos propios, incluyendo los ingresos asignados bajo las Leyes Número 30 y 31 del 25 de junio de 2013, los cuales están cedidos y comprometidos a favor del BANCO mediante el *Assignment and Security Agreement* suscrito el 28 de agosto de 2013 entre el BANCO y la AUTORIDAD."

**SEGUNDO:** La AUTORIDAD reconoce, conviene y acepta pagar al BANCO honorarios por servicios de asesoría financiera igual a una veinticincoava (1/25) parte del uno por ciento (1%), para un total de **Cuatro Mil Doscientos Catorce**



31267

5

**Dólares con Cincuenta y Cinco Centavos ($4,214.55)** correspondientes a esta transacción y según la política vigente del BANCO.

**TERCERO**: En esta misma fecha, la AUTORIDAD suscribe y otorga un documento titulado CUARTA ENMIENDA A PAGARÉ ("ALLONGE"). Este ALLONGE se hará formar parte del PAGARÉ original suscrito por la AUTORIDAD, según enmendado, con el propósito de incorporar los acuerdos y enmiendas aquí consignadas.

**CUARTO**: Esta CUARTA ENMIENDA AL CONTRATO DE PRÉSTAMO y su ALLONGE no constituyen una novación de las obligaciones de la AUTORIDAD bajo el CONTRATO DE PRÉSTAMO y PAGARÉ, según enmendados. Todos los demás términos y condiciones del CONTRATO DE PRÉSTAMO y el PAGARÉ, según enmendados, que no contravengan lo aquí acordado, permanecerán inalteradas y en pleno vigor.

**QUINTO**: El Presidente del BANCO, el Vicepresidente Ejecutivo de Financiamiento o cualquier otro vicepresidente ejecutivo, está autorizado a canalizar los recursos e ingresos de la AUTORIDAD correspondientes a las Leyes 30 y 31 del 25 de junio de 2013 para el repago de los financiamientos vigentes y cualquiera otras cantidades que el BANCO cobre por concepto de obligaciones pendientes de la AUTORIDAD.

**SEXTO**: El Director Ejecutivo de la AUTORIDAD y el Secretario del Departamento de Transportación y Obras Públicas deberán efectuar una presentación a la Junta de Directores del BANCO sobre las finanzas de la AUTORIDAD y el progreso



31267

6

de la implementación de sus planes a mediano y largo plazo para atender de manera expedita y efectiva la situación fiscal de la AUTORIDAD, más allá de los nuevos ingresos ya legislados. Esta presentación se llevará a cabo previo a cualquier desembolso por parte del BANCO si aún quedan fondos disponibles bajo la LÍNEA DE CRÉDITO.

**SÉPTIMO**: Esta CUARTA ENMIENDA AL CONTRATO DE PRÉSTAMO se suscribe de conformidad con la Resolución  10554, la cual se aprobó como una declaración de intención bajo la Sección 1.150-2 de la regulación del Departamento del Tesoro Federal (*U.S. Treasury Department Regulation Section 1.150-2*).

**[FIRMAS EN LA SIGUIENTE PÁGINA]**



31267

EN TESTIMONIO DE LO CUAL, las partes comparecientes otorgan esta
**CUARTA ENMIENDA A CONTRATO DE PRÉSTAMO** en San Juan, Puerto Rico, a
20 de mayo de 2015.

| | |
|---|---|
| **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO** | **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO** |

Jorge A. Clivillés Díaz
Vicepresidente Ejecutivo
y Agente Fiscal

Carmen A. Villar Prados
Directora Ejecutiva

Testimonio 739

Reconocido y suscrito ante mí por Jorge A. Clivillés Díaz, mayor de edad,
casado y vecino de San Juan, Puerto Rico, en su carácter de Vicepresidente Ejecutivo
y Agente Fiscal del Banco Gubernamental de Fomento para Puerto Rico, y por Carmen
A. Villar Prados, mayor de edad, casada y vecina de Guaynabo, Puerto Rico, en su
carácter de Directora Ejecutiva de la Autoridad de Carreteras y Transportación de
Puerto Rico, a quienes conozco personalmente.

En San Juan, Puerto Rico, a 20 de mayo de 2015.

Notaria Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

31267