# CONTRATO DE PRÉSTAMO

**DE LA PRIMERA PARTE:** El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO,** una corporación pública del Gobierno de Puerto Rico, creada en virtud de la Ley Número 17 de 23 de septiembre de 1948, según enmendada, representado en este acto por su Vicepresidente Ejecutivo y Agente Fiscal, Jorge A. Clivillés Díaz, mayor de edad, casado, ejecutivo y residente de San Juan, Puerto Rico (en adelante, el "BANCO").

**DE LA SEGUNDA PARTE**: La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO,** una entidad jurídica creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, según enmendada, (la "AUTORIDAD") representada en este acto por Javier E. Ramos Hernández, Director Ejecutivo de la AUTORIDAD, mayor de edad, casado, ingeniero y vecino de Bayamón, Puerto Rico.

## EXPONEN

**POR CUANTO**: La AUTORIDAD interesa obtener financiamiento para sufragar gastos operacionales del tercer trimestre del Año Fiscal 2013.

**POR CUANTO**: El 17 de enero de 2013, la Junta de Directores del BANCO aprobó la Resolución Núm. 9944 para conceder a la AUTORIDAD una línea de crédito no rotativa hasta un máximo de **TREINTA Y TRES MILLONES CIENTO OCHENTA Y NUEVE MIL NOVECIENTOS NOVENTA Y SEIS DÓLARES ($33,189,996),** la cual

29282

incluye la cantidad de **Dieciséis Mil Quinientos Noventa y Cinco Dólares ($16,595)** para cubrir el pago de los cargos por asesoría financiera.

**POR LO QUE**, en consideración a los hechos afirmados anteriormente y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes acuerdan y convienen otorgar este CONTRATO DE PRÉSTAMO.

## ARTÍCULO 1.

### PRÉSTAMO

1.1     **Línea de Crédito:**

Una vez se otorguen y suscriban los DOCUMENTOS LEGALES que se relacionan en el Artículo 4.1 de este CONTRATO DE PRÉSTAMO, el BANCO extenderá a la AUTORIDAD una LÍNEA DE CRÉDITO no rotatoria por la cantidad máxima de principal de TREINTA Y TRES MILLONES CIENTO OCHENTA Y NUEVE MIL NOVECIENTOS NOVENTA Y SEIS DÓLARES ($33,189,996) para sufragar gastos operacionales de la AUTORIDAD correspondientes al tercer trimestre del Año Fiscal 2013, incluyendo Dieciséis Mil Quinientos Noventa y Cinco Dólares ($16,595) para cubrir el pago de los cargos por asesoría financiera.

La LÍNEA DE CRÉDITO estará evidenciada por un PAGARÉ por la suma principal de TREINTA Y TRES MILLONES CIENTO OCHENTA Y NUEVE MIL NOVECIENTOS NOVENTA Y SEIS DÓLARES ($33,189,996), suscrito en la misma fecha que este CONTRATO DE PRÉSTAMO y pagaderos a la orden del BANCO.

29282

El dinero proveniente de la LÍNEA DE CRÉDITO sólo podrá ser utilizado para sufragar gastos operacionales del tercer trimestre del Año Fiscal 2013 de la AUTORIDAD y cubrir el pago de los cargos por asesoría financiera.

1.2   **Tasa de Interés:**

La AUTORIDAD acuerda y conviene pagar los intereses mensuales devengados sobre los desembolsos de la LÍNEA DE CRÉDITO computados sobre la tasa *Prime Rate* más 150 puntos base, la cual nunca será menor de seis por ciento (6%), ni mayor de doce por ciento (12%), o cualquier otra tasa de interés que determine el Presidente del BANCO o su designado, de acuerdo con el mercado de tasas de interés. Si en la fecha de vencimiento de la obligación de repago la AUTORIDAD no ha pagado el balance insoluto del principal, la AUTORIDAD pagará intereses sobre dicha suma computados a base de 200 puntos base sobre la tasa que le aplicaría bajo este CONTRATO DE PRÉSTAMO.

1.3   **Término y Fuente de Pago:**

El principal de la LÍNEA DE CRÉDITO será pagadero el 31 de enero de 2014. La fuente de pago será de futuras emisiones de bonos y productos de las alianzas público privadas al igual que de ingresos propios de la AUTORIDAD.

La AUTORIDAD podrá pagar la totalidad del préstamo en cualquier momento antes de su vencimiento sin penalidad o prima.

1.4   **Desembolsos:**

Previo al primer desembolso y para cada desembolso, la AUTORIDAD entregará al BANCO una certificación original igual al **Anejo A** de este Contrato,

29282

firmada por el Director Ejecutivo de la AUTORIDAD, o la persona que éste designe, la cual evidenciará que la petición de desembolso cumple con los propósitos para los cuales fue aprobada la LÍNEA DE CRÉDITO. La AUTORIDAD deberá incluir, además, cualquier otra documentación que el BANCO a su entera discreción le solicite previo al desembolso, incluyendo, pero sin limitarse, a copias de facturas.

Los desembolsos bajo este financiamiento están sujetos al cumplimiento de la AUTORIDAD con el Área de Agencia Fiscal del BANCO para las condiciones estipuladas en el *Fiscal Oversight Agreement* (FOA) que la AUTORIDAD tenga vigente con el BANCO.

## ARTÍCULO 2.

## ACUERDOS AFIRMATIVOS

La AUTORIDAD conviene y acuerda realizar los actos que se exponen a continuación a partir de esta fecha y hasta el pago total y liquidación final del principal y los intereses de la LÍNEA DE CRÉDITO y cualquier otra obligación con relación a la misma, salvo que el BANCO consienta a lo contrario por escrito.

2.1   **Solicitud de Información Adicional para Efectuar Desembolsos:**

El BANCO se reserva el derecho de solicitar a la AUTORIDAD cualquier información adicional que sea necesaria para emitir los desembolsos o para cualquier propósito relacionado con este CONTRATO DE PRÉSTAMO o PAGARÉ.

2.2   **Honorarios por Asesoría Financiera:**

La AUTORIDAD conviene y acuerda pagarle al BANCO la suma de Dieciséis Mil Quinientos Noventa y Cinco Dólares ($16,595), equivalentes a una veinteava parte

29282

(1/20) del uno por ciento (1%), por concepto de honorarios correspondientes a esta transacción, según la política vigente del BANCO, los cuales podrán ser incluidos como parte de este financiamiento, de ser necesario.

2.3   **Causa de Incumplimiento:**

La AUTORIDAD notificará al BANCO de cualquier condición, hecho o suceso que pueda constituir causa de incumplimiento o en virtud de cuya notificación o el mero transcurso del tiempo, o ambos, pueda constituir causa de incumplimiento, entregándole al BANCO una certificación suscrita por uno de sus oficiales, especificando la naturaleza de dicha causa, tiempo durante el cual ha existido, y qué curso de acción la AUTORIDAD se propone iniciar con relación a los mismos. Tal notificación deberá ser cursada al BANCO dentro de los diez (10) días siguientes a la ocurrencia del incumplimiento.

2.4   **Pago de Gestiones Extrajudiciales de Cobro, Honorarios, Gastos, etc.:**

A requerimiento del BANCO, la AUTORIDAD deberá reembolsar prontamente al BANCO el pago de las costas, gastos y honorarios de abogados incurridos por el BANCO en gestiones extrajudiciales de cobro de cualquier plazo en mora en relación con la LÍNEA DE CRÉDITO adeudada por la AUTORIDAD. La omisión de la AUTORIDAD de reembolsar dichas costas, gastos y honorarios de abogados constituirá causa de incumplimiento en la LÍNEA DE CRÉDITO.

Dichas costas, gastos y honorarios de abogados incurridos por el BANCO de conformidad con las disposiciones de este CONTRATO DE PRÉSTAMO serán reembolsados por la AUTORIDAD de inmediato al serle requeridos.

29282

2.5   **Incumplimiento bajo los Documentos Legales:**

La AUTORIDAD conviene que cualquier incumplimiento de los términos del PAGARÉ y/o la carta de compromiso, será considerado simultáneamente incumplimiento con este CONTRATO DE PRÉSTAMO y viceversa, y de ocurrir el mismo, el BANCO tendrá inmediatamente el derecho de ejecutar cualesquiera de los derechos y privilegios que puedan conferir cualquiera de los DOCUMENTOS LEGALES.

2.6   **Autorización para Tomar Prestado:**

La AUTORIDAD ha tomado las medidas apropiadas y necesarias, oficiales o de otro tipo, para autorizar el otorgamiento y entrega de los DOCUMENTOS LEGALES sin limitación alguna.

**ARTÍCULO 3.**

**INCUMPLIMIENTOS**

3.1   **Causas de Incumplimiento:**

Cada una de las siguientes constituirá una causa de incumplimiento bajo los términos de este CONTRATO DE PRÉSTAMO:

3.1.1   si cualquier representación dada o extendida por la AUTORIDAD al BANCO en cualquiera de los trámites y DOCUMENTOS LEGALES, o si cualquier informe, garantía o certificado financiero o de otra índole provisto al BANCO en relación con este CONTRATO DE PRÉSTAMO resultare falso o engañoso;

29282

3.1.2  la falta de pago de principal e intereses y sus penalidades, si alguna, de la LÍNEA DE CRÉDITO a su fecha de vencimiento de acuerdo con los términos de cualquiera de los DOCUMENTOS LEGALES;

3.1.3  el incumplimiento o violación por la AUTORIDAD de cualquiera de los términos, cláusulas y condiciones pactadas con el BANCO en los DOCUMENTOS LEGALES; o

3.1.4  la omisión por la AUTORIDAD de remediar o subsanar dentro de un plazo de treinta (30) días de su ocurrencia, sin notificación previa escrita por parte del BANCO, cualquier incumplimiento a los términos, cláusulas y condiciones de este CONTRATO DE PRÉSTAMO. Esto no aplica a los términos y condiciones relacionadas con las obligaciones de pago de la LÍNEA DE CRÉDITO, ya que la AUTORIDAD deberá cumplir estrictamente con dicho pago a su vencimiento.

3.2  **Remedios:**

Ante la ocurrencia de cualquiera de las causas de incumplimiento enumeradas en el Artículo 3.1 de este CONTRATO DE PRÉSTAMO, y si dicho incumplimiento no es subsanado o remediado según dispuesto, sin que sea necesario que medie notificación alguna del incumplimiento, a cuyos derechos la AUTORIDAD mediante el presente otorgamiento renuncia, el BANCO podrá:

3.2.1  proceder a reclamar el pago del balance insoluto de la LÍNEA DE CRÉDITO; o

29282

3.2.2   radicar un procedimiento judicial solicitando el cumplimiento específico de cualquier término, cláusula o condición de cualquiera de los DOCUMENTOS LEGALES, o un entredicho ("injunction") provisional o permanente para impedir que la AUTORIDAD viole cualquiera de dichos términos, cláusulas y condiciones; o

3.2.3   ejercitar cualquier otro remedio a que tenga derecho bajo las leyes del Estado Libre Asociado de Puerto Rico.

La AUTORIDAD autoriza al BANCO y le confiere poder, sin que se requiera notificación alguna, para aplicar el derecho a compensación ("set-off") a las obligaciones que se originan en este CONTRATO DE PRÉSTAMO, realizando cualquier aplicación de pagos de cualquier suma de dinero perteneciente a la AUTORIDAD en poder del BANCO para el pago de la LÍNEA DE CRÉDITO e intereses acumulados, en caso de incumplimiento por la AUTORIDAD de sus obligaciones de pago bajo el CONTRATO DE PRÉSTAMO.

## ARTÍCULO 4.

## DISPOSICIONES MISCELÁNEAS

4.1   **Documentos Legales:**

Según utilizado en este CONTRATO DE PRÉSTAMO, el término DOCUMENTOS LEGALES significa:

1. PAGARÉ

2. CONTRATO DE PRÉSTAMO

4.2   **Renuncias, Alivios, Prórrogas, Tolerancias y Remedios Adicionales:**

29282

Ninguna dilación o demora por parte del BANCO o de cualquier tenedor o dueño del PAGARÉ en el ejercicio de cualquier derecho, facultad o remedio que pueda tener conforme a los términos de cualquiera de los DOCUMENTOS LEGALES se considerará como una renuncia, limitación o disminución de los mismos, como tampoco el ejercicio parcial o exclusivo de cualquiera de los mismos será óbice para que subsiguientemente sean ejercitados en su totalidad, incluyendo, pero sin limitarse a ello, el derecho de compensación.  Los remedios a favor del BANCO dispuestos en los DOCUMENTOS LEGALES se considerarán adicionales a, y no excluyentes de, cualquier otro remedio contemplado en ley.  Para que todo alivio, prórroga o tolerancia extendida por el BANCO a la AUTORIDAD, o cualquier enmienda a este CONTRATO DE PRÉSTAMO, sea efectiva, deberá constar por escrito, suscrito por un oficial autorizado del BANCO, que especificará el alcance del alivio, prórroga, tolerancia o enmienda concedida.  Todo alivio, prórroga, tolerancia o enmienda concedida será válida únicamente para la ocurrencia o eventualidad para la cual se concedió.

4.3 **Direcciones para Notificaciones, etc.:**

Toda notificación, reclamo, directriz o cualquier comunicación dispuesta por los DOCUMENTOS LEGALES  constará por escrito y deberá ser entregada personalmente o enviada por fax o por correo, a las siguientes direcciones:

A LA "AUTORIDAD":

Autoridad de Carreteras y Transportación
Departamento de Transportación y Obras Públicas
P.O. Box 42007

29282

San Juan, Puerto Rico 00940-2007
(787) 721-8787

Atención: Director Ejecutivo

AL "BANCO":

Banco Gubernamental de Fomento para Puerto Rico
P.O. Box 42001
San Juan, Puerto Rico  00940-2001
Fax: (787) 721-1443

Atención: Presidente

o a cualquier otra dirección que las partes señalen mediante notificación escrita cursada conforme a lo dispuesto en este Artículo.  Éstas se considerarán perfeccionadas una vez las mismas se depositen debidamente franqueadas en el correo y sean cursadas a las direcciones mencionadas.

### 4.4    Sucesores y Causahabientes:

Los pactos y cláusulas aquí contenidas obligarán y beneficiarán a las partes y a sus respectivos causahabientes, albaceas, administradores, sucesores y cesionarios.

### 4.5    Renuncias por la AUTORIDAD a Presentación, Protesto, etc.:

La AUTORIDAD renuncia a toda notificación de aceptación o demanda o requerimiento a la realización de cualquier condición precedente por parte del BANCO, y así mismo renuncia a los derechos de presentación, protesto, notificación de protesto, requerimiento de pago, notificación de incumplimiento o falta de pago, relevo, compromiso, compensación, transacción, prórroga, renovación o extensión de cualquier derecho contractual o instrumento legal y, en general, a toda otra formalidad legal.



29282

4.6    **Declaración de Intención**:

Este CONTRATO DE PRÉSTAMO se otorga como una declaración oficial de intención bajo la regulación del Departamento del Tesoro de los Estados Unidos, Sección 1.150-2.


[PÁGINA DE FIRMAS A CONTINUACIÓN]



29282

**EN TESTIMONIO DE LO CUAL**, las partes comparecientes otorgan este

CONTRATO DE PRÉSTAMO en San Juan, Puerto Rico, a _28_ de _febrero_ de 2013.

**BANCO GUBERNAMENTAL DE**    **AUTORIDAD DE CARRETERAS Y**
**FOMENTO PARA PUERTO RICO**    **TRANSPORTACIÓN DE PUERTO RICO**

_____    _____
Jorge A. Clivillés Díaz    Javier E. Ramos Hernández
Vicepresidente Ejecutivo    Director Ejecutivo
y Agente Fiscal

Testimonio 778

    Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad, casado, ingeniero y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente.

    En San Juan, Puerto Rico, a _28_ de _febrero_ de 2013.

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982                                
Notaria Público

Testimonio 780

    Reconocido y suscrito ante mí por Jorge A. Clivillés Díaz, mayor de edad, casado y vecino de San Juan, Puerto Rico, en su carácter de Vicepresidente Ejecutivo y Agente Fiscal del Banco Gubernamental de Fomento para Puerto Rico, a quien conozco personalmente.

    En San Juan, Puerto Rico, a _28_ de _febrero_ de 2013.

_____
Notaria Público

29282

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

## PRIMERA ENMIENDA A CONTRATO DE PRÉSTAMO

### COMPARECEN

**DE LA PRIMERA PARTE**: El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**, una institución bancaria organizada y existente a tenor con la Ley Núm. 17, aprobada el 23 de septiembre de 1948, según enmendada (el "BANCO"), representado en este acto por Jorge A. Clivillés Díaz, Vicepresidente Ejecutivo y Agente Fiscal, mayor de edad, casado y residente de San Juan, Puerto Rico.

**DE LA SEGUNDA PARTE**: La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO**, una entidad jurídica creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, según enmendada (la "AUTORIDAD"), representada en este acto por Javier E. Ramos Hernández, Director Ejecutivo, mayor de edad, casado y vecino de Bayamón, Puerto Rico.

A menos que un término escrito en letras mayúsculas sea definido de otra forma en esta Primera Enmienda a Contrato de Préstamo (la "PRIMERA ENMIENDA AL CONTRATO DE PRÉSTAMO"), el mismo tendrá el significado adscrito en el CONTRATO DE PRÉSTAMO, según se define más adelante.

### EXPONEN

**POR CUANTO**: El 17 de enero de 2013, la Junta de Directores del BANCO aprobó la Resolución Núm. 9944 para conceder a la AUTORIDAD una línea de crédito no rotativa hasta un máximo de $33,189,996, incluyendo el pago de los cargos por asesoría financiera.

30199

**POR CUANTO**: De conformidad con lo anterior, el 28 de febrero de 2013, la AUTORIDAD y el BANCO suscribieron un Contrato de Préstamo (el "CONTRATO DE PRÉSTAMO"), mediante el cual se concedió a la AUTORIDAD la LÍNEA DE CRÉDITO por la cantidad máxima de $33,189,996 para sufragar gastos operacionales de la AUTORIDAD correspondientes al tercer trimestre del Año Fiscal 2013 y cubrir el pago de los cargos de asesoría financiera por la cantidad de $16,595.

En la misma fecha de otorgamiento del CONTRATO DE PRÉSTAMO, la AUTORIDAD suscribió un PAGARÉ por la suma de $33,189,996 a la orden del BANCO y con vencimiento el 31 de enero de 2014.

**POR CUANTO**: Al 31 de octubre de 2013, el balance de principal de la LÍNEA DE CRÉDITO asciende a $32,224,244.47 con intereses acumulados por la cantidad de $564,387.93.

**POR CUANTO**: La AUTORIDAD ha solicitado, y la gerencia del BANCO ha recomendado, enmendar la LÍNEA DE CRÉDITO con el propósito de extender el vencimiento de la misma hasta el 31 de enero de 2015.

**POR CUANTO**: La Junta de Directores del BANCO ha autorizado mediante la Resolución Núm. 10197 adoptada en reunión celebrada el 20 de noviembre de 2013, enmendar el CONTRATO DE PRÉSTAMO a los fines de extender la fecha de vencimiento hasta el 31 de enero de 2015 y requerir el pago de honorarios por asesoría financiera, entre otros términos y condiciones.

**POR CUANTO**: De conformidad con la Resolución Núm. 2014-04 emitida el 30 de enero de 2014 por la Junta de Directores de la AUTORIDAD, la AUTORIDAD

30199

ha aceptado los términos y condiciones establecidos por el BANCO para la presente enmienda.

**POR LO TANTO,** en consideración a los hechos afirmados anteriormente, y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes:

<b>ACUERDAN Y CONVIENEN</b>

**PRIMERO:** Se enmienda la primera oración de la Sección 1.3 del Artículo 1 del CONTRATO DE PRÉSTAMO, para que lea como sigue:

"El principal de la LÍNEA DE CRÉDITO será pagadero el 31 de enero de 2015."

**SEGUNDO:** La AUTORIDAD reconoce, conviene y acepta pagar al BANCO honorarios por servicios de asesoría financiera igual a una veinticincoava (1/25) parte del uno por ciento (1%), para un total de Trece Mil Doscientos Setenta y Seis Dólares ($13,276) correspondientes a esta transacción y según la política vigente del BANCO.

**TERCERO**:   En esta misma fecha, la AUTORIDAD suscribe y otorga un documento titulado PRIMERA ENMIENDA A PAGARÉ ("ALLONGE").   Este ALLONGE se hará formar parte del PAGARÉ original suscrito por la AUTORIDAD, según enmendado, con el propósito de incorporar los acuerdos y enmiendas aquí consignadas.

**CUARTO**: Esta PRIMERA ENMIENDA AL CONTRATO DE PRÉSTAMO y su ALLONGE no constituyen una novación de las obligaciones de la AUTORIDAD bajo el

30199

CONTRATO DE PRÉSTAMO y PAGARÉ. Todos los demás términos y condiciones y del CONTRATO DE PRÉSTAMO y el PAGARÉ que no contravengan lo aquí acordado, permanecerán inalteradas y en pleno vigor.

QUINTO: Esta PRIMERA ENMIENDA AL CONTRATO DE PRÉSTAMO se suscribe de conformidad con la Resolución 10197 adoptada por la Junta de Directores del BANCO el 20 de noviembre de 2013, la cual se aprobó como una declaración de intención bajo la Sección 1.150-2 de la regulación del Departamento del Tesoro Federal (*U.S. Treasury Department Regulation Section 1.150-2*).

**[FIRMAS EN LA SIGUIENTE PÁGINA]**

30199

**EN TESTIMONIO DE LO CUAL**, las partes comparecientes otorgan esta

**PRIMERA ENMIENDA A CONTRATO DE PRÉSTAMO** en San Juan, Puerto Rico,

a _31_ de enero de 2014.

| **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO** | **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO** |
|---|---|

Jorge A. Clivillés Díaz
Vicepresidente Ejecutivo
y Agente Fiscal

Javier E. Ramos Hernández
Director Ejecutivo

Testimonio _910_

Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad, casado y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente. En San Juan, Puerto Rico, a _31_ de enero de 2014.

Notaria Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

Testimonio _912_

Reconocido y suscrito ante mí por Jorge A. Clivillés Díaz, mayor de edad, casado y vecino de San Juan, Puerto Rico, en su carácter de Vicepresidente Ejecutivo y Agente Fiscal del Banco Gubernamental de Fomento para Puerto Rico, a quien conozco personalmente. En San Juan, Puerto Rico, a _31_ de enero de 2014.

Notaria Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

## SEGUNDA ENMIENDA A CONTRATO DE PRÉSTAMO

### COMPARECEN

**DE LA PRIMERA PARTE:** El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO,** una corporación pública e instrumentalidad del Estado Libre Asociado de Puerto Rico creada en virtud de la Ley Núm. 17, aprobada el 23 de septiembre de 1948, según enmendada (el "BANCO"), representado en este acto por Jorge A. Clivillés Díaz, Vicepresidente Ejecutivo y Agente Fiscal, mayor de edad, casado y residente de San Juan, Puerto Rico.

**DE LA SEGUNDA PARTE:** La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO,** una corporación pública e instrumentalidad del Estado Libre Asociado de Puerto Rico creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, según enmendada (la "AUTORIDAD"), representada en este acto por Carmen A. Villar Prados, Directora Ejecutiva, mayor de edad, casada y vecina de Guaynabo, Puerto Rico.

A menos que un término escrito en letras mayúsculas sea definido de otra forma en esta Segunda Enmienda a Contrato de Préstamo (la "SEGUNDA ENMIENDA AL CONTRATO DE PRÉSTAMO"), el mismo tendrá el significado adscrito en el CONTRATO DE PRÉSTAMO, según se define más adelante.

### EXPONEN

**POR CUANTO:** El 17 de enero de 2013, la Junta de Directores del BANCO aprobó la Resolución Núm. 9944 para conceder a la AUTORIDAD una línea de crédito



31268

2

no rotativa hasta un máximo de $33,189,996, incluyendo el pago de los cargos por asesoría financiera.

**POR CUANTO**: De conformidad con lo anterior, el 28 de febrero de 2013, la AUTORIDAD y el BANCO suscribieron un Contrato de Préstamo (el "CONTRATO DE PRÉSTAMO"), mediante el cual se concedió a la AUTORIDAD la LÍNEA DE CRÉDITO por la cantidad máxima de $33,189,996 para sufragar gastos operacionales de la AUTORIDAD correspondientes al tercer trimestre del Año Fiscal 2013 y cubrir el pago de los cargos de asesoría financiera por la cantidad de $16,595.

En la misma fecha de otorgamiento del CONTRATO DE PRÉSTAMO, la AUTORIDAD suscribió un PAGARÉ por la suma de $33,189,996 a la orden del BANCO y con vencimiento el 31 de enero de 2014.

**POR CUANTO**: El 31 de enero de 2014, el BANCO y la AUTORIDAD suscribieron una Primera Enmienda a Contrato de Préstamo a los fines de extender el vencimiento hasta el 31 de enero de 2015. En esa misma fecha, la AUTORIDAD suscribió una Primera Enmienda a Pagaré ("Allonge") para incorporar dicha enmienda.

**POR CUANTO**: Al 31 de diciembre de 2014, el balance de principal de la LÍNEA DE CRÉDITO asciende a $32,612,861.79 con intereses acumulados por la cantidad de $1,660,706.17.

**POR CUANTO**: La gerencia del BANCO ha recomendado enmendar la LÍNEA DE CRÉDITO con el propósito de extender el vencimiento de la misma hasta el 31 de enero de 2016.



31268

3

**POR CUANTO**: La Junta de Directores del BANCO ha autorizado mediante la Resolución Núm. 10554 adoptada en reunión celebrada el 17 de diciembre de 2014 (la "Resolución 10554"), enmendar el CONTRATO DE PRÉSTAMO a los fines de extender la fecha de vencimiento hasta el 31 de enero de 2016 y requerir el pago de honorarios por asesoría financiera, entre otros términos y condiciones.

**POR CUANTO**: De conformidad con la Resolución Núm. 2015-07 adoptada el 15 de enero de 2015 por la Junta de Directores de la AUTORIDAD, la AUTORIDAD ha aceptado los términos y condiciones establecidos por el BANCO para la presente enmienda.

**POR LO TANTO,** en consideración a los hechos afirmados anteriormente, y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes:

### ACUERDAN Y CONVIENEN

**PRIMERO**: Las partes acuerdan extender la fecha de vencimiento de la LÍNEA DE CRÉDITO  e incluir los ingresos asignados a la AUTORIDAD bajo las Leyes Leyes Número 30 y 31 del 25 de junio de 2013 como fuente de pago adicional de la obligación. Por consiguiente, se enmienda el primer párrafo de la Sección 1.3 del Artículo 1 del CONTRATO DE PRÉSTAMO, según enmendado, para que lea como sigue:

"El principal de la LÍNEA DE CRÉDITO será pagadero el 31 de enero de 2016. La fuente de pago será de futuras emisiones de bonos y productos de las alianzas público privadas al igual que ingresos propios de la AUTORIDAD, incluyendo los ingresos asignados bajo las Leyes Número 30 y 31 del 25 de junio de 2013, los cuales están cedidos y comprometidos a



31268

4

favor del BANCO mediante el *Assignment and Security Agreement* suscrito el 28 de agosto de 2013 entre el BANCO y la AUTORIDAD."

**SEGUNDO:** La AUTORIDAD reconoce, conviene y acepta pagar al BANCO honorarios por servicios de asesoría financiera igual a una veinticincoava (1/25) parte del uno por ciento (1%), para un total de **Trece Mil Doscientos Setenta y Seis Dólares ($13,276.00)**, correspondientes a esta transacción y según la política vigente del BANCO.

**TERCERO:** En esta misma fecha, la AUTORIDAD suscribe y otorga un documento titulado SEGUNDA ENMIENDA A PAGARÉ ("ALLONGE"). Este ALLONGE se hará formar parte del PAGARÉ original suscrito por la AUTORIDAD, según enmendado, con el propósito de incorporar los acuerdos y enmiendas aquí consignadas.

**CUARTO:** Esta SEGUNDA ENMIENDA AL CONTRATO DE PRÉSTAMO y su ALLONGE no constituyen una novación de las obligaciones de la AUTORIDAD bajo el CONTRATO DE PRÉSTAMO y el PAGARÉ, según enmendados. Todos los demás términos y condiciones y del CONTRATO DE PRÉSTAMO y el PAGARÉ que no contravengan lo aquí acordado, permanecerán inalterados y en pleno vigor.

**QUINTO:** El Presidente del BANCO, el Vicepresidente Ejecutivo de Financiamiento o cualquier otro vicepresidente ejecutivo, está autorizado a canalizar los recursos e ingresos de la AUTORIDAD correspondientes a las Leyes 30 y 31 del 25 de junio de 2013 para el repago de los financiamientos vigentes y cualquiera otras



31268

5

cantidades que el BANCO cobre por concepto de obligaciones pendientes de la AUTORIDAD.

**SEXTO:** El Director Ejecutivo de la AUTORIDAD y el Secretario del Departamento de Transportación y Obras Públicas deberán efectuar una presentación a la Junta de Directores del BANCO sobre las finanzas de la AUTORIDAD y el progreso de la implementación de sus planes a mediano y largo plazo para atender de manera expedita y efectiva la situación fiscal de la AUTORIDAD, más allá de los nuevos ingresos ya legislados. Esta presentación se llevará a cabo previo a cualquier desembolso por parte del BANCO si aún quedan fondos disponibles bajo la LÍNEA DE CRÉDITO.

**SÉPTIMO:** Esta SEGUNDA ENMIENDA AL CONTRATO DE PRÉSTAMO se suscribe de conformidad con la Resolución 10554, la cual se aprobó como una declaración de intención bajo la Sección 1.150-2 de la regulación del Departamento del Tesoro Federal (*U.S. Treasury Department Regulation Section 1.150-2*).

**[FIRMAS EN LA SIGUIENTE PÁGINA]**



31268

6

EN TESTIMONIO DE LO CUAL, las partes comparecientes otorgan esta SEGUNDA ENMIENDA A CONTRATO DE PRÉSTAMO en San Juan, Puerto Rico, a _20_ de mayo de 2015.

**BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**

**AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO**

_____
Jorge A. Clivillés Díaz
Vicepresidente Ejecutivo
y Agente Fiscal

_____
Carmen A. Villar Prados
Directora Ejecutiva

Testimonio _737_

    Reconocido y suscrito ante mí por Jorge A. Clivillés Díaz, mayor de edad, casado y vecino de San Juan, Puerto Rico, en su carácter de Vicepresidente Ejecutivo y Agente Fiscal del Banco Gubernamental de Fomento para Puerto Rico, y por Carmen A. Villar Prados, mayor de edad, casada y vecina de Guaynabo, Puerto Rico, en su carácter de Directora Ejecutiva de la Autoridad de Carreteras y Transportación de Puerto Rico, a quienes conozco personalmente.

    En San Juan, Puerto Rico, a _20_ de mayo de 2015.

_____
Notaria Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

31268

## SEGUNDA ENMIENDA A PAGARÉ
("ALLONGE")

$33,189,996                                    Vencimiento: 31 de enero de 2016

El PAGARÉ por **TREINTA Y TRES MILLONES CIENTO OCHENTA Y NUEVE
MIL NOVECIENTOS NOVENTA Y SEIS DÓLARES ($33,189,996)**, suscrito el 28 de
febrero de 2013 por Javier E. Ramos Hernández en capacidad de Director Ejecutivo de la
Autoridad de Carreteras y Transportación de Puerto Rico (la "AUTORIDAD") ante la
Notaria Marguileán Rivera Amill, testimonio número 779, según enmendado por la
PRIMERA ENMIENDA A PAGARÉ ("ALLONGE") suscrita el 31 de enero de 2014 por
dicho funcionario ante la Notario Marguileán Rivera Amill, testimonio número 911,
queda por la presente enmendado para extender su fecha de vencimiento hasta el 31 de
enero de 2016.

Los demás términos y condiciones del PAGARÉ, según enmendado, no
inconsistentes con esta SEGUNDA ENMIENDA A PAGARÉ, permanecerán inalterados
y en pleno vigor.

Esta modificación se consigna en virtud de la SEGUNDA ENMIENDA A
CONTRATO DE PRÉSTAMO que el BANCO y la AUTORIDAD han suscrito en el día
de hoy.

En San Juan, Puerto Rico, a 20 de mayo de 2015.

AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN DE PUERTO RICO

Carmen A. Villar Prados
Directora Ejecutiva

Testimonio 736

Reconocido y suscrito ante mí por Carmen A. Villar Prados, Directora Ejecutiva,
mayor de edad, casada y vecina de Guaynabo, Puerto Rico, en su carácter como
Directora Ejecutiva de la Autoridad de Carreteras y Transportación de Puerto Rico, a
quien conozco personalmente.

En San Juan, Puerto Rico, a 20 de mayo de 2015.

Notaria Público

BELÉN FORNARIS ALFARO
PUERTO RICO
ABOGADA · NOTARIO

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

31268



ESTADO LIBRE ASOCIADO DE
# PUERTO RICO
Banco Gubernamental de Fomento
para Puerto Rico

## CERTIFICACIÓN

**YO, ALEJANDRO FEBRES JORGE**, Secretario de la Junta de Directores del Banco Gubernamental de Fomento para Puerto Rico, **CERTIFICO** que la **Resolución 10554** es una copia fiel y exacta de la original que se encuentra bajo mi custodia. La misma fue adoptada por la Junta de Directores del Banco Gubernamental de Fomento para Puerto Rico, en reunión debidamente convocada y celebrada el 17 de diciembre de 2014.

**CERTIFICO, ADEMÁS**, que dicha Resolución no ha sido derogada, revocada o anulada y se encuentra en toda su fuerza y vigor.

## RESOLUCIÓN 10554

**APRUEBA LA EXTENSIÓN AL VENCIMIENTO DE VARIOS FINANCIAMIENTOS POR UN TOTAL DE $1,446,197,984.64 QUE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN TIENE VIGENTES CON EL BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO HASTA EL 31 ENERO DE 2016**

**POR CUANTO**, al 31 de octubre de 2013, la Autoridad de Carreteras y Transportación (ACT) tiene varias líneas de crédito vigentes con el Banco Gubernamental de Fomento para Puerto Rico ("BGF") hasta total máximo de $2,080,094,587.64, de las cuales varias de ellas están por vencer en enero de 2015. El balance actual de dichos financiamiento es de $1,446,197,984,984.4, con un balance de principal de $1,223,899,356.04;

**POR CUANTO**, la gerencia del BGF recomendó favorablemente la extensión de los vencimientos de los financiamientos antes mencionados, con el propósito de que se mantengan vigentes en el BGF. De ser necesario, los balances disponibles se utilizarán para atender situaciones de emergencia de la ACT en lo que se realiza la emisión de bonos proyectada a través de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico; y

**POR TANTO, RESUÉLVASE** por la Junta de Directores del Banco Gubernamental de Fomento para Puerto Rico aprobar la extensión de las líneas de crédito con vencimiento al 31 de enero de 2015 que la Autoridad de Carreteras y Transportación tiene vigente con el BGF hasta el 31 de enero de 2016, sujeto a los términos y condiciones siguientes:

PO Box 42001
San Juan, PR 00940-2001
Teléfono (787) 722-2525



Junta de Directores del BGF
Certificación de la Resolución 10554
Página 2 de 2
Aprobada el 17 de diciembre de 2014

1. El Presidente del Banco Gubernamental de Fomento para Puerto Rico, el Vicepresidente Ejecutivo de Financiamiento o cualquier otro vicepresidente ejecutivo, podrá negociar términos y condiciones adicionales que sean necesarios para proteger los intereses del BGF, así como canalizar los recursos e ingresos correspondientes de la ACT (Leyes 30 y 31 de 25 de junio de 2013) para el repago de los financiamientos vigentes y cualquiera otras cantidades que el BGF cobre por concepto de obligaciones pendientes de la ACT.

2. El Director Ejecutivo a la ACT y el Secretario del Departamento de Transportación y Obras Públicas deberán efectuar una presentación a esta Junta de Directores sobre las finanzas de la ACT y el progreso de la implementación de sus planes a mediano y largo plazo para atender de manera expedita y efectiva la situación fiscal de la ACT, más allá de los nuevos ingresos ya legislados.

3. La ACT deberá pagar al BGF los honorarios correspondientes por esta transacción conforme a la política vigente, según revisada por la Junta de Directores mediante la Resolución 9374 de 20 de octubre de 2010.

Esta Resolución se aprueba, además, como una declaración oficial de intención bajo la regulación del Departamento del Tesoro de los Estados Unidos, Sección 1.150-2.

Las disposiciones de esta Resolución son efectivas a la fecha de aprobación.

**Y PARA QUE ASÍ CONSTE**, suscribo y estampo el sello corporativo del Banco Gubernamental de Fomento para Puerto Rico. En San Juan, Puerto Rico, hoy, martes, 13 de enero de 2015.

(SELLO)

**ALEJANDRO FEBRES JORGE
SECRETARIO**

40606

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS



**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**

**RESOLUCION NUM. 2015-07**

**PARA AUTORIZAR HASTA EL 31 DE ENERO DE 2016 LA EXTENSION DE LA
FECHA DE VENCIMIENTO DE VARIAS LINEAS DE CREDITO QUE LA AUTORIDAD
DE CARRETERAS Y TRANSPORTACION MANTIENE CON EL BANCO
GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO, CUYA FECHA DE
VENCIMIENTO ES EL 31 DE ENERO DE 2015**

**POR CUANTO:** Mediante la Ley Núm. 41-2014 se creó una Junta de Directores
en la Autoridad de Carreteras y Transportación (en adelante la "Autoridad") y se
dispuso que los poderes y deberes de la Autoridad serán ejercidos por dicha Junta.

**POR CUANTO:** En Reunión Ordinaria de la Junta, celebrada el 15 de enero de
2015, el Director Ejecutivo de la Autoridad sometió a la Junta una solicitud para la
autorización de la extensión de la fecha de vencimiento de varias líneas de crédito que
esta Autoridad mantiene con el Banco Gubernamental de Fomento para Puerto Rico
(BGF). Las referidas líneas de crédito tienen un balance actual de $1,446,197,984.64,
con un balance de principal de $1,223,899,356.04. Se acompaña anejo con un detalle
de dichas líneas de crédito (Anejo 1).

**POR CUANTO:** La Junta de Directores del BGF, mediante la Resolución 10554,
adoptada el 17 de diciembre de 2014, aprobó la extensión de las fechas de vigencia de
estas líneas de crédito hasta el 31 de enero de 2016 (Anejo 2).

**POR CUANTO:** Luego de discutido extensamente el asunto, la Junta aprobó que
la Autoridad de Carreteras y Transportación extienda la fecha de vencimiento de estas
líneas de crédito con el BGF.

**POR TANTO: RESUÉLVASE POR ESTA JUNTA DE DIRECTORES:**

1) Autorizar la extensión hasta el 31 de enero de 2016 de la fecha de
vencimiento de varias líneas de crédito que la Autoridad de Carreteras y
Transportación mantiene con el Banco Gubernamental de Fomento para
Puerto Rico, cuya fecha de vencimiento es el 31 de enero de 2015.

2) La Autoridad pagará al Banco Gubernamental de Fomento los honorarios
correspondientes por esta transacción, según la política vigente a estos
efectos.

Resolución Número 2015-07
15 de enero de 2015
Página **2 de 2**

3) Autorizar al(la) Director(a) Ejecutivo(a) de la Autoridad, a aceptar los términos y condiciones establecidos por el Banco Gubernamental de Fomento de Puerto Rico como condición para estas extensiones y a que se firmen los acuerdos necesarios para su ejecución.

4) Autorizar al(la) Director(a) Ejecutivo(a) de la Autoridad, a firmar los documentos legales correspondientes a estas extensiones de fechas de vencimiento.

5) Esta resolución tendrá vigencia inmediata.

**NOSOTROS, HON. MIGUEL A. TORRES DÍAZ,** Presidente de la Junta de Directores, y **LCDA. YASMÍN M. SANTIAGO ZAYAS,** Secretaria de la Junta de Directores de la Autoridad de Carreteras y Transportación, **CERTIFICAMOS** que la que antecede es una Resolución fiel y exacta aprobada por la Junta de Directores en Reunión Ordinaria celebrada en San Juan, Puerto Rico, a 15 de enero de 2015.

**HON. MIGUEL A. TORRES DIAZ**
Presidente de la Junta
Secretario, Departamento de Transportación y Obras Públicas

**LCDA. YASMIN M. SANTIAGO ZAYAS**
Secretaria de la Corporación

**CERTIFICACIÓN**

Yo, Yasmín M. Santiago Zayas, Secretaria de la Corporación, CERTIFICO que los datos precedentes son copia fiel y exacta de la **Resolución Núm. 2015-07** aprobada por la Junta de Directores de la Autoridad de Carreteras y Transportación el **15 de enero de 2015.**

En testimonio de lo cual, firmo y estampo el Sello Oficial de la Autoridad de Carreteras y Transportación, hoy **12 de febrero de 2015.**

**Yasmín M. Santiago Zayas**
Secretaria de la Corporación

| Vencimiento | Propósito | Máximo Autorizado | Balance al 11/30/2014 |
|---|---|---|---|

**Líneas de crédito individuales que componen parte del financiamiento**

| Vencimiento | Propósito | Máximo Autorizado | Balance al 11/30/2014 |
|---|---|---|---|
| 31-Jan-15 | PMC | 151,234,756.83 | 134,494,228.11 |
| 31-Jan-15 | Fiscal Emergency Loan | 98,762,401.10 | 70,913,899.42 |
| 31-Jan-15 | Pay PRHTA Series 2008 A | 477,524,332.80 | 405,000,000.00 |
| 31-Jan-15 | ARRA Funds proyects | 21,506,962.71 | 16,422,151.84 |
| 31-Jan-15 | To pay costs of issuance PRHTA 2003 Series AA & H | 3,234,391.27 | 2,686,390.02 |
| 31-Jan-15 | To pay settlement agreements of Consortium and Acciona | 67,119,594.40 | 62,027,259.80 |
| 31-Jan-15 | Swap Collateral Serie N & Swap Termination | 147,011,799.98 | 115,440,889.93 |
| 31-Jan-15 | PMC | 49,325,000.00 | 49,325,000.00 |
| 31-Jan-15 | PMC | 10,536,362.50 | 9,869,695.01 |
| 31-Jan-15 | Operational - January/March 2013 | 98,189,996.00 | 32,612,661.79 |
| 31-Jan-15 | Operational | 51,630,000.00 | 50,048,507.33 |
| | | 1,196,381,618.13 | 953,840,754.25 |

**Líneas de crédito que componen el financiamiento por $156,907,923.71**

| Vencimiento | Propósito | Máximo Autorizado | Balance al 11/30/2014 |
|---|---|---|---|
| 31-Jan-15 | PMC | 130,907,923.71 | 122,156,601.79 |
| 31-Jan-15 | Operational | 26,000,000.00 | 0.00 |
| | | 156,907,923.71 | 122,156,601.79 |

**Líneas de crédito que componen el financiamiento por $172,928,442.74**

| Vencimiento | Propósito | Máximo Autorizado | Balance al 11/30/2014 |
|---|---|---|---|
| 31-Jan-15 | To pay suppliers PMC | 129,265,495.00 | 111,000,000.00 |
| 31-Jan-15 | To pay suppliers | 43,662,947.74 | 37,900,000.00 |
| | | 172,928,442.74 | 148,900,000.00 |
| | | 1,526,197,984.58 | 1,224,899,356.04 |





ESTADO LIBRE ASOCIADO DE
# PUERTO RICO
Banco Gubernamental de Fomento
para Puerto Rico

## CERTIFICACIÓN

YO, ALEJANDRO FEBRES JORGE, Secretario de la Junta de Directores del Banco Gubernamental de Fomento para Puerto Rico, CERTIFICO que la Resolución 10554 es una copia fiel y exacta de la original que se encuentra bajo mi custodia. La misma fue adoptada por la Junta de Directores del Banco Gubernamental de Fomento para Puerto Rico, en reunión debidamente convocada y celebrada el 17 de diciembre de 2014.

CERTIFICO, ADEMÁS, que dicha Resolución no ha sido derogada, revocada o anulada y se encuentra en toda su fuerza y vigor.

## RESOLUCIÓN 10554

**APRUEBA LA EXTENSIÓN AL VENCIMIENTO DE VARIOS FINANCIAMIENTOS POR UN TOTAL DE $1,446,197,984.64 QUE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN TIENE VIGENTES CON EL BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO HASTA EL 31 ENERO DE 2016**

POR CUANTO, al 31 de octubre de 2013, la Autoridad de Carreteras y Transportación (ACT) tiene varias líneas de crédito vigentes con el Banco Gubernamental de Fomento para Puerto Rico ("BGF") hasta total máximo de $2,080,094,587.64, de las cuales varias de ellas están por vencer en enero de 2015. El balance actual de dichos financiamiento es de $1,446,197,984,984.4, con un balance de principal de $1,223,899,356.04;

POR CUANTO, la gerencia del BGF recomendó favorablemente la extensión de los vencimientos de los financiamientos antes mencionados, con el propósito de que se mantengan vigentes en el BGF. De ser necesario, los balances disponibles se utilizarán para atender situaciones de emergencia de la ACT en lo que se realiza la emisión de bonos proyectada a través de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico; y

POR TANTO, RESUÉLVASE por la Junta de Directores del Banco Gubernamental de Fomento para Puerto Rico aprobar la extensión de las líneas de crédito con vencimiento al 31 de enero de 2015 que la Autoridad de Carreteras y Transportación tiene vigente con el BGF hasta el 31 de enero de 2016, sujeto a los términos y condiciones siguientes:

PO Box 42001
San Juan, PR 00940-2001
Teléfono (787) 722-2525




BANCO
GUBERNAMENTAL
DE FOMENTO PARA
PUERTO RICO

Junta de Directores del BGF
Certificación de la Resolución 10554
Página 2 de 2
Aprobada el 17 de diciembre de 2014

1. El Presidente del Banco Gubernamental de Fomento para Puerto Rico, el Vicepresidente Ejecutivo de Financiamiento o cualquier otro vicepresidente ejecutivo, podrá negociar términos y condiciones adicionales que sean necesarios para proteger los intereses del BGF, así como canalizar los recursos e ingresos correspondientes de la ACT (Leyes 30 y 31 de 25 de junio de 2013) para el repago de los financiamientos vigentes y cualquiera otras cantidades que el BGF cobre por concepto de obligaciones pendientes de la ACT.

2. El Director Ejecutivo a la ACT y el Secretario del Departamento de Transportación y Obras Públicas deberán efectuar una presentación a esta Junta de Directores sobre las finanzas de la ACT y el progreso de la implementación de sus planes a mediano y largo plazo para atender de manera expedita y efectiva la situación fiscal de la ACT, más allá de los nuevos ingresos ya legislados.

3. La ACT deberá pagar al BGF los honorarios correspondientes por esta transacción conforme a la política vigente, según revisada por la Junta de Directores mediante la Resolución 9374 de 20 de octubre de 2010.

Esta Resolución se aprueba, además, como una declaración oficial de intención bajo la regulación del Departamento del Tesoro de los Estados Unidos, Sección 1.150-2.

Las disposiciones de esta Resolución son efectivas a la fecha de aprobación.

Y PARA QUE ASÍ CONSTE, suscribo y estampo el sello corporativo del Banco Gubernamental de Fomento para Puerto Rico. En San Juan, Puerto Rico, hoy, martes, 13 de enero de 2015.

(SELLO)

ALEJANDRO FEBRES JORGE
SECRETARIO

40606



ESTADO LIBRE ASOCIADO DE

# PUERTO RICO

Banco Gubernamental de Fomento
para Puerto Rico

4 de febrero de 2015

Ing. Carmen Villar Prado
Director Ejecutivo
Autoridad de Carreteras y Transportación
Apartado 42007
San Juan, PR  00940-2007

Estimada ingeniera Villar:

La Junta de Directores del Banco Gubernamental de Fomento para Puerto Rico (BGF),
mediante su Resolución 10554, aprobó a la Autoridad de Carreteras y Transportación
(ACT) la extensión hasta el 31 de enero de 2016 en el vencimiento de varios
financiamientos vigentes por un total de $1,446,197,984.64.

La extensión antes mencionada estará sujeta a los siguientes términos y condiciones
adicionales:

1.  El Presidente del Banco Gubernamental de Fomento para Puerto Rico, el
    Vicepresidente Ejecutivo de Financiamiento o cualquier otro vicepresidente
    ejecutivo, podrá negociar términos y condiciones adicionales que sean
    necesarios para proteger los intereses del BGF, así como canalizar los recursos e
    ingresos correspondientes de la ACT (Leyes 30 y 31 de 25 de junio de 2013) para
    el repago de los financiamientos vigentes y cualquiera otras cantidades que el
    BGF cobre por concepto de obligaciones pendientes de la ACT.

2.  El Director Ejecutivo a la ACT y el Secretario del Departamento de Transportación
    y Obras Públicas deberán efectuar una presentación a esta Junta de Directores
    sobre las finanzas de la ACT y el progreso de la implementación de sus planes a
    mediano y largo plazo para atender de manera expedita y efectiva la situación
    fiscal de la ACT, más allá de los nuevos ingresos ya legislados.

3.  La ACT deberá pagar al BGF los honorarios correspondientes por esta transacción
    conforme a la política vigente, según  revisada por la Junta de Directores
    mediante la Resolución 9374 de 20 de octubre de 2010.



PO BOX 42001
SAN JUAN, PR 00940-2001
TELÉFONO (787) 722-2525



BANCO
GUBERNAMENTAL
DE FOMENTO PARA
PUERTO RICO

Ing. Carmen Villar Prado
Autoridad de Carreteras y Transportación
Carta Compromiso Extensión Vencimiento
   Varios Financiamientos
Página 2

De estar de acuerdo con los términos y condiciones antes indicados, agradeceremos firme y devuelva la copia que se incluye de esta carta para proceder a preparar la documentación legal necesaria para evidenciar la extensión.

Se incluye la Resolución 10554 como parte de esta carta, la cual manifiesta el compromiso del BGF.

Cordialmente,

Jesús M. García Rivera
Vicepresidente y Director
Departamento de Financiamiento
  de Obligaciones de Rentas

c  Sra. Natalia Guzmán
   Sr. Arnaldo Maestre
   Sra. Miriam Pascual
   Sra. Brenda González

Anejo



ESTADO LIBRE ASOCIADO DE

# PUERTO RICO

Banco Gubernamental de Fomento
para Puerto Rico

## CERTIFICACIÓN

**YO, ALEJANDRO FEBRES JORGE**, Secretario de la Junta de Directores del Banco

Gubernamental de Fomento para Puerto Rico, **CERTIFICO** que la **Resolución 10554**

es una copia fiel y exacta de la original que se encuentra bajo mi custodia. La misma fue adoptada

por la Junta de Directores del Banco Gubernamental de Fomento para Puerto Rico, en reunión

debidamente convocada y celebrada el 17 de diciembre de 2014.

**CERTIFICO, ADEMÁS**, que dicha Resolución no ha sido derogada, revocada o

anulada y se encuentra en toda su fuerza y vigor.

## RESOLUCIÓN 10554

**APRUEBA LA EXTENSIÓN AL VENCIMIENTO DE VARIOS FINANCIAMIENTOS POR UN TOTAL DE $1,446,197,984.64 QUE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN TIENE VIGENTES CON EL BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO HASTA EL 31 ENERO DE 2016**

**POR CUANTO**, al 31 de octubre de 2013, la Autoridad de Carreteras y Transportación (ACT) tiene varias líneas de crédito vigentes con el Banco Gubernamental de Fomento para Puerto Rico ("BGF") hasta total máximo de $2,080,094,587.64, de las cuales varias de ellas están por vencer en enero de 2015. El balance actual de dichos financiamientos es de $1,446,197,984,984.4, con un balance de principal de $1,223,899,356.04;

**POR CUANTO**, la gerencia del BGF recomendó favorablemente la extensión de los vencimientos de los financiamientos antes mencionados, con el propósito de que se mantengan vigentes en el BGF. De ser necesario, los balances disponibles se utilizarán para atender situaciones de emergencia de la ACT en lo que se realiza la emisión de bonos proyectada a través de la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico; y

**POR TANTO, RESUÉLVASE** por la Junta de Directores del Banco Gubernamental de Fomento para Puerto Rico aprobar la extensión de las líneas de crédito con vencimiento al 31 de enero de 2015 que la Autoridad de Carreteras y Transportación tiene vigente con el BGF hasta el 31 de enero de 2016, sujeto a los términos y condiciones siguientes:

PO Box 42001
San Juan, PR 00940-2001
Teléfono (787) 722-2525



BANCO
GUBERNAMENTAL
DE FOMENTO PARA
PUERTO RICO

Junta de Directores del BGF
Certificación de la Resolución 10554
Página 2 de 2
Aprobada el 17 de diciembre de 2014

1. El Presidente del Banco Gubernamental de Fomento para Puerto Rico, el Vicepresidente Ejecutivo de Financiamiento o cualquier otro vicepresidente ejecutivo, podrá negociar términos y condiciones adicionales que sean necesarios para proteger los intereses del BGF, así como canalizar los recursos e ingresos correspondientes de la ACT (Leyes 30 y 31 de 25 de junio de 2013) para el repago de los financiamientos vigentes y cualquiera otras cantidades que el BGF cobre por concepto de obligaciones pendientes de la ACT.

2. El Director Ejecutivo a la ACT y el Secretario del Departamento de Transportación y Obras Públicas deberán efectuar una presentación a esta Junta de Directores sobre las finanzas de la ACT y el progreso de la implementación de sus planes a mediano y largo plazo para atender de manera expedita y efectiva la situación fiscal de la ACT, más allá de los nuevos ingresos ya legislados.

3. La ACT deberá pagar al BGF los honorarios correspondientes por esta transacción conforme a la política vigente, según revisada por la Junta de Directores mediante la Resolución 9374 de 20 de octubre de 2010.

Esta Resolución se aprueba, además, como una declaración oficial de intención bajo la regulación del Departamento del Tesoro de los Estados Unidos, Sección 1.150-2.

Las disposiciones de esta Resolución son efectivas a la fecha de aprobación.

**Y PARA QUE ASÍ CONSTE,** suscribo y estampo el sello corporativo del Banco Gubernamental de Fomento para Puerto Rico. En San Juan, Puerto Rico, hoy, martes, 13 de enero de 2015.

(SELLO)

**ALEJANDRO FEBRES JORGE
SECRETARIO**

40606